

March 30, 2020

John L. Ackley
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Sagi Shaked
Cori D. Lapin
Shaked Law Firm PA
2875 Northeast 191st Street, Suite 905
Miami, FL 33180-0193

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Jeffrey M. Anderson | 3:19-cv-08084 | March 10, 2020 | March 30, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Tuesday, March 10, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4827-1480-1080
CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

**VIA ELECTRONIC MAIL**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

| | |
|---|---|
| Robert C. Hilliard | Brian E. Farnum |
| Kimberly L. Beck | Michael J. Farnum |
| Hllliard Martinez Gonzales LLP | Farnum LLP |
| 719 Shoreline Blvd. | 919 N. Market Street, 12th Floor |
| Corpus Christi, TX 78401 | Wilmington, DE 19801 |

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| **PLAINTIFF'S NAME** | **CASE NUMBER** | **PFS DUE DATE** | **NOTICE OF FAILURE TO SUBMIT PFS** |
|---|---|---|---|
| Loretta Anne Barcus (Estate of James Barcus) | 3:19-cv-08359 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



June 24, 2020

**John L. Ackley**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

Jamie Rae Rutkoski
Thiele Branham McVey
John Daniel Kassel
Kassel McVey
1330 Laurel Street
P.O. Box 1476
Columbia, SC 29202

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Angelo Bulone | 3:20-cv-03719 | May 25, 2020 | June 24, 2020 |

Dear Counsel,

        This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

        Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, May 25, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

        Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Carter Law Group, P.C.          Darren P McDowell
5473 Blair Rd.                  Fears Nachawati Law Firm
Dallas, TX 75231                5473 Blair Road
                                Dallas, TX 75231

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Renilda Castro [Est. of Fernando Castro] | 3:19-cv-03887 | No Triggering date (filed directly in MDL) | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292



September 18, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Thomas P. Valet
Rappaport Glass Levine & Zullo LLP
1355 Motor Parkway
Islandia, NY 11749

Re: Notice of Failure to Provide Plaintiff Fact Sheet
 *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|------------------|-------------|--------------|--------------------------------|
| Anthony Catania | 3:20-cv-03300 | August 5, 2020 | September 18, 2020 |

Dear Counsel,

        This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

        Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, August 5, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

        Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4819-3591-9307



February 10, 2021

**John L. Ackley**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Christopher T. Aumais
Arin Scapa
Girardi Keese
1126 Wilshire Blvd.
Los Angeles, CA 90012

Hovig John Abassian
First Legal Solution APC
16255 Ventura Boulevard, Suite 1205
Encino, CA 91436

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Livier Chavez | 3:20-cv-06775 | December 28, 2020 | February 10, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, December 28, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4812-6170-0827



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Fitts Law Firm
4801 Richmond Ave.
Houston, TX 77027

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Patrick Crabtree | 3:21-cv-01661 | June 7, 2021 | July 30, 2021 |

Dear Counsel,

   This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

   Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, June 7, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

   Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



July 30, 2021

**JOHN L. ACKLEY**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

James W. Stanley, Jr.
The Stanley Law Firm P.A.
201 South Izard Street
Little Rock, AR 72201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Linda D. Fennell | 3:21-cv-00176 | April 8, 2021 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Thursday, April 8, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Paul M. Dominguez
Dominguez Law Firm LLC
P.O. Box 10865
Albuquerque, NM 87184

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Roylee Hedges | 3:19-cv-05306 | November 14, 2019 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Thursday, November 14, 2019. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292



July 21, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Dixie Dan Powell
Powell Injury Law PA
602 South Main Street
Crestview, FL 32536

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Margot M. Henson | 3:20-cv-02125 | June 22, 2020 | July 21, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, June 22, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4812-1899-6419



May 19, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Ian Connor Bifferato
The Bifferato Firm PA
1007 N. Orange St., 4th Floor
Wilmington, DE 19801

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Dr. James Lawrence | 3:20-cv-09291 | March 17, 2021 | May 19, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 17, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4839-5160-3945



February 14, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

Wesley D. Merrillat
Charles E. Boyk Law Offices
405 Madison Ave., Suite 1200
Toledo, OH 43604

Re: Notice of Failure to Provide Plaintiff Fact Sheet
     *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Branko Mijajlovic | 3:19-cv-07368 | January 31, 2020 | February 14, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, January 31, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

<u>**VIA ELECTRONIC MAIL**</u>

David C. Strouss
Evan R. Hoffman
Jasmine M. Howard
Thorton Law Firm LLP
One Lincoln Street
Boston, MA 02111

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Larry Tosi | 3:18-cv-03181 | August 27, 2018 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, August 27, 2018. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

<u>**VIA ELECTRONIC MAIL**</u>

Charles E. Boyk Law Offices, LLC
10725 Airport Hwy
Swanton, OH 43558

Khan Nayyar & Associates LLC
18W140 Butterfield Road, Floor 15
Oakbrook Terrace, IL 60181

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Estree Palmore | 3:19-cv-07936 | March 4, 2020 | July 30, 2021 |

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 4, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292



July 2, 2020

**John L. Ackley**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Andrew Geiger
Allan Berger
Allan Berger & Associates
4173 Canal Street
New Orleans, LA 70119

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Peter Pierre, Jr. | 3:20-cv-01632 | June 1, 2020 | July 2, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, June 1, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.



