**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) This document relates to: ) ) Lawrence Britt v. Monsanto Company ) ) Case No. 3:20-cv-05367-VC ) ) | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted this 19th day of August 2021.


/s/  Jarad L. Silverstein___
Jarad L. Silverstein
jsilverstein@wapnernewman.com
WAPNER, NEWMAN, BRECHER & MILLER, P.C.
2000 Market Street, Suite 2750
Philadelphia, PA  19103
Telephone:    (215) 569-0900
Fax:               (215) 569-4621

ATTORNEYS FOR PLAINTIFF
LAWRENCE BRITT

/s/  Anthony R. Martinez___
Anthony R. Martinez
amartinez@shb.com
SHOOK HARDY & BACON, LLC
2555 Grand Blvd.
Kansas City, MO  64108
Telephone:  (816) 559-2683
Facsimile:  (816) 421-5547

ATTORNEYS FOR DEFENDANT
MONSANTO COMPANY

2

**CERTIFICATE OF SERVICE**

     This is to certify that service of this document was made pursuant to the Court's electronic filing procedures on this 17th day of August 2021, via the ECF document system.

                                 /s/   *Jarad L. Silverstein*
                                 JARAD L. SILVERSTEIN