**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2741 |
| ) | Case No. 3:16-md-02741-VC |
| This document relates to: ) ) ) | |
| Maurice Wigglesworth v. Monsanto Company ) ) ) | |
| Case No. 3:19-cv-07864-VC ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted this 19th day of August 2021.

| | |
|---|---|
| /s/  Jarad L. Silverstein | /s/  Anthony R. Martinez |
| Jarad L. Silverstein | Anthony R. Martinez |
| jsilverstein@wapnernewman.com | amartinez@shb.com |
| WAPNER, NEWMAN, BRECHER & MILLER, P.C. | SHOOK HARDY & BACON, LLC |
| 2000 Market Street, Suite 2750 | 2555 Grand Blvd. |
| Philadelphia, PA  19103 | Kansas City, MO  64108 |
| Telephone:    (215) 569-0900 | Telephone:  (816) 559-2683 |
| Fax:               (215) 569-4621 | Facsimile:  (816) 421-5547 |
| | |
| ATTORNEYS FOR PLAINTIFF MAURICE WIGGLESWORTH | ATTORNEYS FOR DEFENDANT MONSANTO COMPANY |

1

2

## **CERTIFICATE OF SERVICE**

      This is to certify that service of this document was made pursuant to the Court's electronic filing procedures on this 19th day of August 2021, via the ECF document system.


                                      /s/   *Jarad L. Silverstein*
                                      JARAD L. SILVERSTEIN