**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) This document relates to: ) ) Rufus and Pamela Wiley v. Monsanto Company ) ) Case No. 3:20-cv-05773-VC ) | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted this 19th day of August 2021.

/s/ Jarad L. Silverstein
Jarad L. Silverstein
jsilverstein@wapnernewman.com
WAPNER, NEWMAN, BRECHER & MILLER, P.C.
2000 Market Street, Suite 2750
Philadelphia, PA  19103
Telephone:   (215) 569-0900
Fax:              (215) 569-4621

ATTORNEYS FOR PLAINTIFFS
RUFUS AND PAMELA WILEY

/s/ Anthony R. Martinez
Anthony R. Martinez
amartinez@shb.com
SHOOK HARDY & BACON, LLC
2555 Grand Blvd.
Kansas City, MO  64108
Telephone:  (816) 559-2683
Facsimile:  (816) 421-5547

ATTORNEYS FOR DEFENDANT
MONSANTO COMPANY

2

**<u>CERTIFICATE OF SERVICE</u>**

      This is to certify that service of this document was made pursuant to the Court's electronic filing procedures on this 19th day of August 2021, via the ECF document system.

          /s/   *Jarad L. Silverstein*
          JARAD L. SILVERSTEIN