# EXHIBIT 2



22811494

FILED
ALAMEDA COUNTY
FEB 0 5 2021
CLERK OF THE SUPERIOR COURT
By_____ Deputy

1  Karen Barth Menzies (CA SBN 180234)
   GIBBS LAW GROUP LLP
2  505 14th Street, Suite 1110
   Oakland, CA  94612
3  Tel: (510) 350-9700
   Fax: (510) 350-9701
4  kbm@classlawgroup.com

5  Alexander G. Dwyer (admitted *pro hac vice*)
   Andrew F. Kirkendall (admitted *pro hac vice*)
6  Erin M. Wood (admitted *pro hac vice*)
7  KIRKENDALL DWYER LLP
   4343 Sigma Rd, Suite 200
8  Dallas, TX  75244
   Tel: 214-271-4027
9  Fax: 214-253-0629
   ad@kirkendalldwyer.com
10 ak@kirkendalldwyer.com
   ewood@kirkendalldwyer.com
11
   Fletcher V. Trammell, Esq. (admitted *pro hac vice*)
12 Melissa Binstock Ephron, Esq. (admitted *pro hac vice*)
   TRAMMELL, PC
13 3262 Westheimer Rd., Ste. 423
   Houston, TX 77098
14 Tel: (800) 405-1740
15 Fax: (800) 532-0992
   fletch@trammellpc.com
16 melissa@trammellpc.com

17 *Attorneys for JCCP Petitioners*

18
19 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
   **FOR THE COUNTY OF ALAMEDA**
20

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (Rule 3.544)<br><br>ROUNDUP PRODUCTS CASES<br><br>This document relates to:<br><br>*Arthur Villescas v. Monsanto Company, a corporation; Wilbur-Ellis Company, LLC, a limited liability company; Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis Feed, LLC), a limited liability company; and DOES 1 through 100 inclusive*, San Francisco County Superior Court, Case No. CGC20587156 | JCCP NO. 4953<br><br>Judge: Hon. Winifred Smith<br>Dept. 21<br><br>[~~PROPOSED~~] ORDER ON PETITION TO COORDINATE ADD-ON CASES<br><br>[HEARING NOT REQUESTED] |

1

[~~PROPOSED~~] ORDER ON PETITION TO COORDINATE ADD-ON CASES

1  *Carolyn Love v. Monsanto Company, a
2   corporation; Wilbur-Ellis Company, LLC, a
    limited liability company; Wilbur-Ellis Nutrition,
3   LLC (formerly Wilbur-Ellis Feed, LLC), a limited
    liability company; Hemet True Value, Inc. (d/b/a
4   Hemet True Value Hardware); and DOES 1
    through 100 inclusive,* San Francisco County
5   Superior Court, Case No. CGC20587526

6   *Donald Miller v. Monsanto Company, a
    corporation; Wilbur-Ellis Company, LLC, a
7   limited liability company; Wilbur-Ellis Nutrition,
    LLC (formerly Wilbur-Ellis Feed, LLC), a limited
8   liability company; Van's Ace Hardware; and
    DOES 1 through 100 inclusive,* San Francisco
9   County Superior Court, Case No. CGC-20-587445

10  *Sharon Denham v. Monsanto Company, a
11  corporation; Holt Lumber Inc.; Wilbur-Ellis
    Company, LLC, a limited liability company;
12  Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis
13  Feed, LLC), a limited liability company; and
    DOES 1 through 100 inclusive,* San Francisco
14  County Superior Court, Case No. CGC-20-586214

15

16      Good cause appearing that the coordination of these cases is appropriate under the standards
17  specified in Code of Civil Procedure section 404.1, IT IS HEREBY ORDERED:
18      The moving parties have permission to submit a petition for coordination to the coordination
19  trial judge under Code of Civil Procedure section 404.4. The petition for coordination of the below
20  actions in the *Roundup Product Cases* Coordinated proceeding 4953 is GRANTED.

21   1. *Arthur Villescas v. Monsanto Company, a corporation; Wilbur-Ellis Company, LLC, a
        limited liability company; Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis Feed, LLC),
22      a limited liability company; and DOES 1 through 100 inclusive,* San Francisco County
23      Superior Court, Case No. CGC20587156.

24   2. *Carolyn Love v. Monsanto Company, a corporation; Wilbur-Ellis Company, LLC, a
        limited liability company; Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis Feed, LLC),
25      a limited liability company; Hemet True Value, Inc. (d/b/a Hemet True Value Hardware);
        and DOES 1 through 100 inclusive,* San Francisco County Superior Court, Case No.
26      CGC20587526.

27   3. *Donald Miller v. Monsanto Company, a corporation; Wilbur-Ellis Company, LLC, a
        limited liability company; Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis Feed, LLC),
28      a limited liability company; Van's Ace Hardware; and DOES 1 through 100 inclusive,* San
        Francisco County Superior Court, Case No. CGC-20-587445.

2

[~~PROPOSED~~] ORDER ON PETITION TO COORDINATE ADD-ON CASES

4. *Sharon Denham v. Monsanto Company, a corporation; Holt Lumber Inc.; Wilbur-Ellis Company, LLC, a limited liability company; Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis Feed, LLC), a limited liability company; and DOES 1 through 100 inclusive*, San Francisco County Superior Court, Case No. CGC-20-586214.

The Court of Appeal, First District Court of Appeal, San Francisco, California is designated the reviewing court having appellate jurisdiction and the court in which any petition for a writ relating to any subsequent order in this proceeding shall be filed.

Counsel for Plaintiffs shall serve a copy of this order on all interested parties.

DATED: February 5, 2020

Honorable Winifred Smith
Coordination Judge

Superior Court of California, County of Alameda
Department 21, Administration Building

Case Number: JCCP004953
Case Name: ROUNDUP PRODUCT CASES

RE: ON PETITON TO COORDINATE ADD-ON CASES- VILLESCAS, LOVE, MILLER, AND DENHAM

## DECLARATION OF ELECTRONIC SERVICE

I certify that I am not a party to these cases and that a true and correct copy of the foregoing document was served electronically pursuant to Case Management Order No. 2, entered in these coordinated proceedings on March 23, 2018, via the CASE ANYWHERE system. Execution of this certificate occurred at 1221 Oak Street, Oakland, California.

Executed on February 5, 2021

Executive Officer/Clerk of the Superior Court

By *Christopher Wright*
Deputy Clerk