# EXHIBIT 6

Paul R. Kiesel (CA SBN 119854)
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel: 310-854-4444
Fax: 310-854-0812
kiesel@kiesel.law

Alexander G. Dwyer
Andrew F. Kirkendall
Erin M. Wood
**KIRKENDALL DWYER LLP**
4343 Sigma Rd, Suite 200
Dallas, TX  75244
Tel: 214-271-4027
Fax: 214-253-0629
ad@kirkendalldwyer.com
ak@kirkendalldwyer.com
ewood@kirkendalldwyer.com

Karen Barth Menzies (CA SBN 180234)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA  94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com

Fletcher V. Trammell
Melissa Binstock Ephron
**TRAMMELL, PC**
3262 Westheimer Rd., Ste. 423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
melissa@trammellpc.com

*Attorneys for Plaintiff Donald Miller*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |
| | Case No. 3:21-cv-04219-VC |
| DONALD MILLER,<br><br>          Plaintiff,<br><br>  v.<br><br>MONSANTO COMPANY, a corporation; WILBUR-ELLIS COMPANY, LLC, a limited liability company; WILBUR-ELLIS NUTRITION, LLC (formerly WILBUR-ELLIS FEED, LLC), a limited liability company; VAN'S ACE HARDWARE; and DOES 1 through 100 inclusive,<br><br>          Defendants. | HON. VINCE CHHABRIA<br><br>**DECLARATION OF PLAINTIFF DONALD MILLER IN SUPPORT OF PLAINTIFF'S MOTION TO REINSTATE PREFERENTIAL TRIAL SETTING**<br><br>Hearing date: 2:00 p.m.<br>Time: August 19, 2021 |

I, Donald Miller, hereby declare as follows:

1.  I am over the age of 18, and I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements made in this Declaration.

2.  I am a resident of 14676 E Juniper Ave, Lockeford, California 95237.

3.  I am currently 80 years old and was diagnosed with Stage IV Diffuse Large B-Cell Lymphoma on November 16, 2017.

4.  Following my diagnosis of Non-Hodgkin's Lymphoma, I received eight rounds of chemotherapy.

5.  My Non-Hodgkin's Lymphoma has metastasized to my skull, cervical, and retroperitoneal lymph nodes.

6.  During multiple hospital admissions, I was so ill that my doctors thought I was going to die. My family was called to my bedside.

7.  I had a stroke in 2019. My wife found me staring into space and could not rouse me. I was admitted to the hospital for three days.

8.  In addition to Stage IV NHL, I struggle with medical conditions such as uncontrolled diabetes, neuropathy, chronic atrial fibrillation, obesity, hyperlipidemia, proteinuria, benign essential hypertension, and degenerative arthritis. I have chronic pain as well and must use a wheelchair to get around, because chemotherapy caused my leg muscles to atrophy. Chemotherapy also caused a lot of my teeth to fall out, so eating is difficult for me. Chemo brain is another condition I suffer from. I have lost a lot of my memory, and I frequently lose my words. Forgetting what I am doing mid-task is also very common for me.

9.  Overall, I would say that my health has declined significantly since my NHL diagnosis. Due to my medical complications and declining health, I am concerned that I will be unable to fully participate at trial if I do not have my trial in the near future. Currently, I believe that I can effectively participate in my case but, unless the Court grants a preference in setting my case for trial, this may no longer be possible and I risk not being able to participate effectively in my trial at all. I truly believe that if I am unable to participate in my trial in the near future, my interests in this litigation will be greatly prejudiced.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and if called as a witness I would competently testify thereto.

Declaration of Plaintiff Donald Miller

Executed this 27th day of July 2021, in Lockeford, California.

_____
Donald Miller

3
Declaration of Plaintiff Donald Miller