1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *David Schaffner, Jr. et al. v. Monsanto Co.*, Case No. 3:19-cv-07526-VC | **DECLARATION OF JED P. WHITE IN SUPORT OF MONSANTO COMPANY'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO SERVE REBUTTAL EXPERT DISCLOSURE AND ADJUST CASE MANAGEMENT SCHEDULE** |

**DECLARATION OF JED P. WHITE**

I, Jed P. White, declare as follows:

1.      I am an attorney at law admitted to practice before all of the courts in the state of California.  I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendants Monsanto Company ("Monsanto") in the above-referenced action.  I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto Company's Opposition to Plaintiffs' Administrative Motion for Leave to Serve Rebuttal Expert Disclosure and Adjust Case Management Schedule.  Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2.      On August 6, 2021, Monsanto timely submitted its expert reports.

3.      On August 16, 2021, Monsanto's counsel, Aaron Levine of Arnold & Porter Kaye Scholer LLP, emailed Plaintiffs' counsel, Adrian Roe, to offer September 4, 2021 for the deposition of one of Monsanto's experts, Dr. Murphy.  Recognizing that this fell on Labor Day weekend, Monsanto's counsel also gave Plaintiffs' counsel the option of deposing Dr. Murphy on September 10, 2021 as a courtesy to Plaintiffs' counsel to avoid the holiday weekend if desired. Plaintiffs did not respond to this offer. On August 18, 2021, Monsanto's counsel offered two additional dates for Dr. Murphy's deposition: September 7 or 8.  Plaintiffs have also not responded to this offer.  Attached as **Exhibit A** is a true and correct copy of the email correspondence referenced herein dated August 16-18, 2021.

I hereby declare under penalty of perjury under the laws of the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed August 19, 2021, at Santa Monica, California.

_____
Jed P. White

DECLARATION OF JED P. WHITE IN SUPPORT OF
MONSANTO'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION RE REBUTTAL EXPERTS

EXHIBIT A

EXHIBIT A

## Morales, Raul

| | |
|---|---|
| **From:** | Levine, Aaron H. <Aaron.Levine@arnoldporter.com> |
| **Sent:** | Wednesday, August 18, 2021 2:10 PM |
| **To:** | 'Adrian Roe' |
| **Cc:** | zzz.External.eric.paine@nelsonmullins.com; Kerschner, David; Hajian, Neda; zzz.External.amartinez@shb.com; zzz.External.JPiorkowski@lawdoc1.com; zzz.External.jkalas@hollingsworthllp.com |
| **Subject:** | RE: Monsanto's Expert Reports and Disclosure (Schaffner) |

Adrian,

Dr. Murphy is also now available on September 7 or 8. Please let us know by COB on Friday which date you are accepting.

Thanks,

Aaron

---

**From:** Levine, Aaron H.
**Sent:** Monday, August 16, 2021 6:38 PM
**To:** 'Adrian Roe' <aroe@roeandsimonllc.com>
**Cc:** zzz.External.eric.paine@nelsonmullins.com <eric.paine@nelsonmullins.com>; Kerschner, David <David.Kerschner@arnoldporter.com>; Hajian, Neda <Neda.Hajian@arnoldporter.com>; zzz.External.amartinez@shb.com <amartinez@shb.com>; zzz.External.JPiorkowski@lawdoc1.com <JPiorkowski@lawdoc1.com>; zzz.External.jkalas@hollingsworthllp.com <jkalas@hollingsworthllp.com>
**Subject:** RE: Monsanto's Expert Reports and Disclosure (Schaffner)

Dr. Murphy is available on September 4. If you prefer not to depose him on the Saturday of Labor Day weekend, he is also available on September 10, which is 2 days past the deadline. Please let us know which date you prefer.

---

**From:** Adrian Roe <aroe@roeandsimonllc.com>
**Sent:** Monday, August 16, 2021 5:23 PM
**To:** Levine, Aaron H. <Aaron.Levine@arnoldporter.com>
**Cc:** zzz.External.eric.paine@nelsonmullins.com <eric.paine@nelsonmullins.com>; Kerschner, David <David.Kerschner@arnoldporter.com>; Hajian, Neda <Neda.Hajian@arnoldporter.com>; zzz.External.amartinez@shb.com <amartinez@shb.com>; zzz.External.JPiorkowski@lawdoc1.com <JPiorkowski@lawdoc1.com>
**Subject:** Re: Monsanto's Expert Reports and Disclosure (Schaffner)

External E-mail

Aaron -

I will file a motion as to Dr. Sawyer.

