1

2   **WILKINSON STEKLOFF LLP**                    **COVINGTON & BURLING LLP**
    Brian L. Stekloff (*pro hac vice*)            Michael X. Imbroscio (*pro hac vice*)
    (bstekloff@wilkinsonstekloff.com)             (mimbroscio@cov.com)
3   Rakesh Kilaru (*pro hac vice*)                One City Center
    (rkilaru@wilkinsonstekloff.com)               850 10th St. NW
4   2001 M St. NW                                 Washington, DC 20001
    10th Floor                                    Tel:  202-662-6000
5   Washington, DC 20036
    Tel:  202-847-4030                            **BRYAN CAVE LEIGHTON PAISNER LLP**
6   Fax: 202-847-4005                             K. Lee Marshall (CA Bar No. 277092)
                                                  (klmarshall@bclplaw.com)
7                                                 Three Embarcadero Center, 7th Floor
    **HOLLINGSWORTH LLP**                         San Francisco, CA 94111
8   Eric G. Lasker (*pro hac vice*)               Tel:  415-675-3400
    (elasker@hollingsworthllp.com)                Fax: 415-675-3434
9   1350 I St. NW
    Washington, DC 20005
10  Tel:  202-898-5843                            Jed P. White (CA Bar No. 2392339)
    Fax: 202-682-1639                             (jed.white@bclplaw.com)
11                                                120 Broadway, Suite 300
                                                  Santa Monica, CA 90401
12                                                Tel:  310-576-2100
                                                  Fax: 310-576-2200
13

14  *Attorneys for Defendant Monsanto Company*

15

16              **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18  IN RE: ROUNDUP PRODUCTS             MDL No. 2741
    LIABILITY LITIGATION,
19                                       Case No. 3:16-md-02741-VC

20  *David Schaffner, Jr. et al. v. Monsanto Co.*,   **[PROPOSED] ORDER DENYING**
    Case No. 3:19-cv-07526-VC                        **PLAINTIFFS' ADMINISTRATIVE**
21                                                   **MOTION FOR LEAVE TO SERVE**
                                                     **REBUTTAL EXPERT DISCLOSURE AND**
22                                                   **ADJUST CASE MANAGEMENT**
                                                     **SCHEDULE**
23

24

25

26

27

28

PROPOSED ORDER RE MONSANTO'S OPPOSITION TO PLAINTIFFS'
ADMINISTRATIVE MOTION FOR LEAVE TO SERVE REBUTTAL EXPERT

1    The Court has considered Plaintiffs' Motion for Leave to Serve Rebuttal Expert Disclosure

2  and Adjust Case Management Schedule ("Motion") and Monsanto's papers in opposition to the

3  Motion.  Having considered all papers submitted by the parties concerning the Motion,

4    **IT IS HEREBY ORDERED** that Plaintiffs' Motion is Denied.

5

6   Dated:                           By:  _____

7                                          Honorable Vince Chhabria
                                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28