# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

This document relates to:

*Raymond A. Carroll v. Monsanto Company*
Case No. 3:20-cv-07216-VC

:
:
:
:
:
:
:
:
:
:
:

MDL 2741

Case No. 3:16-md-02741-VC

**[PROPOSED] ORDER RE: GRANTING
PLAINTIFF'S UNOPPOSED
ADMINISTRATIVE MOTION
TO REMOVE CASE FROM WAVE III**

AND NOW, PURSUANT TO STIPULATION IT IS SO ORDERED. *Raymond A. Carroll v. Monsanto Company*, No. 3:20-cv-07216-VC is hereby removed from the Wave 3 case list.

Date: __August 20__, 2021



GRANTED

Judge Vince Chhabria