UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Jones et al. v. Monsanto Company*, No. 20-cv-5768 | **ORDER OF DISMISSAL**<br>Re: Dkt. No. 13159 |

The Court has been advised that the parties have resolved this case. Dkt. No. 13159. Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in this case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: August 20, 2021

VINCE CHHABRIA
United States District Judge