Michael J. LaVelle – State Bar No. 002296
Matthew K. LaVelle – State Bar No. 018828
**LAVELLE & LAVELLE, PLC**
2415 East Camelback Road, Suite 700
Phoenix, AZ  85016
Telephone:    (602) 279-2100
Facsimile:    (602) 279-2114
mjl@LaVelle-LaVelle.com
matt@LaVelle-LaVelle.com
*Attorneys for Plaintiff Grabber*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | **MDL No. 2741**<br>**Docket No. 3:16-md-02741-VC** |
| This document relates to:<br><br>*Bruce Grabber v. Monsanto Co.*,<br>Case No. 3-20-cv-07551-VC | |

## **STIPULATION OF DISMISSAL**

Upon consent of all parties to have appeared, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, each party to bear its own attorneys' fees and costs.

                          Respectfully submitted,

                          **LAVELLE & LAVELLE, PLC**

                          By: /s/ Matthew K. LaVelle
                              Matthew K. LaVelle
                              2415 East Camelback Rd., Suite 700
                              Phoenix, AZ  85016
                              matt@lavelle-lavelle.com
                              *Attorneys for Plaintiff*

| | |
|---|---|
| 1 | **HOLLINGSWORTH LLP** |
| 2 | |
| 3 | By: /s/ Joe G. Hollingsworth |
|   | Joe G. Hollingsworth |
| 4 | jhollingsworth@hollingsworthllp.com |
|   | Eric G. Lasker |
| 5 | elasker@hollingsworthllp.com |
| 6 | 1350 I Street, N.W. |
|   | Washington, DC 20005 |
| 7 | (202) 898-5800 – Phone |
| 8 | (202) 682-1639 – Fax |
|   | *Attorneys for Defendant* |
| 9 | |

Dated: August 20, 2021

*Stipulation of Dismissal*                    -2-