# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

STEPHEN BEKO

          v.

MONSANTO

Plaintiff(s)

Defendant(s)

CASE NUMBER: MDL No. 2741
Master Docket Case No. 16-md-02741-VC

3:21-cv-05313-VC

(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

The Court hereby orders that the request of:

Stephen Beko
~~Lauren Montgomery~~
*Name of Party*

☒ Plaintiff ☐ Defendant ☐ Other

to substitute C. Mark Whitehead, III, M.D., J.D.                who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503
*City, State, Zip*

cmw@whiteheadfirm.com
*E-Mail Address*

(337) 740-6006
*Telephone Number*

(337) 205-7754
*Fax Number*

N/A
*State Bar Number*

as attorney of record instead of   James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and
*List all attorneys from same firm or agency who are withdrawing.*
Beau Michael Goodrick

is hereby   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated: August 20, 2021

U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (09/17)   (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY