**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:     (713) 227-8008
Facsimile:      (713) 227-9508
Email:                 jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br><br>*Carrie Dula v. Monsanto Company*<br><br>3:20-cv-00654-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Jennise W. Stubbs, of Shook, Hardy & Bacon L.L.P., hereby enters her appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the above address.

| | |
|---|---|
| DATED: August 20, 2021 | Respectfully submitted, |
| | SHOOK, HARDY & BACON L.L.P. |
| | By: /s/ Jennise W. Stubbs |
| | Jennise W. Stubbs |
| | 600 Travis Street, Suite 3400 |
| | Houston, TX 77002-2926 |
| | Telephone: (713) 227-8008 |
| | Facsimile: (713) 227-9508 |
| | Email: jstubbs@shb.com |
| | *Attorneys for Defendant* |
| | *MONSANTO COMPANY* |

### CERTIFICATE OF SERVICE

I, Jennise W. Stubbs, hereby certify that, on August 20, 2021, I electronically filed NOTICE OF APPEARANCE OF JENNISE W. STUBBS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Jennise W. Stubbs
Jennise W. Stubbs