UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

FERNANDO CAMARENA                          Plaintiff(s)

v.

MONSANTO COMPANY
                                           Defendant(s)

CASE NUMBER

MDL No. 2741
Master Docket Case No. 16-md-02741-VC

3:21-cv-05315-VC

(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

The Court hereby orders that the request of:

Fernando Camarena
~~Lauren Montgomery~~                 ☒ Plaintiff ☐ Defendant ☐ Other
*Name of Party*

to substitute  C. Mark Whitehead, III, M.D., J.D.                                who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503                                cmw@whiteheadfirm.com
*City, State, Zip*                                 *E-Mail Address*

(337) 740-6006             (337) 205-7754              N/A
*Telephone Number*         *Fax Number*                *State Bar Number*

as attorney of record instead of   James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and
                                   *List **all** attorneys from same firm or agency who are withdrawing.*
Beau Michael Goodrick

is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   August 20, 2021                           _____/s/_____
                                                  U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (09/17)              (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY