Wesley Todd Ball (Texas State Bar No. 24038754)
FARRAR & BALL, LLP
1117 Herkimer St.
Houston, TX 77008
713.221.8300 Telephone
713.221-8301 Facsimile

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| _____ | |
| This document relates to: | |
| | |
| *Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG* | **PLAINTIFFS' MOTION TO DISMISS BAYER AG** |
| Case No. 3:20-cv-024727-VC | |

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now, Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased and Troy Scheh, and would show the Court that all matters in controversy between the Plaintiffs and Defendant Bayer AG have been settled or compromised and that the above case should be dismissed without prejudice.

    WHEREFORE, PREMISES CONSIDERED, the Plaintiffs pray that the Court enter an Order dismissing the above-styled and numbered cause without prejudice.

**PLAINTIFFS' MOTION TO DISMISS DEFENDNAT BAYER AG WITHOUT PREJUDICE**

| | |
|---|---|
| Dated:  August 24, 2021 | Respectfully submitted, |
| | FARRAR & BALL, LLP |
| | By: *[signature]* |
| | _____ |
| | WESLEY TODD BALL |
| | State Bar No.   24038754 |
| | Federal Bar No. 431881 |
| | 1117 Herkimer St. |
| | Houston, Texas 77008 |
| | (713) 221-8300 Office |
| | (713) 221-8301 Facsimile |
| | Email:  wes@fbtrial.com |

## SERVICE LIST

Joe G. Hollingsworth
Eric G. Lasker
Hollingsworth, LLP
1350 I Street N.W.
Washington, DC 20005
Email:  jhollingsworth@hollingsworthllp.com
Email:  elasker@hollingsworthllp.com
.

Kent Altsuler
24 Greenway Plaza, Ste. 1400
Houston, Texas 77046
Email:  ken.altsules r@lewisbrisbois.com

Anthony R. Martinez
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108
Email: amartinez@shb.com

**PLAINTIFFS' MOTION TO DISMISS DEFENDNAT BAYER AG WITHOUT PREJUDICE**