UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |

This document relates to:

| | |
|---|---|
| *Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG*<br>Case No. 3:20-cv-024727-VC | **[PROPOSED] ORDER RE: GRANTING PLAINTIFFS' MOTION TO DISMISS BAYER AG WITHOUT PREJUDICE** |

The plaintiffs' motion to Dismiss Defendant Bayer AG without Prejudice is granted.

Date: _____    _____
HONORABLE VINCE CHHABRIA
United States District Judge

**STIPULATION TO REMOVE THIS CASE FROM THE WAVE III LIST**