UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Bundy v. Monsanto Company et al.*,<br>No. 20-cv-6345 | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORTS**<br>Re: Dkt. No. 13239 |

The plaintiff's motion for extension of time to file expert reports is granted. If the plaintiff's motion to remand is denied, the expert reports shall be due within 30 days.

**IT IS SO ORDERED.**

Dated: August 25, 2021

VINCE CHHABRIA
United States District Judge