UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Cockerham et al., v. Monsanto Company et al.*, No. 19-cv-8089 | **ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT** |
| | Re: Dkt. No. 13425 |

The motion to substitute party and amend complaint is granted. The plaintiff shall file the amended complaint as a separate docket entry within 7 days of this order.

**IT IS SO ORDERED.**

Dated: August 25, 2021

VINCE CHHABRIA
United States District Judge