UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Donnie Leon Powell v. Monsanto Company*<br>Case No. 3:20-cv-05623-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC |

## ORDER GRANTING PLAINTIFF'S DONNIE POWELL'S AGREED MOTION TO EXTEND DEADLINES

On this day, the Court considered Plaintiff's Agreed Motion to Extend Deadlines. Having considered the agreed motion and arguments of counsel, the Court finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Agreed Motion to Extend Deadlines is **GRANTED**. Plaintiff's deadline to respond to Monsanto's Amended Notice of Motion and Motion for Summary Judgment on Causation Grounds from August 17, 2021 to August 31, 2021 and the hearing set for September 9, 2021 be moved on or after September 23, 2021.

SIGNED on this ___25th___ day of August, 2021.

GRANTED
Judge Vince Chhabria

Page 1 of 1