UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2741<br><br>Master Docket Case No. 1<br>16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | ) ) | Honorable Vince Chhabria |
| *Elaine T. Aden, Individually, and As Representative of the Estate of Aubrey R. Aden, deceased* | ) ) ) ) | Case No: 19-cv-1849-VC |
| Case No. 19:-cv-1849-VC | ) ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILED FIRST AMENDED COMPLAINT

**THE COURT,** being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby **GRANTS** Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint.

The amended complaint shall be filed within 7 days of this order.

**SO ORDERED** this ___25th___ day of ___August___ 202_1_.

_____
**Honorable Judge Vincent Chhabria**
**United States District Court Judge**