David A. Domina, NE #11043
Domina Law Group pc llo
2425 S 144th St
Omaha, NE 68144
Telephone: 402-493-4100
Facsimile: 402-493-9782
ddomina@dominalaw.com

*Attorney for Plaintiffs*

**United States District Court, District of Northern California**

| | |
|---|---|
| **In Re: Roundup Products Liability Litigation** | **MDL No. 2741**<br>Case No: 16-md-2741 |
| _____ | **Hon. Vince Chhabria** |
| **Brent L. Graves and Barbara Graves, husband and wife,** | Case No.: CI 21-\_\_\_ |
| **Plaintiffs,** | |
| v. | **Plaintiff's Voluntary Dismissal Without Prejudice** |
| **Monsanto Company, a Missouri Corporation,** | |
| **Defendant.** | |

**Overview**

1. Plaintiffs, Brent L. Graves and Barbara Graves, husband and wife, dismiss this action voluntarily and without prejudice to their right to refile the case in the District of South Dakota.

August 25, 2021.

By: /s/ *David A. Domina*
David A. Domina 11043NE
Domina Law Group pc llo

2425 South 144th St.
Omaha NE 68144-3267
402 493 4100
Pro hac vice admission requested in S.D.
ddomina@dominalaw.com

and

Lon J. Kouri, Esq.
May & Johnson PC
6805 South Minnesota Ave
Sioux Falls, SD 57109
605 336 2565
lkouri@mayjohnson.com

*Plaintiffs' Lawyers*

2

10E0363