Adrian N. Roe (*pro hac vice*)
Roe & Simon LLC
428 Boulevard of the Allies
First Floor
Pittsburgh, PA 15219
412-434-8187
aroe@roeandsimonllc.com

Counsel for Plaintiffs David Schaffner, Jr.,
and Theresa Sue Schaffner

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This document relates to: | | |
| *David Schaffner, Jr. et al. v. Monsanto Co.,* Case No. 3:19-cv-07526-VC | | |

**ORDER GRANTING
SCHAFFNER PLAINTIFFS'
ADMINISTRATIVE MOTION FOR LEAVE TO SERVE
REBUTTAL EXPERT DISCLOSURE AND ADJUST CASE
MANAGEMENT SCHEDULE**

AND NOW this \_\_\_25th\_\_\_ day of \_\_\_August\_\_\_, 2021, it is hereby Ordered, Adjudged, and Decreed that the above-referenced motion be, and the same is hereby, Granted.

Plaintiffs David Schaffner, Jr. and Theresa Sue Schaffner are granted to and including September 7, 2021, to serve a rebuttal expert disclosure with respect to Dr. William Sawyer. Defendant Monsanto shall have to and including September 15, 2021 to depose Dr. Sawyer.

_____
United States District Judge