UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUND UP PRODUCTS ) MDL No. 2741
LIABILITY LITIGATION )
 )
_____ ) Case No: 3:16-md-2741
 )
This Document Relates to: )
 )
Salem v. Monsanto Co., 3:20-cv-01360-VC )
_____ )

### ORDER

    THIS MATTER came before the Court on *Motion for Substitution of Party, and Request for Leave to Amend the Complaint to Allege a Wrongful Death Claim* filed by Plaintiff, Sandra M. Salem, Personal Representative of the Estate of John Joseph Salem, deceased. The Court having heard argument of counsel, states:

    1.    Counsel for Plaintiff Sandra M. Salem's motion is GRANTED.

    2.    Sandra M. Salem, as the Personal Representative of the Estate is substituted as Plaintiff in this action and has been granted leave to file a motion for leave to amend the operative complaint. The Plaintiff shall file the amended Complaint on the docket within seven (7) days.

Date: August 25, 2021

_____
VINCENT CHHABRIA
United States District Court Judge

