IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION<br><br>v.<br><br>This document relates to:<br><br>Bradley Koen v. Monsanto Co.<br>Case No. 3:20-cv-03074-VC | § § § § § § § § § § § § §<br><br>MDL NO. 2741<br>CASE NO. 3:16-md-02741-VC |

## ORDER

BEFORE THE COURT is Plaintiff's Unopposed Motion to Withdraw as Counsel. The Court having read and considered the Motion finds that the Motion should be and is hereby GRANTED.

IT IS HEREBY ORDERED that Plaintiff's Motion is granted and that Rebecca R. Webber is no longer counsel of record for Plaintiff in this matter.

SIGNED AND ENTERED this __25th__ day of ___August___ 2021.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

