UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*William Davis, et al. v. Monsanto Company, et al.*, Case No. 3:21-cv-05298-VC | [~~PROPOSED~~] ORDER REGARDING STIPULATED REMAND |

Upon consideration of the Joint Stipulation to Remand *Davis* Lawsuit to State Court filed by plaintiffs and defendant Monsanto Company and finding good cause for the relief sought in that stipulation, the Court hereby orders that this lawsuit is remanded to the Superior Court of the State of California for San Francisco County, with the parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 25, 2021

_____
VINCE CHHABRIA
United States District Judge

**GRANTED**
Judge Vince Chhabria