UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | [PROPOSED] ORDER GRANTING JOINT REQUEST FOR REVISED SCHEDULE FOR WAVE 4 CASES AND ADDITION OF CASES TO WAVE 4 |
| ALL ACTIONS | |

THIS MATTER came before the Court based on the Court's order for a revised schedule for Wave 4 cases. Having reviewed the proposed schedule and finding good cause shown, the Court GRANTS the parties' proposed schedule for Wave 4 cases as detailed below and designates the following as part of Wave 4.

**Wave 4 Schedule:**

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 14 days from entry of this order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 14 days from entry of this order |
| Deficiency letter(s) sent. | 4 business days from receipt of PFS |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter |
| Close of fact discovery. | 3/11/2022 |
| Plaintiffs' expert reports due. | 3/25/2022 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 3 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 4/1/2022 |
| Monsanto's expert reports due. | 4/25/2022 |
| Close of expert discovery. | 5/25/2022 |
| Monsanto's *Daubert* and summary judgment briefs due. | 6/8/2022 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 6/22/2022 |

| Event | Date |
|---|---|
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 6/29/2022 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | 7/12/2022 |
| *Daubert* hearing (if necessary). | 8/22/2022 |

The Wave 4 cases shall be as follows:

**Cases Transferred to the MDL from Arizona District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Freegard, Timothy G. | 3:20-cv-04328 | USDC District of AZ |
| Gordon, Garfield | 3:19-cv-06423 | USDC District of AZ |
| Manera, Sebastian William | 3:20-cv-04517 | USDC District of AZ |
| Pinheiro, Eduino N. | 3:21-cv-00041 | USDC District of AZ |
| Pinheiro, Paula | 3:20-cv-08173 | USDC District of AZ |
| Sarager, Ted | 3:19-cv-07196 | USDC District of AZ |
| Scott, William | 3:20-cv-04748 | USDC District of AZ |
| Strickland, Scott | 3:20-cv-04519 | USDC District of AZ |
| White, Christopher | 3:20-cv-04843 | USDC District of AZ |

