

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONSTEKLOFF.COM
—
A LIMITED LIABILITY
PARTNERSHIP

August 25, 2021

**VIA ECF**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA  94102

Re:     *In re Roundup Prods. Liab. Litig.*, No. 16-md-02741-VC

Dear Judge Chhabria:

In response to the Court's August 18, 2021 minute order, the parties state as follows regarding the possible remand of cases from Waves 1 and 2:

Plaintiffs' Position:  At the hearing on August 18, 2021, Plaintiffs' counsel informed the Court that several cases remain in Waves 1 and 2 that are not settled.  The unsettled cases in Waves 1 and 2 are:

*Yolanda Mendoza v. Monsanto Company*, 3:16-cv-06046-VC (Wave 1)
*Seidl v. Monsanto Company*, 3:17-cv-00519-VC (Wave 2)
*Karen Delorme-Barton v. Monsanto Company*, 3:18-cv-01427-VC (Wave 2)

Plaintiffs Mendoza and Delorme-Barton are represented by Weitz & Luxenberg (W&L). Because W&L entered into a settlement agreement with Monsanto, a brief summary of that settlement program is necessary. As to Plaintiff Yolanda Mendoza, she is an opt-out claimant in the W&L settlement agreement.  The Wave 1 plaintiffs were identified and expert disclosures made before W&L and Monsanto entered into a settlement agreement.  For reasons that Plaintiff's counsel does not address in this submission, Ms. Mendoza's case has not yet been mediated, as the settlement agreement provides prior to proceeding to trial, and Plaintiff's counsel was under the impression that Ms. Mendoza's case would not be mediated and would proceed to remand and trial.  Monsanto counsel informed counsel today that it disagrees and that mediation must occur prior to remand.  Mr. Feinberg, the Special Master of the W&L and Monsanto settlement agreement, informed Plaintiffs' counsel today that he will schedule Ms. Mendoza's mediation for the week after Labor Day and finalize any other opt out procedures by the end of September at the latest. Accordingly, in the event her case is not settled during this process, Mr. Feinberg will inform the Court that her case is ready for remand by the end of September.

At the September 18th conference, Plaintiffs' counsel also informed the Court that there is a case in Wave 2 that has not settled. Because Wave 2 was designated after Monsanto and the W&L firm entered into a settlement agreement, the parties did not submit expert designations for Ms. Delorme-Barton, believing that her case would resolve in the opt out process. As subsequent events have changed that belief, Plaintiffs proposed to Monsanto that it agree to include Ms. Delorme-Barton's case in Wave 4. Monsanto as of the time of this submission has not agreed to this process. As a result of the current circumstances of Ms. Delorme-Barton's case, Plaintiffs' counsel requests that the Court include her case in Wave 4 and agrees that her case is not ready to be included in Wave 2 cases ready for remand.

The *Seidl* case is not subject to a settlement agreement and ready for remand now.

<u>Monsanto's Position</u>:   Monsanto disagrees these cases are appropriate for remand and with Plaintiffs' characterizations of the discussions between the parties. These cases are all subject to settlement agreements and until the terms of those agreements are complied with, remand is inappropriate. In addition, *Delorme-Barton* is not worked up and there are several pending motions that would need to be resolved before remand in *Seidl*.

- Docket Entry 19 – Motion to Exclude Expert Testimony of Dr. Charles Benbrook, Dr. Charles Jameson, and Mr. Stephen Petty
- Docket Entry 20 – Motion to Exclude Expert Testimony of Plaintiffs' General Causation Experts Under Rule 702 and for Summary Judgment on Causation Grounds
- Docket Entry 21 – Motion for Summary Judgment on Non-Causation Grounds
- Docket Entry 23 – Motion to Exclude Testimony of Plaintiffs' Experts Barry Boyd, Lauren Pinter-Brown, and Ron Schiff Under Rule 702
- Docket Entry 24- Motion to Exclude Expert Testimony of Dr. William Sawyer
- Docket Entry 25 – Motion to Exclude the Testimony of Dr. Christopher Portier Under Rule 702

The parties have separately filed the proposed order for Wave IV.

Respectfully submitted.

*/s/ Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
*Counsel for Monsanto*

_/s/ Robin L. Greenwald_
Robin L. Greenwald
WEITZ & LUXENBERG
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
_Counsel for Plaintiffs_

Cc: Counsel of Record (via ECF)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Brian L. Stekloff*