1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:    (713) 227-9508
4  Email:         jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                       UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Richard Dufrene v. Monsanto Co.,*<br>Case No. 3:21-cv-05397-VC | |

13            **<u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>**

14         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

15  ("Monsanto") makes the following disclosures:

16         1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

17         2.     Bayer AG is a publicly held corporation.

18

19  DATED: August 26, 2021.                    Respectfully submitted,

20                                              SHOOK, HARDY & BACON L.L.P.

21                                              BY: */s/ Jennise W. Stubbs*
                                                    Jennise W. Stubbs
22                                                  600 Travis Street, Suite 3400
                                                    Houston, TX 77002-2926
23                                                  Telephone:   (713) 227-8008
                                                    Facsimile:    (713) 227-9508
24                                                  Email:         jstubbs@shb.com

25
                                                *Attorneys for Defendant*
26                                              *MONSANTO COMPANY*

27

28

---

# CERTIFICATE OF SERVICE

I certify that on the 26th day of August, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

                                           */s/Jennise W. Stubbs*
                                           Jennise W. Stubbs