1  **SHOOK, HARDY & BACON L.L.P.**
    Jennise W. Stubbs
2   600 Travis Street, Suite 3400
    Houston, TX 77002-2026
3   Telephone:   (713) 227-8008
    Facsimile:   (713) 227-9508
4   Email:       jstubbs@shb.com

5   *Attorneys for Defendant*
    *MONSANTO COMPANY*

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Stephen Beko v. Monsanto Co.*,<br>Case No. 3:21-cv-05313-VC | |

**MONSANTO COMPANY'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

1  DATED: August 26, 2021.                        Respectfully submitted,

2                                                 SHOOK, HARDY & BACON L.L.P.

3                                                 BY: */s/ Jennise W. Stubbs*
                                                      Jennise W. Stubbs
4                                                     600 Travis Street, Suite 3400
                                                      Houston, TX 77002-2926
5                                                     Telephone:  (713) 227-8008
                                                      Facsimile:  (713) 227-9508
6                                                     Email:      jstubbs@shb.com

7
                                                  *Attorneys for Defendant*
8                                                 *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 26th day of August, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

                                                  */s/Jennise W. Stubbs*
                                                  Jennise W. Stubbs