**Garmer & Prather, PLLC**
Jerome P. Prather, Esq. (*pro hac vice*)
141 North Broadway
Lexington, Kentucky 40507
Telephone: (859) 254-9351
Facsimile:  (859) 233-9769
Email: jprather@garmerprather.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
***ELECTRONICALLY FILED***

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Estate of Kenzie Elizabeth Murdock, Kyle A. Murdock, Adm'r, Kyle A. Murdock, individually, and Mandi L. Murdock v. Monsanto Co.,*<br>Case No. 3:20-cv-01363-VC | MDL NO. 2741<br>Case No. 3:16-md-02741-VC |

**MOTION FOR LEAVE TO FILE**
**SECOND AMENDED COMPLAINT**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

COME the Plaintiffs, the Estate of Kenzie Elizabeth Murdock, Kyle Murdock, Administrator, Kyle A. Murdock, Individually and Mandi L. Murdock, by counsel, and pursuant to FRCP 15(a) hereby move the Court for leave to file the tendered First Amended Complaint. As grounds for this motion for leave to file the Second Amended Complaint, Plaintiffs state as follows.

1.  According to Federal Rule of Civil Procedure 15(a)(2), "[t]he court should freely give leave when justice so requires." After an Answer has been filed, a party may amend its pleadings only with the opposing party's written consent or the court's leave. The interests of

justice require granting leave to file the Second Amended Complaint to fully state Plaintiffs' claims for damages; and, accordingly, this Court should grant leave to file same.

2. This case was originally filed in the Western District of Kentucky before it was consolidated with other Roundup cases as part of the multidistrict lawsuit against Monsanto Company.

3. Plaintiffs' decedent, Kenzie Murdock, was diagnosed with and died from Non-Hodgkin's lymphoblastic lymphoma as a result her lifelong exposure to Roundup while growing up on a farm in Murray, Kentucky. Kenzie was 18 years old at the time of her death.

4. Kenzie is survived by her parents, Kyle A. Murdock and Mandi L. Murdock, who are the Plaintiffs in this action.

5. Kenzie's symptoms began and her diagnosis of Non-Hodgkin's lymphoblastic lymphoma occurred while Kenzie less than the age of 18, and her treatment also commenced while she was a minor.

6. Kenzie's condition worsened and her cancer progressed despite treatment, beyond the date of her eighteenth birthday. She died less than two months after her eighteenth birthday.

7. Kenzie's parents, the Plaintiffs here, continued caring for her throughout her treatment and up until her death.

8. The primary purpose of the Second Amended Complaint is to assert her parent's statutory claim for loss of services pursuant to Kentucky Revised Statutes § 405.010. In addition, the Second Amended Complaint makes clerical changes to the earlier complaints. The proposed Second Amended Complaint is attached hereto as Exhibit A.

9. Plaintiffs' claims for loss of services is wholly a result of the injury to Kenzie Murdock resulting to her exposure to Roundup as previously alleged. Therefore, the claims for

damages relate back to the original Complaint pursuant to FRCP 15(c)(1)(B) because "the amendment asserts a claim or defense that arose out of the conduct, transaction, or occurrence set out" in the original pleading.

WHEREFORE, the Plaintiffs respectfully request that the Court GRANT their Motion for leave to File a Second Amended Complaint and direct that the Clerk file the tendered Second Amended Complaint attached hereto.

        Respectfully submitted,

        ATTORNEYS FOR PLAINTIFF

BY: /s/ Jerome P. Prather
     Jerome P. Prather, Esq.
     Garmer & Prather, PLLC
     141 North Broadway
     Lexington, Kentucky  40507
     Telephone:   (859) 254-9352
     Facsimile:    (859) 233-9769
     Email: jprather@garmerprather.com

     Dennis L. Null, Sr.
     Null, Samson & Paitsel
     423 East Broadway
     Mayfield, Kentucky 42066
     Telephone: (270) 747-5737

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing has been electronically filed and will be served on all counsel of record via CM/ECF on this twenty-sixth day of August, 2021.

        BY: /s/ Jerome P. Prather
        Jerome P. Prather, Esq. (*pro hac vice*)
        Garmer & Prather, PLLC
        141 North Broadway
        Lexington, Kentucky  40507
        Telephone:   (859) 254-9352
        Facsimile:    (859) 233-9769
        Email: bgarmer@garmerprather.com
        Email: jprather@garmerprather.com

        Dennis L. Null, Sr. (*pro hac vice*)
        Null, Samson & Paitsel
        423 East Broadway
        Mayfield, Kentucky 42066
        Telephone: (270) 747-5737