UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
***ELECTRONICALLY FILED***

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> *Estate of Kenzie Elizabeth Murdock, Kyle A. Murdock, Adm'r, Kyle A. Murdock, individually, and Mandi L. Murdock v. Monsanto Co.,* <br> Case No. 3:20-cv-01363-VC | MDL NO. 2741 <br> Case No. 3:16-md-02741-VC |

**ORDER**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

The Plaintiffs having filed a Motion for Leave to File Second Amended Complaint, the Court having considered the matter herein and otherwise being sufficiently advised,

IT IS NOW THEREFORE ORDERED AND ADJUDGED that Plaintiff's motion is hereby GRANTED and the clerk is directed to file the Second Amended Complaint in the record as of the date of entry of this order.