Daniel J. Murner (*pro hac vice*)
**HOLLINGSWORTH**LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
dmurner@hollingsworthllp.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

   **PLEASE TAKE NOTICE** that Daniel J. Murner, of HOLLINGSWORTH LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

1 | DATED:  August 26, 2021

Respectfully submitted,

/s/ Daniel J. Murner
Daniel J. Murner (*pro hac vice*)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
dmurner@hollingsworthllp.com

*Attorney for Defendant*
*MONSANTO COMPANY*

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY
3:16-md-02741-VC