Wesley Todd Ball (Texas State Bar No. 24038754)
FARRAR & BALL, LLP
1117 Herkimer St.
Houston, TX 77008
713.221.8300 Telephone
713.221-8301 Facsimile

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION  _____  This document relates to:  *Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG*  Case No. 3:20-cv-02427-VC | MDL No. 2741  Case No. 3:16-md-02741-VC   **PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER AG** |

TO THE HONORABLE JUDGE OF SAID COURT:

   Comes now, Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased and Troy Scheh, and hereby dismiss this action voluntarily and without prejudice and gives notice to this Court and to all parties to this suit.  The dismissal is made pursuant to F.R.Civ.P. 41 (a).

| | |
|---|---|
| Dated: August 26, 2021 | Respectfully submitted, |
| | FARRAR & BALL, LLP |
| | By: /s/ Wesley Todd Ball |
| | WESLEY TODD BALL |
| | State Bar No.   24038754 |
| | Federal Bar No. 431881 |
| | 1117 Herkimer St. |
| | Houston, Texas 77008 |
| | (713) 221-8300 Office |
| | (713) 221-8301 Facsimile |
| | Email:  wes@fbtrial.com |

**SERVICE LIST**

| | |
|---|---|
| Joe G. Hollingsworth | Anthony R. Martinez |
| Eric G. Lasker | Shook, Hardy & Bacon, LLP |
| Hollingsworth, LLP | 2555 Grand Blvd. |
| 1350 I Street N.W. | Kansas City, MO 64108 |
| Washington, DC 20005 | Email: amartinez@shb.com |
| Email:  jhollingsworth@hollingsworthllp.com | |
| Email:  elasker@hollingsworthllp.com | |

.

Kent Altsuler
24 Greenway Plaza, Ste. 1400
Houston, Texas 77046
Email:  ken.altsules r@lewisbrisbois.com