**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.Wagstaff@andruswagstaff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
940 N. Lincoln Street
Denver, CO 80203
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY 40208
Telephone: 502-717-4080

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | [~~PROPOSED~~] SECOND AMENDED JUDGMENT<br><br>PRETRIAL ORDER NO. 243 |
| *HARDEMAN v. MONSANTO COMPANY,*<br>*Case No: 3:16-cv-00525-VC* | |

This action having come for trial before this Court and jury and the issues having been tried and the jury having duly rendered its verdict on March 27, 2019, and the Court having amended the judgment on July 17, 2019, Pretrial Order No. 164, Dkt. No. 4602, and the United States Court of Appeals for the Ninth Circuit having affirmed such amended judgment on May 14, 2021 and having issued a formal mandate on June 7, 2021,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff, Edwin Hardeman, shall recover from the Defendant, Monsanto Company, the following damages:

(a) Past economic loss                                      $200,967.10

(b) Past noneconomic loss                              $3,066,667.00

(c) Future noneconomic loss                          $2,000,000.00

(d) Punitive damages                                            $20,000,000.00

**IT IS FURTHER ORDERED THAT** Defendant, Monsanto Company, shall pay prejudgment interest for past economic damages awarded ($200,967.10) at the rate of seven percent (7%) from the date of the filing of the Complaint, February 1, 2016, through the entry of judgment on May 3, 2019, resulting in total prejudgment interest of $45,748.92. Thus, the total judgment in this case pending determination of post-judgment interest and awardable costs is $25,313,383.02.

**IT IS FURTHER ORDERED THAT** Defendant, Monsanto Company, shall pay post-judgment interest upon this judgment at the federal interest rate governed by 28 U.S.C. § 1961 in the amount of $1,364,522.51 from May 3, 2019 through July 16, 2021 and accruing at $1,752.91 daily until such time paid, and shall pay for recoverable court costs incurred in this action by the Plaintiff as determined by this Court as requested in Plaintiff's bill of costs.

Execution may issue for all judgment amounts, interest, and costs thirty (30) days after entry of the judgment.

**IT IS SO ORDERED.**

DATE:   August 26, 2021



SECOND AMENDED JUDGMENT                                    Case No: 3:16-cv-00525-VC