**By:** Michael A. Rowe
**Identification No. 82886**
**NASS CANCELLIERE**
1515 Market Street, Suite 2000
Philadelphia, PA  19102
(215) 546-8200

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | : MDL NO. 2741 <br> : <br> : Case No. 3:17-cv-05988 - VC |
| THIS DOCUMENT RELATES TO: <br><br> Marlene A. Pettinati, et al. v. Monsanto Company | : <br> : **PLAINTIFF'S UNOPPOSED** <br> : **MOTION SUBSTITUTE PARTY** <br> : <br> : <br> : |

### PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY

Plaintiff, Marlene Pettinati, by and through her attorneys, Nass Cancelliere, and pursuant to Federal Rules of Civil Procedure 25, hereby requests the following substitution of party:

1. Lead plaintiff Marlene Pettinati commenced her cause of action in July, 2017 and her husband, Henry Pettitnati, was also named in the Complaint as a consortium plaintiff.

2. Subsequently, Henry Pettitnati died on October 1 2017.

3. The Pettinati case has settled in its entirety.

4. Marlene Pettinati has been appointed Administrator of her husband's Estate. See Exhibit A.

5. In order to properly execute the settlement Releases, it is necessary for Marlene Pettinati to be substituted for her deceased husband and Monsanto's counsel has requested that plaintiff's counsel file a Motion to Substitute.

5. Undersigned counsel requested consent to file this motion with counsel for Monsanto and Monsanto's counsel consented to the filing of this motion as unopposed.

6. Plaintiff prays that this Court enter an Order substituting Marlene Pettinati as Administrator of the Estate of Henry Pettinati in this action in the place and instead of Henry Pettinati.

7. A proposed Court Order is attached hereto.

Respectfully submitted,

NASS CANCELLIERE

*/s/ Michael A. Rowe*
Michael A. Rowe, Esq.
1515 Market Street, Suite 2000
Philadelphia, PA 19102
Telephone:    (215) 546-8200
marowe@ncblawfirm.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Michael A. Rowe, do hereby certify that Plaintiff's Motion to Substitute was filed with the Court and served upon all counsel of record via E-File Service pursuant to the Federal Rules of Civil Procedure on August 26, 2021.

                    */s/ Michael A. Rowe*
                    Michael A. Rowe, Esq.
                    1515 Market Street, Suite 2000
                    Philadelphia, PA  19102
                    Telephone:   (215) 546-8200
                    marowe@ncblawfirm.com
                    Counsel for Plaintiff