UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | : MDL NO. 2741 : : : Case No. 3:17-cv-05988 - VC |
| THIS DOCUMENT RELATES TO:<br><br>Marlene Pettinati v. Monsanto Company | : [PROPOSED] ORDER RE: GRANTING : PLAINTIFF'S UNOPPOSED MOTION : TO SUBSTITUTE : |

### PROPOSED ORDER

1. Counsel for Plaintiff Marlene Pettinati's motion is Granted.

2. Marlene Pettinati, as Administrator of the Estate of Henry Pettinati, is substituted as Plaintiff in this action in the place and instead of Henry Pettinati.

SO ORDERED in the United States District Court for the Northern District of California,

this _____ day of _____, 2021

HONORABLE VINCE CHHABRIA
United States District Judge