# EXHIBIT A

Commonwealth of Pennsylvania }ss:
Delaware County

I, JENNIFER HOLSTEN MADDALONI, ESQ.,

Register for the Probate of Wills and Granting

Letters Testamentary and of Administration in

and for the County of Delaware, in the

Commonwealth of Pennsylvania, do hereby

Certify that on the 3rd day of November, 2017

**MARLENE A PETTINATI**

was duly and legally appointed as ADMINISTRATOR of the estate of
**HENRY R. PETTINATI**
also known as:

**(no aliases)**

who died 10/01/2017 late of Delaware County, Pennsylvania, and has

been duly qualified as such according to law as can be verified by reference to the

records in my office, and that the letters have not been revoked.

WITNESS my hand and seal of office, at Media in the County aforesaid, this

3rd day of November, 2017

**File No. 2317-2662**

_____
Register of Wills