Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2471 |
| _____ | Case No.:_____ |
| This document relates to: | |
| MARK MCLURE, as the anticipated Personal Representative of the Estate of SHERIN MCCLURE, Deceased, | **SHORT FORM COMPLAINT** |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Michal Pizl, et al. v. Monsanto Company* (District of Hawaii Case No.: 1:19-cv-00397; Northern District of California Case No.: 3:20-cv-00191-VC), originally filed in the United States District Court for the District of Hawai'i, into individual short form complaints (except for the original lead plaintiff) for pre-trial work up purposes, the Estate of Sherin McClure provides the following allegations required by the Court in PTO No. 155:

1.      This case is brought on behalf of the Estate of Sherin McClure; Mark McClure is the anticipated personal representative.

2.      This case is brought against Defendant Monsanto Company (Monsanto).

3.      Michal Pizl, Individually, and as Surviving Spouse of Sherin McClure, originally filed this claim against Monsanto in the United States District Court for the District of Hawai'i. Mr. Pizl was a resident of Hawai'i is now deceased in Hawai'i; Mark McClure is the anticipated personal representative of the Estate of Sherin McClure.

4.      Plaintiff incorporates by reference, as if fully alleged herein, the allegations and Demand for Jury Trial contained in *Michal Pizl, et al. v. Monsanto Company* (District of Hawaii Case No.: 1:19-cv-00397; Northern District of California Case No.: 3:20-cv-00191-VC).

5.      Mrs. McClure was deceased in Hilo, Hawai'i at the time of filing her original Complaint.

6.      Mrs. McClure is currently deceased in Hilo, Hawai'i.

7.      Mrs. McClure resided in Hilo, Hawai'i at the time of her diagnosis of non-Hodgkin's lymphoma (NHL).

8.      Mrs. McClure received medical treatment for her NHL in Hawai'i.

9.      Jurisdiction is proper based on diversity under 28 U.S. C. § 1332 because Mrs. McClure died in Hawai'i, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10.     Mrs. McClure's injuries were from her exposure to Defendant's Roundup products.

11.     Mrs. McClure was exposed to Monsanto's Roundup products from in or around 2006.  From approximately 2006 to 2015, Mrs. McClure sprayed Roundup routinely on her

SHORT FORM COMPLAINT
- 2

personal property to control weeds on her property.

12.     Mrs. McClure regularly used Monsanto's Roundup products in Hilo, Hawai'i.

13.     Mrs. McClure was first diagnosed with non-Hodgkin's lymphoma approximately in August of 2015, following 9 years of Roundup application.

14.     At all relevant times decedent Sherin McClure was the lawful spouse of Michal Pizl, now deceased.

15.     The Estate of Sherin McClure brings claims against Monsanto under the following theories of liability: 1) Strict Liability (Design Defect); 2) Strict Liability (Failure to Warn); 3) Negligence; 4) Breach of Implied Warranties; 5) Breach of Express Warranties; 6) Fraud, Misrepresentation, and Suppression; 7) Loss of Consortium; 8) Wrongful Death.

Dated: August 30, 2021                     Respectfully submitted,

**THE MILLER FIRM, LLC**


/s/ Curtis G. Hoke
Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
choke@millerfirmllc.com

SHORT FORM COMPLAINT
- 3