UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS SANCHEZ, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>        Defendant. | Case No. 17-cv-03377-VC<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE PARTY AND GRANTING LEAVE TO AMEND**<br><br>Re: Dkt. Nos. 12399, 12400 |

      The plaintiff's unopposed motions to substitute party and for leave to file an amended complaint are granted. The plaintiff is instructed to file the amended complaint within 7 days.

      **IT IS SO ORDERED.**

Dated: August 30, 2021

                                                    VINCE CHHABRIA
                                                    United States District Judge