UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: | |
| *Donnie Leon Powell v. Monsanto Company* Case No. 3:20-cv-05623-VC | |

**PLAINTIFF DONNIE POWELL'S
MOTION TO REMOVE PLAINTIFF FROM WAVE III**

TO THE HONORABLE JUDGE CHABRIA:

Plaintiff Donnie Leon Powell ("Plaintiff") is a Wave III Plaintiff and hereby requests that the Honorable Court remove Plaintiff DONNIE LEON POWELL from Wave III.

The reason for the requested removal is Plaintiff has suffered serious health setbacks, including expansion of his Non-Hodgkin's Lymphoma, which has prevented the completion of his necessary expert reports and certain limited discovery. Plaintiff has retained, and disclosed experts, and has otherwise completed oral and written discovery, but needs only to complete his expert reports. In addition, the upcoming deadlines will be impossible to complete given his current health situation.

Plaintiff requests that his case be moved to Wave IV in order to complete all necessary deadlines.

### PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, good cause exists to remove Plaintiff Donnie Leon Powell from the Wave III case list.

Respectfully submitted,

*/s/ Vincent P. Circelli*
Vincent P. Circelli
State Bar No. 24058804
vcircelli@circelliwalterlaw.com
Kelli L. Walter
State Bar No. 24074576
kwalter@circelliwalterlaw.com
**CIRCELLI & WALTER, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
(817) 697-4942 telephone
(817) 697-4944 facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on August 31, 2021 in manner described below:

***via e-serve***
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Eric G. Lasker
elasker@hollingsworthllp.com
**HOLLINGSWORTH LLP**
1350 I Street, N. W.
Washington, DC 20005
Telephone:     (202) 898-5800
Facsimile:      (202) 682-1639

*/s/ Vincent P. Circelli*
Vincent P. Circelli