UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to:<br><br>*Powell v. Monsanto Co., 3:20-cv-05623* | ) Hearing Date: September 23, 2021 ) ) **RESPONSE IN OPPOSITION TO** ) **DEFENDANT'S MOTION FOR** ) **SUMMARY JUDGMENT ON** ) **CAUSATION GROUNDS** |

In response to Monsanto's Motion for Summary Judgment on Causation Grounds, and consistent with the Court's instructions not to relitigate issues previously ruled upon, but in order to fully preserve the appellate record, Plaintiffs hereby incorporate the following pleadings that were filed on the MDL docket:

- Plaintiffs' Response in Opposition to Monsanto's Daubert and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #647)

- Plaintiffs' Supplemental Brief Pursuant to PTO 34 (ECF #1135)

- Plaintiffs' Response in Opposition to Monsanto's Specific Causation *Daubert* and Summary Judgment Motion and *Daubert* Motion to Strike Certain Opinions of Monsanto Company' Expert Witnesses (ECF #2478)

Plaintiff further attaches the expert affidavit of its retained expert Dr. Charles Benbrook regarding the causation element of Plaintiff's claim. Dr. Benbrook has been retained and was disclosed, together with the non-retained experts referred to in Plaintiff's expert disclosures.

Plaintiff has presented voluminous evidence regarding his exposure to Roundup since 1976,[1] his own doctor's opinions that his diagnosed NHL was likely caused by his exposure to Roundup, and his own expert's report regarding the link between Roundup and NHL.[2]

To the extent any additional expert depositions or work is needed, Plaintiff has requested that under the unique circumstances present in this single case, Plaintiff be reassigned to Wave IV as request in [Dkt 13640].

DATED: August 31, 2021

    Respectfully submitted,

    */s/ Vincent P. Circelli*
    Vincent P. Circelli, Esq.
    State Bar No. 24058804
    vcircelli@circelliwalterlaw.com
    Kelli L. Walter, Esq.
    State Bar No. 24074576
    kwalter@circelliwalterlaw.com
    (817) 697-4942 telephone
    (817) 697-4944 facsimile

    *Attorneys for Plaintiff*

---

[1] *See* Plaintiff's Affidavit, attached as <u>Exhibit 1</u>; Riley Affidavit, attached as <u>Exhibit 2</u>.
[2] *See* Benbrook Report, <u>Exhibit 3</u>.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of August, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *Vincent P. Circelli*