# Exhibit 1

## AFFIDAVIT OF DONNIE LEON POWELL

| | |
|---|---|
| STATE OF TEXAS | § |
|  | § |
| COUNTY OF GALVESTON | § |

BEFORE ME, the undersigned authority, on this day, personally appeared Donnie Leon Powell, known to me to be the person whose name is subscribed to the following instrument, and having been first duly sworn by me, upon oath, did depose and state as follows:

1. My name is Donnie Leon Powell. I am over the age of eighteen, of sound mind, and have never been convicted of a felony or crime involving moral turpitude. The statements contained in this affidavit are within my personal knowledge and are true and correct.

I was born on June 2, 1938 in Floyd County, Texas.

2. I grew up ranching and farming all of my life.

3. I owned, leased, and operated farms in Ralls, Texas in Crosby County from prior to 1962 until 1992. These farms in the aggregate consisted of between 480 to 4,000 acres by 1974. I originally started as an operator of leased lands and acquired fee ownership of 320 acres in 1988 by inheritance from my parents.

4. I grew almost exclusively cotton on my farms in Ralls, but I also grew wheat, milo, sunflowers, and raised cattle.

5. In addition to raising crops, I raised my family on our farm. My wife and I raised three children: Donnell Patrice Gilbreath, born February 12, 1958; Shelly Sharon Kelly,

Kelly, September 24, 1962; Niki Powell Samuel, January 12, 1964.

6. Beginning in 1975, I purchased and used Roundup on all the farms that I owned or leased. I had seen Roundup at the Crosby County Fuel Association and thought it was safe to use. I knew other ranchers and farmers who used Roundup, and thought it was the best product to use for controlling weeds and non-desirable plants, especially Johnson grass and field bindweed.

7. I consistently used Roundup since at least 1975, on virtually a daily basis from May through September to control weeds row by row and kill grass growth along fence lines. I purchased Roundup routinely and frequently over the course of at least 17 years I used Roundup for farming. In fact, I continued to use Roundup on my current 1.3 acre yard and driveways until the day of my diagnosis on June 30, 2020. I never used any other weed or grass killer that I can recall, other than Roundup. I typically bought the concentrated version of Roundup for use with my three hundred gallon tank attached to my spray rig as well as my ten gallon tank that I used to dispense Roundup by wand from my truck. I would then mix with water before applying it. I also used a rope wick applicator for treatment of Johnson grass on the front of my tractor.

8. I read the instructions on the label of the concentrated Roundup that I purchased to see how I should apply it, how it should be diluted, what plants it would work on, etc. I recall reading the label because I had to check what ratio to mix the water to Roundup each time I purchased a new multi-gallon container, and each time I used the containers I purchased.

9. The Roundup labels gave mixing instructions, but also gave instructions about

what types of plants Roundup worked on, temperatures it worked best, how long before a rainstorm you should use it, and to keep pets out of the area after spraying, and I always followed the label and instructions.

10. I was careful to read and follow the instructions and labels on the containers of Roundup I purchased and used. In all the many, many times that I purchased Roundup, used it at my farm, and read the labels, I never once saw a warning that Roundup could cause cancer. It seemed safe to use.

11. If there would have been a warning label telling me that Roundup could cause cancer, I would not have used it.

12. On June 30, 2020, I was diagnosed with Non-Hodgkin's Lymphoma by Dr. Donald Donovan following an examination and biopsy of a growth on my left lymph node.

13. I have been a patient of Dr. Sairah Ahmed since July 10, 2020 at MD Anderson Cancer center in Houston, Texas. I have been advised of the treatments I will receive starting tomorrow. I will be admitted to MD Anderson Hospital to receive a five-day regimen of chemotherapy infusions skipping twenty-one days. I have also been advised that I will repeat this process for six rounds. Following these treatments I will be re-evaluated.

14. I have suffered emotional and psychological trauma as a result of my diagnosis. I will not be able to work any longer and my wife is unemployed. Dealing with this cancer during a COVID19 pandemic means I will spend great amount of times isolated from my family and friends. Obviously, my immune system will be compromised rendering me more susceptible to death from the coronavirus as well as other illnesses.

FURTHER AFFIANT SAYETH NOT."

_____
Donnie Leon Powell

SWORN TO and SUBSCRIBED before me on the 14th day of July, 2020.

_____
Notary Public in and for the State of Texas

LAUREN SCHNEIDER
Notary Public, State of Texas
Comm. Expires 07-12-2023
Notary ID 128402977