# Exhibit 2

## AFFIDAVIT OF STEVEN RILEY

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CROSBY | § |

BEFORE ME, the undersigned authority, on this day, personally appeared Steven Riley, known to me to be the person whose name is subscribed to the following instrument, and having been first duly sworn by me, upon oath, did depose and state as follows:

1. My name is Steven Riley. I am over the age of eighteen, of sound mind, and have never been convicted of a felony or crime involving moral turpitude. The statements contained in this affidavit are within my personal knowledge and are true and correct.

2. Crosby County Fuel Association ("Association") is a cooperative amongst farmers in Crosby County, that supplies on behalf of those farmers, diesel fuel, propane, fertilizers, herbicides, and pesticides.

3. I was an employee of the Crosby County Fuel Association from 1985-2020.

4. Donnie Leon Powell routinely purchased Roundup® herbicide in bulk from the Association, particularly through the growing season until the end of September. I personally transacted sales of Roundup® with Donnie Leon Powell as an employee of the Association during the years of 1985-1992.

5. None of the Roundup® products that I saw Mr. Powell purchase contained warnings that the use of Roundup® could cause cancer. The manufacturers of

Roundup® did not warn me, Crosby County Fuel Association, or any of our customers that Roundup® could cause cancer.

FURTHER AFFIANT SAYETH NOT."

_____
Steven Riley

SWORN TO and SUBSCRIBED before me on the 21 day of July, 2020.

_____
Notary Public in and for the State of Texas

FREDA HITT
Notary Public, State of Texas
Notary ID# 1195871-3
My Commission Expires 03-11-2021

## AFFIDAVIT OF MONTE BEVEL

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CROSBY | § |

BEFORE ME, the undersigned authority, on this day, personally appeared Monte Bevel, known to me to be the person whose name is subscribed to the following instrument, and having been first duly sworn by me, upon oath, did depose and state as follows:

1. My name is Monte Bevel. I am over the age of eighteen, of sound mind, and have never been convicted of a felony or crime involving moral turpitude. The statements contained in this affidavit are within my personal knowledge and are true and correct.

2. Crosby County Fuel Association ("Association") is a cooperative amongst farmers in Crosby County, that supplies on behalf of those farmers, diesel fuel, propane, fertilizers, herbicides, and pesticides.

3. I was an employee of the Crosby County Fuel Association from 1974-2003.

4. Donnie Leon Powell routinely purchased Roundup® herbicide in bulk from the Association, particularly through the growing season until the end of September. I personally transacted sales of Roundup® with Donnie Leon Powell as an employee of the Association during the years of 1975-1992.

5. None of the Roundup® products that I saw Mr. Powell purchase contained warnings that the use of Roundup® could cause cancer. The manufacturers of Roundup®

did not warn me, Crosby County Fuel Association, or any of our customers that Roundup® could cause cancer.

FURTHER AFFIANT SAYETH NOT."

_____
Monte Bevel

SWORN TO and SUBSCRIBED before me on the 21 day of July, 2020.

FREDA HITT
Notary Public, State of Texas
Notary ID# 1195871-3
My Commission Expires 03-11-2021

_____
Notary Public in and for the State of Texas