UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> This document relates to: <br><br> *Karen Delorme-Barton v. Monsanto Co.,* <br><br> Case No. 3:18-cv-01427 | MDL No. 02741 <br> Case No. 3-16-md-02741-VC <br><br> **NOTICE OF CHANGE IN COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE that Katherine L. Hansson of the firm Weitz & Luxenberg, P.C. is no longer counsel of record in the above entitled action. Plaintiffs' continue to be represented by counsel from Weitz & Luxenberg, P.C. Katherine L. Hansson no longer needs notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

Dated: September 1, 2021            Respectfully Submitted,

                               By:      /s/ Katherine L. Hansson_____
                                              Katherine L. Hansson, Esq.
                                              WEITZ & LUXENBERG, PC
                                              700 Broadway
                                              New York, New York 10003
                                              Phone: 212-558-5991
                                              khansson@weitzlux.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 1st day of September, 2021, a copy of the foregoing NOTICE OF CHANGE OF COUNSEL was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                       /s/ Katherine L. Hansson\_\_\_\_
                                       Katherine L. Hansson, Esq.
                                       WEITZ & LUXENBERG, PC
                                       700 Broadway
                                       New York, New York 10003
                                       Phone: 212-558-5991
                                       khansson@weitzlux.com