# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS ) MDL No. 2741
LIABILITY LITIGATION )
) Case No. 3:16-md-02741-VC
)
This document relates to: ) **[PROPOSED] ORDER ESTABLISHING**
) **INACTIVE DOCKET**
ALL ACTIONS )
)
)

    The Court having been advised that many of the cases in the MDL are subject to ongoing settlement negotiations or included in aggregate settlement agreements, and counsel for the parties having requested that the Court create an inactive docket so that unnecessary discovery, expert disclosures and/or other proceedings need not be undertaken in light of the cases' likely settlement, the Court hereby ORDERS as follows:

1. Co-Lead Counsel and counsel for Monsanto shall provide the Court with an Exhibit A within 30 days of this Order that lists the cases that should be placed on the inactive docket.

2. Upon receipt of Exhibit A, the Clerk will retire each of the cases on Exhibit A from the active docket and all discovery deadlines will be vacated.

3. Co-Lead Counsel and counsel for Monsanto shall update Exhibit A every six months and also provide an Exhibit B that includes cases that are being proposed for addition to the inactive docket list and an Exhibit C that includes cases that are being proposed for removal from the inactive docket and returned to active status. At that same time, for all cases that are resolved during that prior six-month period, Plaintiffs and Monsanto Company must file an order of dismissal with prejudice to the extent that an order of dismissal has not previously been filed.

4. If a party believes a case should be moved to or from the inactive docket in between the six-month period described in the previous section of this Order, it must meet and confer with the

- 1 -

other side. The parties can then submit a joint submission outlining the position of each party with respect to any case that is proposed to be added to or removed from the inactive docket.

5. The parties will include in their regular CMC statements to the court a joint submission regarding any status changes that are needed between the reports required by paragraph 3 above.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2741 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

Date: _____, 2021

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT