# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: COLOPLAST CORP.
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2387

THIS DOCUMENT RELATES TO THE
CASE(S) IN EXHIBITS A-E ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the case(s) listed on the attached Exhibits A-E, the plaintiffs and Coloplast Corp. ("Coloplast") have agreed to a settlement model with regard to Coloplast. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire each of the cases listed on the attached Exhibits A-E from the active docket.

3. Plaintiffs and Coloplast may submit an agreed order of dismissal with prejudice on or before June 30, 2016; otherwise the cases on Exhibits A-E will be dismissed without prejudice.

The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibits A-E. If a plaintiff rejects her offer of settlement, a motion to reinstate her case may be made to the Court. The Court will reinstate any case on the attached Exhibits A-E to the active docket if one of the parties, on motion, shows good cause for such reinstatement.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2387 and in the individual cases listed on the attached Exhibits A-E.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Case 2:23-md-02874-LWW Document 394 Filed 07/27/15 Page 2 of 3609

2

**EXHIBIT A – BEASLEY ALLEN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-04807 | Inga Whiddon v. Coloplast Corp. |
| 2:13-cv-05302 | Lorna Williams v. Coloplast Corp. |
| 2:13-cv-05429 | Sharon Jones v. Coloplast Corp. |
| 2:13-cv-05488 | Tammy J. Chasse v. Coloplast Corp. |
| 2:13-cv-05983 | Juanita Doub v. Coloplast Corp. |
| 2:13-cv-05987 | Minnie R. Gammage v. Coloplast Corp. |
| 2:13-cv-06053 | Mary C. and Richard K. Stewart v. Coloplast Corp. |
| 2:13-cv-06234 | Gwen Cromartie v. Coloplast Corp. |
| 2:13-cv-06322 | Adree A. Bourland v. Coloplast Corp. |
| 2:13-cv-06339 | Frances A. Campbell v. Coloplast Corp. |
| 2:13-cv-11077 | Betty L. and Rolland Dean Brown v. Coloplast Corp. |
| 2:13-cv-13046 | Diane F. and William E. Coleman v. Coloplast, Corp. |

## EXHIBIT B – DAVIS & CRUMP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-00039 | Dawn and Cornelius Skipworth, Jr. v. Coloplast Corp. |
| 2:13-cv-00065 | Nancy Wines v. Coloplast Corp. |
| 2:13-cv-00094 | Vikki L. Montoya v. Coloplast Corp. |
| 2:13-cv-04245 | Holzhauer, Mary V. Coloplast Corp. |
| 2:13-cv-23246 | Judith Benson v. Coloplast Corporation |
| 2:13-cv-23897 | Carol Miller-Willis v. Coloplast Corp. |
| 2:13-cv-33184 | Kathy O'Connor v. Coloplast Corp. |
| 2:13-cv-33185 | Tricia Kailiwai v. Coloplast Corp. |
| 2:14-cv-16547 | Judith Dunning v. Coloplast Corp. |
| 2:14-cv-24555 | Denise Poland v. Coloplast Corp. |

## EXHIBIT C – KELL LAMPIN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-11265 | Catherine Todd v. Coloplast Corp. |
| 2:13-cv-14840 | Varnelle Humphrey v. Coloplast Corp. |
| 2:13-cv-32722 | Regina Green v. Coloplast Corp. |
| 2:13-cv-32936 | Evelyn and Dexter Turner v. Coloplast Corp. |
| 2:14-cv-12738 | Madeline O'Rawe v. Coloplast Corp. |
| 2:15-cv-03725 | Sherry and Michael Toomey v. Coloplast Corp. |
| 2:15-cv-03726 | Flora and Ronal Carpenter v. Coloplast Corp. |

## EXHIBIT D – LANIER LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-01875 | Linda Caldwell, George Caldwell v. Coloplast Corp. |
| 2:13-cv-02991 | Cynthia and Lester Fuller v. Coloplast Corp. |
| 2:13-cv-09606 | Debra L. and Richard L. Hillbrant v. Coloplast Corp. |
| 2:13-cv-09955 | Joann and David Dearmore v. Coloplast Corp. |
| 2:13-cv-09961 | Rena McElreath v. Coloplast Corp. |
| 2:13-cv-13214 | Merri and John Schiavone v. Coloplast Corp. |
| 2:13-cv-15028 | Sally and Michael Julian v. Coloplast Corp. |
| 2:13-cv-18021 | Cynthia and Joe Lial, Jr. v. Coloplast Corp. |
| 2:13-cv-18655 | Donna Honish and Andrew Brian v. Coloplast Corp. |
| 2:13-cv-18999 | Rebecca and Marvin Whitfield v. Coloplast Corp. |
| 2:13-cv-21890 | Darlene Sensabaugh v. Coloplast Corp. |

## EXHIBIT E – WATERS & KRAUS/JOHNSON LAW GROUP

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-15369 | Susan R. and James D. Hendry v. Coloplast Corp. |
| 2:13-cv-16587 | Sharon M. and David R. Jackson v. Coloplast Corp. |
| 2:13-cv-16588 | Kimberly K. and Ronnie B. Peterman v. Coloplast Corp. |
| 2:13-cv-16592 | Pamela C. and Jerry D. Matthews v. Coloplast Corp. |
| 2:13-cv-16598 | Rachel and Charles Langley v. Coloplast Corp. |
| 2:13-cv-16601 | Judy A. Howard v. Coloplast Corp. |
| 2:13-cv-16604 | Linda M. and Thomas Flynn v. Coloplast Corp. |
| 2:13-cv-16616 | Jacqueline and Thomas G. Hooks v. Coloplast Corp. |
| 2:13-cv-17001 | Tammy M. and William Clark v. Coloplast Corp. |
| 2:13-cv-17282 | Yvette J. Donahue v. Coloplast Corp. Corp. |
| 2:13-cv-17302 | Sherry and John E. Inselman v. Coloplast Corp. |
| 2:13-cv-17467 | Kathryn Goy and Daniel Shawn Roberts v. Coloplast Corp. |
| 2:13-cv-17528 | Connie Schroeder v. Coloplast Corp. |
| 2:13-cv-19768 | Sondra Bryan v. Coloplast Corp. |
| 2:13-cv-20014 | Marissa and Deric Mena v. Coloplast Corp. |
| 2:13-cv-20016 | Viella Tigues v. Coloplast Corp. |
| 2:13-cv-20028 | Reininger, Kelly V. and Andy Reininger v. Coloplast Corp. |
| 2:13-cv-21773 | Kerry A. Tucker and Justin E. Williams v. Coloplast Corp. |
| 2:13-cv-21775 | Vita and Charles Steverson v. Coloplast Corp. |
| 2:13-cv-21900 | Aurore A. Lavoie and Richard L. Lavoie v. Coloplast Corp. |

| | |
|---|---|
| 2:13-cv-24279 | Renna Lynn Clifton v. Coloplast Corp. |
| 2:13-cv-31826 | Aurora Saenz v. Coloplast Corp. |
| 2:14-cv-07694 | Cheryl Crabtree and Richard A. Crabtree v. Coloplast Corp. |
| 2:14-cv-10210 | Carmen Roman v. Coloplast Corp. |
| 2:14-cv-14485 | Sandra E. Redd v. Coloplast Corp. |
| 2:14-cv-14494 | Christine L. and Tom Oakes v. Coloplast Corp. |
| 2:14-cv-16284 | Janice C. and William F. Kliethermes v. Coloplast Corp. |
| 2:14-cv-20804 | Debra K. Anania v. Coloplast Corp. |
| 2:14-cv-25704 | Geraldine Barronton v. Coloplast Corp. |