John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

Wesley D. Merillat (*pro hac vice*)
CHARLES E. BOYK LAW OFFICES, LLC
1500 Timberwolf Dr.
Holland, Ohio 43528
Tel:  419.241.1395
Fax: 419.241.8731
wmerillat@charlesboyk-law.com

*Attorney for Plaintiff,*
Branko Mijajlovic

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Branko Mijajlovic*,<br>Cause No.  3:19-cv-07368-VC<br>(N.D. Cal) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned matter be dismissed with prejudice, each party bearing its own costs and expenses.

Dated:  September 2, 2021

1

Stipulated Dismissal, MDL No. 2741

Respectfully submitted,

CHARLES E. BOYK LAW OFFICES, LLC

By: /s/   Wesley D. Merillat
      Wesley D. Merillat (*pro hac vice*)
      Ohio Bar. No. 0080253
      CHARLES E. BOYK LAW OFFICES, LLC
      1500 Timberwolf Dr.
      Holland, Ohio 43528
      Tel:  419.241.1395
      Fax: 419.241.8731
      wmerillat@charlesboyk-law.com

***Attorney for Plaintiff,***
***BRANKO MIJAJLOVIC***

SHOOK, HARDY & BACON L.L.P.

By: */s/ John L. Ackley*

      John L. Ackley
      Texas Bar No. 24108036
      E-mail:  jackley@shb.com
      600 Travis, Suite 3400
      Houston, Texas 77002-2926
      Telephone:  713-227-8008
      Fax:  713-227-9508

***Attorney for Defendant,***
***MONSANTO COMPANY***

Stipulated Dismissal, MDL No. 2741