# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to:<br><br>Lewenstein v. Monsanto Company<br>3:20-cv-03072 | Case No. 3:16-md-02741-VC |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Stipulation of the parties, and good cause appearing;

IT IS HEREBY ORDERED that Plaintiff Alan Lewenstein's Complaint in the above-entitled action be DISMISSED, the parties to bear their respective costs and fees.

Date: September 2, 2021



GRANTED
Judge Vince Chhabria