IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *Karen Grieger, Individually, and as Representative* ) *of the Estate of Gary Grieger, deceased* ) ) **Case No.** 3:20-cv-00492-VC ) ) | Master File No. 3:16-MD-02741-VC MDL No. 2741 VINCE CHHABRIA U.S. DISTRICT JUDGE |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILED FIRST AMENDED COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint.

The plaintiff shall file the First Amended Complaint within 7 days of this order.

SO ORDERED this __3rd__ day of __September, 2021__ ~~2020~~.

_____
Honorable Judge Vincent Chhabria
United States District Court Judge