David Bricker, CA Bar#158896
David C. Strouss, BBO#546253
Evan R. Hoffman, BBO# 678975
Jasmine M. Howard, BBO#698130
**THORNTON LAW FIRM, LLP**
One Lincoln Street
Boston, MA  02111
(617) 720-1333
dstrouss@tenlaw.com
ehoffman@tenlaw.com
jhoward@tenlaw.com

*Attorney for Plaintiff ,*
LARRY TOSI

John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Larry Tosi*,<br>Cause No. 3:18-cv-03181-VC<br>(N.D. Cal) | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**
1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned matter be dismissed with prejudice, each party bearing its own costs and expenses.

Dated:  September 3, 2021

Respectfully submitted,

By: /s/ David Bricker

David Bricker, CA Bar#158896
David C. Strouss, BBO#546253
Evan R. Hoffman, BBO# 678975
Jasmine M. Howard, BBO#698130
**THORNTON LAW FIRM, LLP**
One Lincoln Street, 13th Fl.
Boston, MA  02111
(617) 720-1333
dstrouss@tenlaw.com
ehoffman@tenlaw.com
jhoward@tenlaw.com
dbricker@tenlaw.com

SHOOK, HARDY & BACON L.L.P.

By: /s/ John L. Ackley

John L. Ackley
Texas Bar No. 24108036
E-mail:  jackley@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508

*Attorney for Defendant,*
*MONSANTO COMPANY*