**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

_____

This document relates to:

NANCY SALAS v. MONSANTO COMPANY;
BAYER CORPORATION; BAYER AG;
ANDREW JACK CONROY; HOME DEPOT
U.S.A, INC.; KLI SHELL LUMBER &
HARDWARE, LLC; and ORLANDO VALDES.

Case No.: 3:21-cv-06173-VC

_____/

MDL No. 2741
Case No.: 3:16-md-02741-VC

<u>**PLAINTIFF'S NOTICE OF PENDING MOTION TO REMAND**</u>

Plaintiff, Nancy C. Salas, ("Ms. Salas") by and through undersigned counsel and pursuant

to 28 U.S.C. § 1447, hereby files this Notice of her Pending Motion to Remand[1] this action back

to the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida. By way of

background, Plaintiff states as follows:

1.      On January 11, 2021, Ms. Salas filed her Complaint for Personal Injuries against

Defendants in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County,

Florida. *See Nancy C. Salas v. Monsanto Company, et al.*, Case No. 2021-000615-CA-01.

2.      Defendant Monsanto ("Monsanto") first attempted to remove the case on February

16, 2021, asserting a tangential relationship to a federal bankruptcy proceeding involving one of

the other defendants.  In an effort to avoid unnecessary litigation, Ms. Salas dismissed her claims

---

[1] Plaintiff's counsel sought guidance from the Court Clerk on whether to file this notice or re-file the pending motion and was advised that it was preferable to file this notice.

**Podhurst** Orseck **P.A.**

One SE Third Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346 | www.podhurst.com

against the defendants related to the bankruptcy proceedings.  Ms. Salas then moved to remand the case back to state court.

3.        Notably, Monsanto *did not oppose* Ms. Salas's first remand motion.   Indeed, Monsanto filed a response indicating its non-opposition to the remand.  *See* D.E. 13, *Nancy C. Salas v. Monsanto Company, et al.*, Case No. 1:21-cv-20648 (S.D. Fla.).  As Monsanto explained, "the federal jurisdictional basis, which Monsanto invoked in its Notice of Removal for this Court to exercise subject matter jurisdiction over this lawsuit, is no longer present."  *Id*.

4.        On March 2, 2021, the District Court for the Southern District of Florida granted Ms. Salas's motion to remand.  And for a period of time thereafter, this case proceeded in state court.

5.        On March 30, 2021, Monsanto *again* removed this case to the United States District Court for the Southern District of Florida, this time alleging that Ms. Salas had fraudulently joined Defendants Andrew Jack Conroy, Orlando Valdes, and KLI Shell Lumber & Hardware, LLC. *See* D.E. 1, *Nancy C. Salas v. Monsanto Company, et al.*, Case No. 1:21-cv-21217 (S.D. Fla.).[2] It is this second removal that has resulted in this action being on this Court's docket.

7.        On April 29, 2021, Ms. Salas filed her motion to remand this case to state court (attached as "Exhibit A"). *See id.* at D.E. 6. On August 10, 2021—before any ruling on the remand motion—the Judicial Panel on Multidistrict Litigation transferred the instant action to this Court. *See* D.E. 2417, *In Re: Roundup Products Liability Litigation* (J.P.M.L.).

8.        For the reasons stated in the motion to remand, Monsanto's arguments in favor of removal are without merit and the federal courts lack jurisdiction over this action.

---

[2] At all times material, Defendants Monsanto, Conroy, Valdes, and KLI have been represented by the same counsel.

**Podhurst** Orseck **P.A.**
One SE Third Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    |    www.podhurst.com

9.      Plaintiff Ms. Salas respectfully submits that her pending remand motion raises threshold issues of federal jurisdiction that can and should be straightforwardly resolved before proceeding further with this action in this Court.  A ruling on the motion to remand would promote judicial economy, spare this Court's valuable time and resources, minimize vexation and confusion, and reduce the risk of duplicative and/or unnecessary litigation and motion practice in this Court.

Dated:  September 3, 2021                          Respectfully submitted,

                                                  **PODHURST ORSECK, P.A.**
                                                  Counsel for Plaintiff
                                                  One Southeast 3rd Avenue, Suite 2300
                                                  Miami, Florida 33131
                                                  (305) 358-2800 / Fax (305) 358-2382


                                                  By: _/s/ Steven C. Marks_____
                                                         STEVEN C. MARKS
                                                         Fla. Bar No. 516414
                                                         smarks@podhurst.com
                                                         KRISTINA M. INFANTE
                                                         Fla. Bar No. 112557
                                                         kinfante@podhurst.com
                                                         PABLO ROJAS
                                                         Fla. Bar No. 1022427
                                                         projas@podhurst.com


### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 3rd day of September, 2021, a true and correct copy of the foregoing was filed via ECF which will transmit an electronic copy to all counsel of record.


                                                  By:  _/s/ Steven C. Marks_____

**Podhurst** Orseck **P.A.**
One SE Third Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346      |   www.podhurst.com