Adrian N. Roe (*pro hac vice*)
Roe & Simon LLC
428 Boulevard of the Allies
First Floor
Pittsburgh, PA 15219
412-434-8187
aroe@roeandsimonllc.com

Counsel for Plaintiffs David Schaffner, Jr.,
and Theresa Sue Schaffner

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *David Schaffner, Jr. et al. v. Monsanto Co.,* Case No. 3:19-cv-07526-VC | |

**SCHAFFNER PLAINTIFFS'**
**NOTICE OF SERVICE OF SUPPLEMENTAL EXPERT DISCLOSURE**

PLEASE TAKE NOTICE that, pursuant to the Court's Order (CM/ECF Doc. No. 13,576), Plaintiffs David Schaffner, Jr. and Theresa Sue Schaffner have served Plaintiffs' Supplemental Expert Disclosure on counsel for Defendant Monsanto Company. Service was made by sending the rebuttal expert report of Dr. William Sawyer and associated disclosures to the following: Aaron H. Levine, Aaron.Levine@arnoldporter.com Anthony R. Martinez, amartinez@shb.com and John Sherk, jsherk@shb.com.

The Schaffner Plaintiffs incorporate by reference the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, and 3 as well as the specific

causation and pathology reports previously served by the Schaffner Plaintiffs.  Plaintiffs further reserve the right to call the author of any such report as an expert witness at trial.

                                                      Respectfully submitted,

Dated:  September 7, 2021            s/Adrian N. Roe

                                                      *Appearing Pro Hac Vice Per*
*Pretrial Order No. 1*

Pa. Bar No. 61391
Roe & Simon LLC
428 Boulevard of the Allies
First Floor
Pittsburgh, PA
412-434-8187
aroe@roeandsimonllc.com

**CERTIFICATE OF SERVICE**

I certify that, on this 7th day of September 2021, I filed the foregoing Schaffner Plaintiffs' Notice Of Service Of Supplemental Expert Disclosure with the Clerk of Courts by means of the Court's electronic filing system, which will send notification of this filing to all counsel of record in this proceeding.

s/Adrian N. Roe