# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
|  | Case No. 3:17-cv-05988 - VC |
| THIS DOCUMENT RELATES TO: | [PROPOSED] ORDER RE: GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE |
| Marlene Pettinati v. Monsanto Company |  |

## PROPOSED ORDER

1. Counsel for Plaintiff Marlene Pettinati's motion is Granted.

2. Marlene Pettinati, as Administrator of the Estate of Henry Pettinati, is substituted as Plaintiff in this action in the place and instead of Henry Pettinati.

SO ORDERED in the United States District Court for the Northern District of California,

this __8th__ day of __September__, 2021

**GRANTED**
Judge Vince Chhabria