MURRAY & MURRAY CO., L.P.A.
Margaret M. Murray
111 East Shoreline Drive
Sandusky OH  44870
Telephone:     (419) 624-3128
Facsimile:      (419) 624-0707
Email: mmm@murrayandmurray.com

Attorney for Plaintiff James Missler

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MISSLER,**<br><br>**Plaintiff,**<br><br>     v.<br><br>**MONSANTO COMPANY,**<br><br>**Defendant.** | **MDL No. 2741**<br>**Docket No. 3:16-md-02741-VC**<br><br><br>**MDL Case No. 3:19-cv-07113-VC**<br><br><br>**Hon. Vince Chhabria** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs and expenses.

Respectfully submitted this 9th day of September, 2021.

*/s/ Margaret M. Murray*                                    */s/ Brian Stekloff*
MARGARET M. MURRAY                            BRIAN STEKLOFF
Murray & Murray Co., L.P.A.                        Wilkinson Stekloff LLP
111 East Shoreline Drive                                2001 M. Street NW, 10th Floor
Sandusky OH  44870                                    Washington, D.C.  20036
Telephone:     (419) 624-3128                       Telephone:     (202) 847-4030
Facsimile:      (419) 624-0707                        Email: bstekloff@wilkinsonstekloff.com
Email: mmm@murrayandmurray.com

Counsel for Plaintiff James Missler                  Counsel for Defendant Monsanto Company

## **CERTIFICATE OF SERVICE**

This is to certify that service of this document was made pursuant to the Court's electronic filing procedures on this 9th day of September 2021, via the ECF document system.

                                     */s/ Margaret M. Murray*
                                     Margaret M. Murray
                                     MURRAY & MURRAY CO., L.P.A.

                                     Counsel for Plaintiff