Rebecca Smullin (CA Bar No. 250274)
Allison M. Zieve
Michael T. Kirkpatrick
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
rsmullin@citizen.org

Counsel for amici curiae
Public Citizen and Public Citizen Foundation

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| THIS DOCUMENT RELATES TO | ) ) **NOTICE OF WITHDRAWAL** ) **OF COUNSEL** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | ) ) ) |

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, attorney Rebecca Smullin requests to be withdrawn as counsel for amici curiae Public Citizen and Public Citizen Foundation in this case, as Ms. Smullin's employment with Public Citizen Litigation Group will end on September 17, 2021.

Dated: September 9, 2021                Respectfully submitted,

  /s/ Rebecca Smullin
Rebecca Smullin (CA Bar No. 250274)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-1000

Counsel for amici curiae Public Citizen
and Public Citizen Foundation

SO ORDERED, this ___ day of _____, 2021

_____
VINCE CHHABRIA
United States District Judge

-1-

Notice of Withdrawal of Counsel
MDL No. 2741, Case No. 3:16-MD-02741

## CERTIFICATE OF SERVICE

I hereby certify that, on September 9, 2021, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

      /s/ Rebecca Smullin
Rebecca Smullin