IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Isaac W. Goble, Jr. v. Monsanto Co.*, Case No. 3:20-cv-04648-VC | |

## AMENDED MOTION TO SUBSTITUTE PROPER PARTY

Pursuant to Federal Rule of Civil Procedure 25(a), Tammy Martin, as Personal Representative of the Estate of Isaac W. Goble, Jr., files this Motion to Substitute Proper Party and respectfully submits as follows:

1. This is a product liability action brought by Plaintiff Isaac W. Goble, Jr. ("Plaintiff"). Plaintiff alleges that he was diagnosed with Non-Hodgkin's Lymphoma ("NHL") as a result of his exposure to Roundup® manufactured and marketed by Defendant.

2. On June 23, 2020, Plaintiff filed his original Complaint and Jury Demand against Defendant in the United States District Court in the District of South Carolina alleging strict product liability, negligence, breach of warranty, and fraud. On June 26, 2020, the United States Judicial Panel on Multidistrict Litigation transferred the subject case from the District of South Carolina to MDL 2741 pending in the United States District Court for the Northern District of California pursuant to Conditional Transfer Order (CTO-220).

3. Plaintiff died on December 24, 2020. Tammy Martin, was appointed as Personal Representative of Isaac W. Goble, Jr.'s estate by the Marion County Probate Court [South Carolina] on January 26, 2021. A copy of the Certificate of Appointment is attached hereto as Exhibit A.

4. Plaintiff filed a suggestion of death under Rule 25(a), FRCP on March 25, 2021.

5. Fed. R. Civ. P. 25(a) provides that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by…the decedent's successor or representative." Isaac W. Goble, Jr.'s claim was not extinguished by his death and his action survives to and in favor of his heirs. S.C. Code Ann. § 15-5-90. Accordingly, Tammy Martin, as the Personal Representative of Isaac W. Goble, Jr.'s estate, should and hereby moves to be substituted as the proper party for the Decedent on behalf of his estate and all wrongful death beneficiaries.

## CONCLUSION AND PRAYER

For all the foregoing reasons, Tammy Martin requests that the Court substitute Tammy Martin, as Personal Representative of the Estate of Isaac W. Goble, Jr., as Plaintiff in this case and for such other relief as to which she may be justly entitled.

**RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS, LLC**

*s/Chris Moore*
Chris Moore
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
T: (803) 281-8147
chris@richardsonthomas.com

*Attorney for Plaintiff*

Columbia, South Carolina
September 9, 2021

## CERTIFICATE OF SERVICE

I, Chris Moore, hereby certify that on September 9, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*s/Chris Moore*
Chris Moore

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Plaintiff conferred with counsel for Defendants regarding all matters set forth in this Motion on September 9, 2021 and that counsel for Defendants are unopposed to the relief requested herein.

*s/Chris Moore*
Chris Moore
