| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE PROBATE COURT |
| COUNTY OF: __MARION__ | ) ) ) | **CERTIFICATE OF APPOINTMENT** |
| IN THE MATTER OF: ISSAC W. GOBLE, JR (Decedent) | ) ) ) | CASE NUMBER: NONE |

This is to certify that

__TAMMY MARTIN__

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the 26TH day of __JANUARY__, 20_21_, is in full force and effect.

**RESTRICTIONS:** THIS CERTIFICATE IS FOR THE SOLE PURPOSE OF OBTAINING INFORMATION REGARDING LOAN AT PEE DEE FINANCE IN THE MATTER OF ISSAC W. GOBLE, JR

Executed this 26TH day of __JANUARY__, 20_21_.

_____
Marion County, Probate Court Judge

Do not accept a copy of this certificate without the raised seal of the Probate Court.

FORM #141ES (1/2014)
62-1-305, 62-3-103