IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Isaac W. Goble, Jr. v. Monsanto Co.*,<br>Case No. 3:20-cv-04648-VC | |

## ORDER ON MOTION TO SUBSTITUTE PROPER PARTY

Before this Court is a Motion to Substitute Tammy Martin, as Personal Representative of the Estate of Isaac W. Goble, Jr. as the proper party in this case. Plaintiff contends such substitution is proper under Fed. R. Civ. 25(a). The parties, after having conferred regarding the pending motion, have no objection to the relief requested, and the Court, having heard the arguments of counsel and considered the pleadings, is of the opinion that the Motion should be granted.

Accordingly, it is ORDERED that Plaintiff's Motion to Substitute Tammy Martin, as Personal Representative of the Estate of Isaac W. Goble, Jr. as the proper party in this case is GRANTED.

Signed this the _____ day of September, 2021.

_____
United States Magistrate Judge