Eric Policastro, CA Bar No. 264605
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. 214.890.0711
Fax 214.890.0712

*Counsel for Plaintiffs Brian Webb and Patricia Godsey*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Webb v. Monsanto Company*,<br>Case No. 3:20-cv-05624-VC<br><br>Godsey v. Monsanto Company,<br>Case No. 3:19-cv-00923-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

## NOTICE OF ORDER GRANTING MOTION FOR FINAL APPROVAL

Plaintiffs Brian Webb and Patricia Godsey, by and through undersigned counsel, hereby notify the Court of an Order Granting Motion for Final Approval of Class Settlement and Award of Attorneys' Fees entered on May 3, 2021, in *Jones, et al. v. Monsanto Company*, 4:19-cv-00102-BP (W.D. Missouri), attached hereto as Exhibit A. The undersigned only recently became aware of the existence of this case. According to public records, this order is on appeal to the United States Eighth Circuit Court of Appeals. *See* District Court Docket Sheet and Court of Appeals Docket Sheet, also attached hereto as Exhibits B and C, respectively.

Dated: September 9, 2021            Respectfully Submitted,

                                    /s/ Eric Policastro

Eric Policastro, CA Bar No. 264605
N. Majed Nachawati
S. Ann Saucer
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. 214.890.0711
Fax 214.890.0712
epolicastro@fnlawfirm.com
mn@fnlawfirm.com
asaucer@fnlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Eric Policastro
Eric Policastro
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
epolicastro@fnlawfirm.com