# EXHIBIT B

APPEAL,CLOSED,MAPN,PHV

# U.S. District Court
## Western District of Missouri (Kansas City)
### CIVIL DOCKET FOR CASE #: 4:19-cv-00102-BP

Jones et al v. Monsanto Company et al  
Assigned to: Chief District Judge Beth Phillips  
Demand: $5,000,000  
Case in other court: 8th Circuit Court of Appeals, 21-02292  
Cause: 28:1332 Diversity-Fraud

Date Filed: 02/13/2019  
Date Terminated: 05/13/2021  
Jury Demand: Both  
Nature of Suit: 370 Other Fraud  
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2019 | 1 | COMPLAINT against All Defendants filed by Bryce B Bell on behalf of All Plaintiffs. Filing fee $400, receipt number AMOWDC 6173613. Service due by 5/14/2019 unless otherwise directed by the court. (Attachments: # 1 Civil Cover Sheet)(Bell, Bryce) (Entered: 02/13/2019) |
| 02/13/2019 | 2 | **NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR IMPORTANT CHANGES, DEADLINES AND REQUIREMENTS.** **Notice of MAP assignment to Program Director.** (Attachments: # 1 MAP General Order)(Woods, Gloria) (Entered: 02/13/2019) |
| 02/13/2019 |  | SUMMONS ISSUED as to Monsanto Company. (Woods, Gloria) (Entered: 02/13/2019) |
| 02/14/2019 |  | SUMMONS ISSUED as to Scotts Miracle-Gro Products, Inc.. (Woods, Gloria) (Entered: 02/14/2019) |
| 02/19/2019 | 3 | RETURN OF SERVICE of complaint executed by All Plaintiffs. Monsanto Company served on 2/15/2019, answer due 3/8/2019. (Attachments: # 1 Exhibit A)(Bell, Bryce) (Entered: 02/19/2019) |
| 02/25/2019 | 4 | RETURN OF SERVICE of complaint executed by All Plaintiffs. Scotts Miracle-Gro Products, Inc. served on 2/20/2019, answer due 3/13/2019. (Attachments: # 1 Exhibit A)(Bell, Bryce) (Entered: 02/25/2019) |
| 02/27/2019 | 5 | Motion to allow Kim Richman to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC-6193771) filed by Bryce B Bell on behalf of All Plaintiffs. (Bell, Bryce) (Entered: 02/27/2019) |
| 03/01/2019 | 6 | Motion to allow Clark A. Binkley to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC-6199705) filed by Bryce B Bell on behalf of All Plaintiffs. (Bell, Bryce) (Entered: 03/01/2019) |
| 03/01/2019 | 7 | ORDER granting 5 motion to appear pro hac vice entered by Clerk of Court. Attorney Kim E. Richman for Lisa Jones, Horacio Torres Bonilla, and Kristoffer Yee allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. |

| | | |
|---|---|---|
| | | Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e-filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e-filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Russel, Jeri) (Entered: 03/01/2019) |
| 03/06/2019 | 8 | ORDER granting 6 motion to appear pro hac vice entered by Clerk of Court. Attorney Clark A Binkley for Lisa Jones,Clark A Binkley for Horacio Torres Bonilla,Clark A Binkley for Kristoffer Yee allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e-filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e-filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 03/06/2019) |
| 03/07/2019 | 9 | NOTICE of voluntary dismissal by Lisa Jones, Horacio Torres Bonilla and Kristoffer Yee. (Richman, Kim) **Modified on 3/7/2019:** The names of all plaintiffs were added to the docket entry at request of filing counsel. NEF regenerated. (Melvin, Greg) (Entered: 03/07/2019) |
| 03/08/2019 | 10 | Clerk's ORDER OF DISMISSAL AS TO DEFENDANT SCOTTS MIRACLE-GRO PRODUCTS, INC.ONLY (McIlvain, Kelly) (Entered: 03/08/2019) |
| 03/08/2019 | 11 | NOTICE of appearance by Douglas B. Maddock, Jr on behalf of Monsanto Company (Attorney Douglas B. Maddock, Jr added to party Monsanto Company(pty:dft))(Maddock, Douglas) (Entered: 03/08/2019) |
| 03/08/2019 | 12 | NOTICE of appearance by James Patrick Muehlberger on behalf of Monsanto Company (Attorney James Patrick Muehlberger added to party Monsanto Company(pty:dft)) (Muehlberger, James) (Entered: 03/08/2019) |
| 03/08/2019 | 13 | Joint MOTION for extension of time *and to Exceed Page Limit* filed by James Patrick Muehlberger on behalf of Monsanto Company. Suggestions in opposition/response due by 3/22/2019 unless otherwise directed by the court. (Muehlberger, James) (Entered: 03/08/2019) |
| 03/08/2019 | 14 | DISCLOSURE OF CORPORATE INTERESTS *of Monsanto Company* filed by James Patrick Muehlberger on behalf of Defendant Monsanto Company.(Muehlberger, James) (Entered: 03/08/2019) |
| 03/11/2019 | 15 | ORDER granting 13 : The parties' Joint Stipulation and Motion for Extension of Time is GRANTED. Defendant Monsanto's motion to dismiss the complaint is due on or before April 1, 2019. Plaintiff's opposition shall be due May 1, 2019, and Monsanto's reply shall be due May 15, 2019. The request for excess pages is GRANTED as well: Monsanto's supporting suggestions shall not exceed twenty-five pages; Plaintiffs' opposition shall not exceed twenty-five pages; and Monsanto's reply shall not exceed fifteen pages. Signed on 3/11/19 by Chief District Judge Beth Phillips. This is a TEXT ONLY ENTRY. No document is attached. (Cordell, Annette) (Entered: 03/11/2019) |
| 03/12/2019 | | Test entry only. (Russel, Jeri) (Entered: 03/12/2019) |
| 03/14/2019 | 16 | Motion to allow John J. Rosenthal to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC-6221060) filed by Douglas B. Maddock, Jr on behalf of Monsanto Company. (Maddock, Douglas) (Entered: 03/14/2019) |

| | | |
|---|---|---|
| 03/14/2019 | 17 | Motion to allow Christine D. Tillema to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC-6221072) filed by Douglas B. Maddock, Jr on behalf of Monsanto Company. (Maddock, Douglas) (Entered: 03/14/2019) |
| 03/14/2019 | 18 | Motion to allow Patrick E. Hogan to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC-6221079) filed by Douglas B. Maddock, Jr on behalf of Monsanto Company. (Maddock, Douglas) (Entered: 03/14/2019) |
| 03/14/2019 | 19 | Motion to allow Jeff Wilkerson to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC-6221083) filed by Douglas B. Maddock, Jr on behalf of Monsanto Company. (Maddock, Douglas) (Entered: 03/14/2019) |
| 03/15/2019 | 20 | ORDER granting 16 , 17 , 18 ,& 19 motion to appear pro hac vice entered by Clerk of Court. Attorneys John J Rosenthal, Christine D Tillema, Patrick E Hogan, and Jeff Wilkerson for Monsanto Company allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e-filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e-filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 03/15/2019) |
| 04/01/2019 | 21 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *AND TO STRIKE PLAINTIFFS' NATIONWIDE CLASS ALLEGATIONS* filed by John J Rosenthal on behalf of Monsanto Company. Suggestions in opposition/response due by 5/1/19 unless otherwise directed by the court. (Rosenthal, John) Modified on 4/22/2019 (Cordell, Annette). (Entered: 04/01/2019) |
| 04/01/2019 | 22 | SUGGESTIONS in support re 21 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *AND TO STRIKE PLAINTIFFS' NATIONWIDE CLASS ALLEGATIONS* filed by John J Rosenthal on behalf of Defendant Monsanto Company. (Attachments: # 1 Affidavit Rosenthal Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M)(Related document(s) 21 ) (Rosenthal, John) (Entered: 04/01/2019) |
| 04/05/2019 | 23 | ORDER. RULE 16 NOTICE. Proposed scheduling order due by 5/21/2019. Rule 26 conference due by 5/7/2019. Signed on 4/5/19 by Chief District Judge Beth Phillips. (Cordell, Annette) (Entered: 04/05/2019) |
| 04/17/2019 | 24 | NOTICE of change of address by Kim E. Richman (Richman, Kim) (Entered: 04/17/2019) |
| 04/19/2019 | 25 | ORDER TO SHOW CAUSE why Defendant's Motion to Dismiss and to Strike Class Allegations, (Doc. 21), should not be granted. Show Cause Response due by 5/3/2019. Signed on 4/19/19 by Chief District Judge Beth Phillips. This is a TEXT ONLY ENTRY. No document is attached. (Wolfe, Steve) (Entered: 04/19/2019) |
| 04/19/2019 | 26 | ORDER vacating Order to Show Cause, (Doc. 25). The schedule applicable to Defendant's Motion to Dismiss and to Strike Class Allegations is set forth in (Doc. 15). Signed on 4/19/19 by Chief District Judge Beth Phillips. This is a TEXT ONLY ENTRY. No document is attached. (Wolfe, Steve) (Entered: 04/19/2019) |
| 05/01/2019 | 27 | SUGGESTIONS in opposition re 21 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *AND TO STRIKE PLAINTIFFS' NATIONWIDE CLASS ALLEGATIONS* filed by Kim E. Richman on behalf of Plaintiffs Lisa Jones, Horacio Torres Bonilla, Kristoffer |

| | | |
|---|---|---|
| | | Yee. Reply suggestions due by 5/15/2019 unless otherwise directed by the court. (Related document(s) 21 ) (Richman, Kim) (Entered: 05/01/2019) |
| 05/07/2019 | 28 | Joint PROPOSED SCHEDULING ORDER *and Discovery Plan* by Monsanto Company. (Rosenthal, John) (Entered: 05/07/2019) |
| 05/08/2019 | 29 | SCHEDULING ORDER: Class Certification Motion due 1/15/20. Discovery due by 8/31/2020. Dispositive Motions due by 9/7/2020. Teleconference set for 1/8/2021 10:00 AM. Pretrial Conference set for 1/22/2021 10:00 AM Courtroom 7A, Kansas City (BP) before Chief District Judge Beth Phillips. Jury Trial set for 2/1/2021 08:30 AM in Courtroom 7A, Kansas City (BP) before Chief District Judge Beth Phillips. Signed on 5/8/19 by Chief District Judge Beth Phillips. (Cordell, Annette) (Main Document 29 replaced on 5/9/2019) (Cordell, Annette). (Entered: 05/08/2019) |
| 05/09/2019 | 30 | Motion to allow Michael Lin Baum to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC-6308142) filed by Bryce B Bell on behalf of All Plaintiffs. (Bell, Bryce) (Entered: 05/09/2019) |
| 05/09/2019 | 31 | Motion to allow R. Brent Wisner to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC-6308220) filed by Bryce B Bell on behalf of All Plaintiffs. (Bell, Bryce) (Entered: 05/09/2019) |
| 05/09/2019 | 32 | Motion to allow Pedram Esfandiary to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC-6308229) filed by Bryce B Bell on behalf of All Plaintiffs. (Bell, Bryce) (Entered: 05/09/2019) |
| 05/13/2019 | 33 | MOTION to appoint counsel *APPOINT INTERIM CLASS COUNSEL* filed by Kim E. Richman on behalf of Lisa Jones, Horacio Torres Bonilla, Kristoffer Yee. Suggestions in opposition/response due by 5/28/2019 unless otherwise directed by the court. (Richman, Kim) (Entered: 05/13/2019) |
| 05/13/2019 | 34 | SUGGESTIONS in support re 33 MOTION to appoint counsel *APPOINT INTERIM CLASS COUNSEL* filed by Kim E. Richman on behalf of Plaintiffs Lisa Jones, Horacio Torres Bonilla, Kristoffer Yee. (Attachments: # 1 Affidavit Declaration of Kim Richman, # 2 Affidavit Declaration of Michael Baum)(Related document(s) 33 ) (Richman, Kim) (Entered: 05/13/2019) |
| 05/13/2019 | 35 | ORDER granting 30 31 32 motion to appear pro hac vice entered by Clerk of Court. Attorney Pedram Esfandiary, R Brent Wisner, and Michael Baum for Lisa Jones, Horacio Torres Bonilla, and Kristoffer Yee allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e-filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e-filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Russel, Jeri) (Entered: 05/13/2019) |
| 05/15/2019 | 36 | REPLY SUGGESTIONS to motion re 21 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *AND TO STRIKE PLAINTIFFS' NATIONWIDE CLASS ALLEGATIONS* filed by John J Rosenthal on behalf of Defendant Monsanto Company. (Related document(s) 21 ) (Rosenthal, John) (Entered: 05/15/2019) |
| 05/22/2019 | 37 | **AMENDED NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR IMPORTANT CHANGES, DEADLINES AND REQUIREMENTS.** |

| | | |
|---|---|---|
| | | **Notice of MAP re-assignment to an outside mediator.** (Attachments: # 1 MAP General Order)(Woods, Gloria) (Entered: 05/22/2019) |
| 05/22/2019 | 38 | Joint MOTION for extension of time to file response/reply as to 33 MOTION to appoint counsel *APPOINT INTERIM CLASS COUNSEL* filed by John J Rosenthal on behalf of Monsanto Company. Suggestions in opposition/response due by 6/5/2019 unless otherwise directed by the court. (Related document(s) 33 ) (Rosenthal, John) (Entered: 05/22/2019) |
| 05/22/2019 | 39 | ORDER granting 38 The parties' Stipulation and Joint Motion for Extension of Time is GRANTED. The parties' proposed briefing schedule for Plaintiffs' Motion to Appoint Interim Class Counsel (Doc 33) is adopted: Monsanto's opposing suggestions due by June 4, 2019 and Plaintiff's reply suggestions due by June 18, 2019. Signed on 5/22/19 by Chief District Judge Beth Phillips. This is a TEXT ONLY ENTRY. No document is attached. (Cordell, Annette) (Entered: 05/22/2019) |
| 06/04/2019 | 40 | RESPONSE to motion re 33 MOTION to appoint counsel *APPOINT INTERIM CLASS COUNSEL* filed by John J Rosenthal on behalf of Defendant Monsanto Company. Reply suggestions due by 6/18/2019 unless otherwise directed by the court. (Rosenthal, John) (Entered: 06/04/2019) |
| 06/13/2019 | 41 | ORDER denying 21 Defendant's Motion to Dismiss is DENIED. Signed on 6/13/19 by Chief District Judge Beth Phillips. (Cordell, Annette) (Entered: 06/13/2019) |
| 06/14/2019 | 42 | ORDER denying 33 Plaintiff's Motion for Appointment of Interim Class Counsel is DENIED. Signed on 6/14/19 by Chief District Judge Beth Phillips. (Cordell, Annette) (Entered: 06/14/2019) |
| 06/24/2019 | 43 | DESIGNATION OF MEDIATOR naming Eric Green(Richman, Kim) (Entered: 06/24/2019) |
| 06/26/2019 | | NOTICE of filing: Mediation and Assessment Program Reminder: Your post-mediation status report is due within 10 calendar days after the mediation. See MAP FAQs on Court's website for specifics and submit report(s) to: map@mow.uscourts.gov. (ADI, MAP) (Entered: 06/26/2019) |
| 08/06/2019 | 44 | ANSWER to 1 Complaint, with Jury Demand on behalf of Monsanto Company. (Rosenthal, John) (Entered: 08/06/2019) |
| 09/11/2019 | 45 | NOTICE OF HEARING - This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Telephone Conference set for 9/20/2019 01:30 PM (CT) before Chief District Judge Beth Phillips. Parties shall call in by dialing (877) 336-1839 and enter access code 4259420. (Cordell, Annette) (Entered: 09/11/2019) |
| 09/20/2019 | 46 | Minute Entry. Proceedings held before Chief District Judge Beth Phillips: TELEPHONE CONFERENCE held on 9/20/2019. To order a transcript of this hearing please contact Katie Wirt, 816-512-5608, katie_wirt@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Cordell, Annette) (Entered: 09/20/2019) |
| 02/11/2020 | 47 | NOTICE OF HEARING - This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. A Status Conference/Telephone Conference set for 2/13/2020 at 4:15 PM before Chief District Judge Beth Phillips. Parties shall call in by dialing (877) 336-1839 and enter access code 4259420.(Cordell, Annette) (Entered: 02/11/2020) |
| 02/13/2020 | 48 | Minute Entry. Proceedings held before Chief District Judge Beth Phillips: TELEPHONE CONFERENCE held on 2/13/2020. To order a transcript of this hearing please contact Katie Wirt, 816-512-5608, katie_wirt@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Cordell, Annette) (Entered: 02/13/2020) |

| | | |
|---|---|---|
| 03/23/2020 | 49 | Consent MOTION to certify class , *for preliminary approval of class settlement, and for approval of form of notice* filed by Kim E. Richman on behalf of Lisa Jones, Horacio Torres Bonilla, Kristoffer Yee. Suggestions in opposition/response due by 4/6/2020 unless otherwise directed by the court. (Richman, Kim) (Entered: 03/23/2020) |
| 03/23/2020 | 50 | SUGGESTIONS in support re 49 Consent MOTION to certify class , *for preliminary approval of class settlement, and for approval of form of notice* filed by Kim E. Richman on behalf of Plaintiffs Lisa Jones, Horacio Torres Bonilla, Kristoffer Yee. (Attachments: # 1 Affidavit Declaration of Kim Richman, # 2 Affidavit Declaration of Michael Baum, # 3 Affidavit Declaration of Eric Green, # 4 Affidavit Declaration of Kristina Shampanier, # 5 Affidavit Declaration of Brandon Schwartz)(Related document(s) 49 ) (Richman, Kim) (Entered: 03/23/2020) |
| 03/31/2020 | 51 | NOTICE of filing *of Corrected Document* by Lisa Jones, Horacio Torres Bonilla, Kristoffer Yee re 50 Suggestions in Support of Motion,, (Attachments: # 1 Exhibit 1 - Corrected Settlement Agreement)(Richman, Kim) (Entered: 03/31/2020) |
| 05/12/2020 | 52 | SUPPLEMENTAL SUGGESTIONS in support re 49 Consent MOTION to certify class , *for preliminary approval of class settlement, and for approval of form of notice Supplemental Memorandum* filed by Kim E. Richman on behalf of Plaintiffs Lisa Jones, Horacio Torres Bonilla, Kristoffer Yee. (Attachments: # 1 Affidavit Supplemental Declaration of Kim Richman, # 2 Affidavit Amended Declaration of Brandon Schwartz)(Related document(s) 49 ) (Richman, Kim) **Modified on 5/13/2020:** Docket text changed to reflect document title. NEF regenerated.) (Melvin, Greg) (Entered: 05/12/2020) |
| 05/14/2020 | 53 | ORDER granting 49 ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF CLASS FOR THE PURPOSES OF SETTLEMENT, AND APPROVAL OF FORM AND MANNER OF NOTICE. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Court will hold a Final Settlement Hearing on November 9, 2020 at 10:00 a.m., in Courtroom 7A, United States District Court for the Western District of Missouri, 400 East 9th Street, Kansas City, Missouri 64106. Signed on 5/14/20 by Chief District Judge Beth Phillips. (Cordell, Annette) (Entered: 05/14/2020) |
| 05/14/2020 | 54 | NOTICE OF HEARING - This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Final Settlement Hearing set for 11/9/2020 10:00 AM in Courtroom 7A, Kansas City (BP) before Chief District Judge Beth Phillips. (Cordell, Annette) (Entered: 05/14/2020) |
| 05/20/2020 | 55 | NOTICE of appearance filed by Amy Crouch on behalf of Monsanto Company. (Attorney Amy Crouch added to party Monsanto Company(pty:dft))(Crouch, Amy) **Modified on 5/20/2020:** Docket text changed from motion to notice of appearance. Motion termed. NEF regenerated. (Melvin, Greg) (Entered: 05/20/2020) |
| 08/27/2020 | 56 | NOTICE OF HEARING - This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Telephone Conference set for 9/1/2020, 1:30 PM before Chief District Judge Beth Phillips. Parties shall call in by dialing (877) 336-1839 and enter access code 4259420. The parties, either jointly or separately, shall provide a summary of the issues by 1:30 PM on 8/28/20 by emailing to annette_cordell@mow.uscourts.gov and to opposing counsel. (Cordell, Annette) (Entered: 08/27/2020) |
| 10/14/2020 | 57 | Consent MOTION for order For Preliminary Approval of Updated Class Settlement and Approval of Updated Form and Matter of Notice filed by Kim E. Richman on behalf of Lisa Jones, Horacio Torres Bonilla, Kristoffer Yee. Suggestions in opposition/response due by 10/28/2020 unless otherwise directed by the court. (Richman, Kim) (Entered: 10/14/2020) |

| | | |
|---|---|---|
| 10/14/2020 | 58 | SUGGESTIONS in support re 57 Consent MOTION for order For Preliminary Approval of Updated Class Settlement and Approval of Updated Form and Matter of Notice filed by Kim E. Richman on behalf of Plaintiffs Lisa Jones, Horacio Torres Bonilla, Kristoffer Yee. (Attachments: # 1 Affidavit Declaration of Kim Richman, # 2 Affidavit Declaration of Brandon Schwartz)(Related document(s) 57 ) (Richman, Kim) (Entered: 10/14/2020) |
| 10/19/2020 | 59 | ORDER granting 57 Plaintiffs' unopposed Motion for Preliminary Approval of Updated Class Settlement and Approval of Updated Form and Manner of Notice is GRANTED. A Final Settlement Hearing is set for March 11, 2021 at 10:00 a.m. in Courtroom 7A, United States District Court for the Western District of Missouri, 400 East 9th Street, Kansas City, Missouri 64106. Signed on 10/19/20 by Chief District Judge Beth Phillips. (Cordell, Annette) (Entered: 10/19/2020) |
| 10/19/2020 | 60 | NOTICE OF HEARING - This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Final Settlement Hearing set for 3/11/2021 10:00 AM in Courtroom 7A, Kansas City (BP) before Chief District Judge Beth Phillips. (Cordell, Annette) (Entered: 10/19/2020) |
| 10/19/2020 | | NOTICE OF HEARING CANCELLATION - The Pretrial (Jan 8 and 22, 2021) and Trial setting (Feb 1, 2021) are cancelled. A Final Settlement Hearing has been set for 3/11/21. This is a TEXT ONLY ENTRY. No document is attached. (Cordell, Annette) (Entered: 10/19/2020) |
| 01/08/2021 | 61 | MOTION to withdraw as attorney *Christine D. Tillema* filed by John J Rosenthal on behalf of Monsanto Company. Suggestions in opposition/response due by 1/22/2021 unless otherwise directed by the court. (Rosenthal, John) (Entered: 01/08/2021) |
| 01/08/2021 | 62 | ORDER granting 61 The Motion to Withdraw Attorney Christine D Tillema as attorney for Defendant Monsanto Company is GRANTED. Signed on 1/8/21 by Chief District Judge Beth Phillips. This is a TEXT ONLY ENTRY. No document is attached. (Cordell, Annette) (Entered: 01/08/2021) |
| 02/25/2021 | 63 | Consent MOTION for leave to file excess pages *in Motion for Final Approval* filed by Kim E. Richman on behalf of Lisa Jones, Horacio Torres Bonilla, Kristoffer Yee. Suggestions in opposition/response due by 3/11/2021 unless otherwise directed by the court. (Richman, Kim) (Entered: 02/25/2021) |
| 02/25/2021 | 64 | Consent MOTION for order Final Approval of Class Settlement, Award of Attorneys' Fees filed by Kim E. Richman on behalf of Lisa Jones, Horacio Torres Bonilla, Kristoffer Yee. Suggestions in opposition/response due by 3/11/2021 unless otherwise directed by the court. (Richman, Kim) (Entered: 02/25/2021) |
| 02/25/2021 | 65 | SUGGESTIONS in support re 64 Consent MOTION for order Final Approval of Class Settlement, Award of Attorneys' Fees filed by Kim E. Richman on behalf of Plaintiffs Lisa Jones, Horacio Torres Bonilla, Kristoffer Yee. (Attachments: # 1 Affidavit Declaration of Kim Richman, # 2 Affidavit Declaration of Brandon Schwartz)(Related document(s) 64 ) (Richman, Kim) (Entered: 02/25/2021) |
| 02/26/2021 | 66 | ORDER granting 63 motion for leave to file excess pages. The Suggestion in Support of Final Approval of Class Action Settlement are accepted. Signed on 2/26/21 by Chief District Judge Beth Phillips. This is a TEXT ONLY ENTRY. No document is attached. (Wolfe, Steve) (Entered: 02/26/2021) |
| 03/03/2021 | 67 | NOTICE of appearance by Jonathan R. Whitehead on behalf of Anna St. John (Attorney Jonathan R. Whitehead added to party Anna St. John(pty:obj))(Whitehead, Jonathan) (Entered: 03/03/2021) |
| 03/03/2021 | 68 | Motion to allow Adam E. Schulman to appear pro hac vice (Pro Hac fee $100 receipt |

| | | |
|---|---|---|
| | | number AMOWDC-7313690) filed by Jonathan R. Whitehead on behalf of Anna St. John. (Whitehead, Jonathan) (Entered: 03/03/2021) |
| 03/03/2021 | 69 | ORDER granting 68 motion to appear pro hac vice entered by Clerk of Court. Attorney Adam Schulman for Anna St. John allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e-filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e-filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) (Entered: 03/03/2021) |
| 03/03/2021 | 70 | NOTICE of filing *of Intent to Appear at Hearing* by Anna St. John re 60 Notice of Hearing, (Whitehead, Jonathan) (Entered: 03/03/2021) |
| 03/08/2021 | 71 | SUGGESTIONS in opposition re 64 Consent MOTION for order Final Approval of Class Settlement, Award of Attorneys' Fees *AND OBJECTION* filed by Jonathan R. Whitehead on behalf of Objector Anna St. John. Reply suggestions due by 3/22/2021 unless otherwise directed by the court. (Attachments: # 1 Affidavit Declaration of Anna St. John, # 2 Affidavit Declaration of Theodore H. Frank)(Related document(s) 64 ) (Whitehead, Jonathan) (Entered: 03/08/2021) |
| 03/11/2021 | 72 | SUGGESTIONS in support re 64 Consent MOTION for order Final Approval of Class Settlement, Award of Attorneys' Fees *{Monsanto's Response to Objection of Anna S. John}* filed by John J Rosenthal on behalf of Defendant Monsanto Company. (Related document(s) 64 ) (Rosenthal, John) (Entered: 03/11/2021) |
| 03/11/2021 | 73 | Minute Entry. Proceedings held before Chief District Judge Beth Phillips: FINAL SETTLEMENT HEARING held on 3/11/2021. Court hears argument and takes the matter under advisement. Counsel appearing for Plaintiff(s): Bryce B. Bell, Clark Binkley, Kim E. Richman. Counsel appearing for Defendant(s): John Rosenthal, Jeffrey Wilkerson, Amy Crouch, Patrick Hogan. Counsel for Objector: Adam Schulman and Jonathan Whitehead. Time in court: 10:05 am to 10:50 am. To order a transcript of this hearing please contact Katie Wirt, 816-512-5608, katie_wirt@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 03/11/2021) |
| 03/15/2021 | 74 | ELECTRONIC TRANSCRIPT of Final Settlement Hearing (By Videoconference) held 3/11/2021 before Judge Beth Phillips. Court Reporter: Katie Wirt, 816-512-5608, katie_wirt@mow.uscourts.gov. Number of pages: 29. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.** If necessary, Notice of Intent to Redact is due by 3/22/2021 unless otherwise directed by the court. Release of Transcript Restriction set for 6/14/2021. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.**<br><br>(Wirt, Katie) (Entered: 03/15/2021) |
| 03/18/2021 | 75 | MOTION for order Granting Leave to Review and Respond to Plfs. Lodestar Billing re 64 Consent MOTION for order Final Approval of Class Settlement, Award of Attorneys' Fees filed by Jonathan R. Whitehead on behalf of Anna St. John. Suggestions in opposition/response due by 4/1/2021 unless otherwise directed by the court. (Related document(s) 64 ) (Whitehead, Jonathan) (Entered: 03/18/2021) |

| | | |
|---|---|---|
| 03/18/2021 | 76 | SUGGESTIONS in support re 75 MOTION for order Granting Leave to Review and Respond to Plfs. Lodestar Billing re 64 Consent MOTION for order Final Approval of Class Settlement, Award of Attorneys' Fees filed by Jonathan R. Whitehead on behalf of Objector Anna St. John. (Related document(s) 75 ) (Whitehead, Jonathan) (Entered: 03/18/2021) |
| 03/25/2021 | 77 | SUGGESTIONS in opposition re 75 MOTION for order Granting Leave to Review and Respond to Plfs. Lodestar Billing re 64 Consent MOTION for order Final Approval of Class Settlement, Award of Attorneys' Fees filed by Kim E. Richman on behalf of Plaintiffs Lisa Jones, Horacio Torres Bonilla, Kristoffer Yee. Reply suggestions due by 4/8/2021 unless otherwise directed by the court. (Related document(s) 75 ) (Richman, Kim) (Entered: 03/25/2021) |
| 04/06/2021 | 78 | REPLY SUGGESTIONS to motion re 75 MOTION for order Granting Leave to Review and Respond to Plfs. Lodestar Billing re 64 Consent MOTION for order Final Approval of Class Settlement, Award of Attorneys' Fees filed by Jonathan R. Whitehead on behalf of Objector Anna St. John. (Related document(s) 75 ) (Whitehead, Jonathan) (Entered: 04/06/2021) |
| 04/09/2021 | 79 | ORDER GRANTING IN PART MOTION FOR LEAVE TO REVIEW LODESTAR ANALYSIS 75 . See Order for details. Signed on 4/9/21 by Chief District Judge Beth Phillips. (Cordell, Annette) (Entered: 04/09/2021) |
| 04/16/2021 | 80 | SUPPLEMENT *regarding attorney lodestar*. (Attachments: # 1 Supplement)(Related document(s) 64 ) (Richman, Kim) (Entered: 04/16/2021) |
| 04/23/2021 | 81 | SUPPLEMENT *to Objection of Anna St. John to Plfs. Motion for Award of Attorneys' Fees*. (Related document(s) 64 ) (Whitehead, Jonathan) (Entered: 04/23/2021) |
| 04/30/2021 | 82 | SUPPLEMENT *Suggestions in Opposition to Objectors Supplemental Objections (Dkt. # 81)*. (Related document(s) 64 ) (Richman, Kim) (Entered: 04/30/2021) |
| 05/13/2021 | 83 | ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND AWARD OF ATTORNEYS' FEES granting 64 . After considering the parties' and the Objector's arguments, the Court GRANTS Plaintiffs' motion to approve the settlement. Signed on 5/13/21 by Chief District Judge Beth Phillips. (Cordell, Annette) (Entered: 05/13/2021) |
| 05/27/2021 | 84 | ORDER of Dismissal. Signed on 5/27/21 by Chief District Judge Beth Phillips. (Wolfe, Steve) (Entered: 05/27/2021) |
| 06/09/2021 | 85 | NOTICE OF APPEAL as to 83 Order on Motion for Miscellaneous Relief, 84 Order by Anna St. John. Filing fee $ 505, receipt number AMOWDC-7448426. (Whitehead, Jonathan) (Entered: 06/09/2021) |
| 06/09/2021 | 86 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 85 Notice of Appeal. (Terry, Jason) (Entered: 06/09/2021) |
| 06/10/2021 | 87 | USCA Case Number from 8th Circuit Court of Appeals is 21-2292 for 85 Notice of Appeal filed by Anna St. John. Briefing schedule entered by the Court of Appeals is attached. Transcript due by 7/20/2021. (Attachments: # 1 Schedule)(Terry, Jason) (Entered: 06/10/2021) |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |