# EXHIBIT C

General Docket
Eighth Circuit Court of Appeals

| | |
|---|---|
| **Court of Appeals Docket #:** 21-2292<br>**Nature of Suit:** 4370 Other Fraud<br>Anna St. John v. Lisa Jones, et al<br>**Appeal From:** U.S. District Court for the Western District of Missouri - Kansas City<br>**Fee Status:** paid - cs | **Docketed:** 06/10/2021 |

**Case Type Information:**
 1) Civil
 2) Private
 3) null

**Originating Court Information:**
 **District:** 0866-4 : 4:19-cv-00102-BP
 **Court Reporter:** Kathleen Wirt, Court Reporter
 **Trial Judge:** Beth Phillips, District Judge
 **Date Filed:** 02/13/2019

| Date Order/Judgment: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|
| 05/27/2021 | 06/09/2021 | 06/09/2021 |

**Prior Cases:**
 None

**Current Cases:**
 None

---

Lisa Jones
    Plaintiff - Appellee

Michael L. Baum
[NTC Retained]
BAUM & HEDLUND
Firm: 310-207-3233
17th Floor
10940 Wilshire Boulevard
Los Angeles, CA 90024

Bryce B. Bell
Direct: 816-886-8206
[NTC Retained]
BELL LAW, LLC
Firm: 806-886-8206
Suite 580
2600 Grand Boulevard
Kansas City, MO 64108

Clark Andrew Binkley
Direct: 718-705-4084
[NTC Retained]
RICHMAN LAW & POLICY
Firm: 212-687-8291
Suite 83
1 Bridge Street
Irvington, NY 10533

Pedram Esfandiary
[NTC Retained]
BAUM & HEDLUND
Firm: 310-207-3233
17th Floor
10940 Wilshire Boulevard
Los Angeles, CA 90024

Kim E. Richman
Direct: 212-687-8291
[NTC Retained]
RICHMAN LAW & POLICY
Firm: 212-687-8291
Suite 83

|  |  |
|---|---|
|  | 1 Bridge Street<br>Irvington, NY 10533<br><br>Mark W. Schmitz<br>Direct: 816-886-8206<br>[NTC Retained]<br>BELL LAW, LLC<br>Firm: 806-886-8206<br>Suite 580<br>2600 Grand Boulevard<br>Kansas City, MO 64108<br><br>R. Brent Wisner<br>[NTC Retained]<br>BAUM & HEDLUND<br>Firm: 310-207-3233<br>17th Floor<br>10940 Wilshire Boulevard<br>Los Angeles, CA 90024 |
| Horacio Torres Bonilla<br>   Plaintiff - Appellee | Michael L. Baum<br>[NTC Retained]<br>(see above)<br><br>Bryce B. Bell<br>Direct: 816-886-8206<br>[NTC Retained]<br>(see above)<br><br>Clark Andrew Binkley<br>Direct: 718-705-4084<br>[NTC Retained]<br>(see above)<br><br>Pedram Esfandiary<br>[NTC Retained]<br>(see above)<br><br>Kim E. Richman<br>Direct: 212-687-8291<br>[NTC Retained]<br>(see above)<br><br>Mark W. Schmitz<br>Direct: 816-886-8206<br>[NTC Retained]<br>(see above)<br><br>R. Brent Wisner<br>[NTC Retained]<br>(see above) |
| Kristoffer Yee<br>   Plaintiff - Appellee | Michael L. Baum<br>[NTC Retained]<br>(see above)<br><br>Bryce B. Bell<br>Direct: 816-886-8206<br>[NTC Retained]<br>(see above)<br><br>Clark Andrew Binkley<br>Direct: 718-705-4084<br>[NTC Retained]<br>(see above)<br><br>Pedram Esfandiary<br>[NTC Retained]<br>(see above) |

|  |  |
|---|---|
|  | Kim E. Richman<br>Direct: 212-687-8291<br>[NTC Retained]<br>(see above) |
|  | Mark W. Schmitz<br>Direct: 816-886-8206<br>[NTC Retained]<br>(see above) |
|  | R. Brent Wisner<br>[NTC Retained]<br>(see above) |
| v. |  |
| Monsanto Company<br>    Defendant - Appellee | Amy M. Crouch, Attorney<br>Direct: 816-474-6550<br>[NTC Retained]<br>SHOOK & HARDY<br>Firm: 816-474-6550<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613 |
|  | Patrick E. Hogan<br>[NTC Retained]<br>WINSTON & STRAWN<br>1901 L Street, N.W.<br>Washington, DC 20036 |
|  | Douglas B. Maddock, Jr.<br>Direct: 816-474-6550<br>[NTC Retained]<br>SHOOK & HARDY<br>Firm: 816-474-6550<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613 |
|  | James Patrick Muehlberger<br>Direct: 816-474-6550<br>[NTC Retained]<br>SHOOK & HARDY<br>Firm: 816-474-6550<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613 |
|  | John J. Rosenthal<br>Direct: 202-282-5000<br>[NTC Retained]<br>WINSTON & STRAWN<br>1901 L Street, N.W.<br>Washington, DC 20036 |
|  | Jeffrey Scott Wilkerson<br>Direct: 704-350-7714<br>[NTC Retained]<br>WINSTON & STRAWN<br>Firm: 704-350-7714<br>29th Floor<br>100 N. Tryon Street<br>Charlotte, NC 28202 |
| Anna St. John<br>    Objector - Appellant | Theodore H. Frank<br>Direct: 703-203-3848<br>[NTC Retained]<br>HAMILTON LINCOLN LAW INSTITUTE<br>Suite 300<br>1629 K Street, N.W.<br>Washington D.C., DC 20006 |

```
                                            Adam E. Schulman
                                            Direct: 610-457-0856
                                            [NTC Retained]
                                            HAMILTON LINCOLN LAW INSTITUTE
                                            Suite 300
                                            1629 K Street, N.W.
                                            Washington, DC 20006

                                            Jonathan R. Whitehead
                                            Direct: 816-398-8305
                                            [NTC Retained]
                                            WHITEHEAD LAW OFFICE
                                            Firm: 816-398-8305
                                            Suite 210
                                            229 S.E. Douglas Street
                                            Lee's Summit, MO 64063-2301
---------------------------

State of Montana                            David M.S. Dewhirst
        Amicus on Behalf of Appellant(s)    Direct: 406-444-2026
                                            [NTC Government]
                                            ATTORNEY GENERAL'S OFFICE
                                            215 N. Sanders
                                            P.O. Box 201401
                                            Helena, MT 59620-1401

                                            Kathleen L. Smithgall
                                            Direct: 406-539-2269
                                            [NTC Government]
                                            ATTORNEY GENERAL'S OFFICE
                                            215 N. Sanders
                                            P.O. Box 201401
                                            Helena, MT 59620-1401

State of Arkansas                           David M.S. Dewhirst
        Amicus on Behalf of Appellant(s)    Direct: 406-444-2026
                                            [NTC Government]
                                            (see above)

                                            Kathleen L. Smithgall
                                            Direct: 406-539-2269
                                            [NTC Government]
                                            (see above)

State of Indiana                            David M.S. Dewhirst
        Amicus on Behalf of Appellant(s)    Direct: 406-444-2026
                                            [NTC Government]
                                            (see above)

                                            Kathleen L. Smithgall
                                            Direct: 406-539-2269
                                            [NTC Government]
                                            (see above)

State of Louisiana                          David M.S. Dewhirst
        Amicus on Behalf of Appellant(s)    Direct: 406-444-2026
                                            [NTC Government]
                                            (see above)

                                            Kathleen L. Smithgall
                                            Direct: 406-539-2269
                                            [NTC Government]
                                            (see above)

State of Mississippi                        David M.S. Dewhirst
        Amicus on Behalf of Appellant(s)    Direct: 406-444-2026
                                            [NTC Government]
                                            (see above)
```

|  |  |
|---|---|
|  | Kathleen L. Smithgall<br>Direct: 406-539-2269<br>[NTC Government]<br>(see above) |
| State of Nevada<br>    Amicus on Behalf of Appellant(s) | David M.S. Dewhirst<br>Direct: 406-444-2026<br>[NTC Government]<br>(see above) |
|  | Kathleen L. Smithgall<br>Direct: 406-539-2269<br>[NTC Government]<br>(see above) |
| State of North Dakota<br>    Amicus on Behalf of Appellant(s) | David M.S. Dewhirst<br>Direct: 406-444-2026<br>[NTC Government]<br>(see above) |
|  | Kathleen L. Smithgall<br>Direct: 406-539-2269<br>[NTC Government]<br>(see above) |
| State of South Carolina<br>    Amicus on Behalf of Appellant(s) | David M.S. Dewhirst<br>Direct: 406-444-2026<br>[NTC Government]<br>(see above) |
|  | Kathleen L. Smithgall<br>Direct: 406-539-2269<br>[NTC Government]<br>(see above) |
| State of Texas<br>    Amicus on Behalf of Appellant(s) | David M.S. Dewhirst<br>Direct: 406-444-2026<br>[NTC Government]<br>(see above) |
|  | Kathleen L. Smithgall<br>Direct: 406-539-2269<br>[NTC Government]<br>(see above) |
| State of Utah<br>    Amicus on Behalf of Appellant(s) | David M.S. Dewhirst<br>Direct: 406-444-2026<br>[NTC Government]<br>(see above) |
|  | Kathleen L. Smithgall<br>Direct: 406-539-2269<br>[NTC Government]<br>(see above) |

Lisa Jones; Horacio Torres Bonilla; Kristoffer Yee

    Plaintiffs - Appellees

v.

Monsanto Company

    Defendant - Appellee

Anna St. John

    Objector - Appellant

------------------------------

State of Montana; State of Arkansas; State of Indiana; State of Louisiana; State of Mississippi; State of Nevada; State of North Dakota; State of South Carolina; State of Texas; State of Utah

    Amici on Behalf of Appellant(s)

| Date | | Description |
|---|---|---|
| 06/10/2021 | 4 pg, 206.2 KB | Civil case docketed. [5044181] [21-2292] (CAH) [Entered: 06/10/2021 02:42 PM] |
| 06/10/2021 | 44 pg, 385.72 KB | Originating court document filed consisting of notice of appeal, docket entries, order 5/13/21, dismissal order 5/27/21. [5044196] [21-2292] (CAH) [Entered: 06/10/2021 02:51 PM] |
| 06/10/2021 | 2 pg, 98.4 KB | BRIEFING SCHEDULE SET AS FOLLOWS:<br>Transcript due on or before 07/20/2021. Appendix due 07/30/2021. BRIEF APPELLANT, Anna St. John due 07/30/2021<br>Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant.<br>[5044199] [21-2292] (CAH) [Entered: 06/10/2021 02:52 PM] |
| 06/10/2021 | 1 pg, 64.47 KB | APPEARANCE filed by Adam E. Schulman for Appellant Ms. Anna St. John w/service 06/10/2021 [5044242] [21-2292] (AES) [Entered: 06/10/2021 04:00 PM] |
| 06/17/2021 | 1 pg, 102.64 KB | APPEARANCE filed by John J. Rosenthal for Appellee Monsanto Company w/service 06/17/2021 [5046448] [21-2292] (JJR) [Entered: 06/17/2021 01:48 PM] |
| 06/17/2021 | 3 pg, 119.6 KB | CORPORATE disclosure statement filed by Appellee Monsanto Company. - FOR CAL [5046453] [21-2292] (JJR) [Entered: 06/17/2021 01:54 PM] |
| 06/17/2021 | 1 pg, 102.96 KB | APPEARANCE filed by Jeffrey S. Wilkerson for Appellee Monsanto Company w/service 06/17/2021 [5046459] [21-2292] (JSW) [Entered: 06/17/2021 01:59 PM] |
| 06/22/2021 | 3 pg, 157.4 KB | Certificate of transcript filed by Appellant Ms. Anna St. John. Transcript previously ordered *Transcript of Final Approval Hearing held March 11, 2021* [5047506] [21-2292]<br>--[Edited 06/22/2021 by BNW to show which transcript was ordered.] (AES) [Entered: 06/22/2021 10:50 AM] |
| 06/22/2021 | 3 pg, 160.62 KB | METHOD of appendix preparation filed by Appellant Ms. Anna St. John - Separate Appendix - w/service 06/22/2021 [5047513] [21-2292] (AES) [Entered: 06/22/2021 10:51 AM] |
| 07/12/2021 | 1 pg, 102.71 KB | APPEARANCE filed by Kim E. Richman for Appellees Mr. Horacio Torres Bonilla, Lisa Jones and Mr. Kristoffer Yee w/service 07/12/2021 [5053761] [21-2292] (KER) [Entered: 07/12/2021 11:24 AM] |
| 07/12/2021 | 1 pg, 50.57 KB | APPEARANCE filed by Mark W Schmitz for Appellees Mr. Horacio Torres Bonilla, Lisa Jones and Mr. Kristoffer Yee w/service 07/12/2021 [5053808] [21-2292] (MWS) [Entered: 07/12/2021 12:41 PM] |
| 07/12/2021 | 1 pg, 98.1 KB | APPEARANCE filed by Clark A. Binkley for Appellees Mr. Horacio Torres Bonilla, Lisa Jones and Mr. Kristoffer Yee w/service 07/12/2021 [5053952] [21-2292] (CAB) [Entered: 07/12/2021 04:10 PM] |
| 07/13/2021 | 1 pg, 48.86 KB | APPEARANCE filed by Bryce B. Bell for Appellees Mr. Horacio Torres Bonilla, Lisa Jones and Mr. Kristoffer Yee w/service 07/13/2021 [5054448] [21-2292] (BBB) [Entered: 07/13/2021 04:31 PM] |
| 07/21/2021 | | RECORD FILED - HEARING TRANSCRIPT, 1 volumes, Comments: Final Settlement Hearing - District Court document #74 [Copy do not return to the District Court at end of case], Source Location: USDC / WMKC, Dt. of Proceeding/Hearing: 03/11/2021, No. of Pgs.: 29, Court Reporter: Wirt, Kathleen [5057139] [21-2292] (STL) [Entered: 07/21/2021 12:31 PM] |
| 07/30/2021 | 0 pg, 0 KB | APPELLANT brief of Ms. Anna St. John submitted for review. The time for filing the subsequent brief (if any) does not begin to run until the brief has been approved and filed. To open/view this brief, you must first login to CM/ECF and then open the document link in your Notice of Docket Activity. Only direct recipients on accounts can open this document. [5060232] [21-2292] (AES) [Entered: 07/30/2021 09:23 AM] |
| 07/30/2021 | 0 pg, 0 KB | Addendum of APPELLANT submitted for review by Ms. Anna St. John. To open/view this addendum, you must first login to CM/ECF and then open the document link in your Notice of Docket Activity. [5060233] [21-2292] (AES) [Entered: 07/30/2021 09:25 AM] |
| 07/30/2021 | 2 pg, 197.15 KB | Addendum deficiency notice sent to counsel, Attorney Mr. Adam E. Schulman for Appellant Ms. Anna St. John. New electronic copy of addendum due on 08/04/2021. [5060391] [21-2292] (BNW) [Entered: 07/30/2021 11:48 AM] |
| 07/30/2021 | 2 pg, 232.27 KB | Brief deficiency notice sent to counsel, Attorney Mr. Adam E. Schulman for Appellant Ms. Anna St. John. [5060449] [21-2292] (BNW) [Entered: 07/30/2021 12:54 PM] |
| 07/30/2021 | 1 pg, 194.96 KB | APPEARANCE filed by Theodore H. Frank for Appellant Ms. Anna St. John w/service 07/30/2021 [5060465] [21-2292] (THF) [Entered: 07/30/2021 01:20 PM] |
| 07/30/2021 | 0 pg, 0 KB | APPELLANT brief of Ms. Anna St. John submitted for review. The time for filing the subsequent brief (if any) does not begin to run until the brief has been approved and filed. To open/view this brief, you must first login to CM/ECF and then open the document link in your Notice of Docket Activity. Only direct recipients on accounts can open this document. [5060474] [21-2292] (AES) [Entered: 07/30/2021 01:31 PM] |

| Date | Doc | Description |
|---|---|---|
| 07/30/2021 | 0 pg, 0 KB | Addendum of APPELLANT submitted for review by Ms. Anna St. John. To open/view this addendum, you must first login to CM/ECF and then open the document link in your Notice of Docket Activity. [5060475] [21-2292] (AES) [Entered: 07/30/2021 01:33 PM] |
| 07/30/2021 | 71 pg, 544.62 KB | **BRIEF FILED** - APPELLANT BRIEF filed by Ms. Anna St. John w/service 07/30/2021 , Length: 12,969 words. **10 COPIES OF PAPER BRIEFS (WITHOUT THE APPELLATE PDF FOOTER) FROM Anna St. John due 08/04/2021 WITH certificate of service for paper briefs.** **Brief(s) of Horacio Torres Bonilla, Lisa Jones, Monsanto Company and Kristoffer Yee due on 08/30/2021.** [5060526] [21-2292] (BNW) [Entered: 07/30/2021 02:31 PM] |
| 07/30/2021 | 37 pg, 482.1 KB | **ADDENDUM** of APPELLANT FILED by Appellant Ms. Anna St. John, w/service 07/30/2021. [5060527] [21-2292] (BNW) [Entered: 07/30/2021 02:32 PM] |
| 08/04/2021 |  | Paper copies Appellant/Petitioner Brief, [5060526-2] filed by Ms. Anna St. John 10 paper copies received. w/Addendum attached [5062292] [21-2292] (MVP) [Entered: 08/04/2021 02:17 PM] |
| 08/04/2021 |  | RECORD FILED - APLNT/PET APPENDIX, 1 volumes, Comments: 3 copies [5062295] [21-2292] (MVP) [Entered: 08/04/2021 02:20 PM] |
| 08/06/2021 | 0 pg, 0 KB | AMICUS/INTERVENOR brief of The Attorneys General of Montana, Arkansas, Indiana, Louisiana, Mississippi, Nevada, North Dakota, South Carolina, Texas, and Utah submitted for review. The time for filing the subsequent brief (if any) does not begin to run until the brief has been approved and filed. [5063209] [21-2292] (KLS) [Entered: 08/06/2021 03:18 PM] |
| 08/06/2021 | 2 pg, 198.31 KB | Brief deficiency notice sent to counsel, Attorney Ms. Kathleen L. Smithgall for Amici on Behalf of Appellant(s) State of Utah, State of Indiana, State of Montana, State of Louisiana, State of Arkansas, State of Nevada, State of Mississippi, State of Texas, State of North Dakota and State of South Carolina. [5063304] [21-2292] (BNW) [Entered: 08/06/2021 05:11 PM] |
| 08/06/2021 | 0 pg, 0 KB | AMICUS/INTERVENOR brief of The Attorneys General of Montana, Arkansas, Indiana, Louisiana, Mississippi, Nevada, North Dakota, South Carolina, Texas, and Utah submitted for review. The time for filing the subsequent brief (if any) does not begin to run until the brief has been approved and filed. [5063309] [21-2292] (KLS) [Entered: 08/06/2021 05:50 PM] |
| 08/09/2021 | 21 pg, 354.74 KB | **BRIEF FILED** - AMICI BRIEF filed by State of Arkansas, State of Indiana, State of Louisiana, State of Mississippi, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of Texas and State of Utah w/service 08/09/2021. Length: 2,581 words. **10 COPIES OF PAPER BRIEFS WITH GREEN COVERS (WITHOUT THE APPELLATE PDF FOOTER) FROM State of Arkansas, State of Indiana, State of Louisiana, State of Mississippi, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of Texas and State of Utah due 08/16/2021 WITH certificate of service for paper briefs.** [5063389] [21-2292] (BNW) [Entered: 08/09/2021 09:20 AM] |
| 08/09/2021 | 1 pg, 49.96 KB | APPEARANCE filed by Kathleen L. Smithgall for Amici on Behalf of Appellant(s) State of Arkansas, State of Indiana, State of Louisiana, State of Mississippi, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of Texas and State of Utah w/service 08/09/2021 [5063411] [21-2292] (KLS) [Entered: 08/09/2021 10:00 AM] |
| 08/10/2021 |  | Paper copies Amicus Brief, [5063389-2] filed by State of Arkansas, State of Indiana, State of Louisiana, State of Mississippi, State of Montana, State of Nevada, State of North Dakota, State of South Carolina, State of Texas and State of Utah 10 paper copies received. [5064276] [21-2292] (NDG) [Entered: 08/10/2021 04:26 PM] |
| 08/30/2021 | 0 pg, 0 KB | APPELLEE brief of Mr. Horacio Torres Bonilla, Lisa Jones and Mr. Kristoffer Yee submitted for review. The time for filing the subsequent brief (if any) does not begin to run until the brief has been approved and filed. To open/view this brief, you must first login to CM/ECF and then open the document link in your Notice of Docket Activity. Only direct recipients on accounts can open this document. [5071057] [21-2292] (KER) [Entered: 08/30/2021 04:25 PM] |
| 08/30/2021 | 0 pg, 0 KB | APPELLEE brief of Monsanto Company submitted for review. The time for filing the subsequent brief (if any) does not begin to run until the brief has been approved and filed. To open/view this brief, you must first login to CM/ECF and then open the document link in your Notice of Docket Activity. Only direct recipients on accounts can open this document. [5071081] [21-2292] (JJR) [Entered: 08/30/2021 04:51 PM] |
| 08/30/2021 | 1 pg, 196.56 KB | Brief deficiency notice sent to counsel, Attorney Mr. Kim E. Richman for Appellees Lisa Jones, Mr. Horacio Torres Bonilla and Mr. Kristoffer Yee. [5071083] [21-2292] (BNW) [Entered: 08/30/2021 04:54 PM] |
| 08/30/2021 | 0 pg, 0 KB | Addendum of APPELLEE submitted for review by Monsanto Company. To open/view this addendum, you must first login to CM/ECF and then open the document link in your Notice of Docket Activity. [5071084] [21-2292] (JJR) [Entered: 08/30/2021 05:00 PM] |
| 08/31/2021 | 63 pg, 366.77 KB | **BRIEF FILED** - APPELLEE BRIEF filed by Monsanto Company w/service 08/31/2021. Length: 12,629 words. **10 COPIES OF PAPER BRIEFS (WITHOUT THE APPELLATE PDF FOOTER) FROM Monsanto Company due 09/07/2021 WITH certificate of service for paper briefs. Appellant's reply brief** |

| | | |
|---|---|---|
| | | deadline will be set once all appellees' briefs have been filed. [5071435] [21-2292] (BNW) [Entered: 08/31/2021 02:36 PM] |
| 08/31/2021 | 11 pg, 1.07 MB | **ADDENDUM** of APPELLEE FILED by Appellee Monsanto Company w/service 08/31/2021. [5071437] [21-2292] (BNW) [Entered: 08/31/2021 02:37 PM] |
| 09/01/2021 | 0 pg, 0 KB | APPELLEE brief of Mr. Horacio Torres Bonilla, Lisa Jones and Mr. Kristoffer Yee submitted for review. The time for filing the subsequent brief (if any) does not begin to run until the brief has been approved and filed. To open/view this brief, you must first login to CM/ECF and then open the document link in your Notice of Docket Activity. Only direct recipients on accounts can open this document. [5071984] [21-2292] (KER) [Entered: 09/01/2021 12:38 PM] |
| 09/01/2021 | 60 pg, 573.81 KB | **BRIEF FILED** - APPELLEES BRIEF filed by Mr. Horacio Torres Bonilla, Lisa Jones and Mr. Kristoffer Yee w/service 09/01/2021. Length: 12,718 words. **10 COPIES OF PAPER BRIEFS (WITHOUT THE APPELLATE PDF FOOTER) FROM Horacio Torres Bonilla, Lisa Jones and Kristoffer Yee due 09/07/2021 WITH certificate of service for paper briefs. Reply brief of Anna St. John due on 09/22/2021.** [5072012] [21-2292] (BNW) [Entered: 09/01/2021 12:56 PM] |
| 09/03/2021 | | Paper copies Appellee/Respondent brief, [5072012-2] filed by Mr. Horacio Torres Bonilla, Lisa Jones and Mr. Kristoffer Yee 10 paper copies received.<br>[5072897] [21-2292] (CRJ) [Entered: 09/03/2021 11:41 AM] |
| 09/03/2021 | | RECORD FILED - APLEE/RES APPENDIX of Mr. Horacio Torres Bonilla, Lisa Jones and Mr. Kristoffer Yee, 1 volume, Comments: 3 copies<br>[5072901] [21-2292] (CRJ) [Entered: 09/03/2021 11:45 AM] |
| 09/03/2021 | | Paper copies Appellee/Respondent brief, [5071435-2] filed by Monsanto Company 10 paper copies received. w/Addendum attached<br>[5072906] [21-2292] (CRJ) [Entered: 09/03/2021 11:51 AM] |
| 09/03/2021 | | RECORD FILED - APLEE/RES APPENDIX of Monsanto Company, 1 volume, Comments: 3 copies<br>[5072914] [21-2292] (CRJ) [Entered: 09/03/2021 11:58 AM] |