**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:  816-474-6550
Fax:  816-421-5547

John L. Ackley
jackley@shb.com
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone:  713-227-8008
Fax:  713-227-9508

*Attorneys for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Jeffrey M. Anderson*<br>Cause No. 3:19-cv-08084-VC<br>(N.D. Cal)<br><br>*Angelo Bulone*<br>Cause No. 3:20-cv-03719-VC<br>(N.D. Cal)<br><br>*Renilda Castro (Estate of Fernando Castro)*<br>Cause No. 3:19-cv-03887-VC<br>(N.D. Cal)<br><br>*Antony Catania*<br>Cause No. 3:20-cv-03300-VC<br>(N.D. Cal) | |

1

Status Update for Motion to Dismiss for Failure to Submit a PFS

*Livier Chavez & Juan Brown*
Cause No. 3:20-cv-06775-VC
(N.D. Cal)

*Margot M. Henson*
Cause No. 3:20-cv-02125-VC
(N.D. Cal)

*Kevin Porteus*
Cause No. 3:20-cv-03309-VC
(N.D. Cal)

*Martin Denny Reed*
Cause No. 3:19-cv-08088-VC
(N.D. Cal)

*Pearl Grace Reed (Estate of Bobby Reed)*
Cause No. 3:20-cv-02642-VC
(N.D. Cal)

*Michael Seeley (Estate of Gina Seeley)*
Cause No. 3:19-cv-08270-VC
(N.D. Cal)

*Andrew Simmons*
Cause No. 3:20-cv-03311-VC
(N.D. Cal)

*Donna Sutliff (Estate of Timothy Sutliff)*
Cause No. 3:19-cv-02832-VC
(N.D. Cal)

*Robert Tignor*
Cause No. 3:19-cv-02832-VC
(N.D. Cal)

*Ronnie Wynne*
Cause No. 3:19-cv-02832-VC
(N.D. Cal)

*Jeffrey and Lorraine Westfall*
Cause No. 3:21-cv-02909-VC
(N.D. Cal)

**MONSANTO COMPANY'S STATUS UPDATE REGARDING ITS MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET**

As directed by the Court at the September 8, 2021 status conference, Defendant Monsanto Company ("Monsanto") submits the following update regarding Monsanto's Motion to Dismiss certain plaintiffs for failure to submit a Plaintiff Fact Sheet ("PFS") as requited by PTO 50.

On August 6, 2021, Monsanto filed a motion to dismiss plaintiffs for their failure to submit a PFS. Monsanto amended the Motion twice—on August 12, 2021 and August 18, 2021—to withdraw the Motion as to Plaintiffs who subsequently submitted PFSs. Of the fifteen remaining Plaintiffs subject to the Motion, the following seven have not submitted a PFS and have not been in contact with Monsanto's counsel:

- Jeffrey M. Anderson;
- Antony Catania;
- Margot M. Henson;
- Kevin Porteus;
- Martin Denny Reed;
- Michael Seeley (Estate of Gina Seeley); and
- Andrew Simmons.

Thus, Monsanto's Motion to Dismiss related to these seven plaintiffs is ripe for ruling by the Court and Monsanto respectfully requests that these seven Plaintiffs' lawsuits be dismissed with prejudice.

Dated:  September 10, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Anthony R. Martinez*
   Anthony R. Martinez
   Email: amartinez@shb.com
   2555 Grand Blvd.
   Kansas City, MO 64108
   Telephone: 816-474-6550
   Fax:  816-421-5547

By: */s/ John L. Ackley*
   John L. Ackley
   Texas Bar No. 24108036
   E-mail:  jackley@shb.com
   600 Travis, Suite 3400
   Houston, Texas 77002-2926
   Telephone:  713-227-8008
   Fax:  713-227-9508

***Attorneys for Defendant,***
***MONSANTO COMPANY***

**CERTIFICATE OF SERVICE**

      I, John Ackley, hereby certify that on September 10, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                            */s/ John L. Ackley*
                                            John L. Ackley

Status Update for Motion to Dismiss for Failure to Submit a PFS