# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| THIS DOCUMENT RELATES TO | Case No. MDL 3:16-MD-2741-VC |
| Bundy v. Monsanto, Case No. 20-cv-06345-VC / | |

## ROBERT BUNDY'S NOTICE OF RE-HEARING

COMES NOW, Plaintiff, Robert Bundy, by and through his undersigned counsel, and pursuant to the Court's Standing Order, notices a hearing on Plaintiff's Motion for Leave to Amend Complaint to Join Additional Party Defendant, For Remand Due to Lack of Diversity, and Incorporated Memorandum of Law in Support, which is now fully briefed, for October 14, 2021 at 2:00 pm PT. *See* Docs. 13004, 13051, and 13076.

Respectfully submitted,

/s/ Anthony J. Manganiello
Anthony J. Manganiello, III, Esq.
Icard, Merrill, Cullis, Timm,
Furen & Ginsburg, P.A.
2033 Main Street, Suite 600
Sarasota, FL 34237
*(941) 366-8100 - Phone*
*(941) 366-6384 - Fax*
amanganiello@icardmerrill.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on _____, ___, 2021, and was provided via email to Anthony N. Upshaw, Esq. and Melissa R. Alvarez, Esq., McDermott Will & Emery, LLP 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131 (aupshaw@mwe.com) and (malvarez@mwe.com) and Joe G. Hollingsworth, Esq., Hollingsworth LLP, 1350 I Street N.W., Washington, D.C. 20005 (jhollingsworth@hollingsworthllp.com).

**ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A.**
2033 Main Street, Suite 600
Postal Drawer 4195
Sarasota, Florida 34230
*(941) 366-8100 - Phone*
*(941) 366-6384 - Fax*

/s/ Anthony J. Manganiello
ANTHONY J. MANGANIELLO, III, ESQ.
Florida Bar No. 0052307
***Attorneys for Plaintiff, BUNDY***