**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:  816-474-6550
Fax:  816-421-5547

John L. Ackley
jackley@shb.com
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone:  713-227-8008
Fax:  713-227-9508

*Attorneys for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Jeffrey M. Anderson*<br>Cause No. 3:19-cv-08084-VC<br>(N.D. Cal)<br><br>*Angelo Bulone*<br>Cause No. 3:20-cv-03719-VC<br>(N.D. Cal)<br><br>*Renilda Castro (Estate of Fernando Castro)*<br>Cause No. 3:19-cv-03887-VC<br>(N.D. Cal)<br><br>*Antony Catania*<br>Cause No. 3:20-cv-03300-VC<br>(N.D. Cal) | |

1

Updated Status Report for Motion to Dismiss for Failure to Submit a PFS

*Livier Chavez & Juan Brown*
Cause No. 3:20-cv-06775-VC
(N.D. Cal)

*Margot M. Henson*
Cause No. 3:20-cv-02125-VC
(N.D. Cal)

*Kevin Porteus*
Cause No. 3:20-cv-03309-VC
(N.D. Cal)

*Martin Denny Reed*
Cause No. 3:19-cv-08088-VC
(N.D. Cal)

*Pearl Grace Reed (Estate of Bobby Reed)*
Cause No. 3:20-cv-02642-VC
(N.D. Cal)

*Michael Seeley (Estate of Gina Seeley)*
Cause No. 3:19-cv-08270-VC
(N.D. Cal)

*Andrew Simmons*
Cause No. 3:20-cv-03311-VC
(N.D. Cal)

*Donna Sutliff (Estate of Timothy Sutliff)*
Cause No. 3:19-cv-02832-VC
(N.D. Cal)

*Robert Tignor*
Cause No. 3:19-cv-02832-VC
(N.D. Cal)

*Ronnie Wynne*
Cause No. 3:19-cv-02832-VC
(N.D. Cal)

*Jeffrey and Lorraine Westfall*
Cause No. 3:21-cv-02909-VC
(N.D. Cal)

**MONSANTO COMPANY'S UPDATED STATUS REPORT REGARDING ITS MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PFS**

Since Defendant Monsanto Company ("Monsanto") filed its September 10, 2021 status report on its Motion to Dismiss certain plaintiffs for failure to submit a Plaintiff Fact Sheet ("PFS"), Monsanto has received PFSs for Antony Catania, Kevin Porteus, and Andrew Simmons. Therefore, of the fifteen remaining Plaintiffs subject to the Motion, the following four have not submitted a PFS and have not been in contact with Monsanto's counsel:

- Jeffrey M. Anderson;
- Margot M. Henson;
- Martin Denny Reed; and
- Michael Seeley (Estate of Gina Seeley).

Thus, Monsanto's Motion to Dismiss related to these four plaintiffs is ripe for ruling by the Court and Monsanto respectfully requests that these four Plaintiffs' lawsuits be dismissed with prejudice.

Dated: September 10, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Anthony R. Martinez*
    Anthony R. Martinez
    Email: amartinez@shb.com
    2555 Grand Blvd.
    Kansas City, MO 64108
    Telephone: 816-474-6550
    Fax: 816-421-5547

By: */s/ John L. Ackley*
    John L. Ackley
    Texas Bar No. 24108036
    E-mail: jackley@shb.com
    600 Travis, Suite 3400
    Houston, Texas 77002-2926
    Telephone: 713-227-8008
    Fax: 713-227-9508

*Attorneys for Defendant,*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

  I, John Ackley, hereby certify that on September 10, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                */s/ John L. Ackley*
                John L. Ackley