**KLEIN & FRANK, P.C.**
BETH KLEIN, ESQ.  [SBN 181456]
beth@kleinfrank.com
2505 Walnut Street, Suite 100
Boulder, Colorado 80302
Voice: (303) 448-8884
Facsimile: (303) 861-2449

Attorneys for Plaintiffs, MARIE BERNICE DINNER
And BRUCE DINNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL:  2741 |
| This document relates to: | Case Number:  3:16-MD-2741-VC |
| *Marie Bernice Dinner and Bruce Dinner, individually and as husband and wife, v. Monsanto Co.,* *Case No.: 3:20-cv-03360-VC* | **SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1) AND MOTION FOR SUBSTITUTION** |

Counsel for Plaintiffs Marie Bernice Dinner and Bruce Dinner, gives notice and suggests, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Marie Bernice Dinner, a plaintiff in this action.

This Suggestion of Dead and Motion for Substitution was originally filed in the Master Case on August 7, 2020. It is being re-filed in the Master and Member cases.

Plaintiffs request that Bruce Dinner, the surviving husband of Marie Bernice Dinner and the Estate of Marie Bernice Dinner through the duly appointed Personal Representative, Bruce Dinner, be substituted as the Plaintiff in this wrongful death and survival action.

## CERTIFICATE OF CONFERRAL

Undersigned counsel conferred with counsel for the Defendant concerning this substitution, and the Defendant wished to review and respond to the Motion.

1. Marie Bernice Dinner passed away on June 3, 2020 from Non-Hodgkin's Lymphoma. Her Death Certificate is attached as Exhibit A.
2. Bruce Dinner is a proper party to make this suggestion because he is her surviving husband who has the right under Colorado law to pursue a wrongful death action. C.R.C. section 13-21-201.
3. Bruce Dinner is the duly appointed Personal Representative of Marie Bernice Dinner's estate and has the right under Colorado law to pursue a survival action. C.R.S. section 13-20-101.  PR Order Exhibit B.
4. Plaintiffs request that Bruce Dinner and the Estate of Marie Bernice Dinner through the duly appointed Personal Representative, Bruce Dinner be substituted as the Plaintiffs in this matter which is now a wrongful death and a survival action pursuant to F.R.C.P. 25(a)(1).
5. No party will be prejudiced by this amendment, and it serves the needs of justice.

WHEREFORE, for the foregoing reasons, Plaintiffs request that Bruce Dinner, the surviving husband and the Estate of Marie Bernice Dinner through the duly appointed Personal Representative, Bruce Dinner be substituted as the proper plaintiffs in this wrongful death action.

Dated:  September 10, 2021        KLEIN & FRANK, P.C.
*A duly signed original is on file at Klein & Frank, P.C.*

s/ Beth Klein
Beth Klein
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, the foregoing Suggestion of Death Upon Record Under rule 25(a)(1) and Motion for Substitution of Party was served on all parties of record by means of electronic filing via the Electronic Case Filing (ECF) system.

Anthony R. Martinez
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108

Martin Calhoun
Hollingsworth, LLP
1350 I Street NW
Washington, DC 20005

The statement of death must be served on both the other parties and the deceased's nonparty successors or representatives in the same manner required for service of the motion to substitution.

Bruce J. Dinner
8229 E 5th Avenue
Denver, CO  80230

Alec Dinner
1608 Virginia Street
Berkeley, CA 94703

Tara Kaplan
25 Fort Avenue
Boston, MA 02119

KLEIN & FRANK, P.C.
*A duly signed original is on file at*
*Klein & Frank, P.C.*

*s/ Sharon Shibata*
Sharon Shibata
Paralegal