# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

**CERTIFICATE OF DEATH**  STATE FILE NUMBER 1052020019106

| DECEDENT'S LEGAL NAME | DATE OF DEATH |
|---|---|
| MARIE BERNICE DINNER | JUNE 02, 2020 |

| SEX | SOCIAL SECURITY NUMBER | AGE-Last Birthday (Years) | UNDER 1 YEAR (Months/Days) | UNDER 1 DAY (Hours/Minutes) | DATE OF BIRTH (Mo/Day/Yr) | BIRTHPLACE (State or Foreign Country) |
|---|---|---|---|---|---|---|
| FEMALE | | 73 | | | 1947 | ENGLAND |

| IF DEATH OCCURRED IN HOSPITAL | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL |
|---|---|
| | HOSPICE FACILITY |

| Facility Name (if not institution, give street & number) | CITY, TOWN OR LOCATION OF DEATH | COUNTY OF DEATH |
|---|---|---|
| THE DENVER HOSPICE CARE CENTER | DENVER | DENVER |

| RESIDENCE - STREET AND NUMBER | APT. NO. | ZIP CODE | INSIDE CITY LIMITS |
|---|---|---|---|
| 8229 E 5TH AVENUE | | 80230 | YES |

| RESIDENCE STATE | COUNTY | CITY OR TOWN |
|---|---|---|
| COLORADO | DENVER | DENVER |

| DECEDENT'S USUAL OCCUPATION | KIND OF BUSINESS/INDUSTRY | DECEDENT'S EDUCATION |
|---|---|---|
| AUDIOLOGIST | AUDIOLOGY | DOCTORATE OR PROFESSIONAL DEGREE |

| DECEDENT OF HISPANIC ORIGIN | DECEDENT'S RACE |
|---|---|
| NO | White |

| EVER IN US ARMED FORCES | MARITAL STATUS AT TIME OF DEATH | SPOUSE/PARTNER NAME |
|---|---|---|
| NO | MARRIED | BRUCE DINNER |

| FATHER'S NAME | MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| PHILIP MEYERS | SARAH REICH |

| INFORMANT'S NAME | INFORMANT'S RELATIONSHIP TO DECEASED |
|---|---|
| BRUCE DINNER | SPOUSE |

| NAME OF FUNERAL HOME | CITY AND STATE OF FUNERAL HOME | WAS CORONER NOTIFIED |
|---|---|---|
| FELDMAN MORTUARY, INC. | DENVER COLORADO | YES |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY, COUNTY, STATE |
|---|---|---|
| BURIAL - CEMETERY | ROSE HILL CEMETERY | COMMERCE CITY ADAMS COLORADO |

| INJURY AT WORK | IF TRANSPORTATION RELATED, SPECIFY | DATE OF INJURY | TIME OF INJURY |
|---|---|---|---|
| | | | |

PLACE OF INJURY

LOCATION OF INJURY (Street & Number, Apt. No., City or Town, County, State, ZipCode)

DESCRIBE HOW INJURY OCCURRED

| WAS DECEDENT UNDER HOSPICE CARE | ACTUAL OR PRESUMED TIME OF DEATH | DATE PRONOUNCED DEAD | TIME PRONOUNCED DEAD |
|---|---|---|---|
| YES | 16:09 MIL | JUNE 02, 2020 | 16:31 MIL |

| MANNER OF DEATH | WAS AN AUTOPSY PERFORMED | WERE AUTOPSY FINDINGS CONSIDERED IN DETERMINING THE CAUSE OF DEATH? |
|---|---|---|
| NATURAL | NO | |

## CAUSE OF DEATH

**PART I** — IMMEDIATE CAUSE (Final disease or condition resulting in death):

| | | Approximate interval: Onset to death |
|---|---|---|
| a | ACUTE RESPIRATORY FAILURE | DAYS |
| b | CYTOMEGALOVIRUS PNEUMONIA | DAYS |
| c | METASTATIC T CELL LYMPHOMA | DIAGNOSIS DAYS AGO |
| d | CHRONIC LYMPHOCYTIC LEUKEMIA | YEARS |

**PART II.** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I:
RECURRENT PNEUMONIA, PULMONARY EMBOLISM, HYPOTHYROIDISM

| TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF PHYSICIAN | DATE SIGNED |
|---|---|
| CHRISTOPHER JUDE UNREIN DO 8299 E LOWRY BOULEVARD DENVER CO 80200 | JUNE 03, 2020 |

| TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF CORONER | DATE SIGNED |
|---|---|
| | |

DATE FILED BY REGISTRAR: JUNE 04, 2020

DATE ISSUED: **JUNE 08, 2020**

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

A. ALEX QUINTANA
STATE REGISTRAR

REV 01/19




*009774968*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE