**KLEIN & FRANK, P.C.**
BETH KLEIN, ESQ.  [SBN 181456]
beth@kleinfrank.com
2505 Walnut Street, Suite 100
Boulder, Colorado 80302
Voice: (303) 448-8884
Facsimile: (303) 861-2449

Attorneys for Plaintiffs, MARIE BERNICE DINNER
And BRUCE DINNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL: 2741 |
| | Case Number: 3:16-MD-2741-VC |
| This document relates to: | **MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT** |
| *Marie Bernice Dinner and Bruce Dinner, individually and as husband and wife, v. Monsanto Co.,* *Case No.: 3:20-cv-03360-VC* | |

PLAINTIFFS, Marie Bernice Dinner and Bruce Dinner, through their attorney, Beth Klein of Klein & Frank, P.C., files Plaintiffs' Motion for Leave of Court to Amend Complaint. As grounds for this Motion, Plaintiffs state as follows:

CERTIFICATE OF CONFERRAL

Undersigned counsel conferred with counsel for the Defendant concerning this motion, and the parties cannot reach an agreement.  The motion was originally filed in the Master Docket on September 9, 2020, but it was not filed in the Member Case.  Plaintiffs are refiling this Motion in the Master Docket and the Member Case.  The Motion remains un-opposed.

Motion for Leave of Court to Amend Complaint - 3:20-CV-03360-VC Page **1** of **3**

1. Plaintiffs filed their Complaint on April 22, 2020 in the U.S. District Court for the District of Colorado.

2. A Conditional Transfer Order was entered by the U.S. District Court of Colorado on May 4, 2020 transferring this case to the U.S. District Court for the Northern District of California pursuant to 28 U.S.C. § 1407.  *See* 214 F. Supp. 3d 1346 9J.P.M.L. 2016).

3. Marie Bernice Dinner passed away on June 2, 2020 from Non-Hodgkin's Lymphoma.  Her Death Certificate is attached as Exhibit A.

4. A Suggestion of Death Upon the Record Under Rule 25(a)(1) and Motion for Substitution was filed on August 8, 2020.  The Motion was not opposed.

5. As a result of Marie Bernice Dinner's death, claims for wrongful death and survival action must now be asserted in her pending Civil Complaint against Defendant.

6. Plaintiffs' Amended Complaint asserting claims for wrongful death and survival is attached as Exhibit B.

7. No party will be prejudiced by this amendment, nor will it delay the case, and it serves the needs of justice.

WHEREFORE, Plaintiffs respectfully request that this Court enter the proposed order permitting Plaintiffs to file an amended complaint to include acclaim for wrongful death and survival action.  Plaintiff further requests that the Amended Complaint be deemed filed as of the granting of this motion.

Dated:  September 10, 2021                KLEIN & FRANK, P.C.
                                          *A duly signed original is on file at*
                                          *Klein & Frank, P.C.*

                                          s/ Beth Klein
                                          Beth Klein
                                          Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10 day of September, 2021, the foregoing Motion for Leave of Court to Amend Complaint was served on all parties of record by means of electronic filing via the Electronic Case Filing (ECF) system.

Anthony R. Martinez
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108

Martin Calhoun
Hollingsworth, LLP
1350 I Street NW
Washington, DC 20005

KLEIN & FRANK, P.C.
*A duly signed original is on file at Klein & Frank, P.C.*

*s/ Sharon Shibata*
Sharon Shibata
Paralegal