UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ──────────────────────────── ) This document relates to: ) ) *Marie Bernice Dinner and Bruce Dinner, Individually and as husband and wife, v. Monsanto Co.,* ) *Case No.: 3:20-cv-03360-* ) ) ) ) ) ──────────────────────────── ) | MDL: 2741  Case Number: 3:16-MD-2741-VC  **ORDER RE: MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT** |

      This action is before the Court on the Plaintiffs Motion for Leave of Court to Amend Complaint

      Having review the same, and being fully advised on the premises, the Court hereby GRANTS Plaintiffs' Motion for Leave of Court to Amend Complaint.

      The Court further orders the Amended Complaint be deemed filed as of the date of this Order.

      Done this _____ day of _____, 2021.

                                                                       By the Court

                                                                   _____
                                                                   United States District Court