Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

*Attorney for Plaintiffs,*
MICHAL PIZL, ET AL.

John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Michal Pizl, et al.*<br>Cause No.   3:20-cv-00191<br>(N.D. Cal) | |

1

Stipulated Dismissal, MDL No. 2741

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Pretrial Order No. 155, Plaintiffs and Defendant Monsanto Company hereby stipulate to the voluntary dismissal WITHOUT prejudice of Sherin McClure from Case No. 3:20-cv-00191—leaving the lead plaintiff as the sole plaintiff in this action. Sherin McClure has filed a short form complaint (Case No.: 3:21-cv-06688). Pursuant to Pretrial Order No. 155, footnote 2, Plaintiffs reserve the right to consolidate their claims for trial.

Dated: September 8, 2021 Respectfully submitted,

/s/ Curtis G. Hoke

Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

*Attorneys for Plaintiffs*

SHOOK, HARDY & BACON L.L.P.

By: */s/ John L. Ackley*
John L. Ackley
Texas Bar No. 24108036
E-mail: jackley@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508

*Attorney for Defendant,*
*MONSANTO COMPANY*