Matthew G. Gunn
Rossman Law Group, PLLC
350 N. 9th Street, Suite 500
Boise, Idaho 83702
Telephone: 208-331-2030
Fax: 208-947-2424
mgunn@rossmanlaw.com

*Attorney for Plaintiffs,*
HOLT, ALVIN, ET AL

John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Holt, Alvin, et al.*,<br>Cause No. 3:21-cv-05795<br>(N.D. Cal) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Pretrial Order No. 155, Plaintiffs and Defendant Monsanto Company hereby stipulate to the voluntary dismissal WITHOUT prejudice of the following plaintiffs—all plaintiffs other than the lead plaintiff—from Case No. 3:21-cv-05795:

- Ben Kos
- Paula Sinclair

Each and every plaintiff listed above has filed a short form complaint pursuant to Pretrial Order No. 155. It is each plaintiff's intent to continue to pursue his or her claims against Monsanto Company in the newly filed case.

Dated: September 13, 2021            Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ John L. Ackley*
John L. Ackley
Texas Bar No. 24108036
E-mail: jackley@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508

*Attorney for Defendant,*
*MONSANTO COMPANY*

ROSSMAN LAW GROUP, PLLC

By: */s/ Matthew G. Gunn*
Matthew G. Gunn
E-mail: mgunn@rossmanlaw.com
350 N. 9th Street, Suite 500
Boise, Idaho 83702
Telephone: 208-331-2030
Fax: 208-947-2424

*Attorney for Plaintiffs,*
**HOLT, ALVIN, ET AL**

## CERTIFICATE OF SERVICE

    I, John Ackley, hereby certify that on September 13, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                              */s/ John L. Ackley*
                                              John L. Ackley