IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> PRODUCTS LITIGATION ) <br> _____ ) <br> ) <br> This document relates to: ) <br> ) <br> ) <br> ) <br> Brenda Reiser v Monsanto Co. ) <br> _____ ) | MDL: 2741 <br><br> Case No. 3:21-cv-05220-VC <br><br> **PLAINTIFF'S NOTICE OF MOTION AND CONSENT MOTION TO AMEND** |

To: Jennise Walker Stubbs, Esq.; Anthony Martinez, Esq.; Martin Calhoun, Esq.; and Ron Wray, Esq., attorneys for the Defendant:

You will please take notice that, at a date and time to be arranged with the Court and counsel involved, the Plaintiff, Brenda Reiser, will move for an Order allowing her to amend her Amended Complaint in this matter. This Motion is made pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure (FRCP). The purpose of the Motion is to substitute the Monsanto Company for the Bayer Corporation as the Defendant in this action. This Motion also seeks to dismiss Bayer Corporation as a Defendant. A copy of the proposed Second Amended Complaint is attached as Exhibit 1 to this Motion. Counsel for the Defendant has reviewed this Motion and the proposed Second Amended Complaint and consents to the requested relief.

The Plaintiff, Brenda Reiser, would respectfully show as follows:

1. On May 3, 2021, the Plaintiff filed her Complaint against Bayer AG alleging certain injuries and damages related to her use of the herbicide Roundup.

2. Thereafter, on May 18, 2021, the Plaintiff amended her Complaint to name Bayer Corporation as the Defendant.

3. On June 23, 2021, the Defendant filed its Notice of Removal and Answer to the Complaint.

4. On June 24, 2021, this case was transferred to the MDL In Re: Roundup Products Liability Litigation (MDL 2741).

5. Thereafter, in discussions with counsel, it was learned that the correct Defendant in this matter is the Monsanto Company.

Now, therefor, and with the consent of the Defendant, the Plaintiff requests leave of the Court to allow her amend her Complaint a second time to substitute the Monsanto Company as the proper Defendant and to dismiss the Bayer Corporation as a party in this action.

Blincow Griffin Law Firm

s/John Blincow, Jr.
John Blincow, Jr.
126 Meeting St.
Charleston, S.C. 29401
843-872-6449
jblincow@blincowgriffin.com

*Attorneys for the Plaintiff*

Date: September 13, 2021