1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:   (713) 227-9508
4  Email:       jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                       UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
9  |  | Case No. 3:16-md-02741-VC |

10 | This document relates to: | |
   |---|---|
11 | | |
   | *Charles Ferrington, et al. v. Monsanto Co.,* | |
12 | Case No. 3:21-cv-06113-VC | |

13
              **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**
14
        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company
15
   ("Monsanto") makes the following disclosures:
16
        1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
17
        2.   Bayer AG is a publicly held corporation.
18

19 DATED: September 14, 2021.            Respectfully submitted,

20                                       SHOOK, HARDY & BACON L.L.P.

21                                       BY: */s/ Jennise W. Stubbs*
22                                            Jennise W. Stubbs
                                              600 Travis Street, Suite 3400
23                                            Houston, TX 77002-2926
                                              Telephone:   (713) 227-8008
24                                            Facsimile:   (713) 227-9508
                                              Email:       jstubbs@shb.com
25
26                                       *Attorneys for Defendant*
                                         *MONSANTO COMPANY*
27

28

# CERTIFICATE OF SERVICE

I certify that on the 14th day of September, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs