Paul R. Kiesel (CA SBN 119854)
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel: 310-854-4444
Fax: 310-854-0812
kiesel@kiesel.law

Alexander G. Dwyer
Andrew F. Kirkendall
Erin M. Wood
**KIRKENDALL DWYER LLP**
4343 Sigma Rd, Suite 200
Dallas, TX  75244
Tel: 214-271-4027
Fax: 214-253-0629
ad@kirkendalldwyer.com
ak@kirkendalldwyer.com
ewood@kirkendalldwyer.com

Karen Barth Menzies (CA SBN 180234)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA  94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com

Fletcher V. Trammell
Melissa Binstock Ephron
**TRAMMELL, PC**
3262 Westheimer Rd., Ste. 423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
melissa@trammellpc.com

*Attorneys for Plaintiff Donald Miller*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Miller, et al. v. Monsanto, et al.,*<br>Case No. 3:21-cv-04219-VC | **DECLARATION OF FLETCHER V. TRAMMELL IN SUPPORT OF PLAINTIFF DONALD MILLER'S NOTICE OF MOTION TO REINSTATE PREFERENTIAL TRIAL SETTING**<br><br>Hearing date: October 21, 2021<br>Time: 2:00 p.m. |

I, Fletcher V. Trammell, hereby declare as follows:

1. I am over the age of 18, and I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements made in this Declaration.

2. I am an attorney admitted to practice law in the state of Texas and have *pro hac vice* privileges in this case pursuant to Pretrial Order 1, Dkt. No. 2. I am the owner of Trammell, P.C. and am the attorney of record for Plaintiff Donald Miller. I make this Declaration in support of Plaintiff's Motion to Reinstate Preferential Trial Setting.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Plaintiff Donald Miller Complaint.

4. Attached hereto as Exhibit 2 is a true and correct copy of Order on Petition to Coordinate.

5. Attached hereto as Exhibit 3 is a true and correct copy of Donald Miller's Motion for Trial Preference.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Order Granting Plaintiff Donald Miller's Motion for Trial Preference.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Dr. Spencer Bachow, MD.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Plaintiff Donald Miller.

9. Attached hereto as Exhibit 7 is a true and correct copy of relevant portions of Plaintiff Donald Miller's medical records.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of September, 2021 in Houston, Texas.

Respectfully submitted,

_____
Fletcher V. Trammell