# EXHIBIT 2


22811494

Karen Barth Menzies (CA SBN 180234)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA  94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com

Alexander G. Dwyer (admitted *pro hac vice*)
Andrew F. Kirkendall (admitted *pro hac vice*)
Erin M. Wood (admitted *pro hac vice*)
KIRKENDALL DWYER LLP
4343 Sigma Rd, Suite 200
Dallas, TX  75244
Tel: 214-271-4027
Fax: 214-253-0629
ad@kirkendalldwyer.com
ak@kirkendalldwyer.com
ewood@kirkendalldwyer.com

Fletcher V. Trammell, Esq. (admitted *pro hac vice*)
Melissa Binstock Ephron, Esq. (admitted *pro hac vice*)
TRAMMELL, PC
3262 Westheimer Rd., Ste. 423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
melissa@trammellpc.com

*Attorneys for JCCP Petitioners*

**FILED**
ALAMEDA COUNTY

FEB 0 5 2021

CLERK OF THE SUPERIOR COURT
By_____ Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| COORDINATION PROCEEDING<br>SPECIAL TITLE (Rule 3.544)<br><br>ROUNDUP PRODUCTS CASES<br><br>This document relates to:<br><br>*Arthur Villescas v. Monsanto Company, a corporation; Wilbur-Ellis Company, LLC, a limited liability company; Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis Feed, LLC), a limited liability company; and DOES 1 through 100 inclusive,* San Francisco County Superior Court, Case No. CGC20587156 | **JCCP NO. 4953**<br><br>Judge: Hon. Winifred Smith<br>Dept. 21<br><br>**[PROPOSED] ORDER ON PETITION TO COORDINATE ADD-ON CASES**<br><br>**[HEARING NOT REQUESTED]** |

1

*Carolyn Love v. Monsanto Company, a corporation; Wilbur-Ellis Company, LLC, a limited liability company; Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis Feed, LLC), a limited liability company; Hemet True Value, Inc. (d/b/a Hemet True Value Hardware); and DOES 1 through 100 inclusive,* San Francisco County Superior Court, Case No. CGC20587526

*Donald Miller v. Monsanto Company, a corporation; Wilbur-Ellis Company, LLC, a limited liability company; Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis Feed, LLC), a limited liability company; Van's Ace Hardware; and DOES 1 through 100 inclusive,* San Francisco County Superior Court, Case No. CGC-20-587445

*Sharon Denham v. Monsanto Company, a corporation; Holt Lumber Inc.; Wilbur-Ellis Company, LLC, a limited liability company; Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis Feed, LLC), a limited liability company; and DOES 1 through 100 inclusive,* San Francisco County Superior Court, Case No. CGC-20-586214

Good cause appearing that the coordination of these cases is appropriate under the standards specified in Code of Civil Procedure section 404.1, IT IS HEREBY ORDERED:

The moving parties have permission to submit a petition for coordination to the coordination trial judge under Code of Civil Procedure section 404.4. The petition for coordination of the below actions in the *Roundup Product Cases* Coordinated proceeding 4953 is GRANTED.

1. *Arthur Villescas v. Monsanto Company, a corporation; Wilbur-Ellis Company, LLC, a limited liability company; Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis Feed, LLC), a limited liability company; and DOES 1 through 100 inclusive,* San Francisco County Superior Court, Case No. CGC20587156.

2. *Carolyn Love v. Monsanto Company, a corporation; Wilbur-Ellis Company, LLC, a limited liability company; Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis Feed, LLC), a limited liability company; Hemet True Value, Inc. (d/b/a Hemet True Value Hardware); and DOES 1 through 100 inclusive,* San Francisco County Superior Court, Case No. CGC20587526.

3. *Donald Miller v. Monsanto Company, a corporation; Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis Feed, LLC), a limited liability company; Van's Ace Hardware; and DOES 1 through 100 inclusive,* San Francisco County Superior Court, Case No. CGC-20-587445.

2

[PROPOSED] ORDER ON PETITION TO COORDINATE ADD-ON CASES

4.  *Sharon Denham v. Monsanto Company, a corporation; Holt Lumber Inc.; Wilbur-Ellis Company, LLC, a limited liability company; Wilbur-Ellis Nutrition, LLC (formerly Wilbur-Ellis Feed, LLC), a limited liability company; and DOES 1 through 100 inclusive,* San Francisco County Superior Court, Case No. CGC-20-586214.

The Court of Appeal, First District Court of Appeal, San Francisco, California is designated the reviewing court having appellate jurisdiction and the court in which any petition for a writ relating to any subsequent order in this proceeding shall be filed.

Counsel for Plaintiffs shall serve a copy of this order on all interested parties.

DATED: *February 5*, 2020

_____
Honorable Winifred Smith
Coordination Judge

3

[PROPOSED] ORDER ON PETITION TO COORDINATE ADD-ON CASES

Superior Court of California, County of Alameda
Department 21, Administration Building

Case Number: JCCP004953
Case Name: ROUNDUP PRODUCT CASES

RE: ON PETITON TO COORDINATE ADD-ON CASES- VILLESCAS, LOVE,
MILLER, AND DENHAM

## DECLARATION OF ELECTRONIC SERVICE

I certify that I am not a party to these cases and that a true and correct copy of the
foregoing document was served electronically pursuant to Case Management Order No.
2, entered in these coordinated proceedings on March 23, 2018, via the CASE
ANYWHERE system. Execution of this certificate occurred at 1221 Oak Street, Oakland,
California.

Executed on February 5, 2021

Executive Officer/Clerk of the Superior Court

By *Christopher Wright*
Deputy Clerk