# EXHIBIT 5

Karen Barth Menzies (CA SBN 180234)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com

Fletcher V. Trammell, Esq.
Melissa Binstock Ephron, Esq.
TRAMMELL, PC
3262 Westheimer Rd., Ste. 423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
melissa@trammellpc.com

Alexander G. Dwyer
Andrew F. Kirkendall
Erin M. Wood
KIRKENDALL DWYER LLP
4343 Sigma Rd, Suite 200
Dallas, TX 75244
Tel: 214-271-4027
Fax: 214-253-0629
ad@kirkendalldwyer.com
ak@kirkendalldwyer.com
ewood@kirkendalldwyer.com

*Attorneys for Plaintiff*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF ALAMEDA**

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (Rule 3.550)<br><br>**ROUNDUP PRODUCTS CASES**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Donald Miller v. Monsanto Company, et al.*<br>Case No CGC-20-585601<br>(San Francisco County) | JCCP NO. 4953<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE WINIFRED SMITH DEPARTMENT 21<br><br>**DECLARATION OF SPENCER H. BACHOW, M.D. IN SUPPORT OF PLAINTIFF DONALD MILLER'S MOTION FOR TRIAL PREFERENCE**<br><br>*[Filed concurrently with the Motion; Proposed Order; Declaration of Fletcher V. Trammell; Declaration of Donald Miller; and Exhibits]* |

1
DECLARATION OF SPENCER BACHOW, M.D.

I, Spencer H. Bachow, M.D. hereby declare as follows:

1. I am a physician, licensed in the state of Florida to practice medicine.

2. I am over the age of 18 and a resident of the state of Florida.

3. I am board-certified in hematology and medical oncology and have been retained by Donald Miller to consult on his case and prognosis.

4. I have an extensive background in both B- and T-cell lymphomas including clinical management, research, and teaching.

5. I have a complex understanding of Mr. Miller's care, treatment, condition and prognosis based on my review of her medical records.

6. Mr. Miller is an 80 year-old man with history of diffuse large B-cell lymphoma transformed from a follicular lymphoma. He also has a significant medical history of type 2 diabetes mellitus, gastroesophageal reflux disease, hyperlipidemia, peripheral neuropathy, and essential hypertension. He presented in October 2017 with left lower quadrant pain, falls, presyncope, and atrial fibrillation. He was found to have bilateral renal masses with some resulting hydronephrosis and retroperitoneal lymphadenopathy. In November 2017 a biopsy of a left axillary lymph node was performed that showed follicular lymphoma with flow cytometry showing intermediate to large-sized cells. An excisional biopsy performed also in November 2017 of the cervical lymph

node showed diffuse large B-cell lymphoma comprising approximately 20% of the specimen and 80% of the specimen encompassing grade -3a follicular lymphoma.  Imaging demonstrated lymphadenopathy above and below the diaphragm including kidney and skeletal involvement.  He was felt to have stage IV disease and was classified as having a double expressor diffuse large B-cell lymphoma because C-MYC and BCL-2 were positive by immunohistochemistry.

7.  He started therapy with R-CHOP at first and was ultimately transitioned to dose adjusted R-EPOCH with intrathecal methotrexate.  His treatment course was complicated by pancytopenia requiring packed red blood cell and platelet transfusions in addition to granulocyte colony-stimulating factor injections for neutropenia, GI bleeding/esophagitis, *C. difficile* colitis, sepsis secondary to a *Klebsiella pneumoniae* bloodstream infection, and stroke/TIA.  Furthermore, the patient now also has chronic pain and weakness that requires the use of a wheelchair and needs assistance with both his activities of daily living and instrumental activities of daily living.  He also suffers from cancer-related cognitive impairment also known as "chemobrain".

8.  Although we have made great progress in the treatment of both indolent and aggressive B-cell non-Hodgkin lymphomas, the prognosis remains poor for older, unfit, and high-risk patients.  The fact that this patient is 80 years-old, has a history of transformed and double expressor diffuse large B-cell lymphoma, has been treated with chemoimmunotherapy, has a history of atrial fibrillation, presyncope, peripheral neuropathy, frequent falls, GI bleeding/esophagitis, *C. difficile* colitis, sepsis secondary to *Klebsiella pneumonia* bloodstream infection, myelosuppression requiring transfusional and growth factor support, and cancer-related cognitive impairment, he is at high risk for morbidity and mortality.

9. Specifically, the prognosis is much poorer for diffuse large B-cell lymphoma that is transformed from an indolent lymphoma. Additionally, the prognosis is also much worse because the patient has a double expressor phenotype whereby C–MYC and BCL–2 are positive by immunohistochemistry. Furthermore, the patient's age-adjusted international prognostic index is at a minimum "high intermediate risk" which corresponds to a 5-year overall survival of 37%. Given that this is also a double expressor lymphoma and a transformed lymphoma, the probability of being alive over the next 5 years is likely less than 37% in reality.

10. Given that this patient is 80 years-old, has a history of transformed and double expressor diffuse large B-cell lymphoma, has been treated with chemoimmunotherapy, has a history of atrial fibrillation, presyncope, peripheral neuropathy, frequent falls, GI bleeding/esophagitis, *C. difficile* colitis, sepsis secondary to *Klebsiella pneumonia* bloodstream infection, myelosuppression requiring transfusional and growth factor support, and cancer-related cognitive impairment, I believe this specific case should go to trial soon as possible.

11. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and if called as a witness I would competently testify thereto.

    Executed this 7th day of February 2021 in Boca Raton, Florida.

SPENCER H. BACHOW, M.D.