# EXHIBIT 7

* Auth (Verified) *

**ADVENTIST HEALTH**
**LODI MEMORIAL HOSPITAL**
Department of Laboratory Medicine
Elvira Milano M.D.
Ph: (209) 339-7585
Fax: (209) 339-7666

# ANATOMIC PATHOLOGY REPORT

Diagnostic Pathology
Medical Group, Inc.
3301 C Street
Suite 200E
Sacramento CA 95816

Patient: **MILLER, DONALD RAY** Age: 77 Pathology #: **LH-17-05718**

FIN Acct#: Sex: MALE MRN#:

Doctor: RICHARD BRANDON RANKIN III M.D. (209-339-7639)
975 S. FAIRMONT AVE
LODI, CA 95240

Date Obtained: 11/02/2017
Date Received: 11/02/2017

CC: FAHAD AFTAB M.D.
CC: SUNNY PHILIP M.D.

**CLINICAL DATA:** R/O CA

**SPECIMEN:** LEFT AXILLARY LYMPH NODE

## DIAGNOSIS:

**LEFT AXILLARY LYMPH NODE, NEEDLE CORE BIOPSY: FOLLICULAR LYMPHOMA (SEE NOTE).**

**NOTE**: Overall, the morphologic and immunophenotypic findings including concurrent flow cytometry study (NeoGenomics performed and interpreted, FLG17-32121) are consistent with follicular lymphoma. The findings in this limited needle core biopsy shows features of WHO grade 1-2 follicular lymphoma. If there is clinical suspicion for a higher grader lymphoma, additional sampling maybe warranted in light of the NeoGenomics interpreted flow cytometry results. This case was reviewed by Dr. Zarir E. Karanjawala who concurs with the diagnostic interpretation. Findings were discussed with Dr. Philip by Dr. Milano on 11/6/2017.

**SYNOPTIC REPORT NON-HODGKIN LYMPHOMA/LYMPHOID NEOPLASMS: BIOPSY, RESECTION**

**1. SPECIMEN**
Lymph node(s)
**2. PROCEDURE**
Biopsy
**3. TUMOR SITE**
Lymph node(s): left axilla
**4. HISTOLOGIC TYPE**
**- Mature B-Cell Neoplasms**
Follicular lymphoma
**5. IMMUNOPHENOTYPING**
Performed, see separate report: NeoGenomics, FLG-17-32121

**GROSS DESCRIPTION:** KA:rs

Placed in formalin at an unspecified time in a container labeled with the patient's name and "left axilla" are two gray-tan cores of fibrofatty tissue. The cores measuring 2.4 and 0.9 cm in length with an average diameter of 0.1 cm. The specimen is filtered and entirely submitted between sponges in one cassette.

DOCUMENT NAME: ED Physician Notes
RESULT DATE/TIME: 11/24/2017 06:24 PST
RESULT STATUS: Auth (Verified)
PERFORM INFORMATION: Skratt,MD,John Joseph (11/24/2017 06:37 PST)
SIGN INFORMATION: Skratt,MD,John Joseph (11/24/2017 18:38 PST); Skratt,MD, John Joseph (11/24/2017 18:38 PST)

**SOB - Shortness of breath**

Patient: **MILLER, DONALD RAY** **MRN:** [redacted] **FIN:** [redacted]
Age: **77 years** Sex: **Male** DOB: [redacted]
Associated Diagnoses: **Dyspnea; Atrial fibrillation with RVR; Lactic acidosis; Bilateral pleural effusion; Intractable back pain; Drug-induced pancytopenia; Neutropenia**
Author: **Skratt, MD, John Joseph**

**Basic Information**

**MSEI MD/NP/PA Time Patient Seen face to face:**
Date and time 11/24/2017 05:49:52

.

**History source:** Patient, EMS.
**Arrival mode:** Ambulance.
**History limitation:** None.
**Additional information:** Chief Complaint from Nursing Triage Note : Reason for visit history
11/24/2017 05:16 PST BIBA for SOB. Awake, laying in bed feeling dyspnea at home. Stage 4 lymphoma with recent hospitalization. .

**History of Present Illness**

The patient presents with difficulty breathing. The onset was 1 weeks ago and gradual. The course/duration of symptoms is constant and fluctuating in intensity. Degree at onset mild. Degree at present moderate. The Exacerbating factors is exertion. The Relieving factors is none. Risk factors consist of diabetes mellitus, hypertension, non-compliance, Did not get medications filled for anticoagulation and atrial fibrillation control., not coronary artery disease, not congestive heart failure, not deep vein thrombosis, not chronic obstructive pulmonary disease, not pneumonia, not asthma, not smoking and not smoke exposure. Prior episodes: occasional, Previously associated with atrial fibrillation., not congestive heart failure, not asthma, pulmonary embolism negative and not pneumonia. Therapy today: none. Associated symptoms: back pain, denies chest pain, denies fever, denies chills, denies cough, denies nausea, denies vomiting, denies abdominal pain, denies weight gain and denies hemoptysis.

77 year old male presents to the ED complaining of SOB. Wife at bedside states the SOB has been intermittent for the last week. Patient is also complaining of back pain and constipation. Patient was last seen in the ED for a fall on 10/31/17, at which point he was admitted to the hospital. Patient denies nausea, vomiting, urinary symptoms, fever, abdominal pain, chest pain, cough, congestion and dizziness.

Patient has a history of lymphoma with renal mass, paroxysmal a-fib with recent negative cardiac stress test, low sodium, diabetes type 2, chronic kidney disease, chronic constipation, HTN, high cholesterol, chronic pain, acid reflux, pneumonia and sciatica. Patients A-fib is normally rate controlled with amlodipine and metoprolol. He is also supposed to be taking Eliquis. Wife states the only medications the patient is currently taking are Percocet and Tresiba. Last Percocet 0200 this morning. Surgical history of porta cath, knee replacement. Patient occasionally drinks alcohol and is a former cigarette smoker.

Cardiologist: Dr. Laviola
Oncologist: Dr. Phillip.

**Review of Systems**

**Constitutional symptoms:** Weakness, no fever, no chills, no sweats.
**Skin symptoms:** no rash.
**Eye symptoms:** Vision unchanged.
**ENMT symptoms:** no sore throat, no nasal congestion.
**Respiratory symptoms:** Shortness of breath, no cough, no hemoptysis, no sputum production.
**Cardiovascular symptoms:** no chest pain, no palpitations, no syncope, no diaphoresis.
**Gastrointestinal symptoms:** Constipation, no abdominal pain, no nausea, no vomiting, no diarrhea.
**Genitourinary symptoms:** no dysuria, no hematuria.
**Musculoskeletal symptoms:** Back pain, no Muscle pain.
**Neurologic symptoms:** no headache, no dizziness.
**Psychiatric symptoms:** no anxiety, no depression, no substance abuse.
**Endocrine symptoms:** no polyuria, no polydipsia, no hyperglycemia.

SEP/27/2019/FRI 10:34 AM FAX No.

**MILLER, DONALD RAY** **SURGICAL PATHOLOGY REPORT** **J17-5233**

**EXTRADEPARTMENTAL CONSULT** **Date Ordered:**11/14/2017 **Date Complete:**

**Page: 002**

**STANFORD HEMATOPATHOLOGY CONSULTANTS**
STANFORD UNIVERSITY MEDICAL CENTER
300 PASTEUR DRIVE, ROOM H-2110, STANFORD, CALIFORNIA 94305
TEL #: (650) 723-7211 FAX #: (650) 725-7409
Susan Atwater, MD, PhD, Dita Gratzinger, MD, PhD, Jason Kurzer, MD,
Yasodha Natkunam, MD, PhD, Robert Ohgami, MD, PhD, Brent Tan, MD, PhD, Roger Warnke, MD

********** **THIS IS AN AMENDED REPORT** **********

Patient: **MILLER, DONALD** Pathology No: **SHS-17-53145**

Med. Rec. No.: [redacted]
Sex: M Age: 77
Date of Birth: 3/21/1940
Account No.:

Date of Procedure:
Date Received: 11/16/2017 12:43:00PM

Physician(s):
DAVID F. JENSEN
ST. JOSEPH'S MEDICAL CENTER
1800 N. CALIFORNIA ST, ATTN: PATHOLOGY
STOCKTON CA 95204

**SPECIMEN SUBMITTED:**
J17-5233, 2 SLIDES/2 BLOCKS

IDX #
This immunologic test was developed and its performance characteristics determined by Stanford University ... Laboratory. Unless indicated otherwise, it has not been cleared or approved by the U.S. FDA, although such approval is not required ... results of this test. All controls show appropriate ...

***AMENDMENT REPORT***

***This report is issued to describe the results of FISH analysis for BCL2, BCL6 and MYC gene rearrangement and to further refine the diagnosis.***

**DIAGNOSIS:**
**LYMPH NODE, LEFT CERVICAL REGION, EXCISION/BIOPSY (J17-5233; 11/12/2017)**
- **DIFFUSE LARGE B CELL LYMPHOMA, NOT OTHERWISE SPECIFIED (20%)**
**FOLLICULAR LYMPHOMA, GRADE 1-3A, FOLLICULA (80%)**

**LYMPH NODE, LEFT CERVICAL REGION, EXCISION/BIOPSY (J17**
**CYTOGENETIC INTERPRETATION:**
**FISH NEGATIVE FOR BCL2 GENE REARRANGEMENT**
**FISH NEGATIVE FOR BCL6 GENE REARRANGEMENT**
- **FISH NEGATIVE FOR MYC GENE REARRANGEMENT**

**PEERANI/FERNANDEZ-POL/TAN/MANNING/NATKUNAM**
**BDLC; BFL3A**

**AMENDMENT COMMENT:**

Image #8

David F. Jensen, M.D. Mark H. Nishiki, M.D. Stephen G. Connolly, M.D. J avit, M.D. Lily N. Pang, M.D.
MILLER, DONALD RAY Page 2 of 8
000003

**STOCKTON HEMATOLOGY ONCOLOGY MEDICAL GROUP, INC.**

2626 N. CALIFORNIA STREET, SUITE B, STOCKTON, CA 95204
PHONE (209) 466-2626 FAX (209) 466-2199

801 S. HAM LANE, SUITE S, LODI, CA 95242
PHONE (209) 366-2616 FAX (209) 333-3884

4600 S. TRACY BLVD, SUITE 108, TRACY, CA 95377
PHONE (209) 839-5115 FAX (209) 833-7262

PRASAD R. DIGHE, M.D. — AMINDER S. MEHDI, M.D.
AJITHKUMAR PUTHILLATH, M.D. — NEELESH S. BANGALORE, M.D., PhD
JOHN F. KIRALY III, M.D. — CHUNHUI FANG, M.D.
SUNNY K. PHILIP, M.D. — KATHERINE A. REDMOND-LARIMER, F.N.P.
KELLY SHANNON, F.N.P. — KATHI GARDNER, NP-C

**Patient:** DONALD MILLER
**MRN:** [redacted]
**DOB:** [redacted]

**Date:**01/11/2018

**Location:** Lodi
**Attending Physician:** Sunny Philip

**DIAGNOSIS :**
stage IV L expressor diffuse large B-cell lymphoma

**TREATMENT HISTORY:**
Cycle 1 RCHOP 11/15/17
Cycle 2 RCHOP 12/14/17

**BRIEF HISTORY :**
DONALD MILLER is a 77 year old male with a PMH of diabetes and hypertension who comes in for evaluation of newly diagnosed lymphoma. The beginning of October, patient was reporting worsening abdominal pain, constipation, and poor appetite. He was evaluated in Lodi Memorial Hospital ER was found to have bilateral renal pelvic masses with extensive abdominal adenopathy. He was planned for uteroscopy with biopsy with urology for suspected renal cell carcinoma. PET/CT was performed on 11/1/17 which revealed extensive axial and appendicular skeletal metastasis involving the skull base and metastasis to the left cervical and retroperitoneal lymph nodes. Bilaterally inguinal lymph nodes noted with mild increased uptake. There is no definitive SUV abnormal uptake in the kidneys bilaterally although, it was made that some activity may be masked by normal excretion of the radiotracer to the kidneys. Of note he has SUV uptake as high as 15.33 in the cervical and submandibular nodes while abdominal lymph nodes had SUVs ranging from 2.5-5.

Patient was admitted to Lodi Memorial Hospital on 11/1/17 for symptoms of dizziness and confusion. He reports having about 25 pound weight loss in the last month. MRI of the brain did not show any obvious CNS involvement. He underwent a core biopsy of left axillary lymph node on 11/2/17 which came back as WHO grade 1-2 follicular lymphoma. Ki-67 was 30-40%. Patient was evaluated for possible atrial fibrillation. However cardiology review of

EKG suspects the patient had sinus rhythm with multiple PACs. Echocardiogram and stress test was within normal limits. Patient was discharged on Norco for pain control. bone marrow biopsy was attempted on 11/10/17 but was unable to acquire sample

Patient was admitted on 11/11/17 to St. Joseph Hospital for pain control and expedited workup for his lymphoma. Given concern that patient actually had transformation to diffuse large B-cell lymphoma, excisional biopsy of a cervical lymph node was performed which confirmed diffuse large B-cell lymphoma. Patient had positive BCL-2 and CMYC expression. Fish was negative for rearrangement. port was placed and first cycle of R CHOP was given in the hospital on 11/15/17. During that hospitalization, patient was complaining of double vision. There is potential concern for CNS involvement. Lumbar puncture was performed. Cytology was negative for any malignant cells. Intrathecal methotrexate was also given at that time.

Patient has had multiple complications since initiating on chemotherapy. He's been admitted multiple times for fatigue, pancytopenia, neutropenic fever, atrial fibrillation with RVR. Cycle 2 of R CHOP was delayed by one week due to low counts and recent hospital admission. After cycle 2 patient was also admitted for neutropenic fever where he is found to have Escherichia coli bacteremia. He was treated with a course of ceftriaxone for 2 weeks. He had severe deconditioning and malnutrition. He had anasarca development due to low albumin. He also was noted to have GI bleed, EGD performed in Dameron hospital revealed duodenal ulcer. Intrathecal methotrexate was given with each cycle.

Patient now presents for cycle 3 of R CHOP. Chemotherapy has been delayed for one week. he received intrathecal methotrexate on 1/8/18. Patient is currently at a skilled nursing facility for rehabilitation. He is significantly deconditioned and has trouble with chest transferring from chair. However, patient has had made some recent improvements in oral intake and physical rehabilitation. Rehabilitation center is potentially considering discharging patient today. patient is noted to have a stage I-2 decubitus ulcer on his buttock. Last bloodwork was performed on 1/1/18. Patient noted to have thrombocytopenia to 46.

**Allergies:**
No known medication allergies

**Medications:**
Neulasta (Pegfilgrastim Subcutaneous) 6 mg/0.6 mL syringe, w/ wearable injector 6 mg via continuous sub-Q infusn (use wearable injectr) once. , Percocet (Oxycodone-Acetaminophen Oral 5 mg-325 mg) 5-325 mg tablet 1 tab orally every 8 hours as needed for pain. , Prednisone Oral 20 mg tablet 5 tablet orally every day. Take 5 (five) tablets by mouth once daily on days 1-5 of each 21 day cycle. Total daily dose is 100 mg. , Prochlorperazine Oral 10 mg capsule 1 capsule orally every 6 hours as needed for nausea. , Zofran (Ondansetron Oral) 8 mg tablet 1 tablet orally every 8 hours. , Amlodipine-Atorvastatin Oral 10 mg-10 mg 1 tablet PO QD, Fluticasone Nasal Spray 50 mcg/ actuation TWO SPRAYS IN EACH NOSTRIL DAILY, Lansoprazole Oral 30 mg capsule,delayed release(DR/EC) 1 capsule,delayed release(DR/EC) PO QD PRN FOR GERD, Lisinopril Oral 40 mg tablet 1 tablet PO QD, Metoprolol Oral 24 hr Tab (Succinate) 100 mg tablet extended release 24 hr 1 tablet extended release 24 hr PO QD, Naproxen Oral 500 mg tablet 1 tablet PO BID, Percocet (Oxycodone-Acetaminophen Oral 5 mg-325 mg) 1-2 tablet PO Q6H PRN, Polyethylene Glycol Oral 17 gram powder in packet 1 powder in packet PO QD PRN CONSTIPATION , ProAir HFA (Albuterol HFA Inhaler 90 mcg/actuation) 2 PUFFS, DEEP BREATH, Q6H PRN FOR WEEZING, Tresiba FlexTouch U-100 (Insulin Degludec Subcutaneous Pen 100 unit/mL) 20 UNITS, BENEATH THE SKIN, DAILY, Zolpidem Oral ER Tab 12.5 mg tablet,ext release multiphase 1 tablet,ext release multiphase PO QPM PRN

Blood pressure: 120/73, Pulse: 98, Temperature: , Respirations: 16, O2 sat: , Pain Scale: 7, Height: 71 in, Weight: 202 lb, BSA: 2.12, BMI: 28.17 kg/m2

**Physical Exam**

**General:** Elderly gentlemen appears stated age, sitting in wheelchair in mild distress

**HEENT:** Head-normocephalic/atraumatic. Eyes-EOMI. Sclerae are nonicteric. Nose-mucous membranes are moist.

## Document info

| | |
|---|---|
| Result type: | Discharge Summary |
| Result date: | Jun 24, 2019, 01:35 p.m. |
| Result status: | authenticated |
| Performed by: | Roham Vatanparast |
| Verified by: | Roham Vatanparast |
| Modified by: | Roham Vatanparast |

# Discharge Note

| **Patient:** | **DONALD MILLER** | **DOB:** | **Mar 21, 1940** |
|---|---|---|---|

Patient: **MILLER, DONALD RAY** MRN: [redacted] FIN [redacted]
Age: **79 years** Sex: **MALE** DOB: [redacted]

**Admission Information**

**Admit Date:** 06/21/19 18:31
**Reason for Admission:** _

**Physicians Involved With Care**

| | |
|---|---|
| **Admitting:** | Lew, MD, Eva |
| **Attending:** | Lew, MD, Eva |
| **Consulting:** | Yao, MD, Weiping |
| **Consulting:** | Gao, MD, Xing |
| **Primary Care:** | Hall, MD, Craig W |

**Final Diagnosis**

1. Acute CVA (cerebrovascular accident) (Cerebral infarction, unspecified, I63.9), CVA (cerebrovascular accident) (Cerebral infarction, unspecified, I63.9)
2. Paroxysmal atrial fibrillation (Paroxysmal atrial fibrillation, I48.0)
3. DNR no code (do not resuscitate) (Do not resuscitate, Z66)
4. Benign essential HTN (Essential (primary) hypertension, I10)
5. History of non-Hodgkin's lymphoma (Personal history of non-Hodgkin lymphomas, Z85.72)
6. Mixed hyperlipidemia (Mixed hyperlipidemia, E78.2)
7. Tobacco user (Tobacco use, Z72.0)
8. Body mass index 30+ - obesity (Body mass index (BMI) 30.0-30.9, adult, Z68.30)
9. DM (diabetes mellitus), type 2 (Type 2 diabetes mellitus without complications, E11.9)

Potential stroke (Potential stroke, 8B456E64-05E3-42FA-9521-A0EA1B19CB4D)

**Hospital Course**

79-year-old man with history of stage IV B-cell lymphoma status post chemotherapy and currently in remission, hypertension, paroxysmal atrial fibrillation, type 2 diabetes mellitus uncontrolled,

hyperlipidemia, obesity, DJD, depression, BPH, was watching TV with his wife at approximately 4:30 to 5 PM according to his wife. She noticed that he was staring into space mother were watching television and noted that he had trouble speaking with slurred speech and left facial droop. Patient says he's able to find words but had trouble forming the words. His wife then drove the patient to the ED. ED physician reports that Asians slurred speech was slightly better upon arrival but after spending 10 minutes for base head CT, patient was noted to have worsening slurred speech and patient was given TPA after consultation with neurology Dr. Yao. Patient was also given 81 mg of aspirin. Earlier in the day, patient was outside hosing off the cement around his poor as well as "trimming trees". Patient ambulates with a walker 100-200 feet. Otherwise he is using a wheelchair.

Patient denies being on Plavix, anticoagulation, history of CVA/TIA, hemoptysis, hematemesis, bright red blood per rectum, hematuria, chest pain, abdominal pain, palpitations, upper lower extremity weakness, history of MI. Patient has a history of stage IV B-cell lymphoma reportedly currently in remission. Chemotherapy side effects include pancytopenia, GI bleed, left pleural effusion, delirium, Escherichia coli bacteremia. Patient was also found to have a renal mass that turned out to be lymphoma. Patient also had a left upper lobe cavitary lesion as part of his lymphoma. Patient also had a left pleural effusion that resolved. [1]

Pt was admitted to the ICU. ICU transfer summary:
Patient is a 79 y/o patient who came in with stroke s/p TPA. He has a hx of with history of stage IV B-cell lymphoma status post chemotherapy, hypertension, paroxysmal atrial fibrillation, type 2 diabetes mellitus hyperlipidemia, obesity, DJD, depression, BPH. Patient had slurred speech and left facial droop at first, but post TPA he has no residuals. ECHO today. Repeat CT negative, pt going for MRI today. He can be transferred to floor after. No wounds on pt.

MRI showed small cortical infarct, likely the partial resolution of the embolus. Recommendations from neurologist is for continuation of ASA, statin and BP control. Pt presented initially with paroxysmal A Fib. Now in NSR. No further episodes noted. Pt will need cardio f/u and if pt does truely have A Fib then he needs to be on anticoagulation. Also if pt has any evidence. Pt was cleared by neurologist for DC today

**Lab Results**

**Labs All 24H**

| Lab | Results | Normalcy | Date |
|---|---|---|---|
| GFR - Non African American | >60 mL/min/1.73m2 | NORMAL | 06/24/19 06:09 |
| GFR - African American | >60 mL/min/1.73m2 | NORMAL | 06/24/19 06:09 |
| Auto Neutrophil Percent | 62.3 % | NORMAL | 06/24/19 06:09 |
| Auto Neutrophil Absolute | 5.2 K/uL | NORMAL | 06/24/19 06:09 |
| Auto Lymphocyte Percent | 22.3 % | NORMAL | 06/24/19 06:09 |
| Auto Lymphocyte Absolute | 1.9 K/uL | NORMAL | 06/24/19 06:09 |
| Auto Monocyte Percent | **13.8 %** | **HIGH** | 06/24/19 06:09 |
| Auto Monocyte Absolute | **1.2 K/uL** | **HIGH** | 06/24/19 06:09 |
| Auto Basophil Percent | 0.4 % | NORMAL | 06/24/19 06:09 |
| Auto Basophil Absolute | 0.0 K/uL | NORMAL | 06/24/19 06:09 |
| Auto Eosinophil Percent | 1.2 % | NORMAL | 06/24/19 06:09 |
| Auto Eosinophil Absolute | 0.1 K/uL | NORMAL | 06/24/19 06:09 |
| WBC | 8.4 K/uL | NORMAL | 06/24/19 06:09 |
| RBC | 4.65 M/uL | NORMAL | 06/24/19 06:09 |
| HGB | 14.8 gm/dL | NORMAL | 06/24/19 06:09 |
| HCT | 43.1 % | NORMAL | 06/24/19 06:09 |
| MCV | 92.7 fL | NORMAL | 06/24/19 06:09 |
| MCH | 31.8 pg | NORMAL | 06/24/19 06:09 |
| MCHC | 34.4 gm/dL | NORMAL | 06/24/19 06:09 |
| RDW | **16.5 %** | **HIGH** | 06/24/19 06:09 |
| PLT | **142 K/uL** | **LOW** | 06/24/19 06:09 |
| MPV | 9.8 fL | NORMAL | 06/24/19 06:09 |
| Sodium Level | 137 mmol/L | NORMAL | 06/24/19 06:09 |
| Potassium Level | 4.5 mmol/L | NORMAL | 06/24/19 06:09 |
| Chloride Level | 106 mmol/L | NORMAL | 06/24/19 06:09 |
| CO2/Carbon Dioxide | 23 mmol/L | NORMAL | 06/24/19 06:09 |
| Glucose, Random | **143 mg/dL** | **HIGH** | 06/24/19 06:09 |
| POCT - Glucose (Capillary) | **267 mg/dL** | **HIGH** | 06/24/19 11:00 |
| BUN | **23 mg/dL** | **HIGH** | 06/24/19 06:09 |

Creatinine 0.92 mg/dL NORMAL 06/24/19 06:09
BUN/Creat Ratio **25.0** **HIGH** 06/24/19 06:09
Calcium Level 8.9 mg/dL NORMAL 06/24/19 06:09
Magnesium Level 1.8 mg/dL NORMAL 06/24/19 06:09
Phosphorus Level 3.5 mg/dL NORMAL 06/24/19 06:09

**Physical Exam**

Vitals and Measurements
**T:** 36.5 C **HR:** 94 **RR:** 18 **BP:** 115/73 **SpO2:** 98% **O2 Delivery:** Room air
**HT:** 180.34 cm **WT:** 101.7 kg **BMI:** 32.19 kg/m2
**General Appearance**: No acute distress.
**HEENT**: NCAT. Normal oropharynx. Neck supple without lymphadenopathy.
**Cardiac**: Normal sinus rhythm. No murmurs.
**Lungs**: Clear to auscultation.
**Abdomen**: Soft, non-distended, non-tender.
**Neurological**: Grossly intact motor and sensory examination.
**Skin**: No rash present.
**Psychiatric**: Alert and interactive with normal affect.

**Discharge Plan**

Patient Discharge Condition
Stable

Discharge Disposition/Location
**Discharge Date:** 06/24/19 13:33
**Discharge Location:** Home with Family

Discharge Details
**Follow-Up Plans:** F/U with PMD and cardiologist in 2 weeks
**Discharge Activity:** Activity As Tolerated
**Discharge Diet:** Consistent Carbohydrate Diet

Discharge Medications (10)
aspirin 81 mg oral enteric coated tablet 162 mg, ORAL, DAILY (Ordered 10/15/18)
atorvastatin 40 mg oral tablet 40 mg = 1 Tab, ORAL, DAILY (Ordered 04/24/19)
Flonase 50mcg/inh nasal spray 1 Spray, NASAL, BID (Ordered 03/14/19)
FREESTYLE LITE TEST STRIPS See Instructions (Ordered 04/25/19)
loratadine 10 mg oral tablet, disintegrating 10 mg = 1 Tab, ORAL, DAILY (Ordered 03/14/19)
Metoprolol Succinate ER 100 mg oral tablet, extended release 1 Tab, ORAL, DAILY (Ordered 06/17/19)
NovoLOG FlexPen 100 units/mL injectable solution 4-10 units, SUBQ, TID AC (Ordered 03/29/19)
tamsulosin 0.4 mg oral capsule 0.4 mg, ORAL, DAILY (Ordered 03/14/19)
Test strips/lancets - Insurance preferred brand See Instructions (Ordered 08/06/18)
Tresiba FlexTouch 200 units/mL subcutaneous solution See Instructions (Ordered 04/25/19)

**Patient Education**
What Is Ischemic Stroke?
Symptoms of Stroke
Risk Factors for Stroke
Stroke, Discharge Instructions
Living with Atrial Fibrillation: Preventing Stroke
Effects of a Stroke on the Brain and Body
Discharge Instructions for Stroke (Quality) (75) (Custom)
Controlling Your Cholesterol
CVA, Completed
ATRIAL FIBRILLATION

## Document info

| | |
|---|---|
| Result type: | Family Medicine Office/Clinic Note |
| Result date: | Dec 16, 2020, 09:44 a.m. |
| Result status: | authenticated |
| Performed by: | Craig Hall |
| Verified by: | Craig Hall |
| Modified by: | Craig Hall |

# Family Medicine Office Visit Note

| Patient: | DONALD MILLER | DOB: | Mar 21, 1940 |
|---|---|---|---|

Patient: **MILLER, DONALD RAY** MRN: [redacted] FIN: [redacted]
Age: **80 years** Sex: **MALE** DOB: **03/21/1940**

**Care Team**
**Attending Provider** - Hall, MD, Craig W
**Primary Care Provider** - Hall, MD, Craig W

| Role/Relationship | Contact |
|---|---|
| Primary Care Physician | Hall, MD, Craig W |

**Chief Complaint**
2 week f/u

**History of Present Illness**
**Telephone Visit Only:**
I confirmed with the patient (and/or representative; such as parent) that they have chosen to receive care through the use of virtual visit. Explained that telephone virtual visits enable health care providers at different locations to provide effective and convenient care through the use of technology. As with any health care service, I discussed with the patient that there are risks associated with the use of virtual visits, including equipment failure, poor audio connection, and information security issues. I explained that through a telephone visit, a physical examination cannot be done and if necessary, they may need to go to a clinic to complete the assessment.

I verified patient identity with two identifiers including full name and date of birth, and that the patient is an established patient in my practice.

The risks, benefits and alternatives of a telephone virtual visit were explained to the patient, questions were answered, and consent was obtained to use a telephone virtual visit for medical care for this encounter.

I conducted this encounter from the clinic via secure, live, telephone

**Allergies**
No Known Medication Allergies

**Problem List**
Active Problems
- Acid reflux
- Allergic rhinitis
- Anxiety states
- Benign essential HTN
- Body mass index 30+ - obesity
- BPH associated with nocturia
- Degenerative arthritis
- History of non-Hodgkin's lymphoma
- Initial Medicare annual wellness visit
- Mixed hyperlipidemia
- Non-Hodgkins lymphoma
- Permanent atrial fibrillation
- Poorly controlled type 2 diabetes mellitus with neuropathy
- Recent cerebrovascular accident
- Right knee pain
- Tobacco user

Inactive Problems
- No qualifying data

**Procedure/Surgical History**

Patient Reported
Biopsy (2017),

conference with the patient. MILLER, DONALD RAY was located at home.

**Time Spent: 10_** minutes.

Recheck multiple medical conditions including non-Hodgkin's lymphoma postchemotherapy, atrial fibrillation anticoagulated with factor X A inhibitor, uncontrolled insulin-dependent type 2 diabetes, essential hypertension and hyperlipidemia. Chronic right knee pain. Worsening allergic rhinitis symptoms of runny nose despite Flonase and Claritin. Ongoing right knee pain affecting ambulation; he tends to use either a walker or a wheelchair for most mobility yet still drives. Cares for his own ADLs without difficulty. Admits blood glucose levels are poorly controlled yet "like(s) to have sugars in the 140s" and ate some cookies for breakfast when he woke with a fasting glucose of 118 this morning. He reports that he is having significant and rapid dental issues including teeth falling out; his dentist apparently has blamed it on his chemotherapy. He's never had bone density testing. He admits recent in clinic blood pressure measurements have been somewhat elevated but is not checking blood pressure readings at home as he believes his home monitor is malfunctioning.

**Review of Systems**

**Constitutional**: Negative except as noted in HPI.
**EENT**: Negative except as noted in HPI.
**Respiratory:** Negative except as noted in HPI.
**Cardiovascular:** Negative except as noted in HPI.
**Lymphatic:** Negative except as noted in HPI.
**Gastrointestinal:** Negative except as noted in HPI.
**Genitourinary:** Negative except as noted in HPI.
**Musculoskeletal:** Negative except as noted in HPI.
**Skin:** Negative except as noted in HPI.
**Neurologic:** Negative except as noted in HPI.
**Psychiatric:** Negative except as noted in HPI.

**Physical Exam**

Vitals and Measurements

**HT:** 71 in **WT:** 262 lb **BMI:** 36.54 kg/m2

Alert and cooperative
Somewhat limited insight and judgment

**Scales and Assessments**

**Has advance directive:** Unable to determine (12/16/2020 09:00 PST)
**Pain Assessment Yes or No - AMB:** No (12/16/2020 09:00 PST)
**PHQ4-Score:** 0 - None (12/16/2020 09:00 PST)
**Depression screening negative quest:** Negative (12/16/2020 09:00 PST)
**Preferred Lab AMB:** AH Hospital Laboratory (12/16/2020 09:00 PST)

**Assessment/Plan**

1. Permanent atrial fibrillation (Chronic atrial fibrillation, I48.2)
Continue formal anticoagulation and beta blockers; medications reviewed in detail.

Ordered:
azelastine-fluticasone nasal, 1 Spray, NASAL, BID, One spray each nostril twice a day as needed for allergy symptoms, # 23 gm, 6 Refill(s), Acute, Pharmacy: YOUNGS PAYLESS PHARMACY, 180.34, cm, 12/02/20 9:06:00 PST, Height/Length (cm), 118.84, kg, 12/02/20 9:06:00 PST, Dose calcul...
A1C Hemoglobin NOT HPLC
CBC w Differential
Comprehensive Metabolic Panel CMP

Cataract extraction and insertion of intraocular lens (2016),
Colonoscopy (2010),
Left Knee replacement (2007).

**Medications**

apixaban 5 mg oral tablet, 5 mg, 1 Tab, ORAL, BID, 1 refills
aspirin 81 mg oral enteric coated tablet, 162 mg, ORAL, DAILY
atorvastatin 40 mg oral tablet, 1 Tab, ORAL, DAILY, 3 refills
Dymista 137 mcg-50 mcg/inh nasal spray, 1 Spray, NASAL, BID, 6 refills
FREESTYLE LITE TEST STRIPS, See Instructions, 10 refills
loratadine 10 mg oral tablet, 1 Tab, ORAL, DAILY, 2 refills
Metoprolol Succinate ER 100 mg oral tablet, extended release, See Instructions
NovoLOG FlexPen 100 units/mL injectable solution, 15 to 20 units, SUBQ, TID AC, 5 refills
Test strips/lancets - Insurance preferred brand, See Instructions, 3 refills
Tresiba FlexTouch 200 units/mL subcutaneous solution, See Instructions, 3 refills
UF Pen Needles 5mm 31, See Instructions, 8 refills

**Social History**

Abuse/Intent to Harm

Are you thinking of harming or killing yourself?: No
Are you thinking of harming or killing anyone else?: No

*Alcohol Screen

How often do you have a drink containing alcohol? Monthly or less (1). How many standard drinks containing alcohol do you have on a typical day? Never (0). How often do you have six or more drinks on one occasion? Never (0). Ready to change: N/A.

*Substance Abuse Screen

Do you have concerns about substance abuse for yourself or in your household? No. Current or past use? Never.

*Tobacco Use Screen

Is there a smoker in the household? Yes. Do you have concerns about tobacco use in

Lipid Panel
Microalbumin Urine Random

2. Benign essential HTN (Essential (primary) hypertension, I10)
  I encouraged him to obtain a new home monitor and begin checking and
  recording 3 or 4 times a week.
Ordered:
azelastine-fluticasone nasal, 1 Spray, NASAL, BID, One spray each nostril
twice a day as needed for allergy symptoms, # 23 gm, 6 Refill(s), Acute,
Pharmacy: YOUNGS PAYLESS PHARMACY, 180.34, cm, 12/02/20 9:06:00
PST, Height/Length (cm), 118.84, kg, 12/02/20 9:06:00 PST, Dose calcul...
A1C Hemoglobin NOT HPLC
CBC w Differential
Comprehensive Metabolic Panel CMP
Lipid Panel
Microalbumin Urine Random

3. Non-Hodgkins lymphoma (Non-Hodgkin lymphoma, unspecified,
unspecified site, C85.90)
  Remains in remission. I will attempt to obtain a DEXA once the current
  COVID-19 pandemic stabilizes.
Ordered:
azelastine-fluticasone nasal, 1 Spray, NASAL, BID, One spray each nostril
twice a day as needed for allergy symptoms, # 23 gm, 6 Refill(s), Acute,
Pharmacy: YOUNGS PAYLESS PHARMACY, 180.34, cm, 12/02/20 9:06:00
PST, Height/Length (cm), 118.84, kg, 12/02/20 9:06:00 PST, Dose calcul...
A1C Hemoglobin NOT HPLC
CBC w Differential
Comprehensive Metabolic Panel CMP
Dexa Scan
Lipid Panel
Microalbumin Urine Random

4. Poorly controlled type 2 diabetes mellitus with neuropathy (Type 2
diabetes mellitus with diabetic neuropathy, unspecified, E11.40)
  We reviewed a point-of-care glycohemoglobin from November of 10.4%; I
  emphasized the importance of tighter control, elimination processed
  sweets and starches. I will update a complete panel including a urine spot
  microalbumin prior to his next endocrinology visit.
Ordered:
azelastine-fluticasone nasal, 1 Spray, NASAL, BID, One spray each nostril
twice a day as needed for allergy symptoms, # 23 gm, 6 Refill(s), Acute,
Pharmacy: YOUNGS PAYLESS PHARMACY, 180.34, cm, 12/02/20 9:06:00
PST, Height/Length (cm), 118.84, kg, 12/02/20 9:06:00 PST, Dose calcul...
A1C Hemoglobin NOT HPLC
CBC w Differential
Comprehensive Metabolic Panel CMP
Dexa Scan
Lipid Panel
Microalbumin Urine Random

5. Mixed hyperlipidemia (Mixed hyperlipidemia, E78.2)
  Update labs. Continue Lipitor.
Ordered:
azelastine-fluticasone nasal, 1 Spray, NASAL, BID, One spray each nostril
twice a day as needed for allergy symptoms, # 23 gm, 6 Refill(s), Acute,
Pharmacy: YOUNGS PAYLESS PHARMACY, 180.34, cm, 12/02/20 9:06:00
PST, Height/Length (cm), 118.84, kg, 12/02/20 9:06:00 PST, Dose calcul...
A1C Hemoglobin NOT HPLC

household? No. Over the past
30 days, what and how much
have you smoked? Former
smoker, quit more than 30 days
ago. Over the past 30 days,
what has been your smokeless
tobacco use? Never. Are you
ready to quit? No. Previous
treatment: None.

**Family History**
Cancer: Father.
Diabetes mellitus: Sister.

CBC w Differential
Comprehensive Metabolic Panel CMP
Dexa Scan
Lipid Panel
Microalbumin Urine Random

6. Right knee pain (Pain in right knee, M25.561)
Mobility issues reviewed. Consider surgical options sometime next year.
Ordered:
azelastine-fluticasone nasal, 1 Spray, NASAL, BID, One spray each nostril twice a day as needed for allergy symptoms, # 23 gm, 6 Refill(s), Acute, Pharmacy: YOUNGS PAYLESS PHARMACY, 180.34, cm, 12/02/20 9:06:00 PST, Height/Length (cm), 118.84, kg, 12/02/20 9:06:00 PST, Dose calcul...
A1C Hemoglobin NOT HPLC
CBC w Differential
Comprehensive Metabolic Panel CMP
Lipid Panel
Microalbumin Urine Random

7. Allergic rhinitis (Other allergic rhinitis, J30.89)
Trial of Dymista nasal spray one spray in each nostril twice a day as needed. Report efficacy. Follow-up as needed.
Ordered:
azelastine-fluticasone nasal, 1 Spray, NASAL, BID, One spray each nostril twice a day as needed for allergy symptoms, # 23 gm, 6 Refill(s), Acute, Pharmacy: YOUNGS PAYLESS PHARMACY, 180.34, cm, 12/02/20 9:06:00 PST, Height/Length (cm), 118.84, kg, 12/02/20 9:06:00 PST, Dose calcul...
A1C Hemoglobin NOT HPLC
CBC w Differential
Comprehensive Metabolic Panel CMP
Lipid Panel
Microalbumin Urine Random

Orders:
Radiology Reference Task

**Patient Education**
Atrial Fibrillation

## Document info

| | |
|---|---|
| Result type: | Endocrinology Office/Clinic Note |
| Result date: | Jan 08, 2021, 09:22 a.m. |
| Result status: | authenticated |
| Performed by: | Frank Huang |
| Verified by: | Frank Huang |
| Modified by: | Frank Huang |

# Office Visit Note

**Patient:** **DONALD MILLER** **DOB:** **Mar 21, 1940**

Patient: **MILLER, DONALD RAY** MRN: [redacted] FIN: [redacted]
Age: **80 years** Sex: **MALE** DOB: **03/21/1940**

**Referring Physician**
Hall, MD, Craig W

**Chief Complaint**
Pt here for follow up on dm. Checks blood sugar 3-4x a day. Pcp Dr. Hall

**History of Present Illness**
80 year old here for follow up of uncontrolled type 2 dm.
History of hyperetnsion - little high, hyperlipidemia, strokes, lymph oma (stable)
We last saw patient in November.
InsulinsTresiba 20 every morning Novolog with meals up 10 untis
Questions on Novolog insuolin - large meal twice a a day otherwise "whole day" Biggest meal diner 10 units
Checkls 3-4x a day.
Asking about med to slow down food
No n/v, obstruction
Gained weight.
Wheelchair bound.
no steoids

**Physical Exam**

Vitals and Measurements
**T:** 96.9 F **HR:** 77 **BP:** 147/90
**HT:** 71 in **WT:** 262 lb **BMI:** 36.54 kg/m2
Wheelchair bouind
Alert and oriented, not in distress
Thyroid not enlarged.
Heart soiunds are regular.
Lungs are clear, no rales

**Allergies**
No Known Medication Allergies

**Problem List**
Active Problems
- Acid reflux
- Allergic rhinitis
- Anxiety states
- Benign essential HTN
- BPH associated with nocturia
- Degenerative arthritis
- History of non-Hodgkin's lymphoma
- Initial Medicare annual wellness visit
- Mixed hyperlipidemia
- Non-Hodgkins lymphoma
- Permanent atrial fibrillation
- Poorly controlled type 2 diabetes mellitus with neuropathy
- Recent cerebrovascular accident
- Right knee pain
- Tobacco user

Inactive Problems
- No qualifying data

Abdomen proutbereant
Ext no edma.
Mentation and affect normal.

**Scales and Assessments**

**Has advance directive:** Unable to determine (01/08/2021 08:36 PST)
**Preferred Lab AMB:** AH Hospital Laboratory (01/08/2021 08:36 PST)

**Assessment/Plan**

1. Uncontrolled type 2 diabetes mellitus with diabetic neuropathy (Type 2 diabetes mellitus with diabetic neuropathy, unspecified, E11.40)
Follow up labs slight increase.
Ordered:
Return to Clinic Order - AMB, = Physician Visit, 2-3 months, As Scheduled

2. Insulin long-term use (Long term (current) use of insulin, Z79.4)
Discussed in detail use of insulin.
Ordered:
Return to Clinic Order - AMB, = Physician Visit, 2-3 months, As Scheduled

3. Hyperlipidemia (Hyperlipidemia, unspecified, E78.5)
Continue statin.
Lower LDL goa.
Ordered:
Return to Clinic Order - AMB, = Physician Visit, 2-3 months, As Scheduled

4. Benign essential HTN (Essential (primary) hypertension, I10)
BP elevated.
Ordered:
Return to Clinic Order - AMB, = Physician Visit, 2-3 months, As Scheduled

5. Non-Hodgkin lymphoma (Non-Hodgkin lymphoma, unspecified, unspecified site, C85.90)
stable.
Ordered:
Return to Clinic Order - AMB, = Physician Visit, 2-3 months, As Scheduled

6. BMI 36.0-36.9,adult (Body mass index [BMI] 36.0-36.9, adult, Z68.36)
He would like to lose weight
decrease caloric intake.
He hopes the addition of semaglutide might help.
Ordered:
Return to Clinic Order - AMB, = Physician Visit, 2-3 months, As Scheduled

7. Obesity (Obesity, unspecified, E66.9)
Ordered:
Return to Clinic Order - AMB, = Physician Visit, 2-3 months, As Scheduled

8. Osteoporosis (Age-related osteoporosis without current pathological fracture, M81.0)
Reviewed records after patient left office. He had a DEXA scan recently. Although reported as osteopenic, the right femoral neck T score was -2.5. 10 year major is fracture of left hip was 4.2%.
Besides maintaining good calcium and vitamin D, consider treating osteoporosis.

Uncontrolled type 2 diabetes mellitus with hyperglycemia (Type 2 diabetes mellitus with hyperglycemia, E11.65) (Provisional)
Ordered:

**Procedure/Surgical History**

Patient Reported
Biopsy (2017),
Cataract extraction and insertion of intraocular lens (2016),
Colonoscopy (2010),
Left Knee replacement (2007).

**Medications**

apixaban 5 mg oral tablet, 5 mg, 1 Tab, ORAL, BID, 1 refills
aspirin 81 mg oral enteric coated tablet, 162 mg, ORAL, DAILY
atorvastatin 40 mg oral tablet, 1 Tab, ORAL, DAILY, 3 refills
Dymista 137 mcg-50 mcg/inh nasal spray, 1 Spray, NASAL, BID, 6 refills
FREESTYLE LITE TEST STRIPS, See Instructions, 10 refills
loratadine 10 mg oral tablet, 1 Tab, ORAL, DAILY, 2 refills
Metoprolol Succinate ER 100 mg oral tablet, extended release, 1 Tab, ORAL, DAILY
NovoLOG FlexPen 100 units/mL injectable solution, 15 to 20 units, SUBQ, TID AC, 5 refills
Ozempic (0.25 mg or 0.5 mg dose) 2 mg/1.5 mL subcutaneous solution, 1 mg, SUBQ, Q7D, 1 refills
Test strips/lancets - Insurance preferred brand, See Instructions, 3 refills
Tresiba FlexTouch 200 units/mL subcutaneous solution, See Instructions, 3 refills
UF Pen Needles 5mm 31, See Instructions, 8 refills

**Lab Results**

January 8, 2021. Urine microalbumin creatinine ratio 1086

October 7, 2021. Hgb A1c 10.8%, eAG 263 total cholesterol 149, triglyceride 105, HDL 33, LDL 95, glucose 240, BUN 21, creatinine 1.14, eGFR >60, sodium 138, potassium 4.8, CL 101, CO2 27, calcium 9.2, total protein 6.9, ALB 3.4 (L), globulin 3.5, total bili 1.2, ALP 146 (H), ALT 21, AST 17

November 4, 2020. POC Hgb A1c 10.4%.

July 19, 2020. Urine microalbumin creatinine ratio 873.70.

Microalbumin Urine Random

Orders:
semaglutide, 1 mg, SUBQ, Q7D, # 3 mL, 1 Refill(s), Maintenance,
Pharmacy: YOUNGS PAYLESS PHARMACY, 180.34, cm, 01/08/21 8:36:00
PST, Height/Length (cm), 118.84, kg, 12/02/20 9:06:00 PST, Dose
calculation weight (kg)

cc:   PCP

June 15, 2020.  Hgb A1c 11.2%, WBC
7.3, RBC 5.16, Hgb 16.3, HCT 49.0,
MCV 95.0, RDW 15.6, sodium 135,
potassium 4.4, Cl 103, CO2 24,
glucose 272, BUN 18, creatinine 1.14,
eGFR >60, calcium 8.7, total protein
6.8, ALB 3.3, globulin 3.5, total bili 1.0,
ALP 163, ALT 32, AST 22, total
cholesterol 102, triglycerides 68, LDL
59

November 6, 2019.  POC Hgb A1c
9.6%.

October 18, 2019.  WBC 6.8, Hgb
15.1, HCT 45.3, MCV 93.2, sodium
136, potassium 4.5, CL 102, CO2 26,
glucose 150, BUN 22, creatinine 1.22,
eGFR 57, calcium 8.8, total protein
6.7, ALB 3.4, globulin 3.3, total bili 0.9,
ALP 110, ALT 22, AST 17.

June 24, 2019.  WBC 8.4, Hgb 14.8,
HCT 43.1, MCV 92.7, RDW 16.5,
sodium 137, potassium 4.5, Cl 106,
CO2 23, glucose 123, BUN 23,
creatinine 0.92, calcium 8.9,
magnesium 1.8, phosphorus 3.5

June 23, 2019.  Hgb A1c 8.8%, eAG
206, Total cholesterol 100, triglycerides
91, HDL 22, LDL 60

June 22, 2019.  TSH 3.05

May 6, 2019.  Hgb A1c 10.7%

March 28, 2019.  Hgb A1c 11.8%, eAG
292 Urine microalbumin creatinine
ratio 426.42, glucose 255, BUN 20,
creatinine 1.16, sodium 136,
potassium 5.2, Cl 100, CO2 30,
calcium 9.2, total protein 7.1, ALB 3.4,
total bili 0.5, ALP 148, AST 17

February 1, 2019.  Hgb A1c 13.1%.

December 27, 2018.  Urinalysis trace
protein, glucose >1000

August 29, 2018.  ALP 120, ALT 23,
AST 24, total cholesterol 121,
triglycerides 110, HDL 28, LDL 71

July 3, 2018.  Hgb A1c 6.7%.

**Images**
September 1, 2019. AHLM.  Left
forearm x-ray.
History: Pain following trauma.

Impression: No apparent fracture.

June 22, 2019. AHLM. CT brain without contrast.
Impression: No interval change. Atrophy is present and there is no evidence of post therapeutic hemorrhage.

June 21, 2019. AHLM. CT angiogram head/neck with contrast.
History: Stroke.
Impression: No evidence of large vessel stroke. Nonspecific left apical pleural thickening, probably chronic. Correlate with history.

**Social History**

Abuse/Intent to Harm

Abuse screen, adult/elderly/domestic: Question outside of interviewer's Scope of Practice (AMB-MA

*Alcohol Screen

How often do you have a drink containing alcohol? Monthly or less (1). How many standard drinks containing alcohol do you have on a typical day? Never (0). How often do you have six or more drinks on one occasion? Never (0). Ready to change: N/A.

*Substance Abuse Screen

Do you have concerns about substance abuse for yourself or in your household? No. Current or past use? Never.

*Tobacco Use Screen

Is there a smoker in the household? Yes. Do you have concerns about tobacco use in household? No. Over the past 30 days, what and how much have you smoked? Former smoker, quit more than 30 days ago. Over the past 30 days, what has been your smokeless tobacco use? Never. Are you ready to quit? No. Previous treatment: None.

**Family History**

Cancer: Father.
Diabetes mellitus: Sister.

**Diagnostic Results**

January 8, 2021. DXA scan performed at AHLH with the GE Lunar Prodigy Densitometer.

Findings:
The BMD measured at the L1-L4 level is 1.550 g/cm² with T-score = 2.5.
The BMD of the left femoral neck is 0.814 g/cm² with T-score = -2.0.
The BMD of the left total hip is 0.956 g/cm² with T-score = -1.0
The BMD at the right femoral neck is 0.747 g/cm² with T-score = -2.5
The BMD of the right total hip is 0.863 g/cm² with T-score = -1.7

Impression: Findings indicate that the lumbar spine is considered normal and fracture risk is low.  Findings indicated that the hips are considered osteopenic and fracture risk is moderate

Fracture risk: The estimated 10 year risk for a major osteoporotic fracture is 9.8% and for a hip fracture is 4.2%. This fracture is estimate was calculated using FRAX v3.8.

## Document info

| | |
|---|---|
| Result type: | Family Medicine Office/Clinic Note |
| Result date: | Jun 22, 2021, 09:15 a.m. |
| Result status: | authenticated |
| Performed by: | Abdul Raif Jawid |
| Verified by: | Abdul Raif Jawid |
| Modified by: | Abdul Raif Jawid |

# Labs

| Patient: | DONALD MILLER | DOB: | Mar 21, 1940 |
|---|---|---|---|

Patient: **MILLER, DONALD RAY** MRN: [redacted] FIN: [redacted]
Age: **81 years** Sex: **MALE** [redacted]

**Care Team**
**Attending Provider** - Raif Jawid, MD, Abdul W, (209) 334-8540
**Primary Care Provider** - Raif Jawid, MD, Abdul W, (209) 334-8540

| Role/Relationship | Contact |
|---|---|
| Primary Care Provider | Raif Jawid, MD, Abdul W |

**Chief Complaint**
Pt is here today for 1 mos f/u DM

**History of present illness**
This is a 81-year-old male with hypertension, diabetes followed by endocrinology, hyperlipidemia, obesity, A. fib on Eliquis and followed by cardiology, history of CVA, former tobacco smoker, BPH, history of non-Hodgkin's lymphoma followed by Dr. Phillips, lower extremity weakness on wheelchair due to chemo, anxiety, knee arthritis followed by Dr. McKenzie who is here today with his wife to follow-up on his lab work. He is trying to take care of his diet.

Problem list reviewed and updated on this visit.
Medications were reviewed and updated.
Social, family and medical history was reviewed.
Interim lab and imaging was reviewed.
Interim documentations were reviewed.

**Review of systems:**
**Constitutional**:Negative except for HPI .
**EENT**:Negative except for HPI
**Respiratory**:Negative except for HPI .

**Allergies**
No Known Medication Allergies

**Problem List**
Active Problems
- Acid reflux
- Allergic rhinitis
- Anxiety states
- Benign essential HTN
- BPH associated with nocturia
- CVA (cerebrovascular accident)
- Degenerative arthritis
- Diabetes mellitus with proteinuria
- Diabetic neuropathy
- Eustachian tube dysfunction
- Former smoker
- History of non-Hodgkin's lymphoma
- HLD (hyperlipidemia)
- Low vitamin B12 level
- Non-Hodgkins lymphoma
- Obesity
- Permanent atrial fibrillation
- Poorly controlled type 2 diabetes mellitus with neuropathy
- Right knee pain

Inactive Problems
- No qualifying data

**Cardiovascular**:Negative except for HPI .
**Gastrointestinal:** Negative except for HPI .
**Genitourinary**:Negative except for HPI .
**Hematology/Lymphatics**:Negative except for HPI
**Endocrine**: Negative except for HPI
**Musculoskeletal:** Negative except for HPI
**Skin**:Negative except for HPI
**Neurologic**:Negative except for HPI
**Psychiatric**:Negative except for HPI

**Objective/physical exam**
**T:** 97.3 F **HR:** 92 **RR:** 18 **BP:** 146/91 **SPO2:** 100%
**36 kg/m2**
**Constitutional**: no distress, well appearing, obese and wheelchair-bound
**Cardiovascular**: normal rate, regular rhythm, no cyanosis or pallor
**Respiratory**: CTA, non-labored respirations, normal air movement in lung fields
**Gastroenterology:** Soft, non tender and not distended, normal bowel sounds

**Assessment/Plan**

1. Poorly controlled type 2 diabetes mellitus with neuropathy (Type 2 diabetes mellitus with diabetic neuropathy, unspecified, E11.40)
This patient is here for him/her diabetes follow up.

**Diabetes Labs (1 Year)**
**Hgb A1c POC**

| | |
|---|---|
| 9.1 % | (04/08/2021) |
| 10.4 % | (11/04/2020) |

**Hgb A1C by HPLC**

| | |
|---|---|
| 10.1 % | (06/18/2021) |
| 10.8 % | (01/07/2021) |

| | | |
|---|---|---|
| **Creatinine, Urine Random** | 224.6 mg/dL (06/18/2021) | 109.0 mg/dL (01/08/2021) |
| **Microalbumin/Creat Ratio, Urine Random** | 732.86 mcg/mg (06/18/2021) | 1086.24 mcg/mg (01/08/2021) |
| **Microalbumin, Urine Random** | 164.6 mg/dL (06/18/2021) | 118.4 mg/dL (01/08/2021) |

**Procedure/Surgical History**

Patient Reported
Biopsy (2017),
Cataract extraction and insertion of intraocular lens (2016),
Colonoscopy (2010),
Left Knee replacement (2007).

**Medications**
Last Documented: 06/22/2021

**New Prescriptions**
**cyanocobalamin (cyanocobalamin 1000 mcg sublingual tablet)**
1 Tabs Under the tongue DAILY. Refills: 0.
**lisinopril (lisinopril 5 mg oral tablet)**
1 Tabs Oral DAILY. Refills: 1.

**Changed**
None

**Unchanged**
**apixaban (apixaban 5 mg oral tablet)**
1 Tabs Oral TWICE DAILY. Refills: 1.
**aspirin (aspirin 81 mg oral enteric coated tablet)**
162 Milligram Oral DAILY. 2 tabs daily.
**atorvastatin (atorvastatin 40 mg oral tablet)**
1 Tabs Oral DAILY. FOR CHOLESTEROL.. Refills: 3.
**fluticasone nasal (fluticasone 27.5 mcg/inh nasal spray)**
1 Sprays Nose DAILY as needed for allergy symptoms.
**insulin aspart (NovoLOG FlexPen 100 units/mL injectable solution)**
15 to 20 units Beneath the skin THREE TIMES DAILY BEFORE MEALS. Refills: 5.
**insulin degludec (Tresiba FlexTouch 200 units/mL subcutaneous solution)**
20 Units Beneath the skin DAILY. Refills: 3.
**loratadine (loratadine 10 mg oral tablet)**
1 Tabs Oral DAILY. Refills: 6.
**metoprolol (Metoprolol Succinate ER 100 mg oral tablet, extended release)**
1 Tabs Oral DAILY. Refills: 2.
**Non-formulary medication (FREESTYLE LITE TEST STRIPS LITE STRIP)**
USE TO TEST BLOOD SUGAR

I spent greater than 50% of this visit time in counseling the patient about the possible complications of uncontrolled diabetes. We discussed dietary changes, exercise and monitoring of blood sugars. I explained complications such as vascular disease, renal and ophthalmological issues, neurological problems, along with what that would mean to their quality of life. The patient verbalized understanding.

He is now back on his Ozempic and states that his numbers are better. We will continue monitoring

Ordered:
A1C Hemoglobin NOT HPLC
Basic Metabolic Panel BMP
Return to Clinic Order - AMB, = Physician Visit, AWV, 2 Month

2. Diabetes mellitus with proteinuria (Type 2 diabetes mellitus with other diabetic kidney complication, E11.29)
He has severe proteinuria and slightly elevated blood pressure, so was a started on lisinopril low-dose
We will continue monitoring his electrolytes and potassium
He was given handout for low potassium diet
Ordered:
A1C Hemoglobin NOT HPLC
Basic Metabolic Panel BMP
Return to Clinic Order - AMB, = Physician Visit, AWV, 2 Month

3. Benign essential HTN (Essential (primary) hypertension, I10)
As above
The patient was counseled extensively for medication compliance, monitoring blood pressure and heart rate, dietary restriction, regular exercise and was given return precautions to the clinic versus emergency department.
Ordered:
A1C Hemoglobin NOT HPLC
Basic Metabolic Panel BMP
Return to Clinic Order - AMB, = Physician Visit, AWV, 2 Month

4. HLD (hyperlipidemia) (Hyperlipidemia, unspecified, E78.5)
On a statin
Counseled for healthy diet and exercise if possible
Ordered:
A1C Hemoglobin NOT HPLC
Basic Metabolic Panel BMP
Return to Clinic Order - AMB, = Physician Visit, AWV, 2 Month

5. Permanent atrial fibrillation (Chronic atrial fibrillation, I48.2)
On Eliquis
Ordered:
A1C Hemoglobin NOT HPLC
Basic Metabolic Panel BMP
Return to Clinic Order - AMB, = Physician Visit, AWV, 2 Month

6. CVA (cerebrovascular accident) (Cerebral infarction, unspecified, I63.9)
On Eliquis and statin
Ordered:
A1C Hemoglobin NOT HPLC
Basic Metabolic Panel BMP
Return to Clinic Order - AMB, = Physician Visit, AWV, 2 Month

FOUR TIMES A DAY BLOOD SUGAR 3 TIMES DAILY. Refills: 5.

**Non-formulary medication (FREESTYLE LITE TEST STRIPS)**
Use to test blood sugar 3x a day. Refills: 10.

**Non-formulary medication (Test strips/lancets - Insurance preferred brand)**
Check blood sugars _1 per dayBox of 100. Refills: 0.

**Non-formulary medication (UF Pen Needles 5mm 31)**
use 4x a day. Refills: 8.

**semaglutide (Ozempic (1 mg dose) 2 mg/1.5 mL subcutaneous solution)**
1 Milligram Beneath the skin EVERY WEEK. rotate injection sites. Refills: 6.

**Discontinued**

**loratadine (loratadine 10 mg oral tablet)**
1 Tabs Oral DAILY. Refills: 2.

**Social History**

Abuse/Intent to Harm
Are you thinking of harming or killing yourself?: No
Are you thinking of harming or killing anyone else?: No

*Alcohol Screen
How often do you have a drink containing alcohol? Monthly or less (1). How many standard drinks containing alcohol do you have on a typical day? Never (0). How often do you have six or more drinks on one occasion? Never (0). Ready to change: N/A.

*Home/Environment Screen
Living situation: Home with assistance. Lives with: Spouse. Feels highly stressed: Yes. Sleeping concerns: Yes. Identify previous patterns of sleep: Problem getting to sleep. Usual hours of sleep 5. Current hours of sleep per night: 4. Do you feel rested after sleep? Yes. Identify factors that help with normal sleeping patterns Meditation. Home Devices/Equipment Commode, Shower chair, Walker, Wheelchair. Current Home Treatments: Home Health, BED

7. Obesity (Obesity, unspecified, E66.9)
  Counseled for healthy diet and exercise if possible
Ordered:
A1C Hemoglobin NOT HPLC
Basic Metabolic Panel BMP
Return to Clinic Order - AMB, = Physician Visit, AWV, 2 Month

8. Low vitamin B12 level (Deficiency of other specified B group vitamins, E53.8)
  Was a started on supplements

Orders:
cyanocobalamin, = 1 Tab, SUBLING, DAILY, # 90 Tab, 0 Refill(s), Maintenance, Pharmacy: Youngs Payless Pharmacy, 180.34, cm, 06/22/21 8:37:00 PDT, Height/Length (cm), 117.08, kg, 06/22/21 8:37:00 PDT, Dose calculation weight (kg)
lisinopril, = 1 Tab, ORAL, DAILY, # 90 Tab, 1 Refill(s), Maintenance, Pharmacy: Youngs Payless Pharmacy, 180.34, cm, 06/22/21 8:37:00 PDT, Height/Length (cm), 117.08, kg, 06/22/21 8:37:00 PDT, Dose calculation weight (kg)
Patient was informed of the new medications side effects, cautions, interactions and warnings.  Patient was given return precautions to the clinic versus emergency room department

More than 50% of this time was spent on counseling and coordination of the care.

DRAGON DICTATION NOTE: A portion of this chart was dictated with computerized voice recognition software. Although this document is reviewed, there is a potential of word recognition, typographic or syntax errors.

The patient was evaluated during the global COVID-19 pandemic, and that diagnosis was suspected/considered upon their initial presentation. Their evaluation, treatment and testing was consistent with current guidelines for patients who present with complaints or symptoms that may be related to COVID-19.

**Patient Education**
Eating a Low Potassium Diet, Discharge Instructions

SIDE COMMODE, SHOWER BENCH, WALKER. Home Professional Services Home Health, Nursing, Occupational therapy, Physical therapy. Concern for family members at home: No. Family/Friends available to help: Yes. Major illness in household: Yes. Financial concerns: No. Concerns over TV/Computer/Game use: Yes. Other risks in environment: No others declared.
*Nutrition Screen
  Is patient able to complete assessment at this time? Yes. Have you been eating poorly because of poor appetite? No (0). Have you recently lost weight without trying? No (0). Nutritional Risks: No nutritional risk triggers identified. Type of diet: Cardiac diet, Diabetic diet.
*Substance Abuse Screen
  Do you have concerns about substance abuse for yourself or in your household? No. Current or past use? Never.
*Tobacco Use Screen
  Is there a smoker in the household? Yes. Do you have concerns about tobacco use in household? No. Over the past 30 days, what and how much have you smoked? Former smoker, quit more than 30 days ago. Over the past 30 days, what has been your smokeless tobacco use? Never. Are you ready to quit? No. Previous treatment: None.

**Family History**
Cancer: Father.
Diabetes mellitus: Sister.

**Health Maintenance**

| Recommendations | Due Date | Frequency |
|---|---|---|
| COVID-19 Vaccine | | |
| DM - Nephropathy | | |

| | | |
|---|---|---|
| Monitoring | | |
| DM - Eye Exam | 04/26/2017 | 1 Year(s) |
| DM - Foot Exam | 08/05/2020 | 1 Year(s) |
| Weight Management- BMI >30 | 08/16/2020 | 1 Year(s) |
| Influenza Vaccine | 08/01/2021 | 1 Day(s) |
| DM - HgbA1c | 06/18/2022 | 1 Year(s) |