**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Miller, et al. v. Monsanto, et al.,*<br>Case No. 3:21-cv-04219-VC | MDL 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DONALD MILLER'S NOTICE OF MOTION AND MOTION TO REINSTATE PREFERENTIAL TRIAL SETTING** |

**[PROPOSED] ORDER**

After having read and considered Plaintiff Donald Miller's Motion to Reinstate Preferential Trial Setting, and with good cause appearing, the Court orders as follows:

Plaintiff's Motion to Reinstate Preferential Trial Setting is hereby granted. Trial in this matter is hereby set for _____.

**IT IS SO ORDERED.**


DATED: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE