# EXHIBIT 2



September 1, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:   Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Wednesday, September 1, 2021.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4830-3666-6105

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Samuel Brown | Kirk J. Goza<br>Goza & Honnold LLC<br>9500 Nall Ave., Suite 400<br>Overland Park, KS 66207-2950 | 3:19-cv-04418 | October 28, 2019 | September 1, 2021 |
| James Mikels, Sr. | Kirk J. Goza<br>Goza & Honnold LLC<br>9500 Nall Ave., Suite 400<br>Overland Park, KS 66207-2950 | 3:19-cv-04409 | October 28, 2019 | September 1, 2021 |
| Florentina Guzman | Kirk J. Goza<br>Goza & Honnold LLC<br>9500 Nall Ave., Suite 400<br>Overland Park, KS 66207-2950 | 3:19-cv-04479 | October 28, 2019 | September 1, 2021 |
| Betty Zimmer<br>[Estate of Frieda Giannone] | Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761 | 3:19-cv-04922 | August 8, 2019 | September 1, 2021 |
| Lena G. Bradshaw | Thomas V. Ayala<br>Grant and Eisenhofer PA<br>123 Justison Street<br>Wilmington, DE 19801 | 3:19-cv-06571 | August 14, 2019 | September 1, 2021 |
| Nina Stewart | Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761<br><br>Daniel Ross Weltin<br>The Law Offices of Daniel R. Weltin, P.C.<br>777 Davis Street, Suite 146<br>San Leandro, CA 94577 | 3:20-cv-00643 | October 14, 2019 | September 1, 2021 |
| Carrie Dula | Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761 | 3:20-cv-00654 | October 14, 2019 | September 1, 2021 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Susan Voke | Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761 | 3:20-cv-00742 | October 14, 2019 | September 1, 2021 |
| LaTanya Dotson<br>[Estate of Judy Dotson] | D. Matthew Haynie<br>Forester Haynie PLLC<br>400 North St. Paul Street, Suite 700<br>Dallas, TX 75201 | 3:20-cv-02414 | July 3, 2020 | September 1, 2021 |
| Izora Poteet<br>[Estate of J.P. Stewart] | D. Matthew Haynie<br>Forester Haynie PLLC<br>400 North St. Paul Street, Suite 700<br>Dallas, TX 75201 | 3:20-cv-02415 | July 3, 2020 | September 1, 2021 |
| Larry Williams | D. Matthew Haynie<br>Forester Haynie PLLC<br>400 North St. Paul Street, Suite 700<br>Dallas, TX 75201 | 3:20-cv-02416 | July 30, 2020 | September 1, 2021 |
| Craig Walter | Patrick N. Keegan<br>Keegan & Baker LLP<br>2292 Faraday Avenue, Suite 100<br>Carlsbad, CA 92008 | 3:20-cv-06660 | December 21, 2020 | September 1, 2021 |
| Brandi Hodgson Troxel | D. Todd Mathews<br>The Gori Law Firm<br>156 N. Main St.<br>Edwardsville, IL 62025 | 3:21-cv-01215 | May 18, 2021 | September 1, 2021 |
| Elpidia Martinez on behalf<br>of Carlos Celedon | Brian D. Chase<br>Tomislav George Antunovich<br>Bisnar Chase LLP<br>1301 Dove Street Suite 120<br>Newport Beach, CA 92660 | 3:21-cv-01508 | May 18, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Ralph Wright | C. Mark Whitehead, III<br>The Whitehead Law Firm LLC<br>3639 Ambassador Caffery Parkway<br>Lafayette, LA 70503<br><br>Beau Michael Goodrick<br>Gregory J. Owen<br>Susan A. Owen<br>Tamiko B. Herron<br>Owen, Patterson & Owen, LLP<br>23822 W. Valencia Boulevard, Suite 303<br>Valencia, CA 91355 | 3:21-cv-05622 | July 9, 2021 | September 1, 2021 |
| Rickie Dobberphul | Christopher P. Welsh<br>Welsh & Welsh, PC, LLO<br>9290 West Dodge Road<br>Suite 204, The Mark<br>Omaha, NE 68114 | 3:21-cv-03754 | August 16, 2021 | September 1, 2021 |
| John Frederick | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Sandra All | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| George Anderson | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Modesto Aponte | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| Lillian Arthur | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Jack Ashwood | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Leona Barnes | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Jon Biersteker | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Laura Branham | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| James Brooks | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Wesley Brown | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Melody Burbage | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Jason Burton | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Rush Button | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Kay Clark | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| William Cline | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Cynthia Crady | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Randall Crewz | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Marriot D'Ambrosio | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Marylin Davis | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Raquel Davis | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Sandra Draper | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Jill Estes | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Jim Flatt | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Nancy Ford | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Terry Frerman | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| James Garrity | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Andrew Gilbert | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Paula Gomez | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Joella Gonterman | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Sally Green | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Mark Hogue | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Sherry Hohl | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Joseph Hoover | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Jimmy Hull | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Mary Hunt | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Majorie Hunter | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Dorothy Inman | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Jody Jacobs | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Kenneth James | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Constance Jernigan | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Gregory Johnson | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Ruth Jones | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Anthony King | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| John Lahaye, Jr. | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Matthew Long | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Bonnie Lynn | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Aaron Lyons | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Jonni Masella | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Sandra McEwan | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Kenneth McGill | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Robert Moberg | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Eleanore Monginis | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Thomas Moore | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Michael Muzechuk | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Mollie Norman | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Niles Novak | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Brenda Odum | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Leigh Oliver | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Paul Paulson | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Norma Pearson | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Edward Perkowski | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Karen Poling | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Robert Potter | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Albert Powers | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Alberta Powers | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Fernando Quintana | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| John Rainer | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Cecelia Rogers | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Jennifer Roling | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Tony Ross | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Diane Shiley | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Richard Silvey | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Craig Smith | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Marle Smith | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Robin Smith | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Darryl Stanger | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| James Stine | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Frank Taylor | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Lynn Tierney | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Elvis Vail | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Robert Vanbuhler | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Derrek Whitaker | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| William White | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Marques Whitley | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Lisa Whillhite | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Edward Woltmann | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Wanda Yobert | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4830-3666-6105

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.