# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) | MDL No. 2741 |
| ) | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: ) | |
| *Anastasia Manchini, et al. v. Monsanto Company*, Case No. 3:20-cv-02567-VC ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now Come the Plaintiffs and the Defendant and hereby stipulate that the action herein, including all claims, be dismissed with prejudice, with all parties to bear their own costs and fees.

| | |
|---|---|
| Plaintiffs, Anastasia Manchini and Anthony Manchini, By their Attorney, | Defendant, Monsanto Company, By its Attorney, |
| /s/ Steven G. Manchini | /s/ Martin Calhoun |
| Steven G. Manchini, Esq. | Martin Calhoun, Esq. |
| CUNNINGHAM, MACHANIC, CETLIN, JOHNSON, HARNEY & TENNEY, LLP | Hollingsworth LLP |
| 220 North Main Street, Suite 301 | 1350 I Street, N.W. |
| Natick, MA 01760-1100 | Washington, DC 20005 |
| TEL: 508-651-7524 | TEL: 202-898-5800 |
| | FAX: 202-682-1639 |
| E-MAIL: rtenney@cmlaw.net | E-MAIL: mcalhoun@hollingsworthllp.com |