# EXHIBIT 1



September 1, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

<u>**VIA ELECTRONIC MAIL**</u>

Thomas V. Ayala
Grant and Eisenhofer PA
123 Justison Street
Wilmington, DE 19801

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Lena G. Bradshaw | 3:19-cv-06571 | August 14, 2019 | September 1, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, August 14, 2019. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4848-1839-1801
CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



September 1, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Kirk J. Goza
Goza & Honnold LLC
9500 Nall Ave., Suite 400
Overland Park, KS 66207-2950

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Samuel Brown | 3:19-cv-04418 | October 28, 2019 | September 1, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, October 28, 2019. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4848-1839-1801
CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



September 1, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**<u>VIA ELECTRONIC MAIL</u>**

Patrick N. Keegan
Keegan & Baker LLP
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Walter Craig | 3:20-cv-06660 | December 21, 2020 | September 1, 2021 |

Dear Counsel,

     This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

     Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, December 21, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

     Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*[signature]*

John L. Ackley, Esq.



September 1, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Kristy M. Arevalo
McCune Wright Arevalo LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Carrie Dula | 3:20-cv-00654 | October 14, 2019 | September 1, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, October 14, 2019. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.



September 1, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Kirk J. Goza
Goza & Honnold LLC
9500 Nall Ave., Suite 400
Overland Park, KS 66207-2950

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Florentina Guzman | 3:19-cv-04479 | October 28, 2019 | September 1, 2021 |

Dear Counsel,

   This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

   Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, October 28, 2019. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

   Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

September 1, 2021

**VIA ELECTRONIC MAIL**

| Alexander G. Dwyer | Fletcher Vines Trammell |
| Andrew T. Kirkendall | Melissa Lauren Binstock-Ephron Trammell, PC |
| Erin M. Wood | 3262 Westheimer Road, Suite 423 |
| Kirkendall Dwyer LLP | Houston, TX 77098 |
| 4343 Sigma Rd., Suite 200 | |
| Dallas, TX 75244 | |

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| John Frederick | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, July 30, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4848-1839-1801

## JOHN FREDERICK PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Sandra All | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| George Anderson | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4848-1839-1801

| | | | | |
|---|---|---|---|---|
| Modesto Aponte | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Lillian Arthur | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Jack Ashwood | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4848-1839-1801

| | | | | |
|---|---|---|---|---|
| Leona Barnes | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Jon Biersteker | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Laura Branham | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| James Brooks | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Wesley Brown | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Melody Burbage | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| Jason Burton | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Rush Button | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Kay Clark | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| William Cline | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Cynthia Crady | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Randall Crewz | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| Marriot D'Ambrosio | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Marylin Davis | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Raquel Davis | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| Sandra Draper | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Jill Estes | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Jim Flatt | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4848-1839-1801

| | | | | |
|---|---|---|---|---|
| Nancy Ford | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Terry Frerman | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| James Garrity | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| Andrew Gilbert | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Paula Gomez | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Joella Gonterman | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| Sally Green | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Mark Hogue | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Sherry Hohl | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| Joseph Hoover | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Jimmy Hull | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Mary Hunt | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| Majorie Hunter | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Dorothy Inman | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Jody Jacobs | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4848-1839-1801

| | | | | |
|---|---|---|---|---|
| Kenneth James | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Constance Jernigan | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Gregory Johnson | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4848-1839-1801

| | | | | |
|---|---|---|---|---|
| Ruth Jones | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Anthony King | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| John Lahaye, Jr. | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | |
|---|---|---|---|
| Matthew Long | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Bonnie Lynn | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Aaron Lyons | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| Jonni Masella | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Sandra McEwan | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Kenneth McGill | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | |
|---|---|---|---|
| Robert Moberg | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Eleanore Monginis | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Thomas Moore | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4848-1839-1801

| | | | |
|---|---|---|---|
| Michael Muzechuk | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Mollie Norman | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Niles Novak | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| Brenda Odum | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Leigh Oliver | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Paul Paulson | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4848-1839-1801

| | | | |
|---|---|---|---|
| Norma Pearson | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Edward Perkowski | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Karen Poling | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | |
|---|---|---|---|
| Robert Potter | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Albert Powers | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Alberta Powers | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4848-1839-1801

| | | | | |
|---|---|---|---|---|
| Fernando Quintana | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| John Rainer | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Cecelia Rogers | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| Jennifer Roling | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Tony Ross | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Diane Shiley | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | |
|---|---|---|---|
| Richard Silvey | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Craig Smith | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Marle Smith | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| Robin Smith | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Darryl Stanger | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| James Stine | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| Frank Taylor | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Lynn Tierney | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Elvis Vail | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | | |
|---|---|---|---|---|
| Robert Vanbuhler | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Derrek Whitaker | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| William White | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

| | | | |
|---|---|---|---|
| Marques Whitley | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Lisa Whillhite | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |
| Edward Woltmann | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |

4848-1839-1801

| Wanda Yobert | Alexander G. Dwyer<br>Andrew T. Kirkendall<br>Erin M. Wood<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX 75244<br><br>Fletcher Vines Trammell<br>Melissa Lauren Binstock-Ephron<br>Trammell, PC<br>3262 Westheimer Road, Suite 423<br>Houston, TX 77098 | 3:21-cv-03418 | July 30, 2021 | September 1, 2021 |



September 1, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

D. Matthew Haynie
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Izora Poteet [Est. of J.P. Stewart] | 3:20-cv-02415 | July 3, 2020 | September 1, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, July 3, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.



September 1, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Kristy M. Arevalo
McCune Wright Arevalo LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761

Daniel Ross Weltin
The Law Offices of Daniel R. Weltin, P.C.
777 Davis Street, Suite 146
San Leandro, CA 94577

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Nina Stewart | 3:20-cv-00643 | October 14, 2019 | September 1, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, October 14, 2019. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.



September 1, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

<u>**VIA ELECTRONIC MAIL**</u>

D. Todd Mathews
The Gori Law Firm
156 N. Main St.
Edwardsville, IL 62025

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Brandi Hodgson Troxel | 3:21-cv-01215 | May 18, 2021 | September 1, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Tuesday, May 18, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4848-1839-1801
CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



September 1, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

<u>**VIA ELECTRONIC MAIL**</u>

Kristy M. Arevalo
McCune Wright Arevalo LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Susan Voke | 3:20-cv-00742 | October 14, 2019 | September 1, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, October 14, 2019. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4848-1839-1801
CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



September 1, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Kristy M. Arevalo
McCune Wright Arevalo LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Betty Zimmer [Est. of Frieda Giannone] | 3:19-cv-04922 | August 8, 2019 | September 1, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Thursday, August 8, 2019. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.