Nickolas P. Tooliatos, SBN 112138
Christi M. Raimondi, SBN 324029
RANDICK O'DEA TOOLIATOS
VERMONT & SARGENT, LLP
5000 Hopyard Road, Suite 225
Pleasanton, California   94588
Telephone:   (925) 460-3700
Facsimile:   (925) 460-0969
Email: craimondi@randicklaw.com

Attorneys for Judgment Creditor
MICHAEL LAIRD,
Executor of the Estate of James Laird

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| DEAN McWILLIAMS, | **MICHAEL LAIRD'S NOTICE OF LIEN TO SATISFY MONEY JUDGMENT AGAINST DEAN MCWILLIAMS** |
| Plaintiff, | |
| vs. | |
| MONSANTO COMPANY, *et al*, | |
| Defendants. | |
| USDC – NDCA No. 3:20-cv-07104-VC | |

NOTICE IS HEREBY GIVEN that a lien has been created under Article 5 (commencing with sections 708.410) of Chapter 6 of Title 9 of Part 2 of of the California Code of Civil Procedure on any causes of action asserted by DEAN McWILLIAMS that are the subject of the above-referenced matter and to his rights to money or property under any judgment subsequently procured in this matter.

This lien is created pursuant to a money judgment recovered by Michael Laird, Executor of the Estate of James Laird ("Judgment Creditor") against DEAN McWILLIAMS ("Judgment

Debtor") in the sum of $100,112.77 in Case No. C20-01570 in the Superior Court in Contra Costa County, California, entitled *Laird v. McWilliams*. The judgment was duly entered on August 30, 2021. The abstract of judgment is attached hereto as **Exhibit A**.

Judgment Creditor's address is: 4243 Josh Ct., Carmichael, CA 95608-2489. The last known address of the Judgment Debtor is: Extended Stay America, 18000 San Ramon Valley Blvd., Room 135, San Ramon, CA 94583.

The amount required to satisfy the Judgment Creditor's money judgment as of September 15, 2021 is $104,277.95.

The lien created by this notice attaches to any cause of action of Judgment Debtor that is the subject of this action and to his rights to money or property under any judgment subsequently procured in this action.

No compromise, dismissal, settlement, or satisfaction of this action or of any of Judgment Debtor's rights to money or property under any judgment procured in this action may be entered into by or on behalf of Judgment Debtor, and he may not enforce his rights to money or property under any judgment procured in this matter, by a writ or otherwise, unless one of the following requirements is satisfied:

(1) The prior approval by order of the court in this action has been obtained;

(2) The written consent of Judgment Creditor has been obtained or Judgment Creditor has released the lien; or

(3) The money judgment of Judgement Creditor has been satisfied.

Judgment Debtor may claim an exemption for all or any portion of the money or property within 30 days after he has notice of the creation of this lien. If the exemption is not claimed within the time allowed, it is waived.

Date: September 14, 2021

RANDICK O'DEA TOOLIATOS
VERMONT & SARGENT, LLP

By: _____
Christi M. Raimondi

2

MICHAEL LAIRD'S NOTICE OF LIEN TO SATISFY MONEY JUDGMENT AGAINST DEAN MCWILLIAMS
527215.docx

# EXHIBIT A

MICHAEL LAIRD'S NOTICE OF LIEN TO SATISFY MONEY JUDGMENT AGAINST DEAN MCWILLIAMS

**EJ-001**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>Christi M. Raimondi     SBN: 324029<br>RANDICK O'DEA TOOLIATOS VERMONT & SARGENT LLP<br>5000 Hopyard Road, Suite 225<br>Pleasanton, CA 94588<br>TEL NO.: 925-460-3700     FAX NO. *(optional):* 925-460-0969<br>E-MAIL ADDRESS *(Optional):* craimondi@randicklaw.com<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** CONTRA COSTA
STREET ADDRESS: 725 Court Street
MAILING ADDRESS: 725 Court Street
CITY AND ZIP CODE: Martinez, CA 94553-1233
BRANCH NAME: Wakefield Taylor Courthouse

PLAINTIFF: MICHAEL LAIRD, executor of the Estate of James Laird
DEFENDANT: DEAN MCWILLIAMS and DOES 1-10, inclusive

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**     [ ] Amended

CASE NUMBER: C20-01570

FOR RECORDER'S USE ONLY
FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      Mr. Dean McWilliams
      Extended Stay America
      18000 San Ramon Valley Blvd., Room 135
      San Ramon, CA  94583
      ```
   b. Driver's license no. [last 4 digits] and state:      [X] Unknown
   c. Social security no. [last 4 digits]:                 [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Michael Laird, Executor of the Estate of James Laird
   c/o Randick O'Dea Tooliatos Vermont & Sargent LLP
   5000 Hopyard Rd. Ste. 225, Pleasanton, CA 94588
   Date: September 9, 2021
   Christi M. Raimondi
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 100,112.77
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* August 30, 2021
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date):* SEP 13 2021

Clerk, by C. AI JACALA , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190
Westlaw Doc & Form Builder™

| PLAINTIFF: MICHAEL LAIRD, executor of the Estate of James Laird | COURT CASE NO.: |
|---|---|
| DEFENDANT: DEAN MCWILLIAMS and DOES 1-10, inclusive | C20-01570 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]    **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    Page 2 of 2

**PROOF OF SERVICE**

I, Dawn M. Brum, declare:

I am employed in Alameda County, State of California, am over the age of eighteen years, and not a party to the within action. My business address is 5000 Hopyard Road, Suite 225, Pleasanton, California 94588. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and/or other overnight delivery. Under overnight delivery practice, all mailings are deposited in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business. On the date set forth below, I served the within:

**MICHAEL LAIRD'S NOTICE OF LIEN TO SATISFY MONEY JUDGMENT AGAINST DEAN MCWILLIAMS**

on the parties in this action by placing a true copy thereof in a sealed envelope, and each envelope addressed as follows:

| | |
|---|---|
| Lori Erin Andrus<br>Jennie Lee Anderson<br>Leland Humphrey Belew<br>Andrus Anderson LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>*Counsel for Plaintiff, Dean McWilliams* | Samuel Zachary Fayne<br>Arnold and Porter Kaye Scholer LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>*Counsel for Defendant, Monsanto Company* |

[ X ]  (By U.S. Mail) I caused each such envelope to be served by depositing same, with postage thereon fully prepaid, to be placed in the United States Postal Service in the ordinary course of business at Pleasanton, California.

[ ]  (By Facsimile) The above-referenced document(s) was transmitted by facsimile transmission to the number(s) shown and the transmission was reported as complete and without error. I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

[ ]  (By Overnight Delivery) I caused each such envelope to be served by depositing same in an authorized area for pick-up by an authorized express service courier (UPS Overnight) the same day it is collected and processed in the ordinary course of business .

[ ]  (By Personal Service) I caused each such envelope to be delivered by hand to the persons named above.

[ ]  (By Electronic Service) The above-referenced document was served by electronically mailing a true and correct copy through Randick O'Dea & Tooliatos LLP's electronic mail system, to the email addresses set forth as listed above, and in accordance with Federal Rules of Civil Procedure, Rule 5(b).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 14, 2021, at Pleasanton, California.

*/s/ Dawn M. Brum*
Dawn M. Brum