# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

This document relates to:

*Ahrent et al v. Monsanto Company*
Case No. 3:18-cv-00065;
*Arlan L. Bern et. al. v. Monsanto Company*
Case No. 3:19-cv-05887;
*Bradley, et. al., v. Monsanto Company*
Case No. 4:19-cv-00989;
*Bradshaw et al v. Monsanto Company*
Case No. 3:19-cv-06571;
*Brown v. Monsanto Company*
Case No. 3:19-cv-06572;
*Clawson-Roberts et al v. Monsanto Company*
Case No. 3:19-cv-06573;
*Clinker et al v. Monsanto Company*
Case No. 3:19-cv-06574;
*Cooper et al v. Monsanto Company*
Case No. 3:19-cv-06575;
*Frost v. Monsanto Company*
Case No. 3:19-cv-06576;
*Johnson et al v. Monsanto Company*
Case No. 3:19-cv-06577;
*May et al v. Monsanto Company*
Case No. 3:19-cv-06578;
*Olsen et al v. Monsanto Company*
Case No. 3:19-cv-06579;
*Radanovich v. Monsanto Company*
Case No. 3:19-cv-06580;
*Sipich et al v. Monsanto Company*
Case No. 3:19-cv-06581;
*Steen et al v. Monsanto Company*
Case No. 3:19-cv-06582;
*Tanner et al v. Monsanto Company*
Case No. 3:19-cv-06583; and
*Yetter et al v. Monsanto Company*
Case No. 3:19-cv-06584

MDL NO. 2741

Master Case No. 3:16-md-02741-VC

## <u>PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL AND NOTICE OF APPEARANCE</u>

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Thomas V. Ayala is no longer associated with the firm of GRANT & EISENHOFER, P.A. Accordingly, he should be removed as counsel of record for the Plaintiffs in the above-captioned cases.

The undersigned, M. Elizabeth Graham of GRANT & EISENHOFER, P.A., hereby enters her appearance for Plaintiffs in the above-captioned cases. Please direct all further filings, discovery, and correspondence to M. Elizabeth Graham at GRANT & EISENHOFER, P.A., One Market Street, Spear Tower, 36th Floor, San Francisco, CA 94105. My telephone number is 415-293-8210; and my e-mail address is egraham@gelaw.com.

Plaintiffs respectfully request that all necessary changes be made to the Court's records regarding this change of counsel.

Dated: September 16, 2021

/s/ M. Elizabeth Graham
M. Elizabeth Graham, CA 143085
**GRANT & EISENHOFER, P.A.**
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Direct: 415-293-8210
Cell: 415-710-7973
Email: egraham@gelaw.com

Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021, I electronically filed the foregoing with the

Clerk of Curt using the CM/ECF system, which shall send notification of such filing to all CM/ECF

participants.


BY: /s/ M. Elizabeth Graham
M. Elizabeth Graham