**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC |
| This document relates to: | ) ) **[AMENDED PROPOSED] ORDER** |
| ALL ACTIONS | ) **GRANTING JOINT REQUEST FOR** ) **SCHEDULE FOR WAVE 6 CASES** ) ) |

THIS MATTER came before the Court based on the Court's order for a schedule for Wave 6 cases. Having reviewed the proposed schedule and finding good cause shown, the Court GRANTS the parties' proposed schedule for Wave 6 cases as detailed below and designates the following as part of Wave 6.

**Wave 6 Schedule:**

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 14 days from entry of this order or pursuant to PTO 50, whichever is earlier |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 14 days from entry of this order |
| Deficiency letter(s) sent. | 4 business days from receipt of PFS or pursuant to PTO 50, whichever is earlier |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter or pursuant to PTO 50, whichever is earlier |
| Close of fact discovery. | 3/13/2023 |
| Plaintiffs' expert reports due. | 3/27/2023 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the Wave 6 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 4/3/2023 |
| Monsanto's expert reports due. | 4/27/2023 |
| Close of expert discovery. | 5/31/2023 |
| Monsanto's *Daubert* and summary judgment briefs due. | 6/14/2023 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 6/28/2023 |

| Event | Date |
|---|---|
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 7/7/2023 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | 7/21/2023 |
| *Daubert* hearing (if necessary). | 8/31/2023 |

The Wave 6 cases shall be as follows:

**Cases Transferred to the MDL from California District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Acuff, Phyllis | 3:20-cv-00652 | USDC Northern District CA |
| Aultman, James | 3:19-cv-05236 | USDC Northern District CA |
| Balbuena, Manuel | 3:19-cv-08225 | USDC Central District CA |
| Baldwin, David | 3:19-cv-04920 | USDC Northern District CA |
| Beko, Stephen | 3:21-cv-05313 | USDC Central District CA |
| Benson, Terry | 3:19-cv-04953 | USDC Northern District CA |
| Bonner, Ann | 3:19-cv-07069 | USDC Northern District CA |
| Borum, Jay | 3:19-cv-05242 | USDC Northern District CA |
| Bradshaw, Lena G. | 3:19-cv-06571 | USDC Northern District CA |
| Bray, Beverly | 3:19-cv-05060 | USDC Northern District CA |
| Britt, David | 3:20-cv-03649 | USDC Southern District CA |
| Brown, Hugh C. | 3:19-cv-06572 | USDC Northern District CA |
| Butterfield, Estel | 3:19-cv-05243 | USDC Northern District CA |
| Camarena, Fernando | 3:21-cv-05315 | USDC Central District CA |
| Carli, James | 3:20-cv-00653 | USDC Northern District CA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Carson, Gail | 3:20-cv-06238 | USDC Northern District CA |
| Castro, Fernando | 3:19-cv-03887 | USDC Northern District CA |
| Celedon, Carlos | 3:21-cv-01508 | USDC Central District CA |
| Chase, Doster | 3:20-cv-05368 | USDC Central District CA |
| Chavez, Livier | 3:20-cv-06775 | USDC Central District CA |
| Clawson-Roberts, Melanie L. | 3:19-cv-06573 | USDC Northern District CA |
| Clinker, Mark | 3:19-cv-06574 | USDC Northern District CA |
| Cobian, Manuel | 3:19-cv-07351 | USDC Central District CA |
| Cohen, Saul | 3:19-cv-03632 | USDC Northern District CA |
| Connell, Spirit | 3:19-cv-05244 | USDC Northern District CA |
| Cooper, Mitchell B. | 3:19-cv-06575 | USDC Northern District CA |
| Costa, Melvin | 3:19-cv-05245 | USDC Northern District CA |
| Crooks, Jeffrey | 3:19-cv-05027 | USDC Northern District CA |
| Degarmeaux, Bruce | 3:19-cv-07005 | USDC Northern District CA |
| Dula, Carrie | 3:20-cv-00654 | USDC Northern District CA |
| Fayette, William | 3:21-cv-02212 | USDC Northern District CA |
| Fermanian, Ara | 3:20-cv-02060 | USDC Central District CA |
| Ferris, Dennis | 3:19-cv-05077 | USDC Northern District CA |
| Fields, Eugene | 3:20-cv-03466 | USDC Northern District CA |
| Frost, Mike R. | 3:19-cv-06576 | USDC Northern District CA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Galapon, Dennis | 3:19-cv-07352 | USDC Eastern District CA |
| Garrott, Richard | 3:19-cv-05063 | USDC Northern District CA |
| Gerlach, Stan | 3:19-cv-05246 | USDC Northern District CA |
| Glatt, Aaron Leon | 3:20-cv-04649 | USDC Southern District CA |
| Gniadek, Alan | 3:19-cv-05249 | USDC Northern District CA |
| Goik, Justin | 3:19-cv-04812 | USDC Northern District CA |
| Gonzalez, Benito Ornelas | 3:20-cv-06198 | USDC Central District CA |
| Gordon, Andrew | 3:19-cv-05252 | USDC Northern District CA |
| Gray, Kenneth | 3:21-cv-06487 | USDC Northern District CA |
| Hammett, Richard L. | 3:21-cv-00273 | USDC Southern District CA |
| Hoefer, Henry | 3:19-cv-04901 | USDC Northern District CA |
| Hoffman, Robert | 3:19-cv-05253 | USDC Northern District CA |
| Holden, Walter | 3:19-cv-05085 | USDC Northern District CA |
| Hollander, Michael | 3:20-cv-03114 | USDC Northern District CA |
| Howell, John | 3:20-cv-00655 | USDC Northern District CA |
| Jenks, Ray | 3:19-cv-03591 | USDC Northern District CA |
| Johnson II, William | 3:19-cv-05095 | USDC Northern District CA |
| Johnson, Kenneth W. | 3:19-cv-06577 | USDC Northern District CA |
| Jones, Bobby | 3:19-cv-05256 | USDC Northern District CA |
| Kazee, Delbert | 3:19-cv-05043 | USDC Northern District CA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| King, Barbara J. | 3:19-cv-04531 | USDC Northern District CA |
| Kuehn, Nathan | 3:20-cv-00669 | USDC Northern District CA |
| Leath, Paul | 3:21-cv-02907 | USDC Central District CA |
| Lee, Phillip | 3:20-cv-00576 | USDC Northern District CA |
| Lindstrom, Dennis | 3:19-cv-05070 | USDC Northern District CA |
| Livermore, Steven | 3:19-cv-14850 | USDC Northern District CA |
| Lopez, Jose De Jesus Gonzalez | 3:20-cv-05888 | USDC Northern District CA |
| Martin, Derrick | 3:19-cv-07572 | USDC Southern District CA |
| Mau, Richard | 3:21-cv-05320 | USDC Eastern District CA |
| May, Randy E. | 3:19-cv-06578 | USDC Northern District CA |
| McCain, Oliver | 3:19-cv-05097 | USDC Northern District CA |
| McWilliams, Dean | 3:20-cv-07104 | USDC Northern District CA |
| Mead, William | 3:19-cv-04807 | USDC Northern District CA |
| Mendivil, Adam | 3:19-cv-05482 | USDC Northern District CA |
| Miller, Deborah | 3:19-cv-04946 | USDC Northern District CA |
| Miller, Donald | 3:21-cv-04219 | USDC Northern District CA |
| Moore, Ray | 3:19-cv-04974 | USDC Northern District CA |
| Morgenstern, Phyllis | 3:20-cv-05374 | USDC Central District CA |
| Morse, Evelyn | 3:19-cv-04948 | USDC Northern District CA |
| Mosely, Darrel | 3:19-cv-05088 | USDC Northern District CA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Mosso, Tammi | 3:19-cv-03718 | USDC Northern District CA |
| Munch, Daniel | 3:19-cv-04805 | USDC Northern District CA |
| Negley, Ralph | 3:20-cv-06219 | USDC Northern District CA |
| Niescierowicz, Mariola | 3:21-cv-05319 | USDC Central District CA |
| Olsen, James S. | 3:19-cv-06579 | USDC Northern District CA |
| Orellana, Jennifer | 3:21-cv-05625 | USDC Eastern District CA |
| Otte, Edward | 3:21-cv-05310 | USDC Central District CA |
| Petrie, David | 3:21-cv-01509 | USDC Central District CA |
| Pettit, Michael | 3:19-cv-05096 | USDC Northern District CA |
| Pike, John | 3:20-cv-08192 | USDC Northern District CA |
| Polsley, Darin | 3:20-cv-07107 | USDC Northern District CA |
| Porter, Martha Elva | 3:20-cv-05371 | USDC Central District CA |
| Radanovich, Lilian J. | 3:19-cv-06580 | USDC Northern District CA |
| Randall, Ricky | 3:20-cv-06352 | USDC Southern District CA |
| Rawson, Dona | 3:20-cv-01960 | USDC Central District CA |
| Rice, William | 3:19-cv-04941 | USDC Northern District CA |
| Rivera, Diane | 3:19-cv-04962 | USDC Northern District CA |
| Rolish, Lois | 3:20-cv-01421 | USDC Central District CA |
| Roybal, Shirley | 3:20-cv-06235 | USDC Northern District CA |
| Sandler, Sally | 3:20-cv-06187 | USDC Southern District CA |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Saunders, Virgenna | 3:19-cv-05053 | USDC Northern District CA |
| Schuch, Elizabeth | 3:20-cv-00707 | USDC Northern District CA |
| Schuch, Elizabeth | 3:20-cv-00953 | USDC Northern District CA |
| Schumacher, George | 3:20-cv-00713 | USDC Northern District CA |
| Scott, Allowishes | 3:19-cv-05093 | USDC Northern District CA |
| Singleton, Larry | 3:19-cv-05056 | USDC Northern District CA |
| Sipich, Barbara | 3:19-cv-06581 | USDC Northern District CA |
| Sparkman, George | 3:21-cv-06497 | USDC Southern District CA |
| Steen, Ronald W. | 3:19-cv-06582 | USDC Northern District CA |
| Stewart, Nina | 3:20-cv-00643 | USDC Northern District CA |
| Sullivan, Dan | 3:20-cv-03549 | USDC Northern District CA |
| Swartz, Arlen | 3:19-cv-04859 | USDC Northern District CA |
| Tanner, Carl B. | 3:19-cv-06583 | USDC Northern District CA |
| Trefry, Charleen | 3:19-cv-04921 | USDC Northern District CA |
| Vislocky, Peter E. | 3:19-cv-06794 | USDC Northern District CA |
| Vitale, Ralph | 3:19-cv-04919 | USDC Northern District CA |
| Voke, Susan | 3:20-cv-00742 | USDC Northern District CA |
| Waligura, Mark | 3:19-cv-04981 | USDC Northern District CA |
| Wallace, Joseph | 3:21-cv-01660 | USDC Southern District CA |
| Wallace, Joseph | 3:20-cv-05626 | USDC Southern District CA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Wilcome, Francis | 3:19-cv-04875 | USDC Northern District CA |
| Williams, Dale | 3:20-cv-00641 | USDC Northern District CA |
| Wilson, Doyle | 3:20-cv-00749 | USDC Northern District CA |
| Wright, Ralph | 3:21-cv-05622 | USDC Eastern District CA |
| Yetter, Glenn | 3:19-cv-06584 | USDC Northern District CA |
| Zanelli, Maryann | 3:20-cv-05373 | USDC Central District CA |
| Zimmer, Betty | 3:19-cv-04922 | USDC Northern District CA |

**Cases Transferred to the MDL from Colorado District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Boucher, Robert V. | 3:20-cv-01543 | USDC District of CO |
| Dinner, Marie Bernice | 3:20-cv-03360 | USDC District of CO |
| Hamilton, Joseph | 3:20-cv-03362 | USDC District of CO |
| Roth, Philip W. | 3:20-cv-01543 | USDC District of CO |
| Schlaak, Donna | 3:19-cv-07353 | USDC District of CO |

**Cases Transferred to the MDL from Connecticut District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Farrell, Eric | 3:20-cv-07321 | USDC District of CT |
| Kail, Daniel R. | 3:20-cv-08170 | USDC District of CT |

**Cases Transferred to the MDL from Hawaii District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Dixon, Lawrence D. | 3:19-cv-05885 | USDC District of HI |
| Kimura, Karl | 3:20-cv-00190 | USDC District of HI |
| Pullen, Howard | 3:19-cv-07462 | USDC District of HI |
| Witsell, Mark A. | 3:20-cv-07214 | USDC District of HI |

**Cases Transferred to the MDL from Idaho District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Bond, Andy | 3:21-cv-01506 | USDC District of ID |
| Funk, Carl | 3:20-cv-03928 | USDC District of ID |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Hall, III, Sherwood J. | 3:20-cv-03827 | USDC District of ID |
| Holt, Alvin | 3:21-cv-05795 | USDC District of ID |
| Kilborn, Rose | 3:20-cv-03304 | USDC District of ID |
| Simcoe, Doyt H. | 3:20-cv-04755 | USDC District of ID |
| Smith, David Kim | 3:20-cv-02719 | USDC District of ID |
| Taylor, Dallan | 3:19-cv-05979 | USDC District of ID |
| Ward, Jeffrey Lynn | 3:21-cv-02121 | USDC District of ID |
| Wolters, Lynda Jean | 3:17-cv-04486 | USDC District of ID |

**Cases Transferred to the MDL from Maryland District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Brown, Willie Leon | 3:20-cv-03765 | USDC District of MD |
| Carpita, Christopher | 3:20-cv-03598 | USDC District of MD |
| Dawkins, Lee L. | 3:20-cv-03826 | USDC District of MD |
| DeLuca, Joyce | 3:20-cv-01364 | USDC District of MD |
| Elliott, Richard | 3:20-cv-03227 | USDC District of MD |
| Frye, Martin | 3:21-cv-00039 | USDC District of MD |
| Gardella, Peter | 3:21-cv-00604 | USDC District of MD |
| Haren, Joseph A. | 3:20-cv-01585 | USDC District of MD |
| Hyman, Donna | 3:20-cv-03595 | USDC District of MD |
| Miller, Howard B. | 3:20-cv-01096 | USDC District of MD |
| Perkov, Cathy | 3:20-cv-00920 | USDC District of MD |

**Cases Transferred to the MDL from Minnesota District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Bertelson, Scott | 3:21-cv-05616 | USDC District of MN |
| Bjorklund, Keith G. | 3:19-cv-04681 | USDC District of MN |
| Christensen, David H. | 3:19-cv-04679 | USDC District of MN |
| Daulton, Patrick | 3:20-cv-08518 | USDC District of MN |
| Fridgen, Troy | 3:20-cv-07734 | USDC District of MN |
| Krenz, Dennis | 3:20-cv-03225 | USDC District of MN |
| Larsen, Charles W. | 3:19-cv-00004 | USDC District of MN |
| Larson, Michael S. | 3:19-cv-03815 | USDC District of MN |
| Laughlin, Mark D. | 3:19-cv-04016 | USDC District of MN |
| Martin, Noel | 3:19-cv-04229 | USDC District of MN |
| Nelson-Scheffler, Debbie L. | 3:19-cv-03788 | USDC District of MN |
| Roberts, Cindy | 3:20-cv-04841 | USDC District of MN |
| Sabraski, Jeff | 3:19-cv-03463 | USDC District of MN |
| Swaney, John F. | 3:19-cv-04680 | USDC District of MN |
| Weinmann, Janice | 3:21-cv-01328 | USDC District of MN |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Cases Transferred to the MDL from Montana District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
| --- | --- | --- |
| Anderson, Gary | 3:20-cv-01584 | USDC District of MT |
| Guiberson, Don | 3:20-cv-06780 | USDC District of MT |

**Cases Transferred to the MDL from Nebraska District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
| --- | --- | --- |
| Asher, Charles L. | 3:20-cv-07215 | USDC District of NE |
| Barr, M. James | 3:20-cv-06657 | USDC District of NE |
| Beyeler, Vet C. | 3:19-cv-04659 | USDC District of NE |
| Billingsley, Randall F. | 3:20-cv-04326 | USDC District of NE |
| Brumbaugh, Ronald D. | 3:19-cv-03030 | USDC District of NE |
| Corbett, Timothy M. | 3:20-cv-00118 | USDC District of NE |
| Dickerson, Davis W. | 3:21-cv-01825 | USDC District of NE |
| Frye, Jan R. | 3:20-cv-06346 | USDC District of NE |
| Goodwater, Donald Gene | 3:20-cv-06123 | USDC District of NE |
| Gothier, Michael Lewis | 3:20-cv-03442 | USDC District of NE |
| Hinkle, John | 3:20-cv-00841 | USDC District of NE |
| Hochstein, Marvin J. | 3:21-cv-00605 | USDC District of NE |
| Hueschen, Lee A. | 3:21-cv-04937 | USDC District of NE |
| Jecha, Ronald | 3:20-cv-03303 | USDC District of NE |
| Johnson, Frederick C. | 3:19-cv-08090 | USDC District of NE |
| Kaup, Michael N, | 3:20-cv-01070 | USDC District of NE |
| Kean, Joseph Eugene | 3:19-cv-08222 | USDC District of NE |
| Love, Roy Jabez | 3:20-cv-03306 | USDC District of NE |
| Marr, Bernadean M. | 3:20-cv-00116 | USDC District of NE |
| Moon, Steven | 3:19-cv-07530 | USDC District of NE |
| Parker, James F. | 3:20-cv-03307 | USDC District of NE |
| Pearson, Maureen | 3:20-cv-01763 | USDC District of NE |
| Pieper, Timothy Norbert | 3:20-cv-00272 | USDC District of NE |
| Pillen, Barbara | 3:20-cv-03449 | USDC District of NE |
| Prestito, Thomas | 3:20-cv-04223 | USDC District of NE |
| Rohe, Nancy Jo | 3:21-cv-00607 | USDC District of NE |
| Sachau, Kent | 3:20-cv-01071 | USDC District of NE |
| Sanchez, Sabas | 3:17-cv-03377 | USDC District of NE |
| Schlingman, Dawn L. | 3:20-cv-00117 | USDC District of NE |
| Schroeder, John | 3:20-cv-01275 | USDC District of NE |
| Schuman, James | 3:20-cv-03451 | USDC District of NE |
| Slagle, Mark | 3:20-cv-05964 | USDC District of NE |
| Snodgrass, Ronald Keith | 3:20-cv-00840 | USDC District of NE |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Stiver, Gary L. | 3:19-cv-07978 | USDC District of NE |
| Stockdale, William G. | 3:20-cv-06186 | USDC District of NE |
| Sutton, Pamela J. | 3:19-cv-05522 | USDC District of NE |
| Urbanek, Kathryn | 3:20-cv-06355 | USDC District of NE |
| Vollmar, Janice Lee | 3:20-cv-01764 | USDC District of NE |
| Volquardsen, Morris | 3:20-cv-01274 | USDC District of NE |
| Wilhelm, Jane | 3:20-cv-06356 | USDC District of NE |
| Wilson, Charles S. | 3:21-cv-03414 | USDC District of NE |
| Wolken, Eugene D. | 3:19-cv-07979 | USDC District of NE |
| Zach, Lawrence J. | 3:21-cv-03420 | USDC District of NE |

**Cases Transferred to the MDL from New Hampshire District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Allen, Frank | 3:19-cv-05381 | USDC District of NH |
| Becker, Sara | 3:19-cv-07238 | USDC District of NH |
| Concannon, James | 3:19-cv-05596 | USDC District of NH |
| Desmarais, Louis | 3:19-cv-08115 | USDC District of NH |
| Goodwin, Linda | 3:20-cv-01738 | USDC District of NH |
| Hallisey, Ann Marie | 3:19-cv-08116 | USDC District of NH |
| Joseph, Robert | 3:19-cv-04578 | USDC District of NH |
| Kryger, Michelle | 3:20-cv-04839 | USDC District of NH |
| Moore, Thomas | 3:20-cv-03366 | USDC District of NH |
| Nichols, Lee | 3:19-cv-08114 | USDC District of NH |
| Nichols, Roger | 3:20-cv-02718 | USDC District of NH |
| Parkhurst, John | 3:19-cv-05349 | USDC District of NH |
| Plummer, David | 3:19-cv-04580 | USDC District of NH |
| Rounds, Vernon | 3:19-cv-04579 | USDC District of NH |
| Sargent, David | 3:20-cv-01913 | USDC District of NH |
| Sheehan, Cynthia | 3:19-cv-05342 | USDC District of NH |

**Cases Transferred to the MDL from New Jersey District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Caccia, Michael J. | 3:20-cv-01915 | USDC District of NJ |
| Collins, James | 3:20-cv-01419 | USDC District of NJ |
| Diakogiannakis, Anastasio | 3:20-cv-08519 | USDC District of NJ |
| H., A. | 3:21-cv-04929 | USDC District of NJ |
| Laboy, Nazire | 3:21-cv-04468 | USDC District of NJ |
| Oehlmann, Michael | 3:20-cv-03067 | USDC District of NJ |
| Trufolo, JoAnn | 3:19-cv-06713 | USDC District of NJ |
| Vander Groef, Chris | 3:19-cv-07858 | USDC District of NJ |



**Cases Transferred to the MDL from New Mexico District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Berry, Jr., Edward J. | 3:20-cv-05963 | USDC District of NM |
| Brown, Virginia F. | 3:21-cv-04930 | USDC District of NM |
| Graves, Jack | 3:20-cv-01022 | USDC District of NM |
| Hedges, Roylee | 3:19-cv-05306 | USDC District of NM |
| Moomey, Eva | 3:20-cv-01311 | USDC District of NM |
| Rogers, Thomas G. | 3:20-cv-07221 | USDC District of NM |
| Rose, Katrina | 3:21-cv-03167 | USDC District of NM |
| Slominski, Edwin | 3:17-cv-05481 | USDC District of NM |

**Cases Transferred to the MDL from New York District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Badzinski, Daniel | 3:19-cv-06276 | USDC Western District NY |
| Barry, Mary Gail | 3:21-cv-03581 | USDC Southern District NY |
| Bauman III, Norman C. | 3:20-cv-01765 | USDC Western District NY |
| Boutelle, Marilyn | 3:20-cv-02717 | USDC Northern District NY |
| Broccolli, Silvo | 3:20-cv-03434 | USDC Eastern District NY |
| Bulger, Timothy M. | 3:20-cv-09072 | USDC Northern District NY |
| Catania, Anthony | 3:20-cv-03300 | USDC Eastern District NY |
| Chrisman, Margaret | 3:20-cv-06659 | USDC Western District NY |
| Dai, Christopher | 3:20-cv-03109 | USDC Eastern District NY |
| Fallon, Thomas I. | 3:20-cv-00248 | USDC Southern District NY |
| Faut, Todd V. | 3:20-cv-01021 | USDC Western District NY |
| Fitz, Jeffrey | 3:21-cv-03580 | USDC Southern District NY |
| Fox, Thomas | 3:20-cv-08847 | USDC Eastern District NY |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Gallo, Mark | 3:21-cv-01042 | USDC Eastern District NY |
| Geter, Franklin | 3:19-cv-08380 | USDC Southern District NY |
| Helmich, Gerald | 3:20-cv-05941 | USDC Western District NY |
| Hillpot, Francine | 3:20-cv-02425 | USDC Eastern District NY |
| Kearns, Kevin | 3:19-cv-06709 | USDC Eastern District NY |
| King, Joan | 3:20-cv-01098 | USDC Western District NY |
| Komm, Leon R. | 3:20-cv-06196 | USDC Western District NY |
| Lakso, Bruce | 3:20-cv-01101 | USDC Western District NY |
| Leys, David | 3:20-cv-01099 | USDC Western District NY |
| Liesinger, Fred | 3:21-cv-05221 | USDC Western District NY |
| Lincourt, Catherine | 3:21-cv-05317 | USDC Northern District NY |
| Nesbitt, John T. | 3:20-cv-03068 | USDC Western District NY |
| Nusbaum, Richard W. | 3:21-cv-05624 | USDC Western District NY |
| Pasternak, Gerald A. | 3:21-cv-05311 | USDC Western District NY |
| Pierce, Paul L. | 3:21-cv-05623 | USDC Western District NY |
| Pietrzak, Jr., David | 3:20-cv-01020 | USDC Western District NY |
| Porteus, Kevin | 3:20-cv-03309 | USDC Eastern District NY |
| Potter, Aaron | 3:20-cv-01102 | USDC Western District NY |
| Scotto, Ellen | 3:19-cv-03299 | USDC Eastern District NY |
| Sickler, Philip Stephan | 3:20-cv-00838 | USDC Northern District NY |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Simmons, Andrew C. | 3:20-cv-03311 | USDC Eastern District NY |
| Terriaca, Lucy | 3:19-cv-07210 | USDC Eastern District NY |
| Valdemira, Frances | 3:20-cv-01955 | USDC Eastern District NY |
| Vavara, Cynthia | 3:19-cv-08117 | USDC Eastern District NY |
| White, Kathleen | 3:20-cv-01100 | USDC Western District NY |

**Cases Transferred to the MDL from Nevada District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Burris, James | 3:21-cv-01337 | USDC District of NV |
| Embaan, Ben | 3:21-cv-01336 | USDC District of NV |
| Griffiths, Alyne | 3:20-cv-07736 | USDC District of NV |
| Hill, Belinda | 3:21-cv-01335 | USDC District of NV |
| Khal, Sami | 3:20-cv-09292 | USDC District of NV |
| Kimble, Nacole | 3:21-cv-01334 | USDC District of NV |
| LaBrocca, John | 3:21-cv-01333 | USDC District of NV |

**Cases Transferred to the MDL from Oregon District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Skundrick, Phillip | 3:18-cv-00223 | USDC District of OR |
| Van Der Zandan, Scott | 3:19-cv-08268 | USDC District of OR |
| Weeder, Tracie E. | 3:19-cv-05378 | USDC District of OR |

**Cases Transferred to the MDL from Utah District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Leibel, Ronald | 3:21-cv-05970 | USDC District of UT |
| McClellan, Michael | 3:19-cv-07906 | USDC District of UT |
| Poulsen, Mandi | 3:21-cv-03757 | USDC District of UT |
| Prince, Spencer L. | 3:21-cv-02127 | USDC District of UT |
| Zollinger, Courtney | 3:21-cv-04472 | USDC District of UT |

**Cases Transferred to the MDL from Virgin Island District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Rodgers, Roy | 3:21-cv-03297 | Virgin Islands - District of Virgin Islands |

**Cases Transferred to the MDL from Washington District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Angioi, Johnny Mickele | 3:20-cv-00583 | USDC Eastern District WA |
| Beavers, Jr., Ricky | 3:20-cv-08799 | USDC Western District WA |
| Gannon, Jason | 3:19-cv-08064 | USDC Eastern District WA |
| Hamilton, William | 3:20-cv-01024 | USDC Eastern District WA |
| Hickey III, James Terrence | 3:20-cv-00119 | USDC Eastern District WA |
| Klaveano, Jerry K. | 3:20-cv-00198 | USDC Eastern District WA |
| Kooi, Douglas | 3:20-cv-06656 | USDC Western District WA |
| Lindeblad, Gary G. | 3:20-cv-06781 | USDC Eastern District WA |
| Tostenrude, Kirk A. | 3:19-cv-07459 | USDC Western District WA |

Date: _____, 2021

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT