**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.Wagstaff@wagstafflawfirm.com
David J. Wool (SBN 324124)
David.Wool@wagstafflawfirm.com
940 N. Lincoln Street
Denver, CO 80203
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY 40208
Telephone: 502-717-4080

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 <br> ) Case No. 16-md-02741-VC <br> ) |
| THIS DOCUMENT RELATES TO: | ) **NOTICE OF SATISFACTION OF** <br> ) **JUDGMENT BY PLAINTIFF EDWIN** <br> ) **HARDEMAN** <br> ) |
| *HARDEMAN v. MONSANTO COMPANY,* <br> *Case No: 3:16-cv-00525-VC* | ) <br> ) <br> ) <br> ) |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLEASE TAKE NOTICE** that, following this Court's August 26, 2021 Second Amended Judgment under which, as of September 16, 2021, Plaintiff Edwin Hardeman is to recover the total amount of $26,937,226.30 from Defendant Monsanto Company, on September 16, 2021 Defendant Monsanto Company fully and finally satisfied said Second Amended Judgment by payment of the full amount to Plaintiff Edwin Hardeman, which includes all amounts that were owed by Defendant Monsanto Company as of the date of payment.

Dated: September 17, 2021                              **ANDRUS WAGSTAFF, PC**

                                                                               By */s/ Aimee Wagstaff*

|   |   |
|---|---|
| 1 | Aimee H. Wagstaff |
| 2 | David J. Wool |
|   | Attorneys for Plaintiff |
|   | EDWIN HARDEMAN |

Dated: September 17, 2021          **MOORE LAW GROUP, PLLC**

By */s/ Jennifer Moore*
Jennifer A. Moore
Attorneys for Plaintiff
EDWIN HARDEMAN

NOTICE OF SATISFACTION OF JUDGMENT                         Case No: 3:16-cv-00525-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of September 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff