UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 2741 ) |
| | ) Case No. 3:16-md-02741-VC |
| This document relates to: | ) ) |
| Patrick Cornforth v. Monsanto Company | ) ) |
| Case No. 3:20-cv-00491-VC | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs and fees.

Executed this 24th day of August 2021.

| | |
|---|---|
| Suzanne Skolnick, Esq. suzanne@skolnicklawgroup.com SKOLNICK LAW, A PROFESSIONAL LAW CORPORATION 2170 S. El Camino Real, #215 Oceanside, CA 92054 Telephone: 760-585-7092 Mobile: 760-405-4397 Facsimile: 760-585-4676 | /s/Joe G. Hollingsworth Joe G. Hollingsworth (pro hac vice) jhollingsworth@hollingsworthllp.com Eric G. Lasker (pro hac vice) elasker@hollingsworthllp.com HOLLINGSWORTH LLP 1350 I Street, N.W. Washington, DC 20005 Telephone: (202) 898-5800 Facsimile: (202) 682-1639 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT MONSANTO COMPANY |

- 1 -
STIPULATION OF DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

This is to certify that service of this document was made pursuant to the Court's electronic filing procedures on this __17th__ day of __September__ 2021, via the ECF document system.

*Suzanne Skolnick*

- 2 -
STIPULATION OF DISMISSAL WITH PREJUDICE