**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| Patrick Cornforth v. Monsanto Company | |
| Case No. 3:20-cv-00491-VC | |

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Stipulation of the parties, and good cause appearing;

IT IS HEREBY ORDERED that Plaintiff Patrick Cornforth's Complaint in the above-entitled action be DISMISSED with prejudice, the parties to bear their respective costs and fees.

Dated: _____          _____

Hon. Vince Chhabria

- 1 -

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE