1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs

2  600 Travis Street, Suite 3400
Houston, TX 77002-2026

3  Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508

4  Email:        jstubbs@shb.com

5  *Attorneys for Defendant*
*MONSANTO COMPANY*

6                          UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8   IN RE: ROUNDUP PRODUCTS                    MDL No. 2741
    LIABILITY LITIGATION
9                                              Case No. 3:16-md-02741-VC

10  This document relates to:

11

    *Bernice Williams v. Monsanto Co.,*
12  Case No. 3:21-cv-05973-VC

13

14        **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

    ("Monsanto") makes the following disclosures:
16
          1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
17
          2.     Bayer AG is a publicly held corporation.
18

19  DATED: September 17, 2021.                      Respectfully submitted,

20                                              SHOOK, HARDY & BACON L.L.P.

21
                                                BY: */s/ Jennise W. Stubbs*
22                                                  Jennise W. Stubbs
                                                    600 Travis Street, Suite 3400
23                                                  Houston, TX 77002-2926
                                                    Telephone:   (713) 227-8008
24                                                  Facsimile:    (713) 227-9508
                                                    Email:        jstubbs@shb.com
25

26                                              *Attorneys for Defendant*
                                                *MONSANTO COMPANY*
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on the 17th day of September, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC  & 3:21-cv-05973-VC