**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This document relates to ALL WAVE 3 CASES: | **DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON NON-CAUSATION GROUNDS** |
| *Blair v. Monsanto Co.*, 3:19-cv-07984-VC
*Chapman v. Monsanto Co.*, 3:20-cv-01277-VC
*Denkins v. Monsanto Co.*, 3:20-cv-03301-VC
*Garza v. Monsanto Co.*, 3:20-cv-06988-VC
*Koen v. Monsanto Co.*, 3:20-cv-03074-VC
*Powell v. Monsanto Co.*, 3:20-cv-05623-VC
*Savory v. Monsanto Co.*, 3:20-cv-02403-VC
*Schaffner v. Monsanto Co.*, 3:19-cv-07526-VC
*Schroeder v. Monsanto Co.*, 3:20-cv-06126-VC
*Solis v. Monsanto Co.*, 3:20-cv-07391-VC
*Spector v. Monsanto Co.*, 3:20-cv-05532-VC
*Thomas v. Monsanto Co.*, 3:20-cv-08051-VC
*Vosper v. Monsanto Co.*, 3:19-cv-05525-VC | |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** beginning on TBD, in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, or as ordered by the Court, Defendant Monsanto Company ("Monsanto") will present its Motion for Summary Judgment on Non-Causation Grounds.  Monsanto seeks an order granting summary judgment for Monsanto.

Dated:  September 17, 2021                    Respectfully submitted,

                                                               **BRYAN CAVE LEIGHTON PAISNER LLP**

                                                              */s/ Jed P. White*
                                                              Jed P. White
                                                              Attorneys for Defendant Monsanto Company

Monsanto hereby moves for summary judgment on non-causation grounds in the above-captioned Wave 3 cases. Consistent with the Court's repeated instructions not to re-litigate issues previously ruled upon by the Court, but in order to fully preserve the appellate record, Monsanto hereby incorporates the following pleadings that were filed on the MDL docket:[1]

- Monsanto's Motion for Summary Judgment on Non-Causation Grounds (ECF #2419)
- Monsanto's Reply in Support of Motion for Summary Judgment on Non-Causation Grounds (ECF #2634)
- Monsanto's Motion for Summary Judgment on Non-Causation Grounds (Wave 2) (ECF # 12785)

Monsanto moves for summary judgment on the following grounds and incorporates the full record raised in those pleadings:

- Plaintiffs' warning-based claims are expressly preempted
- Plaintiffs' claims are preempted under impossibility preemption
- Plaintiffs' warning claims should be dismissed because the alleged cancer risks were not known or knowable by the scientific community at the time of distribution
- Plaintiffs have not demonstrated a right to seek punitive damages in this case.[2]

---

[1] Monsanto is filing motions for summary judgment on various grounds in individual Wave 3 cases, but files this separate motion ton select issues that have previously been ruled upon by the court in accordance with the Court's instructions.

[2] Like California law, Texas law and Pennsylvania law require a showing of aggravating factors such as malice or oppression before a plaintiff can recover punitive damages. *See*, *e.g.*, *Celanese Ltd. V. Chem. Waste Mgmt., Inc.*, 75 S.W.3d 593, 600 (Tex. App. 2002) ("Exemplary damages are available for the purpose of punishing a defendant for outrageous, malicious, or otherwise morally culpable conduct."); *Hall v. Episcopal Long Term Care*, 54 A.3d 381, 395 (Pa. Super. 2012) (punitive damages are only available in the most exceptional circumstances, "due to either the defendant's evil motive or his reckless indifference to the rights of others."). The Wave 3 plaintiffs cannot meet this burden for the reasons Monsanto has identified in prior briefing. *See*, *e.g.*, ECF No. 2419 at 17-21; ECF No. 12785.

- 1 -

By incorporating by reference its prior filings, Monsanto is in no way waiving any of the arguments raised therein.

Dated:  September 17, 2021               Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Jed P. White*
Jed P. White
Attorneys for Defendant Monsanto Company

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2386. My email address is raul.morales@bclplaw.com.

On September 17, 2021, I served the foregoing document(s), described as: **DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON NON-CAUSATION GROUNDS** on each interested party in this action, as follows:

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court, or by another manner as authorized by FED. R. CIV. P. 5.

Executed on September 17, 2021, at Santa Monica, California.

☒ FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Raul Morales*
Raul Morales