**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to ALL WAVE 3 CASES:<br><br>*Blair v. Monsanto Co.*, 3:19-cv-07984-VC<br>*Chapman v. Monsanto Co.*, 3:20-cv-01277-VC<br>*Denkins v. Monsanto Co.*, 3:20-cv-03301-VC<br>*Garza v. Monsanto Co.*, 3:20-cv-06988-VC<br>*Koen v. Monsanto Co.*, 3:20-cv-03074-VC<br>*Powell v. Monsanto Co.*, 3:20-cv-05623-VC<br>*Savory v. Monsanto Co.*, 3:20-cv-02403-VC<br>*Schaffner v. Monsanto Co.*, 3:19-cv-07526-VC<br>*Schroeder v. Monsanto Co.*, 3:20-cv-06126-VC<br>*Solis v. Monsanto Co.*, 3:20-cv-07391-VC<br>*Spector v. Monsanto Co.*, 3:20-cv-05532-VC<br>*Thomas v. Monsanto Co.*, 3:20-cv-08051-VC<br>*Vosper v. Monsanto Co.*, 3:19-cv-05525-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF WAVE 3 PLAINTIFFS' GENERAL CAUSATION EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** beginning on TBD, in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, or as ordered by the Court, Defendant Monsanto Company ("Monsanto") will present its Motion to Exclude Testimony of Wave 3 Plaintiffs' General Causation Experts Under Rule 702 and for Summary Judgment on Causation Grounds. Monsanto seeks an order excluding opinion of these witnesses under Federal Rule of Evidence 702.

Dated: September 17, 2021                      Respectfully submitted,

                                                    **BRYAN CAVE LEIGHTON PAISNER LLP**

                                                   */s/ Jed P. White*
                                                   Jed P. White
                                                   Attorneys for Defendant Monsanto Company

The Wave 3 Plaintiffs disclosed four experts on the issue of general causation: Dr. Christopher Portier, Dr. Beate Ritz, Dr. Dennis Weisenburger, and Dr. Charles Jameson. *See* Declaration of Jed White, Ex. A, Plaintiffs' Expert Disclosures – General Causation (June 29, 2021). For all four experts, Plaintiffs incorporated by reference the experts' reports and/or testimony in prior Roundup litigation cases. *Id.* Monsanto hereby moves to exclude Plaintiffs' general causation experts under Federal Rule of Evidence 702 and for summary judgment for failure to establish causation in the above-captioned cases.

Consistent with the Court's instructions not to re-litigate issues previously ruled upon by the Court, but in order to fully preserve the appellate record, Monsanto hereby incorporates the following pleadings that were filed on the MDL docket:

- Monsanto Company's Daubert and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #545)
- Monsanto Company's Reply in Support of its Daubert and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #681)
- Monsanto Company's Supplemental Memorandum of Points and Authorities Regarding Andreotti et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, Journal of the National Cancer Institute (2018) in Support of its *Daubert* and Summary Judgment Motion (ECF #1137)
- Monsanto Company's Notice of Supplemental Authority in Support of its *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #1158)
- Monsanto Company's Supplemental Daubert Memorandum Regarding Dr. Dennis Weisenburger's Testimony Regarding Epidemiology Evidence (ECF #1539)
- Monsanto Company's Motion to Exclude Testimony of Chadi Nabhan, Andrei Shustov, and Dennis Weisenburger on Daubert Grounds (ECF #2420)

- Monsanto's Reply in Support of Monsanto's Motion to Exclude Testimony of Chadi Nabhan, Andrei Shustov, and Dennis Weisenburger on Daubert Grounds (ECF #2525)
- Monsanto's Motion to Exclude Factual Testimony About IARC from Dr. Charles Jameson (ECF # 8007) and Reply in Support (ECF # 8528)
- Monsanto's Motion to Exclude Testimony of (Wave 2) Plaintiffs' Experts Under Rule 702 and for Summary Judgment on Causation Grounds (ECF #12782)

By incorporating by reference its prior filings, Monsanto is in no way waiving any of the arguments raised therein.

In accordance with Pretrial Order No. 202, Monsanto also expressly preserves its right to file new motions to exclude these experts after the above-captioned cases are transferred to their home districts for trial, including raising case-specific arguments and/or additional arguments not previously raised.

Dated:  September 17, 2021                    Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Jed P. White*
Jed P. White
Attorneys for Defendant Monsanto Company

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2386. My email address is raul.morales@bclplaw.com.

On September 17, 2021, I served the foregoing document(s), described as: **DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF WAVE 3 PLAINTIFFS' GENERAL CAUSATION EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** on each interested party in this action, as follows:

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court, or by another manner as authorized by FED. R. CIV. P. 5.

Executed on September 17, 2021, at Santa Monica, California.

☒ FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Raul Morales
Raul Morales