## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 2741 |
| | : | |
| ROUNDUP PRODUCTS LIABILITY | : | CASE NO. 3:16-md-02741-VC |
| LITIGATION | : | |
| | : | **ADMINISTRATIVE MOTION TO FILE** |
| This document relates to: | : | **UNDER SEAL** |
| | : | |
| Renae L. Kirsch, Executrix of the Estate of | : | |
| John C. Kirsch, deceased, et al. v. Monsanto | : | |
| Co., | : | |
| Case No. 3:18-cv-00064-VC | : | |

Pursuant to Local Civil Rules 79-5 and 7-11 of the Northern District of California,

plaintiff hereby files this Administrative Motion to File Under Seal.

### I. ACTION REQUESTED

A ruling on whether the full, unredacted Petition for Approval of Compromise of

Wrongful Death/Survival Action Pursuant to Pa. C.S.A. Section 3323, and its attachments, may

be filed under seal.

### II. REASONS SUPPORTING THE REQUEST

Pursuant to the Confidentiality Order in place for MDL 2741, any party wishing to use a

document designated "confidential," in support of a motion must file an Administrative Motion

such as this, to determine whether filing under seal is appropriate.  This action was originally

filed in the U.S. District Court for the Eastern District of Pennsylvania under Pennsylvania law.

Plaintiff and defendant have settled the above captioned Wrongful Death/Survival Action.

Pennsylvania law requires court approval of the settlement of the survival claim and the

apportionment of the settlement proceeds between the wrongful death and survival actions.  *In re*

*Estate of Merryman*, 669 A.2d 1059, 16 Fiduc. Rep. 2D 101 (Pa. Cmwlth 1995); *Moore v Gates*,

580 A.2d 1138, 398 Pa. Super. 211 (1990), *appeal denied*, 527 Pa. 617.

1

Pursuant to 20 Pa. C.S.A. Section 3323 Pennsylvania law provides in Section (b)(1) that:

> *Whenever it is desired to compromise or settle an action in which damages are sought to be recovered on behalf of an estate, any court or division thereof in which such action is pending and which has jurisdiction thereof may, upon oral motion by plaintiff's counsel of record in such action, or upon petition by the personal representative of such decedent, make an order approving such compromise or settlement. Such order may approve an agreement for the payment of counsel fees and other proper expenses incident to such action.*

Section 3323 also continues in Paragraph (b)(3): "The personal representative shall file a copy of the order of the court approving such compromise or settlement in the office of the Register of Wills or Clerk of the Court having jurisdiction of the estate." The court having jurisdiction over the estate of John C. Kirsch is the Berks County Court of Common Pleas in Pennsylvania. Defendant's proposed "Confidential Release, Indemnity, Assignment, and Settlement Agreement and Covenant Not to Sue" contains a confidentiality provision prohibiting the disclosure of the terms of the settlement. In order to obtain an Order approving the settlement for filing in the Berks County Court of Common Pleas, it is necessary for plaintiff to file the Petition for Approval of Compromise of the Wrongful Death/Survival Action under seal.

## III. CONCLUSION

For the foregoing reasons, plaintiff seeks permission to file the Petition for Approval of Compromise of a Wrongful Death/Survival Action, and the accompanying exhibits, under seal,

2

for the purpose of obtaining Court approval of the settlement and the required Court Order for filing in the Berks County Court of Common Pleas in Pennsylvania.

Respectfully submitted,

Dated:  September 20, 2021

By: _____
Daniel E. P. Bausher / Atty ID #29980
STEVENS & LEE
111 North Sixth Street
Reading, PA 19603
Phone:  (610) 478-2207
Fax:  (610) 988-0802
Email:  daniel.bausher@stevenslee.com

*Attorneys for Petitioner, Renae L. Kirsch,*
*Executrix of the Estate of John C. Kirsch, and*
*Renae L. Kirsch, individually, in her own right*

3

## CERTIFICATE OF SERVICE

I, DANIEL E. P. BAUSHER, ESQUIRE, certify that on this date, I served a certified true and correct copy of the foregoing Administrative Motion to File Under Seal upon the following by e-mail and by depositing the same in the United States mail, postage prepaid, addressed as follows:

Hollingsworth LLP
Joe G. Hollingsworth, Esq.
Eric G. Lasker, Esq.
1350 I Street, NW
Washington, DC 20005
email: jhollingsworth@hollingsworthllp.com
email: elasker@hollingsworthllp.com

Joseph H. Blum, Esquire
Shook, Hardy & Bacon LLP
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
email: JBLUM@shb.com

John P. Fedorko, Esquire
EXL Service
111 Ryan Court
Suite 300
Pittsburgh, PA 15205
email: John.Fedorko@exlservice.com

Pennsylvania Department of Revenue
Wrongful Death/Survival Action Request
PA Department of Revenue
Inheritance Tax Division
P.O. Box 280601
Harrisburg, PA 17128-0601
U.S. mail and email: RA-WDSAsettlement@pa.cgov

Brandon J. Kirsch
6 Antietam Drive
Birdsboro, PA 19508

1

Jessica D. Kirsch
6 Antietam Drive
Birdsboro, PA  19508

Date:  September 20, 2021