## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 2741 |
| | : | |
| ROUNDUP PRODUCTS LIABILITY LITIGATION | : | CASE NO. 3:16-md-02741-VC |
| | : | |
| | : | **DECLARATION PURSUANT TO CIVIL** |
| This document relates to: | : | **L.R. 7-11(a)** |
| | : | |
| Renae L. Kirsch, Executrix of the Estate of | : | |
| John C. Kirsch, deceased, et al. v. Monsanto | : | |
| Co., | : | |
| Case No. 3:18-cv-00064-VC | : | |

I, DANIEL E.P. BAUSHER, declare:

1. I am co-counsel for the plaintiff in the above captioned matter along with attorney Jeffrey D. Bukowski, Esquire. I make this declaration in support of the above Administrative Motion to File Under Seal. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. The proposed Petition for Approval of Compromise of Wrongful Death/Survival Action Pursuant to 20 Pa. C.S.A. Section 3323 provides the details of the proposed settlement between the parties in this action, including information deemed confidential by Monsanto, more specifically:

   1. The fact of a settlement between the parties.

   2. The terms of the settlement between the parties including the amount to be paid.

3. Pennsylvania law requires under 20 PA C.S.A. Section 3323 that any settlement of an action pending on behalf of an estate may be approved by any court having jurisdiction thereof and that the Order approving the settlement be filed in the office of the Register of Wills or Clerk of the Court having jurisdiction over the estate.

1

SL1 1706251v1 111294.00001

4. Plaintiffs and defendants have met and conferred in good faith and have agreed that a Court Order is necessary to approve the settlement, the allocation of the settlement proceeds, and for notification purposes for filing with the Register of Wills in Berks County, Pennsylvania.

5. I declare under penalty of perjury that the forgoing is true and correct.

Dated:  September 20, 2021                    By: _____

Daniel E. P. Bausher / Atty ID #29980
STEVENS & LEE
111 North Sixth Street
Reading, PA 19603
Phone:  (610) 478-2207
Fax:  (610) 988-0802
Email:  daniel.bausher@stevenslee.com

2