UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | : MDL NO. 2741 |
| ROUNDUP PRODUCTS LIABILITY LITIGATION | : CASE NO. 3:16-md-02741-VC |
| This document relates to: | : STIPULATION OF THE PARTIES |
| Renae L. Kirsch, Executrix of the Estate of John C. Kirsch, deceased, et al. v. Monsanto Co., Case No. 3:18-cv-00064-VC | : |

Undersigned counsel on behalf of their respective clients hereby agree that the Petition for Approval of Compromise of a Wrongful Death/Survival Action Pursuant to 20 Pa. C.S.A. Section 3323 be filed under seal in order to obtain court approval of the settlement.

Dated: Sept 20, 2021

By: _____
Daniel E. P. Bausher / Atty ID #29980
STEVENS & LEE
111 North Sixth Street
Reading, PA 19603
Phone: (610) 478-2207
Fax: (610) 988-0802
Email: daniel.bausher@stevenslee.com

*Attorneys for Plaintiff*

Dated: 9.20.2021

By: _____
Joseph H. Blum, Esquire
Shook, Hardy & Bacon LLP
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Email: JBLUM@shb.com

*Attorneys for Defendant*

SL1 1706226v1 111294.00001