UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL NO. 2741 |
| ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NO. 3:16-md-02741-VC |
| This document relates to: | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE THE PLAINTIFF'S PETITION FOR APPROVAL OF COMPROMISE UNDER SEAL** |
| Renae L. Kirsch, Executrix of the Estate of John C. Kirsch, deceased, et al. v. Monsanto Co., Case No. 3:18-cv-00064-VC | |

## ORDER

AND NOW, this ____ day of _____, 2021, having considered the Administrative Motion to File under seal, it is hereby ORDERED as follows:

1. Plaintiff's Administrative Motion to File the Petition for Approval of Compromise of Wrongful Death/Survival Action pursuant to 20 Pa. C.S.A. Section 3323 Under Seal is granted; and

2. Plaintiff shall file an unredacted copy of the aforesaid Petition for Approval of Compromise, with exhibits thereto, in the public docket within seven days of today's date.

Dated: _____        By: _____
                                       Vince Chhabria
                                       United States District Judge

SL1 1706228v1 111294.00001