**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>*Spector, et al. v. Monsanto, Co.*, No.3:20-cv-05532 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing:**<br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 4 |

I, Jed P. White, hereby declare as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion for Summary Judgment on all claims. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 are true and correct excerpts of the deposition transcript of Plaintiff Beth Spector.

3. Annexed hereto as Exhibit 2 are true and correct excerpts of the deposition transcript of Plaintiff Chuck Spector.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 20th day of September 2022, in Santa Monica, California.

/s/ Jed P. White
Jed P. White

1

WHITE DECLARATION IN SUPPORT OF MONSANTO'S MOTION FOR SUMMARY JUDGMENT
*SPECTOR, ET AL. V. MONSANTO, CO.*, NO. 3:20-CV-05532

# EXHIBIT 1

Beth Spector

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2

 3

 4
    IN RE: ROUNDUP PRODUCTS
 5  LIABILITY LITIGATION

 6  This document relates to:     ) MDL No. 2741
    Beth Spector and Chuck Spector)
 7  wife and husband,             ) Case No. 16-md-02741-VC
    v. Monsanto Company           )
 8  Case No. 3:20-cv-05532        )

 9

10

11              TUESDAY, FEBRUARY 2, 2021

12        Videotaped deposition of Beth Spector,

13  conducted at the 1500 Gateway Boulevard, Suite 202,

14  Boynton Beach, Florida, 33426, commencing at 9:11 a.m.,

15  on the above date, before Dianne N. Sarkisian, Certified

16  Shorthand Reporter and Registered Professional Reporter.

17

18            GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
19                  deps@golkow.com

20

21

22

23

24

25
```

```
 1   APPEARANCES:
 2           MARC G. BRECHER, ESQUIRE
             Wapner Newman
 3           2000 Market Street
             Suite 2750
 4           Philadelphia, Pennsylvania  19103
             (215) 569-0900
 5           brecherm@wnwlaw.com
 6              Appearing on behalf of the Plaintiffs.
 7
 8
             MIHAI M. VRASMASU, ESQUIRE
 9           Shook, Hardy & Bacon, LLP
             201 South Biscayne Boulevard
10           Miami Center, Suite 3200
             Miami, Florida  33131
11           (305) 358-5171
             mvrasmasu@shb.com
12
                Appearing on behalf of the Defendant.
13
14   ALSO PRESENT:
15           Edwin Aragon, Video Technician
             Charles Spector
16
17
18
19
20
21
22
23
24
25
```

Beth Spector

```
 1                        INDEX
 2   Witness                                    Page
     Beth Spector
 3
 4   DIRECT EXAMINATION
     BY MR. VRASMASU:                              5
 5
 6
 7
                         EXHIBITS
 8
 9   Exhibit                                    Page
     (Exhibits attached to transcript.)
10
     DEFENDANT'S EXHIBIT 1, DEFENDANT             16
11   MONSANTO COMPANY'S NOTICE TO TAKE
     ORAL DEPOSITION OF PLAINTIFF BETH
12   SPECTOR
13   DEFENDANT'S EXHIBITS, 2-5,                  125
     PHOTOGRAPHS
14
     DEFENDANT'S EXHIBIT 6, PLAINTIFF FACT       245
15   SHEET
16   DEFENDANT'S EXHIBIT 7, FIRST AMENDED        245
     PLAINTIFF FACT SHEET
17
     DEFENDANT'S EXHIBIT 8, CIVIL ACTION         252
18   COMPLAINT AND DEMAND FOR JURY TRIAL
19
20
21
22
23
24
25
```

Beth Spector

```
 1    Boynton Beach, Florida
 2    Tuesday, February 2, 2021
 3    9:11 a.m.
 4                    ***
 5              VIDEO TECHNICIAN:  We are now on the
 6    record.  The time is 9:11 a.m.  Today's date is
 7    February 2nd, 2021.  This is the video deposition
 8    of Beth Spector, in the matter of Beth Spector and
 9    Charles Spector, wife and husband, versus Monsanto
10    Company.  The videographer is Edwin Aragon.  The
11    court reporter is Dianne Sarkisian.  We are on
12    behalf of Golkow Litigation Services.  This video
13    deposition is taking place at 1500 Gateway
14    Boulevard, Suite 220, Boynton Beach, Florida,
15    33426.
16              Now, Counsel, please identify yourself
17    and state whom you represent.
18              MR. BRECHER:  Marc Brecher for Beth
19    Spector and Chuck Spector.
20              MR. VRASMASU:  Good morning.  My name is
21    Mihai Vrasmasu with Shook, Hardy & Bacon for
22    Defendant, Monsanto.
23              VIDEO TECHNICIAN:  Would the court
24    reporter please swear in the witness.
25              COURT REPORTER:  Ma'am?
```

```
 1                THE WITNESS:  Yes.
 2                COURT REPORTER:  Raise your right hand,
 3     please.
 4                (Witness complied.)
 5                COURT REPORTER:  Do you swear, the
 6     testimony you're about to give is the truth, the
 7     whole truth, and nothing but the truth?
 8                THE WITNESS:  I do.
 9                COURT REPORTER:  Thank you, ma'am.
10                    BETH SPECTOR,
11     was thereupon called as a witness herein, and after
12     having first been duly sworn or affirmed to testify
13     to the truth, was examined and testified as follows:
14                   DIRECT EXAMINATION
15   BY MR. VRASMASU:
16        Q.   Good morning, Ms. Spector.
17        A.   Good morning.
18        Q.   As I mentioned before we started, my
19     name is Mihai.  I'll be taking your deposition
20     today, and I represent the Defendant, Monsanto.
21     Do you understand?
22        A.   Yes.
23        Q.   Would you please state and spell your
24     full name for the record?
25        A.   My name Beth, B-e-t-h; Spector,
```

```
 1         Q.   -- in your garage?
 2         A.   (No Response.)
 3         Q.   Any pesticides or rodenticides stored in
 4    your garage?
 5         A.   No.
 6         Q.   Other than wax and Windex, what other
 7    chemicals were stored in your garage?
 8         A.   None, that I know of.
 9         Q.   When -- strike that.  Did you ever read
10    the label on the Roundup product that you used?
11         A.   No.
12         Q.   Did you ever read the labels on any of
13    the Roundup products that were used at your
14    property in Pennsylvania?
15         A.   No.
16         Q.   So let's now talk about your use of
17    Roundup at the Pennsylvania location.  How often
18    did you use Roundup at the Pennsylvania property?
19         A.   Once or twice a week.
20         Q.   And was this the case for the entire
21    time that you lived there on a permanent basis?
22         A.   Yes.
23         Q.   Now, you did not use Roundup on a year-
24    around basis, correct?
25         A.   Correct.
```

```
 1                    CERTIFICATE OF OATH
 2
 3   THE STATE OF FLORIDA)
 4   COUNTY OF MIAMI-DADE)
 5
 6             I, Dianne N. Sarkisian, CSR, Certified
 7   Shorthand Reporter, in my capacity as a Notary Public of
 8   the State of Florida at Large, authorized to administer
 9   oaths on this 2nd day of February 2021, at 9:11 AM,
10   certify that BETH SPECTOR personally appeared before me
11   and took an oath or affirmation for the purpose of
12   giving testimony in the above-entitled matter.
13
14
15
16                    _____
17                    Dianne N. Sarkisian
                      Notary Public - State of Florida
18                    My Commission No. GG 959678
                      Expires:  02-18-2024
19
20
21
22
23
24
25
```

# EXHIBIT 2

Charles Spector

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2

 3

 4
    IN RE: ROUNDUP PRODUCTS
 5  LIABILITY LITIGATION

 6  This document relates to:    ) MDL No. 2741
    Beth Spector and Chuck Spector)
 7  wife and husband,             ) Case No. 16-md-02741-VC
    v. Monsanto Company           )
 8  Case No. 3:20-cv-05532        )

 9

10

11              TUESDAY, FEBRUARY 2, 2021
12         Videotaped deposition of Charles (Chuck)
13  Spector, conducted at the 1500 Gateway Boulevard, Suite
14  202, Boynton Beach, Florida, commencing at 4:12 p.m., on
15  the above date, before Dianne N. Sarkisian, Certified
16  Shorthand Reporter and Registered Professional Reporter.
17
18              GOLKOW LITIGATION SERVICES
                877.370.3377 ph | 917.591.5672 fax
19                    deps@golkow.com
20
21
22
23
24
25
```

Charles Spector

```
 1   APPEARANCES:
 2            MARC G. BRECHER, ESQUIRE
              Wapner Newman
 3            2000 Market Street
              Suite 2750
 4            Philadelphia, Pennsylvania  19103
              (215) 569-0900
 5            brecherm@wnwlaw.com
 6                 Appearing on behalf of the Plaintiffs.
 7
 8
              MIHAI M. VRASMASU, ESQUIRE
 9            Shook, Hardy & Bacon, LLP
              201 South Biscayne Boulevard
10            Miami Center, Suite 3200
              Miami, Florida  33131
11            (305) 358-5171
              mvrasmasu@shb.com
12
                   Appearing on behalf of the Defendant.
13
14   ALSO PRESENT:
15            Edwin Aragon, Video Technician
              Beth Spector
16
17
18
19
20
21
22
23
24
25
```

```
 1                         INDEX
 2   Witness                                      Page
     Charles Spector
 3
 4   DIRECT EXAMINATION
     BY MR. VRASMASU:                                5
 5
 6
 7
                           EXHIBITS
 8
 9   Exhibit                                       Page
     (Exhibits attached to transcript.)
10
     DEFENDANT'S EXHIBIT 1, DEFENDANT                15
11   MONSANTO COMPANY'S NOTICE TO TAKE
     ORAL AND VIDEOTAPED DEPOSITION OF
12   PLAINTIFF CHUCK SPECTOR
13   DEFENDANT'S EXHIBIT 2, PHOTOGRAPHS              20
14   DEFENDANT'S EXHIBIT 3, PHOTOGRAPHS              20
15
16
17
18
19
20
21
22
23
24
25
```

Charles Spector

```
 1    Boynton Beach, Florida
 2    Tuesday, February 2, 2021
 3    4:12 p.m.
 4                         ***
 5              VIDEO TECHNICIAN:  We are now on the
 6    record.  The time is 4:12 p.m.  Today's date is
 7    February 2nd, 2021.  This is the video deposition
 8    of Chuck Spector in the matter of Beth Spector and
 9    Chuck Spector, wife and husband, versus Monsanto
10    Company.  The videographer is Edwin Aragon.  The
11    court reporter is Dianne Sarkisian.  We are on
12    behalf of Golkow Litigation Services.  This video
13    deposition is taking place at 1500 Gateway
14    Boulevard, Suite 220, Boynton Beach, Florida,
15    33426.
16              Now, Counsel, please identify yourself
17    and state whom you represent.
18              MR. BRECHER:  Marc Brecher for Beth and
19    Chuck Spector.
20              MR. VRASMASU:  Good afternoon.  Mihai
21    Vrasmasu with Monsanto.
22              VIDEO TECHNICIAN:  Would the court
23    reporter please swear in the witness.
24              COURT REPORTER:  Sir, I'll swear you in
25    under oath.
```

```
 1                  Do you swear, the testimony you're about
 2       to give is the truth, the whole truth, and nothing
 3       but the truth?
 4                  THE WITNESS:  I do.
 5                  COURT REPORTER:  Thank you.
 6                   CHARLES (CHUCK) SPECTOR,
 7       was thereupon called as a witness herein, and after
 8       having first been duly sworn or affirmed to testify
 9       to the truth, was examined and testified as follows:
10                       DIRECT EXAMINATION
11    BY MR. VRASMASU:
12            Q.   Well, good afternoon, sir.
13            A.   Good afternoon.
14            Q.   It's been a long day, but here we are.
15       It's your turn.
16            A.   Getting to the truth.  Getting to the
17       end here.
18            Q.   Would you please first state and spell
19       your name for the record.
20            A.   It's Charles (Chuck) Spector.  It's
21       C-h-a-r-l-e-s, S-p-e-c-t-o-r.
22            Q.   Have you ever gone by any other names?
23            A.   No.  Those are my names.
24            Q.   So although you've been here throughout
25       the course of today's deposition, I just very
```

1  she...  Again, she did this on a prevalent basis,
2  so I could be in the house and I'd call her name.
3  She's not in the house.  I open up the gar- -- I
4  look out to the garage and I see her out there
5  doing her thing.  So, you know, she didn't tell
6  me, I'm going to go spray for weeds now.  It's
7  something that she just did on a daily basis.
8       Q.  Did you ever see Ms. Spector get any
9  Roundup on herself?
10      A.  I mean, I never saw her spray herself
11 with Roundup, but, you know, I'm sure that when
12 you -- if you use any kind of a spray container,
13 you know that that liquid is going to hit your
14 skin at one point or another.  It's not a perfect
15 situation, so...  But I know I never sat there and
16 watched her spray herself or...
17      Q.  Do you know if your wife, Ms. Spector,
18 ever read the label on the Roundup bottle?
19      A.  I doubt it, but I don't know.
20      Q.  Other than your lawyer, have you
21 communicated with anyone about your wife's Roundup
22 use?
23      A.  No.
24      Q.  How about her alleged injuries related
25 to Roundup?

1           CERTIFICATE OF REPORTER

2

3   THE STATE OF FLORIDA)

4   COUNTY OF MIAMI-DADE)

5

6           I, DIANNE N. SARKISIAN, CSR, Certified

7   Shorthand Reporter, and Notary Public of the State

8   of Florida, do hereby certify that I was authorized

9   to and did stenographically report the deposition

10  of CHARLES SPECTOR; that a review of the transcript

11  was waived; and that pages 1 through 99 is a true

12  record of the foregoing transcript.

13          I FURTHER CERTIFY that I am not a

14  relative nor employee of any counsel, nor any of

15  the parties in said suit, nor am I financially

16  interested in the action.

17          DATED this 9th day of February, 2021, at

18  Miami; Miami-Dade County, Florida.

19

20          _____

21          Dianne N. Sarkisian
            Certified Court Reporter

22

23

24

25

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2386. My email address is raul.morales@bclplaw.com.

On September 20, 2021, I served the foregoing document(s), described as: **DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT** on each interested party in this action, as follows:

☒　BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court, or by another manner as authorized by FED. R. CIV. P. 5.

Executed on September 20, 2021, at Santa Monica, California.

☒　FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

　　　　　　　　　　　　　　　　　　　　　*/s/ Raul Morales*
　　　　　　　　　　　　　　　　　　　　　　Raul Morales