1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs

2   600 Travis Street, Suite 3400
Houston, TX 77002-2026

3   Telephone:     (713) 227-8008
Facsimile:     (713) 227-9508

4   Email:         jstubbs@shb.com

5   *Attorneys for Defendant*
*MONSANTO COMPANY*

6
                    UNITED STATES DISTRICT COURT

7
                 NORTHERN DISTRICT OF CALIFORNIA

8

IN RE: ROUNDUP PRODUCTS          | MDL No. 2741

9   LIABILITY LITIGATION             | Case No. 3:16-md-02741-VC

10

This document relates to:

11

*Robert Lyshoj v. Monsanto Cmpany*,

12    Case No. 3:21-cv-07123-VC

13
                       **MONSANTO COMPANY'S**
                       **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
14

15          Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

16   associations of persons, firms, partnerships, corporations (including parent corporations) or

17   other entities (i) have a financial interest in the subject matter in controversy or in a party to

18   the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

19   could be substantially affected by the outcome of this proceeding:

20          Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

21          Bayer AG has a financial interest in a party to the proceeding.

22

23

24

25

26

27

28
                                       1
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
               3:16-md-02741-VC  & 3:21-cv-07123-VC

DATED: September 21, 2021.                     Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone:   (713) 227-8008
    Facsimile:    (713) 227-9508
    Email:        jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 21st day of September, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

    */s/Jennise W. Stubbs*
    Jennise W. Stubbs

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC  & 3:21-cv-07123-VC