**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Denkins v. Monsanto Co.,* 3:20-cv-03301-VC | **DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO'S MOTION FOR SUMMARY JUDGMENT BASED ON TEXAS PRESUMPTION OF NO LIABILITY** |

**DECLARATION OF JED P. WHITE**

I,       Jed P. White, hereby declare as follows:

1.       I am a partner at the law firm of Bryan Cave Leighton Paisner, LLP, counsel for defendant Monsanto Company ("Monsanto").  I make this declaration in support of Monsanto's Motion for Summary Judgment.  I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2.       Annexed hereto as Exhibit 1 is a true and correct excerpts of the operative complaint of Plaintiff La Yuanda Denkins.

3.       Annexed hereto as Exhibit 2 is a true and correct copy of the Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Sept. 12, 2016) ("Glyphosate Issue Paper).

4.       Annexed hereto as Exhibit 3 is a true and correct copy of *Backgrounder – History of Monsanto's Glyphosate Herbicides* (June 2005) ("Glyphosate Backgrounder").

5.       Annexed hereto as Exhibit 4 is a true and correct copy of the EPA, *Reregistration Eligibility Decision (RED) Glyphosate* dated September 1993.

6.       Annexed hereto as Exhibit 5 is a true and correct copy of EPA, *Glyphosate Interim Registration Review Decision Case No. 0178* (Jan. 22, 2020).

7.       Annexed hereto to as Exhibit 6 are true and correct copies of EPA approvals of various Monsanto glyphosate-based labeling.

8.       Annexed hereto as Exhibit 7 is a true and correct copy of EPA, *About Pesticide Registration*.

9.       Annexed hereto as Exhibit 8 is a true and correct copy of EPA, *Guidelines for Carcinogen Risk Assessment* (Mach 2005).

10.       Attached hereto as Exhibit 9 is a true and correct copy of EPA, OPP, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Dec. 12, 2017) ("Revised Glyphosate Issue Paper").

11.     Attached hereto as Exhibit 10 is a true and correct copy of EPA *Glyphosate – Proposed Interim Registration Review Decision Case Number 0178* (Apr. 23, 2019) ("PID").

12.     Attached hereto as Exhibit 11 is a true and correct copy of Letter from Michael L. Goodis, Director, EPA OPP Registration Division, to Registrants (Aug. 7, 2019) ("August 7 Letter").

13.     Attached hereto as Exhibit 12 is a true and correct copy of Br. of the U.S. EPA 1, Nat'l Res. Def. Council . U.S. Env't Prot. Agency (NRDC v. EPA), Dkt. No. 80, Case Nos. 20-70787, 20-70801 (9th Cir. May 18, 2021).

14.     Attached hereto as Exhibit 13 is a true and correct copy of Mot. For Partial Remand Without Vacatur, Nat'l Res. Def. Council v. U.S. Env't Prot. Agency, Dkt. No. 82-1, Case Nos. 20-70787, 20-70801 (9th Cir. May 18, 2021).

15.     Attached hereto as Exhibit 14 is a true and correct copy of *Hardeman v. Monsanto Co.*, 16-cv-00525, Pretrial Order No. 160, Dkt. 4576.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.  Executed this 21st day of September, 2021.

                                                    /s/ Jed P. White
                                                    Jed P. White