# EXHIBIT 15

```
 1                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2

 3  IN RE:  ROUNDUP PRODUCTS      §  MDL NO. 2741
    LIABILITY LITIGATION          §  CASE NO. MDL NO.
 4                                §  3:16-MD-02741-VC
    -------------------------     §
 5                                §
    DONNIE LEON POWELL            §  -------------------
 6                                §
    VS.                           §
 7                                §  CASE NO:
    MONSANTO COMPANY              §  3:20-CV-05623-VC
 8

 9
                           - - -
10
                Friday, February 26, 2021
11
                           - - -
12

13       Video recorded oral deposition of
14   DONNIE LEON POWELL, conducted virtually, from
15   9:11 a.m. to 6:22 p.m., on the above date,
16   before Ronald R. Cope, Registered
17   Professional Reporter, and Certified Realtime
18   Reporter.
19

20

21                         - - -
22            GOLKOW LITIGATION SERVICES
              877.370.DEPS | fax 917.591.5672
23                  deps@golkow.com
24

25
```

```
 1    A P P E A R A N C E S:
 2    REMOTE APPEARANCES:
 3        CIRCELLI & WALTER PLLC
          BY:  VINCENT P. CIRCELLI, ESQUIRE
 4             vinny@cwylaw.com
          500 East 4th Street
 5        Suite 250
          Fort Worth, Texas 76102
 6        817.697.4942
          Counsel for Plaintiff
 7
 8        SHOOK HARDY & BACON, LLP
          BY:  MIHAI M. VRASMASU, ESQUIRE
 9             mvrasmasu@shb.com
          201 S. Biscayne Blvd.
10        Suite 3200
          Miami, Florida 33131
11        305.960.6934
          Counsel for Defendant
12
13    ALSO PRESENT:
14        TREVOR BROCK, VIDEOGRAPHER
          Golkow Technologies, Inc.
15
                      — — —
16
17
18
19
20
21
22
23
24
25
```

I N D E X

APPEARANCES                                                2

PROCEEDINGS                                                5

EXAMINATION OF DONNIE LEON POWELL:

        EXAMINATION BY MR. VRASMASU                        7

CERTIFICATE                                              381

ACKNOWLEDGMENT OF DEPONENT                               382

ERRATA                                                   383

LAWYER'S NOTES                                           384

— — —

1       A.      No, I do not.

2       Q.      Did you yourself ever apply

3  fertilizer anywhere on your farm?

4       A.      No.

5       Q.      Okay.  Did you ever store any

6  other chemicals, like fertilizer, in the barn

7  where you kept the Roundup?

8       A.      No, I didn't.

9       Q.      Turning now to your residential

10 use, where did you store the Roundup that you

11 used around the house?

12      A.      In the garage.

13      Q.      What else did you store in that

14 garage besides the Roundup?

15      A.      Just -- I told you earlier that

16 we kept a large supply of paper towels and

17 toilet paper and stuff like that.

18      Q.      Uh-huh.

19      A.      We had storage in our garage

20 for all that type stuff, and that's where we

21 had household goods.  Anything -- any

22 cleaning goods that you needed for cleaning a

23 house we stored in the garage.

24      Q.      Now, sir, did you ever read the

25 label on the Roundup that you used for your

```
 1    farming?
 2         A.    When I first started using it,
 3    I did.  I do not remember -- I do not
 4    remember what it said.  I know it didn't have
 5    warnings on it.  Didn't -- you know, there's
 6    no cancer warning on it or anything like
 7    that.
 8               But, no, I didn't
 9    continually -- you know, when you use it
10    once, you -- I shouldn't say "you."  I
11    personally did not go back and read the label
12    every time because I was using the same thing
13    every time.  So, no, I basically never looked
14    at the label again after I got started using
15    it.
16         Q.    So after you first picked up
17    Roundup for your farming in 1975, you read
18    the label once and then you never read it
19    again?
20               MR. CIRCELLI:  Objection, form.
21         A.    Basically, that's --
22    BY MR. VRASMASU:
23         Q.    That's correct, sir?
24               MR. CIRCELLI:  Objection, form.
25               ///
```

```
 1   BY MR. VRASMASU:
 2        Q.    You can answer.
 3        A.    Yes.  That's basically so.  I
 4   never -- you know, I never studied it.
 5   When -- you know, at first I checked -- I
 6   just checked the label and there was no
 7   warnings on it, and so I wasn't concerned
 8   about it.
 9              In the first place, it was not
10   a pesticide, it was a herbicide, and I didn't
11   think that there was a possibility of any
12   danger, you know.  That's the reason I used
13   it all those years with no protection.
14        Q.    Sure.  So I make sure I
15   understand and that the record is clear,
16   after you first purchased Roundup in 1975,
17   you read the label, correct?
18        A.    Yes.
19        Q.    And then you did not read the
20   label again after you initially read it when
21   you purchased it in 1975, correct?
22              MR. CIRCELLI:  Objection.  Hold
23         on.  Objection, form.  Objection,
24         asked and answered.  Objection,
25         misstates prior testimony.
```

```
 1    BY MR. VRASMASU:
 2         Q.    Sure.
 3               So as far as you can remember,
 4    you only read the label for Roundup once,
 5    correct?
 6               MR. CIRCELLI:  Objection, form.
 7    BY MR. VRASMASU:
 8         Q.    You can answer.
 9         A.    Okay.  Correct.
10         Q.    Now, turning to the Roundup
11    that you used for your personal residence,
12    was it the same Roundup that you were using
13    for the farming or a different type of
14    Roundup?
15         A.    The same.
16         Q.    Okay.
17         A.    Same thing.  Weed and grass
18    killer.
19         Q.    So let's talk about that one
20    time that you read the label in 1975.
21               Do you remember where you were?
22         A.    On my -- on my farm, the farm
23    that we lived on.
24         Q.    So you bought --
25         A.    Little farmhouse, the old farm
```

1                    CERTIFICATE
2            I, RONALD R. COPE, Registered
    Professional Reporter and Certified Realtime
3   Reporter, do hereby certify that prior to the
    commencement of the examination, DONNIE
4   POWELL was duly sworn by me to testify to the
    truth, the whole truth and nothing but the
5   truth.
             I DO FURTHER CERTIFY that the
6   foregoing is a verbatim transcript of the
    testimony as taken stenographically by and
7   before me at the time, place and on the date
    hereinbefore set forth, to the best of my
8   ability.
             I DO FURTHER CERTIFY that
9   signature of the witness was requested
    pursuant to FRCP 30(e)(1).
10           I DO FURTHER CERTIFY that I am
    neither a relative nor employee nor attorney
11  nor counsel of any of the parties to this
    action, and that I am neither a relative nor
12  employee of such attorney or counsel, and
    that I am not financially interested in the
13  action.
        Vincent Circelli - 0:00:00
14      Mihai M. Vrasmasu - 7:39:28
15
16
        _____
17      RONALD R. COPE, CSR, RPR, CRR, CLR
        My commission expires October 17, 2021
18      Golkow Litigation Services
        One Liberty Place
19      1650 Market Street, Suite 5150
        Philadelphia, Pennsylvania 19103
20      877.370.DEPS
21
        Dated: 15th day of March, 2021
22
23
24
25