**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Thomas, et al. v. Monsanto, Co.*, No. 2:20-cv-08051-VC | **DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

**DECLARATION OF JED P. WHITE**

I, Jed White, hereby declare as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion for Summary Judgment on all claims. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 are true and correct excerpts of the deposition transcript of Plaintiff Troy Wilson Thomas.

3. Annexed hereto as Exhibit 2 are true and correct excerpts of the Second Amended Plaintiff Fact Sheet for Plaintiff Troy Wilson Thomas, with confidential information redacted pursuant to Federal Rule of Civil Procedure 5.2.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Sept. 12, 2016).

5. Annexed hereto as Exhibit 4 is a true and correct copy of *Backgrounder – History of Monsanto's Glyphosate Herbicides* (June 2005).

6. Annexed hereto as Exhibit 5 is a true and correct copy of EPA, *Reregistration Eligibility Decision (RED) Glyphosate* (September 1993).

7. Annexed hereto as Exhibit 6 is a true and correct copy of EPA, *Glyphosate Interim Registration Review Decision Case No. 0178* (Jan. 22, 2020).

8. Annexed hereto to as Exhibit 7 are true and correct copies of EPA approvals of various Monsanto glyphosate-based labeling.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 21st day of September 2021.

        /s/ *Jed P. White*
        Jed P. White