**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> *Vosper, et al. v. Monsanto, Co.*, No. 3:19-cv-05525-VC | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> **DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

I, Jed White, hereby declare as follows:

1.      I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto").  I make this declaration in support of Monsanto's Motion for Summary Judgment on all claims.  I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2.      Annexed hereto as Exhibit 1 are true and correct excerpts of the deposition transcript of Plaintiff Ira Vosper.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 21st day of September, 2021.

/s/ *Jed P. White*
Jed P. White

WHITE DECLARATION - MOTION FOR SUMMARY JUDGMENT
*VOSPER, ET AL. V. MONSANTO, CO.*, NO. 3:19-CV-05525-VC

EXHIBIT 1

EXHIBIT 1

1            UNITED STATES DISTRICT COURT

         NORTHERN DISTRICT OF CALIFORNIA

2

                 - - - - -

3

4   IN RE:  ROUNDUP PRODUCTS     MDL No. 2741

    LIABILITY LITIGATION         Case No.

5                                MDL No. 3:16-md-02741-VC

6   This document relates to:

7   VOSPER, et al. v.

    MONSANTO COMPANY

8

9                 - - - - -

10

             Wednesday, March 17, 2021

11

12                 - - - - -

13           Remote Video-Recorded Deposition of IRA

14   VOSPER, conducted at the location of the witness in

15   Malvern, Pennsylvania, commencing at 9:34 a.m., by

16   and before Robin L. Clark, Registered Professional

17   Reporter and Notary Public in and for the

18   Commonwealth of Pennsylvania.

19                 - - - - -

20

21

22

23

24

```
 1   REMOTE APPEARANCES:

 2

 3           LaBLETTA WALTERS, LLC

             BY:  CHRISTIAN LaBLETTA, ESQ.

 4           200 Barr Harbor Drive, Suite 400

             Conshohocken, Pennsylvania 19428

 5           610-828-3339

             clabletta@lablettawalters.com

 6                   For the Plaintiffs

 7

 8           SHOOK, HARDY & BACON, L.L.P.

             BY:  HOLLY PAULING SMITH, ESQ.

 9           and JOSHUA TAYLOR, ESQ.

             2555 Grand Boulevard

10           Kansas City, Missouri 64108

             816-474-6550

11           hpsmith@shb.com

                     For the Defendant

12

13   ALSO PRESENT:

14           BRIAN McGEE, VIDEOGRAPHER

15           ANDREA VOSPER

16                   - - - - -

17

18

19

20

21

22

23

24
```

Ira Vosper

```
 1                    I N D E X

 2   WITNESS                                PAGE

 3   IRA VOSPER

        BY MS. SMITH:                      6, 401

 4      BY MR. LaBLETTA:                      360

 5

 6                  E X H I B I T S

 7   NUMBER         DESCRIPTION           MARKED

 8   Vosper

 9   Exhibit 1     Notice of Deposition       31

10   Exhibit 2     Google Map of 12 Jones Lane  223

11   Exhibit 3     1050 Partridge Lane Google   238
                   Map

12

     Exhibit 4     Rinox/Techo-Bloc Photograph  248

13

     Exhibit 5     Plaintiff Fact Sheet        339

14

     Exhibit 6     Complaint                    344

15

16

17

18

19

20

21

22

23

24
```

Ira Vosper

```
 1              DEPOSITION SUPPORT INDEX

 2

                    - - - - -

 3

 4   Direction to Witness Not to Answer

 5   Page  Line

 6   NONE

 7   Request for Production of Documents

 8   Page  Line

 9   NONE

10   Question Marked

11   Page  Line

12   NONE

13

14

15

16

17

18

19

20

21

22

23

24
```

Ira Vosper

```
 1                    THE VIDEOGRAPHER:  We are

 2          now on the record.  My name is Brian

 3          McGee.  I am a videographer for Golkow

 4          Litigation Services.  Today's date is

 5          March 17, 2021, and the time is

 6          9:34 a.m.

 7                    This remote video deposition

 8          is being held in the matter of Roundup,

 9          Vosper v. Monsanto Company, for the

10          United States District Court, Northern

11          District of California.  The deponent

12          is Ira Vosper.

13                    All parties to this

14          deposition are appearing remotely and

15          have agreed to the witness being sworn

16          in remotely.  Due to the nature of

17          remote reporting, please pause briefly

18          before speaking to ensure all parties

19          are heard completely.  Will counsel

20          please identify themselves.

21                    MR. LaBLETTA:  Christian

22          LaBletta, counsel for Ira Vosper and

23          Andrea Vosper.  The law firm of

24          LaBletta and Walters.
```

```
 1                 MS. SMITH:  Holly Smith,
 2          counsel for Monsanto from Shook, Hardy
 3          & Bacon, Kansas City office.
 4                 MR. TAYLOR:  Joshua Taylor,
 5          counsel for Monsanto.  Shook, Hardy &
 6          Bacon, Kansas City office.
 7                 THE VIDEOGRAPHER:  The court
 8          reporter is Robin Clark and will now
 9          swear in the witness.
10                 THE STENOGRAPHER:  Do you
11          want to raise your right hand, please?
12          Do you swear the testimony you are
13          about to give in this deposition will
14          be the truth, the whole truth, and
15          nothing but the truth, so help you God?
16                 THE WITNESS:  I do.
17              - - - - -
18          IRA VOSPER, having been duly sworn,
19          was examined and testified as follows:
20              - - - - -
21   BY MS. SMITH:
22       Q.   Good morning, Mr. Vosper.  My name,
23   as you just heard, is Holly Smith and we'll get
24   to spend some quality time here today.  And
```

Ira Vosper

```
 1          Q.   And have you ever attended any

 2   depositions of anybody else who was being

 3   deposed in a lawsuit related to Roundup?

 4          A.   No.

 5          Q.   And have you ever read any

 6   deposition transcripts of people involved --

 7   well, let me make that a little bit more

 8   accurate.  Have you ever read a transcript of a

 9   deposition taken in a case involving Roundup?

10          A.   No.

11          Q.   Have you met with any doctors or

12   experts that your attorney has retained?

13          A.   No.

14          Q.   Is it fair to say then you haven't

15   been physically examined by a retained expert

16   in this case?

17          A.   No.

18          Q.   Would it be fair to say you have

19   not; is that accurate?

20          A.   I have not.

21          Q.   Let's talk now about your

22   addresses.  What is your current address?

23          A.   ███  Partridge Lane, Malvern,

24   Pennsylvania.
```

Ira Vosper

```
 1          Q.    How long have you lived there?

 2          A.    Since 2008.

 3          Q.    Do you remember what month in 2008?

 4          A.    The fall, I do remember that.

 5          Q.    Do you own your property?

 6          A.    We have a mortgage, but yes.

 7          Q.    Okay.  And did you use Roundup on

 8   this property?

 9          A.    Yes.

10          Q.    Prior to living on Partridge Lane,

11   where did you live?  By that, I mean your most

12   immediate address.

13          A.    Conshohocken, Pennsylvania.

14          Q.    And what was the address there?

15          A.    I forget the name of the

16   apartments.

17          Q.    Did you rent?

18          A.    Yes.

19          Q.    And do you recall, if you don't

20   remember the name of the apartment, do you

21   remember what street it was on or, like, a

22   cross street that was nearby?

23          A.    The main street is Fayette, it's

24   right off of Fayette Ave. in Conshohocken.  I'm
```

Ira Vosper

```
 1    drawing a blank here, sorry.

 2          Q.   Given that that was an apartment,

 3    did you use Roundup there?

 4          A.   No.

 5          Q.   And immediately prior to that

 6    address on or near Fayette Street, where were

 7    you living?

 8          A.   In Limerick in another apartment

 9    complex.

10          Q.   And did you rent there or own?

11          A.   Rent.

12          Q.   Did you use Roundup there?

13          A.   No.

14          Q.   And do you recall the street

15    number?

16          A.   It was off Ridge Pike, I think,

17    Ridge Pike.

18               MR. LaBLETTA:  Ms. Smith,

19          would you mind if we just take a

20          five-minute break?

21               MS. SMITH:  Sure.

22               MR. LaBLETTA:  I just need

23          to use the men's room, if you don't

24          mind.  Thank you.
```

Ira Vosper

```
 1                      THE VIDEOGRAPHER:  The time

 2          is 10:31 a.m. and we are off the

 3          record.

 4                      - - - - -

 5      (A recess was taken at this time.)

 6                      - - - - -

 7                      THE VIDEOGRAPHER:  The time

 8          is 10:39 a.m. and we are on the record.

 9  BY MS. SMITH:

10      Q.   Before our break, we were talking

11  about where you've lived and kind of working

12  backwards in time.  And you had just told me

13  about an apartment that you rented in Limerick,

14  Pennsylvania, and I recall you saying that you

15  did not use Roundup there; is that correct?

16      A.   That is correct.

17      Q.   Prior to living in Limerick, where

18  were you living?

19      A.   In King of Prussia.

20      Q.   Do you recall the street address?

21      A.   I do this one, Bill Smith

22  Boulevard.

23      Q.   And what years were you living

24  there?
```

Ira Vosper

```
 1          A.   2004 -- let me just back up here,

 2   2004 -- 2004, 2005, around that time.

 3          Q.   Was that an apartment or a house?

 4          A.   Apartment.

 5          Q.   Did you use Roundup there?

 6          A.   No.

 7          Q.   Prior to living in King of Prussia,

 8   where did you live?

 9          A.   At my dad's house on the farm.

10          Q.   And that would be the ███ Jones Lane

11   in Blairstown, New Jersey?

12          A.   Yes.

13          Q.   And at that point, what years were

14   you living there?

15          A.   I lived there on and off from --

16   well, since I graduated college.

17          Q.   Okay.  Just working back

18   chronologically, at that stint when you were

19   there, what dates was it, up until it sounds

20   like 2005 and then starting when?

21          A.   I lived there till two thousand --

22   oh, starting when?  Well, it's my father's

23   house, so it feels like you are always living

24   there, I guess.  So I moved to King of Prussia
```

Ira Vosper

```
 1   in 2004.  So after college from '99 to 2004, I

 2   was living mostly at my dad's house.  I did, I

 3   did rent for a brief period of time in

 4   Morristown, New Jersey, and I was in Sparta for

 5   another brief period of time, but in between, I

 6   would go back to my father's house.

 7        Q.   Okay.  And then kind of filling in

 8   around what you've told me here, looking at

 9   your Plaintiff Fact Sheet, it looked like right

10   before you moved to Malvern, you were in

11   Chesterbrook, Pennsylvania, for a few months;

12   is that accurate?

13        A.   Yeah, actually for a couple of

14   months, I moved in with my now wife.

15        Q.   And was that an apartment or a

16   house?

17        A.   It was a condominium that she

18   owned.

19        Q.   And did you ever use Roundup there?

20        A.   No.

21        Q.   Also kind of going back and doing a

22   little looking through your employment files

23   and so forth, just to run some addresses by

24   you.  It looked like when you lived in
```

Ira Vosper

```
 1   the concentrate in?

 2        A.   I'm not sure.  I mean, it was

 3   thinner most of the time and that I remember

 4   him mixing, they were, like, I don't know, a

 5   half of a gallon or it was smaller than the --

 6   like, any of the pump and it had -- it had a

 7   twist-off top that I remember.

 8        Q.   Was it a canister?

 9        A.   Cancer meaning?

10        Q.   Canister, like, a coffee can --

11        A.   No.

12        Q.   -- with coffee inside?

13        A.   No, no, it was plastic.

14        Q.   But size-wise, how would you

15   compare it to a coffee can?

16        A.   It was, what I remember is, like,

17   thinner and taller.  Like a real big flask of

18   alcohol, but bigger, much bigger, but, like,

19   thinner.

20        Q.   And was it liquid or pellets?

21        A.   No, I believe it was all liquid.  I

22   don't think I've ever seen the pellet.

23        Q.   And when he had, like, do you

24   remember specifically it being labeled Roundup?
```

1        A.   Yeah, I remember seeing the Roundup

2   labels.  We used to use, like, a two-by-four

3   and he would pour water into, like, a 5-gallon

4   bucket and mix it up.

5        Q.   What did the label look like?

6        A.   The logo, it looked like, I'm

7   pretty sure on a diagonal with green in the

8   "up."  That's what I remember.  I think the

9   concentrate might have a red cap, if I

10   remember, but --

11        Q.   Did you ever read the label when

12   you were living --

13        A.   No.

14        Q.   -- on the farm?

15        A.   No.  Not at nine or ten.  Nothing

16   on the farm was I inquisitive of for something

17   like that.  My father would give me stuff or it

18   was just there for me to use.

19        Q.   And you mentioned nine or ten, but

20   did that apply also as you got into high school

21   and in junior high, were you reading labels at

22   that point --

23        A.   No.

24        Q.   -- or were you just using it?

Ira Vosper

1    Sorry, I asked a double question.  Let me

2    clarify.  Were you reading labels when you were

3    in junior high or high school?

4          A.   No.

5          Q.   And when you were in junior high

6    and high school, did it continue to be the same

7    type of Roundup product that was purchased and

8    used?

9          A.   There was concentrate and there was

10   also just regular bottles too.  We would use

11   more of the concentrate on the fencing for the

12   pigs and the chickens and the cows and that.

13   And then but by the landscaping around the

14   house, there was like a -- there was handheld

15   bottles with the wand attached.

16         Q.   And were those ones that came with

17   the product already mixed inside?

18         A.   Yes.  But we would refill them

19   sometimes with the concentrate too though to

20   use the wand.

21         Q.   Do you have a sense of how often

22   your father would purchase Roundup concentrate?

23         A.   Frequently.  Because it was always

24   there.

Ira Vosper

```
1            Q.   In terms of actual memories of him

2    going and buying it, like, can you quantify,

3    like, he would go once a month or he would go

4    at the beginning of each season, anything like

5    that?

6            A.   My dad was lazy and would buy as

7    much at one time of any one thing as possible.

8    So we would have a full barn of different

9    things that we would need.

10           Q.   What other products in addition to

11   Roundup would that include?

12           A.   Feed, a lot of different kinds of

13   feed.  What else would we have?  A lot of

14   tools.  Seed we would have too.  That's about

15   it that I can remember.

16           Q.   Any other chemical products other

17   than Roundup?

18           A.   In the barns, no.

19           Q.   And so when he would buy the

20   Roundup, about how many cans or canisters would

21   he buy at a time?

22           A.   I don't know.  We had a shelf, a

23   couple of shelves, actually, full of it when

24   you walked in, like, to your left and the barn
```

Ira Vosper

1   is a couple of hundred years old, so there's no

2   lighting in it.  It's very dirty.  So and then

3   you would just, like, kind of mix it in some

4   5-gallon buckets.  But later on he had those

5   buckets with the nipple on the top that you

6   could kind of pour the 5-gallon bucket off, it

7   had a lid on it.

8          Q.   So I'm trying to visualize the

9   shelves, multiple shelves of Roundup?

10         A.   Yeah, there's two or three.  I

11  mean, we weren't organized.  We would just

12  throw stuff.

13         Q.   How many -- how long were these

14  shelves?

15         A.   They're probably 3 feet, a post,

16  maybe another 3 feet, and then there was two or

17  three of them.

18         Q.   About 6 feet long, about two or

19  three tiers?

20         A.   Yeah, and maybe 3 feet deep.  I

21  don't know how deep they were.  I didn't ever

22  really reach in the back.

23         Q.   So if you were to estimate how many

24  bottles or canisters of Roundup were on these

Ira Vosper

```
 1   shelves at a given point in time, what would

 2   you say?

 3         A.   I mean, I would always -- never

 4   less than, like, 15 or 20.

 5         Q.   And the buckets that he would use,

 6   it sounds like that changed at some point in

 7   time to be a fancier bucket.  Do you remember

 8   when that transition was?

 9         A.   No, I do not.

10         Q.   When he would mix it in the bucket,

11   would it then get poured into a dispenser or

12   where would it go from the bucket?

13         A.   Yeah, from the bucket, it would go

14   to like a -- like, one of those pump sprayers

15   that I think I described earlier that was,

16   like, a generic maybe pump sprayer thing.  When

17   we would bring it out to what I told you we

18   looked up before, the multiflora rose bushes,

19   we would actually just pour it right on it

20   after we cut it.

21         Q.   How often would you have to pour a

22   bucket of Roundup on the rose bushes?

23         A.   That was a frequent job of ours in

24   the spring.  We could, I mean, I would be
```

Ira Vosper

1    happy -- and keep in mind, the multiflora rose

2    bush could be, like, 30 feet long with a bunch

3    of things, so if I got like 20 of them, I mean,

4    it would take me most of the day, because they

5    have a lot of stalks going down into each one

6    of them.  So I would have cut, pour, cut, pour.

7         Q.   And it sounds like this was an

8    invasive species that you wanted to eliminate?

9         A.   Yes.

10        Q.   And so the goal was to kill it

11   entirely, is that the goal?

12        A.   Absolutely, yes.

13        Q.   And when you would have it in the

14   buckets and you were pouring on it, were you

15   pouring it at the root level or were you trying

16   to toss it up on top?

17        A.   No, we would cut down as low as we

18   could go and then pour it on the stump.  Or

19   it's not a stump, but they're only, like, a

20   couple of inches wide.

21        Q.   Pretty close to the ground though?

22        A.   Yeah.

23        Q.   And then in one of those

24   applications, how many buckets of Roundup would

Ira Vosper

```
1    you use in a day?

2         A.   A lot of times, we would pour them

3    out of those -- out of the pump sprayer itself

4    or he would give -- or we would have like a

5    1-gallon pail, so it was easier to carry.  I

6    didn't answer your question on how many times

7    I'd do that.  You would pour, you know, at

8    least a half a gallon on a section of stumps

9    that you just cut and then each tree could take

10   a gallon and a half or 2 gallons.

11        Q.   And how many would you treat in one

12   day?

13        A.   So I looked at them as, like, one

14   big bush, but I don't know how many, like,

15   stems would come up.  I mean, it would be

16   filled with them.  That's why it would take all

17   day.

18        Q.   Okay.  So --

19        A.   There could be -- there could be,

20   like, you know, 50, 75.  At that age, it seemed

21   like infinity.

22        Q.   So when you say it could take 1 1/2

23   to 2 gallons per stump, I'm trying to figure

24   out how many --
```

Ira Vosper

1          A.   I'm sorry, so for the 50 or 75, I

2    would pour a little on each one.

3          Q.   Okay.  And would that be a full

4    day's work using that 1 1/2 to two gallons'

5    worth of Roundup, including the time that you

6    spent --

7          A.   Yeah, there's a lot of time

8    cutting, yeah.

9          Q.   So in fact, most of the time would

10   be cutting and then it would be fair to assume

11   the pouring of the Roundup didn't take that

12   much time once you got to that level?

13         A.   Correct.

14         Q.   Do you have a sense of how long you

15   would actually be pouring the Roundup on a day

16   like that?

17         A.   Fifteen minutes.

18         Q.   So in terms of understanding how to

19   use Roundup, did you base that on instruction

20   from your father or did you read the label to

21   learn?

22         A.   He showed me what to do or what he

23   thought we should do.

24         Q.   Did there ever come a point in time

1    where you actually read the full label of the

2    Roundup bottle?

3           A.    No.

4           Q.    And that includes when you were

5    older as an adult, correct?

6           A.    Yeah, I have no recollection of

7    reading Roundup label bottles.

8           Q.    In terms of selecting Roundup, I

9    appreciate that your testimony that, to your

10   knowledge, it's maybe the only weed killer out

11   there, do you have any recollection of why

12   Roundup was picked when your dad picked it?

13          A.    He thought it would kill the roots.

14          Q.    Did he ever talk about chemicals

15   that he had used before he used Roundup?

16          A.    Well, we didn't own the farm.  We

17   weren't doing this kind of work.

18          Q.    So this type of work started when

19   you moved into the Jones Lane homestead in

20   around --

21          A.    1983.

22          Q.    When you were a toddler

23   essentially?

24          A.    No, I was, like, nine, eight or

Ira Vosper

```
 1              C E R T I F I C A T I O N

 2

 3

 4          I HEREBY CERTIFY that the proceedings and

 5   evidence are contained fully and accurately in the

 6   stenographic notes taken by me upon the foregoing

 7   matter on March 17, 2021, and that this is a correct

 8   transcript of same.

 9

10

11

12

13       Robin L. Clark

14   _____

15          Robin L. Clark

16   Registered Professional Reporter

17

18

19

20

21          (The foregoing certification of this

22   transcript does not apply to any reproduction of the

23   same by any means unless under the direct control

24   and/or supervision of the certifying reporter.)
```