UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 <br><br> Master Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> ***SEE EXHIBIT A*** | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Tudor Farcas of **GRANT & EISENHOFER, P.A.**, hereby enters an appearance as counsel for Plaintiffs listed in ***EXHIBIT A*** in the above-referenced action.

Please serve said counsel with all further filing, discovery and correspondence to the address below:

> Tudor Farcas, Esquire
> **GRANT & EISENHOFER, P.A.**
> 123 Justison Street
> Wilmington, DE  19801
> Tel: (302) 622-7000
> Fax: (302) 622-7100
> Email: tfarcas@gelaw.com

Dated: September 22, 2021 	GRANT & EISENHOFER, P.A.

/s/ *Tudor Farcas*
Tudor Farcas, PA Bar No. 316541
**GRANT & EISENHOFER, P.A.**
123 Justison Street
Wilmington, DE  19801
Tel: (302) 622-7000
Fax: (302) 622-7100
Email: tfarcas@gelaw.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

BY: /s/ Tudor Farcas
Tudor Farcas