## *EXHIBIT A*

| CASE NAME | DOCKET NO. |
|---|---|
| *Ahrent et al v. Monsanto Company* | 3:18-cv-00065 |
| *Arlan L. Bern et. al. v. Monsanto Company* | 3:19-cv-05887 |
| *Bradley, et. al., v. Monsanto Company* | 4:19-cv-00989 |
| *Bradshaw et al v. Monsanto Company* | 3:19-cv-06571 |
| *Brown v. Monsanto Company* | 3:19-cv-06572 |
| *Clawson-Roberts et al v. Monsanto Company* | *3:19-cv-06573* |
| *Clinker et al v. Monsanto Company* | 3:19-cv-06574 |
| *Cooper et al v. Monsanto Company* | 3:19-cv-06575 |
| *Frost v. Monsanto Company* | 3:19-cv-06576 |
| *Johnson et al v. Monsanto Company* | 3:19-cv-06577 |
| *May et al v. Monsanto Company* | 3:19-cv-06578 |
| *Olsen et al v. Monsanto Company* | 3:19-cv-06579 |
| *Radanovich v. Monsanto Company* | 3:19-cv-06580 |
| *Sipich et al v. Monsanto Company* | 3:19-cv-06581 |
| *Steen et al v. Monsanto Company* | 3:19-cv-06582 |
| *Tanner et al v. Monsanto Company* | 3:19-cv-06583 |
| *Yetter et al v. Monsanto Company* | 3:19-cv-06584 |