# EXHIBIT 15

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3    IN RE:  ROUNDUP PRODUCTS     *    MDL NO: 2741

     LIABILITY LITIGATION

4                                *    CASE NO: 3:16-MD-02741-VC

5    *  *  *  *  *  *  *  *    *    *  *  *  *  *  *  *  *

     This document relates to:

6                                *

     BLAIR, ET AL,

7                                *    CASE NO: 3:19-CV-07984-VC

     VS.

8                                *

     MONSANTO COMPANY.

9                                *

10

11

12

13          REMOTE VIDEO-RECORDED DEPOSITION OF

14              Sanford R. Katz, M.D.

15

16          Taken on September 2, 2021

                 Beginning at 1:22 p.m.

17

                 And September 17, 2021

18               Beginning at 9:07 a.m.

19

20

21

22

23

24

25   REPORTED BY:  Meredith Hoffpauir, RPR, CCR, CSR

```
 1   APPEARANCES:

 2   FOR JOSEPH BLAIR:

 3                    WINCHELL & JOSEPH

                     2124 Fairfield Avenue

 4                   Shreveport, LA 71104

                     BY:  Curtis R. Joseph Jr.

 5                   318-221-1600

                     Curtis@wjlawfirm.net

 6

 7

 8   FOR MONSANTO COMPANY:

 9                    THE PIORKOWSKI LAW FIRM

                     1800 K. Street, NW

10                   Suite 1000

                     Washington, DC 20006

11                   BY:  Joseph D. Piorkowski, Jr.

                     And Anne Hovis

12                   202-223-5535

                     Jpiorkowski@lawdoc1.com

13

14

15   REPORTED BY:  Meredith Hoffpauir, RPR, CCR, CSR

16   VIDEOGRAPHER:  Jonathan Pempleton (for 9/2/21)

17                   Colin Coughenour (for 9/17/21)

18

19

20

21

22

23

24

25
```

1                 MR. PIORKOWSKI:  That's fine.

2   A.   31, yes.  That's the supplemental list that I

3        provided.

4   BY MR. PIORKOWSKI:

5   Q.   Okay.  So was all of this research on the

6        supplemental list, these are all things that you've

7        looked at since your original report; correct?

8   A.   That's correct.  Just to clarify, a couple of these

9        may have been referred to in some of the other

10       papers that I read.  Particularly, some of the

11       reviews may have made reference to some of these,

12       but I actually referred to the -- aspects of the

13       portions of the primary source since September 2nd.

14  Q.   Okay.  And what prompted you to do this additional

15       research that yielded these additional materials?

16  A.   Well, the main thing was that I found that

17       Dr. Olive's report was focused seemingly, you know,

18       mostly on skin absorption.

19  Q.   Uh-huh.

20  A.   And I think my contention was that his cancer was

21       not because of skin absorption but it was because

22       of direct inhalation of the agent.  So while her

23       findings were that skin absorption was relatively

24       low and within acceptable limits, I didn't see

25       where she really addressed the mode of -- you know,

```
 1                     REPORTER'S PAGE

 2           I, Meredith Hoffpauir, Certified Court

 3   Reporter in and for the State of Louisiana, the officer,

 4   as defined in Rule 28 of the Federal Rules of Civil

 5   Procedure and/or the Article 1434 (B) of the Louisiana

 6   Code of Civil Procedure, before whom this proceeding was

 7   taken, do hereby state on the record:

 8           That due to the spontaneous nature of the

 9   interaction and discourse of the proceeding,

10   double-dashes (--) have been used to indicate pauses,

11   changes of thought, and/or talkovers; that such is the

12   universally accepted method for a court reporter's

13   transcription of a proceeding; that double-dashes (--)

14   do not indicate that words or phrases have been left out

15   of the transcript;

16           And that the spelling of any words and/or

17   names which could not be verified through reference

18   resources have been denoted with the parenthetical

19   phrase "(phonetic)."

20

21

22

23

24

25
```

```
 1              C E R T I F I C A T I O N

 2              This certification is valid only for a

 3    transcript accompanied by my original signature and

 4    original seal on this page.

 5              I, Meredith Hoffpauir, Certified Court

 6    Reporter in and for the for the state of Louisiana, as

 7    the officer before whom this testimony was taken, hereby

 8    certify that Dr. Sanford Katz after having been duly

 9    sworn by me upon authority of R.S. 37:2554, testified as

10    set forth in these 248 pages, that this testimony was

11    reported by me in the stenotype reporting method, was

12    prepared and transcribed by me or under my personal

13    direction and supervision, and is a true and correct

14    transcript to the best of my ability and understanding.

15              The transcript has been prepared in compliance

16    with transcript format guidelines required by statute or

17    by rules of the board.  I am informed about the complete

18    arrangement, financial or otherwise, with the person or

19    entity making arrangements for deposition services; that

20    I have acted in compliance with the prohibition on

21    contractual relationships, as defined by Louisiana Code

22    of Civil Procedure Article 1434 and in rules and

23    advisory opinions of the board.

24              I have no actual knowledge of any prohibited

25    employment or contractual relationship, direct or
```

1   indirect, between a reporting firm and any party

2   litigant in this matter, nor is there any such

3   relationship between myself and party litigants in this

4   matter.  I have no interest, financial or otherwise, in

5   the outcome of this matter.

6           This certification is valid only for a

7   transcript accompanied by my original signature and

8   original seal on this page.

9

10          Signed on September 19, 2021.

11

12

13

14

15

16          _____

17          Meredith Hoffpauir, RPR, CCR, CSR

            RPR CERT NO. 971010

18          LA CCR NO. 2018002

            TX CSR NO. 11955

19

20

21

22

23

24

25