# EXHIBIT 16

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3   IN RE:  ROUNDUP PRODUCTS LIABILITY    MDL No.  2741

 4   LITIGATION

 5                                         Case No. 3:16-md-02741-VC

 6   This document relates to:             DEFENDANT MONSANTO
                                           COMPANY'S SECOND AMENDED
 7   Blair, et al. V. Monsanto Company     NOTICE TO TAKE ORAL AND
     Case No. 3:19-cv-07984-VC             VIDEOTAPED DEPOSITION OF
 8                                         PLAINTIFF JOSEPH MATTHEW
                                           BLAIR
 9

10      Oral and videotaped deposition of JOSEPH MATTHEW BLAIR,

11   called by Defendant, at the law office of Jones & Odom, LLP,

12   2124 Fairfield Avenue, Shreveport, Louisiana  71104, commencing

13   at approximately 8:59 AM, on the 23rd day of April, 2021, and

14   concluded on the same date.

15

16

17

18

19

20

21

22

23

24   Reported by:

25   Cena Rustvold, RPR, CCR
```

```
 1   APPEARANCES:
 2
 3
 4
 5       FOR THE PLAINTIFFS; JOSEPH MATTHEW BLAIR and TIARA SMITH
         BLAIR:
 6
             MR. J. MARSHALL JONES
 7           MR. CURTIS JOSEPH
             Jones & Odom, LLP
 8           2124 Fairfield Avenue
             Shreveport, Louisiana   71104
 9           Marshall.jones@jodplaw.com
10
11       FOR THE DEFENDANT; MONSANTO COMPANY:
12           MS. JANE BARTLEY
             Shook, Hardy & Bacon, LLP
13           2555 Grand Blvd.
             Kansas City, MO   64108
14           Jbartley@shb.com
15
16
17
18
19
20   ALSO PRESENT:   Tiara Smith Blair
                     Shawn Royston, Videographer
21
22
23
24
25
```

```
 1      Q.   Does -- does ▆▆▆ have any health issues?
 2      A.   No.
 3      Q.   Okay.  Have you had ▆▆▆ see any doctors to have any
 4   kind of screening tests done?
 5      A.   She'll probably know that question.
 6      Q.   Okay.
 7      A.   I'm not sure.  I don't think so though.
 8      Q.   Has ▆▆▆ voiced any concerns or fears about her
 9   future health?
10      A.   No.
11      Q.   Now, you mentioned that you have some -- you have
12   some claims, in terms of your second daughter, ▆▆▆.  Was ▆▆▆
13   born full term?
14      A.   Yes.
15      Q.   Okay.  So, she wasn't born early or late, right?
16      A.   No.
17      Q.   Were there any complications with your wife's
18   pregnancy with her?
19      A.   No.
20      Q.   Were there any complications with your wife's
21   delivery with her?
22      A.   No.
23      Q.   Were there any immediate post-pregnancy complications
24   with her?
25      A.   No.
```

```
 1     Q.   Does [     ] have any health issues?
 2     A.   No.
 3     Q.   Okay.  And [     ] wasn't born until after your therapy
 4  was concluded, right?
 5     A.   Yes.
 6     Q.   And so, has -- have you any screening tests run on
 7  [     ]?
 8     A.   No.
 9     Q.   And [     ] would -- [     ] only one today, right?
10     A.   Yes.
11     Q.   And [     ] wasn't born until after your work at EDKO
12  concluded, right?
13     A.   Yes.
14     Q.   And [     ] doesn't speak yet, right?
15     A.   I mean she says little words here and there.
16     Q.   Okay.  But it's safe to say that she wouldn't have
17  expressed any fear or anxiety about her future health, right?
18     A.   No.
19     Q.   Have you had any communications with anyone at
20  Monsanto Company?
21     A.   No.
22     Q.   Okay.  Have you ever had any communications with
23  anyone at the Environment Protection Agency?
24     A.   No.
25     Q.   Have you had any communications with anyone at any
```

```
 1                         REPORTER'S PAGE

 2

 3

 4        I, Cena F. Rustvold, Certified Court Reporter in and for

 5   the State of Louisiana, the officer, as defined in Rule 28 of

 6   the Federal Rules of Civil Procedure and/or Article 1434(B) of

 7   the Louisiana Code of Civil Procedure, before whom this

 8   proceeding was taken, do hereby state on the Record:

 9        That due to the interaction in the spontaneous discourse

10   of this proceeding, dashes (--) have been used to indicate

11   pauses, changes in thought, and/or talkovers; that same is the

12   proper method for a Court Reporter's transcription of

13   proceeding, and that the dashes (--) do not indicate that words

14   or phrases have been left out of this transcription;

15        That any words and/or names which could not be verified

16   through reference material have been denoted with the phrase

17   "(spelled phonetically)."

18

19

20

21                           _____

22                           Cena F. Rustvold, RPR, CCR

23                           Louisiana Certification # 97016

24                           National Certification RPR# 838104

25
```

```
 1                    REPORTER'S CERTIFICATE
 2
 3        This certification is valid only for a transcript
 4   accompanied by my original signature and original required seal
 5   on this page.
 6        I, Cena Rustvold, Certified Court Reporter in and for the
 7   State of Louisiana, as the officer before whom this testimony
 8   was administered, do hereby certify that JOSEPH MATTHEW BLAIR,
 9   after having been duly sworn by me upon authority of R.S.
10   37:2554, did testify as hereinbefore set forth in the foregoing
11   159 pages;
12        That this testimony was reported by me in the stenotype
13   reporting method; was prepared and transcribed by me or under
14   my personal direction and supervision, and is a true and
15   correct transcript to the best of my ability and understanding;
16        That the foregoing transcript has been prepared in
17   compliance with transcript format guidelines required by
18   statute or by rules of the Louisiana Certified Shorthand
19   Reporter Board; and that I am informed about the complete
20   arrangement, financial or otherwise, with the person or entity
21   making arrangements for deposition services; that I have acted
22   in compliance with the prohibition on contractual
23   relationships, as defined by the Louisiana Code of Civil
24   Procedure Article 1434 and in rules and advisory opinions of
25   the board;
```

```
 1        That I have no actual knowledge of any prohibited

 2   employment or contractual relationship, direct or indirect,

 3   between a court reporting firm and any party litigant in this

 4   matter, nor is there any such relationship between myself and a

 5   party litigant in this matter;

 6        That I am not of counsel, not related to counsel or the

 7   parties herein, nor am I otherwise interested in the outcome of

 8   this matter.

 9

10

11

12        SUBSCRIBED AND SWORN TO on this the 30th day of

13   April, 2021.

14

15

16                                  _____

17                                  Cena F. Rustvold, RPR, CCR

18                                  Louisiana Certification # 97016

19                                  National Certification RPR# 838104

20

21

22

23

24

25
```