# EXHIBIT 17

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3   IN RE:  ROUNDUP PRODUCTS LIABILITY    MDL No.  2741

 4   LITIGATION

 5                                         Case No. 3:16-md-02741-VC

 6   This document relates to:             DEFENDANT MONSANTO

                                           COMPANY'S SECOND AMENDED

 7   Blair, et al. V. Monsanto Company     NOTICE TO TAKE ORAL AND

     Case No. 3:19-cv-07984-VC             VIDEOTAPED DEPOSITION OF

 8                                         PLAINTIFF JOSEPH MATTHEW

                                           BLAIR

 9

10       Oral and videotaped deposition of TIARA SMITH BLAIR,

11   called by Defendant, at the law office of Jones & Odom, LLP,

12   2124 Fairfield Avenue, Shreveport, Louisiana  71104, commencing

13   at approximately 12:09 PM, on the 23rd day of April, 2021, and

14   concluded on the same date.

15

16

17

18

19

20

21

22

23

24   Reported by:

25   Cena Rustvold, RPR, CCR
```

```
 1    APPEARANCES:
 2
 3
 4
 5       FOR THE PLAINTIFFS; JOSEPH MATTHEW BLAIR and TIARA SMITH
         BLAIR:
 6
              MR. J. MARSHALL JONES
 7            MR. CURTIS JOSEPH
              Jones & Odom, LLP
 8            2124 Fairfield Avenue
              Shreveport, Louisiana   71104
 9            Marshall.jones@jodplaw.com
10
11       FOR THE DEFENDANT; MONSANTO COMPANY:
12            MS. JANE BARTLEY
              Shook, Hardy & Bacon, LLP
13            2555 Grand Blvd.
              Kansas City, MO   64108
14            Jbartley@shb.com
15
16
17
18
19
20    ALSO PRESENT:   Joseph Matthew Blair
                      Shawn Royston, Videographer
21
22
23
24
25
```

```
 1      Q.   And we've talked a little bit with your husband about
 2   your concerns about your potential exposure to Roundup.  Other
 3   than what he described, in terms of just that initial hugging,
 4   when saw him at the -- first time in the hotel, is there any
 5   other way in which you would have been exposed to Roundup?
 6      A.   No.
 7      Q.   Okay.  So, now you married in February of 2017,
 8   right?
 9      A.   Yes.
10      Q.   And you -- you never shared a residence, right?
11      A.   No.
12      Q.   Okay.  And if he began working at EDKO in September
13   of 2016, you married five months after he began working at
14   EDKO, right?
15      A.   Yes.
16      Q.   Okay.  Do you have any medical issues at the present
17   time?
18      A.   No.
19      Q.   Okay.  And have you had any doc -- have you seen any
20   doctors to have any screening tests run on yourself?
21      A.   No.
22      Q.   And have you sought any help from any health care
23   professionals regarding your concerns or anxiety about your
24   exposure to Roundup?
25      A.   No.
```

```
 1      Q.   Okay.  And ▓▓ hasn't seen any kind of doctor with
 2   regard to any concerns or anxiety that she might have?
 3      A.   No.
 4      Q.   Okay.  And has ▓▓ had any kind of screening tests
 5   run?
 6      A.   No.
 7      Q.   Okay.  And neither one of -- neither ▓▓ or ▓▓
 8   have any health issues; is that right?
 9      A.   Right.
10      Q.   Okay.  Do you keep a diary or a journal?
11      A.   No.
12      Q.   Do you remember any other family members or friends
13   that would have attended medical appointments with your husband
14   or have knowledge of your husband's health condition?
15      A.   No.
16      Q.   And do you know if you have any out-of-pocket --
17   either you or Mr. Blair have any out-of-pocket medical expenses
18   that haven't been paid for?
19      A.   No.
20      Q.   Do you know if you or Mr. Blair have any nonmedical
21   out-of-pocket expenses that haven't been paid for?
22      A.   No.
23      Q.   Okay.  Have you had any communications with Monsanto?
24      A.   No.
25      Q.   Have you ever -- strike that.  On what social media
```

```
 1                        REPORTER'S PAGE

 2

 3

 4        I, Cena F. Rustvold, Certified Court Reporter in and for

 5   the State of Louisiana, the officer, as defined in Rule 28 of

 6   the Federal Rules of Civil Procedure and/or Article 1434(B) of

 7   the Louisiana Code of Civil Procedure, before whom this

 8   proceeding was taken, do hereby state on the Record:

 9        That due to the interaction in the spontaneous discourse

10   of this proceeding, dashes (--) have been used to indicate

11   pauses, changes in thought, and/or talkovers; that same is the

12   proper method for a Court Reporter's transcription of

13   proceeding, and that the dashes (--) do not indicate that words

14   or phrases have been left out of this transcription;

15        That any words and/or names which could not be verified

16   through reference material have been denoted with the phrase

17   "(spelled phonetically)."

18

19

20

21                           _____

22                           Cena F. Rustvold, RPR, CCR

23                           Louisiana Certification # 97016

24                           National Certification RPR# 838104

25
```

1                   REPORTER'S CERTIFICATE

2

3        This certification is valid only for a transcript

4    accompanied by my original signature and original required seal

5    on this page.

6        I, Cena Rustvold, Certified Court Reporter in and for the

7    State of Louisiana, as the officer before whom this testimony

8    was administered, do hereby certify that TIARA SMITH BLAIR,

9    after having been duly sworn by me upon authority of R.S.

10   37:2554, did testify as hereinbefore set forth in the foregoing

11   25 pages;

12        That this testimony was reported by me in the stenotype

13   reporting method; was prepared and transcribed by me or under

14   my personal direction and supervision, and is a true and

15   correct transcript to the best of my ability and understanding;

16        That the foregoing transcript has been prepared in

17   compliance with transcript format guidelines required by

18   statute or by rules of the Louisiana Certified Shorthand

19   Reporter Board; and that I am informed about the complete

20   arrangement, financial or otherwise, with the person or entity

21   making arrangements for deposition services; that I have acted

22   in compliance with the prohibition on contractual

23   relationships, as defined by the Louisiana Code of Civil

24   Procedure Article 1434 and in rules and advisory opinions of

25   the board;

1    That I have no actual knowledge of any prohibited

2    employment or contractual relationship, direct or indirect,

3    between a court reporting firm and any party litigant in this

4    matter, nor is there any such relationship between myself and a

5    party litigant in this matter;

6    That I am not of counsel, not related to counsel or the

7    parties herein, nor am I otherwise interested in the outcome of

8    this matter.

9

10

11

12    SUBSCRIBED AND SWORN TO on this the 30th day of

13    April, 2021.

14

15

16                                    _____

17                                    Cena F. Rustvold, RPR, CCR

18                                    Louisiana Certification # 97016

19                                    National Certification RPR# 838104

20

21

22

23

24

25