<table>
<tr><td>

**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

</td><td>

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

</td></tr>
</table>

*Attorneys for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP® PRODUCTS LIABILITY LITIGATION <br><br> *Chapman v. Monsanto Co.*, 3:20-cv-01277-VC <br> *Vosper v. Monsanto Co.*, 3:19-cv-05525-VC | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS EXHIBITS 1 AND 2 IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER** <br><br> Hearing date: December 13, 2021 <br> Time: TBD |

1

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOT. TO FILE UNDER SEAL PORTIONS OF EXS. 1 AND 2 IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER

Before the Court is the administrative motion of Defendant Monsanto Company to file under seal portions of Exhibit 22 filed in support of Monsanto's Motion to Exclude Testimony of Dr. William Sawyer in MDL No. 2741, and also filed in the related cases of *Chapman v. Monsanto Co.*, 3:20-cv-01277-VC and *Vosper v. Monsanto Co.*, 3:19-cv-05525-VC.

Monsanto seeks to redact the personal identifying information of European individuals pursuant to European privacy laws. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following document shall be maintained under seal until further order of the Court, with the publicly filed version redacted as follows:

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Exhibit 1: Expert Report of Dr. William Sawyer, dated June 24, 2021, for *Vosper v. Monsanto Company*, Northern District of California Case No. 3:19-cv-05525-VC | Pages:<br>54, 55, 55 (fn. 130),<br>94 (fn. 231),<br>95 (fn. 234, 236, 238),<br>120 (fn. 281), 122 (fn. 290),<br>155–59, 172–73, 190 (fn. 46),<br>192 (fn. 93), and 203 (fn. 318) | |
| Exhibit 2: Expert Report of Dr. William Sawyer, dated June 24, 2021, for *Chapman v. Monsanto Company*, Northern District of California Case No. 3:20-cv-01277-VC | Pages:<br>44, 45, 45 (fn. 89),<br>85 (fn. 190, 193, 195),<br>86 (fn. 197), 111 (fn. 240),<br>113 (fn. 249), 147–51, 153,<br>164–65, 186 (fn. 46),<br>188 (fn. 93), and 199 (fn. 318) | |

DATED: _____, 202\_\_      _____
                                          HONORABLE VINCE CHHABRIA
                                          UNITED STATES DISTRICT COURT