# EXHIBIT 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3   IN RE:  ROUNDUP PRODUCTS      )  MDL No. 2741

     LIABILITY LITIGATION          )

 4                                  )  Case No.

                                    )  3:16-md-02741-VC

 5   This document relates to:      )

                                    )

 6   Chapman, et al. v.             )

     Monsanto Company               )

 7   Case No. 3:20-cv-01277-VC      )

 8   _____

 9

10                   VIDEO DEPOSITION OF

11                  CLAYTON SMITH, M.D.

12                    JULY 26, 2021

13   _____

14

15

16

17

18

19

20

21

22

23

24

25   Job No. 28119
```

```
 1                    VIDEO DEPOSITION OF CLAYTON SMITH, M.D.,

 2    produced as a witness at the instance of the

 3    Defendant, and duly sworn, was taken in the

 4    above-styled and numbered cause on July 26, 2021, from

 5    8:11 a.m. to 11:31 a.m. Mountain Daylight Time, at

 6    Shook Hardy & Bacon, L.L.P., 1660 17th Street, Suite

 7    450, Denver, Colorado 80202, before Sandra L. Bray,

 8    Registered Diplomate Reporter, Certified Realtime

 9    Reporter, and Notary Public within Colorado, reported

10    by computerized machine shorthand, pursuant to the

11    Federal Rules of Civil Procedure and the provisions

12    stated on the record or attached hereto.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
 3        DAVID J. DIAMOND, ESQUIRE
          DIAMOND LAW USA
 4        1700 East River Road, #65237
          Tucson, Arizona 85718
 5        T:  520.620.0975
          ddiamond@diamondlawusa.com
 6
     FOR THE DEFENDANT:
 7        EMMA C. ROSS, M.D., J.D.
          GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM, LLP
 8        200 South Wacker Drive, 22nd Floor
          Chicago, Illinois 60606
 9        T:  312.881.5952
          eross@goldmanismail.com
10
     ALSO PRESENT:
11
          Davis Baumunk, Videographer
12
     CERTIFIED STENOGRAPHIC COURT REPORTER:
13        Sandra L. Bray, RDR, CRR
14
15
16
17
18
19
20
21
22
23
24
25
```

1                         INDEX
2    EXAMINATION OF CLAYTON SMITH, M.D.
3          Examination by Ms. Ross                    7
4          Examination by Mr. Diamond               133
5          Further Examination by Ms. Ross          141
6          Further Examination by Mr. Diamond       142
7          Further Examination by Ms. Ross          146
8

                         EXHIBIT INDEX
9

     NO.  DESCRIPTION:                             PAGE
10

     Exhibit 1                                        5
11       Chart of Activity
12   Exhibit 2                                        5
         Expert report of Clayton Smith, M.D.
13

     Exhibit 3                                       24
14       West Houston Medical Center Handwritten
         Short Stay Form, 2/18/03, Chapman
15

     Exhibit 4                                       84
16       Article:  Systematic review and meta-
         analysis of glyphosate exposure and
17       risk of lymphohematopoietic cancers,
         by Chang and Delzell
18

     Exhibit 5                                       88
19       Article:  Glyphosate use and associations
         with non-Hodgkin lymphoma major
20       histological sub-types:  findings from
         the North American Pooled Project, by
21       Pahwa, et al.
22   Exhibit 6                                       99
         Article:  Pesticide use and risk of
23       non-Hodgkin lymphoid malignancies in
         agricultural cohorts from France,
24       Norway and the USA:  a pooled analysis
         from the AGRICOH consortium, by Leon,
25       et al.

1    Exhibit 7                                    103

          Article:  Glyphosate Use and Cancer
2          Incidence in the Agricultural Health Study,

          by Andreotti, et al.
3

     Exhibit 8                                    110
4          Article:  Exposure to glyphosate and

          risk of non-Hodgkin lymphoma and multiple
5          myeloma:  an updated meta-analysis, by

          Donato, et al.
6

     Exhibit 9                                    137
7          MD Anderson Cancer Center, Progress

          Notes filed by Peter McLaughlin, MD at
8          1/23/2016 2:49 AM (continued)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              WHEREUPON, the following proceedings

2    were taken pursuant to the Federal Rules of Civil

3    Procedure.

4              *       *       *       *       *

5              (Deposition Exhibits 1 and 2 were

6    marked.)

7              THE VIDEOGRAPHER:  We are now on the

8    record.  My name is Davis Baumunk.  I am a

9    videographer for Golkow Litigation Services.  Today's

10   date is July 26th, 2021, and the time is 8:11 a.m.

11             This video deposition is being held in

12   Denver, Colorado in the matter of Roundup Products

13   Liability Litigation, MDL Number 2741, for the United

14   States District Court for the Northern District of

15   California.  The deponent is Clayton Smith, M.D.

16             Will counsel please identify themselves.

17             MR. DIAMOND:  David Diamond for the

18   Plaintiff, Mr. Chapman.

19             MS. ROSS:  Emma Ross for the Defendants.

20             THE VIDEOGRAPHER:  The court reporter is

21   Sandra Bray and will now swear in the witness.

22             CLAYTON SMITH, M.D.,

23   having been first duly sworn or affirmed, was examined

24   and testified as follows:

25             *       *       *       *       *

```
 1                      EXAMINATION

 2   BY MS. ROSS:

 3           Q.   Good morning, Dr. Smith.

 4           A.   Good morning.

 5           Q.   My name is Emma Ross, and I represent

 6   Monsanto in this case.  It's nice to meet you.

 7           A.   Nice to meet you.

 8           Q.   Do you understand that this is my

 9   opportunity to ask you questions about your opinions,

10   the bases for those opinions, and you as it relates to

11   this case?

12           A.   I do.

13           Q.   You've been deposed before, so we won't

14   spend a whole lot of time on ground rules, if that's

15   all right with you.

16           A.   Correct.

17           Q.   At some point today, I'm sure I will ask

18   a question that's unclear or uses a term

19   inappropriately or mispronounces something.  So if

20   you'd ask me to stop and repeat or rephrase the

21   question, I'd be happy to do that.  Okay?

22           A.   Okay.

23           Q.   If you answer my question, I will assume

24   you've understood it.  Is that fair?

25           A.   Fair.
```

1          Q.   Is there any reason you cannot give

2    complete and accurate testimony today?

3          A.   Not that I know of.

4          Q.   Have you talked to anyone other than

5    Plaintiffs' counsel about this case?

6          A.   No.

7          Q.   I'm going to ask just a few more

8    specific questions to make sure it doesn't bring up

9    something that you might not have been thinking of.

10   Okay?

11         A.   Okay.

12         Q.   You have never spoken with Mr. Chapman,

13   correct?

14         A.   I have not.

15         Q.   You have not examined Mr. Chapman,

16   correct?

17         A.   I have not.

18         Q.   You are not his treating physician,

19   correct?

20         A.   I am not.

21         Q.   Have you ever spoken with any of

22   Mr. Chapman's treating physicians?

23         A.   I have not.

24         Q.   Do you know Peter McLaughlin?

25         A.   No.

1          Q.   Have you ever spoken with

2    Dr. Weisenburger?

3          A.   No.

4          Q.   Have you ever spoken with Dr. Sawyer?

5          A.   No.

6          Q.   Have you ever spoken with any other

7    expert for the Plaintiffs in the Roundup litigation?

8          A.   I have not.

9          Q.   I handed you Exhibits 1 and 2 to your

10   deposition, and I just want to identify them for the

11   record.  Exhibit 1 is your invoice in this case,

12   correct?

13         A.   Correct.

14         Q.   You can set that aside for now.

15   Exhibit 2 is your expert report regarding Otis

16   Chapman, correct?

17         A.   Correct.

18         Q.   You wrote a report in this case, right?

19         A.   Yes.

20         Q.   Your report sets out all the opinions

21   you will offer at trial, correct?

22         A.   Correct.

23         Q.   Is there anything in your report that

24   needs to be corrected as you sit here today?

25         A.   It's always a possibility that I would

1 entertain, but I feel I reviewed it pretty carefully.

2 If there's -- if there's issues, I'm happy to discuss

3 them.

4          Q.   But nothing came up when you were

5 rereviewing your report or preparing for this

6 deposition that sitting here you think we need to

7 correct at this point?

8          A.   Nothing jumped out, no.

9          Q.   You have a reference list at the end of

10 your report.  I think it begins on Page 9, but let me

11 verify that that's true.  Yes.

12          A.   Yes.

13          Q.   There are 31 references on your list at

14 the end of your report.  Do you see that?

15          A.   Yes.

16          Q.   You also reviewed Mr. Chapman's medical

17 records, right?

18          A.   Correct.

19          Q.   You reviewed his deposition, correct?

20          A.   Correct.

21          Q.   Is there anything else that you're

22 relying on besides these 31 references, Mr. Chapman's

23 deposition, and his medical records for your opinions

24 in this case?

25          A.   Yes.  The general causation reports, I

1    found very helpful, and then I reviewed Dr. Wong's

2    deposition, I reviewed Dr. Portier's update, his 2021

3    update to his prior general causation opinion.

4           Q.   Anything else?

5           A.   I cannot recall.  I tried to list them

6    in this report.  Those, I think, were the main ones.

7           Q.   And when you say the general causation

8    reports, I think the ones that you list in your report

9    are Dr. Ritz, Dr. Weisenburger, and Dr. Portier.  Does

10   that sound right to you?

11          A.   Yes.  Sorry.  I also read a report by

12   Dr. Sawyer, who I believe is a toxicologist.

13          Q.   Do you remember if that report was about

14   Mr. Chapman in particular or about Roundup in general?

15          A.   That was about Mr. Chapman.  There were

16   a lot of general elements to it, but about Mr. Chapman

17   around -- particularly around his exposure, and then

18   there was quite a bit of information around the

19   toxicology and other elements of glyphosate.

20          Q.   I want to break that down just a little

21   bit.  All right?

22          A.   Sure.

23          Q.   You reviewed Dr. Sawyer's report about

24   Otis Chapman, correct?

25          A.   Correct.

1          Q.   When did you review his report?  Had you

2     already completed yours?

3          A.   No.  It was probably somewhere in the

4     middle.

5          Q.   So you reviewed Dr. Sawyer's report

6     before you completed your opinions in this case,

7     right?

8          A.   Correct.

9          Q.   Are you relying on Dr. Sawyer's report

10    for any of your opinions about Mr. Chapman?

11              MR. DIAMOND:  Form.  You can go ahead

12    and answer.

13              MS. ROSS:  That's a poor question, so

14    let me go ahead and say it again.

15              MR. DIAMOND:  It wasn't a horrible

16    question, but I just wanted to make sure.

17          Q.   (BY MS. ROSS)  New question.  Are you

18    relying on Dr. Sawyer's report in any way for the

19    opinions you are offering about Otis Chapman?

20              MR. DIAMOND:  Same, form.  Go ahead.

21          A.   The main element of his report that I

22    actually relied on was the validation of Mr. Chapman's

23    report of his exposure history.

24          Q.   (BY MS. ROSS)  When you say "validation

25    of Mr. Chapman's report of his exposure history," what

1    do you mean?

2         A.   My understanding from Mr. Diamond is

3    that Mr. Sawyer spoke directly to Mr. Chapman and went

4    through point by point his exposure, which lined up a

5    lot with -- almost totally consistently with the

6    amended -- what is it called, PFS?

7              MR. DIAMOND:  Yes.

8         A.   -- PFS.  Sorry.  I don't know my lawyer

9    terms very well.

10        Q.   (BY MS. ROSS)  That's all right.

11        A.   The amended PFS, which outlined his

12   exposure history.

13        Q.   So are you relying on Mr. Chapman's

14   sworn testimony about his Roundup use, what

15   Mr. Chapman told Dr. Sawyer about his Roundup use, or

16   both of those things for your opinions in this case?

17        A.   All of the above.  And that actually

18   prompts me to remember, I also read his deposition,

19   Mr. Chapman's deposition, and that contributed to that

20   as well.

21        Q.   I think we had that on the list, but I'm

22   glad we clarified.  Okay?

23        A.   Yes.  So I would say all three of those;

24   PFS, Mr. Chapman's deposition, and Mr. Sawyer -- or

25   Dr. Sawyer's summary, which I had understood was

1  personally validated with Mr. Chapman.

2        Q.   Now, when you say "personally

3  validated," did Dr. Sawyer, to your knowledge, ever

4  see Mr. Chapman spray Roundup?

5        A.   No, what I mean by that is that my

6  understanding is that he spoke with Mr. Chapman and

7  went point by point through his history of exposure.

8        Q.   Right.  So you are -- new question.  You

9  are relying on what Otis Chapman told Dr. Sawyer in

10  his interview, correct?

11        A.   Correct.

12        Q.   And that's for your opinions about

13  Mr. Chapman's exposure history to Roundup, right?

14        A.   Again, there were three different

15  sources that I tried to align.  Those were the PFS --

16  the amended PFS, Dr. Sawyer's report, and then

17  Mr. Chapman's deposition.

18        Q.   And this is not a trick question.  I

19  just want to make sure we have the list.  So new

20  question.  Okay?  For your opinions about

21  Mr. Chapman's exposure history, you are relying on his

22  PFS, his sworn deposition testimony, and what he told

23  Dr. Sawyer in an interview, correct?

24        A.   Correct, with one technical difference.

25  I believe what I saw was the amended PFS.

1        Q.   Okay.

2        A.   Again, I am not an expert in the

3   elements of how those PFSs are collected, but I

4   believe that's what it was called when I saw it.

5        Q.   And as we spoke about a minute ago,

6   you've never spoken with Mr. Chapman, right?

7        A.   I have not.

8        Q.   You have no independent knowledge of his

9   spraying of Roundup, correct?

10       A.   Correct.  That's why it was important

11  for me to try to align these reports and make sure

12  they were consistent.

13       Q.   And as far as you recall Mr. Chapman's

14  reports, between his amended PFS, what he told

15  Dr. Sawyer, and what he said in his deposition, are

16  consistent?

17       A.   Correct.

18       Q.   Is there -- withdrawn.  Are you relying

19  on Dr. Sawyer's report for anything else?

20       A.   I cannot tell you how much that

21  influences my thinking.  This was -- again, if I were

22  to rank the reports and how they impacted me, I would

23  say Dr. Portier's general causation report is most

24  impactful for me, plus just the body of references

25  that I reviewed.  Those are probably the two main

1   ones.

2          Q.   Dr. Portier's report is the most

3   impactful for you with regard to general causation; is

4   that right?

5          A.   I think so, and plus his amended report.

6          Q.   And just to be clear, you're not relying

7   on any exposure calculations or information from

8   Dr. Sawyer on how much glyphosate Mr. Chapman may have

9   had in his body at any time, correct?

10          MR. DIAMOND:  Form.

11          A.   Yeah, I'm not sure I understand that.

12   Beyond -- I am relying on the extent and the type of

13   exposure that he had and the amount of time, the lag

14   time, that he had that exposure before he developed

15   lymphoma.

16          Q.   (BY MS. ROSS)  You're relying on what

17   Dr. Sawyer says about how long Mr. Chapman used

18   Roundup and how often he uses Roundup, right?

19          MR. DIAMOND:  Form.

20          A.   Again, because it's aligned with the two

21   other sources of information.  So I felt like I had

22   three somewhat independent sources of information that

23   said the same thing.

24          Q.   (BY MS. ROSS)  If there were differences

25   between Mr. Chapman's amended PFS, his deposition

1    testimony, and Dr. Sawyer's report, would that

2    influence your opinions in this case in any way?

3         A.   I think it depends on how significant

4    they are.  I mean, I think people have trouble

5    remembering back decades, so it wouldn't surprise me

6    if there were minor differences, but if there were

7    big, major differences, like, you know, somebody

8    reported 16 years of exposure before lymphoma and

9    another person reported 5, that would be significant,

10   and I would want to get to the bottom of that.

11        Q.   It's difficult to remember what you did

12   in 1987; is that fair?

13        A.   That is fair.

14        Q.   I want to see if we agree about some

15   basics of Mr. Chapman before we get into the details

16   of his medical history.  Okay?

17        A.   Sure.

18        Q.   Mr. Chapman first presented with an

19   enlarging lymph node in 2002, right?

20        A.   Let me check.

21        Q.   If it helps you, it's in your report on

22   Page 2.

23        A.   Thanks.  That is correct.

24        Q.   Let me reask the question since we had a

25   little back and forth there.  Okay?

1          A.   Yes.

2          Q.   Mr. Chapman first presented with an

3   enlarging lymph node in 2002, correct?

4          A.   Correct.

5          Q.   He was diagnosed with small lymphocytic

6   lymphoma, or SLL, in 2003, right?

7          A.   Correct.

8          Q.   Is it all right with you if today I use

9   the abbreviation to talk about small lymphocytic

10  lymphoma?

11         A.   Please do.

12         Q.   We'll both know what we're talking

13  about, right?

14         A.   Yes.

15         Q.   Mr. Chapman was treated for his SLL in

16  2003, correct?

17         A.   Correct.

18         Q.   He was treated with six cycles of RFMD

19  immunochemotherapy in 2003, right?

20         A.   Correct.

21         Q.   Mr. Chapman has received no treatment

22  for SLL since 2003; right?

23         A.   That is my understanding.

24         Q.   It is 2021 as we're sitting here, right?

25         A.   Yes.

1          Q.   Mr. Chapman has received no treatment

2     for SLL in the last 18 years, correct?

3          A.   That is my understanding.

4          Q.   Mr. Chapman is in complete remission

5     from his SLL, right?

6          A.   That is not my understanding.  The

7     information I have is sparse, but my understanding is

8     that he relapsed in 2009 and has been what's called

9     watch and wait since then.

10          Q.   I want to make sure I just understand

11     what your opinion is on this before we go further.

12     Okay?

13          A.   Right.

14          Q.   How would you describe Mr. Chapman's

15     current status with regard to his lymphoma?  Would you

16     say it is a partial remission, a clinical remission?

17     How would you describe it?

18          A.   So my understanding is that he had a --

19     what is termed a relapse in 2009, so the lymphoma came

20     back.  It was documented as coming back, but because

21     it was localized and not causing him symptoms, it was,

22     I think between Mr. Chapman and his physician, elected

23     to do what is called watch and wait, which is an

24     approach to these type of indolent lymphomas like SLL.

25          Q.   That was in 2009, right?

1        A.   Correct.

2        Q.   12 years ago, right?

3        A.   Correct.

4        Q.   Do you know if Mr. Chapman ever had any

5   follow-up diagnostic imaging that showed resolution of

6   lymphopathy after that?

7        A.   I have not seen any records to that

8   effect.

9        Q.   If there are those records, you'd agree

10  he's in remission at this point, correct?

11            MR. DIAMOND:  Form.

12       A.   Right.  It depends on the imaging.

13  Imaging can be tricky.  It's not necessarily

14  completely black or white, so I'd have to see those,

15  but if they were completely normal, then it's

16  feasible.  Sometimes lymph nodes come back, and then

17  they do spontaneously remit, so that's within the

18  realm of feasibility.

19       Q.   (BY MS. ROSS)  It's within the realm of

20  feasibility that with SLL in particular, which is an

21  indolent lymphoma, one can have lymph nodes that

22  become clinically apparent and then remit over time;

23  is that what you said?

24       A.   That's possible.  Again, this is pure

25  speculation because I really don't have any of his

1    records since 2009.

2         Q.   Do you recall when the last time

3    Mr. Chapman saw oncology for his SLL was?

4         A.   I don't know.  The last records that

5    I've seen -- again, I did query Mr. Diamond about

6    this, but the last records I've seen that I know

7    anything specific are from 2009, the ones in my

8    report.

9         Q.   As far as you know, Mr. Chapman has not

10   seen an oncologist for his SLL since 2009, correct?

11        A.   I believe -- I thought he was seeing an

12   oncologist on an ongoing basis, but I do not know the

13   frequency or what the results of those tests are.  The

14   last records that I have had access to were from 2009.

15        Q.   So the most recent records you have

16   about Mr. Chapman's SLL course are from 2009, right?

17        A.   Correct.

18        Q.   You can't say anything about --

19        A.   I can't.

20        Q.   -- what specifically has happened to

21   Mr. Chapman with regard to SLL since 2009, fair?

22        A.   Correct.

23             MR. DIAMOND:  Emma, just for the record,

24   I provided everything that was downloaded by both

25   defense and Plaintiffs that we had at the time.  If

1    there's new things that have come in and I've not sent

2    it to Dr. Smith, it's probably my fault, and I'll do

3    so.

4           MS. ROSS:  Thanks, David.

5           MR. DIAMOND:  Okay.

6           Q.   (BY MS. ROSS)  Just to wrap this up, and

7    then I think we can move on.  Okay?

8           A.   Sure.

9           Q.   In your report, middle of Page 2, you

10   say there was a biopsy on June 17th, '19 of a right

11   neck lymph node.  I think that should be June 17th,

12   2009; is that right?

13          A.   2009, correct.  Sorry.  That is an

14   error.

15          Q.   And then you state a bone marrow biopsy

16   on June 26th, 2009 was negative for CLL or lymphoma.

17   Do you see where I am?

18          A.   Yes.

19          Q.   And then you say he has reportedly been

20   followed since that time without additional treatment,

21   right?

22          A.   Correct.

23          Q.   And that's what we were just talking

24   about in terms of Mr. Chapman's lymphoma history over

25   the last 12 years.  He has reportedly been followed

1    without treatment, fair?

2            A.   That's my understanding.

3            Q.   On Page 2 of your report, a little

4    further up, where you begin speaking about

5    Mr. Chapman's history of present illness -- do you see

6    where I am?

7            A.   At the very start where it says History

8    of Present Illness?

9            Q.   Correct.

10           A.   Correct.

11           Q.   You state Mr. Chapman had no B symptoms.

12   Do you see that?

13           A.   Correct.

14           Q.   When he first presented, Mr. Chapman had

15   no symptoms from SLL, right?

16           A.   Well, he noticed the enlarging lymph

17   nodes.  B symptoms refer to things like fever and

18   weight loss and night sweats, and my understanding is

19   he did not.

20           Q.   Apart from an enlarging supraclavicular

21   lymph node, Mr. Chapman had no symptoms of his SLL

22   when he initially presented, true?

23               MR. DIAMOND:  Form.

24           A.   I don't know that I can say that.  B

25   symptoms are specifically asked for.  They're part of

1    staging prognosis, et cetera.  Those were specifically

2    mentioned that he did not have them.  I can't tell you

3    if he had other things like fatigue.  There are many

4    symptoms that he may have had that were not noted.

5    All I can say is my read of the report was he

6    specifically did not have the lymphoma-related B

7    symptoms.

8           Q.   (BY MS. ROSS)  Do you recall that

9    Mr. Chapman's cancer was discovered incidentally

10   during an annual exam?

11          A.   I do not.  My understanding of, again,

12   both the -- I thought his reports and the reports I

13   read is that he noticed an enlarging lymph node and

14   then brought that to the attention of his physicians.

15               (Deposition Exhibit 3 was marked.)

16          Q.   Dr. Smith, I'm handing you Exhibit 3 to

17   your deposition.  Actually, you should have the copy

18   with the exhibit number, so hand that copy to your

19   counsel.

20          A.   This looks like doctor's handwriting.

21          Q.   It does.  Dr. Smith, you have Exhibit 3

22   to your deposition in front of you.  Do you see this

23   is a note from February 18th, 2003?

24          A.   Oh, yes, at the top, it says that.

25   Sorry.  At the bottom, it says February 17th.

1          Q.   That's fair.  Sometime in February 2003,

2     correct?

3          A.   Yes.

4          Q.   And this is a handwritten note, which

5     thankfully we don't really do anymore, right?

6          A.   Yes.

7          Q.   The first sentence or two, are you able

8     to read what those say?

9          A.   Part of it.

10          Q.   It looks to me like "Lindell Chapman, a

11     57-year-old white male, presented to my office on

12     12/20/02 for his annual physical exam and blood draw.

13     Of note, an approximately 15 millimeter

14     supraclavicular node was palpated above the medial

15     aspect of his right clavicle."

16               Does that look right to you?

17          A.   Yes.

18          Q.   You have no reason to disagree that

19     Mr. Chapman's SLL was found incidentally at an annual

20     exam in late 2002, correct?

21          A.   That would not be consistent with the

22     other records that said he noticed it earlier in 2002

23     and that there were -- by my understanding by dates,

24     it reports actually that he had an MRI done prior to

25     that and the lymph node biopsy that was done almost at

1    the same time, so the next day.  So hard for me to

2    tell whether this was noted incidentally.  That would

3    not be consistent by what I read in the other records.

4         Q.   And when you Say what you read in the

5    other records, what specifically are you referring to?

6         A.   The records that I was provided from

7    Mr. Chapman's other physician visits and doctor

8    visits.  I thought there was both procedures and that

9    he had noticed this swollen lymph node prior to that.

10        Q.   Apart from swollen lymph nodes, do you

11   recall Mr. Chapman ever having any symptoms from his

12   SLL?

13        A.   I do not recall other symptoms being

14   reported, no.

15        Q.   In your report, same page, you say --

16        A.   I'm sorry.  Are we done with this?

17        Q.   We are.  You can set that aside.

18             In your report, you talk about

19   Mr. Chapman's bone marrow biopsies in a few places.

20        A.   Okay.

21        Q.   You talk about his initial bone marrow

22   biopsy, which was negative for involvement, right?

23        A.   Correct.

24        Q.   Then he had a follow-up bone marrow

25   biopsy in March of 2004 that was negative for lymphoma

1    as well, right?

2            A.    Yes.

3            Q.    He had another bone marrow biopsy in

4    June of 2009 that was negative for lymphoma

5    involvement, correct?

6            A.    Correct.

7            Q.    Mr. Chapman has no peripheral blood or

8    bone marrow biopsy involvement with his SLL ever,

9    right?

10           A.    That's my understanding.

11           Q.    Do you consider CLL and SLL to be the

12   same disease or different diseases?

13           A.    It's a bit semantics.  Their biology and

14   their treatment is very similar.  They're typically

15   lumped together in just about every study, every

16   treatment recommendation.  The main distinction is CLL

17   involves the blood and the bone marrow, and SLL

18   typically involves lymph nodes or tissue outside the

19   lymph node and does not involve the blood or the bone

20   marrow.  So clearly there's some -- there must be some

21   difference between the two on how they behave, but

22   they're -- for all intents and purposes, for practical

23   purposes, they typically get lumped together.

24           Q.    That was what I thought you were saying

25   in your report, but I just wanted to make sure that we

1    were clear on it.  Okay?

2              A.   Correct.

3              Q.   So CLL and SLL for all intents and

4    purposes related to evaluating data are considered the

5    same disease, correct?

6              A.   They are.

7              Q.   And there may be -- in fact, probably

8    must be -- some difference on some level that causes

9    CLL to present primarily in the blood and bone marrow

10   and SLL to present primarily in lymph nodes, right?

11             A.   Correct.

12             Q.   When he was diagnosed and treated for

13   SLL in late 2002 and early 2003, is there any doubt in

14   your mind that Mr. Chapman knew he had cancer?

15             A.   No.

16             Q.   I think you say in your report that the

17   average survival for SLL is about 10 years.  Do you

18   remember that?

19             A.   I do.  That is -- SLL and CLL has a huge

20   range of survival.  So there's an average, but that

21   really doesn't do justices because there are people --

22   I think I said this in my report -- there are people

23   that can live decades with this, and there are people

24   that can live a couple years with it.  So that number

25   is not overly helpful.  It just gives you a sense that

1   there are some people that can live longer, longer

2   periods of time with that than many other cancers that

3   we deal with.

4          Q.   I see.  To break that up a little bit

5   because that was a little bit of a long answer.

6          A.   Sorry.

7          Q.   No, you're fine.  Mr. Chapman is 18

8   years out from his treatment for SLL, right?

9          A.   Yes.

10          Q.   His survival is, thankfully, well above

11   the average for SLL?

12          A.   It is above the average, but there are

13   definitely people that live this long with SLL and

14   CLL.

15          Q.   That is true because you can have a

16   highly variable course with SLL or CLL.  In some

17   cases, it may relapse quickly with significant

18   symptoms, right?

19          A.   Correct.

20          Q.   And in some cases, it may transform to a

21   more aggressive form of lymphoma, correct?

22          A.   Correct.

23          Q.   There is no evidence of transformation

24   in Mr. Chapman's case, correct?

25          A.   Not that I'm aware of.

1          Q.   Mr. Chapman does not currently need any

2     treatment of any kind for his SLL, right?

3          A.   Again, the most recent information I

4     have from him is probably his deposition.  So what I

5     have is information from querying Mr. Diamond about

6     that, reading his deposition.  The last records that I

7     had to review, again, were those in 2009.

8          Q.   Okay.  So as -- again, just so we have a

9     clear record on this, you don't have any records of

10    his treatment since 2009, as you've said, correct?

11         A.   Correct.

12         Q.   So for -- withdrawn.  As far as you

13    know, based on the information that is available to

14    you, Mr. Chapman does not currently need any treatment

15    of any kind for his SLL; is that fair?

16         A.   I don't know about the word "need."  I

17    simply don't know.  My understanding is that he has

18    not had any treatment.  That's as far as I know.

19         Q.   Let me ask it this way.  Have you seen

20    anything in the records or materials that have been

21    provided to you that would lead you to conclude that

22    Mr. Chapman currently needs treatment for his SLL?

23         A.   With the limited records and information

24    I have, I do not see anything that says he needs

25    treatment, but, again, I feel somewhat compromised in

1    that statement because I just simply don't have

2    current medical records on him.  I've -- again, I

3    queried Mr. Diamond about that, and I read

4    Mr. Chapman's deposition; and from those, I did not --

5    I did not find anything, but I'd certainly feel a lot

6    more comfortable in that statement if I had current

7    medical records, if there was any specific information

8    that an oncologist had seen him recently and said he

9    was in remission or he was totally stable, those kind

10   of things.

11          Q.   All fair, and what I'm trying to do

12   right now is just make sure that you are not going to

13   come to trial and tell us that Mr. Chapman -- that

14   based on the information that you've reviewed,

15   Mr. Chapman needs immediate treatment and a bone

16   marrow transplant for his SLL.  All right?

17          A.   Right.

18          Q.   So let me reask my question just in

19   terms of the opinions that you plan to offer in this

20   case.  Is that fair?

21          A.   Sure.

22          Q.   Okay.  New question.  You are not

23   offering the opinion in this case that Mr. Chapman

24   currently needs treatment for his SLL, correct?

25                    MR. DIAMOND:  Form.

1        A.    Yeah.  I'm not offering that opinion

2   because I simply don't know.

3        Q.    (BY MS. ROSS)  And you are not offering

4   an opinion in this case that Mr. Chapman needs a bone

5   marrow biopsy -- withdrawn.  Have you seen anything in

6   the medical records that have been provided to you

7   that would allow you to conclude that Mr. Chapman

8   needs to consider a bone marrow transplant for his SLL

9   at this time?

10        A.    I have not seen anything in the records

11   that have been provided me that would suggest he needs

12   to consider a bone marrow transplant.

13        Q.    Was Mr. Chapman's SLL treatment as an

14   outpatient; do you know?

15        A.    I'm pretty sure it was.

16        Q.    Did he ever stop working because of his

17   SLL?

18        A.    I do not know.

19        Q.    As far as you know, he continued

20   teaching at the community college the whole time,

21   right?

22        A.    I simply don't know the answer to that.

23        Q.    On Page 2 of your report near the

24   bottom, you have a list of additional past medical

25   history.  Do you see where I am?

1          A.   Yes.

2          Q.   Mr. Chapman has had multiple skin

3    cancers, correct?

4          A.   Correct.

5          Q.   I count seven basal cell carcinomas in

6    your report.  Does that sound right to you?

7          A.   I hope that's correct.  His records on

8    that were not completely clear.  So I did my best to

9    go back through and look at all of the records that he

10   has and tried to sort of integrate those together, but

11   that's to the best of my understanding.

12         Q.   Are you offering an opinion that Roundup

13   caused Mr. Chapman's basal cell carcinomas?

14              MR. DIAMOND:  Don't look at me.

15         A.   I have asked Mr. Diamond if there was

16   any known evidence around that because that is a lot

17   of basal cell carcinomas.

18         Q.   (BY MS. ROSS)  Seven basal cell

19   carcinomas is a lot of basal cell carcinomas, correct?

20         A.   I am not an expert in this area, but it

21   seems a lot to me.

22         Q.   There are no opinions in your report

23   disclosed that Roundup caused Mr. Chapman's basal cell

24   carcinomas, correct?

25         A.   That is correct.

1        Q.    Sitting here today, you do not intend to

2    offer an opinion at trial that Roundup caused

3    Mr. Chapman's basal cell carcinoma?

4        A.    I do not.

5        Q.    Mr. Chapman also had a superficial

6    spreading melanoma, correct?

7        A.    Correct.

8        Q.    There are no opinions in your report

9    that Roundup caused Mr. Chapman's melanoma, correct?

10        A.    Correct.

11        Q.    You are not intending to offer an

12    opinion at trial that Roundup caused Mr. Chapman's

13    melanoma, right?

14        A.    No.

15        Q.    Mr. Chapman was hospitalized?

16        A.    I do not know.

17        Q.    Do you recall -- and I think you say

18    this in your report -- that treatment for his melanoma

19    was complicated by a bacterial infection?

20        A.    That's my understanding.

21        Q.    That required some additional surgical

22    intervention, correct?

23        A.    That's my understanding.

24        Q.    Do you know whether he was hospitalized

25    for that?

1          A.   I do not.

2          Q.   In 2014, Mr. Chapman had a myocardial

3  infarction, right?

4          A.   That's my understanding.

5          Q.   Fancy way of saying heart attack, right?

6          A.   Correct.

7          Q.   He was hospitalized for that too?

8          A.   I do not know.  There was very minimal

9  information on that in his medical record.

10         Q.   I want to go back to something that you

11 said about skin cancer for a minute and make sure I'm

12 understanding it.  Okay?

13         A.   All right.

14         Q.   You have not done a comprehensive review

15 of the literature to determine whether basal cell

16 carcinoma is associated with Roundup.  Is that what

17 you said?

18         A.   I have not.

19         Q.   Have you seen literature showing that

20 patients may have a genetic propensity for both skin

21 cancer and NHL?  I think you say something about that

22 in your report.

23         A.   I haven't -- it's, it's --  generally

24 there is observations that people with CLL and

25 presumably SLL have a higher incidence of skin

1   cancers.  My understanding, though, is that those are

2   primarily squamous cell carcinomas.  I am not aware

3   whether melanoma is associated with those.  In

4   general, people with CLL and SLL are thought to have

5   higher incidence of other cancers as well that I

6   mention in my report.  And so there's additional

7   observation and sort of heightened awareness to look

8   for these kind of things, particularly skin cancers in

9   people with CLL and SLL.  What causes that association

10  I think is far from clear.

11       Q.   Long answer, so I'm going to break it up

12  a little bit.  Okay.

13       A.   Sorry.

14       Q.   You're fine.  New question.  There are

15  some data that folks with CLL in particular may have

16  higher rates of at least some skin cancers, including

17  squamous cell carcinoma, right?

18       A.   Correct.

19       Q.   You have not looked at the literature to

20  see whether CLL is associated with an increased risk

21  of basal cell carcinoma or melanoma, right?

22       A.   Correct.

23       Q.   But from a clinical perspective, if I'm

24  understanding you right, you're saying that because of

25  the relationship between CLL and squamous cell cancer,

1    you might look more carefully for skin cancers in

2    someone --

3             A.   Yes.

4             Q.   -- with a history of SLL or CLL; is that

5    right?

6             A.   Yes.

7             Q.   Okay.  And I think the last thing that

8    you said is the basis for that association is

9    currently unclear, right?

10            A.   To me, it is, yeah.

11            Q.   We can't really say -- or you can't say

12   sitting here whether that's due to impaired DNA

13   repair, immunosenescence in these individuals, or some

14   other genetic defect over time that manifests in

15   multiple cancers?

16            A.   Correct.  It could be that you have

17   inborn genetic changes that predispose you to multiple

18   cancers, but it could also be that CLL/SLL affects the

19   immune system and the immune system keeps these kind

20   of skin cancers in check and when the immune system

21   isn't working or some combination of those or any

22   number of other explanations.

23            Q.   What kind of errors of inborn -- what

24   was the term that you used?

25            A.   Just inborn genetic predispositions to

1    cancer.

2            Q.   What kinds of inborn genetic

3    predispositions to cancer might predispose someone to

4    both skin cancer and NHL?

5            A.   I do not know.

6            Q.   You also mentioned the immune system

7    function in detecting abnormal cells, right?

8            A.   So the immune system is thought to play

9    what's called a surveillance role.  So it looks around

10   the body for cancers, and it snuffs them out.  And

11   that could be -- we know the immune system is impaired

12   in people with CLL and quite possibly with SLL, and so

13   that impaired immune system could also lead to

14   additional cancers.

15           Q.   Are you familiar with the term immune

16   senescence or immunosenescence?

17           A.   I'm not familiar with it as a technical

18   term.  I can interpret what it must mean or it might

19   mean.

20           Q.   What is immune senescence?

21           A.   Well, senescence just means getting old,

22   as a person getting old, not functioning as well as

23   when you are young.

24           Q.   What happens to the immune system as

25   people age?

1          A.    There's a number of changes, but in

2     general -- for some people -- and it's different for

3     different people, but it can decline in some people

4     for sure.

5          Q.    You have a section on Page 3 of your

6     report entitled Family History.  Do you see where I

7     am?

8          A.    Yes.

9          Q.    First sentence of that states,

10    "Mr. Chapman's father died of possible heart failure

11    at age 73 years old."  Do you see that?

12         A.    I do.

13         Q.    I did not see in your report a date of

14    birth for Otis Chapman.  Do you recall when he was

15    born?

16         A.    I do not.

17         Q.    I will represent to you that he was born

18    in 1944.  Do you have any reason to disagree with

19    that?

20              THE DEPONENT:  Is that correct?

21              MR. DIAMOND:  It is.  It's on his

22    records.  It says he was born on August 16th.

23              MS. ROSS:  Thank you for finding that,

24    Counsel.  I was looking to see if I could find it

25    quickly.  There's no question pending.

1          MR. DIAMOND:  That's okay.

2          Q.   (BY MS. ROSS)  New question.

3  Mr. Chapman was born in August of 1944, correct?

4          A.   That's my understanding now.

5          Q.   He is today 76 years old?

6          A.   Yes.

7          Q.   Mr. Chapman has outlived his father

8  despite his SLL, right?

9          A.   His father died at 73, and he's 76, yes.

10          Q.   You also say in your report that

11  Mr. Chapman has six siblings, all of whom have died.

12  Do you see where I am?

13          A.   Yes, yes.

14          Q.   Mr. Chapman has outlived all his

15  siblings despite his SLL, correct?

16          A.   That's my understanding.

17          Q.   You are not offering any opinion that

18  SLL is currently limiting his activities or life

19  expectancy; right?

20          A.   I am not.  Excuse me.  Sorry.  Sorry.

21          MR. DIAMOND:  Form.

22          A.   Wait.  I am not offering any opinion

23  about his activities because I don't know.  His life

24  expectancy could certainly be impacted by SLL.  If

25  it's not in remission and it transforms, it could

1    shorten it considerably.

2         Q.   (BY MS. ROSS)  Do you say anything in

3    your report about Mr. Chapman's life expectancy?

4         A.   I do not.

5         Q.   And as we talked about a minute ago,

6    there's currently no evidence that Mr. Chapman's SLL

7    has transformed, right?

8         A.   Again, with the limited reports I have

9    and my current knowledge, my understanding is he has

10   not.

11        Q.   Before we leave this section of your

12   report, let's turn back to Page 2 quickly in your HPI.

13   You give a summary here of Mr. Chapman's presentation,

14   diagnostic workup, pathology results, and treatment,

15   right?

16        A.   Correct.

17        Q.   Can you point me toward any test report,

18   imaging study, pathology report, or physical exam

19   finding that tells you that Roundup caused Otis

20   Chapman's cancer?

21        A.   I cannot.

22        Q.   Can you point me toward anything in

23   Mr. Chapman's initial presentation, workup, treatment,

24   or response to therapy that tells you that Roundup

25   caused Otis Chapman's cancer?

1          MR. DIAMOND:  Form.

2          A.   Yeah, I'm not quite sure how to

3    interpret that question.

4          Q.   (BY MS. ROSS)  Let me reask it or ask it

5    differently if you're having trouble with it.  Well,

6    first, let me ask.  What about that question is

7    difficult for you?

8          A.   Well, I do have an opinion that, as

9    stated here, that I believe Roundup can be a cause of

10   lymphoma, and so -- but if you're asking are there

11   specific tests or findings that would confirm that in

12   Mr. Chapman, then no.

13         Q.   That is what I'm asking, so let me reask

14   it.  Okay?  Are there specific tests or findings that

15   would confirm that Roundup caused Mr. Chapman's

16   cancer?

17         A.   No.

18         Q.   You walk through Mr. Chapman's initial

19   presentation, which was with a supraclavicular lymph

20   node, correct?

21         A.   Correct.

22         Q.   You walk through Mr. Chapman's workup,

23   which included a diagnostic biopsy and imaging, right?

24         A.   Correct.

25         Q.   And then Mr. Chapman underwent treatment

1    with six cycles of immunochemotherapy, right?

2         A.   Correct.

3         Q.   Is there anything in Otis Chapman's

4    presentation, workup, or treatment for SLL that tells

5    you Roundup caused Mr. Chapman's cancer?

6         A.   There is not a specific element of that

7    that confirms that Roundup caused his cancer.

8         Q.   Is there anything at all specific or not

9    in the way that Mr. Chapman presented, was worked up,

10   and treated that tells you Roundup caused his cancer?

11        A.   I guess, again, I'm struggling a bit

12   with this because it is my opinion that Roundup can be

13   a cause of it.  There is not a specific test that says

14   it absolutely is in this person or in any person.

15        Q.   There's not a specific test and there's

16   also nothing in Mr. Chapman's presentation and workup,

17   right?

18             MR. DIAMOND:  Form.

19        A.   Again, there is the -- at least my

20   opinion that this is a potential cause, but there's

21   nothing specific in the imaging, the pathology, or in

22   the clinical presentation of Mr. Chapman that confirms

23   that.

24        Q.   (BY MS. ROSS)  And I think we're clear

25   on the imaging and pathology.  I'm just trying to make

1    sure we have a clear record on clinical presentation.

2    Okay?  So let me --

3         A.   So --

4         Q.   Let me reask the question.

5         A.   Thank you.

6         Q.   Or perhaps ask a slightly better one.

7    New question.

8              MR. DIAMOND:  You may already have what

9    you want.

10        Q.   (BY MS. ROSS)  Was Otis Chapman's

11   presentation, diagnostic workup, and treatment typical

12   for SLL, recognizing the range of potential

13   presentations for SLL?

14        A.   Yes.

15        Q.   Can you point me to anything specific in

16   Otis Chapman's clinical presentation that would allow

17   you to say, "A-ha, Roundup was the cause of this

18   cancer"?

19        A.   Not a specific clinical presentation

20   feature, no.

21        Q.   I want to make sure that you and I have

22   the same basic understanding of cancer genetics.  Is

23   that all right?

24        A.   Sure.

25        Q.   Cells contain our DNA, right?

1          A.    Yes.

2          Q.    That DNA includes thousands of genes,

3  right?

4          A.    Yes.

5          Q.    Cells in our body divide and replicate

6  over the course of our lives, right?

7          A.    Correct.

8          Q.    That process of cell division is called

9  mitosis, correct?

10          A.    Correct.

11          Q.    When cells copy their DNA and genes,

12  they copy billions of base pairs, right?

13          A.    Yes.

14          Q.    That's estimated to be about 3 billion

15  pieces of information.  Does that sound right to you?

16          A.    I actually don't know what the number --

17  the specific number is.

18          Q.    Depending on what tissue we're talking

19  about, some cells divide a lot, others not as much,

20  right?

21          A.    Correct.

22          Q.    Just like other tissues, lymphocytes

23  divide throughout our lives, correct?

24          A.    Correct.

25          Q.    There are approximately 100 billion

1    hematopoietic stem cells in the human body, right?

2         A.   That is not known.  This is an area that

3    I have published on pretty extensively, and that

4    number is not at all clear.

5         Q.   What is your best estimate of how many

6    hematopoietic stem cells there are in the human body?

7         A.   I'm going to do my best to avoid going

8    down a rabbit hole.  So the -- even the definition of

9    a stem cell is up for debate.  If you call it a cell

10   that can generate the white blood cells, red blood

11   cells, and platelets for very long periods --

12   decades -- years to decades, we simply don't know.

13   There's quite possibly anywhere from millions to

14   billions, though.

15        Q.   This is an area in which you have some

16   particular expertise, right?

17        A.   Yes.

18        Q.   You have in your career, for example,

19   run stem cell transplant programs, right?

20        A.   Yes.

21        Q.   You also have published on hematopoietic

22   stem cells, right?

23        A.   Correct.

24        Q.   I think you said it's difficult to know

25   exactly how many hematopoietic stem cells there are in

1     the human body; is that right?

2            A.   Correct.

3            Q.   Your best estimate is millions to

4     billions of hematopoietic stem cells in the human

5     body, right?

6            A.   Maybe.  We simply don't know.

7            Q.   Do you have any idea of how often a

8     hematopoietic stem cell divides?  For example, is it

9     every few days or few months?

10           A.   So many of them are what are called

11    quiescent, where we think they sit there and don't

12    divide at all.  And then a relatively small number of

13    them do divide, and they divide -- they can divide

14    certainly in the order of days.

15           Q.   The hematopoietic stem cells that are

16    actively dividing can divide every few days, but

17    that's not every hematopoietic stem cell, right?

18           A.   Right.

19           Q.   We did go down a little bit of a rabbit

20    hole, but we'll go back on that.  Okay?

21           A.   I'm trying to restrain myself.

22           Q.   While the body is almost perfect in the

23    copying process, sometimes the DNA and genes do not

24    get copied correctly, right?

25           A.   Correct.

1          Q.   When DNA and genes are not copied

2     correctly, that results in a cell that has a mutation,

3     right?

4          A.   Correct.

5          Q.   Mutations can occur in any type of cell

6     in our body, including lymphocytes, right?

7          A.   Yes.

8          Q.   Every time a cell divides, it can

9     accumulate mutations, correct?

10         A.   There is the potential for that, yes.

11         Q.   Cells do not have to be exposed to

12    anything external to the cell to have that mutation

13    happen, true?

14         A.   That, I don't think is known, whether

15    these are just pure errors just by the fact that

16    you're doing something billions of times and things

17    aren't perfect or whether there are external --

18    external factors that -- it's fairly clear external

19    factors can influence that pretty dramatically.

20    What's not clear to me is can you get errors without

21    any external factors.

22         Q.   Are you familiar with what's called the

23    background mutation rate?

24         A.   Again, I don't know that as a technical

25    term, but I can surmise what that might mean.

1          Q.    There are experiments in cell lines

2    unexposed to anything else that have shown there is a

3    background mutation rate.  Are you familiar with that

4    research?

5          A.    I am not, but cell lines by their very

6    nature are not normal tissues.  These are cells that

7    have been propagated in a dish for months or years,

8    which is not what normal tissues can do.  So

9    personally interpreting what you see in cell lines as

10   what goes on in the body I think is a mistake.

11               The other problem with that contention

12   is that no matter where you're sitting, unless you're

13   in a, you know -- I don't know where in the universe

14   you could put cells where they wouldn't be exposed to

15   some type of external factor.  And again, I don't want

16   to go down a rabbit hole, but I have a son who is a

17   physicist.  So there are physics where there are

18   particles that go zapping through us and through

19   cultures and through incubators all the time.  So

20   there may be -- even if you're not applying an

21   external chemical, there are definitely external

22   features that are impacting those things.  Again, I'm

23   trying to avoid going down another rabbit hole with

24   you, but . . .

25          Q.    You said that interpreting what you see

1    in cell lines as what you see in the body is a

2    mistake.  Do you recall that?

3            A.   I do.

4            Q.   What did you mean by that?

5            A.   Cell lines by their nature are really

6    abnormal compared to normal cells.  So, for example,

7    in my field where I study leukemia and stem cells in

8    leukemia, we can only grow leukemia from the body in a

9    dish for a matter of a few days, but there are cell

10   lines that have been heavily mutated and adapted that

11   would grow indefinitely, and there are some cell lines

12   that have been growing for decades.  So people use

13   those a lot, and there are some lessons from them that

14   are useful in biology and medicine, but they by no

15   means represent the biology of normal, healthy cells.

16           Q.   Another long answer, so we'll break that

17   down just a little bit.  All right?

18           A.   Sorry.

19           Q.   No, you're good.

20           A.   You shouldn't be asking me about --

21           Q.   Let's start with --

22           A.   -- fields that I publish a lot in.

23           Q.   Let's start with just the basics.  All

24   right?

25           A.   Yes.

1          Q.   There are a category of experiments

2    known as in vitro experiments, right?

3          A.   Correct.

4          Q.   Those are things like tests you might do

5    in cells in a petri dish, right?

6          A.   Yes.

7          Q.   Then, there are in vivo experiments that

8    might be done on a living organism, not necessarily a

9    human, right?

10         A.   Right.

11         Q.   And then, there are studies conducted

12   actually in living humans, right?

13         A.   Yes.

14         Q.   In vitro studies in a petri dish are

15   difficult to translate into human research, right?

16         A.   Again, it depends.  Some of the in vitro

17   studies if you're using what are called primary

18   tissues, so cells immediately collected from the body,

19   those can be -- I think those are, in general, more

20   informative than cell lines, which is what people used

21   for many years because they were easy to grow.

22         Q.   And one of the -- when you say "cell

23   lines," you're -- well, withdrawn.  There are certain

24   cell lines that have been immortalized to be able to

25   run tests on, right?

1          A.   Correct.

2          Q.   Similarly, there are animals and

3    knockout models where someone has changed the genetics

4    of an animal to be able to run tests on them, right?

5          A.   Correct.

6          Q.   It can be difficult to generalize from

7    those types of experiments to human beings, right?

8          A.   I think it's mixed.  I think there's

9    some information that's been very, very helpful, and

10   there's others that you have to be careful how the

11   experiments are done and not overinterpret what they

12   might mean in an actual person.

13         Q.   When do you need to exercise some

14   caution in interpreting the results of an immortalized

15   cell line or a modified organism before concluding

16   that your results apply to humans?

17              MR. DIAMOND:  Form.

18         A.   Yeah, I mean there's a million different

19   answers to that.

20         Q.   (BY MS. ROSS)  Can you give me some

21   examples of when you would want to exercise caution in

22   interpreting results as applying to humans?

23         A.   So in my field, we're always looking for

24   new drugs to treat leukemia, lymphoma, and other blood

25   cancers, and the easiest way to screen for those and

1    test for those is in cell lines because we can grow a

2    lot of them, we can test lots and lots of different

3    drugs.  I think we and others have found over the

4    years that while that may be useful to help take a

5    universe of, you know, many thousands of drugs down to

6    a smaller universe, you really want to be careful and

7    then test your candidate drugs on -- in more realistic

8    models, like mice with human leukemia or actual human

9    leukemia cells that are propagated in a dish, but can

10   only do that for a few days.

11        Q.   I see.

12        A.   So there's a bit of stepwise filtration

13   that goes on to take that back to people.

14        Q.   So the early-phase studies of what

15   happens in a petri dish can be helpful for generating

16   a hypothesis, right?

17        A.   Yes.  And I think there's general

18   elements of biology you can learn from cell lines,

19   like here's a protein that's involved in DNA repair.

20   That's probably a general lesson that will apply along

21   the way.

22        Q.   And before you go from that to clinical

23   cancer in humans, you'd really need to see data

24   stepwise along the way up to data in humans that would

25   allow you to reach that conclusion, right?

1          A.   I think that's a general, correct

2     statement.  The more data that you have, the better.

3     Relying solely on cell lines as the source of truth

4     is -- I think can be misleading.

5          Q.   Before we went down this way, we were

6     talking about mutations.  Do you remember that?

7          A.   Yes.

8          Q.   Even after a mutation occurs, the body

9     also has repair mechanisms that can repair the

10    mutation that has occurred, right?

11         A.   Correct.

12         Q.   If a mutation is not repaired, the body

13    can also kill the cell that is mutated.  That's the

14    immune surveillance function, right?

15         A.   Correct.

16         Q.   Sometimes those mutations that make it

17    through the body's repair mechanisms and up in places

18    in the genome that are not known to be critical for

19    carcinogenesis, right?

20         A.   I'm sorry.  Could you say that again?

21         Q.   I'll ask it differently.  A mutation

22    that makes it all the way through the body's repair

23    mechanism and is still there might not matter at all

24    because it's a passenger mutation, correct?

25         A.   You're saying there can be mutations

1    that don't cause cancer?

2          Q.    Yes.

3          A.    Correct.

4          Q.    I've heard those referred to as

5    passenger mutations.  Do you have a different term you

6    would use?

7          A.    I have not heard that term before.

8          Q.    Have you heard the term driver mutation?

9          A.    I have heard that term.

10         Q.    Sometimes a mutation in a cell ends up

11   in a gene that matters for cancer, right?

12         A.    Correct.

13         Q.    We call those driver mutations.  Is that

14   fair?

15         A.    Correct, yes.

16         Q.    Do you agree that certain mutations when

17   they occur and are not repaired can cause a cell to

18   divide and never stop or not die when it's supposed

19   to?

20         A.    Correct.

21         Q.    Mutations like that confer a growth of

22   antigen cells, right?

23         A.    Correct.

24         Q.    Driver mutations can happen in any

25   cells, including lymphocytes, right?

1          A.   They can happen in lymphocytes.   I

2    cannot tell you they can happen in every cell.

3          Q.   Do you have just several, not every one

4    that you know, but several examples you can give me of

5    driver mutations in SLL in particular?

6          A.   I actually -- the one I'm most familiar

7    with, which is probably a driver mutation, is in

8    protein -- a gene for protein called p53.

9          Q.   Do the driver mutations involved in

10   lymphoma vary by lymphoma subtype?

11         A.   They do.

12         Q.   In other words, the driver mutations are

13   different for DLBCL than they are for SLL, correct?

14              MR. DIAMOND:   Form.

15         A.   Yeah, that would be a speculation on my

16   part.   There's definitely -- there's almost certainly

17   ones that overlap.   The field of driver mutations and

18   SLL I think is pretty underdeveloped.   So for me to be

19   able to say that categorically that they're different,

20   I don't know that I know enough to or enough has been

21   discovered yet to know whether that's the case or not.

22         Q.   (BY MS. MOSS)   Are you aware, for

23   example, of BCL2, BCL6, and MYC playing a role in some

24   cases of DLBCL?

25         A.   Yes.

1          Q.   Are you aware of an established role for

2     BCL2, BLC6, or MYC in SLL?

3          A.   So I think there are some SLLs where at

4     least BCL2 and some of the family members of BCL2 that

5     can play a role.  I do not know the data, though, on

6     how frequent those are actually mutated within SLL.

7          Q.   How many mutations are needed for SLL?

8     Do you know?

9          A.   I don't think anybody knows.  I don't

10    know.

11         Q.   Is it fair to say that different

12    subtypes of NHL have different mutational signatures?

13         A.   Definitely.

14         Q.   Different subtypes of NHL can have

15    different causes, right?

16         A.   Presumably.

17         Q.   If mutated lymphocytes are not

18    identified and destroyed by the immune system, they

19    can grow into a clinical cancer, right?

20         A.   Yes.

21         Q.   Depending on the mutations, that growth

22    might be extremely fast or it might be slow, right?

23         A.   Yes.

24         Q.   And, again -- withdrawn.  I think you

25    already told me what immune surveillance is.  Does the

1    immune system have a role in finding and killing

2    cancer cells?

3              A.   Yes.

4              Q.   If the immune system isn't functioning

5    properly, abnormally growing cells have a better

6    chance of getting through, correct?

7              A.   Likely.

8              Q.   The immune system might not function

9    properly because the patient has an immune deficiency

10   syndrome, right?

11             A.   Correct.

12             Q.   The immune system also might not

13   function properly because of some treatment given to a

14   patient, like giving them drugs that chronically

15   suppress the immune system, correct?

16             A.   Correct.

17             Q.   You have some detail in your report on

18   NHL generally and SLL in particular.  I think that's

19   Page 4.  Can you go there with me?

20                  Are you there?

21             A.   Yes.

22             Q.   In your report, you state, "Like most

23   cancers, the incidence of NHL increases with age."  Do

24   you see that?

25             A.   Yes.

1          Q.   Why is it that the incidence of NHL

2    increases with age?

3          A.   It's a good question.  Nobody knows for

4    sure, but as you've alluded to, it's possible the

5    chances of mutations just stack up as you get older.

6    The immune system might get less robust.  Exposure to

7    environmental toxins might accumulate over time.

8    There's a number of reasons why that might occur.

9          Q.   You maintain a clinical practice in

10   addition to all of your research and administrative

11   responsibilities, right?

12         A.   I do.

13         Q.   Have you ever seen a patient with NHL

14   whose only risk factor for NHL was being older?

15              MR. DIAMOND:  Form and foundation.

16         A.   Yeah, I don't know the answer to that.

17         Q.   (BY MS. ROSS)  Have you ever treated a

18   patient where the only risk factor you could identify

19   for them was older age?

20              MR. DIAMOND:  Form, foundation.

21         A.   There's certainly -- if you're asking

22   are there patients where I could not identify a risk

23   factor other than age, that would be correct.

24         Q.   (BY MS. ROSS)  That was my question, so

25   let me ask it the way you said it.

1          A.   Right, if I go through the list of

2    things that are thought to be predisposing to

3    lymphoma, and I could not find that in people.

4          Q.   Are there patients where the only risk

5    factor you could identify was older age?

6          A.   Yes.

7          Q.   Are there patients where the only risk

8    factor you could identify was male gender?

9               MR. DIAMOND:  Form, foundation.

10         A.   That's a fairly sort of modest risk

11   factor.  There is a difference in some lymphomas

12   between the incidence of males and females.  If you're

13   asking are there people where I could not identify

14   factors that I thought contributed to their lymphoma,

15   correct.

16         Q.   (BY MS. ROSS)  You have had patients

17   where you could not identify factors that contributed

18   to their lymphoma, right?

19         A.   Correct.

20         Q.   You do say -- and there's a foundation

21   objection, so I just want to be clear for the record.

22         A.   Sure.

23         Q.   If you'll go to the bottom of Page 4

24   with me.

25         A.   Okay.

1          Q.   Do you see where you say, "CLL/SLL is

2     more common in males than females"?

3          A.   Yes.

4          Q.   What does that mean?

5          A.   It means the incidence is higher in men

6     than women.

7          Q.   And you have seen a patient who is male

8     and had no other identifiable risk factors for SLL,

9     right?

10             MR. DIAMOND:  Form and foundation.

11         A.   Correct.

12         Q.   (BY MS. ROSS)  You also say that SLL is

13    indolent.  What does that mean?

14         A.   Indolent means that it's slow-growing.

15    Again, as you very nicely said it earlier, there's a

16    very wide variation.  There are definitely CLLs in

17    particular that can be quite aggressive and grow very

18    quickly.  The majority of both of those grow slowly,

19    and that's what indolent means.

20         Q.   When did Mr. Chapman's SLL start?

21         A.   Impossible to know.

22         Q.   Could it have started before 1987?

23         A.   His -- it's possible, but he only

24    noticed the lymph node within a few months, I think,

25    of his -- of his visit.  Could he have had a small

1    amount that was lurking there prior to that for some

2    time?  That's possible.

3             Q.   Certainly no way to rule that out,

4    right?

5             A.   No way to know for sure, that's correct.

6             Q.   You were talking just now, I think,

7    about the clinically identifiable cancer, which was an

8    enlarged lymph node in Mr. Chapman's case, right?

9             A.   Correct.

10            Q.   Sometime before that lymph node became

11   enlarged, there were a series of mutations that

12   developed into a clinically detectable cancer, right?

13            A.   Likely.

14            Q.   Do you know how many mutations were

15   needed for Mr. Chapman's SLL to develop?

16            A.   No.

17            Q.   In Mr. Chapman's case, do you know when

18   the first mutation occurred?

19            A.   No.

20            Q.   You cannot disprove that that happened

21   prior to 1987, true?

22            A.   Correct.

23            Q.   In your report at Page 3, you also have

24   a section on the history of -- I'm sorry.  That's not

25   Page 3.  Withdrawn.  No, it is.

1          A.   Page 3?

2          Q.   Page 3.  Do you see you have a section

3   of History of Exposure to Roundup?

4          A.   Yes.

5          Q.   As we talked about earlier in your

6   deposition, your information on Mr. Chapman's Roundup

7   exposure came from three sources, right?

8          A.   Correct.

9          Q.   His amended PFS, correct?

10          A.   Correct.

11          Q.   His deposition testimony, right?

12          A.   Yes.

13          Q.   And Dr. Sawyer's report, correct?

14          A.   Correct.

15          Q.   You have never seen Mr. Chapman spray

16   Roundup, right?

17          A.   I have not seen him spray Roundup.

18          Q.   You saw no receipts of his use of

19   Roundup, right?

20          A.   No.

21          Q.   Did you see any medical records

22   documenting his use of Roundup?

23          A.   I do not recall.

24          Q.   Would it change your opinion at all if

25   Mr. Chapman actually never used Roundup?

1          MR. DIAMOND:  Form.

2     A.   If he never used Roundup?

3     Q.   (BY MS. ROSS)  Right.

4     A.   Would my opinion about Roundup

5  potentially being a cause for his lymphoma change?

6     Q.   Correct.

7     A.   Of course.

8     Q.   Why is that?

9     A.   If he wasn't exposed to Roundup, it's

10 hard to invoke that as a cause for his lymphoma.

11     Q.   You would agree that not using Roundup

12 does not put one at increased risk of NHL, right?

13          MR. DIAMOND:  Form.

14     A.   I did not follow all the nots there.

15     Q.   (BY MS. ROSS)  If someone did not use

16 Roundup, they are not at increased risk of NHL from

17 glyphosate exposure, correct?

18          MR. DIAMOND:  Form.

19     A.   I guess I can see where if they hadn't

20 used it but been involved in its manufacture or been

21 around, you know, environmental areas where it was

22 heavily utilized or they were in an industrial

23 accident.  So I can certainly come up with lots of

24 different ways that one could be exposed to Roundup,

25 but if one was never exposed to Roundup under any

1    circumstances, it would be hard to invoke that as a

2    cause of lymphoma.

3            Q.    And that was my question, so let me

4    reask it.  Okay?  Yes?

5            A.    If you have never been exposed to

6    Roundup in any way, shape, or form, it's -- right, it

7    would not be a causative factor for lymphoma.

8            Q.    A normal --

9            A.    Am I missing something here?

10           Q.    You're not.  I think I just -- maybe

11   we're making this more complicated than it needs to

12   be.

13           MR. DIAMOND:  I think the difference was

14   exposed versus used.

15           Q.    (BY MS. ROSS)  So let me reask the

16   question.

17           A.    Okay.

18           Q.    A normal person in the United States

19   who's never used Roundup, who's never worked in a

20   Roundup factory, who's never had known environmental

21   exposure to Roundup, they are not at increased risk of

22   NHL from Roundup exposure, right?

23           MR. DIAMOND:  Form.

24           A.    Correct, I think.  I'm struggling to

25   understand the question.  If you're not exposed to

1    it --

2              MR. DIAMOND:  And my problem with the

3    form was known exposure.  I'd just say any exposure.

4         A.   If you've never been exposed to

5    something, by definition, it cannot cause something.

6         Q.   (BY MS. ROSS)  Right.  If someone does

7    not use Roundup, they cannot be at increased risk for

8    glyphosate exposure, correct?

9              MR. DIAMOND:  Form.  Again, it's

10   because you say -- you don't want me to say why.

11             MS. ROSS:  So please don't explain.

12   Just let the doctor answer.

13             MR. DIAMOND:  I understand.  I just

14   wasn't sure if you were picking up.

15        A.   Again, if the distinction is use versus

16   exposure, I can come up with many, many different

17   scenarios where someone could be exposed to it without

18   using it.

19        Q.   (BY MS. ROSS)  Is your -- and I'm not

20   talking about someone who is working in a glyphosate

21   factory or something like that.  Okay?

22        A.   Right.

23        Q.   Just normal person, no residential or

24   occupational use of Roundup.  You would not say that

25   that person is at increased risk of NHL from

1    glyphosate exposure, correct?

2              MR. DIAMOND:  Form.

3         A.   So a typical exception to that would

4    be -- I'm thinking work I did when I was younger.  So

5    I worked, you know, outside in fields and others.

6    There could be somebody spraying stuff all the time

7    that I'm inhaling even though I'm not using it myself.

8    You know, I'm over putting in a fence post while

9    someone else is spraying this downwind [sic] from me.

10   So --

11        Q.   Sure.  But if you never had occasion to

12   get Roundup on your skin or inhale it, you are not at

13   increased risk of NHL from Roundup exposure, correct?

14        A.   Right.  Again, if you're not exposed to

15   something, you cannot -- that cannot cause something

16   else.

17        Q.   Your report on Page 9 in your conclusion

18   section says, "Mr. Chapman has been exposed to

19   Roundup/glyphosate in a manner and magnitude that fits

20   within the published epidemiologic literature."  Do

21   you see where I am?

22        A.   Which page are you?

23             MR. DIAMOND:  Top of Page 9.

24        A.   Oh, 9.  Sorry.  Yes.

25        Q.   (BY MS. ROSS)  When you say Mr. Chapman

1    has been exposed to Roundup or glyphosate in a manner

2    and magnitude that fits within the published

3    epidemiologic literature, you're talking about studies

4    that looked at people who actually sprayed Roundup or

5    used it in some fashion, right?

6              A.   Correct.

7              Q.   That is what you mean when you say that

8    Mr. Roundup -- withdrawn.  When you say Mr. Chapman

9    used Roundup in a way that's associated with an

10   increased risk, you mean that he sprayed Roundup and

11   was exposed to glyphosate, correct?

12             A.   Yes.

13                  MS. ROSS:  Let's take a short break.

14                  MR. DIAMOND:  How long do you want to

15   take?

16                  THE VIDEOGRAPHER:  Going off the record

17   at 9:23.  This marks the end of Media 1.

18                  (Recess taken.)

19                  THE VIDEOGRAPHER:  This marks the start

20   of Media 2 of the video deposition of Clayton Smith,

21   M.D.  We're back on the record.  The time is 9:47.

22             Q.   (BY MS. ROSS)  Dr. Smith, just before

23   the break, we were speaking about your report on Page

24   9.  Are you still there?

25             A.   Yes.

1         Q.    You say that "Mr. Chapman has been

2    exposed to Roundup/glyphosate."  I'm going to stop

3    there for a minute.  Okay?

4         A.    Okay.

5         Q.    Your opinion is that Otis Chapman's

6    exposure to glyphosate increased his risk of NHL,

7    correct?

8         A.    Correct.

9         Q.    Did Mr. Chapman ever have measurements

10   taken that showed the presence of glyphosate in his

11   blood, urine, or body tissues?

12        A.    Not that I'm aware of.

13        Q.    Does everyone who uses Roundup have

14   measurable glyphosate in their body?

15              MR. DIAMOND:  Form.

16        A.    I don't know the answer to that.

17        Q.    (BY MS. ROSS)  You have not looked at

18   the literature on whether everyone who uses Roundup

19   has measured glyphosate in their body, fair?

20        A.    I am not aware there is literature that

21   looks at everybody that uses Roundup and has measured.

22   That seems pretty unlikely to me.

23        Q.    Have you looked at any literature

24   whether some people who sprayed Roundup do, in fact,

25   have measurable glyphosate in their bodies?

1          A.   I believe there were -- there have been

2     studies where they have looked at that.

3          Q.   I did not see any of those studies cited

4     in your report.  You're not relying on any studies

5     with regard to measurable glyphosate levels in

6     someone's body, correct?

7          A.   No, correct.

8          Q.   The answer to my question is correct,

9     yes?  I think there was a double negative.

10         A.   No, I'm not relying.  I agree with your

11    statement.

12         Q.   Thank you.  And you cannot point me to

13    any test at any time that would show that Mr. Chapman

14    had measurable glyphosate in his body, right?

15         A.   Correct.

16         Q.   Do you know if those tests exist, if you

17    could test someone's blood for glyphosate?

18         A.   I do have a recollection that I saw some

19    studies, but these are vague.  I thought they had done

20    some measurements in people in South America that were

21    exposed pretty heavily, but I cannot swear to that.

22    I'm speculating.

23         Q.   You have not done anything to

24    investigate how much glyphosate Mr. Chapman actually

25    absorbed, if he absorbed any; that's true, right?

1          A.   That's true.

2          Q.   You're not relying on any measurement of

3     glyphosate in Mr. Chapman's body?

4          A.   Right.

5               MR. DIAMOND:   Form.

6          Q.   (BY MS. ROSS)   Because as far as you

7     know, none of them have been done, right?

8          A.   Correct.

9          Q.   Are you relying on any estimation or

10    calculation of glyphosate in Mr. Chapman's body as

11    opposed to a direct measurement?

12         A.   As opposed to the general exposure

13    history, the prolonged history, the history before he

14    was diagnosed?

15         Q.   Right.

16         A.   No.

17         Q.   What you mention in your report in the

18    sentence we were just looking at is glyphosate as a

19    risk factor for NHL, right?

20         A.   Correct.

21         Q.   Were there any other ingredients in the

22    Roundup Mr. Chapman used that you considered

23    significant for your analysis?

24         A.   No.

25         Q.   Well, that saves us some time then.

1          MR. DIAMOND:  Surfactants.

2          Q.   (BY MS. ROSS)  I think we can cut this

3    fairly short, so let me just ask a few questions to

4    make sure we're in agreement.  Okay?

5          A.   Okay.

6          Q.   Is it true for all Plaintiffs whose

7    records you have reviewed that your opinion is not

8    based on the type or amount of anything in Roundup

9    other than glyphosate?

10         A.   Only glyphosate.

11         Q.   You say in your report I think about

12   Page 4, top of Page 4 -- are you there?

13         A.   Okay.

14         Q.   You say in your report that Otis Chapman

15   could taste the Roundup he was spraying.  Do you see

16   that?

17         A.   Yes.

18         Q.   Does glyphosate even have a taste?

19         A.   I do not know.

20         Q.   Do the surfactants in Roundup have a

21   taste?

22         A.   I do not know.

23         Q.   You do not know whether Mr. Chapman

24   tasted the glyphosate or the surfactants?

25         A.   No.

1          Q.   How much glyphosate did Mr. Chapman take

2     in orally?

3          A.   I do not know.

4          Q.   Have you reviewed the literature

5     enough -- I think you said a minute ago that you've

6     reviewed some literature on glyphosate levels in the

7     body, right?

8          A.   I think so.

9          Q.   Have you reviewed the literature enough

10    to know that any glyphosate that is absorbed is out of

11    the body within 24 hours?

12               MR. DIAMOND:  Form.

13          A.   I'm sorry.  I'm trying to think back a

14    couple of years.  I believe I have seen information

15    that says it's excreted fairly quickly, but I cannot

16    be specific -- more specific than that.

17          Q.   (BY MS. ROSS)  You've seen information

18    in the literature that any glyphosate absorbed is

19    excreted fairly quickly, correct?

20          A.   Correct.

21          Q.   You don't recall whether that's

22    primarily kidney excretion or --

23          A.   I don't, and I think there's -- like

24    every chemical, there's likely a lot of qualifications

25    to that information.  For example, it could sit in a

1    site like the skin and you wouldn't be able to measure

2    it.

3            Q.   Does the Roundup label say anything

4    about avoiding contact with Roundup?

5            A.   I do not know.

6            Q.   Does the label say anything about not

7    breathing it in?

8            A.   I don't know.

9            Q.   Does the label say anything about being

10   harmful if swallowed?

11           A.   I don't know.

12           Q.   Have you ever read the Roundup label?

13           A.   I read it briefly when I did -- when I

14   had an initial case on this and read all the

15   literature.  I had used Roundup, and so I read it

16   briefly and then threw mine away, but I cannot recall

17   if there are specific warnings about exposure or

18   swallowing.

19           Q.   Would it surprise you if the Roundup

20   label said harmful if swallowed?

21           A.   It would not surprise me.

22           Q.   Do you have any idea if Mr. Chapman read

23   those parts of the Roundup label?

24           A.   I do not know.

25           Q.   He teaches college and presumably could

1    have read the label, right?

2            A.   Pure speculation.  I'm a college

3    professor, and I did not read the label until I threw

4    mine out.

5            Q.   Did you think that Mr. Chapman should

6    have read and tried to comply with the Roundup label?

7                MR. DIAMOND:  Form, foundation.

8            A.   Sure.

9            Q.   (BY MS. ROSS)  In your report, if we go

10   back to this end part where you talk about Roundup and

11   glyphosate -- tell me when you're back there.  Are you

12   there?

13           A.   Yes.

14           Q.   Your opinion is that "Mr. Chapman has

15   been exposed to Roundup in a matter and magnitude that

16   fits within the published epidemiologic literature and

17   studies where causation and an association between NHL

18   and glyphosate has been demonstrated," right?

19           A.   Correct.

20           Q.   Your report says "causation and an

21   association between NHL and glyphosate," right?

22           A.   Correct.

23           Q.   Causation and association are not the

24   same, true?

25                MR. DIAMOND:  Form.

1          A.   Yes, they are not the same.

2          Q.   (BY MS. ROSS)  What is the difference

3   between causation and association?

4          A.   I would say association is more of a

5   statistical concurrence of two events.  They happen to

6   occur.  You don't know whether they are necessarily

7   one has caused the other.  And the reason I've

8   separated those is I think -- I tend to think of

9   epidemiologic studies, of which there are many, are

10  association studies, and then the causation studies

11  are more around, in this particular case, does the

12  chemical glyphosate cause DNA damage and oxidation and

13  other -- other known predisposing factors to cancer.

14         Q.   Dr. Smith, I'm going to break that up a

15  little.  Okay?

16         A.   Sure.

17         Q.   Epidemiologic studies of which there are

18  many are association studies, correct?

19         A.   I believe so.

20         Q.   There are mechanism studies that look at

21  DNA damage or oxidative stress, right?

22         A.   Correct.

23         Q.   In the practice of medicine, are you

24  familiar with the idea of evidence-based medicine?

25         A.   Yes.

1          Q.   In general, there's a hierarchy of

2     evidence, right?

3          A.   Yes.

4          Q.   For clinical practice, randomized

5     control trials are often considered the gold standard

6     for evidence, right?

7          A.   Yes.

8          Q.   That is not always possible to do,

9     particularly when you're looking at exposures that are

10    potentially harmful, right?

11         A.   Correct.

12         Q.   Are you aware that, then, sort of the

13    next tier down from randomized trials are

14    epidemiologic studies?

15         A.   I would not agree with that.

16         Q.   You would not?

17         A.   No.

18         Q.   Okay.  What would you say are the next

19    tier down in evidence from randomized control trials

20    for determining a relationship between two things?

21         A.   I don't really view it as a tier system.

22    I think it's a -- it's look at the aggregate data, and

23    data comes from many different types of studies.  That

24    can be in vitro studies, like you talked about before.

25    They can be epidemiologic studies.  And I think -- at

1    least, again, this is my approach, is to try to

2    aggregate all those together, look at the good and the

3    bad, because there's good and bad in every study,

4    shape that -- or compare that to my own personal

5    experience, and then, you know, do my best to

6    formulate an opinion based on that.  I'm not sure

7    there's a nice, clean hierarchy system like you

8    describe.

9         Q.   I think you said that not all

10   associations are causal; is that right?

11        A.   Correct.

12        Q.   Are you aware of any epidemiologic

13   studies in the published literature on Roundup and NHL

14   where the authors themselves concluded causation was

15   established?

16        A.   No.

17        Q.   The same sentence in your report talks

18   about NHL overall and glyphosate, right?

19        A.   Correct.

20        Q.   You say an association between NHL and

21   glyphosate?

22        A.   Yes.

23        Q.   When you reviewed the epidemiology for

24   this case, did you focus on NHL overall or subtype

25   data?

1          A.   I tried to do both.  So the problem with

2     subtype data is that SLL is a small percentage of all

3     lymphomas.  So the epidemiologic data, the more people

4     you have with a particular entity, like SLL, the

5     stronger the data is.  And so this is a challenge when

6     you're dealing with relatively rare diseases.  Do you

7     want me to stop so you can break that up?

8          Q.   Let's break that down.

9          A.   I have more to say on that.

10         Q.   Yes.  Thank you.  New question.  SLL is

11    a relatively rare subtype of NHL, right?

12         A.   Correct.

13         Q.   For rare subtypes of NHL, it may be

14    difficult to elucidate a relationship between a

15    particular exposure and that particular disease,

16    correct?

17         A.   Correct.

18         Q.   In your report, I think you talk about

19    this on Page 8, if you'll go there with me.

20         A.   Yes.

21         Q.   You say that -- let me just find it --

22    very top of the page, "Specific epidemiologic

23    associations between specific subtypes of NHL are

24    difficult to define due to statistical

25    considerations."  Right?

1        A.   Correct.

2        Q.   This is particularly true for unusual

3   subtypes like SLL, right?

4        A.   Correct.

5        Q.   And that's as compared to something like

6   DLBCL, where you have many more cases, right?

7        A.   Correct.

8        Q.   SLL is still rare today?

9        A.   Right.

10       Q.   You then cite some studies in your

11  report that did try to look at CLL and SLL

12  specifically, right?

13       A.   Yes.

14       Q.   The first one that you mention, I think,

15  is -- let's find it -- Chang and Delzell.  No, I'm

16  sorry.  That's not the first.

17       A.   Pahwa.

18       Q.   Withdrawn.  The first study you mention

19  is Pahwa, right?

20       A.   Correct.

21       Q.   And then you go on to say Chang and

22  Delzell performed a meta-analysis on glyphosate and

23  CLL risk.  Do you see that?

24       A.   Yes.

25       Q.   The meta-RR reported in that study,

1  Chang and Delzell, you say is 1.3 to 1.9.  Do you see

2  that?

3          A.   Uh-huh.

4          Q.   But then you say that the study was

5  limited by small numbers, right?

6          A.   Correct.

7          Q.   In your opinion, Chang 2016 was limited

8  by small numbers, true?

9          A.   I think all the studies on SLL and

10  glyphosate are limited.

11          Q.   The meta-RR of 1.3 to 1.9 in Chang 2016

12  was nonsignificant, correct?

13          A.   I'd have to go back and look at what the

14  specific language the authors used.  I, again -- the

15  term "significance" is trying to put an absolute on

16  something that's not absolute.  It's a continuum.

17  There's weight of evidence that when it crosses -- for

18  publication purposes, frequently there's a particular

19  line that they draw in the sand that says something is

20  significant or not significant.  That's not how

21  evidence works or nature works.  There's just strength

22  of evidence.  There is no line that as has been used

23  in medical literature for a long time.

24          Q.   When we talk in medicine about whether a

25  finding was significant or not significant, we're

1    typically referring to statistical significance,

2    right?

3         A.   You're referring to language that I

4    think is incorrect.

5         Q.   If you were working on a clinical trial

6    for a new lymphoma treatment, would you ever describe

7    statistically nonsignificant findings as significant?

8         A.   No.  What -- I think it's -- the better

9    way to do that is to show the statistical tools, the

10   answers.  Again, for many publications, insist that

11   you draw a line.

12        Q.   Right.

13        A.   I'm just giving you my own personal

14   interpretation.  So a typical thing, it's called

15   p-hacking, where you use the line in the sand that

16   says if it's less than 5 percent unlikely to happen by

17   chance, it's considered statistically significant.  To

18   me, that makes no sense, because if it's 4.9 percent,

19   is that really different from 5.1 percent, and yet

20   this line has been drawn between significance and

21   nonsignificance.

22             So at least when I interpret literature,

23   I like to see what the data looks like and to see is

24   it -- you know, is that strength of significance

25   strong.

1          Q.   Okay.  Long answer, so let me stop you

2     there for a minute.  All right?

3          A.   Sorry.  Yes.

4          Q.   You mentioned p-hacking, correct?

5          A.   Correct.

6          Q.   When one looks at a study and simply

7     considers whether the P estimate is less than .05 or

8     greater than .05, that is not a correct way to

9     interpret data in your opinion, correct?

10         A.   Correct.

11         Q.   Would it save us some time and headache

12    if instead of asking you questions about whether a

13    finding was significant, I clarified that I am

14    speaking of statistical significance?

15         A.   Well, I think even many statisticians

16    argue over that term.

17         Q.   But you are familiar with the general

18    idea in medical literature that a P value greater than

19    .05 or a 95 percent confidence interval that includes

20    1 is not statistically significant, right?

21         A.   I am aware that that is a traditional

22    definition that many statisticians and people who read

23    literature consider archaic and inappropriate, and I

24    am not one of those.

25         Q.   And you do not consider P values or

1  confidence intervals to determine whether a finding is

2  significant?  Is that what I'm understanding?

3        A.  I think the confidence and P values are

4  very important.  What I don't agree with is there's a

5  magical line at .05 that creates a distinction between

6  something being completely significant or completely

7  insignificant.  And again, the simplest example of

8  that, if the P value is .049 versus .051, is that

9  really different?  And yet in the definition you've

10  provided, those would be -- one would be considered

11  significant and the other insignificant, and I would

12  argue there's probably very little difference between

13  those things.

14        Q.  In your report, you do not include

15  confidence intervals for Chang 2016, right?

16        A.  Correct.

17        Q.  And sitting here today, you don't

18  remember whether that 1.3 and 1.9 were statistically

19  significant or not, right?

20        A.  By the definition that you've provided

21  of .05 significance, I do not recall.

22            (Deposition Exhibit 4 was marked.)

23        Q.  Let me just hand you Exhibit 4 to your

24  deposition, which is Chang 2016, and we'll see if we

25  can do this quickly.  Okay?

1          MR. DIAMOND:  Which exhibit number?

2          MS. ROSS:  4.

3          Q.   (BY MS. ROSS)  Dr. Smith, do you have

4   Exhibit 4 there?

5          A.   I do.

6          Q.   Would you turn to Page 416 of this

7   exhibit?  Are you there, Dr. Smith?

8          A.   Yes.

9          Q.   In Chang 2016, in their first model, the

10  random effects model, the relationship between

11  glyphosate and risk of CLL/SLL was 1.3, right?

12         A.   This is in Table 3?

13         Q.   Yes.  And it might actually be easier to

14  read from the text, so let me try this instead.  Do

15  you see the paragraph that starts, "Based on the same

16  two studies" below Table 3?

17         A.   Yes.

18         Q.   In Chang 2016, the random effects model

19  showed a meta-RR for Roundup and CLL/SLL of 1.3,

20  right?

21         A.   Correct.

22         Q.   The 95 percent confidence interval was

23  .2 to 10.  Do you see that?

24         A.   I do.

25         Q.   For the fixed effects model, the meta-RR

1    was 1.9, right?

2            A.   Correct.

3            Q.   The 95 percent confidential interval was

4    0.9 to 4.0, right?

5            A.   Yes.

6            Q.   You can put that Exhibit 4 aside for the

7    moment.  The other study that we were talking about

8    just a moment ago was Pahwa 2019, right?

9            A.   Yes.

10           Q.   Do you consider Pahwa 2019 to be a

11   well-designed study?

12           A.   I am not a statistician, but I have not

13   seen a single well-designed study in any of the

14   literature that I've reviewed.

15           Q.   You have not seen a single well-designed

16   study of Roundup and NHL, correct?

17           A.   Correct.

18           Q.   Why is that?

19           A.   I think these are -- these are, by

20   definition, in -- each individual study just has a lot

21   of messiness associated with it, lots of issues around

22   patient selection and recall basis, a lot of elements

23   that affect all that.  The numbers are limited.  So

24   when I look at each individual study, none of them is

25   convincing on their own.  What was convincing for me

1    was the -- again, all of the aggregate epidemiologic

2    and laboratory studies together.

3            Q.   Taking the data together, you believe

4    that there is adequate evidence for an association

5    between Roundup and NHL, right?

6            A.   Yes.

7            Q.   In the individual studies, there were,

8    in all of the epidemiologic studies, issues around

9    patient selection, correct?

10           A.   Yes.

11           Q.   In all of the epidemiologic studies,

12   there were issues around recall bias, right?

13           A.   That, I cannot speak to.  I'm just

14   saying in general these are some of the problems you

15   have with some of these retrospective epidemiologic

16   studies, but I hesitate to make generalizations about

17   specific problems with, you know, all of the studies.

18           Q.   Would it be better to look prospectively

19   at whether Roundup was associated with an increased

20   risk of NHL instead of retrospectively in case central

21   studies?

22           A.   In an ideal world.

23           Q.   You in your report mention Pahwa's

24   conclusion, I think, as it relates to SLL.  You've got

25   a sentence in there.  Do you see where I am?

1        A.    We're back to?

2        Q.    Actually, let me just withdraw that and

3    ask a different question.

4        A.    Okay.

5        Q.    Do you remember whether Pahwa -- do you

6    remember anything about Pahwa 2019 sitting here today?

7        A.    I'd have to go back and look at the

8    paper.

9        Q.    Luckily, we can do that.

10       A.    Great.

11             (Deposition Exhibit 5 was marked.)

12       Q.    Dr. Smith, Exhibit 5 to your deposition

13   is the Pahwa 2019 paper.

14       A.    Thank you.

15       Q.    The title of this paper talks about

16   findings from the North American pooled project.  Do

17   you see that?

18       A.    Yes.

19       Q.    Pahwa 2019 pooled data from earlier case

20   control studies in North America, right?

21       A.    Yes.

22       Q.    Is it your recollection that Pahwa 2019

23   contains more data than any of the earlier case

24   controlled studies looking at glyphosate and NHL?

25       A.    I don't know.  I'd have to go back and

1    look at each of the studies.

2           Q.   If you'll turn with me to Table 2 in

3    Pahwa 2019, this table talks about ever and never

4    glyphosate use and associations with NHL and

5    histological subtypes, correct?

6           A.   Correct.

7           Q.   There are numbers given for the folks

8    who never used glyphosate, the number of cases who

9    never used glyphosate.  Do you see that?

10          A.   I do.

11          Q.   There are also numbers given for ever

12   users of glyphosate in Pahwa 2019.  Do you see where

13   those are?

14          A.   Yes.

15          Q.   And then there are also in this table

16   two odds ratios, ORa and ORb.  Do you see those?

17          A.   I do.

18          Q.   When it's got a little B next to it, do

19   you see that that's adjusted for other pesticides?

20               MR. DIAMOND:  Form.

21          A.   Little B.  So the little B is adjusted

22   for a variety of features.  At the end, it says

23   including the use of 2, 4-D, dicamba, and malathion.

24   Is that what you're referring to?

25          Q.   (BY MS. ROSS)  That's what I'm referring

1    to, yes.  Thank you.  So the -- new question.  In

2    Pahwa 2019, the odds ratios that were adjusted for

3    other pesticide use are the ORs with a superscript

4    note b, correct?

5                 MR. DIAMOND:  Form.

6         A.    Correct.

7         Q.    (BY MS. ROSS)  Those are the most

8    adjusted odds ratios in Pahwa 2019, right?  They

9    adjust in an everything plus those three things, yes?

10        A.    I have no idea if those are the most

11   adjusted odds ratios.

12        Q.    Do you see any other odds ratios that

13   we're looking at?

14        A.    You're talking about Table 2?

15        Q.    Yes.

16        A.    I'm sorry.  I thought we were referring

17   to the entire paper.

18        Q.    We could go through all the tables, if

19   you want.  I was just trying to save us a little bit

20   of time.  But feel free to take a look at Tables 3, 4,

21   and 5 as well, and then if you can confirm for me that

22   the odds ratios B are the most adjusted for Pahwa

23   2019.

24        A.    That's going to take some serious study

25   for me to compare those going line by line, because in

1  3, 4, and 5, you have a whole variety of adjustments

2  as well.

3       Q.   I think at this point, the only odds

4  ratios in those tables are ORa and ORb, right?

5       A.   We're talking about --

6       Q.   Tables 3, 4, and 45.

7       A.   Correct.  But if you look below that,

8  the superscripts a and b say adjusted for a variety of

9  different things.  Again, I'd have to go back and say

10  are those the same as in Table 2 or not.  They

11  actually look to me pretty similar to the ones in

12  Table 2.

13       Q.   I was actually not trying to trick you,

14  Dr. Smith.

15            MR. DIAMOND:  If you just represent it

16  and we'll take your word for it, if you'd like.

17       Q.   (BY MS. ROSS)  So why don't you just

18  take a quick moment with those tables and get

19  comfortable with what ORa and ORb are, and then I'll

20  ask you one question.

21       A.   Okay.  It looks to me like the

22  definition of A and B are consistent throughout the

23  tables.

24       Q.   ORb in Pahwa 2019, those are the odds

25  ratios that are adjusted for other pesticide use,

1    correct?

2              MR. DIAMOND:  Form.

3         A.   Compared to ORa, yes.

4         Q.   (BY MS. ROSS)  Do the authors make a

5    reasonable choice to adjust for 2, 4-D, dicamba, and

6    malathion?

7         A.   I do not know.

8         Q.   Do you agree that it is better to use

9    more fully adjusted data when it's available?

10        A.   Yes.

11        Q.   For NHL overall, if we go back to Table

12   2 for a moment --

13        A.   Yes.

14        Q.   -- Mr. Chapman would fall into the ever

15   users in Table 2, right?

16        A.   Yes.

17        Q.   Adjusted for other pesticides, that's an

18   odds ratio of 1.13, correct?

19        A.   Sorry.  For SLL?

20        Q.   For NHL overall.

21        A.   Right, adjusted ORb is 1.13.

22        Q.   You just mentioned SLL, so let's do that

23   one next.  All right?

24        A.   Right.

25        Q.   For SLL specifically, there were 15

1  cases in Pahwa who ever used glyphosate, right?

2      A.  Correct.

3      Q.  For SLL, the adjusted odds ratio for

4  other pesticides was 1.79, right?

5      A.  Correct.

6      Q.  The 95 percent confidential interval is

7  .87 to 3.69, right?

8      A.  Correct.

9      Q.  We can agree that Pahwa 2019 showed no

10  significant -- statistically significant association

11  between SLL and Roundup, right?

12      A.  We can agree that the odds ratio B falls

13  within the 95 percent confidence interval for that,

14  almost certainly because of the small patient number.

15      Q.  If I'm understanding you right, we've

16  spoken about Chang 2016 and Pahwa 2019, right?

17      A.  Correct.

18      Q.  Neither of those showed a statistically

19  significant 95 percent confidence interval for a

20  relationship between SLL and Roundup use, right?

21      A.  Right, using the technical definition of

22  statistical significance that you've laid out.

23      Q.  And that is -- it's a true statement

24  they are small studies, right?

25      A.  The number of people with SLL in both of

1    those is quite small.

2         Q.   It's a true statement that the

3    association between SLL and Roundup was not

4    statistically significant in either of those studies,

5    right?

6              MR. DIAMOND:  Form.

7         A.   Again, using the technical definition of

8    statistical significance that you've defined as a

9    95 percent versus 5 percent.

10        Q.   (BY MS. ROSS)  Using the technical

11   definition of statistical significance, neither Pahwa

12   2019 nor Chang 2016 showed a statistical significance

13   between SLL and Roundup, correct?

14        A.   Correct.

15        Q.   What would be a lot of cases of SLL

16   specifically to consider?

17             MR. DIAMOND:  Form.

18        A.   I'm sorry.  I don't understand.

19        Q.   (BY MS. ROSS)  Would a study with 100

20   cases be a lot of cases of SLL to consider?

21             MR. DIAMOND:  Form.

22        A.   100 cases.  I mean, it's definitely

23   better than 50.

24        Q.   (BY MS. ROSS)  Would --

25        A.   Again, the more you have, the better.

1          Q.   And again -- since you talk about the

2     data on SLL specifically in your report, I'm trying to

3     get a sense from you, Dr. Smith --

4          A.   Right.

5          Q.   -- of what you would consider to be a

6     large study on this.

7          A.   I think you'd have to sit with a

8     statistician to look at this initial data.  They do

9     power calculations to get at these numbers:  how many

10    do you need to see where it does meet that 95 percent

11    cutoff that you use as statistically significant, and

12    I don't know the answer to that.  I'm guessing it

13    would be hundred -- hundreds.

14         Q.   15 is too small, right?

15         A.   15 is too small.

16         Q.   Hundreds would be better, fair?

17         A.   Hundreds would be better.

18         Q.   In your report on Page 7, about midway

19    down the page, you talk about a study of three large

20    agriculture worker cohorts in Europe.  Do you see

21    that?

22         A.   Do you know which reference number it

23    is?

24         Q.   Number 15.

25         A.   This is pretty dense text.

1          MR. DIAMOND:  It's somewhere right

2    around here.

3          A.   This is of the ever use of 14 and 33 in

4    pooled analysis of three aggregate -- that's what

5    you're referring to?

6          Q.   (BY MS. ROSS)  That's what I'm referring

7    to, right.

8          A.   Okay.

9          Q.   So here in your report, you say there

10   was a study that looked at the relationship of ever

11   use between 14 selected pesticide groups and 33

12   individual chemical ingredients and three large

13   agricultural cohorts in Europe, right?

14         A.   Yes.

15         Q.   You go on to say that glyphosate

16   increased the risk of NHL in that study, and you give

17   a meta hazard ratio of 1.36.  Do you see that?

18         A.   Yes.

19         Q.   The cite is to a paper by Leon and

20   colleagues in 2019, right?

21         A.   That is correct.

22         Q.   You cited Leon here because you believe

23   it supports your position that Roundup use is

24   associated with NHL overall, right?

25         A.   So -- so to be clear, what impresses me

1   with the epidemiologic study is the aggregate studies.

2   You know the forest plot where they line up all of the

3   different studies and they look in aggregate whether

4   they are negatively or positively associated with

5   something?

6           Q.   Are you speaking there of Dr. Ritz's

7   report and the forest plot that's included there?

8           A.   Actually, the most recent one that I

9   thought was really compelling was in the updated

10  report from Dr. Portier, but there are many of these

11  in the other general causation reports and in the

12  literature.

13          Q.   Dr. Portier is a paid expert for the

14  Plaintiffs in this litigation, right?

15          A.   I don't know.

16          Q.   You've cited him as one of Plaintiffs'

17  general causation experts.  I think that's how you

18  describe him in your report.

19          A.   Right.  I just don't know what his

20  relationship is.

21          Q.   You do know that Dr. Portier is a paid

22  expert for the Plaintiffs in this litigation, right?

23              THE DEPONENT:  Is he paid?  I'm assuming

24  he is, but I don't know.

25              MR. DIAMOND:  He doesn't have -- I don't

1   know I've ever discussed with him that he's paid or

2   not.  I think he can make an assumption, like he said.

3          Q.   (BY MS. ROSS)  You have Dr. Portier's

4   report.  You wouldn't be surprised if he lists his

5   hourly rate in it and he's an expert for the

6   Plaintiffs, right?

7          A.   I wouldn't be surprised if he's paid for

8   it.

9          Q.   Have you seen any forest plots or meta

10  hazard ratios reported in the published literature

11  that describe an overall meta-RR for NHL and Roundup

12  use?

13         A.   Well, I mean, I'd have to go back

14  through each paper and look at it.  Forest plots are,

15  you know, almost universal in these types of

16  meta-analysis, and I'm certain within some of them,

17  there are some forest plots.

18         Q.   Is that something you would want to look

19  at, is what's been published in the actual medical

20  literature on whether there's an association between

21  Roundup and NHL?

22              MR. DIAMOND:  Form.

23         A.   Yeah, of course.

24         Q.   (BY MS. ROSS)  We were speaking about

25  Leon 2019 just a minute ago.  Do you remember that?

1         A.   Oh, sorry, that's not one of the papers

2    you've provided.  Correct.

3         Q.   Well, since you mention that . . .

4         A.   Excellent.

5              (Deposition Exhibit 6 was marked.)

6         Q.   Exhibit 6 to your deposition is a paper

7    by Leon and colleagues.  Do you see that?

8         A.   Yes.

9         Q.   Leon 2019 is a pooled analysis from

10   cohorts in agricultural users, right?

11        A.   Correct.

12        Q.   Leon is a 2019 publication, right?

13        A.   Yes.

14        Q.   It would not have been part of IARC's

15   2015 evaluation, correct?

16        A.   Correct.

17        Q.   You, I think, also cite Zhang 2019 in

18   that report.  Do you remember that?

19        A.   Yes.

20        Q.   Leon was not included in Zhang's

21   analysis, correct?

22        A.   I do not know.  I'd have to go back and

23   look at Zhang.

24        Q.   If you'll turn with me to Page 8 of Leon

25   2019.  There's a table that we can take a look at.

1    Tell me when you're there.

2          A.    This?

3          Q.    That would be the table.  Table 2 in

4    Leon 2019 gives ever use of all of the different

5    pesticide groups that they looked at with all of the

6    different active ingredients, right?

7          A.    Correct.

8          Q.    Table 2 in Leon 2019 then lists meta

9    risk estimates fully adjusted of NHL lymphoid

10   malignancies diagnosed during follow-up, right?

11         A.    Correct.

12         Q.    Glyphosate appears near the bottom of

13   this page.  Do you see that line?

14         A.    I do.

15         Q.    For glyphosate, the meta hazard ratio

16   for NHL with glyphosate exposure was what?

17         A.    0.92.

18         Q.    I think that's for SLLs in particular.

19   Is that right?

20         A.    Oh, I'm sorry.  You were asking?

21         Q.    Let me reask the question.  For NHL

22   overall, the meta-RR --

23         A.    I'm sorry.  0.9.

24         Q.    Hold up.  Let me just finish the

25   question and then you answer.  Okay?

1          A.    Sure.

2          Q.    For glyphosate, what was the meta hazard

3    ratio for NHL in Leon 2019?

4          A.    0.95.

5          Q.    What was the 95 percent confidence

6    interval?

7          A.    .77 to 1.18.

8          Q.    That was based on how many cases of

9    agricultural workers exposed to glyphosate?

10         A.    With non-Hodgkin's lymphoma.

11         Q.    With non-Hodgkin's lymphoma overall,

12   right?

13         A.    1, 131.

14         Q.    For CLL/SLL, what was the hazard ratio

15   for glyphosate exposure and the development of cancer

16   in Leon 2019?

17         A.    .925.

18         Q.    What was the 95 percent confidence

19   interval?

20         A.    .69 to 1.24.

21         Q.    How many patients were exposed to

22   glyphosate in Leon 2019 who developed CLL or SLL?

23         A.    252.

24         Q.    The results in Leon 2019 were also not

25   statistically significant for a relationship between

1    glyphosate and SLL, right?

2           A.   Correct.  Again, those numbers fall

3    within the confidence interval.

4           Q.   The hazard ratio for SLL in particular

5    that we were just talking about was .92, right?

6           A.   Correct.

7           Q.   Does that mean that folks that were

8    exposed to glyphosate were 8 percent less likely to

9    develop cancer than folks who were not exposed?

10          A.   Again, within -- so you have hazard

11   ratios for a reason, which says those kind of numbers

12   are not very reliable.  They could float anywhere

13   between .69 -- excuse me.  Yeah, between -- sorry.

14   This is a very dense table.  Between .69 and 1.24.

15          Q.   When the 95 percent confidence --

16          A.   At a 95 percent chance that this is not

17   by chance.

18          Q.   When a 95 percent confidence interval

19   includes 1.0, you cannot say there is any difference

20   between the exposed and unexposed groups, correct?

21          A.   You cannot say.

22          Q.   If you'll go back to your report with me

23   for a moment, I think that you also speak about the

24   Andreotti 2018 paper that's Reference 22 in your

25   reference list.

1          A.   Is that on Page 8?

2          Q.   I see the reference on Page 10.  I think

3    your discussion of it is on Page 8.

4          A.   On Page 8.

5          Q.   Yes.

6          A.   Right.

7          Q.   Andreotti 2018 is another paper that

8    looked at SLL and Roundup exposure.  Do you recall

9    that?

10         A.   Yes, I think so.

11         Q.   Do you remember any of the numbers there

12   or would you have to go back and look at them?

13         A.   I don't.  You'd have to pull that paper

14   for me.

15         Q.   Sure.

16              (Deposition Exhibit 7 was marked.)

17         Q.   Exhibit 7 to your deposition is

18   Andreotti 2018, right?

19         A.   Correct.

20         Q.   Do you -- we'll turn to the table in a

21   minute, but if you'll just look at the abstract with

22   me for a moment.  Are you there?

23         A.   Yes.

24         Q.   Do you see under the abstract it gives

25   results, including the number of folks included in the

1    study that used glyphosate?

2            A.   Yes.

3            Q.   Andreotti 2018 included 44,932 people

4    who used Roundup or glyphosate, correct?

5            A.   Correct.

6            Q.   Andreotti 2018 is a prospective cohort

7    study, right?

8            A.   Correct.

9            Q.   If you'll turn with me to Page 513.

10           A.   I'm sorry.  Did you say 13?

11           Q.   513, yes.  Are you there?

12           A.   Yep.

13           Q.   Table 2 in Andreotti 2018 gives the

14   association between Roundup use and development of

15   cancer for a number of different cancers, right?

16           A.   Yes.

17           Q.   One of those cancers is NHL overall,

18   right?

19           A.   Yes.

20           Q.   The association between Roundup use and

21   NHL overall in Andreotti 2018 was statistically null,

22   correct?

23           A.   Right.  The relative risk of .83 to .88

24   falls within the confidence intervals.

25           Q.   Right.  The point estimates for NHL and

1    Roundup use in Andreotti 2018 were actually below 1,

2    but the 95 percent confidence intervals includes 1,

3    correct?

4         A.   Correct, correct.

5         Q.   For CLL/SLL, do you see that there are

6    also relative risks provided for exposure to Roundup

7    and development of those cancers?

8         A.   Yes.

9         Q.   For Q1 in Andreotti, the relative risk

10   was .75 for SLL/CLL with a 95 confidence interval of

11   .4 to 1.4, right?

12        A.   Yes.

13        Q.   That was 28 cases exposed to glyphosate,

14   correct?

15        A.   Correct.

16        Q.   Q2 was 26 cases exposed to glyphosate,

17   right?

18        A.   Yes.

19        Q.   Relative risk was .76 with a

20   nonsignificant confidence interval, right?

21        A.   Yes.

22        Q.   Q3 was 26 people exposed to glyphosate,

23   right?

24        A.   Yes.

25        Q.   Relative risk was .9 with a 95 percent

1  confidence interval of .5 to 1.62, correct?

2      A.  Correct.

3      Q.  Q4 was 27 people exposed to glyphosate,

4  right?

5      A.  Yes.

6      Q.  Relative risk was .87 with a

7  nonsignificant confidence interval, right?

8      A.  Again, they fall within the confidence

9  interval.

10      Q.  There were -- I think we just walked

11  through this -- 28 plus 26 plus 26 plus 27 cases

12  exposed to glyphosate in Andreotti 2018 who then

13  developed CLL/SLL, right?

14      A.  Yes.

15      Q.  That's over a hundred, correct?

16      A.  Correct.

17      Q.  I want to see if we can just summarize

18  the SLL data we just walked through.  Okay?  Is that

19  all right?

20      A.  Sure.

21      Q.  Pahwa 2018 looked at SLL in Roundup

22  users, right?

23      A.  Yes.

24      Q.  There was no significant association,

25  right?

1          A.   Right.  It falls within the confidence

2     intervals.

3          Q.   Chang 2016 looked at SLL in Roundup

4     users, right?

5          A.   Right.

6          Q.   There was no statistically significant

7     association in that study, right?

8          A.   Again, with the same caveat as to

9     definition.

10          Q.   Leon 2019 looked at SLL in Roundup

11     users, right?

12          A.   Yes.

13          Q.   There was no statistically significant

14     association between SLL and Roundup in Leon 2019,

15     right?

16          A.   Same caveat.

17          Q.   But the answer to my question is yes,

18     there was no statistically significant association,

19     right?

20               MR. DIAMOND:  Form.

21          A.   Yes, the -- I forget which exact

22     statistical tool they used, whether it was hazard or

23     relative risk or odds ratio, but it fell within the

24     confidence intervals.

25          Q.   (BY MS. ROSS)  Andreotti 2018 also

1    looked at SLL in Roundup users, right?

2        A.   Yes.

3        Q.   The relative risks for SLL and Roundup

4    use all fell within the 95 percent confidence

5    intervals all showing no association, correct?

6        A.   Correct.

7        Q.   Are there any other data of which you

8    are aware for SLL specifically in Roundup users?

9        A.   Beyond those, I am not, no.

10        Q.   Are you aware of any study that shows a

11    statistically significant increased risk for SLL with

12    Roundup exposure?

13        A.   With the caveats that I've now exposed

14    several times, no.

15        Q.   In your report, I think you also say

16    there was a recent meta-analysis that reported no

17    overall increased risk for NHL or CLL.  Do you

18    remember saying that or do you want to look at that

19    text?

20        A.   Let me look at that text.

21        Q.   Sure.  Go with me to Page 8 of your

22    report.

23        A.   Okay.

24        Q.   Do you see where you say, "A recent

25    meta-analysis also reported no overall increased risk

1    for NHL or CLL from glyphosate"?

2           A.   Correct.  That's Reference 26.

3           Q.   Reference 26 is to Donato 2020, right?

4           A.   Donato 2020.

5           Q.   You don't provide the meta hazard ratio

6    or meta relative risk from Donato 2020 for either NHL

7    overall or CLL/SLL, right?

8           A.   I considered this -- this is published

9    in an Italian journal, quite a low-quality

10   publication.

11          Q.   You considered the quality of journals

12   where studies were published when you were relying on

13   them or evaluating them; is that right?

14          A.   Correct.  If they're published --

15   there's a metric called the impact factor, which is

16   somewhat of a rough estimate of how publications are

17   viewed in the field.  This Medicina del Lavoro, which

18   is Italian for work, I could not find such a metric.

19   It may exist, but I could not find it.

20          Q.   Are you familiar with the Journal of the

21   National Cancer Institute, JNCI?

22          A.   Yes.

23          Q.   Do you consider that to be a reputable

24   journal?

25          A.   Yes.

1          Q.   If you'll -- so if I'm understanding you

2    correctly, you were not impressed with the journal in

3    which Donato 2020 was published, right?

4          A.   No.

5          Q.   For that reason, you did not rely

6    heavily on it, but you did still include it in your

7    references in your report about Mr. Chapman, correct?

8          A.   Correct.

9          Q.   The -- let's see if we can do this

10   without marking it, and if I need to hand you a copy

11   of the journal article, I'm very happy to.  Okay?

12         A.   Okay.

13         Q.   I will represent to you that the meta

14   relative risk for CLL in Donato 2020 was .85.  Do you

15   have any recollection of that?

16         A.   I do not.

17         Q.   Okay.

18              (Deposition Exhibit 8 was marked.)

19         Q.   Exhibit 8 to your deposition is Donato

20   2020.

21         A.   Thank you.

22         Q.   Is that right?

23         A.   Correct.

24         Q.   If you'll go with me to Page 66.  And

25   tell me when you're there.

1          A.    You said 66?

2          Q.    I did.

3          A.    Okay.

4          Q.    There's a discussion of subtype data for

5     NHL in Donato 2020 that begins at the bottom of Page

6     66.  Do you see that?

7          A.    Yes.

8          Q.    They mention several different subtypes,

9     right?

10         A.    Right.

11         Q.    Donato 2020 included information for

12    CLL/SLL, correct?

13         A.    Yes.

14         Q.    Now, at times in this deposition, I've

15    referred to CLL/SLL, and I don't know that I've always

16    put a slash in the middle of those, but when we're

17    talking about that, you know that we're talking about

18    CLL/SLL, right?

19         A.    Correct.

20         Q.    The discussion of CLL/SLL continues on

21    Page 68.  Do you see that?

22         A.    I do.

23         Q.    In Donato 2020, the meta-RR for SLL was

24    .85, right?

25         A.    Yes.

1        Q.   The 95 percent confidence interval was

2   0.2 to 1.49, correct?

3        A.   Correct.

4        Q.   Table 1 of Donato 2020 gives a list of

5   the studies that these authors included.  Do you see

6   that?

7        A.   I do.

8             MR. DIAMOND:  What was the number of the

9   table you said?

10             MS. ROSS:  Table 1.

11        Q.   (BY MS. ROSS)  I think you said in your

12   report that Donato 2020 was limited, right?

13        A.   Yes.

14        Q.   One of the things that you point to is

15   the underlying methodologic issues in the initial

16   studies, right?

17        A.   Correct.

18        Q.   Those are the issues we talked about a

19   minute ago, right?

20        A.   Yes.

21        Q.   Including recall bias and the case

22   control studies, correct?

23        A.   Correct.

24        Q.   One other limitation of Donato 2020 is

25   that it does not appear to include Pahwa, right?

1          A.    It does not include Pahwa.

2          Q.    Are you aware of any other, better meta

3    analyses published in 2021, for example?

4          A.    In 2021, I am not.

5          Q.    Have you performed a review of the

6    literature to see what has been published in the last

7    year on Roundup and NHL use?

8          A.    Yes.

9          Q.    Have you read the Kabat 2021 study?

10         A.    That does not sound familiar.

11         Q.    Have you read the Boffetta 2021 study?

12         A.    That does not sound familiar.  If I did

13   not cite it in my references, I did not see those in

14   a --

15         Q.    Let's just make sure we have a clear

16   record on this then because they aren't cited in your

17   references list.  Is that all right?

18         A.    Sure.

19         Q.    You are not relying on Kabat 2021 for

20   any of your opinions in this case, right?

21         A.    If it's not in my reference list, then

22   it's not something I found on PubMed.

23         Q.    Can you confirm that Kabat 2021 is not

24   on the 31 papers that you list just so that we're

25   clear?

1          A.   How do you spell that?

2          Q.   K-a-b-a-t.

3          A.   I do not see that.

4          Q.   Do you see Boffetta 2021 on your

5     reference list?

6               MR. DIAMOND:  How do you spell Boffetta?

7               MS. ROSS:  B-o-f-f-e-t-t-a.

8          A.   I do not see that.

9          Q.   (BY MS. ROSS)  If there were more recent

10    studies published in better journals looking at

11    whether Roundup use is associated with NHL, would you

12    want to look at those?

13         A.   Definitely.

14         Q.   If there were more recent studies that

15    included all of the data, including Pahwa 2019, when

16    they look at Roundup and NHL use, would you want to

17    look at those?

18         A.   Definitely.

19         Q.   You cite Dr. Weisenburger's 2021

20    publication in your report, I think, at the bottom of

21    Page 7 and to Page 8.

22         A.   I'm sorry.  What page?

23         Q.   Very last sentence on Page 7.

24         A.   Okay.

25         Q.   You cite Dr. Weisenburger's 2021

1    publication in your report, right?

2          A.   Correct.  That's Reference 19?

3          Q.   Right.  Is Dr. Weisenburger on the

4    editorial board for that publication?

5          A.   I do not know.  For Clinical Lymphoma

6    Myeloma Leukemia?

7          Q.   Correct.

8          A.   I do not know.

9          Q.   What's the impact factor of that

10   journal?

11         A.   I don't know.

12         Q.   Would it matter to you what the impact

13   factor of that journal is?

14              MR. DIAMOND:  Form.

15         A.   To some extent.  If I can't find them at

16   all, it worries me.  There are many journals where

17   people essentially pay to publish.  There are others

18   where people -- they're, frankly, called predatory

19   journals.  Ones that have impact factor have a higher

20   level of reliability, but they are not without their

21   problems as well.  It's -- again, it's not a black and

22   white with somebody -- but there is sort of general

23   gradations of reliability in the field.

24         Q.   (BY MS. ROSS)  Would it influence your

25   opinion or the weight that you put on

1    Dr. Weisenburger's publication if he is on the

2    editorial board of that journal?

3              MR. DIAMOND:  Form.

4         A.   I'd have to think about that.  Are you

5    suggesting that he accepted his own paper for

6    publication, that that would be the confounding issue?

7         Q.   (BY MS. ROSS)  Let me ask a more general

8    question.  All right?  Do you -- you -- I didn't --

9    you gave us a list earlier of the general causation

10   experts for the Plaintiffs that you relied on in this

11   case, right?

12        A.   Correct.

13        Q.   You did not mention Dr. Weisenburger's

14   general causation expert report, did you?

15        A.   I'm trying to remember if I read that in

16   one of the previous cases.  I cannot recall.

17        Q.   You can't recall whether you read

18   Dr. Weisenburger's report; is that right?

19        A.   Correct.

20        Q.   Do you recall that Dr. Weisenburger is

21   an expert for the Plaintiffs in this litigation?

22        A.   I do not recall that, no.

23        Q.   Do you think that Dr. Weisenburger's

24   published review is unbiased?

25        A.   I don't think anybody's review is

1    unbiased.  I think there are gradations of bias, some

2    of which are very severe and some of which are less

3    so.

4              Q.   What are some of the more severe

5    gradations of bias?

6              A.   I think people that pay to publish,

7    ghostwriting, people that have had -- where people

8    have had manuscripts written for them by companies and

9    put their names on it, that's pretty egregious.  Those

10   would be some of the worst examples.  And then less so

11   are just examples of, you know, poor techniques or

12   overinterpretation or abuse of statistics.  Finding a

13   completely unbiased publication of medical literature

14   is difficult, so it's a matter of degrees.

15             Q.   Why is it that in your view folks who

16   pay to publish are one of the more severe grades of

17   bias in publication?

18             A.   There's no -- in that case, there's no

19   even attempted objective peer review, where people who

20   are experts in that area have critiqued the paper for

21   both methodologies and conclusions.

22             Q.   Why is it that overinterpretation or

23   abuse of statistics in your view are a source of bias

24   in publication?

25             A.   I think, you know, publications, like

1    everything we do in science, should be geared towards

2    trying to understand the truth as best we can.

3    It's -- the truth is very messy, and statistics help

4    support that, but they don't define it.  And as I've

5    described for you, I have concerns around very simple

6    things, like drawing a very strict line between saying

7    something is statistically meaningful or not

8    meaningful using that PO 0.05.  And I think that's a

9    view that's pretty reasonably widely shared by

10   statisticians.

11              MS. ROSS:  Let's go off the record for a

12   moment and see if we can wrap this up.  Okay?

13              MR. DIAMOND:  Sure.

14              THE DEPONENT:  Sure.

15              THE VIDEOGRAPHER:  Going off the record

16   at 10:48.

17              (Recess taken.)

18              THE VIDEOGRAPHER:  Back on the record at

19   10:54.

20         Q.   (BY MS. ROSS)  Dr. Smith, before forming

21   your opinion that Roundup causes NHL, you did not

22   review Kabat 2021, correct?

23         A.   Correct.

24         Q.   Before forming your opinion that Roundup

25   causes NHL, you did not review Boffetta 2021, correct?

1          A.   Correct.

2          Q.   In your report at Page 9, you speak

3   about risk factors for NHL, and actually -- strike

4   that.  Go to Page 5 of your report, if you would,

5   please.  In your report in Mr. Chapman's case, you

6   give a list of risk factors for NHL, right?

7          A.   Correct.

8          Q.   You describe those as currently defined

9   risk factors for all types of NHL, right?

10          A.   Correct.

11          Q.   One thing you list as a defined risk

12   factor for NHL is a weakened immune system, right?

13          A.   Yes.

14          Q.   How does a weakened immune system

15   contribute to the development of lymphoma?

16          A.   Presumably -- again, I don't think

17   anybody knows for sure, but presumably it goes back to

18   that immune surveillance notion, that the immune

19   system is constantly looking for cancer cells and then

20   destroying them before they can turn into a full-blown

21   cancer.

22          Q.   Chronic immune stimulation is also a

23   defined risk factor for NHL, correct?

24          A.   Yes.

25          Q.   How does chronic immune stimulation

1    cause lymphoma to develop?

2         A.   So presumably it's more of a constant

3    growth stimulus to tell the cells divide, divide,

4    divide, and then, as you pointed out, they may

5    accumulate more of those mutations that can lead to

6    turning into a full-blown cancer cell.

7         Q.   Chronic immune stimulation means that

8    your lymphocytes are more active and more actively

9    dividing, correct?

10        A.   Correct.

11        Q.   Each time those lymphocytes divide,

12   there's an opportunity for mutation errors to occur,

13   correct?

14        A.   Yes.

15        Q.   That's one mechanism by which chronic

16   immune stimulation includes a risk for increased risk

17   of NHL, correct?

18        A.   Correct.

19        Q.   You talk specifically about several

20   different chronic infections that can cause chronic

21   immune stimulation in your report, right?

22        A.   Yes.

23        Q.   Hepatitis C can cause chronic immune

24   stimulation, right?

25        A.   Yes.

1          Q.    Hepatitis B can cause chronic immune

2    stimulation, right?

3          A.    Yeah.

4          Q.    HTLV-1 can cause chronic immune

5    stimulation, right?

6          A.    Yes.

7          Q.    You also say other chronic infections

8    can lead to lymphoma development.  Do you see that?

9          A.    Yes.

10         Q.    Are there any other infections that you

11   would put in the category of causing NHL?

12         A.    There's one called Chlamydia that people

13   can get in the eye, for example, and elsewhere.

14   There's H. pylori, which causes a type of lymphoma in

15   the stomach.  So there are -- and these are all quite

16   possibly just the tip of the iceberg of what we know.

17   So I think there's probably many, many different

18   viruses, other organisms that can do the same.

19         Q.    Does hepatitis C cause all types of

20   lymphoma?

21         A.    So many of these are limited by --

22   again, the same thing we were talking about before

23   with statistics, by numbers, so the things we don't

24   know, we don't know.  It's easier -- there are things

25   we do see a strong association.  So hepatitis C is

1  more associated with certain types of lymphoma than

2  others.

3          Q.   What types of lymphoma does hepatitis C

4  cause, in your opinion?

5          A.   One of the more common ones that comes

6  from -- that I think the evidence is the strongest for

7  this chronic inflammation is called marginal zone

8  lymphoma.  That's like the H. pylori and others.  That

9  type of lymphoma seems to, for whatever reason, have a

10 propensity to be associated with chronic antigen

11 stimulation.

12         Q.   Do you consider hepatitis C to be an

13 established risk factor for DLBCL?

14         A.   I think the evidence is somewhat

15 compelling for that.

16         Q.   If you were treating a patient who had

17 DLBCL, you would consider hepatitis C to be a risk

18 factor if that was part of their history?

19         A.   I would consider it, yes.

20         Q.   In your list of defined risk factors for

21 all types of NHL, you also include breast implants.

22 Do you see that?

23         A.   Yes.

24         Q.   Do breast implants cause NHL

25 specifically or a particular type?

1        A.   No, a particular type.

2        Q.   What type?

3        A.   I think perhaps I could have been

4   clearer in the term "all."  It sounds like what you've

5   interpreted that, which I can see now, is I'm listing

6   risk factors for -- these are common risk factors for

7   every type of lymphoma.  What I was referring to is if

8   you take the whole basket of lymphoma, these are risk

9   factors for different subsets of lymphoma within that

10  basket.

11       Q.   Thank you.  I think that's where some of

12  my confusion was coming from.

13       A.   Yes.  Sorry.  I should have been clear

14  with my language.

15       Q.   Let me see if we can clarify some of

16  this a little bit --

17       A.   Sure.

18       Q.   -- and see if that helps.

19       A.   Sure.

20       Q.   Are breast implants a known risk factor

21  for SLL?

22       A.   Not that I know of.

23       Q.   Are -- withdrawn.  Is obesity a known

24  risk factor for SLL?

25       A.   Not that I know of.

1        Q.   Positive family history is a risk factor

2   for SLL, correct?

3        A.   Correct.

4        Q.   A weakened immune system is a risk

5   factor for any type of NHL, including SLL, right?

6        A.   Correct.

7        Q.   Autoimmune diseases, do you consider

8   those to be a risk factor for all types of NHL or just

9   specific subtypes?

10       A.   So, again, without going down a deep

11  rabbit hole, I think there are things that we have

12  stronger proof for association, and then there are

13  things that we definitely worry about.  So what I've

14  listed for CLL/SLL are the ones that I think there's

15  strong evidence for it.  These are widely accepted

16  risk factors, but I included all of the other risk

17  factors in NHL because it won't surprise me at all in

18  the fullness of time if one or more of those also

19  become identified for SLL since SLL is, in general,

20  part of the lymphoma family.  They share -- they all

21  share some similar biology.

22            So I think, again, it's just like we

23  were talking about with the epidemiologic data.

24  There's gradations of strength of evidence, and so in

25  order to try to be comprehensive, particularly because

1    I was simply trying to exclude everything else that I

2    could think of that one could possibly construe as

3    being causative for Mr. Chapman.

4            Q.    Exposure to pesticides is a risk factor

5    for CLL/SLL, right?

6            A.    There's reasonably strong evidence, and

7    if you go to many of the typical lymphoma or SLL

8    sites, that frequently gets cited as a, you know --

9    strong evidence in favor of being associated.

10           Q.    Do you consider exposure to pesticides

11   to be a risk factor for SLL?

12           A.    I do.

13           Q.    Do you consider exposure to pesticides

14   other than Roundup to be a risk factor for SLL?

15           A.    Very likely.

16           Q.    Which pesticides do you consider to be

17   risk factors for SLL?

18           A.    I do not know.

19           Q.    Which pesticides do you consider to be

20   risk factors for NHL more generally?

21           A.    I don't know.  That's outside of my area

22   of expertise.

23           Q.    You have not reviewed the literature to

24   see what pesticides other than Roundup increase the

25   risk of NHL, fair?

1          A.   Right, I have not specifically looked at

2     those.

3          Q.   You have not reviewed any literature on

4     what other pesticides may be associated with SLL in

5     particular; is that fair?

6          A.   Well, I think many of the papers,

7     including the ones that you've provided back to me,

8     include looking at a number of different pesticides,

9     and I just cannot tell you that I paid any particular

10    focus to others outside of glyphosate in those papers.

11         Q.   Sitting here today, you don't have an

12    opinion on whether any other particular pesticide

13    besides Roundup increases the risk of NHL, right?

14         A.   I have an opinion that I think it's

15    quite likely that other pesticides can contribute to

16    it.  I do not have the expertise or the knowledge to

17    know which specifically and what the weight of that

18    evidence is.

19         Q.   Okay.  I think there were a few things

20    in that answer, so let me break that one up.  Okay?

21         A.   Okay.

22         Q.   Your opinion is that it's quite likely

23    that pesticides other than Roundup can contribute to

24    SLL, correct?

25         A.   Correct.

1          Q.   It's also your opinion that pesticides

2     other than Roundup can contribute to NHL, correct?

3          A.   Correct.

4          Q.   You do not have the expertise or the

5     knowledge to know specifically which pesticides

6     increase the risk of NHL, right?

7          A.   Correct.

8          Q.   Same is true for SLL, correct?

9          A.   Correct.

10         Q.   You would defer to others on which

11    pesticides besides Roundup are associated with an

12    increased risk of NHL or SLL?

13         A.   Right, or I would -- I would try to go

14    back and study it, as I believe I have with

15    glyphosate.

16         Q.   And sitting here today, in terms of the

17    opinions you plan to offer at trial, you have not done

18    that study of other pesticides to determine which

19    other pesticides are associated with an increased

20    risk, correct?

21         A.   Correct, other than, again, casually

22    reading them as part of some of these larger studies

23    that we've referenced.

24         Q.   So I guess I'm confused about something

25    here, and maybe you can help me understand it.  Let me

1    show you where I am.  Page 6 of your report has a

2    section that says Exclusion of Potential Causative

3    Factors for SLL in Mr. Chapman.  Do you see that?

4           A.   I do.

5           Q.   One thing that you list is smoking

6    history, right?

7           A.   Correct.

8           Q.   Do you consider smoking to be a risk

9    factor for SLL?

10          A.   I consider smoking to be a risk factor

11   for just about every disease that I can think of.

12          Q.   In your opinion, smoking is a risk

13   factor for many diseases, including NHL; is that

14   right?

15          A.   I will be surprised if it's not

16   ultimately shown that smoking and the chemicals from

17   inhaling smoke are not causative of lymphoma in some

18   cases.

19          Q.   You also list breast implants.  That's

20   Number 9 on your exclusion of potential causative

21   factors.

22          A.   Right.

23          Q.   As we've just discussed, so far as you

24   know, breast implants have no known association with

25   SLL, correct?

1        A.    Correct.  I think, though, maybe where I

2    could clarify, I think in -- it sounds like in your

3    mind no proven association means it cannot happen.  In

4    my mind, again, evidence comes in a --

5              (Sound interruption)

6              THE DEPONENT:  Is that okay?

7        A.    -- in a gradation of strengths, and that

8    evidence comes from many, many different places, in

9    vitro studies, from epidemiologic studies, from

10   personal observation.  And I believe my job as a

11   professional is to synthesize all that together,

12   hopefully in an objective way, and try to think about

13   is this a potential association, a cause, et cetera.

14             So when I say -- when I've listed all of

15   the lymphoma causes like breast implants, they have

16   not been proven yet, but I will not be at all

17   surprised if when the day comes when we have longer

18   periods of study and we have more people studied that

19   there will be individuals that develop SLL around a

20   breast implant, because I think that's a form of

21   chronic antigen stimulation and probably leakage of

22   some mutagenic chemical.

23             So even though I'm not aware of SLL

24   being clearly associated with breast implants right

25   now, I won't be at all surprised if the day comes that

1  a case report or five case reports.  And it's the

2  same -- if you go back to -- just to use this as an

3  example, up until several years ago, there wasn't a

4  known association between breast implants and lymphoma

5  at all.  That just occurred through a series of

6  observations and case reports that grew over time.

7           So if you'd asked me prior to that could

8  a breast implant or any type of implant have led to

9  lymphoma, I'd say -- I'd be worried about that, and I

10 wasn't surprised that breast implants could do that.

11 I won't be surprised if there's other types of

12 lymphoma that comes from breast implants, and I won't

13 be surprised if there's other types of lymphoma that

14 come from other implants.

15           Q.   All right.  Dr. Smith, that was another

16 long answer, so let's see if we can simplify it a

17 little bit.  Okay?

18           What I understand you to be saying is

19 there are some established risk factors for certain

20 types of lymphoma, right?

21           A.   Correct.

22           Q.   For some of those risk factors, you

23 would not be surprised if in the future there were

24 more data suggesting an association with other types

25 of lymphoma too, correct?

1          A.   Correct.

2          Q.   But for some of those risk factors,

3    sitting here today, the only data that we have shows a

4    relationship between a particular risk factor and a

5    particular type of lymphoma, right?

6          A.   Correct.

7          Q.   Different types of lymphoma are

8    different diseases, correct?

9          A.   They have differences, and they have

10   similarities.

11         Q.   Do you consider different types of

12   lymphoma to be different diseases with potentially

13   different biological causes and, in some cases,

14   different risk factors?

15         A.   So you're going to send me down a real

16   rabbit hole now because I personally believe every

17   cancer is different and every person is different.

18         Q.   Let me stop you there then, and we'll do

19   this so that we don't blow up the entire rest of your

20   day.  New question.  You believe every cancer is

21   different and every person is different, correct?

22         A.   Correct.

23         Q.   That is reflected in much of your

24   research on personalized medicine and the future of

25   treatments for cancer, right?

1           A.    Correct.

2           Q.    In your view, different cancers are

3    different diseases with different causes, correct?

4           A.    Correct, and my --

5           Q.    Why is that?

6           A.    Because, again, what -- many people when

7    they look at these things, they see strict boxes.

8    They see yes and no.  They see black and white.  And I

9    personally don't think nature works that way.  I think

10   these cancers are very complicated, and we tend to

11   lump them together because they have certain shared

12   features; and the most important one is a lump of

13   cancers will respond to a certain treatment, but we

14   know from our practice and history that some people

15   respond to the treatment and some don't.  And so that

16   lumping has failed.

17              So the premise of personalized medicine

18   is that we're trying to capture what those differences

19   are a lot more effectively than we have in the past so

20   that we can tailor specific treatments to people, and

21   I think the same thing likely happens with their

22   biology.  There are going to be similarities, but

23   there are going to be differences as well.

24              I tried to keep that short.

25          Q.    You did great.

1          MS. ROSS:  Dr. Smith, those are all of

2     the questions I have for you pending questions from

3     your counsel.

4          MR. DIAMOND:  I have just a few.

5          THE DEPONENT:  Sure.

6                    EXAMINATION

7     BY MR. DIAMOND:

8          Q.   We can probably just plow through them

9     in a few minutes, but if you want to take a break, we

10    can also take a break.

11         A.   No, no, I'd love to keep going, get back

12    to work.

13         Q.   Has anything that's been discussed today

14    other than maybe a typo, correction in your report

15    changed any of your opinions in your report?

16         A.   No.

17         Q.   All right.  And so it's still your

18    opinion to a reasonable degree of medical certainty

19    that Mr. Chapman's use of Roundup was a causative

20    factor in his developing NHL or SLL?

21         A.   Yes.

22         Q.   Okay.  In your report, you talk about

23    prognosis for people diagnosed with SLL, and you

24    discussed that in your deposition today.  Is what you

25    discussed about the prognosis, is that also -- I'm

1    assuming also applies to Mr. Chapman, correct?

2            A.   Sorry.  Could you explain?

3            Q.   Yeah.  What I'm trying to find out is

4    what is Mr. Chapman's prognosis and is it reflected in

5    your report or is it something slightly different.

6            A.   I don't know that I commented on his

7    prognosis -- his personal prognosis in my report.  I

8    would say his -- again, I don't have the most recent

9    medical records, but if it's -- he has not had

10   treatment, his disease has not progressed, then he's

11   demonstrated that so far he has an indolent lymphoma.

12   The problems are there's about a 5 to 10 percent

13   chance overall -- the biggest problem is that this

14   will transform into a very aggressive lymphoma.

15   That's called a Richter's transformation, and it can

16   turn into a non-Hodgkin's lymphoma, like a DLBCL, or a

17   Hodgkin's disease.  If it turned into the

18   non-Hodgkin's lymphoma, those are difficult to treat.

19   His prognosis would change dramatically.

20           Q.   Back in 2008, Mr. Chapman had a

21   tonsillectomy.  Are you aware of that?

22           A.   Because you told me.

23           Q.   Yes.  And it was in his records, I

24   think.

25                MS. ROSS:  I'd object to form.

1          A.   I did not see those -- that record.

2          Q.   (BY MR. DIAMOND)  Okay.  Well, then I

3    apologize because I should have -- at least I have it,

4    so I apologize I didn't give it to you.

5               MS. ROSS:  So --

6          A.   It's possible I missed.  There were

7    quite a voluminous amount of medical records.

8          Q.   (BY MR. DIAMOND)  Sure.  My question

9    really is that in July of 2008, he had a

10   tonsillectomy.  Do you consider the tonsillectomy to

11   be related to his non-Hodgkin's lymphoma?

12              MS. ROSS:  Counsel, I'm just going to

13   object to form and foundation --

14              MR. DIAMOND:  That's fine.

15              MS. ROSS:  -- since Dr. Smith has not

16   seen any records related to this.

17         A.   Yes, and so --

18              MR. DIAMOND:  I have a record.  I can

19   show it to him.  I believe it was provided to him.  I

20   can show it to him because I have it here with me.  I

21   can show it to you as well.

22              MS. ROSS:  I will stand by my foundation

23   objection because Dr. Smith didn't review these

24   records or form any opinions related to this during

25   his review of this case and they're not included in

1    his expert report.

2              MR. DIAMOND:  All right.  So your form

3    objection, I understand.

4              MS. ROSS:  Okay.

5         Q.   (BY MR. DIAMOND)  And I don't want to

6    spend a lot of time on this, but in terms of

7    Mr. Chapman's tonsillectomy, do you have an

8    understanding as to whether it was related in any

9    way to his non-Hodgkin's lymphoma?

10             MS. ROSS:  Object to form and

11   foundation.

12        A.   Yes, again, is it feasible I can review?

13        Q.   (BY MR. DIAMOND)  Yes, please.

14             MR. DIAMOND:  And I'll give -- I only

15   brought one copy, so I apologize, but I'll mark it and

16   I'll give it to you before I ask him any questions, if

17   you want to see it.

18             MS. ROSS:  Well, so I think that we are

19   just going to move to strike since this was not

20   disclosed, but that's fine.

21             MR. DIAMOND:  That's fine, whatever.

22             MS. ROSS:  Okay.  I'll take a quick look

23   at that.

24             THE DEPONENT:  Sure.

25             MS. ROSS:  Thanks, Doctor.

1          A.   Should I answer?

2          Q.   (BY MR. DIAMOND)  You can answer it, and

3     then we'll address it after the fact.

4          A.   So --

5          Q.   Wait, wait, wait.  Let her look at it,

6     and then we'll go ahead.

7          A.   So --

8               MR. DIAMOND:  I don't know what number

9     we should mark that as an exhibit, but we can.  Do you

10    know, Court Reporter?

11              THE COURT REPORTER:  It's Number 9.

12              MR. DIAMOND:  All right.  So we'll mark

13    that as Number 9.

14              (Deposition Exhibit 9 was marked.)

15         A.   So should I comment?

16         Q.   (BY MR. DIAMOND)  Yes, you can answer

17    the question now, if you remember it.

18         A.   So the statement from Dr. McLaughlin is

19    that he had a false positive PET scan and a

20    tonsillectomy because of that.  So in -- PET scans are

21    widely used to follow people with lymphoma.  They are

22    very good at early detection.  They have a problem,

23    though, in that they cannot distinguish inflammation

24    or infection from cancer.  And so it's not uncommon

25    that we will do a PET scan, there will be an alarming

1    uptake of PET scan reagent, which called FDG, and we

2    cannot tell until we take that tissue or do a biopsy

3    of that tissue out whether it's the cancer has

4    returned or is it simply inflammation or infection.

5    So it's not uncommon that people go through a

6    procedure that turns out to have been essentially

7    unnecessary for them other than it confirms the cancer

8    is not there.

9            Q.   And so in Mr. Chapman's case, he had a

10   test -- a PET scan that seemed to indicate that his

11   non-Hodgkin's lymphoma had spread to his tonsils,

12   which after they were removed, they were checked, and

13   actually the non-Hodgkin's lymphoma did not spread to

14   his tonsils, correct?

15           MS. ROSS:   Object to form and

16   foundation.

17           A.   The statement that it was a false

18   positive PET implies that when they took the tonsils

19   out and looked for lymphoma, they did not find it.

20           Q.   (BY MR. DIAMOND)  And that would have

21   been based upon some type of pathology that they did?

22           A.   Correct.

23           Q.   Nonetheless, do you consider the removal

24   of the tonsils to be related to his prior

25   non-Hodgkin's lymphoma diagnosis?

1          MS. ROSS:  Object to form and

2   foundation.

3          A.   So unless somebody looked at these

4   tonsils and thought they were something abnormal, he

5   probably never would have gotten a PET scan to begin

6   with, and then the interpretation that there's, you

7   know, a positive signal there was certainly at least

8   heightened by the fact he had lymphoma before.

9          Q.   (BY MR. DIAMOND)  so if I understand

10  what you're saying, is that if he hadn't had his

11  non-Hodgkin's lymphoma before, they probably wouldn't

12  have gone to the step of having his tonsils removed?

13          MS. ROSS:  Object to form and

14  foundation.

15          A.   Unlikely, unless somebody looked at

16  those tonsils and they were grossly abnormal in some

17  way.

18          Q.   (BY MR. DIAMOND)  Since you were asked a

19  question about the Roundup label, I had a couple of

20  questions about that.  Do you recall ever seeing a

21  Roundup TV commercial where the Roundup man was on the

22  commercial?  It was sort of a western-themed

23  commercial, a rawhide sounding, with a guy that was --

24  sort a whip in the background, but there was the

25  rawhide man, was a guy in shorts and short sleeves,

1    and he was walking around spraying Roundup?  Do you

2    recall ever seeing a commercial like that?

3              A.   No.

4                   MS. ROSS:  Object to the form of the

5    question.

6              Q.   (BY MR. DIAMOND)  Would you agree that

7    if Monsanto had TV commercials showing people using

8    Roundup without protective equipment, such as in short

9    sleeves or short pants, and spraying Roundup that the

10   public would have a reasonable expectation that using

11   Roundup without any type of protective equipment was

12   safe?

13                  MS. ROSS:  Object to form and

14   foundation.

15             A.   Yeah, I don't know that's within my area

16   of expertise as a doctor, but I would say just as a

17   person that takes care of their yard, I would -- the

18   implication of that would be it's okay.

19                  MR. DIAMOND:  Okay.  That's all the

20   questions I have.

21                  MS. ROSS:  Just a few very quick

22   follow-ups, Dr. Smith.

23                  THE DEPONENT:  Sure.

24             *       *       *       *       *

25             *       *       *       *       *

1                    FURTHER EXAMINATION

2   BY MS. ROSS:

3           Q.   You mentioned Richter's transformation.

4   Do you recall that?

5           A.   Yes.

6           Q.   You said there was a 5 to 10 percent

7   chance of it occurring with SLL, right?

8           A.   Within someone's lifetime.

9           Q.   There is a 90 to 95 percent chance that

10  an SLL will not transform into a more aggressive

11  lymphoma, correct?

12          A.   That would be the math.

13          Q.   You have not seen any evidence in any of

14  the medical records provided to you for your review

15  that Mr. Chapman has had his lymphoma undergo a

16  transformation, correct?

17          A.   Correct.

18          Q.   If it did, there would be treatment

19  options available for the more aggressive lymphoma,

20  right?

21          A.   Correct.

22          Q.   Prior to your counsel's questions five

23  minutes ago, had you ever reviewed medical records

24  about Mr. Chapman's tonsillectomy that you recall?

25          A.   I had not.

1          Q.   Are you offering any opinions about the

2    marketing of Roundup?

3          A.   I am not.

4          Q.   I think that you said that was outside

5    of your expertise as a medical doctor; is that right?

6          A.   Correct.

7               MS. ROSS:   Thank you, Dr. Smith.

8               MR. DIAMOND:   Just one last thing.

9                    FURTHER EXAMINATION

10   BY MR. DIAMOND:

11         Q.   Your opinions in this case, what are

12   they based upon?

13         A.   So, so that is a very good question, and

14   I will try not to be too expansive, but it's -- again,

15   it goes back to this issue of what is the weight of

16   data, and the standard that was posed to me is in my

17   medical opinion, to the best that I can come up with

18   that opinion, do I think this is likely to be an

19   etiologic agent in lymphoma in general and in SLL in

20   particular.  And in order to make that opinion, I put

21   together all of the epidemiology, all of which, again,

22   I consider to be flawed to some extent, but I would

23   look at -- to me, the most effective way to look at it

24   is not to cherry-pick individual studies, each of

25   which is flawed in many ways, many of which are flawed

1   by too few patients or many ways, but to look at them

2   in aggregate, and the most compelling epidemiologic

3   evidence I have seen are these forest plots, if I can

4   show you the paper you showed me of Chang, et al.; and

5   if you look at these, virtually every single study is

6   on the side of positivity.  And when you put all of

7   those together, yes, you can cherry-pick each

8   individual study and say, "Well, they did not reach,

9   quote-unquote, statistical significance," which I've

10  already suggested to you I think is a misleading

11  concept, but when you look at all of them, the chances

12  that all of them would be on the side of a positive

13  impact on the rate and the odds of developing lymphoma

14  I think seem quite small.

15              If you combine that with the evidence in

16  the lab that says it's genotoxic, creates DNA damage,

17  which you also pointed out is causative for lymphoma,

18  it causes oxidative stress in a number of systems.

19  Oxidative stress is known to produce a lot of

20  compounds inside cells that further damage DNA and

21  further damage other processes and molecules within

22  cells that lead to cancer.  If you look at the wide

23  range of evidence in biologic systems that it causes

24  biologic properties, and then I think there's just

25  sort of a common sense aspect of it which says if

1   you're exposed for a long time at high level to

2   compounds that have these biologic effects, I think

3   it's quite likely that over time they will cause

4   something bad to happen, which can lead to cancer.

5              I think the other thing is that,

6   particularly with Mr. Chapman, I think there must be

7   some association with how much in the length of

8   exposure and the lag time.  I just think it's quite

9   likely that people -- I'm hoping I'm one of them --

10  that did not have much exposure to Roundup, our

11  chances of getting cancer from that are low.  Whereas

12  someone who's constantly spraying it, it's getting on

13  their body, they're doing this on large spreads of

14  property year over year, I think that raises the risk.

15  And I don't think that type of duration and extent of

16  exposure are very well captured.  It is in some of the

17  epidemiologic studies, but not in all of them.

18              So when you ask, after you've nicely

19  cherry-picked a few studies which have shown no

20  statistically significant association, why would I

21  believe it's associated, it's because all of this in

22  aggregate together that I think -- again, for me, I'm

23  asked all the time in my medical practice to make

24  decisions for which the data is not as full as I would

25  like it to be.  There's some data that's very, very

1    clear.  I'm not going to get into COVID and all

2    because that's contentious, but there's some data

3    that's extremely clear, and then there's some data

4    that I have to use my best judgment to the best of

5    my -- to reach what I believe is a medically valid

6    opinion; and that's what I would say I've come to with

7    glyphosate.  I think it's the aggregate data that's

8    biologic, epidemiologic, and then essentially just,

9    you know, I think some common sense.

10                  MR. DIAMOND:  I'm sorry.

11          A.    Sorry.  I went on too long.

12          Q.    (BY MR. DIAMOND)  Only because -- I'm

13   not going to ask you a lot of questions in follow-up

14   to THAT.  You may get asked some.

15          A.    If I could just say this:  When I

16   started reading about this and learning about this, I

17   went to my garage and threw away my Roundup.

18          Q.    Let me -- in addition to all the

19   literature that you've reviewed, I guess it's also

20   fair to say that your opinions are based upon your

21   education, correct?

22          A.    As being?

23          Q.    Your education plays into --

24          A.    Supined?

25          Q.    I'm sorry.  Let me start again.  Your

1    opinions are based in this case, at least in part, not

2    just on the literature that you reviewed, but, as a

3    broader category, from your education and training?

4         A.   Yes.  I think that -- I think weighing

5    evidence and getting to that vague notion of what is

6    medically reasonable, what is that statute, I think

7    depends a lot on how you think about evidence and how

8    you try to critically evaluate things.  And like I

9    said, I can pick up any medical paper that was

10   published and critique it at the end, but that doesn't

11   mean you discard it as a potential source of what you

12   hope will be the truth.

13        MR. DIAMOND:  Okay.  I don't have any

14   other questions.

15                    FURTHER EXAMINATION

16   BY MS. ROSS:

17        Q.   I would just like to be clear this is

18   not my fault.

19        A.   What's not your fault?  Oh, that you're

20   going to go on.

21        Q.   Doctor, you just gave a several-page-

22   long answer on your review of the epidemiology and

23   genotoxicity for Roundup.  Do you recall that?

24        A.   Are you saying what I just said?

25        Q.   Yes.

1          A.   Or what I wrote?

2          Q.   What you just said.

3          A.   Yes.

4          Q.   It was a fairly long and detailed answer

5     on epidemiology, right?

6          A.   Correct.

7          Q.   You pointed out and I think have

8     testified previously that what you find most

9     compelling are forest plots on all the studies of

10    Roundup and whether they show an increased risk of

11    NHL.  Is that what you said?

12         A.   I think that's one of the many pieces of

13    evidence that to me has, again, made me come to this

14    opinion that I have.

15         Q.   And one of the things that you look at

16    is are the point estimates on the side of positivity

17    or are the point estimates on the side of negativity.

18    Is that what you said?

19         A.   Correct.

20         Q.   And what you mean by that is when I look

21    at this study of Roundup and NHL, is the point

22    estimate to the left of 1, which would be a negative

23    study, correct?

24         A.   Correct.

25         Q.   Or is the point estimate to the right of

1    1, which would be a positive study, correct?

2              A.   Correct.

3              Q.   Chang 2016 was published in the year

4    2016, right?

5              A.   Sounds like it.

6              Q.   IARC's evaluation was in 2015.  Do you

7    recall that?

8              A.   I believe that's correct.

9              Q.   Since 2016, have there been additional

10   data published on whether Roundup is associated with

11   NHL?

12             A.   Since 2016?

13             Q.   Yes.

14             A.   Yes, of course.

15             Q.   Many of the studies that we talked about

16   today were published in 2019, 2020, or 2021, correct?

17             A.   Correct.

18             MS. ROSS:  I think that we will leave it

19   there and let you go on to your next appointment,

20   Dr. Smith.

21             THE DEPONENT:  Sure.

22             THE VIDEOGRAPHER:  Going off the record

23   at 11:31.  This marks the end of Media 2 of 2.

24             (Deposition concluded at the 11:31 a.m.,

25   July 26, 2021.)

1          I, CLAYTON SMITH, M.D., do hereby certify

2     that I have read the above and foregoing deposition

3     and that the same is a true and accurate transcription

4     of my testimony, except for attached amendments, if

5     any.

6               Amendments attached  (   ) Yes   (   ) No

7

8

9

_____

10               CLAYTON SMITH, M.D.

11

12

13          The signature above of CLAYTON SMITH,

14     M.D. was subscribed and sworn to or affirmed before me

15     in the county of _____, state of

16     _____, this _____ day

17     of _____, 2021.

18

19

20               _____

Notary Public

21               My commission expires:

22

23

24

25

```
 1                  REPORTER'S CERTIFICATE
 2   STATE OF COLORADO          )
                                )  ss.
 3   CITY AND COUNTY OF DENVER  )
 4           I, SANDRA L. BRAY, Registered Diplomate
     Reporter, Certified Realtime Reporter, and Notary
 5   Public ID 20084001729, State of Colorado, do hereby
     certify that previous to the commencement of the
 6   examination, the said was duly
     sworn or affirmed by me to testify to the truth in
 7   relation to the matters in controversy between the
     parties hereto; that the said deposition was taken in
 8   machine shorthand by me at the time and place
     aforesaid and was thereafter reduced to typewritten
 9   form; that the foregoing is a true transcript of the
     questions asked, testimony given, and proceedings had.
10
             I further certify that I am not employed by,
11   related to, nor counsel for any of the parties herein,
     nor otherwise interested in the outcome of this
12   litigation.
13
             IN WITNESS WHEREOF, I have affixed my
14   signature this 8th of August, 2021.
15           My commission expires January 17, 2024.
16
17   __X__  Reading and Signing was requested.
18   _____  Reading and Signing was waived.
19   _____  Reading and Signing is not required.
20
21
22            Sandra L Bray
              _____
23            Sandra L. Bray
              Registered Diplomate Reporter
24            Certificate Realtime Reporter
25
```

```
 1                 - - - - - -

 2               E R R A T A

 3                 - - - - - -

 4    PAGE  LINE   CHANGE

 5    _____ _____ _____

 6       REASON: _____

 7    _____ _____ _____

 8       REASON: _____

 9    _____ _____ _____

10       REASON: _____

11    _____ _____ _____

12       REASON: _____

13    _____ _____ _____

14       REASON: _____

15    _____ _____ _____

16       REASON: _____

17    _____ _____ _____

18       REASON: _____

19    _____ _____ _____

20       REASON: _____

21    _____ _____ _____

22       REASON: _____

23    _____ _____ _____

24       REASON: _____

25
```