# EXHIBIT 2

1              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

2

     MDL No. 2741

3    Case No. 3:16-md-02741-VC

     _____

4

     VIDEOTAPED DEPOSITION OF          November 18, 2019

5    CLAYTON SMITH, M.D.

     _____

6

     IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION

7    _____

8    JAIME ALVEREZ CALDERON,

9          Plaintiff,

10   v.

11   MONSANTO COMPANY,

12         Defendant.

     _____

13

14         The videotaped deposition of CLAYTON SMITH,

15   M.D., taken before Leeann Stellor, a Registered

16   Merit Reporter, Certified Realtime Reporter, and a

17   Notary Public in and for the County of Summit and

18   the State of Colorado, at 1801 Wewatta Street, Suite

19   1200, Denver, Colorado, on Monday, November 18,

20   2019, at the hour of 8:01 a.m., pursuant to Notice.

21

22

23

24

25

```
 1    APPEARANCES:

 2

 3              GOLDBERG AND OSBORNE

                BY: DAVID J. DIAMOND, ESQ.

 4                  608 East Wetmore Road

                    Suite 200

 5                  Tucson, Arizona  85705

                    (520) 879-7168

 6                  Ddiamond@goldbergandosborne.com

                    appeared on behalf of the Plaintiff

 7

                BARLIT BECK, L.L.P.

 8              BY: LINDLEY JAMES BRENZA, ESQ.

                    1801 Wewatta Street

 9                  Suite 1200

                    Denver, Colorado  80202

10                  (303) 592-3130

                    Lindley.brenza@bartlitbeck.com

11                  appeared on behalf of the Defendant

12

13

14    ALSO PRESENT: Jerry DeBoer, Videographer

15

16

17

18

19

20

21

22

23

24

25
```

Clayton Smith, M.D.

1    sometime.

2              THE WITNESS:  Is that correct?  Can I

3    ask you.

4              MR. DIAMOND:  Yeah.  Well, you're --

5    probably shouldn't, though.

6              THE WITNESS:  I'm sorry.

7              MR. DIAMOND:  Lin, I -- when going

8    over the work that Dr. Smith did in sending you the

9    e-mail, I think the first --

10             MR. BRENZA:  Yeah.

11             MR. DIAMOND:  -- date we have on

12   there is July 16th or 15th, something like that.

13             My assumption is, that was when he

14   was contacted, though I can't say.  I can't swear to

15   that.

16      Q.   Does that sound approximately right, on

17   or about July 16th of 2019, you had been retained?

18      A.   I think so, but I -- I haven't kept

19   records of that.  But that's -- I'm pretty sure it

20   was this summer.

21      Q.   But you, prior to that time you -- you

22   had not read the IARC monograph on glyphosate?

23      A.   No.  Prior to that time I actually knew

24   nothing about any of this.

25      Q.   And that -- so in -- in all the years

1    that you've been treating patients with

2    non-Hodgkin's lymphoma, you've never had occasion to

3    tell them that Roundup or glyphosate may have had

4    something to do with that?

5         A.    Correct.

6         Q.    Have you ever told anybody that, outside

7    of this litigation?

8         A.    No.

9         Q.    Have you ever told colleagues or students

10   or staff, anybody, that you thought that glyphosate

11   exposure could cause non-Hodgkin's lymphoma?

12        A.    I -- I think I mentioned it to one of my

13   lymphoma colleagues after I was reading the

14   literature, that I -- it raised concerns for me.

15        Q.    And after you had been retained in this

16   litigation?

17        A.    Correct.

18        Q.    Okay.  What did you -- how did you

19   understand the IARC monograph?

20              MR. DIAMOND:  Form.

21        A.    I'm sorry.  Could you be more specific?

22        Q.    Yeah.  Did you understand that IARC's

23   analysis was something called a hazard analysis?

24        A.    And I thought they did a fair -- I'd have

25   to go back and look at their full report, but I

1    like 1 in 46 or something?

2        A.    Correct.

3        Q.    Okay.  That's all I've got on that one

4    for now.

5        A.    I'm sorry.  Do I just keep them here?

6        Q.    Just -- yeah, you just let those pile up.

7        A.    Okay.

8        Q.    And we may go back to them or we may not.

9    But they -- they become part of the -- the record of

10   your deposition, so --

11       A.    Okay.

12       Q.    -- we like to keep them together.

13             (Exhibit No. 4 was marked.)

14       Q.    I'm going to hand you what I'm marking as

15   Exhibit 4.

16             So this is a printout from the

17   Sloan Kettering Cancer Center.  Do you see that?

18       A.    Correct.

19       Q.    And if you look at the first question

20   that's answered on the second page, the question is:

21   "What are the types of lymphoma?"

22             And it says:  "There are more than

23   70 different types of lymphoma."

24       A.    Right.

25       Q.    So that's roughly what you said earlier.

1                    "What causes lymphoma?

2                    "There are many types of lymphoma,

3    and in most cases there is no clear reason why

4    lymphoma develops."

5                    Do you see that?

6        A.    Yes.

7        Q.    Do you agree with that statement?

8        A.    Yes.

9        Q.    Is the majority of non-Hodgkin's lymphoma

10   what's called idiopathic, lacking in any specific

11   cause?

12                   MR. DIAMOND:  Form.

13       A.    Yes, I -- it probably is the majority.

14       Q.    Okay.  So there are people who get

15   non-Hodgkin's lymphoma who have never been exposed

16   to glyphosate?

17       A.    Correct.

18       Q.    And there are people, lots of people, who

19   are exposed to glyphosate that never get

20   non-Hodgkin's lymphoma?

21       A.    Correct.

22                   MR. DIAMOND:  Form.

23                   THE WITNESS:  Oh, sorry.

24                   MR. DIAMOND:  That's okay.

25       Q.    Is there any biomarker for non-Hodgkin's

1      Q.    Dr. Smith, I've handed you two new

2  exhibits, Exhibits 5 and 6.

3                    Exhibit 5 is from the website of

4  the American Cancer Society, answering some

5  questions about non-Hodgkin's lymphoma.

6                    And Exhibit 6 is from cancer.net,

7  also answering some questions about non-Hodgkin's

8  lymphoma.  Do you see that?

9      A.    Correct.

10     Q.    So looking at Exhibit 5 first, do you see

11  that the first question that's asked is:  "What

12  causes non-Hodgkin's lymphoma?"

13                    Do you see that?

14     A.    Correct.  Yes.

15     Q.    Okay.

16     A.    At the very top.

17     Q.    Yeah.  And -- and, again, this is from

18  the American Cancer Society.  The answer is:

19  "Researchers have found that non-Hodgkin's lymphoma

20  is linked with a number of risk factors (cancer,

21  non-Hodgkin's lymphoma, causes, risk prevention)."

22  It's a -- a link, I guess, embedded in this.  "But

23  the cause of most lymphomas is not known.  This is

24  complicated by the fact that lymphomas are actually

25  a diverse group of cancers."

1                      Do you see that?

2        A.    Yes.

3        Q.    Do you agree with all that?

4        A.    Yes.

5        Q.    And if you look down to the next section,

6   it says:  "Changes in genes."

7                      Do you see that?

8        A.    Yes.

9        Q.    And it says, in the middle of that

10   paragraph:  "Some genes control when cells grow,

11   divide, and die."

12                      Do you see that?

13        A.    Yes.

14        Q.    And the next bullet point says:  "Genes

15   that help cells grow, divide, and stay alive are

16   called oncogenes."

17                      Do you see that?

18        A.    Yes.

19        Q.    And the next bullet says:  "Genes that

20   help keep cell division under control or make cells

21   die at the right time are called tumor-suppressor

22   genes."

23                      Do you see that?

24        A.    Correct.

25        Q.    Is it a correct understanding of medical

1  science's understanding of non-Hodgkin's lymphoma

2  that it is caused by mutations in oncogenes and

3  tumor-suppression genes?

4       A.    At a very high level, yes.

5       Q.    And if you look at the last paragraph on

6  this page, it says:  "Gene changes related to NHL

7  are usually acquired during life rather than being

8  inherited.  Acquired gene changes can result from

9  exposure to radiation, cancer-causing chemicals, or

10  infections, but often these changes occur for no

11  apparent reason."

12                 Do you see that?

13       A.    Yes.

14       Q.    Do you agree that some of the changes in

15  genes that cause non-Hodgkin's lymphoma occur for no

16  apparent reason?

17                 MR. DIAMOND:  Form.

18       A.    Yes.

19       Q.    Okay.  That's all I've got on that one.

20                 Now, the next one, from

21  cancer.net, lists a number of what we've been

22  discussing as risk factors for non-Hodgkin's

23  lymphoma.  Do you see that?

24       A.    Yes.

25       Q.    And when we talk about risk factors,

1  again we're talking about factors that have some

2  effect on probability, but -- but are not entirely

3  determinative of whether they have caused

4  non-Hodgkin's lymphoma, correct?

5      A.    I think some of -- some of these are a

6  mixture.  Like the EBV virus probably does directly

7  contribute; having it as a risk factor, but it also

8  contributes.  Something like age is a bit different.

9  I think that just -- the -- the older you get,

10  the -- by chance, the more likely you are to have

11  one of these genetic changes or, you know, some

12  changes in the other biology I described earlier.

13  It's just it can -- your risk accumulates over time.

14      Q.    But -- but just because you have a given

15  risk factor doesn't mean you're going to get

16  non-Hodgkin's lymphoma, right?

17      A.    Correct.

18            MR. DIAMOND:  Form.

19            THE WITNESS:  Sorry.

20            MR. DIAMOND:  That's okay.

21      Q.    And just because you don't have a risk

22  doesn't mean you won't get -- you won't get

23  non-Hodgkin's lymphoma?

24            MR. DIAMOND:  Form.

25      A.    Say -- I'm sorry.  Say that again.

1      Q.    Just because you don't have a risk factor

2   doesn't mean you won't get non-Hodgkin's lymphoma?

3               MR. DIAMOND:  Form.

4      A.    If you have none of the currently known

5   risk factors, you -- you can still get lymphoma,

6   correct.  Is that what you --

7      Q.    Yeah.  And -- and this is -- I don't know

8   if you can answer this.  But if -- if you add up all

9   of the known risk factors for non-Hodgkin's

10  lymphoma, what percentage of all non-Hodgkin's

11  lymphoma do they account for?

12     A.    I -- I don't know the answer to that.

13  I -- I think you had asked me that earlier, and I

14  was just trying to make a guess.  I -- I think

15  probably a minority.  Although some of the risk

16  factors, like age or being male, are very, very

17  common.  So I -- I think it depends a bit on which

18  risk factor you're talking about.

19     Q.    Yeah, age is kind of a weird risk factor

20  because ultimately it's going to get -- something

21  that's going to get all of us, right?  It's not

22  really a risk factor.  It's kind of a certainty.

23     A.    Yeah.  So age is -- is -- for most

24  cancers, the older you get, the more likely you are

25  to get cancer.

1    would divorce those to cleanly -- to cleanly test.

2                    Having said that, there's some

3    smarter -- some smart people out there.  It wouldn't

4    surprise me if somebody's come up with a -- a clever

5    experiment.  I'd love to see it.

6                    I think -- I think with humans

7    it -- it would be impossible.  Right?  We're so

8    immersed in our environment, how you tease those

9    apart would be really challenging.  And -- and I

10   would say I'd be pretty shocked if these numbers

11   really held true, just because we know there's a

12   bunch of causes of lymphoma that you could roughly

13   lump into the environment, like we talked about

14   earlier, EBV, hep. C, EB -- you know, immune --

15   immunodeficiency, things like that.  And those --

16   those are just part of the environment, right?

17        Q.    In reaching your opinions in this case,

18   did you use a method of differential etiology?

19        A.    I'm not sure I know what that means.

20        Q.    Do you know what differential diagnosis

21   is?

22        A.    Yes.  So we had some discussions about

23   this because in medicine differential diagnosis is

24   the process if a patient presents with certain signs

25   and symptoms, how in medicine we use the terminology

1   differential diagnosis is that tells you the kind of

2   diseases or processes you think may lead to those

3   signs and symptoms.

4                    What I was told is that in the

5   legal sense, in terms of preparing this report and

6   what was expected, that the differential diagnosis

7   had a very different meaning, one that I was not

8   previously familiar with; which is go through the

9   list of risk factors and causative agents and try to

10  either eliminate them or include them in a -- in a

11  possible -- you know, if it's included or excluded

12  as a risk or a cause.

13      Q.    And -- and when you were told that

14  differential diagnosis has a different meaning in

15  this lawsuit than it does in the scientific

16  community, were you told that that was the method

17  you should use for your report?

18                  MR. DIAMOND:  Form.

19      A.    I believe I was instructed to think about

20  the universe of risks and potential causes and go

21  through those -- and, in fact, I did that in my

22  report -- and try to make a determination, were

23  those reasonably a -- a possibility in Mr. Alvarez's

24  case.

25      Q.    So in -- in getting to the way this term

1   is used in -- in -- in the real-world medical

2   community, differential diagnosis is not an attempt

3   to figure out the cause of a disease.  It's an

4   attempt to figure out what disease is causing the

5   symptoms?

6       A.   Correct.

7       Q.   And when you're doing that analysis, you

8   have the advantage of being able to test your

9   hypotheses as you go along, right?  You say this

10  fever is being caused by an infection.  You can test

11  the person then to see if they have a virus or a

12  bacteria, if they're infected in some way, right?

13      A.   Correct.

14           MR. DIAMOND:  Form.

15      Q.   If -- and if they're not, then you know

16  your diagnosis, your differential diagnosis, was

17  wrong and you go do it again and come up with the

18  next best guess?

19      A.   Well, you -- as you do that, you

20  typically have to keep a pretty open mind because

21  some of the -- most tests we have are not perfect.

22  So to go to your example, someone could have a

23  fever.  You could test their blood for a blood

24  culture and it might be negative, for any number of

25  reasons, like they may have taken an antibiotic out

1    of their drawer a few hours ago, or it just may not

2    be in the blood at that time.

3         Q.    Okay.

4         A.    So you wouldn't want to -- you -- you

5    don't --

6         Q.    You don't throw away your hypothesis just

7    because of one test.  I understand that.

8         A.    Yeah.  You -- you -- I think you would

9    keep it in mind, and then you would keep looking if

10   you find something.

11                    So, in fact, lymphoma can cause

12   fever.  So you would -- if somebody had swollen

13   lymph nodes, which can be caused by a lot of

14   infections, you would biopsy the lymph node.  And if

15   you see a lymphoma there, well, then you at least

16   think lymphoma is at least contributing to that

17   fever.  If you treat it and it goes away, the fever

18   goes away, you pretty much know that's what it was.

19        Q.    So -- so in -- in the scientific

20   community, differential diagnosis allows you to

21   continue gathering information to either confirm or

22   refute your own hypothesis about what's causing the

23   symptoms?

24        A.    Right.  And I would say it's -- it's --

25   so hypothesis, at least in -- in the lab part of the

1    work I do, you're trying to test a -- a single -- a

2    single variable, as it were.

3                    In medicine when you do a

4    differential diagnosis, it's a bit different.  You

5    don't go in and say, I hypothesize this -- this

6    fever is due to E. Coli in the blood.  You go in and

7    say, you know, it could be a bacteria, it could be

8    a -- a fungus, it could be a virus.  So you've got

9    now a group of infectious diseases.  Autoimmune

10   diseases can do that, cancers can do that, drugs can

11   do that, other things.

12                   And so at least the way I do it

13   is, I kind of hierarchically through those many

14   times.  So fever, if somebody's pretty sick, you

15   have to cast a pretty wide net.  You don't have the

16   luxury of testing, oh, if it was one thing wrong,

17   I'll sequentially --

18        Q.    Right.

19        A.    -- do the next.

20        Q.    But you do have the advantage in a

21   diff -- in a real medical differential diagnosis of

22   continuing to gather information and -- and refine

23   your hypotheses or -- or at least whittle down the

24   universe that you have to entertain?

25        A.    Yes.  I would say the -- the -- how you

1  said the latter is at least more how I would do it,

2  whittling down the universe of this many

3  possibilities to the most likely one.

4      Q.   Now, in -- in Mr. Alvarez's case, this

5  isn't a differential diagnosis, at least not as

6  you've ever heard it before, right?

7      A.   Correct.

8      Q.   Because we know -- we already know what

9  his illness is?

10     A.   Yes.  I had to relearn the terminology.

11     Q.   And --

12     A.   And it caused me some difficulty,

13  actually.

14     Q.   Was it -- was it the lawyers who were

15  teaching you this new terminology?

16     A.   Yeah.

17     Q.   Okay.

18          MR. DIAMOND:  It -- it was actually

19  the Court, in his -- in his order --

20          MR. BRENZA:  Okay.

21          MR. DIAMOND:  -- is -- is what -- is

22  where it came from.

23          THE WITNESS:  And I believe I

24  questioned that terminology --

25          MR. DIAMOND:  You did, you did.

1          THE WITNESS:  -- about three

2   different times.

3          MR. DIAMOND:  But that's what the

4   judge put in his order.

5          THE WITNESS:  Right.

6      Q.   So -- but diff -- so as we're using it in

7   this lawsuit, differential diagnosis is -- tell me

8   if I'm understand it correctly.  It's really not an

9   effort to diagnose anything.  It's an effort to

10  figure out what the cause of an illness is?

11     A.   Correct.

12     Q.   And unlike a real differential diagnosis,

13  you don't have any ability to gather more

14  information about what the cause was, right?

15  There's no further testing that can be done to

16  figure out what caused Mr. Alvarez's non-Hodgkin's

17  lymphoma?

18     A.   Right, unless -- unless technology

19  changed or new information came to -- to light.

20  It's -- it's -- again, it's a educated -- I hope,

21  educated guess as to what's most likely, which we do

22  a lot of in medicine.

23     Q.   So -- and in making an educated guess, to

24  have some idea of how -- how educated that guess

25  is --

Clayton Smith, M.D.

Case 3:16-md-02741-VC  Document 13778-2  Filed 09/22/21  Page 20 of 27

1   any history or anything.  You know, there I would be

2   at the other end of the spectrum and I would say no

3   idea, very possibly bad luck.

4       Q.    Or as Tomasetti said, it's bad luck?

5             MR. DIAMOND:  Form.

6       A.    Bad luck.  It's certainly a possibility.

7                   But most things exist somewhere in

8   the middle, between those two extremes.  And then

9   that's where, again, this process of doing your best

10  to come up with what you think is -- is most likely

11  what's going on.

12      Q.    Is the -- does the method you used to

13  connect glyphosate with Mr. Alvarez's non-Hodgkin's

14  lymphoma, does that method have a known error rate?

15      A.    No.  This was a purely subjective

16  exercise.

17      Q.    How -- how would you know if you're

18  wrong?

19      A.    With current knowledge and technology, I

20  would not know.

21      Q.    And if Mr. Alvarez brought a -- a bunch

22  of other people -- well, strike that.  Let's not --

23  let's not limit it to Mr. Alvarez.

24                  Let's say you saw ten other people

25  that had exactly the same exposures as Mr. Alvarez

Golkow Litigation Services                        Page 201

1   and the same risk factors, or lack thereof, would

2   you say that every single one of those ten had their

3   NHL caused by Roundup?

4              MR. DIAMOND:  Form.

5       A.    Sorry.  If they're identical to

6   Mr. Alvarez in all respects?

7       Q.    Ten identical Mr. Alvarezes.

8       A.    Yes.  Why would it be any different

9   from --

10      Q.    And what if it was a hundred?

11      A.    I don't think the number matters.

12      Q.    Everyone, every single person who's

13  exposed to Roundup and has non-Hodgkin's lymphoma,

14  therefore the Roundup must have caused that

15  lymphoma?

16             MR. DIAMOND:  Form.

17      A.    Again, I -- I think you're perhaps making

18  this more black and white, at least than I feel like

19  it is.  If I could give a counter-example.

20             If someone came in and they had

21  been exposed to Roundup twice, and it was two weeks

22  ago, and they presented with lymphoma and they had

23  no other risk, I'd say I think it's pretty unlikely.

24             I -- I think, again, for Mr.

25  Alvarez, one of the key features, as I mentioned

1    earlier, for what makes me certainly concerned that

2    this contributed, and I think that it's -- it's

3    quite possible that it contributed, is that he had

4    this decades of repetitive exposure.  I think that's

5    very different from -- and so I think it's a

6    spectrum.

7                    I -- I believe I can be presented

8    with 100 lymphoma cases, and I would try to parse

9    each of those out based on their individual

10   characteristics.  I don't have an objective tool for

11   you how to do that.  There's not a measurement for

12   that.  It's -- as I said, the day-to-day practice of

13   medicine is making, you know, dozens of these kind

14   of judgment calls throughout the day.

15        Q.   Well, you know, in Mr. -- in

16   Mr. Alvarez's case, the medical treatment he

17   receives has nothing whatsoever to do with what

18   caused his non-Hodgkin's lymphoma, right?

19        A.   Correct.

20        Q.   So this isn't part of his medical

21   treatment.  This is part of his legal treatment.

22                    MR. DIAMOND:  Form.

23        A.   I'm -- I'm sorry, I didn't understand

24   the...

25        Q.   Trying to figure out what caused his

1    non-Hodgkin's lymphoma.

2         A.    Right.

3         Q.    That's not part of his medical treatment.

4         A.    Correct.

5         Q.    It's part of his legal -- it's part of

6    his lawsuit, is what it is, right?

7                   MR. DIAMOND:  Form.

8         A.    I mean, I would suggest it's -- I mean,

9    most patients ask me, what do you think caused this.

10   There's some -- there's some -- I don't know if it's

11   comfort or curiosity or some mixture of the both, to

12   think that there's some explanation for this

13   terrible thing that's happened.  So I think it's

14   more than just a legal issue.

15                   But I guess I'm not quite sure

16   what that has to do what but I think is a central

17   issue, which is where do you make this judgment that

18   something is contributory or -- or not.  Is it just

19   random bad luck or is it just some add mixture of

20   environment, cell divisions, or others.

21                   And -- and you had asked me if

22   there's an objective way, a tool that I could do

23   that would say with 100 percent certainty that I was

24   right, and there -- there isn't any.

25        Q.    No.  And I know nothing is 100 percent.

1    But -- but what I do want -- want you to answer is

2    if there are 100 identical Mr. Alvarezes presenting

3    and you said you diagnosed -- you'd say all 100

4    presenting with non-Hodgkin's lymphoma, their

5    non-Hodgkin's lymphoma was caused by Roundup?

6              MR. DIAMOND:  Form.

7       A.    If -- if they're absolutely identical to

8    Mr. Alvarez, they had the same decades of

9    exposure --

10      Q.    Uh-huh.

11      A.     -- the same absence of any other risk

12   factors, based on what I have read and -- and

13   studied, I -- I just logically don't see why would I

14   be any different if it's one or --

15      Q.    So you would --

16      A.     -- 100.

17      Q.     -- say all -- all 100 were caused by

18   Roundup?

19              MR. DIAMOND:  Form.

20      A.    If they were absolutely identical to

21   Mr. Alvarez.  If they were different, I would try to

22   consider those differences and -- and have those be

23   an important part of the decision-making process.

24      Q.    But -- but as -- and as you sit here

25   today, you -- you know that if 100 identical

1    Mr. Alvarezes showed up with non-Hodgkin's lymphoma,

2    it is scientifically impossible that all 100 were

3    caused by Roundup?

4              MR. DIAMOND:  Form.

5         Q.    Right?

6         A.    Correct.  I agree with that.

7         Q.    So you --

8         A.    I would --

9         Q.    We know that can't be right.

10        A.    I would be -- I would be right -- I would

11   be a certain frequency and I would be wrong a

12   certain frequency.

13        Q.    And so my question to you now is, what's

14   the frequency?

15        A.    No -- no idea, other than -- again,

16   I've -- I've thought -- I've thought about this a

17   lot because it's a shade of gray question.  And even

18   your own -- your own risk factors, if I could read.

19   "Chemical exposure may increase the risk of these,

20   including pesticides, herbicide like Agent Orange,

21   petrochemicals."

22                   I -- I believe those are risk

23   factors.  I think we're still learning a lot about

24   the universe of which chemicals are -- are likely,

25   how much exposure does it take.  So I think it's

1  perfectly possible that very minimal exposure to

2  Roundup is a very minimal risk for lymphoma, while

3  very extensive exposure is -- is a considerable

4  risk.

5                    And so I -- I viewed this as no

6  more than saying it's -- chemical exposure is one of

7  the known risks.  This is a herbicide.  There's a

8  body of evidence that I think exceeds, at least from

9  what I've read, the body of -- that potentially can

10  cause lymphoma, that I think is -- exceeds the body

11  of evidence that says it doesn't, particularly in

12  the setting of somebody having a lot of exposure

13  over a long time.

14                    And so that's where that -- making

15  that judgment call within a shade of gray, I think,

16  comes in.  And -- and, again, I would suggest that

17  this is not a mathematical equation.  I wish it

18  were.  It would make my job a lot simpler.  But, I

19  mean, I've told you I spend a lot of my time on my

20  computers, trying to turn complicated things like

21  this into mathematical equations.

22                    A lot of medicine is not a minimal

23  to that.  A lot of it is -- is still in the realm of

24  art, where we just -- we have to make these

25  decisions day to day.  And with a real differential

1    diagnosis there's a -- an immediate and tangible

2    consequence.  You have to treat somebody.  And if

3    your treatment's wrong, you're pretty -- in fairly

4    short order you've been -- you -- you learn that

5    you're wrong.  This is a different -- a -- a similar

6    process in how we think about information is giving

7    us that balance, do we go to the right or do we go

8    to the left.  You just don't have the -- the

9    feedback that says you were wrong or you were right.

10         Q.    In a legal -- in the legal form of this?

11         A.    I mean, I think in any form.

12         Q.    Or any form.

13         A.    I -- I will not know if I'm right or

14   wrong about Mr. Alvarez, just like I don't think

15   someone who says it's impossible this was Roundup

16   can ever know they're right or wrong.

17         Q.    When -- when you say you don't know, you

18   will never know if you were right or wrong about

19   Mr. Alvarez, what's the -- what is the specific

20   thing that you will never know if you're right or

21   wrong about?

22         A.    So -- so let me -- let me put a caveat to

23   that.

24                   If somebody comes up, as you've

25   mentioned a -- a few times along here, if somebody