**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Chapman v. Monsanto Co.*, 3:20-cv-01277-VC<br>*Vosper v. Monsanto Co.*, 3:19-cv-05525-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DECLARATION OF ERIC G. LASKER IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TEWSTIMONY OF DR. WILLIAM SAWYER UNDER RULE 702** |
|---|---|

**DECLARATION OF ERIC G. LASKER**

I, Eric G. Lasker, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hollingsworth LLP, attorneys of record for Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto Company's motion to exclude Plaintiffs Ira Vosper and Otis Chapman expert Dr. William Sawyer on Rule 702 grounds. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Dr. William Sawyer expert report disclosed in *Vosper v. Monsanto*, 3:19-cv-05525-VC, dated June 24, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Dr. William Sawyer expert report disclosed in *Chapman v. Monsanto Co.*, 3:20-cv-01277-VC, dated June 24, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the deposition of Dr. William Sawyer in the matter *Vosper v. Monsanto*, 3:19-cv-05525-VC, dated August 30, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiff's R. 26 Expert Designations and Disclosures in *Vosper v. Monsanto*, 3:19-cv-05525-VC dated June 29, 2021.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiff's R. 26 Expert Designations and Disclosures in *Chapman v. Monsanto Co., 3:20-cv-01277-VC*, dated June 29, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the deposition of Dr. William Sawyer in the matter *Chapman v. Monsanto Co., 3:20-cv-01277-VC* dated August 25, 2021.

8. Attached hereto as **Exhibit 7** is a true and correct copy of George, J., et al., *Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach*, 73 J. Proteomics 951 (2010).

9. Attached hereto as **Exhibit 8** is a true and correct copy of the EPA Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Dec. 12, 2017).

10. Attached hereto as **Exhibit 9** is a true and correct copy of the IARC, *Glyphosate in Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos, Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans* (2015).

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Ref. Manual on Sci. Evid.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the A. Bradford Hill, *The Environment and Disease: Association or Causation?*, 58 Proc. R. Soc. Med. 295, 295 (1965).

13. Attached hereto as **Exhibit 12** is a true and correct copy of the deposition Dr. William Sawyer in the matter *Giglio v. Monsanto*, *3:16-cv-05658-VC*, dated September 15, 2019.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the deposition Dr. William Sawyer in the matter Schafer *v. Monsanto*, *3:19-cv-02169*, dated February 16, 2019.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the deposition of Dr. Christopher J. Portier, in *Pilliod v. Monsanto Co.,* RG-170862702, dated Apr. 3, 2019.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the EPA, *Memorandum: Glyphosate: Epidemiology Review of Zhang et al. (2019).*

17. Attached hereto as **Exhibit 16** is a true and correct copy of the Kabat, G. et al., *On Recent Meta-Analyses of Exposure to Glyphosate and Risk of Non-Hodgkin's Lymphoma in Humans*, 32 Cancer Causes & Control 409 (2021).

18. Attached hereto as **Exhibit 17** is a true and correct copy of the Donato, F. et al., *Exposure to Glyphosate and Risk of Non-Hodgkin Lymphoma and Multiple Myeloma: An Updated Meta-Analysis*,

19. Attached hereto as **Exhibit 18** is a true and correct copy of the BAuA, *Proposal for Harmonized Classification and Labeling: N-(phosphonomethyl) glycine; Glyphosate (ISO), CLH Report for Glyphosate* (2016)

20. Attached hereto as **Exhibit 19** is a true and correct copy of the deposition Dr. William Sawyer in the matter *Schaffner v. Monsanto*, 3:19-cv-07526, dated September 14, 2021.

21. Attached hereto as **Exhibit 20** is a true and correct copy of the EPA, *Proposed Interim Registration Review Decision Case No. 0178* (April 2019)

22. Attached hereto as **Exhibit 21** is a true and correct copy of the testimony of Dr. William Sawyer in the matter *Pilliod v. Monsanto Co.,* RG-170862702, dated Apr. 11, 2019.

23. Attached hereto as **Exhibit 22** is a true and correct copy of the deposition Dr. Charles Benbrook in the matter *Hall v. Monsanto*, No. 1622-CC01071, dated May 23, 2018.

24. Attached hereto as **Exhibit 23** is a true and correct copy of the testimony of Dr. William Sawyer in the matter *Pilliod v. Monsanto Co.,* RG-170862702, dated Feb. 6, 2019.

25. Attached hereto as **Exhibit 24** is a true and correct copy of the deposition Dr. William Sawyer in the matter *Lamb v. Monsanto*, No. 17SL-CC03681, dated July 22, 2019.

26. Attached hereto as **Exhibit 25** is a true and correct copy of the supplemental expert report of Dr. William Sawyer in the matter *Vosper v. Monsanto*, 3:19-cv-05525-VC, dated September 8, 2021.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on September 22, 2021.

/s/ *Eric G. Lasker*
Eric G. Lasker, Esq.
(elasker@hollingsworthllp.com)
Hollingsworth LLP
1350 I Street, NW
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639

*Attorney for Defendant Monsanto Company*

DECLARATION OF ERIC G. LASKER ISO MOTION TO EXCLUDE DR. WILLIAM SAWYER
3:20-CV-01277-VC, 3:18-CV-05525-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of September, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                               */s/ Eric G. Lasker*