# EXHIBIT 4

**LABLETTA & WALTERS LLC**
Christian P. LaBletta, Esquire
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Tel: (610) 828-3339
Fax: (610) 828-3347
clabletta@lablettawalters.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document relates to:<br><br>*Ira Vosper and Andrea Vosper*<br>*v. Monsanto Co.*<br>*Case No. 3:19-cv-05525-VC* | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS, IRA VOSPER AND ANDREA VOSPER, EXPERT DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(2), Plaintiffs provide the following expert designations and disclosures:

1. **D. Barry Boyd, M.D., M.S.**
    **69 East 130th Street**
    **New York, NY 10037**

Dr. Boyd will testify on the issue of causation, including but not limited to, that Mr. Vosper's NHL was caused by his exposure to Roundup / glyphosate. Dr. Boyd will also opine that the medical bills incurred by Mr. Vosper to treat his NHL were reasonable and necessary. Dr. Boyd will testify consistent with his expert report, which is being produced simultaneously with these disclosures and in accordance with the Court's scheduling order. Plaintiffs incorporates by way of reference the report of Dr. Boyd.

Dr. Boyd's hourly rate is $570.00.  A copy of Dr. Boyd's curriculum vitae was produced to counsel under separate cover.  The Addendum to Dr. Boyd's report lists the cases in which he has previously provided expert testimony to the best of his recollection within the previous 4 years.  A list of Dr. Boyd's publications within the previous ten years is noted on his curriculum vitae.

2. **William R. Sawyer, Ph.D.**
   **29 Fennell Street**
   **Skaneateles, NY 13152**

Dr. Sawyer will testify to a reasonable degree of toxicological certainty, including but not limited to, that Mr. Vosper's exposure to Roundup / glyphosate was sufficient to attribute his NHL to such exposure.  Dr. Sawyer will testify consistent with his expert report, which is being produced simultaneously with these disclosures and in accordance with the Court's scheduling order.  Plaintiffs incorporates by way of reference the report of Dr. Sawyer.

Dr. Sawyer's hourly rate is $785.00.  A copy of Dr. Sawyer's curriculum vitae was produced to counsel under separate cover.  The Appendix to Dr. Sawyer's report lists the cases in which he has previously provided expert testimony within the previous 4 years.  A list of Dr. Boyd's publications within the previous ten years is noted on his curriculum vitae.

3. **General Causation Experts**

Plaintiffs intend to rely on the general causation experts produced by lead counsel in this case.  Plaintiffs incorporate by way of reference the reports of the general causation experts.  Plaintiffs reserve the right to use any and all of the general causation experts at the time of trial.

## General Statement on Disclosures

The Plaintiffs reserve the right to: amend or supplement or rebut expert opinions based on additional discovery including updated medical records, deposition testimony, medical literature, or scientific studies; The right to elicit expert testimony at trial from any qualified person, including Plaintiffs' treating health care providers, as permitted under the applicable rules of evidence and

procedure; Plaintiffs' expert witnesses, as identified herein, will testify about their skill, knowledge, experience, training and education in their respective fields, the relevant medical and scientific literature; the techniques and methods in their field of practice; and the description and nature of their practice. Plaintiffs' expert may testify about their publications, presentations, research and all matters detailed in their respective curriculum vitae. They may testify based on facts or data perceived by or made known to them at or before trial that have been properly disclosed under the applicable rules of evidence and procedure. They may employ demonstrative and visual aids. Plaintiffs reserve the right to offer supplemental or rebuttal expert opinions based on updated or new information relative to the litigation. Plaintiffs reserve the right for their expert witnesses to update the literature upon which the witnesses rely in support of their opinions.

        Respectfully submitted,

        **LABLETTA & WALTERS LLC**

        */s/ Christian P. LaBletta*
        **CHRISTIAN P. LABLETTA, ESQ.**
        Attorneys for Plaintiffs
        200 Barr Harbor Drive, Suite 400
        Conshohocken, PA 19428
        (610) 828-3339

Dated:  June 29, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by email on counsel for Monsanto as follows:

Holly P. Smith, Esquire
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Email:  HPSMITH@shb.com

Anthony Martinez, Esquire
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Email: AMARTINEZ@shb.com

Matthew Larsen, Esquire
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Email:  MLARSEN@shb.com

Joshua J. Taylor, Esquire
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Email:  JJTAYLOR@shb.com

**LABLETTA & WALTERS LLC**

*/s/ Christian P. LaBletta*
**CHRISTIAN P. LABLETTA, ESQ.**
Attorneys for Plaintiffs
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
(610) 828-3339

Dated:  June 29, 2021