# EXHIBIT 5

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | **David J. Diamond, Esq.**<br>**DIAMOND LAW**<br>**AZ State Bar #010842**<br>**1700 E. River Road, #65237**<br>**Tucson, AZ 85728**<br>**P: (520) 497-2672**<br>**F: (520) 448-4466**<br>**Email: ddiamond@diamondlawusa.com;**<br>**khampton@diamondlawusa.com** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Otis Lindell Chapman and Kim Chapman<br><br>v.<br><br>Monsanto, Co. | MDL No. 2741<br><br>Master Docket Case No. 16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>Case No. 3:20-cv-01277<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF EXPERT DISCLOSURES** |

PLEASE TAKE NOTICE that, pursuant to the Court's Order (CM/ECF Doc. No. 12197), Plaintiffs, Otis Lindell Chapman and Kim Chapman, have served Plaintiffs' specific causation expert disclosures on counsel for Defendant Monsanto Company. Service was made by sending expert reports and associated disclosures via email to Anthony R. Martinez at amartinez@shb.com.

Plaintiffs further incorporate by referenced the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, and 3 and reserve the right to call the author of any such report as an expert witness at trial.

PLAINTIFFS' NOTICE OF SERVICE OF EXPERT DISCLOSURES – 3:20-cv-01277

Dated this 29th day of June, 2021.

Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond (AZ 010842)
DIAMOND LAW
1700 E. River Road, #65237
Tucson, AZ 85728
P: (520) 497-2672
F: (520) 448-4466
ddiamond@diamondlawusa.com

*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on June 29, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

PLAINTIFFS' NOTICE OF SERVICE OF EXPERT DISCLOSURES – 3:20-cv-01277