# EXHIBIT 9

# GLYPHOSATE

## 1. Exposure Data

### 1.1 Identification of the agent

#### 1.1.1 Nomenclature

*Chem. Abstr. Serv. Reg. No.:* 1071-83-6 (acid); also relevant:
38641-94-0 (glyphosate-isopropylamine salt)
40465-66-5 (monoammonium salt)
69254-40-6 (diammonium salt)
34494-03-6 (glyphosate-sodium)
81591-81-3 (glyphosate-trimesium)

*Chem. Abstr. Serv. Name: N*-(phosphonomethyl)glycine

*Preferred IUPAC Name*: *N*-(phosphonomethyl)glycine

*Synonyms:* Gliphosate; glyphosate; glyphosate hydrochloride; glyphosate [calcium, copper (2+), dilithium, disodium, magnesium, monoammonium, monopotassium, monosodium, sodium, or zinc] salt

*Trade names:* Glyphosate products have been sold worldwide under numerous trade names, including: Abundit Extra; Credit; Xtreme; Glifonox; Glyphogan; Ground-Up; Rodeo; Roundup; Touchdown; Tragli; Wipe Out; Yerbimat (Farm Chemicals International, 2015).

#### 1.1.2 Structural and molecular formulae and relative molecular mass

Molecular formula: $C_3H_8NO_5P$
Relative molecular mass: 169.07

Additional information on chemical structure is also available in the PubChem Compound database (NCBI, 2015).

#### 1.1.3 Chemical and physical properties of the pure substance

*Description:* Glyphosate acid is a colourless, odourless, crystalline solid. It is formulated as a salt consisting of the deprotonated acid of glyphosate and a cation (isopropylamine, ammonium, or sodium), with more than one salt in some formulations.

*Solubility:* The acid is of medium solubility at 11.6 g/L in water (at 25 °C) and insoluble in common organic solvents such as acetone, ethanol, and xylene; the alkali-metal and

amine salts are readily soluble in water (Tomlin, 2000).

*Volatility:* Vapour pressure, $1.31 \times 10^{-2}$ mPa at 25 °C (negligible) (Tomlin, 2000).

*Stability:* Glyphosate is stable to hydrolysis in the range of pH 3 to pH 9, and relatively stable to photodegradation (Tomlin, 2000). Glyphosate is not readily hydrolysed or oxidized in the field (Rueppel *et al.* 1977). It decomposes on heating, producing toxic fumes that include nitrogen oxides and phosphorus oxides (IPCS, 2005).

*Reactivity:* Attacks iron and galvanized steel (IPCS, 2005).

*Octanol/water partition coefficient (P):* log P, < −3.2 (pH 2–5, 20 °C) (OECD method 107) (Tomlin, 2000).

*Henry's law:* $< 2.1 \times 10^{-7}$ Pa $m^3$ $mol^{-1}$ (Tomlin, 2000).

*Conversion factor:* Assuming normal temperature (25 °C) and pressure (101 kPa), $mg/m^3 = 6.92 \times ppm$.

### *1.1.4 Technical products and impurities*

Glyphosate is formulated as an isopropylamine, ammonium, or sodium salt in water-soluble concentrates and water-soluble granules. The relevant impurities in glyphosate technical concentrates are formaldehyde (maximum, 1.3 g/kg), *N*-nitrosoglyphosate (maximum, 1 mg/kg), and *N*-nitroso-*N*-phosphonomethylglycine (FAO, 2000). Surfactants and sulfuric and phosphoric acids may be added to formulations of glyphosate, with type and concentration differing by formulation (IPCS, 1994).

## 1.2 Production and use

### *1.2.1 Production*

#### *(a) Manufacturing processes*

Glyphosate was first synthesized in 1950 as a potential pharmaceutical compound, but its herbicidal activity was not discovered until it was re-synthesized and tested in 1970 (Székács & Darvas, 2012). The isopropylamine, sodium, and ammonium salts were introduced in 1974, and the trimesium (trimethylsulfonium) salt was introduced in Spain in 1989. The original patent protection expired outside the USA in 1991, and within the USA in 2000. Thereafter, production expanded to other major agrochemical manufacturers in the USA, Europe, Australia, and elsewhere (including large-scale production in China), but the leading preparation producer remained in the USA (Székács & Darvas, 2012).

There are two dominant families of commercial production of glyphosate, the "alkyl ester" pathways, predominant in China, and the "iminodiacetic acid" pathways, with iminodiacetic acid produced from iminodiacetonitrile (produced from hydrogen cyanide), diethanol amine, or chloroacetic acid (Dill *et al.*, 2010; Tian *et al.*, 2012).

To increase the solubility of technical-grade glyphosate acid in water, it is formulated as its isopropylamine, monoammonium, potassium, sodium, or trimesium salts. Most common is the isopropylamine salt, which is formulated as a liquid concentrate (active ingredient, 5.0–62%), ready-to-use liquid (active ingredient, 0.5–20%), pressurized liquid (active ingredient, 0.75–0.96%), solid (active ingredient, 76–94%), or pellet/tablet (active ingredient, 60–83%) (EPA, 1993a).

There are reportedly more than 750 products containing glyphosate for sale in the USA alone (NPIC, 2010). Formulated products contain various non-ionic surfactants, most notably polyethyloxylated tallowamine (POEA), to

facilitate uptake by plants (Székács & Darvas, 2012). Formulations might contain other active ingredients, such as simasine, 2,4-dichlorophenoxyacetic acid (2,4-D), or 4-chloro-2-methylphenoxyacetic acid (IPCS, 1996), with herbicide resistance driving demand for new herbicide formulations containing multiple active ingredients (Freedonia, 2012).

*(b) Production volume*

Glyphosate is reported to be manufactured by at least 91 producers in 20 countries, including 53 in China, 9 in India, 5 in the USA, and others in Australia, Canada, Cyprus, Egypt, Germany, Guatemala, Hungary, Israel, Malaysia, Mexico, Singapore, Spain, Taiwan (China), Thailand, Turkey, the United Kingdom, and Venezuela (Farm Chemicals International, 2015). Glyphosate was registered in over 130 countries as of 2010 and is probably the most heavily used herbicide in the world, with an annual global production volume estimated at approximately 600 000 tonnes in 2008, rising to about 650 000 tonnes in 2011, and to 720 000 tonnes in 2012 (Dill *et al.*, 2010; CCM International, 2011; Hilton, 2012; Transparency Market Research, 2014).

Production and use of glyphosate have risen dramatically due to the expiry of patent protection (see above), with increased promotion of non-till agriculture, and with the introduction in 1996 of genetically modified glyphosate-tolerant crop varieties (Székács & Darvas, 2012). In the USA alone, more than 80 000 tonnes of glyphosate were used in 2007 (rising from less than 4000 tonnes in 1987) (EPA, 1997, 2011). This rapid growth rate was also observed in Asia, which accounted for 30% of world demand for glyphosate in 2012 (Transparency Market Research, 2014). In India, production increased from 308 tonnes in 2003–2004, to 2100 tonnes in 2007–2008 (Ministry of Chemicals & Fertilizers, 2008). China currently produces more than 40% of the global supply of glyphosate, exports almost 35% of the global supply (Hilton, 2012), and reportedly has sufficient production capacity to satisfy total global demand (Yin, 2011).

### *1.2.2 Uses*

Glyphosate is a broad-spectrum, post-emergent, non-selective, systemic herbicide, which effectively kills or suppresses all plant types, including grasses, perennials, vines, shrubs, and trees. When applied at lower rates, glyphosate is a plant-growth regulator and desiccant. It has agricultural and non-agricultural uses throughout the world.

*(a) Agriculture*

Glyphosate is effective against more than 100 annual broadleaf weed and grass species, and more than 60 perennial weed species (Dill *et al.*, 2010). Application rates are about 1.5–2 kg/ha for pre-harvest, post-planting, and pre-emergence use; about 4.3 kg/ha as a directed spray in vines, orchards, pastures, forestry, and industrial weed control; and about 2 kg/ha as an aquatic herbicide (Tomlin, 2000). Common application methods include broadcast, aerial, spot, and directed spray applications (EPA, 1993a).

Due to its broad-spectrum activity, the use of glyphosate in agriculture was formerly limited to post-harvest treatments and weed control between established rows of tree, nut, and vine crops. Widespread adoption of no-till and conservation-till practices (which require chemical weed control while reducing soil erosion and labour and fuel costs) and the introduction of transgenic crop varieties engineered to be resistant to glyphosate have transformed glyphosate to a post-emergent, selective herbicide for use on annual crops (Duke & Powles, 2009; Dill *et al.* 2010). Glyphosate-resistant transgenic varieties have been widely adopted for the production of corn, cotton, canola, and soybean (Duke & Powles, 2009). Production of such crops accounted for 45% of worldwide demand for glyphosate in 2012 (Transparency Market Research, 2014). However, in Europe,

where the planting of genetically modified crops has been largely restricted, post-harvest treatment is still the most common application of glyphosate (Glyphosate Task Force, 2014). Intense and continuous use of glyphosate has led to the emergence of resistant weeds that may reduce its effectiveness (Duke & Powles, 2009).

*(b) Residential use*

Glyphosate is widely used for household weed control throughout the world. In the USA, glyphosate was consistently ranked as the second most commonly used pesticide (after 2,4-D) in the home and garden market sector between 2001 and 2007, with an annual use of 2000–4000 tonnes (EPA, 2011).

*(c) Other uses*

Glyphosate was initially used to control perennial weeds on ditch banks and roadsides and under power lines (Dill *et al.*, 2010). It is also used to control invasive species in aquatic or wetland systems (Tu *et al.*, 2001). Approximately 1–2% of total glyphosate use in the USA is in forest management (Mance, 2012).

Glyphosate has been used in a large-scale aerial herbicide-spraying programme begun in 2000 to reduce the production of cocaine in Colombia (Lubick, 2009), and of marijuana in Mexico and South America (Székács & Darvas, 2012).

*(d) Regulation*

Glyphosate has been registered for use in at least 130 countries (Dill *et al.*, 2010). In the USA, all uses are eligible for registration on the basis of a finding that glyphosate "does not pose unreasonable risks or adverse effects to humans or the environment" (EPA, 1993a). A review conducted in 2001 in connection with the registration process in the European Union reached similar conclusions regarding animal and human safety, although the protection of groundwater during non-crop use was identified as requiring particular attention in the short term (European Commission, 2002).

Nevertheless, as worldwide rates of adoption of herbicide-resistant crops and of glyphosate use have risen in recent years (Duke & Powles, 2009), restriction of glyphosate use has been enacted or proposed in several countries, although documented actions are few. In 2013, the Legislative Assembly of El Salvador voted a ban on the use of pesticides containing glyphosate (República de El Salvador, 2013). Sri Lanka is reported to have instituted a partial ban based on an increasing number of cases of chronic kidney disease among agricultural workers, but the ban was lifted after 2 months (ColomboPage, 2014). The reasons for such actions have included the development of resistance among weed species, as well as health concerns.

No limits for occupational exposure were identified by the Working Group.

## 1.3 Measurement and analysis

Several methods exist for the measurement of glyphosate and its major metabolite aminomethyl phosphonic acid (AMPA) in various media, including air, water, urine, and serum (Table 1.1). The methods largely involve derivatization with 9-fluorenylmethyl chloroformate (FMOC-Cl) to reach sufficient retention in chromatographic columns (Kuang *et al.*, 2011; Botero-Coy *et al.*, 2013). Chromatographic techniques that do not require derivatization and enzyme-linked immunosorbent assays (ELISA) are under development (Sanchís *et al.*, 2012).

**Table 1.1 Methods for the analysis of glyphosate**

| Sample matrix | Assay procedure | Limit of detection | Reference |
|---|---|---|---|
| Water | HPLC/MS (with online solid-phase extraction) | 0.08 µg/L | Lee *et al.* (2001) |
| | ELISA | 0.05 µg/L | Abraxis (2005) |
| | LC-LC-FD | 0.02 µg/L | Hidalgo *et al.* (2004) |
| | Post HPLC column derivatization and FD | 6.0 µg/L | EPA (1992) |
| | UV visible spectrophotometer (at 435 ng) | 1.1 µg/L | Jan *et al.* (2009) |
| Soil | LC–MS/MS with triple quadrupole | 0.02 mg/kg | Botero-Coy *et al.* (2013) |
| Dust | GC-MS-MID | 0.0007 mg/kg | Curwin *et al.* (2005) |
| Air | HPLC/MS with online solid-phase extraction | 0.01 ng/m³ | Chang *et al.* (2011) |
| Fruits and vegetables | HILIC/WAX with ESI-MS/MS | 1.2 µg/kg | Chen *et al.* (2013) |
| Field crops (rice, maize and soybean) | LC–ESI-MS/MS | 0.007–0.12 mg/kg | Botero-Coy *et al.* (2013b) |
| Plant vegetation | HPLC with single polymeric amino column | 0.3 mg/kg | Nedelkoska & Low (2004) |
| Serum | LC–MS/MS | 0.03 µg/mL<br>0.02 µg/mL (aminomethylphosphonic acid)<br>0.01 µg/mL (3-methylphosphinicopropionic acid) | Yoshioka *et al.* (2011) |
| Urine | HPLC with post-column reaction and FD | 1 µg/L | Acquavella *et al.* (2004) |
| | ELISA | 0.9 µg/L | Curwin *et al.* (2007) |

ELISA, enzyme-linked immunosorbent assay; ESI-MS/MS, electrospray tandem mass spectrometry; FD, fluorescence detection; GC-MS-MID, gas chromatography-mass spectrometry in multiple ion detection mode; HILIC/WAX, hydrophilic interaction/weak anion-exchange liquid chromatography; HPLC/MS, high-performance liquid chromatography with mass spectrometry; HPLC, high-performance liquid chromatography; LC-ESI–MS/MS, liquid chromatography-electrospray–tandem mass spectrometry; LC–LC, coupled-column liquid chromatography; LC–MS/MS, liquid chromatography–tandem mass spectrometry

## 1.4 Occurrence and exposure

### 1.4.1 *Exposure*

#### *(a) Occupational exposure*

Studies related to occupational exposure to glyphosate have included farmers and tree nursery workers in the USA, forestry workers in Canada and Finland, and municipal weed-control workers in the United Kingdom (Centre de Toxicologie du Québec, 1988; Jauhiainen *et al.*, 1991; Lavy *et al.*, 1992; Acquavella *et al.*, 2004; Johnson *et al.*, 2005). Para-occupational exposures to glyphosate have also been measured in farming families (Acquavella *et al.*, 2004; Curwin *et al.*, 2007). These studies are summarized in Table 1.2.

#### *(b) Community exposure*

Glyphosate can be found in soil, air, surface water, and groundwater (EPA, 1993a). Once in the environment, glyphosate is adsorbed to soil and is broken down by soil microbes to AMPA (Borggaard & Gimsing, 2008). In surface water, glyphosate is not readily broken down by water or sunlight (EPA, 1993a). Despite extensive worldwide use, there are relatively few studies

**Table 1.2 Occupational and para-occupational exposure to glyphosate**

| Industry, country, year | Job/process | Results | Comments/additional data | Reference |
|---|---|---|---|---|
| *Forestry* | | | | |
| Canada, 1986 | | Arithmetic mean of air glyphosate concentrations: | Air concentrations of glyphosate were measured at the work sites of one crew (five workers) during ground spraying<br>268 urine samples were collected from 40 workers; glyphosate concentration was above the LOD (15 µg/L) in 14% | Centre de Toxicologie du Québec (1988) |
| | Signaller | Morning, 0.63 µg/m³<br>Afternoon, 2.25 µg/m³ | | |
| | Operator | Morning, 1.43 µg/m³<br>Afternoon, 6.49 µg/m³ | | |
| | Overseer | Morning, 0.84 µg/m³<br>Afternoon, 2.41 µg/m³ | | |
| | Mixer | Morning, 5.15 µg/m³<br>Afternoon, 5.48 µg/m³ | | |
| Finland, year NR | Workers performing silvicultural clearing (*n* = 5) | Range of air glyphosate concentrations, < 1.25–15.7 µg/m³ (mean, NR) | Clearing work was done with brush saws equipped with pressurized herbicide sprayers<br>Air samples were taken from the workers' breathing zone (number of samples, NR)<br>Urine samples were collected during the afternoons of the working week (number, NR)<br>Glyphosate concentrations in urine were below the LOD (10 µg/L) | Jauhiainen *et al.* (1991) |
| USA, year NR | Workers in two tree nurseries (*n* = 14) | In dermal sampling, 1 of 78 dislodgeable residue samples were positive for glyphosate<br>The body portions receiving the highest exposure were ankles and thighs | Dermal exposure was assessed with gauze patches attached to the clothing and hand rinsing<br>Analysis of daily urine samples repeated over 12 weeks was negative for glyphosate | Lavy *et al.* (1992) |
| *Weed control* | | | | |
| United Kingdom, year NR | Municipal weed control workers (*n* = 18) | Median, 16 mg/m³ in 85% of 21 personal air samples for workers spraying with mechanized all-terrain vehicle<br>Median, 0.12 mg/m³ in 33% of 12 personal air samples collected from workers with backpack with lance applications | [The Working Group noted that the reported air concentrations were substantially higher than in other studies, but was unable to confirm whether the data were for glyphosate or total spray fluid]<br>Dermal exposure was also measured, but reported as total spray fluid, rather than glyphosate | Johnson *et al.* (2005) |

**Table 1.2 (continued)**

| Industry, country, year | Job/process | Results | Comments/additional data | Reference |
|---|---|---|---|---|
| *Farming* | | | | |
| USA, 2001 | Occupational and para-occupational exposure of 24 farm families (24 fathers, 24 mothers and 65 children). Comparison group: 25 non-farm families (23 fathers, 24 mothers and 51 children) | Geometric mean (range) of glyphosate concentrations in urine:<br>Non-farm fathers, 1.4 µg/L (0.13–5.4)<br>Farm fathers, 1.9 µg/L (0.02–18)<br>Non-farm mothers, 1.2 µg/L (0.06–5.0)<br>Farm mothers, 1.5 µg/L (0.10–11)<br>Non-farm children, 2.7 µg/L (0.10–9.4)<br>Farm children, 2.0 µg/L (0.02–18) | Frequency of glyphosate detection ranged from 66% to 88% of samples (observed concentrations below the LOD were not censored). Detection frequency and geometric mean concentration were not significantly different between farm and non-farm families (observed concentrations below the LOD were not censored) | Curwin *et al.* (2007) |
| USA, year NR | Occupational and para-occupational exposures of 48 farmers, their spouses, and 79 children | Geometric mean (range) of glyphosate concentration in urine on day of application:<br>Farmers, 3.2 µg/L (< 1 to 233 µg/L)<br>Spouses, NR (< 1 to 3 µg/L)<br>Children, NR (< 1 to 29 µg/L) | 24-hour composite urine samples for each family member the day before, the day of, and for 3 days after a glyphosate application. Glyphosate was detected in 60% of farmers' samples, 4% of spouses' samples and 12% of children's samples the day of spraying and in 27% of farmers' samples, 2% of spouses' samples and 5% of children's samples 3 days after | Acquavella *et al.* (2004) |

LOD, limit of detection; ND, not detected; NR, not reported

on the environmental occurrence of glyphosate (Kolpin *et al*., 2006).

*(i) Air*

Very few studies of glyphosate in air were available to the Working Group. Air and rainwater samples were collected during two growing seasons in agricultural areas in Indiana, Mississippi, and Iowa, USA (Chang *et al*., 2011). The frequency of glyphosate detection ranged from 60% to 100% in air and rain samples, and concentrations ranged from < 0.01 to 9.1 ng/$m^3$ in air samples and from < 0.1 to 2.5 μg/L in rainwater samples. Atmospheric deposition was measured at three sites in Alberta, Canada. Rainfall and particulate matter were collected as total deposition at 7-day intervals throughout the growing season. Glyphosate deposition rates ranged from < 0.01 to 1.51 μg/$m^2$ per day (Humphries *et al*., 2005).

No data were available to the Working Group regarding glyphosate concentrations in indoor air.

*(ii) Water*

Glyphosate in the soil can leach into groundwater, although the rate of leaching is believed to be low (Borggaard & Gimsing, 2008; Simonsen *et al*., 2008). It can also reach surface waters by direct emission, atmospheric deposition, and by adsorption to soil particles suspended in runoff water (EPA, 1993a; Humphries *et al*., 2005). Table 1.3 summarizes data on concentrations of glyphosate or AMPA in surface water and groundwater.

*(iii) Residues in food and dietary intake*

Glyphosate residues have been measured in cereals, fruits, and vegetables (Table 1.4). Residues were detected in 0.04% of 74 305 samples of fruits, vegetables, and cereals tested from 27 member states of the European Union, and from Norway, and Iceland in 2007 (EFSA, 2009). In cereals, residues were detected in 50% of samples tested in Denmark in 1998–1999, and in 9.5% of samples tested from member states of the European Union, and from Norway and Iceland in 2007 (Granby & Vahl, 2001; EFSA, 2009). In the United Kingdom, food sampling for glyphosate residues has concentrated mainly on cereals, including bread and flour. Glyphosate has been detected regularly and usually below the reporting limit (Pesticide Residues Committee, 2007, 2008, 2009, 2010). Six out of eight samples of tofu made from Brazilian soy contained glyphosate, with the highest level registered being 1.1 mg/kg (Pesticide Residues Committee, 2007).

*(iv) Household exposure*

In a survey of 246 California households, 14% were found to possess at least one product containing glyphosate (Guha *et al*., 2013).

*(v) Biological markers*

Glyphosate concentrations in urine were analysed in urban populations in Europe, and in a rural population living near areas sprayed for drug eradication in Colombia (MLHB, 2013; Varona *et al*., 2009). Glyphosate concentrations in Colombia were considerably higher than in Europe, with means of 7.6 μg/L and 0.02 μg/L, respectively (Table 1.5). In a study in Canada, glyphosate concentrations in serum ranged from undetectable to 93.6 μg/mL in non-pregnant women ($n$ = 39), and were undetectable in serum of pregnant women ($n$ = 30) and fetal cord serum (Aris & Leblanc, 2011).

### 1.4.2 Exposure assessment

Exposure assessment methods in epidemiological studies on glyphosate and cancer are discussed in Section 2.0 of the *Monograph* on Malathion, in the present volume.

**Table 1.3 Concentration of glyphosate and AMPA in water**

| Country, year of sampling | Number of samples/setting | Results | Comments/additional data | Reference |
|---|---|---|---|---|
| USA, 2002 | 51 streams/agricultural areas (154 samples) | Maximum glyphosate concentration, 5.1 μg/L<br>Maximum AMPA concentration, 3.67 μg/L | The samples were taken following pre- and post-emergence application and during harvest season<br>Glyphosate detected in 36% of samples; AMPA detected in 69% of samples | Battaglin *et al.*, (2005) |
| USA, 2002 | 10 wastewater treatment plants and two reference streams (40 samples) | Glyphosate, range ≤ 0.1–2 μg/L<br>AMPA, range ≤ 0.1–4 μg/L | AMPA was detected more frequently (67.5%) than glyphosate (17.5%) | Kolpin *et al.* (2006) |
| Canada, 2002 | 3 wetlands and 10 agricultural streams (74 samples) | Range, < 0.02–6.08 μg/L | Glyphosate was detected in most of the wetlands and streams (22% of samples) | Humphries *et al.* (2005) |
| Colombia, year NR | 5 areas near crops and coca eradication (24 samples) | Maximum concentration, 30.1 μg/L (minimum and mean, NR) | Glyphosate detected in 8% of samples (MDL, 25 μg/L) | Solomon *et al.*, (2007) |
| Denmark, 2010–2012 | 4 agricultural sites (450 samples) | Range, < 0.1–31.0 μg/L | Glyphosate detected in 23% of samples; AMPA detected in 25% of samples | Brüch *et al.* (2013) |

AMPA, aminomethylphosphonic acid; MDL, method detection limit; NR, data not reported

## Table 1.4 Concentrations of glyphosate in food

| Country, year | Type of food | Results | Comments/additional data | Reference |
|---|---|---|---|---|
| Denmark, 1998, 1999 | Cereals | > 50% of samples had detectable residues<br>Means: 0.08 mg/kg in 1999 and 0.11 mg/kg in 1998 | 49 samples of the 1998 harvest<br>46 samples of the 1999 harvest | Granby & Vahl (2001) |
| 27 European Union member states, Norway and Iceland, 2007 | 350 different food commodities | 0.04% of 2302 fruit, vegetable and cereal samples<br>9.5% of 409 cereal samples | 74 305 total samples | EFSA (2009) |
| Australia, 2006 | Composite sample of foods consumed in 24 hours | 75% of samples had detectable residues<br>Mean, 0.08 mg/kg<br>Range, < 0.005 to 0.5 mg/kg | 20 total samples from 43 pregnant women | McQueen *et al.* (2012) |

## Table 1.5 Concentrations of glyphosate and AMPA in urine and serum in the general population

| Country, period | Subjects | Results | Comments/additional data | Reference |
|---|---|---|---|---|
| *Urine* | | | | |
| 18 European countries, 2013 | 162 individuals | Arithmetic mean of glyphosate concentration:<br>0.21 µg/L (maximum, 1.56 µg/L)<br>Arithmetic mean of AMPA concentration:<br>0.19 µg/L (maximum, 2.63 µg/L) | 44% of samples had quantifiable levels of glyphosate and 36% had quantifiable levels of AMPA | MLHB (2013) |
| Colombia, 2005–2006 | 112 residents of areas sprayed for drug eradication | Arithmetic mean (range) of glyphosate concentration:<br>7.6 µg/L (ND–130 µg/L)<br>Arithmetic mean (range) of AMPA concentration:<br>1.6 µg/L (ND–56 µg/L) | 40% of samples had detectable levels of glyphosate and 4% had detectable levels of AMPA (LODs, 0.5 and 1.0 µg/L, respectively)<br>Urinary glyphosate was associated with use in agriculture | Varona *et al.* (2009) |
| *Serum* | | | | |
| Canada, NR | 30 pregnant women and 39 non-pregnant women | ND in serum of pregnant women or cord serum;<br>Arithmetic mean, 73.6 ng/L, (range, ND–93.6 ng/L) in non-pregnant women | No subject had worked or lived with a spouse working in contact with pesticides<br>LOD, 15 µg/L | Aris & Leblanc (2011) |

AMPA, aminomethylphosphonic acid; LOD, limit of detection; ND, not detected; NR, not reported

# 2. Cancer in Humans

## 2.0 General discussion of epidemiological studies

A general discussion of the epidemiological studies on agents considered in Volume 112 of the *IARC Monographs* is presented in Section 2.0 of the *Monograph* on Malathion.

## 2.1 Cohort studies

See Table 2.1

The Agricultural Health Study (AHS), a large prospective cohort study conducted in Iowa and North Carolina in the USA, is the only cohort study to date to have published findings on exposure to glyphosate and the risk of cancer at many different sites (Alavanja *et al.*, 1996; NIH, 2015) (see Section 2.0 of the *Monograph* on Malathion, in the present volume, for a detailed description of this study).

The enrolment questionnaire from the AHS sought information on the use of 50 pesticides (ever or never exposure), crops grown and livestock raised, personal protective equipment used, pesticide application methods used, other agricultural activities and exposures, nonfarm occup ational exposures, and several lifestyle, medical, and dietary variables. The duration (years) and frequency (days per year) of use was investigated for 22 of the 50 pesticides in the enrolment questionnaire. [Blair *et al.* (2011) assessed the possible impact of misclassification of occupational pesticide exposure on relative risks, demonstrating that nondifferential exposure misclassification biases relative risk estimates towards the null in the AHS and tends to decrease the study power.]

The first report of cancer incidence associated with pesticide use in the AHS cohort considered cancer of the prostate (Alavanja *et al.*, 2003). Risk estimates for exposure to glyphosate were not presented, but no significant exposure–response association with cancer of the prostate was found. In an updated analysis of the AHS (1993 to 2001), De Roos *et al.* (2005a) (see below) also found no association between exposure to glyphosate and cancer of the prostate (relative risk, RR, 1.1; 95% CI, 0.9–1.3) and no exposure–response trend (*P* value for trend = 0.69).

De Roos *et al.* (2005a) also evaluated associations between exposure to glyphosate and the incidence of cancer at several other sites. The prevalence of ever-use of glyphosate was 75.5% (> 97% of users were men). In this analysis, exposure to glyphosate was defined as: (a) ever personally mixed or applied products containing glyphosate; (b) cumulative lifetime days of use, or "cumulative exposure days" (years of use × days/year); and (c) intensity-weighted cumulative exposure days (years of use × days/year × estimated intensity level). Poisson regression was used to estimate exposure–response relations between exposure to glyphosate and incidence of all cancers combined, and incidence of 12 cancer types: lung, melanoma, multiple myeloma, and non-Hodgkin lymphoma (see Table 2.1) as well as oral cavity, colon, rectum, pancreas, kidney, bladder, prostate, and leukaemia (results not tabulated). Exposure to glyphosate was not associated with all cancers combined (RR, 1.0; 95% CI, 0.9–1.2; 2088 cases). For multiple myeloma, the relative risk was 1.1 (95% CI, 0.5–2.4; 32 cases) when adjusted for age, but was 2.6 (95% CI, 0.7–9.4) when adjusted for multiple confounders (age, smoking, other pesticides, alcohol consumption, family history of cancer, and education); in analyses by cumulative exposure-days and intensity-weighted exposure-days, the relative risks were around 2.0 in the highest tertiles. Furthermore, the association between multiple myeloma and exposure to glyphosate only appeared within the subgroup for which complete data were available on all the covariates; even without any adjustment, the risk of multiple myeloma associated with glyphosate use was increased by twofold among the smaller subgroup with available covariate data

**Table 2.1 Cohort studies of cancer and exposure to glyphosate**

| Reference, study location, enrolment period/follow-up, study-design | Population size, description, exposure assessment method | Organ site (ICD code) | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| De Roos *et al.* (2005a)<br>Iowa and North Carolina, USA<br>1993–2001 | 54 315 (after exclusions, from a total cohort of 57 311) licensed pesticide applicators<br>Exposure assessment method: questionnaire; semi-quantitative assessment from self-administered questionnaire | Lung | Ever use | NR | 0.9 (0.6–1.3) | Age, smoking, other pesticides, alcohol consumption, family history of cancer, education | AHS<br>Cancer sites investigated: lung, melanoma, multiple myeloma and NHL (results tabulated) as well as oral cavity, colon, rectum, pancreas, kidney, bladder, prostate and leukaemia (results not tabulated)<br>[Strengths: large cohort; specific assessment of glyphosate; semiquantitative exposure assessment. Limitations: risk estimates based on self-reported exposure; limited to licensed applicators; potential exposure to multiple pesticides] |
| | | | Cumulative exposure days: | | | | |
| | | | 1–20 | 40 | 1 (ref.) | | |
| | | | 21–56 | 26 | 0.9 (0.5–1.5) | | |
| | | | 57–2678 | 26 | 0.7 (0.4–1.2) | | |
| | | | Trend-test *P* value: 0.21 | | | | |
| | | Melanoma | Ever use | NR | 1.6 (0.8–3) | | |
| | | | 1–20 | 23 | 1 (ref.) | | |
| | | | 21–56 | 20 | 1.2 (0.7–2.3) | | |
| | | | 57–2678 | 14 | 0.9 (0.5–1.8) | | |
| | | | Trend-test *P* value: 0.77 | | | | |
| | | Multiple myeloma | Ever use | NR | 2.6 (0.7–9.4) | | |
| | | | 1–20 | 8 | 1 (ref.) | | |
| | | | 21–56 | 5 | 1.1 (0.4–3.5) | | |
| | | | Trend-test *P* value: 0.27 | | | | |
| | | NHL | Ever use | NR | 1.1 (0.7–1.9) | | |
| | | | 1–20 | 29 | 1 (ref.) | | |
| | | | 21–56 | 15 | 0.7 (0.4–1.4) | | |
| | | | 57–2678 | 17 | 0.9 (0.5–1.6) | | |
| | | | Trend-test *P* value: 0.73 | | | | |

**Table 2.1 (continued)**

| Reference, study location, enrolment period/follow-up, study-design | Population size, description, exposure assessment method | Organ site (ICD code) | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Flower *et al.* (2004)<br>Iowa and North Carolina, USA<br>Enrolment, 1993–1997; follow-up, 1975–1998 | 21 375; children (aged < 19 years) of licensed pesticide applicators in Iowa (*n* = 17 357) and North Carolina (*n* = 4018)<br>Exposure assessment method: questionnaire | Childhood cancer | Maternal use of glyphosate (ever) | 13 | 0.61 (0.32–1.16) | Child's age at enrolment | AHS<br>Glyphosate results relate to the Iowa participants only<br>[Strengths: Large cohort; specific assessment of glyphosate. Limitations: based on self-reported exposure; potential exposure to multiple pesticides; limited power for glyphosate exposure] |
| | | | Paternal use of glyphosate (prenatal) | 6 | 0.84 (0.35–2.34) | | |
| Engel *et al.* (2005)<br>Iowa and North Carolina, USA<br>Enrolment, 1993–1997 follow-up to 2000 | 30 454 wives of licensed pesticide applicators with no history of breast cancer at enrolment<br>Exposure assessment method: questionnaire | Breast | Direct exposure to glyphosate | 82 | 0.9 (0.7–1.1) | Age, race, state | AHS<br>[Strengths: large cohort; specific assessment of glyphosate. Limitations: based on self-reported exposure; limited to licensed applicators; potential exposure to multiple pesticides] |
| | | | Husband's use of glyphosate | 109 | 1.3 (0.8–1.9) | | |
| Lee *et al.* (2007)<br>Iowa and North Carolina, USA<br>Enrolment, 1993–1997; follow-up to 2002 | 56 813 licensed pesticide applicators<br>Exposure assessment method: questionnaire | Colorectum | Exposed to glyphosate | 225 | 1.2 (0.9–1.6) | Age, smoking, state, total days of any pesticide application | AHS<br>[Strengths: large cohort. Limitations: based on self-reported exposure, limited to licensed applicators, potential exposure to multiple pesticides] |
| | | Colon | Exposed to glyphosate | 151 | | | |
| | | Rectum | Exposed to glyphosate | 74 | | | |

**Table 2.1 (continued)**

| Reference, study location, enrolment period/follow-up, study-design | Population size, description, exposure assessment method | Organ site (ICD code) | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Andreotti *et al.* (2009)<br>Iowa and North Carolina, USA<br>Enrolment, 1993–1997; follow-up to 2004<br>Nested case–control study | Cases: 93 (response rate, NR); identified from population-based state-cancer registries. Incident cases diagnosed between enrolment and 31 December 2004 (> 9 years follow-up) included in the analysis. Participants with any type of prevalent cancer at enrolment were excluded. Vital status was obtained from the state death registries and the National Death Index. Participants who left North Carolina or Iowa were not subsequently followed for cancer occurrence. Controls: 82 503 (response rate, NR); cancer-free participants enrolled in the cohort<br>Exposure assessment method: questionnaire providing detailed pesticide use, demographic and lifestyle information. Ever-use of 24 pesticides and intensity-weighted lifetime days [(lifetime exposure days) × (exposure intensity score)] of 13 pesticides was assessed | Pancreas (C25.0–C25.9) | Ever exposure to glyphosate | 55 | 1.1 (0.6–1.7) | Age, smoking, diabetes | AHS<br>[Strengths: large cohort. Limitations: based on self-reported exposure; limited to licensed applicators; potential exposure to multiple pesticides] |
| | | | Low (< 185 days) | 29 | | | |
| | | | High (≥ 185 days) | 19 | | | |
| | | | Trend-test *P* value: 0.85 | | | | |

AHS, Agricultural Health Study; NHL, non-Hodgkin lymphoma; NR, not reported

(De Roos *et al.*, 2005b). [The study had limited power for the analysis of multiple myeloma; there were missing data on covariates when multiple adjustments were done, limiting the interpretation of the findings.] A re-analysis of these data conducted by Sorahan (2015) confirmed that the excess risk of multiple myeloma was present only in the subset with no missing information (of 22 cases in the restricted data set). In a subsequent cross-sectional analysis of 678 male participants from the same cohort, Landgren *et al.* (2009) did not find an association between exposure to glyphosate and risk of monoclonal gammopathy of undetermined significance (MGUS), a premalignant plasma disorder that often precedes multiple myeloma (odds ratio, OR, 0.5; 95% CI, 0.2–1.0; 27 exposed cases).

Flower *et al.* (2004) reported the results of the analyses of risk of childhood cancer associated with pesticide application by parents in the AHS. The analyses for glyphosate were conducted among 17 357 children of Iowa pesticide applicators from the AHS. Parents provided data via questionnaires (1993–1997) and the cancer follow-up (retrospectively and prospectively) was done through the state cancer registries. Fifty incident childhood cancers were identified (1975–1998; age, 0–19 years). For all the children of the pesticide applicators, risk was increased for all childhood cancers combined, for all lymphomas combined, and for Hodgkin lymphoma, compared with the general population. The odds ratio for use of glyphosate and risk of childhood cancer was 0.61 (95% CI, 0.32–1.16; 13 exposed cases) for maternal use and 0.84 (95% CI, 0.35–2.34; 6 exposed cases) for paternal use. [The Working Group noted that this analysis had limited power to study a rare disease such as childhood cancer.]

Engel *et al.* (2005) reported on incidence of cancer of the breast among farmers' wives in the AHS cohort, which included 30 454 women with no history of cancer of the breast before enrolment in 1993–1997. Information on pesticide use

and other factors was obtained at enrolment by self-administered questionnaire from the women and their husbands. A total of 309 incident cases of cancer of the breast were identified until 2000. There was no difference in incidence of cancer of the breast for women who reported ever applying pesticides compared with the general population. The relative risk for cancer of the breast among women who had personally used glyphosate was 0.9 (95% CI, 0.7–1.1; 82 cases) and 1.3 (95% CI, 0.8–1.9; 109 cases) among women who never used pesticides but whose husband had used glyphosate. [No information on duration of glyphosate use by the husband was presented.] Results for glyphosate were not further stratified by menopausal status.

Lee *et al.* (2007) investigated the relationship between exposure to agricultural pesticides and incidence of cancer of the colorectum in the AHS. A total of 56 813 pesticide applicators with no prior history of cancer of the colorectum were included in this analysis, and 305 incident cancers of the colorectum (colon, 212; rectum, 93) were diagnosed during the study period, 1993–2002. Most of the 50 pesticides studied were not associated with risk of cancer of the colorectum, and the relative risks with exposure to glyphosate were 1.2 (95% CI, 0.9–1.6), 1.0 (95% CI, 0.7–1.5), and 1.6 (95% CI, 0.9–2.9) for cancers of the colorectum, colon, and rectum, respectively.

Andreotti *et al.* (2009) examined associations between the use of pesticides and cancer of the pancreas using a case–control analysis nested in the AHS. This analysis included 93 incident cases of cancer of the pancreas (64 applicators, 29 spouses) and 82 503 cancer-free controls who completed the enrolment questionnaire. Ever-use of 24 pesticides and intensity-weighted lifetime days [(lifetime exposure days) × (exposure intensity score)] of 13 pesticides were assessed. Risk estimates were calculated controlling for age, smoking, and diabetes. The odds ratio for ever- versus never-exposure to glyphosate was

1.1 (95% CI, 0.6–1.7; 55 exposed cases), while the odds ratio for the highest category of level of intensity-weighted lifetime days was 1.2 (95% CI, 0.6–2.6; 19 exposed cases).

Dennis *et al.* (2010) reported that exposure to glyphosate was not associated with cutaneous melanoma within the AHS. [The authors did not report a risk estimate.]

## 2.2 Case–control studies on non-Hodgkin lymphoma, multiple myeloma, and leukaemia

### 2.2.1 Non-Hodgkin lymphoma

See Table 2.2

#### (a) Case–control studies in the midwest USA

Cantor *et al.* (1992) conducted a case–control study of incident non-Hodgkin lymphoma (NHL) among males in Iowa and Minnesota, USA (see the *Monograph* on Malathion, Section 2.0, for a detailed description of this study). A total of 622 white men and 1245 population-based controls were interviewed in person. The association with farming occupation and specific agricultural exposures were evaluated. When compared with non-farmers, the odds ratios for NHL were 1.2 (95% CI, 1.0–1.5) for men who had ever farmed, and 1.1 (95% CI, 0.7–1.9; 26 exposed cases; adjusted for vital status, age, state, cigarette smoking status, family history of lymphohaematopoietic cancer, high-risk occupations, and high-risk exposures) for ever handling glyphosate. [There was low power to assess the risk of NHL associated with exposure to glyphosate. There was no adjustment for other pesticides. These data were included in the pooled analysis by De Roos *et al.* (2003).]

Brown *et al.* (1993) reported the results of a study to evaluate the association between multiple myeloma and agricultural risk factors in the midwest USA (see the *Monograph* on Malathion, Section 2.0, for a detailed description of this study). A population-based case–control study of 173 white men with multiple myeloma and 650 controls was conducted in Iowa, USA, an area with a large farming population. A non-significantly elevated risk of multiple myeloma was seen among farmers compared with never-farmers. The odds ratio related to exposure to glyphosate was 1.7 (95% CI, 0.8–3.6; 11 exposed cases). [This study had limited power to assess the association between multiple myeloma and exposure to glyphosate. Multiple myeloma is now considered to be a subtype of NHL.]

De Roos *et al.* (2003) used pooled data from three case–control studies of NHL conducted in the 1980s in Nebraska (Zahm *et al.*, 1990), Kansas (Hoar *et al.*, 1986), and in Iowa and Minnesota (Cantor *et al.*, 1992) (see the *Monograph* on Malathion, Section 2.0, for a detailed description of these studies) to examine pesticide exposures in farming as risk factors for NHL in men. The study population included 870 cases and 2569 controls; 650 cases and 1933 controls were included for the analysis of 47 pesticides controlling for potential confounding by other pesticides. Both logistic regression and hierarchical regression (adjusted estimates were based on prior distributions for the pesticide effects, which provides more conservative estimates than logistic regression) were used in data analysis, and all models were essentially adjusted for age, study site, and other pesticides. Reported use of glyphosate as well as several individual pesticides was associated with increased incidence of NHL. Based on 36 cases exposed, the odds ratios for the association between exposure to glyphosate and NHL were 2.1 (95% CI, 1.1–4.0) in the logistic regression analyses and 1.6 (95% CI, 0.9–2.8) in the hierarchical regression analysis. [The numbers of cases and controls were lower than those in the pooled analysis by Waddell *et al.* (2001) because only subjects with no missing data on pesticides were included. The strengths of this study when compared with other studies are that it was large,

**Table 2.2 Case–control studies of leukaemia and lymphoma and exposure to glyphosate**

| Reference, location, enrolment period | Population size, description, exposure assessment method | Organ site (ICD code) | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| *USA* | | | | | | | |
| Brown *et al.* (1990) Iowa and Minnesota, USA 1981–1983 | Cases: 578 (340 living, 238 deceased) (response rate, 86%); cancer registry or hospital records<br>Controls: 1245 (820 living, 425 deceased) (response rate, 77–79%); random-digit dialling for those aged < 65 years and Medicare for those aged ≥ 65 years<br>Exposure assessment method: questionnaire | Leukaemia | Any glyphosate | 15 | 0.9 (0.5–1.6) | Age, vital status, state, tobacco use, family history lymphopoietic cancer, high-risk occupations, high risk exposures | [Strengths: large population based study in a farming area.<br>Limitations: not controlled for exposure to other pesticides. Limited power for glyphosate exposure] |
| Cantor *et al.* (1992) Iowa and Minnesota, USA 1980–1982 | Cases: 622 (response rate, 89.0%); Iowa health registry records and Minnesota hospital and pathology records<br>Controls: 1245 (response rate, 76–79%); population-based; no cancer of the lympho-haematopoietic system; frequency-matched to cases by age (5-year group), vital status, state. Random-digit dialling (aged < 65 years); Medicare records (aged ≥ 65 years); state death certificate files (deceased subjects)<br>Exposure assessment method: questionnaire; in-person interview | NHL | Ever handled glyphosate | 26 | 1.1 (0.7–1.9) | Age, vital status, state, smoking status, family history lymphopoietic cancer, high-risk occupations, high-risk exposures | Data subsequentially pooled in De Roos *et al.* (2003); white men only<br>[Strengths: large population-based study in farming areas.<br>Limitations: not controlled for exposure to other pesticides. Limited power for glyphosate exposure] |

**Table 2.2 (continued)**

| Reference, location, enrolment period | Population size, description, exposure assessment method | Organ site (ICD code) | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Brown *et al.* (1993)<br>Iowa, USA<br>1981–1984 | Cases: 173 (response rate, 84%); Iowa health registry<br>Controls: 650 (response rate, 78%); Random-digit dialling (aged < 65 years) and Medicare (aged > 65 years)<br>Exposure assessment method: questionnaire | Multiple myeloma | Any glyphosate | 11 | 1.7 (0.8–3.6) | Age, vital status | [Strengths: population-based study. Areas with high prevalence of farming. Limitations: limited power for glyphosate exposure] |
| De Roos *et al.* (2003)<br>Nebraska, Iowa, Minnesota, Kansas, USA<br>1979–1986 | Cases: 650 (response rate, 74.7%); cancer registries and hospital records<br>Controls: 1933 (response rate, 75.2%); random-digit dialling, Medicare, state mortality files<br>Exposure assessment method: questionnaire; interview (direct or next-of-kin) | NHL | Any glyphosate exposure | 36 | 2.1 (1.1–4) | Age, study area, other pesticides | Both logistic regression and hierarchical regression were used in data analysis, the latter providing more conservative estimates<br>[Strengths: increased power when compared with other studies, population-based, and conducted in farming areas. Advanced analytical methods to account for multiple exposures]<br>Included participants from Cantor *et al.* (1992), Zahm *et al.* (1990), Hoar *et al.* (1986), and Brown *et al.* (1990) |

**Table 2.2 (continued)**

| Reference, location, enrolment period | Population size, description, exposure assessment method | Organ site (ICD code) | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Lee *et al.* (2004a) Iowa, Minnesota and Nebraska, USA 1980–1986 | Cases: 872 (response rate, NR); diagnosed with NHL from 1980 to 1986 Controls: 2381 (response rate, NR); frequency-matched controls Exposure assessment method: questionnaire; information on use of pesticides and history of asthma was based on interviews | NHL | Exposed to glyphosate – non-asthmatics | 53 | 1.4 (0.98–2.1) | Age, vital status, state | 177 participants (45 NHL cases, 132 controls) reported having been told by their doctor that they had asthma |
| | | | Exposed to glyphosate – asthmatics | 6 | 1.2 (0.4–3.3) | | |
| *Canada* | | | | | | | |
| McDuffie *et al.* (2001) Canada 1991–1994 | Cases: 517 (response rate, 67.1%), from cancer registries and hospitals Controls: 1506 (response rate, 48%); random sample from health insurance and voting records Exposure assessment method: questionnaire, some administered by telephone, some by post | NHL | Exposed to glyphosate | 51 | 1.2 (0.83–1.74) | Age, province of residence | Cross-Canada study [Strengths: large population based study. Limitations: no quantitative exposure data. Exposure assessment by questionnaire. Relatively low participation] |
| | | | Unexposed | 464 | 1 | | |
| | | | > 0 and ≤ 2 days | 28 | 1.0 (0.63–1.57) | | |
| | | | > 2 days | 23 | 2.12 (1.2–3.73) | | |

**Table 2.2 (continued)**

| Reference, location, enrolment period | Population size, description, exposure assessment method | Organ site (ICD code) | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Karunanayake *et al.* (2012) Six provinces in Canada (Quebec, Ontario, Manitoba, Saskatchewan, Alberta, and British Columbia) 1991–1994 | Incident cases: 316 (response rate, 68.4%); men aged ≥ 19 years; ascertained from provincial cancer registries, except in Quebec (hospital ascertainment) Controls: 1506 (response rate, 48%); matched by age ± 2 years to be comparable with the age distribution of the entire case group (HL, NHL, MM, and STS) within each province of residence. Potential controls (men aged ≥ 19 years) selected at random within age constraints from the provincial health insurance records (Alberta, Saskatchewan, Manitoba, Quebec), computerized telephone listings (Ontario), or voters' lists (British Columbia) Exposure assessment method: questionnaire; stage 1 used a self-administered postal questionnaire; and in stage 2 detailed pesticide exposure information was collected by telephone interview | HL (ICDO2 included nodular sclerosis (M9656/3; M9663/3; M9664/3; M9665/3; M9666/3; M9667/3), lymphocytic predominance (M9651/3; M9657/3; M9658/3; M9659/3), mixed cellularity (M9652/3), lymphocytic depletion (M9653/3; M9654/3), miscellaneous (other M9650-M9669 codes for HL) | Glyphosate-based formulation | 38 | 1.14 (0.74–1.76) | Age group, province of residence | Cross Canada study Based on the statistical analysis of pilot study data, it was decided that the most efficient definition of pesticide exposure was a cumulative exposure ≥ 10 hours/year to any combination of pesticides. This discriminated (a) between incidental, bystander, and environmental exposure vs more intensive exposure, and (b) between cases and controls [Strengths: large study. Limitations: low response rates] |
| | | | Glyphosate-based formulation | 38 | 0.99 (0.62–1.56) | Age group, province of residence, medical history | |

**Table 2.2 (continued)**

| Reference, location, enrolment period | Population size, description, exposure assessment method | Organ site (ICD code) | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Kachuri *et al.* (2013)<br>Six Canadian provinces (British Columbia, Alberta, Saskatchewan, Manitoba, Ontario and Quebec)<br>1991–1994 | Cases: 342 (response rate, 58%); men aged ≥ 19 years diagnosed between 1991 and 1994 were ascertained from provincial cancer registries except in Quebec, where ascertained from hospitals<br>Controls: 1357 (response rate, 48%); men aged ≥ 19 years selected randomly using provincial health insurance records, random digit dialling, or voters' lists, frequency-matched to cases by age (±2 years) and province of residence<br>Exposure assessment method: questionnaire | Multiple myeloma | Glyphosate use | 32 | 1.19 (0.76–1.87) | Age, province of residence, use of a proxy respondent, smoking status, medical variables, family history of cancer | Cross-Canada study [Strengths: population-based case–control study. Limitations: relatively low response rates] |
| | | | Use of glyphosate (> 0 and ≤ 2 days per year) | 15 | 0.72 (0.39–1.32) | | |
| | | | Use of glyphosate (> 2 days per year) | 12 | 2.04 (0.98–4.23) | | |
| *Sweden* | | | | | | | |
| Nordström *et al.* (1998)<br>Sweden<br>1987–1992 | Cases: 111 (response rate, 91%); 121 HCL cases in men identified from Swedish cancer registry<br>Controls: 400 (response rate, 83%); 484 (four controls/case) matched for age and county; national population registry<br>Exposure assessment method: questionnaire; considered exposed if minimum exposure of 1 working day (8 h) and an induction period of at least 1 year | HCL | Exposed to glyphosate | 4 | 3.1 (0.8–12) | Age | Overlaps with Hardell *et al.* (2002). HCL is a subtype of NHL [Strengths: population-based case–control study. Limitations: Limited power. There was no adjustment for other exposures] |

**Table 2.2 (continued)**

| Reference, location, enrolment period | Population size, description, exposure assessment method | Organ site (ICD code) | Exposure category or level | Exposed cases/deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Hardell & Eriksson (1999)<br>Northern and middle Sweden<br>1987–1990 | Cases: 404 (192 deceased) (response rate, 91%); regional cancer registries<br>Controls: 741 (response rate, 84%); live controls matched for age and county were recruited from the national population registry, and deceased cases matched for age and year of death were identified from the national registry for causes of death<br>Exposure assessment method: questionnaire | NHL (ICD-9 200 and 202) | Ever glyphosate – univariate | 4 | 2.3 (0.4–13) | Not specified in the multivariable analysis | Overlaps with Hardell *et al.* (2002)<br>[Strengths: population-based study.<br>Limitations: few subjects were exposed to glyphosate and the study had limited power. Analyses were “multivariate” but covariates were not specified] |
| | | | Ever glyphosate – multivariate | NR | 5.8 (0.6–54) | | |
| Hardell *et al.* (2002)<br>Sweden; four Northern counties and three counties in mid Sweden<br>1987–1992 | Cases: 515 (response rate, 91% in both studies); Swedish cancer registry<br>Controls: 1141 (response rates, 84% and 83%%); national population registry<br>Exposure assessment method: questionnaire | NHL and HCL | Ever glyphosate exposure (univariate) | 8 | 3.04 (1.08–8.5) | Age, county, study site, vital status, other pesticides in the multivariate analysis | Overlaps with Nordström *et al.* (1998) and Hardell & Eriksson (1999),<br>[Strengths: large population-based study. Limitations: limited power for glyphosate exposure] |
| | | | Ever glyphosate exposure (multivariate) | 8 | 1.85 (0.55–6.2) | | |

**Table 2.2 (continued)**

| Reference, location, enrolment period | Population size, description, exposure assessment method | Organ site (ICD code) | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Eriksson *et al.* (2008) Sweden. Four health service areas (Lund, Linkoping, Orebro and Umea) 1999–2002 | Cases: 910 (response rate, 91%); incident NHL cases were enrolled from university hospitals Controls: 1016 (response rate, 92%); national population registry Exposure assessment method: questionnaire | NHL | Any glyphosate | 29 | 2.02 (1.1–3.71) | Age, sex, year of enrolment | [Strengths: population-based case-control. Limitations: limited power for glyphosate] * Exposure to other pesticides (e.g. MPCA) controlled in the analysis |
| | | | Any glyphosate* | 29 | 1.51 (0.77–2.94) | | |
| | | | ≤ 10 days per year use | 12 | 1.69 (0.7–4.07) | | |
| | | | > 10 days per year use | 17 | 2.36 (1.04–5.37) | | |
| | | NHL | 1–10 yrs | NR | 1.11 (0.24–5.08) | | |
| | | | > 10 yrs | NR | 2.26 (1.16–4.4) | | |
| | | B-cell lymphoma | Exposure to glyphosate | NR | 1.87 (0.998–3.51) | | |
| | | Lymphocytic lymphoma/B-CLL | Exposure to glyphosate | NR | 3.35 (1.42–7.89) | | |
| | | Diffuse large B-cell lymphoma | Exposure to glyphosate | NR | 1.22 (0.44–3.35) | | |
| | | Follicular, grade I–III | Exposure to glyphosate | NR | 1.89 (0.62–5.79) | | |
| | | Other specified B-cell lymphoma | Exposure to glyphosate | NR | 1.63 (0.53–4.96) | | |
| | | Unspecified B-cell lymphoma | Exposure to glyphosate | NR | 1.47 (0.33–6.61) | | |
| | | T-cell lymphoma | Exposure to glyphosate | NR | 2.29 (0.51–10.4) | | |
| | | Unspecified NHL | Exposure to glyphosate | NR | 5.63 (1.44–22) | | |

**Table 2.2 (continued)**

| Reference, location, enrolment period | Population size, description, exposure assessment method | Organ site (ICD code) | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| *Other studies in Europe* | | | | | | | |
| Orsi *et al.* (2009) France 2000–2004 | Cases: 491 (response rate, 95.7%); cases (244 NHL; 87 HL; 104 LPSs; 56 MM) were recruited from main hospitals of the French cities of Brest, Caen, Nantes, Lille, Toulouse and Bordeaux, aged 20–75 years; ALL cases excluded<br>Controls: 456 (response rate, 91.2%); matched on age and sex, recruited in the same hospitals as the cases, mainly in orthopaedic and rheumatological departments and residing in the hospital's catchment area<br>Exposure assessment method: questionnaire | NHL | Any glyphosate exposure | 12 | 1.0 (0.5–2.2) | Age, centre, socioeconomic category (blue/ white collar) | [Limitations: limited power for glyphosate] |
| | | HL | Any exposure to glyphosate | 6 | 1.7 (0.6–5) | | |
| | | LPS | Any exposure to glyphosate | 4 | 0.6 (0.2–2.1) | | |
| | | MM | Any exposure to glyphosate | 5 | 2.4 (0.8–7.3) | | |
| | | All lymphoid neoplasms | Any exposure to glyphosate | 27 | 1.2 (0.6–2.1) | | |
| | | NHL, diffuse large cell lymphoma | Occupational use of glyphosate | 5 | 1.0 (0.3–2.7) | | |
| | | NHL, follicular lymphoma | Occupational exposure to glyphosate | 3 | 1.4 (0.4–5.2) | | |
| | | LPS/CLL | Occupational exposure to glyphosate | 2 | 0.4 (0.1–1.8) | | |
| | | LPS/HCL | Occupational exposure to glyphosate | 2 | 1.8 (0.3–9.3) | | |

**Table 2.2 (continued)**

| Reference, location, enrolment period | Population size, description, exposure assessment method | Organ site (ICD code) | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Cocco *et al.* (2013)<br>Czech Republic, France, Germany, Italy, Ireland and Spain<br>1998–2004 | Cases: 2348 (response rate, 88%); cases were all consecutive adult patients first diagnosed with lymphoma during the study period, resident in the referral area of the participating centres<br>Controls: 2462 (response rate, 81% hospital; 52% population); controls from Germany and Italy were randomly selected by sampling from the general population and matched to cases on sex, 5-year age-group, and residence area. The rest of the centres used matched hospital controls, excluding diagnoses of cancer, infectious diseases and immunodeficiency diseases<br>Exposure assessment method: questionnaire; support of a crop-exposure matrix to supplement the available information, industrial hygienists and occupational experts in each participating centre reviewed the general questionnaires and job modules to assess exposure to pesticides | B-cell lymphoma | Occupational exposure to glyphosate | 4 | 3.1 (0.6–17.1) | Age, sex, education, centre | EPILYMPH case-control study in six European countries |

ALL, acute lymphocytic leukaemia; B-CLL, chronic lymphocytic leukaemia; CLL, chronic lymphocytic leukaemia; HCL, hairy cell leukaemia; HL, Hodgkin lymphoma; LPS, lymphoproliferative syndrome; MCPA, 2-methyl-4-chlorophenoxyacetic acid; MM, multiple myeloma; NHL, non-Hodgkin lymphoma; NR, not reported; ref., reference; STS, soft tissue sarcoma

population-based, and conducted in farming areas. Potential confounding from multiple exposures was accounted for in the analysis.]

Using the data set of the pooled population-based case–control studies in Iowa, Minnesota, and Nebraska, USA, Lee *et al.* (2004a) investigated whether asthma acts as an effect modifier of the association between pesticide exposure and NHL. The study included 872 cases diagnosed with NHL from 1980 to 1986 and 2381 frequency-matched controls. Information on use of pesticides and history of asthma was based on interviews. A total of 177 subjects (45 cases, 132 controls) reported having been told by their doctor that they had asthma. Subjects with a history of asthma had a non-significantly lower risk of NHL than non-asthmatics, and there was no main effect of pesticide exposure. In general, asthmatics tended to have larger odds ratios associated with exposure to pesticides than non-asthmatics. There was no indication of effect modification: the odds ratio associated with glyphosate use was 1.4 (95% CI, 0.98–2.1; 53 exposed cases) among non-asthmatics and 1.2 (95% CI, 0.4–3.3; 6 exposed cases) for asthmatics, when compared with non-asthmatic non-exposed farmers). [This analysis overlapped with that of De Roos *et al.* (2003).]

### *(b) The cross-Canada case–control study*

McDuffie *et al.* (2001) studied the associations between exposure to specific pesticides and NHL in a multicentre population-based study with 517 cases and 1506 controls among men of six Canadian provinces (see the *Monograph* on Malathion, Section 2.0, for a detailed description of this study). Odds ratios of 1.26 (95% CI, 0.87–1.80; 51 exposed cases; adjusted for age and province) and 1.20 (95% CI, 0.83–1.74, adjusted for age, province, high-risk exposures) were observed for exposure to glyphosate. In an analysis by frequency of exposure to glyphosate, participants with > 2 days of exposure per year had an odds ratio of 2.12 (95% CI, 1.20–3.73, 23 exposed cases) compared with those with some, but ≤ 2 days of exposure. [The study was large, but had relatively low participation rates.]

Kachuri *et al.* (2013) investigated the association between lifetime use of pesticides and multiple myeloma in a population-based case–control study among men in six Canadian provinces between 1991 and 1994 (see the *Monograph* on Malathion, Section 2.0, for a detailed description of this study). Data from 342 cases of multiple myeloma and 1357 controls were obtained for ever-use of pesticides, number of pesticides used, and days per year of pesticide use. The odds ratios were adjusted for age, province of residence, type of respondent, smoking and medical history. The odds ratio for ever-use of glyphosate was 1.19 (95% CI, 0.76–1.87; 32 cases). When the analysis was conducted by level of exposure, no association was found for light users (≤ 2 days per year) of glyphosate (OR, 0.72; 95% CI, 0.39–1.32; 15 exposed cases) while the odds ratio in heavier users (> 2 days per year) was 2.04 (95% CI, 0.98–4.23; 12 exposed cases). [The study had relatively low response rates. Multiple myeloma is now considered a subtype of NHL.]

### *(c) Case–control studies in Sweden*

Nordström *et al.* (1998) conducted a population case–control study in Sweden on hairy cell leukaemia (considered to be a subgroup of NHL). The study included 121 cases in men and 484 controls matched for age and sex. An age-adjusted odds ratio of 3.1 (95% CI, 0.8–12; 4 exposed cases) was observed for exposure to glyphosate. [This study had limited power to detect an effect, and there was no adjustment for other exposures.]

Hardell & Eriksson (1999) reported the results of a population-based case–control study on the incidence of NHL in men associated with pesticide exposure in four northern counties in Sweden. Exposure data was collected by questionnaire (also supplemented by telephone interviews) from 404 cases (192 deceased) and 741

controls (matched by age, sex, county, and vital status). Increased risks of NHL were found for subjects exposed to herbicides and fungicides. The odds ratio for ever-use of glyphosate was 2.3 (95% CI, 0.4–13; 4 exposed cases) in a univariate analysis, and 5.8 (95% CI, 0.6–54) in a multivariable analysis. [The exposure frequency was low for glyphosate, and the study had limited power to detect an effect. The variables included in the multivariate analysis were not specified. This study may have overlapped partially with those of Hardell *et al.* (2002).]

Hardell *et al.* (2002) conducted a pooled analysis of two case–control studies, one on NHL (already reported in Hardell & Eriksson, 1999) and another on hairy cell leukaemia, a subtype of NHL (already reported by Nordström *et al.*, 1998). The pooled analysis of NHL and hairy cell leukaemia was based on 515 cases and 1141 controls. Increased risk was found for exposure to glyphosate (OR, 3.04; 95% CI, 1.08–8.52; 8 exposed cases) in the univariate analysis, but the odds ratio decreased to 1.85 (95% CI, 0.55–6.20) when study, study area, and vital status were considered in a multivariate analysis. [The exposure frequency was low for glyphosate and the study had limited power. This study partially overlapped with those of Hardell & Eriksson (1999) and Nordström *et al.* (1998).]

Eriksson *et al.* (2008) reported the results of a population based case–control study of exposure to pesticides as a risk factor for NHL. Men and women aged 18–74 years living in Sweden were included from 1 December 1999 to 30 April 2002. Incident cases of NHL were enrolled from university hospitals in Lund, Linköping, Örebro, and Umeå. Controls (matched by age and sex) were selected from the national population registry. Exposure to different agents was assessed by questionnaire. In total, 910 (91%) cases and 1016 (92%) controls participated. Multivariable models included agents with statistically significant increased odds ratios (MCPA, 2-methyl-4-chlorophenoxyacetic acid), or with an odds ratio of > 1.50 and at least 10 exposed subjects (2,4,5-T and/or 2,4-D; mercurial seed dressing, arsenic, creosote, tar), age, sex, year of diagnosis or enrolment. The odds ratio for exposure to glyphosate was 2.02 (95% CI, 1.10–3.71) in a univariate analysis, and 1.51 (95% CI, 0.77–2.94) in a multivariable analysis. When exposure for more than 10 days per year was considered, the odds ratio was 2.36 (95% CI, 1.04–5.37). With a latency period of > 10 years, the odds ratio was 2.26 (95% CI, 1.16–4.40). The associations with exposure to glyphosate were reported also for lymphoma subtypes, and elevated odds ratios were reported for most of the cancer forms, including B-cell lymphoma (OR, 1.87; 95% CI, 0.998–3.51) and the subcategory of small lymphocytic lymphoma/chronic lymphocytic leukaemia (OR, 3.35; 95% CI, 1.42–7.89; [not adjusted for other pesticides]). [This was a large study; there was possible confounding from use of other pesticides including MCPA, but this was considered in the analysis.]

#### *(d) Other case–control studies in Europe*

Orsi *et al.* (2009) reported the results of a hospital-based case–control study conducted in six centres in France between 2000 and 2004. Incident cases with a diagnosis of lymphoid neoplasm aged 20–75 years and controls of the same age and sex as the cases were recruited in the same hospital, mainly in the orthopaedic and rheumatological departments during the same period. [The Working Group noted that the age of case eligibility was given in the publication as 20–75 years in the materials and methods section, but as 18–75 years in the abstract.] Exposures to pesticides were evaluated through specific interviews and case-by-case expert reviews. The analyses included 491 cases (244 cases of NHL, 87 cases of Hodgkin lymphoma), 104 of lymphoproliferative syndrome, and 56 cases of multiple myeloma), and 456 age- and sex-matched controls. Positive associations between some subtypes and occupational exposure to several pesticides

were noted. The odds ratios associated with any exposure to glyphosate were 1.2 (95% CI, 0.6–2.1; 27 exposed cases) for all lymphoid neoplasms combined, 1.0 (95% CI, 0.5–2.2; 12 exposed cases) for NHL, 0.6 (95% CI, 0.2–2.1; 4 exposed cases) for lymphoproliferative syndrome, 2.4 (95% CI, 0.8–7.3) for multiple myeloma, and 1.7 (95% CI, 0.6–5.0; 6 exposed cases) for Hodgkin lymphoma, after adjusting for age, centre, and socioeconomic category ("blue/white collar").

Cocco *et al.* (2013) reported the results of a pooled analysis of case–control studies conducted in six European countries in 1998–2004 (EPILYMPH, Czech Republic, France, Germany, Ireland, Italy, and Spain) to investigate the role of occupational exposure to specific groups of chemicals in the etiology of lymphoma overall, B-cell lymphoma, and its most prevalent subtypes. A total of 2348 incident cases of lymphoma and 2462 controls were recruited. Controls from Germany and Italy were randomly selected by sampling from the general population, while the rest of the centres used matched hospital controls. Overall, the participation rate was 88% for cases, 81% for hospital controls, and 52% for population controls. An occupational history was collected with farm work-specific questions on type of crop, farm size, pests being treated, type and schedule of pesticide use. In each study centre, industrial hygienists and occupational experts assessed exposure to specific groups of pesticides and individual compounds with the aid of agronomists. [Therefore any exposure misclassification would be non-differential.] Analyses were conducted for lymphoma and the most prevalent lymphoma subtypes adjusting for age, sex, education, and centre. Lymphoma overall, and B-cell lymphoma were not associated with any class of the investigated pesticides, while the risk of chronic lymphocytic leukaemia was elevated among those ever exposed to inorganic and organic pesticides. Only for a few individual agrochemicals was there a sizeable number of study subjects to conduct a meaningful analysis, and the odds ratio for exposure to glyphosate and B-cell lymphoma was 3.1 (95% CI, 0.6–17.1; 4 exposed cases and 2 exposed controls). [The study had a very limited power to assess the effects of glyphosate on risk of NHL.]

### 2.2.2 Other haematopoietic cancers

Orsi *et al.* (2009) also reported results for Hodgkin lymphoma (see Section 2.2.1).

Karunanayake *et al.* (2012) conducted a case–control study of Hodgkin lymphoma among white men, aged 19 years or older, in six regions of Canada (see the Malathion *Monograph*, Section 2.0, for a detailed description of this study). The analysis included 316 cases and 1506 age-matched (± 2 years) controls. Based on 38 cases exposed to glyphosate, the odds ratios were 1.14 (95% CI, 0.74–1.76) adjusted for age and province, and 0.99 (95% CI, 0.62–1.56) when additionally adjusted for medical history variables.

Brown *et al.* (1990) evaluated exposure to carcinogens in an agricultural setting and the relationship with leukaemia in a population-based case–control interview study in Iowa and Minnesota, USA, including 578 white men with leukaemia and 1245 controls. The exposure assessment was done with a personal interview of the living subjects or the next-of-kin. Farmers had a higher risk of all leukaemias compared with non-farmers, and associations were found for exposure to specific animal insecticides, including the organophosphates crotoxyphos, dichlorvos, famphur, pyrethrins, and methoxychlor. The odds ratio for glyphosate was 0.9 (95% CI, 0.5–1.6; 15 exposed cases; adjusted for vital status, age, state, tobacco use, family history of lymphopoietic cancer, high-risk occupations, and high-risk exposures). [This was a large study in an agricultural setting, but had limited power for studying the effects of glyphosate use.]

## 2.3 Case–control studies on other cancer sites

### 2.3.1 Cancer of the oesophagus and stomach

Lee *et al.* (2004b) evaluated the risk of adenocarcinomas of the oesophagus and stomach associated with farming and agricultural pesticide use. The population-based case–control study was conducted in eastern Nebraska, USA. Subjects of both sexes diagnosed with adenocarcinoma of the stomach ($n$ = 170) or oesophagus ($n$ = 137) between 1988 and 1993 were enrolled. Controls ($n$ = 502) were randomly selected from the population registry of the same geographical area. The response rates were 79% for cancer of the stomach, 88% for cancer of the oesophagus, and 83% for controls. Adjusted odds ratios were estimated for use of individual and chemical classes of insecticides and herbicides, with non-farmers as the reference category. No association was found with farming or ever-use of insecticides or herbicides, or with individual pesticides. For ever-use of glyphosate, the odds ratio was 0.8 (95% CI, 0.4–1.4; 12 exposed cases) for cancer of the stomach, and 0.7 (95% CI, 0.3–1.4; 12 exposed cases) for oesophageal cancer. [The study was conducted in a farming area, but the power to detect an effect of glyphosate use was limited.]

### 2.3.2 Cancer of the brain

Ruder *et al.* (2004) conducted a case–control study on glioma among nonmetropolitan residents of Iowa, Michigan, Minnesota, and Wisconsin in the Upper Midwest Health Study, USA. The study included 457 cases of glioma and 648 population-based controls, all adult men. Exposure assessment was done with interviews of the subject or the relatives. The response rates were 93% and 70% for cases and controls, respectively. No association were found with any of the pesticides assessed, including glyphosate. [Glyphosate use was assessed, but specific results were not presented.]

Carreón *et al.* (2005) evaluated the effects of rural exposures to pesticides on risk of glioma among women aged 18–80 years who were nonmetropolitan residents of Iowa, Michigan, Minnesota, and Wisconsin in the Upper Midwest Health Study, USA. A total of 341 cases of glioma and 528 controls were enrolled. A personal interview was carried out for exposure assessment. The response rates were 90% and 72%, respectively. After adjusting for age, age group, education, and farm residence, no association with glioma was observed for exposure to several pesticide classes or individual pesticides. There was a reduced risk for glyphosate (OR, 0.7; 95% CI, 0.4–1.3; 18 exposed cases). These results were not affected by the exclusion of proxy respondents (43% of cases, 2% of controls).

Lee *et al.* (2005) evaluated the association between farming and agricultural pesticide use and risk of adult glioma in a population-based case–control study in eastern Nebraska, USA. Cases of glioma were in men and women ($n$ = 251) and were compared with population controls from a previous study ($n$ = 498). A telephone interview was conducted for 89% of the cases and 83% of the controls. Adjusted odds ratios for farming and for use of individual and chemical classes of insecticides and herbicides were calculated using non-farmers as the reference category. Among men, ever living or working on a farm and duration of farming were associated with significantly increased risks of glioma, but the positive findings were limited to proxy respondents. Among women, there were no positive associations with farming activities among self or proxy respondents. Some specific pesticide families and individual pesticides were associated with significantly increased risks among male farmers, but most of the positive associations were limited to proxy respondents. There was a non-significant excess risk with glyphosate use for the overall group (OR, 1.5; 95% CI, 0.7–3.1; 17 exposed cases), but there was inconsistency between observations for self-respondents (OR,

0.4; 95% CI, 0.1–1.6) and observations for proxy respondents (OR, 3.1; 95% CI, 1.2–8.2). [The study had limited power to detect an effect of glyphosate use, and the inconsistencies for self and proxy respondents made the results difficult to interpret.]

#### *2.3.3 Soft tissue sarcoma*

Pahwa *et al.* (2011) reported the results of the soft tissue sarcoma component of the cross-Canada study in relation to specific pesticides, including 357 cases of soft tissue sarcoma and 1506 population controls from 1991–1994. The fully adjusted odds ratio for glyphosate use was 0.90 (95% CI, 0.58–1.40).

#### *2.3.4 Cancer of the prostate*

Band *et al.* (2011) report results of a case–control study including 1516 patients with cancer of the prostate (ascertained by the cancer registry of British Columbia, Canada, for 1983–90) and 4994 age-matched controls with cancers at all other cancer sites excluding lung and unknown primary site. Agricultural exposures were assessed by job-exposure matrix. A total of 60 cases were exposed to glyphosate (adjusted OR, 1.36; 95% CI, 0.83–2.25).

#### *2.3.5 Childhood cancer*

Parental exposure to pesticides, including glyphosate, was assessed in a population-based case–control study of childhood leukaemia in Costa Rica (Monge *et al.*, 2007). However, associations of childhood cancer with glyphosate were reported only for an "other pesticides" category that also included paraquat, chlorothalonil, and other chemicals. [Because glyphosate was not specifically assessed, this study was not evaluated by the Working Group.]

### 2.4. Meta-analyses

Schinasi & Leon (2014) conducted a systematic review and meta-analysis of NHL and occupational exposure to agricultural pesticides, including glyphosate. The meta-analysis for glyphosate included six studies (McDuffie *et al.*, 2001; Hardell *et al.*, 2002; De Roos *et al.*, 2003; 2005a; Eriksson *et al.*, 2008; Orsi *et al.*, 2009) and yielded a meta risk-ratio of 1.5 (95% CI, 1.1–2.0). [The Working Group noted that the most fully adjusted risk estimates from the articles by Hardell *et al.* (2002) and Eriksson *et al.* (2008) were not used in this analysis. After considering the adjusted estimates of the two Swedish studies in the meta-analysis, the Working Group estimated a meta risk-ratio of 1.3 (95% CI, 1.03–1.65), $I^2$ = 0%, *P* for heterogeneity 0.589.]

## 3. Cancer in Experimental Animals

### 3.1 Mouse

See Table 3.1

#### *3.1.1 Dietary administration*

Groups of 50 male and 50 female CD-1 mice [age not reported] were given diets containing glyphosate (purity, 99.7%) at a concentration of 0, 1000, 5000, or 30 000 ppm, ad libitum, for 24 months. There was no treatment-related effect on body weight in male and female mice at the lowest or intermediate dose. There was a consistent decrease in body weight in the male and female mice at the highest dose compared with controls. Survival in all dose groups was similar to that of controls. There was a positive trend (*P* = 0.016, trend test; see EPA, 1985b) in the incidence of renal tubule adenoma in dosed male mice: 0/49, 0/49, 1/50 (2%), 3/50 (6%). [The Working Group noted that renal tubule adenoma is a rare tumour in CD-1 mice.] No data on tumours of the kidney

**Table 3.1 Studies of carcinogenicity with glyphosate in mice**

| Species, strain (sex)<br>Duration<br>Reference | Dosing regimen,<br>Animals/group at start | For each target organ: incidence (%) and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, CD-1 (M, F)<br>24 mo<br>EPA (1985a, b, 1986, 1991a) | Diet containing glyphosate (technical grade; purity, 99.7%) at concentrations of 0, 1000, 5000, or 30 000 ppm, ad libitum, for 24 mo<br>50 M and 50 F/group [age, NR] | *Males*<br>Renal tubule adenoma: 0/49, 0/49, 1/50 (2%), 3/50 (6%)<br>*Females*<br>No data provided on the kidney | $P$ for trend = 0.016; see Comments | No information was provided on renal tubule adenomas in female mice, or on statistical analyses of tumour data<br>EPA recommended that additional renal sections be cut and evaluated from all control and treated male mice. The pathology report for these additional sections (EPA, 1985b) showed the same incidence of renal tubule adenomas as originally reported, with no significant difference in incidence when comparing control and treated groups; however, the test for linear trend in proportions resulted in $P = 0.016$<br>EPA (1986) convened a PWG and requested additional pathological and statistical information on kidney tumours observed in male mice treated with glyphosate |
| | | Report from the PWG of the EPA (1986):<br>*Males* | | |
| | | Renal tubule adenoma: 1/49 (2%), 0/49, 0/50, 1/50 (2%) | [NS] | |
| | | Renal tubule carcinoma: 0/49, 0/49, 1/50 (2%), 2/50 (4%) | [$P = 0.037$; Cochran–Armitage trend test] | |
| | | Renal tubule adenoma or carcinoma (combined): 1/49 (2%), 0/49, 1/50 (2%), 3/50 (6%) | [$P = 0.034$; Cochran–Armitage trend test] | |
| Mouse, CD-1 (M, F)<br>104 wk<br>JMPR (2006) | Diet containing glyphosate (purity, 98.6%) at doses of 0, 100, 300, 1000 mg/kg bw, ad libitum, for 104 wk<br>50 M and 50 F/group [age, NR] | *Males*<br>Haemangiosarcoma: 0/50, 0/50, 0/50, 4/50 (8%) | [$P < 0.001$; Cochran–Armitage trend test] | |
| | | Histiocytic sarcoma in the lymphoreticular/haemopoietic tissue: 0/50, 2/50 (4%), 0/50, 2/50 (4%) | NS | |
| | | *Females*<br>Haemangiosarcoma: 0/50, 2/50 (4%), 0/50, 1/50 (2%) | NS | |
| | | Histiocytic sarcoma in the lymphoreticular/haemopoietic tissue: 0/50, 3/50 (6%), 3/50 (6%), 1/50 (2%) | NS | |

**Table 3.1 (continued)**

| Species, strain (sex)<br>Duration<br>Reference | Dosing regimen,<br>Animals/group at start | For each target organ: incidence (%) and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, Swiss (M)<br>32 wk<br>George *et al.* (2010) | Initiation–promotion study<br>Skin application of glyphosate-based formulation (glyphosate, 41%; POEA, ~15%) (referred to as "glyphosate") dissolved in 50% ethanol; DMBA dissolved in 50% ethanol, and TPA dissolved in 50% acetone, used in the groups described below<br>20 M/group | Skin tumours [called "papillomas" by the authors, following gross examination only] | | Short duration of treatment, no solvent controls, and lack of any histopathological evaluation<br>Age at start, NR (mice weighed 12–15 g bw)<br>[The Working Group concluded this was an inadequate study for the evaluation of glyphosate] |
| | Group I: untreated control (no treatment) | Group I: 0/20 | | |
| | Group II: glyphosate only: 25 mg/kg bw topically, 3 × /wk, for 32 wk | Group II: 0/20 | | |
| | Group III: single topical application of DMBA, 52 µg/mouse, followed 1 wk later by TPA, 5 µg/mouse, 3 × /wk, for 32 wk | Group III: 20/20*, 7.8 ± 1.1 | *$P < 0.05$ vs groups VI and VII | |
| | Group IV: single topical application of glyphosate, 25 mg/kg bw, followed 1 wk later by TPA, 5 µg/mouse, 3 × /wk, for 32 wk | Group I: 0/20 | | |
| | Group V: 3 × /wk topical application of glyphosate, 25 mg/kg bw, for 3 wk, followed 1 wk later by TPA, 5 µg/mouse, 3 × /wk, for 32 wk | Group V: 0/20 | | |
| | Group VI: single topical application of DMBA, 52 µg/mouse | Group VI: 0/20 | | |
| | Group VII: topical application of TPA, 5 µg/mouse, 3 × /wk, for 32 wk | Group VII: 0/20 | | |
| | Group VIII: single topical application of DMBA, 52 µg/mouse, followed 1 wk later by topical treatment with glyphosate, 25 mg/kg bw, 3 × /wk, for 32 wk | Group VIII: 8/20*, 2.8 ± 0.9 | *$P < 0.05$ vs group VI | |

bw, body weight; DMBA, 7,12-dimethylbenz[*a*]anthracene; EPA, United States Environmental Protection Agency; F, female; M, male; mo, month; NR, not reported; NS, not significant; POEA, polyethoxylated tallowamine; PWG, pathology working group; TPA, 12-*O*-tetradecanoyl-phorbol-13-acetate; vs, versus; wk, week; yr, year

were provided for female mice. No other tumour sites were identified (EPA, 1985a). Subsequent to its initial report (EPA, 1985a), the United States Environmental Protection Agency (EPA) recommended that additional renal sections be cut and evaluated from all male mice in the control and treated groups. The pathology report for these additional sections (EPA, 1985b) indicated the same incidence of renal tubule adenoma as originally reported, with no significant increase in incidence between the control group and treated groups by pairwise comparison. However, as already reported above, the test for linear trend in proportions resulted in a significance of $P = 0.016$. The EPA (1986) also requested that a pathology working group (PWG) be convened to evaluate the tumours of the kidney observed in male mice treated with glyphosate, including the additional renal sections. In this second evaluation, the PWG reported that the incidence of adenoma of the renal tubule was 1/49 (2%), 0/49, 0/50, 1/50 (2%) [not statistically significant]; the incidence of carcinoma of the renal tubule was 0/49, 0/49, 1/50 (2%), 2/50 (4%) [$P = 0.037$, trend test for carcinoma]; and the incidence of adenoma or carcinoma (combined) of the renal tubule was 1/49 (2%), 0/49, 1/50 (2%), 3/50 (6%) [$P = 0.034$, trend test for combined]. [The Working Group considered that this second evaluation indicated a significant increase in the incidence of rare tumours, with a dose-related trend, which could be attributed to glyphosate. Chandra & Frith (1994) reported that only 1 out of 725 [0.14%] CD-1 male mice in their historical database had developed renal cell tumours (one carcinoma).]

[The Working Group noted the differences in histopathological diagnosis between pathologists. Proliferative lesions of the renal tubules are typically categorized according to published criteria as hyperplasia, adenoma, or carcinoma. The difference is not trivial, because focal hyperplasia, a potentially preneoplastic lesion, should be carefully differentiated from the regenerative changes of the tubular epithelium. There is a

morphological continuum in the development and progression of renal neoplasia. Thus larger masses may exhibit greater heterogeneity in histological growth pattern, and cytologically more pleomorphism and atypia than smaller lesions (Eustis *et al.*, 1994). Of note, a renal tumour confirmed by the PWG after re-evaluation of the original slides (EPA, 1986), had not been seen in the re-sectioned kidney slides (EPA, 1985b). This may be related to the growth of tumour that – in contrast to tumours in other organs – is not spherical but elliptical because of the potential expansion in tubules. In addition, the concept of tubular expansion without compression of adjacent parenchyma may be at the basis of the discrepancy between the first (EPA, 1985a, b) and second evaluation (EPA, 1986).]

In another study reported to the Joint FAO/WHO Meeting on Pesticide Residues (JMPR), groups of 50 male and 50 female CD-1 mice [age at start not reported] were given diets containing glyphosate (purity, 98.6%) at a concentration that was adjusted weekly for the first 13 weeks and every 4 weeks thereafter to give doses of 0, 100, 300, or 1000 mg/kg bw, ad libitum, for 104 weeks (JMPR, 2006). There was no treatment-related effect on body weight or survival in any of the dosed groups. There was an increase in the incidence of haemangiosarcoma in males – 0/50, 0/50, 0/50, 4/50 (8%) [$P < 0.001$, Cochran–Armitage trend test], and in females – 0/50, 2/50 (4%), 0/50, 1/50 (2%) [not statistically significant], and an increase in the incidence of histiocytic sarcoma in the lymphoreticular/haemopoietic tissue in males – 0/50, 2/50 (4%), 0/50, 2/50 (4%), and in females – 0/50, 3/50 (6%), 3/50 (6%), 1/50 (2%) [not statistically significant for males or females]. [The Working Group considered that this study was adequately reported.]

### *3.1.2 Initiation–promotion*

Groups of 20 male Swiss mice [age at start not reported; body weight, 12–15 g] were given a glyphosate-based formulation (glyphosate, 41%; polyethoxylated tallowamine, ~15%) (referred to as glyphosate in the article) that was dissolved in 50% ethanol and applied onto the shaved back skin (George *et al.*, 2010). Treatment groups were identified as follows:

- Group I – untreated control;
- Group II – glyphosate only (25 mg/kg bw), applied topically three times per week for 32 weeks;
- Group III – single topical application of dimethylbenz[*a*]anthracene (DMBA; in ethanol; 52 µg/mouse), followed 1 week later by 12-*O*-tetradecanoylphorbol-13-acetate (TPA; in acetone; 5 µg/mouse), applied topically three times per week for 32 weeks;
- Group IV – single topical application of glyphosate (25 mg/kg bw) followed 1 week later by TPA (in acetone; 5 µg/mouse), applied topically three times per week for 32 weeks;
- Group V – glyphosate (25 mg/kg bw) applied topically three times per week for 3 weeks (total of nine applications), followed 1 week later by TPA (in acetone; 5 µg/mouse), applied topically three times per week for 32 weeks;
- Group VI – single topical application of DMBA (in ethanol; 52 µg/mouse);
- Group VII –TPA (in acetone; 5 µg/mouse), applied topically three times per week for 32 weeks; and
- Group VIII –single topical application of DMBA (in ethanol; 52 µg/mouse), followed 1 week later by glyphosate (25 mg/kg bw), applied topically three times per week for 32 weeks.

All mice were killed at 32 weeks. Skin tumours were observed only in group III (positive control, DMBA + TPA, 20/20) and group VIII (DMBA + glyphosate, 8/20; $P < 0.05$ versus group VI [DMBA only, 0/20]). No microscopic examination was conducted and tumours were observed "as a minute wart like growth [that the authors called squamous cell papillomas], which progressed during the course of experiment." [The glyphosate formulation tested appeared to be a tumour promoter in this study. The design of the study was poor, with short duration of treatment, no solvent controls, small number of animals, and lack of histopathological examination. The Working Group concluded that this was an inadequate study for the evaluation of glyphosate.]

### *3.1.3 Review articles*

Greim *et al.* (2015) have published a review article containing information on five long-term bioassay feeding studies in mice. Of these studies, one had been submitted for review to the EPA (EPA, 1985a, b, 1986, 1991a), and one to the JMPR (JMPR, 2006); these studies are discussed in Section 3.1.1. The review article reported on an additional three long-term bioassay studies in mice that had not been previously available in the open literature, but had been submitted to various organizations for registration purposes. The review article provided a brief summary of each study and referred to an online data supplement containing the original data on tumour incidence from study reports. The three additional long-term bioassay studies in mice are summarized below. [The Working Group was unable to evaluate these studies, which are not included in Table 3.1 and Section 5.3, because the information provided in the review article and its supplement was insufficient (e.g. information was lacking on statistical methods, choice of doses, body-weight gain, survival data, details of histopathological examination, and/or stability of dosed feed mixture).]

In the first study (identified as Study 12, 1997a), groups of 50 male and 50 female CD-1

mice [age at start not reported] were given diets containing glyphosate (purity, 94–96%) at a concentration of 0, 1600, 8000, or 40 000 ppm for 18 months. The increase in the incidence of bronchiolo-alveolar adenoma and carcinoma, and of lymphoma, was reported to be not statistically significant in males and females receiving glyphosate. [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information.]

In the second study (identified as Study 13, 2001), groups of 50 male and 50 female Swiss albino mice [age at start not reported] were given diets containing glyphosate (purity, > 95%) at a concentration of 0 (control), 100, 1000, or 10 000 ppm for 18 months. The authors reported a statistically significant increase in the incidence of malignant lymphoma (not otherwise specified, NOS) in males at the highest dose: 10/50 (20%), 15/50 (30%), 16/50 (32%), 19/50 (38%; $P < 0.05$; pairwise test); and in females at the highest dose: 18/50 (36%), 20/50 (40%), 19/50 (38%), 25/50 (50%; $P < 0.05$; pairwise test). [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information.]

In the third study (identified as Study 14, 2009a), groups of 51 male and 51 female CD-1 mice [age at start not reported] were given diets containing glyphosate (purity, 94.6–97.6%) at a concentration of 0, 500, 1500, or 5000 ppm for 18 months. Incidences for bronchiolo-alveolar adenoma and carcinoma, malignant lymphoma (NOS), and hepatocellular adenoma and carcinoma in males, and for bronchiolo-alveolar adenoma and carcinoma, malignant lymphoma (NOS) and pituitary adenoma in females, were included in the article. In males, the authors reported that there was a significant positive trend [statistical test not specified] in the incidence of bronchiolo-alveolar carcinoma (5/51, 5/51, 7/51, 11/51) and of malignant lymphoma (0/51, 1/51, 2/51, 5/51). [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information.]

## 3.2 Rat

See Table 3.2

### *3.2.1 Drinking-water*

Groups of 10 male and 10 female Sprague-Dawley rats (age, 5 weeks) were given drinking-water containing a glyphosate-based formulation at a dose of 0 (control), $1.1 \times 10^{-8}$% ($5.0 \times 10^{-5}$ mg/L), 0.09% (400 mg/L) or 0.5% ($2.25 \times 10^{3}$ mg/L), ad libitum, for 24 months (Séralini *et al.*, 2014). [The study reported is a life-long toxicology study on a glyphosate-based formulation and on genetically modified NK603 maize, which the authors stated was designed as a full study of long-term toxicity and not a study of carcinogenicity. No information was provided on the identity or concentration of other chemicals contained in this formulation.] Survival was similar in treated and control rats. [No data on body weight were provided.] In female rats, there was an almost twofold increase in the incidence of tumours of the mammary gland (mainly fibroadenoma and adenocarcinoma) in animals exposed to the glyphosate-based formulation only versus control animals: control, 5/10 (50%); lowest dose, 9/10 (90%); intermediate dose, 10/10 (100%) [$P < 0.05$; Fisher exact test]; highest dose, 9/10 (90%). [The Working Group concluded that this study conducted on a glyphosate-based formulation was inadequate for evaluation because the number of animals per group was small, the histopathological description of tumours was poor, and incidences of tumours for individual animals were not provided.]

In another study with drinking-water, Chruscielska *et al.* (2000) gave groups of 55 male and 55 female Wistar rats (age, 6–7 weeks) drinking-water containing an ammonium salt

of glyphosate as a 13.85% solution [purity of glyphosate, not reported] that was used to make aqueous solutions of 0 (control), 300, 900, and 2700 mg/L, for 24 months [details on the dosing regimen were not reported]. The authors reported that survival and body-weight gain were similar in treated and control animals. No significant increase in tumour incidence was reported in any of the treated groups. [The Working Group noted the limited information provided on dosing regimen, histopathological examination method, and tumour incidences.]

### *3.2.2 Dietary administration*

The JMPR report included information on a 1-year feeding study in which groups of 24 male and 24 female Wistar-Alpk:APfSD rats [age at start not reported] were given diets containing glyphosate (purity, 95.6%) at a concentration of 0, 2000, 8000, or 20 000 ppm, ad libitum, for 1 year (JMPR, 2006). There was a treatment-related decrease in body-weight gain at the two highest doses (significant at 20 000 ppm for both sexes, and at 8000 ppm only in females). There was no treatment-related decrease in survival. No significant increase in tumour incidence was observed in any of the treated groups. [The Working Group noted the short duration of exposure.]

The JMPR report also included information on a 104-week feeding study in which groups of 50 male and 50 female Sprague-Dawley rats [age at start not reported] were given diets containing glyphosate (purity, 98.7–98.9%) at a concentration that was adjusted to provide doses of 0, 10, 100, 300, or 1000 mg/kg bw, ad libitum, for 104 weeks (JMPR, 2006). There was a treatment-related decrease in body-weight gain in males and females at the highest dose. There was no significant treatment-related decrease in survival or increase in tumour incidence in any of the treated groups.

Information was also included in the JMPR report on a 24-month feeding study in which groups of 52 male and 52 female Wistar-Alpk:APfSD rats [age at start not reported] were given diets containing glyphosate (purity, 97.6%) at a concentration of 0, 2000, 6000, or 20 000 ppm, ad libitum, for 24 months (JMPR, 2006). There was a treatment-related decrease in body-weight gain in males and females at the highest dose, and a corresponding significant increase in survival in males. No significant increase in tumour incidence was observed in any of the treated groups.

The EPA (1991a, b, c, d) provided information on a long-term study in which groups of 60 male and 60 female Sprague-Dawley rats (age, 8 weeks) were given diets containing glyphosate (technical grade; purity, 96.5%) at a concentration of 0 ppm, 2000 ppm, 8000 ppm, or 20 000 ppm, ad libitum, for 24 months. Ten animals per group were killed after 12 months. There was no compound-related effect on survival, and no statistically significant decreases in body-weight gain in male rats. In females at the highest dose, body-weight gain was significantly decreased, starting on day 51. In males at the lowest dose, there was a statistically significant increase in the incidence of pancreatic islet cell adenoma compared with controls: 8/57 (14%) versus 1/58 (2%), $P \leq 0.05$ (Fisher exact test). Additional analyses by the EPA (1991a) (using the Cochran–Armitage trend test and Fisher exact test, and excluding rats that died or were killed before week 55) revealed a statistically significant higher incidence of pancreatic islet cell adenoma in males at the lowest and highest doses compared with controls: lowest dose, 8/45 (18%; $P = 0.018$; pairwise test); intermediate dose, 5/49 (10%); highest dose, 7/48 (15%; $P = 0.042$; pairwise test) versus controls, 1/43 (2%). The range for historical controls for pancreatic islet cell adenoma reported in males at this laboratory was 1.8–8.5%. [The Working Group noted that there was no statistically significant positive trend in the incidence of these tumours, and no apparent progression to carcinoma.] There was also a statistically significant positive trend in the incidence of hepatocellular adenoma in

**Table 3.2 Studies of carcinogenicity with glyphosate in rats**

| Species, strain (sex)<br>Duration<br>Reference | Dosing regimen,<br>Animals/group at start | For each target organ: incidence (%) and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, Sprague-Dawley (M, F)<br>24 mo<br>Séralini *et al.* (2014) | Drinking-water containing a glyphosate-based formulation at a concentration of 0 (control), $1.1 \times 10^{-8}$% (glyphosate, $5.0 \times 10^{-5}$ mg/L), 0.09% (glyphosate, 400 mg/L) or 0.5% (glyphosate, $2.25 \times 10^{3}$ mg/L), ad libitum, for 24 mo<br>10 M and 10 F/group (age, 5 wk) | *Males*<br>No significant increase in tumour incidence observed in any of the treated groups<br>*Females*<br>Mammary tumours (mainly fibroadenomas and adenocarcinomas): 5/10 (50%), 9/10 (90%), 10/10 (100%)*, 9/10 (90%)<br>Pituitary lesions (hypertrophy, hyperplasia, and adenoma): 6/10 (60%), 8/10 (80%), 7/10 (70%), 7/10 (70%) | <br>NS<br><br>*[$P < 0.05$]<br>[NS] | Data are from an in-depth life-long toxicology study on a glyphosate-based formulation and NK603 genetically modified maize; authors stated that the study was designed as a full chronic toxicity and not a carcinogenicity study.<br>No information provided on the identity or concentration of other chemicals contained in this formulation<br>Histopathology poorly described and tumour incidences for individual animals not discussed in detail. Small number of animals per group<br>[The Working Group concluded this was an inadequate study for the evaluation of glyphosate carcinogenicity] |
| Rat, Wistar (M, F)<br>24 mo<br>Chruscielska *et al.* (2000) | Drinking-water containing ammonium salt of glyphosate (13.85% solution) [purity of glyphosate, NR] was used to make aqueous solutions of 0, 300, 900, and 2700 mg/L<br>[Details on dosing regimen, NR]<br>55 M and 55 F/group (age, 6–7 wk) | No significant increase in tumour incidence observed in any of the treated groups | NS | Limited information on dosing regimen, histopathological examination methods, and tumour incidences |
| Rat, Wistar-Alpk:APfSD (M, F)<br>1 yr<br>JMPR (2006) | Diet containing glyphosate (purity, 95.6%) at concentrations of 0, 2000, 8000, or 20 000 ppm, ad libitum, for 1 yr<br>24 M and 24 F/group [age, NR] | No significant increase in tumour incidence observed in any groups of treated animals | NS | Short duration of exposure |
| Rat, Sprague-Dawley (M, F)<br>104 wk<br>JMPR (2006) | Diet containing glyphosate (purity, 98.7–98.9%) at doses of 0, 10, 100, 300, or 1000 mg/kg bw, ad libitum, for 104 wk<br>50 M and 50 F/group [age, NR] | No significant increase in tumour incidence observed in any groups of treated animals | NS | |
| Rat, Wistar-Alpk:APfSD (M, F)<br>24 mo<br>JMPR (2006) | Diet containing glyphosate (purity, 97.6%) at concentrations of 0, 2000, 6000, or 20 000 ppm, ad libitum, for 2 yr<br>52 M and 52 F/group [age, NR] | No significant increase in tumour incidence observed in any groups of treated animals | NS | |

**Table 3.2 (continued)**

| Species, strain (sex)<br>Duration<br>Reference | Dosing regimen,<br>Animals/group at start | For each target organ: incidence (%) and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat Sprague-Dawley (M, F)<br>24 mo<br>EPA (1991a, b, c, d) | Diet containing glyphosate (technical grade; purity, 96.5%) at concentrations of 0, 2000, 8000, or 20 000 ppm, ad libitum, for 24 mo<br>60 M and 60 F/group (age, 8 wk)<br>10 rats/group killed after 12 mo | *Males*<br>*Pancreas (islet cell):*<br>Adenoma: 1/58 (2%), 8/57 (14%)*, 5/60 (8%), 7/59 (12%)<br>Carcinoma: 1/58 (2%), 0/57, 0/60, 0/59<br>Adenoma or carcinoma (combined): 2/58 (3%), 8/57 (14%), 5/60 (8%), 7/59 (12%) | Adenoma, * $P \leq 0.05$ (Fisher exact test with Bonferroni inequality); see comments | Historical control range for pancreatic islet cell adenoma reported in males at this laboratory, 1.8–8.5%<br>EPA (1991a) performed additional analyses using the Cochran–Armitage trend test and Fisher exact test, and excluding animals that died or were killed before wk 54–55:<br>*Males*<br>*Pancreas (islet cell):*<br>Adenoma: 1/43 (2%), 8/45 (18%; $P$ = 0.018), 5/49 (10%), 7/48 (15%; $P$ = 0.042)<br>Carcinoma: 1/43 (2%), 0/45 (0%), 0/49 (0%), 0/48 (0%)<br>Adenoma or carcinoma (combined): 2/43 (5%), 8/45 (18%), 5/49 (10%), 7/48 (15%)<br>[There was no statistically significant positive trend in the incidence of pancreatic tumours, and no apparent progression to carcinoma] |
| | | *Liver:*<br>Hepatocellular adenoma: 2/60 (3%), 2/60 (3%), 3/60 (6%), 7/60 (12%)<br>Hepatocellular carcinoma: 3/60 (5%), 2/60 (3%), 1/60 (2%), 2/60 (3%) | Adenoma, $P$ for trend = 0.016; see comments | *Liver:*<br>Hepatocellular adenoma: 2/44 (5%; $P$ for trend = 0.016), 2/45 (4%), 3/49 (6%), 7/48 (15%)<br>Hepatocellular carcinoma: 3/44 (7%); 2/45 (4%), 1/49 (2%), 2/48 (4%)<br>Hepatocellular adenoma or carcinoma (combined): 5/44 (11%), 4/45 (9%), 4/49 (8%), 9/48 (19%)<br>[There was no apparent progression to carcinoma] |
| | | *Females*<br>*Pancreas (islet cell):*<br>Adenoma: 5/60 (8%), 1/60 (2%), 4/60 (7%), 0/59<br>Carcinoma: 0/60, 0/60, 0/60, 0/59<br>Adenoma or carcinoma (combined): 5/60 (8%), 1/60 (2%), 4/60 (7%), 0/59 | NS | |
| | | *Thyroid:*<br>C-cell adenoma: 2/60 (3%), 2/60 (3%), 6/60 (10%), 6/60 (10%)<br>C-cell carcinoma: 0/60, 0/60, 1/60, 0/60 | Adenoma, $P$ for trend = 0.031; see comments | *Females*<br>*Thyroid:*<br>C-cell adenoma: 2/57 (4%; $P$ for trend = 0.031), 2/60 (3%), 6/59 (10%), 6/55 (11%)<br>C-cell carcinoma: 0/57, 0/60, 1/59 (2%), 0/55<br>C-cell adenoma or carcinoma (combined): 2/57 (4%), 2/60 (3%), 7/59 (12%), 6/55 (11%)<br>[There was no apparent progression to carcinoma] |

**Table 3.2 (continued)**

| Species, strain (sex)<br>Duration<br>Reference | Dosing regimen,<br>Animals/group at start | For each target organ:<br>incidence (%) and/or<br>multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat Sprague-Dawley (M, F)<br>Lifetime (up to 26 mo)<br>EPA (1991a, b, c, d) | Diet containing glyphosate (purity, 98.7%) at concentrations of 0 ppm, 30 ppm (3 mg/kg bw per day), 100 ppm (10 mg/kg bw per day), 300 ppm (31 mg/kg bw per day), ad libitum, up to 26 mo<br>50 M and 50 F/group [age, NR] | *Males*<br>*Pancreas (islet cell):*<br>Adenoma: 0/50 (0%), 5/49* (10%), 2/50 (4%), 2/50 (4%) | Adenoma, *[$P < 0.05$; Fisher exact test] | [There was no statistically significant positive trend in the incidence of pancreatic tumours, and no apparent progression to carcinoma] |
| | | Carcinoma: 0/50 (0%), 0/49 (0%), 0/50 (0%), 1/50 (2%)<br>Adenoma or carcinoma (combined): 0/50 (0%), 5/49 (10%), 2/50 (4%), 3/50 (6%) | | |
| | | *Females*<br>*Pancreas (islet cell):*<br>Adenoma: 2/50 (4%), 1/50 (2%), 1/50 (2%), 0/50 (0%)<br>Carcinoma: 0/50 (0%), 1/50 (2%), 1/50 (2%), 1/50 (2%)<br>Adenoma or carcinoma (combined): 2/50 (10%), 2/50 (2%), 2/50 (74%), 1/50 (2%) | NS | |

bw, body weight; d, day; F, female; M, male; mo, month; NR, not reported; NS, not significant; wk, week; yr, year

males ($P$ = 0.016) and of thyroid follicular cell adenoma in females ($P$ = 0.031). [The Working Group noted that there was no apparent progression to carcinoma for either tumour type.]

The EPA (1991a, b, c, d) provided information on another long-term study in which groups of 50 male and 50 female Sprague-Dawley rats [age at start not reported] were given diets containing glyphosate (purity, 98.7%) at a concentration of 0, 30 (3 mg/kg bw per day), 100 (10 mg/kg bw per day), or 300 ppm (31 mg/kg bw per day), ad libitum, for life (up to 26 months). No information was provided on body weight or survival of the study animals. An increase in the incidence of pancreatic islet cell adenoma was reported in males at the lowest dose: controls, 0/50 (0%); lowest dose, 5/49 (10%) [$P < 0.05$; Fisher exact test]; intermediate dose, 2/50 (4%); highest dose, 2/50 (4%). [The Working Group noted that there was no statistically significant positive dose-related trend in the incidence of these tumours, and no apparent progression to carcinoma.]

### *3.2.3 Review articles*

Greim *et al.* (2015) have published a review article containing information on nine long-term bioassay feeding studies in rats. Of these studies, two had been submitted for review to the EPA (1991a, b, c, d), two to the JMPR (JMPR, 2006), and one had been published in the openly available scientific literature (Chruscielska *et al.*, 2000); these studies are discussed earlier in Section 3.2. The review article reported on an additional four long-term bioassay studies in rats that had not been previously published, but had been submitted to various organizations for registration purposes. The review article provided a brief summary of each study and referred to an online data supplement containing the original data on tumour incidence from study reports. The four additional long-term bioassay studies in rats are summarized below. [The Working Group did not evaluate these studies, which are not included in Table 3.2 and Section 5.3, because the information provided in the review article and its supplement was insufficient (e.g. information lacking on statistical methods, choice of doses, body-weight gain, survival data, details on histopathological examination and/or stability of dosed feed mixture).]

In one study (identified as Study 4, 1996), groups of 50 male and 50 female Wistar rats [age at start not reported] were given diets containing glyphosate (purity, 96%) at a concentration of 0, 100, 1000, or 10 000 ppm, ad libitum, for 24 months. It was reported that hepatocellular adenomas and hepatocellular carcinomas were found at non-statistically significant incidences in both males and females. There was no significant increase in tumour incidence in the treated groups. [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information.]

In one study in Sprague-Dawley rats (identified as Study 5, 1997), groups of 50 male and 50 female rats [age at start not reported] were given diets containing glyphosate technical acid [purity not reported] at a concentration of 0, 3000, 15 000, or 25 000 ppm, ad libitum, for 24 months. There was no significant increase in tumour incidence in the treated groups. [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information.]

In a second study in Sprague Dawley rats (identified as Study 6, 1997b), groups of 50 males and 50 females [age at start not reported] were given diets containing glyphosate (purity, 94.6–97.6%) at a concentration of 0, 3000, 10 000, or 30 000 ppm, ad libitum, for 24 months. Non-significant increases in tumour incidences compared with controls were noted for skin keratoacanthoma in males at the highest dose, and for fibroadenoma of the mammary gland in females at the lowest and intermediate doses. [The Working Group was unable to evaluate this

study because of the limited experimental data provided in the review article and supplemental information.]

In another study in male and female Wistar rats (identified as Study 8, 2009b), groups of 51 male and 51 female rats [age at start not reported] were fed diets containing glyphosate (purity, 95.7%) at a concentration of 0, 1500, 5000, or 15 000 ppm, ad libitum, for 24 months. The highest dose was progressively increased to reach 24 000 ppm by week 40. A non-significant increase in tumour incidence was noted for adenocarcinoma of the mammary gland in females at the highest dose (6/51) compared with controls (2/51). [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information. The Working Group noted that tumours of the mammary gland had been observed in other studies in rats reviewed for the present *Monograph*.]

# 4. Mechanistic and Other Relevant Data

## 4.1 Toxicokinetic data

### 4.1.1 Introduction

The herbicidal activity of glyphosate is attributed to interference with the production of essential aromatic amino acids (EPA, 1993b). In plants, glyphosate competitively inhibits the activity of enolpyruvylshikimate phosphate synthase, an enzyme that is not present in mammalian cells. Glyphosate is degraded by soil microbes to aminomethylphosphonic acid (AMPA) (see Fig. 4.1), a metabolite that can accumulate in the environment. In mammals, glyphosate is not metabolized efficiently, and is mainly excreted unchanged into the urine; however, it has been suggested that glyphosate can undergo gut microbial metabolism in humans (Motojyuku *et al.*, 2008) and rodents (Brewster *et al.*, 1991).

### 4.1.2 Absorption

#### (a) Humans

Data on the absorption of glyphosate via intake of food and water in humans were not available to the Working Group. Inhalation of glyphosate is considered to be a minor route of exposure in humans, because glyphosate is usually formulated as an isopropylamine salt with a very low vapour pressure (Tomlin, 2000).

In the Farm Family Exposure Study, 60% of farmers had detectable levels of glyphosate in 24-hour composite urine samples taken on the day they had applied a glyphosate-based formulation (Acquavella *et al.*, 2004). Farmers who did not use rubber gloves had higher urinary concentrations of glyphosate than those who did use gloves [indicating that dermal absorption is a relevant route of exposure]. In a separate study, detectable levels of glyphosate were found in urine samples from farm families and non-farm families (Curwin *et al.*, 2007).

In accidental and deliberate intoxication cases involving ingestion of glyphosate-based formulations, glyphosate was readily detectable in the blood (Zouaoui *et al.*, 2013). After deliberate or accidental ingestion, one glyphosate-based formulation was found to be more lethal to humans than another (Sørensen & Gregersen, 1999). [Greater lethality was attributed to the presence of trimethylsulfonium counterion, which might facilitate greater absorption after oral exposure.]

Small amounts of glyphosate can be absorbed after dermal exposures in humans in vitro. For example, when an aqueous solution of 1% glyphosate was applied in an in-vitro human skin model, only 1.4% of the applied dose was absorbed through the skin. Glyphosate is typically formulated as an isopropylamine salt, and is dissolved in a water-based vehicle, while the

stratum corneum is a lipid-rich tissue (Wester *et al.*, 1991). In-vitro studies using human skin showed that percutaneous absorption of a glyphosate-based formulation was no more than 2% of the administered dose over a concentration range of 0.5–154 μg/cm$^2$ and a topical volume range of 0.014–0.14 mL/cm$^2$. In addition, very little glyphosate (≤ 0.05% of the administered dose) was sequestered in the stratum corneum after dermal application (Wester *et al.*, 1991).

In the human Caco-2 cell line, an in-vitro model of intestinal enterocytes, glyphosate (> 10 mg/mL) was shown to significantly disrupt barrier properties, leading to an increase in paracellular permeability (transport of substances that pass through the intercellular space between the cells) (Vasiluk *et al.*, 2005).

#### *(b) Experimental systems*

Three studies have been conducted to investigate the absorption of a single oral dose of glyphosate in rats (Brewster *et al.*, 1991; Chan & Mahler, 1992; EPA, 1993b).

In male Sprague-Dawley rats given [$^{14}$C]-labelled glyphosate (10 mg/kg bw), the majority of the radiolabel was associated with the gastrointestinal contents and small intestinal tissue 2 hours after administration (Brewster *et al.*, 1991). Approximately 35–40% of the administered dose was found to be absorbed from the gastrointestinal tract. Urinary and faecal routes of elimination were equally important. [The Working Group concluded that glyphosate is incompletely absorbed from the gastrointestinal tract after oral exposure in rats.]

In a study by the United States National Toxicology Programme (NTP) in Fisher 344 rats, 30% of the administered oral dose (5.6 mg/kg bw) was absorbed, as determined by urinary excretion data (Chan & Mahler, 1992). This finding was in accordance with the previously described study of oral exposure in rats (Brewster *et al.*, 1991).

In a study reviewed by the EPA, Sprague-Dawley rats were given an oral dose of glyphosate (10 mg/kg bw); 30% and 36% of the administered dose was absorbed in males and females, respectively (EPA, 1993b). At a dose that was ~10-fold higher (1000 mg/kg bw), oral absorption of glyphosate by the rats was slightly reduced.

In a 14-day feeding study in Wistar rats given glyphosate at dietary concentrations of up to 100 ppm, only ~15% of the administered dose was found to be absorbed (JMPR, 2006). In New Zealand White rabbits or lactating goats given glyphosate as single oral doses (6–9 mg/kg bw), a large percentage of the administered dose was recovered in the faeces [suggesting very poor gastrointestinal absorption of glyphosate in these animal models] (JMPR, 2006).

In monkeys given glyphosate by dermal application, percutaneous absorption was estimated to be between 1% and 2% of the administered dose (Wester *et al.*, 1991). Most of the administered dose was removed by surface washes of the exposed skin.

### *4.1.3 Distribution*

#### *(a) Humans*

No data in humans on the distribution of glyphosate in systemic tissues other than blood were available to the Working Group. In cases of accidental or deliberate intoxication involving ingestion of glyphosate-based formulations, glyphosate was measured in blood. Mean blood concentrations of glyphosate were 61 mg/L and 4146 mg/L in mild-to-moderate cases of intoxication and in fatal cases, respectively (Zouaoui *et al.*, 2013).

One report, using optical spectroscopy and molecular modelling, indicated that glyphosate could bind to human serum albumin, mainly by hydrogen bonding; however, the fraction of glyphosate that might bind to serum proteins in blood was not actually measured (Yue *et al.*, 2008).

**Fig. 4.1 Microbial metabolism of glyphosate to AMPA**

Glyphosate is degraded to AMPA by microbial metabolism
Compiled by the Working Group

*(b) Experimental systems*

In Sprague-Dawley rats given a single oral dose of glyphosate (100 mg/kg bw), glyphosate concentrations in plasma reached peak levels, then declined slowly from day 1 to day 5 (Bernal *et al.*, 2010). The plasma data appeared to fit a one-compartment model with an elimination rate constant of $k_{el}$ = 0.021 hour$^{-1}$. [The Working Group estimated the elimination half-life of glyphosate to be 33 hours.] Tissue levels of glyphosate were not determined in this study. In a study by Brewster *et al.* (1991), the tissue levels of glyphosate at 2, 6.3, 28, 96, and 168 hours in Sprague-Dawley rats given a single oral dose (10 mg/kg bw) declined rapidly. Tissues with the greatest amounts of detectable radiolabel (> 1% of the administered dose) were the small intestine, colon, kidney, and bone. Peak levels were reached in small intestine tissue and blood by 2 hours, while peak levels in other tissues occurred at 6.3 hours after dosing. After 7 days, the total body burden of [$^{14}$C]-labelled residues was ~1% of the administered dose, and was primarily associated with the bone (~1 ppm). In every tissue examined after administration of [$^{14}$C]-labelled glyphosate, essentially 100% of the radiolabel that was present in the tissue was unmetabolized parent glyphosate. Thus, essentially 100% of the body burden was parent compound, with no significant persistence of glyphosate after 7 days (Brewster *et al.*, 1991). In a 14-day feeding study in Wistar rats given diets containing glyphosate at 100 ppm, glyphosate reached steady-state levels in the blood by day 6 (JMPR, 2006). The tissue concentrations of glyphosate had the following rank order: kidneys > spleen > fat > liver. Tissue levels declined rapidly after cessation of exposure to glyphosate. A second study in rats given glyphosate (10 mg/kg bw per day, 14 days) followed by a single oral dose of [$^{14}$C]-glyphosate (at 10 mg/kg bw) showed that repeated dosing did not alter the tissue distribution of glyphosate (JMPR, 2006).

In rhesus monkeys, tissues harvested 7 days after dermal exposures to [$^{14}$C]-labelled glyphosate did not contain radiolabel at detectable levels (Wester *et al.*, 1991).

### 4.1.4 Metabolism and modulation of metabolic enzymes

*(a) Metabolism*

Glyphosate is degraded in the environment by soil microbes, primarily to AMPA and carbon dioxide (Fig. 4.1; Jacob *et al.*, 1988). A minor pathway for the degradation of glyphosate in bacteria (*Pseudomonas sp.* strain LBr) is via conversion to glycine (Jacob *et al.*, 1988). In a case of deliberate poisoning with a glyphosate-based formulation, small amounts of AMPA (15.1 µg/mL) were detectable in the blood (Motojyuku *et al.*, 2008) [suggesting that this pathway might also operate in humans]. In rats given a single high oral dose of glyphosate (100 mg/kg bw), small amounts of AMPA were detected in the plasma (Bernal *et al.*, 2010). In

male Sprague-Dawley rats given an oral dose of glyphosate (10 mg/kg bw), a very small amount of AMPA (< 0.04% of the administered dose) was detected in the colon 2 hours after dosing; this was attributed to intestinal microbial metabolism (Brewster *et al.*, 1991).

*(b) Modulation of metabolic enzymes*

*(i) Humans*

In human hepatic cell lines, treatment with one of four glyphosate-based formulations produced by the same company was shown to enhance CYP3A4 and CYP1A2 levels, while glutathione transferase levels were reduced (Gasnier *et al.*, 2010). [The Working Group noted that it was not clear whether the effects were caused by glyphosate alone or by the adjuvants contained in the formulation.]

*(ii) Experimental systems*

Exposure of Wistar rats to a glyphosate-based formulation significantly altered some hepatic xenobiotic enzyme activities (Larsen *et al.*, 2014). Liver microsomes obtained from male and female rats treated with the formulation exhibited ~50% reductions in cytochrome P450 (CYP450) content compared with control (untreated) rats. However, opposing effects were observed when assessing 7-ethoxycoumarin *O*-deethylase activity (7-ECOD, a non-specific CYP450 substrate). Female rats treated with the glyphosate-based formulation exhibited a 57% increase in hepatic microsomal 7-ECOD activity compared with controls, while male rats treated with the formulation exhibited a 58% decrease in this activity (Larsen *et al.*, 2014). [The Working Group noted that it was not clear whether the effects were caused by glyphosate alone or by adjuvants contained in the formulation.]

### 4.1.5 Excretion

*(a) Humans*

Excretion of glyphosate in humans was documented in several biomonitoring studies. For example, as part of the Farm Family Exposure Study, urinary concentrations of glyphosate were evaluated immediately before, during, and after glyphosate application in 48 farmers and their spouses and children (Acquavella *et al.*, 2004). Dermal contact with glyphosate during mixing, loading, and application was considered to be the main route of exposure in the study. On the day the herbicide was applied, 60% of the farmers had detectable levels of glyphosate in 24-hour composite urine samples, as did 4% of their spouses and 12% of children. For farmers, the geometric mean concentration was 3 µg/L, the maximum value was 233 µg/L, and the highest estimated systemic dose was 0.004 mg/kg bw (Acquavella *et al.*, 2004). In a separate study, detectable levels of glyphosate were excreted in the urine of members of farm families and of non-farm families, with geometric means ranging from 1.2 to 2.7 µg/L (Curwin *et al.*, 2007).

In a study of a rural population living near areas sprayed for drug eradication in Colombia (see Section 1.4.1, Table 1.5), mean urinary glyphosate concentrations were 7.6 µg/L (range, undetectable to 130 µg/L) (Varona *et al.*, 2009). AMPA was detected in 4% of urine samples (arithmetic mean, 1.6 µg/L; range, undetectable to 56 µg/L).

*(b) Experimental systems*

In an NTP study in Fisher 344 rats given a single oral dose of [$^{14}$C]-labelled glyphosate (5.6 or 56 mg/kg bw), it was shown that > 90% of the radiolabel was eliminated in the urine and faeces within 72 hours (Chan & Mahler, 1992). In Sprague-Dawley rats given [$^{14}$C]-labelled glyphosate at an oral dose of 10 or 1000 mg/kg bw, ~60–70% of the administered dose was excreted in the faeces, and the remainder in the urine (EPA,

Case 3:16-md-02741-VC Document 13779-10 Filed 09/22/21 Page 46 of 93

1993b). By either route, most (98%) of the administered dose was excreted as unchanged parent compound. AMPA was the only metabolite found in the urine (0.2–0.3% of the administered dose) and faeces (0.2–0.4% of the administered dose). [The large amount of glyphosate excreted in the faeces is consistent with its poor oral absorption.] Less than 0.3% of the administered dose was expired as carbon dioxide.

In rhesus monkeys given glyphosate as an intravenous dose (9 or 93 µg), > 95% of the administered dose was excreted in the urine (Wester *et al.*, 1991). Nearly all the administered dose was eliminated within 24 hours. In contrast, in rhesus monkeys given glyphosate by dermal application (5400 µg/20 $cm^2$), only 2.2% of the administered dose was excreted in the urine within 7 days (Wester *et al.*, 1991).

Overall, systemically absorbed glyphosate is not metabolized efficiently, and is mainly excreted unchanged into the urine.

## 4.2 Mechanisms of carcinogenesis

### *4.2.1 Genetic and related effects*

Glyphosate has been studied for genotoxic potential in a wide variety of assays. Studies carried out in exposed humans, in human cells in vitro, in other mammals in vivo and in vitro, and in non-mammalian systems in vivo and in vitro, respectively, are summarized in Table 4.1, Table 4.2, Table 4.3, Table 4.4, and Table 4.5. [A review article by Kier & Kirkland (2013) summarized the results of published articles and unpublished reports of studies pertaining to the genotoxicity of glyphosate and glyphosate formulations. A supplement to this report contained information on 66 unpublished regulatory studies. The conclusions and data tables for each individual study were included in the supplement; however, the primary study reports from which these data were extracted were not available to the Working Group. The information provided in the supplement was insufficient regarding topics such as details of statistical methods, choice of the highest dose tested, and verification of the target tissue exposure. The Working Group determined that the information in the supplement to Kier & Kirkland (2013) did not meet the criteria for data inclusion as laid out in the Preamble to the *IARC Monographs*, being neither "reports that have been published or accepted for publication in the openly available scientific literature" nor "data from governmental reports that are publicly available" (IARC, 2006). The review article and supplement were not considered further in the evaluation.]

#### *(a) Humans*

#### *(i) Studies in exposed humans*

See Table 4.1

In exposed individuals (*n* = 24) living in northern Ecuador in areas sprayed with a glyphosate-based formulation, a statistically significant increase in DNA damage (DNA strand breaks) was observed in blood cells collected 2 weeks to 2 months after spraying (Paz-y-Miño *et al.*, 2007). The same authors studied blood cells from individuals (*n* = 92) in 10 communities in Ecuador's northern border, who were sampled 2 years after the last aerial spraying with a herbicide mix containing glyphosate, and showed that their karyotypes were normal compared with those of a control group (Paz-y-Miño *et al.*, 2011).

Bolognesi *et al.* (2009) studied community residents (137 women of reproductive age and their 137 spouses) from five regions in Colombia. In three regions with exposures to glyphosate-based formulations from aerial spraying, blood samples were taken from the same individuals at three time-points (before spraying (baseline), 5 days after spraying and 4 months after spraying) to determine the frequency of micronucleus formation in lymphocytes. The baseline frequency of binucleated cells with micronuclei was significantly higher in subjects

from the three regions where there had been aerial spraying with glyphosate-formulations and in a fourth region with pesticide exposure (but not through aerial spraying), compared with a reference region (without use of pesticide). The frequency of micronucleus formation in peripheral blood lymphocytes was significantly increased, compared with baseline levels in the same individuals, after aerial spraying with glyphosate-based formulations in each of the three regions (see Table 4.1; Bolognesi *et al.*, 2009). Immediately after spraying, subjects who reported direct contact with the glyphosate-based spray showed a higher frequency of binucleated cells with micronuclei. However, the increase in frequency of micronucleus formation observed immediately after spraying was not consistent with the rates of application used in the regions, and there was no association between self-reported direct contact with pesticide sprays and frequency of binucleated cells with micronuclei. In subjects from one but not other regions, the frequency of binucleated cells with micronuclei was significantly decreased 4 months after spraying, compared with immediately after spraying.

*(ii) Human cells in vitro*

See Table 4.2

Glyphosate induced DNA strand breaks (as measured by the comet assay) in liver Hep-2 cells (Mañas *et al.*, 2009a), lymphocytes (Mladinic *et al.*, 2009b; Alvarez-Moya *et al.*, 2014), GM38 fibroblasts, the HT1080 fibrosarcoma cell line (Monroy *et al.*, 2005), and the TR146 buccal carcinoma line (Koller *et al.*, 2012). DNA strand breaks were induced by AMPA in Hep-2 cells (Mañas *et al.*, 2009b), and by a glyphosate-based formulation in the TR146 buccal carcinoma cell line (Koller *et al.*, 2012).

In human lymphocytes, AMPA (Mañas *et al.*, 2009b), but not glyphosate (Mañas *et al.*, 2009a), produced chromosomal aberrations. Glyphosate did not induce a concentration-related increase in micronucleus formation in human lymphocytes at levels estimated to correspond to occupational and residential exposure (Mladinic *et al.*, 2009a). Sister-chromatid exchange was induced by glyphosate (Bolognesi *et al.*, 1997), and by a glyphosate-based formulation (Vigfusson & Vyse, 1980; Bolognesi *et al.*, 1997) in human lymphocytes exposed in vitro.

*(b) Experimental systems*

*(i) Non-human mammals in vivo*

See Table 4.3

The ability of glyphosate or a glyphosate-based formulation to induce DNA adducts was studied in mice given a single intraperitoneal dose. Glyphosate induced DNA adducts (8-hydroxy deoxyguanosine) in the liver, but not in the kidney, while a glyphosate-based formulation caused a slight increase in DNA adducts in the kidney, but not in the liver (Bolognesi *et al.*, 1997). Peluso *et al.* (1998) showed that a glyphosate-based formulation (glyphosate, 30.4%), but not glyphosate alone, caused DNA adducts (as detected by $^{32}$P-DNA post-labelling) in mouse liver and kidney. Glyphosate and a glyphosate-based formulation produced DNA strand breaks in the liver and kidney after a single intraperitoneal dose (Bolognesi *et al.*, 1997).

In mice given a single dose of glyphosate by gavage, no genotoxic effect was observed by the dominant lethal test (EPA, 1980a).

After a single intraperitoneal dose, no chromosomal aberrations were observed in the bone marrow of rats treated with glyphosate (Li & Long 1988), while chromosomal aberrations were increased in the bone marrow of mice given a glyphosate-based formulation (glyphosate isopropylamine salt, ~41%) (Prasad *et al.*, 2009). A single oral dose of a glyphosate-based formulation did not cause chromosomal aberrations in mice (Dimitrov *et al.*, 2006).

In mice treated by intraperitoneal injection, a single dose of glyphosate did not cause

**Table 4.1 Genetic and related effects of glyphosate in exposed humans**

| Tissue | Cell type (if specified) | End-point | Test | Description of exposure and controls | Response[a]/ significance | Comments | Reference |
|---|---|---|---|---|---|---|---|
| Blood | NR | DNA damage | DNA strand breaks, comet assay | 24 exposed individuals in northern Ecuador; areas sprayed with glyphosate-based formulation (sampling 2 weeks to 2 months after spraying); control group was 21 non-exposed individuals | + $P < 0.001$ | | Paz-y-Miño *et al.* (2007) |
| Blood | NR | Chromosomal damage | Chromosomal aberrations | 92 individuals in 10 communities, northern border of Ecuador; sampling 2 years after last aerial spraying with herbicide mix containing glyphosate); control group was 90 healthy individuals from several provinces without background of smoking or exposure to genotoxic substances (hydrocarbons, X-rays, or pesticides) | – | 182 karyotypes were considered normal [Smoking status, NR] | Paz-y-Miño *et al.* (2011) |
| Blood | Lymphocytes | Chromosomal damage | Micronucleus formation | 55 community residents, Nariño, Colombia; area with aerial glyphosate-based formulation spraying for coca and poppy eradication (glyphosate was tank-mixed with an adjuvant) | + [$P < 0.001$] | *P* values for after spraying vs before spraying in the same individuals | Bolognesi *et al.* (2009) |
| Blood | Lymphocytes | Chromosomal damage | Micronucleus formation | 53 community residents, Putumayo, Colombia; area with aerial glyphosate-based formulation spraying for coca and poppy eradication (glyphosate was tank-mixed with an adjuvant) | + [$P = 0.01$] | *P* values for after spraying vs before spraying in the same individuals | Bolognesi *et al.* (2009) |
| Blood | Lymphocytes | Chromosomal damage | Micronucleus formation | 27 community residents, Valle del Cauca, Colombia; area where glyphosate-based formulation was applied through aerial spraying for sugar-cane maturation (glyphosate was applied without adjuvant) | + [$P < 0.001$] | *P* values for after spraying vs before spraying in the same individuals | Bolognesi *et al.* (2009) |

[a] +, positive; –, negative
NR, not reported; vs, versus

micronucleus formation in the bone marrow (Rank *et al.*, 1993), although two daily doses did (Bolognesi *et al.*, 1997; Mañas *et al.*, 2009a). AMPA, the main metabolite of glyphosate, also produced micronucleus formation after two daily intraperitoneal doses (Mañas *et al.*, 2009b). Conflicting results for micronucleus induction were obtained in mice exposed intraperitoneally to a glyphosate-based formulation. A single dose of the formulation at up to 200 mg/kg bw did not induce micronucleus formation in the bone marrow in one study (Rank *et al.* 1993), while it did increase micronucleus formation at 25 mg/kg bw in another study (Prasad *et al.*, 2009). After two daily intraperitoneal doses, a glyphosate-based formulation did not induce micronucleus formation at up to 200 mg/kg bw according to Grisolia (2002), while Bolognesi *et al.* (1997) showed that the formulation did induce micronucleus formation at 450 mg/kg bw. In mice given a single oral dose of a glyphosate-based formulation at 1080 mg/kg bw, no induction of micronuclei was observed (Dimitrov *et al.*, 2006).

*(ii) Non-human mammalian cells in vitro*

See Table 4.4

Glyphosate did not induce unscheduled DNA synthesis in rat primary hepatocytes, or *Hprt* mutation (with or without metabolic activation) in Chinese hamster ovary cells (Li & Long, 1988).

In bovine lymphocytes, chromosomal aberrations were induced by glyphosate in one study (Lioi *et al.*, 1998), but not by a glyphosate formulation in another study (Siviková & Dianovský, 2006). Roustan *et al.* (2014) demonstrated, in the CHO-K1 ovary cell line, that glyphosate induced micronucleus formation only in the presence of metabolic activation, while AMPA induced micronucleus formation both with and without metabolic activation. Sister-chromatid exchange was observed in bovine lymphocytes exposed to glyphosate (Lioi *et al.*, 1998) or a glyphosate formulation (in the absence but not the presence of metabolic activation) (Siviková & Dianovský, 2006).

*(iii) Non-mammalian systems in vivo*

See Table 4.5

*Fish and other species*

In fish, glyphosate produced DNA strand breaks in the comet assay in sábalo (Moreno *et al.*, 2014), European eel (Guilherme *et al.*, 2012b), zebrafish (Lopes *et al.*, 2014), and Nile tilapia (Alvarez-Moya *et al.*, 2014). AMPA also induced DNA strand breaks in the comet assay in European eel (Guilherme *et al.*, 2014b). A glyphosate-based formulation produced DNA strand breaks in numerous fish species, such as European eel (Guilherme *et al.*, 2010, 2012b, 2014a; Marques *et al.*, 2014, 2015), sábalo (Cavalcante *et al.*, 2008; Moreno *et al.*, 2014), guppy (De Souza Filho *et al.*, 2013), bloch (Nwani *et al.*, 2013), neotropical fish *Corydoras paleatus* (de Castilhos Ghisi & Cestari, 2013), carp (Gholami-Seyedkolaei *et al.*, 2013), and goldfish (Cavaş & Könen, 2007).

AMPA, the main metabolite of glyphosate, induced erythrocytic nuclear abnormalities (kidney-shaped and lobed nuclei, binucleate or segmented nuclei and micronuclei) in European eel (Guilherme *et al.*, 2014b). Micronucleus formation was induced by different glyphosate-based formulations in various fish (Grisolia, 2002; Cavaş & Könen, 2007; De Souza Filho *et al.*, 2013; Vera-Candioti *et al.*, 2013).

Glyphosate-based formulations induced DNA strand breaks in other species, including caiman (Poletta *et al.*, 2009), frog (Meza-Joya *et al.*, 2013), tadpoles (Clements *et al.*, 1997), and snail (Mohamed, 2011), but not in oyster (Akcha *et al.*, 2012), clam (dos Santos & Martinez, 2014), and mussel glochidia (Conners & Black, 2004). In earthworms, one glyphosate-based formulation induced DNA strand breaks while two others did not (Piola *et al.*, 2013; Muangphra *et al.*, 2014), highlighting the potential importance of components other than the active ingredient in the formulation.

**Table 4.2 Genetic and related effects of glyphosate, AMPA, and glyphosate-based formulations in human cells in vitro**

| Tissue, cell line | End-point | Test | Results[a] | | Dose (LED or HID) | Comments | Reference |
|---|---|---|---|---|---|---|---|
| | | | Without metabolic activation | With metabolic activation | | | |
| *Glyphosate* | | | | | | | |
| Liver Hep-2 | DNA damage | DNA strand breaks, comet assay | + | NT | 3 mM [507.2 μg/mL] | $P < 0.01$; dose–response relationship ($r \geq 0.90$; $P < 0.05$) | Mañas et al. (2009a) |
| Lymphocytes | DNA damage | DNA strand breaks, standard and hOGG1 modified comet assay | + | + | 3.5 μg/mL | With the hOGG1 modified comet assay, + S9, the increase was significant ($P < 0.01$) only at the highest dose tested (580 μg/mL) | Mladinic *et al.* (2009b) |
| Lymphocytes | DNA damage | DNA strand breaks, comet assay | + | NT | 0.0007 mM [0.12 μg/mL] | $P \leq 0.01$ | Alvarez-Moya *et al.* (2014) |
| Fibroblast GM 38 | DNA damage | DNA strand breaks, comet assay | + | NT | 4 mM [676 μg/mL] | $P < 0.001$ | Monroy *et al.* (2005) |
| Fibroblast GM 5757 | DNA damage | DNA strand breaks, comet assay | (+) | NT | 75 mM [12 680 μg/mL] | Glyphosate (ineffective alone, data NR) increased strand breaks induced by $H_2O_2$ (40 or 50 μM) ($P < 0.004$ vs $H_2O_2$ alone) | Lueken *et al.* (2004) |
| Fibrosarcoma HT1080 | DNA damage | DNA strand breaks, comet assay | + | NT | 4.75 mM [803 μg/mL] | $P < 0.001$ | Monroy *et al.* (2005) |
| Buccal carcinoma TR146 | DNA damage | DNA strand breaks, SCGE assay | + | NT | 20 μg/mL | Dose-dependent increase ($P \leq 0.05$) | Koller *et al.* (2012) |
| Lymphocytes | Chromosomal damage | Chromosomal aberrations | – | NT | 6 mM [1015 μg/mL] | | Mañas *et al.* (2009a) |
| Lymphocytes | Chromosomal damage | Micronucleus formation | – | (+) | 580 μg/mL | $P < 0.01$ at the highest exposure + S9 No concentration-related increase in micronuclei containing the centromere signal (C+) | Mladinic *et al.* (2009a) |

**Table 4.2 (continued)**

| Tissue, cell line | End-point | Test | Results[a] | | Dose (LED or HID) | Comments | Reference |
|---|---|---|---|---|---|---|---|
| | | | Without metabolic activation | With metabolic activation | | | |
| Lymphocytes | Chromosomal damage | Sister-chromatid exchange | + | NT | 1000 µg/mL | $P < 0.05$ | Bolognesi *et al.* (1997) |
| *AMPA* | | | | | | | |
| Liver Hep-2 | DNA damage | DNA strand breaks, comet assay | + | NT | 4.5 mM [500 µg/mL] | $P < 0.05$ at 4.5 mM; $P < 0.01$ at up to 7.5 mM<br>Dose–response relationship ($r \geq 0.90$; $P < 0.05$) | Mañas *et al.* (2009b) |
| Lymphocytes | Chromosomal damage | Chromosomal aberrations | + | NT | 1.8 mM [200 µg/mL] | $P < 0.05$ | Mañas *et al.* (2009b) |
| *Glyphosate-based formulations* | | | | | | | |
| Liver HepG2 | DNA damage | DNA strand breaks, comet assay | (+) | NT | 5 ppm | Glyphosate, 400 g/L<br>Dose-dependent increase; greatest increase at 10 ppm<br>Statistical analysis, NR | Gasnier *et al.* (2009) |
| Buccal carcinoma TR146 | DNA damage | DNA strand breaks, SCGE assay | + | NT | 20 µg/mL | Glyphosate acid, 450g/L<br>Dose-dependent increase ($P \leq 0.05$) | Koller *et al.* (2012) |
| Lymphocytes | Chromosomal damage | Sister-chromatid exchange | + | NT | 250 µg/mL | $P < 0.001$<br>No growth at 25 mg/mL | Vigfusson & Vyse (1980) |
| Lymphocytes | Chromosomal damage | Sister-chromatid exchange | + | NT | 100 µg/mL | Glyphosate, 30.4%<br>$P < 0.05$ | Bolognesi *et al.* (1997) |

[a] +, positive; -, negative; (+) or (-) positive/negative in a study with limited quality

AMPA, aminomethyl phosphonic acid; HID, highest ineffective dose; hOGG1, human 8-hydroxyguanosine DNA-glycosylase; LED, lowest effective dose; NR, not reported; NT, not tested; S9, 9000 × *g* supernatant; SCGE, single cell gel electrophoresis; vs, versus

Micronucleus formation was induced by a glyphosate-based formulation (glyphosate, 36%) in earthworms (Muangphra *et al.*, 2014), and by a different glyphosate-based formulation in caiman (Poletta *et al.*, 2009, 2011), and frog (Yadav *et al.*, 2013).

*Insects*

In standard *Drosophila melanogaster*, glyphosate induced mutation in the test for somatic mutation and recombination, but not in a cross of flies characterized by an increased capacity for CYP450-dependent bioactivation (Kaya *et al.*, 2000). A glyphosate-based formulation also caused sex-linked recessive lethal mutations in *Drosophila* (Kale *et al.*, 1995).

*Plants*

In plants, glyphosate produced DNA damage in *Tradescantia* in the comet assay (Alvarez-Moya *et al.*, 2011). Chromosomal aberration was induced after exposure to glyphosate in fenugreek (Siddiqui *et al.*, 2012), and in onion in one study (Frescura *et al.*, 2013), but not in another (Rank *et al.*, 1993). A glyphosate-based formulation also induced chromosomal aberration in barley roots (Truta *et al.*, 2011) and onion (Rank *et al.*, 1993), but not in *Crepis capillaris* (hawksbeard) (Dimitrov *et al.*, 2006). Micronucleus formation was not induced by glyphosate in *Vicia faba* bean (De Marco *et al.*, 1992) or by a glyphosate-based formulation in *Crepis capillaris* (Dimitrov *et al.*, 2006).

*(iv) Non-mammalian systems in vitro*

See Table 4.6

Glyphosate induced DNA strand breaks in erythrocytes of tilapia fish, as demonstrated by comet assay (Alvarez-Moya *et al.*, 2014).

Glyphosate did not induce mutation in *Bacillus subtillis, Salmonella typhimurium* strains TA1535, TA1537, TA1538, TA98, and TA100, or in *Escherichia coli* WP2, with or without metabolic activation (Li & Long, 1988). However, Rank *et al.* (1993) demonstrated that a glyphosate-based formulation was mutagenic in *S. typhimurium* TA98 in the absence of metabolic activation, and in *S. typhimurium* TA100 in the presence of metabolic activation.

### *4.2.2 Receptor-mediated mechanisms*

*(a) Sex-hormone pathway disruption*

*(i) Humans*

*Studies in exposed humans*

No data were available to the Working Group.

*Human cells in vitro*

In hormone-dependent T47D breast cancer cells, the proliferative effects of glyphosate ($10^{-6}$ to 1 μM) (see Section 4.2.4) and those of 17β-estradiol (the positive control) were mitigated by the estrogen receptor antagonist, ICI 182780; the proliferative effect of glyphosate was completely abrogated by the antagonist at a concentration of 10 nM (Thongprakaisang *et al.*, 2013). Glyphosate also induced activation of the estrogen response element (ERE) in T47D breast cancer cells that were stably transfected with a triplet ERE-promoter-luciferase reporter gene construct. Incubation with ICI 182780 at 10 nM eliminated the response. When the transfected cells were incubated with both 17β-estradiol and glyphosate, the effect of 17β-estradiol was reduced and glyphosate behaved as an estrogen antagonist. After 6 hours of incubation, glyphosate increased levels of estrogen receptors ERα and ERβ in a dose-dependent manner in T47D cells; after 24 hours, only ERβ levels were increased and only at the highest dose of glyphosate. [These findings suggested that the proliferative effects of glyphosate on T47D cells are mediated by ER.]

In human hepatocarcinoma HepG2 cells, four glyphosate-based formulations produced by the same company had a marked effect on the activity and transcription of aromatase, while glyphosate alone differed from controls, but not significantly so (Gasnier *et al.*, 2009).

**Table 4.3 Genetic and related effects of glyphosate, AMPA, and glyphosate-based formulations in non-human mammals in vivo**

| Species, strain (sex) | Tissue | End-point | Test | Results | Dose (LED or HID) | Route, duration, dosing regimen | Comments | Reference |
|---|---|---|---|---|---|---|---|---|
| *Glyphosate* | | | | | | | | |
| Mouse, Swiss CD1 (M) | Liver | DNA damage | DNA adducts, 8-OHdG by LC/UV | + | 300 mg/kg bw | i.p.; 1×; sampled after 8 and 24 h | Single dose tested only $P < 0.05$ after 24 h | Bolognesi *et al.* (1997) |
| Mouse, Swiss CD1 (M) | Kidney | DNA damage | DNA adducts, 8-OHdG by LC/UV | – | 300 mg/kg bw | i.p.; 1×; sampled after 8 and 24 h | Single dose tested only | Bolognesi *et al.* (1997) |
| Mouse, Swiss CD1 (M, F) | Kidney | DNA damage | DNA adducts, $^{32}P$-DNA post labelling | – | 270 mg/kg bw | i.p.; 1 ×; sampled after 24 h | Glyphosate isopropylammonium salt | Peluso *et al.* (1998) |
| Mouse, Swiss CD1 (M, F) | Liver | DNA damage | DNA adducts, $^{32}P$-DNA post labelling | – | 270 mg/kg bw | i.p.; 1 ×; sampled after 24 h | Glyphosate isopropylammonium salt | Peluso *et al.* (1998) |
| Mouse, Swiss CD1 (M) | Liver | DNA damage | DNA strand breaks, alkaline elution assay | + | 300 mg/kg bw | i.p.; 1 ×; sampled after 4 and 24 h | Single dose tested only $P < 0.05$ after 4 h | Bolognesi *et al.* (1997) |
| Mouse, Swiss CD1 (M) | Kidney | DNA damage | DNA strand breaks, alkaline elution assay | + | 300 mg/kg bw | i.p.; 1 ×; sampled after 4 and 24 h | Single dose tested only $P < 0.05$ after 4 h | Bolognesi *et al.* (1997) |
| Mouse, CD-1 (M) | Uterus after mating | Mutation | Dominant lethal test | – | 2000 mg/kg bw | Oral gavage; 1 × | Proportion of early resorptions evaluated after mating of non-treated females with glyphosate-treated male mice | EPA (1980) |
| Rat, Sprague-Dawley (M, F) | Bone marrow | Chromosomal damage | Chromosomal aberrations | – | 1000 mg/kg bw | i.p.; 1 ×; sampled after 6, 12 and 24 h | Single dose tested only | Li & Long (1988) |
| Mouse, NMRI-bom (M, F) | Bone marrow (PCE) | Chromosomal damage | Micronucleus formation | – | 200 mg/kg bw | i.p.; 1 ×; sampled after 24 and 48 h | Glyphosate isopropylamine salt | Rank *et al.* (1993) |
| Mouse, Swiss CD1 (M) | Bone marrow (PCE) | Chromosomal damage | Micronucleus formation | + | 300 mg/kg bw | i.p.; 2 × 150 mg/kg bw with 24 h interval; sampled 6 or 24 h after the last injection | Single dose tested only $P < 0.05$ after 24 h | Bolognesi *et al.* (1997) |

**Table 4.3 (continued)**

| Species, strain (sex) | Tissue | End-point | Test | Results | Dose (LED or HID) | Route, duration, dosing regimen | Comments | Reference |
|---|---|---|---|---|---|---|---|---|
| Mouse, Balb C (M, F) | Bone marrow (PCE) | Chromosomal damage | Micronucleus formation | + | 400 mg/kg bw | i.p.; one injection per 24 h, 2 × 200, sampled 24 h after the last injection | $P < 0.01$ at the highest dose (400 mg/kg bw) | Mañas *et al.* (2009a) |
| *AMPA* | | | | | | | | |
| Mouse, Balb C (M, F) | Bone marrow (PCE) | Chromosomal damage | Micronucleus formation | + | 200 mg/kg bw | i.p.; one injection per 24 h, 2 × 100, sampled 24 h after the last injection | $P < 0.01$ at the lowest dose (200 mg/kg bw) | Mañas *et al.* (2009b) |
| *Glyphosate-based formulations* | | | | | | | | |
| Mouse, Swiss CD1 (M) | Liver | DNA damage | DNA adducts, 8-OHdG by LC/UV | – | ~300 mg/kg bw | i.p.; 1 ×, sampled after 8 and 24 h | Glyphosate, 30.4% Single dose tested only | Bolognesi *et al.* (1997) |
| Mouse, Swiss CD1 (M) | Kidney | DNA damage | DNA adducts, 8-OHdG by LC/UV | + | ~300 mg/kg bw | i.p.; 1 ×, sampled after 8 and 24 h | Glyphosate, 30.4% Single dose tested only $P < 0.05$ | Bolognesi *et al.* (1997) |
| Mouse, Swiss CD1 (M, F) | Kidney | DNA damage | DNA adducts, $^{32}$P-DNA post labelling | + | 400 mg/kg bw | i.p.; 1 ×; sampled after 24 h | Glyphosate isopropylammonium salt, 30.4% | Peluso *et al.* (1998) |
| Mouse, Swiss CD1 (M, F) | Liver | DNA damage | DNA adducts, $^{32}$P-DNA post labelling | + | 400 mg/kg bw | i.p.; 1 ×; sampled after 24 h | Glyphosate isopropylammonium salt, 30.4% | Peluso *et al.* (1998) |
| Mouse, Swiss CD1 (M) | Liver | DNA damage | DNA strand breaks, alkaline elution assay | + | ~300 mg/kg bw | i.p.; 1 ×; sampled after 4 and 24 h | Glyphosate, 30.4% Single dose tested only $P < 0.05$ only after 4 h | Bolognesi *et al.* (1997) |
| Mouse, Swiss CD1 (M) | Kidney | DNA damage | DNA strand breaks, alkaline elution assay | + | ~300 mg/kg bw | i.p.; 1 ×; sampled after 4 and 24 h | Glyphosate, 30.4% Single dose tested only $P < 0.05$ only after 4 h | Bolognesi *et al.* (1997) |
| Mouse, C57BL (M) | Bone marrow (PCE) | Chromosomal damage | Chromosomal aberrations | – | 1080 mg/kg bw | p.o. in distilled water; 1 ×; sampled after 6, 24, 48, 72, 96 and 120 h | Single dose tested only | Dimitrov *et al.* (2006) |

**Table 4.3 (continued)**

| Species, strain (sex) | Tissue | End-point | Test | Results | Dose (LED or HID) | Route, duration, dosing regimen | Comments | Reference |
|---|---|---|---|---|---|---|---|---|
| Mouse, Swiss albino (M) | Bone marrow | Chromosomal damage | Chromosomal aberrations | + | 25 mg/kg bw | i.p.; 1 ×; sampled after 24, 48 and 72 h | Glyphosate isopropylamine salt, > 41% The percentage of aberrant cells was increased vs control in a dose- and time-dependent manner ($P < 0.05$) | Prasad *et al.* (2009) |
| Mouse, NMRI-bom (M, F) | Bone marrow (PCE) | Chromosomal damage | Micronucleus formation | – | 200 mg/kg bw | i.p.; 1 ×; sampled after 24 h | Glyphosate isopropylammonium salt, 480 g/L The percentage of PCE decreased | Rank *et al.* (1993) |
| Mouse, Swiss (M, F) | Bone marrow (PCE) | Chromosomal damage | Micronucleus formation | – | 200 mg/kg bw | i.p.; 2 × within 24 h interval and sampled 24 h after the last injection | Glyphosate isopropylammonium salt, 480 g/L | Grisolia (2002) |
| Mouse, Swiss albino (M) | Bone marrow (PCE) | Chromosomal damage | Micronucleus formation | + | 25 mg/kg bw | i.p.; 1 × ; sampled after 24, 48 and 72 h | Glyphosate isopropylamine salt, > 41% Significant induction of micronuclei vs control at both doses and all times ($P < 0.05$) | Prasad *et al.* (2009) |
| Mouse, Swiss CD1 (M) | Bone marrow (PCE) | Chromosomal damage | Micronucleus formation | + | 450 mg/kg bw | i.p.; 2 × 225 mg/kg with 24 h interval; sampled 6 or 24 h after the last injection | Glyphosate, 30.4% Single dose tested only $P < 0.05$ after 6 h and 24 h | Bolognesi *et al.* (1997) |
| Mouse, C57BL (M) | Bone marrow | Chromosomal damage | Micronucleus formation | – | 1080 mg/kg bw | p.o. in distilled water; 1 × ; sampled after 24, 48, 72, 96 and 120 h | Single dose tested only | Dimitrov *et al.* (2006) |

[a] +, positive; -, negative; (+) or (-) positive/negative in a study with limited quality
bw, body weight; F, female; h, hour; HID, highest effective dose; i.p., intraperitoneal; LC, liquid chromatography; LED, lowest effective dose; M, male; PCE, polychromatic erythrocytes; p.o., oral; 8-OHdG, 8-hydroxydeoxyguanosine; UV, ultraviolet

**Table 4.4 Genetic and related effects of glyphosate, AMPA, and glyphosate-based formulations in non-human mammalian cells in vitro**

| Species | Tissue, cell line | End-point | Test | Results[a] | | Dose (LEC or HIC) | Comments | Reference |
|---|---|---|---|---|---|---|---|---|
| | | | | Without metabolic activation | With metabolic activation | | | |
| *Glyphosate* | | | | | | | | |
| Rat, Fisher F334 | Hepatocytes | DNA damage | Unscheduled DNA synthesis | – | NT | 125 µg/mL | | Li & Long (1988) |
| Hamster, Chinese | CHO-$K_1BH_4$ ovary, cell line | Mutation | *Hprt* mutation | – | – | 22 500 µg/mL | | Li & Long (1988) |
| Bovine | Lymphocytes | Chromosomal damage | Chromosomal aberrations | + | NT | 17 µM [3 µg/mL] | $P < 0.05$ | Lioi *et al.* (1998) |
| Hamster, Chinese | CHO-K1 ovary cell line | Chromosomal damage | Micronucleus formation | – | + | 10 µg/mL | $P \leq 0.001$, in the dark +S9 Negative –S9 in the dark or with light irradiation | Roustan *et al.* (2014) |
| Bovine | Lymphocytes | Chromosomal damage | Sister-chromatid exchange | + | NT | 17 µM [3 µg/mL] | $P < 0.05$ | Lioi *et al.* (1998) |
| *AMPA* | | | | | | | | |
| Hamster, Chinese | CHO-K1 ovary cell line | Chromosomal damage | Micronucleus formation | + | + | 0.01 µg/mL | $P \leq 0.05$, in the dark –S9 Highest increase was observed at very low dose (0.0005 µg/mL) –S9 but with light-irradiation ($P < 0.01$) | Roustan *et al.* (2014) |
| *Glyphosate-based formulations* | | | | | | | | |
| Bovine | Lymphocytes | Chromosomal damage | Chromosomal aberrations | – | NT | 1120 µM [190 µg/mL] | Glyphosate, 62% | Siviková & Dianovskỳ (2006) |
| Bovine | Lymphocytes | Chromosomal damage | Sister-chromatid exchange | + | – | 56 µM [9.5 µg/mL] | Glyphosate, 62% Time of exposure, 24 h $P < 0.01$, –S9, at ≥ 56 µM | Siviková & Dianovskỳ (2006) |

[a] +, positive; –, negative; (+), weakly positive

AMPA, aminomethyl phosphonic acid; HIC, highest ineffective concentration; *Hprt*, hypoxanthine guanine phosphoribosyl transferase gene; LEC, lowest effective concentration; NT, not tested

**Table 4.5 Genetic and related effects of glyphosate, AMPA, and glyphosate-based formulations in non-mammalian systems in vivo**

| Phylogenetic class | Species, strain, tissue | End-point | Test | Results[a] | Dose (LED or HID) | Comments | Reference |
|---|---|---|---|---|---|---|---|
| *Glyphosate* | | | | | | | |
| Fish | *Prochilodus lineatus* (sábalo), erythrocytes and gill cells | DNA damage | DNA strand breaks, comet assay | + | 0.48 mg/L | Time of exposure 6, 24, and 96 h<br>For erythrocytes, $P = 0.01$ after 6 h, and $P = 0.014$ after 96 h; no significant increase after 24 h<br>For gill cells, $P = 0.02$ only after 6 h at 2.4 mg/L | Moreno *et al.* (2014) |
| Fish | *Anguilla anguilla* L. (European eel), blood cells | DNA damage | DNA strand breaks, comet assay | + | 0.0179 mg/L | Time of exposure 1 and 3 days<br>$P < 0.05$ | Guilherme *et al.* (2012b) |
| Fish | *Danio rerio* (zebrafish), sperm | DNA damage | DNA strand breaks, acridine orange method | + | 10 mg/L | After 96 h, DNA integrity was 78.3 ± 3.5%, significantly reduced from control (94.7 ± 0.9%) and 5 mg/L (92.6 ± 1.9%), ($P < 0.05$) | Lopes *et al.* (2014) |
| Fish | *Oreochromis niloticus* (Nile tilapia) branchial erythrocytes | DNA damage | DNA strand breaks, comet assay | + | 7 µM [1.2 mg/L] | Time of exposure, 10 days<br>$P < 0.001$ with concentrations ≥ 7 µM | Alvarez-Moya *et al.* (2014) |
| Oyster | Oyster spermatozoa | DNA damage | DNA strand breaks, comet assay | – | 0.005 mg/L | Time of exposure, 1 h | Akcha *et al.* (2012) |
| Insect | *Drosophila* standard cross | Mutation | SMART | + | 1 mM [0.169 mg/L] | Purity, 96%<br>Increased frequency of small single spots (≥ 1 mM) and total spots (≥ 2 mM)<br>$P = 0.05$ | Kaya *et al.* (2000) |
| Insect | *Drosophila melanogaster*, high bioactivation cross | Mutation | SMART | – | 10 mM [1.69 mg/L] | Purity, 96% | Kaya *et al.* (2000) |

**Table 4.5 (continued)**

| Phylogenetic class | Species, strain, tissue | End-point | Test | Results[a] | Dose (LED or HID) | Comments | Reference |
|---|---|---|---|---|---|---|---|
| Plant systems | *Tradescantia* clone 4430 (spiderworts), staminal hair nuclei | DNA damage | DNA strand breaks, comet assay | + | 0.0007 mM [0.12 µg/mL] | Glyphosate isopropylamine salt<br>$P < 0.01$ for directly exposed nuclei (dose-dependent increase) and plants | Alvarez-Moya *et al.* (2011) |
| Plant systems | *Allium cepa* (onion) | Chromosomal damage | Chromosomal aberrations | + | 3% | Single dose tested only<br>Partial but significant reversal with distilled water | Frescura *et al.* (2013) |
| Plant systems | *Allium cepa* (onion) | Chromosomal damage | Chromosomal aberrations | – | 2.88 µg/mL | Glyphosate isopropylamine | Rank *et al.* (1993) |
| Plant systems | *Trigonella foenum-graecum* L. (fenugreek) | Chromosomal damage | Chromosomal aberrations | + | 0.2% | $P < 0.001$; positive dose–response relationship | Siddiqui *et al.* (2012) |
| Plant systems | *Vicia faba* (bean) | Chromosomal damage | Micronucleus formation | – | 1400 ppm (1400 µg/g of soil) | Tested with two types of soil, but not without soil | De Marco *et al.* (1992) |
| *AMPA* | | | | | | | |
| Fish | *Anguilla anguilla* L. (European eel) | DNA damage | DNA strand breaks, comet assay | + | 0.0118 mg/L | Time of exposure, 1 and 3 days<br>$P < 0.05$ after 1 day of exposure | Guilherme *et al.* (2014b) |
| Fish | *Anguilla anguilla* L. (European eel) | Chromosomal damage | Other (ENA) | + | 0.0236 mg/L | $P < 0.05$ only at highest dose after 3 day exposure (not after 1 day) | Guilherme *et al.* (2014b) |
| *Glyphosate-based formulations* | | | | | | | |
| Fish | *Anguilla anguilla* L. (European eel), blood cells | DNA damage | DNA strand breaks, comet assay | + | 0.058 mg/L | $P < 0.05$<br>Positive dose–response relationship | Guilherme *et al.* (2010) |
| Fish | *Anguilla anguilla* L. (European eel), blood cells | DNA damage | DNA strand breaks, comet assay improved with the DNA-lesion-specific FPG and Endo III | + | 0.058 mg/L | Glyphosate-based formulation, 30.8%<br>Time of exposure, 1 and 3 days<br>With FPG, $P < 0.05$; with comet assay alone, $P < 0.05$ at 116 µg/L | Guilherme *et al.* (2012b) |

**Table 4.5 (continued)**

| Phylogenetic class | Species, strain, tissue | End-point | Test | Results[a] | Dose (LED or HID) | Comments | Reference |
|---|---|---|---|---|---|---|---|
| Fish | *Anguilla anguilla* L. (European eel), blood cells | DNA damage | DNA strand breaks, comet assay improved with the DNA-lesion-specific FPG and Endo III | + | 0.116 mg/L | Single dose tested only<br>Time of exposure, 3 days; recovery from non-specific DNA damage, but not oxidative DNA damage, 14 days after exposure<br>$P < 0.05$ | Guilherme *et al.* (2014a) |
| Fish | *Anguilla anguilla* L. (European eel), liver | DNA damage | DNA strand breaks, comet assay improved with the DNA-lesion-specific FPG and Endo III | + | 0.058 mg/L | Glyphosate-based formulation, 485 g/L<br>Time of exposure, 3 days<br>$P < 0.05$ | Marques *et al.* (2014, 2015) |
| Fish | *Prochilodus lineatus* (sábalo), erythrocytes and bronchial cells | DNA damage | DNA strand breaks, comet assay | + | 10 mg/L | Single dose tested only, for 6, 24, and 96 h<br>$P < 0.05$ for both erythrocytes and bronchial cells | Cavalcante *et al.* (2008) |
| Fish | *Prochilodus lineatus* (sábalo), erythrocytes and gill cells | DNA damage | DNA strand breaks, comet assay | + | 1 mg/L | Glyphosate-based formulation, 480 g/L<br>Time of exposure, 6, 24 and 96 h<br>$P < 0.001$ after 24 and 96 h in erythrocytes and 24 h in gill cells | Moreno *et al.* (2014) |
| Fish | *Poecilia reticulata* (guppy) gill erythrocytes | DNA damage | DNA strand breaks, comet assay | + | 2.83 µL/L [1.833 mg/L] | Glyphosate, 64.8%, m/v (648 g/L)<br>$P < 0.05$ | De Souza Filho *et al.* (2013) |
| Fish | *Channa punctatus* (bloch), blood and gill cells | DNA damage | DNA strand breaks, comet assay | + | 3.25 mg/L | Exposure continued for 35 days; blood and gill cells collected on day 1, 7, 14, 21, 28 and 35<br>$P < 0.01$, for blood and gill cells; DNA damage increased with time and concentration | Nwani *et al.* (2013) |

**Table 4.5 (continued)**

| Phylogenetic class | Species, strain, tissue | End-point | Test | Results[a] | Dose (LED or HID) | Comments | Reference |
|---|---|---|---|---|---|---|---|
| Fish | *Corydoras paleatus* (blue leopard corydoras, mottled corydoras and peppered catfish), blood and hepatic cells | DNA damage | DNA strand breaks, comet assay | + | 0.0067 mg/L | Glyphosate, 48% (corresponding to 3.20 µg/L)<br>Single dose tested only, for 3, 6, and 9 days<br>$P < 0.01$, in blood and in liver cells | de Castilhos Ghisi & Cestari (2013) |
| Fish | *Cyprinus carpio* Linnaeus (carp), erythrocytes | DNA damage | DNA strand breaks, comet assay | + | 2 mg/L (10% $LC_{50}$, 96 h) | Glyphosate, equivalent to 360 g/L<br>Single dose tested only, for 16 days<br>$P < 0.01$ | Gholami-Seyedkolaei *et al.* (2013) |
| Fish | *Carassius auratus* (goldfish), erythrocytes | DNA damage | DNA strand breaks, comet assay | + | 5 ppm | Glyphosate equivalent to 360 g/L<br>Time of exposure, 2, 4 and 6 days<br>After 48 h: $P < 0.05$ (5 mg/L) and $P < 0.001$ (10 and 15 mg/L) | Cavaş & Könen (2007) |
| Fish | *Prochilodus lineatus* (sábalo) erythrocytes | Chromosomal damage | Micronucleus formation | – | 10 mg/L | Single dose tested only, for 6, 24, and 96 h<br>Nuclear abnormalities (lobed nuclei, segmented nuclei and kidney-shaped nuclei) | Cavalcante *et al.* (2008) |
| Fish | *Corydoras paleatus* (blue leopard corydoras, mottled corydoras and peppered catfish), blood and hepatic cells | Chromosomal damage | Micronucleus formation | – | 0.0067 mg/L | Glyphosate, 48% (corresponding to 3.20 µg/L)<br>Single dose tested only, for 3, 6 and 9 days | de Castilhos Ghisi & Cestari (2013) |

**Table 4.5 (continued)**

| Phylogenetic class | Species, strain, tissue | End-point | Test | Results[a] | Dose (LED or HID) | Comments | Reference |
|---|---|---|---|---|---|---|---|
| Fish | *Tilapia rendalli* (redbreast tilapia) blood erythrocytes | Chromosomal damage | Micronucleus formation | + | 42 mg/kg bw | Glyphosate, 480 g/L<br>Increased frequency of micronucleus formation vs control ($P < 0.05$) in blood samples collected 4 days after a single intra-abdominal injection of 42, 85, or 170 mg/kg bw | Grisolia (2002) |
| Fish | *Carassius auratus* (goldfish), erythrocytes | Chromosomal damage | Micronucleus formation | + | 5 ppm | Glyphosate equivalent to 360 g/L<br>Time of exposure, 2, 4 and 6 days<br>Statistically significant differences: 96 h ($P < 0.05$); 144 h ($P < 0.01$) | Cavaş & Könen (2007) |
| Fish | *Poecilia reticulata* (guppy) gill erythrocytes | Chromosomal damage | Micronucleus formation, ENA | + | 1.41 µL/L [0.914 mg/L] | Glyphosate, 64.8%, m/v (648 g/L)<br>Micronucleus formation, $P < 0.01$<br>Other nuclear abnormalities, $P < 0.05$ at 1.41 to 5.65 µL/L; concentration-dependent ($r^2 = 0.99$) | De Souza Filho *et al.* (2013) |
| Fish | *Cnesterodon decemmaculatus* (Jenyns, 1842) peripheral blood erythrocytes | Chromosomal damage | Micronucleus formation | + | 3.9 mg/L | Glyphosate, 48%<br>Time of exposure, 48 and 96 h<br>$P < 0.05$, with 3.9 and 7.8 mg/L for 48 and 96 h | Vera-Candioti *et al.* (2013) |
| Fish | *Cnesterodon decemmaculatus* (Jenyns, 1842) peripheral blood erythrocytes | Chromosomal damage | Micronucleus formation | + | 22.9 mg/L | Glyphosate, 48%<br>Time of exposure, 48 and 96 h<br>$P < 0.01$, with 22.9 and 45.9 mg/L, and $P < 0.05$ at 68.8 mg/L, for 96 h | Vera-Candioti *et al.* (2013) |

**Table 4.5 (continued)**

| Phylogenetic class | Species, strain, tissue | End-point | Test | Results[a] | Dose (LED or HID) | Comments | Reference |
|---|---|---|---|---|---|---|---|
| Fish | *Prochilodus lineatus* (sábalo) erythrocytes | Chromosomal damage | Chromosomal aberrations | – | 10 mg/L | Single dose tested only, for 6, 24, and 96 h<br>Nuclear abnormalities (lobed nuclei, segmented nuclei and kidney-shaped nuclei) | Cavalcante *et al.* (2008) |
| Fish | *Anguilla anguilla* L. (European eel), peripheral mature erythrocytes | Chromosomal damage | Other (ENA) | + | 0.058 mg/L | Time of exposure, 1 and 3 days<br>Chromosomal breakage and/or chromosomal segregational abnormalities after 3 days of exposure, $P < 0.05$ | Guilherme *et al.* (2010) |
| Caiman | *Caiman latirostris* (broad-snouted caiman), erythrocytes | DNA damage | DNA strand breaks, comet assay | + | 0.500 mg/egg | Glyphosate, 66.2%<br>In-ovo exposure; blood sampling at the time of hatching<br>$P < 0.05$ in both experiments (50–1000 µg/egg in experiment 1; 500–1750 µg/egg in experiment 2) | Poletta *et al.* (2009) |
| Caiman | *Caiman latirostris* (broad-snouted caiman), erythrocytes | DNA damage | DNA strand breaks, comet assay | – | 19 800 mg/L | Glyphosate, 66.2%<br>Single dose tested only; in-ovo exposure<br>First spraying exposure at the beginning of incubation period, a second exposure on day 35, then incubation until hatching | Poletta *et al.* (2011) |
| Caiman | *Caiman latirostris* (broad-snouted caiman), erythrocytes | Chromosomal damage | Micronucleus fomation | + | 0.500 mg/egg | Glyphosate, 66.2%<br>In-ovo exposure; blood sampling at the time of hatching<br>$P < 0.05$ in both experiments (50–1000 µg/egg in experiment 1; 500–1750 µg/egg in experiment 2) | Poletta *et al.* (2009) |

**Table 4.5 (continued)**

| Phylogenetic class | Species, strain, tissue | End-point | Test | Results[a] | Dose (LED or HID) | Comments | Reference |
|---|---|---|---|---|---|---|---|
| Caiman | *Caiman latirostris* (broad-snouted caiman), erythrocytes | Chromosomal damage | Micronucleus fomation | + | 19.8 g/L | Glyphosate, 66.2%<br>One dose tested; in-ovo exposure<br>First spraying exposure at the beginning of incubation period, a second exposure on day 35, then incubation until hatching.<br>Micronucleus formation, $P < 0.001$<br>Damage index, $P < 0.001$ | Poletta *et al.* (2011) |
| Frog tadpole | *Rana catesbeiana* (ouaouaron), blood | DNA damage | DNA strand breaks, comet assay | + | 1.687 mg/L, p.o. | Time of exposure, 24 h<br>$P < 0.05$, with 6.75 mg/L; and $P < 0.001$ with 27 mg/L (with 108 mg/L, all died within 24 h) | Clements *et al.* (1997) |
| Frog | *Eleutherodactylus johnstonei* (Antilles coqui), erythrocytes | DNA damage | DNA strand breaks, comet assay | + | 0.5 µg a.e./cm$^2$ | Glyphosate-based formulation, 480 g/L<br>Exposure to an homogenate mist in a 300 cm$^2$ glass terrarium<br>Time of exposure: 0.5, 1, 2, 4, 8 and 24 h<br>$P < 0.05$ | Meza-Joya *et al.* (2013) |
| Frog | *Euflictis cyanophlyctis* (Indian skittering frog), erythrocytes | Chromosomal damage | Micronucleus formation | + | 1 mg a.e./L | Glyphosate isopropylamine salt, 41%<br>Time of exposure: 24, 48, 72, and 96 h<br>$P < 0.001$ at 24, 48, 72 and 96 h | Yadav *et al.* (2013) |
| Snail | *Biomphalaria alexandrina*, haemolymph | DNA damage | DNA strand breaks, comet assay | + | 10 mg/L | Glyphosate, 48%<br>Single dose tested only, for 24 h. The percentage of damaged DNA was 21% vs 4% (control)<br>No statistical analysis | Mohamed (2011) |
| Oyster | Oysters, spermatozoa | DNA damage | DNA strand breaks, comet assay | – | 5 µg/L | Glyphosate, 200 µg equivalent/L<br>Time of exposure, 1 h | Akcha *et al.* (2012) |

**Table 4.5 (continued)**

| Phylogenetic class | Species, strain, tissue | End-point | Test | Results[a] | Dose (LED or HID) | Comments | Reference |
|---|---|---|---|---|---|---|---|
| Clam | *Corbicula fluminea* (Asian clam) haemocytes | DNA damage | DNA strand breaks, comet assay | – | 10 mg/L | Time of exposure, 96 h<br>Significant increase when atrazine (2 or 10 mg/L) was added to glyphosate ($P < 0.05$)<br>No increase after exposure to atrazine or glyphosate separately | dos Santos & Martinez (2014) |
| Mussels | *Utterbackia imbecillis* (Bivalvia: Unionidae) glochidia mussels (larvae) | DNA damage | DNA strand breaks, comet assay | – | 5 mg/L | Glyphosate, 18%<br>Doses tested: 2.5 and 5 mg/L for 24 h<br>NOEC, 10.04 mg/L | Conners & Black (2004) |
| Worm | Earthworm, *Eisenia andrei,* coelomocytes | DNA damage | DNA strand breaks, comet assay | – | 240 µg a.e./cm² | Monoammonium salt, 85.4%, a.e.<br>Epidermic exposure during 72 h (on filter paper) | Piola *et al.* (2013) |
| Worm | Earthworm, *Eisenia andrei*, coelomocytes | DNA damage | DNA strand breaks, comet assay | + | 15 µg a.e./cm² | Monoammonium salt, 72%, a.e.<br>Epidermic exposure during 72 h (on filter paper)<br>$P < 0.001$ | Piola *et al.* (2013) |
| Worm | Earthworm, *Pheretima peguana*, coelomocytes | DNA damage | DNA strand breaks, comet assay | – | 251.50 µg/cm² | Active ingredient, 36% (w/v)<br>Epidermic exposure 48 h on filter paper; $LC_{50}$, 251.50 µg/cm² | Muangphra *et al.* (2014) |
| Worm | Earthworm, *Pheretima peguana*, coelomocytes | Chromosomal damage | Micronucleus formation | + | 251.50 µg/cm² | Active ingredient, 36% (w/v)<br>Exposure, 48 h on filter paper; $LC_{50}$, 251.50 µg/cm² filter paper<br>$P < 0.05$, for total micro-, bi-, and trinuclei frequencies at 0.25 µg/cm²; when analysed separately, micro- and trinuclei frequencies significantly differed from controls only at the $LC_{50}$ | Muangphra *et al.* (2014) |

**Table 4.5 (continued)**

| Phylogenetic class | Species, strain, tissue | End-point | Test | Results[a] | Dose (LED or HID) | Comments | Reference |
|---|---|---|---|---|---|---|---|
| Insect | *Drosophila melanogaster* | Mutation | Sex-linked recessive lethal mutations | + | 1 ppm | Single dose tested only<br>$P < 0.001$ | Kale *et al.* (1995) |
| Plant systems | *Allium cepa* (onion) | Chromosomal damage | Chromosomal aberrations | + | 1.44 μg/mL | Glyphosate-based formulation, 480 g/L<br>The doses of formulation were calculated as glyphosate isopropylamine<br>$P < 0.005$ | Rank *et al.* (1993) |
| Plant systems | *Crepis capillaris* (hawksbeard) | Chromosomal damage | Chromosomal aberrations | – | 0.5% | The highest dose tested (1%) was toxic | Dimitrov *et al.* (2006) |
| Plant systems | *Hordeum vulgare* L. cv. Madalin (barley roots) | Chromosomal damage | Chromosomal aberrations | (+) | 360 μg/mL (0.1%) | Reported as "significant" | Truta *et al.* (2011) |
| Plant systems | *Crepis capillaris* (hawksbeard) | Chromosomal damage | Micronucleus formation | – | 0.5% | The highest dose tested (1%) was toxic | Dimitrov *et al.* (2006) |

[a] +, positive; –, negative; (+) or (–) positive/negative in a study with limited quality

a.e., acid equivalent; AMPA, aminomethyl phosphonic acid; bw, body weight; ENA, erythrocytic nuclear abnormalities; Endo III, endonuclease III; FPG, formamidopyrimidine glycosylase; h, hour; HID, highest ineffective dose; $LC_{50}$, median lethal dose; LED, lowest effective dose; NOEC, no-observed effect concentration; p.o., oral; SMART, somatic mutation and recombination test

**Table 4.6 Genetic and related effects of glyphosate and glyphosate-based formulations on non-mammalian systems in vitro**

| Phylogenetic class | Test system (species; strain) | End-point | Test | Results[a] | | Concentration (LEC or HIC) | Comments | Reference |
|---|---|---|---|---|---|---|---|---|
| | | | | Without metabolic activation | With metabolic activation | | | |
| *Glyphosate* | | | | | | | | |
| Eukaryote Fish | *Oreochromis niloticus* (Nile tilapia), erythrocytes | DNA damage | DNA strand breaks, comet assay | + | NT | 7 µM [1.2 µg/mL] | Glyphosate isopropylamine, 96% $P \leq 0.001$; positive dose–response relationship for doses ≥ 7 µM | Alvarez-Moya *et al.* (2014) |
| Prokaryote (bacteria) | *Scytonema javanicum* (cyanobacteria) | DNA damage | DNA strand breaks, FADU assay | (+) | NT | 10 µM [1.7 µg/mL] (in combination with UVB) | Co-exposure to glyphosate (not tested alone; single dose tested only) enhanced UVB-induced increases | Wang *et al.* (2012) |
| Prokaryote (bacteria) | *Anabaena spherica* (cyanobacteria) | DNA damage | DNA strand breaks, FADU assay | (+) | NT | 10 µM [1.7 µg/mL] (in combination with UVB) | Co-exposure to glyphosate (not tested alone; single dose tested only) enhanced UVB-induced increases | Chen *et al.* (2012) |
| Prokaryote (bacteria) | *Microcystis viridis* (cyanobacteria) | DNA damage | DNA strand breaks, FADU assay | (+) | NT | 10 µM [1.7 µg/mL] (in combination with UVB) | Co-exposure to glyphosate (not tested alone; single dose tested only) enhanced UVB-induced increases | Chen *et al.* (2012) |
| Prokaryote (bacteria) | *Bacillus B. subtilis* | Differential toxicity | Rec assay | – | NT | 2000 µg/disk | | Li & Long (1988) |
| Prokaryote (bacteria) | *Salmonella typhimurium* TA1535, TA1537, TA1538, TA98 and TA100 | Mutation | Reverse mutation | – | – | 5000 µg/plate | | Li & Long (1988) |
| Prokaryote (bacteria) | *Escherichia coli* WP2 | Mutation | Reverse mutation | – | – | 5000 µg/plate | | Li & Long (1988) |

**Table 4.6 (continued)**

| Phylogenetic class | Test system (species; strain) | End-point | Test | Results[a] | | Concentration (LEC or HIC) | Comments | Reference |
|---|---|---|---|---|---|---|---|---|
| | | | | Without metabolic activation | With metabolic activation | | | |
| Acellular systems | Prophage superhelical PM2 DNA | DNA damage | DNA strand breaks | (–) | NT | 75 mM [12.7 mg/mL] (in combination with $H_2O_2$ (100 µM) | Glyphosate inhibited $H_2O_2$-induced damage of PM2 DNA at concentrations where synergism was observed in cellular DNA damage (data NR) | Lueken *et al.* (2004) |
| *Glyphosate-based formulations* | | | | | | | | |
| Prokaryote (bacteria) | *Salmonella typhimurium* TA98 | Mutation | Reverse mutation | + | – | 360 µg/plate | Glyphosate isopropylammonium salt, 480 g/L | Rank *et al.* (1993) |
| Prokaryote (bacteria) | *Salmonella typhimirium* TA100 | Mutation | Reverse mutation | – | + | 720 µg/plate | Glyphosate isopropylammonium salt, 480 g/L | Rank *et al.* (1993) |

[a] +, positive; –, negative; (+) or (–) positive/negative in a study with limited quality

FADU, fluorometric analysis of DNA unwinding; HIC, highest ineffective concentration; LEC, lowest effective concentration; NR, not reported; NT, not tested; UVB, ultraviolet B

Additionally, although all four glyphosate-based formulations dramatically reduced the transcription of ERα and ERβ in ERE-transfected HepG2 cells, glyphosate alone had no significant effect. Glyphosate and all four formulations reduced androgen-receptor transcription in the breast cancer cell line MDA-MB453-kb2, which has a high level of androgen receptor, with the formulations showing greater activity than glyphosate alone.

In a human placental cell line derived from choriocarcinoma (JEG3 cells), 18 hours of exposure to a glyphosate-based formulation ($IC_{50}$ = 0.04%) decreased aromatase activity (Richard *et al.*, 2005). Glyphosate alone was without effect. The concentrations used did not affect cell viability.

Glyphosate, at non-overtly toxic concentrations, decreased aromatase activity in fresh human placental microsomes and transformed human embryonic kidney cells (293) transfected with human aromatase cDNA (Benachour *et al.*, 2007). A glyphosate-based formulation, at non-overtly toxic concentrations, had the same effect. The formulation was more active at equivalent doses than glyphosate alone.

In human androgen receptor and ERα and ERβ reporter gene assays using the Chinese hamster ovary cell line (CHO-K1), glyphosate had neither agonist nor antagonist activity (Kojima *et al.*, 2004, 2010).

*(ii) Non-human mammalian experimental systems*

*In vivo*

No data were available to the Working Group.

*In vitro*

Benachour *et al.* (2007) and Richard *et al.* (2005) reported that glyphosate and a glyphosate-based formulation inhibited aromatase activity in microsomes derived from equine testis. Richard *et al.* (2005) reported an absorbance spectrum consistent with an interaction between a nitrogen atom of glyphosate and the active site of the purified equine aromatase enzyme.

In the mouse MA-10 Leydig cell tumour cell line, a glyphosate-based formulation (glyphosate, 180 mg/L) markedly reduced $[(Bu)_2]$ cAMP-stimulated progesterone production (Walsh *et al.*, 2000). The inhibition was dose-dependent, and occurred in the absence of toxicity or parallel reductions in total protein synthesis. In companion studies, the formulation also disrupted steroidogenic acute regulatory protein expression, which is critical for steroid hormone synthesis. Glyphosate alone did not affect steroidogenesis at any dose tested up to 100 µg/L. Forgacs *et al.* (2012) found that glyphosate (300 µM) had no effect on testosterone production in a novel murine Leydig cell line (BLTK1). Glyphosate did not modulate the effect of recombinant human chorionic gonadotropin, which served as the positive control for testosterone production.

*(iii) Non-mammalian experimental systems*

Gonadal tissue levels of testosterone, 17β-estradiol and total microsomal protein were significantly reduced in adult snails (*Biomphalaria alexandrina*) exposed for 3 weeks to a glyphosate-based formulation (glyphosate, 48%) at the $LC_{10}$ (10% lethal concentration) (Omran & Salama, 2013). These effects persisted after a 2-week recovery period, although the impact on 17β-estradiol was reduced in the recovery animals. The formulation also induced marked degenerative changes in the ovotestis, including absence of almost all the gametogenesis stages. CYP450 1B1, measured by enzyme-linked immunosorbent assay (ELISA), was substantially increased in the treated snails, including after the recovery period.

Glyphosate (0.11 mg/L for 7 days) did not increase plasma vittelogenin levels in juvenile rainbow trout (Xie *et al.*, 2005).

*(b) Other pathways*

*(i) Humans*

*Studies in exposed humans*

No data were available to the Working Group.

*Human cells in vitro*

Glyphosate did not exhibit agonist activity in an assay for a human pregnane X receptor (PXR) reporter gene in a CHO-K1 cell line (Kojima *et al.*, 2010).

*(ii) Non-human mammalian experimental systems*

*In vivo*

In rats, glyphosate (300 mg/kg bw, 5 days per week, for 2 weeks) had no effect on the formation of peroxisomes, or the activity of hepatic carnitine acetyltransferase and catalase, and did not cause hypolipidaemia, suggesting that glyphosate does not have peroxisome proliferator-activated receptor activity (Vainio *et al.*, 1983).

*In vitro*

Glyphosate was not an agonist for mouse peroxisome proliferator-activated receptors PPARα or PPARγ in reporter gene assays using CV-1 monkey kidney cells in vitro (Kojima *et al.*, 2010). Glyphosate was also not an agonist for the aryl hydrocarbon receptor in mouse hepatoma Hepa1c1c7 cells stably transfected with a reporter plasmid containing copies of dioxin-responsive element (Takeuchi *et al.*, 2008).

*(iii) Non-mammalian experimental systems*

As a follow-up to experiments in which injection of glyphosate, or incubation with a glyphosate-based formulation (glyphosate, 48%), caused chick and frog (*Xenopus laevis*) cephalic and neural crest terata characteristic of retinoic acid signalling dysfunction, Paganelli *et al.*, (2010) measured retinoic acid activity in tadpoles exposed to a glyphosate-based formulation. Retinoic activity measured by a reporter gene assay was increased by the formulation, and a retinoic acid antagonist blocked the effect. This indicated a possible significant modulation of retinoic acid activity by glyphosate.

### 4.2.3 Oxidative stress, inflammation, and immunosuppression

*(a) Oxidative stress*

*(i) Humans*

*Studies in exposed humans*

No data were available to the Working Group.

*Human cells in vitro*

Several studies examined the effects of glyphosate on oxidative stress parameters in the human keratinocyte cell line HaCaT. Gehin *et al.* (2005) found that a glyphosate-based formulation was cytotoxic to HaCaT cells, but that addition of antioxidants reduced cytotoxicity. Elie-Caille *et al.* (2010) showed that incubation of HaCaT cells with glyphosate at 21 mM (the half maximal inhibitory concentration for cytotoxicity, $IC_{50}$) for 18 hours increased production of hydrogen peroxide ($H_2O_2$) as shown by dichlorodihydrofluorescein diacetate assay. Similarly, George & Shukla (2013) exposed HaCaT cells to a glyphosate-based formulation (glyphosate, 41%; concentration, up to 0.1 mM) and evaluated oxidative stress using the dichlorodihydrofluorescein diacetate assay. The formulation (0.1 mM) increased maximum oxidant levels by approximately 90% compared with vehicle, an effect similar to that of $H_2O_2$ (100 mM). Pre-treatment of the cells with the antioxidant *N*-acetylcysteine abrogated generation of oxidants by both the formulation and by $H_2O_2$. *N*-Acetylcysteine also inhibited cell proliferation induced by the glyphosate-based formulation (0.1 mM). [The Working Group noted the recognized limitations of using dichlorodihydrofluorescein diacetate as a marker of oxidative stress (Bonini *et al.*, 2006; Kalyanaraman *et al.*, 2012),

and that the studies that reported this end-point as the sole evidence for oxidative stress should thus be interpreted with caution.]

Chaufan *et al.* (2014) evaluated the effects of glyphosate, AMPA (the main metabolite of glyphosate), and a glyphosate-based formulation on oxidative stress in HepG2 cells. The formulation, but not glyphosate or AMPA, had adverse effects. Specifically, the formulation increased levels of reactive oxygen species, nitrotyrosine formation, superoxide dismutase activity, and glutathione, but did not have an effect on catalase or glutathione-*S*-transferase activities. Coalova *et al.* (2014) exposed Hep2 cells to a glyphosate-based formulation (glyphosate as isopropylamine salt, 48%) at the $LC_{20}$ (concentration not otherwise specified) and evaluated various parameters of oxidative stress. Exposure to the formulation for 24 hours increased catalase activity and glutathione levels, but did not have an effect on superoxide dismutase or glutathione-*S*-transferase activity.

Using blood samples from non-smoking male donors, Mladinic *et al.* (2009b) examined the effects of in-vitro exposure to glyphosate on oxidative DNA damage in primary lymphocyte cultures and on lipid peroxidation in plasma. Both parameters were significantly elevated at glyphosate concentrations of 580 μg/mL (~3.4 mM), but not at lower concentrations. Kwiatkowska *et al.* (2014) examined the effects of glyphosate, its metabolite AMPA, and *N*-methylglyphosate (among other related compounds) in human erythrocytes isolated from healthy donors. The erythrocytes were exposed at concentrations of 0.01–5 mM for 1, 4, or 24 hours before flow cytometric measurement of the production of reactive oxygen species with dihydrorhodamine 123. Production of reactive oxygen species was increased by glyphosate (≥ 0.25 mM), AMPA (≥ 0.25 mM), and *N*-methylglyphosate (≥ 0.5 mM).

### *(ii) Non-human mammalian experimental systems*

Most of the studies of oxidative stress and glyphosate were conducted in rats and mice, and examined a range of exposure durations, doses, preparations (glyphosate and glyphosate-based formulations), administration routes and tissues. In addition, various end-points were evaluated to determine whether oxidative stress is induced by exposure to glyphosate. Specifically, it was found that glyphosate induces production of free radicals and oxidative stress in mouse and rat tissues through alteration of antioxidant enzyme activity, depletion of glutathione, and increases in lipid peroxidation. Increases in biomarkers of oxidative stress upon exposure to glyphosate in vivo have been observed in blood plasma (Astiz *et al.*, 2009b), liver (Bolognesi *et al.*, 1997; Astiz *et al.*, 2009b), skin (George *et al.*, 2010), kidney (Bolognesi *et al.*, 1997; Astiz *et al.*, 2009b), and brain (Astiz *et al.*, 2009b). Several studies demonstrated similar effects with a glyphosate-based formulation in the liver (Bolognesi *et al.*, 1997; Cavuşoğlu *et al.*, 2011; Jasper *et al.*, 2012), kidney (Bolognesi *et al.*, 1997; Cavuşoğlu *et al.*, 2011) and brain (Cattani *et al.*, 2014), or with a pesticide mixture containing glyphosate in the testes (Astiz *et al.*, 2013). Pre-treatment with antioxidants has been shown to mitigate the induction of oxidative stress by a glyphosate-based formulation (Cavuşoğlu *et al.*, 2011) and by a pesticide mixture containing glyphosate (Astiz *et al.*, 2013).

DNA damage associated with oxidative stress after exposure to glyphosate (e.g. as reported in Bolognesi *et al.*, 1997) is reviewed in Section 4.2.1.

### *(iii) Non-mammalian experimental systems*

Positive associations between exposure to glyphosate and oxidative stress were reported in various tissues in aquatic organisms (reviewed in Slaninova *et al.*, 2009). Glyphosate and various glyphosate-based formulations have been tested in various fish species for effects on a plethora of end-points (e.g. lipid peroxidation, DNA

damage, expression of antioxidant enzymes, levels of glutathione), consistently presenting evidence that glyphosate can cause oxidative stress in fish (Lushchak *et al.*, 2009; Ferreira *et al.*, 2010; Guilherme *et al.*, 2010, 2012a, b, 2014a, b; Modesto & Martinez, 2010a, b; Cattaneo *et al.*, 2011; Glusczak *et al.*, 2011; de Menezes *et al.*, 2011; Ortiz-Ordoñez *et al.*, 2011; Nwani *et al.*, 2013; Marques *et al.*, 2014, 2015; Sinhorin *et al.*, 2014; Uren Webster *et al.*, 2014). Similar effects were observed in bullfrog tadpoles exposed to a glyphosate-based formulation (Costa *et al.*, 2008), and in the Pacific oyster exposed to a pesticide mixture containing glyphosate (Geret *et al.*, 2013).

### *(b) Inflammation and immunomodulation*

#### *(i) Humans*

*Studies in exposed humans*

No data were available to the Working Group.

*Human cells in vitro*

Nakashima *et al.* (2002) investigated the effects of glyphosate on cytokine production in human peripheral blood mononuclear cells. Glyphosate (1 mM) had a slight inhibitory effect on cell proliferation, and modestly inhibited the production of IFN-gamma and IL-2. The production of TNF-α and IL-1 β was not affected by glyphosate at concentrations that significantly inhibited proliferative activity and T-cell-derived cytokine production.

#### *(ii) Non-human mammalian experimental systems*

Kumar *et al.* (2014) studied the pro-inflammatory effects of glyphosate and farm air samples in wildtype C57BL/6 and TLR4$^{-/-}$ mice, evaluating cellular response, humoral response, and lung function. In the bronchoalveolar lavage fluid and lung digests, airway exposure to glyphosate (1 or 100 µg) significantly increased the total cell count, eosinophils, neutrophils, and IgG1 and IgG2a levels. Airway exposure to glyphosate (100 ng, 1 µg, or 100 µg per day for 7 days) also produced substantial pulmonary inflammation, confirmed by histological examination. In addition, glyphosate-rich farm-air samples significantly increased circulating levels of IL-5, IL-10, IL-13 and IL-4 in wildtype and in TLR4$^{-/-}$ mice. Glyphosate was also tested in wildtype mice and significantly increased levels of IL-5, IL-10, IL-13, and IFN-γ (but not IL-4). The glyphosate-induced pro-inflammatory effects were similar to those induced by ovalbumin, and there were no additional or synergistic effects when ovalbumin was co-administered with glyphosate.

Pathological effects of glyphosate on the immune system have been reported in 13-week rat and mouse feeding studies by the NTP (Chan & Mahler, 1992). Relative thymus weight was decreased in male rats exposed for 13 weeks, but increased in male mice. Treatment-related changes in haematological parameters were observed in male rats at 13 weeks and included mild increases in haematocrit [erythrocyte volume fraction] and erythrocytes at 12 500, 25 000, and 50 000 ppm, haemoglobin at 25 000 and 50 000 ppm, and platelets at 50 000 ppm. In female rats, small but significant increases occurred in lymphocyte and platelet counts, leukocytes, mean corpuscular haemoglobin, and mean corpuscular volume at 13 weeks.

Blakley (1997) studied the humoral immune response in female CD-1 mice given drinking-water containing a glyphosate-based formulation at concentrations up to 1.05% for 26 days. The mice were inoculated with sheep erythrocytes to produce a T-lymphocyte, macrophage-dependent antibody response on day 21 of exposure. Antibody production was not affected by the formulation.

#### *(iii) Non-mammalian experimental systems*

A positive association between exposure to glyphosate and immunotoxicity in fish has been reported. Kreutz *et al.* (2011) reported alterations

in haematological and immune-system parameters in silver catfish (*Rhamdia quelen*) exposed to sublethal concentrations (10% of the median lethal dose, $LC_{50}$, at 96 hours) of a glyphosate-based herbicide. Numbers of blood erythrocytes, thrombocytes, lymphocytes, and total leukocytes were significantly reduced after 96 hours of exposure, while the number of immature circulating cells was increased. The phagocytic index, serum bacteria agglutination, and total peroxidase activity were significantly reduced after 24 hours of exposure. Significant decreases in serum bacteria agglutination and lysozyme activity were found after 10 days of exposure. No effect on serum bactericidal and complement natural haemolytic activity was seen after 24 hours or 10 days of exposure to glyphosate.

el-Gendy *et al.* (1998) demonstrated effects of a glyphosate-based formulation (glyphosate, 48%) at 1/1000 of the concentration recommended for field application on humoral and cellular immune response in bolti fish (*Tilapia nilotica*). The mitogenic responses of splenocytes to phytohaemagglutinin, concanavalin A, and lipopolysaccharide in fish exposed to glyphosate for 96 hours were gradually decreased and reached maximum depression after 4 weeks. Glyphosate also produced a concentration-dependent suppression of in-vitro plaque-forming cells in response to sheep erythrocytes.

### *4.2.4 Cell proliferation and death*

#### *(a) Humans*

#### *(i) Studies in exposed humans*

No data were available to the Working Group.

#### *(ii) Human cells in vitro*

Cell proliferation potential was explored in HaCaT keratinocytes exposed to a glyphosate-based formulation (glyphosate, 41%; concentration, up to 0.1 mM) (George & Shukla, 2013). The formulation increased the number of viable cells, as assessed by the MTT assay (based on reduction of the dye 3-(4,5-dimethylthiazol-2-yl)-2,5-diphenyltetrazolium bromide) at concentrations up to 0.1 mM, while concentration- and incubation-time-dependent reductions were seen at higher concentrations (up to 1 mM). The formulation (0.01 or 0.1 mM for 72 hours) significantly enhanced cell proliferation (measured by staining for either proliferating cell nuclear antigen or 5-bromo-2′-deoxyuridine); at 0.1 mM, the increases exceeded levels for the positive control, tetradecanoyl-phorbol-13-acetate. The proportion of S-phase cells (assessed using flow cytometry) and the expression of G1/S cell-cycle regulatory proteins (cyclins D1 and E, CDK2, CDK4, and CDK6) increased after exposure to the formulation or the positive control.

Li *et al.* (2013) reported that glyphosate and AMPA inhibited cell growth in eight human cancer cell lines, but not in two immortalized normal prostate cell lines. An ovarian (OVCAR-3) and a prostate (C4–2B) cell line showed the greatest loss in viability, with glyphosate or AMPA at 15–50 mM. Further assays were conducted on AMPA, but not glyphosate, in two prostate cancer cell lines (C4–2B and PC-3), and found cell-cycle arrest (decreased entry of cells into S-phase) and increased apoptosis. [The Working Group noted that the findings from these assays with AMPA are of unclear relevance to the effects of glyphosate.]

Glyphosate ($10^{-6}$ to 1 μM) increased growth by 15–30% relative to controls in hormone-dependent T47D breast cancer cells, but only when endogenous estrogen was minimized in the culture medium (by substitution with 10% dextran-charcoal treated fetal bovine serum). Glyphosate did not affect the growth of hormone-independent MDA-MB231 breast cancer cells cultured in either medium (Thongprakaisang *et al.*, 2013).

Glyphosate (up to 30 μM) did not show cell proliferation potential (5-bromo-2′-deoxyuridine) and did not activate caspase 3 or TP53 in human neuroprogenitor ReN CX cells (Culbreth *et al.*, 2012).

Several studies evaluated the impact of glyphosate or glyphosate-based formulations on apoptotic cell death in the HepG2 human hepatoma cell line. Glyphosate-based formulations induced apoptosis in HepG2 cells, while glyphosate alone was generally without effect or showed effects at considerably higher concentrations (Gasnier *et al.*, 2009, 2010; Mesnage *et al.*, 2013; Chaufan *et al.*, 2014; Coalova *et al.*, 2014). For example, 23.5% of the nuclei of HepG2 cells exposed to a glyphosate-based formulation showed condensed and fragmented chromatin ($P < 0.01$), and caspases 3 and 7 were significantly activated, both effects being indicative of apoptosis (Chaufan *et al.*, 2014). Caspases were unaffected by glyphosate or AMPA alone. Glyphosate and AMPA did not affect cell viability at concentrations up to 1000 mg/L, a concentration that increased rather than decreased cell viability after 48 and 72 hours of incubation. In contrast, cells exposed to glyphosate-based formulation at lower concentrations were not viable. Similarly, Coalova *et al.* (2014) reported that a glyphosate-based formulation (glyphosate, 48%) induced apoptotic cell death in HepG2 cells. Apoptosis was indicated by activation of caspases 3 and 7, and the significant fraction (17.7%) of nuclei with condensed and fragmented chromatin ($P < 0.001$).

In studies with glyphosate and nine different glyphosate-based formulations in three cell lines, glyphosate alone did not increase the activity of adenylate kinase (Mesnage *et al.*, 2013). The activity of caspases 3 and 7 was significantly increased by glyphosate in HepG2 and embryonic kidney HEK293 cells, and elevated (although not significantly) about 1.8 times above control levels in placental choriocarcinoma JEG-3 cells. Two formulations containing an ethoxylated adjuvant induced adenylate kinase activity to a greater extent than caspase activity. All formulations were reported to be more cytotoxic than glyphosate. [In concentration–response curves, glyphosate showed an effect on mitochondrial succinate dehydrogenase activity, a measure of cell viability, that was similar to that shown by one formulation. The calculated 50% lethal concentration in JEG3 cells for mitochondrial succinate dehydrogenase activity was greater for three formulations, although the values appeared inconsistent with the concentration–response curves.]

In HUVEC primary neonate umbilical cord vein cells, and 293 embryonic kidney and JEG3 placental cell lines, Benachour & Séralini (2009) found that glyphosate at relatively high concentrations induced apoptosis, as indicated by induction of caspases 3 and 7, and DNA staining and microscopy. At comparable or lower concentrations, four glyphosate-based formulations all caused primarily necrotic cell death. The umbilical cord HUVEC cells were the most sensitive (by about 100-fold) to the apoptotic effects of glyphosate.

Heu *et al.* (2012) evaluated apoptosis in immortalized human keratinocytes (HaCaT) exposed to glyphosate (5–70 mM). Based on annexin V, propidium iodide and mitochondrial staining, exposures leading to 15% cytotoxicity gave evidence of early apoptosis, while increases in late apoptosis and necrosis were observed at higher levels of cytotoxicity.

*(b) Non-human mammalian experimental systems*

*(i) In vivo*

In male Wistar rats, glyphosate (10 mg/kg bw, injected intraperitoneally three times per week for 5 weeks) reduced, but not significantly, the inner mitochondrial membrane integrity of the substantia nigra and cerebral cortex (Astiz *et al.* 2009a). Caspase 3 activity was unaltered in these tissues. Mitochondrial cardiolipin content was significantly reduced, particularly in the substantia nigra, where calpain activity was substantially higher. Glyphosate induced DNA fragmentation in the brain and liver.

*(ii) In vitro*

In adult Sprague Dawley rat testicular cells exposed in vitro, glyphosate (up to 1%; for 24 or 48 hours) did not provoke cell-membrane alterations (Clair *et al.*, 2012). However, caspase 3 and 7 activity increased with exposure in Sertoli cells alone, and in Sertoli and germ cell mixtures. On the other hand, a glyphosate-based formulation (a 0.1% solution, containing 0.36 g/L of glyphosate) induced membrane alterations and decreased the activity of caspase 3 and 7 in Leydig cells, and in Sertoli and germ cell mixtures. In a separate study, glyphosate increased apoptosis in primary Sertoli cell cultures from mice (Zhao *et al.*, 2013).

Glyphosate (5–40 mM, for 12, 24, 48, or 72 hours) significantly increased cell death in a time- and concentration-dependent manner in differentiated rat pheochromocytoma PC12 (neuronal) cells Gui *et al.* (2012). Apoptotic changes included cell shrinkage, DNA fragmentation, decreased Bcl2 expression, and increased Bax expression. Both autophagy and apoptosis were implicated, as pre-treatment with the pan-caspase inhibitor Z-VAD or the autophagy inhibitor 3-MA inhibited cell loss.

Induction of apoptosis by glyphosate or glyphosate-based formulations was also studied in other cell lines. Glyphosate (10 μM) induced apoptosis in rat heart H9c2 cells, the effect being enhanced when glyphosate was given in combination with the adjuvant TN-20 (5 μM), (Kim *et al.*, 2013). A glyphosate-based formulation induced apoptosis in mouse 3T3-L1 fibroblasts, and inhibited their transformation to adipocytes (Martini *et al.*, 2012). A glyphosate-based formulation (10 mM) did not increase rat hepatoma HTC cell death, but did affect mitochondrial membrane potential (Malatesta *et al.*, 2008).

Glyphosate (up to 30 μM) did not activate caspase 3 or show cell proliferation potential (5-bromo-2′-deoxyuridine) in a mouse neuroprogenitor cell line, but did activate Tp53 at the highest concentration tested (Culbreth *et al.*, 2012).

### *4.2.5 Other mechanisms*

No data on immortalization, epigenetic alterations, altered DNA repair, or genomic instability after exposure to glyphosate were available to the Working Group.

## 4.3 Data relevant to comparisons across agents and end-points

No data on high-throughput screening or other relevant data were available to the Working Group. Glyphosate was not tested by the Tox21 and ToxCast research programmes of the government of the USA (Kavlock *et al.* 2012; Tice *et al.*, 2013).

## 4.4 Cancer susceptibility data

No studies that examined genetic, life-stage, or other susceptibility factors with respect to adverse health outcomes that could be associated with exposure to glyphosate were identified by the Working Group.

## 4.5 Other adverse effects

### *4.5.1 Humans*

In the USA in the past decade, poison-control centres have reported more than 4000 exposures to glyphosate-containing herbicides, of which several hundred were evaluated in a health-care facility, and fatalities were rare (Rumack, 2015). In a pesticide surveillance study carried out by the National Poisons Information Service of the United Kingdom, glyphosate was among the most common pesticide exposure implicated in severe or fatal poisoning cases between 2004 and 2013 (Perry *et al.*, 2014). Deliberate poisonings with glyphosate resulting in toxicity and fatality

have been reported in many countries, including Australia (Stella & Ryan, 2004), Denmark (Mortensen *et al.*, 2000), India (Mahendrakar *et al.*, 2014), Japan (Motojyuku *et al.*, 2008), Republic of Korea (Park *et al.*, 2013), New Zealand (Temple & Smith, 1992), Sri Lanka (Roberts *et al.*, 2010), Taiwan, China (Chen *et al.*, 2009), and Thailand (Sribanditmongkol *et al.*, 2012).

Glyphosate demonstrated no potential for photo-irritation or photo-sensitization in 346 volunteers exposed dermally on normal or abraded skin (Hayes & Laws, 1991). On the other hand, Mariager *et al.* (2013) reported severe burns after prolonged accidental dermal exposure to a glyphosate-based formulation.

### *4.5.2 Experimental systems*

Glyphosate was tested in nine regulatory submissions included in the Toxicity Reference Database (ToxRefDB) and reviewed by the EPA (EPA, 2015). Specifically, study design, treatment group, and treatment-related effect information were captured for four long-term studies and/or carcinogenicity studies, one short-term study, two multigeneration studies of reproductivity, and two studies of developmental toxicity. The NTP also tested glyphosate in a 13-week study in rats and mice (Chan & Mahler, 1992).

In a long-term combined study of toxicity and carcinogenicity in rats given glyphosate at nominal doses of 100, 400, and 1000 mg/kg bw per day, inflammation was observed in the stomach mucosa of females at the intermediate and highest doses (EPA, 1990, 1991b). In males at the highest dose, liver weight, cataracts and lens degeneration in the eyes, and urine specific gravity were increased, while body weight, body-weight gain, and urinary pH were decreased. Pancreatic acinar cell atrophy was observed in males at the highest dose. Pancreatic inflammation was also observed in male rats at the highest dose in a short-term study (nominal doses of 50, 250, and 1000 mg/kg bw per day) (EPA, 1987). In the study by the NTP, cytoplasmic alteration was observed in the parotid and submandibular salivary glands of rats (Chan & Mahler, 1992).

In a study of carcinogenicity in mice given glyphosate at doses of 150, 1500, or 4500 mg/kg bw per day, liver hypertrophy and necrosis were observed in males at the highest dose (EPA, 1983). Other effects in males at the highest dose included increased testes weight, interstitial nephritis, and decreased body weight. In females at the highest dose, ovary weights were increased, proximal tubule epithelial basophilia and hypertrophy was observed, and body weights were decreased. In the study by the NTP, cytoplasmic alteration was observed in the parotid salivary glands in mice (Chan & Mahler, 1992).

#### *Developmental and reproductive toxicity*

In a study of developmental toxicity in rats given glyphosate at a dose of 300, 1000, or 3500 mg/kg bw per day, reduced implantation rates and fewer live fetuses were observed in dams at the highest dose (EPA, 1980b). In fetuses at the highest dose, unossified sternebra were observed and fetal weight was reduced.

## 5. Summary of Data Reported

### 5.1 Exposure data

Glyphosate is a broad-spectrum herbicide that is effective at killing or suppressing all plant types, including grasses, perennials, and woody plants. The herbicidal activity of glyphosate was discovered in 1970 and since then its use has increased to a point where it is now the most heavily used herbicide in the world, with an annual global production volume in 2012 of more than 700 000 tonnes used in more than 750 different products. Changes in farming practice and the development of genetically modified crops that are resistant to glyphosate have contributed to the increase in use.

There is little information available on occupational or community exposure to glyphosate. Glyphosate can be found in soil, air, surface water and groundwater, as well as in food. It has been detected in air during agricultural herbicide-spraying operations. Glyphosate was detected in urine in two studies of farmers in the USA, in urban populations in Europe, and in a rural population living near areas sprayed for drug eradication in Columbia. However, urinary concentrations were mostly below the limit of detection in several earlier studies of forestry workers who sprayed glyphosate. Exposure of the general population occurs mainly through diet.

## 5.2 Human carcinogenicity data

In its evaluation of the epidemiological studies reporting on cancer risks associated with exposure to glyphosate, the Working Group identified seven reports from the Agricultural Health Study (AHS) cohort and several reports from case–control studies. The AHS cohort, the pooled analyses of the case–control studies in the midwest USA, and the cross-Canada study were considered key investigations because of their relatively large size. Reports from two or more independent studies were available for non-Hodgkin lymphoma (NHL), multiple myeloma, Hodgkin lymphoma, glioma, and prostate. For the other cancer sites, results from only one study were available for evaluation.

### *5.2.1 NHL and other haematopoietic cancers*

Two large case–control studies of NHL from Canada and the USA, and two case–control studies from Sweden reported statistically significant increased risks of NHL in association with exposure to glyphosate. For the study in Canada, the association was seen among those with more than 2 days/year of exposure, but no adjustment for other pesticides was done. The other three studies reported excesses for NHL associated with exposure to glyphosate, after adjustment for other pesticides (reported odds ratio were 2.1 (95% CI, 1.1–4.0); 1.85 (95% CI, 0.55–6.2); and 1.51 (95% CI, 0.77–2.94). Subtype-specific analyses in a Swedish case–control study indicated positive associations for total NHL, as well as all subtypes, but this association was statistically significant only for the subgroup of lymphocytic lymphoma/chronic lymphocytic leukaemia (OR, 3.35; 95% CI, 1.42–7.89). An elevated risk (OR, 3.1; 95% CI, 0.6–17.1) was also found for B-cell lymphoma in an European study based on few cases. One hospital-based case–control study from France did not find an association between exposure to glyphosate and NHL (OR, 1.0; 95% CI, 0.5–2.2) based on few exposed cases.

A roughly twofold excess of multiple myeloma, a subtype of NHL, was reported in three studies: only among the highest category of glyphosate use (> 2 days/year) in the large Canadian case–control study, in a case–control study from Iowa, USA, and in a French case–control study (all not statistically significant). These three studies did not adjust for the effect of other pesticides. In the AHS, there was no association with NHL (OR, 1.1; 0.7–1.9). For multiple myeloma, relative risk was 1.1 (95% CI, 0.5–2.4) when adjusted for age only; but was 2.6 (95% CI, 0.7–9.4) when adjusted for multiple confounders. No excess in leukaemia was observed in a case–control study in Iowa and Minnesota, USA, or in the AHS.

In summary, case–control studies in the USA, Canada, and Sweden reported increased risks for NHL associated with exposure to glyphosate. The increased risk persisted in the studies that adjusted for exposure to other pesticides. The AHS cohort did not show an excess of NHL. The Working Group noted that there were excesses reported for multiple myeloma in three studies; however, they did not weight this evidence as strongly as that of NHL because of the possibility that chance could not be excluded; none of the

risk estimates were statistically significant nor were they adjusted for other pesticide exposures.

#### 5.2.2. Other cancer sites

No association of glyphosate with cancer of the brain in adults was found in the Upper Midwest Health case–control study. No associations in single case–control studies were found for cancers of the oesophagus and stomach, prostate, and soft-tissue sarcoma. For all other cancer sites (lung, oral cavity, colorectal, pancreas, kidney, bladder, breast, prostate, melanoma) investigated in the large AHS, no association with exposure to glyphosate was found.

## 5.3 Animal carcinogenicity data

Glyphosate was tested for carcinogenicity in male and female mice by dietary administration in two studies, and in male and female rats by dietary administration in five studies and in drinking-water in one study. A glyphosate-based formulation was also tested in drinking-water in one study in male and female rats, and by skin application in one initiation–promotion study in male mice.

There was a positive trend in the incidence of renal tubule carcinoma and of renal tubule adenoma or carcinoma (combined) in males in one feeding study in CD-1 mice. Renal tubule carcinoma is a rare tumour in this strain of mice. No significant increase in tumour incidence was seen in female mice in this study. In the second feeding study, there was a significant positive trend in the incidence of haemangiosarcoma in male CD-1 mice. No significant increase in tumour incidence was seen in female mice in this study.

For the five feeding studies in rats, two studies in the Sprague-Dawley strain showed a significant increase in the incidence of pancreatic islet cell adenoma in males – one of these two studies also showed a significant positive trend in the incidences of hepatocellular adenoma in males and of thyroid C-cell adenoma in females. Two studies (one in Sprague-Dawley rats, one in Wistar rats) found no significant increase in tumour incidence at any site. One study in Wistar rats was inadequate for the evaluation because of the short duration of exposure.

In the study in Wistar rats given drinking-water containing glyphosate, there was no significant increase in tumour incidence.

A glyphosate-based formulation was found to be a skin-tumour promoter in the initiation–promotion study in male Swiss mice. The study of a glyphosate-based formulation in drinking-water in Sprague-Dawley rats was inadequate for the evaluation because of the small number of animals per group, and the limited information provided on tumour histopathology and incidence in individual animals. These studies of a chemical mixture containing glyphosate were considered inadequate to evaluate the carcinogenicity of glyphosate alone.

## 5.4. Other relevant data

Direct data on absorption of glyphosate in humans were not available to the Working Group. Glyphosate was detected in the urine of agricultural workers in several studies, and in the blood of poisoning cases, indicative of absorption. Some evidence for absorption through human skin (~2%) was reported in studies in vitro. The minor role of dermal absorption was also shown in a study in non-human primate model in vivo. However, no study examined the rates of absorption in humans. In rodents, several studies showed up to 40% absorption after oral administration of a single or repeated dose.

Glyphosate was measured in human blood. No data on parenchymal tissue distribution for glyphosate in humans were available to the Working Group. In rats given glyphosate by oral administration, concentrations in tissues had the following rank order: kidneys > spleen > fat > liver. Repeated administration had no effect

on the distribution of glyphosate. In a study in rats, the half-life of glyphosate in plasma was estimated to be more than 1 day, indicating that glyphosate is not rapidly eliminated.

In the environment, glyphosate is degraded by soil microbes, primarily to aminomethylphosphonic acid (AMPA) and carbon dioxide. Glyphosate is not efficiently metabolized in humans or other mammals. In rats, small amounts of AMPA were detected in the plasma and in the colon, with the latter being attributed to intestinal microbial metabolism. In humans, small amounts of AMPA are detectable in blood in cases of deliberate glyphosate poisoning. Few studies examined the possible effects of glyphosate-based formulations on metabolizing enzymes, but no firm conclusions could be drawn from these studies.

Studies in rodents showed that systemically absorbed glyphosate is excreted unchanged into the urine, and that the greatest amount is excreted in the faeces, indicating poor absorption. Glyphosate was detected in the urine of humans who were exposed occupationally to glyphosate. AMPA has also been detected in human urine.

Glyphosate is not electrophilic.

A large number of studies examined a wide range of end-points relevant to genotoxicity with glyphosate alone, glyphosate-based formulations, and AMPA.

There is strong evidence that glyphosate causes genotoxicity. The evidence base includes studies that gave largely positive results in human cells in vitro, in mammalian model systems in vivo and in vitro, and studies in other non-mammalian organisms. In-vivo studies in mammals gave generally positive results in the liver, with mixed results for the kidney and bone marrow. The end-points that have been evaluated in these studies comprise biomarkers of DNA adducts and various types of chromosomal damage. Tests in bacterial assays gave consistently negative results.

The evidence for genotoxicity caused by glyphosate-based formulations is strong. There were three studies of genotoxicity end-points in community residents exposed to glyphosate-based formulations, two of which reported positive associations. One of these studies examined chromosomal damage (micronucleus formation) in circulating blood cells before and after aerial spraying with glyphosate-based formulations and found a significant increase in micronucleus formation after exposure in three out of four different geographical areas. Additional evidence came from studies that gave largely positive results in human cells in vitro, in mammalian model systems in vivo and in vitro, and studies in other non-mammalian organisms. The end-points that were evaluated in these studies comprised biomarkers of DNA adducts and various types of chromosomal damage. The pattern of tissue specificity of genotoxicity end-points observed with glyphosate-based formulations is similar to that observed with glyphosate alone. Tests in bacterial assays gave generally negative results.

For AMPA, the evidence for genotoxicity is moderate. While the number of studies that examined the effects of AMPA was not large, all of the studies gave positive results. Specifically, genotoxicity was reported in a study in humans in vitro, a study in mammals in vivo, a study in mammals in vitro, and one study in eels in vivo.

Strong evidence exists that glyphosate, AMPA, and glyphosate-based formulations can induce oxidative stress. Evidence came from studies in many rodent tissues in vivo, and human cells in vitro. In some of these studies, the mechanism was challenged by co-administration of antioxidants and observed amelioration of the effects. Similar findings have been reported in fish and other aquatic species. Various end-points (e.g. lipid peroxidation markers, oxidative DNA adducts, dysregulation of antioxidant enzymes) have been evaluated in numerous studies. This

increased the confidence of the Working Group in the overall database.

There is weak evidence that glyphosate or glyphosate-based formulations induce receptor-mediated effects. In multiple experiments, glyphosate-based formulations affected aromatase activity; glyphosate was active in a few of these studies. Some activity in other nuclear receptor-mediated pathways has been observed for glyphosate or glyphosate-based formulations. In one series of experiments, glyphosate was not found to be a ligand to several receptors and related proteins (aryl hydrocarbon receptor, peroxisome proliferator-activated receptors, pregnane X receptor).

There is weak evidence that glyphosate may affect cell proliferation or death. Several studies in human and rodent cell lines have reported cytotoxicity and cell death, the latter attributed to the apoptosis pathway. Studies that examined the effects of glyphosate alone or a glyphosate-based formulation found that glyphosate alone had no effect, or a weaker effect than the formulation.

There is weak evidence that glyphosate may affect the immune system, both the humoral and cellular response, upon long-term treatment in rodents. Several studies in fish, with glyphosate or its formulations, also reported immunosuppressive effects.

With regard to the other key characteristics of human carcinogens (IARC, 2014), the Working Group considered that the data were too few for an evaluation to be made.

Severe or fatal human poisoning cases have been documented worldwide. In rodents, organ and systemic toxicity from exposures to glyphosate are demonstrated by liver-weight effects and necrosis in animals at high doses. Additionally, effects on the pancreas, testes, kidney and ovaries, as well as reduced implantations and unossified sternebra were seen at similar doses.

No data on cancer-related susceptibility after exposure to glyphosate were available to the Working Group.

Overall, the mechanistic data provide strong evidence for genotoxicity and oxidative stress. There is evidence that these effects can operate in humans.

# 6. Evaluation

## 6.1 Cancer in humans

There is *limited evidence* in humans for the carcinogenicity of glyphosate. A positive association has been observed for non-Hodgkin lymphoma.

## 6.2 Cancer in experimental animals

There is *sufficient evidence* in experimental animals for the carcinogenicity of glyphosate.

## 6.3 Overall evaluation

Glyphosate is *probably carcinogenic to humans (Group 2A).*

## 6.4 Rationale

In making this overall evaluation, the Working Group noted that the mechanistic and other relevant data support the classification of glyphosate in Group 2A.

In addition to limited evidence for the carcinogenicity of glyphosate in humans and sufficient evidence for the carcinogenicity of glyphosate in experimental animals, there is strong evidence that glyphosate can operate through two key characteristics of known human carcinogens, and that these can be operative in humans. Specifically:

- There is strong evidence that exposure to glyphosate or glyphosate-based formulations is genotoxic based on studies in humans in vitro and studies in experimental animals.

One study in several communities in individuals exposed to glyphosate-based formulations also found chromosomal damage in blood cells; in this study, markers of chromosomal damage (micronucleus formation) were significantly greater after exposure than before exposure in the same individuals.

- There is strong evidence that glyphosate, glyphosate-based formulations, and aminomethylphosphonic acid can act to induce oxidative stress based on studies in experimental animals, and in studies in humans in vitro. This mechanism has been challenged experimentally by administering antioxidants, which abrogated the effects of glyphosate on oxidative stress. Studies in aquatic species provide additional evidence for glyphosate-induced oxidative stress.

## References

Abraxis (2005). Glyphosate Plate Kit Part No. 500086. Warminster (PA): Abraxis, LLC. Available from: http://www.abraxiskits.com/uploads/products/docfiles/184_PN500086USER.pdf, accessed 28 July 2015.

Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, Chapman P *et al.* (2004). Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. *Environ Health Perspect*, 112(3):321–6. doi:10.1289/ehp.6667 PMID:14998747

Akcha F, Spagnol C, Rouxel J (2012). Genotoxicity of diuron and glyphosate in oyster spermatozoa and embryos. *Aquat Toxicol*, 106–107:104–13. doi:10.1016/j.aquatox.2011.10.018 PMID:22115909

Alavanja MC, Samanic C, Dosemeci M, Lubin J, Tarone R, Lynch CF *et al.* (2003). Use of agricultural pesticides and prostate cancer risk in the Agricultural Health Study cohort. *Am J Epidemiol*, 157(9):800–14. doi:10.1093/aje/kwg040 PMID:12727674

Alavanja MC, Sandler DP, McMaster SB, Zahm SH, McDonnell CJ, Lynch CF *et al.* (1996). The Agricultural Health Study. *Environ Health Perspect*, 104(4):362–9. doi:10.1289/ehp.96104362 PMID:8732939

Alvarez-Moya C, Silva MR, Arámbula AR, Sandoval AI, Vasquez HC, González Montes RM (2011). Evaluation of genetic damage induced by glyphosate isopropylamine salt using *Tradescantia* bioassays. *Genet Mol Biol*, 34(1):127–30. doi:10.1590/S1415-47572010005000108 PMID:21637555

Alvarez-Moya C, Silva MR, Ramírez CV, Gallardo DG, Sánchez RL, Aguirre AC *et al.* (2014). Comparison of the *in vivo* and *in vitro* genotoxicity of glyphosate isopropylamine salt in three different organisms. *Genet Mol Biol*, 37(1):105–10. doi:10.1590/S1415-47572014000100016 PMID:24688297

Andreotti G, Freeman LE, Hou L, Coble J, Rusiecki J, Hoppin JA *et al.* (2009). Agricultural pesticide use and pancreatic cancer risk in the Agricultural Health Study Cohort. *Int J Cancer*, 124(10):2495–500. doi:10.1002/ijc.24185 PMID:19142867

Aris A, Leblanc S (2011). Maternal and fetal exposure to pesticides associated to genetically modified foods in Eastern Townships of Quebec, Canada. *Reprod Toxicol*, 31(4):528–33. doi:10.1016/j.reprotox.2011.02.004 PMID:21338670

Astiz M, de Alaniz MJ, Marra CA (2009a). Effect of pesticides on cell survival in liver and brain rat tissues. *Ecotoxicol Environ Saf*, 72(7):2025–32. doi:10.1016/j.ecoenv.2009.05.001 PMID:19493570

Astiz M, de Alaniz MJ, Marra CA (2009b). Antioxidant defense system in rats simultaneously intoxicated with agrochemicals. *Environ Toxicol Pharmacol*, 28(3):465–73. doi:10.1016/j.etap.2009.07.009 PMID:21784044

Astiz M, Hurtado de Catalfo GE, García MN, Galletti SM, Errecalde AL, de Alaniz MJ *et al.* (2013). Pesticide-induced decrease in rat testicular steroidogenesis is differentially prevented by lipoate and tocopherol. *Ecotoxicol Environ Saf*, 91:129–38. doi:10.1016/j.ecoenv.2013.01.022 PMID:23465731

Band PR, Abanto Z, Bert J, Lang B, Fang R, Gallagher RP *et al.* (2011). Prostate cancer risk and exposure to pesticides in British Columbia farmers. *Prostate*, 71(2):168–83. doi:10.1002/pros.21232 PMID:20799287

Battaglin WA, Kolpin DW, Scribner EA, Kuivila KM, Sandstrom MW (2005). Glyphosate, other herbicides, and transformation products in midwestern streams, 20021. *J Am Water Resour Assoc*, 41(2):323–32. doi:10.1111/j.1752-1688.2005.tb03738.x

Benachour N, Séralini GE (2009). Glyphosate formulations induce apoptosis and necrosis in human umbilical, embryonic, and placental cells. *Chem Res Toxicol*, 22(1):97–105. doi:10.1021/tx800218n PMID:19105591

Benachour N, Sipahutar H, Moslemi S, Gasnier C, Travert C, Séralini GE (2007). Time- and dose-dependent effects of Roundup on human embryonic and placental cells. *Arch Environ Contam Toxicol*, 53(1):126–33. doi:10.1007/s00244-006-0154-8 PMID:17486286

Bernal J, Bernal JL, Martin MT, Nozal MJ, Anadón A, Martínez-Larrañaga MR *et al.* (2010). Development and validation of a liquid chromatography-fluorescence-mass spectrometry method to measure glyphosate and aminomethylphosphonic acid in rat plasma. *J Chromatogr B Analyt Technol Biomed Life*

*Sci*, 878(31):3290–6. doi:10.1016/j.jchromb.2010.10.013 PMID:21106459

Blair A, Thomas K, Coble J, Sandler DP, Hines CJ, Lynch CF *et al.* (2011). Impact of pesticide exposure misclassification on estimates of relative risks in the Agricultural Health Study. *Occup Environ Med*, 68(7):537–41. doi:10.1136/oem.2010.059469 PMID:21257983

Blakley BR (1997). Effect of Roundup and Tordon 202C herbicides on antibody production in mice. *Vet Hum Toxicol*, 39(4):204–6. PMID:9251167

Bolognesi C, Bonatti S, Degan P, Gallerani E, Peluso M, Rabboni R *et al.* (1997). Genotoxic activity of glyphosate and its technical formulation Roundup. *J Agric Food Chem*, 45(5):1957–62. doi:10.1021/jf9606518

Bolognesi C, Carrasquilla G, Volpi S, Solomon KR, Marshall EJ (2009). Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: association to occupational exposure to glyphosate. *J Toxicol Environ Health A*, 72(15–16):986–97. doi:10.1080/15287390902929741 PMID:19672767

Bonini MG, Rota C, Tomasi A, Mason RP (2006). The oxidation of 2′,7′-dichlorofluorescein to reactive oxygen species: a self-fulfilling prophesy? *Free Radic Biol Med*, 40(6):968–75. doi:10.1016/j.freeradbiomed.2005.10.042 PMID:16540392

Borggaard OK, Gimsing AL (2008). Fate of glyphosate in soil and the possibility of leaching to ground and surface waters: a review. *Pest Manag Sci*, 64(4):441–56. doi:10.1002/ps.1512 PMID:18161065

Botero-Coy AM, Ibáñez M, Sancho JV, Hernández F (2013). Improvements in the analytical methodology for the residue determination of the herbicide glyphosate in soils by liquid chromatography coupled to mass spectrometry. *J Chromatogr A*, 1292:132–41. doi:10.1016/j.chroma.2012.12.007 PMID:23332301

Botero-Coy AM, Ibáñez M, Sancho JV, Hernández F (2013b). Direct liquid chromatography-tandem mass spectrometry determination of underivatized glyphosate in rice, maize and soybean. *J Chromatogr A*, 1313:157–65. doi:10.1016/j.chroma.2013.07.037 PMID:23891211

Brewster DW, Warren J, Hopkins WE 2nd (1991). Metabolism of glyphosate in Sprague-Dawley rats: tissue distribution, identification, and quantitation of glyphosate-derived materials following a single oral dose. *Fundam Appl Toxicol*, 17(1):43–51. doi:10.1016/0272-0590(91)90237-X PMID:1916078

Brown LM, Blair A, Gibson R, Everett GD, Cantor KP, Schuman LM *et al.* (1990). Pesticide exposures and other agricultural risk factors for leukemia among men in Iowa and Minnesota. *Cancer Res*, 50(20):6585–91. PMID:2208120

Brown LM, Burmeister LF, Everett GD, Blair A (1993). Pesticide exposures and multiple myeloma in Iowa men. *Cancer Causes Control*, 4(2):153–6. doi:10.1007/BF00053156 PMID:8481493

Brüch W, Rosenborg AE, Johler RK, Gudmunsson L, Nielsen CB, Plauborg F, et al. (2013). Monitoring results 1999–2012. The Danish Pesticide Leaching Assessment Programme. Available from: http://pesticidvarsling.dk/publ_result/index.html, accessed 1 December 2014.

Cantor KP, Blair A, Everett G, Gibson R, Burmeister LF, Brown LM *et al.* (1992). Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. *Cancer Res*, 52(9):2447–55. PMID:1568215

Carreón T, Butler MA, Ruder AM, Waters MA, Davis-King KE, Calvert GM *et al.*; Brain Cancer Collaborative Study Group(2005). Gliomas and farm pesticide exposure in women: the Upper Midwest Health Study. *Environ Health Perspect*, 113(5):546–51. doi:10.1289/ehp.7456 PMID:15866761

Cattaneo R, Clasen B, Loro VL, de Menezes CC, Pretto A, Baldisserotto B *et al.* (2011). Toxicological responses of *Cyprinus carpio* exposed to a commercial formulation containing glyphosate. *Bull Environ Contam Toxicol*, 87(6):597–602. doi:10.1007/s00128-011-0396-7 PMID:21931962

Cattani D, de Liz Oliveira Cavalli VL, Heinz Rieg CE, Domingues JT, Dal-Cim T, Tasca CI *et al.* (2014). Mechanisms underlying the neurotoxicity induced by glyphosate-based herbicide in immature rat hippocampus: involvement of glutamate excitotoxicity. *Toxicology*, 320:34–45. doi:10.1016/j.tox.2014.03.001 PMID:24636977

Cavalcante DG, Martinez CB, Sofia SH (2008). Genotoxic effects of Roundup on the fish *Prochilodus lineatus*. *Mutat Res*, 655(1–2):41–6. doi:10.1016/j.mrgentox.2008.06.010 PMID:18638566

Cavaş T, Könen S (2007). Detection of cytogenetic and DNA damage in peripheral erythrocytes of goldfish (*Carassius auratus*) exposed to a glyphosate formulation using the micronucleus test and the comet assay. *Mutagenesis*, 22(4):263–8. doi:10.1093/mutage/gem012 PMID:17426049

Cavuşoğlu K, Yapar K, Oruç E, Yalçın E (2011). Protective effect of *Ginkgo biloba* L. leaf extract against glyphosate toxicity in Swiss albino mice. *J Med Food*, 14(10):1263–72. doi:10.1089/jmf.2010.0202 PMID:21859351

CCM International (2011). Outlook for China glyphosate industry 2012–2016. Available from: http://www.researchandmarkets.com/reports/2101356/outlook_for_china_glyphosate_industry_20122016, accessed 28 July 2015.

Centre de Toxicologie du Québec (1988). Etude de l'exposition professionelle des travailleurs forestiers exposés au glyphosate. Quebec: Le Centre Hospitalier de l'Université Laval. Available from: http://www.santecom.qc.ca/Bibliothequevirtuelle/santecom/35567000039898.pdf, accessed 28 July 2015. [French]

Chan P, Mahler J (1992). NTP technical report on the toxicity studies of glyphosate (CAS No. 1071–83–6)

administered in dosed feed to F344/N rats and B6C3F1 mice. *Toxic Rep Ser*, 16:1–58. PMID:12209170

Chandra M, Frith CH (1994). Spontaneous renal lesions in CD-1 and B6C3F1 mice. *Exp Toxicol Pathol*, 46(3):189–98. doi:10.1016/S0940-2993(11)80080-1 PMID:8000238

Chang FC, Simcik MF, Capel PD (2011). Occurrence and fate of the herbicide glyphosate and its degradate aminomethylphosphonic acid in the atmosphere. *Environ Toxicol Chem*, 30(3):548–55. doi:10.1002/etc.431 PMID:21128261

Chaufan G, Coalova I, Ríos de Molina MC (2014). Glyphosate commercial formulation causes cytotoxicity, oxidative effects, and apoptosis on human cells: differences with its active ingredient. *Int J Toxicol*, 33(1):29–38. doi:10.1177/1091581813517906 PMID:24434723

Chen L, Xie M, Bi Y, Wang G, Deng S, Liu Y (2012). The combined effects of UV-B radiation and herbicides on photosynthesis, antioxidant enzymes and DNA damage in two bloom-forming cyanobacteria. *Ecotoxicol Environ Saf*, 80:224–30. doi:10.1016/j.ecoenv.2012.03.007 PMID:22464588

Chen M-X, Cao Z-Y, Jiang Y, Zhu Z-W (2013). Direct determination of glyphosate and its major metabolite, aminomethylphosphonic acid, in fruits and vegetables by mixed-mode hydrophilic interaction/weak anion-exchange liquid chromatography coupled with electrospray tandem mass spectrometry. *J Chromatogr A*, 1272:90–9. doi:10.1016/j.chroma.2012.11.069 PMID:23261284

Chen YJ, Wu ML, Deng JF, Yang CC (2009). The epidemiology of glyphosate-surfactant herbicide poisoning in Taiwan, 1986–2007: a poison center study. *Clin Toxicol (Phila)*, 47(7):670–7. doi:10.1080/15563650903140399 PMID:19640238

Chruscielska K, Brzezinski J, Kita K, Kalhorn D, Kita I, Graffstein B *et al.* (2000). Glyphosate - Evaluation of chronic activity and possible far-reaching effects. Part 1. Studies on chronic toxicity. *Pestycydy (Warsaw)*, 3–4:11–20.

Clair E, Mesnage R, Travert C, Séralini GÉ (2012). A glyphosate-based herbicide induces necrosis and apoptosis in mature rat testicular cells in vitro, and testosterone decrease at lower levels. *Toxicol In Vitro*, 26(2):269–79. doi:10.1016/j.tiv.2011.12.009 PMID:22200534

Clements C, Ralph S, Petras M (1997). Genotoxicity of select herbicides in *Rana catesbeiana* tadpoles using the alkaline single-cell gel DNA electrophoresis (comet) assay. *Environ Mol Mutagen*, 29(3):277–88. doi:10.1002/(SICI)1098-2280(1997)29:3<277::AID-EM8>3.0.CO;2-9 PMID:9142171

Coalova I, Ríos de Molina MC, Chaufan G (2014). Influence of the spray adjuvant on the toxicity effects of a glyphosate formulation. *Toxicol In Vitro*, 28(7):1306–11. doi:10.1016/j.tiv.2014.06.014 PMID:24999230

Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M *et al.* (2013). Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. *Occup Environ Med*, 70(2):91–8. doi:10.1136/oemed-2012-100845 PMID:23117219

ColomboPage News Desk (2014). Sri Lanka lifts ban on sale of glyphosate. ColomboPage, Sri Lanka Internet Newspaper [online newspaper]. 13 May, 12:13 am Sri Lanka time. Available from: http://www.colombopage.com/archive_14A/May13_1399920230CH.php, accessed June 2015.

Conners DE, Black MC (2004). Evaluation of lethality and genotoxicity in the freshwater mussel *Utterbackia imbecillis* (Bivalvia: Unionidae) exposed singly and in combination to chemicals used in lawn care. *Arch Environ Contam Toxicol*, 46(3):362–71. doi:10.1007/s00244-003-3003-z PMID:15195808

Costa MJ, Monteiro DA, Oliveira-Neto AL, Rantin FT, Kalinin AL (2008). Oxidative stress biomarkers and heart function in bullfrog tadpoles exposed to Roundup Original. *Ecotoxicology*, 17(3):153–63. doi:10.1007/s10646-007-0178-5 PMID:17987383

Culbreth ME, Harrill JA, Freudenrich TM, Mundy WR, Shafer TJ (2012). Comparison of chemical-induced changes in proliferation and apoptosis in human and mouse neuroprogenitor cells. *Neurotoxicology*, 33(6):1499–510. doi:10.1016/j.neuro.2012.05.012 PMID:22634143

Curwin BD, Hein MJ, Sanderson WT, Nishioka MG, Reynolds SJ, Ward EM *et al.* (2005). Pesticide contamination inside farm and nonfarm homes. *J Occup Environ Hyg*, 2(7):357–67. doi:10.1080/15459620591001606 PMID:16020099

Curwin BD, Hein MJ, Sanderson WT, Striley C, Heederik D, Kromhout H *et al.* (2007). Urinary pesticide concentrations among children, mothers and fathers living in farm and non-farm households in Iowa. *Ann Occup Hyg*, 51(1):53–65. doi:10.1093/annhyg/mel062 PMID:16984946

de Castilhos Ghisi N, Cestari MM (2013). Genotoxic effects of the herbicide Roundup(®) in the fish *Corydoras paleatus* (Jenyns 1842) after short-term, environmentally low concentration exposure. *Environ Monit Assess*, 185(4):3201–7. doi:10.1007/s10661-012-2783-x PMID:22821326

De Marco A, De Simone C, Raglione M, Testa A, Trinca S (1992). Importance of the type of soil for the induction of micronuclei and the growth of primary roots of *Vicia faba* treated with the herbicides atrazine, glyphosate and maleic hydrazide. *Mutat Res*, 279(1):9–13. doi:10.1016/0165-1218(92)90260-7 PMID:1374535

de Menezes CC, da Fonseca MB, Loro VL, Santi A, Cattaneo R, Clasen B *et al.* (2011). Roundup effects on oxidative stress parameters and recovery pattern of *Rhamdia quelen*. *Arch Environ Contam Toxicol*, 60(4):665–71. doi:10.1007/s00244-010-9574-6 PMID:20680259

De Roos AJ, Blair A, Rusiecki JA, Hoppin JA, Svec M, Dosemeci M *et al.* (2005a). Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. *Environ Health Perspect*, 113(1):49–54. doi:10.1289/ehp.7340 PMID:15626647

De Roos AJ, Svec MA, Blair A, Rusiecki JA, Dosemeci M, Alavanja MC *et al.* (2005b). Glyphosate results revisited: De Roos et al. respond. *Environ Health Perspect*, 113(6):A366–7. doi:10.1289/ehp.113-a366

De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF *et al.* (2003). Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. *Occup Environ Med*, 60(9):E11 doi:10.1136/oem.60.9.e11 PMID:12937207

De Souza Filho J, Sousa CC, Da Silva CC, De Sabóia-Morais SM, Grisolia CK (2013). Mutagenicity and genotoxicity in gill erythrocyte cells of *Poecilia reticulata* exposed to a glyphosate formulation. *Bull Environ Contam Toxicol*, 91(5):583–7. doi:10.1007/s00128-013-1103-7 PMID:24042842

Dennis LK, Lynch CF, Sandler DP, Alavanja MC (2010). Pesticide use and cutaneous melanoma in pesticide applicators in the Agricultural Health Study. *Environ Health Perspect*, 118(6):812–7. doi:10.1289/ehp.0901518 PMID:20164001

Dill GM, Sammons RD, Feng PCC, Kohn F, Kretzmer K, Mehrsheikh A *et al.* (2010). Chapter 1: Glyphosate: discovery, development, applications, and properties. In: Nandula VK editor. *Glyphosate resistance in crops and weeds: history, development, and management*. Hoboken (NJ): Wiley; pp. 1–33.

Dimitrov BD, Gadeva PG, Benova DK, Bineva MV (2006). Comparative genotoxicity of the herbicides Roundup, Stomp and Reglone in plant and mammalian test systems. *Mutagenesis*, 21(6):375–82. doi:10.1093/mutage/gel044 PMID:16998229

dos Santos KC, Martinez CB (2014). Genotoxic and biochemical effects of atrazine and Roundup(®), alone and in combination, on the Asian clam *Corbicula fluminea*. *Ecotoxicol Environ Saf*, 100:7–14. doi:10.1016/j.ecoenv.2013.11.014 PMID:24433785

Duke SO, Powles SB (2009). Glyphosate-resistant crops and weeds. Now and in the future. *AgBioForum*, 12(3&4):346–57.

EFSA (2009). 2007 Annual Report on Pesticide Residues according to Article 32 of Regulation (EC) No 396/2005. Parma: European Food Safety Authority. Available from: http://www.efsa.europa.eu/en/efsajournal/pub/305r.htm, accessed 1 November 2014.

el-Gendy KS, Aly NM, el-Sebae AH (1998). Effects of edifenphos and glyphosate on the immune response and protein biosynthesis of bolti fish (*Tilapia nilotica*). *J Environ Sci Health B*, 33(2):135–49. doi:10.1080/03601239809373135 PMID:9536512

Elie-Caille C, Heu C, Guyon C, Nicod L (2010). Morphological damages of a glyphosate-treated human keratinocyte cell line revealed by a micro- to nanoscale microscopic investigation. *Cell Biol Toxicol*, 26(4):331–9. doi:10.1007/s10565-009-9146-6 PMID:20043237

Engel LS, Hill DA, Hoppin JA, Lubin JH, Lynch CF, Pierce J *et al.* (2005). Pesticide use and breast cancer risk among farmers' wives in the Agricultural Health Study. *Am J Epidemiol*, 161(2):121–35. doi:10.1093/aje/kwi022 PMID:15632262

EPA (1980a). Glyphosate; Submission of rat teratology, rabbit teratology, dominant lethal mutagenicity assay in mice. Washington (DC): United States Environmental Protection Agency, Office of Toxic substances. Available from: http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-090.pdf, accessed 10 March 2015.

EPA (1980b). Review of Rodwell DE, Tasker EJ, Blair AM, *et al.* (1980). Teratology study in rats: IRDC No. 401–054. MRID 00046362. Washington (DC): United States Environmental Protection Agency. Available from: http://www.epa.gov/ncct/toxrefdb/, and from http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-090.pdf, accessed 10 March 2015.

EPA (1983). Review of Knezevich A, Hogan G (1983). A chronic feeding study of glyphosate (Roundup Technical) in mice: Project No. 77–2061: Bdn-77- 420. Final Report. MRID 00130406. Washington (DC): United States Environmental Protection Agency. Available from: http://www.epa.gov/ncct/toxrefdb/, accessed 10 March 2015.

EPA (1985a). Glyphosate; EPA Reg.#: 524–308; Mouse oncogenicity study. Document No. 004370. Washington (DC): Office of Pesticides and Toxic Substances, United States Environmental Protection Agency. Available from: http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-183.pdf, accessed 10 March 2015.

EPA (1985b). EPA Reg.#: 524–308; Roundup; glyphosate; pathology report on additional kidney sections. Document No. 004855. Washington (DC): Office of Pesticides and Toxic Substances, United States Environmental Protection Agency. Available from: http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-206.pdf, accessed 10 March 2015.

EPA (1986). Glyphosate; EPA Registration No. 524–308; Roundup; additional histopathological evaluations of kidneys in the chronic feeding study of glyphosate in mice. Document No. 005590. Washington (DC): Office of Pesticides and Toxic Substances, United States Environmental Protection Agency. Available from: http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/

reviews/103601/103601-211.pdf, accessed 10 March 2015.

EPA (1987). Review of Stout L, Johnson C (1987). 90-Day study of glyphosate administered in feed to Sprague-Dawley rats: Proj. ID ML-86–351/EHL 86128. MRID 40559401. Washington (DC): United States Environmental Protection Agency. Available from: http://www.epa.gov/ncct/toxrefdb/, accessed 10 March 2015.

EPA (1990). Review of Stout L, Ruecker F (1990). Chronic study of glyphosate administered in feed to albino rats: Laboratory Project Number: Msl-10495: RD 1014. MRID 41643801. Washington (DC): United States Environmental Protection Agency. Available from: http://www.epa.gov/ncct/toxrefdb/, accessed 10 March 2015.

EPA (1991a). Second peer review of glyphosate. Washington (DC): Office of Pesticides and Toxic Substances, United States Environmental Protection Agency. Available from: http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-265.pdf, accessed 10 March 2015.

EPA (1991b). Glyphosate; 2-year combined chronic toxicity/carcinogenicity study in Sprague-Dawley rats - List A pesticide for reregistration. Document No. 008390. Washington (DC): Office of Pesticides and Toxic Substances, United States Environmental Protection Agency. Available from: http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-263.pdf, accessed June 2015; see also http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-268.pdf, accessed June 2015.

EPA (1991c). Peer review on glyphosate. Document No. 008527. Washington (DC): Office of Pesticides and Toxic Substances, United States Environmental Protection Agency.

EPA (1991d). Glyphosate – EPA registration No. 524–308 – 2-year chronic feeding/oncogenicity study in rats with technical glyphosate. Document No. 008897. Washington (DC): Office of Pesticides and Toxic Substances, United States Environmental Protection Agency. Available from: http://www.epa.gov/pesticides/chemicalsearch/chemical/foia/cleared-reviews/reviews/103601/103601-268.pdf, accessed 10 March 2015.

EPA (1992). Determination of glyphosate in drinking water by direct-aqueous-injection HPLC, post column derivatization, and fluorescence detection. In: Methods for the determination of organic compounds in drinking water - Supplement II (EPA/600/R-92–129). Washington (DC): Environmental Monitoring Systems Laboratory, Office of Research and Development, United States Environmental Protection Agency. Available through NTIS (http://www.ntis.gov).

EPA (1993a). Reregistration Eligibility Decision (RED): Glyphosate. EPA 738-R-93–014. Washington (DC): Office of Prevention, Pesticides And Toxic Substances, Office of Pesticide Programs, United States Environmental Protection Agency. Available from: http://www.epa.gov/opp00001/chem_search/reg_actions/reregistration/red_PC-417300_1-Sep-93.pdf, accessed 10 March 2015.

EPA (1993b). RED facts: Glyphosate. EPA-738-F-93–011. Washington (DC): Office of Prevention, Pesticides, and Toxic Substances, United States Environmental Protection Agency. Available from: http://www.epa.gov/oppsrrd1/reregistration/REDs/factsheets/0178fact.pdf, accessed 4 May 2015.

EPA (1997). Pesticides industry sales and usage –1994 and 1995 market estimates. Washington (DC): Biological and Economic Analysis Division, Office of Pesticide Programs, Office of Prevention, Pesticides And Toxic Substances, United States Environmental Protection Agency. Available from: http://www.epa.gov/pesticides/pestsales/95pestsales/market_estimates1995.pdf, accessed 10 March 2015.

EPA (2011). Pesticides industry sales and usage – 2006 and 2007 market estimates. Washington (DC): Biological and Economic Analysis Division, Office of Pesticide Programs, Office of Prevention, Pesticides And Toxic Substances, United States Environmental Protection Agency. Available from: http://www.epa.gov/opp00001/pestsales/07pestsales/market_estimates2007.pdf, accessed 10 March 2015.

EPA (2015). Toxicity Reference Database (ToxRefDB). Computational Toxicology Research Program, United States Environmental Protection Agency. Available from: http://www.epa.gov/ncct/toxrefdb/, accessed 10 March 2015.

Eriksson M, Hardell L, Carlberg M, Akerman M (2008). Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *Int J Cancer*, 123(7):1657–63. doi:10.1002/ijc.23589 PMID:18623080

European Commission (2002). Review report for the active substance glyphosate (6511/VI/99-final, 21 January 2002). Brussels: Health and Consumer Protection Directorate-General, European Commission. Available from: http://ec.europa.eu/food/plant/protection/evaluation/existactive/list1_glyphosate_en.pdf, accessed 29 April 2015.

Eustis SL, Hailey JR, Boorman GA, Haseman JK (1994). The utility of multiple-section sampling in the histopathological evaluation of the kidney for carcinogenicity studies. *Toxicol Pathol*, 22(5):457–72. doi:10.1177/019262339402200501 PMID:7899775

FAO (2000). Glyphosate, N-(phosphonomethyl)glycine. Specifications and evaluations for plant protection products. Rome: Food and Agriculture Organization of the United Nations. Available from: http://www.fao.

org/fileadmin/templates/agphome/documents/Pests_Pesticides/Specs/glypho01.pdf, accessed 28 July 2015.

Farm Chemicals International (2015). Glyphosate. In: Crop Protection Database. Willoughby (OH): Meister Media Worldwide. Available from: http://www.farmchemicalsinternational.com/crop-protection-database/#/product/detail/203900/, accessed 2 February 2015.

Ferreira D, da Motta AC, Kreutz LC, Toni C, Loro VL, Barcellos LJ (2010). Assessment of oxidative stress in *Rhamdia quelen* exposed to agrichemicals. *Chemosphere*, 79(9):914–21. doi:10.1016/j.chemosphere.2010.03.024 PMID:20371099

Flower KB, Hoppin JA, Lynch CF, Blair A, Knott C, Shore DL *et al.* (2004). Cancer risk and parental pesticide application in children of Agricultural Health Study participants. *Environ Health Perspect*, 112(5):631–5. doi:10.1289/ehp.6586 PMID:15064173

Forgacs AL, Ding Q, Jaremba RG, Huhtaniemi IT, Rahman NA, Zacharewski TR (2012). BLTK1 murine Leydig cells: a novel steroidogenic model for evaluating the effects of reproductive and developmental toxicants. *Toxicol Sci*, 127(2):391–402. doi:10.1093/toxsci/kfs121 PMID:22461451

Freedonia (2012). World agricultural pesticides: industry study with forecasts for 2016 & 2021. Study #2902, August 2012. Cleveland (OH): The Freedonia Group. Available from: http://www.freedoniagroup.com/brochure/29xx/2902smwe.pdf, accessed 10 March 2015.

Frescura VD, Kuhn AW, Laughinghouse HD 4th, Paranhos JT, Tedesco SB (2013). Post-treatment with plant extracts used in Brazilian folk medicine caused a partial reversal of the antiproliferative effect of glyphosate in the *Allium cepa* test. *Biocell*, 37(2):23–8. PMID:24392578

Gasnier C, Benachour N, Clair E, Travert C, Langlois F, Laurant C *et al.* (2010). Dig1 protects against cell death provoked by glyphosate-based herbicides in human liver cell lines. *J Occup Med Toxicol*, 5(1):29 doi:10.1186/1745-6673-5-29 PMID:20979644

Gasnier C, Dumont C, Benachour N, Clair E, Chagnon MC, Séralini GE (2009). Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines. *Toxicology*, 262(3):184–91. doi:10.1016/j.tox.2009.06.006 PMID:19539684

Gehin A, Guillaume YC, Millet J, Guyon C, Nicod L (2005). Vitamins C and E reverse effect of herbicide-induced toxicity on human epidermal cells HaCaT: a biochemometric approach. *Int J Pharm*, 288(2):219–26. doi:10.1016/j.ijpharm.2004.09.024 PMID:15620861

George J, Prasad S, Mahmood Z, Shukla Y (2010). Studies on glyphosate-induced carcinogenicity in mouse skin: a proteomic approach. *J Proteomics*, 73(5):951–64. doi:10.1016/j.jprot.2009.12.008 PMID:20045496

George J, Shukla Y (2013). Emptying of intracellular calcium pool and oxidative stress imbalance are associated with the glyphosate-induced proliferation in human skin keratinocytes HaCaT cells. *ISRN Dermatol*, 2013:825180 doi:10.1155/2013/825180 PMID:24073338

Geret F, Burgeot T, Haure J, Gagnaire B, Renault T, Communal PY *et al.* (2013). Effects of low-dose exposure to pesticide mixture on physiological responses of the Pacific oyster, Crassostrea gigas. *Environ Toxicol*, 28(12):689–99. doi:10.1002/tox.20764 PMID:22012874

Gholami-Seyedkolaei SJ, Mirvaghefi A, Farahmand H, Kosari AA, Gholami-Seyedkolaei SJ, Gholami-Seyedkolaei SJ (2013). Optimization of recovery patterns in common carp exposed to Roundup using response surface methodology: evaluation of neurotoxicity and genotoxicity effects and biochemical parameters. *Ecotoxicol Environ Saf*, 98:152–61. doi:10.1016/j.ecoenv.2013.09.009 PMID:24094415

Glusczak L, Loro VL, Pretto A, Moraes BS, Raabe A, Duarte MF *et al.* (2011). Acute exposure to glyphosate herbicide affects oxidative parameters in piava (*Leporinus obtusidens*). *Arch Environ Contam Toxicol*, 61(4):624–30. doi:10.1007/s00244-011-9652-4 PMID:21465245

Glyphosate Task Force (2014). How is glyphosate used? Glyphosate facts. Updated 10 March 2014. Darmstadt: Industry Task Force on Glyphosate. Available from: http://www.glyphosate.eu/how-glyphosate-used, accessed 21 April 2015.

Granby K, Vahl M (2001). Investigation of the herbicide glyphosate and the plant growth regulators chlormequat and mepiquat in cereals produced in Denmark. *Food Addit Contam*, 18(10):898–905. doi:10.1080/02652030119594 PMID:11569770

Greim H, Saltmiras D, Mostert V, Strupp C (2015). Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies. *Crit Rev Toxicol*, 45(3):185–208. doi:10.3109/10408444.2014.1003423 PMID:25716480

Grisolia CK (2002). A comparison between mouse and fish micronucleus test using cyclophosphamide, mitomycin C and various pesticides. *Mutat Res*, 518(2):145–50. doi:10.1016/S1383-5718(02)00086-4 PMID:12113765

Guha N, Ward MH, Gunier R, Colt JS, Lea CS, Buffler PA *et al.* (2013). Characterization of residential pesticide use and chemical formulations through self-report and household inventory: the Northern California Childhood Leukemia study. *Environ Health Perspect*, 121(2):276–82. PMID:23110983

Gui YX, Fan XN, Wang HM, Wang G, Chen SD (2012). Glyphosate induced cell death through apoptotic and autophagic mechanisms. *Neurotoxicol Teratol*, 34(3):344–9. doi:10.1016/j.ntt.2012.03.005 PMID:22504123

Guilherme S, Gaivão I, Santos MA, Pacheco M (2010). European eel (*Anguilla anguilla*) genotoxic and

pro-oxidant responses following short-term exposure to Roundup–a glyphosate-based herbicide. *Mutagenesis*, 25(5):523–30. doi:10.1093/mutage/geq038 PMID:20643706

Guilherme S, Gaivão I, Santos MA, Pacheco M (2012a). DNA damage in fish (*Anguilla anguilla*) exposed to a glyphosate-based herbicide – elucidation of organ-specificity and the role of oxidative stress. *Mutat Res*, 743(1–2):1–9. doi:10.1016/j.mrgentox.2011.10.017 PMID:22266476

Guilherme S, Santos MA, Barroso C, Gaivão I, Pacheco M (2012b). Differential genotoxicity of Roundup(®) formulation and its constituents in blood cells of fish (*Anguilla anguilla*): considerations on chemical interactions and DNA damaging mechanisms. *Ecotoxicology*, 21(5):1381–90. doi:10.1007/s10646-012-0892-5 PMID:22526921

Guilherme S, Santos MA, Gaivão I, Pacheco M (2014a). Are DNA-damaging effects induced by herbicide formulations (Roundup® and Garlon®) in fish transient and reversible upon cessation of exposure? *Aquat Toxicol*, 155:213–21. doi:10.1016/j.aquatox.2014.06.007 PMID:25058560

Guilherme S, Santos MA, Gaivão I, Pacheco M (2014b). DNA and chromosomal damage induced in fish (*Anguilla anguilla* L.) by aminomethylphosphonic acid (AMPA)–the major environmental breakdown product of glyphosate. *Environ Sci Pollut Res Int*, 21(14):8730–9. doi:10.1007/s11356-014-2803-1 PMID:24696215

Hardell L, Eriksson M (1999). A case-control study of non-Hodgkin lymphoma and exposure to pesticides. *Cancer*, 85(6):1353–60. doi:10.1002/(SICI)1097-0142(19990315)85:6<1353::AID-CNCR19>3.0.CO;2-1 PMID:10189142

Hardell L, Eriksson M, Nordstrom M (2002). Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. *Leuk Lymphoma*, 43(5):1043–9. PMID:12148884

Hayes WJ Jr, Laws ER Jr editors. (1991). *Classes of pesticides*. Handbook of Pesticide Toxicology. Volume 3:. New York (NY): Academic Press, Inc.; p. 1340.

Heu C, Elie-Caille C, Mougey V, Launay S, Nicod L (2012). A step further toward glyphosate-induced epidermal cell death: involvement of mitochondrial and oxidative mechanisms. *Environ Toxicol Pharmacol*, 34(2):144–53. doi:10.1016/j.etap.2012.02.010 PMID:22522424

Hidalgo C, Rios C, Hidalgo M, Salvadó V, Sancho JV, Hernández F (2004). Improved coupled-column liquid chromatographic method for the determination of glyphosate and aminomethylphosphonic acid residues in environmental waters. *J Chromatogr A*, 1035(1):153–7. doi:10.1016/j.chroma.2004.02.044 PMID:15117086

Hilton CW (2012). Monsanto & the global glyphosate market: case study. The Wiglaf Journal. June 2012. Available from: http://www.wiglafjournal.com/pricing/2012/06/monsanto-the-global-glyphosate-market-case-study/, accessed 28 July 2015.

Hoar SK, Blair A, Holmes FF, Boysen CD, Robel RJ, Hoover R *et al.* (1986). Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma. *JAMA*, 256(9):1141–7. doi:10.1001/jama.1986.03380090081023 PMID:3801091

Humphries D, Byrtus G, Anderson AM (2005). Glyphosate residues in Alberta's atmospheric deposition, soils and surface waters. Alberta: Water Research Users Group, Alberta Environment. Available from: http://environment.gov.ab.ca/info/library/6444.pdf, accessed 13 November 2014.

IARC (2006). Data for the Monographs. In: Preamble to the IARC Monographs (amended January 2006). Lyon: International Agency for Research on Cancer. Available from: http://monographs.iarc.fr/ENG/Preamble/index.php, accessed 28 July 2015.

IARC (2014). Table 1. Key characteristics of carcinogens. In: Instructions for authors. Lyon: International Agency for Research on Cancer. Available from: http://monographs.iarc.fr/ENG/Preamble/previous/Instructions_to_Authors_S4.pdf, accessed 28 July 2015.

IPCS (1994). Glyphosate. Environmental Health Criteria 159. Geneva: International Programme on Chemical Safety, World Health Organization. Available from: http://www.inchem.org/documents/ehc/ehc/ehc159.htm, accessed 28 July 2015.

IPCS (1996). Glyphosate. WHO/FAO Data Sheets on Pesticides, No. 91 (WHO/PCS/DS/96.91). Geneva: International Programme on Chemical Safety, World Health Organization. Available from: http://apps.who.int/iris/handle/10665/63290.

IPCS (2005). Glyphosate. International Chemical Safety Card (ICSC 0160). Geneva: International Programme on Chemical Safety, World Health Organization. Available from: http://www.inchem.org/documents/icsc/icsc/eics0160.htm, accessed 2 February 2015.

Jacob GS, Garbow JR, Hallas LE, Kimack NM, Kishore GM, Schaefer J (1988). Metabolism of glyphosate in Pseudomonas sp. strain LBr. *Appl Environ Microbiol*, 54(12):2953–8. PMID:3223761

Jan MR, Shah J, Muhammad M, Ara B (2009). Glyphosate herbicide residue determination in samples of environmental importance using spectrophotometric method. *J Hazard Mater*, 169(1–3):742–5. doi:10.1016/j.jhazmat.2009.04.003 PMID:19411135

Jasper R, Locatelli GO, Pilati C, Locatelli C (2012). Evaluation of biochemical, hematological and oxidative parameters in mice exposed to the herbicide glyphosate-Roundup(®). *Interdiscip Toxicol*, 5(3):133–40. doi:10.2478/v10102-012-0022-5 PMID:23554553

Jauhiainen A, Räsänen K, Sarantila R, Nuutinen J, Kangas J (1991). Occupational exposure of forest workers to glyphosate during brush saw spraying work. *Am Ind Hyg*

*Assoc J*, 52(2):61–4. doi:10.1080/15298669191364334 PMID:2011980

JMPR (2006). Glyphosate. In: Joint FAO/WHO Meeting on Pesticide Residues. Pesticide residues in food – 2004: toxicological evaluations. Report No. WHO/PCS/06.1. Geneva: World Health Organization; pp. 95–169. Available from: http://whqlibdoc.who.int/publications/2006/9241665203_eng.pdf?ua=1, accessed 6 March 2015.

Johnson PD, Rimmer DA, Garrod AN, Helps JE, Mawdsley C (2005). Operator exposure when applying amenity herbicides by all-terrain vehicles and controlled droplet applicators. *Ann Occup Hyg*, 49(1):25–32. PMID:15596423

Kachuri L, Demers PA, Blair A, Spinelli JJ, Pahwa M, McLaughlin JR *et al.* (2013). Multiple pesticide exposures and the risk of multiple myeloma in Canadian men. *Int J Cancer*, 133(8):1846–58. doi:10.1002/ijc.28191 PMID:23564249

Kale PG, Petty BT Jr, Walker S, Ford JB, Dehkordi N, Tarasia S *et al.* (1995). Mutagenicity testing of nine herbicides and pesticides currently used in agriculture. *Environ Mol Mutagen*, 25(2):148–53. doi:10.1002/em.2850250208 PMID:7698107

Kalyanaraman B, Darley-Usmar V, Davies KJ, Dennery PA, Forman HJ, Grisham MB *et al.* (2012). Measuring reactive oxygen and nitrogen species with fluorescent probes: challenges and limitations. *Free Radic Biol Med*, 52(1):1–6. doi:10.1016/j.freeradbiomed.2011.09.030 PMID:22027063

Karunanayake CP, Spinelli JJ, McLaughlin JR, Dosman JA, Pahwa P, McDuffie HH (2012). Hodgkin lymphoma and pesticides exposure in men: a Canadian case-control study. *J Agromed*, 17(1):30–9. doi:10.1080/1059924X.2012.632726 PMID:22191501

Kavlock R, Chandler K, Houck K, Hunter S, Judson R, Kleinstreuer N *et al.* (2012). Update on EPA's ToxCast program: providing high throughput decision support tools for chemical risk management. *Chem Res Toxicol*, 25(7):1287–302. doi:10.1021/tx3000939 PMID:22519603

Kaya B, Creus A, Yanikoğlu A, Cabré O, Marcos R (2000). Use of the Drosophila wing spot test in the genotoxicity testing of different herbicides. *Environ Mol Mutagen*, 36(1):40–6. doi:10.1002/1098-2280(2000)36:1<40::AID-EM6>3.0.CO;2-K PMID:10918358

Kier LD, Kirkland DJ (2013). Review of genotoxicity studies of glyphosate and glyphosate-based formulations. *Crit Rev Toxicol*, 43(4):283–315. doi:10.3109/10408444.2013.770820 PMID:23480780

Kim YH, Hong JR, Gil HW, Song HY, Hong SY (2013). Mixtures of glyphosate and surfactant TN20 accelerate cell death via mitochondrial damage-induced apoptosis and necrosis. *Toxicol In Vitro*, 27(1):191–7. doi:10.1016/j.tiv.2012.09.021 PMID:23099315

Kojima H, Katsura E, Takeuchi S, Niiyama K, Kobayashi K (2004). Screening for estrogen and androgen receptor activities in 200 pesticides by in vitro reporter gene assays using Chinese hamster ovary cells. *Environ Health Perspect*, 112(5):524–31. doi:10.1289/ehp.6649 PMID:15064155

Kojima H, Takeuchi S, Nagai T (2010). Endocrine-disrupting potential of pesticides via nuclear receptors and aryl hydrocarbon receptor *J Health Sci*, 56(4):374–86. doi:10.1248/jhs.56.374

Koller VJ, Fürhacker M, Nersesyan A, Mišík M, Eisenbauer M, Knasmueller S (2012). Cytotoxic and DNA-damaging properties of glyphosate and Roundup in human-derived buccal epithelial cells. *Arch Toxicol*, 86(5):805–13. doi:10.1007/s00204-012-0804-8 PMID:22331240

Kolpin DW, Thurman EM, Lee EA, Meyer MT, Furlong ET, Glassmeyer ST (2006). Urban contributions of glyphosate and its degradate AMPA to streams in the United States. *Sci Total Environ*, 354(2–3):191–7. doi:10.1016/j.scitotenv.2005.01.028 PMID:16398995

Kreutz LC, Gil Barcellos LJ, de Faria Valle S, de Oliveira Silva T, Anziliero D, Davi dos Santos E *et al.* (2011). Altered hematological and immunological parameters in silver catfish (*Rhamdia quelen*) following short term exposure to sublethal concentration of glyphosate. *Fish Shellfish Immunol*, 30(1):51–7. doi:10.1016/j.fsi.2010.09.012 PMID:20883798

Kuang H, Wang L, Xu C (2011). Overview of analytical techniques for herbicides in foods. In: Soloneski S, Larramendy ML, editors. Herbicides, theory and applications. Available from: http://www.intechopen.com/books/herbicides-theory-and-applications, accessed 28 July 2015.

Kumar S, Khodoun M, Kettleson EM, McKnight C, Reponen T, Grinshpun SA *et al.* (2014). Glyphosate-rich air samples induce IL-33, TSLP and generate IL-13 dependent airway inflammation. *Toxicology*, 325:42–51. doi:10.1016/j.tox.2014.08.008 PMID:25172162

Kwiatkowska M, Huras B, Bukowska B (2014). The effect of metabolites and impurities of glyphosate on human erythrocytes (in vitro). *Pestic Biochem Physiol*, 109:34–43. doi:10.1016/j.pestbp.2014.01.003 PMID:24581382

Landgren O, Kyle RA, Hoppin JA, Beane Freeman LE, Cerhan JR, Katzmann JA *et al.* (2009). Pesticide exposure and risk of monoclonal gammopathy of undetermined significance in the Agricultural Health Study. *Blood*, 113(25):6386–91. doi:10.1182/blood-2009-02-203471 PMID:19387005

Larsen K, Najle R, Lifschitz A, Maté ML, Lanusse C, Virkel GL (2014). Effects of sublethal exposure to a glyphosate-based herbicide formulation on metabolic activities of different xenobiotic-metabolizing enzymes in rats. *Int J Toxicol*, 33(4):307–18. doi:10.1177/1091581814540481 PMID:24985121

Lavy TL, Cowell JE, Steinmetz JR, Massey JH (1992). Conifer seedling nursery worker exposure to

glyphosate. *Arch Environ Contam Toxicol*, 22(1):6–13. doi:10.1007/BF00213295 PMID:1554254

Lee EA, Strahan AP, Thurman EM (2001). Methods of analysis by the U.S. Geological Survey Organic Geochemistry Research Group — determination of glyphosate, aminomethylphophonic acid, and glufosinate in water using online solid-phase extraction and high-performance liquid chromatography/mass spectrometry. Open-File Report 01–454. Lawrence (KS): United States Geological Survey. Available from: http://ks.water.usgs.gov/pubs/reports/ofr.01-454.pdf, accessed 28 July 2015.

Lee WJ, Cantor KP, Berzofsky JA, Zahm SH, Blair A (2004a). Non-Hodgkin's lymphoma among asthmatics exposed to pesticides. *Int J Cancer*, 111(2):298–302. doi:10.1002/ijc.20273 PMID:15197786

Lee WJ, Colt JS, Heineman EF, McComb R, Weisenburger DD, Lijinsky W *et al.* (2005). Agricultural pesticide use and risk of glioma in Nebraska, United States. *Occup Environ Med*, 62(11):786–92. doi:10.1136/oem.2005.020230 PMID:16234405

Lee WJ, Lijinsky W, Heineman EF, Markin RS, Weisenburger DD, Ward MH (2004b). Agricultural pesticide use and adenocarcinomas of the stomach and oesophagus. *Occup Environ Med*, 61(9):743–9. doi:10.1136/oem.2003.011858 PMID:15317914

Lee WJ, Sandler DP, Blair A, Samanic C, Cross AJ, Alavanja MC (2007). Pesticide use and colorectal cancer risk in the Agricultural Health Study. *Int J Cancer*, 121(2):339–46. doi:10.1002/ijc.22635 PMID:17390374

Li AP, Long TJ (1988). An evaluation of the genotoxic potential of glyphosate. *Fundam Appl Toxicol*, 10(3):537–46. doi:10.1016/0272-0590(88)90300-4 PMID:3286348

Li Q, Lambrechts MJ, Zhang Q, Liu S, Ge D, Yin R *et al.* (2013). Glyphosate and AMPA inhibit cancer cell growth through inhibiting intracellular glycine synthesis. *Drug Des Dev Ther*, 7:635–43. PMID:23983455

Lioi MB, Scarfì MR, Santoro A, Barbieri R, Zeni O, Di Berardino D *et al.* (1998). Genotoxicity and oxidative stress induced by pesticide exposure in bovine lymphocyte cultures in vitro. *Mutat Res*, 403(1–2):13–20. doi:10.1016/S0027-5107(98)00010-4 PMID:9726001

Lopes FM, Varela Junior AS, Corcini CD, da Silva AC, Guazzelli VG, Tavares G *et al.* (2014). Effect of glyphosate on the sperm quality of zebrafish *Danio rerio*. *Aquat Toxicol*, 155:322–6. doi:10.1016/j.aquatox.2014.07.006 PMID:25089920

Lubick N (2009). Environmental impact of cocaine strategy assessed [News]*Nature*, Published online 12 November, doi doi:10.1038/news.2009.1080

Lueken A, Juhl-Strauss U, Krieger G, Witte I (2004). Synergistic DNA damage by oxidative stress (induced by $H_2O_2$) and nongenotoxic environmental chemicals in human fibroblasts. *Toxicol Lett*, 147(1):35–43. doi:10.1016/j.toxlet.2003.10.020 PMID:14700526

Lushchak OV, Kubrak OI, Storey JM, Storey KB, Lushchak VI (2009). Low toxic herbicide Roundup induces mild oxidative stress in goldfish tissues. *Chemosphere*, 76(7):932–7. doi:10.1016/j.chemosphere.2009.04.045 PMID:19450865

Mahendrakar K, Venkategowda PM, Rao SM, Mutkule DP (2014). Glyphosate surfactant herbicide poisoning and management. *Indian J Crit Care Med*, 18(5):328–30. doi:10.4103/0972-5229.132508 PMID:24914265

Malatesta M, Perdoni F, Santin G, Battistelli S, Muller S, Biggiogera M (2008). Hepatoma tissue culture (HTC) cells as a model for investigating the effects of low concentrations of herbicide on cell structure and function. *Toxicol In Vitro*, 22(8):1853–60. doi:10.1016/j.tiv.2008.09.006 PMID:18835430

Mañas F, Peralta L, Raviolo J, García Ovando H, Weyers A, Ugnia L *et al.* (2009b). Genotoxicity of AMPA, the environmental metabolite of glyphosate, assessed by the Comet assay and cytogenetic tests. *Ecotoxicol Environ Saf*, 72(3):834–7. doi:10.1016/j.ecoenv.2008.09.019 PMID:19013644

Mañas F, Peralta L, Raviolo J, Ovando HG, Weyers A, Ugnia L *et al.* (2009a). Genotoxicity of glyphosate assessed by the comet assay and cytogenetic tests. *Environ Toxicol Pharmacol*, 28(1):37–41. doi:10.1016/j.etap.2009.02.001 PMID:21783980

Mance D 3rd (2012). The great glyphosate debate. *Northern Woodlands* [online magazine]. 8 March. Available from: http://northernwoodlands.org/articles/article/the-great-glyphosate-debate, accessed 28 July 2015.

Mariager TP, Madsen PV, Ebbehøj NE, Schmidt B, Juhl A (2013). Severe adverse effects related to dermal exposure to a glyphosate-surfactant herbicide. *Clin Toxicol (Phila)*, 51(2):111–3. doi:10.3109/15563650.2013.763951 PMID:23360343

Marques A, Guilherme S, Gaivão I, Santos MA, Pacheco M (2014). Progression of DNA damage induced by a glyphosate-based herbicide in fish (*Anguilla anguilla*) upon exposure and post-exposure periods–insights into the mechanisms of genotoxicity and DNA repair. *Comp Biochem Physiol C Toxicol Pharmacol*, 166:126–33. doi:10.1016/j.cbpc.2014.07.009 PMID:25110831

Marques A, Guilherme S, Gaivão I, Santos MA, Pacheco M (2015). Erratum to: "Progression of DNA damage induced by a glyphosate-based herbicide in fish (*Anguilla anguilla*) upon exposure and post-exposure periods - Insights into the mechanisms of genotoxicity and DNA repair" [Comp. Biochem. Physiol. C 166 (2014) 126–133]. *Comp Biochem Physiol C Toxicol Pharmacol*, 168C:1 doi:10.1016/j.cbpc.2014.10.008 PMID:25521452

Martini CN, Gabrielli M, Vila MC (2012). A commercial formulation of glyphosate inhibits proliferation and differentiation to adipocytes and induces apoptosis in 3T3–L1 fibroblasts. *Toxicol In Vitro*, 26(6):1007–13. doi:10.1016/j.tiv.2012.04.017 PMID:22546541

McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA *et al.* (2001). Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. *Cancer Epidemiol Biomarkers Prev*, 10(11):1155–63. PMID:11700263

McQueen H, Callan AC, Hinwood AL (2012). Estimating maternal and prenatal exposure to glyphosate in the community setting. *Int J Hyg Environ Health*, 215(6):570–6. doi:10.1016/j.ijheh.2011.12.002 PMID:22261298

Mesnage R, Bernay B, Séralini GE (2013). Ethoxylated adjuvants of glyphosate-based herbicides are active principles of human cell toxicity. *Toxicology*, 313(2–3):122–8. doi:10.1016/j.tox.2012.09.006 PMID:23000283

Meza-Joya FL, Ramírez-Pinilla MP, Fuentes-Lorenzo JL (2013). Toxic, cytotoxic, and genotoxic effects of a glyphosate formulation (Roundup®SL-Cosmoflux®411F) in the direct-developing frog *Eleutherodactylus johnstonei*. *Environ Mol Mutagen*, 54(5):362–73. doi:10.1002/em.21775 PMID:23625742

Ministry of Chemicals & Fertilizers (2008). Performance of chemical & petrochemical industry at a glance (2001–2007). New Delhi: Monitoring and Evaluation Division, Department of Chemicals and Petrochemicals, Government of India. Available from: http://chemicals.nic.in/stat0107.pdf, accessed February 2015.

Mladinic M, Berend S, Vrdoljak AL, Kopjar N, Radic B, Zeljezic D (2009b). Evaluation of genome damage and its relation to oxidative stress induced by glyphosate in human lymphocytes in vitro. *Environ Mol Mutagen*, 50(9):800–7. doi:10.1002/em.20495 PMID:19402152

Mladinic M, Perkovic P, Zeljezic D (2009a). Characterization of chromatin instabilities induced by glyphosate, terbuthylazine and carbofuran using cytome FISH assay. *Toxicol Lett*, 189(2):130–7. doi:10.1016/j.toxlet.2009.05.012 PMID:19477249

MLHB (2013). Determination of glyphosate residues in human urine samples from 18 European countries. Bremen: Medical Laboratory of Bremen. Available from: https://www.foeeurope.org/sites/default/files/glyphosate_studyresults_june12.pdf, accessed 24 November 2014.

Modesto KA, Martinez CB (2010a). Effects of Roundup Transorb on fish: hematology, antioxidant defenses and acetylcholinesterase activity. *Chemosphere*, 81(6):781–7. doi:10.1016/j.chemosphere.2010.07.005 PMID:20684975

Modesto KA, Martinez CB (2010b). Roundup causes oxidative stress in liver and inhibits acetylcholinesterase in muscle and brain of the fish *Prochilodus lineatus*. *Chemosphere*, 78(3):294–9. doi:10.1016/j.chemosphere.2009.10.047 PMID:19910015

Mohamed AH (2011). Sublethal toxicity of Roundup to immunological and molecular aspects of *Biomphalaria alexandrina* to *Schistosoma mansoni* infection. *Ecotoxicol Environ Saf*, 74(4):754–60. doi:10.1016/j.ecoenv.2010.10.037 PMID:21126764

Monge P, Wesseling C, Guardado J, Lundberg I, Ahlbom A, Cantor KP *et al.* (2007). Parental occupational exposure to pesticides and the risk of childhood leukemia in Costa Rica. *Scand J Work Environ Health*, 33(4):293–303. doi:10.5271/sjweh.1146 PMID:17717622

Monroy CM, Cortés AC, Sicard DM, de Restrepo HG (2005). [Cytotoxicity and genotoxicity of human cells exposed in vitro to glyphosate] *Biomedica*, 25(3):335–45. doi:10.7705/biomedica.v25i3.1358 PMID:16276681

Moreno NC, Sofia SH, Martinez CB (2014). Genotoxic effects of the herbicide Roundup Transorb and its active ingredient glyphosate on the fish *Prochilodus lineatus*. *Environ Toxicol Pharmacol*, 37(1):448–54. doi:10.1016/j.etap.2013.12.012 PMID:24448465

Mortensen OS, Sørensen FW, Gregersen M, Jensen K (2000). [Poisonings with the herbicides glyphosate and glyphosate-trimesium] [in Danish] *Ugeskr Laeger*, 162(35):4656–9. PMID:10986892

Motojyuku M, Saito T, Akieda K, Otsuka H, Yamamoto I, Inokuchi S (2008). Determination of glyphosate, glyphosate metabolites, and glufosinate in human serum by gas chromatography-mass spectrometry. *J Chromatogr B Analyt Technol Biomed Life Sci*, 875(2):509–14. doi:10.1016/j.jchromb.2008.10.003 PMID:18945648

Muangphra P, Kwankua W, Gooneratne R (2014). Genotoxic effects of glyphosate or paraquat on earthworm coelomocytes. *Environ Toxicol*, 29(6):612–20. doi:10.1002/tox.21787 PMID:22644885

Nakashima K, Yoshimura T, Mori H, Kawaguchi M, Adachi S, Nakao T *et al.* (2002). [Effects of pesticides on cytokine production by human peripheral blood mononuclear cells–fenitrothion and glyphosate] *Chudoku Kenkyu*, 15(2):159–65. PMID:12108020

NCBI (2015). Glyphosate. Compound summary for CID 3496. PubChem Open Chemistry Database. Bethesda (MD): National Center for Biotechnology Information, United States National Library of Medicine. Available from: http://pubchem.ncbi.nlm.nih.gov/summary/summary.cgi?cid=3496, accessed 5 March 2015.

Nedelkoska TV, Low GKC (2004). High-performance liquid chromatographic determination of glyphosate in water and plant material after pre-column derivatisation with 9-fluorenylmethyl chloroformate. *Anal Chim Acta*, 511(1):145–53. doi:10.1016/j.aca.2004.01.027

NIH (2015). Questionnaires and study data. Agricultural Health Study. National Institutes of Health. Available from: http://aghealth.nih.gov/collaboration/questionnaires.html, accessed 12 June 2015.

Nordström M, Hardell L, Magnuson A, Hagberg H, Rask-Andersen A (1998). Occupational exposures, animal exposure and smoking as risk factors for hairy cell leukaemia evaluated in a case-control study. *Br*

*J Cancer*, 77(11):2048–52. doi:10.1038/bjc.1998.341 PMID:9667691

NPIC (2010). Glyphosate. General fact sheet. Oregon State University: National Pesticide Information Center. Available from: http://npic.orst.edu/factsheets/glyphogen.pdf, accessed June 2015.

Nwani CD, Nagpure NS, Kumar R, Kushwaha B, Lakra WS (2013). DNA damage and oxidative stress modulatory effects of glyphosate-based herbicide in freshwater fish, *Channa punctatus*. *Environ Toxicol Pharmacol*, 36(2):539–47. doi:10.1016/j.etap.2013.06.001 PMID:23816461

Omran NE, Salama WM (2013). The endocrine disrupter effect of atrazine and glyphosate on *Biomphalaria alexandrina* snails. *Toxicol Ind Health*, doi:10.1177/0748233713506959 PMID:24215068

Orsi L, Delabre L, Monnereau A, Delval P, Berthou C, Fenaux P *et al.* (2009). Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. *Occup Environ Med*, 66(5):291–8. doi:10.1136/oem.2008.040972 PMID:19017688

Ortiz-Ordoñez E, Uría-Galicia E, Ruiz-Picos RA, Duran AG, Trejo YH, Sedeño-Díaz JE *et al.* (2011). Effect of Yerbimat herbicide on lipid peroxidation, catalase activity, and histological damage in gills and liver of the freshwater fish *Goodea atripinnis*. *Arch Environ Contam Toxicol*, 61(3):443–52. doi:10.1007/s00244-011-9648-0 PMID:21305274

Paganelli A, Gnazzo V, Acosta H, López SL, Carrasco AE (2010). Glyphosate-based herbicides produce teratogenic effects on vertebrates by impairing retinoic acid signalling. *Chem Res Toxicol*, 23(10):1586–95. doi:10.1021/tx1001749 PMID:20695457

Pahwa P, Karunanayake CP, Dosman JA, Spinelli JJ, McLaughlin JR; Cross-Canada Group(2011). Soft-tissue sarcoma and pesticides exposure in men: results of a Canadian case-control study. *J Occup Environ Med*, 53(11):1279–86. doi:10.1097/JOM.0b013e3182307845 PMID:22068131

Park JS, Kwak SJ, Gil HW, Kim SY, Hong SY (2013). Glufosinate herbicide intoxication causing unconsciousness, convulsion, and 6th cranial nerve palsy. *J Korean Med Sci*, 28(11):1687–9. doi:10.3346/jkms.2013.28.11.1687 PMID:24265537

Paz-y-Miño C, Muñoz MJ, Maldonado A, Valladares C, Cumbal N, Herrera C *et al.* (2011). Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border. *Rev Environ Health*, 26(1):45–51. doi:10.1515/reveh.2011.007 PMID:21714381

Paz-y-Miño C, Sánchez ME, Aréval M, Muñoz MJ, Witte T, De-la-Carrera GO *et al.* (2007). Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate. *Genet Mol Biol*, 30(2):456–60. doi:10.1590/S1415-47572007000300026

Peluso M, Munnia A, Bolognesi C, Parodi S (1998). $^{32}$P-postlabeling detection of DNA adducts in mice treated with the herbicide Roundup. *Environ Mol Mutagen*, 31(1):55–9. doi:10.1002/(SICI)1098-2280(1998)31:1<55::AID-EM8>3.0.CO;2-A PMID:9464316

Perry L, Adams RD, Bennett AR, Lupton DJ, Jackson G, Good AM *et al.* (2014). National toxicovigilance for pesticide exposures resulting in health care contact - An example from the UK's National Poisons Information Service. *Clin Toxicol (Phila)*, 52(5):549–55. doi:10.3109/15563650.2014.908203 PMID:24735003

Pesticide Residues Committee (2007). Pesticide residues monitoring report. Fourth quarter report 2006. York: Pesticide Residues Committee. Available from: http://www.pesticides.gov.uk/guidance/industries/pesticides/advisory-groups/PRiF/PRC-Pesticides-Residues-Commitee/PRC_Results_and_Reports/PRC_Reports_by_Year/pesticide-residue-committee-prc-2006, accessed 2 November 2014.

Pesticide Residues Committee (2008). Pesticide residues monitoring report. Fourth quarter report 2007. York: Pesticide Residues Committee. Available from: http://www.pesticides.gov.uk/guidance/industries/pesticides/advisory-groups/PRiF/PRC-Pesticides-Residues-Commitee/PRC_Results_and_Reports/PRC_Reports_by_Year/pesticides-residues-committee-prc-reports-2007, accessed 2 November 2014.

Pesticide Residues Committee (2009). Pesticide residues monitoring report. Fourth quarter report 2008. York: Pesticide Residues Committee. Available from: http://www.pesticides.gov.uk/guidance/industries/pesticides/advisory-groups/PRiF/PRC-Pesticides-Residues-Commitee/PRC_Results_and_Reports/PRC_Reports_by_Year/pesticide-residues-committee-prc-reports-2009.htm?wbc_purpose=Ba, accessed 2 November 2014.

Pesticide Residues Committee (2010). Pesticide residues monitoring report. Fourth quarter report 2009. York: Pesticide Residues Committee. Available from: http://www.pesticides.gov.uk/guidance/industries/pesticides/advisory-groups/PRiF/PRC-Pesticides-Residues-Commitee/PRC_Results_and_Reports/PRC_Reports_by_Year/pesticide-residues-committee-prc-reports-2010, accessed 2 November 2014.

Piola L, Fuchs J, Oneto ML, Basack S, Kesten E, Casabé N (2013). Comparative toxicity of two glyphosate-based formulations to *Eisenia andrei* under laboratory conditions. *Chemosphere*, 91(4):545–51. doi:10.1016/j.chemosphere.2012.12.036 PMID:23332878

Poletta GL, Kleinsorge E, Paonessa A, Mudry MD, Larriera A, Siroski PA (2011). Genetic, enzymatic

and developmental alterations observed in *Caiman latirostris* exposed in ovo to pesticide formulations and mixtures in an experiment simulating environmental exposure. *Ecotoxicol Environ Saf*, 74(4):852–9. doi:10.1016/j.ecoenv.2010.12.005 PMID:21185601

Poletta GL, Larriera A, Kleinsorge E, Mudry MD (2009). Genotoxicity of the herbicide formulation Roundup (glyphosate) in broad-snouted caiman (*Caiman latirostris*) evidenced by the Comet assay and the Micronucleus test. *Mutat Res*, 672(2):95–102. doi:10.1016/j.mrgentox.2008.10.007 PMID:19022394

Prasad S, Srivastava S, Singh M, Shukla Y (2009). Clastogenic effects of glyphosate in bone marrow cells of swiss albino mice. *J Toxicol*, 2009:308985 doi:10.1155/2009/308985 PMID:20107585

Rank J, Jensen AG, Skov B, Pedersen LH, Jensen K (1993). Genotoxicity testing of the herbicide Roundup and its active ingredient glyphosate isopropylamine using the mouse bone marrow micronucleus test, *Salmonella* mutagenicity test, and *Allium* anaphase-telophase test. *Mutat Res*, 300(1):29–36. doi:10.1016/0165-1218(93)90136-2 PMID:7683765

República de El Salvador (2013). Asamblea Legislativa aprueba reformas que prohíben pesticidas que dañan la salud, 5 September 2013. Available from: http://www.asamblea.gob.sv/noticias/archivo-de-noticias/asamblea-legislativa-aprueba-reformas-que-prohiben-pesticidas-que-danan-la-salud, accessed 28 April 2015. [Spanish]

Richard S, Moslemi S, Sipahutar H, Benachour N, Seralini GE (2005). Differential effects of glyphosate and Roundup on human placental cells and aromatase. *Environ Health Perspect*, 113(6):716–20. doi:10.1289/ehp.7728 PMID:15929894

Roberts DM, Buckley NA, Mohamed F, Eddleston M, Goldstein DA, Mehrsheikh A *et al.* (2010). A prospective observational study of the clinical toxicology of glyphosate-containing herbicides in adults with acute self-poisoning. *Clin Toxicol (Phila)*, 48(2):129–36. doi:10.3109/15563650903476491 PMID:20136481

Roustan A, Aye M, De Meo M, Di Giorgio C (2014). Genotoxicity of mixtures of glyphosate and atrazine and their environmental transformation products before and after photoactivation. *Chemosphere*, 108:93–100. doi:10.1016/j.chemosphere.2014.02.079 PMID:24875917

Ruder AM, Waters MA, Butler MA, Carreón T, Calvert GM, Davis-King KE *et al.* ; Brain Cancer Collaborative Study Group(2004). Gliomas and farm pesticide exposure in men: the Upper Midwest Health Study. *Arch Environ Health*, 59(12):650–7. doi:10.1080/00039890409602949 PMID:16789473

Rueppel ML, Brightwell BB, Schaefer J, Marvel JT (1977). Metabolism and degradation of glyphosphate in soil and water. *J Agric Food Chem*, 25(3):517–28. doi:10.1021/jf60211a018 PMID:858844

Rumack BH (2015). Emergency medical treatment. Glyphosate isopropylamine salt. POISINDEX(R) Information System. CCIS Volume 164, edition expires May, 2015. Available from: http://toxnet.nlm.nih.gov/cgi-bin/sis/search2/f?./temp/~M2Dk5e:2.

Sanchís J, Kantiani L, Llorca M, Rubio F, Ginebreda A, Fraile J *et al.* (2012). Determination of glyphosate in groundwater samples using an ultrasensitive immunoassay and confirmation by on-line solid-phase extraction followed by liquid chromatography coupled to tandem mass spectrometry. *Anal Bioanal Chem*, 402(7):2335–45. doi:10.1007/s00216-011-5541-y PMID:22101424

Schinasi L, Leon ME (2014). Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. *Int J Environ Res Public Health*, 11(4):4449–527. doi:10.3390/ijerph110404449 PMID:24762670

Séralini GE, Clair E, Mesnage R, Gress S, Defarge N, Manuela Malatesta M *et al.* (2014). Republished study:long-term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize. *Environmental Sciences Europe*, 26(1):1–14. doi:10.1186/s12302-014-0014-5

Siddiqui S, Meghvansi MK, Khan SS (2012). Glyphosate, alachor and maleic hydrazide have genotoxic effect on *Trigonella foenum-graecum* L. *Bull Environ Contam Toxicol*, 88(5):659–65. doi:10.1007/s00128-012-0570-6 PMID:22392005

Simonsen L, Fomsgaard IS, Svensmark B, Spliid NH (2008). Fate and availability of glyphosate and AMPA in agricultural soil. *J Environ Sci Health B*, 43(5):365–75. doi:10.1080/03601230802062000 PMID:18576216

Sinhorin VD, Sinhorin AP, Teixeira JM, Miléski KM, Hansen PC, Moreira PS *et al.* (2014). Effects of the acute exposition to glyphosate-based herbicide on oxidative stress parameters and antioxidant responses in a hybrid Amazon fish surubim (*Pseudoplatystoma* sp). *Ecotoxicol Environ Saf*, 106:181–7. doi:10.1016/j.ecoenv.2014.04.040 PMID:24840881

Siviková K, Dianovský J (2006). Cytogenetic effect of technical glyphosate on cultivated bovine peripheral lymphocytes *Int J Hyg Environ Health*, 209(1):15–20. doi:10.1016/j.ijheh.2005.07.005 PMID:16373198

Slaninova A, Smutna M, Modra H, Svobodova Z (2009). A review: oxidative stress in fish induced by pesticides. *Neuro Endocrinol Lett*, 30:Suppl 1: 2–12. PMID:20027135

Solomon KR, Anadón A, Carrasquilla G, Cerdeira AL, Marshall J, Sanin LH (2007). Coca and poppy eradication in Colombia: environmental and human health assessment of aerially applied glyphosate. *Rev Environ Contam Toxicol*, 190:43–125. doi:10.1007/978-0-387-36903-7_2 PMID:17432331

Sorahan T (2015). Multiple myeloma and glyphosate use: a re-analysis of US Agricultural Health Study (AHS) data. *Int J Environ Res Public Health*, 12(2):1548–59. doi:10.3390/ijerph120201548 PMID:25635915

Sørensen FW, Gregersen M (1999). Rapid lethal intoxication caused by the herbicide glyphosate-trimesium (Touchdown). *Hum Exp Toxicol*, 18(12):735–7. doi:10.1191/096032799678839590 PMID:10627661

Sribanditmongkol P, Jutavijittum P, Pongraveevongsa P, Wunnapuk K, Durongkadech P (2012). Pathological and toxicological findings in glyphosate-surfactant herbicide fatality: a case report. *Am J Forensic Med Pathol*, 33(3):234–7. doi:10.1097/PAF.0b013e31824b936c PMID:22835958

Stella J, Ryan M (2004). Glyphosate herbicide formulation: a potentially lethal ingestion. *Emerg Med Australas*, 16(3):235–9. doi:10.1111/j.1742-6723.2004.00593.x PMID:15228468

Székács A, Darvas B (2012). Forty years with glyphosate. In: Hasaneen MNAE-G, editor. Herbicides – properties, synthesis and control of weeds. Croatia: InTech, pp. 247–84. Available from: http://cdn.intechweb.org/pdfs/25624.pdf, accessed 28 July 2015.

Takeuchi S, Iida M, Yabushita H, Matsuda T, Kojima H (2008). In vitro screening for aryl hydrocarbon receptor agonistic activity in 200 pesticides using a highly sensitive reporter cell line, DR-EcoScreen cells, and in vivo mouse liver cytochrome P450-1A induction by propanil, diuron and linuron. *Chemosphere*, 74(1):155–65. doi:10.1016/j.chemosphere.2008.08.015 PMID:18835618

Temple WA, Smith NA (1992). Glyphosate herbicide poisoning experience in New Zealand. *N Z Med J*, 105(933):173–4. PMID:1589162

Thongprakaisang S, Thiantanawat A, Rangkadilok N, Suriyo T, Satayavivad J (2013). Glyphosate induces human breast cancer cells growth via estrogen receptors. *Food Chem Toxicol*, 59:129–36. doi:10.1016/j.fct.2013.05.057 PMID:23756170

Tian J, Shi H, Li X, Yin Y, Chen L (2012). Coupling mass balance analysis and multi-criteria ranking to assess the commercial-scale synthetic alternatives: a case study on glyphosate. *Green Chem*, 14:1990–2000.

Tice RR, Austin CP, Kavlock RJ, Bucher JR (2013). Improving the human hazard characterization of chemicals: a Tox21 update. *Environ Health Perspect*, 121(7):756–65. doi:10.1289/ehp.1205784 PMID:23603828

Tomlin CDS, editor (2000). The pesticide manual: a world compendium. 12th ed. Croydon: British Crop Protection Council. Available from: http://trove.nla.gov.au/work/6273016, accessed 28 July 2015.

Transparency Market Research (2014). Global glyphosate market expected to reach US$8.79 billion in 2019. New York: Transparency Market Research. Posted on 9 December 2014. Available from: http://www.transparencymarketresearch.com/pressrelease/glyphosate-market.htm, accessed 21 April 2015.

Truta E, Vochita G, Rosu CM, Zamfirache MM, Olteanu Z (2011). Evaluation of Roundup-induced toxicity on genetic material and on length growth of barley seedlings. *Acta Biol Hung*, 62(3):290–301. doi:10.1556/ABiol.62.2011.3.8 PMID:21840831

Tu M, Hurd C, Randall JM (2001). Weed control methods handbook: tools & techniques for use in natural areas. Version April 2001. Arlington (VA): Wildland Invasive Species Team, The Nature Conservancy. Available from: http://www.invasive.org/gist/products/handbook/01.TitleContents.pdf, accessed 28 July 2015.

Uren Webster TM, Laing LV, Florance H, Santos EM (2014). Effects of glyphosate and its formulation, Roundup, on reproduction in zebrafish (*Danio rerio*). *Environ Sci Technol*, 48(2):1271–9. doi:10.1021/es404258h PMID:24364672

Vainio H, Linnainmaa K, Kähönen M, Nickels J, Hietanen E, Marniemi J *et al.* (1983). Hypolipidemia and peroxisome proliferation induced by phenoxyacetic acid herbicides in rats. *Biochem Pharmacol*, 32(18):2775–9. doi:10.1016/0006-2952(83)90091-6 PMID:6626247

Varona M, Henao GL, Díaz S, Lancheros A, Murcia A, Rodríguez N *et al.* (2009). Evaluación de los efectos del glifosato y otros plaguicidas en la salud humana en zonas objeto del programa de erradicación de cultivos ilícitos. [Effects of aerial applications of the herbicide glyphosate and insecticides on human health] *Biomedica*, 29(3):456–75. [Spanish]. doi:10.7705/biomedica.v29i3.16 PMID:20436997

Vasiluk L, Pinto LJ, Moore MM (2005). Oral bioavailability of glyphosate: studies using two intestinal cell lines. *Environ Toxicol Chem*, 24(1):153–60. doi:10.1897/04-088R.1 PMID:15683179

Vera-Candioti J, Soloneski S, Larramendy ML (2013). Evaluation of the genotoxic and cytotoxic effects of glyphosate-based herbicides in the ten spotted live-bearer fish *Cnesterodon decemmaculatus* (Jenyns, 1842). *Ecotoxicol Environ Saf*, 89:166–73. doi:10.1016/j.ecoenv.2012.11.028 PMID:23273868

Vigfusson NV, Vyse ER (1980). The effect of the pesticides, Dexon, Captan and Roundup, on sister-chromatid exchanges in human lymphocytes in vitro. *Mutat Res*, 79(1):53–7. doi:10.1016/0165-1218(80)90147-0 PMID:7432366

Waddell BL, Zahm SH, Baris D, Weisenburger DD, Holmes F, Burmeister LF *et al.* (2001). Agricultural use of organophosphate pesticides and the risk of non-Hodgkin's lymphoma among male farmers (United States). *Cancer Causes Control*, 12(6):509–17. doi:10.1023/A:1011293208949 PMID:11519759

Walsh LP, McCormick C, Martin C, Stocco DM (2000). Roundup inhibits steroidogenesis by disrupting steroidogenic acute regulatory (StAR) protein expression.

*Environ Health Perspect*, 108(8):769–76. doi:10.1289/ehp.00108769 PMID:10964798

Wang G, Deng S, Li C, Liu Y, Chen L, Hu C (2012). Damage to DNA caused by UV-B radiation in the desert cyanobacterium *Scytonema javanicum* and the effects of exogenous chemicals on the process. *Chemosphere*, 88(4):413–7. doi:10.1016/j.chemosphere.2012.02.056 PMID:22436589

Wester RC, Melendres J, Sarason R, McMaster J, Maibach HI (1991). Glyphosate skin binding, absorption, residual tissue distribution, and skin decontamination. *Fundam Appl Toxicol*, 16(4):725–32. doi:10.1016/0272-0590(91)90158-Z PMID:1884912

Xie L, Thrippleton K, Irwin MA, Siemering GS, Mekebri A, Crane D *et al.* (2005). Evaluation of estrogenic activities of aquatic herbicides and surfactants using an rainbow trout vitellogenin assay. *Toxicol Sci*, 87(2):391–8. doi:10.1093/toxsci/kfi249 PMID:16049272

Yadav SS, Giri S, Singha U, Boro F, Giri A (2013). Toxic and genotoxic effects of Roundup on tadpoles of the Indian skittering frog (*Euflictis cyanophlyctis*) in the presence and absence of predator stress. *Aquat Toxicol*, 132–133:1–8. doi:10.1016/j.aquatox.2013.01.016 PMID:23454306

Yin G (2011). Glyphosate: There is no substitute. Farm Chemicals International. 3 March 2011. Willoughby (OH): Meister Media Worldwide. Available from: http://www.farmchemicalsinternational.com/crop-inputs/herbicides/glyphosate-there-is-no-substitute/, accessed June 2015.

Yoshioka N, Asano M, Kuse A, Mitsuhashi T, Nagasaki Y, Ueno Y (2011). Rapid determination of glyphosate, glufosinate, bialaphos, and their major metabolites in serum by liquid chromatography-tandem mass spectrometry using hydrophilic interaction chromatography. *J Chromatogr A*, 1218(23):3675–80. doi:10.1016/j.chroma.2011.04.021 PMID:21530973

Yue Y, Zhang Y, Zhou L, Qin J, Chen X (2008). In vitro study on the binding of herbicide glyphosate to human serum albumin by optical spectroscopy and molecular modeling. *J Photochem Photobiol B*, 90(1):26–32. doi:10.1016/j.jphotobiol.2007.10.003 PMID:18035550

Zahm SH, Weisenburger DD, Babbitt PA, Saal RC, Vaught JB, Cantor KP *et al.* (1990). A case-control study of non-Hodgkin's lymphoma and the herbicide 2,4-dichlorophenoxyacetic acid (2,4-D) in eastern Nebraska. *Epidemiology*, 1(5):349–56. doi:10.1097/00001648-199009000-00004 PMID:2078610

Zhao W, Yu H, Zhang J, Shu L (2013). [Effects of glyphosate on apoptosis and expressions of androgen-binding protein and vimentin mRNA in mouse Sertoli cells] *Nan Fang Yi Ke Da Xue Xue Bao*, 33(11):1709–13. PMID:24273285

Zouaoui K, Dulaurent S, Gaulier JM, Moesch C, Lachâtre G (2013). Determination of glyphosate and AMPA in blood and urine from humans: about 13 cases of acute intoxication. *Forensic Sci Int*, 226(1–3):e20–5. doi:10.1016/j.forsciint.2012.12.010 PMID:23291146