# EXHIBIT 12



**Planet Depos**
*We Make It Happen*™

## CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS

# Transcript of William Sawyer, Ph.D.

**Date:** September 15, 2019
**Case:** Roundup Products Liability Litigation, In Re

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      MDL No. 2741
                 Case No. 3:16-md-02741-VC
 4
 5   IN RE:  ROUNDUP PRODUCTS LIABILITY
     LITIGATION
 6   _____
     This document relates to:
 7   Giglio v. Monsanto Co., et al.
     Case No. 3:16-cv-05658-VC
 8   ------------------------------------/
 9
10       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS
11              VIDEOTAPED DEPOSITION OF:
12                 WILLIAM SAWYER, Ph.D.
13                    Pages 1 to 177
14              Sunday, September 15, 2019
15                 7:39 a.m. - 11:55 a.m.
16
             Sanibel Harbour Marriott Resort and Spa
17               17260 Harbour Pointe Drive
                   Jasmine Conference Room
18               Fort Myers, Florida 33908
19
20
              STENOGRAPHICALLY REPORTED BY:
21       NANCY E. PAULSEN, CRR, CRC, RPR, FPR, RSA
22
23
24
25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS
Transcript of William Sawyer, Ph.D.
Conducted on September 15, 2019                    57

| | | |
|---|---|---|
| 1 | pathologist. | 08:49:23 |
| 2 | Q.   Okay.  And am I correct as well you said | 08:49:23 |
| 3 | that -- other than random chance.  You have not gone | 08:49:26 |
| 4 | through the process of ruling out random chance as the | 08:49:29 |
| 5 | cause of Mr. Giglio's NHL as well; right? | 08:49:32 |
| 6 | A.   Well, I would defer that to our medical | 08:49:36 |
| 7 | epidemiologist -- | 08:49:39 |
| 8 | Q.   Okay. | 08:49:40 |
| 9 | A.   -- in terms of the primary studies involved in | 08:49:41 |
| 10 | this case. | 08:49:46 |
| 11 | Q.   Okay.  So -- just so I'm very clear here, you | 08:49:46 |
| 12 | have not gone through the process, then, of ruling out | 08:49:49 |
| 13 | every other potential cause you consider may have | 08:49:52 |
| 14 | contributed to Mr. Giglio's NHL since you have not ruled | 08:49:55 |
| 15 | out personally random chance or genetic effects; true? | 08:49:59 |
| 16 |         MS. SIZEMORE-WETZEL:  Object to form. | 08:50:03 |
| 17 |         THE WITNESS:  Well, when I say random, | 08:50:04 |
| 18 |     I'm referring to the background rate of NHL, and -- | 08:50:11 |
| 19 |     and specifically DLBCL, which is what Mr. Giglio -- | 08:50:16 |
| 20 |     Giglio was diagnosed at age 62 with his stage IV | 08:50:27 |
| 21 |     malignancy. | 08:50:33 |
| 22 | BY MR. KALAS: | 08:50:34 |
| 23 | Q.   Sure.  And people are diagnosed with DLBCL at | 08:50:35 |
| 24 | age 62 who have never touched Roundup in their lives; | 08:50:39 |
| 25 | right? | 08:50:42 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS
Transcript of William Sawyer, Ph.D.
Conducted on September 15, 2019

58

| | | |
|---|---|---|
| 1 | A. Certainly. And that -- and that's where I'm | 08:50:42 |
| 2 | deferring to the medical epidemiologist with the more | 08:50:45 |
| 3 | than doubling of the risk in some of the studies -- | 08:50:51 |
| 4 | Q. Okay. | 08:50:56 |
| 5 | A. -- with respect to glyphosate, the design of | 08:50:56 |
| 6 | those studies, McDuffie study, for example, who did | 08:51:00 |
| 7 | break the groups into different age brackets and so on. | 08:51:09 |
| 8 | I -- I'm not going to handle the | 08:51:12 |
| 9 | epidemiological aspects. I defer that to the medical | 08:51:14 |
| 10 | epidemiologists in this matter. | 08:51:18 |
| 11 | Q. Right. As far as you go on the epidemiology, | 08:51:19 |
| 12 | if I understand you correctly, is just the dose aspects | 08:51:22 |
| 13 | of the epidemiology and whether or not the plaintiff | 08:51:25 |
| 14 | fits into the dose brackets within the epidemiology; | 08:51:28 |
| 15 | true? | 08:51:33 |
| 16 | A. That's correct. | 08:51:33 |
| 17 | Q. Okay. Now, you have no opinion about | 08:51:34 |
| 18 | Mr. Giglio's prognosis; right? | 08:51:36 |
| 19 | A. No. | 08:51:37 |
| 20 | Q. Okay. You have no opinion about his course of | 08:51:38 |
| 21 | care; right? | 08:51:40 |
| 22 | A. No. | 08:51:41 |
| 23 | Q. Okay. And, again, in previous cases, you have | 08:51:42 |
| 24 | stated that other than explaining toxicological terms, | 08:51:45 |
| 25 | you have no opinions regarding Monsanto's corporate | 08:51:50 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS

Transcript of William Sawyer, Ph.D.

Conducted on September 15, 2019     64

| | | |
|---|---|---|
| 1 | A. That's right. | 08:57:54 |
| 2 | Q. Okay. And you've been very clear, even five | 08:57:54 |
| 3 | minutes ago, that you're not here to talk about general | 08:57:57 |
| 4 | epidemiology opinions, just the dose metrics within | 08:58:04 |
| 5 | epidemiology studies; right? | 08:58:07 |
| 6 | A. Yes. | 08:58:09 |
| 7 | Q. Okay. And so you would defer to plaintiff's | 08:58:10 |
| 8 | epidemiology expert, I think it's Dr. Ritz and perhaps | 08:58:12 |
| 9 | Dr. Portier in this case, generally as to the | 08:58:16 |
| 10 | significance of these ever/never studies; right? | 08:58:19 |
| 11 | A. Yes. | 08:58:21 |
| 12 | Q. Okay. So additionally, these studies Leon and | 08:58:22 |
| 13 | Zane, these pooled and meta-analyses, are actually | 08:58:29 |
| 14 | studies of studies in lay terms; right? They're not | 08:58:32 |
| 15 | primary data, they combine data; right? | 08:58:35 |
| 16 | A. Yes. But I -- as I've said, it's not just a | 08:58:39 |
| 17 | com- -- combination. McDuffie and Eriksson also | 08:58:42 |
| 18 | includes French and Swedish studies. | 08:58:45 |
| 19 | Q. Sure. I just -- I want to make sure we're | 08:58:47 |
| 20 | clear about what a meta-analysis and a pooled analysis | 08:58:49 |
| 21 | are. They are not primary studies, they are | 08:58:52 |
| 22 | combinations of data? | 08:58:56 |
| 23 | A. Correct. | 08:58:57 |
| 24 | Q. Okay. Now, let's go back to the other three | 08:58:57 |
| 25 | studies here that you have above this, McDuffie, | 08:58:59 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS
Transcript of William Sawyer, Ph.D.
Conducted on September 15, 2019          66

| | | |
|---|---|---|
| 1 | Q. Okay. So it's, again, a study of studies; | 09:00:27 |
| 2 | right? | 09:00:29 |
| 3 | A. Yeah, but it had one other group that was | 09:00:29 |
| 4 | different. | 09:00:31 |
| 5 | Q. But am I correct that the three primary | 09:00:34 |
| 6 | studies that you're relying on to talk about | 09:00:37 |
| 7 | Mr. Giglio's dose and compare his dose to the | 09:00:39 |
| 8 | epidemiological studies are McDuffie, Eriksson, and | 09:00:43 |
| 9 | Andreotti? | 09:00:47 |
| 10 | A. Yes. | 09:00:49 |
| 11 | Q. Okay. So let's look at Andreotti first. | 09:00:51 |
| 12 | MS. SIZEMORE-WETZEL: Thank you. | 09:00:58 |
| 13 | MR. KALAS: Um-hum (affirmative). | 09:00:59 |
| 14 | (Marked Deposition Exhibit 6.) | 09:01:01 |
| 15 | BY MR. KALAS: | 09:01:01 |
| 16 | Q. We've marked it as Exhibit 6. | 09:01:05 |
| 17 | And we've looked at this study before; right, | 09:01:14 |
| 18 | sir? | 09:01:17 |
| 19 | A. Oh, yes. | 09:01:17 |
| 20 | Q. Okay. And you state on page 46 of your | 09:01:19 |
| 21 | report -- let's find the quote -- that Mr. Giglio fits | 09:01:21 |
| 22 | into the second quartile of the Andreotti study; right? | 09:01:31 |
| 23 | That's Table 8? | 09:01:35 |
| 24 | A. Yeah. | 09:01:37 |
| 25 | Q. Okay. That's lifetime days of glyphosate use, | 09:01:37 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS

Transcript of William Sawyer, Ph.D.
Conducted on September 15, 2019                          78

| | | |
|---|---|---|
| 1 | And you stated in your report that the | 09:17:36 |
| 2 | Agricultural Health Study did not find a statistically | 09:17:39 |
| 3 | elevated risk of NHL; right? | 09:17:42 |
| 4 | A.   That's correct. | 09:17:43 |
| 5 | Q.   Okay.  And you agree with that, that this | 09:17:43 |
| 6 | study does not show a significantly elevated risk for | 09:17:47 |
| 7 | people with the same exposure characteristics as | 09:17:50 |
| 8 | Mr. Giglio? | 09:17:53 |
| 9 | MS. SIZEMORE-WETZEL:  Object to form. | 09:17:53 |
| 10 | THE WITNESS:  As I've testified in the past 11 | 09:17:54 |
| 11 | deposition sessions and two trials, yes. | 09:17:58 |
| 12 | BY MR. KALAS: | 09:18:07 |
| 13 | Q.   Okay.  Let's move to the Eriksson study.  Now, | 09:18:07 |
| 14 | we've gone over this many times.  Mark it as Exhibit 8. | 09:18:10 |
| 15 | (Marked Deposition Exhibit 8.) | 09:18:15 |
| 16 | BY MR. KALAS: | 09:18:15 |
| 17 | Q.   But you believe Mr. Giglio also fits within | 09:18:16 |
| 18 | the exposure or dose profile in this study; right? | 09:18:19 |
| 19 | MS. SIZEMORE-WETZEL:  Thank you. | 09:18:22 |
| 20 | THE WITNESS:  Yes. | 09:18:23 |
| 21 | BY MR. KALAS: | 09:18:23 |
| 22 | Q.   Okay.  And this study, which we've marked as | 09:18:23 |
| 23 | Exhibit 8, you agree again with me this study in its | 09:18:26 |
| 24 | dose evaluation does not control for exposures to other | 09:18:32 |
| 25 | pesticides; right? | 09:18:35 |

| | |
|---|---|
| 1   A.   Correct. | 09:18:36 |
| 2   Q.   Okay.  But the Andreotti study does in its | 09:18:37 |
| 3   dose evaluations; correct? | 09:18:39 |
| 4   A.   Yes. | 09:18:46 |
| 5   Q.   Okay.  Now, there is only one figure regarding | 09:18:47 |
| 6   dose that Mr. Giglio fits in here; right?  And that's | 09:18:49 |
| 7   the greater than ten days of use? | 09:18:52 |
| 8        MS. SIZEMORE-WETZEL:  I'll object to the form | 09:18:56 |
| 9        of the question. | 09:18:57 |
| 10  BY MR. KALAS: | 09:18:58 |
| 11  Q.   And I'm -- if you want to see what you wrote | 09:19:44 |
| 12  about it, sir, it's on page 45 of your report. | 09:19:46 |
| 13  A.   Well, to answer your question, he fits into | 09:19:49 |
| 14  two different dose schemes.  He's -- obviously fits into | 09:20:13 |
| 15  the ten days of exposure or less, and also, greater than | 09:20:23 |
| 16  ten days.  Two different criterias. | 09:20:28 |
| 17  Q.   Okay.  But you wouldn't -- you wouldn't, when | 09:20:32 |
| 18  you're designing an epidemiology study, put somebody in | 09:20:35 |
| 19  both?  You're separating them between people who are | 09:20:38 |
| 20  exposed to ten days or less or greater than ten days; | 09:20:40 |
| 21  right? | 09:20:44 |
| 22  A.   Correct.  But he reaches -- exceeds the | 09:20:44 |
| 23  threshold of both of those parameters. | 09:20:47 |
| 24  Q.   I understand what you're saying.  I understand | 09:20:49 |
| 25  why you're trying to be very precise here. | 09:20:50 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS

Transcript of William Sawyer, Ph.D.
Conducted on September 15, 2019

80

| | | |
|---|---|---|
| 1 | It's true that if Mr. Giglio were somebody who | 09:20:53 |
| 2 | was included in the Eriksson study as a case, he would | 09:20:56 |
| 3 | fall into the greater than ten days group?  Right? | 09:21:00 |
| 4 | A.   Yes.  And you would have to mark that as -- on | 09:21:03 |
| 5 | your little chart thingy that his odds ratio was 2.36, | 09:21:08 |
| 6 | with the correct confidence interval. | 09:21:19 |
| 7 | Q.   Right.  And we're going -- I'm going there. | 09:21:22 |
| 8 | Okay? | 09:21:26 |
| 9 | So he would fall into the group that's 2.36 | 09:21:26 |
| 10 | with the 1.04 to 5.37 confidence interval; right? | 09:21:29 |
| 11 | That's in Table 2. | 09:21:37 |
| 12 | A.   Yes. | 09:21:42 |
| 13 | Q.   Okay.  And that's statistically significant; | 09:21:54 |
| 14 | right? | 09:21:56 |
| 15 | A.   Yes. | 09:21:56 |
| 16 | Q.   Okay.  Not controlled for other pesticides, | 09:21:56 |
| 17 | but statistically significant; true? | 09:21:59 |
| 18 | A.   Yes. | 09:22:00 |
| 19 | Q.   Okay.  And I know you pointed out that where | 09:22:01 |
| 20 | we have subtype data, we should look at it, so let's | 09:22:03 |
| 21 | look at Table 3 real quick.  This is not dose data, this | 09:22:06 |
| 22 | is just ever/never data; right? | 09:22:10 |
| 23 | A.   Yes. | 09:22:13 |
| 24 | Q.   But for B-cell generally, the odds ratio is | 09:22:13 |
| 25 | 1.87; right? | 09:22:17 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS
Transcript of William Sawyer, Ph.D.
Conducted on September 15, 2019                                    177

```
 1                    CERTIFICATE OF OATH
 2
 3
 4    STATE OF FLORIDA                )
 5    COUNTY OF LEE                   )
 6
 7        I, the undersigned authority, certify that
 8    William Sawyer, Ph.D. personally appeared before me on
 9    September 15, 2019, produced a Florida driver's license
10    for identification, and was duly sworn.
11
12        WITNESS my hand and official seal this 17th day of
13    September, 2019.
14
15
16
17
18        _____
19        Nancy E. Paulsen, CRR, CRC, RPR, FPR
20        Notary Public
21        State of Florida at Large
22        My Commission Number:  FF919677
23        Expires:  September 17, 2019
24        (Transcript digitally signed through
25              VeriSign)
```