# EXHIBIT 14

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

BEFORE THE HONORABLE WINIFRED Y. SMITH, JUDGE PRESIDING

DEPARTMENT NUMBER 21

---oOo---

| | |
|---|---|
| COORDINATION PROCEEDING ) SPECIAL TITLE (RULE 3.550) ) ) ROUNDUP PRODUCTS CASE ) ) _____ ) ) THIS TRANSCRIPT RELATES TO: ) ) Pilliod, et al. ) vs. ) Monsanto Company, et al. ) _____) | **JCCP No. 4953** **Case No.  RG17862702** **Pages 1834 - 2073** **Volume 13** |

**Reporter's Transcript of Proceedings**

Wednesday, April 3, 2019

Reported by: Lori Stokes, CSR No. 12732, RPR
             Court Reporter

BARS

BAY AREA REPORTING

S O L U T I O N S

888.526.8243
www.BayAreaReportingSolutions.com

1834

1        But that's not what you always have.  You
2   always have human data.
3        **Q.**   And so in terms of the human data we have in
4   this case, you agree that you cannot make a firm
5   statement that Roundup causes NHL from the epidemiology
6   data alone, true?
7        **A.**   Correct.  I can't do it from the epidemiology
8   data alone.
9        **Q.**   Now, you went through with Mr. Wisner -- you
10  had a long discussion of -- let me back up.
11       You agree, sir, that there are scientists who
12  disagree with the views you've offered to the jury in
13  this case?
14       **A.**   Yes.
15       **Q.**   And you talked with Mr. Wisner about one group
16  of scientists at the EPA who have concluded differently
17  than what you've given opinions about to this jury,
18  true?
19       **A.**   That's true.
20       **Q.**   And you would recognize that there are
21  scientists at regulatory bodies around the world who
22  have assessed the data and have come to conclusions
23  different than yours, true?
24       **A.**   Well, I would first question the statement
25  "have assessed the data."  But certainly they have

1893

```
 1     State of California              )
                                        )
 2     County of Alameda                )

 3

 4          I, Lori Stokes, Court Reporter at the Superior

 5     Court of California, County of Alameda, do hereby

 6     certify:

 7          That I was present at the time of the above

 8     proceedings;

 9          That I took down in machine shorthand notes all

10     proceedings had and testimony given;

11          That I thereafter transcribed said shorthand notes

12     with the aid of a computer;

13          That the above and foregoing is a full, true, and

14     correct transcription of said shorthand notes, and a

15     full, true and correct transcript of all proceedings had

16     and testimony taken;

17          That I am not a party to the action or related to a

18     party or counsel;

19          That I have no financial or other interest in the

20     outcome of the action.

21     Dated:  April 3, 2019

22

23                         _Lori Stokes_____

24                         Lori Stokes, CSR No. 12732

25

                                                          2073
```