# EXHIBIT 19

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2

     ----------------------------------§
 3   IN RE:   ROUNDUP PRODUCTS          §
     LIABILITY LITIGATION               §
 4   ---------------------------------- §
     This document relates to:          § MDL No. 2741
 5                                      §
     David Schaffner, Jr., et al. v     §
 6   Monsanto Co.                       §
                                        §
 7   Case No. 3:19-cv-07526-VC          §
                                        §
 8                                      §
 9                         - - -
10                  September 14, 2021
11                         - - -
12
            Videotaped remote deposition of WILLIAM
13      SAWYER, PhD, held remotely, commencing at
        8:38 a.m., on the above date, before Tami Cline,
14      Registered Merit Reporter, Certified Realtime
        Reporter, and Florida Professional Reporter.
15
                           - - -
16
                  GOLKOW LITIGATION SERVICES
17           877.370.3377 ph | 917.591.5672 fax
                       deps@golkow.com
18
19
20
21
22
23
24
25
```

```
 1    even if that animal study is positive, right?
 2       A.   Yes.  The animal study can be used in a
 3    regulatory fashion in risk assessment for a
 4    population, not for a single individual's assessment
 5    of cancer causation.
 6       Q.   Well, but my question was actually more
 7    basic.  A positive animal study doesn't prove that a
 8    compound causes cancer in people, right?
 9       A.   By itself, no.
10       Q.   Okay.  Just like a negative animal study, in
11    your opinion, doesn't prove the compound doesn't
12    cause cancer in people, right?
13       A.   Not by itself, correct.
14       Q.   Okay.  Animal -- overall, animal data cannot
15    be used to prove or disprove cancer causation in
16    people.  You agree with that statement?
17       A.   Can you clarify that a bit?
18       Q.   By itself, animal data cannot be used to
19    prove or disprove cancer causation in people.  You
20    agree with that statement?
21       A.   By itself as a single factor, absolutely.
22       Q.   Okay.  Now, do you know -- or have you done
23    the math to determine whether or not, if Dr. Murphy
24    had used a 43-year lifetime days as opposed to
25    70-year lifetime days, whether Mr. Schaffner's
```

1    order to put together this epidemiology table,

2    right?

3      A.   Yes.

4      Q.   Okay.  And when you conducted that literature

5    review, you tried to include all the studies that

6    met your metrics, right?

7      A.   I don't understand by "your metrics."

8      Q.   Well, the dose metric requirement.

9      A.   Yeah.  I'm a toxicologist, and dose -- dose

10   is an important consideration.

11     Q.   Okay.  The Kabat study considers a dose

12   metric for the Agricultural Health Study, the Kabat

13   meta-analysis.  Are you aware of that?

14     A.   I would -- I would need to review that.

15     Q.   Okay.  You haven't reviewed that when

16   conducting your literature review when you're trying

17   to list all the dose metric studies?

18     A.   I have, but I don't have the study memorized

19   or in front of me.

20     Q.   Okay.  Did you exclude the Kabat study

21   because you didn't believe it included a dose

22   metric?

23     A.   I don't recall.

24     Q.   Okay.  If the Kabat study included a dose

25   metric you agree it belongs on this table, right?

1     A.    Yes.

2     Q.    Okay.  And the Kabat study was a null finding

3     in the meta-analysis, wasn't it?  You recall that?

4     A.    Possibly, yes.

5     Q.    Okay.  How about the Donato study?  Are you

6     aware that that considered the Agricultural Health

7     Study dose metric study data?

8     A.    Yes, and you have seen that in my report.

9     I've assessed that study and even used in my

10    report -- used that study in my report and concluded

11    it was a defective study, that it did not follow any

12    known methodology, and peer-reviewed literature has

13    criticized that study as being defective.

14    Q.    You're aware other epidemiologists disagree

15    with that conclusion you've reached, including

16    Dr. Boffeta, the author, and Dr. Donato?

17    A.    Well, that may be, but there is peer-reviewed

18    study evidence indicating the study is defective.

19    Q.    Okay.  There is peer-reviewed study evidence

20    in the Crump paper indicating the Zhang study is

21    defective, right?

22    A.    I'm not sure I would use those exact words.

23    I'd have to look at Crump to be more accurate.

24    Q.    Well, when I tried to show you Crump, you

25    told me you weren't going to offer an opinion on it,

```
 1                   C E R T I F I C A T E

 2

 3          I, TAMI CLINE, Registered Merit Reporter,

 4     Certified Realtime Reporter, and Florida

 5     Professional Reporter, do hereby certify that,

 6     pursuant to notice, the deposition of WILLIAM

 7     SAWYER, PhD was remotely taken on

 8     September 14, 2021, at 8:38 a.m. before me.

 9          The said WILLIAM SAWYER, PhD was remotely

10     sworn by me according to law to tell the truth, the

11     whole truth and nothing but the truth and thereupon

12     did testify as set forth in the above transcript of

13     testimony.  The testimony was taken down

14     stenographically by me.  I do further certify that

15     the above deposition is full, complete, and a true

16     record of all the testimony given by the said

17     witness.

18

19          _____

20           TAMI CLINE, RMR, CRR, FPR

21

22          (The foregoing certification of this

23     transcript does not apply to any reproduction of the

24     same by any means, unless under the direct control

25     and/or supervision of the certifying reporter.)
```