# EXHIBIT 21

```
 1                SUPERIOR COURT OF CALIFORNIA

 2                     COUNTY OF ALAMEDA

 3      BEFORE THE HONORABLE WINIFRED Y. SMITH, JUDGE PRESIDING

 4                     DEPARTMENT NUMBER 21

 5                          ---oOo---

 6   COORDINATION PROCEEDING         )
     SPECIAL TITLE (RULE 3.550)      )
 7                                   )
     ROUNDUP PRODUCTS CASE           )   JCCP No. 4953
 8                                   )
     _____ )
 9                                   )
     THIS TRANSCRIPT RELATES TO:     )
10                                   )
     Pilliod, et al.                 )   Case No.  RG17862702
11        vs.                        )
     Monsanto Company, et al.        )   Pages 3075 - 3301
12   _____ )   Volume 19

13

14

15          **Reporter's Transcript of Proceedings**

16                Thursday, April 11, 2019

17

18
     Reported by: Kelly L. Shainline, CSR No. 13476, RPR, CRR
19                Lori Stokes, CSR No. 12732, RPR
                  Stenographic Court Reporters
20

21

22                          BARS

23

24                   BAY AREA REPORTING
                          SOLUTIONS
25
                         888.526.8243
                  www.BayAreaReportingSolutions.com
                                                           3075
```

1             Is the actual stuff that's in this bottle,
2     does that actually contain formaldehyde?
3         **A.**    Yes.
4         **Q.**    Okay.  All right.  So what's the other
5     contaminant?
6         **A.**    The next one in terms of significance is
7     ethylene oxide.
8         **Q.**    How do you spell that out?
9         **A.**    E-T-H-Y-L-E-N-E oxide.
10        **Q.**    What is ethylene oxide, sir?
11        **A.**    It's a sterilization gas.  It kills every type
12    of biological life on earth.  It is an extremely
13    powerful sterilizing gas.  But it's also extremely
14    mutagenic and a class A human carcinogen.
15            It's also very volatile.  It boils at a
16    subzero boiling point.  So when it's in a solution, it
17    has a tremendous tendency to come out of that solution
18    into what we call the head space of a container.
19            So if I had this zero head space bottle of
20    water, it wouldn't be a problem.  But if I had a little
21    air in the bottle, as one of our jurors has sitting
22    there, that over time that air in the bottle, the
23    ethylene oxide would accumulate in that air space.
24        **Q.**    So this bottle here has been sealed for a
25    couple of years.  In your opinion -- well, let me back

1   up.
2           Is this stuff in the Roundup?
3       **A.**   Yes.
4       **Q.**   And you said it accumulates in the head space.
5   So this actually has Roundup that's been sitting in here
6   for a while.  If I were to open up this cap, what would
7   happen?
8       **A.**   There would be ethylene oxide escaping from
9   that head space.
10          Now I want to point out the ethylene oxide in
11  Roundup presents no harm, no problem when you're out
12  spraying.  It's too dilute.  The only problem is what
13  can accumulate in that head space in the bottle.
14      **Q.**   So if it's been stored for a while, that's
15  when it becomes dangerous?
16      **A.**   Yes.
17      **Q.**   Okay.  All right.  What's the other
18  contaminant?
19      **A.**   Well, probably in terms of significance,
20  1,4-dioxane.  It's "1 comma 4 hyphen dioxane,"
21  D-I-O-X-A-N-E.
22          And, again, all of these are reactants.
23  They're not in any way deliberately put into the
24  product.  They form when the product is made, in crude
25  form, so it's part of the production process.

```
1    State of California              )
                                      )
2    County of Alameda                )

3

4        We, Kelly L. Shainline and Lori Stokes, Court
5    Reporters at the Superior Court of California, County of
6    Alameda, do hereby certify:
7        That we were present at the time of the above
8    proceedings;
9        That we took down in machine shorthand notes all
10   proceedings had and testimony given;
11       That we thereafter transcribed said shorthand notes
12   with the aid of a computer;
13       That the above and foregoing is a full, true, and
14   correct transcription of said shorthand notes, and a
15   full, true and correct transcript of all proceedings had
16   and testimony taken;
17       That we are not a party to the action or related to
18   a party or counsel;
19       That we have no financial or other interest in the
20   outcome of the action.
21   Dated:  April 11, 2019
22
23   ___Kelly Shainline___           ___Lori Stokes___
24       Kelly L. Shainline              Lori Stokes
         CSR No. 13476, CRR              CSR No. 12732, RPR
25
```