# EXHIBIT 22



# ** CONFIDENTIAL **

## Deposition of
## Charles Benbrook, Ph.D.

**Date:** May 23, 2018

**Case:** Ronald Peterson and Jeff Hall v. Monsanto Company, et al.

**No.** 1622-CC01071

**Court Reporter:** Patsy D. Jacoy, CCR

Paszkiewicz Court Reporting
Phone:  618-307-9320
Toll-Free:  855-595-3577
Fax:  618-855-9513
Email:  sarah@spreporting.com

Page 1

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

_____

RONALD PETERSON and JEFF HALL,   )
                                 )
            Plaintiff(s),        )
                                 )
     vs.                         )   1622-CC01071
                                 )
MONSANTO COMPANY; OSBORN &       )
BARR COMMUNICATIONS, INC.;       )
OSBORN & BARR HOLDINGS, INC.,    )
                                 )
            Defendant(s).        )
_____

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

CHARLES BENBROOK, Ph.D.

**CONFIDENTIAL**

_____


8:30 A.M.

MAY 23, 2018

QUALITY INN & SUITES CONFERENCE CENTER

700 PORT DRIVE

CLARKSTON, WASHINGTON




REPORTED BY:   PATSY D. JACOY, CCR 2348

1    above the EPA certified limits?

2              MR. LITZENBURG:  Object to form.

3       **A.  You know, I -- EPA became aware of the -- the**
4    **NNG impurity and formaldehyde, and then there was an**
5    **impurity in one of the surfactants quite early in the**
6    **regulatory history, and they required Monsanto to**
7    **submit data to them that established the levels, and**
8    **they -- in fact, many batches of -- of -- of**
9    **manufactured and formulated product from different**
10   **plants I remember there was actually quite extensive**
11   **data collected by Monsanto and submitted to the agency,**
12   **and they did do a toxicological evaluation and they did**
13   **reach a judgment that the levels of the impurities**
14   **were -- did not exceed their level of concern.  And --**
15   **and they -- there really was -- has been relatively**
16   **little focus for the last 30 years of -- of regulation**
17   **of glyphosate-based herbicides on those impurities.**

18        Q.  (BY MR. HOLLINGSWORTH)  Right.  So it's
19   certainly not your opinion that Monsanto's
20   glyphosate-based herbicides ever had impurities that
21   existed in amounts above the EPA's certified limits,
22   correct?

23        **A.  Correct.**

24        Q.  Do you claim that Monsanto's glyphosate-based
25   herbicides ever specifically had formaldehyde at levels

1   above EPA certified limits?

2        A.   I -- I wouldn't be surprised if I went back

3   and carefully reviewed this part of the record, which

4   is -- again, it's very old.  There probably wasn't an

5   EPA certified limit.  I mean, for one thing, don't

6   forget, the EPA had only been in existence a couple of

7   years when these first actions were -- on glyphosate

8   were being done.  They became aware of the NNG and the

9   formaldehyde and later on this dioxane contaminant and,

10  you know, they -- they asked questions about the levels

11  and I -- I think -- I vaguely remember that some other

12  part of EPA had a regulatory level, and they assessed

13  that, or maybe it was an international level, I don't

14  really recall the details, but there -- you know, I

15  think the -- the record shows that there was a -- a --

16  an assessment of these impurities and a judgment was

17  reached that they were -- they did not trigger EPA's

18  level of concern, so yeah, that's my understanding of

19  the record.

20       Q.   Whether it's formaldehyde, NNG, dioxane or any

21  other glyphosate-based herbicides, EPA has always

22  determined that those impurities are below specified

23  limits as far as you know, correct?

24       A.   As far as I know, correct.

25       Q.   Is it your opinion that impurities found in

HIGHLY CONFIDENTIAL

Charles Benbrook, Ph.D.
May 23, 2018

HIGHLY CONFIDENTIAL

Page 448

1  REPORTER'S CERTIFICATE

2

3       I, PATRICIA D. JACOY, the undersigned Certified Court
4  Reporter, pursuant to RCW 5.28.010 authorized to administer
5  oaths and affirmations in and for the State of Washington, do
6  hereby certify that the sworn testimony and/or proceedings, a
7  transcript of which is attached, was given before me at the
8  time and place stated therein; that any and/or all witness(es)
9  were duly sworn to testify to the truth; that the sworn
10 testimony and/or proceedings were by me stenographically
11 recorded and transcribed under my supervision, to the best of
12 my ability; that the foregoing transcript contains a full,
13 true, and accurate record of all the sworn testimony and/or
14 proceedings given and occurring at the time and place stated
15 in the transcript; that a review of which was requested; that
16 I am in no way related to any party to the matter, nor to any
17 counsel, nor do I have any financial interest in the event of
18 the cause.
19       WITNESS MY HAND AND DIGITAL SIGNATURE this 28th day of
20 May, 2018.

21
22 _____
   PATRICIA D. JACOY
   Washington State Certified Court Reporter, #2348
23
24
25