# EXHIBIT 23

Confidential - Subject to Further Confidentiality Review

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
                       FOR THE COUNTY OF ALAMEDA
 2
     ---------------------------------?
 3   COORDINATION PROCEEDING           ? JCCP NO. 4953
     SPECIAL TITLE (Rule 3.550)        ?
 4                                     ?
                                       ?
 5   ROUNDUP PRODUCTS CASES            ? Case No. RG17862702
     _____?
 6                                     ?
                                       ?
 7   THIS DOCUMENT RELATES TO:         ?
                                       ?
 8   Alva Pilliod, et al. v. Monsanto  ?
     Company, Case No. RG17862702      ?
 9                                     ?
     ------------------------------- ?
10      - - -
11
12                         - - -
13             WEDNESDAY, FEBRUARY 6, 2019
14                         - - -
15         CONFIDENTIAL - SUBJECT TO FURTHER
                 CONFIDENTIALITY REVIEW
16
                           - - -
17
18
             Videotaped deposition of WILLIAM R. SAWYER,
19      PhD, held at Sanibel Island Beach Resort,
        1231 Middle Gulf Drive, Sanibel, Florida,
20      commencing at 8:09 a.m., on the above date,
        before Kelly J. Lawton, Registered Professional
21      Reporter, Licensed Court Reporter, and Certified
        Court Reporter.
22
                           - - -
23
                   GOLKOW LITIGATION SERVICES
24           877.370.3377 ph | 917.591.5672 fax
                      deps@golkow.com
25
```

Confidential - Subject to Further Confidentiality Review

```
 1    to consumers?
 2         A.    Not an herbicide, but the principles are all
 3    outlined in the registry to follow.  And as a
 4    toxicologist, I am intimately familiar with the
 5    chemical properties and toxicological effects of
 6    glyphosate.
 7         Q.    When is the last time you wrote a product
 8    label for an herbicide?
 9         A.    I've never written a product label for an
10    herbicide, but I have for other chemical products for
11    our industry.
12         Q.    When is last time you drew pictures or
13    approved pictures that appeared on an herbicide
14    label?
15         A.    I didn't catch a few of your words.
16         Q.    When was the last time you drew pictures or
17    approved pictures that appeared on an herbicide label
18    for how to apply the herbicide?
19         A.    I already said I have not worked on herbicide
20    labels or material safety data sheets specific to
21    herbicides.
22         Q.    Has the EPA asked you to review herbicide
23    labels?
24         A.    Have I worked specifically for EPA?
25         Q.    Yeah.  Has EPA asked you to review herbicide
```

```
 1    labels?
 2         A.   No.  I have done work for corporations.
 3         Q.   Has the EPA asked you to review herbicide
 4    MSDSs?
 5         A.   Again, I have never worked on any work for
 6    EPA.
 7         Q.   Have you ever been -- well, strike that.
 8              If you go to Image 2 on this label, first
 9    bullet point -- do you see the first bullet point?
10         A.   I do.
11         Q.   Okay.  Can you read that into the record,
12    please.
13         A.   Paint sprayer away from body.
14         Q.   It says point sprayer away from body,
15    correct?
16         A.   Okay.  It looked like paint, but you're
17    right; it's point.  There's a --
18         Q.   And that --
19         A.   -- white line under the letter.  Okay.
20         Q.   And that statement's on this label that the
21    Pilliods produced in this litigation, correct?
22         A.   Yes.
23         Q.   Okay.  And you mentioned that the individuals
24    who used this were told to adjust the nozzle after
25    spraying.
```

Confidential - Subject to Further Confidentiality Review

```
 1                    C E R T I F I C A T E

 2

 3           I, KELLY J. LAWTON, Registered Professional

 4   Reporter, Licensed Court Reporter, and Certified

 5   Court Reporter, do hereby certify that, pursuant to

 6   notice, the deposition of WILLIAM R. SAWYER, PhD was

 7   duly taken on February 6, 2019, at 8:09 a.m. before

 8   me.

 9           The said WILLIAM R. SAWYER, PhD was duly

10   sworn by me according to law to tell the truth, the

11   whole truth and nothing but the truth and thereupon

12   did testify as set forth in the above transcript of

13   testimony.  The testimony was taken down

14   stenographically by me.  I do further certify that

15   the above deposition is full, complete, and a true

16   record of all the testimony given by the said

17   witness.

18

19           _____

20           KELLY J. LAWTON, RPR, LCR, CCR

21

22           (The foregoing certification of this

23   transcript does not apply to any reproduction of the

24   same by any means, unless under the direct control

25   and/or supervision of the certifying reporter.)
```