# EXHIBIT 24

William R. Sawyer, Ph.D.

```
 1            IN THE TWENTY-FIRST JUDICIAL CIRCUIT COURT
                  OF THE COUNTY OF ST. LOUIS
 2                     STATE OF MISSOURI
 3
 4
     ------------------------------)
 5   BURRELL LAMB, et al.          )
                                   )
 6       Plaintiffs,               )
                                   )
 7                                 )
     v.                            ) Cause No. 17SL-CC03681
 8                                 )
                                   )
 9   MONSANTO COMPANY,             )
                                   )
10       Defendant.                )
                                   )
11   ------------------------------)
12
13
                     MONDAY, JULY 22, 2019
14
15   Videotaped Deposition of WILLIAM R. SAWYER, Ph.D., Expert
16   Witness on behalf of Plaintiffs, held at Sanibel Harbour
17   Marriott, 17260 Harbour Pointe Drive, Fort Myers, Florida,
18   33908, Jasmine Conference Room, commencing at 9:18 a.m., on
19   the above date, before Dianne Sarkisian, CSR/RPR, Certified
20   Shorthand Reporter, Registered Professional Reporter, and
21   Notary Public of the State of Florida.
22
23
24
25
```

1        gentleman's NHL; is that correct?

2                  MS. SIZEMORE:  Object to the form.

3   A.   Yes.  I'm going to say that they're simply additive

4        trace level contaminants that are not in themselves

5        the substantially contributing factors of his NHL.

6   BY MR. PAINE:

7   Q.   Doctor, let's switch gears a little bit.

8                  You understand that the United States

9        Environmental Protection Agency is the federal agency

10       that has the sole authority to approve pesticide

11       registrations here in the United States, right?

12  A.   Yes.

13  Q.   And you understand that EPA has the authority to

14       suspend or cancel registration of any pesticide at any

15       time, if it has information indicating that continued

16       use would pose unreasonable risks to human -- humans

17       or the environment, right?

18  A.   Yes.

19  Q.   And you understand that EPA has the sole authority to

20       approve the labeling or product label for pesticides

21       such as Roundup here in the United States, right?

22  A.   Yes, I do.

23  Q.   And you understand that there are specific EPA

24       regulatory requirements for what goes into and may be

25       printed on the label of pesticides, like herbicides

William R. Sawyer, Ph.D.

1      like Roundup, right?

2   A.   I didn't comprehend the question.

3   Q.   Sure.  There are specific EPA regulatory requirements

4      for what may be stated in the labels of products like

5      Roundup here in the United States?

6   A.   I'd have to defer that to Dr. Benbrook.  I'm not sure.

7   Q.   Have you reviewed any of the code of federal

8      regulations divisions regarding information to be

9      placed on herbicide labels such as on Roundup?

10  A.   No.  I'll defer that to Dr. Benbrook.  I'm not

11     prepared to go into labeling.  I didn't understand

12     that was my role in this case actually.

13  Q.   You understand that federal law requires EPA to

14     continuously review the scientific data for all

15     pesticides and herbicides sold in the United States;

16     is that right?

17  A.   I'm going to defer that to Dr. Benbrook.  I'm not

18     prepared to answer that.

19          MR. PAINE:  Number 10.

20          (DEFENDANT'S EXHIBIT 10, GLYPHOSATE:

21          PROPOSED INTERIM REGISTRATION REVIEW

22          DECISION, CASE NUMBER 0178 WAS MARKED

23          IDENTIFICATION.)

24          THE WITNESS:  Just as a note, I am rather

25     burned out.  Probably not going to go much longer.

William R. Sawyer, Ph.D.

```
 1         the required data conducting the new risk assessment
 2         and completing registration review case.
 3                 Did I read that correctly?
 4   A.    Yes.
 5   Q.    So you understand that the EPA has the power to
 6         require any or all of those things to be submitted in
 7         a review of a pesticide like glyphosate, right?
 8                 MS. SIZEMORE:  Object to form.
 9   A.    No.  I'm really not prepared to answer that.  I defer
10         that to Dr. Benbrook.
11   BY MR. PAINE:
12   Q.    Were you aware that the EPA did require some labeling
13         changes or suggest some labeling changes in this
14         proposed interim decision?
15   A.    No.
16   Q.    Were you aware that none of the labeling changes had
17         anything to do with human health risks?
18                 MS. SIZEMORE:  Object to form.
19   A.    I have no opinion.  I defer that to Dr. Benbrook.
20                 Before you get into a new subject, I'm
21         pretty well shot.
22   BY MR. PAINE:
23   Q.    Okay.  Let's...  Let's do this, I'm probably pretty
24         close to a decent stopping point, anyway.  If you can
25         give me a couple minutes to consult with my
```

```
 1                    CERTIFICATE OF REPORTER

 2

 3    THE STATE OF FLORIDA)

 4    COUNTY OF MIAMI-DADE)

 5

 6          I, DIANNE N. SARKISIAN, CSR, Certified Shorthand

 7    Reporter, and Notary Public of the State of Florida,

 8    do hereby certify that I was authorized to and did

 9    stenographically report the deposition of WILLIAM

10    SAWYER, Ph.D.; that a review of the transcript was not

11    reserved; and that pages 1 through 195 is a true

12    record of the foregoing transcript.

13          I FURTHER CERTIFY that I am not a relative nor

14    employee of any counsel, nor any of the parties in

15    said suit, nor am I financially interested in the

16    action.

17          DATED this 22nd day of July 25, 2019, at Miami,

18    Miami-Dade County, Florida.

19

20

21                              _____
                                Dianne N. Sarkisian
22                              Certified Court Reporter

23

24

25
```