# EXHIBIT 25

***TCAS***

Toxicology Consultants & Assessment Specialists, **LLC**
6450 Pine Avenue, Sanibel, FL 33957
29 Fennell Street, Skaneateles, NY 13152
(239) 472-2436 [FL]  (315) 685-2345 [NY]  (800) 308-0080 U.S./CA
E-mail: drsawyer@experttoxicologist.com & Website: experttoxicologist.com

_____
Toxic Exposures · Environmental Testing · Risk Assessment · Forensic Toxicology · Causation Evaluation

September 8, 2021

Christian LaBletta, Esq.
LaBletta Walters, LLC
200 Barr Harbor Drive, Suite 400
Conshohocken, PA  19428

**Re: Vosper, et al. v. Monsanto**

Dear Attorney LaBletta:

Per my deposition testimony of August 30, 2021, I have made amendments to my original report dated June 24, 2021. Specifically, the amendments are calculation corrections contained in Table 4 of my original report. This supplemental report documents the corrections to Table 4, as discussed in my deposition, as well as summary paragraphs on pages 32 and 39 of my original report.  The changes do not change my opinion that Mr. Vosper's NHL was substantially contributed to by his Roundup exposure.

**Table 4**

**Calculation of Mr. Vosper's 8-Hour Time-Weighted Roundup® Exposure-Days**

| Location | Date | Total Seasons | Events Per Season | Hours Per Event | Total Hours | | | Exposure-Days (8 hours/day) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Min | Mid | Max | Min | Mid | Max |
| Jones Lane | 1986-1992 | 6 | 14 | 0.5-1.0 | 42 | (63) | 84 | 5.3 | (7.9) | 11 |
| | 1992-1995 | 3 | 6 | 0.5 | - | 9 | - | - | 1.1 | - |
| Grandparents' farm | 1990-1999 | 9 | 2 | 0.5-0.75 | 9 | (11) | 13.5 | 1.1 | (1.4) | 1.7 |
| Blairstown | 1992 | 1 | 6-12 | 0.5 | 3 | (4.5) | 6 | 0.4 | (0.6) | 0.75 |
| Sparta | 1993-1999 | 6 | 6 | 0.25 | - | 9 | - | - | 1.1 | - |
| Partridge Lane | 2009-2010 | 2 | 26 | 1.0 | - | 52 | - | - | 6.5 | - |
| Grinnell | 2000-2001 | 2 | 13 | 1.0 | - | 26 | - | - | 3.3 | - |
| | | 1 | 13 | 0.5 | - | 6.5 | - | - | 0.8 | - |
| | 2001-2003 | 1.5 | 26 | 0.25-0.33 | 9.8 | (11) | 12.9 | 1.2 | (1.4) | 1.6 |
| Rinox | 2005-2009 | 4 | 13 | 0.5-1.0 | 26 | (39) | 52 | 3.3 | (4.9) | 6.5 |
| | | | 13 | 0.25-0.5 | 13 | (20) | 26 | 1.6 | (2.5) | 3.3 |
| | 2009-2010 | 2 | 6.5 | 0.5 | - | 6.5 | - | - | 0.8 | - |
| | | | | **Totals** | 212 | 258 | 303 | 26 | 32 | 38 |

Vosper, et al. v. Monsanto
September 8, 2021
Page 2

The information compiled in **Table 4** reveals that Mr. Vosper sustained a **minimum of 26 exposure-days** [212 ÷ 8 hrs./day], a **maximum of 38 exposure-days** [303 ÷ 8 hrs./day], and a midpoint of **32 exposure-days** [258 ÷ 8 hrs./day] over the time period from 1986 until his initial NHL diagnosis in 2010.

### *Comparisons of Exposure-Days to Human Epidemiological Studies*

The results of the "exposure-day" calculations (based on validated, reported exposure intervals in the above table) indicate that Mr. Vosper's cumulative midpoint of **32 exposure-days** was above all of the exposure threshold metric cut-offs. That is, he exceeded the *"ever use"* threshold, the *">0 and ≤ 2 days"* threshold, the *">2 days per year"* threshold and the *"≥1 day ≤ 10 days"* total threshold, and the *">10 days"* total exposure limit. Putting this into a dose-metric context, Mr. Vosper's midpoint of **32 exposure-days** fell within the 2nd quartile and the 2nd tertile of exposure as defined in the Agricultural Health Study. Note that no statistically-significant finding of NHL was reported in the Agricultural Health Study. However, Mr. Vosper was within the range of exposure metrics for applicators as cited within the human epidemiological studies that revealed *statistically-significant increased NHL cases among glyphosate applicators*.

_____
William R. Sawyer, Ph.D.
Chief Toxicologist