# EXHIBIT 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4    IN RE: ROUNDUP PRODUCTS LIABILITY MDL No. 2741

5    LITIGATION       Case No. MDL No. 3:16-md-02741-VC

6

7

8    This document relates to:

9    Schaffner, et al. v. Monsanto Company

10   Case No. 3:19-cv-07526-VC

11

12

13

14

15      *     *     *     *     *     *     *     *

16

17        The videotaped deposition of RON SCHIFF,

18   M.D., was taken before Bethany Whaley,

19   Certified Court Reporter, as Commissioner, on

20   Thursday, July 8, 2021, commencing at

21   approximately 10:30 a.m., via videoconference.

22

23

24

25

```
 1                  APPEARANCES

 2        (All appearances via videoconference)

 3

 4    Representing the Plaintiff:

 5         Mr. Adrian Roe

 6         Roe & Simon, LLC

 7         428 Boulevard of the Allies

 8         Suite 100

 9         Pittsburgh, Pennsylvania 15219

10         412.434.8187

11         aroe@roelawoffice.com

12

13    Representing the Defendant:

14         Mr. Michael H. Hogue

15         Nelson Mullins Riley &

16         Scarborough, LLP

17         1320 Main Street

18         17th Floor

19         Columbia, South Carolina 29201

20         803.799.2000

21         michael.hogue@nelsonmullins.com

22

23    Also Present:

24          Danny Ortega, Videographer

25
```

```
1                    INDEX

2

3    WITNESS:  RON SCHIFF, M.D.

4    Examination By Mr. Hogue              5

5    Examination By Mr. Roe              156

6    Re-Examination By Mr. Hogue         159

7

8

9               INDEX OF EXHIBITS

10   Defendant's 1 - Notice of Deposition    6

11   Defendant's 2 - Expert Report of Ron    7

12   Schiff

13   Defendant's 3 - Invoice              55

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1      *     *     *     *     *     *     *     *

2                  THE VIDEOGRAPHER:  We are now on

3      the record.  My name is Danny Ortega, and I'm

4      the legal videographer for Golkow Litigation

5      Services.  Today's date is July 8, 2021, and

6      the time is 10:33 a.m.

7                  This video deposition is being held

8      in the matter of Roundup, Schaffner versus

9      Monsanto Company, et al.  The deponent is

10     Dr. Ron Schiff.  Counsel, please identify

11     yourselves for the record.

12                 MR. ROE:  This is Adrian Roe for

13     the plaintiff.

14                 MR. HOGUE:  And Michael Hogue for

15     Monsanto.

16                 MR. ROE:  Plaintiffs are David

17     Schaffner, Jr. and his wife, Theresa Sue

18     Schaffner.

19                 THE VIDEOGRAPHER:  Court reporter

20     is Bethany Whaley who will now swear in the

21     witness.

22                 RON SCHIFF, M.D.,

23      being first duly sworn, was examined and

24                 testified as follows:

25                 THE WITNESS:  I do.
```

```
 1                    EXAMINATION

 2   BY MR. HOGUE:

 3        Q.    Dr. Schiff, as you know, my name is

 4   Michael Hogue.  We've met before in other

 5   depositions.  Hope you're doing well today.  I

 6   know that there was a storm that came through

 7   there yesterday.  Everything okay there in

 8   Tampa?

 9        A.    I can't speak to the entire

10   community because there were some problems,

11   but where I am, three and a half inches of

12   rain but really nothing else.  It came

13   through overnight Tuesday night while a lot

14   of people were sleeping.

15        Q.    Are we okay to proceed today?

16   Everything -- nothing prohibiting that?

17        A.    Absolutely.

18        Q.    Okay.  You've been deposed in

19   depositions related to Roundup and glyphosate

20   previously, and I just wanted to make sure

21   that today I don't need to re-ask all the

22   questions I've asked before unless you're

23   telling me there's -- something has changed.

24             Are you still in agreement with

25   your answers from prior depositions?
```

1      A.      I am.  That's -- the only thing

2    that's new is, of course, the case-specific

3    materials relating to Mr. Schaffner's

4    clinical course and exposure.

5      Q.      Correct.  And we'll go through your

6    report.  I'm going to mark as Exhibit 1 the

7    deposition notice in this case and -- as well

8    as your expert report in this case, okay?

9              (Defendant's Exhibit 1 was

10              marked for identification.)

11      A.      I have not received a notice of

12    deposition.

13    BY MR. HOGUE:

14      Q.      Okay.  Well, the deposition notice,

15    I -- well, I can e-mail it to you now or send

16    it to -- I believe Mr. Roe has it to send to

17    you.

18              MR. ROE:  I do have the notice, and

19    Dr. Schiff, I will be happy to provide you a

20    copy.  I think we're okay to go unless you'd

21    like to take time to review it.

22              THE WITNESS:  No, I think so too.

23    BY MR. HOGUE:

24      Q.      One of the things that's requested

25    and -- and that is -- in the deposition notice

1    is that you provide us with any of the

2    materials that you're reviewing or relying upon

3    for your opinion in this case.

4              And so my question is, is there

5    anything in this case you're reviewing or

6    relying upon other than the materials set forth

7    in your expert report?

8         A.    No, there is not.

9              (Defendant's Exhibit 2 was

10             marked for identification.)

11   BY MR. HOGUE:

12        Q.    And -- and in your report, there

13   was a citation to -- I have to look at it --

14   but probably -- I recall like 14 references.

15   No.  It's 16 references.

16             Are those the references you're

17   relying upon for your opinion in this case?

18        A.    That's correct.

19        Q.    Okay.  And you also referenced

20   throughout the report various medical records.

21   So other -- so have you received and reviewed

22   Mr. Schaffner's medical records?

23        A.    Yes.  I reviewed the medical

24   records, and those are cited in the report.

25   There are also citations to Mr. Schaffner's

1    deposition testimony.

2              MR. ROE:  I'd like to note -- and

3    I'm not sure that you're familiar with this --

4    that notwithstanding efforts to obtain complete

5    medical records from UPMC, it was not until

6    actually counsel for Monsanto managed to get

7    all of Dr. Georgiadis' clinical file

8    immediately before his deposition, and so that

9    file was never available to Dr. Schiff,

10   notwithstanding efforts to get the complete

11   file.

12              So there may be some documents in

13   that file that are different -- not included in

14   the materials that were given to Dr. Schiff.

15   And just wanted -- I think your office is aware

16   of that, but I wanted to make sure that the

17   record is clear on that.

18              MR. HOGUE:  Well, Mr. Roe, has

19   Dr. Schiff, after his report, when those

20   medical records were identified or provided --

21   I assume you have them -- were they sent to

22   Dr. Schiff, or he just doesn't have them?

23              MR. ROE:  They have not yet been

24   sent to Dr. Schiff.  And it's -- it's

25   probably -- I mean, the reports that he was

1   sent are quite extensive and have been produced

2   to Monsanto in terms of what -- we went and got

3   the reports from UPMC and the treating

4   physicians and so on and produced all of that

5   on the MDL Centrality production.

6           And what I'm saying is that then

7   months -- immediately before Dr. Georgiadis'

8   deposition, several months after Dr. Schiff

9   completed his report, your -- your team

10  produced additional records, and those have not

11  been reviewed by Dr. Schiff.

12          THE WITNESS:  May I comment?

13          MR. ROE:  Yes.

14          THE WITNESS:  I did not feel that

15  there were gaps in the narrative that affected

16  my understanding of the case.  If there are

17  medical records that were not cited in my

18  report that you wish for me to comment on, I

19  would be happy to look at them today as you

20  share the screen.  I have no problem with that.

21  That's an open offer.

22          MR. HOGUE:  Okay.

23  BY MR. HOGUE:

24      Q.    So can you tell me generally what

25  you did to formulate your opinions in this

1    case?

2         A.    Sure.  Everything began with the

3    review of the medical records that I did have

4    available on Mr. Schaffner covering the

5    interval from November 20th, 2006, to

6    April 27, 2018.

7              I also reviewed his deposition

8    testimony, and I reviewed, where necessary,

9    aspects of the reports that I cited in -- I'm

10   sorry -- articles that I cited in my report

11   on the present case and in prior reports.

12        Q.    Other than review of the medical

13   records, review of Mr. Schaffner's depositions,

14   and the articles cited in your report, are

15   there any other things that you have done to

16   develop your opinions in this case?

17        A.    I have not.  If there is

18   something that I have considered but not

19   reviewed, and I can't think of it right now,

20   if you bring it up during your questioning of

21   me, I'm happy to disclose, you know, whether

22   I saw it, when I saw it, and how it

23   influenced my opinions.  But everything that

24   I relied on is cited in the report.

25        Q.    Okay.  Have you talked to anyone

1    other than plaintiff's counsel about this case?

2         A.    No, I have not.

3         Q.    So specifically, you've never

4    interviewed or talked to Mr. or Mrs. Schaffner;

5    is that right?

6         A.    That is correct.  I do want to

7    correct one thing that I said earlier, and

8    that is that in a very large notebook that

9    Mr. Roe sent me after he provided the

10   original medical records, there are some

11   items in there that are not part of the

12   medical record and are not research articles

13   and are not part of the deposition testimony.

14            If you want me to go over those,

15   I have the notebook right next to me, but

16   while I looked at that material, I more or

17   less simply paged through it, and I did not

18   rely on any of it.

19        Q.    All right.  Well, so you're not

20   relying upon it for your opinions.  Can you

21   tell me what -- what's it in the -- the

22   article -- in the notebook?

23        A.    Yes.  I'm going to retrieve the

24   notebook right now.  Okay.  First, there were

25   additional medical records in there.

1    However, the vast majority of them duplicated

2    what I was sent initially.

3              The second item in there was the

4    deposition transcript of Mr. Schaffner.

5              The next item was a brief

6    transcript of confidential or redacted

7    portions of his deposition which I want to

8    reiterate I did not cite or rely on in

9    formulating my report.

10        Q.    When you say "his deposition,"

11   what -- whose deposition?

12        A.    Mr. Schaffner's deposition.

13        Q.    So is it just portions of the

14   deposition?

15        A.    Yes, these are the confidential

16   or redacted parts.

17             MR. ROE:  I'll clarify on that that

18   there were -- in the deposition of

19   Mr. Schaffner and his wife, there were small --

20   brief excerpts of the deposition that occurred

21   with Monsanto present in the court -- in the

22   room, but pursuant to the protective order in

23   the case, these excerpts were designated as

24   confidential --

25             MR. HOGUE:  Okay.

1          MR. ROE:  -- involving personal

2    matters that are of a sensitive nature.  And so

3    that was done with the agreement of counsel and

4    are available to counsel if you'd like to

5    review them.

6          MR. HOGUE:  Sure.  Go ahead.

7      A.    Okay.  The next thing is a notice

8    of Mr. Schaffner's deposition headed by the

9    United States District Court, Northern

10   District of California and dated January 12th

11   of this year.

12         This next section consists of

13   three photographs presumably taken of or by

14   Mr. Schaffner.  None has a caption or date or

15   anything like that.

16         MR. HOGUE:  Well, I want to make

17   sure I get copies of those.  Are those exhibits

18   to the deposition, Mr. Roe?

19         MR. ROE:  My understanding is all

20   these documents are the exhibits to

21   Mr. Schaffner's deposition, and of course,

22   those exhibits were prepared by counsel for

23   Monsanto.

24         MR. HOGUE:  Okay.

25         THE WITNESS:  Also labeled

1    accordingly, that's what it says.

2    BY MR. HOGUE:

3        Q.    So are there any other documents in

4    that notebook other than the exhibits to

5    Mr. Schaffner's deposition?

6        A.    Okay.  Now, in order to answer

7    that question accurately, I have to ask:  May

8    I assume that every time it was an exhibit,

9    the exhibit sticker was placed on the first

10   page and only the first page of the entire

11   exhibit?

12            MR. ROE:  That's my understanding.

13   BY MR. HOGUE:

14       Q.    That would be consistent with

15   normal practice.

16       A.    Okay.  So I'm going through the

17   rest of these section by section, and so far,

18   everything that I've looked at has an exhibit

19   sticker on the front page.  I would be

20   surprised if I found anything other than

21   that.

22            But I've made it now about

23   80 percent of the way through the notebook,

24   and I'm happy to complete that by looking for

25   exhibit stickers at the beginning of every

1    section.

2              Unless I have passed over a very

3    thin section, all of the sections I was able

4    to identify, which are separated by plain

5    blue sheets of paper, there're exhibit

6    stickers on the front page.

7         Q.    Okay.

8         A.    With your permission, I'd like to

9    put this notebook away because it takes up an

10   awful lot of space.

11        Q.    Sure.  So my understanding then is

12   you were sent the deposition exhibits for

13   Mr. Schaffner's deposition, but you have not

14   gone through all of those exhibits for your

15   development of your opinions in this case; is

16   that right?

17        A.    No.  I've looked at everything

18   that I was sent, but while I considered some

19   of those other materials, I did not rely upon

20   them or cite them.  Also for completeness, I

21   received the deposition transcript later than

22   all of these other materials from

23   Ms. Schaffner.  I looked at that but also did

24   not rely on it or cite it in preparing my

25   report.

1          Q.     For your opinions in this case,

2    have you reviewed anything else?

3          A.     Well, I'm sure there's other

4    glyphosate and Roundup literature I've looked

5    at.  And I'm happy to answer what questions

6    you may have about that although that's been

7    covered in detail many times before.

8    Everything that I relied on for the

9    preparation of this report is included in the

10   report.

11         Q.     Well, some experts would provide

12   materials considered list, and I didn't get

13   anything from you in this case other than the

14   16 citations in your report.  So I'm trying to

15   find out if there's something else that I need

16   to have in order to, you know, prepare for your

17   testimony at trial.

18         A.     Yes.  I don't think so because,

19   you know, I imagine that there are articles

20   and reports that were included in my other

21   Roundup cases, but, you know, for this case,

22   I've listed everything that I have depended

23   on to formulate the report and the opinions

24   expressed therein.

25         Q.     Have you reviewed any reports of --

```
 1    of any other plaintiff's expert in this case?

 2         A.    I received a brief pathology type

 3    expert report authored by Dr. Weisenburger I

 4    guess about seven weeks after I submitted my

 5    report.

 6         Q.    And are you relying upon

 7    Dr. Weisenburger's report for your opinions in

 8    this case?

 9         A.    Well, no.  Again, my report was

10    written, I think, it was six weeks earlier.

11    It was --

12         Q.    Well --

13         A.    -- April 30th versus June 11th.

14    And my -- my opinions were formulated before

15    I received Dr. Weisenburger's report and are

16    included in my own report.

17         Q.    Okay.  But are you changing your

18    opinions in any way based upon your review of

19    Dr. Weisenburger's report?

20         A.    No, I am not.

21         Q.    Okay.  Are you relying upon

22    Dr. Weisenburger's review of the pathology for

23    your opinions in this case?

24         A.    Well, that's the same thing.  The

25    answer is no.  That's what his report was was
```

1    his pathology opinion.

2        Q.    Okay.  Have you received any other

3    expert reports related to this case?

4        A.    I have not.

5        Q.    Have you treated the plaintiff?

6        A.    Never.  I have never met, spoken

7    with, or treated the plaintiff.

8        Q.    You've never -- strike that.

9             Have you reviewed any of the

10   depositions of the treating doctors?

11       A.    No, I have not received any of

12   those.

13       Q.    In your review of the medical

14   records, do you disagree with any of the

15   treatment provided by any of his medical

16   doctors?

17       A.    The first answer to that is that

18   no, I do not disagree with it.

19             But second, I address that

20   explicitly in the "Treatment" section of the

21   "Opinions" portion of my report.  It's the

22   last paragraph at the end of Section Two

23   under "Opinions."  I can read that into the

24   record if you'd like.

25       Q.    You don't need to do that.  We'll

1    go back through your report.  I was just trying

2    to figure out if you disagree with any of them.

3    I don't recall your report saying that you

4    disagreed with it, but if you think you did,

5    then let me know.

6         A.     Well, I will editorialize.  I

7    will say that I thought Dr. Georgiadis did an

8    excellent job throughout.

9         Q.     Okay.  Are all of your opinions in

10   this case set forth in your expert report?

11        A.     The only qualification is if you

12   ask me about a topic that's not included in

13   the expert report, if I'm able to give you an

14   opinion about it, I will.  But obviously, I

15   try to be proactive in my reports and deal

16   with things that might come up rather than

17   just looking at the bare minimum.

18        Q.     Doctor, I just want to make sure

19   then that I have now gone over all the

20   materials you're relying upon for your opinions

21   and all the things you've done in order to

22   generate those opinions.  Is there anything

23   else?

24        A.     I cannot think of anything.

25        Q.     Okay.

1        A.      If it comes up during the course

2    of your questioning me, I will acknowledge

3    it.

4        Q.      Okay.  What is your rate for your

5    time and work in this case?

6        A.      $600 per hour, and it is not

7    contingent upon outcome.

8        Q.      And is that $600 for all of your

9    time in the case meaning that is there any

10   difference between reviewing materials or

11   talking to counsel or -- or showing up for

12   trial or giving a deposition?

13       A.      It's all the same rate.

14       Q.      And do you charge for time to

15   travel to trial?

16       A.      Well, yes.  Yes, I definitely

17   would.  The way that I've worked that out

18   since I retired from clinical practice though

19   is that I only charge for the time en route

20   to the trial when I'm continuing my

21   preparation for the trial.

22               When I'm on my way home, I no

23   longer charge for that.  When I was still in

24   practice, that represented time out of the

25   office and away from my practice, and I

1    expected to be compensated for all aspects of

2    my travel.  But now I'm an old retired guy,

3    so those factors have changed.

4        Q.    Have you sent any invoices for your

5    time in this case?

6        A.    I have.

7        Q.    Have you sent those -- so you've

8    sent those to plaintiff's counsel?

9        A.    Yes.  Now, here is a problem.

10   Typically, I send an updated listing to

11   plaintiff's counsel on the day prior to my

12   deposition.  In this case, however, my wife,

13   who handles all that kind of thing, is out of

14   town visiting our daughter out of state who

15   just had a baby.

16           My wife will get back tonight,

17   and she will send through the updated

18   handwritten invoice tomorrow.  However, most

19   of what is on my handwritten billing notes

20   which extends though the period April 27,

21   2021 has already been billed and paid.

22           And there are only -- as of right

23   now, there are only eight items on that list

24   that are from after that period covering the

25   interval from June 15th until now.  I am

1    happy to tell you what they are or to add up

2    the total amount of hours or however you

3    would like to do it.  But you will get a copy

4    of this through Mr. Roe tomorrow when my wife

5    is able to deal with it.

6             MR. HOGUE:  Okay.  Mr. Roe, can you

7    send me the invoice that he has sent to you?

8             MR. ROE:  Sure thing.  Be happy to.

9    I've got one invoice thus far.  Do you want to

10   see it now?

11            MR. HOGUE:  If you can and then

12   I'll mark that as -- probably as Exhibit 3 to

13   the deposition.

14            MR. ROE:  While you continue, I'll

15   look for it in my inbox, and if I can find it,

16   which I suspect I can, I'll forward it to you.

17            MR. HOGUE:  Okay.

18       A.     Since the end of that invoice, my

19   preparation for this deposition including two

20   telephone conferences with Mr. Roe and what I

21   said was review of additional submitted

22   materials, although I don't remember what

23   that was because that was well after my

24   report was completed, the total is six hours.

25                  And again, that covers the period

1    June 15th through yesterday, and obviously,

2    it does not include today's deposition

3    because that is not yet complete.

4    BY MR. HOGUE:

5        Q.    So six hours at $600 an hour is

6    $3,600; is that right?

7        A.    That's correct.  That represents

8    the period after what has already been

9    invoiced and paid.

10        Q.    And how much was the total of the

11    invoice that you sent previously for your

12    review of materials and development of your

13    opinions in this case?

14        A.    Okay.  There was a retainer

15    covering two hours and -- which is $1,200,

16    and then on top of that, $10,950 was remitted

17    based on the invoice that covered the period

18    through April 27th.

19        Q.    So 10,000 what?

20        A.    10,950.  And that -- you know, to

21    that should be added the $1,200 of the

22    retainer.  All that's been paid.

23        Q.    So total, that's somewhere between

24    16 and $17,000 for your time in the case

25    through -- through now?

1      A.    I think it's 15,750 if I'm doing

2    the math correctly in my head.

3      Q.    Oh, you're right.  I am doing 11 --

4    I said 12 -- 12 -- 15,000.

5      A.    $12,150 plus $3,600, so 15,750.

6    I think that's what I said earlier.

7      Q.    All right.  So somewhere between

8    15,000 and 16,000 for your time spent

9    developing and preparing for your opinions and

10   then the additional time up until today's

11   deposition; is that correct?

12     A.    That is correct.

13     Q.    Okay.

14           MR. ROE:  I am just, for your

15   information, looking at the invoice provided by

16   Dr. Schiff on May 11, 2021, and it indicates

17   20.25 hours expert witness work on the case.

18   Total amount due is 10,950 which is 12,150

19   minus the $1200 retainer received.

20           MR. HOGUE:  Okay.  I think that's

21   what he just said.  If you can send that to me,

22   we'll -- we'll mark it as exhibit.

23           MR. ROE:  Very good.  I'm going to

24   send it to you now.

25           MR. HOGUE:  All right.  Thank you.

1    I would ask the court reporter to make sure,

2    since I'm not going to pull it up right now,

3    that at a break I send it to you so -- or

4    remind me to make it Exhibit 3.  All right.

5              THE VIDEOGRAPHER:  This is the

6    videographer.  I'm sorry to interrupt.  Is

7    there a way that we can lower Dr. Schiff's

8    camera?  Thank you.  Appreciate it.

9    BY MR. HOGUE:

10        Q.     Dr. Schiff, I -- your report does

11   not have page numbers on it.  I don't know

12   since I can -- I have your report in a PDF

13   copy, so I can go by PDF numbers.

14             Does your report just start with

15   your -- your name at the top?  Because the one

16   I have had Exhibit 1, Expert Report and List of

17   Testimony for Dr. Ron Schiff.

18             Is that what you have as your

19   report, or is it just the actual written part

20   of -- of your report?

21        A.     Okay.  It's actually just the

22   written part of my report which has my name,

23   the name of my medical/legal consulting

24   company, my address, my phone number, my

25   medical license, my board certifications.

1          I suspect that what you're

2   referring to is a list of deposition and

3   trial testimony which is not part of this

4   report and which has changed since the last

5   time I was deposed in the Roundup litigation.

6          If you want to go over that, I

7   have it here.  I was intending to send that

8   updated report of my depositions and trial

9   testimony going back seven years to Mr. Roe

10  tomorrow, but, you know, any additions since

11  you last took my deposition in, I believe,

12  March, I'm happy to cover with you right now

13  if you like.  But if it says depositions and

14  trial testimony at the top, that's the

15  document I'm referring to.

16     Q.    Okay.  What -- what depositions

17  have you given or trial have you testified at

18  since March of 2021?

19     A.    Okay.  I have that right here,

20  and I'm looking at the most recent entries on

21  that.  So as it turns out, I gave remote

22  depositions in four Roundup cases.  Two were

23  in February and two were in March.

24          Here, I will admit to my

25  embarrassment that even though I recall that

1    you took my deposition in one of them, I am

2    so sorry to have to acknowledge that I don't

3    remember which one it was.  I'm happy to go

4    through all of those four, plus I have given

5    an additional deposition in unrelated

6    litigation in May.

7        Q.    Okay.  You don't need to discuss

8    the ones in Roundup.  And to be honest with

9    you, I can't remember which one it was that I

10   deposed you in in March or February.

11       A.    If I gave you the names, would

12   you remember?

13       Q.    I'm sure I would, but that's okay.

14   I can get the ones in Roundup.  What -- other

15   than Roundup litigation depositions, what

16   depositions have you -- have you provided?

17       A.    In May, I gave a remote

18   deposition in the case of Melloway,

19   M-E-L-L-O-W-A-Y, versus Berryman,

20   B-E-R-R-Y-M-A-N, Products, Inc., et al.  And

21   that was a benzene case where the plaintiff

22   had acute myeloid leukemia.

23       Q.    And what was your opinion in that

24   case?

25       A.    My opinion was that acute myeloid

1    leukemia was indeed the diagnosis.  The

2    prognosis was quite poor, and that the

3    plaintiff had extensive occupational benzene

4    exposure.  I think there may also have been

5    non-occupational exposure, but I don't recall

6    that right now.

7         Q.    And where is that case pending?

8         A.    Well, the plaintiff resides in

9    California.  The attorney was not from

10   California, and I'm pretty sure that the case

11   was filed in California.  But that's not

12   something I ordinarily pay attention to until

13   I'm packing a suitcase.

14        Q.    All right.  So I will include as

15   your report just the -- the actual physical

16   report and not the cover page that was sent to

17   us that -- that attached it.

18              So looking at your report, Doctor,

19   on I think it's the eighth page of -- of your

20   report.

21        A.    Okay.  That's where the "Opinion"

22   section begins?

23        Q.    Yes.  You talk about "Diagnosis and

24   Staging," that section of the report.  So I

25   think that this is where you discuss it.  But I

1    want -- and you also discuss this issue on

2    page 3 of your report.  So let me just ask my

3    questions then and -- and then some of them are

4    discussed there.

5              What type of non-Hodgkin lymphoma

6    did Mr. Schaffer have -- Schaffner have?

7         A.    Okay.  I will answer that

8    question, but first, I do find it necessary

9    to point out that if a cover letter

10   accompanied the submission of my report and a

11   listing of uncertain age of my deposition and

12   trial testimony, the cover letter was not

13   written by me, and I have not seen it.

14             In terms of what the diagnosis

15   is, I regard that it was a diffuse large

16   B-cell non-Hodgkin's lymphoma of probable

17   follicular center cell origin.

18        Q.    And what does follicular cell

19   origin mean?

20        A.    Follicular center cell origin,

21   that refers to the types of cells from which

22   the diffuse large B-cell lymphoma arose.

23   There is a natural progression which is

24   referred to as histologic transformation in

25   the literature from a follicular

1    non-Hodgkin's lymphoma to a diffuse large

2    B-cell type.

3              The hooker is that sometimes you

4    do see remnants of the follicular lymphoma in

5    the diagnostic specimen, and other times you

6    don't.  The point is that it is up to the

7    pathologist to determine whether they have

8    enough to go on to say that -- to say with

9    confidence that there is a follicular center

10   cell origin of a particular lymphoma.

11             If you look at the lymphoma

12   literature -- and I'm talking about

13   relatively basic literature.  I'm not talking

14   about pathology case reports or limited

15   series -- it is believed that a high

16   proportion of diffuse large -- large B-cell

17   lymphomas do arise from follicular center

18   cells.

19             However, that does not impact

20   what a clinical guy, medical oncologist and

21   hematologist does to interpret the diagnosis

22   on a pathology report or to select treatment.

23        Q.    Is it your opinion that

24   Mr. Schaffer [sic] first developed a follicular

25   lymphoma?

```
 1                  MR. ROE:  Okay.  You misspoke
 2     there, and just so that we're clear -- lots of
 3     names going around -- Schaffner.  You might
 4     want to just like focus on -- the plaintiff's
 5     name is Schaffner.
 6                  MR. HOGUE:  Okay.  What did I say?
 7     I'm sorry.
 8                  MR. ROE:  You -- you said -- you've
 9     said a couple of times -- and I'm not picking
10     at you.  I would do the same thing, but it's
11     just tricky.  It's not -- Schaffer is what
12     you've said several times.  It's Schaffner.
13                  MR. HOGUE:  Well, I apologize.  And
14     let me re-ask the question then, and I -- I
15     apologize to all of you.  I did not mean that
16     and --
17                  MR. ROE:  It's fine.  No apology
18     necessary.  I just wanted to have a nice, clean
19     record.
20                  MR. HOGUE:  Sure.  I agree with
21     you.
22     BY MR. HOGUE:
23         Q.    Is it your opinion that
24     Mr. Schaffner first developed a follicular
25     lymphoma?
```

1          A.      The answer to that is that my

2     interpretation of the pathology does not

3     require that I commit to a specific position

4     on that.  I have dealt with that question on

5     a contingency basis in a couple of places in

6     the report explaining the reasons for it.

7                   But whether I believe that there

8     is evidence in the biopsy specimen of a

9     follicular center cell origin or for that

10    matter of a composite lymphoma with

11    follicular and diffuse large B-cell

12    components is not germane.  Just as it was

13    not germane to the selection of optimum

14    treatments and to the way Mr. Schaffner's

15    case was managed going forward.

16                  I found that I was in full

17    agreement with Dr. Georgiadis in terms of his

18    interpretation, but, you know, some of the

19    technical considerations about, you know,

20    what if there was a follicular component,

21    what if there was a follicular center cell

22    origin implying a co-existing follicular

23    component or a pre-existing follicular

24    component, that's all dealt with, as I said,

25    on a contingency basis in my report.

1        Q.      I'm not sure I understand that

2    answer, Doctor.  So let me -- let me try to

3    understand what a -- contingency basis.  What

4    are you saying by a contingency basis?

5        A.      Okay.  To put that in the

6    language that I employed in my report, I

7    would direct you to the very bottom of the

8    second page of the "Opinion" section still

9    under "Diagnosis."

10            What I wrote there is, "It is

11    well-known that some cases of non-Hodgkin

12    lymphoma are characterized by a composite of

13    follicular lymphoma and diffuse large B-cell

14    lymphoma within the same lymph node specimen

15    as in Mr. Schaffner's case."

16            And of course, that comes from

17    the University of Pittsburgh reports.

18            "Under these circumstances, the

19    diagnosis should be considered diffuse large

20    B-cell lymphoma.  Although I have often

21    acknowledged the role of histologic

22    transformation by referring to such lymphomas

23    as follicular-going-diffuse.

24            "Regardless of the terminology

25    invoked for these composite lymphomas, it is

1    clear that their clinical behavior,

2    treatment, and prognosis are typical of

3    diffuse large B-cell lymphoma."

4              Later on in the "Prognosis"

5    section, this is the long paragraph right in

6    the middle of that section, I write as

7    follows, "However, it is worrisome that the

8    follicular component of Mr. Schaffner's

9    composite lymphoma carries a great risk of

10   relapse than its diffuse large B-cell

11   lymphoma" -- "than its diffuse large B-cell

12   component as the clinical course of

13   follicular lymphoma is characterized by

14   repeated relapses for which the response

15   durations tend to become progressively

16   shorter with successive courses of

17   treatment."

18             Now, you know, in the previous

19   sentence, I talk about optimism concerning

20   Mr. Schaffer's [sic] long-term prognosis

21   being justified by the assessment that he has

22   now probably been disease free for 14 years

23   since his treatment for lymphoma.

24             That is what I mean by a

25   discussion of contingencies.  He's been

1    clinically disease free probably for an

2    extended period of time.  If there is an

3    increased risk of late relapse, it may be on

4    the basis of the presence of any follicular

5    component in his lymphoma.

6              But that's all I'm saying, and

7    that's why I described it to you during this

8    deposition as being on a contingency basis.

9        Q.    Doctor, you just read in your

10   report that -- the part that says, "Regardless

11   of the terminology invoked for the composite

12   lymphomas, it is clear that their clinical

13   behavior, treatment, and prognosis are typical

14   of diffuse large B-cell lymphoma," right?

15       A.    That is correct.

16       Q.    And so you're saying that his

17   prognosis is the same as the prognosis for a

18   typical large B-cell lymphoma; is that right?

19       A.    In general terms, that is what I

20   wrote there.  When I delved into prognosis in

21   more detail just a couple of pages later, I

22   went back to readdress the possibility of a

23   composite lymphoma with a follicular

24   component.

25              However, again, the context --

1    and it's important for the context to be

2    recognized -- is that his long, disease-free

3    interval justifies optimism regarding his

4    prognosis going forward.

5              All I'm saying is that if there

6    is follicular lymphoma in there or if there

7    is a late relapse, it would be likely to

8    reflect a follicular lymphoma component

9    rather than the diffuse large B-cell lymphoma

10   which dominates the diagnosis in

11   Mr. Schaffner's case.

12        Q.   Since he's been disease free for

13   15 years, since his treatment for his diffuse

14   large B-cell, do you believe his diffuse large

15   B-cell lymphoma is cured?

16        A.   The answer to that is yes, I do,

17   and I hope and expect that Mr. Schaffner

18   remains disease free for the rest of his life

19   with a normal life span.

20              But by the same token, we also

21   have to project back to the situation when he

22   was diagnosed where we talk about in the

23   final paragraph of my "Disease Status and

24   Prognosis" section, right below what I

25   referred to previously.

1                    I observed that "a projected

2      median survival in the range of ten years,"

3      which is from the literature, "and even

4      ongoing overall and probable disease-free

5      survival of 14 years do not represent an

6      optimal outcome for a patient diagnosed with

7      stage I or II diffuse large B-cell lymphoma

8      at age 43 as was the case for Mr. Schaffner."

9                    In other words, if we go back to

10     2006 and we look at the literature and we say

11     well, his projected median survival is about

12     10 years, that's 43 plus 10.  That's 53, and

13     that's obviously unsatisfactory.

14                   Even with 14 years -- I believe

15     that we're at age 57 right now, and we would

16     hope, in fact, that we have reached a point

17     where the risk of non-Hodgkin lymphoma

18     relapse is minimized.

19         Q.    Doctor, when diffuse large B-cell

20     lymphomas reoccur, they normally reoccur within

21     the first two years; is that -- is that right?

22         A.    I agree with that.  Of course --

23         Q.    And --

24         A.    -- everyone who does what I did

25     for a living has seen plenty of exceptions to

1    that.

2         Q.    Okay.  And have you ever seen a

3    diffuse large B-cell lymphoma reoccur after

4    15 years from treatment?

5         A.    I can't remember such a case.

6    That I do not remember because if it does

7    occur, if there is what -- what is a late

8    development of non-Hodgkin lymphoma, the

9    first thing that you would want to do, of

10   course, is figure out is it the same lymphoma

11   or is it a new malignancy.

12              And cytogenetic, molecular, and

13   flow cytometric technology make it somewhat

14   easier to answer that question, but you can't

15   always answer that with certainty.  So the

16   point is that in addition to people who have

17   late relapses from diffuse large B-cell,

18   there are others who go on to develop a

19   lymphoma later on which may or may not be a

20   late recurrence, may be instead a new

21   lymphoma.  But all of that falls under the

22   heading of speculation.

23        Q.    So, Doctor, my question though,

24   you -- you can't recall any of your patients

25   ever having a relapse of a -- a non -- of a

1    diffuse large B-cell non-Hodgkin lymphoma more

2    than 15 years after completing treatment; is

3    that right?

4         A.    Well, you're asking me a question

5    for which I can only give an anecdotal

6    answer.  In preparing for today's deposition

7    and in preparing for my report, I did not

8    research the issue about late recurrences of

9    diffuse large B-cell lymphoma.

10             Obviously, studies published on

11   that matter would hold a lot greater weight

12   than my reflection back without records to

13   support it.

14        Q.    Well, Doctor, are you going to tell

15   the jury that it's -- that it -- that he is

16   highly unlikely to have a recurrence of his

17   non-Hodgkin lymphoma during his lifetime?

18        A.    I put optimism about that in my

19   "Disease Status and Prognosis" section.  So

20   the answer to that is yes, I would

21   acknowledge that.

22             But naturally because I suspect

23   you may not introduce it, that still does not

24   refute the "but for" argument.  He still

25   developed lymphoma.  He still went through

Ron Schiff, M.D.

1    all of the difficulties associated with

2    diagnosis, treatment, and follow-up, and the

3    fact that we are hoping and expecting that

4    Mr. Schaffner will continue to have a

5    salutary outcome does not take away from

6    those other points.

7         Q.    Doctor, do you have an opinion to a

8    reasonable degree of medical probability as to

9    whether Mr. Schaffner first developed a

10   follicular lymphoma that transformed to a

11   diffuse large B-cell or -- or whether

12   Mr. Schaffner's non-Hodgkin lymphoma was always

13   a diffuse large B-cell lymphoma?

14        A.    Unless a pathologist or a

15   clinician has serial lymph node biopsies or

16   biopsies of other tissue, it is never

17   possible to answer that question with

18   certainty.  If you see the two co-existing,

19   you can make the inference.

20            And of course, I'm not a

21   pathologist, so further details about their

22   co-existence have to be left to the pathology

23   reports and to expert pathology witnesses.

24            So, you know, despite the fact

25   that I have formulated opinions based on the

1    reports that I have seen and also based on

2    Dr. Georgiadis interpretation of that report

3    from a clinical perspective, essentially

4    identical to mine, I cannot give you a

5    pathologist's perspective on that.

6         Q.     So are you saying that you do not

7    have an opinion to a medical -- reasonable

8    degree of medical probability whether

9    Mr. Schaffner first developed a follicular

10   lymphoma or first developed a diffuse large

11   B-cell lymphoma?

12        A.     Well, the typical progression is

13   to begin with a follicular lymphoma and then

14   if there is going to be histologic

15   transformation, the diffuse large B-cell

16   lymphoma developed subsequently from that

17   origin.

18               Now, you know, again because

19   we're getting into some splitting of hairs,

20   I'll point out that there's no reason why you

21   can't have a follicular lymphoma and a

22   diffuse large B-cell lymphoma arising

23   independently in individual patients or even

24   in an individual lymph node.

25               Sorting that out would require a

1    demonstration that those two presentations

2    reflected different clones.  You can use --

3    you can use chromosomal or molecular -- and

4    that cytogenetic or molecular analyses to

5    approach that question, but you may never be

6    able to answer it with certainty.

7              The bottom line is that if the

8    original report appears to indicate that

9    there was a -- what was described as a

10   focally more distinctly follicular

11   proliferation and then a further description

12   of the microscopic appearance, then it sounds

13   like there was a follicular component present

14   in the diagnostic lymph node biopsy specimen

15   which suggests, but does not guarantee, that

16   the diffuse large B-cell lymphoma in

17   Mr. Schaffner's case arose from follicular

18   lymphoma.

19             It's in there, but everything you

20   say beyond that would continue to be

21   speculative unless you show me, for example,

22   a lymph node biopsy from 2002, another one

23   from 2004, and then the diagnostic one from

24   November 2006.  Then you might be able to see

25   how the process evolved and get a better idea

1    about whether histologic transformation, in

2    fact, occurred.

3         Q.    I'm just trying to understand what

4    your opinion is.  Is it your opinion that he

5    first developed a follicular lymphoma, or is it

6    your opinion that you -- you don't know -- you

7    don't have an opinion, or is it your opinion

8    that he first developed a diffuse large B-cell?

9    I'm really trying to figure out what it is

10   that's your opinion to a reasonable degree of

11   medical probability.

12        A.    I really don't know how I can

13   explain it any more clearly than I have.  If

14   follicular lymphoma was present in the

15   specimen, then it would appear probable, but

16   that was the first form of lymphoma to occur.

17             On the other hand, again, the

18   clinical decisions that have been made were

19   based on the fact that the dominant component

20   was a diffuse large B-cell lymphoma, and

21   those decisions in the form, among other

22   things, the selection of optimum treatment

23   and the estimation of prognosis.

24        Q.    Is there any data showing that

25   Roundup or glyphosate causes follicular

Ron Schiff, M.D.

1    lymphoma to transform into diffuse large B-cell

2    lymphoma?

3         A.    The data are that

4    glyphosate/Roundup causes non-Hodgkin

5    lymphoma, causes B-cell non-Hodgkin lymphoma,

6    causes diffuse large B-cell lymphoma, and

7    causes follicular lymphoma.

8              I am not aware of the question of

9    histologic transformation being addressed by

10   any of the studies that establish causality

11   in the case of glyphosate/Roundup and

12   non-Hodgkin lymphoma.

13        Q.    Are the risk factors for diffuse

14   large B-cell lymphomas different from the risk

15   factors for follicular lymphoma?

16        A.    That has been addressed by the

17   InterLymph study, and, you know, I put a

18   relatively general discussion of "Etiology

19   and risk factors for the development of

20   non-Hodgkin lymphoma" in the seventh part of

21   my "Opinion" section.

22             However, I am more than happy to

23   go back to the InterLymph reports dealing

24   with diffuse large B-cell and follicular and

25   look at how exactly those may have differed.

1        Q.      Is it your opinion that the risk

2    factors are different for diffuse large B-cell

3    lymphomas than the risk factors for follicular

4    lymphoma?

5        A.      There may be some differences,

6    but I believe that in the majority of cases

7    the risk factors overlap, and I think that

8    that is reflected in my general discussion of

9    etiology and risk factors for the development

10   of non-Hodgkin lymphoma.

11              But again, I mean if you want to

12   go into the specifics, I have the InterLymph

13   papers sitting right next to me, and I can

14   show you what distinctions were identified.

15       Q.      If you're looking at

16   Mr. Schaffner's non-Hodgkin lymphoma, are you

17   looking at the risk factors for non-Hodgkin

18   lymphoma overall, or are you looking more to

19   the risk factors for diffuse large B-cell or

20   the risk factors for follicular lymphoma?

21       A.      Well, I mean, honestly, I'm

22   looking for non-Hodgkin lymphoma overall.

23   Remember, IARC did not restrict its finding

24   that glyphosate is a probable cause, a

25   probable carcinogen with an association with

1    the development of non-Hodgkin lymphoma to a

2    particular non-Hodgkin lymphoma subtype.

3    Therefore, reasons other than, you know,

4    being relatively conservative about the use

5    of space and time in preparing my reports

6    that I did not break out a separate listing

7    of risk factors for diffuse large B-cell and

8    follicular lymphomas.

9              Again, this has been addressed,

10   most definitively by the InterLymph Project,

11   and if you would like to go through any

12   differences that were found, I'm happy to do

13   that.

14             Of course, the InterLymph Project

15   is not global.  They focused on family

16   history, lifestyle factors, and medical

17   history.  They did not really look at

18   anything having to do with occupational or

19   other environmental exposure.

20             But, you know, the point is

21   though that I wrote my report and I am

22   testifying on the basis of Mr. Schaffner

23   having had a non-Hodgkin lymphoma and what

24   the risk factors for that are.

25        Q.    So Doctor, I'm just trying to find

1    out:  At trial, are you going to come in and

2    say that the data of whether it's Roundup or

3    the data relates to obesity or the data relates

4    to smoking, whatever that -- that data is that

5    you're looking at the risks whether it

6    increases the risk of non-Hodgkin lymphoma

7    rather than whether it increases the risk of

8    follicular lymphoma or diffuse large B-cell?

9         A.    One area where that does come to

10   light has to do with smoking.  Now, the point

11   is that all of the risk factors that you

12   described, every last one of them, was

13   discussed in detail in my report.  And I will

14   have to admit that in some cases they were

15   discussed in more than one place.

16              But the point is that

17   Mr. Schaffner was not obese during the time

18   interval that we have a record of.  I don't

19   have any old weight or body mass index data

20   that indicates whether he was obese when he

21   was younger, but everything that I have read

22   indicates that he has never been obese.

23              And in terms of his smoking

24   history, I dealt with that explicitly in a

25   very brief paragraph, uncharacteristically

1    brief for me, in the "Differential Etiology"

2    section where we noted that the smoking

3    history was, A, remote, and B, minimal.

4         Q.    So are you looking at non-Hodgkin

5    lymphoma risk overall, or are you looking

6    separately at diffuse large B-cell or

7    follicular lymphoma specifically for

8    Mr. Schaffner's risk?

9         A.    I'm looking at non-Hodgkin

10   lymphoma overall in part because I don't want

11   to close the door on any potential risk

12   factor that I need to address in my

13   "Differential Etiology" section.

14           So I will -- I will make two

15   distinctions for you based on what you have

16   just brought up in the last couple of minutes

17   between diffuse large B-cell and follicular.

18   Okay.  These are the exact two items that you

19   brought up.

20           One has to do with obesity.  The

21   obesity data as a risk factor in non-Hodgkin

22   lymphoma is strongest in diffuse large

23   B-cell.  And of course, you know, if you ask

24   why, the reason may be that there are more

25   diffuse large B-cell lymphomas than any other

1    type of non-Hodgkin lymphoma.

2              For example, if you go looking

3    for trouble in, you know, something like

4    marginal zone lymphoma, maybe mantle zone

5    lymphoma, you may not even find any obesity

6    data.

7              I do not recall -- I think that

8    there may be some data or mixed data having

9    to do with follicular, but I would have to

10   look that up because that was not germane to

11   this report because why?  Because

12   Mr. Schaffner was not obese.

13             The other thing that I always

14   found of interest is that within the

15   category, the subtype of follicular

16   lymphomas, the association with smoking

17   appears to apply only or more strongly to

18   women with follicular lymphoma than to men.

19   I do not have an explanation for that.

20        Q.    So if something's a risk factor for

21   follicular lymphoma, would you analyze that

22   risk for the potential increase and risk to

23   Mr. Schaffner based upon his type of

24   non-Hodgkin lymphoma?

25        A.    Well, the answer to that is no,

1    because I think it would be counterproductive

2    to my work in the case in order to impose

3    restrictions like that.  If there's something

4    that's a risk factor for non-Hodgkin

5    lymphoma, I want to address it regardless of

6    the subtype.

7                    And I believe I've done so where

8    there is a point to be made about that within

9    the various reports that I've written.  The

10   only distinctions that I can think of is that

11   perhaps there is a greater male predominance

12   in mantle cell lymphoma than in other types

13   of non-Hodgkin lymphoma, that smoking is a

14   risk factor for women but not men in

15   follicular lymphoma, and that the best

16   documentation of obesity as a non-Hodgkin

17   lymphoma risk factor is for diffuse large

18   B-cell.

19                   Other than that, I don't recall

20   ever having been in a position where I have

21   had to subdivide accordingly.  When it comes

22   up to that, a risk factor that I have not

23   previously dealt with or whether I'm -- or

24   when I'm interested in seeing any subtype

25   specificity, I do tend to go to the

1      InterLymph database for that.

2          Q.      Okay.

3          A.      And I'm happy to address that

4      with you right now dealing with these two

5      subtypes that we're talking about.

6          Q.      Specifically related to Roundup,

7      when you're looking at a study that has data on

8      non-Hodgkin lymphoma overall, it has data

9      related to the risk of follicular lymphoma, and

10     the risk of -- of glyphosate with diffuse large

11     B-cell lymphoma, are -- what is it that you

12     cite to for the potential risk from that study?

13              The non-Hodgkin lymphoma data, the

14     follicular lymphoma data, or the diffuse large

15     B-cell lymphoma when you're looking at how it

16     applies to Mr. Schaffner?

17         A.      Okay.  Well, I also dealt with

18     that explicitly in my report.  If you go to

19     section 8 in the "Opinions" part of my

20     report, the section being entitled "Lymphoma

21     caused by Roundup," I actually addressed that

22     in the final paragraph of the report.  I

23     would prefer to read that into the record.

24              "Some of the studies which have

25     investigated the association between

1    glyphosate exposure and the development of

2    non-Hodgkin lymphoma have also searched for

3    more specific associations between glyphosate

4    exposure and various histologic subtypes of

5    non-Hodgkin lymphoma.

6              "The two such studies which

7    included the largest numbers of patients with

8    diffuse large B-cell lymphoma have, in fact,

9    identified a statistically significant

10   association between glyphosate exposure and

11   diffuse large B-cell exposure" -- "diffuse

12   large B-cell lymphoma, the specific

13   non-Hodgkin lymphoma subtype in

14   Mr. Schaffner's case."

15             And there I'm very explicit that

16   here I'm only talking about diffuse large

17   B-cell.  But the final sentence in that whole

18   section reads, "Parenthetically, less common

19   non-Hodgkin lymphoma subtypes may not occur

20   with sufficient frequency to permit detection

21   of a statistically significant association

22   with glyphosate exposure even if such an

23   association exists."

24             So as you can see, I did not

25   emphasize the follicular component of

1    Mr. Schaffner's non-Hodgkin lymphoma when

2    addressing the issue about the etiologic

3    involvement of his glyphosate/Roundup

4    exposure.  I went with diffuse large B-cell.

5              But, you know, in other Roundup

6    litigation, I've been asked to address

7    follicular lymphoma independently.  And, you

8    know, I have certainly done so, and I'm

9    prepared to do that today.

10             The bottom line is that

11   Mr. Schaffner's lymphoma was a diffuse large

12   B-cell lymphoma whether it originated in

13   follicular center cells or a component of

14   follicular lymphoma or not.  Those may have

15   been there.

16             There may be some fallout from

17   that in terms of late recurrence risk

18   although after 14 years, as you can see, I

19   have even downplayed that in my report.

20             But, you know, I'm trying to be

21   as general as I can with all of this because

22   if you are inclusive and, you know,

23   comprehensive about analyzing risk factors

24   individually on a general basis, it makes for

25   greater clarity, it prevents you from leaving

1    anything out, and it's entirely consistent

2    with, for example, IARC's approach to this

3    exact same analysis.

4         Q.    So looking --

5              MR. ROE:  At an appropriate --

6    Mr. Hogue, I'm sorry to interrupt.  At an

7    appropriate time, I'd like to take a break,

8    just like a five-minute break.  But there's --

9    complete your line of questioning and then

10   let's take a little break.

11             MR. HOGUE:  Sure.  I agree with

12   that.

13   BY MR. HOGUE:

14        Q.    Doctor, your references into that

15   section that you talked about with references

16   12 and 13 are the Leon study and the Pahwa

17   study; right?

18        A.    That's correct.

19        Q.    And the Leon study and the Pahwa

20   study both have data on non-Hodgkin lymphoma as

21   a total -- a total group of data, right?

22        A.    Well, yes and subtypes, that's

23   correct.

24        Q.    Yeah.  And they have data on the

25   subtype.  I know Pahwa specifically has data on

1   the -- the subtypes of diffuse large B-cell and

2   has data on the subtype follicular lymphoma,

3   right?

4        A.    Also correct.

5        Q.    And the Pahwa study has a bigger

6   set of data on non-Hodgkin lymphoma overall

7   than it does for diffuse large B-cell or

8   follicular lymphoma individually, right?

9        A.    Okay.  To answer that question, I

10  am definitely going to want to pull out that

11  paper.

12       Q.    Well, why don't we go ahead and

13  take a break right now?  You pull out the

14  paper, and I'll pull it up as well.

15       A.    I have it right here if you want

16  to discuss that now.

17       Q.    Well, I think counsel wanted to

18  take a break, and I am fine taking a break and

19  then we'll come back and talk about Pahwa.

20       A.    Okay.

21            MR. HOGUE:  All right.

22            MR. ROE:  Thank you.

23            THE VIDEOGRAPHER:  Time right now

24  is 11:35 a.m.  We are off the record.

25            (Defendant's Exhibit 3 was

1                    marked for identification.)

2                    (A recess was taken.)

3                    THE VIDEOGRAPHER:  Time right now,

4      it's 11:44 a.m.  We're back on the record.

5      BY MR. HOGUE:

6          Q.    Doctor, when we took a break, we're

7      talking about the Pahwa study.  It's the Pahwa

8      2018 study that's referenced as exhibit 13 in

9      your report, right -- or reference 13?

10         A.    Okay.  So, yeah, please let me

11     double check that, that we're talking about

12     the right one because someone sent me that as

13     an exhibit, and the front page didn't look

14     the same, but my only disagreement with what

15     you said is that I carry a 2019 publication

16     date, not 2018.

17         Q.    Well, if I said wrong, I meant

18     2019.  So it's 2019 Pahwa, right?

19         A.    Yes.

20         Q.    Okay.  And if you go to Table 2 of

21     that -- of that study, it lists the total

22     number of cases of non-Hodgkin lymphoma,

23     follicular lymphoma, diffuse large B-cell, and

24     other non-Hodgkin lymphoma subtypes, right?

25         A.    Yes.  However, I do want to point

1    out that certain cases were analyzable for

2    certain statistical analyses but not for

3    others.  If you look at the number of

4    non-Hodgkin lymphoma cases overall, it adds

5    up to 1690 which is what it says in the first

6    line of the results section on the previous

7    page.

8              But if you go to the subsequent

9    tables, as I recall, they don't always add up

10   to 1690 because they might not have the

11   corresponding data for every one of them.  I

12   did not pay attention to that in this review.

13   I'm just saying that that is a possibility.

14        Q.    Okay.  So for non-Hodgkin lymphoma

15   overall, there were, according to Table 2, 1577

16   non-Hodgkin lymphomas in that analysis, right?

17        A.    No.  Those are the ones that had

18   no glyphosate exposure.  If you add those who

19   had ever used glyphosate, that's another 113

20   bringing the total to 1690 --

21        Q.    Okay.

22        A.    -- which is the statistic that is

23   referenced at the beginning of the results

24   section.  In fact, you will see that in the

25   first two paragraphs and subheadings of the

1    results section.

2         Q.    Okay.  So there's 1600 and some

3    overall non-Hodgkin lymphomas in the overall

4    groups of non-Hodgkin lymphomas in the study,

5    right?

6         A.    That is correct.

7         Q.    And the number of diffuse large

8    B-cells is about -- it looks like 647, right?

9         A.    Yes.

10        Q.    So that's less than half the number

11   of diffuse large B-cell lymphomas than the

12   overall non-Hodgkin lymphoma numbers, right?

13        A.    I want to spend a moment doing

14   some math there.  The 647, of course, is

15   correct, but then if we divide 647 by 1690,

16   that's up to 40 percent.  So you can make the

17   argument that diffuse large B-cell is

18   actually overrepresented in this study.

19              And again, the way that I'm

20   deriving that is 1,690 --

21        Q.    It's less than half, right?

22        A.    Well, yeah, it's definitely less

23   than half, but remember the teaching that I

24   cited in my report is that diffuse large

25   B-cell is 31 percent of non-Hodgkin lymphoma,

1    and here it's approaching 40 percent.  In

2    Table 1, the authors list it as 38 percent,

3    and I'd say that's close enough.

4         Q.    Okay.  And in the follicular

5    lymphoma, there's 468 of them, right?

6         A.    This is also correct.

7         Q.    Okay.  And Mr. Schaffner had a

8    non-Hodgkin lymphoma, so he would fit into the

9    over all non-Hodgkin lymphoma group, right?

10        A.    Yes.  And here again, I'll point

11   out that using the author's calculations,

12   follicular lymphoma represents 28 percent of

13   their non-Hodgkin lymphoma cases which is,

14   you know, marginally smaller than what the

15   teaching is.

16              So, you know, without recourse to

17   a statistical analysis, you would still

18   conclude diffuse large B-cell was modestly

19   overrepresented and follicular modestly

20   underrepresented in the Pahwa study.

21        Q.    Okay.  So Doctor, looking at

22   Mr. Schaffner's type of non-Hodgkin lymphoma, I

23   believe you said it is your opinion that it is

24   more likely than not that it started off as a

25   follicular lymphoma; is that fair?

1          A.     No, I still didn't say that.  I

2     said that, you know -- well, I will say that

3     based on the information in the Pittsburgh

4     pathology reports, you could probably say

5     that, but that does not affect the

6     interpretation of his clinical data nor his

7     glyphosate risk.

8               You know, it does not have a

9     material bearing on the outcome of either of

10    those things.  So, you know, predominantly,

11    this was a diffuse large B-cell lymphoma.  I

12    don't think there's any getting away from

13    that.

14               That's what Dr. Georgiadis

15    thought.  That's what I thought.  That's how

16    he was treated.  And that's what my premise

17    was in the "Prognosis" section of my report.

18               But, you know, I mean, yeah --

19    could -- did he have a follicular center cell

20    origin?  Well, the Pittsburgh pathologists

21    say that he did.  Was there a follicular

22    component to the lymphoma?  The Pittsburgh

23    pathologists described one and so forth.

24               But again, that's not really

25    material.  When he presented, this was for

1    all intents and purposes a diffuse large

2    B-cell regardless of its origin.  And the

3    only place where you would draw a distinction

4    is in an assessment and prognosis where I

5    gave what I thought was an extremely balanced

6    and conservative analysis.

7         Q.    Doctor, I've been trying to

8    understand this since the beginning.  Is it

9    your opinion more likely than not that his

10   non-Hodgkin lymphoma started off as a

11   follicular lymphoma?

12        A.    The point is that --

13              MR. ROE:  I'm going to object to

14   that question because I think he's already

15   answered that question.  We've been through it.

16   He's explained to the degree to which he can

17   answer that question with precision.  So I'll

18   object, but you can go ahead and answer the

19   question one more time to the best of your

20   ability.

21        A.    Okay.  So again the -- I am not a

22   pathologist.  I have not looked at the

23   slides.  The pathology report from Pittsburgh

24   indicates that, but that has no material

25   bearing on the practical aspects of my

1    opinions which, you know, include the

2    appropriateness of his treatment selection

3    and the formulation of his prognosis or, for

4    that matter, the association with Roundup.

5              I mean, this has to be treated

6    like a diffuse large B-cell lymphoma and was

7    also the conclusion of Dr. Georgiadis.

8    BY MR. HOGUE:

9       Q.    So if Mr. Schaffner's non-Hodgkin

10   lymphoma started off as a follicular lymphoma,

11   what do you believe caused his follicular

12   lymphoma?

13      A.    Well, that's a hypothetical, and

14   we haven't even concluded that that was

15   necessarily the case.  But the point is that

16   the assessment of his risk factors and the

17   assessment that the etiology overall does not

18   change whether that was the case or not.  So

19   I would still indicate that glyphosate caused

20   or contributed to cause his non-Hodgkin

21   lymphoma.

22              What we put in the "Differential

23   Etiology" section of my report is, "Other

24   than Roundup exposure, a very limited smoking

25   history," which we've already discussed, "a

Ron Schiff, M.D.

1    possible history of inflammatory bowel

2    disease," which I did discuss in more detail

3    in my report, "and certain other occupational

4    chemical exposures," which I also discussed

5    in detail in my report, "no risk factors for

6    the development of lymphoma are identified in

7    Mr. Schaffner's medical records or deposition

8    testimony."

9              What I didn't say is if this was

10   a pure diffuse large B-cell, here are the

11   risk factors versus if this began as a

12   follicular, here is a set of different risk

13   factors.  That doesn't apply.  That has no

14   validity.

15       Q.    So if Mr. Schaffner's non-Hodgkin

16   lymphoma started off as a follicular lymphoma,

17   would you apply the follicular lymphoma data

18   from the Pahwa study to whatever caused it to

19   develop?

20       A.    Well, you know, the answer to

21   that is you certainly could, but what we're

22   left with is a diffuse large B-cell lymphoma,

23   and that should drive the analysis of the

24   specific questions that you're asking.  I

25   mean, I dealt with it in a general sense in

1    my report because I think that was far and

2    away the most appropriate or really the only

3    appropriate approach.

4              If you care to break it down in

5    ways that IARC did not see fit to do so, then

6    sure we can talk about that.  But the point

7    is why is there a focus on the assessment of

8    risks if this began as a follicular lymphoma,

9    then on the assessment of risk of what this

10   looked like the day that it was diagnosed.

11             So, you know, for me that's --

12   that's the overriding issue.  But, you know,

13   if you want to break it down, then I'd at

14   least try to insist that you broke it down in

15   parallel and did not limit it to only one

16   possibility.

17        Q.    But in your report, you -- you

18   broke it down to only one possibility, right?

19        A.    Where are you referring to in my

20   report?

21        Q.    Well, when you cited to this study

22   in your report, reference 13, you only talked

23   about the diffuse large B-cell data, right?

24        A.    That's correct.

25        Q.    And Mr. Schaffner, his type of

1    non-Hodgkin lymphoma clearly would fit within

2    the overall set of non-Hodgkin lymphoma, right?

3         A.    Yes.  And also within the large;

4    that is size large, not large cell size, but

5    the large group of B-cell non-Hodgkin

6    lymphoma.  So all that's correct.

7         Q.    And the portion of his non-Hodgkin

8    lymphoma that -- that started off as a

9    follicular lymphoma would fit within the

10   follicular lymphoma data, right?

11        A.    Yes.  Yes, it would.  And there's

12   no dispute about that except that, you

13   know -- that that is not really what was

14   going on when he presented.  If you had shown

15   me a biopsy from several years prior that --

16   or even one year prior that demonstrated pure

17   follicular, that would validate this line of

18   questioning.

19             But the point is it didn't.  We

20   don't have that.  We don't know about if or

21   how histologic transformation occurred.  We

22   are only presented with the data on the day

23   that he was diagnosed.

24        Q.    So looking at Table 2, there was

25   not a statistically significant increased risk

1    of -- of non-Hodgkin lymphoma, follicular

2    lymphoma, or diffuse large B-cell for ever

3    never use of glyphosate; is that correct?

4         A.    No, that's absolutely not

5    correct.  Okay.  So if we look at that under

6    NHL overall, okay, you can find certainly

7    under the ordinal and then also under the

8    zero to -- up to 3.5 years.  Again --

9         Q.    Okay.  We'll get to the other

10   tables.

11              MR. ROE:  Let him finish his

12   answer.

13              MR. HOGUE:  Okay.  If he's

14   answering about Table 2, go ahead and finish.

15        A.    I have stayed away from any

16   assessment of proportionality in terms of the

17   relationship between the quantitative

18   parameters of exposure and the risk of

19   developing non-Hodgkin lymphoma.  But if you

20   look at the ordinal here --

21   BY MR. HOGUE:

22        Q.    On Table 2, can you tell me where

23   the ordinal is?

24        A.    Yes.  You see under NHL overall,

25   that's the second section -- oh, I'm sorry.

1    I'm sorry.  I'm on Table 3.  Okay.  So --

2    Okay.  So here what we say is never mind.

3    Now, if we go to -- if we go to --

4              MR. ROE:  Why don't we have a new

5    question?

6              THE WITNESS:  No.  I'm happy -- I'm

7    happy to answer that question based on --

8              MR. ROE:  Are you clear on the

9    question?

10              THE WITNESS:  I am.

11    A.    So if we look at Table 2 for NHL

12    overall, if we're looking at the adjustments

13    indicated by superscript A, you have a

14    statistically significant odds ratio of 1.43.

15              If you make additional

16    adjustments, which are extremity difficult to

17    justify based on the available information,

18    the odds ratio is smaller and there is no

19    statistical significance.

20    Q.    Okay.

21    A.    Follicular lymphoma, you have no

22    statistically significant elevation of the

23    odds ratio unless you break it down further

24    which is done in subsequent table.

25              And with diffuse large B-cell

1    lymphoma, you have a statistically

2    significant increase in the odds ratio for

3    the adjustments specified by superscript A

4    which is of an even greater degree than you

5    have for the NHL overall category, and it too

6    achieves statistical significance.  So that's

7    what I can take out of Table 2.

8          Q.    Okay.  In Table 2, if you adjust

9    for other chemical exposures which includes

10   2,4-D, dicamba, and malathion, there was no

11   statistically significant increased risk of

12   diffuse large B-cell; is that -- is that

13   correct?

14         A.    But there's problem with that.

15         Q.    Is that -- is the answer yes?  And

16   then you can -- if you can answer yes or no and

17   then tell me what you think are the problems, I

18   would appreciate it.

19         A.    Well, the -- the answer is yes to

20   the question that you're asking.  Where all

21   of the adjustments between superscript A and

22   superscript B are identical except for

23   reported use of 2,4-D, dicamba, and/or

24   malathion.

25               The problem is that you do get

1    into a whole issue, which is not really for

2    me to expound upon, but only to acknowledge

3    of non-differential exposure

4    misclassification that affected especially

5    the AHS, Agricultural Health Survey, study

6    and which is known to bias the results toward

7    the null.

8              There's no surprise about any of

9    that.  That's well established in

10   epidemiology, but there -- you know, there

11   are recall errors having to do with past

12   pesticide use other than the one that is the

13   subject of the study.

14             It is -- one has to be aware that

15   during the period of time covered by the

16   studies that are summarized in the North

17   American Pool Project by Pahwa, that in the

18   middle of that study period, glyphosate use

19   went up substantially.  And in certain cases,

20   with AHS especially, there was a reference

21   only to the most recent year of pesticide

22   exposure to follow-up.

23             But the most important thing is

24   that there is a risk of nondifferential

25   exposure misclassification which is

1    exemplified by the ability of the enrollees

2    or their proxies to recall accurately their

3    exposures to other herbicides.

4              And that's my only point with

5    that, but there're also many different types

6    of statistical analysis that were

7    incorporated in the Pahwa paper that go into

8    a lot more detail with a lot more independent

9    variables than the summary statistics in

10   Table 2.

11             But even if you focus on that,

12   with the adjustment for everything other than

13   other pesticide exposures which are again

14   subject to nondifferential exposure

15   misclassification, you do see statistically

16   significant increases in the odds ratio for

17   NHL overall and diffuse large B-cell

18   lymphoma.

19        Q.    Doctor, if you go to Table 5 which

20   is lifetime days of exposure --

21        A.    I'm there.

22        Q.    -- and you look at the ordinal ten

23   lifetime days, do you see that?

24        A.    I do.

25        Q.    And you look at the adjusted which

1    includes the adjustment B that we just referred

2    to.

3         A.    Yes.

4         Q.    In the ordinal days, either

5    adjusted just with A, without adjusting for

6    other chemical exposures, or B, with the

7    additional adjustments for chemical -- other

8    chemical exposures, there's no statistically

9    significant increased risk of ordinal ten

10   lifetime days for diffuse large B-cell

11   lymphomas, is there?

12        A.    Well, it's borderline.  And if

13   you want to take a look at that, it's

14   borderline for follicular and for NHL overall

15   as well in terms of statistical significance.

16             If it's broken down like this,

17   which is up to 3.5 lifetime days of

18   glyphosate use versus more than 3.5 lifetime

19   days of glyphosate use, nobody knows what is

20   the physiologically significant cutoff.  3.5

21   seems unlikely and perhaps on the low side,

22   but as I've acknowledged previously, that's

23   the only data that we're given, so we have to

24   use that cutoff.

25             What is the likelihood that

```
 1    someone in Mr. Schaffner's occupation or a

 2    home gardener or a professional landscaper or

 3    a farmer applied glyphosate for 3.5 days or

 4    less lifetime and yet got included in the

 5    relevant studies and analyses?

 6              So the point is I'm not able to

 7    say that if instead of 3.5, it's 10, we'd

 8    have a different result because again, I am

 9    not relying on proportionality in my

10    discussion of this.  But the point is this is

11    an arbitrary cutpoint.  The cutpoint seems to

12    me to be low.

13              Mr. Schaffner certainly used

14    Roundup for a lot more -- a heck of a lot

15    more than 3.5 days in his lifetime which are

16    recounted in the exposure section of my

17    report and therefore would be expected to be

18    at the higher end of the greater than 3.5

19    lifetime days group represented in Table 5.

20              Now, I don't have statistics to

21    correspond exactly to Mr. Schaffner's

22    lifetime days, but I'm just saying that you

23    can't take a cutpoint -- an arbitrary

24    cutpoint of 3.5 days and say that that

25    applies exactly to Mr. Schaffner's situation.
```

1        Q.      Well, Doctor, I don't think I asked

2    anything about 3.5.  I was talking about the

3    ordinal ten lifetime days.  Do you remember

4    that question?

5        A.      Well, the same argument goes for

6    ordinal ten lifetime days.

7        Q.      Okay.

8        A.      Again, Mr. Schaffner applied

9    Roundup for a lot more than ten days in his

10   lifetime, and we discussed that.

11       Q.      And --

12       A.      The point is we are given the

13   data for 3.5 lifetime days and one cutpoint

14   and ten lifetime days as the point that's

15   being analyzed in the ordinal analysis.  And

16   that's all we got --

17       Q.      Okay.

18       A.      -- so that's all we can go with.

19       Q.      All right.

20       A.      How readily can that be applied

21   to Mr. Schaffner?  I think not very readily.

22       Q.      All right.  So, Doctor, when you

23   look at the -- the trend, the P value for

24   increasing ten day life -- lifetime days of

25   exposure for diffuse large B-cell lymphomas,

Ron Schiff, M.D.

1    your P value is 0.2.  That's not a

2    statistically significant trend with increasing

3    exposure to glyphosate, is it?

4         A.    Not according to this analysis,

5    but on the other hand, you are seriously

6    limited by the categories that you got where

7    it's, you know, up to or more than 3.5 days

8    or less than ten or at least ten lifetime

9    days for the ordinal.

10             So those -- those are very

11   limited.  And, you know, it is an additional

12   type of analysis, but none of those

13   categories appears to me to be all that

14   relevant to Mr. Schaffner whose exposure is

15   much greater.

16        Q.    All right, Doctor.

17        A.    And by the same token, you know,

18   what you just asked me about the diffuse

19   large B-cell, prior to your attention to

20   Table 5, you are paying most attention to

21   follicular lymphoma whereas an actual fact

22   for the ordinal under follicular lymphoma as

23   is true for the ordinal for NHL overall,

24   there are modestly elevated odds ratios and

25   borderline statistical significance.

1              But here you have chosen to focus

2    on diffuse large B-cell and forget about the

3    follicular because of the data --

4       Q.    So --

5       A.    And then there's also matters of

6    Tables of 3 and 4.  If you want to discuss

7    that, I'm ready.  If not, we can move on to

8    something else.

9       Q.    So it would be unfair to cherry

10   pick the data for diffuse large B-fell --

11   B-cell lymphoma, follicular lymphoma, or -- or

12   non-Hodgkin lymphoma overall.  Is that what

13   you're saying?

14      A.    Well, we can look at the data.

15   But, you know, I think that what we would

16   have to say is it's not fair for either of

17   us, meaning it's not fair for Monsanto and

18   not fair for the plaintiff to cherry pick the

19   data.

20              We look at the data in total.  We

21   fully appreciate and acknowledge what the

22   limitations of the data are, which I just got

23   done discussing and would be happy to

24   reiterate upon request --

25      Q.    So --

1        A.      -- and use that in the

2    formulations of our opinions.

3        Q.      So when you talk to the jury,

4    you're not going to cherry pick a -- a specific

5    analysis in one of these studies related to

6    either diffuse large B-cell, follicular, or

7    non-Hodgkin lymphoma overall; is that fair?

8        A.      Well, first of all, if I were

9    asked to testify in front of a jury with

10   this, I would answer the questions that I was

11   being asked.

12       Q.      Good.

13       A.      I'm well aware that there are

14   multiple different types of analysis that are

15   presented in Tables 2 through 5.  Computers

16   give the investigators that flexibility.

17   They can run as many different types of

18   analysis as they can think of.

19            And wherever I find something

20   that was relevant to one particular type of

21   analysis, I'd certainly be ready to

22   acknowledge that it might not apply across

23   the board, or it might not apply on a

24   different type of analysis.

25            Remember, I just volunteered to

1    discuss Tables 3 and 4, and you did not

2    follow through on that.  So I don't think I'm

3    cherry picking anything.  Even within the

4    context of Table 5, I made a point of

5    interpreting the sections headed NHL overall

6    follicular lymphoma and diffuse large B-cell.

7    I looked at all three of those.

8         Q.    Okay.  If a patient had all the

9    same risk factors as Mr. Schaffner but no

10   exposure to glyphosate or Roundup, what would

11   you tell them was the cause of his non-Hodgkin

12   lymphoma?

13        A.    Okay.  Well, we're dealing with

14   another hypothetical here.  I'm perfectly

15   happy to do that, but obviously if it is

16   verified that there was no history of

17   exposure to glyphosate/Roundup, then

18   obviously that is off the list of risk

19   factors, and we would have to look for other

20   identifiable risk factors in that patient's

21   medical history or deposition testimony.

22             So that's how I would approach

23   it.  But yeah, if someone is not exposed to

24   Roundup, Roundup didn't cause it.  I even

25   want to qualify that, okay.  Roundup is a

1    more or less ubiquitous substance in our

2    environment because of which it has

3    penetrated the agricultural ecosystem, but as

4    I am fond of pointing out, the cases that

5    I've been asked to review by plaintiff's

6    counsel are not cases of someone whose

7    Roundup exposure is limited to eating a bowl

8    of Cheerios once or twice a week.

9              These plaintiffs are in every

10   case individuals for whom there is extensive

11   occupational and/or nonoccupational Roundup

12   exposure.  And I can't remember a case that I

13   have looked at where a cutpoint of 3.5 years

14   or two days per year or five days per year or

15   3.5 lifetime days or ten lifetime days is

16   relevant.

17        Q.    Doctor --

18              MR. ROE:  Could I just interrupt

19   for a second there just to note so I don't

20   forget it in -- you made a reference to

21   3.5 years.  Did you misspeak?

22              MR. HOGUE:  Well, my question

23   doesn't have anything to do with 3.5 years

24   and -- and I'm really trying to -- you know,

25   we've got some limit of time.  I thought we

1    would be done early but apparently not.

2                MR. ROE:  I'm just asking the --

3    I'm just asking the witness -- there was

4    earlier I believe a misstatement on the record.

5    He said 3.5 years.  I'm happy to -- I think I

6    know what the correction is, but I just wanted

7    to make sure, you know -- give him the

8    opportunity to correct it if he made a

9    misstatement of 3 point -- when he said 3.5

10   years.

11               THE WITNESS:  Thank you for

12   bringing that up.  It's most definitely not a

13   misstatement.  What I did is I made a reference

14   there to Table 3.  I also made reference to

15   Table 4 and Table 5.  Mr. Hogue has thus far

16   only shown interest in Table 5.

17   BY MR. HOGUE:

18       Q.    Doctor, my question didn't have a

19   thing to do with Pahwa.  I'm really starting to

20   get a little frustrated, so maybe we'll take

21   another break.  But I'm asking about a separate

22   question.  I don't ask anything -- my

23   question -- I'll repeat me --

24               MR. ROE:  So you're done with the

25   Pahwa study right now?

1            MR. HOGUE:  Yeah, I'm done with --

2            MR. ROE:  You can put the Pahwa

3    study aside and -- and then we're going to

4    have -- we have a different question coming,

5    okay.

6    BY MR. HOGUE:

7       Q.    And my question was this:  If a

8    patient had all the same risk factors as

9    Mr. Schaffner but no exposure to glyphosate,

10   what would you tell him was the cause of his

11   non-Hodgkin lymphoma?

12      A.    My answer --

13            MR. ROE:  Objection.  Vague and

14   ambiguous.  And objection, calls for

15   speculation given the absence of a medical

16   record.  Go ahead and answer to the best of

17   your ability.

18      A.    All right.  Actually, I agree

19   with what Mr. Roe just objected to.  The

20   whole point is that I was trying to draw

21   attention to the fact that when you say no

22   Roundup exposure, that is a relative term

23   because of its ubiquity in the food chain.

24   That was my only point there.

25            I did tie that in with Pahwa

1    because up until that very moment, we had

2    been discussing Pahwa.  But what I also said

3    was that if there was no Roundup or

4    glyphosate exposure and then by extension

5    with my analogy to someone who eats Cheerios

6    much less glyphosate/Roundup exposure than

7    what Mr. Schaffner had, I would look at the

8    other risk factors for non-Hodgkin lymphoma

9    in that case and analyze them.

10             But I already said that.  I was

11    trying to clarify my answer tying it in with

12    Pahwa and also acknowledging the ubiquity of

13    Roundup exposure in agriculture.

14    BY MR. HOGUE:

15        Q.    So if Mr. Schaffner had no exposure

16    to glyphosate, what would you say caused his

17    non-Hodgkin lymphoma?

18        A.    I would ask you to specify what

19    you meant by "no exposure to Roundup."  If he

20    did not have the occupational exposures that

21    I cited in the exposure section of my report,

22    then I would refer -- I would return to my

23    differential etiology section and see if I

24    could come up with anything that would

25    account for it.

1            And the answer to that is I

2    really can't.  I don't have anything

3    convincing other than Roundup exposure in his

4    case.  However, I did not make the claim that

5    Roundup exposure was the only cause of his

6    lymphoma because I don't know the universe of

7    possible causes.  I only said that it caused

8    or contributed to cause or for that matter

9    was a substantial factor in causing his

10   lymphoma.

11            That's a distinction that means a

12   lot more to attorneys than it does to people

13   like me, but I'm being explicit about that.

14   If Roundup is off the table, we look at what

15   other risk factors there are, and if there

16   are none that are convincing, we have to say

17   that we don't know in his case.

18        Q.    And in about 80 percent of your

19   patients, you were not able to identify any

20   risk factor for their non-Hodgkin lymphoma; is

21   that right?

22        A.    No.  Where does that citation

23   come from?  Where does the 80 percent of my

24   patients come from?

25        Q.    Okay.  In what percentage of your

1    patients did you -- were you not able to

2    identify a risk factor for non-Hodgkin

3    lymphoma?

4         A.    I'm sure that it was a high

5    percentage.  Perhaps I made reference to

6    80 percent in prior deposition testimony.  If

7    I did, A, I don't recall it, and, B, I don't

8    know exactly how I could have justified it.

9              But in the course of taking care

10   of patients with known or suspected

11   non-Hodgkin lymphoma, you take a family

12   history, you take a personal and social

13   history which includes things like

14   occupational history and smoking, but you

15   don't have time to go into a lengthy list of

16   individual candidate occupational and

17   environmental exposures.

18             So the answer to that is that in

19   practice, you have less ability to elucidate

20   relevant risk factors than you do in a study

21   that is designed to produce risk factor

22   ascertainment.  I hope that answer is clear,

23   but that's exactly the reason.

24        Q.    Okay.  Do random or sporadic

25   mutations cause diffuse large B-cell lymphomas?

Ron Schiff, M.D.

1       A.     I would say the answer to that is

2    that it is possible, but the lymphoma data

3    just as is true in the data in myeloid

4    malignancies and solid organ malignancies is

5    to look for recurring, nonrandom mutations to

6    identify those which are known to be

7    associated with a specific malignancy.

8              So could a random mutation do it,

9    yeah, I guess so, but I'd be a lot more

10   comfortable if I was able to identify a

11   mutation that had been associated with other

12   cases of non-Hodgkin lymphoma in other

13   patients; in other words, to come from the

14   literature.

15             So sometimes you can come up with

16   that, but, you know, it is also possible that

17   I'm interpreting the term "random"

18   differently than you are.

19      Q.     Can you quantify what percentage of

20   diffuse large B-cell lymphomas are caused by

21   random or sporadic mutations?

22      A.     No, I cannot.

23      Q.     What --

24      A.     And there I'm making a

25   distinction between --

1          MR. ROE:  I'm sorry.  Did -- did we

2    have a question that was pending?

3          MR. HOGUE:  I was about to ask one

4    but --

5          MR. ROE:  Okay.  Doctor, did you

6    need to clarify something or do we want a

7    new -- how about if we have just a clean, new

8    question?

9          THE WITNESS:  Well, I'd like to

10   clarify what I said and so on, and that is that

11   with my understanding of what random means in

12   describing a random mutation, that I have never

13   seen statistics on the contribution of random

14   mutations to the causation of non-Hodgkin

15   lymphoma.

16          What you can find are cytogenetic

17   abnormalities and molecularly detected

18   mutations along with their percentages of

19   non-Hodgkin lymphoma cases in which they occur.

20   But I'm not at all convinced that that answers

21   the question that Mr. Hogue was asking.  That's

22   how I know how to answer it, but that's the

23   best I can do.

24   BY MR. HOGUE:

25          Q.    Well, Doctor, lymphocytes through

1     the process of mitosis replicate, right?

2         A.    Yes.

3         Q.    And as part of that replication

4     process, lymphocytes can develop mutations,

5     correct?

6         A.    Absolutely.

7         Q.    And if those mutations are thriver

8     mutations, those might lead to non-Hodgkin

9     lymphoma, right?

10        A.    Yes.

11        Q.    And so a non-Hodgkin lymphoma

12    including a diffuse large B-cell lymphoma can

13    develop through the regular process of

14    lymphocytes replicating, right?

15        A.    That is correct.

16        Q.    And you don't know what proportion

17    of non-Hodgkin lymphomas or diffuse large

18    B-cell lymphomas develop as part of the

19    replication process our bodies go through; is

20    that correct?

21        A.    Well, I can give you three

22    answers to that question.  Okay.  And these

23    all have to do with specific recognized

24    translocations in multiple patients with

25    diffuse large B-cell lymphoma.

1              The 327 chromosomal translocation

2    which has to do with the BCL-6 is present in

3    35 percent of patients with non-Hodgkin

4    lymphoma.

5              The T1418 translocation is --

6    which has to do with the immunoglobulin heavy

7    chain and the BCL-2 genes is present in 15 to

8    20 percent of cases of diffuse large B-cell

9    non-Hodgkin lymphoma.

10             And the 1814 translocation which

11   has to do with the myc oncogene and the

12   immunoglobulin heavy chain gene has been

13   recognized also in patients with diffuse

14   large B-cell non-Hodgkin lymphoma but in

15   fewer than five percent.

16             So if you add those numbers up,

17   you come up with perhaps a majority of

18   diffuse large B-cell non-Hodgkin lymphoma

19   cases that would be expected to have one of

20   those chromosomal translocations.  However,

21   that still leaves a large population that do

22   not have any of those and perhaps none at

23   all.

24        Q.   Which of those did Mr. Schaffner

25   have?

Ron Schiff, M.D.

1        A.      The -- well, first of all, it

2    doesn't matter whether he had one or not.  He

3    still has -- had a diffuse large B-cell

4    lymphoma.

5        Q.      But he had a B -- BL -- BCL-6

6    translocation?

7        A.      No.  No.  I'll tell you exactly

8    what he did have that's relative to that, but

9    it is a little bit different.  And the

10   difference is, unfortunately for both of us,

11   a technicality.  Okay.

12            So what he had with that is that

13   he had a BCL-2 gene amplification, and again,

14   that's in my report.  I explained it there at

15   the very beginning of the report, and I think

16   that I may have dealt with that somewhere

17   else later on.

18            But it's also possible that I did

19   not because it really does not have any

20   prognostic significance that I know of in

21   Mr. Schaffner's case.  So I think that, you

22   know, I dealt with it under the medical facts

23   of the case, and I dealt with it in the

24   "Diagnosis" section.

25       Q.      One of the things on page 4 of your

1    report, you talk about abnormal karyotype with

2    extra copies.

3         A.    That's the amplification of the

4    BCL-2 gene which sits on chromosome 18.  So

5    that he had.

6         Q.    Okay.

7         A.    Not a rearrangement of that gene.

8    Only amplification, meaning extra copies.

9         Q.    So it says, "Suggesting an abnormal

10   karyo-" -- "karyotype with extra copies with

11   all or part of chromosome 18."

12             And -- and did that -- is that

13   important to you in your assessment as to

14   whether Roundup was the cause or something else

15   was the cause of his non-Hodgkin lymphoma?

16        A.    No.  One can't make that

17   connection, but in terms of the re- --

18   recurring cytogenetic abnormalities that have

19   been linked with diffuse large B-cell

20   lymphoma, translocations involving chromosome

21   18 are involved in two of them.  Once again,

22   this is not a translocation.  This is an

23   amplification.

24             He's got extra BCL-2 genes and

25   presumable extra BCL-2 gene product which is

1    a protein.  And that protein, the purpose of

2    the BCL-2 gene is to downregulate apoptosis,

3    which is program cell death, which means that

4    there is a selective pressure to make cells

5    expressing abnormalities of BCL-2 gene live

6    longer or even become --

7         Q.    Okay.

8         A.    -- in the generic sense

9    immortalized.  So --

10        Q.    Doctor --

11        A.    -- that's the point, but you can

12   also see that in this paper, I did not make a

13   big deal out of that.  I described it, and I

14   don't think I even returned to it in the

15   "Diagnosis" section or in the "Prognosis"

16   section of my report.

17            I -- I commented on it.  I

18   explained what it meant.  I left it at that,

19   and I did not attempt to overinterpret it.

20        Q.    All right.  Doctor, you say,

21   Immunohistocal [sic] staining for CD20, CD10,

22   BL-2 [sic] and BL-6 [sic] was positive in

23   numerous cells; is that -- and strongly so in

24   the case of BL-6 [sic], right?

25        A.    BCL-6, but the answer is yes.

1          Q.     Okay.

2          A.     All of that information is

3     diagnostic.  All of that information is

4     diagnostic only.  I am not inferring any

5     prognostic significance to that.

6          Q.     Okay.  Doctor, am I -- okay.  Let

7     me ask you -- that's what you said.  So my

8     question then:  None of those factors indicate

9     that Roundup was the cause of his non-Hodgkin

10    lymphoma, right?

11         A.     None of that is known about how

12    Roundup influences the cell surface

13    expression of B-cell lymphoma associated

14    antigen.  So I've never seen anything that

15    dealt with that.  We know that this is a

16    B-cell malignancy.  We know that it's diffuse

17    large B-cell lymphoma.

18              There may be a follicular center

19    cell origin at least implying origin from

20    follicular lymphoma, but as you know, I have

21    not expressed a definitive opinion about

22    that.  Everything up there is diagnostic

23    alone.  Everything in that whole paragraph

24    reflects the diagnosis alone.

25         Q.     All right.  Doctor, so you're not

1    aware of any studies that show that glyphosate

2    or Roundup caused a BCL-6 mutation, right?

3         A.    I've never seen any data that

4    analyzed that question yielding a result in

5    the affirmative or the negative.  But I also

6    maintain that it is not necessary to identify

7    glyphosate-specific genetic alterations in

8    order to conclude that glyphosate exposure,

9    extensive glyphosate exposure caused or

10   contributed to cause an individual's

11   non-Hodgkin lymphoma.

12        Q.    You also agree though that random

13   or sporadic mutations as part of the lymphocyte

14   replication process can cause mutations that

15   show an enhancement of BCL-6, don't you?

16        A.    Well, okay, the answer to that is

17   in theory, yes.  And if you look at what I

18   discussed earlier about the three common

19   translocations, the first one that I

20   mentioned, and the only one that doesn't

21   involve chromosome 18, is the 327

22   translocation that does involve BCL-6 and is

23   present in 35 percent of cases of diffuse

24   large B-cell lymphoma.

25               So, you know -- so the point is

1    that that can happen, but, you know, in terms

2    of, you know -- I guess what I'm talking

3    about is I think you and I still have a

4    different understanding of what random

5    mutation means, and in my case random versus

6    recurring mutation.  And, you know, we can

7    certainly work further to reach a meeting of

8    the minds about how to interpret that

9    particular term.

10                 But the bottom line is there are

11   mutations that are involved in the

12   pathogenesis of diffuse large B-cell lymphoma

13   and other types of non-Hodgkin lymphoma.  But

14   your repeated use of the term "random"

15   suggests to me that you are developing a line

16   of questioning based on the Tomasetti

17   article.

18                 And if so, I would be grateful if

19   I would have the chance to analyze that

20   article because it keeps coming up.  And I

21   don't recall ever being given a chance to

22   deliver my interpretation of that.

23       Q.    Doctor, none of plaintiff's

24   pathologic features suggest or indicate that

25   Roundup or glyphosate caused his type of

1    non-Hodgkin lymphoma, right?

2         A.    It is also true that none of the

3    patient's clinical or pathologic features

4    indicate that glyphosate or Roundup could not

5    have caused his lymphoma.  So the answer to

6    your question is no.

7              And the answer to my question is

8    also the same.  There are no distinguishing

9    features that rule in or Roundup

10   glyphosate -- I'm sorry -- rule in or rule

11   out glyphosate or Roundup in the causation of

12   non-Hodgkin lymphoma.

13        Q.    So there's no pathologic feature of

14   any non-Hodgkin lymphoma that is different

15   between a patient who develops non-Hodgkin

16   lymphoma from exposure to Roundup or who

17   develops non-Hodgkin lymphoma from some other

18   cause, right?

19        A.    That is what a clinician like me

20   will tell you.  A general causation expert

21   will focus on epidemiology, animal studies,

22   and mechanistic studies to establish the

23   link.

24              In terms of making the

25   distinctions on clinical grounds, no, there

1   isn't, but in the presence of epidemiologic,

2   animal, and mechanistic data, I would not

3   require that there was a tell-tale clinical

4   for pathologic feature.

5       Q.   Well, I'm not sure I understand

6   that.  So are you saying that you believe that

7   there is a difference between a non-Hodgkin

8   lymphoma pathologically of one that's

9   associated with Roundup exposure versus one

10   that's not associated with Roundup exposure?

11           MR. ROE:  Object.  Asked and

12   answered.  He just answered that exact

13   question.  You want to read back the question,

14   feel free, but I mean, he really did answer

15   that question.

16           MR. HOGUE:  I think the answer was

17   there's no difference.  But then he started

18   talking about general causation, and I -- I got

19   lost.  So...

20           MR. ROE:  It got -- it all got laid

21   out there.  I mean, I think it was actually

22   very -- I was listening pretty carefully, and

23   it's a pretty coherent answer.  I mean...

24       A.   I will reiterate succinctly the

25   answer to your question in the -- to my

1    perspective that is that there is no

2    distinguishing clinical or pathologic feature

3    or combination of features that definitively

4    rule in or rule out glyphosate causation for

5    an individual case of non-Hodgkin lymphoma.

6    I can't be any clearer or more concise than

7    that.

8         Q.    Thank you.  I think that was a

9    clearer answer, so I appreciate it.

10              So none of the medical records or

11   the blood test or the urine test or anything

12   from Mr. Schaffner's case or his medical

13   records show that Roundup or glyphosate was

14   present in the plaintiff, in him at the time

15   his non-Hodgkin lymphoma developed, right?

16        A.    Biospecimens to document

17   glyphosate exposure are, as I understand it,

18   investigational only.  You may find that in a

19   reference lab, but as a clinician, I never

20   ordered a serum glyphosate level on anyone.

21   I never ordered a tissue biopsy to ask, say,

22   for glyphosate.

23              And what we do is we go according

24   to the exposure history, and, you know, this

25   is the case with a very high percentage of

1    occupational and other environmental

2    carcinogens.

3              In the PCB litigation also

4    adverse to Monsanto, you did have biospecimen

5    data, and it made it easier to incorporate

6    that because it made for a quantitative legal

7    strategy and argument.

8              We don't have that here, and, you

9    know -- and for that matter, we don't have it

10   in benzene litigation either.  So you have to

11   look at exposure parameters in terms of the

12   duration, intensity, and circumstance of the

13   exposure and so forth.

14             And that's all we got.  But, you

15   know, if -- you know, if every new patient --

16   if every patient with a new diagnosis of

17   non-Hodgkin lymphoma had blood specimens sent

18   for serum glyphosate levels and people knew

19   how to interpret that relative to when the

20   exposure took place, then we would have a

21   different parameter.  But that doesn't exist,

22   not in clinical practice.

23        Q.    Do you believe that benzene causes

24   non-Hodgkin lymphoma?

25        A.    I believe that there is some

1    evidence that it does.  I believe that IARC

2    has talked about a reported association with

3    non-Hodgkin lymphoma, but the stronger

4    evidence, as I'm sure you know, has to do

5    with myeloid malignancies, acute myeloid

6    leukemia and myelodysplastic syndromes.

7              But yes, if you look at the

8    non-Hodgkin lymphoma literature, there are a

9    number of papers that do report such an

10   association, and there are some that appear

11   to refute it.

12             IARC, which has examined this

13   issue no fewer than three times, most

14   recently I believe in 2018, does state that

15   there is a positive association between

16   benzene exposure and non-Hodgkin lymphoma.

17       Q.    There are no biomarkers that point

18   to glyphosate as the cause of Mr. Schaffner's

19   non-Hodgkin lymphoma, are there?

20       A.    Or anyone's non-Hodgkin lymphoma,

21   that's correct, but that also means there are

22   no biomarkers that rule it out.

23       Q.    There's no medical record of

24   Mr. Schaffner's that indicates that glyphosate

25   or Roundup caused or contributed to his

1    non-Hodgkin lymphoma, are there?

2        A.    I would --

3              MR. ROE:  I'm going to object to

4    that question as vague and ambiguous.  Go ahead

5    and answer to the best of your ability.

6              THE WITNESS:  I'm sorry.  Is there

7    more?

8              MR. ROE:  No.  Just go ahead and

9    answer to the best of your ability.  Subject to

10   me -- I've noted my objection for the record.

11       A.    I would not expect to see it in

12   the medical record, and of course, as Mr. Roe

13   indicated at the outset, I have not seen all

14   the medical records although I have seen, you

15   know, a representation of some of the most

16   recent ones.  And that did not come up.

17   BY MR. HOGUE:

18       Q.    People developed the exact same

19   type of non-Hodgkin lymphoma that Mr. Schaffner

20   developed before Roundup was ever marketed or

21   sold, right?

22       A.    Sure.  What the data showed

23   though was that your risk of developing

24   non-Hodgkin lymphoma with extensive

25   glyphosate Roundup exposure goes up by 30,

1    40 or a little bit more than 40 percent.

2              So the lymphoma types have been

3    around ever since they've been studied.  But

4    the risk is noted to be increased on the

5    basis of glyphosate/Roundup exposure.

6         Q.    Doctor, is Crohn's disease an

7    autoimmune disease?

8         A.    It is.  And yes, in case you're

9    going to ask me so is ulcerative colitis.

10        Q.    And does Crohn's disease increase

11   the risk of non-Hodgkin lymphoma?

12        A.    There are very little data about

13   that, but I am prepared to stipulate that as

14   an autoimmune and inflammatory condition, it

15   can be considered a risk factor increasing

16   the risk.  However, that has not been

17   conclusively documented in Mr. Schaffner's

18   case.

19             I devoted a relative generous

20   paragraph to that in the middle of my

21   "Differential Etiology" section.  I'm happy

22   to answer questions about that or to read

23   that into the record.

24             But, you know, there are several

25   points that -- you know, the summary is that

1    it's not documented for certain that he ever

2    had inflammatory bowel disease of either

3    type.  And the non-Hodgkin lymphoma had

4    occurred 14 years before he underwent a

5    partial colectomy in December 2020.  Again,

6    that was 14 years after he was diagnosed with

7    non-Hodgkin lymphoma and treated for it.

8         Q.    Does irritable bowel syndrome

9    increase the risk of non-Hodgkin lymphoma?

10        A.    No.  Irritable bowel syndrome is

11   not autoimmune.  It's not inflammatory.  It's

12   considered, and I use the term "advisably

13   functional."

14        Q.    What is irritable bowel -- bowel

15   syndrome?

16        A.    Irritable bowel syndrome has to

17   do with irregularity of bowel habits with no

18   identifiable organic cause.  Specifically

19   what's missing is -- are the laboratory and

20   pathologic features of inflammatory bowel

21   disease.

22             So you might have a person who

23   has constipation that can't otherwise be

24   explained, diarrhea that can't otherwise be

25   explained or alternating constipation and

1    diarrhea, which is actually very common.  And

2    yet if you do a colonoscopy, you'll find no

3    evidence of inflammatory bowel disease or

4    other organic pathology involving the colon.

5         Q.    Did you analyze whether Orthene is

6    a risk factor for non-Hodgkin lymphoma?

7         A.    Yes, I did.  And that's -- that's

8    in the final paragraph of my "Differential

9    Etiology" section where I actually went

10   through a fairly large number of other

11   pesticides, and we looked at Orthene, which

12   by the way is an insecticide, not an

13   herbicide among others, and concluded that it

14   has not been implicated in the causation of

15   non-Hodgkin lymphoma.

16              And, you know -- and the deal

17   there is that for that where there is medical

18   literature that also includes an analysis of

19   glyphosate and certain other pesticides, if

20   you don't have that to rely on, then

21   occasionally I will look online for an SDS.

22              And if it's listed in here and

23   it's not in one of the glyphoside papers that

24   look at other pesticides, then it means that

25   I did look at the SDS.  I would not have made

1    a definitive statement such as none of which

2    has been implicated in the causation of

3    non-Hodgkin lymphoma if I did not do that

4    research.

5              By the same token, I would

6    readily acknowledge that I don't print out

7    every SDS that I come across.

8        Q.    Now, does -- Mavrik that you

9    reference in your report, is that a pyrethroid

10   insecticide?

11       A.    I don't remember the class of

12   insecticide that it is, but I did determine

13   that has not been implicated in causing

14   non-Hodgkin lymphoma.

15       Q.    Are there studies showing that

16   pyrethroid insecticides increase the risk of

17   non-Hodgkin lymphoma?

18       A.    No.  And not only that, the fact

19   that I listed pyrethrum separately suggest

20   that Mavrik is not among them.  However, I

21   did not focus the composition or editing of

22   my report or the preparation for today's

23   deposition on the insecticides or fungicides.

24             I did not find anywhere where

25   there has been a reported causal link with

1    non-Hodgkin lymphoma other than 2,4-D which

2    is one I mentioned first and provided a

3    citation for.

4         Q.    So you believe the only insecticide

5    or -- or herbicide other than Roundup that

6    increases the risk of non-Hodgkin lymphoma is

7    2,4-D?

8         A.    Yes.  The -- the situation there

9    is that IARC, as of 2018, considers 2,4-D

10   possibly carcinogenic based on animal and

11   mechanistic studies while epidemiologic

12   studies have not shown strong or consistent

13   increases in the risk of non-Hodgkin lymphoma

14   or other cancers in relation to 2,4-D

15   exposure.

16            So that means two things:  This

17   is considered possibly carcinogenic by IARC.

18   Glyphosate/Roundup is considered probably

19   carcinogenic.  That's the difference between

20   2B or 2,4-D and 2A for glyphosate.

21            And the difference is that you

22   don't have the type of epidemiology data for

23   2,4-D that you do have for glyphosate.  So

24   that explains the distinction.  I still

25   acknowledge the possibility with 2,4-D.

1              I -- you know, I certainly did

2    not refrain from listing it, and I certainly

3    did not refrain from doing my due diligence

4    with the other pesticides to which he has

5    reported exposure.

6                   And, you know, now that you bring

7    it up, and I had forgotten this, I did list

8    other chemicals, chemicals other than

9    pesticides, to which he was exposed at his

10   maintenance business.  And yes, some of those

11   contained or were contaminated by benzene.

12   So that's -- and I even dealt with the

13   potential benzene one.

14                  But my conclusion was that the

15   extent to which Mr. Schaffner may have been

16   exposed to benzene as a result of his

17   occupational exposures to these solvents and

18   other chemicals is not clear.

19                  So, you know, I -- I did not shy

20   away from addressing the benzene containing

21   or benzene contaminated products to which

22   Mr. Schaffner was exposed in the course of

23   running his maintenance business.  I listed

24   all the ones that were identified in his

25   deposition, and then I put them into context

1    of the IARC opinion about benzene and

2    non-Hodgkin lymphoma.

3         Q.    Okay.  So Doctor, Dursban has the

4    active ingredient chlorpyrifos.  That's

5    C-H-L-O-R-P-Y-R-I-F-O-S.

6         A.    Yes.

7         Q.    Have you seen --

8         A.    Yes, let me get a reference for

9    that.  It's right here.

10        Q.    Have you seen studies indicating

11   that there's an increased risk of non-Hodgkin

12   lymphoma with chlorpyrifos?  Oh, he left.

13        A.    Okay.  So in -- in order to

14   answer that question, I will tell you -- I'm

15   sorry.  I'm going to ask you to reask the

16   question.

17        Q.    Yeah.  Have you seen studies that

18   have shown an increased risk of non-Hodgkin

19   lymphoma with chlorpyrifos?

20        A.    Okay.  The answer to that is that

21   when IARC Monograph, Volume 112 came out, it

22   did not look at plain chlorfenvinphos.  It

23   looks tetra chlorfenvinphos.  And while I

24   didn't look this up again while preparing for

25   this deposition, I don't recall that being

1    identical to Dursban.

2              If it is, please correct me on

3    that.  But tetra chlorfenvinphos is

4    considered possibly carcinogenic based on

5    animal studies which has made it, according

6    to IARC, a Group 2B carcinogen, same as 2,4-D

7    but less than glyphosate.

8         Q.    So, Doctor, my question is:  Have

9    you looked for any studies as to whether

10   there's an increased risk with chlorpyrifos and

11   non-Hodgkin lymphoma?

12        A.    The answer is I didn't look for

13   it.  I did look up Dursban.  I still don't

14   think Dursban is the same as tetra

15   chlorfenvinphos.  If it is, please tell me

16   and I will reconsider my opinion.

17             But I did look up Dursban at

18   least from the standpoint of SDS and maybe

19   through some of the glyphosate publications

20   that looked at other pesticides.  I did not

21   find evidence that it was implicated in

22   carcinogenesis.

23             And, of course, you know, it's

24   worth pointing out that, you know, the focus

25   of my efforts has been on glyphosate/Roundup

1    and, you know, we've listed some of these

2    other exposures under "Differential Etiology"

3    while doing what I believe to be a pretty

4    reasonable and justifiable amount of research

5    to look at what is known about their

6    candidate carcinogenic risks.

7        Q.    Did you look for studies on

8    pyrethrins and non-Hodgkin lymphoma?

9        A.    I went to the SDS about that.

10   When I look at the SDS, I do not look

11   exclusively at the carcinogenicity rating by

12   the various regulatory body.

13            I also look at the ingredients

14   and I try and draw a conclusion based on

15   chemical class.  I do not believe there is

16   anything carcinogenic in the pyrethrin

17   insecticides.

18       Q.    Did you look for studies on

19   carbaryl and non-Hodgkin lymphoma?

20       A.    I need to know the other name for

21   carbaryl, please.

22       Q.    That's the active ingredient in

23   Sevin.

24       A.    Okay.  Yeah.  I looked up Sevin,

25   and I think that might have been one of the

1    ones that I printed out.  It's not considered

2    carcinogenic.

3         Q.    Did you look for studies of whether

4    carbaryl increases the risk of non-Hodgkin

5    lymphoma?

6         A.    Only to the extent that I

7    described.  I have not seen any evidence that

8    it does.

9         Q.    Okay.  In your report you indicated

10   Mr. Schaffner was a former smoker, right?

11        A.    Yes, minimal smoking history in

12   the remote past.

13        Q.    You said it was a five pack year

14   estimate of his smoking.  Where did you get

15   that information from?  On the seventh page of

16   your report, you said, "Mr. Schaffner had quit

17   smoking in 1988 after a smoking history of five

18   pack years."

19        A.    What is the date at the beginning

20   of that paragraph?

21        Q.    I'm not sure.  I looked at it

22   before.

23        A.    All right.  It's on the seventh

24   page?  I'll find it.

25        Q.    It's --

1          A.      I have it.

2          Q.      The paragraph starts of April 24,

3     2018.

4          A.      Right.  That is the most recent

5     record that I have of an encounter in

6     Dr. Georgiadis' office.  That means it came

7     from Dr. Giadis -- Dr. Georgiadis' office

8     progress note from that date.

9          Q.      Did you see any other medical

10    records indicating he smoked more than five

11    pack years a day?

12         A.      I have not seen any, no.

13         Q.      And if there were, would you

14    consider those as well?

15         A.      Well, I consider any source of

16    information which I was presented.  So the

17    answer to that is yes.  The information that

18    I had here is that the smoking history was

19    five pack years and that it ended in 1988,

20    which is 18 years before his diagnosis of

21    non-Hodgkin lymphoma.

22         Q.      Do cigarettes contain benzene?

23         A.      Yes, they do.

24         Q.      And do cigarettes contain other

25    carcinogens?

1          A.    Over 70 of them, yes.

2          Q.    And do -- does benzene -- well,

3     we've already talked about benzene and

4     non-Hodgkin lymphoma.  Do the other carcinogens

5     that are in cigarettes cause non-Hodgkin

6     lymphoma?

7          A.    I haven't looked at that

8     specifically with respect to preparing for

9     Mr. Schaffner's deposition, and again, there

10    are dozens of others.  And I don't happen to

11    remember at the moment what they all are and

12    whether they are tied in with causation of

13    non-Hodgkin lymphoma.

14         Q.    Or --

15         A.    If you present me with some of

16    those chemicals, I will tell you from memory

17    what I know about it as a cause of

18    non-Hodgkin lymphoma.

19         Q.    All right.  Why don't we -- let me

20    finish up this -- are there genotoxicity

21    studies showing that benzene is carcinogenic?

22         A.    Absolutely.

23         Q.    Are there animal studies showing

24    that benzene is carcinogenic?

25         A.    Yes, there are.

1        Q.      And does IARC classify benzene as a

2    class one definite carcinogen in humans?

3        A.      Group 1, that's correct.

4        Q.      All right.  And so with

5    Mr. Schaffner inhaling benzene into his body at

6    least every day for five years and benzene

7    being a risk factor for non-Hodgkin lymphoma

8    and benzene being an IA -- a Group 1 carcinogen

9    and there being animal studies and genotoxicity

10   studies showing that benzene causes cancer, why

11   is it you say that smoking is not a risk factor

12   for his non-Hodgkin lymphoma?

13       A.      Okay.  First of all, that

14   misstates what I have said.  If you look at

15   what I have said, it is that other than

16   Roundup exposure, a very limited smoking

17   history, a possible history of inflammatory

18   bowel disease, and certain other occupational

19   chemical exposures, no risk factors for the

20   development of lymphoma are identified in

21   Mr. Schaffner's medical records or deposition

22   testimony.

23              That's the second paragraph in my

24   "Differential Etiology" section.  So I did

25   not come out and say that smoking did not or

1    could not have contributed to cause

2    Mr. Schaffner's lymphoma.  I absolutely did

3    not say that.  I acknowledged the smoking.  I

4    listed what I knew about it from a

5    quantitative perspective.

6                 In terms of that, as smoking

7    goes, it ain't much.  Five pack years and

8    then 18 years before his diagnosis as opposed

9    to his Roundup exposure which was very

10   frequent, lasted for a long time, and was

11   intensive.

12                In my "Conclusions," I stated

13   that, "Mr. Schaffner reported extensive

14   occupational and residential exposure to

15   Roundup over a period of 29 years.  His

16   exposure had been both inhalational and

17   transdermal."

18                But I'm still only noting that.

19   I'm not using that to say whether smoking in

20   my opinion did or did not contribute to cause

21   it.  It's on the list of things that could

22   have, and that is acknowledged in the second

23   paragraph of my "Differential Etiology"

24   section.

25                However, the one thing that I

1    want to be very clear about as I have been in

2    other Roundup depositions is that there is

3    such a thing as multifactorial causation of

4    disease.  It is a well-recognized principal

5    of pathophysiology, pathobiology,

6    epidemiology, whatever you want to call it.

7              It's highlighted by the fact that

8    both smoking and asbestos exposure contribute

9    to cause lung cancer and that family history,

10   high blood pressure, diabetes, high

11   cholesterol, and -- and I'm sure there's a

12   couple of other things contribute to cause

13   atherosclerotic cardiovascular disease

14   including heart attacks and strokes.

15             If you have one risk factor, it

16   certainly doesn't cancel out or negate any

17   others.  His Roundup exposure is a fact.

18   It's quite well documented.  If there were

19   other exposures perhaps even beyond what we

20   know about from his medical records or

21   deposition testimony, so be it.

22             But you can't take away from the

23   fact that his Roundup exposure or the fact

24   that Roundup has been implicated in the

25   causation of non-Hodgkin lymphoma.  And yes,

1    smoking is on the list for atherosclerotic

2    cardiovascular disease as well.  I believe I

3    omitted that from my list on the risk

4    factors.

5         Q.    So Mr. Schaffner's smoking

6    contributed to his development of non-Hodgkin

7    lymphoma?

8         A.    Well, my --

9              MR. ROE:  Objection to the form of

10   the question.  Go ahead and answer to the best

11   of your ability.

12        A.    My opinion is that if it did, it

13   was a relatively minor factor because his

14   smoking history was limited, and it was a

15   long time ago.  However, I did not say that

16   it could not possibly have contributed.

17   That's a big difference, Mr. Hogue, and I

18   want to make sure that that information

19   stands.

20              MR. HOGUE:  Why don't we go off the

21   record and let me get a -- from the court

22   reporter or the videographer how much time

23   we've gone and -- and we'll take a 5-minute

24   break?

25              THE WITNESS:  May I just say that

1    if you want to exceed the three hours because

2    you have additional questions that you didn't

3    get to, I'm okay with it.

4              MR. HOGUE:  Why don't we just find

5    out how much we -- let's go off the record.

6              THE VIDEOGRAPHER:  Time right now

7    is 12:55 p.m.  We are off the record.

8              (A recess was taken.)

9              THE VIDEOGRAPHER:  Time right now

10   is 1:07 p.m.  We are back on the record.

11   BY MR. HOGUE:

12       Q.    Doctor, in your report you also

13   reference that Mr. Schaffner was exposed to

14   paint thinner, right?

15       A.    That's correct.

16       Q.    And paint thinners can increase the

17   risk of non-Hodgkin lymphoma, right?

18       A.    To the extent that they contain

19   or are contaminated by benzene, yes.  That

20   was on my list of benzene-containing products

21   to which he was exposed, but of course,

22   regardless of that list, he was exposed to

23   glyphosate/Roundup extensively and both

24   transdermally and inhalationally.  We don't

25   know much about his other occupational

1    exposure.

2         Q.    And are painters at increased risk

3    of non-Hodgkin lymphoma?

4         A.    They may be, but it depends on

5    what products they use.  If they use paint

6    remover or certain kinds of latex paint,

7    there is an increased risk.  But, you know,

8    again, that doesn't cancel out his

9    glyphosate/Roundup exposure.

10        Q.    And Mr. Schaffner was exposed to

11   latex paint, right?

12        A.    That's correct.  That's the first

13   item on my list of so-called other chemicals.

14        Q.    And he was also exposed to oil

15   based paint, right?

16        A.    Yes.

17        Q.    And do oil base paint -- does that

18   increase the risk of non-Hodgkin lymphoma?

19        A.    Again, it depends on their

20   composition.  If there's benzene in there,

21   I'd be concerned about it.  I'm not really an

22   expert on paint nor about the ingredients,

23   nor under the impression that latex paint is

24   more likely to contain benzene and oil base

25   paint, but I claim no expertise in that.

1          Q.      And Mr. Schaffner was also exposed

2      to Gumout, right?

3          A.      Correct.

4          Q.      And what -- what is in Gumout?

5          A.      Well, I believe that, you know,

6      at least in the past and maybe to the

7      present, there was benzene or there was

8      contamination with benzene.  Gumout is

9      primarily used as a carburetor cleaner, but

10     as I've learned over the years, it has other

11     applications as well.

12         Q.      And you also say that Mr. Schaffner

13     was exposed to mineral spirits, right?

14         A.      Yes.

15         Q.      And mineral spirits also in -- have

16     benzene that increase -- mineral spirits also

17     have benzene?

18         A.      Mineral spirits is a vague term.

19     It's a generic term.  And I believe that the

20     specific composition has to be determined.  I

21     did not want to leave it off the list because

22     I don't know exactly what type of mineral

23     spirits or what ingredients he was exposed

24     to, so I included it on the list.

25                 To the extent that it includes

1    things like petroleum distillates or mixed

2    hydrocarbons, I felt safer putting it on the

3    list than leaving it off.  That's why it's

4    there.  I don't know exactly what was in it

5    just like I don't know the extent of his

6    exposure to any of those other chemicals in

7    the list that you are just concluding.

8         Q.    So Mr. Schaffner's occupational

9    exposure to benzene through latex paint, oil

10   base paint, paint thinner, Gumout and mineral

11   spirits would increase his risk of non-Hodgkin

12   lymphoma, right?

13        A.    Well, yes, but we don't know the

14   extent to which he was exposed, you know.  I

15   listed all of those, and I listed what IARC

16   has said about benzene and non-Hodgkin

17   lymphoma.

18             But by the same token, I -- you

19   know, I don't know anything about the extent

20   of his exposure in contrast to the extent of

21   his exposure to glyphosate/Roundup.

22        Q.    So you can't rule out benzene as a

23   cause or contributing factor to his non-Hodgkin

24   lymphoma?

25        A.    Well, you know, I acknowledged

1    that up front.  You know, it's something that

2    not only did I list in detail, but in the

3    second paragraph of my "Differential

4    Etiology" section, I did list certain other

5    occupational chemical exposures along with a

6    very limited smoking history and a possible

7    history of inflammatory bowel disease as well

8    as Roundup exposure as risk factors for the

9    development of Mr. Schaffner's non-Hodgkin

10   lymphoma.

11             So it's also in there.  It's all

12   acknowledged.  The relevant point though is

13   that if he has more than one risk factor, it

14   does not negate any of the other risk factors

15   on the list.

16        Q.    How much did Mr. Schaffner's

17   exposure to benzene through these other

18   chemical products increase the risk of -- his

19   risk of non-Hodgkin lymphoma?

20        A.    Well, as I've indicated, there's

21   no possible way to know it.  And the reason

22   that we start off with that is we don't know

23   the extent of his exposure.  So, you know,

24   that question cannot be answered on the basis

25   of medical records or deposition testimony

1    or, for that matter, you know, the First

2    Amended Plaintiff Fact Sheet.

3              I mean, I just don't know about

4    that.  It can't be reconstructed, and even

5    though I'm interested in it, there is no

6    epidemiologically accepted method of

7    weighting the relative contributions to the

8    risk of developing any particular type of

9    cancer from more than one risk factor whether

10   it's a chemical or not.

11        Q.    So you can't say that Mr. Schaffner

12   would have avoided the development of

13   non-Hodgkin lymphoma from his benzene exposure

14   alone had he not been exposed to Roundup,

15   right?

16        A.    That's kind of a convoluted

17   question, but if you're asking me would he

18   have not gotten non-Hodgkin lymphoma if he

19   had -- no, I'm sorry.  I can't -- I can't

20   follow that --

21              MR. ROE:  There's -- I'm going to

22   object to the form of the question.  There's so

23   many negatives in there.

24   BY MR. HOGUE:

25        Q.    Sure.  I'll re-ask.  I'll ask in a

1    different form.

2              Can you say one way or the other

3    whether Mr. Schaffner could have developed his

4    non-Hodgkin lymphoma from his exposure to the

5    benzene in the absence of any exposure to

6    Roundup?

7        A.    Well, the answer to that is that

8    I would be more confident in trying to

9    estimate that risk if I knew the extent of

10   his exposure to other benzene containing

11   chemicals to which he was occupationally

12   exposed.

13             With regard to smoking, you know,

14   his smoking history is minimal and remote,

15   and I did make that point.  But, you know, I

16   cannot say.  But the point is that we don't

17   know the extent of his exposure to any of

18   those other chemicals that he encountered on

19   the job, but we do know about his exposure to

20   Roundup which was extensive and, again, was

21   both inhalational and transdermal.

22             So, you know, we put that -- and,

23   you know, I mean, before that, you were also

24   talking about the other pesticides before we

25   got into the potential benzene-containing

1    substances.  One of the differences is that

2    with regard to those other pesticides, he

3    also routinely used personal protective

4    equipment where his practice was not to do so

5    when mixing or applying glyphosate/Roundup.

6              So, you know -- so that's -- you

7    know, that's another difference.  How much

8    difference it makes perhaps is not clear, but

9    he certainly took appropriate efforts to

10   mitigate risk when dealing with non-Roundup

11   pesticides.

12             I don't know anything about PPE

13   use with regard to his benzene-containing

14   occupational chemical exposures.  That was

15   not covered in his deposition testimony.

16        Q.    So Mr. Schaffner's risk factors for

17   non-Hodgkin lymphoma included being male,

18   right?

19        A.    Well, yes, but again we made a

20   point that being male is not a causative risk

21   factor.  There is nothing inherent about

22   being male that increases your likelihood.

23   The question is what does it correlate with,

24   and, you know, that's a difference perhaps

25   than with an occupational exposure and so on.

1                    In my etiology, risk factors for

2      the development of non-Hodgkin lymphoma, I

3      developed that concept in some detail.

4           Q.    And another risk factor he had for

5      development of non-Hodgkin lymphoma was that he

6      was of white ethnicity, right?

7           A.    Ethnicity, but yes.  Nonetheless

8      being white does not in itself explain an

9      increased risk of developing non-Hodgkin

10     lymphoma.  In other words, it's an

11     association or a correlation.  There is no

12     implied mechanism.

13          Q.    Another risk factor for non-Hodgkin

14     lymphoma Mr. Schaffner had was his smoking

15     history, right?

16          A.    Yes.  We've listed that, and

17     we've discussed it.  He had a minimal smoking

18     history in the remote past, but I included

19     that in my "Differential Etiology"

20     discussion.

21          Q.    And another risk factor that

22     Mr. Schaffner had from -- was from his exposure

23     to various chemicals that contain benzene,

24     right?

25          A.    Potentially, yes.  Although --

1          MR. ROE:  Objection.  Same -- this

2     question has already been asked.  Go ahead and

3     answer again.

4          A.     Yes.  We don't know the extent of

5     his exposure, but I certainly acknowledge

6     those.  And I did not attempt to indicate

7     that they could not have played a role in the

8     development of his lymphoma.

9               The point is that even with these

10    other candidate risk factors that he had, he

11    still had the occupational glyphosate/Roundup

12    exposure and plenty of it.

13         Q.     But you can't tell me what the

14    relative size difference of his risk from

15    Roundup exposure was compared to his risk from

16    any of his other risk factors; is that -- is

17    that right?

18         A.     Anyone who purports to give an

19    answer to that question is engaging in

20    speculation.  What I can tell you is that

21    glyphosate/Roundup exposure of an extensive

22    nature increases the risk of developing

23    non-Hodgkin lymphoma by at least 30 to 40

24    percent.  That, I can tell you.

25         Q.     Okay.  Would -- so you've done

1    some -- performed kind of an assessment of

2    Mr. Schaffner's exposure to Roundup; is that

3    right?

4         A.    Sure.

5         Q.    Is that from his deposition?

6         A.    Yes.

7         Q.    Okay.  And would Mr. Schaffner's

8    exposure have been that of -- similar to a

9    person in the fourth quartile of the

10   Agricultural Health Study?

11        A.    There's no possible way to know

12   the answer to that.  If you want me to pull

13   out the AHS, whichever version of it, I can

14   look at their definitions.  But, you know,

15   all I had is individual data.  I guess it's

16   mandatory for me to point out that he was not

17   actually a part of that cohort and, you

18   know -- and that considerations of

19   nondifferential exposure misclassification

20   have been applied to the AHS analysis.

21        Q.    Well, one of the things that you --

22   one of the studies you cited to is the Zhang

23   study, right?

24        A.    Correct.

25        Q.    And the Zhang study purported to

1    analyze the data for the highest exposure

2    groups and all the studies for the risk of

3    non-Hodgkin lymphoma, right?

4         A.    I'm pulling that paper out in

5    case you want to ask me about that in detail,

6    but yes, that was the a priori hypothesis.

7         Q.    And the -- the risk of non-Hodgkin

8    lymphoma found in the Zhang study was about a

9    41 percent increased risk or odds ratio of

10   1.41, right?

11        A.    That's correct.  But when they

12   incorporated the original age -- I shouldn't

13   say the original -- an earlier AHS report,

14   the one from 2005, instead of Andreotti from

15   2018, the meta-relative risk was actually

16   slightly higher at 1.45.

17             Now, I'm not going to represent

18   that 1.45 is statistically or biologically

19   different than 1.41.  I'm just telling you

20   what the meta-relative risks were.

21        Q.    And so is the risk estimate for

22   non-Hodgkin lymphoma that you would apply to

23   Mr. Schaffner, is that based upon the Zhang

24   study?  Is it based upon the Agricultural

25   Health Study?  Is it based upon something else?

1       A.      Well, you know, I mean, I

2   recognize that the Zhang study looked at this

3   one particular point where they wanted to

4   focus on the most exposed individuals in all

5   of these various studies to the extent that a

6   quantitative or semi-quantitative exposure

7   data was available.

8               IARC would not do that, and they

9   came up with a -- a meta-risk, I believe, of

10  1.30.  And I'm looking that up right now

11  because I don't remember that off the top of

12  my head.  But, you know, IARC did an

13  independent meta-analysis, and they did not

14  concern themselves with the quantitative

15  aspects of exposure.

16              And consequently, they still came

17  up with a meta-relative risk of approximately

18  1.3.  I'm trying to find it.  I did not

19  re-review that in preparation.

20      Q.      So Doctor, whether you're applying

21  IARC's analysis or the Zhang analysis, are you

22  saying that the risk that -- the amount of

23  increase in risk that Mr. Schaffner had from

24  his exposure to Roundup was about 30 or

25  40 percent?

 1      A.      That was the increased risk

 2   relative to people who did not have that type

 3   of Roundup exposure, yes.

 4      Q.      Now, one other thing the Zhang

 5   study did was it looked at and scored the

 6   quality of the various studies, right?

 7      A.      Yes, it did.

 8      Q.      And the Agricultural Health Study

 9   was identified as the highest quality study

10   regarding glyphosate and non-Hodgkin lymphoma,

11   right?

12      A.      Yes.  And it was included in the

13   Zhang study, so it's not as though they

14   looked at that independently.  They included

15   that in their data analysis and still came up

16   with the meta-relative risk that they did.

17      Q.      And do you agree with the Zhang

18   authors that the Agricultural Health Study is

19   the highest quality study regarding glyphosate

20   and non-Hodgkin lymphoma?

21      A.      No.  I'm not qualified to comment

22   on that.

23      Q.      Okay.

24      A.      You need --

25      Q.      All right, Doctor.

1          A.      -- for that.

2                  (Reporter clarification.)

3          A.      You need a statistician or an

4     epidemiologist for that.

5          Q.      Doctor, you would not tell

6     Mr. Schaffner that he would have avoided his

7     diagnosis of non-Hodgkin lymphoma if he had

8     never used Roundup, would you?

9          A.      Well, you can't say that in

10    absolute terms.  You know, you definitely

11    can't say that, but, you know, the point is

12    that if he had been my patient and the

13    subject came up because again, practicing

14    medical oncologists and hematologists don't

15    have the time or the wherewithal to go

16    through every candidate occupational and

17    environmental exposure.

18                  But if, for example,

19    Mr. Schaffner came into my office in the

20    period of time when the link between

21    glyphosate and Roundup exposure and

22    non-Hodgkin lymphoma was known and he had

23    asked me about it, I would have said, yes,

24    it's been identified as a risk factor.  I

25    would have mentioned to him briefly about

1    IARC just by way of a summary and so forth.

2            But, of course -- and this is

3    worth pointing out -- Mr. Schaffner was

4    diagnosed and treated in 2006, and this had

5    not entered the knowledge base of medical

6    oncologists and hematologists until many

7    years after that.

8            And I kind of put that -- the

9    individual studies were not in journals that

10   a practicing medical oncologist and

11   hematologist would have read.  So when IARC

12   sounded the alarm about this in 2015, it's

13   the first time that it attracted a lot of

14   attention.

15           Now, you know, if starting in

16   2015 in the spring or after that,

17   Mr. Schaffner had asked me the question, I

18   would have certainly indicated that

19   glyphosate/Roundup had been identified as --

20   as a risk factor.

21       Q.    You actually never told a patient

22   that Roundup caused or contributed to their

23   non-Hodgkin lymphoma, right?

24       A.    Well, there's a couple of reasons

25   for that.  First, I retired from clinical

1    practice right around the time that the

2    Lancet Oncology article announced the IARC

3    findings about glyphosate/Roundup and

4    non-Hodgkin lymphoma.

5                    Second of all, my practice was

6    always urban or suburban.  There was no

7    really rural or agricultural component to it.

8    So I would imagine that the universe of

9    glyphosate/Roundup exposures was a lot

10   different than for someone who had dealt with

11   people who were farmers or who had

12   landscaping businesses and so on.

13                   Now, again, this is just

14   speculation because, you know, I have never

15   done an actual analysis of that in looking

16   back over the history of my medical oncology

17   and hematology practice.  So I can't say that

18   with certainty, but I can tell you what the

19   factors are that would have led to my not

20   focusing or emphasizing a link with Roundup.

21                   I also have to point out that as

22   of right now, I cannot find the -- and again,

23   I didn't look for it before preparing for

24   today's deposition.  I cannot find the

25   meta-relative risk calculated by IARC or

1    glyphosate with non-Hodgkin lymphoma.

2         Q.     Right.  Doctor, but my question is

3    specifically:  You didn't ever tell a patient

4    that Roundup caused or contributed to their

5    non-Hodgkin lymphoma?  I mean...

6         A.     I answered that --

7         Q.     Okay.

8         A.     -- in that I did not, and I

9    explained why.

10         Q.     All right.  In your report, you

11    discuss that Mr. Schaffner's non-Hodgkin

12    lymphoma was either stage I or stage IIA,

13    right?

14         A.     Yes.

15         Q.     And did you come to a -- an opinion

16    as to a reasonable degree of probability

17    whether he had stage IA or stage IIA lymphoma?

18         A.     Well, the answer to that is that,

19    you know, you can't be entirely confident

20    about that.  In reality, it doesn't matter.

21              The only practical outcome of

22    that distinction was that Dr. Georgiadis took

23    an appropriately conservative approach and

24    did not offer radiation therapy because the

25    sites of disease even if the mediastinum and

1    at least one hilar had been found were not

2    contiguous with the neck mass which is where

3    the biopsy proven lymphoma was.  Okay.

4              So instead, he relied on

5    chemotherapy.  He gave, you know, moderately

6    intensive and absolutely standard

7    chemoimmunotherapy for the treatment.  But if

8    you look at the serial imaging studies and

9    their various interpretations, which I dealt

10   with in the third paragraph from the end of

11   my "Treatment" section and in the first

12   paragraph of my "Disease Status and

13   Prognosis" section, there's still some

14   uncertainty about that.

15             And, you know -- and you can't

16   say for sure.  It -- you know, it may never

17   have been stage II, and it may have always

18   been a complete response once there was

19   original chemotherapy, but the pattern from

20   the imaging studies was not classic for

21   either of those interpretations.

22        Q.   So is the question you or, based

23   upon the medical records, nor doctors that

24   treated him, were able to determine whether he

25   had a low peritracheal lymph node involvement

1    of lymphoma?

2        A.    Well, the answer is there was no

3    biopsy diagnosis of any enlarged and/or

4    hypermetabolic lymph nodes in the chest.  So

5    on that basis, you can't say for sure based

6    on diagnosis.  On top of that, some of these

7    enlarged and/or hypermetabolic lymph nodes

8    persisted after treatment and waxed and

9    waned, and, you know -- and which is, by the

10   way, something that is a relatively common

11   phenomenon in follicular lymphoma to circle

12   back to that.

13            But the deal there is that that

14   prevents you from knowing with absolute

15   certainty whether those lymph nodes were ever

16   involved.  I wish I could give a clearer

17   answer to that, but if you want to look at

18   the -- well, if you want to look at the best,

19   then I can do it in summary fashion.  It's

20   from that third paragraph from the end of my

21   "Treatment" section.

22       Q.    Do you agree with Mr. -- excuse me.

23   Do you agree with Dr. Georgiadis?

24            MR. ROE:  Georgiadis.

25            MR. HOGUE:  Georgiadis.

1    BY MR. HOGUE:

2         Q.    Do you agree --

3              MR. ROE:  Georgiadis.

4    BY MR. HOGUE:

5         Q.    Okay.  Do you agree with

6    Dr. Georgiadis that Mr. Schaffner's lymphoma

7    was a low risk lymphoma according to the

8    International Prognostic Index scoring system?

9         A.    Well, you know, we took -- we

10   relied strictly on Dr. Georgiadis' January

11   12, 2012 note for that because the initial

12   consultation from him which was November 21,

13   2006, just one day after the biopsy, did not

14   indicate any of the symptoms that we

15   associate with an adverse prognosis or a

16   substage B in non-Hodgkin lymphoma or Hodgkin

17   disease, as the case may be, as those --

18   those are -- the systems that Mr. Schaffner

19   had when he saw Mr. Georgiadis [sic] for the

20   first time on November 21, 2006 are

21   summarized in the complete discussion of what

22   went on at that visit at the beginning of my

23   report but that we also went back and

24   re-evaluated in the "Complications" section.

25              So in that regard, he did not

1    have any so-called B symptoms, and on top of

2    that, we are taking it directly from

3    Dr. Georgiadis' impression that the LDH was

4    normal at the time of presentation because I

5    don't have any LDH value.

6            And he also recounted that the

7    staging bone marrow biopsy was negative for

8    involvement by lymphoma.  If all that was

9    accurate, and I have no reason to doubt the

10   accuracy, I just don't have the source

11   documents, then this would be considered a

12   low risk lymphoma.

13           But of course, you know, these

14   risk assessments are applicable to

15   populations, not necessarily to individuals.

16   I don't think we need to belabor that point.

17   You know, the -- some of these considerations

18   are, in fact, dealt with in my "Disease

19   Status and Prognosis" section where I talk

20   about, you know, trying to take diagnostic

21   data for compilations and apply them to

22   individuals, how that's kind of fraught.

23       Q.    So --

24       A.    But between -- but respectively,

25   we could say he seems to have had a good

Ron Schiff, M.D.

1    response.  He is probably clinically disease

2    free 14 years out from diagnosis and

3    treatment, 14-and-a-half years out, and all

4    those things are to the good.  Whether it was

5    IIA or IA at the beginning, you know,

6    mattered at that time in terms of whether to

7    include radiation therapy and maybe attenuate

8    the chemo.  But in the long run, that didn't

9    appear to have made any difference.

10        Q.    So I think you have given all the

11   reasons for it, but at the end of the day, you

12   agree based upon the best medical evidence we

13   have that he was in a low risk lymphoma

14   according to International Prognostic Index

15   scoring system; is that right?

16        A.    Yes.  Of course --

17              MR. ROE:  Object to the form of the

18   question.  Can you specify at what point in

19   time?  You're asking a question on the basis of

20   a 2012 document; am I correct?

21              MR. HOGUE:  In 2012, he had that

22   and that's -- so basically now -- you can just

23   read it from -- from Dr. -- Dr. Schiff's

24   report.

25        Q.    But -- so when he was diagnosed

Ron Schiff, M.D.

1    with non-Hodgkin lymphoma, based upon the data

2    that was available, did -- did he have a low

3    risk non-Hodgkin lymphoma?

4         A.    Well, yes, the answer is he had a

5    low risk non-Hodgkin lymphoma.  I explained

6    why that was and what were the limitations in

7    reaching that conclusion.

8         Q.    Okay.

9         A.    By the same token, we also

10   indicated that still in all he did have

11   non-Hodgkin lymphoma, and he had it against a

12   background of extensive glyphosate/Roundup

13   exposure occupationally for 29 years.

14        Q.    And -- and then he's been in

15   remission for 15 years, right?

16        A.    14 and a half, but that's

17   correct.

18        Q.    14-and-a-half years of remission?

19        A.    Getting close to 15 since the

20   initiation of therapy, yes, but I'm calling

21   it 14 and a half.

22        Q.    Okay.  And it is -- is it your

23   opinion that it is highly unlikely that he will

24   ever have any reoccurrence of his non-Hodgkin

25   lymphoma based upon him being in remission for

1    14-and-a-half years?

2         A.    As I have stated previously, yes,

3    I consider relapse at this point to be highly

4    unlikely.  I do agree with that.  I explained

5    that the risk, however, is not zero.  That's

6    pretty much all that I -- all that, you know,

7    I put into my report.  I did not go beyond

8    those boundaries in my assessing the risk.

9    Just explaining what the potential was for a

10   very late relapse.

11        Q.    Doctor, I previously asked you

12   about an article that you started to draft

13   related to a -- a case specific methodology of

14   identifying the specific cause of a patient's

15   non-Hodgkin lymphoma, right?

16        A.    That's not exactly what it was

17   but close enough, yes.

18        Q.    Okay.  You've never published it,

19   have you?

20        A.    Still not, no.  And I do not

21   intend to seek publication until all of this

22   is behind me.

23        Q.    Okay.  And I've requested a copy --

24   I've requested the copy of it, right?

25        A.    Yes, you've repeatedly requested

Ron Schiff, M.D.

1    it.  None of the other defense counsel have,

2    and I am reluctant to do it because I regard

3    it as proprietary.

4         Q.    Will -- will you produce it to me?

5         A.    No.

6         Q.    Is there -- is there a reason why

7    you won't produce it to me?

8         A.    There is an absolute reason, and

9    I've explained that to you as far back as the

10   first deposition you took from me in which it

11   came up.  This is proprietary information in

12   my approach.

13            There's certainly nothing in

14   there that helps your legal strategy or your

15   arguments in this case.  However, by

16   introducing it into the public record, it

17   means that anybody can take it and can write

18   that data and can submit it for publication

19   and get -- and can get credit for the ideas

20   therein.  That's the reason.

21            There is also nothing harmful to

22   the plaintiff's side in any of this.  I

23   drafted that document after the PCB

24   litigation two-plus years before anybody

25   asked me to do anything about Roundup.

1    There's nothing about glyphosate/Roundup in

2    there.

3              It's a methodology paper.  It

4    does draw on some of my experiences with

5    PCBs, but it is proprietary.  I haven't seen

6    some of those ideas anywhere else, and I

7    would prefer them to remain mine until it

8    has, at some point in the future if I chose

9    to submit it, ever been accepted for

10   publication.

11       Q.    Doctor, did you use that

12   methodology in -- to -- in your analysis of

13   Mr. Schaffer's [sic] cause of his non-Hodgkin

14   lymphoma?

15       A.    Schaffner.

16             MR. ROE:  Schaffner.

17             MR. HOGUE:  I'm sorry.

18   BY MR. HOGUE:

19       Q.    Doctor, did you use that

20   methodology that you have developed in

21   attempting to determine whether Roundup caused

22   or contributed to Mr. Schaffner's non-Hodgkin

23   lymphoma?

24       A.    Absolutely not because it's

25   proposed.  It's not accepted.  It's not

1    established.  It was based on an idea that I

2    had.

3         Q.    So you've developed a methodology

4    that you believe is reliable but that you did

5    not use in this case?

6         A.    It hasn't been tested --

7              MR. ROE:  Going to object to the

8    form of the question.  The word "developed" is

9    vague and ambiguous.  Go ahead and answer to

10   best of your ability.

11        A.    This is something that I have

12   thought about and am interested in.  And, you

13   know, it -- it basically is a way to try to

14   weight the available relative risk based on

15   the extent and intensity of exposure.

16             However, that is not an accepted

17   or established method which is why I got

18   interested in it because nobody seems to have

19   pursued that before, but it is also why I

20   would not rely on anything like that in

21   formulating an opinion in products liability

22   litigation.  This is conceptual stuff.

23             May I also return to something

24   that you had asked me about before or more --

25        Q.    Let me finish this, and then if you

1    have something you want to clarify, it's fine.

2              So you've developed a methodology

3    for analyzing a case specific causation of

4    non-Hodgkin lymphoma and you have not applied

5    that in your opinions in this case; is that

6    right?

7        A.    Yes, that is correct.

8        Q.    And you will not give me a copy of

9    what your methodology is that you've developed;

10   is that right?

11       A.    I would prefer not to have this

12   introduced into the public record before I

13   have had the opportunity to publish it.

14             MR. HOGUE:  All right.  Well,

15   Mr. Roe, I -- I know this is the first time in

16   this case with you, but I request a copy

17   because I think it's relevant to his opinions

18   on case specific causation of non-Hodgkin

19   lymphoma.

20             MR. ROE:  I guess that the

21   problem -- I'm going to object to that on the

22   basis -- but I -- I just haven't seen the

23   document, but I'm going to object because it

24   hasn't been published.

25             So I mean, you're saying like every

1    draft opinion that he's ever written is -- is

2    relevant.  I mean, I'm troubled by that, but I

3    will type -- take it under advisement.

4              MR. HOGUE:  Thank you.

5      A.    I want to clarify that none of it

6    has anything to do with Roundup.  It was

7    before I got involved in Roundup litigation.

8    It is a theoretical paper.  It has not been

9    tested.

10             And let me just say this:  If I

11   was relying for my opinions, Mr. Hogue, on

12   unpublished theories for my opinions in the

13   Roundup litigation or any other products

14   liability litigation, you would call me on

15   that in a heartbeat.

16             This is unpublished.  It's an

17   idea that I had.  It's a proposal that I had,

18   and I'm not relying on it just as I would not

19   rely on any other unpublished opinions.

20   That's the extent of it.

21             (Telephone interruption.)

22     A.    Plus I do not want somebody else

23   to look at that and come up with the idea and

24   publish it as their own.  Maybe it's valid.

25   Maybe it's not.  But I would rather not deal

1    with that at all.  I would not -- I would

2    rather not -- excuse me.  I would rather not

3    subject myself to the risk of my ideas being

4    appropriated by others.

5    BY MR. HOGUE:

6         Q.    Okay.  Doctor, Mr. Schaffner has

7    had several issues that are unrelated to his

8    non-Hodgkin lymphoma or his treatment, hasn't

9    he?

10        A.    Sure.

11        Q.    I mean, his cervical back issues

12   are not related to his non-Hodgkin lymphoma or

13   his treatment for it, right?

14        A.    That's correct.

15             MR. ROE:  I'm going to object to

16   the form of that question.  Go ahead and answer

17   to the best of your ability.

18        A.    That's correct.  Now, you know,

19   inasmuch as you're dealing with that, even

20   though I made no attempt to point out that

21   there was any possibility of a relationship

22   that was discussed between Mr. Schaffner and

23   Dr. Georgiadis on April 24, 2018 when the

24   preceding MRI scan -- repeat scans were

25   reviewed, and that visit eventuated in

1    obtaining a PET-CT scan three days later on

2    April 27, 2018, and there was nothing in

3    there that indicated this was lymphoma

4    related.

5              What I learned from the

6    deposition but did not really feel the need

7    to go into in my report, was that there had

8    been an antecedent injury before the onset of

9    the neck pain.  So --

10             MR. ROE:  Dr. Schiff, could you get

11    a little closer to the microphone?  I'm sorry.

12             MR. HOGUE:  Yeah, I agree with

13    that.  Thank you.

14        A.    Okay.  So the point is that there

15    was no evidence -- and no conclusion by

16    Dr. Georgiadis that this was related, and in

17    the deposition, it became clear that

18    Mr. Schaffner had antecedent neck trauma

19    which would have accounted for his symptoms

20    including the imaging studies.

21             So no, I'm not representing that

22    this had anything to do with the lymphoma or

23    its treatment.

24    BY MR. HOGUE:

25        Q.    So Mr. Schaffner also had

1    orthopedic issues with knee surgeries and rotor

2    cuff [sic] surgeries, right?

3         A.    That's correct.

4         Q.    And those weren't related to his

5    non-Hodgkin lymphoma or its treatment, right?

6         A.    Also correct.

7         Q.    And Mr. Schaffner also has

8    arthritis?

9         A.    Yes.

10        Q.    And those aren't related to his

11   non-Hodgkin lymphoma or its treatment, right?

12        A.    I listed his arthritis as

13   osteoarthritis, and that also comes from the

14   April 24, 2018 progress note provided by

15   Dr. Georgiadis.  So, you know, there would be

16   no reason to suspect that that was connected

17   with lymphoma or lymphoma treatment.

18        Q.    Okay.  And a patient with cervical,

19   that's neck, you know, spine surgery, rotator

20   cuff surgery, knee surgeries would be less

21   active than prior to those surgeries, right?

22        A.    Less active than prior to those

23   surgeries?

24        Q.    Yeah.  I mean, would be -- well,

25   let me say, would be able to do less physical

1    activities, right?

2        A.    Well, you know, unless -- no.  If

3    the surgery was successful, one would expect

4    that someone could return to their premorbid

5    activity level.

6        Q.    With cervical spine surgery?

7        A.    It depends what --

8        Q.    Okay.

9        A.    I mean, different -- different

10   types of, you know, surgery on the neck.  It

11   depends what it was, and, you know -- and

12   with regard to this, I'm looking actually at

13   where he had -- yeah, I'm not aware -- well,

14   let me just say this.  I can't find in my

15   notes, in my report, and I don't remember him

16   having had surgery to the neck.

17            If he had it after the -- I'm

18   looking at that now.  Yeah, he had a cervical

19   fusion in September 2019.  Okay.  So that's

20   from the very final paragraph of the medical

21   facts section of my report immediately prior

22   to the beginning of the "Opinions" section.

23            And the deal there is no, that

24   would have been related to the injury.  It

25   would not have been related to the lymphoma

1    or its treatment.  The cervical fusion was

2    very recent.  It was September 2019 which is

3    almost a year and a half after the last visit

4    for which I have records with Dr. Georgiadis.

5            And I certainly am not in a

6    position to comment whether the cervical

7    fusion resulted in an improvement in

8    Mr. Schaffner's performance status or

9    activity level.

10        Q.    Doctor, so for -- strike that.

11            Just so I understand it, I know you

12   talked a little bit about Mr. Schaffner's

13   ████████████████████ and those issues.  He

14   had ████████████████y before he was

15   diagnosed with non-Hodgkin lymphoma; is that

16   right?

17        A.    That is correct.

18        Q.    And have you done anything from

19   a -- an analysis to compare Mr. Schaffner's

20   psychological symptoms prior to his non-Hodgkin

21   lymphoma versus after his non-Hodgkin lymphoma?

22        A.    Well, you know, there's a

23   limitation on that, okay.  What I indicated

24   in the "Psychological Effects" portion of my

25   "Opinions" section is that he experienced a

1    recurrence or exacerbation of ███████

     ██    ██████████ since being diagnosed with

3    non-Hodgkin lymphoma.

4                What this means is I didn't know

5    if he had active symptoms immediately before

6    his diagnosis meaning that the non-Hodgkin

7    lymphoma related ████████████████ were

8    recurrent or persistent.  I -- you know, I

9    couldn't tell about that.

10               And if they were present, then it

11   would have been an exacerbation rather than a

12   recurrence; in other words, if they had been

13   present at the time he was diagnosed.  I

14   don't know the answer to that, so I didn't

15   render an opinion about it.

16               I did list the areas in his

17   deposition where this was discussed, but I

18   left alone -- excuse me -- I left alone and

19   out of my discussion --

20               MR. ROE:  Take your time.

21       A.    Sorry -- the redacted section of

22   the deposition testimony.

23   BY MR. HOGUE:

24       Q.    All right, Doctor.  I know we're

25   getting close to the end of time today, so I

1    just wanted to follow up on a couple of things

2    from your review.  You know, one of the things

3    you've cited to is the Zhang study.

4              Have you reviewed the EPA's

5    analysis or review of the Zhang study?

6         A.    The answer to that is that I have

7    reviewed something that was an analysis of

8    the Zhang study that -- and again, I don't

9    know if we're talking about the exact same

10   document, but I will pull out what I have,

11   and I will ask you if this is the document

12   that you're referring to.

13              This is a paper in a journal

14   called Cancer Causes and Control where the

15   first author is Kabat, K-A-B-A-T.  Now, I

16   remember that in a prior Roundup deposition

17   you or another defense attorney asked me

18   about an EPA analysis.  I got this Kabat

19   paper, and I do not know and have no way to

20   tell to what extent this was affiliated with

21   the EPA.

22              So the short answer to the

23   question that you've asked me is I don't know

24   if I've seen it or not.  Maybe this is it.

25   Maybe there's another one.  Can you specify

1    another document --

2         Q.    Well --

3         A.    -- to try to tell me --

4         Q.    -- it's actually an EPA review that

5    the EPA has put out.  So that's different than

6    the -- the Kabat 2021.

7              Are you saying that you now have

8    reviewed the Kabat 2021 article?

9         A.    I looked at Kabat after it was

10   given to me.  I had not -- I was not familiar

11   with it previously.  I received that in a

12   package of exhibits on the day before the

13   deposition in question.

14             I looked at it after the

15   deposition.  I have not looked at it since

16   except when I went through today and looked

17   at what was in my stack of references so that

18   I'd know where everything was.

19        Q.    Okay.

20        A.    But, you know -- but again, I

21   know that if I was told about an EPA opinion

22   previously, I can guarantee I would have -- I

23   would have asked to be provided with it.  So

24   if it is not the Kabat paper, then I can tell

25   you I have never received nor seen an EPA

1    analysis of the Zhang study.

2         Q.    Okay.  Are -- are you relying upon

3    the Kabat study for your opinions in this case?

4         A.    No.  I considered it.  I looked

5    at it after the deposition in which it came

6    up, but I did not cite it in my report.

7         Q.    Have you see any other articles

8    that are -- that are meta-analysis that respond

9    to the article by Dr. Zhang and others that's

10   been published?

11        A.    Yes, there's the Boffetta paper.

12   And in fact, I think we've discussed that on

13   one prior occasion although not necessarily

14   with you.

15        Q.    I know it wasn't with me because it

16   was since I've last deposed you.  The -- the

17   Boffetta analysis -- study?

18        A.    Yep.

19        Q.    And that just recently came out,

20   didn't it?

21        A.    No.  There's a 2020 publication

22   date --

23        Q.    Oh.

24        A.    -- the one that I'm looking at.

25        Q.    Boffetta 2020?

1          A.     First author is Donato.

2          Q.     Okay.  Have you -- have you

3     reviewed one by Boffetta that was in 2021?

4          A.     I don't see that.  I don't think

5     I have that.

6          Q.     All right.  Doctor, I think I've

7     gotten to the end of my time, so I will stop my

8     questioning at this point.  If -- if Mr. Roe

9     has questions, I might have follow-up.

10          A.     May I clarify a few things from

11     before?

12          Q.     If you need to clarify something,

13     sure.

14          A.     All right.  The first is that

15     with a cursory check, I could not find an

16     IARC meta-relative risk summary statistic.

17     Where I was able to find it, because it's a

18     much shorter document, is in Table 7 of

19     Zhang.

20               And I was correct in remembering

21     that the meta-relative risk is 1.30, and it

22     was statistically significant.  But again,

23     that comes from Zhang, and what the Zhang

24     paper cites to that is, in fact, the

25     monograph --

1                  (Telephone interruption.)

2         A.      Excuse me -- monograph.  So that

3     accounts for the 1.30.

4         Q.      Okay.

5         A.      The other thing is that if you

6     have additional questions --

7                  (Telephone interruption.)

8         A.      I'm sorry.  I better deal with

9     this.  I'm going to mute for a moment.  Okay.

10    I'm sorry about that interruption.  But -- so

11    I also wanted to reiterate that if you have

12    additional questions that you haven't asked,

13    I am willing to do my best to answer them as

14    I have done up until now.

15                  MR. HOGUE:  Thank you, Doctor.

16    Mr. Roe, do you have any follow-up?

17                  MR. ROE:  I did have one follow-up

18    area --

19                  MR. HOGUE:  Sure.

20                     EXAMINATION

21    BY MR. ROE:

22        Q.      -- which is, Dr. Schiff, you were

23    asked some questions about a low risk lymphoma.

24    My question is:  Can a low risk lymphoma kill

25    someone?

1          A.      Sure because, you know, the risk

2    has to do with a prognostic projection made

3    at the time of diagnosis.  Rarely is later

4    information from during a patient's treatment

5    course, or perhaps course without treatment,

6    brought into it.

7                   And these are population

8    estimates where, as I indicated in my report,

9    you have to have -- you have to apply caution

10   in attempting to -- interpreting population

11   based data for the prognosis of an individual

12   patient.

13                  So absolutely, you can have

14   someone who has a favorable prognosis at the

15   beginning and yet who dies of the disease in

16   question eventually just as you can have

17   someone who goes into it in a terrible

18   prognosis and gets cured.

19         Q.      So if you have a -- a so-called low

20   risk lymphoma and you don't treat it with, for

21   example, chemotherapy, is that -- would that

22   cause you concern as an oncologist?

23                  MR. HOGUE:  Objection.  Form.

24         A.      Well, of course, I mean, you --

25   you know, you have to take into account that

1    a patient will at least receive standard

2    therapy in order to fit into the prognostic

3    category, but that highlights one of the

4    difficulties in interpreting risk data from

5    populations because even if you have a study

6    that focuses on prognostic data, not

7    everybody in the study is treated the same

8    way.

9                 And if you look at prognosis

10   based on specific randomized clinical trials

11   which is the purest way to do it so that you

12   could get follow-up statistics and meaningful

13   prognostic data for that one group of

14   patients, it may not be applicable to

15   somebody in a different clinical trial or

16   somebody who is not treated on protocol at

17   all.

18                 So, you know, these prognostic

19   indices are valuable, but they certainly are

20   not absolutely accurate in predicting

21   someone's outcome.

22                 MR. ROE:  Thank you.  I have

23   nothing further.

24                 MR. HOGUE:  Doctor, just one

25   follow-up.

1                    RE-EXAMINATION

2    BY MR. HOGUE:

3         Q.    As we've discussed, we do have

4    additional information and data on

5    Mr. Schaffner, right?

6         A.    Well, I -- I've reviewed

7    everything that I've been given.

8         Q.    Well, no.  Let me -- let me

9    clarify.  I -- we have 15 years of history

10   subsequent to mister non-Hodgkin --

11   Mr. Schaffner's diagnosis of non-Hodgkin

12   lymphoma, right?

13        A.    Yes, but I have -- I have reports

14   that go up to April 2018.

15        Q.    Okay.  And it's your understanding

16   that Mr. Schaffner has not developed any

17   recurrence of his non-Hodgkin lymphoma up until

18   current, right?

19        A.    Well, his deposition date was

20   February 5th of this year which is five

21   months ago, and certainly there was nothing

22   that indicated that his disease had recurred

23   as of that date.

24        Q.    So all the information we have

25   about Mr. Schaffner and his non-Hodgkin

1    lymphoma is that it has been a low risk for

2    recurrence and has not recurred, right?

3         A.    Well, again, I mean, you know,

4    the status of the lymph node -- the status of

5    the questionable lymph node involvement in

6    the chest was not 100 percent clear, and, you

7    know, he does have at least one factor that

8    cannot be overlooked in terms of the risk of

9    a late recurrence.

10              And I cited that in my report,

11   and I discussed it today.  But an actual

12   fact, by all accounts, he's 14-and-a-half

13   years plus clinically disease free.  Of

14   course, that's good news for Mr. Schaffner.

15              On the other side of it though,

16   he did develop the lymphoma, and he developed

17   it after a prolonged period of intensive

18   occupational glyphosate/Roundup exposure.

19        Q.    Well, his occupational glyphosate

20   exposure doesn't change his prognosis from his

21   non-Hodgkin lymphoma, right?

22        A.    Not that we know of, that's

23   correct.  There's no -- there are no data

24   indicating whether glyphosate induced

25   non-Hodgkin lymphomas have a different

1    prognosis than non-Hodgkin lymphomas without

2    or with, shall we say, lesser degrees of

3    glyphosate/Roundup exposure which would have

4    to take into account things like stage and

5    treatment and demographics and so forth.

6        Q.    And at this point in time, you

7    believe it's highly unlikely that Mr. Schaffner

8    will have a recurrence of his non-Hodgkin

9    lymphoma, right?

10       A.    It's highly unlikely that it will

11   recur as I've repeatedly stated previously,

12   but what is definite is that he did develop a

13   lymphoma and that he developed it in the

14   setting of prolonged and extensive

15   glyphosate/Roundup exposure.

16            MR. HOGUE:  All right.  Thank you,

17   Doctor.

18            THE WITNESS:  Thank you.

19            MR. HOGUE:  All right.  Are we

20   done?

21            MR. ROE:  We're done.

22            MR. HOGUE:  So I think that there

23   were three exhibits unless you guys want me to

24   mark as a fourth exhibit the Pahwa article that

25   we discussed.  I'll be glad to, but I think

1    it's pretty clear what it is.  Mr. Roe, what --

2              MR. ROE:  We -- we identified a

3    series of articles.  I think they're all known

4    in the -- in the Roundup litigation.  I don't

5    think it's necessary to -- if you're going to

6    mark one, you'd mark Zhang, you'd mark -- you

7    know, there are --

8              MR. HOGUE:  Sure.

9              MR. ROE:  -- three or four, five

10   articles.  I don't think it's necessary to mark

11   them.

12             MR. HOGUE:  So I'm going to have

13   the notice, his report, and the -- his invoice

14   as Exhibits 1, 2, and 3.  I will send those to

15   Mr. Roe and the court reporter if the court

16   reporter will send me her e-mail so that I can

17   send it to you.

18             THE COURT REPORTER:  I will.

19             MR. ROE:  And the EPA document.

20             MR. HOGUE:  We can go off the

21   record.

22             THE VIDEOGRAPHER:  Time right now

23   is 2:00 p.m.  We are off the record.

24      (Deposition was concluded at 2:00 p.m.)

25

Ron Schiff, M.D.

1                REPORTER'S CERTIFICATE

2

3                I, Bethany Whaley, Certified Court

4    Reporter and Notary Public, do hereby certify that prior

5    to the commencement of the examination, Ron Schiff,

6    M.D., was duly remotely sworn by me to testify to the

7    truth, the whole truth, and nothing but the truth.

8

9                I DO FURTHER CERTIFY that the foregoing

10   is a verbatim transcript of the testimony as taken

11   stenographically by me at the time, place, and on the

12   date hereinbefore set forth, to the best of my ability.

13

14               I DO FURTHER CERTIFY that I am neither a

15   relative nor employee nor attorney nor counsel of any of

16   the parties to this action, and that I am neither a

17   relative nor employee of such attorney of counsel, and

18   that I am not financially interested in the action.

19                    *Bethany Whaley*

20               s/s Bethany Whaley

21               Bethany Whaley

                 Certified Court Reporter and

22               Notary Public

                 Dated:  July 20, 2021

23

24

25

```
 1                    - - - - - -

 2                   E R R A T A

 3                    - - - - - -

 4   PAGE  LINE   CHANGE

 5   ____  ____   _____

 6      REASON:   _____

 7   ____  ____   _____

 8      REASON:   _____

 9   ____  ____   _____

10      REASON:   _____

11   ____  ____   _____

12      REASON:   _____

13   ____  ____   _____

14      REASON:   _____

15   ____  ____   _____

16      REASON:   _____

17   ____  ____   _____

18      REASON:   _____

19   ____  ____   _____

20      REASON:   _____

21   ____  ____   _____

22      REASON:   _____

23   ____  ____   _____

24      REASON:   _____

25
```

```
1              ACKNOWLEDGMENT OF DEPONENT

2

3         I,_____, do hereby

4    certify that I have read the foregoing pages, and that

5    the same is a correct transcription of the answers

6    given by me to the questions therein propounded, except

7    for the corrections or changes in form or substance, if

8    any, noted in the attached Errata Sheet.

9

10

11   _____

12   [WITNESS NAME]                    DATE

13

14

15   Subscribed and sworn to

16   before me on this _____day

17   of_____,20____, by _____

18   _____,

19   proved to me on the basis of satisfactory

     evidence to be the person(s) who appeared before me.

20

21                  Signature _____

22

23

24

25
```

EXHIBIT 2

Adrian N. Roe (*pro hac vice*)
Roe & Simon LLC
428 Boulevard of the Allies
First Floor
Pittsburgh, PA 15219
412-434-8187
aroe@roeandsimonllc.com

Counsel for Plaintiffs David Schaffner, Jr.,
and Theresa Sue Schaffner

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE ROUNDUP PRODUCTS | ) | MDL No. 2741 |
| LIABILITY LITIGATION | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | Case No. 3:16-md-02741-VC |
| | ) | |
| This document relates to: | ) | |
| | ) | |
| *David Schaffner, Jr., et al. v. Monsanto Co.,* | ) | |
| Case No. 3:19-cv-07526-VC | ) | |
| | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

**SCHAFFNER PLAINTIFFS'**
**EXPERT DISCLOSURES**

Pursuant to the Court's Order (CM/ECF Doc. No. 12197), and Rule 26(2) of the Federal

Rules of Civil Procedure, Plaintiffs David Schaffner, Jr., and Theresa Sue Schaffner, hereby give

notice that they plan to call two expert witnesses to testify at trial with respect specific causation:

Dr. Ron D. Schiff and Dr. Dennis D. Weisenburger.  The expert report, c.v., and list of testimony

of Dr. Schiff are attached as Exhibit 1; the expert report, c.v., and list of testimony of Dr.

Weisenburger are attached as Exhibit 2.  Dr. Schiff is being compensated at rate of six hundred

dollars ($600) per hour; Dr. Weisenburger is being compensated at a rate of seven hundred and

fifty dollars ($750) per hour.

1

The Schaffner Plaintiffs further incorporate by reference the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, and 3 and reserve the right to call the author of any such report to testify at trial.

The Schaffner Plaintiffs reserve the right to amend these disclosures for any appropriate reason and to serve rebuttal expert reports.

Respectfully submitted,

Dated:  June 28, 2021                              s/Adrian N. Roe

*Appearing Pro Hac Vice Per*
*Pretrial Order No. 1*

Pa. Bar No. 61391
Roe & Simon LLC
428 Boulevard of the Allies
First Floor
Pittsburgh, PA
412-434-8187
aroe@roeandsimonllc.com

2

**CERTIFICATE OF SERVICE**

I certify that, on this 28th day of June 2021, I electronically served the foregoing Expert Disclosures on counsel for Defendant Monsanto Company by means of emails addressed to Anthony R. Martinez, amartinez@shb.com and John Sherk, jsherk@shb.com.


s/Adrian N. Roe

EXHIBIT 3

RON D. SCHIFF, M.D., Ph.D.

Schiff Biomedical Consulting
6625 Stonington Drive
Tampa, Florida 33647

813-978-8327

Florida Medical License ME0066534

Certified by the American Board of Internal Medicine
in Internal Medicine, Medical Oncology,
and Hematology

April 30, 2021

Adrian N. Roe, Esq.
Roe & Simon, LLC
428 Boulevard of the Allies, First Floor
Pittsburgh, PA   15219

Re: David Schaffner, Jr. *v.* Monsanto

Dear Mr. Roe,

 The following summarizes my background, qualifications to serve as an expert witness, methodology, factual review, and opinions in the above-referenced case:

## BIOGRAPHICAL

 I attended college at Northwestern University in Evanston, Illinois between 1970 and 1973, graduating with a B.A. in Biological Sciences and Psychology. I attended medical school and graduate school at Saint Louis University in St. Louis, Missouri from 1973 until 1980, graduating with a Ph.D. in Molecular and Cellular Biology in 1979 and an M.D. in 1980. During my final year of medical school, I completed a one-year post-doctoral fellowship in Molecular and Cellular Biology. I then completed an internship and residency in Internal Medicine at Northwestern University Medical Center in Chicago between 1980 and 1983. I also completed a subspecialty fellowship in Medical Oncology and Hematology at Memorial Sloan-Kettering Cancer Center in New York from 1983 until 1986.

Once my training was completed, I served as a faculty member in the Department of Medicine, Division of Hematology/Oncology, at the Medical University of South Carolina in Charleston from 1986 until 1992. Subsequently, I was in private practice in Medical Oncology and Hematology in Charleston from 1992 until 1994. In July 1994, I relocated to Tampa, Florida, where I was in private practice in Medical Oncology and Hematology until I retired in May 2015. During my time in Tampa, I served as the Chair of the Cancer Committee at University Community Hospital and its successor, Florida Hospital Tampa, from January 1995 until April 2014.

I am Board-certified by the American Board of Internal Medicine in Internal Medicine (1983), Medical Oncology (1985), and Hematology (1988).

I established Schiff Biomedical Consulting for continuation of my medicolegal work in early 2011, and serve as its principal.

Additional biographical information is provided in my curriculum vitae.

## EXPERT QUALIFICATIONS

Based on my background, training, and experience, I present myself as an expert in medical oncology and hematology, and in related applications of molecular and cellular biology, in which I have also earned a doctoral degree. Medical oncology and hematology, which are subspecialties of internal medicine, encompass the causes, disease mechanisms, diagnosis, staging, treatment, and prognosis of the various forms of cancer and of the disorders of the blood and bone marrow, respectively. Expertise in the causes and disease mechanisms of cancer and hematologic disorders applies not only to knowledge of the relevant biology, but also to the concept of causation in legal settings.

Medical oncologists and hematologists are trained in the biological (for example, genetic mutations), chemical (carcinogens), and physical (radiation) causes of cancer involving solid organs, the bone marrow, the blood, and the lymphatic system. Epidemiology, which is the study of the distribution and determinants of diseases in populations, is an important component of training in cancer causation. Medical oncologists and hematologists must also have a detailed understanding of the molecular and cellular pathways by which a cancer develops, progresses, invades nearby tissues, and spreads via the lymphatic system to nearby lymph nodes and through the blood circulation to distant metastatic sites.

With respect to the present legal matter, my 29 years of clinical practice included the diagnosis and treatment of the full range of hematopoietic and lymphoid neoplasms, including non-Hodgkin lymphoma. I am being compensated in this matter, although my compensation is not dependent upon the outcome. In reaching my conclusions, I have reviewed and relied upon a number of sources of information, including textbooks and published research articles, as well as upon my background, training, and experience in medical oncology, hematology, and molecular and cellular biology. My biographical information and professional qualifications are summarized in the first section of the present report as well as in my curriculum vitae. As an

adult medical oncologist and hematologist with an additional doctoral degree in molecular and cellular biology, I submit that my educational background, training, experience in the management of patients with non-Hodgkin lymphoma, and familiarity with the medical literature substantiate my ability to serve as an expert witness in the David Schaffner, Jr. legal matter.

## METHODOLOGY

The procedures that I utilize in determining whether a causal relationship exists between exposure to an environmental agent and a disease, condition, or illness are the generally accepted scientific methods utilized by regulatory agencies and reported in peer-reviewed medical and scientific journals. This methodology is based upon established and accepted rules of scientific evidence, including assessment of the Hill criteria (1) as they apply to evaluation of causation, and the weight-of-evidence approach recommended by the National Research Counsel of the National Academy of Sciences and by the International Agency for Research on Cancer. I have also employed these methods when assessing disease causation in the clinical practice of medical oncology and hematology.

In reaching my opinions about general causation between exposure to a chemical agent and the development of a disease, I apply the generally accepted Hill criteria (1) for analyzing causation, including strength and consistency of association, dose (or exposure)-response, temporality, biological plausibility, specificity, coherence, availability of animal or other experimental models, and analogy to previously unexplained exposure-outcome findings in different clinical and experimental systems. In reaching my opinions about specific causation, I consider the relevant exposure, or "dose," of the chemical agent, and whether or not that dose has been associated with the disease in the medical and scientific literature. As part of this process I perform a differential etiological analysis, considering evidence for alternative or competing causes.

## FACTUAL REVIEW

At your request, I have reviewed all of the medical records provided to me concerning Mr. David Schaffner, Jr., date of birth ███63, and the diagnosis and treatment of his lymphoma, along with the First Amended Plaintiff Fact Sheet and his deposition. All of these documents were sent to me by your office. I have formed opinions regarding the information disclosed therein.

Mr. Schaffner was 43 years old when he went underwent an excisional biopsy of a left-sided neck mass at the University of Pittsburgh Medical Center (UPMC) St. Margaret on November 20, 2006. Histologic examination of the resected material yielded a diagnosis of a mostly diffuse B-cell non-Hodgkin lymphoma of probable follicular center cell origin. The biopsy was reviewed at the main UPMC, where the specimen was described as demonstrating diffuse effacement of the nodal architecture by a diffuse, vaguely nodular and focally more distinctly follicular proliferation composed in some areas of mostly small lymphoid cells with round nuclei and clumped chromatin and other ill-defined and more nodular areas with somewhat larger cells with more dispersed chromatin and sometimes nucleoli. It was noted that

some of the smaller lymphoid cells appeared plasmacytoid. Immunohistochemical staining for CD20, CD10, BCL-2, and BCL-6 was positive in numerous cells, and strongly so in the case of BCL-6, all consistent with a B-lymphocyte origin. Immunohistochemical staining for Ki-67/MIB-1 was positive in up to 40 to 50% of cells, suggesting at least moderately rapid cellular proliferation. Flow cytometric analysis confirmed the presence of a monoclonal B-cell population composed of both small and large cells expressing CD19, CD20, CD10, BCL-2, and kappa-light chain-restricted surface immunoglobulin. FISH analysis revealed no evidence of an immunoglobulin heavy chain gene rearrangement (98% of cells negative) or a BCL-2 gene rearrangement (all cells negative), although 92.1% of cells contained three to eight copies of the BCL-2 gene, suggesting an abnormal karyotype with extra copies of all or part of chromosome 18. This pathology report represents the earliest available medical records for Mr. Schaffner.

On November 21, 2006, Mr. Schaffner was referred to Dr. Mark Georgiadis, a medical oncologist and hematologist at UPMC Cancer Centers, for further evaluation and management of newly diagnosed lymphoma. According to Dr. Georgiadis' report, Mr. Schaffner had noted a non-tender mass in the left side of the neck approximately two weeks earlier. There was no subsequent change in size. A CT scan of the neck on November 14, 2006 had shown a smoothly marginated 2.3 x 2.8-cm left submandibular mass. Fine-needle aspiration of the mass by an ENT surgeon had revealed a cellular specimen with a monomorphic population of atypical small lymphoid cells suspicious for non-Hodgkin lymphoma. A PET-CT scan on November 17, 2006 demonstrated a hypermetabolic 2.4 x 3.6-cm mass in the left side of the neck, exerting mass effect on the left submandibular salivary gland; non-hypermetabolic 0.5-cm and 0.4-cm nodules in the right upper lobe; and non-hypermetabolic mediastinal and hilar lymph nodes measuring up to 1.8 cm in diameter. At the time of his consultation with Dr. Georgiadis, Mr. Schaffner complained of stable chronic fatigue; mild pruritus associated with the use of his supplemental heating system in winter; chronic lower back pain; and intermittent abdominal pain and loose stools, also on a chronic basis. Physical examination revealed a small healing surgical incision in the high left cervical region with surrounding tenderness, but was otherwise normal. CBC values included hemoglobin 13.4, hematocrit 38.8, MCV 88.4, WBC 10.5, and platelets 318. The WBC differential was 71 neutrophils, 13 lymphocytes, 13 monocytes, 1 eosinophil, and 2 basophils. A bone marrow aspirate and biopsy were mildly hypocellular (40%), with normal trilineage maturation and no evidence of involvement by lymphoma. Flow cytometric analysis of the bone marrow aspirate demonstrated no evidence of an abnormal cell population. Cytogenetic analysis of the bone marrow aspirate showed a normal male karyotype. FISH analysis of the bone marrow aspirate revealed no evidence of clonal translocations involving the BCL-6 or myc genes, t(11;14) or t(14;18) translocations, or trisomy 12.

On March 1, 2007, a CT scan of the chest, abdomen, and pelvis demonstrated scattered or clustered sub-cm pulmonary nodules in the right lower lobe laterally, non-specific sub-cm lymph nodes in the mediastinum and right hilum, and advanced lumbar degenerative disc disease at the left lumbosacral junction. Attention is called to the previous localization of the pulmonary nodules to the right upper lobe on the PET-CT scan on November 17, 2006; comparison with which was not reported.

On May 16, 2007, a PET-CT scan was obtained for restaging what was described as a

stage IIA lymphoma, and revealed a mildly hypermetabolic 1-cm AP window lymph node with a maximum SUV of 3.1, which was unchanged compared with the previous PET-CT scan from November 17, 2006, and a cluster of non-hypermetabolic small pulmonary nodules in the right lower lobe.

On August 14, 2007, a CT scan of the chest, abdomen, and pelvis demonstrated the apparent interval development since the previous CT scan of the chest, abdomen, and pelvis on March 1, 2007 of a nodule at the right lung base laterally, another nodule in the posterobasal segment of the right lower lobe, and a vague nodule in the subpleural portion of the posterobasal segment of the left lower lobe, all measuring 0.2 to 0.3 cm in diameter, and regression of another sub-cm nodule in the right lower lobe laterally. Three additional sub-cm nodules in the right lower lobe laterally; several small mediastinal and right hilar lymph nodes; an accessory spleen at the splenic hilum (not previously mentioned); low-density foci in both kidneys, with the largest located in the mid-portion of the left kidney laterally and measuring 1.2 x 0.8 cm, most consistent with benign renal cortical cysts (also not previously mentioned); and marked left-sided degenerative changes at L5-S were stable.

On November 7, 2007, a PET-CT scan revealed a minimally hypermetabolic 1-cm AP window lymph node with a maximum SUV of 1.5, which was unchanged compared with the most recent prior PET-CT scan on May 16, 2007; enlargement of the prostate with "very minimal" areas of non-specific radionuclide uptake was also noted. The CT images of the neck, chest, abdomen, and pelvis additionally revealed pulmonary hyperinflation; a few small subpleural pulmonary nodules, the largest of which was located in the right lower lobe and measured 0.5 cm in diameter, and at least one of which, although having been demonstrated on the CT scan of the chest on August 14, 2007, could no longer be identified; a 1.5-cm accessory spleen; apparent bilateral renal cysts; a minimal right inguinal hernia; and areas of calcification and some heterogeneity associated with the prostatic enlargement.

On February 4, 2008, a CT scan of the chest, abdomen, and pelvis revealed multiple sub-cm nodules in the right lower lobe, scattered sub-cm mediastinal lymph nodes, and apparent renal cysts bilaterally, all stable compared with the most recent prior CT scan of the chest, abdomen, and pelvis on August 14, 2007.

On April 28, 2008, a PET-CT scan demonstrated interval resolution since the most recent prior PET-CT scan on November 7, 2007 of the minimally hypermetabolic radionuclide uptake associated with the AP window lymph node. The CT images of the neck, chest, abdomen, and pelvis revealed interval resolution of the AP window lymph node itself; a 1-cm accessory spleen at the splenic hilum, bilateral renal cysts measuring less than 2 cm in diameter, and mild thickening of the wall of the bladder were also noted.

On August 28, 2008, a CT scan of the chest, abdomen, and pelvis revealed a 0.5-cm non-calcified nodule in the right lower lobe, three 0.4-cm nodules in the right lower lobe, a non-calcified 0.4-cm subpleural nodule in the right lower lobe, an additional 0.2-cm subpleural nodule in the right lower lobe, a faint 0.3-cm subpleural nodule in the left lower lobe, small bilateral renal cysts, and mild prostatic enlargement, all of which were unchanged compared with

various prior studies dating to March 1, 2007.

On November 29, 2008, a CT scan of the chest, abdomen, and pelvis demonstrated small non-calcified pulmonary nodules in the lower lobes bilaterally and 1-cm interpolar renal cysts bilaterally, all of which were unchanged compared with the most recent prior CT scan of the chest, abdomen, and pelvis on August 28, 2008.

The report of a PET-CT scan on May 1, 2009 referred to a history of stage II (not stage I) lymphoma and indicated that chemotherapy for the lymphoma had been completed in April 2007. The study itself revealed a solitary 0.5-cm nodule in the right lower lobe, minimally hypermetabolic 1-cm AP window and left hilar lymph nodes with a maximum SUV of 2.3, and a non-hypermetabolic 1.2 x 0.9-cm pretracheal lymph node. The report concluded that all of these findings were stable compared with the most recent prior PET-CT scan from April 28, 2008, whereas the descriptions of all of these findings had actually changed in the interim. Incidental note was made of an apparent non-hypermetabolic 1.7-cm right maxillary mucus retention cyst. The previously noted prostatic enlargement was now characterized as borderline.

On November 10, 2009, a CT scan of the chest, abdomen, and pelvis demonstrated four non-hypermetabolic pulmonary nodules in the anterior segment of the right lower lobe, sub-cm mediastinal lymph nodes, and apparent 1.1-cm right and 1.0-cm left renal cysts, all of which were unchanged compared with previous CT scans of the chest, abdomen, and pelvis dating to March 1, 2007.

On January 12, 2012, Mr. Schaffner was evaluated by Dr. Georgiadis for follow-up of his lymphoma for the first time since November 2009. Mr. Schaffner had undergone shoulder surgery in 2010, with residual mild weakness. He had undergone a laparoscopic cholecystectomy in December 2011 after developing right upper quadrant pain and severe acid reflux; histologic examination of the gallbladder had reportedly revealed no evidence of lymphoma. Pre-operative upper gastrointestinal endoscopy and colonoscopy were reportedly negative. Post-operatively, the symptoms of gastroesophageal reflux had improved markedly and the right upper quadrant pain resolved except for minimal local pinching discomfort. Mr. Schaffner was otherwise asymptomatic at the time of his follow-up with Dr. Georgiadis. Mr. Schaffner weighed 201 pounds. Physical examination was normal. CBC values included hemoglobin 13.3, WBC 6.5, and platelets 275. Dr. Georgiadis indicated that the stage of Mr. Schaffner's lymphoma was IIA at the time of diagnosis, by virtue of presumed "low peritracheal" lymph node involvement, and that it was a low-risk lymphoma according to the International Prognostic Index Scoring System because there were no worrisome symptoms, the LDH was normal, and the bone marrow biopsy was negative for involvement by lymphoma. Mr. Schaffner had been treated for the lymphoma with six cycles of R-CHOP chemoimmunotherapy consisting of rituximab (Rituxan), which is a monoclonal antibody active in B-cell lymphoma, along with the combination of cyclophosphamide (Cytoxan), doxorubicin (Adriamycin), vincristine (Oncovin), and prednisone, which is known as the CHOP chemotherapy regimen, from December 2006 until April 2007. Dr. Georgiadis characterized Mr. Schaffner's response to treatment as a "qualified" remission because of a residual vague, borderline-hypermetabolic abnormality in the "peritracheal" region. This abnormality subsequently waxed and waned

without true progression, raising the possibility that there was never involvement with lymphoma in that location, even at the time of diagnosis.

On January 31, 2012, a PET-CT scan demonstrated interval cholecystectomy and associated hypermetabolic post-operative changes involving the anterior abdominal wall, along with the development of a minute non-obstructing left renal calculus, since the most recent prior CT scan of the chest, abdomen, and pelvis on November 10, 2009. A mucus retention cyst in the left maxillary sinus; a cluster of non-hypermetabolic pulmonary nodules in the right lower lobe, individually measuring 0.4 to 0.5 cm in diameter; minimally hypermetabolic 1.5 x 1.0-cm AP window, 1.4-cm subcarinal and right paratracheal, and 1.5-cm left hilar lymph nodes; mild prostatic heterogeneity; a small fat-containing inguinal hernia; and mild multilevel degenerative changes in the vertebral column were all stable compared with prior imaging studies.

On April 24, 2018, Mr. Schaffner was reevaluated by Dr. Georgiadis, this time for evaluation of an abnormality of the fifth cervical vertebra detected by imaging and thought to be consistent with involvement by lymphoma. The diagnosis recorded by Dr. Georgiadis was "diffuse large B-cell lymphoma, lymph nodes of multiple sites," and "stage IIA malignant lymphoma, B-cell type (CD20 positive), not further classifiable, but probably best considered a non-indolent and mostly diffuse B-cell lymphoma with a phenotype of follicular center cells." Reference was made to a staging PET-CT finding of "presumed lymphoma involvement of the low paratracheal region of the chest." It was noted that since the proven neck and presumptive mediastinal involvement were not contiguous, Mr. Schaffner had not been a candidate for an abbreviated course of chemotherapy plus involved-field radiation therapy. Previously unrecorded elements of Mr. Schaffner's past medical history included bilateral shoulder surgery, gastroesophageal reflux disease, irritable bowel syndrome, osteoarthritis, right knee arthroscopic surgery, and depression. There was no history of cancer in Mr. Schaffner's first-degree relatives. Mr. Schaffner had quit smoking in 1988 after a smoking history of five pack-years. At the time of his reevaluation by Dr. Georgiadis, Mr. Schaffner stated that he had sustained an injury to the back of his neck several months earlier, which resulted in the development of significant pain in the high left posterior cervical region with occasional radiation to the left shoulder. Originally thought to reflect a pinched nerve, treatment with corticosteroids, physical therapy and chiropractic had failed to improve the pain. An MRI scan of the cervical spine on March 29, 2018 reportedly showed edema of the left facet joint at C3-4 and additional areas of osteophyte formation, along with non-enhancing "intermediate" signal at the C5 vertebral body, which was considered nonspecific but possibly due to lymphoma. A subsequent CT scan of the neck on April 2, 2018 reportedly demonstrated sclerosis of the C5 vertebral body. In Dr. Georgiadis' office, Mr. Schaffner weighed 209 pounds, an increase of eight pounds since the most recent prior visit on January 12, 2012. Physical examination revealed tenderness along the left posterior cervical muscles, but not over the spine; there were no other abnormal findings. CBC values included hemoglobin 14.2, hematocrit 41.3, MCV 89.4, WBC 7.4 with 60.2% neutrophils, and platelets 332. A comprehensive metabolic panel (CMP) was completely normal. The LDH was 165 (normal range 140 to 271). Dr. Georgiadis concluded that the pain and tenderness in Mr. Schaffner's neck were related to compression of the left C3-4 nerve root rather than to the C5 vertebral body abnormality. Although unlikely, the possibility of involvement of the C5 vertebral body with lymphoma needed to be ruled out by means of either serial MRI scans or

another PET-CT scan.

The most recent medical record available for Mr. Schaffner is the report of a PET-CT scan on April 27, 2018, which revealed moderately extensive non-hypermetabolic mucosal sinus disease in the left frontal, left greater than right ethmoid, and superior right and inferior left maxillary sinuses; atherosclerotic calcification of the coronary arteries; mild prostatic enlargement up to 5 cm; and non-hypermetabolic spotty, mild osteosclerosis within the C5 vertebral body, which was unchanged compared with the most recent prior PET-CT scan from January 31, 2012.

According to Mr. Schaffner's deposition testimony on February 5, 2021, his non-Hodgkin lymphoma presented with fatigue and a painless left submandibular mass (261:20-262:17). He recalled that his R-CHOP chemoimmunotherapy was administered approximately from December 14, 2006 until April 21, 2007 (274:5-12). Mr. Schaffner had undergone three shoulder operations, one on the right side in 1989 or 1990, a second on the right side between 2008 and 2010 (2010, according to the medical records), and one on the left side in approximately 2014; a cervical fusion in September 2019 because of the neck injury that prompted his reevaluation in April 2018; an L3-4 spinal fusion in June 2020; and a partial colectomy, for which the indication was not specified, on December 7, 2020 (108:21-112:10, 279:10-281:9). Mr. Schaffner related a possible history of eczema (247:18-19), but had no history of undergoing chemotherapy prior to his diagnosis of non-Hodgkin lymphoma, nor of undergoing radiation therapy, stem cell transplantation, or solid-organ transplantation; there was also no history of autoimmune or immunodeficiency disorders, obesity, hepatitis virus infection, or predisposition to infections in general prior to the non-Hodgkin lymphoma (246:8-249:18, 258:12-14, 261:3-5). Mr. Schaffner indicated that he had been taking mesalamine since November 2020, evidently for inflammatory bowel disease, although the indication was not entirely clear (249:2-9, 257:7-258:2); in any event, his non-Hodgkin lymphoma had occurred some 14 years earlier. Mr. Schaffner confirmed that there was no history of cancer in his first-degree relatives (258:15-260:9) and that he had smoked during the early to mid-1980s (256:4-7). Active and persistent symptoms at the time of Mr. Schaffner's deposition included cold intolerance (301:10-19) and a recurrence or exacerbation of anxiety and depression since being diagnosed with non-Hodgkin lymphoma (257:7-258:11, 292:20-293:5, 293:21-294:5, 301:20-22, 303:20-305:16, 307:6-308:2).

## OPINIONS

1. _Diagnosis and staging._ A diagnosis of a mostly diffuse B-cell non-Hodgkin lymphoma of probable follicular center cell origin was established by an excisional biopsy of a left-sided neck mass on November 20, 2006. The biopsy was described as demonstrating diffuse effacement of the nodal architecture by a diffuse, vaguely nodular and focally more distinctly follicular proliferation composed in some areas of mostly small lymphoid cells with round nuclei and clumped chromatin and other ill-defined and more nodular areas with somewhat larger cells with more dispersed chromatin and sometimes nucleoli. Immunohistochemical staining for Ki-67/MIB-1 was positive in up to 40 to 50% of cells, suggesting at least moderately rapid cellular proliferation (growth rate) and relatively aggressive behavior. FISH analysis revealed no evidence of a BCL-2 gene rearrangement (all cells negative), although 92.1% of cells contained

three to eight copies of the BCL-2 gene, suggesting an abnormal karyotype with extra copies of all or part of chromosome 18.  The stage of Mr. Schaffner's lymphoma is stage IA or stage IIA, depending upon whether mediastinal and/or hilar lymph node involvement was present in addition to the involvement of the mass in the left side of the neck.

On April 24, 2018, the diagnosis recorded by Mr. Schaffner's medical oncologist and hematologist, Dr. Georgiadis, was "diffuse large B-cell lymphoma, lymph nodes of multiple sites," and "stage IIA malignant lymphoma, B-cell type (CD20 positive), not further classifiable, but probably best considered a non-indolent and mostly diffuse B-cell lymphoma with a phenotype of follicular center cells."

The possibility of stage II rather than stage I lymphoma was initially raised by a staging PET-CT scan on November 17, 2006, which demonstrated non-hypermetabolic mediastinal and hilar lymph nodes measuring up to 1.8 cm in diameter as well as a hypermetabolic 2.4 x 3.6-cm mass in the left side of the neck.

Bone marrow aspiration and biopsy on November 21, 2006 revealed no evidence of bone marrow involvement by lymphoma.

Reports of PET-CT scans on May 16, 2007 and May 1, 2009 referred to a history of stage II (not stage I) lymphoma.

On January 12, 2012, Dr. Georgiadis indicated that the stage of Mr. Schaffner's lymphoma was IIA at the time of diagnosis, by virtue of presumed "low peritracheal" lymph node involvement, and that it was a low-risk lymphoma according to the International Prognostic Index Scoring System because there were no worrisome symptoms, the LDH was normal, and the bone marrow biopsy was negative for involvement by lymphoma

On April 24, 2018, Dr. Georgiadis again made reference to a staging PET-CT finding of "presumed lymphoma involvement of the low paratracheal region of the chest," consistent with stage II disease.

Regardless of these notations in the medical record, the stage of Mr. Schaffner's lymphoma has been continuously reevaluated by serial PET-CT scans and plain CT scans, although bone marrow examination has not been repeated.

Diffuse large B-cell lymphoma is an intermediate-grade non-Hodgkin lymphoma arising in the B-lymphocytes of the immune system, while the follicular lymphoma component from which it probably transformed is a low-grade non-Hodgkin lymphoma also arising in the B-lymphocytes.  The terminology designating these subtypes of non-Hodgkin lymphoma, and their diagnostic criteria, reflect the 2016 World Health Organization (WHO) classification of hematopoietic and lymphoid neoplasms (2, 3).  Diffuse large B-cell lymphoma is the most common type of non-Hodgkin lymphoma, representing 31% of all cases, while follicular lymphoma is the second most common type of non-Hodgkin lymphoma, comprising 22% of all cases (3, 4).  It is well-known that some cases of non-Hodgkin lymphoma are characterized by a

composite of follicular lymphoma and diffuse large B-cell lymphoma within the same lymph node specimen, as in Mr. Schaffner's case; under these circumstances, the diagnosis should be considered diffuse large B-cell lymphoma (4), although I have often acknowledged the role of histologic transformation by referring to such lymphomas as "follicular-going-diffuse." Regardless of the terminology invoked for these composite lymphomas, it is clear that their clinical behavior, treatment, and prognosis are typical of diffuse large B-cell lymphoma (3, 4). The designation "intermediate-grade" distinguishes diffuse large B-cell lymphoma and grade IIIB follicular lymphoma from "low-grade" lymphomas, such as grade I, grade II, and grade IIIA follicular lymphomas, which tend to be characterized by a slower growth rate and a less aggressive clinical course than the intermediate-grade lymphomas, and from "high-grade" non-Hodgkin lymphomas, such as lymphoblastic lymphoma and Burkitt lymphoma, which tend to exhibit a more rapid growth rate and a more aggressive clinical course.

The stage of any malignancy provides important information about the extent of disease within the body and thus helps to determine optimal treatment, estimate prognosis, and correlate results among treatment groups in different clinical trials. Stage I refers to the presence of lymphoma in a single lymph node region, while stage II denotes the presence of lymphoma in two or more lymph node regions on just one side of diaphragm, and stages III and IV reflect a progressively greater anatomic distribution of lymphoma (3, 4). Substages "A" and "B" denote the absence or presence, respectively, of the prognostically adverse symptoms of otherwise unexplained fever in excess of 38.0° C (100.4° F), night sweats, or unintentional loss of more than 10% of body weight during the previous six months (3, 4). The absence of these "B" symptoms thus subclassifies Mr. Schaffner's stage I or II lymphoma as stage IA or IIA.

2. Treatment. Unless contraindicated by coexisting serious medical illness or, in some cases, advanced age, it is recommended that patients with intermediate-grade lymphomas begin treatment as soon as their diagnostic evaluation is complete. Therefore, Mr. Schaffner was treated for the lymphoma with six cycles of R-CHOP chemoimmunotherapy consisting of rituximab (Rituxan), which is a monoclonal antibody active in B-cell lymphoma, along with the combination of cyclophosphamide (Cytoxan), doxorubicin (Adriamycin), vincristine (Oncovin), and prednisone, which is known as the CHOP chemotherapy regimen. According to Mr. Schaffner's deposition testimony on February 5, 2021, his R-CHOP chemoimmunotherapy was administered approximately from December 14, 2006 until April 21, 2007 (274:5-12). Excisional biopsy and R-CHOP chemoimmunotherapy produced resolution of the hypermetabolic left-sided neck mass, as documented by PET-CT scans on May 16, 2007, November 7, 2007, April 28, 2008, May 1, 2009, January 31, 2012, and April 27, 2018 and CT images of the neck on November 7, 2007 and April 28, 2008.

On April 24, 2018, Dr. Georgiadis noted that since the proven neck and presumptive mediastinal involvement were not contiguous, Mr. Schaffner had not been a candidate for an abbreviated course of chemotherapy plus involved-field radiation therapy. Earlier, on January 12, 2012, Dr. Georgiadis had characterized Mr. Schaffner's response to treatment as a "qualified" remission because of a residual vague, borderline-hypermetabolic abnormality in the "peritracheal" region. This abnormality subsequently waxed and waned without true progression, raising the possibility that there was never involvement with lymphoma in that

location, even at the time of diagnosis.

Dr. Georgiadis' reasoning was correct, in that serial imaging studies obtained after R-CHOP chemoimmunotherapy had been initiated provided inconsistent accounts of the status of mediastinal and hilar lymphadenopathy.  Small, mildly or minimally hypermetabolic mediastinal lymph nodes were reported for PET-CT scans on May 16, 2007 and November 7, 2007; mildly hypermetabolic mediastinal and hilar lymph nodes and an additional non-hypermetabolic mediastinal lymph node were detected on the PET-CT scan on May 1, 2009; and minimally hypermetabolic mediastinal and hilar lymph nodes were reported for the PET-CT scan on January 31, 2012, while small or sub-cm mediastinal and hilar lymph nodes were identified on the CT scans of the chest, abdomen, and pelvis on March 1, 2007 and August 14, 2007. However, small mediastinal but not hilar lymph nodes were present on the CT scans of the chest, abdomen, and pelvis on February 4, 2009 and November 10, 2009, while resolution of minimally hypermetabolic mediastinal lymphadenopathy was reported on the PET-CT scan on April 28, 2008 and neither mediastinal nor hilar lymphadenopathy was even mentioned in the reports of the CT scans of the chest, abdomen, and pelvis on August 28, 2008 and November 29, 2008 or the report of the PET-CT scan on April 27, 2018.

For this reason, it must be regarded as uncertain whether Mr. Schaffner's lymphoma was stage I or stage II at the time of diagnosis.

R-CHOP chemoimmunotherapy constitutes a standard, and relatively intensive, therapeutic approach for patients with diffuse large B-cell lymphoma (3, 4).  This treatment approach and the supportive care and close clinical, laboratory, and radiographic monitoring which Mr. Schaffner has been undergoing have been appropriate, entirely justified, and medically necessary.

3.  Disease status and prognosis.  Serial imaging studies, enumerated above, have demonstrated resolution of Mr. Schaffner's hypermetabolic left-sided neck mass and probable resolution of any mediastinal or hilar lymphadenopathy that may have been present at the time of diagnosis.  While these findings meet the criteria for achievement of a complete response, it must be noted that the waxing and waning of the mediastinal and hilar lymphadenopathy raise the possibility of persistent lymphoma.

A number of prognostic factor indices have been developed to estimate the disease-free and overall survival for patients with non-Hodgkin lymphoma (3, 4).  The International Prognostic Index, a model developed primarily from data for patients with diffuse large B-cell lymphoma, has identified age over 60 years, stage III or IV, presence of two or more sites of extralymphatic involvement, elevated LDH, and Eastern Cooperative Oncology Group (ECOG) performance status 2-4 as unfavorable prognostic factors (3, 4).  According to such models, Mr. Schaffner's lymphoma would be classified as having a favorable prognosis.  It is worth noting further that no convincing evidence of persistent, recurrent, or progressive lymphadenopathy has emerged since Mr. Schaffner completed R-CHOP chemoimmunotherapy fourteen years ago..

With respect to response and survival data, the prognosis for patients with diffuse large

B-cell lymphoma has several dimensions (3, 4). Only about 25% of patients have stage I disease at the time of diagnosis (3). The four-year progression-free survival and four-year overall survival for patients with diffuse large B-cell lymphoma and favorable prognostic factors have been reported to be at least 80% (4). Caution in interpreting such data is warranted, however, as consensus estimates from the published literature of median progression-free and overall survival, ten-year progression-free and overall survival, and cure for patients with diffuse large B-cell lymphoma who are representative of a particular patient are elusive because of non-uniformity in the relevant clinical trials as to patients' stage, other prognostic factors, treatment regimen, and statistical parameters analyzed. Conservatively, the majority of patients with stage I diffuse large B-cell lymphoma and favorable prognostic factors should be alive and disease-free ten years after the initiation of treatment. Additional optimism concerning Mr. Schaffner's long-term prognosis is justified by the assessment that he has now probably been disease-free for fourteen years since his treatment for lymphoma, as discussed above. However, it is worrisome that the follicular component of Mr. Schaffner's composite lymphoma carries a greater risk of relapse than its diffuse large B-cell component, as the clinical course of follicular lymphoma is characterized by repeated relapses, for which the response durations tend to become progressively shorter with successive courses of treatment (3, 4). The potential for relapse is perhaps of greatest concern in the bone marrow, which, as previously discussed, has not been reevaluated in Mr. Schaffner's case after the original staging examination.

It is a matter of common sense that a projected median survival in the range of ten years and even ongoing overall and probable disease-free survival at fourteen years do not represent an optimal outcome for a patient diagnosed with stage I or II diffuse large B-cell lymphoma at age 43, as was the case for Mr. Schaffner.

4. Complications of Mr. Schaffner's lymphoma and its treatment. Both diffuse large B-cell lymphoma and, separately, its treatment commonly produce complications which may be severe, producing symptoms, potentially compromising the survival and/or quality of life of the patient, and causing distress for the patient and family.

According to Mr. Schaffner's deposition testimony, his non-Hodgkin lymphoma presented with fatigue and a painful left submandibular mass (261:20-262:17).

At the time of his consultation with Dr. Georgiadis on November 21, 2006, Mr. Schaffner complained of stable chronic fatigue; mild pruritus associated with the use of his supplemental heating system in winter; chronic lower back pain; and intermittent abdominal pain and loose stools, also on a chronic basis.

Complications of R-CHOP chemoimmunotherapy for diffuse large B-cell lymphoma include anemia, leukopenia, neutropenia, and thrombocytopenia, with their attendant risks of infection, bleeding, and requirement for transfusions. These low blood counts are near-universal and may be severe and even life-threatening in patients treated with R-CHOP. In addition, most patients experience nausea, vomiting, and decreased appetite, and R-CHOP chemoimmunotherapy conveys risks of developing heart muscle damage from the doxorubicin and/or peripheral neuropathy from the vincristine.

Active and persistent symptoms at the time of Mr. Schaffner's deposition included cold intolerance (301:10-19) and a recurrence or exacerbation of anxiety and depression since being diagnosed with non-Hodgkin lymphoma (257:7-258:11, 292:20-293:5, 293:21-294:5, 301:20-22, 303:20-305:16, 307:6-308:2).

5. <u>Psychological effects</u>. It is another matter of common sense, as well as personal and professional experience, that the diagnosis and treatment of cancer, and the complications of cancer and its treatment, are among the most stressful experiences that a person can undergo during his or her lifetime. As just discussed, Mr. Schaffner has experienced a recurrence or exacerbation of ███████████████ since being diagnosed with non-Hodgkin lymphoma (257:7-258:11, 292:20-293:5, 293:21-294:5, 301:20-22, 303:20-305:16, 307:6-308:2). Whether the prognosis is good, poor, or somewhere in between, any new finding after a cancer has been diagnosed raises the serious concern in a patient, the patient's family, and the medical team alike of recurrence or progression of the malignancy. The potentially devastating significance of each new or persistent symptom, change in a pre-existing symptom, new physical finding, new laboratory or imaging abnormality--and every new medical encounter related to the cancer--are lifelong sources of fear ███████ in virtually every person who has had cancer.

6. <u>Exposure</u>. I have reviewed Mr. Schaffner's deposition testimony regarding the frequency, duration, and circumstances of his Roundup exposure and his use of personal protective equipment while mixing and spraying Roundup.

Mr. Schaffner's Roundup exposure took place in four different settings. Between 1988 and 1992, he sprayed Roundup for one to several hours three to five days per week during the growing season (typically April through October) at a 9.4-acre country estate in Butler, Pennsylvania (deposition testimony 16:10-18:3, 30:22-31:18, 32:10-33:4, 33:20-35:10, 35:24-37:4, 40:12-42:17, 43:23-44:2, 88:13-89:5, 194:10-14, 195:19-22, 196:15-23, 197:8-198:3, 205:17-206:5). During this period of employment, Mr. Schaffner mixed Roundup from commercially available concentrate (17:17-23, 37:5-38:15, 202:7-23, 206:6-208:8, 211:20-212:2).

Between 1992 and approximately 1997, Mr. Schaffner sprayed Roundup for about an hour approximately monthly during employment at a 134- or 135-acre Audubon Society nature reserve in O'Hara, Pennsylvania (33:20-34:8, 80:4-17, 80:21-81:5, 81:14-22, 84:14-85:14, 86:1-8, 185:2-13, 186:3-9, 189:3-13), and for an average of half an hour to an hour nearly every day during the growing season between 1993 and 1997 or 1998 in the course of operating a landscaping and maintenance business on the side, in Indiana or Glenshaw, Pennsylvania (74:21-75:7, 102:2-104:22, 105:13-24, 173:3-174:1, 175:18-177:5, 177:13-179:5). In both cases, Mr. Schaffner usually purchased Roundup concentrate rather than the premixed product and mixed it himself for application (115:10-20, 180:20-181:14, 227:6-12, 240:5-12).

From approximately 2000 until 2017, Mr. Schaffner sprayed Roundup personally mixed from concentrate for up to one and one-half hours every two weeks during the growing season at his landscaping business in Glenshaw, Pennsylvania and for its customers (161:5-163:13, 163:18-164:7, 170:2-6, 215:12-14, 231:22-232:2, 240:5-12).

From 1997 until 2017, Mr. Schaffner sprayed Roundup for 30 to 45 minutes every two to three weeks on the grounds of his residence in Glenshaw, Pennsylvania, which measured a little larger than an acre (64:4-10, 65:2-4, 124:3-9, 127:11-20, 128:15-130:23, 140:13-16, 141:7-17, 215:12-14). For his residential use, too, he purchased Roundup concentrate and mixed it for application (130:5-19, 227:6-12; 231:22-232:2, 238:18-24, 240:5-12). He also applied Roundup at the same frequency during the growing season on the premises of previous residences, including the quarter- to half-acre residential property on the Audubon Society nature reserve, where each application required half an hour to an hour, and a smaller property in Butler, where each application required 20 to 30 minutes (67:12-20, 147:1-5, 148:8-20, 149:17-22, 150:13-24, 153:7-14, 153:24-154:24, 155:20-23, 159:10-160:1).

Mr. Schaffner almost always applied Roundup with a two-gallon container "pump-up" sprayer (114:18-115:22, 118:19-120:18, 130:24-131:3, 137:1-6, 157:15-17, 179:6-10, 181:15-20, 197:12-15, 198:16-199:1, 199:11-15, 206:6-208:8). He indicated that he did not wear gloves and "rarely if ever" wore a mask when spraying Roundup, and that he only used additional personal protective equipment when applying other types of pesticides (18:4-19:4, 20:4-6, 21:13-22:11, 23:3-12, 86:17-20, 92:3-9, 96:11-97:4, 118:2-18, 151:5-152:20, 169:5-170:1, 180:2-6, 215:5-11, 217:9-19, 218:13-219:2, 219:22-220:18). However, Mr. Schaffner also stated that he generally did not wear gloves, nor use any other personal protective equipment while mixing Roundup from concentrate (208:9-209:19, 221:13-19). Mixing Roundup from concentrate, drift from spraying Roundup, or refilling the two-gallon spray container with Roundup often produced contact between the spray and Mr. Schaffner's face, neck, chest, and hands (181:21-182:19, 212:3-19, 220:19-222:13).

Mr. Schaffner's exposure to Roundup therefore has been both inhalational and transdermal. With a total of 29 years of occupational and residential use from approximately once per month to nearly every day in spring, summer, and fall, it is therefore my opinion that Mr. Schaffner's exposure to Roundup has been extensive.

7. Etiology: risk factors for the development of non-Hodgkin lymphomas. Recognized risk factors for the development of non-Hodgkin lymphomas include aging, male gender, white ethnicity, geographic location, inherited or acquired immunodeficiency, certain autoimmune disorders, specific types of infection, previous treatment for Hodgkin lymphoma, a rather short list of drugs, occupational and environmental exposures, and a family history of malignancies of the blood or bone marrow. Implicated occupational and environmental exposures include herbicides, organic solvents, other organic chemicals, hair dyes, and smoking (3, 4). It is worth noting that the only individuals for whom smoking has been shown to be a risk factor for the development of follicular non-Hodgkin lymphoma are women, not males (5). Some of the recognized risk factors, such as immunosuppressive drugs, infection with human T-lymphotrophic virus type I, or occupational and environmental exposures, are true causative factors or etiologic agents. Other risk factors, such as advanced age and male gender, are associated with an increased likelihood of developing non-Hodgkin lymphoma but are not directly causative. For example, the increased risk of developing non-Hodgkin lymphoma with advancing age may, at least in some cases, reflect the acquisition and accumulation of predisposing mutations in hematopoietic stem cells or lymphocytes in the bone marrow, or

lymphocytes in the lymph nodes or elsewhere in the lymphatic system, or the natural decline in immune system function which accompanies aging.

    8.  <u>Lymphoma caused by Roundup</u>.  I have reviewed all of the reliance materials provided to me by attorneys who have retained me in Roundup litigation or independently identified by me regarding the reported association between Roundup exposure and the development of non-Hodgkin lymphoma.  I am deferring a detailed discussion of general causation regarding the association between Roundup and non-Hodgkin lymphoma to Plaintiffs' present or past general causation experts.  I will highlight only those aspects which would be of interest to clinicians, especially medical oncologists and hematologists, caring for patients with non-Hodgkin lymphoma.

    The carcinogenicity of glyphosate, the active herbicidal ingredient in Roundup, has been comprehensively evaluated by the International Agency for Research on Cancer (IARC) (6, 7).  In 2015, IARC, which is a division of the World Health Organization, noted that "Glyphosate is a broad-spectrum herbicide, currently with the highest production volumes of all herbicides.  It is used in more than 750 different products for agriculture, forestry, urban, and home applications.  Its use has increased sharply with the development of genetically modified glyphosate-resistant crop varieties.  Glyphosate has been detected in air during spraying, in water, and in food...Glyphosate has been detected in the blood and urine of agricultural workers, indicating absorption."  At that time, IARC classified glyphosate as "probably carcinogenic to humans"--a Group 2A carcinogen, according to the IARC classification.  The Group 2A classification of glyphosate as a human carcinogen reflects "limited evidence" for carcinogenicity in humans, based on a positive association with non-Hodgkin lymphoma, plus "sufficient evidence" of carcinogenicity in animals and identification of genotoxicity and oxidative stress as the carcinogenic mechanisms of glyphosate.  "Limited evidence" and "sufficient evidence" are part of the terminology used by IARC to summarize and communicate the results of its weight-of-the-evidence analyses of known or suspected carcinogens.

    In 2019, Zhang *et al*. published an independent analysis of the risk of developing non-Hodgkin lymphoma in individuals exposed to glyphosate-based herbicides (8).  The analysis included a meta-analysis of the available human epidemiologic data as well as an evaluation of available animal and mechanistic studies.  The meta-analysis demonstrated a statistically significant 41% to 45% increase (compared to relevant control subjects) in the risk of developing non-Hodgkin lymphoma for individuals with high cumulative exposures to glyphosate-based herbicides.  The magnitude of this increase is closely comparable to that reported for the development of non-Hodgkin lymphoma in individuals with high serum levels of polychlorinated biphenyls (PCBs) (9), which are considered persistent organochlorine pollutants and collectively have been classified as an IARC Group 1 (strongest evidence) human carcinogen (10, 11).  Similar to IARC,  Zhang *et al*. (8) concluded that the animal and mechanistic data provide supporting evidence for the carcinogenic potential of this group of herbicides.

    Some of the studies which have investigated the association between glyphosate exposure and the development of non-Hodgkin lymphoma have also searched for more specific associations between glyphosate exposure and various histologic subtypes of non-Hodgkin

lymphoma. The two such studies which included the largest numbers of patients with diffuse large B-cell lymphoma have in fact identified a statistically significant association between glyphosate exposure and diffuse large B-cell lymphoma, the specific non-Hodgkin lymphoma subtype in Mr. Schaffner's case (12, 13). Parenthetically, less common non-Hodgkin lymphoma subtypes may not occur with sufficient frequency to permit detection of a statistically significant association with glyphosate exposure even if such an association exists.

9. <u>Differential etiology: other risk factors</u>. It has often been said that most cases of non-Hodgkin lymphoma are idiopathic--that is, the cause is unknown (3). However, diseases don't just happen. Every disease has one or more causes, even if not yet discovered by scientific research. This applies to the causes of disease in individuals as well as populations. Regarding causation, "idiopathic" means "not yet known" or "not known in this case," not "there is no cause."

Mr. Schaffner is, of course, a male, but he was only 43 years old at the time of diagnosis of his non-Hodgkin lymphoma. His medical records indicate white ethnicity. Other than Roundup exposure, a very limited smoking history, a possible history of inflammatory bowel disease, and certain other occupational chemical exposures, no risk factors for the development of lymphoma are identified in Mr. Schaffner's medical records or deposition testimony. During his deposition, Mr. Schaffner related a possible history of eczema (247:18-19), which is a risk factor for the cutaneous T-cell lymphomas known as mycosis fungoides and Sezary syndrome, but not for B-cell lymphomas (14). However, there was no history of undergoing chemotherapy prior to his diagnosis of non-Hodgkin lymphoma, nor of undergoing radiation therapy, stem cell transplantation, or solid-organ transplantation; there was also no history of immunodeficiency disorders, obesity, hepatitis virus infection, or predisposition to infections in general prior to the non-Hodgkin lymphoma (246:8-249:18, 258:12-14, 261:3-5). There was no family history of malignancies of the blood or bone marrow, nor any history of cancer in his first-degree relatives (258:15-260:9).

Mr. Schaffner had quit smoking in 1988 after a smoking history of five pack-years, representing a minimal smoking history in the remote past.

According to Mr. Schaffner's deposition testimony on February 5, 2021, he had undergone a partial colectomy, for which the indication was not specified, on December 7, 2020 (108:21-109:2, 110:2-17, 112:6-8). Mr. Schaffner indicated that he was taking mesalamine since November 2020, evidently for inflammatory bowel disease, although the indication was not entirely clear (249:2-9, 257:7-258:2). While mesalamine is not ordinarily prescribed in irritable bowel syndrome, neither Mr. Schaffner's medical records nor his deposition testimony cites a biopsy diagnosis of inflammatory bowel disease; evidence of distinguishing symptoms or complications of inflammatory bowel disease such as bloody diarrhea, weight loss in severe cases, or extraintestinal manifestations; the regular colonoscopies required in ulcerative colitis or Crohn disease; or even the close gastroenterology follow-up common to virtually all patients with inflammatory bowel disease. In any event, Mr. Schaffner's non-Hodgkin lymphoma had occurred some fourteen years prior to the partial colectomy.

During his deposition testimony, Mr. Schaffner reported rare use of the herbicides 2,4-dichlorophenoxyacetic acid (2,4-D) and EcoMIGHT, a non-synthetic product derived from peppermint oil, as alternatives to Roundup (172:6-173:2, 228:18-229:19, 232:14-233:11). 2,4-D has been classified by IARC as possibly carcinogenic to humans (Group 2B) on the basis of animal and mechanistic studies, while epidemiologic studies have not shown strong or consistent increases in the risk of non-Hodgkin lymphoma or other cancers in relation to 2,4-D exposure (15). Mr. Schaffner also reported occupational exposure to the insecticides Orthene, Mavrik, horticultural oil, Sevin, Dursban, and pyrethrins and the fungicide Kocide (90:22-92:2, 92:15-96:10), none of which has been implicated in the causation of non-Hodgkin lymphoma, while employed at the country estate, as well as occupational exposure to solvents such as paint thinner during his employment at the Audubon Society (87:2-6). Additionally, Mr. Schaffner has testified that he wore personal protective equipment when applying these (non-Roundup) pesticides (18:4-19:4, 20:4-6, 21:13-22:11, 23:3-12, 92:3-9, 96:11-97:4, 118:2-18, 217:9-19, 218:13-219:2, 219:22-220:18). Other chemicals to which Mr. Schaffner was exposed at his maintenance business include latex paint, oil-based paint, paint thinner, Gumout, and mineral spirits (deposition testimony 75:8-15, 78:3-6). While IARC has determined that, as with glyphosate, there is a positive association between benzene exposure and the risk of developing non-Hodgkin lymphoma (16), the extent to which Mr. Schaffner may have been exposed to benzene as a result of his occupational exposures to these solvents and other chemicals is not clear. Finally, Mr. Schaffner also reported occasional rodenticide exposure (77:8-13).

10. <u>Conclusion</u>. Mr. Schaffner is now 58 years old. He was 43 years old when he was diagnosed in November 20, 2006 with a stage IA or IIA mostly diffuse B-cell non-Hodgkin lymphoma of probable follicular center cell origin. Mr. Schaffner was treated for the lymphoma with six cycles of R-CHOP chemoimmunotherapy consisting of rituximab (Rituxan), which is a monoclonal antibody active in B-cell lymphoma, along with the combination of cyclophosphamide (Cytoxan), doxorubicin (Adriamycin), vincristine (Oncovin), and prednisone, which is known as the CHOP chemotherapy regimen, approximately from December 14, 2006 until April 21, 2007. Based on radiographic criteria, this treatment produced a complete response.

Complications of R-CHOP chemoimmunotherapy for diffuse large B-cell lymphoma include anemia, leukopenia, neutropenia, and thrombocytopenia, with their attendant risks of infection, bleeding, and requirement for transfusions. These low blood counts are near-universal and may be severe and even life-threatening in patients treated with R-CHOP. In addition, most patients experience nausea, vomiting, and decreased appetite, and R-CHOP chemoimmunotherapy conveys risks of developing heart muscle damage from the doxorubicin and/or peripheral neuropathy from the vincristine.

Mr. Schaffner remains at risk for recurrence of his lymphoma, which would require additional treatment if he is medically able to tolerate it. Recurrence of the lymphoma would be expected to compromise his survival.

Lifelong psychological consequences of the diagnosis and treatment of cancer, and of the complications of the cancer and its treatment, are near-universal experiences in patients who

have been treated for cancer. Mr. Schaffner has, in fact, experienced a recurrence or exacerbation of ███████████████ since being diagnosed with non-Hodgkin lymphoma.

Mr. Schaffner has reported extensive occupational and residential exposure to Roundup over a period of 29 years. His exposure has been both inhalational and transdermal. Roundup has been implicated in the causation of non-Hodgkin lymphoma on the basis of human epidemiologic data and animal and mechanistic studies.

It is my conclusion that, to a reasonable degree of scientific and medical certainty, exposure to Roundup was a substantial factor in causing Mr. Schaffner's non-Hodgkin lymphoma.

All of these opinions are expressed to a reasonable degree of scientific and medical certainty. Please note that I reserve the right to amend the opinions contained in this report and to offer additional opinions should new information become available to me about Mr. Schaffner's case.

Thank you for allowing me the opportunity to review this interesting case. Please let me know if I may be of further assistance.

Sincerely,

*Ron D. Schiff*

Ron D. Schiff, M.D., Ph.D.

REFERENCES:

1. Hill, A.B., 1965. The environment and disease: association or causation? Proc Royal Soc Med 58:295-300.

2. Swerdlow, S.H., E. Campo, N.L. Harris, *et al.*, 2017. *WHO Classification of Tumours of Hematopoietic and Lymphoid Tissues.* International Agency for Research on Cancer, Lyon, France.

3. Bierman, P.J. and J.O. Armitage, 2020. Non-Hodgkin lymphomas. In Goldman, L. and A.I. Schafer, 2020. *Goldman-Cecil Medicine*, 26th edition. Elsevier Saunders, Philadelphia, pp 1229-40.

4. Evens, A.M., J. N. Winter, L.I. Gordon, *et al.*, 2010. Non-Hodgkin lymphoma. In Pazdur, R., L.D. Wagman, K.A. Camphausen, and W.J. Hoskins, 2010. *Cancer Management*: A

*Multidisciplinary Approach*, 13th edition.  UBM Medica, London, pp 739-94.

5. Linet, M.S., C.M. Vajdic, L.M. Morton, *et al.*, 2014.  Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: The InterLymph non-Hodgkin lymphoma subtypes project.  J Natl Cancer Inst Monogr 48:26-40.

6. Guyton, K.Z., D. Loomis, Y. Grosse, *et al.*, 2015.  Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate.  Lancet Oncology 16:490-1.

7. International Agency for Research on Cancer, 2015.  *IARC Monogr Eval Carcinog Risk Chem Hum Volume 112.  Some organophosphate insecticides and herbicides, tetrachlorvinphos, parathion, malathion, diazinon and glyphosate*.  IARC Working Group, Lyon, France.

8. Zhang, L., I. Rana, R.M. Shaffer, *et al.*, 2019.  Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence.  Mutat Res/Rev Mutat Res 781:186-206.

9. Freeman, M.D. and S.S. Kohles, 2012.  Plasma levels of polychlorinated biphenyls, non-Hodgkin lymphoma, and causation.  J Environ Public Health 2012, Volume 2012, Article ID 258981, 15 pages, doi:10.1155/2012/258981.

10. Lauby-Secretan, B., D. Loomis, Y. Grosse, *et al.*, 2013.  Carcinogenicity of polychlorinated biphenyls and polybrominated biphenyls.  Lancet Oncology 14:287-8.

11. International Agency for Research on Cancer, 2016.  *IARC Monogr Eval Carcinog Risk Chem Hum Volume 107.  Polychlorinated biphenyls and polybrominated biphenyls*.  IARC Working Group, Lyon, France.

12. Leon, M.E., L.H. Schinasi, P. Lebailly, *et al.*, 2019.  Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium.  Int J Epidemiol 0:1-17 (doi: 10.1093/ije/dyz017).

13. Pahwa, M., L.E. Beane Freeman, J.J. Spinelli, *et al.*, 2019.  Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project.  Scand J Work Environ Health doi:10.5271/sjweh.3830.

14. Morton, L.M., S.L. Slager, J.R. Cerhan, *et al.*, 2014.  Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: The InterLymph Non-Hodgkin Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr 48:130-44.

15. International Agency for Research on Cancer, 2018.  *IARC Monogr Eval Carcinog Risk Chem Hum Volume 113.  DDT, lindane, and 2,4,-D*.  IARC Working Group, Lyon, France, pp 477-80.

16. International Agency for Research on Cancer, 2018. *IARC Monogr Eval Carcinog Risk Chem Hum Volume 120.* *Benzene.* IARC Working Group, Lyon, France, pp 290-1, 297.

CURRICULUM VITAE

RON D. SCHIFF, M..D., Ph.D.

May 26, 2015

ADDRESS:

6625 Stonington Drive
Tampa, Florida   33647
RSchiff@SchiffBiomedicalConsulting.com

TELEPHONE NUMBERS:

Office          (813) 978-8327
Cell            (813) 505-7755

EDUCATION:

| | | |
|---|---|---|
| Northwestern University, Evanston, Illinois | B.A., 1973 | Biological Sciences and Psychology |
| Saint Louis University, St Louis, Missouri | Ph.D., 1979 | Molecular and Cellular Biology |
| Saint Louis University, St. Louis, Missouri | M.D., 1980 | |

POSITIONS HELD:

| | |
|---|---|
| 1973 | Instructor in Organic Chemistry Northwestern University Evanston, Illinois |
| 1975-1978 | Research Assistant Institute for Molecular Virology Saint Louis University School of Medicine St. Louis, Missouri |

Page Two

| | |
|---|---|
| 1979-1980 | Post-Doctoral Fellow (part-time)<br>Institute for Molecular Virology<br>Saint Louis University School of Medicine<br>St. Louis, Missouri |
| 1980-1983 | Resident Physician<br>Department of Internal Medicine<br>McGaw Medical Center of Northwestern University<br>Chicago, Illinois |
| 1983-1986 | Fellow in Medical Oncology and Hematology<br>Department of Medicine<br>Memorial Sloan-Kettering Cancer Center<br>New York, New York |
| 1984-1986 | Research Fellow<br>Laboratory of Developmental Cell Biology<br>Department of Cell Biology and Genetics<br>Sloan-Kettering Institute<br>New York, New York |
| 1986-1992 | Assistant Professor<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1986-1994 | Attending Physician<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |

Page Three

| | |
|---|---|
| 1986-1992 | Director, Fellowship Training Program<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1987-1992 | Assistant Professor<br>Molecular and Cellular Biology and Pathobiology Program<br>College of Graduate Studies<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1987-1992 | Member, Admissions and Recruitment Committee<br>Molecular and Cellular Biology and Pathobiology Program<br>College of Graduate Studies<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1990- | Expert Witness for Medical Oncology and Hematology medical liability<br>and product liability cases |
| 1992-1994 | Private Practice<br>Cancer Center<br>Trident Regional Medical Center<br>Charleston, South Carolina |
| 1992-1994 | Assistant Clinical Professor<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1994-2015 | Private Practice<br>Tampa, Florida |

Page Four

| | |
|---|---|
| 1995-2014 | Medical Director<br>Center for Cancer Care at Florida Hospital Tampa<br>Tampa, Florida |
| 2014-2015 | Florida Cancer Specialists, Inc.<br>Physician |
| 1995-1997 | Lifepath Hospice<br>Chair, Medical Advisory Committee |

MEDICAL LICENSE:

Florida  ME0066534

PROFESSIONAL CERTIFICATIONS:

American Board of Internal Medicine: Internal Medicine, September 1983  91530

           Medical Oncology, November 1985   91530

           Hematology, November 1988     91530

AWARDS:

Charles H. Revson Foundation Fellowship in Biomedical Research, July 1, 1984-June 30, 1986

Medical University of South Carolina Institutional Research Funds, March 1, 1987-February 29, 1988

American Cancer Society, Inc. Clinical Oncology Career Development Award, July 1, 1987-June 30, 1990

American Cancer Society, Inc. Institutional Research Support, March 1, 1988-February 28, 1989

Lifepath Hospice, Partner in Caring Award, April 14, 2000

Page Five

MEMBERSHIPS:

American Association for the Advancement of Science
American College of Physicians-American Society of Internal Medicine
American Society of Clinical Oncology
American Society of Hematology
American Society of Microbiology
Signa Xi: The Scientific Research Society

MAJOR RESEARCH INTERESTS:

Poor-prognosis myeloid malignancies, including myelodysplastic syndromes
  Special Interests:
    Differention therapy
    Cytokine response of myeloid leukemia cells

Mature T-cell malignancies, including peripheral T-cell lymphomas and adult T-cell
    lymphoma/leukemia
  Special Interests:
    Biological response modifier therapy
    Drug resistance in adult T-cell lymphoma/leukemia

Clinical trials in Medical Oncology and Hematology

Retrovirology

Dr. Schiff received training in molecular and cellular biology, including avian and mammalian cell culture, general virology, nucleic acid and protein chemistry, enzymology, immunochemistry, and immunobiology, at the Institute for Molecular Virology of the Saint Louis

University Medical Center.  His graduate and post-doctoral research involved in-vivo and in-vitro studies of retrovirus (RNA tumor virus) gene expression.
As a Charles H. Revson Fellow in Biomedical Research at the Memorial Sloan-Kettering

Page Six

Cancer Center, his research concerned the identification of human hematopoietic cytookines, characterization of their activities in normal and leukemic cells and bone marrow, and application of these findings to the development of a cell culture system for the sustained in-vitro propagation of human myeloid leukemia cells and the testing of those cells for their sensitivity to differentiation agents and cytotoxic chemotherapeutic drugs.  His principal laboratory investigations in the Division of Hematology/Oncology of the Department of Medicine at the University of South Carolina represented a continuation of his fellowship research, with a focus on characterization of the cytokine response of human myeloid leukemia cells.  Many of these studies employed a human myeloid leukemia cell line isolated by Dr. Schiff during his fellowship.  As an American Cancer Society Clinical Oncology Career Development Awardee at the Medical University of South Carolina, Dr. Schiff developed a secondary area of laboratory investigation related to his graduate and post-doctoral research.  These studies concerned cellular and viral mechanisms of drug resistance in adult T-cell leukemia/lymphoma (ATLL), the prototypical human retroviral malignancy.  A cell line isolated by Dr. Schiff from a patient at the Medical University with ATLL and a unique clinical course was used in this research into the causes of the extraordinarily poor prognosis characteristic of ATLL.

DOCTORAL DISSERTATION:

> Schiff, R. D. 1979. Origin and Properties of the 32,000-Dalton Endonuclease from Avian Retrovirus Cores. Saint Louis University, St. Louis, Missouri.

PUBLICATIONS:

> Grandgenett, D. P., A. C. Vora, and R. D. Schiff. 1978. A 32,000-dalton nucleic acid-binding protein from avian retrovirus cores possesses DNA endonuclease activity. Virology 89:119-132.

> Schiff, R. D., and D. P. Grandgenett. 1978. Virus-coded origin of a 32,000-dalton protein from retrovirus cores: structural relatedness of p32 and the beta-polypeptide of the avian retrovirus DNA polymerase. J. Virol. 28:279-291.

> Schiff, R. D., and D. P. Grandgenett. 1980. Partial phosphorylation in vivo of the avian retrovirus pp32 DNA endonuclease. J. Virol. 36:889-893.

Page Seven

Schiff, R. D., and A. Oliff. 1986. The pathophysiology of murine retrovirus-induced leukemias. Critical Rev. Oncol. Hematol. 5:257-323.

Headley, R. N., Jr., and R. D. Schiff. 1988. Adult T-cell leukemia/lymphoma: a retroviral malignancy endemic in South Carolina. J. S. C. Med Assoc. 84:289-292.

Reed, C. E., L. S. Carlson, R. D. Schiff, C. H. Seymore, and K. A. Thompson. 1990. Chemotherapy for non-small cell lung cancer - - new horizons. J. S. C. Med Assoc. 86:270-274

ABSTRACTS:

Schiff, R. D. and D. P. Grandgenett. 1978. Virus-coded origin of the 32,000-dalton endonuclease from avian retrovirus cores: structural relatedness of p32 and the beta-polypeptide of avian retrovirus DNA polymerase. Abstracts of papers presented at the meeting on RNA Tumor Viruses, Cold Spring Harbor, Long Island, New York, 1978, p. 35.

Golomb, M., D. P. Grandgenett, A. C. Vora, and R. D. Schiff. 1989. Origin and specifity of a 32,000-dalton endonuclease from avian retrovirus cores. J. Supramol. Struct. Suppl. 2:249.

Grandgenett, D. P., R. D. Schiff, M. Golomb, and A. C, Vora. 1978. Structural relationship between the avian retrovirus p32 and the reverse transcriptase beta subunit. Abstracts of the Annual Meeting of the American Society of Microbiology, 1978, p. 213.

Schiff, R. D., R. Mertelsmann., M. Andreef, T. S. Gee, S. J. Kempin, B. L. Koziner, B. J. Lee, and B. D. Clarkson. 1984. Low-dose arabinosyl cytosine (LD ara-C) in hematologic malignancies and myelodysplastic syndromes. Proc. Am. Soc. Clin. Oncol. 3:206.

Schiff, R. D., R. Mertelsmann., M. Andreef, E. Berman, T. S. Gee, S. J. Kempin. S. Berenson, and B. D. Clarkson. 1985. Low-dose cytarabine (LD ara-C) in RAEB in transformation (RAEBIT) and poor-risk leukemias. Proc. Am. Soc. Clin. Oncol. 4:165.

Page Eight

Kempin, S., R. D. Schiff, B. Koziner, A. Al-Katib, R. Mertelsmann, M. Andreef, Z. Arlin, and B. Clarkson. 1985. Low dose cytosine arabinoside (LDCA) in chronic lymphocytic leukemia (CLL). Blood. 66, Suppl. 1:202a.

Schiff, R. D., O. Agranovsky, L. De La Vega, P. A. Marks, and R. A. Rifkind. 1986. Conditioned medium from human bladder carcinoma cell line 5637 stimulates growth and colony formation by hematopoietic cells from patients with myeloid leukemias. Clin. Res. 34:663A

Schiff, R. D., G. K. Potter, B. L. Koziner, M. Andreef, S. C. Jhanwar, P. A. Marks, and R. A. Rifkind. 1986. Isolation and characterization of a human myeloid leukemic cell line (RS-1). Memorial Sloan-Kettering Cancer Center Research Colloquium Abstracts, p. 54.

Schiff, R. D. 1986. Differentiation induction as therapy for acute leukemia and myelodysplastic syndromes. In Current Concepts in the Pathophysiology and Treatment of Leukemia (Leukemia Society of America Regional Medical Symposium, Charleston, South Carolina, September 25-27, 1986), pp. 14-15

Schiff, R. D., and R. K. Stuart. 1989. Treatment of myelodysplastic syndromes (MDS) and poor-prognosis acute myeloid leukemias (PP-AML) with low-dose cytarabine (LDC) plus 13-cis-retinoic acid (RA). Proc. Am. Soc. Clin. Oncol. 8:206.

Schiff, R. D., R. N. Headley, Jr., S. Self, A. J. Garvin, and R. K. Stuart. 1989. Treatment of peripheral T-cell lymphoma (PTCL) with recombinant alpha-interferon (rIFN-alpha). Proc. Am. Soc. Clin. Oncol. 8:267.

Schiff, R. D., K. A. Thompson, and R. K. Stuart. 1990. Low-dose cytarabine (LDC) and 13-cis-retinoic acid (RA) in the treatment of myelodysplastic syndromes (MDS) and poor-prognosis acute myeloid leukemia (PP-AML). Blood 76, Suppl. 1:317a.

Schiff, R. D., and A. Cannon. 1990. High prevalence of HTLV-I infection among blood donors in coastal South Carolina (SC). Blood 76, Suppl. 1:494a.

Page Nine

Schiff, R. D., S. E.  Self, W. L. Gerald, S. L. Moseley, E. S. Cantu, P. D. Garen, E. Jeter, A. G. Leary, A.-C. Wang, J.-M.. C. Goust, and P. J. Fischinger. 1991. RS-2: a new adult T-cell leukemia/lymphoma (ATLL) cell line. Blood 78, Suppl. 1:500a.

Schiff, R. D., S. E. Self, W. L. Gerald, and R. K. Stuart. 1991. AZT (zidovudine) for HTLV-I disease? Blood 78, Suppl. 1:501a.

Depositions and Trial Testimony

Since 2014, I have been deposed and/or testified as an expert witness in the following cases:

*Willis v. Shell Oil et al.*, benzene in the causation of adult acute lymphoblastic leukemia, deposition July 2014, trial testimony November 2014 (Houston).

*Multiple plaintiffs v. Monsanto*, polychlorinated biphenyls in the causation of non-Hodgkin lymphoma, depositions August 2014, December 2014, March 2015, May 2015, June 2015, July 2015, February 2016, April 2016 (St. Louis), and July 2016, trial testimony March 2015 (Los Angeles), April 2015 (Los Angeles), May 2015 (St. Louis), June 2015 (St. Louis), March 2016 (Los Angeles), April 2016 (Los Angeles), and May 2016 (St. Louis).

*Bliss and Castillo v. Takeda Pharmaceuticals North America, Inc.*, pioglitazone (Actos) in the causation of bladder cancer, deposition November 2014.

*Bruce Estate v. Patel, Brundage, et al.*, medical liability, deposition January 2015.

*McCabe Estate v. R. J. Reynolds Tobacco Company, Philip Morris USA, et al.*, tobacco in the causation of lung cancer (Engle progeny litigation), deposition March 2016, trial May 2016 (Tampa).

*Sandoz et al. v. Eli Lilly*, patent litigation concerning the method of administration of pemetrexed (Alimta), depositions August 2016 (Chicago) and January 2017 (Tampa).

*Stephannie Reizuch v. Calmet Services, Inc.*, recent severe polytrauma in the causation of a rapidly progressive metastatic recurrence of stage IIIC breast cancer, deposition June 2017.

*Artiaga, Levario, and Marquez v. Freeport-McMoRan and Norfalco*, nitrogen dioxide and/or other toxic gas exposure in the causation of venous thromboembolism, deposition November 2017.

*Emerson v. Engisch, et al.*, missed mammographic diagnosis of breast cancer, deposition April 2018.

*Rose Lyko v. Motorola Solutions, Inc.*, carcinogen exposure in the workplace during the first

trimester of pregnancy in the causation of epithelioid hemangioendothelioma in the daughter of a semiconductor industry worker, deposition October 2018.

*Hequin v. Cava et al.*, delayed diagnosis of breast cancer due to prolonged failure to order routine screening mammograms, deposition October 2018.

*Onyx Therapeutics, Inc. v. Cipla Limited, et al.*, patent litigation concerning carfilzomib (Kyprolis), deposition November 2018 (Washington, D.C.).

*Karla Meek v. KershawHealth Medical Center, et al.*, delayed diagnosis of aggressive testicular cancer due to failure to perform an appropriate physical examination and misinterpretation of a computed tomographic scan, deposition December 2018.

*Salazar v. Imbriale, et al.*, delayed diagnosis of head and neck cancer, deposition September 2019.

*Eichel v. Ashland LLC, et al.*, benzene in the causation of myelodysplastic syndromes, deposition October 2019.

*Meeks v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition October 2019.

*Major v. SFPP, L.P., et al.*, benzene in the causation of myelodysplastic syndrome/myeloproliferative neoplasm, unclassifiable, deposition November 2019.

*Harris v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition November 2019.

*Hernandez v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition November 2019.

*Caballero v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition December 2019.

*Vaughn v. Dade Paper & Bag Co., et al.*, benzene in the causation of myelodysplastic syndromes, February 2021.

*Karman v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition February 2021.

*Schafer v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition February 2021.

*Cervantes v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition March 2021.

*Rehak v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition March 2021.

*Melloway v. Berryman Products, Inc.*, *et al.*, benzene in the causation of acute myeloid leukemia, May 2021.

EXHIBIT 4

1               UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2

    IN RE: ROUNDUP PRODUCTS      Case No. 3:16-md-02741-VC
3   LIABILITY LITIGATION
                                 MDL 2741
4

5   This document relates to:

6   Lorraine Rehak v. Monsanto
    Company
7   Case No. 3:19-cv-01719-VC

8
                            - - -
9
                      MARCH 5, 2021
10
                            - - -
11

            Videotaped remote deposition of
12      RON D. SCHIFF, MD, PhD, held at the location of the
        witness in Tampa, Florida, commencing at 2:02 p.m.,
13      on the above date, before Joan L. Pitt, Registered
        Merit Reporter, Certified Realtime Reporter, and
14      Florida Professional Reporter.
15                          - - -
16            GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
17                  deps@golkow.com
18
19
20
21
22
23
24
25

```
 1              APPEARANCES VIA VIDEOCONFERENCE

 2

 3   Counsel for Plaintiff:

 4       REBECCA FREDONA, ESQUIRE
         Moll Law Group

 5       22 West Washington Street, 15th Floor
         Chicago, Illinois 60602

 6       312.462.0427
         rfredona@molllawgroup.com

 7

 8   Counsel for Defendant:

 9       MICHELLE M. FUJIMOTO, ESQUIRE
         Shook, Hardy & Bacon LLP

10       Jamboree Center
         5 Park Plaza, Suite 1600

11       Irvine, California 92614
         949.475.1500

12       mfujimoto@shb.com

13       JOSEPH D. PIORKOWSKI JR.
         The Piorkowski Law Firm, PC

14       1800 K Street, NW, Suite 1000
         Washington, DC 20006

15       202.257.7662
         jpiorkowski@lawdoc1.com

16

17

     ALSO PRESENT:

18
         Sarah Howard, Videographer

19

20

21

22

23

24

25
```

1    appears to me as I've read everything that I've come

2    across over the course of the past almost two and a half

3    years.  I was first approached about Roundup litigation

4    on November 2018.

5        Q.    Yeah.  So you're really offering that opinion

6    based on the fact that you haven't practiced clinical

7    medicine for six years but, rather, have only been doing

8    litigation testifying and consulting and have testified

9    that Roundup exposure was extensive and caused

10    plaintiffs' cancer in all 17 cases that you've testified

11    in; right?

12        A.    I do many things --

13            MS. FREDONA:  Objection.  Form.

14        A.    Sorry.

15            I do many things besides expert witness work,

16    so it is not true that all I have done since retirement

17    from clinical practice is this.

18        Q.    Your only source of income is litigation;

19    right?

20        A.    No, my only source of earned income is this,

21    but let me go on the record as saying this is not

22    financially driven for me, nor is it politically driven.

23        Q.    Doctor --

24        A.    I had no dog in the fight in November 2018 when

25    I was asked to look at the glyphosate literature.

EXHIBIT 5

1                UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

2

3  IN RE:  ROUNDUP PRODUCTS      |  MDL No. 2741

                                 |

4  LIABILITY LITIGATION          |

                                 |

5  ----------------------------|

                                 |

6  This document relates to:     |

                                 |

7  John Schafer v. Monsanto Co. |

                                 |

8  Case No. 3:19-cv-02169        |

                                 |

9  ----------------------------|

10

11                      - - -

12              Friday, February 26, 2021

13                      - - -

14

15        This is the Remote Videotaped Deposition of

16  RON D. SCHIFF, M.D., Ph.D., commencing at 10:03 a.m.

17  Eastern Time, on the above date, before Susan D.

18  Wasilewski, Registered Professional Reporter,

19  Certified Realtime Reporter, Certified Manager of

20  Reporting Services, Certified Realtime Captioner,

21  and Florida Professional Reporter.

22                      - - -

23            GOLKOW LITIGATION SERVICES

24        877.370.3377 ph | 917.591.5672 fax

25                  deps@golkow.com

```
 1     APPEARANCES VIA REMOTE COUNSEL/ZOOM TECHNOLOGY:

 2

 3         MOLL LAW GROUP

 4         BY:  REBECCA FREDONA, ESQUIRE

 5              rfredona@molllawgroup.com

 6         22 West Washington Street, 15th Floor

 7         Chicago, Illinois 60602

 8         Phone:  (312) 462-1700

 9         Representing the Plaintiff

10

11

12         NELSON MULLINS RILEY & SCARBOROUGH LLP

13         BY:  MICHAEL W. HOGUE, ESQUIRE

14              michael.hogue@nelsonmullins.com

15         1320 Main Street, 17th Floor

16         Columbia, South Carolina 29201

17         Phone:  (803) 799-2000

18         Representing Defendant Monsanto Company

19

20

21     ALSO PRESENT VIA REMOTE COUNSEL/ZOOM TECHNOLOGY:

22

23         DAVID CAMPBELL, Videographer

24

25
```

1   scheduled for January 6, it was canceled on January

2   2, in both cases to 2020.

3       Q.   So Cotton and Hardy were cases and you were

4   about to give a deposition and did not give

5   depositions in those cases; is that right?

6       A.   That is correct.

7       Q.   Okay.  So there are -- are these the 13, the

8   Karman case you were deposed in last week, the

9   Karman case and the Schafer case, are there any

10  other cases in which you've concluded that Roundup

11  was the cause of a patient's non-Hodgkin lymphoma?

12      A.   I have a -- well, I have additional cases

13  where I have completed a review and am awaiting a

14  deposition, and a couple of cases that I'm currently

15  reviewing but have not completed my review.

16      Q.   Okay.  And in how many other cases have you

17  completed your review and are waiting for your

18  deposition?

19      A.   That would be two cases, also with the Moll

20  Law Group, both scheduled for next Friday.

21      Q.   And which cases are those?

22      A.   The morning case is supposed to be

23  Cervantes.  The afternoon case is supposed to be

24  Rehak.

25      Q.   Okay.  So with those two added, that means

1    there is 17 cases in which you've reviewed the

2    materials -- the medical records and determined that

3    the Roundup was the cause of their non-Hodgkin

4    lymphoma; is that right?

5        A.   No, that is not accurate.  The conclusions

6    in the cases where I reached a conclusion, and I

7    think it was all of them, was that Roundup was a

8    substantial factor in causing or contributing to

9    cause.  I have not alleged that it is the sole cause

10   of non-Hodgkin lymphoma, as I recall, in any of

11   these plaintiffs.

12       Q.   Okay.  So there is 17 cases in which you've

13   reviewed the medical history of those 17 patients

14   and come to the conclusion -- your opinion was that

15   Roundup was a substantial contributing factor to

16   their non-Hodgkin lymphoma; is that right?

17       A.   It is correct, yes.

18       Q.   Okay.  And have you reviewed any plaintiffs'

19   cases and, after finishing the medical review,

20   determined that their non-Hodgkin lymphoma was --

21   that Roundup was not a cause or substantial

22   contributing factor to their non-Hodgkin lymphoma?

23       A.   Do you have a plaintiff named John Novak on

24   that list.

25       Q.   Yes, sir.

# EXHIBIT 6

```
 1              APPEARANCES VIA VIDEOCONFERENCE

 2

 3   Counsel for Plaintiff:

 4       REBECCA FREDONA, ESQUIRE
         Moll Law Group
 5       22 West Washington Street, 15th Floor
         Chicago, Illinois 60602
 6       312.462.0427
         rfredona@molllawgroup.com

 7

 8   Counsel for Defendant:

 9       MICHELLE M. FUJIMOTO, ESQUIRE
         Shook, Hardy & Bacon LLP
10       Jamboree Center
         5 Park Plaza, Suite 1600
11       Irvine, California 92614
         949.475.1500
12       mfujimoto@shb.com

13       JOSEPH D. PIORKOWSKI JR.
         The Piorkowski Law Firm, PC
14       1800 K Street, NW, Suite 1000
         Washington, DC 20006
15       202.257.7662
         jpiorkowski@lawdoc1.com

16

17

     ALSO PRESENT:
18
         Sarah Howard, Videographer
19

20

21

22

23

24

25
```

1          My responses in that whole sequence from the

2     bottom of page 152 through most of page 153 are

3     unchanged.  I also pointed out how -- that there is sort

4     of an academic zeitgeist about genetic versus

5     environmental cancer causations.  Zeitgeist is

6     z-e-i-t-g-e-i-s-t.  And I pointed out that when I was in

7     training I was taught that 85 percent of cancers were

8     environmentally caused.  And that has changed primarily

9     as a result of the Human Genome Project.

10         I would also point out that at the top of page

11    152, which you directed me to, I also pointed out, as I

12    did today repeatedly, that advanced age, it's probably

13    safest to say that it has not been defined as a causal

14    risk factor.  So that goes back to the same point.

15         But here what you have asked me about is what

16    percentage of mutations are random, whereas what I

17    testified about in 2019 in Harris is what percentage of

18    cancers are caused by mutations.

19    Q.    Okay.  Doctor, I'm going to move to strike as

20    nonresponsive.

21         So then let me ask you here -- we will -- we

22    will -- we have the transcripts on the record and

23    attached as exhibits.

24         So setting aside your prior testimony, as you

25    sit here today, what percentage of cancers, in your

1  assessment, are considered random, as a result of random

2  mutations?

3      A.   I would still say that about 80 percent of

4  cancers, according to current thinking, are caused by

5  mutations.  I am not speculating on what percentage of

6  those mutations are as defined in the Tomasetti article,

7  random versus inherited versus environmentally caused.

8      Q.   Okay.  And at the time I deposed you in Harris,

9  we talked about the Tomasetti paper, but you had not

10  read it yet; correct?

11     A.   That's correct.

12     Q.   And you -- according to your testimony in the

13  Carmen case, you've since read it; is that right?

14     A.   No.  I've looked at it, but, again, I don't see

15  the relevance to it, and I pointed out four critiques,

16  which were applicable in Carmen and are equally

17  applicable today.

18     Q.   And in Carmen you said that you considered the

19  Tomasetti paper to be an exercise in theoretical

20  computational biology; right?

21     A.   Yes.

22     Q.   And you said you didn't think it was relevant

23  or applicable; correct?

24     A.   Also correct.

25     Q.   Okay.  Do you know whether others in the

1    year when the weather was not too cold, that's

2    extensive.

3           I cannot bracket when extensive goes down to

4    moderate and moderate goes down to minimal.  I can't do

5    that, but I haven't had to, because every one of these

6    plaintiffs has had extensive exposure.

7    Q.    That was the question.  That's all I needed to

8    know.  So you've never seen a plaintiff, a Roundup

9    plaintiff, where you have not quantified their exposure

10   as extensive; right?

11          MS. FREDONA:  Objection.  Form.

12   A.    I'm going to give you a parallel to that to

13   answer it.

14   Q.    Could you say yes or no first and then give me

15   the parallel?

16   A.    That is correct.

17   Q.    Okay.

18   A.    I am not being -- I am not being given cases to

19   review where Roundup exposure is limited to someone who

20   eats a bowl of Cheerios once or twice a week.  It's the

21   exact same principle that IARC has not investigated

22   water or oxygen for possible carcinogenicity.  It's

23   exactly the same thing.  That would be absurd.  The only

24   cases that I'm being presented with have had extensive

25   exposure in excess of the cut points and by any

1    reasonable criterion.

2        Q.   But you don't have any criterion; right?

3            MS. FREDONA:  Objection.  Form.

4        A.   No --

5        Q.   For the difference between minimal, moderate --

6    I wouldn't know, if I looked at a glyphosate case and

7    the person used it for two times in one year, but that

8    was it, whether you would consider that minimal,

9    moderate, or extensive; right?

10            MS. FREDONA:  Objection.  Form.

11        A.   I have not been presented with a plaintiff for

12    whom that was even remotely applicable to their clinical

13    situation.

14        Q.   Okay.  Assume that for me.  Assume that I give

15    you medical records of a patient with NHL and that

16    person says, "I used Roundup three times in one year."

17            MS. FREDONA:  Objection.  Form.  Incomplete

18        hypothetical.

19    BY MS. FUJIMOTO:

20        Q.   And that's it.  Do you consider that minimal,

21    moderate, or extensive?

22            MS. FREDONA:  Same objection.

23        A.   I will not be talked into bracketing what is

24    the difference between minimal and moderate and moderate

25    and extensive.  I will say that I would advise an

EXHIBIT 7

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | |

## FIRST AMENDED PLAINTIFF FACT SHEET

You are required to provide the following information regarding yourself, or for each individual on whose behalf you are asserting legal claims in the above lawsuit. Each question must be answered in full, but you may approximate where specified below. If you do not know or cannot recall the information needed to answer a question, please explain that in response to the question. Please do not leave any questions unanswered or blank, and use additional sheets as needed to fully respond.

## I.  REPRESENTATIVE CAPACITY

A. If you are completing this Fact Sheet on behalf of someone else (e.g., a deceased person, an incapacitated person, or a minor), please complete the following:

1.

   Your Name

2.

   Your Home Address

3. What is your relationship to the person upon whose behalf you have completed this Fact Sheet? (e.g., parent, guardian, Estate Administrator)


**[If you are completing this questionnaire in a representative capacity, please respond to the remaining questions on behalf of the person who used or was exposed to Roundup® or other glyphosate-based herbicides]**

## II.   PERSONAL INFORMATION

A. Name: SCHAFFNER, DAVID

Other Names by which you have been known (from prior marriages or otherwise, if any): David Schaffner, Jr. (normally used)

B. Sex: Male

EXHIBIT

Schaffner-12

exhibitsticker.com

1

Plaintiff ID: 3897

C. Social Security Number: ███ ██ ████

D. Date and Place of Birth (City, State, Country):

███ 1963

Washington, DC USA

E. For each different city where you have lived for the past twenty-five (25) years, provide the following information:

| City and State (include Country if outside the United States) | Approximate Dates You Lived There (Month/Year to Month/Year) |
|---|---|
| O'Hara Township, PA | 03/1998 to --/---- ☑ Present |
| Fox Chapel, PA | 01/1992 to 02/1998 |

F. Please complete the chart below detailing your employment history for the past twenty-five (25) years. If there were periods of retirement, unemployment, or student status during the past 25 years, include those as well.

| Number | Name of Employer | City and State Where You Worked | Approximate Dates of Employment (Month/Year to Month/Year) | Occupation or Job Title | Job Duties |
|---|---|---|---|---|---|
| 1 | Schaffner Maintenance, Inc. | Indiana Township, PA | 03/1995 to --/---- ☑ Present | Owner | Supervise Handyman and remodeling service |
| 2 | Audubon Society of Western PA | Fox Chapel, PA | 02/1995 to 09/1991 | Building and Grounds Manager | Maintain building and grounds of nature reserve |

G. Workplace Checklist: Have you ever worked in any of the occupations or workplaces listed below? If so, please check "yes" and then list the number(s) in the chart in section (F) above that corresponds to that occupation.

| Industry | Yes | No | Number in Chart in Section G (see above) |
|---|---|---|---|
| Car Mechanic | ☐ | ☑ | |
| Cleaning/Maid Service | ☐ | ☑ | |
| Electrician | ☑ | ☐ | 1 |
| Farming/agricultural | ☐ | ☑ | |
| Hairdressing | ☐ | ☑ | |
| Handled fission products | ☐ | ☑ | |

| Industry | Yes | No | Number in Chart in Section G (see above) |
|---|:---:|:---:|---|
| Handled jet propellant | ☐ | ☑ | |
| Handled solvents | ☑ | ☐ | 1 & 2 |
| Horticultural | ☑ | ☐ | 2 |
| Hospitals and Clinics | ☐ | ☑ | |
| Landscaping | ☑ | ☐ | 1 & 2 |
| Metal Working | ☑ | ☐ | 1 |
| Painting | ☑ | ☐ | 1 & 2 |
| Pest Exterminator | ☑ | ☐ | |
| Pesticide use | ☑ | ☐ | 1 & 2 |
| Petroleum Refinery | ☐ | ☑ | |
| Rubber Factory | ☐ | ☑ | |
| Schoolteacher | ☐ | ☑ | |
| Textile | ☐ | ☑ | |
| Woodworking | ☑ | ☐ | 1 & 2 |
| X-radiation or gamma-radiation (regular exposure) | ☐ | ☑ | |

## III.  FAMILY INFORMATION

A. For any grandparent, parent, sibling, or child who has been diagnosed with cancer or who has died, please provide the following information. Please include any adopted or step-children or siblings.

| Name | Relationship | Approximate Birth Year | Approximate Date of Death | Cause of Death | Diagnosed with cancer? | Date/Type |
|---|---|---|---|---|---|---|
| | N/A | | --/--/---- | N/A | | --/--/---- |

## IV. PERSONAL MEDICAL HISTORY

A. To the best of your ability, please list all primary care healthcare providers (not including pharmacies) where you have received care over the last 25 years. For each, please provide the name, city and state, and approximate dates of care.

| Name of Healthcare Provider | City and State | Approximate Dates of Care |
|---|---|---|
| Dr. Daniel J. Monahan | Pittsburgh, PA | 10/1/1994 to --/--/---- ☑Present |

B. Please indicate whether your medical history includes any of the following conditions, procedures, or medications:

| Condition, Procedure, or Medication: | Yes | No | Treating Physician |
|---|---|---|---|
| Diabetes | ☐ | ☑ | |
| Obesity | ☐ | ☑ | |
| Auto-immune diseases (including but not limited to Crohn's disease, Ulcerative Colitis, HIV) | ☑ | ☐ | Dr. Trellis Dg. not definitive |
| Epstein Barr | ☐ | ☑ | |
| Ulcers | ☐ | ☑ | |
| Celiac Disease | ☐ | ☑ | |
| Hepatitis C | ☐ | ☑ | |
| Eczema | ☐ | ☑ | |
| Radiation | ☐ | ☑ | |
| Smoking | ☑ | ☐ | N/A |
| Lupus | ☐ | ☑ | |
| Rheumatoid Arthritis | ☑ | ☐ | Dr. Patrick Smith Not sure of type of arthritis |
| Organ, stem cell, or other transplant | ☑ | ☐ | Cadaver bone spacer (Dr. Patrick Smith) |
| Immunosuppressive Medications | ☐ | ☑ | |

C. To the best of your ability, please list all healthcare providers (not including pharmacies) where you have received treatment over the last 25 years for any type of cancer (including NHL), or for any of the conditions or procedures listed in the chart directly above. For each, please provide the name, city and state, approximate dates of care, and the reason for your visit. **Please also execute the medical authorizations included in Exhibit A.**

| Name of Healthcare Provider | City and State | Approximate Dates of Care | Reason for Visit |
|---|---|---|---|
| Dr. Mark Georgiadis | Pittsburgh, PA | 11/1/2006 to --/--/---- ☑Present | Lump on Neck; referred by PCP |
| Dr. Daniel Monahan | Pittsburgh, PA | 11/1/2006 to --/--/---- ☑Present | PCP referral and follow-up care including for gastrointestinal issues |
| Dr. Suman Golla | Pittsburgh, PA | 11/1/2006 to 12/31/2006 | Surgeon who removed lymphoma tumor |
| Dr. Patrick Smith | Pittsburgh, PA | 08/1/2019 to 07/30/2020 | Two spinal surgeries |
| Dr. Daniel Monahan | Pittsburgh, PA | 11/1/2020 to --/--/---- ☑Present | Issues with internal organs |
| Dr. Carl J. Burke III | Pittsburgh, PA | 08/1/2010 to 03/31/2013 | Shoulder Surgeries |
| Dr. Lee Ann Peluso | Pittsburgh, PA | 12/20/2011 to 01/1/2012 | Gall Bladder Removal |

Plaintiff ID: 3897

| Name of Healthcare Provider | City and State | Approximate Dates of Care | Reason for Visit |
|---|---|---|---|
| Dr. Mitchell Rothenberg | Pittsburgh, PA | 01/1/1994 to 12/31/1996 | Shoulder Surgery |
| Dr. Sprio Papas | Pittsburgh, PA | 10/1/2004 to 11/30/2004 | Knee Surgery |
| Dr. Dan Trellis | Pittsburgh, PA | 01/1/1996 to --/--/---- ☑Present | Gastro intestinal issues |
| Dr. Andrew Thomas | Pittsburgh, PA | 11/15/2020 to --/--/---- ☑Present | Endoscopy and related procedures |
| Dr. Rebecca Edmonds | Pittsburgh, PA | 11/17/2020 to --/--/---- ☑Present | Potential appendix surgery |

## V. CANCER HISTORY

A. Have you been diagnosed with non-Hodgkin's lymphoma, or "NHL"?

☑ Yes ☐ No

B. When were you first diagnosed with NHL?

Nov/2006

C. Approximately when did you first begin experiencing symptoms of NHL?

Oct/2006

D. Please list the names of the physician(s) that first diagnosed you with NHL and the city and state in which you were diagnosed.

Dr. Georgiadas -- Pittsburgh, PA

E. Please list the names of the primary oncologist(s) who have treated your NHL.

Dr. Georgiadis

F. Describe your NHL. For example, do you have B-cell or T-cell NHL? Is it aggressive or indolent? Small cell or large cell? Any other details? (If you have Mycosis Fungoides, make sure to specify this.)

The doctors described it to me as "intermediate grade B cell lymphoma."  Please see medical records.

G. Have you been diagnosed with any types of cancer other than NHL?

☐ Yes ☑ No

Plaintiff ID: 3897

EXHIBIT 8

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No.  MDL No. 3:16-md-02741-VC

- - -

IN RE:  ROUNDUP PRODUCTS      : MDL No. 2741

LIABILITY LITIGATION          :

----------------------------:

                              :

This document relates to:     :

                              :

Schaffner, et al. v. Monsanto:

Company                       :

Case No. 3:19-cv-07526-VC     :

- - -

Friday, February 5, 2021

- - -

Videotaped deposition via Zoom of DAVID
SCHAFFNER, JR., held at the location of the
witness, on the above date, beginning at
approximately 9:00 a.m., before Jane E.
Kountroubis, a Registered Professional
Reporter and Notary Public.

- - -

1    to '92, I moved out here in '92 -- I'd say

2    late '93, starting in '94-ish.

3            Q       To when?

4            A       I think I did it about four to

5    five years, so what would that make it?

6            Q       '97-'98?

7            A       Yeah.

8            Q       Okay, thank you.  Other than

9    Roundup, has your work at Schaffner

10   Maintenance required that you work with other

11   chemicals?

12           A       Latex paint, oil-based paint,

13   maybe some thinners to clean out a brush, a

14   little Gumout to maybe clean a small engine or

15   something.

16           Q       In the course of the time that

17   you've been the owner of Schaffner

18   Maintenance, did you actually do a lot of the

19   painting and so forth or did you have your

20   guys do that for you?

21           A       Well, I only painted when I had

22   to because I was never very good at it, but

23   yeah, over the course of time I have done some

24   painting.  It was never a regular thing for

1          A          Other than the normal everyday

2     starting/warming up trucks and whatever, no.

3          Q          Do you work around any

4     hazardous materials at Schaffner Maintenance?

5          A          Again, other than like mineral

6     spirits or something like that, no.

7          Q          Okay.  Now, you do electrical

8     work for the company; correct?

9          A          Sometimes I do it now, yes.

10         Q          And what kinds of work does

11    that involve?

12         A          A lot of it is troubleshooting.

13    When it's time for me to get involved, it's

14    this circuit is not working and we can't

15    figure out why.  If we do remodel a basement

16    or something, they may ask me, "Hey, how many

17    circuits do we need?"  "Does this appliance

18    need to be on its own circuit?  You know, it's

19    laid out like this," but yeah.

20         Q          Do you handle solvents of any

21    kind with any regularity?

22         A          No.

23         Q          Do you do metalworking?

24         A          Can you define what you mean by

Page 89

1    shrubs, the grass -- you know, I cut the

2    grass, did a lot of pruning, a lot of

3    mulching, leaf pickup.  Once a year we had

4    what we called Mulch Mania where we mulched

5    everything in sight.

6                    So were you required to keep

7    the grounds immaculate at the place?

8         A     We did our best knowing that

9    there was construction going on at the same

10   time, but yeah.  It wasn't your average

11   residential yard.

12        Q     We've already identified one

13   coworker of yours who was at the 9-acre

14   estate.  I've forgotten her name.

15        A     Linda Kramer.

16        Q     Anyone else who you worked with

17   there?

18        A     I mean, other than a group of

19   union carpenters and stuff, John Totten was

20   the only one we worked with.  Now, there was a

21   landscaping company there that we worked with.

22        Q     What was the name of that

23   company?

24        A     Oh, it just left me.  What was

Page 90

1    it.  Right on the tip of my tongue and all of

2    a sudden I can't remember it.

3             Q       That's all right.  What would

4    they do that you wouldn't already be doing?

5             A       Usually the bigger stuff that I

6    couldn't handle or we couldn't handle.  I

7    mean, they literally transplanted trees that

8    you had to use a backhoe to dig the hole with

9    and use a crane to set.  Anything from that to

10   a big rhododendron or something.

11            Q       During the time that you worked

12   at the 9-acre estate, did your job duties

13   change over time?

14            A       No, not really.  I was there to

15   do what I did.

16            Q       How many days a week would you

17   work?

18            A       Five.

19            Q       How many hours a day?

20            A       Eight.  I believe it was 7:30

21   to 4.

22            Q       Other than Roundup, did you

23   work with chemicals at the 9-acre estate?

24            A       Yes.

1        Q        What were they?

2        A        Specific kinds?

3        Q        Yes.

4        A        We used Orthene, we used

5   Mavrik, we used a fungicide called Kocide, we

6   used horticultural oil, probably used a little

7   bit of Sevin.  And those are the ones that are

8   kindo of off the top of my head that I can

9   think of.

10        Q        What is Orthene?

11        A        Orthene is a fairly potent

12   pesticide that you use for certain pests.

13        Q        Pests like what?

14        A        Well, I know one place we used

15   it, and again I can't think of the name of

16   them, but there's a beetle that lives in the

17   ground around rhododendrons, it comes out in a

18   two-week period in June and starts eating the

19   leaves off the plant.  And I don't know why,

20   but I remember that we used that because

21   Orthene is a little bit systemic in the plant,

22   so it would take care of the beetles.

23        Q        How many times a year do you

24   estimate that you applied Orthene while

1    working at the 9-acre estate?

2          A      Four to six maybe.

3          Q      And when you applied Orthene,

4    would you wear the kind of --

5          A      Oh, yeah.

6          Q      -- device that we looked at

7    earlier this morning in that photograph?

8          A      Anything but Roundup, I would

9    wear that kind of stuff.

10         Q      That's the backpack with the

11   tube that --

12         A      Yes.

13         Q      -- pumps out the mist?

14         A      Yes.

15         Q      Okay.  All right.  What is

16   Mavrik?

17         A      I believe it's a miticide,

18   meaning it kills mites.

19         Q      How often would you apply that?

20         A      Three to four times because

21   mites are only susceptible to it for a certain

22   two-week period or whatever.

23         Q      What is a mite?

24         A      The mite is a little piercing,

Page 93

1    sucking insect that gets on the bottom of

2    leaves and stuff.  They probably won't kill

3    your plant, but they make it look pretty bad

4    because they dry it out and everything.

5           Q       I think you mentioned Kocide?

6           A       Kocide is a copper-based

7    fungicide that we use on dogwoods and some

8    other plants to prevent fungus.

9           Q       How many times a year would you

10   apply that?

11          A       Again, probably around a half

12   dozen times because, again, you could only

13   apply it at a certain time and then after that

14   it wasn't effective anymore, so it didn't

15   matter if you sprayed more or not, it wasn't

16   going to work.

17          Q       What is horticultural oil?

18          A       Horticultural oil is a highly

19   refined oil, very light.  Another name for it

20   is dormant oil because you only spray it when

21   there's no leaves on the trees.  And the oil

22   itself will suffocate like egg sacs and things

23   like that and keep them from hatching.  But

24   you couldn't spray it when the leaves were on

1   the trees because it could potentially burn

2   the leaves.  So that was something you did in

3   the early spring.

4          Q     How many applications would you

5   apply horticultural oil in a given year?

6          A     Maybe eight to ten.  Again,

7   under an integrated pest management program

8   horticultural oil was not as lethal as some of

9   the other stuff, so you always wanted to use

10  that first.

11         Q     What is Sevin?

12         A     Sevin is a pesticide widely

13  available on the market used for a lot of

14  different things.  A lot of people use it in

15  their gardens.

16         Q     What is it --

17         A     It's either a powder or a

18  spray.

19         Q     What is it directed towards?

20         A     It's directed towards a lot of

21  different things, bugs that get on your

22  tomatoes, cucumber bugs, ants, it would

23  probably work on termites.

24         Q     How many times a year would you

1    apply that?

2              A       Again, probably about four to

3    six.

4              Q       Okay.  Did you ever have

5    occasion to apply Dursban while you worked --

6              A       Yes.

7              Q       What is Dursban?

8              A       Dursban is another insecticide.

9    A lot of people put it around the base of

10   their house for ants or spread it kind of like

11   you would spread fertilizer around the yard to

12   get rid of fleas and stuff, and sometimes you

13   could spray it on a plant for whatever was on

14   it.

15             Q       And how many times a year would

16   you apply that?

17             A       Again, around four to six times

18   a year.

19             Q       Finally, did you ever use

20   pyrethrins?

21             A       Pyrethrin is a natural -- I

22   don't know the whole chemistry behind it, but

23   it's a naturally occurring product that you

24   use.

```
 1   //

 2   //

 3   //

 4   //

 5   //

 6   //

 7   BY MR. SHERK:

 8        Q     Besides non-Hodgkin's lymphoma,

 9   have you ever been treated with radiation or

10   chemotherapy?

11        A     No.

12        Q     Do you have any type of

13   immunodeficiency condition like AIDS, lupus,

14   Crohn's disease?

15        A     None of those diseases, no.

16        Q     Have you ever been told that

17   you had any kind of immunodeficiency

18   condition?

19        A     I'm not really sure what that

20   means.  No doctor ever said "You're

21   immunodeficient," let's put it that way.

22        Q     Have you ever been diagnosed as

23   having ulcerative colitis?

24        A     I was diagnosed as having
```

Page 247

1   colitis and irritable bowel syndrome.  The

2   doctor always kind of wasn't sure.  He called

3   it that because he didn't know what else to

4   call it.

5            Q       Okay.  Have you ever been

6   diagnosed with rheumatoid arthritis?

7            A       I've been diagnosed with

8   arthritis.  Nobody has really designated

9   exactly what kind it is.

10           Q       And where is that located?

11           A       My orthopedic surgeon said my

12  spine is full of it.

13           Q       Have you ever been diagnosed as

14  having celiac disease?

15           A       No.

16           Q       Do you have ulcers?

17           A       Not that I'm aware of.

18           Q       Have you ever had eczema?

19           A       Maybe once or twice.

20           Q       And that's a skin condition?

21           A       That's some kind of scratchy

22  skin condition, so I wouldn't know if I had

23  it, but...

24           Q       How about psoriasis; have you

EXHIBIT 9

1                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
2
3      ------------------------§
       IN RE:  ROUNDUP PRODUCTS   §     Master File No.
4      LIABILITY LITIGATION       §     3:16-md-02741-VC
                                  §
5                                 §        MDL NO. 2741
                                  §
6      THIS DOCUMENT RELATES TO:  §
                                  §
7      ANTHONY HARRIS,            §
                                  §
8          Plaintiff,            §
       vs                         § Case No. 3:16-cv-03199-VC
9                                 §
       MONSANTO COMPANY,          §
10                                §
           Defendant.            §
11     ------------------------ §
12                               - - -
13                      November 12, 2019
14                               - - -
15

16          Videotaped deposition of RON SCHIFF, MD, PhD,
       held at Shook, Hardy & Bacon, LLP, 100 North Tampa
       Street, Suite 2900, Tampa, Florida 33602,
17     commencing at 8:55 a.m., on the above date, before
       Tami Cline, Registered Merit Reporter, Certified
18     Realtime Reporter, and Florida Professional
       Reporter.
19
                                 - - -
20
                 GOLKOW LITIGATION SERVICES
21          877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
22
23
24
25

```
 1      APPEARANCES:

 2        THE MILLER FIRM, LLC
          BY:  BRIAN BRAKE, ESQ.
 3        Attorneys at Law
          108 Railroad Avenue
 4        Orange, Virginia 22960
          540-672-4224
 5        Bbrake@millerfirmllc.com
          Representing Plaintiff
 6
          SHOOK, HARDY & BACON, LLP
 7        BY:  MICHELLE M. FUJIMOTO, ESQ.
          Attorneys at Law
 8        5 Park Plaza, Suite 1600
          Irvine, California 92614-8502
 9        949-475-1500
          Mfujimoto@shb.com
10        Representing Defendant

11

12      ALSO PRESENT:

13        Matthew Allison, Videographer

14

15

16

17

18

19

20

21

22

23

24

25
```

1    this case.  It doesn't mean there is no cause.

2         Consequently, it is true at that level of

3    defining it that I was unable to pinpoint the cause

4    of non-Hodgkin lymphoma in the majority of patients

5    that I evaluated and treated during my career in

6    practice.  However, that does not mean that all of

7    those cases of non-Hodgkin lymphoma did not have a

8    cause, because they all did.

9    Q.   Okay.  You're assuming way more than you need

10   to on the question.  That's why I was trying to be

11   specific about no known cause.  So I'm accepting

12   your definition of idiopathic.

13        So confirm for me, Doctor, that when you were

14   in practice as an oncologist, over 80 percent of

15   your non-Hodgkin lymphoma patients had no known

16   cause for their lymphoma.  Yes or no?

17   A.   Can't give that as a yes-or-no answer either.

18   The point is that the answer is it is correct but

19   within the context that I provided in my previous

20   answer.  On top of that, recognition of the lymphoma

21   risks associated with glyphosate and Roundup just

22   coincidentally happened to coincide with the period

23   of time that I retired from clinical practice.

24        So from the standpoint of a practicing

25   medical oncologist and hematologist, the Roundup

1    business was new.  It was the spring of 2015.

2    That's when I retired.

3      Q.   And, Doctor, you know that Roundup has been

4    on the market since the '70s, right?

5      A.   That's correct.

6      Q.   All right.  So let me ask you this:  In the

7    Wade case on October 22, 2019, the transcript,

8    page 182:

9         "Question:  Okay.  So when you say that a

10    substantial majority of the patients you treated

11    with non-Hodgkin lymphoma did not have a known

12    cause of their non-Hodgkin lymphoma, what

13    percentage would you put on substantial majority?

14         "Answer:  I would say over 80 percent."

15         Do you now disabuse that answer or do you

16    stand by that answer?

17      A.   Okay.  Two things:  Number one, it was the

18    Meeks case, not the Wade case.  The Wade case is the

19    caption for all of the, I believe, multidistrict,

20    multiplaintiff litigation, of which Mr. Harris is

21    one plaintiff and Mr. Meeks is -- was another

22    plaintiff.  But I'm relying on the context that I

23    have given to interpret my answer and the way that I

24    have explained it today.

25         In terms of whether I knew the causes of

1    those patients' lymphomas in realtime, what I said

2    then was accurate.  It was the best representation

3    of my memory, and it's what I recall and would

4    answer from scratch today even if not reminded.  The

5    point is that making that statement requires

6    interpretation, and I have tried to provide it.

7       Q.   And let me just state for the record, I'm

8    referring to his deposition on October 22, 2019.

9    The caption is Christopher Wade, et al. vs Monsanto,

10   and I will state that it was not -- you can see on

11   the record it was not an MDL case.  It was in the

12   Circuit Court of the city of St. Louis and the state

13   of Missouri.

14      A.   But the plaintiff was Mr. Meeks.

15      Q.   No question pending.  I'm just stating for

16   the record that it was not an MDL case.  It was a

17   state of Missouri case.

18      A.   Well, I'm not an expert in legal procedure,

19   and that's fine.  But the plaintiff, again, was

20   Chester Meeks and his wife.

21      Q.   But you spent the last --

22           MR. BRAKE:  Is now a good time for a break?

23           MS. FUJIMOTO:  No.

24           MR. BRAKE:  Okay.

25           MS. FUJIMOTO:  I'll finish up my section, and

Ron Schiff, M.D., Ph.D.

1        then we'll take a quick break.

2    BY MS. FUJIMOTO:

3        Q.   All right.  In this litigation, have you ever

4    seen a Roundup plaintiff where you determined that

5    Roundup was not the cause of their non-Hodgkin

6    lymphoma?

7        A.   Not yet.

8        Q.   Okay.  So you -- every time you've ruled in

9    Roundup as the cause, right?

10       A.   At the risk of going too far with my answer,

11   I will say that I have only seen plaintiffs who,

12   like Mr. Harris, have had extensive Roundup

13   exposure.  I'm not being sent patients who had

14   two days per year or 3.5 years or up to -- you know,

15   3.5 or ten lifetime days.  I haven't been sent cases

16   like that.  I'm sure they're out there, but those

17   are not the ones that I have been asked to review.

18       Q.   So in your career as an expert witness and

19   your testimony here in this litigation, have you

20   ever seen a Roundup plaintiff where you ruled out

21   glyphosate or Roundup as a cause?

22       A.   Not yet.

23       Q.   All right.

24       A.   But in other medical-legal work that I have

25   done, I have reviewed medical records and I have

Ron Schiff, M.D., Ph.D.

1    reviewed supporting documentation, and I have often

2    times told the attorneys who were retaining me that

3    they didn't have a case or that the plaintiff was

4    not a strong plaintiff.

5        MS. FUJIMOTO:  Move to strike; nonresponsive

6        after the answer "no."

7  BY MS. FUJIMOTO:

8    Q.   So let -- let me make sure I understand, and

9    I do recall prior testimony on this.  So in your

10   clinical practice prior to 2015, you never told one

11   of your patients that their non-Hodgkin lymphoma was

12   caused by Roundup or glyphosate, correct?  Yes or

13   no?

14   A.   The Roundup lymphoma link was only becoming

15   known at the time that I retired from practice, on

16   top of which my practice was in the city of Tampa.

17   We did not have a rural or agricultural population

18   that became my plaintiffs.  I had no reason to be

19   suspicious of anybody in terms of pesticide

20   exposure.  Obviously if I had known then what I know

21   now, I would have asked relevant questions, but I

22   didn't know it, mostly because the material wasn't

23   available, and so I did not ask.

24   Q.   For whatever reason prior to 2015, did you

25   ever tell a non-Hodgkin lymphoma patient of yours

Ron Schiff, M.D., Ph.D.

1    that their non-Hodgkin lymphoma was caused by

2    Roundup or glyphosate?  Yes or no?

3        A.   For the reasons that I have explained, the

4    correct answer is no.

5        Q.   Okay.  And, similarly, you read the

6    depositions of Mr. Harris's treating physicians,

7    right?

8        A.   Yes.

9        Q.   And not one of them told him that his

10   non-Hodgkin -- his central nervous system lymphoma

11   was caused by Roundup or glyphosate, right?

12       A.   I would not really expect treating physicians

13   who are 100 percent clinical to necessarily have

14   formulated opinions about that.  Should they know

15   about it?  Absolutely.

16       Q.   Did you -- in reviewing the treating

17   physician depositions, did you see anywhere where

18   any one of them said, "I told Mr. Harris that his

19   CNS lymphoma was caused by his glyphosate or Roundup

20   use"?

21       A.   No.  The treating physicians did not go into

22   that area and were not experts --

23       Q.   Are you --

24       A.   -- in that aspect of causation.

25       Q.   Are you a member or were you a member of