**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No. 6:16-md-02741-VC |
| *Schroeder v. Monsanto Co.,* 3:20-cv-06126-VC | **DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S MOTION TO STRIKE EXPERT REPORT AND OPINIONS OF DR. SKLAROFF AND MOTION FOR SUMMARY JUDGMENT** |
| | **Hearing:**<br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 4 |

I, Jed P. White, hereby declare as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Strike the Expert Report and Opinions of Dr. Sklaroff and Motion for Summary Judgment on all claims. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 are true and correct excerpts of the deposition transcript of Frederick Schroeder, Jr.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the expert report of Dr. Robert B. Sklaroff, dated July 29, 2021.

4. Annexed hereto as Exhibit 3 is a true and correct copy of an email conversation between and among counsel for Monsanto and counsel for Plaintiff, dated from July 2, 2021 through September 14, 2021.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 22nd day of September, 2021.

_____
Jed P. White

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2386. My email address is raul.morales@bclplaw.com.

On September 22, 2021, I served the foregoing document(s), described as: **DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S MOTION TO STRIKE EXPERT REPORT AND OPINIONS OF DR. SKLAROFF AND MOTION FOR SUMMARY JUDGMENT** on each interested party in this action, as follows:

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court, or by another manner as authorized by FED. R. CIV. P. 5.

Executed on September 22, 2021, at Santa Monica, California.

☒ FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                 */s/ Raul Morales*
                                                 Raul Morales