**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Troy Wilson Thomas and Josephine Ventura v. Monsanto Co.*, 3:20-cv-08051-VC | **DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE PLAINTIFFS' SPECIFIC CAUSATION EXPERTS DR. MARC BRAUNSTEIN AND DR. RONALD KENDALL ON RULE 702 GROUNDS** |

# DECLARATION OF JED P. WHITE

I, Jed P. White, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendants Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto Company's motion to exclude Plaintiffs' specific causation experts Dr. Marc Braunstein and Dr. Ronald Kendall on Rule 702 grounds. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the deposition of Dr. Ronald J. Kendall in the above-captioned matter, dated September 1, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the deposition of Dr. Marc Braunstein in the above-captioned matter, dated August 17, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Dr. Ronald J. Kendall's expert report in the above-captioned matter, dated April 29, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Dr. Ronald Kendall in the matter *Spector v. Monsanto*, 3:20-cv-05532-VC, dated August 26, 2021.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Plaintiff Troy Thomas, dated January 29, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the expert report of Dr. Marc Braunstein in the above-captioned matter, dated June 25, 2021.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the deposition of Dr. Marc Braunstein in *Savory v. Monsanto*, 3:20-cv-02403-VC on August 18, 2021.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the expert report of Dr. William Sawyer in the matter *Schafer v. Monsanto Co.*, 3:19-cv-02169, dated January 22, 2021

1       I hereby declare under penalty of perjury under the laws of the State of California and the
2 United States of California that the foregoing is true and correct.
3       Executed September 22, 2021, at Santa Monica, California.

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of September, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Jed P. White*