# EXHIBIT 3

Jarad L. Silverstein, Esq.
jsilverstein@wapnernewman.com
Wapner Newman, Attorneys at Law mailto:aiberlin@wpdn.net
2000 Market Street, Suite 2750
Philadelphia, PA 19103
215-569-0900

.

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**IN RE: ROUNDUP® PRODUCTS LIABILITY LITIGATION**

TROY WILSON THOMAS AND JOSEPHINE VENTURA,          CASE NO. 2:20-CV-04443-TJS
HUSBAND AND WIFE

v.

MONSANTO COMPANY                                   **DECLARATION OF RONALD J.**
                                                   **KENDALL, PH.D.**

1

_____

I, Ronald J. Kendall, Ph.D., declare:

1.    I am currently Professor of Environmental Toxicology at Texas Tech University and have held Professorial status for 41 years. In addition, I am founding Director and Director Emeritus of The Institute of Environmental and Human Health and founding Department Chairman of the Department of Environmental Toxicology at Texas Tech University. I am a Charter Member of the global Society of Environmental Toxicology and Chemistry (SETAC) and have served as President. I was elected a Science Fellow in SETAC in 2017, which represents high-level leadership in the field of environmental toxicology. In addition, I have served on the Editorial Board and/or as Editor of the scientific journal Environmental Toxicology and Chemistry for over 30 years. I previously served as Chairman of the Environmental Protection Agency Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) Scientific Advisory Panel. I currently serve as Member of the Clean Air Scientific Advisory Committee, United States Environmental Protection Agency. In addition, I have served on the National Academy of Sciences Committee on Superfund Site Assessment and Remediation in the Coeur d'Alene River Basin. I have personally published many books and peer-reviewed scientific publications on the effects of toxic substances related to environmental and human health. Unless otherwise specified, the facts set forth in this Work in Progress are within my personal and/or professional knowledge and, if called as a witness, I could and would competently testify to these facts. I submit my *Curriculum vitae* **(Exhibit 1)** to support any qualification to make this Work in Progress.

2.    I was retained in this matter to evaluate Plaintiff Troy Wilson Thomas, an individual that used the product, Roundup®, containing the active ingredient, glyphosate, for decades at his residence and subsequently developed non-Hodgkin's lymphoma, a human cancer. In addition, Plaintiff Thomas alleges that Defendant Monsanto did not inform and/or put on the label of Roundup® that this product could cause cancer and, in fact, was a probable human carcinogen. This subsequently has caused in the life of Troy Thomas the development of non-Hodgkin's lymphoma cancer as well as a great deal of pain and suffering for himself and Plaintiff Josephine Ventura, his wife, in the development, treatment, and long-term experience in dealing with non-Hodgkin's lymphoma disease. Based on my background in environmental health and toxicology, I have reviewed the available data provided to me by legal counsel as well as my own scientific research and 41 years of experience to evaluate responses in terms of human

2

health and environmental health from toxic substances exposure and in this case, Roundup® exposure. I

also thoroughly reviewed depositions of Troy Thomas in my own research related to the implications of the active ingredient glyphosate in Roundup®, which we now know is a probable human carcinogen in a widely used herbicide marketed by Monsanto (Jameson 2017; Ritz 2017). I will submit the list of materials considered in making this Report **(Exhibit 2)**. This list does not include the body of scholarly materials considered. I reserve the right to supplement this report should new materials become available.

**Background of Plaintiff Troy Thomas**

3.   Plaintiff Background Summary – Troy Wilson Thomas was born ██████ 1966 in Anaheim, CA. He is married to Josephine Ventura. Troy Thomas and Josephine Ventura, husband and wife, currently reside in Las Vegas, NV.

**Non-Hodgkin's Lymphoma (NHL) Diagnosis and Pathology**

4.   Plaintiff Thomas was diagnosed with non-Hodgkin's lymphoma (NHL) in April 2020 after he began experiencing symptoms of NHL in March 2020, including severe pain in his side. Dr. Vikas Gupta, Las Vegas, NV is the physician that diagnosed NHL in Mr. Thomas and is also the oncologist that treated Mr. Thomas for his NHL. The laboratory report from Comprehensive Cancer Centers, Las Vegas, NV indicate a diagnosis of NHL in April 2020, May 2020, June 2020, and July 2020. As already noted, he was diagnosed in April 2020 with non-Hodgkin's lymphoma, specifically diffused large B-cell lymphoma. Plaintiff Thomas admits the use of Roundup® beginning in 2000 and extending to 2020 with an estimated once per week spraying with the chemical. Table 1 summarizes Plaintiff Troy Thomas's medical history over approximately the last 25 years (Table 1).

**Table 1. Summary of Troy Thomas's Medical History**

| Conditions, Procedures, or Medication | Yes | No | Treating Physician |
|---|---|---|---|
| Diabetes | X | | None. Not on any meds. |
| Obesity | X | | Dr. Mercado |
| Auto-immune diseases (including but not limited to Crohn's disease, ulcerative colitis, HIV) | | X | |
| Epstein Barr | | X | |
| Ulcers | | X | |
| Celiac Disease | | X | |
| Hepatitis C | | X | |
| Eczema | | X | |

_____

| | | | |
|---|---|---|---|
| Radiation | | X | |
| Smoking | | X | |
| Lupus | | X | |
| Rheumatoid Arthritis | | X | |
| Organ, stem cell, or other transplant | | X | |
| Immunosuppressive Medications | | X | |

**Additional Medical Records of Plaintiff Troy Thomas**

| | |
|---|---|
| 04/10/20 through 04/21/20 | Dr. Robert Roa, Dignity Health, St. Rose Dominican Hospital-San Martin Campus |

04/10/20 through 04/21/20     Dr. Robert Roa, Dignity Health, St. Rose Dominican Hospital-San Martin Campus
Went to ER with intermittent fever, pleuritic chest pain and dry cough; no findings on chest X-ray or CT angiogram; mild dependent atelectasis; no consolidation; significant hypercalcemia of 15 on labs;

CAT scan on 04/12/20 showed massive splenomegaly with large heterogeneous mass occupying the majority of spleen; CT-guided biopsy done on 04/12/20 showed aggressive large B-cell lymphoma; bone marrow biopsy performed.

Upon discharge, continue Neupogen 480 mcg subQ injections for 7 days; Aumentin 875 mg twice daily for 7 days; allopurinol 300 mg p.o. daily; Zofran 4 mg every 8 hours p.r.m.; prednisone 100 mg daily; Xarelto 20 mg daily

Discharge dx: 1) Massive splenomegaly with splenic mass; path came back aggressive large B-cell lymphoma, 2) Leukocytosis secondary to Neupogen, 3) intermittent fever with coughing and pleuritic chest pain, 4) right ear pain, possible otitis interna, 5) Type 2 diabetes mellitus, 6) Hx of deep vein thrombosis, 7) Hx of hypercholesterolemia, 8) Hypercalcemia secondary to lymphoma

05/29/20     Dr. Vikas Gupta, Comprehensive Cancer Centers
Follow up visit 2 cycles of chemotherapy completed

06/19/20     Dr. Vikas Gupta, Comprehensive Cancer Centers
Hospitalized 04/10/20 with fever and lower left chest pain; CT abdomen showed splenomegaly with large mass in spleen; no other nodes present; Splenic biopsy performed which was reported as high grade B-cell NHL; bone marrow negative for lymphoma; given cycle 1 of R-CHOP in hospital on 04/18/20.

07/10/20     Dr. Vikas Gupta, Comprehensive Cancer Centers
Follow up visit; 4 cycles of chemotherapy completed; 6 more cycles to be completed; observation after that; will do end of treatment PET scan

DECLARATION OF RONALD J. KENDALL, Ph.D.

**History of Tobacco, Alcohol, and Drug Use**

Mr. Thomas denies tobacco use throughout his life and is a non-smoker. In addition, he indicated very limited alcohol use throughout his life. During his deposition, he indicated no use of illegal drugs.

**Employment History**

From approximately 2000 to the present, Mr. Thomas has worked in various jobs usually involving in-store management positions. Table 2 is a list of Mr. Thomas's jobs, including employers and where he worked.

**Table 2. Job History of Troy Thomas**

| Name of Employer | City/State | Job Title | Job Duties |
|---|---|---|---|
| Ross Stores, Inc. | Las Vegas, NV | District Manager | Manage 8 stores |
| VSM Group Corp. | Boston, MA | VP Sales | Sales/Marketing |
| Sam's Club | Las Vegas, NV | Club Manager | Staffing/Associate Relations |
| Pepsi Bottling Group | Aliso Viejo, CA | Senior Sales Operations Manager | Oversaw sales, delivery, & merchandising |
| Stop & Shop Supermarket Co. | Quincy, MA | Promotions Manager | Oversaw weekly circulars |
| Target Corp. | San Jose, CA | Store Team Leader | Full oversight of store location |

Therefore, Mr. Thomas's general employment would have extremely limited him from chemical exposure based on the job duties that I reviewed. However, the maintenance of his residential property with Roundup® application would have exposed him directly to Roundup® herbicide, including the active ingredient glyphosate.

**Deposition of Troy Thomas, January 19, 2021**

5.    Plaintiff Troy Thomas began using Roundup® grass and weed killer residentially in approximately 2000. He had resided in Franklin, MA from 2000-2005 (during which time he met his now-wife, Josephine), Irvine, CA from 2005-2006, Las Vegas, NV from 2006-2010, Goodyear, AZ from 2010-2017, and Las Vegas, NV from 2017-present. He would apply Roundup® at least once per week, particularly during the warmer months, which at a minimum would be April, May, June, July, August, and September in California and Arizona. The photographs included in Figure 1 include the residences of Plaintiff Troy Thomas who was applying hand sprayer herbicide, Roundup®.

_____
**DECLARATION OF RONALD J. KENDALL, Ph.D.**

**Figure 1. Photographs of residences of Troy Thomas in Las Vegas, NV, Goodyear, AZ, Litchfield Park, AZ, and Franklin, MA.**





DECLARATION OF RONALD J. KENDALL, Ph.D.



Las Vegas, Nevada

Google

Street View



Litchfield Park, Arizona

Google

Street View

7



FRANKLIN MA. 01089

Mr. Thomas continued to apply Roundup® from approximately 2000 to 2020. After review of the photos presented in Figure 1, the Thomas residences including different types of vegetation, much of which would need to be regularly treated with Roundup® herbicide containing the active ingredient glyphosate for weed control.

**Personal Protective Equipment (PPE)**

Mr. Thomas stated in his deposition that during the course of the application of Roundup®, he did not use specific personal protective equipment (PPE), except for a shirt, long pants, shoes, gloves, and safety goggles. He indicated that it was his impression that the Roundup® spray was safe and no special precautions needed to be taken related to protecting himself while spraying, outside of just washing his hands after spraying. Therefore, Mr. Thomas was probably inhaling the Roundup® containing the active ingredient glyphosate as well as getting it on his skin and even ingesting it through mouth inhalation during the applications.

**Potential Confounding Exposures**

DECLARATION OF RONALD J. KENDALL, Ph.D.

Table 3 summarizes workplace checklist, all of which could lead to confounding toxicological exposures in addition to Roundup® containing the active ingredient glyphosate. However, by virtue of Mr. Thomas's employment, mainly as a manager with in-store type jobs, he has very little, if any, external exposure to chemicals as can be reviewed in the workplace checklist (Table 3).

**Table 3. Workplace Checklist for Plaintiff Thomas**

| Industry | Yes | No |
|---|---|---|
| Car Mechanic | | X |
| Cleaning/Maid Service | | X |
| Electrician | | X |
| Framing/Agricultural | | X |
| Hairdressing | | X |
| Handled fission products | | X |
| Handled jet propellant | | X |
| Handled solvents | | X |
| Horticultural | | X |
| Hospitals and Clinics | | X |
| Landscaping | | X |
| Metal Working | | X |
| Painting | | X |
| Pest Exterminator | | X |
| Pesticide Use | | X |
| Petroleum Refinery | | X |
| Rubber Factory | | X |
| School Teacher | | X |
| Textile | | X |
| Woodworking | | X |
| X-Radiation or Gamma-Radiation (Regular Exposure) | | X |

**Summary of Exposure Factors, Application Frequencies, and Durations**

Mr. Thomas generally sprayed his property once per week, particularly during the warmer months, which would be estimated at least six months per year in southern California and Nevada. Therefore, if one looked at Mr. Thomas's spraying of Roundup® once per week for six months of the year, or 24 times per year over a 20-year period, that would represent approximately 480 applications or 240 hours of application if one minimally estimated 30 minutes per application for the residence of Mr. Thomas. At a

9

minimum, he sprayed Roundup® once per week for six months each year over 20 years when he was
Case 3:16-md-02741-VC   Document 13786-3   Filed 09/22/21   Page 11 of 22
diagnosed with NHL.

**NHL Latency Interval**

From his first reported exposure to Roundup®, Mr. Thomas's latency interval to date of diagnosis was approximately 20 years (2000-2020).

**Glyphosate Human NHL Studies**

6. Toxicological evaluations and expert opinions with respect to dose, Roundup® exposure to humans causing NHL are based, in part, on six primary epidemiological studies that provide objective data of causation based on Bradford Hill criteria. Toxicological evaluation and ultimately opinion is supported in animal experimental evidence, in vitro human studies, and human epidemiological studies as summarized within this Report. Specifically, I have assessed dose response, latency period, biological plausibility (toxicological mechanisms), temporality, coherence (demonstrated by molecular-based studies), and animal studies as well as the strength of association and consistency with the toxicological mechanisms of Roundup® formulation ingredients, including glyphosate. I have used the six epidemiological studies which include McDuffie et al 2001, Eriksson et al 2008, Andreotti et al 2018, Leon et al 2019, Zhang et al 2019, and Pahwa et al 2019, primarily with respect to dose assessment.

My basic toxicological focus on these studies is on study design, exposure and statistical power. I am using these study results in my toxicological assessment in conjunction with generally accepted, peer-reviewed studies on genotoxicity (including direct human studies), mechanisms of action (promotion, etc.), absorption, distribution, metabolism, and excretion, etc. In general, I have relied on studies that have documented the various aspects of the Bradford Hill criteria at or in excess of the 95% confidence threshold. Summaries of these six studies are provided next:

**Table 4. Summary of Epidemiological Studies**

| Study | Type of study | Exposure Parameters | |
| --- | --- | --- | --- |
| | | Metrics (Dose Intervals) | Cut-off between cases and controls |
| McDuffie, H. et al 2001 | Case control study of men in | Unexposed<br>>0 days and ≤ 2 days<br>>2 days/year | Cases were diagnosed with STS, HD, NHL, or MM between 09/01/1991 |

_____

| | six Canadian provinces | | and 12/31/1994. Controls did not have NHL diagnoses. |
|---|---|---|---|
| Eriksson, M. et al 2008 | Case control study of men and women in Sweden | ≥1 and ≤10 days >10 days | Cases were newly diagnosed NHL patients aged 18-74 years. Controls were randomly selected from the population registry. |
| Andreotti, G. et al 2018 | Prospective cohort study of pesticide applications | Never use Quartiles ranging from 1 day to ≥108.5 days Tertiles ranging from 1 day to ≥62.0 days | Cases reported ever use of glyphosate. Reference subjects may have used any other pesticides |
| Leon et al 2019 | Pooled analysis of three agricultural worker cohorts | Ever use | Cases reported ever use of glyphosate. Reference subjects may have used any other pesticides |
| Zhang, et al 2019 | Meta-analysis | Ever use | Six studies included in primary analysis; one cohort and five case-control |
| Pahwa, M et al 2019 | Case-control study | 2 days/year | Subjects handling glyphosate more than two days/year had an excess of DLBCL (OR 2.14, 95% Ci 1.07-4.28.) |

**Comparisons of Exposure Days to Human Epidemiological Studies**

7.    The results of the "exposure-day" calculations (based on estimated exposure Mr. Thomas experienced while treating his property with Roundup®) indicate that Mr. Thomas's cumulative exposures were above all of the exposure threshold metric cut-offs. That is, he exceeded the "ever use" threshold, the ">0 and ≤2 days" threshold, and the ">2 days per year" threshold, the "≥1 day ≤10 days" total threshold, and the ">10 days" total threshold exposed.

Putting this into a dose-metric context, Mr. Thomas was exposed to glyphosate, the active ingredient in Roundup®, reasonably a minimum of 24 times per season (April -September) if he treated his residence and property in Arizona and California at a minimum of only once per week for 30 minutes or less. Therefore, over the period Mr. Thomas was diagnosed with non-Hodgkin's lymphoma, he had sprayed and been exposed to Roundup® a minimum of 480 days over that period of time (total of 240 hours or 30-8 hour days total exposure). Thus, Mr. Thomas was clearly within the range of exposure metrics for

11

applicators as cited within the human epidemiological studies (Table 4) that revealed statistically significant increased NHL cases among glyphosate applicators.

## Evidential Considerations

The following evidential factors are useful in formulating an objective toxicological assessment of Mr. Thomas with regards to his Roundup® exposures and subsequent NHL diagnosis:

A. **Diagnosis:** Mr. Thomas was initially diagnosed with non-Hodgkin's lymphoma in April 2020 after experiencing symptoms of NHL, including extreme pain in his side in March 2020. His diagnosis included high-grade B-cell NHL and he has been diagnosed with no other type of cancer other than the NHL.

B. **Prolonged Acute Exposure and Absorption:** For approximately 20 years, Mr. Thomas applied ready-to-use containers of Roundup. He was also exposed to drift from winds. He clarified in his deposition that he did not wear PPE equipment, particularly a respirator, except for maybe a long-sleeved shirt and pants, as well as goggles and garden gloves.

C. **Chronic Glyphosate Exposure:** As mentioned earlier, while applying Roundup®, Mr. Thomas wore minimal protection from being exposed to Roundup® and the active ingredient glyphosate. He stated in his deposition that he did not wear more formal PPE equipment because he assumed Roundup® was a safe product since it was purchased from local stores.

D. **Dermal Absorption Rates Higher than Presented by Monsanto:** Dermal absorption rate for glyphosate ranges between 3% and greater upon exposure. Numerous other factors are known to increase skin absorption (George et al 2010).

E. **Lack of Personal Protective Equipment (PPE):** Mr. Thomas was not instructed via the product label to wear personal protective equipment such as impermeable pants, boots, mask, long-sleeved shirt, face shield, and chemically resistant gloves, etc. He believed Roundup® was "safe" to use for many reasons and proceeded accordingly.

12

8.   Mr. Thomas's exposures are to Roundup® product, not to glyphosate alone. Roundup® and glyphosate have been demonstrated in several studies to repeatedly cause DNA damage with promotion by Roundup® being more damaging than glyphosate alone. Genotoxicity is the first stage in cancer formation. Wozniak et al (2018) and other studies as referenced in this report further demonstrated that Roundup®, at a higher dose, was even able to impede the natural repair of damaged DNA (Casserett and Doull 2018).

A very important toxicological study is the George et al (2010) study that documented cancer promotion at relatively low dermal exposure doses in mice. The dose levels, when converted to human doses, are reasonably similar to that sustained by applicators (when applying the HED factor and the chemical absorption rate of 3%). More importantly, the test model employed DMBA (as found in cigarette smoke/tar). The primary carcinogen was dermally applied at low doses on the shaved skin of mice with no tumors produced unless glyphosate was also applied to the skin in which 40% of the animals developed tumors (2.8 tumors/animal). The mechanism of glyphosate carcinogenesis is important with respect to tumor promotion among smokers prior to the onset of NHL. The George et al (2010) study reveals substantial promotion (40% of the mice with tumors) with realistic concentrations of glyphosate as compared to that of applicators using HED methodology.

**Latency of non-Hodgkin's Lymphoma:** The compilation of peer-reviewed latency estimates demonstrates latency intervals within a typical range of 2 to 25 years. Based on Mr. Thomas beginning to utilize Roundup® in 2000 and being diagnosed with non-Hodgkin's lymphoma in 2020 this represents a latency interval of approximately 20 years. It is noteworthy that studies by Eriksson et al (2008) found an increased effect estimate for subjects with more than 10 years of glyphosate exposure prior to diagnosis of NHL; thus favoring a longer NHL latency interval.

**Scope of Exposure in Comparison to Epidemiological Studies:** Mr. Thomas's exposure doses in units of duration and frequency were compared to the reference doses of six epidemiological studies. These

_____
DECLARATION OF RONALD J. KENDALL, Ph.D.

studies included McDuffie et al (2001), Eriksson et al (2008), Andreotti et all (2018), Leon et al (2019),
Case 3:16-md-02741-VC   Document 13786-3   Filed 09/22/21   Page 15 of 22
Pahwa et al (2019) and Zhang et al (2019).

The Zhang et al study is a meta-analysis design that included the most recent update of the Agricultural Health Study cohort published in 2018 along with five case-control studies. Mr. Thomas's minimal exposure doses of 2 hours per month or 12 hours per season over a 20-year period represents 240 exposure hours minimum, or 30- 8 hour exposure days right in the threshold of exposure dose reported in epidemiological studies representing exposure timeframes causing an increase in NHL.

**Summary and Conclusions**

9.    My toxicological assessment of the current Plaintiff Troy Thomas case involving exposure to Roundup® herbicide and his associated development of NHL includes my assessment of human epidemiological studies already discussed, strength of association, the dose/response, and coherence of the six primary studies and the studies of various chemical formulants and additives found in the Roundup® product as well as experimental evidence, including absorption, distribution, (i.e., measurement in bone marrow), metabolism and excretion (ADME) and the various mechanisms of carcinogenesis (including genotoxicity, impairment of DNA repair mechanisms, and promotion). Additionally, I have addressed dermal absorption, the manner and the degree to which Roundup® may penetrate the skin, and the lack of adequate PPE. I have carefully examined Mr. Thomas's history for any potential confounding toxicological factors, and there were none.

Based on the findings of applicable studies as noted herein and on the basis of sufficient exposure, dose, duration, and episodic exposures to Roundup® consistent with human exposure durations in the epidemiological studies, it is my opinion, to reasonable scientific and toxicological certainty, that Mr. Thomas's calculated 8-hour exposure doses of 30- 8 hour days to Roundup® over a period of 20 years was a substantial contributing factor to his development and subsequent diagnosis of his large B-cell non-Hodgkin's lymphoma.

14

_____
DECLARATION OF RONALD J. KENDALL, Ph.D.

I declare under penalty of perjury, under the law of the State of California that the foregoing is true and correct.

Executed this 29th day of April 2021 in Ransom Canyon, Texas.

_____

Ronald J. Kendall, Ph.D.

_____

DECLARATION OF RONALD J. KENDALL, Ph.D.

Troy Wilson Thomas and Josephine Ventura vs. Monsanto Company, Civil Action Complaint and Demand for Jury Trial, in the United States District Court for the Eastern District of Pennsylvania, filed September 10, 2020, pages 1-40.

Plaintiff Fact Sheet for Troy Thomas in the United States District Court, Northern District of California, Case No. 16-md-02741-VC, filed September 23, 2020.

Patient Troy W. Thomas, Medical Records, Comprehensive Cancer Centers, May 2020, June 2020, and July 2020, with Attending Physician Dr. Vikas Gupta.

Hospital Records of Troy W. Thomas from Dignity Health, St. Rose Dominican Hospital – San Martin Campus, Las Vegas, NV, Admit Date April 10, 2020.

Deposition of Troy Thomas, United States District Court, Northern District of California, Case No. 3:20-cv-08051-VC, dated January 29, 2021.

Deposition of Josephine Ventura, United States District Court, Northern District of California, Case No. 3:20-cv-08051-VC, dated January 29, 2021.

**References Reviewed and Considered**

Andreotti, G., Koutros, S., Hofmann, J.N., Sandler, D.P., Lubin, J.H., Lynch, C.F., Lerro, C.C., De Roos, A.J., Parks, C.G., Alavanja, M.C., Silverman, D.T. 2018. Glyphosate use and cancer incidence in the agricultural health study. Journal of the National Cancer Institute. 110(5):djx233.

Casarett and Doull's Toxicology: The Basic Science of Poisons, Ninth Edition. 2018, pp. 1648.

Eriksson, M., Hardell, L., Carlberg, M., Akerman, M. 2008. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. International Journal of Cancer. 123:1657-1663.

George, J., Prasad, S., Mahmood, Z., Shukla, Y. 2010. Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach. Journal of Proteomics. 73:951-964.

Jameson, Dr. Charles W. Expert Report in Support of General Causation on Behalf of Plaintiffs in the United States District Court, Northern District of California. Date Filed 10/06/2017.

McDuffie, H.H., Pahwa, P., McLaughlin, J.R., Spinelli, J.J., Finchman, S., Dosman, J.A., Robson, D., Skinnider, L.F., Choi, N.W. 2001. Non-Hodgkin's lymphoma and specific pesticide exposures in men:

Cross-Canada study of pesticide and health[1]. Cancer Epidemiology, Biomarkers & Prevention. 10:1155-1163.

Pahwa, M., Freeman, L.E.B., Spinelli, J.J., Blair, A., McLaughlin, J.R., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Pahwa, P., Dosman, J.A., Demers, P.A., Harris, S.A. 2019. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: Findings from the North American Pooled Project. Scandinavian Journal of Work, Environment & Health. 45(6):600-609.

Ritz, Dr. Beate. Expert Report in Support of General Causation on Behalf of Plaintiffs in the United States District Court, Northern District of California. Date Filed 10/06/017.

Wozniak, E., Sicinska, P., Michaelowicz, J., Wozniak, K., Reszka, E., Huras, B., Zakrzewski, J., Bukowska, B. 2018. The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells – genotoxic risk assessment. Food and Chemical Toxicology. 120:510-522.

Zhang, L, Rana, I., Shaffer, R.M., Taioli, E., Sheppard, L. 2019. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutation Research – Reviews in Mutation Research. 781:186-206.

DECLARATION OF RONALD J. KENDALL, Ph.D.

*Curriculum vitae* of Ronald J. Kendall, Ph.D.

_____

DECLARATION OF RONALD J. KENDALL, Ph.D.

List of Materials Reviewed

_____
DECLARATION OF RONALD J. KENDALL, Ph.D.

Andreotti, G., Koutros, S., Hofmann, J.N., Sandler, D.P., Lubin, J.H., Lynch, C.F., Lerro, C.C., De Roos, A.J., Parks, C.G., Alavanja, M.C., Silverman, D.T. 2018. Glyphosate use and cancer incidence in the agricultural health study. Journal of the National Cancer Institute. 110(5):djx233.

Casarett and Doull's Toxicology: The Basic Science of Poisons, Ninth Edition. 2018, pp. 1648.

Deposition of Troy Thomas, United States District Court, Northern District of California, Case No. 3:20-cv-08051-VC, dated January 29, 2021.

Deposition of Josephine Ventura, United States District Court, Northern District of California, Case No. 3:20-cv-08051-VC, dated January 29, 2021.

Eriksson, M., Hardell, L., Carlberg, M., Akerman, M. 2008. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. International Journal of Cancer. 123:1657-1663.

George, J., Prasad, S., Mahmood, Z., Shukla, Y. 2010. Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach. Journal of Proteomics. 73:951-964.

Hospital Records of Troy W. Thomas from Dignity Health, St. Rose Dominican Hospital – San Martin Campus, Las Vegas, NV, Admit Date April 10, 2020.

Jameson, Dr. Charles W. Expert Report in Support of General Causation on Behalf of Plaintiffs in the United States District Court, Northern District of California. Date Filed 10/06/2017.

McDuffie, H.H., Pahwa, P., McLaughlin, J.R., Spinelli, J.J., Finchman, S., Dosman, J.A., Robson, D., Skinnider, L.F., Choi, N.W. 2001. Non-Hodgkin's lymphoma and specific pesticide exposures in men: Cross-Canada study of pesticide and health[1]. Cancer Epidemiology, Biomarkers & Prevention. 10:1155-1163.

Pahwa, M., Freeman, L.E.B., Spinelli, J.J., Blair, A., McLaughlin, J.R., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Pahwa, P., Dosman, J.A., Demers, P.A., Harris, S.A. 2019. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: Findings from the North American Pooled Project. Scandinavian Journal of Work, Environment & Health. 45(6):600-609.

Patient Troy W. Thomas, Medical Records, Comprehensive Cancer Centers, May 2020, June 2020, and July 2020, with Attending Physician Dr. Vikas Gupta.

Plaintiff Fact Sheet for Troy Thomas in the United States District Court, Northern District of California, Case No. 16-md-02741-VC, filed September 23, 2020.

Photographs of Residences of Plaintiff Troy Thomas in Las Vegas, NV, Goodyear, AZ, Litchfield Park, AZ, and Franklin, MA.

DECLARATION OF RONALD J. KENDALL, Ph.D.

Ritz, Dr. Beate. Expert Report in Support of General Causation on Behalf of Plaintiffs in the United States District Court, Northern District of California. Date Filed 10/06/017.

Troy Wilson Thomas and Josephine Ventura vs. Monsanto Company, Civil Action Complaint and Demand for Jury Trial, in the United States District Court for the Eastern District of Pennsylvania, filed September 10, 2020, pages 1-40.

Wozniak, E., Sicinska, P., Michaelowicz, J., Wozniak, K., Reszka, E., Huras, B., Zakrzewski, J., Bukowska, B. 2018. The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells – genotoxic risk assessment. Food and Chemical Toxicology. 120:510-522.

Zhang, L, Rana, I., Shaffer, R.M., Taioli, E., Sheppard, L. 2019. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutation Research – Reviews in Mutation Research. 781:186-206.

DECLARATION OF RONALD J. KENDALL, Ph.D.