# EXHIBIT 5

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS LIABILITY  )MDL No. 2741

     LITIGATION,                        )Case No.
 5   _____)MDL No. 3:16-md-02741-VC
                                        )
 6   This document relates to:          )
                                        )
 7   Thomas, et al. v. Monsanto Company )
     Case No. 3:20-cv-08051-VC          )
 8   _____)

 9

10

11

12

13         VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

14                        TROY THOMAS

15                    LAS VEGAS, NEVADA

16                 FRIDAY, JANUARY 29, 2021

17

18

19

20

21

22

23

24       REPORTED BY: JOHANNA VORCE, CCR NO. 913

25
```

```
 1              DEPOSITION OF TROY THOMAS, taken remotely via Zoom
 2    videoconference, on Friday, January 29, 2021, at 9:09 a.m.,
 3    before Johanna Vorce, Certified Court Reporter, in and for
 4    the State of Nevada.
 5
 6    REMOTE APPEARANCES:
 7      For the Plaintiffs:
 8              WAPNER NEWMAN WIGRIZER BRECHER & MILLER, P.C.
 9              JARAD L. SILVERSTEIN, ESQ.
                2000 Market Street
10              Suite 2750
                Philadelphia, PA 19103
11              (215) 569-0900
                jsilverstein@wapnernewman.com
12
13      For the Defendant:
14              SHOOK, HARDY & BACON L.L.P.
15              ANTHONY R. MARTINEZ , ESQ.
                JENNIFER BLUES KENYON, ESQ.
16              STEPHANIE S. MCGRAW, ESQ.
                MIHAI M. VRASMASU, ESQ.
17              2555 Grand Boulevard
                Kansas City, MO 64108
18              (816) 474-6550
                amartinez@shb.com
19
20      Also Present:
21              RYAN WONG, the videographer
22              JOSEPHINE VENTURA
23
24
25
```

1  diagnosis?

2     A.   Yes.

3     Q.   How long was that for?

4     A.   I believe it was 21 days.

5     Q.   Okay.  And we'll get into your -- your cancer

6  treatment more in depth later on.

7          Ever taken any medication on a regular basis for

8  any type of ailments?

9     A.   The only thing I took was metformin for Type 2

10 diabetes.  That was several years ago.

11    Q.   And then you got it under control, or -- or what

12 was the reason for going off of that?

13    A.   Yes, got it under control.

14    Q.   When did you go off that particular medication?

15    A.   I don't specifically recall, but I would say it

16 was probably around 2000- -- probably 2016.

17    Q.   When were you diagnosed with Type 2 diabetes?

18    A.   Again -- again, I'm going to estimate.  It was

19 probably 2014, 2015.  I -- I don't recall specifically.

20    Q.   Any other medical conditions that you've had prior

21 to -- to 2014 other than Type 2 diabetes?

22    A.   No.

23    Q.   Did you see any type of doctors or specialists on

24 a regular basis prior to your cancer diagnosis?

25    A.   Just my primary physician.

 1   cancer?

 2       A.   No.

 3       Q.   Have you ever had a history of cancer?

 4       A.   No.

 5       Q.   Talking a little bit about your prior medical

 6   history, you mentioned that you had -- you're -- you're on

 7   Xarelto for DVT.

 8            Did you have a surgery or anything that alerted

 9   you to that?  What -- what made you aware that you had DVT?

10       A.   The pain in my lower leg.

11       Q.   Which leg was that?

12       A.   Lower left leg.

13       Q.   And they went in and they saw that you had DVT; is

14   that correct?

15       A.   Correct.

16       Q.   Have you had any surgeries before?

17       A.   I had lap-band surgery.

18       Q.   When was that?

19       A.   December 2014.

20       Q.   And was that successful?

21       A.   Yes.

22       Q.   And what -- how much weight did you lose from

23   that?

24       A.   Roughly, 100 pounds.

25       Q.   Okay.  Congratulations.

```
 1       A.    Thank you.
 2       Q.    So how -- how much did you weigh prior to December
 3   of 2014?
 4       A.    I was close to 350.
 5       Q.    And you weigh about 250 now?
 6       A.    No, not now.
 7       Q.    Okay.  How much do you weigh now?
 8       A.    About 230 now.
 9       Q.    Prior to your cancer diagnosis, did you weigh
10   around 250?
11       A.    No.  Two- -- 215, 210, 215.
12       Q.    In addition to the surgery, did you change your
13   diet?
14       A.    Yes, diet and exercise.
15       Q.    So what was your diet like prior to the surgery in
16   2014?
17       A.    I -- I would say normal, but I guess that's
18   relative.  I don't know.  Maybe, you know, beef, chicken a
19   couple times a week, fish and seafood maybe once a week.  I
20   guess that would be it.
21       Q.    Fast food?
22       A.    Every now and then, periodically, not -- nothing
23   consistent.
24       Q.    Okay.  So how did your diet change after your
25   surgery?
```