# EXHIBIT 6

June 25, 2021

Jarad L. Silverstein, Esquire
Wapner Newman Attorneys at Law
2000 Market Street, Suite 2750
Philadelphia, PA 19103

**Re: Troy W. Thomas *v.* Monsanto**

Dear Mr. Silverstein,

Thank you for the opportunity to review the confidential materials involving the case of Mr. Troy W. Thomas, and to offer my expert opinion as you requested as it applies to causation of Roundup and his high-grade diffuse large B cell lymphoma (DLBCL). In this regard, I have reviewed records provided including outpatient clinic encounter notes from his various medical doctors, Mr. Thomas's deposition transcript, and his plaintiff fact sheet (see section 3 below). As you are aware, I have no personal or professional relationship with the plaintiff or defendant involved in this case, and I have no conflicts of interest to report. I have never had any litigation brought upon me in either a personal or professional manner, disciplined professionally, or had my license suspended. Please see below as well as my attached CV for details regarding my background. As is customary, my time has been compensated by your law firm for preparing this report (see section 7), however the opinions expressed herein are based on my objective review of the case records and my compensation is not dependent of the outcome of this case. I have no stake in the outcome of the legal proceedings surrounding this case, and I am not aware of the details of any dam*age*s you and your client are be seeking. In this role as an expert witness, I abide by the highest ethical standards of my profession, and I take this role seriously.

The following report summarizes my background and qualifications to serve as an expert witness in this case, as well as the methodology, factual review, and opinions regarding this case. All the opinions expressed below are to a reasonable degree of scientific and medical certainty. The opinions expressed herein are solely my own and do not represent those of my employer, NYU Langone Health, nor do they reflect professional advice that may transpire between me and my patients during routine clinical practice; these opinions are restricted to the facts of the case of Mr. Troy Thomas. Also please note that as required by my academic institution, I must disclose my participation and compensation as an expert witness. I also reserve the right to amend, supplement, or revise the opinions contained in this report and to offer additional opinions should new information become available to me, as well as to respond to the opinions and testimonies of Monsanto's experts.

## 1. Background

I am a physician duly licensed to practice medicine in the State of New York (license number 266441). I attended Brooklyn College on a full-tuition scholarship, where I earned a B.S. in biology and performed research on cell division. I next spent a year as a post-baccalaureate fellow in the National Institutes of Health Academy studying the nephrotoxic effects of chemotherapy. I then received my M.D. and Ph.D. degrees from SUNY Downstate Medical Center, completed an internal medicine residency at Northwell Health, and did my adult hematology/oncology fellowship training at NYU Langone Medical Center. I am triple board certified by the American Board of Internal Medicine in internal medicine, hematology, and medical oncology. I have a graduate degree in molecular and cellular biology, having defended a thesis project involving the immunobiology of the bone marrow microenvironment of the blood

cancer multiple myeloma, a cancer of mature B cells called plasma cells. My thesis worked was awarded the prestigious Robert F. Furchgott Award for distinction in graduate research.

I am currently Assistant Professor of Medicine at NYU Langone Hospital—Long Island, NYU Perlmutter Cancer Center, part of NYU Langone Health. I serve as Program Director of our hematology/oncology fellowship training program, where I have taught numerous medical students, residents, and fellows on the management of B-cell malignancies and related disorders. I have served in this position for more than 3 years, and prior to this was a fellow at NYU Langone Medical Center, an institution which has consistently ranked among the top 10 medical schools in the nation. In my current role, I also serve on the committee that led to the inception of the NYU Long Island School of Medicine in 2018, and am course Co-Director of the Hematology organ system block for the medical school. I have received multiple awards for Teacher of the Year from my fellowship program. In line with my role as an educator, I was selected by the American Society of Hematology (ASH) to be part of the ASH Medical Educators Institute. I am actively involved in professional societies and am a member of ASH, serving as a junior grant reviewer, American Society of Clinical Oncology (ASCO), where I volunteer on several committees as shown in my CV, American Society for Transplantation and Cellular Therapy (ASTCT), American College of Physicians, where I serve on the Early Career Taskforce, and the New York Academy of Medicine.

My clinical and research focus is on B-cell malignancies, specifically B-cell lymphomas, plasma cell dyscrasias, and related disorders, which comprise most of my active clinical practice. I am also part of the Blood and Marrow Transplant team at NYU Perlmutter Cancer Center and am involved in hematopoietic stem cell transplantations for both lymphomas and multiple myeloma. I have extensive experience in diagnosing and treating non-Hodgkin lymphomas (NHL), including commons histologic subtypes such as diffuse large B-cell lymphoma (DLBCL) and follicular lymphoma (FL), as well as less common subtypes. I work with an inter-professional team along with other experts in lymphoma and multiple myeloma, nurses, advanced practice practitioners, social workers, and other support staff, and am generally familiar with their scope of practice. My research career is aimed at furthering the understanding of blood cancers and improving treatment approaches, as well as advancing medical education. I am principal investigator on several clinical trials in multiple myeloma and have original publications, abstracts/presentations, and reviews in this field, as shown in my CV. In my personal time I serve as a volunteer Vice-Chair of the Long Island chapter of the Leukemia and Lymphoma Society, in which I engage in the scientific and philanthropic mission of the organization. Additional information on my background is provide in my attached CV.

## 2. Expert Qualifications and Methodology

Based on my background, training, and clinical and research experience, for this case review I present myself as an expert in medical oncology and hematologic malignancies, as well as in related applications of molecular and cellular biology, in which I have also earned a doctoral degree. Expertise in these areas entails detailed knowledge and understanding of the pathogenesis, causes, and mechanisms of cancer, including hematologic malignancies, as well as the clinical diagnosis, staging, prognosis, treatment, supportive care, and surveillance related to these diseases.

Hematology and medical oncology, in which I am board certified, are subspecialities of internal medicine which require training in the biological, chemical, and physical causes of cancer involving solid organs, blood, bone marrow, and the lymphatic system. With respect to the present case review, my research background and clinical practice involved in the management of B-cell malignancies, including NHL, and in particular, my expertise in reviewing the literature, support my ability to serve as an expert witness. In

reaching my conclusions, I have reviewed and relied upon several sources of information, including published research articles, textbooks, prior expert reviews related to glyphosate as referenced, as well as my background and experience in hematology, medical oncology, and molecular and cellular biology. I submit that my background and experience, as well as familiarity and expertise evaluation the medical literature, support my ability to serve as an expert witness in this legal matter.

To determine whether a causal relationship exists between exposure to Roundup and DLBCL, I have reviewed the substantial medical literature, including primary literature and reviews accessible from the National Library of Medicine and textbooks where referenced, examining the association between exposure to Roundup, a glyphosate-based formulation as discussed in section 6. I have also reviewed prior expert witness testimonials including Seidl vs Monsanto Company, Cervantes vs Monsanto Company, Schfer vs Monsanto, and general causation reports by Dr. Chadhi. Nabhan (Case no. 16-md-02741-VC) and Dr. Beate Ritz (Case no. 16-md-02741-VC). In reaching my opinions, I employed my background in interpretation of scientific literature, scientific methodology, as well as understand of medical history taking and medical decision making, hematologic malignancies, and molecular and cellular biology.

## 3. **Materials Reviewed**

For this review, I was provided the following records related to Mr. Thomas's case:

- Mr. Thomas's records from St. Rose Dominican Hospital January 2018 to April 2020
- Outpatient records from Mr. Thomas's hematologist/oncologist Dr. Vikas Gupta from to August 2018 to May 2021
- Outpatient records from Mr. Thomas's primary care doctor Dr. Christopher Mercado from to March 2021
- The deposition transcripts of Troy Thomas and his wife Josephine Ventura on January 29, 2021

## 4. **Factual Case Review**

Based on my review of the records, drawing primary from Dr. Mercado's and Dr. Gupta's notes, as well as the deposition transcripts noted above, Mr. Thomas is a male born [redacted] 1966. He has a medical history of constipation, left lower extremity deep vein thrombosis in April 2017 treated with xarelto, hyperlipidemia, chronic migraine (previously treated with topamax, fioricet, and ibuprofen), obesity (BMI 34.6) prior to gastric lap band surgery in December 2004, type 2 diabetes, and a high grade extranodal stage IBE diffuse large B cell lymphoma (DLBCL, a type of non-Hodgkin lymphoma as described below) of the spleen diagnosed in April 2020 at age 53. His parents are living: his father has prostate cancer, and his mother is healthy. He is a never-smoker and drinks alcohol infrequently, approximately 1-2 times per month.

Mr. Thomas was admitted to St. Rose Dominican Hospital on April 10, 2020 with fever and lower left chest pain. A CT scan of his abdomen showed splenomegaly with a large mass within his spleen. A spleen biopsy was performed and showed a high grade (i.e. aggressive) B-cell non-Hodgkin lymphoma (NHL), of germinal center B-cell type (GCB, described below), with a proliferative index (known as Ki67) of 90% out of a maximum of 100%. There were no other sites of lymphadenopathy and a bone marrow biopsy performed on April 12, 2020 for staging was negative for lymphoma. Lactate dehydrogenase (LDH, a marker of lymphoma) was elevated at 785 U/L with normal complete blood counts (CBC). An echocardiogram showed normal left ventricular function sufficient for chemotherapy initiation, and an MRI brain for general assessment showed no abnormalities.

He was treated with a standard chemotherapy regimen, RCHOP, via a mediport, starting on April 18, 2020 and completed 6 cycles on August 3, 2020. He works in retail as a district manager, and he was out of work on family medical leave during the time of his chemotherapy. His treatment course was complicated by leukopenia with neutropenia (a low white blood cell count), as well as constipation, headaches, dysuria (painful urination), insomnia, and fatigue that limited his exercise tolerance. A PET scan following his chemotherapy on August 24, 2020 showed a normal sized spleen, with mild activity (i.e. SUV of 3.5) and no other areas of disease. A PET scan on November 16, 2020 showed no new signs of disease, indicating a persistent remission. CT scans on May 18, 2021 also did not show any evidence of lymphoma, but did show a central filling defect within the right internal jugular vein within the mediport catheter worrisome for thrombus.

Regarding exposures, Mr. Thomas used Roundup on multiple properties over a 20-year period between 2000-2020, including in Massachusetts (2000-2005), California (2005-2006), Las Vegas (2006-2010), and other properties noted in Mr. Thomas's deposition including Stetson Buff, Lilac, Litchfield Park in Arizona (2016-2017), and Grassy Pines (2017-2020). He used Roundup in spray form on weekends. He stated that he wore boots, sunglasses but not goggles, gloves, and long sleeves/pants depending on the season. He sprayed it close to the ground and tried to avoid getting it on his skin.

## 5. <u>Case Discussion and Opinions</u>

1) Diffuse large B cell lymphoma diagnosis and staging

The approach to cancer assessment includes attention to diagnosis, staging, prognostication, treatment, and surveillance. Mr. Thomas's diagnosis was confirmed as diffuse large B cell lymphoma (DLBCL), which is the most common type of blood cancer in the United States, and the most common type of non-Hodgkin lymphoma (NHL) in the United States.[1] DLBCL accounts for up to 35% of all NHL and has an estimated incidence of 7 cases per 100,000 people.[2] The median age at diagnosis is 64 years with a male predominance with 55% of cases occurring in men.[3] There are racial differences in the incidence of DLBCL, with Caucasians having higher rates that other races at a rate of 21 per 100,000 cases.[3]

DLBCL is thought to arise from maturation arrest and multistep malignant transformation of mature B cells in the germinal center of a lymph node (Figure 1). B cells are humoral immune cells that normally traverse from the bone marrow through lymph nodes in order to become more mature and produce antibodies specifically to mount an immune response against infections.[4] A tissue biopsy is required to make the diagnosis of DLBCL, by distinguishing the architecture of the germinal center with large cells as the name implies, and identifying the immunohistochemical staining pattern that distinguishes DLBCL from other histologic subtypes of NHL. While DLBCL is most commonly found in lymph nodes, it can also grow in bone marrow, spleen, tonsil, bone, as well as extra-nodal sites such as the liver. Primary splenic diffuse large B-cell lymphoma (DLBCL) is rare and occurs in less than 1% of NHL and more commonly found in females and older males.[5]

Figure 1. Development of B cell lymphomas during B cell differentiation. DLBCL subtypes include germinal center B cell (GCB) and activated B cell (ABC). Figure is from reference [6]




Among the many subtypes of NHL, which can be generally grouped into indolent or slowly growing or aggressive types, DLBCL is an aggressive lymphoma. The terminology distinguishing these subtypes of NHL and their diagnostic criteria are derived from the 2016 World Health Organization (WHO) classification of tumors of hematopoietic and lymphoid tissue.[7]

DLBCL is an aggressive NHL with heterogenous clinical behavior reflected in gene expression profiling of the malignant B cells as identified on biopsy using immunhistochemical staining of B cells to determine "cell-of-origin" molecular subgroup as either germinal center B cell (GCB) subtype or activated B cell (ACB).[8] The ABC subtype has been shown to have an inferior outcome compared with the GCB type, with a higher rate of relapse.[9]

The stage of a cancer provides information about the distribution and extent of the disease within the body, and often forms the basis to subsequently estimate prognosis, determine the optimal management, and apply evidence from clinical studies to individual patients. The stage of Mr. Thomas's DLBCL was established by imaging done around the time of his initial biopsy. By my assessment, Mr. Thomas's DLBCL stage (according to the conventional Ann Arbor staging system) at diagnosis was IA, based on spleen involvement only (I) and absence of fevers, night sweats, or weight loss, otherwise known as B symptoms (A). Stage I DLBCL accounts for 24% of all cases (Figure 2), however, isolated splenic DLBCL is very rare.

Figure 2. Breakdown of DLBCL incidence by stage. Figure is from reference [10].




2) Prognosis

Prognosis in oncology, which is the ability to predict an outcome such as time to relapse (i.e. progression-free survival, PFS) or time to death (i.e. overall survival, OS) is typically based on prognostic scoring systems derived from population-based data to produce estimates, often expressed as median values, and be applied to individual patients. Prognostic estimates are not meant to pinpoint the exact time when a patient will have a prognostic event, but rather provide an expectation for the typical course of a disease. As such, some patients may have a shorter or longer survival than estimated by prognostic measures. These prognostic systems are expected to evolve over time, and prognosis may improve more drastically as landmark discoveries regarding pathogenesis, detection, and treatment occur.

Mr. Thomas's prognosis can be estimated both by his NHL stage, as well as by a prognostic system called the International Prognostic Index (IPI), described below. The 5-year survival for DLBCL in the U.S is 64%, but this decreases with higher stage disease: 74% with stage I, 74% with stage II, 64% with stage III, and 53% with stage IV.[10] The IPI score takes into account additional measures, including age less than or greater than 60, performance status (a means of quantifying daily functioning), LDH (a marker of lymphoma activity), number of extranodal sites, and stage.[11] While I did not find an LDH value in my review of the records, Mr. Thomas's IPI score assuming his LDH was normal would be 0, estimating a 5-year survival of 94%, and 4-year progression-free survival of 94% (80% if LDH was elevated); however, this system does not take into account higher risk features such as higher risk subtypes such as "ABC" cell or origin or "double-hit lymphomas" that would confer a worse prognosis, nor does it necessarily pertain to the rare case of spleen-only DLBCL. In general approximately 40% of all DLBCL are expected to relapse after 1st line therapy.[12] Fortunately, Mr. Thomas appears to be in remission with standard RCHOP chemotherapy (described below), as far as the last reported PET/CT scan following 6 cycles of treatment. This is not unexpected considering that 50-60% of patients will achieve complete remission with initial therapy.[1] While Mr. Thomas is considered to be in remission, he is still at risk for relapse and sustained remission at 24 months is a predictor of longer term remission.[13]

3) Treatment

The aggressive (i.e. proliferative) nature of DLBCL, all patients require treatment regardless of stage or death is likely to ensue due to progressive organ involvement, reduced blood counts, infection, and/or organ failure.[14] Though rare, splenic DLBCL is typically treated similar to its intra-nodal counterpart.[12] Treatment options include splenectomy, splenic irradiation, and chemotherapy.

Mr. Thomas appeared to be fit for treatment, including with normal systolic heart function required for standard induction chemotherapy. His main symptom was pain related splenomegaly due to his DLBCL involving the spleen, for which he underwent chemotherapy with RCHOP between April-August 2020.

The standard first line regimen used to treat DLBCL is 6-8 cycles of RCHOP given every 2-3 weeks to allow for rest and recovery between cycles.[15] This is a 5-drug regimen of intravenous immunotherapy with the monoclonal antibody rituximab (acts against CD20 expressing B cells), intravenous cytotoxic chemotherapy including cyclophosphamide, doxorubicin, and vincristine, as well as prednisone, an oral corticosteroid which causes apoptosis of B cells. On average, this regimen is expected to produce complete remissions in approximately 76% of patients and about 50% survival at 10 years,[15] and is supported by recommended by consensus bodies including the National Comprehensive Cancer Network (NCCN).[16] In my opinion, the treatment approach rendered for Mr. Thomas with RCHOP for 6 cycles has been appropriate, entirely justifiable, and medically necessary.

4) Complications of Mr. Thomas's lymphoma and its treatment

Both DLBCL and its treatment may produce complications, including psychological distress, physical symptoms such as fatigue or pain, immunocompromise, infections, and reduced quality of life. Short term side effects include but are not limited to alopecia, fatigue, reduced blood counts and risk for infection, and nausea, and potential long term side effects include cardiac dysfunction, secondary malignancies, and neuropathy. In general, RCHOP is typically well-tolerated without major complications. However, this regimen is immunosuppressive and can limit the ability to mount an immune response to infections as well as vaccination, which is perhaps even more relevant in the setting of the ongoing COVID-19 pandemic.[17] Mr. Thomas suffered constipation, headaches, dysuria, insomnia, fatigue that limited his exercise tolerance, as well as general anxiety associated with his diagnosis and risk of recurrence.

5) Exposures

Mr. Thomas is a never-smoker with no obvious occupation exposures, family history, or personal habits that would otherwise increase his risk for NHL. In my review of Mr. Thomas's records and deposition testimony, it is noted that he was exposed to Roundup over a prolonged 20 year period from 2000-2020, primarily used in spray form on weekends on lawns over several residential properties in different states. While he took measures to limit his exposure to Roundup, such as spraying it close to the group level to limit skin contact, he was not certain the degree to which he was exposed when wearing clothing that did not cover his extremities. In his deposition report, he noted that he did not use protective equipment over his eyes such as goggles, but did wear Timberland boots without socks and leather gloves. Therefore his exposures included inhalation and topical contact with Roundup. It is my opinion that Mr. Thomas's exposure to Roundup over 2 decades has been substantial.

6) Etiology and risk factors for the development of diffuse large B cell lymphoma

(a) General risk factors

In general, cancer is caused by inherited or acquired defects, most often originating in DNA, resulting in one or more mutations that lead a normal cell to develop a proliferative advantage and/or arrest of its normal development, leading to organ dysfunction. DNA is the genetic material within each cell that regulates the biological functions of that cell, and ultimately that tissue and organ in which the cell exists. In hematologic malignancies such as DLBCL, organ dysfunction may manifest in the form of bone marrow compromise and resultant alterations in normal blood counts, bone lesions, immunocompromise and increased risk for infections, systemic inflammation with constitutional

symptoms, such as fevers, night sweats, and/or weight loss, or symptoms related to the anatomic location(s) of the lymphoma.

The etiology of lymphoma includes a heterogeneity of risk factors by subtype.[18] Recognized risk factors for the development of NHL include age over 65, male gender, white ethnicity, obesity, geographic location, inherited or acquired immunodeficiency, certain autoimmune disorders, specific infections (e.g. HIV), prior chemotherapy, certain medications such as immunosuppressants, occupational or environmental exposures, such as benzene, tobacco smoke, and a family history of hematologic malignancy.[19]

Genes that promote cancer development are called oncogenes, and those that suppress cancers are called tumor suppressor genes. Cancer often results from mutations in these genes that result in either over-expression of an oncogene, reduced expression of a tumor suppressor genes, or both. While most cancers are acquired, inherited or familial cancer syndromes are typically related to mutations in these genes. DLBCL does not occur with a familial pattern outside of rare hereditary syndromes that includes additional cancer types.[20] As such, it is not surprising that Mr. Thomas reported no family history of hematologic malignancies. His father had prostate cancer, but this does not necessarily suggest a familial pattern and is unlikely to be related in a hereditary pattern to Mr. Thomas's risk for DLBCL. DLBCL is a multistep disease, requiring additional genomic insults to develop into the fully malignant phenotype over time.[21] Unlike other malignancies, such as colon cancer, there are no screening test or preventive measures at present to circumvent the development of DLBCL. Mr. Thomas's had an office job with no history of reported toxic work exposures.[22]

(b) Obesity

Mr. Thomas is noted to be obese prior to his gastric lap band in 2004. Nearly all the evidence linking obesity to cancer risk comes from large cohort investigations, which are observational studies. Obesity is associated with chronic, low-grade inflammation, and specific immune modulations including changes in inflammation that may predispose to NHL.[23] Several studies have found a significant positive association between obesity and NHL risk,[24, 25] whereas others reported no association with increased body mass index or central obesity.[26-28]. Excess risk of DLBCL was linked to morbid obesity with BMI over 40 (relative risk 1.2-1.4), much higher than Mr. Thomas whose BMI was reported in Dr. Mercado's notes to be between 30-35.[23, 28] All things considered, it is my opinion that this Mr. Thomas's prior history of obesity was not a substantial factor to the development of, and to a reasonable degree of medical certainty, not a direct cause of his lymphoma.

(c) Lymphoma caused by Roundup

In general, cancer is caused by inherited or acquired defects, most often originating in DNA, resulting in one or more mutations that lead a normal cell to develop a proliferative advantage and/or arrest of its normal development, leading to organ dysfunction. DNA is the genetic material within each cell that regulates the biological functions of that cell, and ultimately that tissue/organ in which the cell exists. In hematologic malignancies such as DLBCL, organ dysfunction can manifest in the form of bone marrow compromise and resultant alterations in normal blood counts, bone lesions, immunocompromise and increased risk for infections, systemic inflammation with constitutional symptoms, such as fevers, night sweats, and/or weight loss, or symptoms related to the anatomic location(s) of the lymphoma.

The etiology of lymphoma includes a heterogeneity of risk factors by subtype.[18] Recognized risk factors for the development of NHL include age over 65, male gender, white ethnicity, obesity, geographic location, inherited or acquired immunodeficiency, certain autoimmune disorders, specific

infections (e.g. HIV), prior chemotherapy, certain medications such as immunosuppressants, occupational or environmental exposures, such as benzene, tobacco smoke, and a family history of hematologic malignancy.[19]

Genes that promote cancer development are called oncogenes, and those that suppress cancers are called tumor suppressor genes. Cancer often results from mutations in these genes that result in either over-expression of an oncogene, reduced expression of a tumor suppressor genes, or both. While most cancers are acquired, inherited or familial cancer syndromes are typically related to mutations in these genes. DLBCL does not occur with a familial pattern outside of rare hereditary syndromes that includes additional cancer types.[20] As such, it is not surprising that Mr. Thomas reported no family history of hematologic malignancies. His father had prostate cancer, but this is not necessarily suggestive of a family pattern and are not related in a hereditary pattern to Mr. Thomas's risk for DLBCL. DLBCL is a multistep disease, requiring additional genomic insults to develop into the fully malignant phenotype over time.[21] Unlike other malignancies, such as colon cancer, there are no screening test or preventive measures at present to circumvent the development of DLBCL.

While I defer a detailed discussion of the association between Roundup and NHL to general causation experts, below I will highlight those aspects which would be of relevance to clinicians, notably medical oncologists and hematologists caring for patients with NHL. I have reviewed prior expert witness reports, medical literature, and reliance materials provided to me by Ms. Thomas's counsel. This report is not meant to be an exhaustive review of the literature, but will focus primarily on NHL, and in particular DLBCL.

Mutagenic chemical exposure can have multiple genotoxic and pathogenic effects on cells, particularly blood cells such as B-cells, since these are cells that are normally proliferative and, during their normal physiologic development, undergo DNA rearrangement as noted above. This process can lead to abnormal mutations and can be precipitated by exposure to mutagens.[29] In additional to producing mutations, mutagenic exposures can directly enhance cell replication and survival, further promoting the neoplastic process and potentially inciting malignancy.[30] Repeated exposure to such agents can be cumulative and increase the risk of evolution of sequential cellular changes, ultimately leading to tumor progression and malignancy, such as DLBCL.[31]

Some experts might argue that since multiple environmental encounters occur throughout life, such as food or sun exposure, that these can make individuals susceptible to mutagens, that the carcinogenesis of NHL is multifactorial, and therefore consideration of prior exposures to potential mutagens such as Roundup is unsubstantiated since it is difficult to directly link particular risk factors with lymphomagenesis through animal toxicology studies, epidemiologic studies, or mechanistic studies in cellular models. I fundamentally disagree with these premises. Identifying potential environmental carcinogens has the potential to inform individuals who have been exposed to those agents about their risks, as well as inform the population at large to take population measures to avoid toxic exposures.

The first question that needs to be addressed is: what is the scientific approach to identifying a substance such as glyphosate as a carcinogen? In addition, since lymphoma does not occur in all exposed individuals due to factors such as varying exposure rates, bias in recalling exposure, or other confounding factors such as multiple toxic exposures, the next question is: if glyphosate is proven to be a carcinogen, how does one demonstrate a causal link to certain cancers?

To address the first question, the most direct way to determine if a substance is a carcinogen in humans is to purposefully expose individuals to a substance and observe whether they develop cancer, which obviously is grossly unethical. Of note, even under those hypothetical circumstances, one would

have to test the substance on a large enough sample size to have the statistical power to prove that the outcome (i.e. cancer) was related to the exposure and not due to chance. Rather than intentionally and inappropriately exposing people to a potential carcinogen, researchers use models such as cell cultures or animal models to test the carcinogenic effect of a substance, or they rely on epidemiologic data compiled from human populations who were exposed. The following sections discuss the data linking Roundup to lymphoma based on mechanistic, animal, and epidemiological data, and subsequently I will discuss the evidence using guidelines for general causation based on the Bradford Hill criteria to determine whether Roundup is a causal factor for the development of NHL.[32, 33]

(d) Carcinogenic properties of glyphosate

Glyphosate is the active ingredient in Roundup, and as such as undergone substantial scientific investigations.[34] Glyphosate acts as a broad-spectrum herbicide by inhibiting 5-enolpyruvoylshikimate 3-phosphate synthase, an enzyme specific to plants and microorganisms that interferes with amino acid (i.e. nutrient) use, preventing them from growing and reproducing. It was first identified as an herbicide by Monsanto chemist John Franz in the early 1970s and distributed for weed control in 1974.[35] The use of glyphosate and glyphosate-based formulations (GBFs) in residential and commercial agriculture has expanded since then, including on genetically-modified plants that are insensitive to glyphosate, and is the most frequently used herbicide worldwide.[36] In addition to glyphosate, GBFs such as Roundup include a proprietary mix of surfactants, adjuvants, and co-formulants that increase absorption in soil, but can also increase absorption in skin or by inhalation.[31] Absorption through human skin into blood can occur in up to 24 hours after exposure of intact or damaged skin to glyphosate.[37, 38]

Exposure to glyphosate or GBFs can occur in the air from the spray form, in water, in food, or exposure when in close contact in residential areas where it is used in spray form. Biomonitoring of farmers showed that 60% had detectable levels of glyphosates in their urine on the day of application, and five times higher if proper protection was not worn when applying GBFs.[39] In a recent pilot study of 12 volunteers mixed and continuously spray-applied 16.3 gallons of a 0.96% glyphosate-containing solution for 100 min using a backpack sprayer, urinary glyphosate and total effective glyphosate levels were higher in the dermal exposure group than the inhalation exposure group, peaked within 6-hr following application.[40] Thus, individuals who apply GBFs can have significant biological exposures, leading to systemic uptake via blood absorption, and after damage to various organs, eventually urinary elimination.

Mechanistic studies done in cellular or animal models have been important in demonstrating that glyphosate and GBFs are genotoxic to human lymphocytes, which again are the normal counterpart of the cells that become cancerous in NHL.[41] While these are not equivalent to human metabolism, they are accepted tests to determine carcinogenicity. As such, the International Agency for Research on Cancer (IARC), a part of the World Health Organization (WHO), an authoritative body for the evaluation of carcinogenic hazards to humans, concluded in 2015 after extensive assessment of available studies, that GBFs are probably (i.e. more likely than not) carcinogenic to humans (group 2A of 3, meaning "Probably carcinogenic to humans"), primarily for NHL.[31] For example, a study in vitro (in a cell culture) of glyphosate showed a dose-dependent increase in chromosomal alterations compared with unexposed controls in lymphocytes, most likely because of oxidative stress and the generation of reactive oxygen species that are genotoxic.[42] Another study showed a significant increase in DNA helix breaks in human lymphocytes similar to those seen in human NHL, even when exposed to low doses of glyphosate (2.0 μM), with a significant dose-response effect.[29] These results demonstrate that glyphosate is genotoxic to human lymphocytes and have important epigenetic effects, even at low doses in some studies.

Animal models are often used as a surrogate for human exposure in order to determine carcinogenic properties of a substance, and are routinely used in preclinical studies to test the efficacy cancer drugs. Though these animal models are not a substitute for human studies, they offer valuable mechanistic data and are widely accepted as a scientifically valid approach to study the analogous effects of substances in humans. Data from animals studies in rats and mice have shown a carcinogenic potential for glyphosate and that that it causes NHL in mice.[43] A 2021 systematic review of 443 articles published between 1995 and 2020 on glyphosate, demonstrated that the most frequently observed effects of GBFs were endocrine disorders, oxidative stress, genotoxicity, and cytotoxicity, which can effect lymphocytes.[44]

a. Epidemiological studies in human linking glyphosate to lymphoma

Epidemiological studies are used to capture data in humans order to make associations with conditions that are likely to occur due to exposures such as GBFs in large populations. Numerous epidemiologic studies of the relationship of glyphosate exposure to cancer in humans have been reported, and epidemiologic studies provide ample evidence for an association between exposure to GBFs and an increased risk of NHL.

Case-control epidemiologic studies compare an exposed group to a control or unexposed group. Among the 6 case-control of GBFs shown in Table 1 below, 5 showed an increased odds ratio, or likelihood, for NHL compared to controls. The one study that did not have an increased odds ratio had limited statistical power to make conclusions. These case-control studies were performed by experienced epidemiologists using widely accepted study designs and methods, and were published in peer-reviewed journals. For example, the North American Pooled Project (NAPP) study in 2019 of glyphosate use and NHL was also published and demonstrated that glyphosate exposure for greater than 2 days per year resulted in a significant 2-fold increased risk for the DLBCL (OR, 2.14; 95% CI, 1.07- 4.28).[45]

Table 1. Epidemiologic Case-Control Studies of NHL and GBFs from Reference [34]

| | Reference/Location/ Time | Population Studied | Exposure Category | Exposed Cases | Risk Estimates (95% CI) | Covariants Controlled | Comments |
|---|---|---|---|---|---|---|---|
| 1. | McDuffie et al.[36] | 517 cases | Exposed | 051 | 1.20 (0.83-1.74)* | Age, province of residence | Cross-Canada study; *adjusted for significant medical variables |
| | Canada | 1506 controls | ≤ 2 days/year | 028 | 1.0 (0.63-1.57) | | |
| | 1991-1994 | | > 2 days/year | 023 | **2.12 (1.2-3.73)** | | |
| 2. | Hardell et al.[37] | 515 cases | Exposed | 08 | **3.04 (1.08-8.52)** | Age, county, study site, vital status | *Adjusted for other herbicides; limited statistical power |
| | Sweden | 1411 controls | Univariate | | | | |
| | 1987-1992 | | Multivariate | 008 | 1.85 (0.55-6.20)* | | |
| 3. | De Roos et al.[38] | 650 cases | Exposed | 036 | **2.1 (1.1-4.0)*** | Age, study site | *Adjusted for other pesticides |
| | Midwest USA | 1933 controls | | | | | |
| | 1979-1986 | | | | | | |
| 4. | Eriksson et al.[39] | 910 cases | Exposed | 029 | **2.02 (1.1-3.71)** | Age, sex, year of enrollment | *Adjusted for other pesticides; odds ratios also increased for all NHL subtypes |
| | Sweden | 1016 controls | | 029 | 1.51 (0.77-2.94)* | | |
| | 1999-2002 | | ≤ 10 days | 012 | 1.69 (0.70-4.07) | | |
| | | | > 10 days | 017 | **2.36 (1.04-5.37)** | | |
| 5. | Orsi et al. [40] | 244 cases | Exposed | 012 | 1.00 (0.5-2.20) | Age, site, socioeconomic category | Limited statistical power; odds ratios increased for some NHL subtypes |
| | France | 454 controls | | | | | |
| | 2000-2004 | | | | | | |
| 6. | Cocco et al.[41] | 2348 cases | Exposed | 004 | 3.10 (0.6-17.1)* | Age, sex, site, education | Six countries; *B-cell NHL; limited statistical power |
| | Europe | 2462 controls | | | | | |
| | 1998-2004 | | | | | | |

Abbreviations: CI = confidence interval; NHL = non-Hodgkin lymphoma.

References in above Table 1 are shown in the reference section 9 below as: 36 above: [46], 37 above: [47], 38 above: [48], 39 above: [49],40 above: [50], 41 above: [51].

The carcinogenic effects of glyphosate have been evaluated by several authoritative studies including those by the International Agency for Research on Cancer (IARC), the Agricultural Health Study (AHS), and the Environmental Protection Agency (EPA). As mentioned above, the concluded in 2015 after extensive assessment of available studies, that GBFs are probably carcinogenic to humans (group 2A), primarily for NHL.[31] The initial report of the AHS 42 did not find a significantly elevated risk for cancer overall, or for most of the cancer types including NHL.[52] However, considering a large increase in glyphosate used started in after 1996 after the introduction of glyphosate-resistant crops, which occurred during the latter part of the initial enrollment period of the study (1993-1997) and usage continued to increase dramatically during the follow-up period, the AHS study may have flaws in linking the exposure period to malignancy prior to the periods of more significant exposures.

In 2019, a meta-analysis of articles on human exposure to GBFs and risk of NHL was published.[53] The authors included an updated analysis from AHS [54] along with 5 case-control studies as shown in Table 1 above. The authors found that the overall risk of NHL was significantly increased by 41% in the GBF-exposed individuals (meta-RR 1.41, 95% CI, 1.3-1.75). The risk increased to 84% when the AHS was deleted from the analysis (meta-RR 1.84, 95% CI, 1.33-2.55). They also reviewed the available animal and mechanistic studies on the carcinogenic effects of glyphosate and GBFs and concluded that their findings support a compelling link between exposures to GBFs and an increased risk of NHL. However, with a median follow-up in this initial report of only 6.7 years, this was too short a time to detect a meaningful increase in NHL or other cancers associated with glyphosate.[34] The EPA also reviewed this issue and found that glyphosate is not likely to be carcinogenic in humans,[55] however criticisms of the EPA review include that it placed excessive weight on assays performed in bacteria, and on industry-sponsored studies that were not available for review by IARC.

To attempt to address why different agencies have reached different opposing conclusions, a number of reviews have been published.[56-58] Industry-sponsored reviews have concluded that glyphosate and GBFs do not pose a genotoxic hazard, and explain the positive findings in the IARC assessment and their own analyses as owing to technical or methodologic issues, or cytotoxicity rather than genotoxicity.[34] The IARC found an association between NHL and glyphosate based on the available human evidence, including strong evidence of genotoxicity and oxidative stress for glyphosate, derived entirely from publicly available research.[59] Criticisms of the EPA and AHS studies included the lack of attention to important laboratory and mechanistic evidence of genotoxicity in human, and dismissal of key findings of possible carcinogenicity.[34] In conclusion, the epidemiologic studies provide ample evidence for an association between exposure to GBFs and an increased risk of NHL.

(e) General causation

To determine whether Roundup is a causal factor for the development of NHL guidelines for general causation can be applied based on the Bradford Hill criteria for causation.[32] Experts use this scientific method in the review and evaluation of evidence based on the guidelines set forth by Sir Austin Bradford Hill using a group of nine principles that can be useful in establishing epidemiologic evidence of a causal relationship between a presumed cause and an observed effect and have been widely used in public health research, as outlined below:

1. Strength of association: in reviewing the evidence, including animal, mechanistic, and epidemiologic studies cited above, glyphosate and GBFs clearly increase the risk of NHL, including DLBCL.

2. Consistency: while there is an ongoing debate about the weight of using one particular scientific study (e.g. animal models vs cell cultures), the studies mentioned above clearly show consistency in terms of the probability of GBFs increasing the odds of malignancy, including NHL.

3. Specificity: clearly individuals with long-term exposure to GBFs over time have a specific association with increased risk of malignancy, and the effects appear to be dose-related. Furthermore, when compared in case-control studies, individuals exposed to glyphosate were more likely to develop NHL than controls.

4. Temporality: epidemiologic studies have shown that exposure to GBFs increases the risk of NHL, and that this can occur with a latency period over decades.

5. Biological gradient: while below standard doses of glyphosate in Roundup have shown to promote cellular changes that can occur in NHL, clearly higher doses or prolonged exposures increase risk.

6. Plausibility: as reviewed above, chromosomal damage can occur with exposure to GBFs and this can be demonstrated in a mechanistic fashion when exposing either cell cultures or animals to glyphosate. Oxidative stress, DNA double strand breaks, and increased expression of lymphoma-promoting mutations have all been associated with glyphosate exposure to lymphocytes.

7. Coherence: when taking into account human studies of either cell cultures or epidemiologic data, the preponderance of data argue for a causative effect of GBFs on lymphomagenesis. The IARC reviewed these data in detail as noted above and concluded there was sufficient evidence to at the least link glyphosate to being a carcinogen.

8. Experiment: as described above, using data from in vitro and in vivo studies, animal models, and retrospective epidemiologic studies from GBP exposures, there are clearly increased risk for NHL when human tissue is exposed to glyphosate and systemic absorption occurs.

9. Analogy: while differences in GBP due to proprietary components such as surfactants may account for different latency periods in development of NHL, similar patterns of exposure lead to similar outcomes of malignancy.

## 6. Conclusion

While I defer to general causation experts to debate the merits of the studies used to link chemicals in Roundup such as glyphosate to the development of NHL, in this case, Mr. Thomas's other potential alternative risk factor for DLBCL, namely obesity, is not in my opinion responsible for the development of his DLBCL. This evaluation provides coherent and compelling evidence that glyphosate and GBFs are more likely than not to be a cause of NHL in humans exposed to these agents. In the case of Mr. Thomas, he had a long-standing exposure to Roundup over a 20 year period between 2000-2020, and developed an aggressive DLBCL, stage IBE, in an unusual location only in the spleen, and a relatively age 53. Based on the above report, I conclude to a reasonable degree of medical certainty that Mr. Thomas's aggressive NHL was caused by his Roundup exposure.

## 7. Additional Matters

I have not testified in prior litigation or given prior depositions. My hourly rate for review of medical records, research on scientific literature, meetings, and report preparation is $350 per hour. My rate for deposition or testimonial is $3,500 per day.

## 8. CV attached

Thank you for the privilege and opportunity to review this interesting case. Please let me know if I can be of further assistance.

Marc Braunstein, MD, PhD, FACP

## 9. References


1. Liu Y, Barta SK. Diffuse large B-cell lymphoma: 2019 update on diagnosis, risk stratification, and treatment. *Am J Hematol* 2019; **94**(5)**:** 604-616. e-pub ahead of print 2019/03/13; doi: 10.1002/ajh.25460

2. Sehn LH, Salles G. Diffuse Large B-Cell Lymphoma. *N Engl J Med* 2021; **384**(9)**:** 842-858. e-pub ahead of print 2021/03/04; doi: 10.1056/NEJMra2027612

3. Morton LM, Wang SS, Devesa SS, Hartge P, Weisenburger DD, Linet MS. Lymphoma incidence patterns by WHO subtype in the United States, 1992-2001. *Blood* 2006; **107**(1)**:** 265-276. e-pub ahead of print 2005/09/10; doi: 10.1182/blood-2005-06-2508

4. Kumar V, Abbas AK, Aster JC, Robbins SL. *Robbins basic pathology*, 9th edn Elsevier/Saunders: Philadelphia, PA, 2013.

5. Khalid S, Daw JH, Daw H, Haddad A. Primary Splenic Diffuse Large B-Cell Lymphoma: A Rare Case of Massive Splenomegaly and Thrombocytopenia. *Cureus* 2018; **10**(7)**:** e3026. e-pub ahead of print 2018/09/27; doi: 10.7759/cureus.3026

6. Abla O, Attarbaschi A. Non-Hodgkin's Lymphoma in Childhood and Adolescence. In. 1st ed. Cham: Springer International Publishing : Imprint: Springer,, 2019. p 1 online resource (362 pages).

7. Swerdlow SH, Campo E, Pileri SA, Harris NL, Stein H, Siebert R *et al.* The 2016 revision of the World Health Organization classification of lymphoid neoplasms. *Blood* 2016; **127**(20)**:** 2375-2390. e-pub ahead of print 2016/03/17; doi: 10.1182/blood-2016-01-643569

8. Sandoval-Sus JD, Chavez J, Dalia S. A New Therapeutic Era in GCB and ABC Diffuse Large B-cell Lymphoma Molecular Subtypes: A Cell of Origin-Driven Review. *Curr Cancer Drug Targets* 2016; **16**(4)**:** 305-322. e-pub ahead of print 2015/10/31; doi: 10.2174/1568009615666151030102539

9. Nowakowski GS, Czuczman MS. ABC, GCB, and Double-Hit Diffuse Large B-Cell Lymphoma: Does Subtype Make a Difference in Therapy Selection? *Am Soc Clin Oncol Educ Book* 2015**:** e449-457. e-pub ahead of print 2015/05/21; doi: 10.14694/EdBook_AM.2015.35.e449

10. Database S. https://seer.cancer.gov/statfacts/html/dlbcl.html. In.

11. Olszewski AJ, Winer ES, Castillo JJ. Validation of clinical prognostic indices for diffuse large B-cell lymphoma in the National Cancer Data Base. *Cancer Causes Control* 2015; **26**(8)**:** 1163-1172. e-pub ahead of print 2015/06/10; doi: 10.1007/s10552-015-0610-8

12. Iannitto E, Tripodo C. How I diagnose and treat splenic lymphomas. *Blood* 2011; **117**(9)**:** 2585-2595. e-pub ahead of print 2010/12/02; doi: 10.1182/blood-2010-09-271437

13. Maurer MJ, Habermann TM, Shi Q, Schmitz N, Cunningham D, Pfreundschuh M *et al.* Progression-free survival at 24 months (PFS24) and subsequent outcome for patients with diffuse large B-cell lymphoma (DLBCL) enrolled on randomized clinical trials. *Ann Oncol* 2018; **29**(8)**:** 1822-1827. e-pub ahead of print 2018/06/14; doi: 10.1093/annonc/mdy203

14. Armitage JO. My treatment approach to patients with diffuse large B-cell lymphoma. *Mayo Clin Proc* 2012; **87**(2)**:** 161-171. e-pub ahead of print 2012/02/07; doi: 10.1016/j.mayocp.2011.11.007

15. Coiffier B, Lepage E, Briere J, Herbrecht R, Tilly H, Bouabdallah R *et al.* CHOP chemotherapy plus rituximab compared with CHOP alone in elderly patients with diffuse large-B-cell lymphoma. *N Engl J Med* 2002; **346**(4)**:** 235-242. e-pub ahead of print 2002/01/25; doi: 10.1056/NEJMoa011795

16. NCCN. B-Cell Lymphomas. In, 2021.

17. Lamure S, Dulery R, Delord M ea. High incidence of persistent COVID-19 among patients with lymphoma treated with B-cell depleting immunotherapy. *AACR Virtual Meeting* 2021; **Abstract S09-02.**;

18. Morton LM, Slager SL, Cerhan JR, Wang SS, Vajdic CM, Skibola CF *et al.* Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. *J Natl Cancer Inst Monogr* 2014; **2014**(48)**:** 130-144. e-pub ahead of print 2014/09/01; doi: 10.1093/jncimonographs/lgu013

19. Thandra KC, Barsouk A, Saginala K, Padala SA, Barsouk A, Rawla P. Epidemiology of Non-Hodgkin's Lymphoma. *Med Sci (Basel)* 2021; **9**(1). e-pub ahead of print 2021/02/13; doi: 10.3390/medsci9010005

20. Cerhan JR, Slager SL. Familial predisposition and genetic risk factors for lymphoma. *Blood* 2015; **126**(20)**:** 2265-2273. e-pub ahead of print 2015/09/26; doi: 10.1182/blood-2015-04-537498

21. Kaushansky K, Lichtman M, Prchal J, Levi M, Burns L, Linch D (eds). *Williams Hematology, 10th Edition*, 2021.

22. t Mannetje A, De Roos AJ, Boffetta P, Vermeulen R, Benke G, Fritschi L *et al.* Occupation and Risk of Non-Hodgkin Lymphoma and Its Subtypes: A Pooled Analysis from the InterLymph Consortium. *Environ Health Perspect* 2016; **124**(4)**:** 396-405. e-pub ahead of print 2015/09/05; doi: 10.1289/ehp.1409294

23. Larsson SC, Wolk A. Obesity and risk of non-Hodgkin's lymphoma: a meta-analysis. *Int J Cancer* 2007; **121**(7)**:** 1564-1570. e-pub ahead of print 2007/04/20; doi: 10.1002/ijc.22762

24. Cerhan JR, Bernstein L, Severson RK, Davis S, Colt JS, Blair A *et al.* Anthropometrics, physical activity, related medical conditions, and the risk of non-hodgkin lymphoma. *Cancer Causes Control* 2005; **16**(10)**:** 1203-1214. e-pub ahead of print 2005/10/11; doi: 10.1007/s10552-005-0358-7

25. Skibola CF, Holly EA, Forrest MS, Hubbard A, Bracci PM, Skibola DR *et al.* Body mass index, leptin and leptin receptor polymorphisms, and non-hodgkin lymphoma. *Cancer Epidemiol Biomarkers Prev* 2004; **13**(5)**:** 779-786. e-pub ahead of print 2004/05/26;

26. Fernberg P, Odenbro A, Bellocco R, Boffetta P, Pawitan Y, Adami J. Tobacco use, body mass index and the risk of malignant lymphomas--a nationwide cohort study in Sweden. *Int J Cancer* 2006; **118**(9)**:** 2298-2302. e-pub ahead of print 2005/12/07; doi: 10.1002/ijc.21617

27. MacInnis RJ, English DR, Hopper JL, Giles GG. Body size and composition and the risk of lymphohematopoietic malignancies. *J Natl Cancer Inst* 2005; **97**(15)**:** 1154-1157. e-pub ahead of print 2005/08/04; doi: 10.1093/jnci/dji209

28. Willett EV, Morton LM, Hartge P, Becker N, Bernstein L, Boffetta P *et al.* Non-Hodgkin lymphoma and obesity: a pooled analysis from the InterLymph Consortium. *Int J Cancer* 2008; **122**(9)**:** 2062-2070. e-pub ahead of print 2008/01/02; doi: 10.1002/ijc.23344

29. Suarez-Larios K, Salazar-Martinez AM, Montero-Montoya R. Screening of Pesticides with the Potential of Inducing DSB and Successive Recombinational Repair. *J Toxicol* 2017; **2017:** 3574840. e-pub ahead of print 2017/11/14; doi: 10.1155/2017/3574840

30. Kubsad D, Nilsson EE, King SE, Sadler-Riggleman I, Beck D, Skinner MK. Assessment of Glyphosate Induced Epigenetic Transgenerational Inheritance of Pathologies and Sperm Epimutations: Generational Toxicology. *Sci Rep* 2019; **9**(1)**:** 6372. e-pub ahead of print 2019/04/24; doi: 10.1038/s41598-019-42860-0

31. In: *Some Organophosphate Insecticides and Herbicides*: Lyon (FR), 2017.

32. Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med* 1965; **58:** 295-300. e-pub ahead of print 1965/05/01;

33. Hill AB. The environment and disease: association or causation? 1965. *J R Soc Med* 2015; **108**(1)**:** 32-37. e-pub ahead of print 2015/01/13; doi: 10.1177/0141076814562718

34. Weisenburger DD. A Review and Update with Perspective of Evidence that the Herbicide Glyphosate (Roundup) is a Cause of Non-Hodgkin Lymphoma. *Clin Lymphoma Myeloma Leuk* 2021. e-pub ahead of print 2021/05/31; doi: 10.1016/j.clml.2021.04.009

35. Steinrucken HC, Amrhein N. The herbicide glyphosate is a potent inhibitor of 5-enolpyruvyl-shikimic acid-3-phosphate synthase. *Biochem Biophys Res Commun* 1980; **94**(4)**:** 1207-1212. e-pub ahead of print 1980/06/30; doi: 10.1016/0006-291x(80)90547-1

36. Benbrook CM. Trends in glyphosate herbicide use in the United States and globally. *Environ Sci Eur* 2016; **28**(1)**:** 3. e-pub ahead of print 2016/10/19; doi: 10.1186/s12302-016-0070-0

37. Wester RC, Patel R, Nacht S, Leyden J, Melendres J, Maibach H. Controlled release of benzoyl peroxide from a porous microsphere polymeric system can reduce topical irritancy. *J Am Acad Dermatol* 1991; **24**(5 Pt 1)**:** 720-726. e-pub ahead of print 1991/05/01; doi: 10.1016/0190-9622(91)70109-f

38. Nielsen JB, Nielsen F, Sorensen JA. Defense against dermal exposures is only skin deep: significantly increased penetration through slightly damaged skin. *Arch Dermatol Res* 2007; **299**(9)**:** 423-431. e-pub ahead of print 2007/09/21; doi: 10.1007/s00403-007-0788-z

39. Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, Chapman P *et al.* Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. *Environ Health Perspect* 2004; **112**(3)**:** 321-326. e-pub ahead of print 2004/03/05; doi: 10.1289/ehp.6667

40. Pierce JS, Roberts B, Kougias DG, Comerford CE, Riordan AS, Keeton KA *et al.* Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup((R)). *Inhal Toxicol* 2020; **32**(8)**:** 354-367. e-pub ahead of print 2020/09/08; doi: 10.1080/08958378.2020.1814457

41. Tarazona JV, Court-Marques D, Tiramani M, Reich H, Pfeil R, Istace F *et al.* Response to the reply by C. J. Portier and P. Clausing, concerning our review "Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC". *Arch Toxicol* 2017; **91**(9)**:** 3199-3203. e-pub ahead of print 2017/07/27; doi: 10.1007/s00204-017-2032-8

42. Lioi MB, Scarfi MR, Santoro A, Barbieri R, Zeni O, Salvemini F *et al.* Cytogenetic damage and induction of pro-oxidant state in human lymphocytes exposed in vitro to gliphosate, vinclozolin, atrazine, and DPX-E9636. *Environ Mol Mutagen* 1998; **32**(1)**:** 39-46. e-pub ahead of print 1998/08/26;

43. Portier CJ. A comprehensive analysis of the animal carcinogenicity data for glyphosate from chronic exposure rodent carcinogenicity studies. *Environ Health* 2020; **19**(1)**:** 18. e-pub ahead of print 2020/02/14; doi: 10.1186/s12940-020-00574-1

44. Rezende ECN, Carneiro FM, de Moraes JB, Wastowski IJ. Trends in science on glyphosate toxicity: a scientometric study. *Environ Sci Pollut Res Int* 2021. e-pub ahead of print 2021/06/01; doi: 10.1007/s11356-021-14556-4

45. Pahwa M, Beane Freeman LE, Spinelli JJ, Blair A, McLaughlin JR, Zahm SH *et al.* Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. *Scand J Work Environ Health* 2019; **45**(6)**:** 600-609. e-pub ahead of print 2019/06/28; doi: 10.5271/sjweh.3830

46. McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA *et al.* Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. *Cancer Epidemiol Biomarkers Prev* 2001; **10**(11)**:** 1155-1163. e-pub ahead of print 2001/11/09;

47. Hardell L, Eriksson M, Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. *Leuk Lymphoma* 2002; **43**(5)**:** 1043-1049. e-pub ahead of print 2002/08/01; doi: 10.1080/10428190290021560

48. De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF *et al.* Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. *Occup Environ Med* 2003; **60**(9)**:** E11. e-pub ahead of print 2003/08/26; doi: 10.1136/oem.60.9.e11

49. Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *Int J Cancer* 2008; **123**(7)**:** 1657-1663. e-pub ahead of print 2008/07/16; doi: 10.1002/ijc.23589

50. Orsi L, Delabre L, Monnereau A, Delval P, Berthou C, Fenaux P *et al.* Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. *Occup Environ Med* 2009; **66**(5)**:** 291-298. e-pub ahead of print 2008/11/20; doi: 10.1136/oem.2008.040972

51. Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M *et al.* Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. *Occup Environ Med* 2013; **70**(2)**:** 91-98. e-pub ahead of print 2012/11/03; doi: 10.1136/oemed-2012-100845

52. De Roos AJ, Blair A, Rusiecki JA, Hoppin JA, Svec M, Dosemeci M *et al.* Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. *Environ Health Perspect* 2005; **113**(1)**:** 49-54. e-pub ahead of print 2005/01/01; doi: 10.1289/ehp.7340

53. Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. *Mutat Res* 2019; **781:** 186-206. e-pub ahead of print 2019/07/26; doi: 10.1016/j.mrrev.2019.02.001

54. Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, Lynch CF *et al.* Glyphosate Use and Cancer Incidence in the Agricultural Health Study. *J Natl Cancer Inst* 2018; **110**(5)**:** 509-516. e-pub ahead of print 2017/11/15; doi: 10.1093/jnci/djx233

55. (EPA) EPA. Glyphosate issue paper: evaluation of carcinogenic potential. 2016. https://www.epa.gov/sites/production/files/2016-09/documents/glyphosate_issue_paper_evaluation_of_carcincogenic_potential.pdf. 2017.

56. Benbrook CM. How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides? . *Environ Sci Eur* 2019; **31:** 2–16.

57. Clausing P, Robinson C, Burtscher-Schaden H. Pesticides and public health: an analysis of the regulatory approach to assessing the carcinogenicity of glyphosate in the European Union. *J Epidemiol Community Health* 2018; **72**(8)**:** 668-672. e-pub ahead of print 2018/03/15; doi: 10.1136/jech-2017-209776

58. Portier CJ, Armstrong BK, Baguley BC, Baur X, Belyaev I, Belle R *et al.* Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). *J Epidemiol Community Health* 2016; **70**(8)**:** 741-745. e-pub ahead of print 2016/03/05; doi: 10.1136/jech-2015-207005

59. Guyton KZ, Loomis D, Grosse Y, El Ghissassi F, Benbrahim-Tallaa L, Guha N *et al.* Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. *Lancet Oncol* 2015; **16**(5)**:** 490-491. e-pub ahead of print 2015/03/25; doi: 10.1016/S1470-2045(15)70134-8