# EXHIBIT 7

```
 1   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 2   ------------------------------------------X
     IN RE:  ROUNDUP PRODUCTS      MDL No. 2741
 3   LIABILITY LITIGATION          Case No.
                        MDL No 3:16-md-02741-VC
 4   This document relates to:
     Carl and Karen Savory, husband
 5   and wife, v. Monsanto Company
     Case No. 3:20-cv-02403-VC                         .
 6   ------------------------------------------X
 7
 8
 9           WEDNESDAY, AUGUST 18, 2021
10        VIDEOTAPED DEPOSITION of Marc J.
11   Braunstein, M.D., conducted at the Inn at
12   Great Neck, 30 Cutter Mill Road, Great Neck,
13   New York commencing at 9:03 a.m., on the
14   above date, before Nicole Veltri, Registered
15   Professional Reporter and Certified Realtime
16   Reporter.
17
18
19
20
21
22
23
24
```

```
 1   A P P E A R A N C E S:
 2

     WAPNER, NEWMAN, BRECHER & MILLER, PC
 3        Attorneys for the Plaintiffs
          2000 Market Street, Suite 2750
 4        Philadelphia, Pennsylvania 19103
          BY: JARAD L. SILVERSTEIN, ESQ.
 5
 6

     THE PIORKOWSKI LAW FIRM, PC
 7        Attorneys for the Defendant
          MONSANTO COMPANY
 8        1800 K Street, NW, Suite 1000
          Washington, DC, 20006
 9        BY: JOSEPH D. PIORKOWSKI, JR., ESQ.
10
11
12
13
     ALSO PRESENT:
14   DANNY ORTEGA: Legal Videographer
15       *     *    *
16
17
18
19
20
21
22
23
24
```

 1   supporting all 60 of them in specific ways,

 2   then --

 3           (Reporter clarification.)

 4       A.   (continuing) Unless there were

 5   data supporting all 60 of them then, no, I

 6   agree with you.

 7       Q.   One other thing I wanted to ask

 8   you about had to do with we talked yesterday

 9   at a great length about the case-control

10   studies.

11       A.   Correct.

12       Q.   We went through and showed that

13   with the exception of De Roos 2003, all six

14   of the case-control studies that were listed

15   in Table 1 of your report did not show a

16   statistically significant increased risk of

17   non-Hodkin's lymphoma for ever users of

18   glyphosate when the data were adjusted for

19   use of other pesticides; is that correct?

20       A.   Yes.  I agree with you.

21       Q.   Similarly we talked about the

22   Pahwa study which also showed no

23   statistically significant increased risk of

24   NHL in ever users of glyphosate when the

1  data were adjusted for use of other

2  pesticides, correct?

3      A.   I agree, yes.

4      Q.   And we also talked about the

5  Agricultural Health Study which showed no

6  increased risk of NHL in ever users of

7  glyphosate, correct?

8      A.   Yes.  That was their conclusion.

9      Q.   So if we're looking at

10 consistency, which is one of the Bradford

11 Hill criteria, one -- is it fair to say that

12 one consistent finding from the body of

13 primary studies is that there's not a

14 statistically significant increased risk of

15 non-Hodkin's lymphoma in ever users of the

16 glyphosate when the data are adjusted for

17 use of other pesticides?

18          MR. SILVERSTEIN:  Objection to

19      form.

20     A.   So in the epidemiological data,

21 there were differences in conclusions

22 between the studies, yes, I would say

23 there's difference in consistency there

24 between epidemiology.

```
 1        Q.   There are differences?
 2        A.   There are differences in their
 3   conclusions, yes, when you look at the data.
 4        Q.   So what I'm asking you though is,
 5   is the conclusion that for ever use of
 6   glyphosate that there's not a statistically
 7   significant increased risk of non-Hodkin's
 8   lymphoma when the data are adjusted for use
 9   of other pesticides, is that a consistent
10   conclusion across the studies?
11             MR. SILVERSTEIN:  Objection to
12        form.
13        A.   In the studies we reviewed?
14        Q.   Yes.
15        A.   That was a common conclusion when
16   they made the adjustments in human studies.
17        Q.   Okay.
18             So let me turn back to Exhibit 18,
19   if we could.
20        A.   That's the Savory --
21        Q.   That's your report, yes, sir.
22   Okay.
23             So with respect to Exhibit 18 and
24   with respect to Mr. Savory, some of these
```

1  individual's immune response?

2      A.   I am not that familiar with the

3  data of all the causes of smoking, but it

4  does lead to several types of cancers; and

5  one mechanism of that may be through -- it's

6  affect on the immune system, so that's

7  conceivable.  But I'm not infinitely aware

8  of that.

9      Q.   You're saying you're not familiar

10 with the data of all the causes of smoking.

11     A.   Of all the smoking causes of

12 cancers.

13     Q.   Got it.

14          Now, Mr. Savory's body mass index

15 was consistently over 30 for the years, the

16 five years preceding his non-Hodkin's

17 lymphoma diagnosis, correct?

18     A.   Yes.

19     Q.   Do you have an understanding of

20 what the range was?

21     A.   In my report I estimated between

22 30 to 33.

23     Q.   Okay.

24          And we reviewed a couple of papers

1   on obesity yesterday, correct?

2       A.   Yes.  That's correct.

3       Q.   Indicating that DLBCL in

4   particular was associated with an increased

5   risk of non-Hodkin's -- an increased risk --

6   I'll start over.

7            We looked at a couple of papers

8   showing that DLBCL in particular, that the

9   risk of DLBCL was increased in patients who

10  have a BMI of 30 or above?

11      A.   That was the conclusion of those

12  papers, yes.

13      Q.   How are you able to exclude

14  obesity as contributing factor to

15  Mr. Savory's non-Hodkin's lymphoma?

16      A.   I don't think we can exclude it

17  entirely, but some of the studies I saw said

18  there was excess risk with even higher BMI

19  than his; but I agree with the studies we

20  looked at yesterday defined obesity as it is

21  with a BMI over 30, so it can't be a hundred

22  percent excluded.

23      Q.   Okay.

24           So let's talk a little bit about