| | |
|---|---|
| **WILKINSON STEKLOFF LLP** <br> Brian L. Stekloff (*pro hac vice*) <br> (bstekloff@wilkinsonstekloff.com) <br> Rakesh Kilaru (*pro hac vice*) <br> (rkilaru@wilkinsonstekloff.com) <br> 2001 M St. NW <br> 10th Floor <br> Washington, DC 20036 <br> Tel:  202-847-4030 <br> Fax: 202-847-4005 <br><br> **HOLLINGSWORTH LLP** <br> Eric G. Lasker (*pro hac vice*) <br> (elasker@hollingsworthllp.com) <br> 1350 I St. NW <br> Washington, DC 20005 <br> Tel:  202-898-5843 <br> Fax: 202-682-1639 <br><br> *Attorneys for Defendant* <br> *MONSANTO COMPANY* | **COVINGTON & BURLING LLP** <br> Michael X. Imbroscio (*pro hac vice*) <br> (mimbroscio@cov.com) <br> One City Center <br> 850 10th St. NW <br> Washington, DC 20001 <br> Tel:  202-662-6000 <br><br> **BRYAN CAVE LEIGHTON PAISNER LLP** <br> K. Lee Marshall (CA Bar No. 277092) <br> (klmarshall@bclplaw.com) <br> Three Embarcadero Center, 7th Floor <br> San Francisco, CA 94111 <br> Tel:  415-675-3400 <br> Fax: 415-675-3434 <br><br> Jed P. White (CA Bar No. 2392339) <br> (jed.white@bclplaw.com) <br> 120 Broadway, Suite 300 <br> Santa Monica, CA 90401 <br> Tel:  310-576-2100 <br> Fax: 310 -576-2200 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> *Bradley Koen v. Monsanto Company* <br> 3:20-cv-03074-VC | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC <br><br> **DECLARATION OF ERIC G. LASKER IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF EXPERTS MICHAEL FREEMAN AND MICHAEL SCOLA UNDER RULE 702** |

## DECLARATION OF ERIC G. LASKER

I, Eric G. Lasker, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hollingsworth LLP, attorneys of record for Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto Company's motion to exclude Plaintiff Bradley Koen experts Michael Scola and Michael Freeman on Rule 702 grounds. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the deposition of Michael Scola in the above-captioned matter, dated August 30, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the deposition of Michael D. Freeman in the above-captioned matter, dated August 17 and 25, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Michael D. Freeman's expert report disclosed in the above-captioned matter, dated June 30, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Michael Scola's expert report disclosed in the above-captioned matter, dated June 29, 2021.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed in Washington, DC on September 22, 2021.

/s/ Eric G. Lasker
Eric G. Lasker, Esq.
(elasker@hollingsworthllp.com)
Hollingsworth LLP
1350 I Street, NW
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639

*Attorney for Defendant
Monsanto Company*

DECLARATION OF ERIC G. LASKER ISO MOTION TO EXCLUDE MICHAEL FREEMAN AND MICHAEL SCOLA
3:20-CV-03074-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of September, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Eric G. Lasker