# EXHIBIT 4

Michael Scola, MD

Carol Simon Cancer Center, 2nd floor

100 Madison Avenue

Morristown, New Jersey 07960

June 29, 2021

Re: B Koen

DOB:

## Case Summary

Bradley Koen, is a 51 year old male, medical history notable for hypertension, gastroesophageal reflux disease, and obesity who, on January 12, 2018, at age ▇ presented to Saint David's Medical Center with abdominal discomfort, nausea, and sweats. His initial CT scan showed extensive mid-abdominal, retroperitoneal inflammatory stranding with associated lymphadenopathy, suggestion of splenic infarct, and possible bilateral pyelonephritis. He was treated with antibiotics, evaluated initially by Hematology-Oncology and discharged on Eliquis anticoagulation.

He subsequently underwent an ultrasound of the breast to evaluate progressive right axillary swelling, the results reveling suspicious findings, for which biopsy was recommended. A follow-up MRI of the abdomen February 23, 2018 showed interval worsening of retroperitoneal lymphadenopathy and a soft tissue, amorphous mass extending to bilateral renal hila. This prompted a right axillary lymph node core biopsy March 2, 2018, pathology consistent follicular lymphoma, nodular and diffuse growth pattern with excisional lymph node biopsy subsequently pursued, final pathology that of grade 1-2 follicular lymphoma, nodular pattern but markedly increased proliferative index, felt more consistent with a grade 3 follicular lymphoma. Bone marrow biopsy showed involvement by follicular lymphoma.

He was admitted to Saint David's Medical Center March 19, 2018 with bloody diarrhea secondary to severe sigmoid ischemic colitis, at which time Eliquis was discontinued, and R-CHOP chemotherapy initiated, dated March 27, 2018. Xarelto anticoagulation was started around the time of his 4th cycle with PET scan August 3, 2018 following his 6th cycle of chemotherapy showing a decrease in size and radiotracer activity of residual lymphadenopathy, Deauville score 4. At this time, conversation was had regarding the possible initiation of maintenance Rituxan

Unfortunately, by October 12, 2018 follow-up CT showed interval worsening of lymphadenopathy in the right axilla, retroperitoneum and right iliac chain; bone marrow biopsy failing to show evidence of persistent lymphoma. Another CT scan was pursued December 24, 2018 when he returned to Saint David's Medical Center with hematuria, this time showing progression of retroperitoneal lymphadenopathy.

Upon follow-up January 16, 2019, he had left groin pain and painful right axillary lymphadenopathy with some constipation and dyspepsia, with the decision made to begin Rituxan maintenance, delivered January 25, 2019. He returned to Saint David's Medical Center January 31, 2019 with left lower quadrant abdominal pain radiating to the left testicle, CT scan showing progression of retroperitoneal lymphadenopathy, worsening left-sided hydronephrosis, with notable nephrolithiasis. He was evaluated by both Dr. DeCelis (Hematology- Oncology), and Urology and subsequently discharged.

On March 27, 2019, he returned to Saint David's Medical Center with constipation, shortness of breath, CT scan showing extensive progression of bulky lymphoma above and below the diaphragm, bilateral large pleural effusions, for which thoracentesis was pursued, removing 2 L of fluid. Pathological analysis confirmed the presence monoclonal B-cells, lambda positive, CD10 positive. A CT-guided bone marrow biopsy failed to reveal residual/active lymphoma. He proceeded to salvage chemotherapy consisting of obinutuzumab and bendamustine, 1st cycle delivered in hospital, April 3, 2019.

He had additional emergency room visits with left flank pain in May of 2019 and shortness of breath July 2019, CT imaging showing improving lymphadenopathy, with persistent large left pleural effusion.

August 19, 2019, he did seek opinion by Dr. Aravind Ramakrishna at the South Austin Medical Center for stem cell transplant opinion. The possibility of large-cell transformation was considered as well as possible need for biopsy to exclude transformation.

He did finish obinutuzimab/ Rituxan chemotherapy on August 23, 2019, returning September 13, 2019 with left foot numbness and pain in his left buttock. A subsequent PET scan September 19, 2019 showed increased, intense hypermetabolism corresponding to left presacral/internal iliac adenopathy, most consistent with lymphomatous disease, with other sites showing a positive treatment response, particularly abdominal, retroperitoneal, and mesenteric lymphadenopathy. He did complete a CT-guided biopsy of the pelvic mass confirming transformation to diffuse large B-cell lymphoma.

He went on to receive 2 cycles of R-ICE chemotherapy with partial remission followed by high-dose chemotherapy ("BEAM") and autologous bone marrow transplant on December 27, 2019. Unfortunately, follow-up CT scan February 19, 2020 showed increasing right axillary and new pelvic lymph nodes concerning for recurrent disease. Based on this, he did enroll in a CAR- T trial, with T-cell collection, manipulation and infusion. By early follow-up PET evaluation, June 8, 2020, he demonstrated a complete response, which has been sustained. His post CAR-T course has been complicated by pancytopenia for which he pursues ongoing follow-up.

### Assessment

Non-Hodgkin lymphoma (NHL) represents one of the most frequent malignancies, with an incidence increasing steadily in North America and other industrialized countries, largely due to advancing age and earlier detection. Non-Hodgkin lymphoma represents approximately 5% of new malignancies, currently the 7th most common malignancy in men and women.

The majority of NHL are of B-cell subtype, and are frequently classified based upon prevailing growth behavior as either low, intermediate, or high-grade. Individuals presenting with intermediate to high-

grade NHL typically have symptoms at presentation that require urgent treatment, with the therapeutic goal of cure.

Individuals with low-grade lymphoma, may not require treatment until symptoms develop, with treatment typically geared at alleviating symptoms, eliminating lymphoma burden, and prolonging lymphoma- free survival. Follicular lymphoma is the most common indolent lymphoma, with an estimated 15,000 cases annually, and is typically associated with a favorable prognosis. Although cure is rarely achieved, the disease is generally effectively managed with multiple therapeutic options and rarely threatens survival. A typical patient with follicular lymphoma will achieve many years or even decades of disease- free existence following initial therapy, prior to progressing and requiring additional treatment. Infrequently, individuals may have an aggressive form of follicular lymphoma, with early relapse similar to that of Mr Koen.

Any low-grade lymphoma, but particularly follicular lymphoma, can transform into a higher grade lymphoma, typically diffuse large B-cell subtype, with a 3% per year reported risk of high-grade transformation. Once transformation occurs, prognosis worsens, and treatment is similar to that of traditional large-cell lymphoma, generally high-dose combination chemotherapy. Any relapse of large-cell lymphoma would require consideration of autologous bone marrow transplant or use a salvage regimen such as CAR -T therapy, a novel therapy employing autologous T-cells, manipulated to enhance anticancer affect.

Mr. Koen presented with follicular lymphoma with higher risk features, for which he was treated with R-CHOP chemotherapy, representing a popular first-line regiment, particularly for individuals with a more aggressive subtype of follicular lymphoma. Disappointingly, he demonstrated a suboptimal response, with short treatment-free interval and subsequent progression. He then transitioned to salvage chemotherapy with obinutuzumab and Rituxan. At some point, his disease did transform to diffuse large B-cell NHL, which was no longer responsive to conventional follicular NHL treatment regimens. Despite high-dose chemotherapy and autologous stem cell transplant, his disease (now that of diffuse large B-cell lymphoma) rapidly recurred, with the only curative option that of CAR-T therapy, which he was able to receive on clinical trial. By most recent imaging/evaluation, he remains in remission.

Most NHL occur without any clearly identifiable risk factor/precipitating exposure variable and likely find their origin in the complex interplay between environmental carcinogens; an underlying intrinsic, age-related mutational propensity; and individual, patient-specific genomic susceptibilities. A variety of environmental risk factors have been linked to NHL in general, while others to specific subtypes of NHL. These environmental factors include viral and bacterial infections as well as certain occupational exposures. Exposure to certain pesticides and herbicides and development of NHL has been suggested, which may account for the higher incidence of NHL lymphoma among agricultural worker as well as in individuals of rural population centers compared to more urban sites.

Glyphosate has been used as a broad-spectrum, post-emergent herbicide since 1974 and currently represents the most commonly used herbicide worldwide both for residential as well as commercial use. The safety and potential carcinogenicity has been extensively evaluated for decades by both US and international investigators and scientists, as well- as independent Commissions and State-sponsored regulatory entities, with ongoing controversy and uncertainty.

KOEN007969

The first assessment of glyphosate's carcinogenic potential was pursued by the US EPA in 1985 (then known as the Toxicology Branch AD Hoc Committee). At that time it was classified as "Group C" (possibly carcinogenic to humans) with evidence mostly derived from animal studies and "little to no human data" ( Critical Reviews in Toxicology, 2016 Vol 46, No S1, 3-20).

Over time, new epidemiology and genotoxicity data accumulated in the literature which ultimately prompted a comprehensive US EPA Human Health Risk Assessment in 2012, concluding that "no evidence of carcinogenicity was found in mice or rats" and "glyphosate does not pose a cancer risk to humans." (Crit Rev in Tox, 2016). This stood in contradiction to a subsequent, comprehensive evaluation by the International Agency for Research on Cancer (IARC) Working Group in 2015, published in Lancet Oncology, which classified glyphosate as "probably carcinogenic to humans" noting strong mechanistic evidence and positive associations for non-Hodgkin lymphoma in some epidemiologic studies, " based on limited evidence in humans and sufficient evidence in experimental animals." (Lancet, Guyton et. Al, 2015)

Since the IARC publication, additional studies have refuted the proclamation of a cancer link. One such study is the Agriculture Health Study, a large prospective cohort study, which showed no association between glyphosate and any solid tumor or lymphoid malignancy overall, including non-Hodgkin's lymphoma. (Journal in National Cancer Institute (2018), 110 (5))

The use of meta-analyses is a potentially powerful statistical tool to overcome bias introduced by smaller, individual studies or studies conducted by proprietary organizations. Two contemporary and frequently referenced meta-analyses evaluating the potential link between glyphosate exposure and NHL are available for review. The first, by Zhang et.al., published in Mutational Research 2019 aggregated data from the Agriculture Health Study referenced above, with five additional case control studies. The authors concluded that, "in accordance with evidence from experimental animal and mechanistic studies, our current meta-analysis of human epidemiological studies suggests a compelling link between exposure to glyphosate based herbicides and an increased risk for non-Hodgkin's lymphoma.

This meta-analysis was further analyzed by exposure level to glyphosate and by latency period to development of NHL, concluding that an association between glyphosate and non-Hodgkin's lymphoma was strongest with a 20 year lag (latency) period and highest exposure level (relative risk of 1.41 ) and a 15 year lag period (relative risk of 1.25). (Kabat et. al, Cancer Causes Control, 2021 April; 32 (4))

The second meta-analysis by Donato et. al. published in La Medicina del Lavoro, 2020, found "no overall evidence of an increased risk for both NHL or myeloma in subjects occupationally exposed to glyphosate, but in secondary analyses, detected a small increase in risk for the category with highest level of exposure as well as for diffuse large B cell lymphoma."

Dennis Weisenburger provided an additional detailed review of epidemiological and animal studies genotoxic data, as well as a plausible mechanism for B lymphocyte transformation to support his conclusion that glyphosate and glyphosate based formulations cause non-Hodgkin lymphoma in humans exposed to these agents, admitting additional research studies are needed. (Clinical Lymphoma, Myeloma and Leukemia, May 26, 2021; 16.)

KOEN007970

Mr. Koen had substantial exposure to glyphosate dating back to the 1990s at multiple residents, including his own home where it was used more casually and his father's ranch with more substantial application and potential exposure. Ultimately he did develop an atypically aggressive form of follicular NHL at a younger age. Although it is difficult to establish a link between glyphosate exposure and cancer in general, there are more compelling data suggesting a causal relationship with NHL, particularly with more substantial exposure and with higher grade variants of NHL. Mr. Koen reported a rather extensive glyphosate exposure, and he continues to receive care for his aggressive high grade, diffuse large B cell NHL. Based on this and my interpretation of the prevailing literature, it is possible that glyphosate exposure contributed to his diagnosis of NHL.

All opinions expressed in this report, unless otherwise stated, or held by me to a reasonable degree of medical certainty.

Sincerely,

Michael Scola, MD