# EXHIBIT 1

Expert report of Ariel D. Teitel, MD
In support of specific causation
On behalf of Carl Savory

June 21, 2021

1. Qualifications

I received my undergraduate degree in biology/psychology from Columbia University in 1980. I received my MD from George Washington University in 1985. I completed an internship and residency in internal medicine at George Washington university and the Washington Hospital Center 1988. I completed a rheumatology fellowship at Hospital for Special Surgery and NY Hospital in 1992. I am board certified in internal medicine and rheumatology.

Following my training I became head of rheumatology at Jersey City Medical center until 2001. In 2001 I became rheumatology program director at St. Vincent's hospital in Manhattan, and then rheumatology division director. In 2010 I joined the faculty at NYU Langone as a Clinical Associate Professor of Medicine. I have maintained an active clinical practice since completing my training. I have done basic and clinical research on multiple rheumatology topics. I have been involved in teaching students, residents and rheumatology fellows. I have published many articles in peer reviewed journals. I received a NY state ECRIP grant for a 2 year outcomes research study.

2. Prior expert work and compensation

I have previously testified in court and depositions and have done many expert reviews of malpractice cases. I have not given any testimony, either at trial or deposition, over the past 4 years. My hourly fee is $350.

3. Background

I was retained in this case to assess whether Mr. Savory's Non-Hodgkin's lymphoma (NHL) was more likely due to his chronic exposure to Roundup/glyphosate based formulations (GBF) than his chronic rheumatoid arthritis (RA). I have reviewed the medical literature regarding GBF and lymphoma. I also carefully evaluated the medical literature regarding RA as a causative/risk factor for NHL. I reviewed the extensive medical records of Mr. Savory which included laboratory, x-ray reports, reports from his treating physicians including primary care, oncology, orthopedics and rheumatology. I have based my opinion using the scientific method evaluating Mr. Savory's risk factors

for NHL and those that are known for RA and GBF exposure.  Further, I have based my opinions on my nearly 30 years of experience as an attending rheumatologist who has treated thousands of patients with RA, as well my training and understanding of the existent medical literature. I reserve the right to amend or revise this report if further information is given to me or to respond to the opinions and testimony of Monsanto's experts.

4.  History of present illness

Mr. Savory, then ▇ yo,  experienced severe right shoulder pain which led to a humeral biopsy in October, 2019, which revealed B-cell NHL, subtype DLBCL. A PET/CT scan on 10/18/19 revealed uptake in the right shoulder and left femoral neck. Pathologic fracture of the left hip was diagnosed and ORIF was performed on 11/19/19. Right shoulder hemiarthroplasty followed on 11/22/19 due to pathologic fracture. Radiation therapy 11/22/19 to 12/2/19 was given to the left hip, right shoulder and cervical spine. R-CHOP chemotherapy was initiated on 1/5/20.

5.  Past medical history

Mr. Savory was diagnosed with seropositive rheumatoid arthritis in 2004. He had intermittent treatment until 2014 when he received prednisone and sulfasalazine from Dr. Moidel a rheumatologist. He was on Xeljanz in 2019.
    In 2003 Mr. Savory had hepatitis C, treated with a year of interferon. He has chronic BPH, HTN, history of TIA/stroke. Former smoker but it is unclear when he stopped or for how long he smoked when examining his medical records in conjunction with his deposition testimony.

6.  Past surgical history

As above and several skin cancers.

7.  Allergies; NKDA

8.  Social history

Pt. smoked. He is married. He worked in construction.

9.  Exposure history

Patient used Roundup grass and weed killer from 1990 to 2019. He used it on his property a minimum of twice weekly at least 4 months out of the year during that time. This represents a minimum of 928 exposure hours and 116 8 hour days as calculated by Dr.Ronald J. Kendall, an environmental toxicologist.

10. RA as causative factor for NHL.
    It is known that patients with RA are at an increased risk for malignancy, including NHL The risk is approximately two fold that of age and risk matched controls.  https://pubmed-ncbi-nlm-nih-gov.ezproxy.med.nyu.edu/26271620/
    Incidence of malignancy in adult patients with rheumatoid arthritis: a meta-analysis.

AU

   Simon TA, Thompson A, Gandhi KK, Hochberg MC, Suissa S

SO

   Arthritis Res Ther. 2015;17:212. Epub 2015 Aug 15

    The risk of lymphoma for RA patients is correlated with the level of disease activity. More severe RA confers a higher risk.

   Incidence of lymphoma in a large primary care derived cohort of cases of inflammatory polyarthritis.

AU

   Franklin J, Lunt M, Bunn D, Symmons D, Silman A

SO

   Ann Rheum Dis. 2006;65(5):617. Epub 2005 Oct 25.

    The medications used for RA can also increase the risk of malignancy/lymphoma. The relative risk increases range from 1.2 for methotrexate to 1.4 for azathioprine and 2.2 for cyclophosphamide use. Mr. Savory did not have sustained use of these medications.

   Hematologic malignant neoplasms after drug exposure in rheumatoid arthritis.

AU

   Bernatsky S, Clarke AE, Suissa S

SO

   Arch Intern Med. 2008;168(4):378.

Mr. Savory has a history of rheumatoid arthritis.  His former rheumatologist, Dr. Moidel, diagnosed same and placed him on medications.  Overall, Mr. Savory seems to have been at a low level for many years. He did not require remittive therapy until 2014. As

such, to a reasonable degree of medical certainty, it is my medical opinion that Mr. Savory's rheumatoid arthritis was <u>not</u> a substantial factor in his development of NHL. While it can slightly increase a person's risk in developing lymphoma generally, in Mr. Savory's case specifically it is clear that his chronic and frequent exposure to Glyphosate in Roundup over a three decade period was a substantial factor and, in my opinion, the main cause of his development of NHL.

Ariel D. Teitel, MD