1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> *Carl and Karen Savory, husband and wife* v. Monsanto Company <br> Case No. 3:20-cv-02403 | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC <br><br> **DECLARATION OF ERIC G. LASKER IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE PLAINTIFF'S SPECIFIC CAUSATION EXPERT DR. MARC BRAUNSTEIN ON RULE 702 GROUNDS** |
|---|---|

1                          **DECLARATION OF ERIC G. LASKER**

2          I, Eric G. Lasker, declare as follows:

3          1.          I am an attorney at law admitted to practice before all of the courts in the state of

4   California.  I am an attorney with the law firm Hollingsworth LLP, counsel of record for

5   Defendants Monsanto Company ("Monsanto") in the above-referenced action.  I am over eighteen

6   years of age and am fully competent to make this Declaration in support of Monsanto Company's

7   motion to exclude Plaintiff Carl Savory's specific's causation expert Dr. Marc Braunstein on Rule

8   702 grounds.  Except where otherwise stated, I have personal knowledge of the following, and if

9   called upon to testify as a witness, I could and would competently testify to the matters stated

10  herein.

11         2.          Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the

12  deposition of Dr. Marc Braunstein taken in the matter *Thomas v. Monsanto,* 3:20-cv-08051-VC,

13  dated August 17, 2021.

14         3.          Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff Carl Savory's

15  First Amended Plaintiff Fact Sheet.

16         4.          Attached hereto as **Exhibit 3** is a true and correct copy of the trial preservation

17  deposition of Plaintiff Carl Savory, dated July 9, 2020.

18         5.          Attached hereto as **Exhibit 4** is a true and correct copy of the discovery deposition

19  of Plaintiff Carl Savory, dated June 22, 2020.

20         6.          Attached hereto as **Exhibit 5** is a true and correct copy of the deposition of Dr.

21  Marc Braunstein taken in the above-captioned matter, dated August 18, 2021.

22         7.          Attached hereto as **Exhibit 6** is a true and correct copy of the deposition of Dr.

23  Ariel Teitel taken in the above-captioned matter, dated August 10, 2021.

24         8.          Attached hereto as **Exhibit 7** is a true and correct copy of Dr. Ran Reshef's expert

25  report in the above-captioned matter, dated August 5, 2021.

26         9.          Attached hereto as **Exhibit 8** is a true and correct copy of Dr. Marc Braunstein's

27  expert report in the above-captioned matter, dated June 25, 2021.

28
                                            2

1    I hereby declare under penalty of perjury under the laws of the State of California and the

2  United States of America that the foregoing is true and correct.

3    Executed September 22, 2021, at Santa Monica, California.

4

5                                                       */s/ Eric G. Lasker*
                                                        Eric G. Lasker
6                                                       HOLLINGSWORTH LLP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of September, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Eric G. Lasker*

Eric G. Lasker

HOLLINGSWORTH LLP

1

CERTIFICATE OF SERVICE