# EXHIBIT 1

```
 1  UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
 2  ------------------------------------------X
    This document relates to:
 3
    Troy Wilson Thomas and Josephine
 4  Ventura, husband and wife,
    v. Monsanto Company
 5  Case No. 3:20-cv-08051-VC
 6                                            .
    ------------------------------------------X
 7
 8
 9          TUESDAY, AUGUST 17, 2021
10      VIDEOTAPED DEPOSITION of Marc J.
11  Braunstein, M.D., conducted at the Inn at
12  Great Neck, 30 Cutter Mill Road, Great Neck,
13  New York, commencing at 9:05 a.m., on the
14  above date, before Nicole Veltri, Registered
15  Professional Reporter and Certified Realtime
16  Reporter.
17
18
19
20
21
22
23
24
```

```
 1   A P P E A R A N C E S:
 2

     WAPNER, NEWMAN, BRECHER & MILLER, PC
 3       Attorneys for the Plaintiffs
         2000 Market Street, Suite 2750
 4       Philadelphia, Pennsylvania 19103
         BY: JARAD L. SILVERSTEIN, ESQ.
 5       jsilverstein@wapnernewman.com
 6
     THE PIORKOWSKI LAW FIRM, PC
 7       Attorneys for the Defendant
         MONSANTO COMPANY
 8       1800 K Street, NW, Suite 1000
         Washington, DC, 20006
 9       BY: JOSEPH D. PIORKOWSKI, JR., ESQ.
         JPiorkowski@PiorkowskiLaw.com
10
11   NELSON MULLINS
         Attorneys for the Defendant
12       MONSANTO COMPANY
         1320 Main Street, 17th Floor
13       Columbia, South Carolina 29201
         BY: ELAINE YAP, ESQ.
14       elaine.yap@nelsonmullins.com
15
16
     ALSO PRESENT:
17   DANNY ORTEGA: Legal Videographer
18        *     *     *
19
20
21
22
23
24
```

1  publications, it appears that multiple
2  myeloma is a strong area of research
3  interest it appears?
4       A.   That's correct.
5            MR. SILVERSTEIN:  Objection to
6       form.
7       Q.   And it appears that over half of
8  your publications relate to multiple
9  myeloma; is that correct?
10      A.   I haven't tallied them up but a
11 substantial portion, yes.
12      Q.   Within hematology/oncology
13 community, are you regarded as the -- for
14 lack of a better term -- in-house expert on
15 multiple myeloma?
16           MR. SILVERSTEIN:  Objection to the
17      form.  You can answer.
18      A.   Among my colleagues, yes.  They
19 ask me for advice on multiple myeloma, yes.
20      Q.   How -- your practice
21 encompasses -- let me back up.
22           So you are a hematologist and an
23 oncologist, correct?
24      A.   Yes.

1  yes.
2     Q.  And is it true that in the vast
3  majority of cases, you're not able to
4  determine what was the cause of their
5  non-Hodgkin's lymphoma?
6     A.  It's a case-by-case basis, and
7  non-Hodgkin's lymphoma is a broad term for
8  different types of lymphoma.  When we can,
9  we try to help them identify something that
10 may be reversible; but they do often ask
11 that question.
12    Q.  So my -- I understand there are
13 individual cases where you may be able to
14 identify something reversible like,
15 H. pylori infection for MALT, M-A-L-T?
16    A.  Of course.
17    Q.  In that case, you would treat the
18 underlying infection as part of your overall
19 treatment?
20    A.  That's correct.
21    Q.  But my question is, if you look at
22 the majority of patients that you see, is it
23 fair to say that in the majority of cases
24 you're not able to identify the specific

1  cause for non-Hodgkin's lymphoma?
2      A.   I would agree with that for the
3  majority of cases you're not able to.
4      Q.   Before you became involved in this
5  litigation, had you ever told any of your
6  patients that Roundup was the cause of their
7  non-Hodgkin's lymphoma?
8      A.   No, sir.
9      Q.   Have you ever told a patient that
10 Roundup was the cause of their lymphoma
11 including since you became involved?
12     A.   Not to my knowledge, no.
13     Q.   Have you ever published any
14 articles about risk factors or causes of
15 non-Hodgkin's lymphoma generally or diffuse
16 large B-cell lymphoma specifically?
17     A.   I have not.
18     Q.   Have you published any article
19 about any aspect of the diagnosis or
20 treatment of non-Hodgkin's lymphoma?
21     A.   I have not.
22     Q.   Have you ever designed an
23 epidemiologic study on Roundup or
24 glyphosate?

1    A.    I have not.
2    Q.    Have you ever defined an
3  epidemiologic study on any pesticide?
4    A.    No, sir.
5    Q.    Have you ever conducted an
6  epidemiologic study on Roundup or
7  glyphosate?
8    A.    No, I have not.
9    Q.    Have you ever conducted an
10 epidemiologic study on any pesticide?
11   A.    I have not.
12   Q.    Have you ever published an
13 epidemiologic study on Roundup or
14 glyphosate?
15   A.    No, sir.
16   Q.    Have you ever published an
17 epidemiologic study on any pesticide?
18   A.    I have not.
19   Q.    Do you have any -- do you have an
20 advanced graduate degree in addition to your
21 medical degree?
22   A.    I am a PhD as well, yes.
23   Q.    What did you study as part of your
24 PhD?

1  number six and that was number eight.
2       Q.   On Exhibit 3?
3       A.   Yes, yes.
4       Q.   Have you ever designed or
5  conducted animal studies on Roundup for
6  glyphosate?
7       A.   No, sir.
8       Q.   Have you ever designed or
9  conducted animal studies on any pesticide?
10      A.   No, sir.
11      Q.   Do you consider yourself to be an
12 expert in the design and conduct of animal
13 carcinogenicity studies?
14      A.   I don't consider myself an expert.
15      Q.   Have you ever served as a
16 consultant to a company or to a regulatory
17 agency with respect to interpretation of
18 animal carcinogenicity studies?
19      A.   No, sir.
20      Q.   Have you ever designed or
21 conducted genotoxicity studies on Roundup or
22 glyphosate?
23      A.   No, sir.
24      Q.   Have you ever designed or

1  conducted, genotoxicity studies on any
2  chemical product?
3       A.   No, sir.
4       Q.   Other than the reading that you've
5  done for this case, do you have any
6  experience, education, or expertise in the
7  carcinogenicity of glyphosate or Roundup?
8       A.   No, sir.
9       Q.   Have you ever personally used
10 Roundup?
11      A.   I have not.
12      Q.   So let me just ask you some
13 questions.  This is under the heading of
14 cell biology and understanding some things
15 about lymphocytes.
16      A.   Sure.
17      Q.   Is it correct that most of the
18 cells in our body replicate; is that right?
19      A.   That's not correct.
20      Q.   That's not correct?
21      A.   I disagree.  There are some cells
22 that are senescent meaning they tend to stay
23 put and don't divide, and then there are
24 some cells that divide infrequently; and

1 whether they cause.  In other words, when I
2 think of cause I think that if you have
3 this.  You're very likely to develop the
4 disease.  I would consider them more risk
5 factors.  In other words, you have it.  It's
6 a potential risk that increases.
7     Q.  What autoimmune diseases do you
8 regard as being risk factors for the
9 development of non-Hodgkin's lymphoma?
10     A.  I would say the most -- two that
11 are most common are rheumatoid arthritis and
12 lupus, systemic lupus; but I believe also
13 others such as Sjogren's disease could be a
14 risk factor.
15     Q.  Do you know whether psoriatic
16 arthritis is a risk factor?
17     A.  I'm not sure.
18     Q.  With respect to rheumatoid
19 arthritis and systemic lupus, are they
20 associated with a particular type of
21 non-Hodgkin's lymphoma; or is that a general
22 association of --
23     A.  I believe it's a general
24 association.  They may have been associated

1  intimately familiar.  I don't prescribe them
2  often but, yes.
3      Q.   And they're referred to NSAIDs as
4  a class?
5      A.   Oh, yes.  I'm familiar with
6  NSAIDs, yes.
7      Q.   Are you aware of any medical
8  literature indicating that NSAIDs have been
9  associated with non-Hodgkin's lymphoma?
10     A.   I'm not aware of literature on
11 that.
12     Q.   Are you aware of any literature
13 looking at acetaminophen and whether it's
14 associated with non-Hodgkin's lymphoma?
15     A.   No, sir.
16     Q.   Are you aware of any literature on
17 tricyclic antidepressant medications and
18 association with non-Hodgkin's lymphoma?
19     A.   I don't prescribe them.  I'm not
20 familiar; I'm sorry.
21     Q.   Whether you prescribe them or not
22 though, if a medication had an association,
23 that would still be relevant to you?
24     A.   That is a fair point.  I agree

1    A.   Okay.
2    Q.   Would you agree with me that
3 there's not a consensus in the medical
4 profession that glyphosate causes
5 non-Hodgkin's lymphoma?
6    A.   I would agree that the literature
7 is -- the literature is not definitive on
8 that; and, therefore, that leads the debate.
9    Q.   Well, not only is it not
10 definitive, there's a number of individuals
11 who have strongly staked out the position
12 that glyphosate does not cause non-Hodgkin's
13 lymphoma, correct?
14         MR. SILVERSTEIN:  Objection to the
15    form.
16    A.   I am not aware of which
17 individuals you're referring to; but I would
18 say, you know, based on different things
19 I've read, there are differences in
20 opinions.  So, you know, it clearly --
21 there's debate about this; so I would
22 concede that there is debate in the field in
23 general and in the world about the status of
24 glyphosate as a carcinogen.

1  Q.  It's fair to characterize it as
2  controversial?
3       MR. SILVERSTEIN:  Objection to
4  form.
5  A.  Well, it's not; controversial is
6  necessarily a term we use frequently in
7  literature.  I mean, controversy may be
8  argumentive in a way whereas debate, you
9  know, it's debatable how you interpret the
10 literature.  If you want to call it
11 controversial, sure.
12 Q.  When we were talking earlier, you
13 were alluding to people who had different
14 views of the literature as differing in your
15 assessment of how they understood the
16 science.  Do you recall that discussion?
17 A.  I think that's part of -- yes, I
18 think that's part of science in general.
19 Q.  And do you think that with respect
20 to the question of whether glyphosate can
21 cause non-Hodgkin's lymphoma, that
22 reasonable scientific minds can differ?
23 A.  I think they do in this case, yes.
24 Q.  I want to turn to -- hang on one