# EXHIBIT 3



Deposition of:
## Carl Savory

*July 9, 2020*

In the Matter of:

# Savory, Carl And Karen Vs. Monsanto Co.

Veritext Legal Solutions
888.777.6690 | cs-midatlantic@veritext.com | 215-241-1000

1                 UNITED SATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA

2

3     IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION

4   CARL SAVORY AND KAREN SAVORY, :   NO. 3:20-CV-02403-VC
    Husband and Wife,                :

5                                    :

                  vs.                :

6                                    :

    MONSANTO COMPANY,                :

7                 Defendant       :

8          VIDEOTAPE DEPOSITION OF CARL SAVORY

9                   Taken in the SpringHill Suites,

10   1930 John Fries Highway, Quakertown, Pennsylvania, on

11   Friday, July 9, 2020, commencing at 11:00 a.m.,

12   before Suzanne L. E. Toto, Registered Professional

13   Reporter and Tejash Patel, Videographer.

14   APPEARANCES:

15                WAPNER, NEWMAN, WIGRIZER,
                 BRECHER & MILLER, P.C.

16                BY:  JARAD SILVERSTEIN, ESQ.
                 2000 Market Street

17                Suite 2750
                 Philadelphia, PA  19103

18                215-569-0900
                 jsilverstein@wapnernewman.com

19                 -- For The Plaintiffs

20

21

22

23                     * * *

                 VERITEXT LEGAL SOLUTIONS

24                 MID-ATLANTIC REGION

                 4949 Liberty Lane, Suite 200

25                   Allentown, PA  18106

Page 2

1    APPEARANCES:   (CONTINUED)
2                        SHOOK, HARDY & BACON, LLP
                         BY:   MATHEW L. LARSEN, ESQ.
3                        2555 Grand Boulevard
                         Kansas City, MO   64108
4                        816-474-6550
                         mlarsen@shb.com
5                          -- For The Defendant
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23                                 *  *  *
                      VERITEXT LEGAL SOLUTIONS
24                       MID-ATLANTIC REGION
                      4949 Liberty Lane, Suite 200
25                      Allentown, PA   18106
                          (610) 434-8588

Page 3

```
 1                     I N D E X
 2                    WITNESSES
 3  ALL WITNESSES:                        PAGE:
 4
      CARL SAVORY:
 5      Direct Examination by MR. SILVERSTEIN  5:5
        Cross-Examination by MR. LARSEN       66:10
 6      Redirect Examination by MR.
    SILVERSTEIN                              108:13
 7
 8
 9                     E X H I B I T S
10  NO.:   DESCRIPTION:                    PAGE:
11  1      Photograph:
           For Identification              17:9
12
    2      Photograph:
13         For Identification              18:17
14  3      Photograph:
           For Identification              20:7
15
    4      Photograph:
16         For Identification              21:16
17  5      Photograph:
           For Identification              22:16
18
    6      Photograph:
19         For Identification              23:21
20  7      Photograph:
           For Identification              25:6
21
    8      Photograph:
22         For Identification              27:1
23
24         *Exhibits not in custody of court reporter.
25
```

Page 4

1              THE VIDEOGRAPHER:  We are now on the

2  record.  My name is Tejash Patel.  I'm a videographer

3  from Modern Legal Technologies, Inc.  Today's date is

4  July 9th, 2020, and the time is approximately 11:07

5  a.m.

6              This video deposition is being held at

7  SpringHill Suites at 1930 John Fries Highway,

8  Quakertown, Pennsylvania.

9              This is in the matter of Carl Savory,

10  et al versus Monsanto Company.  This is for the

11  United States District Court Northern District of

12  California.

13              The deponent is Carl Savory.

14              Will counsel please identify

15  themselves.

16              MR. SILVERSTEIN:  My name is Jarad

17  Silverstein from the law firm of Wapner, Newman,

18  Wigrizer, Brecher and Miller on behalf of the

19  Plaintiffs, Carl and Karen Savory.

20              MR. LARSEN:  This is Matt Larsen with

21  the law firm of Shook, Hardy and Bacon on behalf of

22  the Defendant Monsanto Company.

23              THE VIDEOGRAPHER:  The court reporter

24  today is Suzanne Toto.  And she will swear the

25  witness.

```
                                                       Page 5
 1                          *   *   *
 2                  CARL SAVORY, having been duly
 3    sworn, was examined and testified as follows:
 4                          *   *   *
 5                  DIRECT EXAMINATION
 6    BY MR. SILVERSTEIN:
 7    Q.          Good morning, sir.
 8    A.          Morning.
 9    Q.          Can you please state your name for the
10    Jury?
11    A.          Carl Savory.
12    Q.          Carl, how old are you today?
13    A.          ████
14    Q.          All right.  And what's your date of
15    birth?
16    A.          ████████
17    Q.          Where do you currently reside?  What's
18    your address?
19    A.          ██████████████████████
20    ████████
21    Q.          Okay.  Are you married, Carl?
22    A.          Yes.
23    Q.          What's your wife's name?
24    A.          Karen Savory.
25    Q.          And how long have you and Karen been
```

Page 6

1  married?

2  A.          31, 32 years now.

3  Q.          Where did you grow up, Carl?

4  A.          Croydon, PA.

5  Q.          Were you born in Croydon?

6  A.          No.  I was born at Philadelphia, Nazareth

7  Hospital.  Moved to Croydon, then to Mayfair, and

8  then to Neshaminy Valley.

9  Q.          All right.  And how long have you lived

10  in Quakertown?

11  A.          Since 1987.

12  Q.          Can you tell the Jury a little bit about

13  your educational background?

14  A.          Seven years, Catholic.  The rest, public.

15  United States Navy, basic electricity and

16  electronics.  Pennco Tech, electronics.  Four courses

17  in college, algebra, basic human anatomy, math and --

18  did I get -- algebra II, I started with.

19  Q.          Did you graduate from high school?

20  A.          Yes.

21  Q.          What -- what is Pennco Tech?

22  A.          Electronics technician school.

23  Q.          Okay.  Did you obtain any type of

24  certification from that institution?

25  A.          They gave me a piece of paper, yes.

Page 7

1    Q.          And what was your focus in?

2    A.          Electronics.

3    Q.          All right.  Now, you mentioned that you

4    served for the U.S. Navy, is that correct?

5    A.          Yes.

6    Q.          Tell us the years of your service in the

7    Navy.

8    A.          February '76 to 1980.

9    Q.          And what did you do in the Navy?

10   A.          Electrician's mate.

11   Q.          Can you tell us about some of your

12   experiences in the Navy?

13   A.          Uh, I don't understand, experiences.

14   Q.          Sure.  Did you work on a ship?

15   A.          Yes, I worked aboard ship.  That was on

16   the USS Canopus.

17   Q.          Okay.  And where was that stationed?

18   A.          Rota, Spain.  And we got a four-day trip

19   to Portugal.  When I got leave, I rented a car and

20   went to Jerez, Cadiz, Seville.  But I didn't have

21   enough time to get to Gibraltar.

22   Q.          Okay.  And were you in Spain for those

23   four years?

24   A.          Pardon?

25   Q.          Were you in Spain for those four years

1   that you served in the U.S. Navy?

2   A.          No.  No.

3   Q.          Where else were you stationed?

4   A.          Well, it was Waukegan for boot camp and

5   then EMA school.  That took almost a year.  And then

6   to Charleston, South Carolina for a couple months.

7   And then the rest was Rota, Spain.

8   Q.          After you left the Navy -- well, let me

9   ask you this.  Were you honorably discharged from the

10  military?

11  A.          Yes.

12  Q.          Okay.  And was that in 1980?

13  A.          Yes.

14  Q.          Okay.  What did you do after 1980 when

15  you got out of the Navy?

16  A.          Went to carpentry.

17  Q.          And tell us a little bit about your job

18  responsibilities as a carpenter.

19  A.          Cut wood, build homes.

20  Q.          And for how long did you do that line of

21  work?

22  A.          Until September 21st, 2001, two weeks

23  after they bombed the towers.

24  Q.          Were you employed with a union?

25  A.          Yes.

1    Q.         And what was the name of the union?

2    A.         L.U. 1462.  Previous was L.U. 1073.

3    Q.         How long were you a member of a

4    carpenters' union?

5    A.         Oh, man.  It was '87, I joined.  May '87,

6    I believe.  If not, it's May '89.  I'm not really

7    sure exactly when.

8    Q.         And were you consistently part of the

9    union from '87 or '89 up until the time that you

10   stopped working in September of 2001?

11   A.         Yes.  I had a little break in the union

12   for nonpayment, but I rejoined the union.

13   Q.         Okay.  Are you still currently a member

14   of the union, even though you're no longer working?

15   A.         Yes.

16   Q.         Okay.  Why is it that you stopped working

17   in September of 2001?

18   A.         Rheumatoid arthritis.

19   Q.         What have you been doing since 2001?

20   A.         Social security disability.

21   Q.         Okay.  In the years after 2001 when you

22   stopped working, were you still doing any type of

23   activities outside, any type of work activities where

24   you were either building things or fixing things or

25   doing any handiwork?

1    A.          Do handiwork around the house when I was

2    feeling okay to do it.

3    Q.          What are some of your hobbies or things

4    that you enjoy doing?

5    A.          Playing bass, outside work, gardening,

6    maybe making a little table or a little jewelry box.

7    Q.          And are those activities that you would

8    do regularly before and after 2001?

9    A.          Before.  And after 2001 would be the

10   guitar and gardening.

11   Q.          Okay.  How -- were you in a band or is it

12   just a hobby that you would do in the garage or

13   something like that?

14   A.          I would play at open mics.

15   Q.          Where -- where -- where at?

16   A.          Uh --

17   Q.          What types of places would you play at

18   open mics?

19   A.          They're all in bars.

20   Q.          Let's talk about the home that you live

21   in, in ████████████████████.

22   A.          Okay.

23   Q.          When did you move into that home?

24   A.          Bought the property, '87.  2001, the

25   house was built.  I moved in, December 2001.

Page 11

1    Q.          Do you own the home?

2    A.          Pardon?

3    Q.          Do you own the home?

4    A.          Yes.

5    Q.          Can you describe for the Jury the kind of

6    layout of the home, how big is it, what's -- what's

7    contained on your land?

8    A.          It's a full basement, two-story colonial,

9    1,020 square feet per floor.  Master bath, uh, master

10   bedroom bath, four bedrooms, living room, dining

11   room, kitchenette kitchen.

12   Q.          All right.  What about the exterior of

13   the property?  Do you own any land around the home?

14   A.          Yes.

15   Q.          Explain to us what -- how much land that

16   you own around the home.

17   A.          3.337 acres.

18   Q.          And have you owned those 3.337 acres

19   since 1987?

20   A.          Yes.

21   Q.          So even before you constructed the home

22   on the property?

23   A.          Yes.

24   Q.          All right.  And what is contained on that

25   land over those 3.337 acres?

1    A.          A trailer and I guess maybe 400 square

2    foot of grass.  The rest was woods, weeds, sticker

3    bushes.  It was undeveloped, basically.

4    Q.          And what did you do to keep up with the

5    brush and the trees and the woods and the sticker

6    brush -- the sticker bushes?

7    A.          Cut it down, spray weed killer on it.

8    Q.          Would you use any particular type of weed

9    killer?

10   A.          Roundup.

11   Q.          Anything else besides Roundup?

12   A.          No.  I tried a couple other products, but

13   they didn't work.  So it was always the Roundup,

14   because it worked the best.

15   Q.          Did you take pride in keeping up with

16   your land?

17   A.          Oh, yeah.  Oh, yes.

18   Q.          When did you start using Roundup?

19   A.          '87.  I moved in at -- early '90s.

20   Q.          And for how long did you use Roundup

21   products?

22   A.          Ever since -- up until last November

23   or -- yeah, when I was diagnosed.

24   Q.          When you were diagnosed with what?

25   A.          The cancer.  I keep forgetting the name.

1    Lymphoma or whatever.

2    Q.          Now, over the years would you use

3    different kinds of Roundup products on your property?

4    A.          It's all same, but you have the pre -- I

5    would use like the concentrate.  Um, I also used the

6    stuff for the lawns, but doesn't kill grass.  That

7    had a little sprayer with it.  Um, yeah, that's about

8    it.

9    Q.          Describe the concentrate for us.  What

10   would you do to get the concentrate ready for use on

11   the property?

12   A.          Find the correct mixture with water and

13   put it in a sprayer tank, which means you have to

14   take -- I have an eight-ounce glass measuring cup.

15                    THE COURT REPORTER:  8 or 80?

16                    THE WITNESS:  Pardon?

17                    THE COURT REPORTER:  8 or 80?

18   What did you say?

19                    THE WITNESS:  Eight, E-I-G-H-T,

20   Yeah, 8.

21                    Measure it in the glass and pour it

22   into the -- add the water into the sprayer, whether

23   it's one gallon or two gallon, depending on how much

24   I was going to use, and add the appropriate Roundup

25   into the sprayer.  Close it up and spray.

1    Q.          How often would you go outside and spray

2    the Roundup on the property?

3    A.          Well, come in spring, every time it

4    needed.  Not all the weeds crop up the same time.  So

5    if they're not there, you can't spray them.  I got to

6    see them to spray them.

7    Q.          So would you do portions of the property

8    at a given time?

9    A.          Yes.  I never did the whole property at

10   once.  It would be too much work.  So I did it in

11   sections.  And there would be areas I'd just spray in

12   hopes that it worked.  Like poison ivy is very hard

13   to kill.

14                       And during the year, if weeds would

15   crop up again, I'd spray again.  I mean, they're --

16   they're a constant thing.  I mean, you just don't

17   spray in the spring, you're done.  You know, you got

18   to keep up with it because they just like reappear.

19   They will -- they will reappear.

20                       Like I said, I never did it all at

21   once.  It would be segments.  I'd spray a couple

22   gallons, so -- so much land.  You just mix up another

23   gallon or two, depending on how I felt, and -- where

24   the weeds were the worst, and spray there.

25   Q.          And I think you mentioned that you had --

1   you have 400 square feet of grass on the land and the

2   rest is more wooded area, is that correct?

3   A.          That's when I first bought it.

4   Q.          Okay.  And when you first bought it, were

5   you using Roundup in those weeded -- in those wooded

6   areas?

7   A.          Well, for the couple years I was there, I

8   was maintaining with the lawn mower, chopping it

9   down, saw -- chainsaw, whatever.  But it got to be

10  too much.  So I figured there's got to be an easier

11  way.

12                 So that's when I started with --

13  hey, spray it and kill it.  It's much easier.

14  Q.          And during what month of the year or

15  seasons of the year would you regularly go out and

16  spray the Roundup?

17  A.          Spraying when the weeds started growing,

18  until late summer, maybe, to keep them back.

19  Q.          Were there --

20  A.          I'm not -- you know, weeds have a mind of

21  their own.  They grow when they want.

22  Q.          Would you ever spray in the fall months

23  or even the winter months?

24  A.          No.

25  Q.          Okay.  So predominately the spring and

1   the summer were the months that you'd be spraying the

2   Roundup, is that correct?

3   A.        Yes.

4   Q.        And how many days a week, if you can tell

5   us on average, would you spray Roundup?

6   A.        It wasn't a scheduled thing.  So I might

7   spray it, you know, three times this week.  Then I

8   don't spray it for a month.  Then I spray it again.

9   I might spray it Monday.  Then next week, another

10  Monday.  It was no schedule to it.

11  Q.        Okay.  And would you -- what would you be

12  carrying around when you were spraying the Roundup?

13  A.        The spray jug, the sprayer.

14  Q.        And how many gallons is the sprayer?

15  A.        2.5 gallons.

16  Q.        All right.  And would that 2.5 gallon

17  sprayer hold the concentrate, the Roundup

18  concentrate?

19  A.        Oh, yeah.

20  Q.        Okay.

21  A.        It's only so many ounces per gallon.

22  Q.        All right.  And would you do this every

23  year from the early 1990s until you stopped in 2019?

24  A.        Yes.

25  Q.        Okay.  When you would go to the store,

Page 17

1   how much Roundup would you purchase at a time?

2   A.          They had this -- the concentrate and then

3   they had the jug.  Depends on what was -- and I'd buy

4   either one, but I started going towards the

5   concentrate.

6   Q.          Why did you start going to the

7   concentrate more?

8   A.          Because you get more usage out of it.

9                       (Plaintiff's Exhibit Number 1 was

10  marked for identification.)

11  BY MR. SILVERSTEIN:

12  Q.          What I want to do is show you some

13  photographs that were taken of your property.  And

14  I'm going to ask TJ to pull up some photos.  We'll

15  start with Exhibit 1, Plaintiff's Exhibit 1.

16                      Carl, I'm going to ask you to take

17  a look at that screen; and I'd like you to tell us

18  what we are seeing in this particular photograph,

19  please.

20  A.          That's the hand pump sprayer in yellow.

21  And in white, that there is the Roundup I had left

22  over for weeds and the grass, but doesn't kill the

23  grass.

24  Q.          Okay.  Now, the sprayer that we're seeing

25  in Exhibit 1, is that the same sprayer that you would

Page 18

1   use when you would do the property with the

2   concentrate?

3   A.          Yes.  I've owned that for a long time.

4   Q.          Is this the same sprayer that you used

5   since the early '90s?

6   A.          Yes.

7   Q.          All right.  And you would carry it -- how

8   would you carry it around and use it, if you can

9   explain to the Jury?

10  A.          There's a handle at the top.  That's how

11  you carried it.

12  Q.          Okay.  And then the tube at the bottom is

13  the sprayer?

14  A.          Yes.  So you carried it and you had to --

15  the sprayer.  You can see the handle a couple inches

16  above the sprayer, that you squeeze.

17                      (Plaintiff's Exhibit Number 2 was

18  marked for identification.)

19  BY MR. SILVERSTEIN:

20  Q.          Okay.  Let's move to Exhibit 2.

21                      Carl, can you tell us what we're

22  looking at in this picture?

23  A.          That's the septic bed.

24  Q.          Is this on your property?

25  A.          Yes.

Page 19

1   Q.          And would you spray Roundup in -- in this

2   area?

3   A.          Yes.

4   Q.          Can you tell us --

5   A.          The whole --

6   Q.          -- where you would spray?

7   A.          The whole perimeter there.

8   Q.          When you say the whole perimeter, the --

9   the area where the grass meets the -- the weeds and

10  bushes?

11  A.          Yeah.  You can see it's overgrown now.

12  But if you look to the right, about center, there's a

13  big gray boulder there.  That was all cleared around

14  there, and on down and around the -- you know.  Yeah,

15  the perimeter of the grass, I guess, best put.

16  Q.          Did these -- what looked like mowed areas

17  ever contain shrubs or -- or sticker bushes or -- or

18  trees that you had to use any type of Roundup product

19  on or was it just the perimeter?

20  A.          I'd use it around the perimeter, but also

21  the left side.  I keep north -- thinking north and

22  south, excuse me.  The left side, you could see the

23  bottom, that was all sprayed.

24              And if you look in the center, on

25  the left, there's a big boulder there.  That was all

1    sprayed around there and cleared out.  And beyond

2    that boulder is all the sticker bushes and stuff that

3    would get sprayed.

4    Q.          And is this an area that you sprayed

5    regularly since the early '90s?

6    A.          Yeah.  Every year, they come up.

7                    (Plaintiff's Exhibit Number 3 was

8    marked for identification.)

9    BY MR. SILVERSTEIN:

10   Q.          All right.  Let's take a look at Exhibit

11   3.  Is this an area of your land, as well?

12   A.          Yes.

13   Q.          All right.  Can you -- can you tell us

14   what we're looking at and where, if anywhere, you

15   would spray the Roundup?

16   A.          I don't know if you know what that is.

17   There's a scaffold buck there, leaving against --

18   leaning against the tree, and just beyond there is

19   all -- looks like a couple foot high greenery.  That

20   whole area would get sprayed.

21   Q.          You're talking about the left side of the

22   picture?

23   A.          Yes.

24   Q.          Okay.

25   A.          And if you go past the middle, to the

Page 21

```
 1   right, you might -- that center of the picture, you
 2   see a stump there.  Well, along that line, along
 3   those rocks and around the back of the house would
 4   get sprayed.
 5   Q.          And this would be something that you
 6   would do every year since the '90s?
 7   A.          Yes.  Actually, since the '90s -- no,
 8   since -- this one area here where those boulders are
 9   all -- that was after the house was built.
10   Q.          Okay.  So once the house was built in
11   2001, that would -- that became --
12   A.          That became --
13   Q.          -- another area for you to spray?
14   A.          -- a priority area, yeah, because
15   otherwise, I just kept it cleaned out.
16                    (Plaintiff's Exhibit Number 4 was
17   marked for identification.)
18   BY MR. SILVERSTEIN:
19   Q.          Okay.  Let's go to the next photo.  This
20   is Exhibit 4.  Is this an area close to where Exhibit
21   3 we just looked at is?
22   A.          Yes.
23   Q.          All right.
24   A.          It's more left.
25   Q.          Okay.  And can you explain what we're
```

Page 22

```
 1   looking at and where, if anywhere, you would spray
 2   the Roundup in this picture?
 3   A.          You look to the left, you see all the
 4   leaves and the boulders sticking up, and you look
 5   atop of that, and there's all greenery.  That would
 6   get sprayed.  Center of picture there, that would all
 7   get sprayed.  Then you can see the little bit of the
 8   septic bed.  And then right of center, you'll see the
 9   scaffold buck, the burn pit.  Well, all around that
10   oak tree and that whole surrounding area there, I
11   would spray.  You can't get in there with a lawn
12   mower and stuff, so I would spray it and kill it.
13   Q.          And, again, is this an area that you
14   would spray every year?
15   A.          Yes.
16                  (Plaintiff's Exhibit Number 5 was
17   marked for identification.)
18   BY MR. SILVERSTEIN:
19   Q.          All right.  Let's go to the next
20   photograph, please, Exhibit 5.
21                  What are we looking at here, Carl?
22   A.          Gas easement field.
23   Q.          Is this a part of your property?
24   A.          I'm trying to figure here where I'm at.
25   That's Canary Road and that's his house.  I'm trying
```

Page 23

```
 1   to think of where I'm at here.  I can't -- this must
 2   be looking east and that must be Stomach's house.
 3   Q.         Are you -- are you able to tell us if --
 4   if anything we're looking at in this picture is on
 5   your property?
 6   A.         Oh, gosh.  I -- I would have to say
 7   that's Brian Tyson's property and that's Stanley
 8   Stomach's house.
 9   Q.         Okay.
10   A.         So the perimeter of that, going along my
11   property line, I would spray to keep the weeds back.
12   Q.         And is there any area of this photograph
13   that would show an -- a place where you would spray
14   regularly, the Roundup?
15   A.         It would be -- it's out of picture.
16   Q.         Okay.  All right.  Let's try the next --
17   A.         The bottom left here probably got sprayed
18   a little bit because that's all that little -- I call
19   it clover leaf, weeds.  I don't know if it's mint or
20   what.  It's some kind of weeds.
21              (Plaintiff's Exhibit Number 6 was
22   marked for identification.)
23   BY MR. SILVERSTEIN:
24   Q.         All right.  Let's check out the next
25   photograph, if we could, Exhibit 6.
```

1              Is this a photograph of your

2    property?

3    A.          Yes.

4    Q.          All right.  Can you explain what we're

5    looking at in this photograph?

6    A.          You're looking at the gas easement that

7    was cleared and you're looking towards the west at my

8    house and the shed.

9    Q.          Now, is everything depicted in this

10   photograph on your property?

11   A.          Yes.

12   Q.          And where on this photograph would you

13   spray Roundup?

14   A.          Along the rock line.  You'll see the

15   house.  But before the house, you'll see that

16   there's -- there's all rocks there.  That's why I

17   call it the rock line because they pushed them there.

18   So all along that rock line, you'll see the garden.

19   Up to about the garden, that would get sprayed.  A

20   lot of that field was sprayed, but I gave up on it

21   and had it mowed and cut.  And I kept it grass from

22   then on.

23   Q.          When did you start having it mowed and

24   cut?

25   A.          Probably around mid-'90s, maybe early --

Page 25

1   let's see, '87, '89, '90.  I guess like '93, '94, I

2   started cutting that.

3   Q.          And -- and to keep the weeds back, would

4   you spray Roundup around the perimeter?

5   A.          Yes.

6                     (Plaintiff's Exhibit Number 7 was

7   marked for identification.)

8   BY MR. SILVERSTEIN:

9   Q.          Okay.  Let's take a look at Exhibit 7, if

10  we could.

11                    Carl, on this photograph, is this

12  an area of your property, as well?

13  A.          Yes.  Now you're back down to septic.

14  There's that boulder I was mentioning.  That was all

15  cleared.  You look to the left of that, that's the

16  area between that scaffold buck, in there.  That all

17  got sprayed.

18                    And when you look towards center

19  and to the right, that all gets sprayed.  That's

20  where all the sticker bushes are at.

21  Q.          And --

22  A.          They're very hard to get rid of.

23  Q.          Okay.  And this is an area that you would

24  spray every year from the early '90s until 2019?

25  A.          Yeah.  And sometimes I had to spray it

1   twice.

2   Q.          When you mean -- when you say, spray it

3   twice, what do you mean?  More than one point during

4   the season?

5   A.          Yes.  I would spray it and see how it

6   did.  And then the toughies, I'd respray.

7   Q.          In a particular area such as this that

8   we're looking at in Exhibit 7, how much Roundup would

9   you need to use approximately?

10  A.          I would use two -- one and a half to two

11  of the jugs.  I -- definitely one jug, and then

12  sometimes when things got worse, I'd buy a second

13  one.  And I might go through a quarter to a half of

14  it.  I forget how many ounces it is.  It's probably

15  about two gallons or -- I don't know.  I never looked

16  and noticed the ounces.  I just noticed how much to

17  mix and how much to use.

18  Q.          All right.  And you would -- and how --

19  and you would do that mixture and make that much of

20  the concentrate each time you would go out to do

21  these -- these sticker bushes --

22  A.          Yeah.

23  Q.          -- and weeds?

24  A.          And then there was the other little jar

25  of concentrate.  So I would divide between the two.

Page 27

```
 1                    (Plaintiff's Exhibit Number 8 was
 2     marked for identification.)
 3     BY MR. SILVERSTEIN:
 4     Q.           Okay.  Let's take a look at Exhibit 8.
 5                        And, again, Carl, is this a picture
 6     that contains your property?
 7     A.           Yes.
 8     Q.           And explain to us what we're looking at.
 9     A.           You're looking the other way on the
10     easement, from the -- from the west to the east.
11     Q.           And where around this photograph would
12     you spray Roundup?
13     A.           Around the perimeter.
14     Q.           And would you be spraying -- when you say
15     the perimeter, is it all the way down that
16     photograph?
17     A.           On the left side, yes.  It goes all the
18     way back.  And then if you look center right, you'll
19     see weeds and grass.  I'd spray along there.  But
20     that was like a 200-foot property line.  And I'd
21     spray up along there.  And then, of course, the
22     property line goes this way.  You can't see.
23     Q.           So you spray around the perimeter of the
24     easement.  How large is the easement on your
25     property?
```

Page 28

1    A.            I have no idea.

2    Q.            How -- how large is the septic bed area

3    that you would spray?

4    A.            That's like 110-feet-by-60-feet or 90-

5    feet.

6    Q.            And --

7    A.            I -- I should say I really don't

8    recollect.  But that's a guesstimate.

9    Q.            Are there any other areas on your

10   property in which you would regularly spray Roundup,

11   since the early '90s?

12   A.            The driveway.

13   Q.            Okay.  Talk to us about your driveway.

14   Can you describe it?

15   A.            It's 618 feet long.  So I'd spray a

16   little bit, each side, to keep it -- and then all the

17   grass that comes up through the macadam, I'd spray

18   that.

19   Q.            And would that be done yearly?

20   A.            Yes.  That would be done -- the grass

21   coming up, I might do that two or three times, you

22   have to go over it.  Because every time you cut,

23   blows grass and regrows.

24   Q.            Now, you mentioned that you would do

25   portions at a time because the land was too large to

Page 29

1    do all at once, is that right?

2    A.          Yes.

3    Q.          How much time would you spend on average,

4    each time you would go out to spray Roundup on your

5    property?

6    A.          As much time as needed.  I never clocked

7    it.

8    Q.          All right.  Can you give the Jury your

9    best estimate as to how long you'd be out there, at

10   least for a minimum amount of time, to spray the

11   Roundup?

12   A.          Sometimes a half hour, sometimes an hour.

13   It depends on how much I was doing.

14   Q.          Okay.  Now, what we have is a video of

15   the property.  And what we're going to do is show the

16   Jury the video.

17              And what I'll ask you to do, Carl,

18   is to explain to us what we're looking at on the

19   video of your property and please tell us where you

20   would spray the Roundup.

21              And if you need us to pause the

22   video at any time, just let us know to pause the

23   video.

24              So what are we looking at here?

25   A.          You're looking to the neighbor to the

Page 30

```
 1    left and the right.

 2    Q.          Um-hum.

 3    A.          And that there is a turkey buzzard flying

 4    around.  And the driveway is in between.  It's

 5    underneath the trees.  You can't see it.

 6    Q.          Okay.  So the driveway has already begun?

 7    A.          Where it's coming out at the top now,

 8    there's my shed on the left, and the house on the

 9    right.

10    Q.          All the flat land --

11    A.          Stop video.

12                    MR. SILVERSTEIN:  Let's go off.

13    Let's go off the video.

14                    THE VIDEOGRAPHER:  We are going off

15    the record.  The time is 11:38 a.m.

16                    (A brief recess was taken.)

17                    THE VIDEOGRAPHER:  We are back on

18    the record.  The time is 11:39 a.m.

19                    (Back on the video record.)

20    BY MR. SILVERSTEIN:

21    Q.          All right.  So, Carl, we had a little bit

22    of a technical glitch but now we're back.  And can

23    you explain to us what we're looking at here in this

24    still shot on the video.

25    A.          That is the easement that goes across my
```

1   property.  The top left, you'll see the chicken coop.

2   And you go towards the east, and you'll hit the

3   curve.  About two-thirds of the way down from the

4   top, you'll see a weedline and grass.  You can tell

5   by the color, greens.

6                    Well, all that perimeter was

7   sprayed except behind the chicken coop there, that

8   little area.  That, I left as weeds for privacy.  But

9   the top and bottom, that all was sprayed.

10                    Continue.

11  Q.        And, Carl, before we continue, did you

12  physically do this on your own every time it would be

13  sprayed?

14  A.        Yes.

15  Q.        And you would --

16  A.        I took care of my own property.

17  Q.        You carried the jug around and the

18  sprayer and you would spray the edges --

19  A.        Yes.

20  Q.        -- and the perimeters of those -- of what

21  you're describing here, correct?  Carl?

22  A.        Yes.

23  Q.        Okay.  All right.  Let's continue.

24  A.        And here, you can see where that weedline

25  is at the east end there.

1   Q.          And that weedline at the east end, is

2   that the edge of where you would spray the Roundup?

3   A.          Yes.

4   Q.          Okay.  But the --

5   A.          You're actually facing east right now.

6   Q.          Okay.  And the rest of what we're looking

7   at on either side of the driveway after the weedline,

8   that's the area of the perimeter you would spray the

9   Roundup, is that correct?

10  A.          Yes.

11  Q.          Okay.  All right.  What are we looking at

12  here?

13  A.          This is the driveway.

14  Q.          Does the driveway start at the road?

15  A.          Yes.

16  Q.          And this is all private driveway here?

17  A.          Yes.

18  Q.          And tell us where you would spray the

19  Roundup on this driveway.

20  A.          See where the -- the green is at, to the

21  left and right of the driveway?  I'd spray -- it

22  would start growing over the driveway and I'd spray

23  it to knock it back as opposed to weed eating.  It

24  got too much -- too much for me.  Well, it was easier

25  to spray it than weed eat it.

Page 33

1   Q.          And would you spray this entire driveway?

2   A.          Oh, yeah.  East and west side.  And as

3   you see coming up, in the driveway itself is grass.

4   I'd spray that.

5                    And you look to the left, you see

6   grass popping up, the cracks in the driveway.

7   There's another big wad of grass coming up.

8                    Now, some areas here, like you look

9   on the left, it's like -- it's all leaves and stuff.

10  Of course, that wouldn't be sprayed in that little

11  area, but the majority of it, weeds grow.

12  Q.          And how long is this driveway, did you

13  say?

14  A.          From the road to the very end is 618

15  feet.

16  Q.          And approximately how many times per year

17  would you spray this driveway?

18  A.          Oh, twice.

19  Q.          And as we --

20  A.          It needed more, but I was too lazy to do

21  it.

22  Q.          Okay.

23  A.          So I let it grow some and then that did

24  it.

25  Q.          All right.  Now we're turning -- and this

Page 34

1    is all of your property, correct, that's your house

2    on the left?

3    A.          Yes.

4    Q.          All right.  And what are we seeing here

5    as we make this turn?

6    A.              It's the easement going east.  As you can

7    see on the right, that would -- that would be an area

8    for Roundup.  And there goes the groundhog.  And then

9    long distance -- my neighbor's property line you're

10   seeing, that would just grow out onto my property so

11   I got to the point where I'd just spray it.

12   Q.          To keep it back?  So where the weeds meet

13   the grass, that would be the perimeter of where you

14   would spray?

15   A.          Yes.

16   Q.          Okay.

17   A.              Them weeds would grow like this high and

18   then they would just fall out.  And I would go by

19   with the mower, they'd be smacking me in the face.

20   So I sprayed it when they were short, and they didn't

21   get to hit me.

22   Q.          All right.  So we made -- we made

23   another --

24   A.          Stop video.

25   Q.          Stop video.

Page 35

1         So we made another turn here.  So
2   what do we see here?
3   A.         You see on the right, that's the rock
4   line and then there's the garden.  Well, if you
5   backed it up, you would see more, but, yes, along
6   this perimeter, I would spray.
7   Q.         Okay.
8   A.         You can't get in there.  It's too rocky.
9              Continue.
10             Thank you.
11             This is going down to the septic
12  bed.  The rock on the right, as I said, was all
13  exposed.  Yep, all along this perimeter would get
14  sprayed.
15             Now he's turning.
16  Q.         And approximately how many times a year
17  would you spray this area?
18  A.         Once, maybe twice.
19             All right.  Stop.
20             On the left, you can see that one
21  area.  The top, just over on center, there's an area
22  there.  And, of course, the bottom right here, that
23  all got sprayed.  And if you back up the video, well,
24  you'd see -- even see -- see more.  But --
25  Q.         We get the general idea.  So this is all

Page 36

1    perimeter area that you would spray the Roundup to

2    keep the weeds back, is that correct?

3    A.        Yes.

4    Q.        All right.  Let's continue the video.

5                     And, again, where we see brush and

6    weeds, this --

7    A.        All this --

8    Q.        -- is where you would spray?

9    A.        -- you see right now would get sprayed,

10   but not back that far.  That tulip tree there, that

11   large tree you see, that's about as far back as I

12   went.

13   Q.        And now what are we looking at in this?

14   A.        This is the west side easement.

15   Q.        And where would you spray Roundup --

16   A.        Now, this --

17   Q.        -- here?

18   A.        -- field was just cut.  That used to be

19   all weeds.  But you see the telephone poles?  So all

20   the way down the property line, the telephone poles

21   and then if you can depict the green, the -- where

22   the chicken coop is at, from the coop, all the way

23   back along the rock line and also on this side, the

24   south side of that pathway.

25   Q.        When this was all weeds, before it was

Page 37

1    cut, would you ever use Roundup on the weeds?

2    A.          Around the perimeter.  That was -- that's

3    the -- actually the neighbors, which I had a guy come

4    over and cut, and he wound up cutting that.  I don't

5    know why he did it.

6    Q.          So where does your property line end in

7    this still shot?

8    A.          See the chicken coop?

9    Q.          Yes.

10   A.          You see weeds right behind it?

11   Q.          Yes.

12   A.          That's one.  And then where you see the

13   green grass, there also.  And that's, what, 15 foot,

14   12 foot up off the rock line there, the dark gray

15   stuff.

16   Q.          Okay.  And these are all areas where you

17   would spray the Roundup?

18   A.          Yes.

19   Q.          Okay.  Let's continue the video.

20   A.          Coop needs to be repaired.

21   Q.          That may be the end of the video,

22   actually.

23                    THE VIDEOGRAPHER:  I believe so.

24                    MR. SILVERSTEIN:  Okay.

25   BY MR. SILVERSTEIN:

Page 38

1    Q.          All right.

2    A.          It would be easier if it was on a big

3    screen and I had a pointer, I could show you.  I

4    mean, it's hard to explain.

5                          And then when you're looking at it,

6    like this here, you can see where the weeds were cut,

7    the brownness, and then you can see the green by the

8    coop and everything.  You see like the dark green

9    grass.  So --

10   Q.          Okay.  Well, now, let me ask you this,

11   Carl.  When you would be spraying this Roundup over

12   the years, would you be wearing anything to help

13   protect yourself when using the Roundup?

14   A.          I always had -- mostly, I did it after

15   work.  Even though I didn't do it after work, it

16   would be long pants, long sleeve shirt.

17   Q.          Would you wear anything on your feet?

18   A.          I always wore work boots.

19   Q.          Did you wear a mask when --

20   A.          No.

21   Q.          -- spraying Roundup?

22   A.          No.

23   Q.          Did you wear gloves when spraying

24   Roundup?

25   A.          No.

Page 39

```
 1   Q.          Did you wear goggles when spraying
 2   Roundup?
 3   A.          No.
 4   Q.          When you would purchase containers of
 5   Roundup or the concentrate, would you read the labels
 6   from time to time?
 7   A.          Yes.
 8   Q.          Did any of the labels say you needed to
 9   wear goggles when spraying the Roundup?
10   A.          On the safety precautions, it's animals
11   and garden and stuff like that.  It never said, you
12   know, it -- it could be fatal or whatever.  Might
13   have said fatal, but, um, it said if you got it on
14   your face or your hands, you wash it off.
15   Q.          Did it say that you needed to wear
16   goggles or some sort --
17   A.          No
18   Q.          -- of eye protection?
19   A.          There was nothing about safety equipment.
20   Q.          Did any of the labels say you needed to
21   wear gloves when spraying?
22   A.          Not that I've read.
23   Q.          Did any of the labels say you needed to
24   wear a mask when spraying?
25   A.          No.
```

1    Q.          Did any of the labels contain any warning

2    on them about the risk of developing cancer?

3    A.          Not that I noticed.

4    Q.          If Monsanto would have warned that there

5    was a risk of cancer, would you have used Roundup

6    products?

7    A.          I would have searched it out and seen how

8    bad it would be.

9    Q.          What do you mean by that?

10   A.          Well, it might say might cause cancer,

11   but so much use will cause cancer.

12   Q.          If you knew that regular use over a

13   period of several decades would have caused you

14   cancer, would you have used the product?

15   A.          No.

16   Q.          If you had been made aware of a link

17   between Roundup and non-Hodgkin's lymphoma, would you

18   have used Roundup products?

19   A.          No.

20   Q.          When you were using Roundup, did you

21   believe it was safe to use?

22   A.          When handled properly, yes.

23   Q.          And why did you believe it was safe to

24   use?

25   A.          It was nothing on there saying that this

Page 41

1   is going to cause cancer with a lot of use --
2   excessive use or a lot of use.
3   Q.          Okay.
4   A.          In other words, on a daily basis you use
5   this or you use it so many times a year.
6   Q.          You never saw any of that on any of the
7   labels?
8   A.          Not that I noticed, no.
9   Q.          If you would have been told to wear
10  protective gloves when using Roundup, would you have
11  done so?
12  A.          Yes.
13  Q.          If you had been told to wear goggles or
14  some sort of eye protection when using Roundup, would
15  you have done so?
16  A.          Oh, yeah, yes.
17  Q.          If you were told to wear a mask over your
18  face when using Roundup, would you have done so?
19  A.          Yes.
20  Q.          If you had been told to wear suitable
21  protective clothing, such as a HAZMAT suit, when
22  using Roundup, would you have done so?
23  A.          Yes.  But when -- with the goggles, mask
24  and HAZMAT suit, I wouldn't have used it.  It's too
25  dangerous.  I'm not in a biological area.

Page 42

```
 1   Q.          Now, Carl, when you would spray the
 2   Roundup, was there ever a mist in the air of the
 3   Roundup, itself?
 4   A.          Well, coming out of the end sprayer, yes.
 5   Q.          Okay.
 6   A.          Depending on how it was adjusted.
 7   Q.          Did you ever get it on your hands?
 8   A.          Yes.
 9   Q.          What would you do in instances where it
10   would get on your hands?
11   A.          If I got it on my hands, it was during
12   mixing, I would say.  Yeah, actually -- actually, I
13   got it on spraying, too.  You go and you wash off.
14   Q.          And what would you wash it off with?
15   A.          The garden hose, the water.
16   Q.          Would you do that right away?
17   A.          Yeah.  I would get it on me and I'd be
18   like, oh, well, time to take a break and go down and
19   wash off.  I mean, I could be all the way out in the
20   middle of the field there.
21   Q.          Did it ever get in your mouth?  Did you
22   ever breathe it into your mouth?
23   A.          Yes, it got in my mouth.  It got in my
24   eyes.  It got in my face.
25   Q.          And describe what that was like, it
```

Page 43

1    getting into your mouth.

2    A.          Um, I don't know what you mean, describe

3    it like, but it's nothing like you've ever tasted

4    before.  And it's kind of scary.  It's like, oh, my

5    God.  And you got to go wash off.

6    Q.          Would you wash your mouth out?

7    A.          Oh, yeah.

8    Q.          Did you ever feel frightened or worried

9    for your own health when using Roundup over those

10   several decades?

11   A.          No.

12   Q.          Did your feelings about Roundup change at

13   some point in time?

14   A.          Yes.

15   Q.          And when was that?

16   A.          I started hearing reports.  Last year, I

17   started hearing reports.  I stopped using it towards

18   the end of the year.  Then I got the cancer.

19   Q.          What type of reports did you -- did you

20   hear last year?

21   A.          On the news, France 24, the French

22   complaining about it.

23   Q.          About Roundup?

24   A.          Yes.

25   Q.          And what about it?

Page 44

1   A.          They were saying it was giving the

2   workers cancer.  But it was the farmers who used it

3   all the time and were getting it all over them and

4   stuff, you know.  That's what they were saying.

5   Q.          And did you become worried that the

6   cancer that you had been diagnosed with could have

7   been caused by the Roundup?

8   A.          Yeah.

9   Q.          Okay.  How are you feeling today?  As we

10  sit here on July 9th, 2020, how does Carl Savory feel

11  today?

12  A.          Um, I'm a little bit miserable.  My hip

13  hurts and my arm is hurting.

14  Q.          Okay.  Now, what about the hip?  Did you

15  get -- did you get cancer in the hip area?

16  A.          It deteriorated the bone so much that I

17  needed a partial hip replacement.

18  Q.          What deteriorated the bone?

19  A.          The cancer.

20  Q.          All right.  When were you diagnosed with

21  non-Hodgkin lymphoma?

22  A.          That would have been September last year.

23  Q.          2019?

24  A.          Yeah.

25  Q.          All right.  Tell us about your health

Page 45

1  generally before you found out you had this cancer.

2  A.          I had good health.  I did good even with

3  the rheumatoid arthritis.

4  Q.          When were you diagnosed with rheumatoid

5  arthritis?

6  A.          Um, that would be 2000 -- 9/11/01 --

7  '02 -- 2001.

8  Q.          Okay.  And tell us a little bit about

9  how, if any, the rheumatoid arthritis would affect

10  your day-to-day life in the early 2000's.  And we'll

11  move -- as we -- we'll move more towards the current,

12  as we go forward.

13  A.          One day I wake up, I couldn't walk.  Then

14  that would go.  Then the next day, my shoulder or my

15  elbow would go, I couldn't move it.

16              It would -- that's what I mostly

17  remember, is not being able to walk or not be able to

18  use either arm.  It would hit either arm and the

19  elbow or the shoulder.

20  Q.          And as time went on, as we get closer to

21  2010 and into the 2010s, would it improve in any way?

22  Did you feel any better from the rheumatoid

23  arthritis?

24  A.          They gave me medication and it took it

25  away.

Page 46

1    Q.          Okay.  And what medication were you

2    taking that -- that helped it?

3    A.          I don't remember.

4    Q.          Okay.  When did you start taking it,

5    approximately?

6    A.          About four years after 2001 --

7    Q.          All right.  And --

8    A.          -- started medication.  I don't remember

9    the name of the medication, but the last one I was

10   taking was Xeljanz.

11   Q.          Okay.

12   A.          But I didn't even take that for a year.

13   And that helped wonderfully.

14   Q.          Up until 2019, despite your rheumatoid

15   arthritis, were you still able to regularly spray the

16   Roundup around your property?

17   A.          Yes.

18   Q.          Did you ever have to take any years off

19   or hire someone else to do it for you?

20   A.          No, no.

21   Q.          Do you have any other prior health

22   conditions that you had to deal with in your late --

23   later adulthood?

24   A.          Not that I know of.

25   Q.          All right.  Did --

Page 47

```
 1   A.          I mean -- no.  It was the rheumatoid
 2   arthritis.
 3   Q.          Okay.
 4   A.          Sometimes it hit my hands, too.
 5   Q.          All right.  And did the rheumatoid
 6   arthritis keep you from living your normal life?
 7   A.          Yeah.
 8   Q.          In -- in what ways?
 9   A.          Well, the days that I was sore, I
10   couldn't do nothing.  I couldn't go to work because
11   all of a sudden, you know, if you're hang -- if
12   you're up on the second floor of the house and all of
13   a sudden your leg gives out -- because rheumatoid
14   arthritis attacks when it wants and leaves when it
15   wants.  It has its own mind.  Or like it just hit my
16   hands.  And, hey, I got to hold on and stuff.  I got
17   to walk.  So I couldn't do work.
18   Q.          And after you started taking these
19   medications, including the Xeljanz, did you find that
20   your inability to do some of those things improved
21   because of the medications?
22   A.          It might have seemed it improved, but I
23   still knew that I couldn't do it, just by trial and
24   error at home.
25                       I'd say I feel good, yeah, I could
```

1    do this.  And I'd -- I could go back to work and I'd

2    pick something -- I said, no, no, I can't.  It's not

3    working.

4                    So it did limit -- limit me.

5    Q.          But we mentioned that you would still

6    spray the Roundup, correct?

7    A.          Yeah.  Just put a gallon in instead of

8    two gallons.  Easier to carry.

9    Q.          Okay.  And what else would you still be

10   able to do around the house at -- or on the property

11   during --

12   A.          Well --

13   Q.          -- those years?

14   A.          -- I took care of the grounds, riding the

15   mower, which is hydrostat, do the weed eating.  I can

16   only weed eat so much because of the vibrations.

17   Q.          And you were home a lot more because you

18   were -- you were out of work as of 2001?

19   A.          Yes.

20   Q.          All right.  Let's get back to the

21   non-Hodgkin's lymphoma for a moment.  What treatments

22   have you undergone to help and try to treat the --

23   the cancer?

24   A.          Radiation, then chemotherapy.

25   Q.          Tell the Jury, if you would, about how

1  they made you feel physically, those treatments.

2  A.            The radiation, I say burnt my throat.  I

3  couldn't swallow food.  I couldn't eat.  I lost a lot

4  of weight.  Then that subsided, I got to eating.

5                     Then we went to chemotherapy.  And

6  after the second time, uh, it was bothering my throat

7  a little bit.  It made me very tired.  I guess you

8  could say -- I don't know the meaning of the word --

9  lethargic.

10                    Everybody had, you know -- it just

11 tore me down.  It got to the point where I could

12 hardly get up, walk around, because I was so weak.

13                    From 227 or 217 down to 193 because

14 I couldn't eat.  Food intake every day was -- every

15 morning I was able to eat cream of wheat.  As far as

16 hamburgers and other food, couldn't -- I couldn't get

17 it down.  I would chew it, try and swallow it.  I

18 couldn't swallow it.

19                    Every -- people had to help me get

20 dressed, put my socks on.  It was a chore going to

21 the bathroom.  And the bathroom, because I was lying

22 in -- downstairs -- to get to the powder room.  So

23 it -- 10 steps, 12 steps.  Because it's 17 steps to

24 the kitchen.  Getting dressed, that was a chore.  I

25 had to have help getting dressed.

Page 50

```
 1                 And towards the end of it, it -- I
 2   got to the point, mentally, that if I had a handgun,
 3   I would think about it.  That's how much of a strain
 4   it put on me mentally.  I was just mentally tore
 5   down.  Physical strength, weak.
 6                 And that's when I'd say now I know
 7   how the people in concentration camps with no food
 8   and everything started to feel.  I got a little bit
 9   of an understanding.  You can't eat.  I mean, you're
10   just so weak.
11                 The medication after chemotherapy
12   made me so miserable and angry, I had people stay
13   away.  I told people, stay away from me for the next
14   seven days because I wasn't myself.  And even my wife
15   would hide.
16                 The -- with the chemotherapy and
17   the 100 milligrams of Prednisone, I was like
18   Dr. Jekyll and Mr. Hyde.  I mean, I told people, stay
19   away from me because I say things and do things I
20   don't mean.
21                 I don't know what else to say about
22   it.
23   Q.        How many radiation treatments did you
24   undergo?
25   A.        Uh, six?  Yeah, six treatments.
```

Page 51

1    Q.          What about chemotherapy?

2    A.          Excuse me.  Radiation.  Sorry.

3    Radiation, I don't remember how many, but there was a

4    few of them.  I'd have to ask Dr. Hightower.

5                        The chemotherapy, that was six

6    every three weeks.  Or every three weeks, I'd have a

7    chemotherapy.  And that went for six sessions.

8    Q.          Okay.  The radiation treatment that you

9    underwent -- you mentioned Dr. Hightower's name.  Who

10   is Dr. Hightower?

11   A.          He's an oncologist with -- associated

12   with Grand View.

13   Q.          And was he the one who would administer

14   the radiation treatments?

15   A.          He's the one who said this is what he

16   needs on his throat, shoulder and hip.

17   Q.          Where did you receive the radiation

18   treatments?

19   A.          Grand View Hospital.

20   Q.          Were you inpatient in the hospital during

21   this time?

22   A.          Yes.

23   Q.          And do you recall how long you were in

24   the hospital for receiving radiation treatments?

25   A.          I believe 17 days.  But how many

Page 52

1  radiations, I'm not sure.
2  Q.          Now, you mentioned getting chemotherapy
3  every three weeks for six sessions, is that correct?
4  A.          Yes.
5  Q.          Tell us about a typical trip to get your
6  chemotherapy.  Tell us about that experience.
7  A.          I needed to get a ride there.  And I got
8  up in there and sat in the chair and they went
9  through the port that I have here.  They put the
10  needle in or syringe.  And then they would give me
11  Benadryl, ice water or ice, and they would inject
12  the -- it was -- they call it the red devil.  It's
13  the strongest radiation or chemo that you can have.
14  Q.          And how long were those infusions each
15  time?
16  A.          Wow.  Four hours, five hours.  Because I
17  would start at ten and get out at four.  Yeah, that's
18  six.
19  Q.          What's your medical plan moving forward?
20  Have the doctors told you what they are going to do
21  to continue to monitor you?
22  A.          Yes.  I get a PET scan in September to
23  see if the cancer comes back or stays away.  Then
24  there's the blood test.  I believe the blood tests
25  are once a month now instead of -- yeah, once a

Page 53

1    month, I believe.

2    Q.          How often do you get your PET scans?

3    A.          I had my last PET scan a couple months

4    ago, a month ago, now September.  And what -- the

5    time limits in between, I have no idea.  So it seems

6    like about six months, I get a PET scan, in

7    September.

8    Q.          Okay.  Where, besides the hip, did you

9    develop cancer?

10   A.          When I did my first PET scan, I lit up

11   like a Christmas tree, blue and pink, all my joints.

12   It was the elbows, the hips and other places.  I

13   mean, it was basically the majority of my bone joints

14   had the cancer in it.

15   Q.          What about your shoulder?

16   A.          Yes.

17   Q.          Which shoulder was it?

18   A.          This one was really grayed.  It was

19   really nice and pink.  I believe it's the pink that

20   shows the sugar that the cancer absorbs.  And there

21   was a high concentration in the joints of my body.

22   Q.          You mentioned a partial hip replacement.

23   Did you have to have any other surgical procedures

24   done to treat the cancer?

25   A.          The right shoulder, partial replacement,

Page 54

1  and the hip, left hip.  I was told that it is so

2  deteriorated, don't go walking around, doing things.

3                    And they put me on the cane, which

4  didn't work well.  So I basically had to sit around.

5  You know, it's -- no activities.

6  Q.          Now, you were diagnosed in September of

7  2019.  We're now into July of 2020.  Are you in pain

8  today?

9  A.          My hip hurts.  My arm is hurting.  Um --

10  yeah.  And I'm miserable.

11  Q.          How frequent or constant is the pain in

12  your hip?

13  A.          The pain in the hip is there every day

14  now.  I haven't been able to get rid of it.

15  Q.          How about the shoulder?

16  A.          The shoulder, it seemed to be getting

17  better through physical therapy, but I still can't

18  use it.  It -- every day, there's recognizable pain,

19  you know, aggravating pain sometimes.

20  Q.          Do you have any other symptoms that

21  started after you found out you had non-Hodgkin's

22  lymphoma?  For example, did you -- do you have

23  dizziness?  Have you ever experienced dizziness?

24  A.          Yeah.

25  Q.          Is that something that you experience

Page 55

1   frequently?

2   A.          It seems to be subsiding.  I'm hoping

3   it's from the chemotherapy clearing out, that that

4   will go away.  But on a basic -- every day when I

5   stand up I got to watch I don't move too fast.

6   Q.          Did you lose any hair from the cancer

7   treatments?

8   A.          Yes.

9   Q.          Have you had any type of vision issues

10  since you were diagnosed with the cancer?

11  A.          Vision issues for taking the prednisone.

12  I don't know if that will remain or go away.  It

13  seems to have -- going away.

14  Q.          And what type of issues were you having

15  with your eyesight?

16  A.          I just -- um, I had a very, very light

17  prescription that I wouldn't even wear the glasses,

18  it was so light.  But the prednisone, that made

19  things a little bit blurry.

20  Q.          Any changes to your -- your voice?

21  A.          To me, my voice doesn't sound the same.

22  Q.          Any other symptoms that you've noticed

23  that you have since the cancer and your treatment for

24  it?

25  A.          It's affected my nails, the chemo.  They

Page 56

1  like to go nuts -- or they get to something and the

2  whole nail will go and then it will grow back.

3                    And then this here, I got what is

4  called like paper skin.  If I just touch it, it rips,

5  it bleeds.  And they tried to tell me it was from

6  baby aspirin because of my stroke last February, '19.

7                    But I've been taking baby aspirin

8  for a year and six months.  I've never had this

9  problem.  And after chemo, after so much of the

10  chemotherapy, I got like paper skin and it started

11  happening.  So I would say it's from the

12  chemotherapy.

13  Q.          Now, prior to your cancer diagnosis, what

14  chores, household chores, inside or out, were you

15  responsible for?

16  A.          I did the outside work, maintaining the

17  grounds, fixing stuff up.  Inside the house,

18  something went wrong, fix it up.  Door doesn't close

19  right, fix it.  Get a plumbing leak, fix it.  General

20  maintenance of a home.

21  Q.          Have you been able to perform any of

22  those general maintenance duties since your diagnosis

23  of cancer?

24  A.          No.

25  Q.          Have you been able to perform any of the

1   outside chores that you did prior to your diagnosis

2   of --

3   A.          No.

4   Q.          -- cancer?

5   A.          No.

6   Q.          Have you had to hire anyone to do any of

7   these chores?

8   A.          Yes.

9   Q.          Explain to us situations in which you've

10  had to hire outside help to do the chores that you

11  used to be able to do.

12  A.          Cutting the grass, doing the weed eating.

13  I got to get a -- I have to hire a painter to do

14  painting.  The stone work that went -- that went

15  crooked and stuff, I'm just leaving it for now.

16  Q.          Now, you're reading from a paper.  What

17  is -- what's contained on that paper?

18  A.          My physical impact, postsurgery

19  treatment, financial impact, emotional impact.

20  Q.          And are -- is this something that you

21  jotted down to discuss the impact that this cancer

22  has had on your life?

23  A.          Yes.  The last time I was here I was

24  asked about the impact.  And I really didn't think

25  about it.  You know, it's -- I came -- I was coming

Page 58

```
 1   off of chemotherapy not too long, so I was still
 2   clouded-mind.
 3                    And I started thinking about it and
 4   started collecting the information and put -- putting
 5   it down.
 6   Q.         So is this information that -- are these
 7   all examples of things that have been impacted in
 8   your life by the cancer diagnosis?
 9   A.         Yes.
10   Q.         All right.  Well, what I would like you
11   to do, if you wouldn't mind, is reading that list to
12   us.
13   A.         Okay.  Let me get a drink.
14   Q.         Sure.
15   A.         See, this is another thing.  I have to
16   constantly drink because of my throat from radiation
17   and chemotherapy.
18                    Before the treatment it was extreme
19   pain in shoulder and hip prior to surgery, requiring
20   the use of painkillers and diminished mobility.
21   Inability to use stairs completely or prior to
22   surgery.  Unable to sit in vehicle for longer than
23   ten minutes from hip, prior to surgery.  Unable to
24   stand and walk -- unable to stand in place or walk
25   unassisted prior to surgery.  Complete loss of use of
```

Page 59

1    arm.  Radiating pain down leg from hip and down from

2    arm from shoulder.  Extreme pain in between shoulders

3    from upper spine.  The fourth and fifth vertebrae,

4    there was a fracture.  They were fractured.

5                      Unable to care for hygiene or dress

6    unassisted.  Unable to complete simple tasks such as

7    yard and home maintenance.  Unable to stop -- unable

8    to shop for self.

9                      Postsurgery treatment.  Diminished

10   pain in shoulder and hip.  Still requiring pain

11   medication as needed.  Pain and mobility issues still

12   in upper spine and neck.  Require assistance with

13   several tasks.  Limited assistance needed when

14   getting dressed, but much improved.  Unable to drive

15   longer than 15, 20 minutes at a time.  Unable to do

16   many household tasks or care for grounds.

17                      Nerve tingling and pain in

18   extremities, especially in fingers of affected arm.

19   Require assisted -- require assistance to shower and

20   complete hygiene rituals.  Intermittent inability to

21   stand up on demand without assistance.  Unable to

22   lift many daily items without assistance.

23                      Throat pain and soreness subsequent

24   to radiation treatment has improved, but

25   intermittently flares up.  Uh, I have a hard time

Page 60

1    laughing.  Now I start laughing, I start coughing.

2                    And as I said previously, I

3    constantly got to have something to drink.  Loss of

4    voice subsequent to radiation which is improved

5    greatly.  Unable to engage in playing music, social

6    engagements, recreation or visit friends.

7                    The financial impact.  Medical

8    copays, medication expenses, loss of ability to

9    acquire state inspection license due to physical

10   injuries.  Inability to earn with state emissions

11   license.  Loss of income recording -- resulting from

12   inability to inspect vehicles.  Paying for lawn and

13   grounds care.  Shipping costs for household goods, as

14   I'm unable to shop in person.  Vehicle repair and

15   maintenance costs, since unable to do labor.  I used

16   to do my own mechanical work.  Can't do it.

17                    Emotional impact.  Scared and angry

18   upon diagnosis.  Afraid I was going to die.  Upset my

19   wife, and she was devastated and cried constantly.  I

20   felt sad and useless which I still do, upon being

21   unable to do common things like tasks and provide for

22   my wife.

23                    I became very depressed and

24   miserable that I wouldn't be able to work after

25   finally getting my license to inspect vehicles, and

 1    would now be able -- and would not be unable do so.

 2                    My wife is getting on 73.  She's

 3    looking to retire.  And getting the emission

 4    certificate and the state inspections certificate

 5    would be a source of income for me because the guy

 6    would basically do the work and pay me for having

 7    my -- hanging my shingle out, and that would bring in

 8    a source of income.  But the way things are going, I

 9    don't know if I'm going to be able to maintain the

10    mortgage, and I might lose the house.

11                    It makes me feel sad that I cannot

12    do many things that I could before this and some, I

13    will never be able to do again.

14                    Every time I want to do something

15    as simple as taking a drive to the shore or any

16    destination, I am constantly reminded I am limited to

17    short distances, short destinations, and unable to do

18    many things that were always a given -- always a

19    given, since this happened.

20                    Please excuse my reading.  I'm not

21    well.  I am frustrated that every aspect of my life

22    is now different for the worse.  Simple things like

23    cutting my toenails, getting a shower or standing to

24    cook a meal without assistance are now impossible

25    and it's embarrassing to constantly need help with

1   personal things.  I only hope that my physical

2   mobility improves to a point that I can care for

3   myself and eventually do a fraction of what I did

4   prior to this.  It seems hopeless many days.

5                    Yeah, I got to go to the doctor to

6   have my toenails cut.  I can't get down to them

7   anymore.  One thing after another.  I have to use the

8   powder room to go to the bathroom because there's a

9   sink there and I can pull myself up off the toilet.

10  If I use the one upstairs, I get stuck.

11                   It affects -- yes, loss of arm and

12  leg, yes, this has affected me.

13  Q.          Now, sitting next to you, you have a

14  cane, correct?

15  A.          Yes.

16  Q.          And then there's another piece of

17  equipment that we see.  Can you -- can you hold that

18  up and tell us what that is?

19  A.          This is how I get my socks on because I

20  can't reach down.  So I got to grab with this and put

21  the sock in, and then I can get down and get it over

22  the toes and the ball of the foot.  Then I have to

23  switch around and lift my leg and take my one hand

24  and stretch the sock up.  Then I have to go this way.

25  One way's harder than the other because I can't reach

1   as far.

2   Q.          You mentioned a lot of things, but one

3   thing that I want to talk to you briefly about is

4   this emissions and inspection license.

5   A.          Um-hum.

6   Q.          Did you actually go to get that license

7   before?

8   A.          I have my emissions, and I was going for

9   safety inspection.  I had to stop.

10  Q.          When did you get the emissions license?

11  A.          Uh, it'll be -- a year ago.

12  Q.          Okay.  Prior to your diagnosis of cancer?

13  A.          Yes.

14  Q.          So but for your cancer, would you have

15  gone back into the workforce or at least attempted to

16  go back into the workforce?

17  A.          Workforce?  I don't understand that too

18  much.  But a friend of mine owns a mechanic shop.

19  And he told me if I get the emissions and

20  inspections, I can do the emissions and he'll help

21  with the inspections because of lifting weight.  He

22  would help with a lot of that.  And I would get paid

23  for doing such.

24  Q.          All right.  And besides -- is that

25  something that you would like to do in the future, if

Page 64

1   you're able to?

2   A.          Yeah.  I mean, it's a source of income.

3   I don't mind being around mechanics.  I'm

4   mechanically-inclined.  I've always done my own

5   vehicle work, brakes, transmission filters, oil

6   change.

7   Q.          Do you have any other goals for the

8   future, for your future?

9   A.          Yes.  I'd like to get back to work and

10  earn extra cash so my wife can fully retire and I can

11  maintain my mortgage and live where I'm living.  I'd

12  like to see that my arm gets, like, better, but the

13  doc -- I asked the doctor about lifting 50 pounds.

14  And he told me, you might get there.  It's an up in

15  the air thing.

16  Q.          Has your non-Hodgkin's lymphoma impacted

17  your relationship with your wife, Karen, in any way?

18  A.          Yeah.

19  Q.          Can you explain to the Jury how it's

20  impacted your relationship with your wife?

21  A.          Um, intimacy.  It's ruined that.

22  Q.          Has she been, to your understanding,

23  since you are with her every day, has she seemed to

24  be a -- more emotional about your diagnosis?  How is

25  she taking it?

1    A.          She's taking it hard.

2    Q.          Can you tell us a little bit more about

3    that?

4    A.          She worries about me.  She's been having

5    to wait on me hand and foot.  I don't know what to

6    say.

7    Q.          Okay.  Have you and Karen ever been

8    separated at any point in time during your marriage?

9    A.          No.

10   Q.          And do you have any children?

11   A.          No.

12   Q.          Okay.  Carl, will you ever use Roundup

13   again?

14   A.          No.

15   Q.          What would you say to someone from the

16   Monsanto Company if they were here with us today?

17   A.          Quite simply, why?

18              MR. SILVERSTEIN:  All right.  I

19   don't have anything further at this time.

20              Do you want to take a break?

21              MR. LARSEN:  Let's take a break.

22              MR. SILVERSTEIN:  Let's go off the

23   record for a moment.

24              THE VIDEOGRAPHER:  This is the end

25   of Media Unit Number 1 in the deposition of Carl

Page 66

1    Savory.  We are going off the record.  The time is

2    12:25 p.m.

3                         (A brief recess was taken.)

4                         THE VIDEOGRAPHER:  This marks the

5    beginning of Media Unit Number 2 and the deposition

6    of Carl Savory.

7                         We are back on the record.  The

8    time is 12:35 p.m.

9                              *  *  *

10                      CROSS-EXAMINATION

11   BY MR. LARSEN:

12   Q.         Good afternoon, Mr. Savory.  My name is

13   Matt Larsen.  You'll recall we met a couple weeks ago

14   here at this exact same hotel when I took your

15   discovery deposition.  Do you remember that?

16   A.         Yes.

17   Q.         Great.  And as you know, I'm one of the

18   lawyers for the Monsanto Company.  And this afternoon

19   I'll be asking you some questions.  I'll do my very

20   best to be brief.  But at the same time, if you do

21   need a break for any reason, please just let us know.

22   I'm happy to go off the record, and we can take a

23   quick break.  Is that fair?

24   A.         Yes.

25   Q.         Okay.  I'm going to be following up on

Page 67

```
 1   some of your lawyer's questions, and then I have some
 2   questions of my own for you.  I apologize if I jump
 3   around at all -- you know, a little bit.
 4                    If you get confused because I'm
 5   jumping around or something is not clear, just let me
 6   know and I'm happy to rephrase my question or clarify
 7   it.  All right?
 8   A.        Yes.
 9   Q.        All right.  And -- and before I ask you
10   my questions today, I -- I want to assure you that
11   I'm sympathetic to your -- to your current condition;
12   and I truly hope that your health continues to
13   improve.
14                    And the questions that I ask this
15   afternoon are not in any way -- I'm not trying to
16   disrespect you or your family.  So I hope you
17   understand that.
18                    Um, I wanted to start out talking
19   just briefly about your medical history.  And I know
20   you've hit a little bit of it this morning in
21   response to questions from your lawyer.
22                    But in 1990 you were diagnosed with
23   hepatitis C, correct?
24   A.        Uh, yeah.  Yes.
25   Q.        Okay.  And then in 2001, you were
```

Page 68

1   diagnosed with rheumatoid arthritis?

2   A.          Yes.

3   Q.          And that was in your legs, arms, hands

4   and shoulders, is that true?

5   A.          Joints of the body, yes.

6   Q.          And I know you're not a doctor, but is

7   your -- your understanding of rheumatoid arthritis,

8   tell me if you agree with this, is that it's a type

9   of advanced arthritis that attacks the bones and the

10  joints?

11  A.          I would believe so.

12  Q.          And I think you've testified this morning

13  that it has a mind of its own, right?

14  A.          Yes.

15  Q.          You don't sometimes know from day to day

16  how you're going to feel because of the rheumatoid

17  arthritis?

18  A.          Yes.

19  Q.          Now, after you were diagnosed with

20  rheumatoid arthritis in 2001, you never went back to

21  working full-time, correct?

22  A.          Correct.

23  Q.          And since then, you haven't had any

24  part-time work, either, for income, have you?

25  A.          No.

Page 69

1   Q.          Now, before you had the rheumatoid

2   arthritis -- and we'll talk a little bit about your

3   employment history -- um, you were able to work

4   full-time, weren't you?

5   A.          Repeat.

6   Q.          Yeah.  Before you were diagnosed with

7   rheumatoid arthritis, you were able to work

8   full-time, right?

9   A.          Yes.

10  Q.          And you worked as a carpenter?

11  A.          Yes.

12  Q.          Okay.  And since you were diagnosed in

13  2001 with rheumatoid arthritis, you've been less

14  mobile, haven't you?

15  A.          To a degree.  Some days I'm mobile as

16  normal, and some days not so mobile.

17  Q.          And same thing with respect to moving

18  around.  Some days it's -- it's not as easy to move

19  around because of the rheumatoid arthritis, right?

20  A.          Correct.

21  Q.          And if you think about your life before

22  you were diagnosed with rheumatoid arthritis in 2001

23  and since you were diagnosed with rheumatoid

24  arthritis, you've been in more pain since 2001,

25  right?

Page 70

```
 1   A.            I had no pain prior to 2001.

 2   Q.            Right.  And since your --

 3   A.            It's --

 4   Q.            Excuse me.  Sorry.  I didn't mean to cut

 5   you off.

 6   A.            Except work soreness.

 7   Q.            And after you were diagnosed with

 8   rheumatoid arthritis in 2001, the arthritis caused

 9   some pain in -- in certain areas of your body, didn't

10   it?

11   A.            Yes.

12   Q.            Okay.  And over the years, since you've

13   been diagnosed with rheumatoid arthritis, isn't it

14   true that there's some days that your bone joints are

15   so sore that you could hardly walk, right?

16   A.            Um, my knee.  Um, the rheumatoid

17   arthritis, it would hit me, it might go for a day, a

18   few days, and then I'd be fine for the next couple of

19   months, nothing.

20   Q.            And would you agree that the rheumatoid

21   arthritis, um, has had a negative effect on your

22   quality of life?

23   A.            Yes.

24   Q.            And, unfortunately, that's an effect

25   that's lasted for almost two decades, right?
```

Page 71

1   A.          Wow.  Been that long?

2   Q.          I'm just taking from 2001 to the present.

3   A.          Yeah.

4   Q.          Is that right?

5   A.          A year ago, maybe a year and a half is

6   when it -- I wasn't affected as much.  I was pretty

7   much living a normal life.  That, I believe, was

8   from -- well, that would be, like, not even a year,

9   with the Xeljanz.

10  Q.          Okay.  And then I did want to talk to you

11  about that.  Um, the medication that you were

12  prescribed for your rheumatoid arthritis did -- did

13  help you feel better, didn't it?

14  A.          Oh, yes.  I -- it's like no symptoms.

15  Q.          Okay.  And a coup -- two weeks ago or so

16  when I took your deposition, you testified that you

17  started taking that medication, that Xeljanz?

18  A.          Um-hum.

19  Q.          About five to six years ago, is that

20  true?

21  A.          No.

22  Q.          Okay.

23  A.          I was taking medication and it -- I

24  forget the name.  And everybody started to complain

25  about it, including myself, that it wasn't doing what

Page 72

1    it was supposed to do.  And I was switched over to
2    Xeljanz.  And Xeljanz was -- I had -- was taking
3    Xeljanz for not even a year.
4    Q.          What year did you start taking the
5    Xeljanz?
6    A.          2019.
7    Q.          And is that the med --
8    A.          This is like February or something.  I
9    don't really recollect, but I counted it up and I was
10   like, I only took -- taken Xeljanz for like six or
11   eight months, and that's it.  That's all I've had.
12   Q.          And is that the medication that's, um,
13   helped the side effects or significantly improved the
14   pain that you experienced because of the rheumatoid
15   arthritis?
16   A.          Yes.
17   Q.          Okay.  And before you started taking the
18   Xeljanz, you had more pain in your bones and joints
19   because of the rheumatoid arthritis, right?
20   A.          It was -- before that, it wasn't 100%.
21   The medication that was working -- taking -- started
22   losing its effect.
23   Q.          All right.  You graduated from high
24   school in 1973, didn't you?
25   A.          I believe so.

Page 73

1    Q.         And then you went to work as a carpenter

2    for a couple years before serving in the Navy?

3    A.         Yes.

4    Q.         And then if I remember correctly from

5    your testimony this morning, you served in the Navy

6    for about four years, from 1976 to 1980?

7    A.         Um-hum.

8    Q.         That's a yes, right?

9    A.         Yes.

10   Q.         Great.

11              Um, so let's talk about your work

12   as a carpenter for a few minutes.  And your carpentry

13   work was focused on framing of residential homes,

14   wasn't it?

15   A.         Correct.

16   Q.         And when you -- when you think about what

17   you did on a daily basis to work, framing homes, that

18   would involve measuring and cutting wood to frame the

19   interior of a house, right?

20   A.         Yes.

21   Q.         And to do that, you'd use both handsaws

22   and electric saws to cut the wood, wouldn't you?

23   A.         Yes.

24   Q.         And would you agree that sawing wood

25   creates dust?

```
1    A.         Yes.

2    Q.         And I think you described a couple weeks

3    ago when we had your deposition that you sawed and

4    worked with wood, quote, all day long during that

5    period of time that you were working as a carpenter,

6    right?

7    A.         I worked with wood all day long and, yes,

8    I did cut wood during the day.

9    Q.         And you didn't --

10   A.         But not all day long.

11   Q.         And you didn't wear a mask while you were

12   working as a carpenter, did you?

13   A.         No.

14   Q.         And when you were working as a carpenter,

15   you tended to get bronchitis about once a year; is

16   that what you recall?

17   A.         That's when they dropped the stone.

18   Q.         And that would happen --

19   A.         And I would get dust from the stone --

20   would give me that.  Or if the -- the concrete guys

21   were around and they were mixing -- or -- not the

22   concrete, but the guys who -- if I was on the job,

23   were doing block work, which was rare -- the cement

24   dust.

25   Q.         And when that happened and the dust was
```

1    what caused you to have your lungs irritated, did

2    that happen more than once a year or about once a

3    year?

4    A.          It seemed like every fall I would get it.

5    But I'd have to ask for my medical records to find

6    out if it was constant every year.  I know there's

7    some years I didn't have it.

8    Q.          Now, let's talk about, um, the property

9    that you own on ███████████ and your Roundup use.

10                   The only property where you sprayed

11   Roundup up is your -- about 3 -- I know it's 3.337

12   acres but --

13   A.          Three and a third.

14   Q.          About three and a third acre of property

15   on ███████████ right?

16   A.          Um-hum.

17   Q.          Okay.

18                   MR. SILVERSTEIN:  Yes?

19                   THE WITNESS:  Yes.

20   BY MR. LARSEN:

21   Q.          Okay.  You testified this morning that

22   you used some other products to kill weeds in

23   addition to Roundup.  As you sit here today, can you

24   remember the names of any of those products?

25   A.          No.  That was way back in the beginning.

1    Q.          Did Roundup work better than these other

2    products that you used?

3    A.          Yes.

4    Q.          Now, we saw a video of your property and

5    also some -- some photos that were shown to you

6    during your direct examination.  And would you agree

7    that about 60% of your property is compromised of

8    wooded areas?

9    A.          That I wouldn't know.

10   Q.          Do you recall testifying a couple weeks

11   ago that about 60% of your property was wooded?

12   A.          I don't recollect.

13   Q.          Now, you didn't use Roundup on the entire

14   three acres, only on portions of it as you talked

15   about this morning, right?

16   A.          Yes.

17   Q.          And so even in a wooded area where you

18   may have used some Roundup, you didn't spray the

19   entire wooded area, just certain portions of that

20   wooded area, right?

21   A.          Yes.

22   Q.          And you used Roundup from the early '90s

23   until last year, correct?

24   A.          Yes.

25   Q.          And you don't recall ever having seen or

Page 77

1  heard an advertisement for Roundup, isn't that true?

2  A.          I don't recollect.

3  Q.          As you sit here today, you can't remember

4  having heard or, um, seen or read some type of

5  advertisement for Roundup?

6  A.          When it comes to commercials I flip to

7  the other station because I got the PIP.

8              THE COURT REPORTER:  I'm sorry,

9  because I got the -- I didn't hear what you said.

10             THE WITNESS:  I switched to the

11  other stations because I had the -- the PIP, picture

12  in the picture.

13 BY MR. LARSEN:

14 Q.          So as you sit here today, you don't

15 recall seeing the TV commercial or seeing some type

16 of, um, advertisement in print for Roundup, right?

17 A.          I've seen them lately.  I've noticed

18 them.

19 Q.          And the ones you've seen lately, for

20 filing lawsuits or for the product itself?

21 A.          Roundup takes care of the job.  Use

22 Roundup.  And they've got the guy using Roundup going

23 around the yard.

24 Q.          But when you were using --

25 A.          Now recently they put advertisements on

Page 78

1    TV about Roundup.

2    Q.          In the early '90s, you don't recall

3    seeing any advertisements, right?

4    A.          No.

5    Q.          Okay.  And even in the 2000s when you

6    were using it?  It's just recently?

7    A.          Yes, recently, it has come to mind.

8    Q.          Now, in your -- in the complaint that was

9    filed in this case on behalf of you and -- and your

10   spouse, there was a reference to Roundup as safe as

11   table salt.

12              Now, you've never heard anyone from

13   Monsanto say that, correct?

14   A.          No.

15   Q.          And you've never read that in a Monsanto

16   marketing piece, have you?

17   A.          No.

18   Q.          And you've never seen or heard an

19   advertisement that has advertised Roundup as safe as

20   table salt, correct?

21   A.          I never heard anything like that.  But

22   then again, I don't listen to the commercials.  I

23   hate commercials.  I flip them off.  And if there's

24   two commercials, I hit the mute button, I go out and

25   get something to eat and come back.  I'm not a

Page 79

1    commercial man.

2    Q.          Now, when you were using Roundup, it

3    worked well for you, didn't it?

4    A.          Yes.

5    Q.          It got rid of the unwanted weeds and

6    grass on your property?

7    A.          Poison ivy was a double or triple dose.

8    Q.          But eventually it worked even on the

9    poison ivy?

10   A.          Yes.

11   Q.          And in general, though, it worked well

12   for you, didn't it?

13   A.          Surely.

14   Q.          Now, you testified this morning that

15   you've used two different types of Roundup, the

16   concentrate and then that ready-to-use product.  And

17   you'd agree that you typically purchased the

18   concentrate, correct?

19   A.          I went to concentrate because I got more

20   out of it.

21   Q.          And if you think about the entire time in

22   which you used Roundup, the majority of the time, you

23   used the concentrate, didn't you?

24   A.          I'd say 50/50.

25   Q.          And the ready-to-use product was the type

Page 80

```
1   that you would be able to spray and it would kill
2   weeds in the grass, but not the grass?
3   A.          There -- there's -- I guess so.  I mean,
4   there was the concentrate and then the big jug for
5   lawn weeds.  I just started using that a couple years
6   ago, I -- from what I remember.
7   Q.          And we saw a picture of -- on your direct
8   examination of the container you used, the handheld
9   sprayer, where you pour the concentrate in, add water
10  and spray.  We saw that container, right?
11  A.          In the picture?
12  Q.          Yes.
13  A.          That was the, kills weeds not grass
14  Roundup.
15  Q.          Right.  We saw that one in the white
16  container, correct?
17  A.          The Roundup concentrate, I don't have any
18  of those because they were disposed of.
19  Q.          Sure.  And maybe I asked a bad question.
20  In that picture we saw two different containers.  We
21  saw the white container --
22  A.          Uh-huh.
23  Q.          -- that was the Roundup ready-to-use
24  product, right?
25  A.          Yes.
```

1    Q.          And that one is a product that you would

2    hold in one hand, and it had a hose and a wand and

3    then you'd spray, correct?

4    A.          The white container?

5    Q.          Yes.

6    A.          Oh, that has a little pump on there, a

7    battery-powered pump.

8    Q.          And it still had a wand that you would

9    use and you'd --

10   A.          Yes.

11   Q.          -- point and spray the weeds, right?

12   A.          Yeah.  You go right down on the weeds,

13   next to the lawn.  You didn't have to spray it in the

14   air or anything.

15   Q.          And the other container in that picture

16   was a yellow container, your two-and-a-half-gallon

17   container that you would use to pour the concentrate

18   in, mix it with water and then spray Roundup,

19   correct?

20   A.          Yes.

21   Q.          Okay.  If you need to take a drink, go

22   ahead and take a drink and I'll --

23              Now, you were asked some questions

24   this morning about the amount of Roundup that you

25   used.  And the amount really depended on how many

```
 1    weeds there were on your property in a given year,
 2    right?
 3    A.          There's a whole lot of weeds.  And they
 4    grow and they grow.
 5    Q.          And some years, you may need more Roundup
 6    than other years, right?
 7    A.          Yes.
 8    Q.          And you typically -- you'd use maybe one
 9    to two 16-ounce containers of concentrate per year?
10    A.          I know one, I know, definitely used.  As
11    far as the second one, I used some out of it.  I
12    don't know if I used -- I don't think I used a
13    complete one.
14    Q.          So let's talk about, um, mixing of the
15    Roundup concentration, right?  I mean, we've talked
16    about the ready-to-use product, that you would just
17    grab it, point and shoot, right?
18    A.          Right.
19    Q.          Okay.  Now let's talk about using the
20    concentrate.  Uh, you were really careful when you
21    were mixing that concentrate into the -- into your
22    handheld sprayer, right?
23    A.          Yes.
24    Q.          And when you would mix, you would wear
25    long pants, dungaree-type pants, a long-sleeve shirt
```

Page 83

1    and work boots, correct?

2    A.          Yes.

3    Q.          And those work boots were boots that you

4    had sprayed with silicone so that moisture wouldn't

5    seep through them, right?

6    A.          No.  They were -- maybe.  Uh, I know I've

7    sprayed the boots a couple times because of the job

8    setting and the time of season and how wet it was.

9    Q.          So is your --

10   A.          It wasn't a regular -- a regular thing

11   that I would do.

12   Q.          So some of the work boot -- boots that

13   you used while spraying Roundup may have had silicone

14   sprayed on them and some may not have?

15   A.          It might have wore off, yes.

16   Q.          But were they all at some point sprayed

17   with the silicone?

18   A.          Not all of them, no.

19   Q.          Now, you don't recall a time when you

20   spilled or splashed Roundup concentrate on yourself

21   while mixing, do you?

22   A.          No, not splashed, not spilled.  Maybe

23   splashed a little, but hardly ever.

24   Q.          So a couple weeks --

25   A.          I don't even remember splashing or

1    spraying on me because in mixing that -- that -- pour

2    that in that jar and that jar goes in, and everything

3    is done with -- uh, what's the word -- precision, as

4    not to contaminate other objects or myself.

5    Q.          And I believe you'd -- a couple weeks ago

6    when -- during your deposition, you testified that

7    you were careful and treated it like you were working

8    with a product in a bio lab, is that true?

9    A.          Yeah.  Yes.

10   Q.          And so --

11   A.          You've got to watch which way the wind's

12   blowing.

13   Q.          All right.  And so we'll talk about

14   spraying in just a second, but just focusing again on

15   mixing, as you sit here today you don't recall any

16   specific time in which the Roundup concentrate

17   splashed on you or spilled on you, right?

18   A.          Uh-uh, no.

19   Q.          Okay.  And when you were done mixing the

20   Roundup, you would wash your hands, wouldn't you,

21   before you started spraying?

22   A.          Yes.

23   Q.          All right.  So let's --

24   A.          I'd wash the glass out.  And that was

25   done a certain way as not to splash or spray the

Page 85

1  Roundup around.  And everything was done not to

2  contaminate.  Contamination with Roundup was a high

3  priority with me, not to contaminate.  And when I

4  poured it in the jug, into the sprayer, I had to

5  beware of the wind.  I wouldn't do it on windy days,

6  anyway.

7  Q.          All right.  So let's move to, um, the

8  spraying of the Roundup.  We talked about the mixing.

9  Let's move to the spraying.  Um, thinking about that

10 two-and-a-half-gallon-handheld pump sprayer, the

11 yellow one --

12 A.          Um-hum.

13 Q.          -- that you saw in the picture, okay, if

14 you can get that in your head.

15              First of all, you wore the same

16 type of clothing, um, when you sprayed, as you did --

17 and when you'd mix the Roundup, right?

18 A.          Same type of clothing?  Yes.

19 Q.          Right.  Which was the long dungaree-type

20 pants, long-sleeve shirt and the work boots?

21 A.          Yes.

22 Q.          And that handheld pump sprayer, there was

23 a wand that was connected to a hose.  Then the

24 hose --

25 A.          Um-hum.

Page 86

1    Q.          -- was connected to the tank, right?

2    A.          Yes.

3    Q.          Would you say that hose was, I don't

4    know, maybe two to three feet long or more?

5    A.          Two to three -- two feet, at least.

6    Q.          And that hose with the wand allowed you

7    to point and spray where you wanted to spray, right?

8    A.          Yes.

9    Q.          And you would hold the wand and the

10   sprayer about waist high and spray in a downward

11   direction?

12   A.          You hold the tank.  And I had the

13   sprayer --

14                   MR. SILVERSTEIN:  Be careful, Carl,

15   you've got to stay there.

16                   THE WITNESS:  I see.  I see.

17   And I spray along.

18   BY MR. LARSEN:

19   Q.          Okay.  So I think that's on video, but

20   for the record that we're making that's written, that

21   would be a -- your arm was a little under waist high

22   and sprayed in a downward direction, right?

23   A.          Yes.

24   Q.          Okay.

25   A.          I would never hold my arm up like this

Page 87

1   and spray and stuff.  It was always in a down

2   direction.

3   Q.          Great.

4   A.          Because the weeds are on the ground, I

5   spray down.

6   Q.          And for -- this is for the written

7   record.  When you waved your hand and said you didn't

8   spray that way, that was up around chest height,

9   right?

10  A.          Repeat.

11  Q.          When you were -- I'm just trying to get

12  the written record also clear.

13              When you were saying that you

14  didn't spray with your arm up in the air, you were

15  waving it about chest high?

16  A.          Yes.

17  Q.          Okay.

18  A.          Yeah, I wouldn't spray that height.

19  Q.          And when you sprayed the Roundup, you

20  targeted the weeds that you wanted to kill, and

21  sprayed those weeds, right?

22  A.          Yes.

23  Q.          And your spray, I believe you told me a

24  couple weeks ago, that the spray, you know, you --

25  you could adjust the nozzle to make it spray a little

1    more like a stream --

2    A.          Um-hum.

3    Q.          -- or a full mist, right?

4    A.          Yes.  But I never used full mist.

5    Q.          Right.

6    A.          That was useless.

7    Q.          And -- and I -- and you would never --

8    the mist, right, if you'd think about how wide the

9    mist was that came out of the nozzle, it was never

10   more than about two inches or so, right?

11   A.          It usually comes out maybe an inch, inch

12   and a half.  Anything beyond that, it becomes too

13   much of a spray and it just goes all over.

14   Q.          Right.  And so you did that inch --

15   A.          You want a -- a heavier -- you want

16   heavier drops of water, say, or --

17   Q.          And with the way you sprayed with the

18   finer mist, it also allowed you to pinpoint the weeds

19   you wanted to target and spray them, right?

20   A.          I wouldn't use a finer mist.  I would use

21   a mist, but not a finer mist.

22   Q.          Okay.  I'm sorry.  When you said mist,

23   I'm just saying about what you showed us on the

24   video.  Maybe an inch or two wide?

25   A.          That would come out of the nozzle, yeah.

Page 89

1    I don't even think it was that.  I mean, I can go get

2    the tank sprayer and set it up and show you.

3    Q.          No.  I think we're --

4    A.          And that would get you exact.

5    Q.          I think we're pretty clear about how wide

6    the mist may have been.

7                    Now, one of the reasons you did

8    that and sprayed the way you sprayed was because it

9    was important for you to only kill the weeds and not

10   to kill other vegetation, right?

11   A.          When I was spraying the weeds, there

12   wasn't other vegetation I didn't want to kill.

13   Q.          Okay.

14   A.          And that's why I used the Roundup for

15   lawns.  Because there, I could spray the weeds

16   without killing the grass.  If you go out and spray

17   the weeds and the lawn with the regular Roundup,

18   it'll kill the grass around it.

19                    So that was -- so I -- when I was

20   spraying, I was spraying weeds.  There wasn't

21   anything else I had to worry about to kill.

22   Q.          So there were situations, though, in

23   which you had to be careful to not get the Roundup on

24   certain vegetation that you wanted to keep, right?

25   A.          No.  I never sprayed around the garden.

Page 90

```
 1   Q.          Okay.  Did you spray around any
 2   vegetation that you wanted to keep?
 3   A.          Yes.
 4   Q.          Okay.  And when you sprayed those areas,
 5   you were careful not to get the Roundup on the
 6   vegetation that you didn't want to kill, right?
 7   A.          Yes.
 8   Q.          I believe you told me a couple weeks ago
 9   that you took time to grow stuff, so you certainly
10   didn't want to kill it, right?
11   A.          Like the lawn grass, yes.
12   Q.          And you don't remember any times when you
13   accidentally eliminated some vegetation with Roundup
14   that you didn't want to eliminate, right?
15   A.          Correct.  I'm sure there might have been,
16   but don't remember doing it.
17   Q.          And you don't remember your wife ever
18   getting upset with you for killing some vegetation
19   that you --
20   A.          Oh.
21   Q.          -- didn't want to kill?
22   A.          Oh, that part, no, no.
23   Q.          Now, I believe you testified, um, that --
24   earlier this morning, that you sprayed on an
25   as-needed basis between the months of May and August,
```

Page 91

1   is that correct?

2   A.          Yes.

3   Q.          And you sprayed on an as-needed basis, so

4   it's tough to pinpoint exactly how many times you

5   sprayed each year; but you maybe sprayed up to about

6   12 times per year, is that true?

7   A.          I can't recollect, but I'll say yes.

8   Q.          And this morning when your attorney asked

9   you some questions, you were talking about the time

10  in which you would spend spraying Roundup.  And the

11  time estimates you gave him would also include mixing

12  of the product and if you ran out, walking back to

13  mix more and coming out and continuing to spray,

14  right?

15  A.          Yes.

16  Q.          Now, you testified a bit ago about

17  avoiding windy days when you were mixing.  Let's talk

18  about weather conditions when you would spray and

19  when you would not spray Roundup.  You avoided rainy

20  days, right?

21  A.          Yes.

22  Q.          Because it would just wash off the weeds

23  and do no good, correct?

24  A.          Correct.

25  Q.          And you also avoided windy days, didn't

Page 92

1    you?

2    A.          Oh, yes.

3    Q.          And that was because you wanted to keep

4    the Roundup from blowing back on you or anywhere else

5    that you didn't want it to go?

6    A.          Correct.

7    Q.          Now, there were, um, a few times that

8    some Roundup did get blown on your face and your

9    hands, right?

10   A.          Yes.

11   Q.          And in those instances you would stop

12   what you were doing and go back and wash it off

13   until --

14   A.          Yes.

15   Q.          -- you couldn't feel it on your skin any

16   longer, correct?

17   A.          It says wash thoroughly.  So I washed

18   thoroughly.  Or rinsed thoroughly.

19   Q.          And you testified about getting Roundup

20   in your mouth.  As you sit here today, that only

21   happened on one occasion, didn't it?

22   A.          It happened a couple times that I can

23   remember -- recollect.

24   Q.          No more than a handful?

25   A.          I can't recollect.

1   Q.          And as you sit here today, you don't

2   remember any times that your clothes got wet from

3   Roundup and you felt the Roundup get on your skin

4   through your clothes, right?

5   A.          No.

6   Q.          And you don't recall --

7   A.          I'm too careful to have that happen.

8   Q.          And you don't recall any skin irritation

9   from the times that you got Roundup on your skin?

10  A.          Even after I washed it off, my skin felt

11  funny because -- I always thought it was because of

12  getting it on there and washing it off, it became

13  psychosomatic.  But it might not have been, since you

14  asked me that question.

15  Q.          But you never went and saw any

16  dermatologist or doctor about any skin irritation due

17  to Roundup on your skin, right?

18  A.          No.

19  Q.          And did you ever -- and you never noticed

20  any kind of redness or scaliness or any kind of

21  irritation that way, that you could see?

22  A.          No.  It was the reason for washing it

23  off.

24  Q.          Now, after you were done spraying

25  Roundup, your practice was to, um, put the container

Page 94

1    away and then wash up, right?

2    A.          Yes.  The container had to be

3    decontaminated with water.

4    Q.          And you would wash your hands, as well?

5    A.          Oh, yes.

6    Q.          And then when you were done working out

7    in the yard, you'd go in the house and take a shower

8    and shower off with soap and water, wouldn't you?

9    A.          Not necessarily.

10   Q.          About what percentage of the time did you

11   shower after working out in the yard?

12   A.          Depends on what time of the day it was.

13   Q.          Was it --

14   A.          I mean, when I come home from work I do

15   yard work, then I go in and take my boots off in the

16   garage, go upstairs and take a shower at the end of

17   the day.

18              I don't use Roundup 10:00 in the

19   morning, then go up in the shower.  I got a full

20   day's work yet to do.

21   Q.          And then on those days you would just

22   shower at the end of day when you were done working?

23   A.          Yes.  And incidentally, as to the work

24   boots, they come already waterproof.  If they really,

25   really get old, then I spray them with silicone.  And

Page 95

```
 1   those are ready to get trashed.
 2   Q.          And, uh, when you were done working for
 3   the day out in the -- out in the yard and using
 4   Roundup, it was your practice to throw your clothes
 5   in the dirty clothes and you wouldn't wear them
 6   again, your pants and your shirt, until they were
 7   washed, right?
 8   A.          They're too dirty to wash -- to wear the
 9   next day.
10   Q.          Without being washed, right?
11   A.          Right.  Um, yes.  I don't wear the same
12   pants seven days a week or even two or three days.
13   Q.          Now, there was some questions about the
14   Roundup label that your attorney asked you.  And you
15   recall seeing that it shouldn't be used around pets
16   or vegetable gardens and to call a number if you
17   drank it.  That's what you remember from the label,
18   right?
19   A.          Yeah, yes.
20   Q.          And whether it was the label the first
21   time that you used Roundup or as you used Roundup
22   throughout the years, you don't recall any other
23   hazard statements or precautions on the label?
24   A.          No.  No.
25   Q.          And you don't remember anything else
```

Page 96

1   about the label other than, um, that it shouldn't be

2   used around pets or gardens or to call a number if

3   you drink it?

4   A.          No.  No.  I don't recall.

5   Q.          That's all you recall, is what I just

6   said, right?

7   A.          The major points of safety with it.

8   Don't get it in your hands and eyes.  Wash it off, if

9   you do.  Be careful of pets, vegetation and stuff.

10  Q.          And so you -- um, as you sit here today,

11  you don't know if the labels changed over time or if

12  the label was different on the different Roundup

13  products you used, right?

14  A.          No.

15  Q.          Okay.  And you're not aware of the

16  process that Monsanto had to go through in order for

17  Roundup to be approved for use and have a label

18  attached to it, are you?

19  A.          No.

20  Q.          Are you aware that the United States

21  Environmental Protection Agency has stated that it

22  won't allow a cancer warning on the Roundup label

23  because it would be misleading?

24  A.          That's still in dispute.

25  Q.          And why -- and -- but are you aware that

Page 97

```
 1   they came out --
 2   A.           I found that out yesterday.  It's still
 3   in dispute.
 4   Q.           Okay.  Have you read the EPA statements
 5   on the Roundup label and the EPA's belief that there
 6   is no link between the use of Roundup and cancer?
 7                     Not asking you if you agree, just
 8   if you're aware of those statements.
 9   A.           I'm not sure how to answer.
10   Q.           Okay.  If the EPA were to find and state
11   that they have -- they don't believe there's evidence
12   that Glyphosate causes cancer in humans, would that
13   make you feel better about having used Roundup?
14   A.           If the EPA --
15   Q.           Right.
16   A.           -- said --
17   Q.           If the EPA finds that there is no
18   evidence that Glyphosate causes cancer in humans,
19   does that make you feel better about having used
20   Roundup?
21   A.           No.
22   Q.           Why not?
23   A.           It's a lie.
24   Q.           And what basis do you have for calling
25   what EPA has said a lie?
```

Page 98

1   A.          By the people who are getting cancer and
2   dying from it.
3   Q.          And do you know --
4   A.          It's outlawed in Europe.
5   Q.          Do you know what --
6   A.          Why did they outlaw it?
7   Q.          And as you sit here today, do you know
8   what information the EPA has relied on in approving
9   Roundup for use and approving a label?
10  A.          I cannot answer that because it's too
11  much information and I really don't have the
12  recollect to say anything on that.
13  Q.          That's fair.  Let's change gears here.
14              You smoked cigarettes, about a
15  quarter -- I'm sorry -- about a half to
16  three-quarters of a pack a day from about 17 years
17  old until your 30s, right?
18  A.          I would say, yes.
19  Q.          Okay.  And then you quit smoking for a
20  period of time?
21  A.          Yes.
22  Q.          And then you at some point in time you
23  started smoking again, didn't you?
24  A.          I quit for like 10, 12 years.
25  Q.          And then you started again?

Page 99

1    A.          Yeah --

2    Q.          Now --

3    A           -- for a few years.

4    Q.          -- over the years as you've smoked,

5    you've seen cancer warnings on the boxes, right?

6    A.          Yes.

7    Q.          And you -- but you continued to smoke the

8    cigarettes, didn't you?

9    A.          Actually, I quit.

10   Q.          All right.  And then -- and then

11   start  -- but while -- but before you quit, you saw

12   the cancer --

13   A.          The realization --

14   Q.          -- warnings, right?

15   A.          The realization of what was on the box

16   when you're young means nothing.  But when you get

17   older, you start to understand it.  And when I

18   started to understand and not look at the rest of

19   society out there, hey, here we go, and this guy made

20   80 years old and he smokes every day, I started

21   looking at my health and everything and I said, yes,

22   this has got to stop.

23   Q.          And then you started smoking again at

24   some point, right?

25   A.          The second time is when I realized it.

1    That second time was the sorriest mistake of my life.

2    Q.          Just a couple questions on your family,

3    um, medical history.  Um, you heard that your father

4    passed away from prostate cancer, right?

5    A.          No.

6    Q.          Is it your understanding that he may

7    have --

8    A.          My --

9    Q.          -- passed away --

10   A.          My -- it was said that my father has

11   prostate -- had prostate cancer, but he beat it.  But

12   I have no way to confirm that.  It was hearsay, as

13   far as I know.  My father did not die from cancer.

14   Q.          Okay.  I appreciate that clarification.

15               Now, your mother did have gastric

16   cancer, right?

17   A.          Yes.

18   Q.          And, unfortunately, that's what took her

19   life?

20   A.          Yes.

21   Q.          And is it your understanding that you

22   also have an uncle who also died of cancer?

23   A.          Oh, Uncle Eddie.  Yes.

24   Q.          And you don't remember what type he had,

25   do you?

1    A.            No.

2    Q.            Let's just talk a little bit about your

3    non-Hodgkin's lymphoma diagnosis.  And you were

4    diagnosed in 2019, in September of 2019, right?

5    A.            I was diagnosed with cancer, yes.

6    Q.            And --

7    A.            To the shoulder.

8    Q.            And you talked a little bit this morning

9    about your wife and the relationship that -- that you

10   have with your wife.  Your cancer made you more

11   grateful for her, didn't it?

12   A.            Yeah, you would -- when I look back on it

13   now, you see death.  You see what you have, yeah.  It

14   changes -- it works you mentally, yes.

15   Q.            And although it's been difficult, and as

16   you talked about your cancer and the effect on you

17   and your spouse and how she's had to care for you and

18   so forth, the cancer really hasn't caused any changes

19   in the activities that you and your wife have done

20   for fun since before and after cancer, right?

21   A.            All fun is gone.  Fun times are over.

22   Q.            And do you feel like as time --

23   A.            For now, I hope.

24   Q.            And as time has progressed since you

25   ended radiation and chemotherapy, you've gotten a

1   little bit stronger, haven't you?

2   A.          Certainly, yes.

3   Q.          And you testified earlier about some,

4   obviously, very difficult mental challenges and --

5   and -- and thoughts that you had during chemotherapy.

6   And mentally, things have improved as time has

7   passed, right?

8   A.          Yes, they've improved.  But there's

9   still, of course, scars of what I can never do again.

10  I can't complete my inspection and do inspections and

11  bring home money.  So now I'm like worried about the

12  home.  I mean, my wife is getting up there.  She's

13  not going to be working part-time anymore.  Where are

14  we going to get the mortgage money?

15  Q.          You also talked about some -- like during

16  the chemotherapy, how you tell people to get away

17  from you because you didn't want to say something

18  you'd regret and how you'd say things like that on

19  occasion.

20              Um, have those challenges also

21  improved as -- as time has gone on, since you

22  finished chemotherapy?

23  A.          Since I stopped taking the prednisone?

24  Q.          Or was it the prednisone?  Have those

25  issues improved?

Page 103

1   A.          The prednisone is what made me a very

2   angry person who would say things that he normally

3   never did say.  So it did change my mental state.

4   And that's why I described it as Dr. Jekyll,

5   Mr. Hyde.

6   Q.          And when did you stop taking the

7   prednisone?

8   A.          Last treatment, the sixth treatment.  Uh,

9   it's like six -- six days afterwards, 100 milligrams

10  each.

11  Q.          And what was the date of the last

12  treatment?

13  A.          I believe it was March.

14  Q.          Of this year?

15  A.          Yes.  I'm not sure.

16  Q.          That's okay.  We have your medical

17  records.  I was just curious if you remembered.

18              Um, you also testified a little

19  while ago about some difficult intimacy issues, um,

20  that you've experienced since your cancer diagnosis.

21  Have those issues improved slowly since you stopped

22  taking certain medications?

23  A.          No.  It wasn't just medications.  It was

24  the mental.  And even though it said that your cancer

25  is over, there's always that little back niche will

Page 104

1    it come back.  So things have not gone back to what
2    it used to be.
3    Q.          Sure.  And I'm not asking if you're 100%
4    back.  I'm just asking if -- a couple weeks ago when
5    I -- when I took your deposition, you talked about
6    the effect that the pain meds, I think you said the
7    morphine had on -- that affected --
8    A.          Oh, yeah, yeah.
9    Q.          -- your intimacy issues.  And so my
10   question is, as you've -- um, the amount of pain
11   medication that you've been taking has decreased as
12   time has gone on since your surgery and the cancer
13   treatments, right?
14   A.          Yes.
15   Q.          And since you quit taking the pain meds
16   as often, have the, um, issues with your body that
17   have affected intimacy, have those improved even
18   slightly?
19   A.          Not really.  In one way they did, and in
20   another way, no.  It kind of ruined us, mentally, for
21   now.
22   Q.          So maybe now it's -- it's more of a
23   mental thing than a physical thing?
24   A.          Yeah, I would think so.
25   Q.          Okay.  Have you talked to any of your

Page 105

1    doctors about these intimacy issues and any

2    medication you can take to help you out?

3    A.           No.

4    Q.           Now, I -- I believe you testified earlier

5    that you had six rounds of chemotherapy.  And after

6    five rounds, the doctor said that you were in

7    complete remission, right?

8    A.           That's what he said.

9    Q.           After the fifth round, but then they

10   still did a sixth round, correct?

11   A.           Yeah.  Yes.

12   Q.           And is it your understanding that based

13   on your last PET scan, that your cancer has not

14   returned?

15   A.           Have no idea.

16   Q.           And do you have another, um, appointment

17   coming up soon with your doctor?

18   A.           September is the next PET scan.

19   Q.           Okay.  But as of the last you've talked

20   to your doctor, um, the cancer had not returned,

21   correct?

22   A.           Uh, returned?

23   Q.           Right.  You were in complete --

24   A.           We didn't have -- we didn't have time for

25   it to return yet.  The cancer -- what do you call it?

1   Is in remission.

2   Q.          Okay.

3   A.          Now, whether it will return or not, we'll

4   find out in September.

5   Q.          Now, did Dr. Magdalinski mention to you

6   in a conversation that, um, Roundup may have been the

7   cause of your cancer?

8   A.          No.  He didn't mention to me, no.  I

9   asked him about it.  And he says, yeah, it does give

10  that type of cancer, from what I recollect.

11  Q.          And that was your -- and Dr.

12  Magdalinski --

13  A.          I mean, at the time my brain was

14  scattered.  So --

15  Q.          But you recall him saying that in

16  response to a question you asked him?

17  A.          I believe maybe I asked him, could this

18  be from -- I used Roundup.  Could it be from that?

19                      And he said it could be or he said

20  it does.

21                      I can't recollect exact words.

22  Q.          And Dr. Magdalinski was your -- or -- is

23  your oncologist, isn't he?

24  A.          Yes.

25  Q.          All right.  I'm almost done, but go ahead

Page 107

1   and take a drink.  I won't ask you a question while

2   you're taking a drink.

3                     Now, over the -- since September of

4   2019, you've -- when you were diagnosed with cancer,

5   you've also seen Dr. Minnich, Dr. Hurley,

6   Dr. Hightower and Dr. Vasta, right?

7   A.          Um-hum.

8   Q.          That's a yes, isn't it?

9   A.          Yes.  Uh, Hurley was the shoulder.  And I

10  forget the doctor for the hip.  I can never remember

11  his name.

12  Q.          Okay, that's fair.  But those four

13  doctors are doctors that -- that you've seen since

14  September of 2019, right?

15  A.          No -- Minnich, no.  I seen him first.

16  And he's the one who did a -- diagnosed that I have

17  cancer in the shoulder.

18  Q.          Right.

19  A.          And I never seen him since.

20  Q.          Well, that's okay.  But that was in

21  September of 2019, right?

22  A.          Yes.

23  Q.          Okay.  And can we agree that at no point

24  in time any of those four doctors ever told you that

25  they believed Roundup caused your cancer?

Page 108

1   A.          Can we agree?

2   Q.          Yes.

3   A.          That they didn't say --

4   Q.          That Roundup caused your cancer.

5   A.          Yes.

6                   MR. LARSEN:  I think those are

7   the -- well, those are the questions I have for you.

8   I may need to ask a few follow-ups based on what your

9   lawyer asks you, but I do appreciate your time, sir.

10                  Thank you.

11                  THE WITNESS:  You're welcome.

12                       *  *  *

13                  REDIRECT EXAMINATION

14  BY MR. SILVERSTEIN:

15  Q.          Just a few questions, Carl, in follow-up.

16                  You talked a little bit about being

17  diagnosed in approximately 1990 with Hepatitis C; is

18  that correct?

19  A.          Yes.

20  Q.          Uh, is -- is it your understanding that

21  you have been cured from Hepatitis C?

22  A.          Yes.  I was on Interferon for a year and

23  then I was tested.  And the doctor says Hepatitis C

24  is gone.

25  Q.          Approximately how long ago was that?

Page 109

1    A.          When was I diagnosed with it?

2    Q.          No.  When were you told that it was gone?

3    A.          A year after he said that I had Hepatitis

4    C.

5    Q.          So in the 1990s?

6    A.          Yes.

7    Q.          Okay.

8    A.          And I get blood tests every year.  And my

9    liver is good and there is no Hepatitis C.

10   Q.          We talked a little bit earlier about the

11   pain that you have in your body, particularly your

12   hip and your shoulder, as being constant.  Do you

13   recall that testimony?

14   A.          Yes.

15   Q.          Uh, and this is something that you deal

16   with every day since your surgery, correct?

17   A.          Yes.

18   Q.          All right.  When -- during the 18 years

19   before your diagnosis of cancer, since you've been

20   diagnosed with rheumatoid arthritis, did you ever

21   have periods of time that lasted several months where

22   you had pain in those areas every day constantly?

23   A.          No.

24   Q.          Is this pain that you've experienced

25   since your cancer diagnosis completely different than

Page 110

1    the pain you would have from your rheumatoid

2    arthritis?

3    A.        Oh, yes.

4    Q.        And in what ways?

5    A.        Uh, it's pain.  Rheumatoid arthritis

6    makes pain, but it immobilizes you.  I mean, you're

7    not moving.

8    Q.        But in terms of the pain, you would not

9    feel that pain on an every day constant basis, the

10   rheumatoid arthritis-related pain?

11   A.        No.

12   Q.        But you do feel that way since you've

13   been diagnosed with non-Hodgkin's lymphoma and had

14   the surgery and the chemotherapy and the radiation?

15   A.        Repeat.

16   Q.        Sure.  The constant pain that you've

17   described, you have had that pain since your

18   diagnosis of the non-Hodgkin's lymphoma and the

19   subsequent surgery and treatment that you've

20   undergone?

21   A.        Yes.

22   Q.        Okay.  Are you afraid that it might come

23   back, the cancer?

24   A.        Yes.

25   Q.        Do you worry that this may cost you your

Page 111

1   life, this cancer?

2   A.          I don't look at that aspect.  I just

3   worry about it coming back.  When it comes back, then

4   I'll worry about it.  Because every person I've known

5   that's had cancer, you're good to go, and then a year

6   later it comes back.  And a few weeks later, two

7   months later, they're dead.  So I don't know what's

8   going to happen with me.  I don't know the

9   non- Hodgkin's, what it -- how it operates or what it

10  does.  I -- I really don't want to know.

11  Q.          Do you plan on fighting it no matter what

12  happens?

13  A.          Of course.  I've already fought it once.

14  I have the will to live.

15                      MR. SILVERSTEIN:  All right.  Thank

16  you.

17                      MR. LARSEN:  No further questions.

18                      THE VIDEOGRAPHER:  This concludes

19  the videotape deposition of Carl Savory.  This is

20  Media Unit Number 2, Volume 1.

21                      We are going off the record.  The

22  time is 1:25 p.m.

23                      (Deposition concluded at 1:25 p.m.)

24

25

Page 112

7                    C E R T I F I C A T E

9    I do hereby certify that I am a Notary Public
     in good standing, that the aforesaid testimony
10   was taken before me, pursuant to notice, at the
     time and place indicated; that said deponent
11   was by me duly sworn to tell the truth, the
     whole truth, and nothing but the truth; that
12   the testimony of said deponent was correctly
     recorded in machine shorthand by me and
13   thereafter transcribed under my supervision
     with computer-aided transcription; that the
14   deposition is a true and correct record of the
     testimony given by the witness; and that I am
15   neither of counsel nor kin to any party in said
     action, nor interested in the outcome thereof.

17   WITNESS my hand and official seal this 20th day
     of July, 2020.

     _____
21   Notary Public

| & | | |
|---|---|---|
| **&** 1:15 2:2 | | |

**0**

**02** 45:7
**02403** 1:4

**1**

**1** 3:11 17:9,15,15
17:25 65:25
111:20
**1,020** 11:9
**10** 49:23 98:24
**10-10-54** 5:16
**100** 50:17 72:20
103:9 104:3
**1073** 9:2
**10:00** 94:18
**110** 28:4
**11:00** 1:11
**11:38** 30:15
**11:39** 30:18
**12** 37:14 49:23
91:6 98:24
**12:25** 66:2
**12:35** 66:8
**1462** 9:2
**15** 37:13 59:15
**1540** 5:19
**16** 82:9
**17** 49:23 51:25
98:16
**18** 109:18
**18106** 1:25 2:25
**18951** 5:20
**19** 56:6
**19103** 1:17
**193** 49:13
**1930** 1:10 4:7
**1973** 72:24
**1976** 73:6

**1980** 7:8 8:12,14
73:6
**1987** 6:11 11:19
**1990** 67:22 108:17
**1990s** 16:23 109:5
**1:25** 111:22,23

**2**

**2** 3:12 18:17,20
66:5 111:20
**2.5** 16:15,16
**20** 59:15
**200** 1:24 2:24
27:20
**2000** 1:16 45:6
**2000's** 45:10
**2000s** 78:5
**2001** 8:22 9:10,17
9:19,21 10:8,9,24
10:25 21:11 45:7
46:6 48:18 67:25
68:20 69:13,22,24
70:1,8 71:2
**2010** 45:21
**2010s** 45:21
**2019** 16:23 25:24
44:23 46:14 54:7
72:6 101:4,4
107:4,14,21
**2020** 1:11 4:4
44:10 54:7 112:17
**20th** 112:17
**215-569-0900** 1:18
**217** 49:13
**21st** 8:22
**227** 49:13
**24** 43:21
**2555** 2:3
**2750** 1:17

**3**

**3** 3:14 20:7,11
21:21 75:11
**3.337** 11:17,18,25
75:11
**30s** 98:17
**31** 6:2
**32** 6:2
**3:20** 1:4

**4**

**4** 3:15 21:16,20
**400** 12:1 15:1
**434-8588** 2:25
**477** 112:19
**4949** 1:24 2:24

**5**

**5** 3:17 22:16,20
**50** 64:13
**50/50** 79:24

**6**

**6** 3:18 23:21,25
**60** 28:4 76:7,11
**610** 2:25
**618** 28:15 33:14
**64108** 2:3
**65** 5:13

**7**

**7** 3:20 25:6,9 26:8
**73** 61:2
**76** 7:8

**8**

**8** 3:21 13:15,17,20
27:1,4
**80** 13:15,17 99:20
**816-474-6550** 2:4
**87** 9:5,5,9 10:24
12:19 25:1
**89** 9:6,9 25:1

**9**

**9** 1:11
**9/11/01** 45:6
**90** 25:1 28:4
**90s** 12:19 18:5
20:5 21:6,7 24:25
25:24 28:11 76:22
78:2
**93** 25:1
**94** 25:1
**9th** 4:4 44:10

**a**

**a.m.** 1:11 4:5
30:15,18
**ability** 60:8
**able** 23:3 45:17,17
46:15 48:10 49:15
54:14 56:21,25
57:11 60:24 61:1
61:9,13 64:1 69:3
69:7 80:1
**aboard** 7:15
**absorbs** 53:20
**accidentally** 90:13
**acquire** 60:9
**acre** 75:14
**acres** 11:17,18,25
75:12 76:14
**action** 112:15
**activities** 9:23,23
10:7 54:5 101:19
**add** 13:22,24 80:9
**addition** 75:23
**address** 5:18
**adjust** 87:25
**adjusted** 42:6
**administer** 51:13
**adulthood** 46:23
**advanced** 68:9

advertised  78:19
advertisement
  77:1,5,16 78:19
advertisements
  77:25 78:3
affect  45:9
aforesaid  112:9
afraid  60:18
  110:22
afternoon  66:12
  66:18 67:15
agency  96:21
aggravating  54:19
ago  53:4,4 63:11
  66:13 71:5,15,19
  74:3 76:11 80:6
  84:5 87:24 90:8
  91:16 103:19
  104:4 108:25
agree  68:8 70:20
  73:24 76:6 79:17
  97:7 107:23 108:1
ahead  81:22
  106:25
aided  112:13
air  42:2 64:15
  81:14 87:14
al  4:10
algebra  6:17,18
allentown  1:25
  2:25
allow  96:22
allowed  86:6
  88:18
amount  29:10
  81:24,25 104:10
anatomy  6:17
angry  50:12 60:17
  103:2
animals  39:10

answer  97:9 98:10
anymore  62:7
  102:13
anyway  85:6
apologize  67:2
appearances  1:14
  2:1
appointment
  105:16
appreciate  100:14
  108:9
appropriate  13:24
approved  96:17
approving  98:8,9
approximately  4:4
  26:9 33:16 35:16
  46:5 108:17,25
area  15:2 19:2,9
  20:4,11,20 21:8,13
  21:14,20 22:10,13
  23:12 25:12,16,23
  26:7 28:2 31:8
  32:8 33:11 34:7
  35:17,21,21 36:1
  41:25 44:15 76:17
  76:19,20
areas  14:11 15:6
  19:16 28:9 33:8
  37:16 70:9 76:8
  90:4 109:22
arm  44:13 45:18
  45:18 54:9 59:1,2
  59:18 62:11 64:12
  86:21,25 87:14
arms  68:3
arthritis  9:18 45:3
  45:5,9,23 46:15
  47:2,6,14 68:1,7,9
  68:17,20 69:2,7,13
  69:19,22,24 70:8,8
  70:13,17,21 71:12

72:15,19 109:20
  110:2,5,10
asked  57:24 64:13
  80:19 81:23 91:8
  93:14 95:14 106:9
  106:16,17
asking  66:19 97:7
  104:3,4
asks  108:9
aspect  61:21 111:2
aspirin  56:6,7
assistance  59:12
  59:13,19,21,22
  61:24
assisted  59:19
associated  51:11
assure  67:10
atlantic  1:24 2:24
atop  22:5
attached  96:18
attacks  47:14 68:9
attempted  63:15
attorney  91:8
  95:14
august  90:25
average  16:5 29:3
avoided  91:19,25
avoiding  91:17
aware  40:16 96:15
  96:20,25 97:8

**b**

baby  56:6,7
back  15:18 21:3
  23:11 25:3,13
  27:18 30:17,19,22
  32:23 34:12 35:23
  36:2,10,11,23 48:1
  48:20 52:23 56:2
  63:15,16 64:9
  66:7 68:20 75:25
  78:25 91:12 92:4

92:12 101:12
  103:25 104:1,1,4
  110:23 111:3,3,6
backed  35:5
background  6:13
bacon  2:2 4:21
bad  40:8 80:19
ball  62:22
band  10:11
bars  10:19
based  105:12
  108:8
basement  11:8
basic  6:15,17 55:4
basically  12:3
  53:13 54:4 61:6
basis  41:4 73:17
  90:25 91:3 97:24
  110:9
bass  10:5
bath  11:9,10
bathroom  49:21
  49:21 62:8
battery  81:7
beat  100:11
bed  18:23 22:8
  28:2 35:12
bedroom  11:10
bedrooms  11:10
beginning  66:5
  75:25
begun  30:6
behalf  4:18,21
  78:9
belief  97:5
believe  9:6 37:23
  40:21,23 51:25
  52:24 53:1,19
  68:11 71:7 72:25
  84:5 87:23 90:8
  90:23 97:11

103:13 105:4
106:17
**believed**  107:25
**benadryl**  52:11
**best**  12:14 19:15
29:9 66:20
**better**  45:22 54:17
64:12 71:13 76:1
97:13,19
**beware**  85:5
**beyond**  20:1,18
88:12
**big**  11:6 19:13,25
33:7 38:2 80:4
**bio**  84:8
**biological**  41:25
**birth**  5:15
**bit**  6:12 8:17 22:7
23:18 28:16 30:21
44:12 45:8 49:7
50:8 55:19 65:2
67:3,20 69:2
91:16 101:2,8
102:1 108:16
109:10
**bleeds**  56:5
**block**  74:23
**blood**  52:24,24
109:8
**blowing**  84:12
92:4
**blown**  92:8
**blows**  28:23
**blue**  53:11
**blurry**  55:19
**body**  53:21 68:5
70:9 104:16
109:11
**bombed**  8:23
**bone**  44:16,18
53:13 70:14

**bones**  68:9 72:18
**boot**  8:4 83:12
**boots**  38:18 83:1,3
83:3,7,12 85:20
94:15,24
**born**  6:5,6
**bothering**  49:6
**bottom**  18:12
19:23 23:17 31:9
35:22
**bought**  10:24 15:3
15:4
**boulder**  19:13,25
20:2 25:14
**boulders**  21:8 22:4
**boulevard**  2:3
**box**  10:6 99:15
**boxes**  99:5
**brain**  106:13
**brakes**  64:5
**break**  9:11 42:18
65:20,21 66:21,23
**breathe**  42:22
**brecher**  1:15 4:18
**brian**  23:7
**brief**  30:16 66:3
66:20
**briefly**  63:3 67:19
**bring**  61:7 102:11
**bronchitis**  74:15
**brownness**  38:7
**brush**  12:5,6 36:5
**buck**  20:17 22:9
25:16
**build**  8:19
**building**  9:24
**built**  10:25 21:9,10
**burn**  22:9
**burnt**  49:2
**bushes**  12:3,6
19:10,17 20:2

25:20 26:21
**button**  78:24
**buy**  17:3 26:12
**buzzard**  30:3

**c**

**c**  67:23 108:17,21
108:23 109:4,9
112:7,7
**cadiz**  7:20
**california**  1:1 4:12
**call**  23:18 24:17
52:12 95:16 96:2
105:25
**called**  56:4
**calling**  97:24
**camp**  8:4
**camps**  50:7
**canary**  22:25
**cancer**  12:25 40:2
40:5,10,11,14 41:1
43:18 44:2,6,15,19
45:1 48:23 52:23
53:9,14,20,24 55:6
55:10,23 56:13,23
57:4,21 58:8
63:12,14 96:22
97:6,12,18 98:1
99:5,12 100:4,11
100:13,16,22
101:5,10,16,18,20
103:20,24 104:12
105:13,20,25
106:7,10 107:4,17
107:25 108:4
109:19,25 110:23
111:1,5
**cane**  54:3 62:14
**canopus**  7:16
**car**  7:19
**care**  31:16 48:14
59:5,16 60:13

62:2 77:21 101:17
**careful**  82:20 84:7
86:14 89:23 90:5
93:7 96:9
**carl**  1:4,8 3:4 4:9
4:13,19 5:2,11,12
5:21 6:3 17:16
18:21 22:21 25:11
27:5 29:17 30:21
31:11,21 38:11
42:1 44:10 65:12
65:25 66:6 86:14
108:15 111:19
**carolina**  8:6
**carpenter**  8:18
69:10 73:1,12
74:5,12,14
**carpenters**  9:4
**carpentry**  8:16
73:12
**carried**  18:11,14
31:17
**carry**  18:7,8 48:8
**carrying**  16:12
**case**  78:9
**cash**  64:10
**catholic**  6:14
**cause**  40:10,11
41:1 106:7
**caused**  40:13 44:7
70:8 75:1 101:18
107:25 108:4
**causes**  97:12,18
**cement**  74:23
**center**  19:12,24
21:1 22:6,8 25:18
27:18 35:21
**certain**  70:9 76:19
84:25 89:24
103:22

certainly 90:9
102:2
certificate 61:4,4
certification 6:24
certify 112:9
chainsaw 15:9
chair 52:8
challenges 102:4
102:20
change 43:12 64:6
98:13 103:3
changed 96:11
changes 55:20
101:14,18
charleston 8:6
check 23:24
chemo 52:13
55:25 56:9
chemotherapy
48:24 49:5 50:11
50:16 51:1,5,7
52:2,6 55:3 56:10
56:12 58:1,17
101:25 102:5,16
102:22 105:5
110:14
chest 87:8,15
chew 49:17
chicken 31:1,7
36:22 37:8
children 65:10
chopping 15:8
chore 49:20,24
chores 56:14,14
57:1,7,10
christmas 53:11
cigarettes 98:14
99:8
city 2:3
clarification
100:14

clarify 67:6
cleaned 21:15
clear 67:5 87:12
89:5
cleared 19:13 20:1
24:7 25:15
clearing 55:3
clocked 29:6
close 13:25 21:20
56:18
closer 45:20
clothes 93:2,4 95:4
95:5
clothing 41:21
85:16,18
clouded 58:2
clover 23:19
collecting 58:4
college 6:17
colonial 11:8
color 31:5
come 14:3 20:6
37:3 78:7,25
88:25 94:14,24
104:1 110:22
comes 28:17 52:23
77:6 88:11 111:3
111:6
coming 28:21 30:7
33:3,7 42:4 57:25
91:13 105:17
111:3
commencing 1:11
commercial 77:15
79:1
commercials 77:6
78:22,23,24
common 60:21
company 1:6 4:10
4:22 65:16 66:18

complain 71:24
complaining 43:22
complaint 78:8
complete 58:25
59:6,20 82:13
102:10 105:7,23
completely 58:21
109:25
compromised 76:7
computer 112:13
concentrate 13:5,9
13:10 16:17,18
17:2,5,7 18:2
26:20,25 39:5
79:16,18,19,23
80:4,9,17 81:17
82:9,20,21 83:20
84:16
concentration
50:7 53:21 82:15
concluded 111:23
concludes 111:18
concrete 74:20,22
condition 67:11
conditions 46:22
91:18
confirm 100:12
confused 67:4
connected 85:23
86:1
consistently 9:8
constant 14:16
54:11 75:6 109:12
110:9,16
constantly 58:16
60:3,19 61:16,25
109:22
constructed 11:21
contain 19:17 40:1
contained 11:7,24
57:17

container 80:8,10
80:16,21 81:4,15
81:16,17 93:25
94:2
containers 39:4
80:20 82:9
contains 27:6
contaminate 84:4
85:2,3
contamination
85:2
continue 31:10,11
31:23 35:9 36:4
37:19 52:21
continued 2:1 99:7
continues 67:12
continuing 91:13
conversation
106:6
cook 61:24
coop 31:1,7 36:22
36:22 37:8,20
38:8
copays 60:8
correct 7:4 13:12
15:2 16:2 31:21
32:9 34:1 36:2
48:6 52:3 62:14
67:23 68:21,22
69:20 73:15 76:23
78:13,20 79:18
80:16 81:3,19
83:1 90:15 91:1
91:23,24 92:6,16
105:10,21 108:18
109:16 112:14
correctly 73:4
112:12
cost 110:25
costs 60:13,15

coughing   60:1
counsel   4:14
   112:15
counted   72:9
coup   71:15
couple   8:6 12:12
   14:21 15:7 18:15
   20:19 53:3 66:13
   70:18 73:2 74:2
   76:10 80:5 83:7
   83:24 84:5 87:24
   90:8 92:22 100:2
   104:4
course   27:21
   33:10 35:22 102:9
   111:13
courses   6:16
court   1:1 3:24
   4:11,23 13:15,17
   77:8
cracks   33:6
cream   49:15
creates   73:25
cried   60:19
crooked   57:15
crop   14:4,15
cross   3:5 66:10
croydon   6:4,5,7
cup   13:14
cured   108:21
curious   103:17
current   45:11
   67:11
currently   5:17
   9:13
curve   31:3
custody   3:24
cut   8:19 12:7
   24:21,24 28:22
   36:18 37:1,4 38:6
   62:6 70:4 73:22

74:8
cutting   25:2 37:4
   57:12 61:23 73:18
cv   1:4

**d**

d   3:1 5:19
daily   41:4 59:22
   73:17
dangerous   41:25
dark   37:14 38:8
date   4:3 5:14
   103:11
day   7:18 45:10,10
   45:13,14 49:14
   54:13,18 55:4
   64:23 68:15,15
   70:17 74:4,7,8,10
   94:12,17,22 95:3,9
   98:16 99:20
   109:16,22 110:9
   112:17
day's   94:20
days   16:4 47:9
   50:14 51:25 62:4
   69:15,16,18 70:14
   70:18 85:5 91:17
   91:20,25 94:21
   95:12,12 103:9
dead   111:7
deal   46:22 109:15
death   101:13
decades   40:13
   43:10 70:25
december   10:25
decontaminated
   94:3
decreased   104:11
defendant   1:7 2:5
   4:22
definitely   26:11
   82:10

degree   69:15
demand   59:21
depended   81:25
depending   13:23
   14:23 42:6
depends   17:3
   29:13 94:12
depict   36:21
depicted   24:9
deponent   4:13
   112:10,12
deposition   1:8 4:6
   65:25 66:5,15
   71:16 74:3 84:6
   104:5 111:19,23
   112:14
depressed   60:23
dermatologist
   93:16
describe   11:5 13:9
   28:14 42:25 43:2
described   74:2
   103:4 110:17
describing   31:21
description   3:10
despite   46:14
destination   61:16
destinations   61:17
deteriorated   44:16
   44:18 54:2
devastated   60:19
develop   53:9
developing   40:2
devil   52:12
diagnosed   12:23
   12:24 44:6,20
   45:4 54:6 55:10
   67:22 68:1,19
   69:6,12,22,23 70:7
   70:13 101:4,5
   107:4,16 108:17

109:1,20 110:13
diagnosis   56:13,22
   57:1 58:8 60:18
   63:12 64:24 101:3
   103:20 109:19,25
   110:18
die   60:18 100:13
died   100:22
different   13:3
   61:22 79:15 80:20
   96:12,12 109:25
difficult   101:15
   102:4 103:19
diminished   58:20
   59:9
dining   11:10
direct   3:5 5:5 76:6
   80:7
direction   86:11,22
   87:2
dirty   95:5,8
disability   9:20
discharged   8:9
discovery   66:15
discuss   57:21
disposed   80:18
dispute   96:24 97:3
disrespect   67:16
distance   34:9
distances   61:17
district   1:1,1 4:11
   4:11
divide   26:25
dizziness   54:23,23
doc   64:13
doctor   62:5 64:13
   68:6 93:16 105:6
   105:17,20 107:10
   108:23
doctors   52:20
   105:1 107:13,13

107:24
**doerr** 5:19 10:21
  75:9,15
**doing** 9:19,22,25
  10:4 29:13 54:2
  57:12 63:23 71:25
  74:23 90:16 92:12
**door** 56:18
**dose** 79:7
**double** 79:7
**downstairs** 49:22
**downward** 86:10
  86:22
**dr** 50:18 51:4,9,10
  103:4 106:5,11,22
  107:5,5,6,6
**drank** 95:17
**dress** 59:5
**dressed** 49:20,24
  49:25 59:14
**drink** 58:13,16
  60:3 81:21,22
  96:3 107:1,2
**drive** 59:14 61:15
**driveway** 28:12,13
  30:4,6 32:7,13,14
  32:16,19,21,22
  33:1,3,6,12,17
**dropped** 74:17
**drops** 88:16
**due** 60:9 93:16
**duly** 5:2 112:11
**dungaree** 82:25
  85:19
**dust** 73:25 74:19
  74:24,25
**duties** 56:22
**dying** 98:2

**e**

**e** 1:12 3:1 5:19
  13:19 112:7,7
**earlier** 90:24
  102:3 105:4
  109:10
**early** 12:19 16:23
  18:5 20:5 24:25
  25:24 28:11 45:10
  76:22 78:2
**earn** 60:10 64:10
**easement** 22:22
  24:6 27:10,24,24
  30:25 34:6 36:14
**easier** 15:10,13
  32:24 38:2 48:8
**east** 23:2 27:10
  31:2,25 32:1,5
  33:2 34:6
**easy** 69:18
**eat** 32:25 48:16
  49:3,14,15 50:9
  78:25
**eating** 32:23 48:15
  49:4 57:12
**eddie** 100:23
**edge** 32:2
**edges** 31:18
**educational** 6:13
**effect** 70:21,24
  72:22 101:16
  104:6
**effects** 72:13
**eight** 13:14,19
  72:11
**either** 9:24 17:4
  32:7 45:18,18
  68:24
**elbow** 45:15,19
**elbows** 53:12

**electric** 73:22
**electrician's** 7:10
**electricity** 6:15
**electronics** 6:16
  6:16,22 7:2
**eliminate** 90:14
**eliminated** 90:13
**ema** 8:5
**embarrassing**
  61:25
**emission** 61:3
**emissions** 60:10
  63:4,8,10,19,20
**emotional** 57:19
  60:17 64:24
**employed** 8:24
**employment** 69:3
**ended** 101:25
**engage** 60:5
**engagements** 60:6
**enjoy** 10:4
**entire** 33:1 76:13
  76:19 79:21
**environmental**
  96:21
**epa** 97:4,10,14,17
  97:25 98:8
**epa's** 97:5
**equipment** 39:19
  62:17
**error** 47:24
**especially** 59:18
**esq** 1:16 2:2
**estimate** 29:9
**estimates** 91:11
**et** 4:10
**europe** 98:4
**eventually** 62:3
  79:8
**everybody** 49:10
  71:24

**evidence** 97:11,18
**exact** 66:14 89:4
  106:21
**exactly** 9:7 91:4
**examination** 3:5,5
  3:6 5:5 66:10 76:6
  80:8 108:13
**examined** 5:3
**example** 54:22
**examples** 58:7
**excessive** 41:2
**excuse** 19:22 51:2
  61:20 70:4
**exhibit** 17:9,15,15
  17:25 18:17,20
  20:7,10 21:16,20
  21:20 22:16,20
  23:21,25 25:6,9
  26:8 27:1,4
**exhibits** 3:9,24
**expenses** 60:8
**experience** 52:6
  54:25
**experienced** 54:23
  72:14 103:20
  109:24
**experiences** 7:12
  7:13
**explain** 11:15 18:9
  21:25 24:4 27:8
  29:18 30:23 38:4
  57:9 64:19
**exposed** 35:13
**exterior** 11:12
**extra** 64:10
**extreme** 58:18
  59:2
**extremities** 59:18
**eye** 39:18 41:14
**eyes** 42:24 96:8

eyesight 55:15

**f**

**f** 112:7
**face** 34:19 39:14
41:18 42:24 92:8
**facing** 32:5
**fair** 66:23 98:13
107:12
**fall** 15:22 34:18
75:4
**family** 67:16 100:2
**far** 36:10,11 49:15
63:1 82:11 100:13
**farmers** 44:2
**fast** 55:5
**fatal** 39:12,13
**father** 100:3,10,13
**february** 7:8 56:6
72:8
**feel** 43:8 44:10
45:22 47:25 49:1
50:8 61:11 68:16
71:13 92:15 97:13
97:19 101:22
110:9,12
**feeling** 10:2 44:9
**feelings** 43:12
**feet** 11:9 15:1 28:4
28:4,5,15 33:15
38:17 86:4,5
**felt** 14:23 60:20
93:3,10
**field** 22:22 24:20
36:18 42:20
**fifth** 59:3 105:9
**fighting** 111:11
**figure** 22:24
**figured** 15:10
**filed** 78:9
**filing** 77:20

**filters** 64:5
**finally** 60:25
**financial** 57:19
60:7
**find** 13:12 47:19
75:5 97:10 106:4
**finds** 97:17
**fine** 70:18
**finer** 88:18,20,21
**fingers** 59:18
**finished** 102:22
**firm** 4:17,21
**first** 15:3,4 53:10
85:15 95:20
107:15
**five** 52:16 71:19
105:6
**fix** 56:18,19,19
**fixing** 9:24 56:17
**flares** 59:25
**flat** 30:10
**flip** 77:6 78:23
**floor** 11:9 47:12
**flying** 30:3
**focus** 7:1
**focused** 73:13
**focusing** 84:14
**follow** 108:8,15
**following** 66:25
**follows** 5:3
**food** 49:3,14,16
50:7
**foot** 12:2 20:19
27:20 37:13,14
62:22 65:5
**forget** 26:14 71:24
107:10
**forgetting** 12:25
**forth** 101:18
**forward** 45:12
52:19

**fought** 111:13
**found** 45:1 54:21
97:2
**four** 6:16 7:18,23
7:25 11:10 46:6
52:16,17 73:6
107:12,24
**fourth** 59:3
**fraction** 62:3
**fracture** 59:4
**fractured** 59:4
**frame** 73:18
**framing** 73:13,17
**france** 43:21
**french** 43:21
**frequent** 54:11
**frequently** 55:1
**friday** 1:11
**friend** 63:18
**friends** 60:6
**fries** 1:10 4:7
**frightened** 43:8
**frustrated** 61:21
**full** 11:8 68:21
69:4,8 88:3,4
94:19
**fully** 64:10
**fun** 101:20,21,21
**funny** 93:11
**further** 65:19
111:17
**future** 63:25 64:8
64:8

**g**

**g** 13:19
**gallon** 13:23,23
14:23 16:16,21
48:7 81:16 85:10
**gallons** 14:22
16:14,15 26:15
48:8

**garage** 10:12
94:16
**garden** 24:18,19
35:4 39:11 42:15
89:25
**gardening** 10:5,10
**gardens** 95:16
96:2
**gas** 22:22 24:6
**gastric** 100:15
**gears** 98:13
**general** 35:25
56:19,22 79:11
**generally** 45:1
**getting** 43:1 44:3
49:24,25 52:2
54:16 59:14 60:25
61:2,3,23 90:18
92:19 93:12 98:1
102:12
**gibraltar** 7:21
**give** 29:8 52:10
74:20 106:9
**given** 14:8 61:18
61:19 82:1 112:14
**gives** 47:13
**giving** 44:1
**glass** 13:14,21
84:24
**glasses** 55:17
**glitch** 30:22
**gloves** 38:23 39:21
41:10
**glyphosate** 97:12
97:18
**go** 14:1 15:15
16:25 20:25 21:19
22:19 26:13,20
28:22 29:4 30:12
30:13 31:2 34:18
42:13,18 43:5

45:12,14,15 47:10
48:1 54:2 55:4,12
56:1,2 62:5,8,24
63:6,16 65:22
66:22 70:17 78:24
81:12,21 89:1,16
92:5,12 94:7,15,16
94:19 96:16 99:19
106:25 111:5
**goals** 64:7
**god** 43:5
**goes** 27:17,22
30:25 34:8 84:2
88:13
**goggles** 39:1,9,16
41:13,23
**going** 13:24 17:4,6
17:14,16 23:10
29:15 30:14 34:6
35:11 41:1 49:20
52:20 55:13 60:18
61:8,9 63:8 66:1
66:25 68:16 77:22
102:13,14 111:8
111:21
**good** 5:7 45:2,2
47:25 66:12 91:23
109:9 111:5 112:9
**goods** 60:13
**gosh** 23:6
**gotten** 101:25
**grab** 62:20 82:17
**graduate** 6:19
**graduated** 72:23
**grand** 2:3 51:12
51:19
**grass** 12:2 13:6
15:1 17:22,23
19:9,15 24:21
27:19 28:17,20,23
31:4 33:3,6,7

34:13 37:13 38:9
57:12 79:6 80:2,2
80:13 89:16,18
90:11
**grateful** 101:11
**gray** 19:13 37:14
**grayed** 53:18
**great** 66:17 73:10
87:3
**greatly** 60:5
**green** 32:20 36:21
37:13 38:7,8
**greenery** 20:19
22:5
**greens** 31:5
**ground** 87:4
**groundhog** 34:8
**grounds** 48:14
56:17 59:16 60:13
**grow** 6:3 15:21
33:11,23 34:10,17
56:2 82:4,4 90:9
**growing** 15:17
32:22
**guess** 12:1 19:15
25:1 49:7 80:3
**guesstimate** 28:8
**guitar** 10:10
**guy** 37:3 61:5
77:22 99:19
**guys** 74:20,22

## h

**h** 13:19
**hair** 55:6
**half** 26:10,13
29:12 71:5 81:16
85:10 88:12 98:15
**hamburgers** 49:16
**hand** 17:20 62:23
65:5 81:2 87:7
112:17

**handful** 92:24
**handgun** 50:2
**handheld** 80:8
82:22 85:10,22
**handiwork** 9:25
10:1
**handle** 18:10,15
**handled** 40:22
**hands** 39:14 42:7
42:10,11 47:4,16
68:3 84:20 92:9
94:4 96:8
**handsaws** 73:21
**hang** 47:11
**hanging** 61:7
**happen** 74:18 75:2
93:7 111:8
**happened** 61:19
74:25 92:21,22
**happening** 56:11
**happens** 111:12
**happy** 66:22 67:6
**hard** 14:12 25:22
38:4 59:25 65:1
**harder** 62:25
**hardy** 2:2 4:21
**hate** 78:23
**hazard** 95:23
**hazmat** 41:21,24
**he'll** 63:20
**head** 85:14
**health** 43:9 44:25
45:2 46:21 67:12
99:21
**hear** 43:20 77:9
**heard** 77:1,4 78:12
78:18,21 100:3
**hearing** 43:16,17
**hearsay** 100:12
**heavier** 88:15,16

**height** 87:8,18
**held** 4:6
**help** 38:12 48:22
49:19,25 57:10
61:25 63:20,22
71:13 105:2
**helped** 46:2,13
72:13
**hepatitis** 67:23
108:17,21,23
109:3,9
**hey** 15:13 47:16
99:19
**hide** 50:15
**high** 6:19 20:19
34:17 53:21 72:23
85:2 86:10,21
87:15
**hightower** 51:4,10
107:6
**hightower's** 51:9
**highway** 1:10 4:7
**hip** 44:12,14,15,17
51:16 53:8,22
54:1,1,9,12,13
58:19,23 59:1,10
107:10 109:12
**hips** 53:12
**hire** 46:19 57:6,10
57:13
**history** 67:19 69:3
100:3
**hit** 31:2 34:21
45:18 47:4,15
67:20 70:17 78:24
**hobbies** 10:3
**hobby** 10:12
**hodgkin** 44:21
**hodgkin's** 40:17
48:21 54:21 64:16
101:3 110:13,18

111:9
**hold** 16:17 47:16
  62:17 81:2 86:9
  86:12,25
**home** 10:20,23
  11:1,3,6,13,16,21
  47:24 48:17 56:20
  59:7 94:14 102:11
  102:12
**homes** 8:19 73:13
  73:17
**honorably** 8:9
**hope** 62:1 67:12
  67:16 101:23
**hopeless** 62:4
**hopes** 14:12
**hoping** 55:2
**hose** 42:15 81:2
  85:23,24 86:3,6
**hospital** 6:7 51:19
  51:20,24
**hotel** 66:14
**hour** 29:12,12
**hours** 52:16,16
**house** 10:1,25 21:3
  21:9,10 22:25
  23:2,8 24:8,15,15
  30:8 34:1 47:12
  48:10 56:17 61:10
  73:19 94:7
**household** 56:14
  59:16 60:13
**huh** 80:22
**hum** 30:2 63:5
  71:18 73:7 75:16
  85:12,25 88:2
  107:7
**human** 6:17
**humans** 97:12,18
**hurley** 107:5,9

**hurting** 44:13 54:9
**hurts** 44:13 54:9
**husband** 1:4
**hyde** 50:18 103:5
**hydrostat** 48:15
**hygiene** 59:5,20

**i**

**ice** 52:11,11
**idea** 28:1 35:25
  53:5 105:15
**identification** 3:11
  3:13,14,16,17,19
  3:20,22 17:10
  18:18 20:8 21:17
  22:17 23:22 25:7
  27:2
**identify** 4:14
**ii** 6:18
**immobilizes** 110:6
**impact** 57:18,19
  57:19,21,24 60:7
  60:17
**impacted** 58:7
  64:16,20
**important** 89:9
**impossible** 61:24
**improve** 45:21
  67:13
**improved** 47:20
  47:22 59:14,24
  60:4 72:13 102:6
  102:8,21,25
  103:21 104:17
**improves** 62:2
**inability** 47:20
  58:21 59:20 60:10
  60:12
**inch** 88:11,11,14
  88:24
**inches** 18:15 88:10

**incidentally** 94:23
**inclined** 64:4
**include** 91:11
**including** 47:19
  71:25
**income** 60:11 61:5
  61:8 64:2 68:24
**indicated** 112:10
**information** 58:4
  58:6 98:8,11
**infusions** 52:14
**inject** 52:11
**injuries** 60:10
**inpatient** 51:20
**inside** 56:14,17
**inspect** 60:12,25
**inspection** 60:9
  63:4,9 102:10
**inspections** 61:4
  63:20,21 102:10
**instances** 42:9
  92:11
**institution** 6:24
**intake** 49:14
**interested** 112:15
**interferon** 108:22
**interior** 73:19
**intermittent** 59:20
**intermittently**
  59:25
**intimacy** 64:21
  103:19 104:9,17
  105:1
**involve** 73:18
**irritated** 75:1
**irritation** 93:8,16
  93:21
**issues** 55:9,11,14
  59:11 102:25
  103:19,21 104:9
  104:16 105:1

**it'll** 63:11 89:18
**items** 59:22
**ivy** 14:12 79:7,9

**j**

**jar** 26:24 84:2,2
**jarad** 1:16 4:16
**jekyll** 50:18 103:4
**jerez** 7:20
**jewelry** 10:6
**job** 8:17 74:22
  77:21 83:7
**john** 1:10 4:7
**joined** 9:5
**joints** 53:11,13,21
  68:5,10 70:14
  72:18
**jotted** 57:21
**jsilverstein** 1:18
**jug** 16:13 17:3
  26:11 31:17 80:4
  85:4
**jugs** 26:11
**july** 1:11 4:4 44:10
  54:7 112:17
**jump** 67:2
**jumping** 67:5
**jury** 5:10 6:12
  11:5 18:9 29:8,16
  48:25 64:19

**k**

**kansas** 2:3
**karen** 1:4 4:19
  5:24,25 64:17
  65:7
**keep** 12:4,25 14:18
  15:18 19:21 23:11
  25:3 28:16 34:12
  36:2 47:6 89:24
  90:2 92:3

keeping  12:15
kept  21:15 24:21
kill  13:6 14:13
  15:13 17:22 22:12
  75:22 80:1 87:20
  89:9,10,12,18,21
  90:6,10,21
killer  12:7,9
killing  89:16 90:18
kills  80:13
kin  112:15
kind  11:5 23:20
  43:4 93:20,20
  104:20
kinds  13:3
kitchen  11:11
  49:24
kitchenette  11:11
knee  70:16
knew  40:12 47:23
knock  32:23
know  14:17 15:20
  16:7 19:14 20:16
  20:16 23:19 26:15
  29:22 37:5 39:12
  43:2 44:4 46:24
  47:11 49:8,10
  50:6,21 54:5,19
  55:12 57:25 61:9
  65:5 66:17,21
  67:3,6,19 68:6,15
  75:6,11 76:9
  82:10,10,12 83:6
  86:4 87:24 96:11
  98:3,5,7 100:13
  111:7,8,10
known  111:4

l

l  1:12 2:2
l.u.  9:2,2

lab  84:8
label  95:14,17,20
  95:23 96:1,12,17
  96:22 97:5 98:9
labels  39:5,8,20,23
  40:1 41:7 96:11
labor  60:15
land  11:7,13,15,25
  12:16 14:22 15:1
  20:11 28:25 30:10
lane  1:24 2:24
large  27:24 28:2
  28:25 36:11
larsen  2:2 3:5 4:20
  4:20 65:21 66:11
  66:13 75:20 77:13
  86:18 108:6
  111:17
lasted  70:25
  109:21
late  15:18 46:22
lately  77:17,19
laughing  60:1,1
law  4:17,21
lawn  15:8 22:11
  60:12 80:5 81:13
  89:17 90:11
lawns  13:6 89:15
lawsuits  77:20
lawyer  67:21
  108:9
lawyer's  67:1
lawyers  66:18
layout  11:6
lazy  33:20
leaf  23:19
leak  56:19
leaning  20:18
leave  7:19
leaves  22:4 33:9
  47:14

leaving  20:17
  57:15
left  8:8 17:21
  19:21,22,25 20:21
  21:24 22:3 23:17
  25:15 27:17 30:1
  30:8 31:1,8 32:21
  33:5,9 34:2 35:20
  54:1
leg  47:13 59:1
  62:12,23
legal  1:23 2:23 4:3
legs  68:3
lethargic  49:9
liability  1:3
liberty  1:24 2:24
license  60:9,11,25
  63:4,6,10
lie  97:23,25
life  45:10 47:6
  57:22 58:8 61:21
  69:21 70:22 71:7
  100:1,19 111:1
lift  59:22 62:23
lifting  63:21 64:13
light  55:16,18
limit  48:4,4
limited  59:13
  61:16
limits  53:5
line  8:20 21:2
  23:11 24:14,17,18
  27:20,22 34:9
  35:4 36:20,23
  37:6,14
link  40:16 97:6
list  58:11
listen  78:22
lit  53:10
litigation  1:3

little  6:12 8:17
  9:11 10:6,6 13:7
  22:7 23:18,18
  26:24 28:16 30:21
  31:8 33:10 44:12
  45:8 49:7 50:8
  55:19 65:2 67:3
  67:20 69:2 81:6
  83:23 86:21 87:25
  101:2,8 102:1
  103:18,25 108:16
  109:10
live  10:20 64:11
  111:14
lived  6:9
liver  109:9
living  11:10 47:6
  64:11 71:7
llp  2:2
long  5:25 6:9 8:20
  9:3 12:20 18:3
  28:15 29:9 33:12
  34:9 38:16,16
  51:23 52:14 58:1
  71:1 74:4,7,10
  82:25,25 85:19,20
  86:4 108:25
longer  9:14 58:22
  59:15 92:16
look  17:17 19:12
  19:24 20:10 22:3
  22:4 25:9,15,18
  27:4,18 33:5,8
  99:18 101:12
  111:2
looked  19:16
  21:21 26:15
looking  18:22
  20:14 22:1,21
  23:2,4 24:5,6,7
  26:8 27:8,9 29:18

**[looking - morning]**

29:24,25 30:23
32:6,11 36:13
38:5 61:3 99:21
**looks** 20:19
**lose** 55:6 61:10
**losing** 72:22
**loss** 58:25 60:3,8
60:11 62:11
**lost** 49:3
**lot** 24:20 41:1,2
48:17 49:3 63:2
63:22 82:3
**lungs** 75:1
**lying** 49:21
**lymphoma** 13:1
40:17 44:21 48:21
54:22 64:16 101:3
110:13,18

**m**

**macadam** 28:17
**machine** 112:12
**magdalinski** 106:5
106:12,22
**maintain** 61:9
64:11
**maintaining** 15:8
56:16
**maintenance**
56:20,22 59:7
60:15
**major** 96:7
**majority** 33:11
53:13 79:22
**making** 10:6 86:20
**man** 9:5 79:1
**march** 103:13
**marked** 17:10
18:18 20:8 21:17
22:17 23:22 25:7
27:2

**market** 1:16
**marketing** 78:16
**marks** 66:4
**marriage** 65:8
**married** 5:21 6:1
**mask** 38:19 39:24
41:17,23 74:11
**master** 11:9,9
**mate** 7:10
**math** 6:17
**mathew** 2:2
**matt** 4:20 66:13
**matter** 4:9 111:11
**mayfair** 6:7
**meal** 61:24
**mean** 14:15,16
26:2,3 38:4 40:9
42:19 43:2 47:1
50:9,18,20 53:13
64:2 70:4 80:3
82:15 89:1 94:14
102:12 106:13
110:6
**meaning** 49:8
**means** 13:13 99:16
**measure** 13:21
**measuring** 13:14
73:18
**mechanic** 63:18
**mechanical** 60:16
**mechanically** 64:4
**mechanics** 64:3
**med** 72:7
**media** 65:25 66:5
111:20
**medical** 52:19
60:7 67:19 75:5
100:3 103:16
**medication** 45:24
46:1,8,9 50:11
59:11 60:8 71:11

71:17,23 72:12,21
104:11 105:2
**medications** 47:19
47:21 103:22,23
**meds** 104:6,15
**meet** 34:12
**meets** 19:9
**member** 9:3,13
**mental** 102:4
103:3,24 104:23
**mentally** 50:2,4,4
101:14 102:6
104:20
**mention** 106:5,8
**mentioned** 7:3
14:25 28:24 48:5
51:9 52:2 53:22
63:2
**mentioning** 25:14
**met** 66:13
**mics** 10:14,18
**mid** 1:24 2:24
24:25
**middle** 20:25
42:20
**military** 8:10
**miller** 1:15 4:18
**milligrams** 50:17
103:9
**mind** 15:20 47:15
58:2,11 64:3
68:13 78:7
**mine** 63:18
**minimum** 29:10
**minnich** 107:5,15
**mint** 23:19
**minutes** 58:23
59:15 73:12
**miserable** 44:12
50:12 54:10 60:24

**misleading** 96:23
**mist** 42:2 88:3,4,8
88:9,18,20,21,21
88:22 89:6
**mistake** 100:1
**mix** 14:22 26:17
81:18 82:24 85:17
91:13
**mixing** 42:12
74:21 82:14,21
83:21 84:1,15,19
85:8 91:11,17
**mixture** 13:12
26:19
**mlarsen** 2:4
**mo** 2:3
**mobile** 69:14,15
69:16
**mobility** 58:20
59:11 62:2
**modern** 4:3
**moisture** 83:4
**moment** 48:21
65:23
**monday** 16:9,10
**money** 102:11,14
**monitor** 52:21
**monsanto** 1:6 4:10
4:22 40:4 65:16
66:18 78:13,15
96:16
**month** 15:14 16:8
52:25 53:1,4
**months** 8:6 15:22
15:23 16:1 53:3,6
56:8 70:19 72:11
90:25 109:21
111:7
**morning** 5:7,8
49:15 67:20 68:12
73:5 75:21 76:15

| | | | |
|---|---|---|---|
| 79:14 81:24 90:24 | 39:23 44:17 52:7 | **nozzle** 87:25 88:9 | 63:12 65:7,12 |
| 91:8 94:19 101:8 | 59:11,13 90:25 | 88:25 | 66:25 67:25 69:12 |
| **morphine** 104:7 | 91:3 | **number** 17:9 | 70:12 71:10,15,22 |
| **mortgage** 61:10 | **needle** 52:10 | 18:17 20:7 21:16 | 72:17 75:17,21 |
| 64:11 102:14 | **needs** 37:20 51:16 | 22:16 23:21 25:6 | 78:5 81:21 82:19 |
| **mother** 100:15 | **negative** 70:21 | 27:1 65:25 66:5 | 84:19 85:13 86:19 |
| **mouth** 42:21,22,23 | **neighbor** 29:25 | 95:16 96:2 111:20 | 86:24 87:17 88:22 |
| 43:1,6 92:20 | **neighbor's** 34:9 | **nuts** 56:1 | 89:13 90:1,4 |
| **move** 10:23 18:20 | **neighbors** 37:3 | | 96:15 97:4,10 |
| 45:11,11,15 55:5 | **neither** 112:15 | **o** | 98:19 100:14 |
| 69:18 85:7,9 | **nerve** 59:17 | **o** 5:19 | 103:16 104:25 |
| **moved** 6:7 10:25 | **neshaminy** 6:8 | **oak** 22:10 | 105:19 106:2 |
| 12:19 | **never** 14:9,20 | **objects** 84:4 | 107:12,20,23 |
| **moving** 52:19 | 26:15 29:6 39:11 | **obtain** 6:23 | 109:7 110:22 |
| 69:17 110:7 | 41:6 56:8 61:13 | **obviously** 102:4 | **old** 5:12 94:25 |
| **mowed** 19:16 | 68:20 78:12,15,18 | **occasion** 92:21 | 98:17 99:20 |
| 24:21,23 | 78:21 86:25 88:4 | 102:19 | **older** 99:17 |
| **mower** 15:8 22:12 | 88:7,9 89:25 | **official** 112:17 | **once** 14:10,21 |
| 34:19 48:15 | 93:15,19 102:9 | **oh** 9:5 12:17,17 | 21:10 29:1 35:18 |
| **music** 60:5 | 103:3 107:10,19 | 16:19 23:6 33:2 | 52:25,25 74:15 |
| **mute** 78:24 | **newman** 1:15 4:17 | 33:18 41:16 42:18 | 75:2,2 111:13 |
| | **news** 43:21 | 43:4,7 71:14 81:6 | **oncologist** 51:11 |
| **n** | **nice** 53:19 | 90:20,22 92:2 | 106:23 |
| **n** 3:1 | **niche** 103:25 | 94:5 100:23 104:8 | **ones** 77:19 |
| **nail** 56:2 | **non** 40:17 44:21 | 110:3 | **open** 10:14,18 |
| **nails** 55:25 | 48:21 54:21 64:16 | **oil** 64:5 | **operates** 111:9 |
| **name** 4:2,16 5:9 | 101:3 110:13,18 | **okay** 5:21 6:23 | **opposed** 32:23 |
| 5:23 9:1 12:25 | 111:9 | 7:17,22 8:12,14 | **order** 96:16 |
| 46:9 51:9 66:12 | **nonpayment** 9:12 | 9:13,16,21 10:2,11 | **ounce** 13:14 82:9 |
| 71:24 107:11 | **normal** 47:6 69:16 | 10:22 15:4,25 | **ounces** 16:21 |
| **names** 75:24 | 71:7 | 16:11,20,25 17:24 | 26:14,16 |
| **navy** 6:15 7:4,7,9 | **normally** 103:2 | 18:12,20 20:24 | **outcome** 112:15 |
| 7:12 8:1,8,15 73:2 | **north** 19:21,21 | 21:10,19,25 23:9 | **outlaw** 98:6 |
| 73:5 | **northern** 1:1 4:11 | 23:16 25:9,23 | **outlawed** 98:4 |
| **nazareth** 6:6 | **notary** 112:9,21 | 27:4 28:13 29:14 | **outside** 9:23 10:5 |
| **necessarily** 94:9 | **notice** 112:10 | 30:6 31:23 32:4,6 | 14:1 56:16 57:1 |
| **neck** 59:12 | **noticed** 26:16,16 | 32:11 33:22 34:16 | 57:10 |
| **need** 26:9 29:21 | 40:3 41:8 55:22 | 35:7 37:16,19,24 | **overgrown** 19:11 |
| 61:25 66:21 81:21 | 77:17 93:19 | 38:10 41:3 42:5 | **owned** 11:18 18:3 |
| 82:5 108:8 | **november** 12:22 | 44:9,14 45:8 46:1 | **owns** 63:18 |
| **needed** 14:4 29:6 | | 46:4,11 47:3 48:9 | |
| 33:20 39:8,15,20 | | 51:8 53:8 58:13 | |

**p**

p.c.  1:15
p.m.  66:2,8 111:22
  111:23
pa  1:17,25 2:25
  5:20 6:4
pack  98:16
page  3:3,10
paid  63:22
pain  54:7,11,13,18
  54:19 58:19 59:1
  59:2,10,10,11,17
  59:23 69:24 70:1
  70:9 72:14,18
  104:6,10,15
  109:11,22,24
  110:1,5,6,8,9,10
  110:16,17
painkillers  58:20
painter  57:13
painting  57:14
pants  38:16 82:25
  82:25 85:20 95:6
  95:12
paper  6:25 56:4,10
  57:16,17
pardon  7:24 11:2
  13:16
part  9:8 22:23
  68:24 90:22
  102:13
partial  44:17
  53:22,25
particular  12:8
  17:18 26:7
particularly
  109:11
party  112:15
passed  100:4,9
  102:7

patel  1:13 4:2
pathway  36:24
pause  29:21,22
pay  61:6
paying  60:12
pennco  6:16,21
pennsylvania  1:10
  4:8
people  49:19 50:7
  50:12,13,18 98:1
  102:16
percentage  94:10
perform  56:21,25
perimeter  19:7,8
  19:15,19,20 23:10
  25:4 27:13,15,23
  31:6 32:8 34:13
  35:6,13 36:1 37:2
perimeters  31:20
period  40:13 74:5
  98:20
periods  109:21
person  60:14
  103:2 111:4
personal  62:1
pet  52:22 53:2,3,6
  53:10 105:13,18
pets  95:15 96:2,9
philadelphia  1:17
  6:6
photo  21:19
photograph  3:11
  3:12,14,15,17,18
  3:20,21 17:18
  22:20 23:12,25
  24:1,5,10,12 25:11
  27:11,16
photographs
  17:13
photos  17:14 76:5

physical  50:5
  54:17 57:18 60:9
  62:1 104:23
physically  31:12
  49:1
pick  48:2
picture  18:22
  20:22 21:1 22:2,6
  23:4,15 27:5
  77:11,12 80:7,11
  80:20 81:15 85:13
piece  6:25 62:16
  78:16
pink  53:11,19,19
pinpoint  88:18
  91:4
pip  77:7,11
pit  22:9
place  23:13 58:24
  112:10
places  10:17 53:12
plaintiff's  17:9,15
  18:17 20:7 21:16
  22:16 23:21 25:6
  27:1
plaintiffs  1:19
  4:19
plan  52:19 111:11
play  10:14,17
playing  10:5 60:5
please  4:14 5:9
  17:19 22:20 29:19
  61:20 66:21
plumbing  56:19
point  26:3 34:11
  43:13 49:11 50:2
  62:2 65:8 81:11
  82:17 83:16 86:7
  98:22 99:24
  107:23

pointer  38:3
points  96:7
poison  14:12 79:7
  79:9
poles  36:19,20
popping  33:6
port  52:9
portions  14:7
  28:25 76:14,19
portugal  7:19
postsurgery  57:18
  59:9
pounds  64:13
pour  13:21 80:9
  81:17 84:1
poured  85:4
powder  49:22 62:8
powered  81:7
practice  93:25
  95:4
pre  13:4
precautions  39:10
  95:23
precision  84:3
prednisone  50:17
  55:11,18 102:23
  102:24 103:1,7
predominately
  15:25
prescribed  71:12
prescription  55:17
present  71:2
pretty  71:6 89:5
previous  9:2
previously  60:2
pride  12:15
print  77:16
prior  46:21 56:13
  57:1 58:19,21,23
  58:25 62:4 63:12
  70:1

**priority** 21:14
85:3
**privacy** 31:8
**private** 32:16
**probably** 23:17
24:25 26:14
**problem** 56:9
**procedures** 53:23
**process** 96:16
**product** 19:18
40:14 77:20 79:16
79:25 80:24 81:1
82:16 84:8 91:12
**products** 1:3
12:12,21 13:3
40:6,18 75:22,24
76:2 96:13
**professional** 1:12
**progressed** 101:24
**properly** 40:22
**property** 10:24
11:13,22 13:3,11
14:2,7,9 17:13
18:1,24 22:23
23:5,7,11 24:2,10
25:12 27:6,20,22
27:25 28:10 29:5
29:15,19 31:1,16
34:1,9,10 36:20
37:6 46:16 48:10
75:8,10,14 76:4,7
76:11 79:6 82:1
**prostate** 100:4,11
100:11
**protect** 38:13
**protection** 39:18
41:14 96:21
**protective** 41:10
41:21
**provide** 60:21

**psychosomatic**
93:13
**public** 6:14 112:9
112:21
**pull** 17:14 62:9
**pump** 17:20 81:6,7
85:10,22
**purchase** 17:1
39:4
**purchased** 79:17
**pursuant** 112:10
**pushed** 24:17
**put** 13:13 19:15
48:7 49:20 50:4
52:9 54:3 58:4
62:20 77:25 93:25
**putting** 58:4

---

## q

**quakertown** 1:10
4:8 5:19 6:10
10:21
**quality** 70:22
**quarter** 26:13
98:15
**quarters** 98:16
**question** 67:6
80:19 93:14
104:10 106:16
107:1
**questions** 66:19
67:1,2,10,14,21
81:23 91:9 95:13
100:2 108:7,15
111:17
**quick** 66:23
**quit** 98:19,24 99:9
99:11 104:15
**quite** 65:17
**quote** 74:4

---

## r

**r** 5:19,19 112:7
**radiating** 59:1
**radiation** 48:24
49:2 50:23 51:2,3
51:8,14,17,24
52:13 58:16 59:24
60:4 101:25
110:14
**radiations** 52:1
**rainy** 91:19
**ran** 91:12
**rare** 74:23
**reach** 62:20,25
**read** 39:5,22 77:4
78:15 97:4
**reading** 57:16
58:11 61:20
**ready** 13:10 79:16
79:25 80:23 82:16
95:1
**realization** 99:13
99:15
**realized** 99:25
**really** 9:6 28:7
53:18,19 57:24
72:9 81:25 82:20
94:24,25 98:11
101:18 104:19
111:10
**reappear** 14:18,19
**reason** 66:21
93:22
**reasons** 89:7
**recall** 51:23 66:13
74:16 76:10,25
77:15 78:2 83:19
84:15 93:6,8
95:15,22 96:4,5
106:15 109:13

**receive** 51:17
**receiving** 51:24
**recess** 30:16 66:3
**recognizable**
54:18
**recollect** 28:8 72:9
76:12 77:2 91:7
92:23,25 98:12
106:10,21
**record** 4:2 30:15
30:18,19 65:23
66:1,7,22 86:20
87:7,12 111:21
112:14
**recorded** 112:12
**recording** 60:11
**records** 75:5
103:17
**recreation** 60:6
**red** 52:12
**redirect** 3:6
108:13
**redness** 93:20
**reference** 78:10
**region** 1:24 2:24
**registered** 1:12
**regret** 102:18
**regrows** 28:23
**regular** 40:12
83:10,10 89:17
**regularly** 10:8
15:15 20:5 23:14
28:10 46:15
**rejoined** 9:12
**related** 110:10
**relationship** 64:17
64:20 101:9
**relied** 98:8
**remain** 55:12
**remember** 45:17
46:3,8 51:3 66:15

73:4 75:24 77:3
80:6 83:25 90:12
90:16,17 92:23
93:2 95:17,25
100:24 107:10
**remembered**
103:17
**reminded**  61:16
**remission**  105:7
106:1
**rented**  7:19
**repair**  60:14
**repaired**  37:20
**repeat**  69:5 87:10
110:15
**rephrase**  67:6
**replacement**  44:17
53:22,25
**reporter**  1:13 3:24
4:23 13:15,17
77:8
**reports**  43:16,17
43:19
**require**  59:12,19
59:19
**requiring**  58:19
59:10
**reside**  5:17
**residential**  73:13
**respect**  69:17
**response**  67:21
106:16
**responsibilities**
8:18
**responsible**  56:15
**respray**  26:6
**rest**  6:14 8:7 12:2
15:2 32:6 99:18
**resulting**  60:11
**retire**  61:3 64:10

**return**  105:25
106:3
**returned**  105:14
105:20,22
**rheumatoid**  9:18
45:3,4,9,22 46:14
47:1,5,13 68:1,7
68:16,20 69:1,7,13
69:19,22,23 70:8
70:13,16,20 71:12
72:14,19 109:20
110:1,5,10
**rid**  25:22 54:14
79:5
**ride**  52:7
**riding**  48:14
**right**  5:14 6:9 7:3
11:12,24 16:16,22
18:7 19:12 20:10
20:13 21:1,23
22:8,19 23:16,24
24:4 25:19 26:18
27:18 29:1,8 30:1
30:9,21 31:23
32:5,11,21 33:25
34:4,7,22 35:3,12
35:19,22 36:4,9
37:10 38:1 42:16
44:20,25 46:7,25
47:5 48:20 53:25
56:19 58:10 63:24
65:18 67:7,9
68:13 69:8,19,25
70:2,15,25 71:4
72:19,23 73:8,19
74:6 75:15 76:15
76:20 77:16 78:3
80:10,15,24 81:11
81:12 82:2,6,15,17
82:18,22 83:5
84:13,17,23 85:7

85:17,19 86:1,7,22
87:9,21 88:3,5,8
88:10,14,19 89:10
89:24 90:6,10,14
91:14,20 92:9
93:4,17 94:1 95:7
95:10,11,18 96:6
96:13 97:15 98:17
99:5,10,14,24
100:4,16 101:4,20
102:7 104:13
105:7,23 106:25
107:6,14,18,21
109:18 111:15
**rinsed**  92:18
**rips**  56:4
**risk**  40:2,5
**rituals**  59:20
**road**  5:19 10:21
22:25 32:14 33:14
75:9,15
**rock**  24:14,17,18
35:3,12 36:23
37:14
**rocks**  21:3 24:16
**rocky**  35:8
**room**  11:10,11
49:22 62:8
**rota**  7:18 8:7
**round**  105:9,10
**rounds**  105:5,6
**roundup**  1:3 12:10
12:11,13,18,20
13:3,24 14:2 15:5
15:16 16:2,5,12,17
17:1,21 19:1,18
20:15 22:2 23:14
24:13 25:4 26:8
27:12 28:10 29:4
29:11,20 32:2,9,19
34:8 36:1,15 37:1

37:17 38:11,13,21
38:24 39:2,5,9
40:5,17,18,20
41:10,14,18,22
42:2,3 43:9,12,23
44:7 46:16 48:6
65:12 75:9,11,23
76:1,13,18,22 77:1
77:5,16,21,22,22
78:1,10,19 79:2,15
79:22 80:14,17,23
81:18,24 82:5,15
83:13,20 84:16,20
85:1,2,8,17 87:19
89:14,17,23 90:5
90:13 91:10,19
92:4,8,19 93:3,3,9
93:17,25 94:18
95:4,14,21,21
96:12,17,22 97:5,6
97:13,20 98:9
106:6,18 107:25
108:4
**ruined**  64:21
104:20

| s |
| --- |

**sad**  60:20 61:11
**safe**  40:21,23
78:10,19
**safety**  39:10,19
63:9 96:7
**salt**  78:11,20
**sat**  52:8
**sates**  1:1
**savory**  1:4,4,8 3:4
4:9,13,19 5:2,11
5:24 44:10 66:1,6
66:12 111:19
**saw**  15:9 41:6 76:4
80:7,10,15,20,21
85:13 93:15 99:11

**sawed** 74:3
**sawing** 73:24
**saws** 73:22
**saying** 40:25 44:1
  44:4 87:13 88:23
  106:15
**says** 92:17 106:9
  108:23
**scaffold** 20:17
  22:9 25:16
**scaliness** 93:20
**scan** 52:22 53:3,6
  53:10 105:13,18
**scans** 53:2
**scared** 60:17
**scars** 102:9
**scary** 43:4
**scattered** 106:14
**schedule** 16:10
**scheduled** 16:6
**school** 6:19,22 8:5
  72:24
**screen** 17:17 38:3
**seal** 112:17
**searched** 40:7
**season** 26:4 83:8
**seasons** 15:15
**second** 26:12
  47:12 49:6 82:11
  84:14 99:25 100:1
**sections** 14:11
**security** 9:20
**see** 14:6 18:15
  19:11,22 21:2
  22:3,7,8 24:14,15
  24:18 25:1 26:5
  27:19,22 30:5
  31:1,4,24 32:20
  33:3,5 34:7 35:2,3
  35:5,20,24,24,24
  36:5,9,11,19 37:8

37:10,12 38:6,7,8
  52:23 58:15 62:17
  64:12 86:16,16
  93:21 101:13,13
**seeing** 17:18,24
  34:4,10 77:15,15
  78:3 95:15
**seen** 40:7 76:25
  77:4,17,19 78:18
  99:5 107:5,13,15
  107:19
**seep** 83:5
**segments** 14:21
**self** 59:8
**separated** 65:8
**september** 8:22
  9:10,17 44:22
  52:22 53:4,7 54:6
  101:4 105:18
  106:4 107:3,14,21
**septic** 18:23 22:8
  25:13 28:2 35:11
**served** 7:4 8:1
  73:5
**service** 7:6
**serving** 73:2
**sessions** 51:7 52:3
**set** 89:2
**setting** 83:8
**seven** 6:14 50:14
  95:12
**seville** 7:20
**shb.com** 2:4
**shed** 24:8 30:8
**shingle** 61:7
**ship** 7:14,15
**shipping** 60:13
**shirt** 38:16 82:25
  85:20 95:6
**shook** 2:2 4:21

**shoot** 82:17
**shop** 59:8 60:14
  63:18
**shore** 61:15
**short** 34:20 61:17
  61:17
**shorthand** 112:12
**shot** 30:24 37:7
**shoulder** 45:14,19
  51:16 53:15,17,25
  54:15,16 58:19
  59:2,10 101:7
  107:9,17 109:12
**shoulders** 59:2
  68:4
**show** 17:12 23:13
  29:15 38:3 89:2
**showed** 88:23
**shower** 59:19
  61:23 94:7,8,11,16
  94:19,22
**shown** 76:5
**shows** 53:20
**shrubs** 19:17
**side** 19:21,22
  20:21 27:17 28:16
  32:7 33:2 36:14
  36:23,24 72:13
**signature** 112:19
**significantly** 72:13
**silicone** 83:4,13,17
  94:25
**silverstein** 1:16
  3:5,6 4:16,17 5:6
  17:11 18:19 20:9
  21:18 22:18 23:23
  25:8 27:3 30:12
  30:20 37:24,25
  65:18,22 75:18
  86:14 108:14
  111:15

**simple** 59:6 61:15
  61:22
**simply** 65:17
**sink** 62:9
**sir** 5:7 108:9
**sit** 44:10 54:4
  58:22 75:23 77:3
  77:14 84:15 92:20
  93:1 96:10 98:7
**sitting** 62:13
**situations** 57:9
  89:22
**six** 50:25,25 51:5,7
  52:3,18 53:6 56:8
  71:19 72:10 103:9
  103:9 105:5
**sixth** 103:8 105:10
**skin** 56:4,10 92:15
  93:3,8,9,10,16,17
**sleeve** 38:16 82:25
  85:20
**slightly** 104:18
**slowly** 103:21
**smacking** 34:19
**smoke** 99:7
**smoked** 98:14
  99:4
**smokes** 99:20
**smoking** 98:19,23
  99:23
**soap** 94:8
**social** 9:20 60:5
**society** 99:19
**sock** 62:21,24
**socks** 49:20 62:19
**solutions** 1:23
  2:23
**soon** 105:17
**sore** 47:9 70:15
**soreness** 59:23
  70:6

**sorriest** 100:1
**sorry** 51:2 70:4
  77:8 88:22 98:15
**sort** 39:16 41:14
**sound** 55:21
**source** 61:5,8 64:2
**south** 8:6 19:22
  36:24
**spain** 7:18,22,25
  8:7
**specific** 84:16
**spend** 29:3 91:10
**spilled** 83:20,22
  84:17
**spine** 59:3,12
**splash** 84:25
**splashed** 83:20,22
  83:23 84:17
**splashing** 83:25
**spouse** 78:10
  101:17
**spray** 12:7 13:25
  14:1,5,6,11,15,17
  14:21,24 15:13,16
  15:22 16:5,7,8,8,9
  16:13 19:1,6
  20:15 21:13 22:1
  22:11,12,14 23:11
  23:13 24:13 25:4
  25:24,25 26:2,5
  27:12,19,21,23
  28:3,10,15,17 29:4
  29:10,20 31:18
  32:2,8,18,21,22,25
  33:1,4,17 34:11,14
  35:6,17 36:1,8,15
  37:17 42:1 46:15
  48:6 76:18 80:1
  80:10 81:3,11,13
  81:18 84:25 86:7
  86:7,10,17 87:1,5

87:8,14,18,23,24
87:25 88:13,19
89:15,16 90:1
91:13,18,19 94:25
**sprayed** 19:23
  20:1,3,4,20 21:4
  22:6,7 23:17
  24:19,20 25:17,19
  31:7,9,13 33:10
  34:20 35:14,23
  36:9 75:10 83:4,7
  83:14,16 85:16
  86:22 87:19,21
  88:17 89:8,8,25
  90:4,24 91:3,5,5
**sprayer** 13:7,13
  13:22,25 16:13,14
  16:17 17:20,24,25
  18:4,13,15,16
  31:18 42:4 80:9
  82:22 85:4,10,22
  86:10,13 89:2
**spraying** 15:17
  16:1,12 27:14
  38:11,21,23 39:1,9
  39:21,24 42:13
  83:13 84:1,14,21
  85:8,9 89:11,20,20
  91:10 93:24
**spring** 14:3,17
  15:25
**springhill** 1:9 4:7
**square** 11:9 12:1
  15:1
**squeeze** 18:16
**stairs** 58:21
**stand** 55:5 58:24
  58:24 59:21
**standing** 61:23
  112:9

**stanley** 23:7
**start** 12:18 17:6,15
  24:23 32:14,22
  46:4 52:17 60:1,1
  67:18 72:4 99:11
  99:17
**started** 6:18 15:12
  15:17 17:4 25:2
  43:16,17 46:8
  47:18 50:8 54:21
  56:10 58:3,4
  71:17,24 72:17,21
  80:5 84:21 98:23
  98:25 99:18,20,23
**state** 5:9 60:9,10
  61:4 97:10 103:3
**stated** 96:21
**statements** 95:23
  97:4,8
**states** 4:11 6:15
  96:20
**station** 77:7
**stationed** 7:17 8:3
**stations** 77:11
**stay** 50:12,13,18
  86:15
**stays** 52:23
**steps** 49:23,23,23
**sticker** 12:2,5,6
  19:17 20:2 25:20
  26:21
**sticking** 22:4
**stomach's** 23:2,8
**stone** 57:14 74:17
  74:19
**stop** 30:11 34:24
  34:25 35:19 59:7
  63:9 92:11 99:22
  103:6
**stopped** 9:10,16
  9:22 16:23 43:17

102:23 103:21
**store** 16:25
**story** 11:8
**strain** 50:3
**stream** 88:1
**street** 1:16
**strength** 50:5
**stretch** 62:24
**stroke** 56:6
**stronger** 102:1
**strongest** 52:13
**stuck** 62:10
**stuff** 13:6 20:2
  22:12 33:9 37:15
  39:11 44:4 47:16
  56:17 57:15 87:1
  90:9 96:9
**stump** 21:2
**subsequent** 59:23
  60:4 110:19
**subsided** 49:4
**subsiding** 55:2
**sudden** 47:11,13
**sugar** 53:20
**suit** 41:21,24
**suitable** 41:20
**suite** 1:17,24 2:24
**suites** 1:9 4:7
**summer** 15:18
  16:1
**supervision**
  112:13
**supposed** 72:1
**sure** 7:14 9:7 52:1
  58:14 80:19 90:15
  97:9 103:15 104:3
  110:16
**surely** 79:13
**surgery** 58:19,22
  58:23,25 104:12
  109:16 110:14,19

**surgical** 53:23
**surrounding**
  22:10
**suzanne** 1:12 4:24
**swallow** 49:3,17
  49:18
**swear** 4:24
**switch** 62:23
**switched** 72:1
  77:10
**sworn** 5:3 112:11
**sympathetic** 67:11
**symptoms** 54:20
  55:22 71:14
**syringe** 52:10

**t**

**t** 13:19 112:7,7
**table** 10:6 78:11
  78:20
**take** 12:15 13:14
  17:16 20:10 25:9
  27:4 42:18 46:12
  46:18 62:23 65:20
  65:21 66:22 81:21
  81:22 94:7,15,16
  105:2 107:1
**taken** 1:9 17:13
  30:16 66:3 72:10
  112:10
**takes** 77:21
**talk** 10:20 28:13
  63:3 69:2 71:10
  73:11 75:8 82:14
  82:19 84:13 91:17
  101:2
**talked** 76:14 82:15
  85:8 101:8,16
  102:15 104:5,25
  105:19 108:16
  109:10

**talking** 20:21
  67:18 91:9
**tank** 13:13 86:1,12
  89:2
**target** 88:19
**targeted** 87:20
**tasks** 59:6,13,16
  60:21
**tasted** 43:3
**tech** 6:16,21
**technical** 30:22
**technician** 6:22
**technologies** 4:3
**tejash** 1:13 4:2
**telephone** 36:19
  36:20
**tell** 6:12 7:6,11
  8:17 16:4 17:17
  18:21 19:4 20:13
  23:3 29:19 31:4
  32:18 44:25 45:8
  48:25 52:5,6 56:5
  62:18 65:2 68:8
  102:16 112:11
**ten** 52:17 58:23
**tended** 74:15
**terms** 110:8
**test** 52:24
**tested** 108:23
**testified** 5:3 68:12
  71:16 75:21 79:14
  84:6 90:23 91:16
  92:19 102:3
  103:18 105:4
**testifying** 76:10
**testimony** 73:5
  109:13 112:9,12
  112:14
**tests** 52:24 109:8
**thank** 35:10
  108:10 111:15

**therapy** 54:17
**thereof** 112:15
**thing** 14:16 16:6
  58:15 62:7 63:3
  64:15 69:17 83:10
  104:23,23
**things** 9:24,24
  10:3 26:12 47:20
  50:19,19 54:2
  55:19 58:7 60:21
  61:8,12,18,22 62:1
  63:2 102:6,18
  103:2 104:1
**think** 14:25 23:1
  50:3 57:24 68:12
  69:21 73:16 74:2
  79:21 82:12 86:19
  88:8 89:1,3,5
  104:6,24 108:6
**thinking** 19:21
  58:3 85:9
**third** 75:13,14
**thirds** 31:3
**thoroughly** 92:17
  92:18,18
**thought** 93:11
**thoughts** 102:5
**three** 16:7 28:21
  51:6,6 52:3 75:13
  75:14 76:14 86:4
  86:5 95:12 98:16
**throat** 49:2,6
  51:16 58:16 59:23
**throw** 95:4
**time** 4:4 7:21 9:9
  14:3,4,8 17:1 18:3
  26:20 28:22,25
  29:3,4,6,10,22
  30:15,18 31:12
  39:6,6 42:18
  43:13 44:3 45:20

49:6 51:21 52:15
  53:5 57:23 59:15
  59:25 61:14 65:8
  65:19 66:1,8,20
  68:21,24 69:4,8
  74:5 79:21,22
  83:8,19 84:16
  90:9 91:9,11
  94:10,12 95:21
  96:11 98:20,22
  99:25 100:1
  101:22,24 102:6
  102:13,21 104:12
  105:24 106:13
  107:24 108:9
  109:21 111:22
  112:10
**times** 16:7 28:21
  33:16 35:16 41:5
  83:7 90:12 91:4,6
  92:7,22 93:2,9
  101:21
**tingling** 59:17
**tired** 49:7
**tj** 17:14
**today** 4:24 5:12
  44:9,11 54:8
  65:16 67:10 75:23
  77:3,14 84:15
  92:20 93:1 96:10
  98:7
**today's** 4:3
**toenails** 61:23
  62:6
**toes** 62:22
**toilet** 62:9
**told** 41:9,13,17,20
  50:13,18 52:20
  54:1 63:19 64:14
  87:23 90:8 107:24
  109:2

top  18:10 30:7
  31:1,4,9 35:21
tore  49:11 50:4
toto  1:12 4:24
touch  56:4
tough  91:4
toughies  26:6
towers  8:23
trailer  12:1
transcribed
  112:13
transcription
  112:13
transmission  64:5
trashed  95:1
treat  48:22 53:24
treated  84:7
treatment  51:8
  55:23 57:19 58:18
  59:9,24 103:8,8,12
  110:19
treatments  48:21
  49:1 50:23,25
  51:14,18,24 55:7
  104:13
tree  20:18 22:10
  36:10,11 53:11
trees  12:5 19:18
  30:5
trial  47:23
tried  12:12 56:5
trip  7:18 52:5
triple  79:7
true  68:4 70:14
  71:20 77:1 84:8
  91:6 112:14
truly  67:12
truth  112:11,11,11
try  23:16 48:22
  49:17

trying  22:24,25
  67:15 87:11
tube  18:12
tulip  36:10
turkey  30:3
turn  34:5 35:1
turning  33:25
  35:15
tv  77:15 78:1
twice  26:1,3 33:18
  35:18
two  8:22 11:8
  13:23 14:23 26:10
  26:10,15,25 28:21
  31:3 48:8 70:25
  71:15 78:24 79:15
  80:20 81:16 82:9
  85:10 86:4,5,5
  88:10,24 95:12
  111:6
type  6:23 9:22,23
  12:8 19:18 43:19
  55:9,14 68:8 77:4
  77:15 79:25 82:25
  85:16,18,19
  100:24 106:10
types  10:17 79:15
typical  52:5
typically  79:17
  82:8
tyson's  23:7

**u**

u.s.  7:4 8:1
uh  7:13 10:16 11:9
  49:6 50:25 59:25
  63:11 67:24 80:22
  82:20 83:6 84:3
  84:18,18 95:2
  103:8 105:22
  107:9 108:20
  109:15 110:5

um  13:5,7 30:2
  39:13 43:2 44:12
  45:6 54:9 55:16
  63:5 64:21 67:18
  69:3 70:16,16,21
  71:11,18 72:12
  73:7,11 75:8,16
  77:4,16 82:14
  85:7,9,12,16,25
  88:2 90:23 92:7
  93:25 95:11 96:1
  96:10 100:3,3
  102:20 103:18,19
  104:10,16 105:16
  105:20 106:6
  107:7
unable  58:22,23
  58:24 59:5,6,7,7
  59:14,15,21 60:5
  60:14,15,21 61:1
  61:17
unassisted  58:25
  59:6
uncle  100:22,23
undergo  50:24
undergone  48:22
  110:20
underneath  30:5
understand  7:13
  63:17 67:17 99:17
  99:18
understanding
  50:9 64:22 68:7
  100:6,21 105:12
  108:20
underwent  51:9
undeveloped  12:3
unfortunately
  70:24 100:18
union  8:24 9:1,4,9
  9:11,12,14

unit  65:25 66:5
  111:20
united  1:1 4:11
  6:15 96:20
unwanted  79:5
upper  59:3,12
ups  108:8
upset  60:18 90:18
upstairs  62:10
  94:16
usage  17:8
use  12:8,20 13:2,5
  13:10,24 18:1,8
  19:18,20 26:9,10
  26:17 37:1 40:11
  40:12,21,24 41:1,2
  41:2,4,5 45:18
  54:18 58:20,21,25
  62:7,10 65:12
  73:21 75:9 76:13
  77:21 79:16,25
  80:23 81:9,17
  82:8,16 88:20,20
  94:18 96:17 97:6
  98:9
useless  60:20 88:6
uss  7:16
usually  88:11

**v**

valley  6:8
vasta  107:6
vc  1:4
vegetable  95:16
vegetation  89:10
  89:12,24 90:2,6,13
  90:18 96:9
vehicle  58:22
  60:14 64:5
vehicles  60:12,25
veritext  1:23 2:23

**versus** 4:10
**vertebrae** 59:3
**vibrations** 48:16
**video** 4:6 29:14,16
  29:19,22,23 30:11
  30:13,19,24 34:24
  34:25 35:23 36:4
  37:19,21 76:4
  86:19 88:24
**videographer** 1:13
  4:1,2,23 30:14,17
  37:23 65:24 66:4
  111:18
**videotape** 1:8
  111:19
**view** 51:12,19
**vision** 55:9,11
**visit** 60:6
**voice** 55:20,21
  60:4
**volume** 111:20
**vs** 1:5

**w**

**wad** 33:7
**waist** 86:10,21
**wait** 65:5
**wake** 45:13
**walk** 45:13,17
  47:17 49:12 58:24
  58:24 70:15
**walking** 54:2
  91:12
**wand** 81:2,8 85:23
  86:6,9
**want** 15:21 17:12
  61:14 63:3 65:20
  67:10 71:10 88:15
  88:15 89:12 90:6
  90:10,14,21 92:5
  102:17 111:10

**wanted** 67:18 86:7
  87:20 88:19 89:24
  90:2 92:3
**wants** 47:14,15
**wapner** 1:15 4:17
**wapnernewman....**
  1:18
**warned** 40:4
**warning** 40:1
  96:22
**warnings** 99:5,14
**wash** 39:14 42:13
  42:14,19 43:5,6
  84:20,24 91:22
  92:12,17 94:1,4
  95:8 96:8
**washed** 92:17
  93:10 95:7,10
**washing** 93:12,22
**watch** 55:5 84:11
**water** 13:12,22
  42:15 52:11 80:9
  81:18 88:16 94:3
  94:8
**waterproof** 94:24
**waukegan** 8:4
**waved** 87:7
**waving** 87:15
**way** 15:11 27:9,15
  27:18,22 31:3
  36:20,22 42:19
  45:21 61:8 62:24
  64:17 67:15 75:25
  84:11,25 87:8
  88:17 89:8 93:21
  100:12 104:19,20
  110:12
**way's** 62:25
**ways** 47:8 110:4
**we've** 82:15

**weak** 49:12 50:5
  50:10
**wear** 38:17,19,23
  39:1,9,15,21,24
  41:9,13,17,20
  55:17 74:11 82:24
  95:5,8,11
**wearing** 38:12
**weather** 91:18
**weed** 12:7,8 32:23
  32:25 48:15,16
  57:12
**weeded** 15:5
**weedline** 31:4,24
  32:1,7
**weeds** 12:2 14:4
  14:14,24 15:17,20
  17:22 19:9 23:11
  23:19,20 25:3
  26:23 27:19 31:8
  33:11 34:12,17
  36:2,6,19,25 37:1
  37:10 38:6 75:22
  79:5 80:2,5,13
  81:11,12 82:1,3
  87:4,20,21 88:18
  89:9,11,15,17,20
  91:22
**week** 16:4,7,9
  95:12
**weeks** 8:22 51:6,6
  52:3 66:13 71:15
  74:2 76:10 83:24
  84:5 87:24 90:8
  104:4 111:6
**weight** 49:4 63:21
**welcome** 108:11
**went** 7:20 8:16
  36:12 45:20 49:5
  51:7 52:8 56:18
  57:14,14 68:20

73:1 79:19 93:15
**west** 24:7 27:10
  33:2 36:14
**wet** 83:8 93:2
**wheat** 49:15
**white** 17:21 80:15
  80:21 81:4
**wide** 88:8,24 89:5
**wife** 1:4 50:14
  60:19,22 61:2
  64:10,17,20 90:17
  101:9,10,19
  102:12
**wife's** 5:23
**wigrizer** 1:15 4:18
**wind** 85:5
**wind's** 84:11
**windy** 85:5 91:17
  91:25
**winter** 15:23
**witness** 4:25 13:16
  13:19 75:19 77:10
  86:16 108:11
  112:14,17
**witnesses** 3:2,3
**wonderfully** 46:13
**wood** 8:19 73:18
  73:22,24 74:4,7,8
**wooded** 15:2,5
  76:8,11,17,19,20
**woods** 12:2,5
**word** 49:8 84:3
**words** 41:4 106:21
**wore** 38:18 83:15
  85:15
**work** 7:14 8:21
  9:23 10:5 12:13
  14:10 38:15,15,18
  47:10,17 48:1,18
  54:4 56:16 57:14
  60:16,24 61:6

64:5,9 68:24 69:3
69:7 70:6 73:1,11
73:13,17 74:23
76:1 83:1,3,12
85:20 94:14,15,20
94:23
**worked**   7:15 12:14
14:12 69:10 74:4
74:7 79:3,8,11
**workers**   44:2
**workforce**   63:15
63:16,17
**working**   9:10,14
9:16,22 48:3
68:21 72:21 74:5
74:12,14 84:7
94:6,11,22 95:2
102:13
**works**   101:14
**worried**   43:8 44:5
102:11
**worries**   65:4
**worry**   89:21
110:25 111:3,4
**worse**   26:12 61:22
**worst**   14:24
**wound**   37:4
**wow**   52:16 71:1
**written**   86:20 87:6
87:12
**wrong**   56:18

**x**

**x**   3:1
**xeljanz**   46:10
47:19 71:9,17
72:2,2,3,5,10,18

**y**

**yard**   59:7 77:23
94:7,11,15 95:3

**yeah**   12:17,23
13:7,20 16:19
19:11,14 20:6
21:14 25:25 26:22
33:2 41:16 42:12
42:17 43:7 44:8
44:24 47:7,25
48:7 50:25 52:17
52:25 54:10,24
62:5 64:2,18
67:24 69:6 71:3
81:12 84:9 87:18
88:25 95:19 99:1
101:12,13 104:8,8
104:24 105:11
106:9
**year**   8:5 14:14
15:14,15 16:23
20:6 21:6 22:14
25:24 33:16 35:16
41:5 43:16,18,20
44:22 46:12 56:8
63:11 71:5,5,8
72:3,4 74:15 75:2
75:3,6 76:23 82:1
82:9 91:5,6
103:14 108:22
109:3,8 111:5
**yearly**   28:19
**years**   6:2,14 7:6
7:23,25 9:21 13:2
15:7 38:12 46:6
46:18 48:13 70:12
71:19 73:2,6 75:7
80:5 82:5,6 95:22
98:16,24 99:3,4,20
109:18
**yellow**   17:20 81:16
85:11
**yep**   35:13

**yesterday**   97:2
**young**   99:16

Commonwealth of Pennsylvania Rules of Civil

Procedure

Title 231, Chapter 4000

Depositions and Discovery

Rule 4017

(c) When the testimony is fully transcribed a copy
of the deposition with the original signature page
shall be submitted to the witness for inspection
and signing and shall be read to or by the witness
and shall be signed by the witness, unless the
inspection, reading and signing are waived by the
witness and by all parties who attended the taking
of the deposition, or the witness is ill or cannot
be found or refuses to sign. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the person before
whom it was taken with a statement of the reasons
given by the witness for making the changes. If the
deposition is not signed by the witness within
thirty days of its submission to the witness, the
person before whom the deposition was taken shall
sign it and state on the record the fact of the
waiver or of the illness or absence of the witness
or the refusal to sign together with the reason, if

any, given therefor; and the deposition may then be used as fully as though signed, unless the court holds that the reasons given for the refusal to sign require rejection of the deposition in whole or in part.


DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.