March 11, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

David Alan Anderson
Anderson & Associates PC
8900 Keystone Crossing, Suite 1100
Indianapolis, IN 46240

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Robert Piganelli | 3:20-cv-07398 | January 18, 2021 | March 11, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, January 18, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4846-8092-9760



September 18, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Thomas P. Valet
Rappaport Glass Levine & Zullo LLP
1355 Motor Parkway
Islandia, NY 11749

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Kevin Proteus | 3:20-cv-03309 | August 5, 2020 | September 18, 2020 |

Dear Counsel,

        This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

        Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, August 5, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

        Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Kelly H. MacFarlane PLLC
257 E. 200 S, Ste. 1100
Salt Lake City, Utah

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Spencer and Tamara Prince | 3:21-cv-02127 | June 7, 2021 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, June 7, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Emily J. Kirk
Kristy M. Arevalo
McCune Wright Arevalo LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Martin Denny Reed | 3:19-cv-08088 | March 10, 2020 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Tuesday, March 10, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



August 5, 2020

John L. Ackley
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Patrick N. Keegan
Keegan & Baker LLP
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Pearl Reed [Estate of Bobby Reed] | 3:20-cv-02642 | July 7, 2020 | August 5, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Tuesday, July 7, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Emily J. Kirk
Kristy M. Arevalo
McCune Wright Arevalo LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761

Re: Notice of Failure to Provide Plaintiff Fact Sheet
 *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Virgenna Saunders | 3:19-cv-05053 | No Triggering date (filed directly in MDL) | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Emily J. Kirk
Kristy M. Arevalo
McCune Wright Arevalo LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Allowishes Dula Scott | 3:19-cv-05093 | No Triggering date (filed directly in MDL) | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

**VIA ELECTRONIC MAIL**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

Edgar L. Howard
Christian Legal Services
1831 170th Street
Hazel Crest, Illinois 60429

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Michael Seeley (Estate of Gina Seeley) | 3:20-cv-08270 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



September 18, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Thomas P. Valet
Rappaport Glass Levine & Zullo LLP
1355 Motor Parkway
Islandia, NY 11749

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Andrew Simmons | 3:20-cv-03311 | August 5, 2020 | September 18, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, August 5, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4819-3591-9307



July 30, 2021

**John L. Ackley**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

R. Ryan Deligans
Lane R. Neal
Durbin Larimore & Bialick
920 N Harvey Ave
Oklahoma City, OK 73102-2610

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Pamela Smith [Est. of Daniel J. Smith] | 3:21-cv-01505 | May 21, 2021 | July 30, 2021 |

Dear Counsel,

   This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

   Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, May 21, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

   Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292

SHOOK
HARDY & BACON

October 4, 2019

Certified Article Number

9414 7266 9904 2073 5072 52

SENDERS RECORD

Barbara R. Light

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**f** 713.227.9508

James T. Corrigan
Onder Shelton Corrigan
Peterson Dalton & Quillin, LLC
1034 S. Brentwood Blvd.
23rd Floor Penthouse – 1A
St. Louis, MO 63117

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Timothy Sutliff | 4:19-cv-01129 | August 14, 2019 | October 4, 2019 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, August 14, 2019. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

Barbara Light

Barbara R. Light, Esq.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

4819-6240-4008 V1

9414 7266 9904 2073 5072 52

**TO:**   James T. Corrigan
Onder Shelton Corrigan
Peterson Dalton & Quillin, LLC
1034 S. Brentwood Blvd.
23rd Floor Penthouse – 1A
St. Louis, MO 63117

**SENDER:**   Barbara R. Light
31943.320324 (*Roundup*) - Oct 4, 2019 Ltr to
Pltf's counsel re failure to submit PFS re:
**REFERENCE:**   Timothy Sutliff

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

OCT - 4 2019

---

PS Form 3811, January 2005                 Domestic Return Receipt

31943.320324 (*Roundup*)
October 4, 2019 Ltr to Pltf's counsel re failure to submit PFS re: Timothy Sutliff

St. Louis, MO 63117
1034 S. Brentwood Blvd., 23rd Floor Penthouse – 1A
LLC
Onder Shelton Corrigan Peterson Dalton & Quillin,
James T. Corrigan

1. Article Addressed to:

4. Restricted Delivery? (Extra Fee)   ☐ Yes

3. Service Type   **CERTIFIED MAIL®**

9414 7266 9904 2073 5072 52

2. Article Number

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery   10/10/19

C. Signature   X

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

☐ Agent
☐ Addressee

10/10/19



October 4, 2019

**Certified Article Number**

9414 7266 9904 2073 5072 69

**SENDERS RECORD**

Barbara R. Light

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**f** 713.227.9508

James T. Corrigan
Onder Shelton Corrigan
Peterson Dalton & Quillin, LLC
1034 S. Brentwood Blvd.
23rd Floor Penthouse – 1A
St. Louis, MO 63117

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Robert Tignor | 4:19-cv-01129 | August 14, 2019 | October 4, 2019 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, August 14, 2019. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

Barbara R. Light

Barbara R. Light, Esq.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

4819-6240-4008 V1

9414 7266 9904 2073 5072 69

**TO:** James T. Corrigan
Onder Shelton Corrigan
Peterson Dalton & Quillin, LLC
1034 S. Brentwood Blvd.
23rd Floor Penthouse – 1A
St. Louis, MO 63117

**SENDER:** Barbara R. Light
31943.320324 (*Roundup*) – Oct 4, 2019 Ltr to
**REFERENCE:** Pltf's counsel re failure to submit PFS re: Robert Tignor

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

OCT - 4 2019

---

PS Form 3811, January 2005          Domestic Return Receipt

31943.320324 (*Roundup*)
October 4, 2019 Ltr to Pltf's counsel re failure to submit PFS re: Robert Tignor

James T. Corrigan
Onder Shelton Corrigan
Peterson Dalton & Quillin, LLC
1034 S. Brentwood Blvd.
23rd Floor Penthouse – 1A
St. Louis, MO 63117

1. Article Addressed to:

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

3. Service Type  **CERTIFIED MAIL®**

9414 7266 9904 2073 5072 69

2. Article Number

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (*Please Print Clearly*)    B. Date of Delivery

C. Signature

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

SHOOK
HARDY & BACON

October 4, 2019

**Certified Article Number**

9414 7266 9904 2073 5072 76

**SENDERS RECORD**

Barbara R. Light

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

James T. Corrigan
Onder Shelton Corrigan
Peterson Dalton & Quillin, LLC
1034 S. Brentwood Blvd.
23rd Floor Penthouse – 1A
St. Louis, MO 63117

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**f** 713.227.9508

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Ronnie Wynne | 4:19-cv-01129 | August 14, 2019 | October 4, 2019 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, August 14, 2019. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*Barbara Light*

Barbara R. Light, Esq.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4819-6240-4008 V1

9414 7266 9904 2073 5072 76

**TO:**  James T. Corrigan
Onder Shelton Corrigan
Peterson Dalton & Quillin, LLC
1034 S. Brentwood Blvd.
23rd Floor Penthouse – 1A
St. Louis, MO 63117

**SENDER:**  Barbara R. Light
31943.320324 (*Roundup*) - Oct 4, 2019 Ltr to
Pltf's counsel re failure to submit PFS re.
**REFERENCE:**  Ronnie Wynne

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**USPS®**
**Receipt for**
**Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

OCT - 4 2019
HOUSTON TEXAS POST

---

**2. Article Number**

9414 7266 9904 2073 5072 76

**1. Article Addressed to:**

James T. Corrigan
Onder Shelton Corrigan
Peterson Dalton & Quillin, LLC
1034 S. Brentwood Blvd.
23rd Floor Penthouse – 1A
St. Louis, MO 63117

31943.320324 (*Roundup*)
October 4, 2019 Ltr to Plf's counsel re failure to submit PFS re: Ronnie Wynne

**3. Service Type  CERTIFIED MAIL®**

**4. Restricted Delivery? (Extra Fee)**  ☐ Yes

PS Form 3811, January 2005          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature



X ☐ Agent
  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No



October 21, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Forrest Sygman
Law Offices of Forrest Sygman
7300 North Kendall Drive, Suite 450
Miami, FL 33156

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Wesley Tam | 3:20-cv-04216 | September 18, 2020 | October 21, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, September 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4817-7154-9903



February 24, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Randi Kassan
Sanders Phillips Grossman LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Damaris Trinidad [Estate of Gladys Trinidad] | 3:20-cv-07325 | January 14, 2021 | February 24, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Thursday, January 14, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4826-4547-0685



February 14, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

Wesley D. Merrillat
Charles E. Boyk Law Offices
405 Madison Ave., Suite 1200
Toledo, OH 43604

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| James Vollmar | 3:19-cv-02012 | January 31, 2020 | February 14, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, January 31, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4831-3688-2612



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Lee Fadel & Beyer, LLC
18500 Lake Road, Suite 300
Rocky River, OH 44116

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Jeffrey and Lorraine Westfall | 3:21-cv-02909 | July 5, 2021 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, July 5, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Antonio D. Spurling
Spurling Law Firm LLC
406 19th Street, Suite 100
Birmingham, AL 35218

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Henrietta Woods | 3:20-cv-00315 | December 11, 2019 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, December 11, 2019. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292