1

I will await the court's ruling on the motion and then let you know whether the Schaffner Plaintiffs will depose Dr. Murphy. Please ask Dr. Murphy to provide dates/times during the last week of the expert discovery period

I do not presently anticipate deposing the other experts identified by Monsanto but reserve the right to revisit this after I have had a chance to further review their reports.


Adrian N. Roe
Pa. Bar No. 61391
Roe & Simon LLC
428 Boulevard of the Allies
First Floor
Pittsburgh, PA 15219
Telephone: (412) 434-8187
Cell: (412) 400-3950
aroe@roeandsimonllc.com

www.roeandsimonllc.com


This is an email from an attorney and may contain legally privileged material. All legal restrictions are reserved.




On Aug 16, 2021, at 4:50 PM, Levine, Aaron H. <Aaron.Levine@arnoldporter.com> wrote:

We will not agree to this. Please confirm regarding our experts asap.

Thanks,

Aaron

---

**From:** Adrian Roe <aroe@roeandsimonllc.com>
**Sent:** Monday, August 16, 2021 4:35 PM
**To:** Levine, Aaron H. <Aaron.Levine@arnoldporter.com>
**Cc:** zzz.External.eric.paine@nelsonmullins.com <eric.paine@nelsonmullins.com>; Kerschner, David <David.Kerschner@arnoldporter.com>; Hajian, Neda <Neda.Hajian@arnoldporter.com>; zzz.External.amartinez@shb.com <amartinez@shb.com>;

zzz.External.JPiorkowski@lawdoc1.com<JPiorkowski@lawdoc1.com>
**Subject:** Re: Monsanto's Expert Reports and Disclosure (Schaffner)

External E-mail

Arron —

The Schaffner Plaintiffs wish to serve a rebuttal expert report by a toxicologist, Dr. William Sawyer. Plaintiffs will make Dr. Sawyer available for a deposition. This might require a slight adjustment of the schedule with the goal of having Dr. Sawyer's report issued and his deposition completed by September 15. Please advise if this is acceptable and I propose to file a consent motion to adjust the Schaffner case schedule for this purpose only.

Once I hear back from you on this, the Schaffner Plaintiffs will make a final decision regarding depositions as to Monsanto's specific causation experts.

Thanks,

Adrian



Adrian N. Roe
Pa. Bar No. 61391
Roe & Simon LLC
428 Boulevard of the Allies
First Floor
Pittsburgh, PA 15219
Telephone: (412) 434-8187
Cell: (412) 400-3950
aroe@roeandsimonllc.com

www.roeandsimonllc.com



This is an email from an attorney and may contain legally privileged material. All legal restrictions are reserved.

zzz.External.JPiorkowski@lawdoc1.com<JPiorkowski@lawdoc1.com>

3

On Aug 13, 2021, at 1:07 PM, Levine, Aaron H. <Aaron.Levine@arnoldporter.com> wrote:

Adrian,

Can you please confirm whether you intend to depose our case specific experts in this case? Our experts cannot continue to hold the multiple dates offered. Please let us know by COB on Monday.

Thanks,

Aaron

---

**From:** Cora, Albert <Albert.Cora@arnoldporter.com>
**Sent:** Friday, August 6, 2021 7:27 PM
**To:** aroe@roelawoffice.com
**Cc:** zzz.External.eric.paine@nelsonmullins.com <eric.paine@nelsonmullins.com>; Kerschner, David <David.Kerschner@arnoldporter.com>; Levine, Aaron H. <Aaron.Levine@arnoldporter.com>; Hajian, Neda <Neda.Hajian@arnoldporter.com>; zzz.External.amartinez@shb.com<amartinez@shb.com>; zzz.External.bstekloff@wilkinsonstekloff.com <bstekloff@wilkinsonstekloff.com>; zzz.External.ELasker@Hollingsworthllp.com<ELasker@Hollingsworthllp.com>
**Subject:** Monsanto's Expert Reports and Disclosure (Schaffner)

Counsel,

Shortly you'll receive a link to our secure FTP called Kiteworks that contains Monsanto's Expert Reports and Disclosure in the Schaffner matter. If you should have any trouble accessing these files, please let me know.

_____

Albert Cora
Case Manager

Arnold & Porter
250 West 55th Street | New York, New York 10019-9710
T: +1 212.836.7436 | F: +1 212.836.8689
Albert.Cora@arnoldporter.com | www.arnoldporter.com

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

5

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com