**Cases Transferred to the MDL from Florida District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Adams, John | 3:21-cv-04466 | USDC Southern District FL |
| Anderson, Jeffrey Michael | 3:19-cv-08084 | USDC Southern District FL |
| Arenas, Luis | 3:21-cv-00038 | USDC Southern District FL |
| Belfleur, Jean | 3:20-cv-00621 | USDC Middle District FL |
| Berenfeld, Sharon | 3:18-cv-01428 | USDC Middle District FL |
| Boatright, Allen | 3:21-cv-00675 | USDC Northern District FL |
| Bundy, Rob | 3:20-cv-06345 | USDC Middle District FL |
| Casale, Patricia A. | 3:19-cv-05238 | USDC Southern District FL |
| Chirico, Pamela Jean | 3:20-cv-01362 | USDC Middle District FL |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Cobb, Charlotte | 3:19-cv-05659 | USDC Middle District FL |
| Coley, Steven B. | 3:18-cv-04553 | USDC Middle District FL |
| Colton, Andrew | 3:20-cv-04834 | USDC Northern District FL |
| Daniel, Don | 3:20-cv-03938 | USDC Northern District FL |
| Dean, Derek Dante | 3:20-cv-01359 | USDC Middle District FL |
| Drons, Robert | 3:20-cv-08167 | USDC Northern District FL |
| Engilis, Jr., Peter | 3:19-cv-07859 | USDC Middle District FL |
| Gardner, James Edward | 3:19-cv-00443 | USDC Middle District FL |
| Gazaleh, Jed H. | 3:19-cv-05229 | USDC Middle District FL |
| Ghaznavi, Shariq | 3:21-cv-02706 | USDC Northern District FL |
| Gilberg, Ellen | 3:20-cv-07735 | USDC Middle District FL |
| Glassman, Philip | 3:20-cv-00024 | USDC Southern District FL |
| Henson, Sam Wayne | 3:20-cv-02125 | USDC Northern District FL |
| Iona, Deborah | 3:20-cv-02404 | USDC Southern District FL |
| Joffe, Jeffrey F. | 3:18-cv-00430 | USDC Middle District FL |
| Keeler, Jr., David | 3:18-cv-01694 | USDC Middle District FL |
| Konzny, Larry | 3:20-cv-08797 | USDC Middle District FL |
| Lundy, Thomas | 3:20-cv-09289 | USDC Middle District FL |
| Mann-Cox, Sally | 3:21-cv-04471 | USDC Middle District FL |
| Miller, Allison V. | 3:21-cv-04633 | USDC Middle District FL |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Mullisi, Armelin | 3:20-cv-01361 | USDC Middle District FL |
| Nurquez, Virgilio Eduardo | 3:18-cv-07570 | USDC Southern District FL |
| Paris, Clark | 3:20-cv-01840 | USDC Middle District FL |
| Penalver, Jorge | 3:20-cv-08801 | USDC Southern District FL |
| Perillo, Antonio | 3:21-cv-02550 | USDC Middle District FL |
| Perry, Jr., Benjamin L. | 3:19-cv-03580 | USDC Middle District FL |
| Pertzog, Dorothy J. | 3:20-cv-03367 | USDC Middle District FL |
| Pickart, Alan M. | 3:20-cv-06248 | USDC Middle District FL |
| Post, Bonnie | 3:21-cv-00179 | USDC Middle District FL |
| Proctor, Mark | 3:21-cv-00172 | USDC Southern District FL |
| Richards, Thomas J. | 3:20-cv-00199 | USDC Middle District FL |
| Rogers, Sr., Joseph N. | 3:19-cv-03836 | USDC Middle District FL |
| Salas, Nancy C. | 3:21-cv-06173 | USDC Southern District FL |
| Salem, John Joseph | 3:20-cv-01360 | USDC Middle District FL |
| Schaible, Mark G. | 3:19-cv-06434 | USDC Middle District FL |
| Shahady, John J. | 3:19-cv-07860 | USDC Southern District FL |
| Skonicki, Barbara | 3:20-cv-08053 | USDC Middle District FL |
| Smither, Lewis | 3:20-cv-08054 | USDC Middle District FL |
| Talbott, Gale A. | 3:20-cv-03733 | USDC Middle District FL |
| Tam, Wesley | 3:20-cv-04216 | USDC Southern District FL |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Thal, Harry | 3:19-cv-07456 | USDC Southern District FL |
| Thomas, Henry L. | 3:20-cv-03653 | USDC Middle District FL |
| Thompson, Aurie Hazel | 3:19-cv-05038 | USDC Middle District FL |
| Thompson, Matthew | 3:20-cv-08851 | USDC Southern District FL |
| Turnoff, William C. | 3:19-cv-03837 | USDC Southern District FL |
| Wolfenbarger, Todd | 3:19-cv-06822 | USDC Middle District FL |
| Wotitzky, Hal Frank | 3:19-cv-05336 | USDC Middle District FL |

**Cases Transferred to the MDL from Iowa District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Beckfield, Brett | 3:21-cv-05322 | USDC Northern District IA |
| Chindlund, Andrew | 3:21-cv-02704 | USDC Southern District IA |
| Deneve, Richard | 3:19-cv-07341 | USDC Northern District IA |
| Gulikers, Shana C. All | 3:20-cv-02293 | USDC Southern District IA |
| Henrich, Jack | 3:20-cv-03728 | USDC Northern District IA |
| Koch, James | 3:21-cv-01212 | USDC Northern District IA |
| Linn, Bernice A. | 3:20-cv-01760 | USDC Southern District IA |
| Perin, Becky S. | 3:20-cv-01417 | USDC Southern District IA |
| Porto, Charles | 3:21-cv-00238 | USDC Northern District IA |
| Potash, Michael | 3:21-cv-01041 | USDC Northern District IA |
| Rasmusson, Neil Edward | 3:19-cv-07132 | USDC Southern District IA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Shipley, Joseph E. | 3:17-cv-01982 | USDC Southern District IA |
| Sjaardema, Dennis L. | 3:20-cv-06193 | USDC Southern District IA |
| Sjaardema, Eugene | 3:20-cv-06192 | USDC Southern District IA |
| Skoronski, Ron | 3:19-cv-07105 | USDC Southern District IA |
| Utecht, Levi C. | 3:19-cv-04677 | USDC Southern District IA |
| Van Wyk, Ellen | 3:19-cv-06843 | USDC Southern District IA |
| Webb, Brian | 3:20-cv-05624 | USDC Northern District IA |
| Williams, Thomas N. | 3:19-cv-03537 | USDC Southern District IA |
| Wirtz, Charles | 3:19-cv-07339 | USDC Northern District IA |
| Worth, Billy | 3:18-cv-02906 | USDC Northern District IA |

**Cases Transferred to the MDL from Massachusetts District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Aldoupolis, George | 3:20-cv-03433 | USDC District of MA |
| Armstrong, Daniel | 3:21-cv-02125 | USDC District of MA |
| Baid, Prabha | 3:20-cv-06774 | USDC District of MA |
| Breger, Lisa | 3:18-cv-02257 | USDC District of MA |
| Canning, Richard | 3:19-cv-04230 | USDC District of MA |
| Carchia, Kathryn | 3:20-cv-05873 | USDC District of MA |
| Colbert, Debra | 3:20-cv-05115 | USDC District of MA |
| Cotter, Robert | 3:20-cv-03108 | USDC District of MA |
| Diogo, Antonino | 3:19-cv-08087 | USDC District of MA |
| Eordekian, Sophie | 3:20-cv-05874 | USDC District of MA |
| Fox, James | 3:20-cv-03650 | USDC District of MA |
| Inman, Rita | 3:19-cv-08223 | USDC District of MA |
| Kopas, Jan | 3:19-cv-06059 | USDC District of MA |
| McCrillis, Robert | 3:21-cv-00606 | USDC District of MA |
| Medugno, Henry | 3:21-cv-04635 | USDC District of MA |
| Morin, Wayne | 3:20-cv-01019 | USDC District of MA |
| Nelson, Gerald | 3:19-cv-04576 | USDC District of MA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Nicolacopoulos, Nicoletta | 3:20-cv-01018 | USDC District of MA |
| Parenteau, Joseph | 3:20-cv-03651 | USDC District of MA |
| Rubin, Joel | 3:20-cv-05870 | USDC District of MA |
| Ryan, William Beau | 3:20-cv-03936 | USDC District of MA |
| Stanhope, William | 3:20-cv-03652 | USDC District of MA |
| Tosi, Larry | 3:18-cv-03181 | USDC District of MA |
| Tudal, Steven | 3:20-cv-05871 | USDC District of MA |

**Cases Transferred to the MDL from Michigan District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Akrawi, Habib | 3:19-cv-05874 | USDC Eastern District MI |
| Arnt, Phillip | 3:20-cv-02412 | USDC Western District MI |
| Askew, Kenneth C. (on behalf of the Estate of Sandra J. Askew, deceased) | 3:18-cv-04851 | USDC Eastern District MI |
| Avila, Elvia | 3:20-cv-02971 | USDC Western District MI |
| Burtney, Arnold | 3:19-cv-06447 | USDC Eastern District MI |
| Cramer, Cynthia (on behalf of the Estate of Roger D. Cramer, deceased) | 3:18-cv-04854 | USDC Eastern District MI |
| Dillon, John | 3:19-cv-06184 | USDC Eastern District MI |
| Hann, Adrine | 3:20-cv-07213 | USDC Eastern District MI |
| Katz, Bernice | 3:20-cv-01825 | USDC Eastern District MI |
| LaHote, Michael | 3:19-cv-06448 | USDC Eastern District MI |
| Matthaus-Shelton, Linda J. | 3:20-cv-00175 | USDC Eastern District MI |
| Mefford, Robert | 3:20-cv-02565 | USDC Western District MI |
| Moreau, Andrew P. | 3:18-cv-04974 | USDC Eastern District MI |
| Palframan, Vonta Mae | 3:19-cv-06749 | USDC Western District MI |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Sarafian, Alexander | 3:20-cv-01068 | USDC Eastern District MI |
| Stone, Barbara | 3:20-cv-01553 | USDC Eastern District MI |
| Thomas, Michael | 3:18-cv-06028 | USDC Eastern District MI |
| Vanderlip, Greg S. | 3:18-cv-04850 | USDC Eastern District MI |
| Zuiderveen, Merlin Nelson | 3:20-cv-00582 | USDC Western District MI |

**Cases Transferred to the MDL from Ohio District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Abbott, IV, Curtis W. | 3:20-cv-04650 | USDC Southern District OH |
| Alamiri, Tawfeeq | 3:20-cv-08844 | USDC Northern District OH |
| Applegate, Ralph A. | 3:18-cv-03363 | USDC Southern District OH |
| Applegate, Ralph | 3:19-cv-06800 | USDC Southern District OH |
| Augsburger, Wanda | 3:20-cv-02970 | USDC Northern District OH |
| Booth, David | 3:20-cv-04654 | USDC Northern District OH |
| Buck, William C. | 3:19-cv-08065 | USDC Southern District OH |
| Burger, Holly L. | 3:21-cv-01045 | USDC Southern District OH |
| Butler, Bethany Anne | 3:19-cv-07529 | USDC Southern District OH |
| Canzoni, Gregory | 3:20-cv-02974 | USDC Northern District OH |
| Cira, Paul | 3:20-cv-08052 | USDC Northern District OH |
| Clark, John T. | 3:20-cv-07886 | USDC Southern District OH |
| Coressel, James | 3:20-cv-03720 | USDC Northern District OH |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Cryan, Catherine | 3:17-cv-05084 | USDC Northern District OH |
| Dektas, Linda L. | 3:20-cv-01069 | USDC Southern District OH |
| Dominique, Floyd | 3:21-cv-02705 | USDC Northern District OH |
| Elzey, Arnold | 3:19-cv-07373 | USDC Northern District OH |
| Foreman, Ronald D. | 3:21-cv-06109 | USDC Northern District OH |
| Garrison, Richard | 3:19-cv-00280 | USDC Southern District OH |
| Gibby, Douglas A. | 3:20-cv-03724 | USDC Southern District OH |
| Holliday, Michael | 3:19-cv-03014 | USDC Northern District OH |
| Hopkins II, Harold R. | 3:20-cv-05531 | USDC Northern District OH |
| Lenfestey, Lynne | 3:20-cv-08848 | USDC Northern District OH |
| Lloyd, Blaine E. | 3:20-cv-00588 | USDC Northern District OH |
| McVey, James | 3:19-cv-07862 | USDC Southern District OH |
| Mijajlovic, Branko | 3:19-cv-07368 | USDC Northern District OH |
| Moore, Susan | 3:19-cv-06188 | USDC Southern District OH |
| Naveaux, Elizabeth | 3:20-cv-02566 | USDC Northern District OH |
| Nissen, Richard A. | 3:20-cv-06989 | USDC Northern District OH |
| Perilman, Richard | 3:19-cv-08446 | USDC Northern District OH |
| Perry, Catherine | 3:21-cv-05621 | USDC Northern District OH |
| Phillips, Mark | 3:20-cv-03065 | USDC Northern District OH |
| Regruth, James | 3:20-cv-06188 | USDC Southern District OH |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Rhuland, Jason C. | 3:19-cv-05598 | USDC Northern District OH |
| Riepenhoff, Charles | 3:19-cv-07370 | USDC Northern District OH |
| Rowland, Dean | 3:19-cv-05310 | USDC Northern District OH |
| Searle, John | 3:20-cv-08850 | USDC Northern District OH |
| Setzer, William | 3:17-cv-03448 | USDC Northern District OH |
| Shanklin, Patricia A. | 3:19-cv-04644 | USDC Southern District OH |
| Sizemore, Ronald W. | 3:21-cv-05321 | USDC Southern District OH |
| Smith, Linda | 3:19-cv-07528 | USDC Southern District OH |
| Stackhouse, Walter | 3:21-cv-02908 | USDC Northern District OH |
| Thorpe, Teresa | 3:19-cv-07372 | USDC Northern District OH |
| Tierney, Colleen | 3:20-cv-04211 | USDC Northern District OH |
| Vollmar, James | 3:19-cv-02012 | USDC Northern District OH |
| Wachtman, Vernon | 3:20-cv-06119 | USDC Northern District OH |
| Wallace, Charles D. | 3:20-cv-01922 | USDC Southern District OH |
| Westfall, Jeffrey R. | 3:21-cv-02909 | USDC Northern District OH |
| Williamson, Kimber | 3:20-cv-00167 | USDC Northern District OH |
| Wistinghausen, Robert | 3:20-cv-00027 | USDC Northern District OH |

**Cases Transferred to the MDL from South Carolina District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Boston, Felton | 3:19-cv-03787 | USDC District of SC |
| Bulone, Angelo | 3:20-cv-03719 | USDC District of SC |
| Carraway, Jr., Samuel L. | 3:20-cv-03599 | USDC District of SC |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Cato, Henry | 3:20-cv-01920 | USDC District of SC |
| Cooper, Victor | 3:20-cv-04652 | USDC District of SC |
| Cousar, Vernal | 3:20-cv-04212 | USDC District of SC |
| Doran, Jr., Richard A. | 3:20-cv-02650 | USDC District of SC |
| Duncan, Robert | 3:20-cv-03111 | USDC District of SC |
| Finley, Michael | 3:20-cv-01642 | USDC District of SC |
| Ford, John E. | 3:21-cv-00603 | USDC District of SC |
| Gardner, Jerry | 3:19-cv-07129 | USDC District of SC |
| Goble, Jr., Isaac W. | 3:20-cv-04648 | USDC District of SC |
| Hoffman, William | 3:20-cv-02805 | USDC District of SC |
| Huskey, William Dennis | 3:20-cv-02648 | USDC District of SC |
| Isbell, Randy | 3:20-cv-03226 | USDC District of SC |
| Kay, Linda | 3:21-cv-00175 | USDC District of SC |
| McEvoy, Sr., John Richard | 3:20-cv-01641 | USDC District of SC |
| Miller, Eric | 3:19-cv-07399 | USDC District of SC |
| Morris, Christopher | 3:20-cv-01957 | USDC District of SC |
| Ott, Everett | 3:20-cv-02649 | USDC District of SC |
| Reiser, Brenda | 3:21-cv-05220 | USDC District of SC |
| Ross, Bobby D. | 3:18-cv-00676 | USDC District of SC |
| Rutland, Roy | 3:20-cv-05372 | USDC District of SC |
| Scott, Bobby Dale | 3:20-cv-06990 | USDC District of SC |
| Smith, Ronald | 3:19-cv-02385 | USDC District of SC |
| Ward, Raleigh O. | 3:20-cv-00028 | USDC District of SC |
| Williams, Charles | 3:20-cv-04758 | USDC District of SC |

**Additional Wave 4 Cases:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Scheh, Donald | 3:20-cv-02427 | USDC Eastern District of TX |

Date: _____, 2021

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT