# EXHIBIT 6

# EXPERT REPORT OF RICHARD VAN ETTEN, M.D.

## {RE: RICHARD BLAIR}

## A. <u>My background and qualifications</u>

I am the Director of the Chao Family Comprehensive Cancer Center and a Professor of Medicine and Biological Chemistry at the University of California, Irvine. I also practice medicine as a physician in the Division of Hematology/Oncology at the University of California Irvine Medical Center. My academic research and my clinical practice are focused on cancers of the human blood system.

### <u>Education and training</u>

**Undergraduate education.** In 1978, I earned two BS degrees from the Massachusetts Institute of Technology (MIT) in Cambridge, Massachusetts. One of my BS degrees was in Biology, the other in Mathematics. While I was an undergraduate, I conducted research in the laboratories of Dr. Harvey Lodish and Dr. Phillips Robbins, two distinguished molecular biologists at MIT.

**Graduate education.** In 1978, I moved to California to start a combined MD/PhD degree program at Stanford University. I earned both degrees in 1984. I did my PhD research in the laboratory of Dr. David Clayton from 1979 until June 1984. I worked on a team that determined, for the first time, the DNA sequence of an entire mitochondrial genome. My work with Dr. Clayton resulted in three peer-reviewed publications, two of which were published in the prestigious journal *Cell*.

**Internship/Residency.** In 1984, I returned to Boston for further medical training. From 1984 to 1987, I trained as an intern, junior resident, and senior resident in Internal Medicine at Brigham & Women's Hospital/Harvard Medical School. From 1987 to 1988, I trained as a fellow in Hematology at the same hospital.

**Post-doctoral research.** From 1988 to 1991, I conducted post-doctoral research as a Visiting Scientist in Nobel Laureate Dr. David Baltimore's laboratory at the Whitehead Institute for Biomedical Research at MIT. My research in Dr. Baltimore's laboratory was focused on the molecular structure and function of ABL1, a protein involved in cell signaling that can cause

chronic myeloid leukemia (CML) when it becomes dysregulated. In one of my research projects, I collaborated on studies that contributed to the development of targeted therapies such as Gleevec® for this disease. My work in Dr. Baltimore's laboratory led to nine peer-reviewed publications, several of which were published in prestigious scientific journals like *Cell* and *Science*.

**Professional career**

**Harvard Medical School.** In 1991, I was recruited by Harvard Medical School and appointed as Assistant Professor of Genetics. I was also appointed Investigator at Harvard's Center for Blood Research, and I opened my own research laboratory at the Center. In 1998, I was promoted to Associate Professor of Genetics at Harvard Medical School. While I was a professor and researcher at Harvard Medical School, I practiced as a physician in the Hematology Division at Brigham & Women's Hospital and was an attending physician on the Adult Hematologic Malignancies Service at the Dana-Farber Cancer Institute.

**Tufts University.** In 2003, I was recruited away from Harvard Medical School to Tufts University and Tufts Medical Center, also located in Boston, Massachusetts. From 2003 to 2013, I was a Professor of Medicine at Tufts University School of Medicine. I was a faculty member of the programs in Genetics, Immunology, and Molecular & Cellular Physiology in the Sackler School of Graduate Biomedical Sciences at Tufts University. In the Tufts Cancer Center, an academic cancer center that provides advanced cancer treatments to patients, I served as the leader of the Hematologic Malignancies Program from 2003 to 2007, Interim Director from 2008-2009, and Director from 2009 to 2013.

While at Tufts University, I continued to practice medicine as a hematologist-oncologist. In 2006, I was appointed as the Chief of the Division of Hematology/Oncology at Tufts Medical Center. I served in that capacity for the next 7 years. I also served as Institutional Principal Investigator for the Eastern Cooperative Oncology Group from 2007-2013, and as Medical Director of the Tufts Cancer Center Clinical Trials Office from 2007 to 2009.

**UC Irvine.** In 2013, I was recruited to the University of California Irvine to become the Director of the Chao Family Comprehensive Cancer Center (CFCCC), a national leader in cancer research,

education, and treatment. The CFCCC is a National Cancer Institute (NCI)-designated comprehensive cancer center, one of 51 such centers in the United States whose mission is to conduct research to develop new knowledge about the causes, detection, diagnosis, treatment, and survivorship of cancer. In addition to being the Director of the CFCCC, I am a Professor of Medicine and Biological Chemistry at UC Irvine. I also hold the titles of Senior Associate Dean and Associate Vice Chancellor for Cancer. I also continue to practice medicine as a physician in the Division of Hematology/Oncology at the UC Irvine Medical Center.

## <u>Contributions as a scientific and medical professional</u>

For the past 27 years, I have operated a research laboratory dedicated to the study of leukemia and lymphoma. The original focus of my laboratory was on the pathogenesis of CML and related conditions with an emphasis on mouse leukemia/lymphoma models, with continued research on the function and regulation of c-ABL1. Over time, my laboratory came to study how other cell signaling proteins can contribute to the development of blood cancers when they are dysregulated. My laboratory has been continuously funded by the National Institutes of Health since 1994 and has made important contributions to understanding the pathogenesis of leukemias and lymphomas including how small molecule drugs like imatinib and dasatinib can be used to treat these diseases. I have authored over 90 peer-reviewed scientific journal articles, many in leading scientific journals like *Nature*, *Nature Medicine*, *Genes and Development*, and *Blood*. I have also authored approximately 45 literature reviews and book chapters, as well as numerous research abstracts. I have also been invited on many occasions to speak about my laboratory's research. I have given more than 170 invited presentations at conferences, universities, and hospitals in the United States and around the world.

I have won many awards for my research. I was a Scholar (1998-2003) and a Stohlman Scholar (2003) of The Leukemia and Lymphoma Society. Both are prestigious awards in blood cancer research. I was named the Peter Hans Hofschneider Memorial Lecturer at the 2013 International Association for Comparative Research on Leukemia and Related Diseases, one of the world's leading symposia on leukemia. In 2015, I was awarded the Janet Rowley Prize by the International Chronic Myeloid Leukemia Foundation, an award given to recognize researchers who have made major contributions to the understanding of the biology of CML. I have been named as a "Top

3

Doctor" by Castle Connolly and as a Physician of Excellence by the Orange County Medical Association annually since 2018. I am a Fellow of the American College of Physicians and a member of the American Association for the Advancement of Science, the American Society of Hematology, the American Society of Clinical Oncology, and the Society of Hematologic Oncology. I was an Associate Editor of *Blood*, the Journal of the American Society of Hematology, from 2007 to 2013 and a member of the editorial board of the *Journal of Clinical Oncology* from 2012 to 2015. I am currently a contributing editor to UpToDate, a medical informatics publication, a member of the Leukemia Committee of the ECOG/ACRIN NCI National Clinical Trials Network group, and a member of the National Cancer Institute's Review Subcommittee A on Cancer Centers.

## Current responsibilities and medical practice

I am a fellowship-trained hematologist who specializes in the diagnosis and treatment of leukemia, lymphoma, myeloma, and other blood disorders. I am certified by the American Board of Internal Medicine (ABIM) in the specialty of Internal Medicine and the subspecialty of Hematology. I am currently participating in the ABIM's Maintenance of Certification (MOC) Program. I have been practicing as a medical doctor in the area of hematology and hematologic malignancies for over 30 years. I am currently a co-investigator on over 20 clinical trials in hematologic malignancies. In my clinical practice, I see patients with blood cancer and benign blood conditions on a weekly basis in the outpatient setting, and serve as the attending physician on our inpatient hematologic malignancies and hematopoietic stem cell transplant hospital service for a month per year. As Director of the CFCCC, I have global responsibility for basic, translational and clinical cancer research across the University, serve as principal investigator on the P30 Cancer Center Support Grant, and lead a team of more than 200 physicians, scientists, and other health science professionals. A copy of my curriculum vitae is attached as Exhibit A.

For purposes of this litigation, I have reviewed literature and materials related to glyphosate (including formulated products containing glyphosate) and the question of whether it is a human carcinogen generally and whether it causes or increases the risk of non-Hodgkin lymphoma (NHL) specifically. This report also addresses allegations in this litigation that plaintiffs' NHL was caused by exposure to glyphosate and/or Roundup. The general and case-specific opinions in this report

4

are held to a reasonable degree of medical and scientific certainty utilizing the same scientific rigor that I follow in my clinical and research activities. They are based on my education, training, clinical experience, research activities, knowledge of the published literature in my areas of expertise, my analysis and review of the scientific evidence concerning the alleged association between glyphosate and/or Roundup and NHL, and my review of certain case-specific materials. A list of the literature and materials I reviewed, considered, and/or relied upon is attached as Exhibit B.

## B.  <u>Background on non-Hodgkin lymphoma</u>

Malignant lymphomas represent a diverse group of blood cancers where the malignant cell is derived from a lymphocyte, a cell from the adaptive immune system. Lymphoid cells include B-cells, T-cells, and natural killer (NK) cells, and together play a role in the body's response to infection. Several different types of T lymphocytes play a role in direct killing of infected host cells or in regulating the immune response to pathogens. B lymphocytes respond to infection by producing antibodies to specific antigens associated with infectious agents, and often require the function of T lymphocytes to assist in this response. NK cells have the ability to recognize and kill pathogen-infected cells directly. Dysregulation of the adaptive immune system can lead to malignancies under a variety of complex circumstances. The malignant lymphomas are broken down into two major categories, Hodgkin lymphoma and non-Hodgkin lymphoma. Hodgkin lymphoma is a rare cancer of B-lymphocytes where the malignant cell is the so-called Reed-Sternberg (RS) cell, has a very specific natural history and treatment and an overall favorable prognosis. Lymphomas that lack RS cells are classified as non-Hodgkin lymphomas, and will be discussed further below.

The non-Hodgkin lymphomas (NHL) are a diverse group of hematologic malignancies derived from mature B cells, mature T cells, or rarely NK cells. NHL can be seen in both adults and children, with an annual incidence in the U.S. of about 19.6 cases per 100,000 population, representing approximately 80,000 cases per year and accounting for ~4% of all cancers diagnosed. There is a slight male predominance (55%) in new cases. The overall 5-year survival rate for NHL is ~73%, but this varies widely based on the subtype, stage of disease, and co-morbidities. About 21,000 Americans will die of NHL each year, accounting of ~3.4% of all cancer

deaths. According to the NCI Surveillance, Epidemiology and End Results (SEER) database, between 1975 and 1995, the incidence of NHL in the U.S. rose substantially from ~11 cases per 100,000 to ~ 20 per 100,000. The reasons for this increase are not fully understood, but it has been partly ascribed to the HIV epidemic (see below). The incidence of NHL remained fairly stable from 1995 to 2009, but has subsequently been falling an average of 0.9% per year since 2009.

## Classification of non-Hodgkin lymphoma

The current classification of NHL is subdivided initially by whether the disease is derived from B cells, T cells, or NK cells.

**B cell non-Hodgkin lymphoma**. B cell NHL can be derived from several stages of mature B cell development, including naïve B cells, germinal center B cells, and post-germinal center (memory) B cells. The term "germinal center" refers to a part of the lymph node where B cells encounter specific antigens and respond by proliferating and undergoing two biochemical events to maximize the immune response, heavy chain class switching and somatic hypermutation. Both events alter the DNA of the responding B cell, and errors or mistakes during this process are thought to be partially responsible for the development of B-NHL.

Specific subtypes of B-NHL include:

- Small lymphocytic lymphoma (SLL), a disease that overlaps with chronic lymphocytic leukemia (CLL)

- Lymphoplasmacytic lymphoma, which includes a disease known as Waldenstrom macroglobulinemia

- Mantle cell lymphoma (MCL)

- B cell prolymphocytic leukemia

- Follicular lymphoma (FL), the most common B-NHL subtype where malignant germinal center B cells maintain the normal architecture of lymphoid follicles in involved lymph nodes. FL can sometimes "transform" to a disease where the lymph node(s) are replaced by

6

a diffuse infiltration of large malignant B cells (diffuse large B cell lymphoma), as process known as Richter's transformation.

- Diffuse large B cell lymphoma (DLBCL), the second most common NHL where lymph nodes are replaced by a diffuse infiltration of large malignant B cells. DLBCL includes several additional entities such as germinal center DLBCL, non-germinal center DLBCL, "double-hit" DLBCL, intravascular large B cell lymphoma, primary CNS lymphoma, primary effusion lymphoma, and Epstein-Barr virus-positive DLBCL.

- Burkitt lymphoma (BL), an aggressive B-NHL of germinal center origin

- Marginal zone lymphoma (MZL), arising from post-germinal center marginal zone B cells with three subtypes based on site of involvement: nodal MZL, extranodal MZL, and splenic MZL

- Hairy cell leukemia (HCL), typically involving spleen, bone marrow and blood

**T cell non-Hodgkin lymphoma.** T cell and NK cell lymphomas can arise from any stage of normal development of these cells. T cell development begins in the bone marrow and subsequently precursors (prothymocytes) migrate to the thymus where further development and rearrangement of T cell receptor genes takes place. Mature T cells are released from the thymus to the periphery, and represent the cells that give rise to T cell NHL. Normal T cells have diverse functions, including assisting B cells to respond to antigens (helper T cells), direct killing of other pathogen-infected or cancerous cells (cytotoxic T cells), and suppressing the immune response (regulatory T cells).

Specific subtypes of T-NHL include:

- Peripheral T cell lymphoma (PTCL), a heterogeneous group of mature T cell NHL with several entities, including angioimmunoblastic T cell lymphoma (AITCL), extranodal NK/T cell nasal-type lymphoma, subcutaneous panniculitis-like T cell lymphoma, and hepatosplenic T cell lymphoma

- Anaplastic large cell lymphoma (ALCL)

7

- Primary cutaneous peripheral T cell lymphomas, including mycosis fungoides (MF) and Sézary syndrome

- Adult T cell leukemia/lymphoma (ATL)

## Clinical presentation, diagnosis, and staging of non-Hodgkin lymphoma

**Presentation**. The clinical presentation of NHL varies depending on the subtype and the sites of involvement. In general, NHLs typically arise in and involve sites in the lymphatic system, including lymph nodes and spleen, but can also involve sites outside the lymphatic system, including bone marrow, central nervous system, and liver. Aggressive lymphomas like DLBCL commonly present with a rapidly growing mass in the site of a lymph node(s), often accompanied by weight loss, fever, and/or night sweats (so-called "B" symptoms). Indolent lymphomas like FL can have a slow and insidious course, with slowly growing lymph nodes over months or years, enlargement of liver and/or spleen, and low blood counts. Patients with disease involvement outside the lymphatic system can develop symptoms related to those sites, including the gastrointestinal system (loss of appetite, nausea/vomiting, perforation, hemorrhage), central nervous system (headache, seizures, paralysis) and skin (rash, ulcers).

**Diagnosis**. The diagnosis of NHL is based on physical examination, imaging, and pathology. A physical exam can identify sites of peripheral lymph node and spleen enlargement. Imaging, usually by computed tomography (CT), can precisely identify sites of lymph node or organ involvement. Positron emission tomography (PET) scanning can reveal sites that have abnormally high uptake of glucose analogues, which is typical for malignant lymphomas. Once a potential site of disease is identified, a biopsy must be done, which can be either by surgical excision of an involved lymph node, or by CT-guided needle biopsy. The sample is then analyzed by several approaches, including flow cytometry assessment of cell characteristics, histopathological and immunohistochemical staining of tissue sections, analysis of chromosomal abnormalities by cytogenetics and fluorescence in situ hybridization, and analysis of tumor cell DNA by direct sequencing. Together, this information is used by a qualified hematopathologist to assign the disease to one of the categories listed above.

8

**Staging**. Staging of NHL is done to assess prognosis and define the optimum approach to therapy. Unlike the staging of solid tumors, the staging system that is most widely used for lymphoma is the Lugano/Ann Arbor system, which focuses on the number of tumor sites (both within lymph nodes and outside) and their location. Stage I NHL involves a single lymph node region. Stage II involves two or more lymph node regions on the same side of the diaphragm. Stage III has lymph node involvement on both sides of the diaphragm, while stage IV has involvement of one or more extralymphatic organs (e.g., bone marrow, liver, lung; the spleen is considered part of the lymphatic system). Response to treatment and overall survival of NHL patients roughly correlates with the stage of the disease, with earlier stage being more favorable, but is also heavily influenced by subtype, overall tumor burden, and patient age and co-morbidities. In addition to staging, there are several multicomponent prognostic scores that are in routine clinical use, including the International Prognostic Index (IPI) for DLBCL and the FL-IPI for follicular lymphoma.

## Etiology of non-Hodgkin lymphoma and risk factors

As is the case with other cancers, the pathogenesis of lymphomas, including NHL, is thought to be a complex process that involves a progressive accumulation of genetic alterations that collectively promote the survival of the lymphoma cell and drive its proliferation. In addition, the cellular environment of the lymph node, which includes accessory lymphoid cells, myeloid cells, stromal cells and vasculature, has also been shown to play a role in disease development. In most cases, it is not possible to definitively identify the specific cause or causes of an individual patient's cancer. The progressive accumulation of genetic alterations is considered the result of random DNA replication errors, with only a small percentage being attributable to heritable or environmental factors. The extent of our knowledge regarding this complex process is guided by our understanding and observations regarding chromosomal, genetic, viral and other factors that can impact the adaptive immune system.

**Chromosomal abnormalities**. Both B and T lymphocytes normally undergo rearrangement of the DNA of their respective antigen receptor genes, a process that can give rise to errors. The genome of most lymphomas contains one or more balanced chromosomal translocations, wherein the arms of two different chromosomes have broken and rejoined aberrantly. Typically, one of the breakpoints has occurred at the site of one of the B cell or T cell receptor genes that would

9

ordinarily undergo rearrangement, while the other chromosomal breakpoint is adjacent to or within a gene (loosely termed an "oncogene") that is implicated in cell proliferation or survival. The consequence of the resulting translocation is to bring the oncogene, whose expression is usually tightly regulated, under the influence of the antigen receptor gene, which is highly expressed in the lymphocyte. The consequence is dysregulated expression of the oncogene, which contributes to the development of the lymphoma. The pathogenetic role of some these translocations has been demonstrated by showing that suppression of the oncogene by various methods has a negative effect on lymphoma cell growth.

For B-NHL, a common breakpoint is on the long arm of chromosome 14 at position q32.33, the location of the immunoglobulin heavy chain (*IGH*) gene. Some of the most common translocations in B-NHL include the following:

- t(8;14), where the *MYC* gene on chromosome 8, implicated in cell proliferation, is translocated to the *IGH* locus. It is the hallmark of Burkitt lymphoma, but can be seen in other DLBCLs.

- t(14;18), where the *BCL2* gene on chromosome 14, implicated in cell survival, is translocated to the *IGH* locus. It is the hallmark of follicular lymphoma, but can be also seen in DLCBL. This translocation is of particular interest because it can be detected at low but variable levels in the blood or lymphatic tissue of healthy individuals, the vast majority of whom will not go on to develop FL. However, individuals with increased levels of lymphoid cells carrying t(11;14) have an increased risk (~20-fold) of eventually developing FL. These observations suggest that t(11;14) may be one of the earliest events in the pathogenesis of FL but that this translocation alone is not sufficient to cause lymphoma. When FL undergoes Richter's transformation, the malignant cells often acquire a new chromosomal translocation, commonly t(8;14).

- t(11;14) occurs predominantly in mantle cell lymphoma, where the Cyclin D1 (*CCND1*) gene, implicated in cell proliferation, is translocated to *IGH*

- Various translocations involving the BCL6 gene on chromosome 3q27, implicated in germinal center formation, usually seen in DLBCL

10

Chromosomal translocations in T-NHL are less common.

- t(2;5) occurs exclusively in anaplastic large cell lymphoma. This translocation results in a fusion between two genes, *NPM1* and *ALK*. The resulting fusion gene produces a fusion protein, NPM1-ALK, where the ALK portion contributes an enzymatic activity known as a tyrosine kinase. Tyrosine kinases are broadly involved in cell signaling and proliferation, and ALK is a known oncogene that is also involved in a subset of lung cancers.

- t(5;9) occurs in angioimmunoblastic T cell lymphoma, resulting in fusion of the *ITK* and *SYK* genes. The ITK-SYK fusion protein also contains a tyrosine kinase activity arising from the SYK portion.

- t(6;14), where the *IRF4* gene is translocated to the T cell receptor alpha (*TCRA*) locus

- Various translocations involving the TCL1 gene on chromosome 14q32

Abnormalities of chromosome number, such as loss of portions or entire chromosomes, can also be found in NHL, including deletion of 1p, 6q, 11, 13, and 17p. In general, these are thought to contribute to lymphomagenesis through loss of a "tumor suppressor" gene or genes, which are genes that play a negative role in cell survival or proliferation.

**DNA mutations**. Lymphoma cells can also acquire mutations in various genes that may contribute to disease development and progression, often affecting the B cell receptor signaling pathway. Some of these mutations may occur as a by-product of a normal process called somatic hypermutation, through which a B lymphoid cell may produce an antibody that has increased affinity for its antigen. Other mutations may be acquired through environmental factors, or through mutations introduced through errors in DNA replication. The latter mechanism is thought to predominate in most solid tumors, accounting for about two-thirds of mutations found (Tomasetti et al. 2017). In general, the level of somatic mutations in NHL is considered lower than that observed in solid tumors. This might reflect the relatively low proliferation rate of mature B cells, and is consistent with the increased risk of NHL associated with certain infections, autoimmune disorders, and conditions associated with chronic immune stimulation, all of which increase B cell proliferation.

**Viruses**. Several viruses have been directly implicated in the causation of NHL, while several other viral infections indirectly increase the risk of developing lymphoma.

- **Epstein-Barr virus (EBV)** is a herpes virus that can immortalize mature B lymphocytes and has been implicated directly in the development of Burkitt lymphoma in both its endemic and sporadic forms. EBV infection is very common in childhood and young adults, and ~90% of adults have antibodies against EBV that are indicative of past infection. Like most herpes viruses, latent virus-infected cells (in this case, B cells) persist in the host for life but are kept in check by the immune system. Subsequent events, including the t(8;14) translocation, are necessary for the development of Burkitt lymphoma. In immunosuppressed individuals (such as organ transplant recipients), the pool of EBV-immortalized B cells can expand and cause a lymphoma-like condition called post-transplant lymphoproliferative disease, which can progress to full-blown lymphoma. These lymphomas can sometimes regress following withdrawal of immunosuppressive therapy and/or treatment with antiviral drugs.

- **Human T-lymphotrophic virus I (HTLV-I)** is a retrovirus that is the direct cause of adult T cell leukemia/lymphoma (ATL). Infection with HTLV-I is endemic in certain regions, including the Caribbean and Japan. The virus infects T cells and the viral genome integrates into the chromosomes of the host cell, where it is passed along as the cell divides. A viral regulatory protein, Tax, activates the expression of cellular genes that causes proliferation. About 2-4% of patients who acquire HTLV-I infection will develop ATL, which is a highly lethal disease. HTLV-I is also associated with a neurodegenerative disease called HTLV-I-associated myelopathy/tropical spastic paraparesis (HAM/TSP), which occurs independently of ATL in about 1% of infected people.

- **Human herpesvirus 8 (HHV-8)** is another herpes virus that was originally identified in Kaposi sarcoma biopsy specimens from AIDS patients. It is found exclusively in primary effusion lymphoma, a subtype of DLBCL. The mechanism of lymphomagenesis by HHV-8 is not fully understood. HHV-8 can also be associated with a condition called multicentric Castleman's disease, a non-malignant lymphoproliferative disease involving mature antibody-producing B cells (plasma cells).

12

- **Human immunodeficiency virus (HIV)** is a retrovirus that causes AIDS and is a known risk factor for development of NHL. HIV infects a subset of T cells but does not directly cause lymphoma, but leads to immune deregulation and suppression that may activate EBV and impair immune surveillance of lymphoma and other cancers.

- **Simian virus 40 (SV-40)** is a polyoma virus that infects certain monkey species and may have cancer-causing potential in humans. Early lots of poliovirus vaccines used in the U.S. between 1955 and 1963 were contaminated with SV-40, leading to concerns about an association between SV-40 exposure and subsequent NHL development. However, careful epidemiological studies have not identified an increased risk of NHL in such recipients.

- **Hepatitis C virus (HCV)** is a cause of acute and chronic hepatitis, and has also been implicated in the development of a number of autoimmune diseases, including Sjögren syndrome, polyarteritis nodosa, and cryoglobulinemia. Evidence linking HCV infection to NHL comes from a large number of epidemiological studies, including two studies from the NCI SEER registry and the Veterans Affairs Health System that documented a modestly increased risk of NHL in patients with HCV compared to HCV-negative controls (relative risk [RR] of ~2-3), and a meta-analysis of 18 case-control and prospective studies that showed an aggregate RR of ~2-2.5. HCV-associated NHLs include several subtypes of B-NHL, including MZL, SLL, and DLBCL.

**Chronic immune stimulation and NHL**. Several types of chronic bacterial infection can lead to ongoing immune stimulation of the local lymphoid system at site of infection, leading to the development of mucosa-associated lymphoid tissue (MALT) lymphoma, formally known as extranodal marginal zone lymphoma. *Helicobacter pylori (H. pylori)* infection can cause gastritis and is linked to MALT lymphoma of the stomach. *Campylobacter jejuni* infection of the small intestine has been associated with a type of MALT lymphoma called immunoproliferative small intestinal disease or Mediterranean abdominal lymphoma. *Chlamydophila* (or *Chlamydia*) *psittaci* can cause infections of the eye and lung know as psittacosis, and is linked to MALT lymphoma near the eye (ocular adnexal marginal zone lymphoma). In all these cases, anti-bacterial treatment of the infection can cause partial or complete regression of the lymphoma.

Similarly, it is believed that chronic autoimmune disease, such as rheumatoid arthritis (RA), systemic lupus erythematosus (SLE), celiac disease, and Sjögren syndrome, can cause an increased risk of development of NHL. The evidence again comes from epidemiological studies, including a large U.S. SEER case-control study that found a slightly increased risk of DLCBL with RA (RR 1.2), SLE (RR 1.5), and Sjögren syndrome (RR 1.9).

**Other potential NHL risk factors**. Other factors that can increase a person's risk of developing NHL include age, gender, race and ethnicity, country of origin, family history, obesity, and exposure to radiation or certain drugs and chemicals. Environmental exposure to pesticides and/or herbicides will be considered separately.

- **Age and Gender**- The lifetime risk of developing NHL is about 1:41 for males and 1:52 for females. NHL can affect both children and adults, and in fact is one of the most common pediatric cancers. However, the overall risk of developing NHL increases with age, with more than half of patients diagnosed at age 65 or older.

- **Race, ethnicity and country of origin** - Developed countries such as the U.S. and Europe have the highest rates of NHL. In the U.S., whites are more likely to develop lymphoma than African-Americans or Asian-Americans.

- **Family history** – Having a first-degree relative with NHL increases the risk of developing the disease by a factor of ~1.8-2.9. There are also some inherited cancer susceptibility syndromes where affected individuals have an increased risk of NHL, including ataxia-telangiectasia, Wiskott-Aldrich syndrome, and Li-Fraumeni syndrome.

- **Obesity** – Epidemiological studies have generally found that the risk of NHL increases modestly with increasing body mass index (BMI). Relative to individuals of normal weight (BMI <25 $kg/m^2$), the RR of developing NHL rises to ~1.07-1.13 for overweight individuals (BMI 25 – 30) and to ~1.20-1.29 for obese individuals (BMI >30), mainly associated with DLBCL. Patients with type 2 diabetes are also at increased risk for NHL development (RR ~1.22), but this may be partly or wholly related to obesity.

- **Smoking** – Epidemiological studies of smoking and NHL have yielded conflicting results. Some case-control studies suggest that smoking slightly increases the risk of developing FL

14

(RR ~1.07-1.5), while other studies could not establish any dose-response relationship between smoking and any subtype of NHL.

- **Breast implants** – A possible association between breast implants and the adjacent development of anaplastic large cell lymphoma (ALCL), a subset of T cell NHL, was identified in 2011. The World Health Organization subsequently defined Breast Implant-Associated ALCL as a clinical entity. The risk of BIA-ALCL, which is very low (~700 global cases reported as of January 2020), appears to be higher with "textured" implants and tissue expanders, and is not related to silicone vs. saline fillers.

- **Exposure to radiation and certain drugs** – Exposure to ionizing radiation, usually as a consequence of medical radiation therapy for treatment of a solid tumor, can slightly increase NHL risk (RR 1.13). Similarly, patients who receive chemotherapy with cytotoxic drugs are also at higher risk for secondary NHL development. There is also some evidence that patients with autoimmune disease (RA, ulcerative colitis, Crohn's disease) who are treated with agents that target tumor necrosis factor alpha (e.g., infliximab, adalimumab, etanercept) are at higher risk for development of NHL than autoimmune disease patients treated with other therapies (RR~2-3).

- **Occupational risk** – Several case-control studies have examined the risk of NHL development for workers in different occupations. Across multiple studies, long-term employment in the farming and agricultural industry (RR ~1.1-1.3), printing industry (RR ~1.9-2.3), textile industry (RR ~1.1-2.4), as a women's hairdresser (RR ~1.2-1.3), or as a machinist (RR ~1.1-1.2) increased the risk of developing NHL.

- **Exposure to pesticides/herbicides** – This subject will be addressed in Section C, Review of glyphosate carcinogenicity and lymphomagenicity data.

## Treatment of non-Hodgkin lymphoma

A detailed discussion of the treatment of NHL is outside the scope of this document, but some general principles will be discussed here.

**Therapeutic agents used for NHL.** Similar to solid tumor treatment, therapeutic modalities used for NHL include cytotoxic chemotherapy, so-called "targeted" anti-cancer drugs, radiation therapy, and immunotherapy in various forms. Cytotoxic chemotherapy agents used in NHL treatment include cyclophosphamide, anthracyclines including doxorubicin, etoposide, vincristine, and glucocorticoids. Targeted anti-cancer agents are directed at specific molecular entities shown to play a role in lymphoma progression and include kinase inhibitors like ibrutinib and idelalisib, immunomodulatory drugs like lenalidomide, and drugs targeting survival pathways like venetoclax. Radiation therapy is generally directed towards anatomic sites of lymphoma involvement. Immunotherapy includes a broad range of modalities including monoclonal antibodies directed against antigens (targets) expressed on lymphoma cells (sometimes augmented by linkage to a chemotherapeutic agent), bispecific T cell-engaging compounds designed to attract cytotoxic T lymphocytes to a lymphoma cell to facilitate direct killing, and engineered cell therapies including chimeric antigen receptor-modified T lymphocytes (so-called CAR-T cells). Lastly, hematopoietic stem cell transplantation (HSCT) is a procedure where high-dose chemoradiotherapy is administered, and the patient is infused with hematopoietic stem cells to prevent bone marrow failure and resulting low blood counts. The source of stem cells can either be the patient themselves (autologous) or another individual (allogeneic).

**Overall approach to the treatment of NHL.** The therapeutic approach to NHL depends on many factors including age, stage, and co-morbidities, but is also influenced heavily by whether the lymphoma is a low-grade, indolent and slowly growing process versus a high-grade, aggressive and rapidly growing malignancy. Examples of low-grade NHL include follicular lymphoma, small lymphocytic lymphoma/CLL, most cases of marginal zone lymphoma, and some cases of mantle cell lymphoma. Examples of high-grade NHL include DLBCL, Burkitt lymphoma, and some cases of mantle cell lymphoma. In general, low-grade NHL is not necessarily treated at the time of diagnosis but only when the disease progresses to cause certain symptoms or organ dysfunction. FL treatments are effective at inducing clinical remissions (defined as resolution of enlarged lymph nodes on PET/CT scan), but the disease often relapses, so that these lymphomas are generally not considered curable, but are chronic diseases. By contrast, perhaps because the increased proliferation of the lymphoma cells renders them more susceptible to cytotoxic treatments, aggressive NHL is generally treated immediately upon diagnosis and can be cured by conventional therapy (chemotherapy, radiation therapy, and immunotherapy) with about 60% of DLBCL

patients in remission without recurrence at 2 years (a validated surrogate for long-term survival). HSCT is generally reserved for patients who have either relapsed following multiple rounds of treatment, and/or those who have a very high risk of relapse. Autologous HSCT, like conventional treatment, cannot cure FL, but can induce long-lasting remissions. Allogeneic HSCT can cure NHL patients, but the procedure has the risks of graft rejection and graft-versus-host disease, a condition where the transplanted immune system attacks the recipient tissues as foreign.

**Types of NHL treatment regimens**. There are many different combinations of therapeutic interventions for NHL that are in standard use today. For low-grade NHL, immunotherapy with rituximab, a monoclonal antibody directed against the molecule CD20 expressed on B cells, can be effective and induce remissions. Frequently, rituximab is combined with one or more chemotherapy agents, including bendamustine or the combination of cyclophosphamide, vincristine and prednisone. For SLL/CLL, the targeted agent ibrutinib, combined with rituximab, is now the preferred initial therapy. For high-grade NHL, the most common regimen is cyclophosphamide, doxorubicin, vincristine, and prednisone (CHOP), which is usually administered together with rituximab for B cell NHL (R-CHOP). For some aggressive NHLs, etoposide is added to this combination (R-CHOEP or R-EPOCH). For some T cell NHLs expressing the CD30 antigen, brentuximab vedotin, an antibody-drug conjugate directed against CD30, is added to cyclophosphamide, doxorubicin, and prednisone. Radiation therapy is generally employed when there is a bulky disease site, when a lymphoma mass presses on certain vessels or the spinal cord, or when a single lymph node or extranodal site is involved. Recently, engineered CAR-T cells were approved by the FDA for treatment of refractory B-NHL. As mentioned above, HSCT is usually reserved as salvage therapy for multiply relapsed patients.

## C. Review of data on the potential carcinogenicity and lymphomagenicity of glyphosate

I have reviewed the published data on the potential carcinogenicity (cancer-causing properties) of glyphosate, including both *in vitro* studies in cell lines and *in vivo* studies in animals, human epidemiologic data, as well as the assessments and conclusions of the various regulatory bodies in the U.S. and internationally.

**Background on glyphosate.** Glyphosate (N-[phosphonomethyl] glycine, $C_3H_8NO_5P$) is an organophosphonate compound with broad-spectrum systemic herbicidal and crop dessicant

properties that acts by inhibiting a plant enzyme, 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS), which is required for plant biosynthesis of aromatic amino acids. Discovered in the 1970s by researchers at Monsanto, glyphosate was marketed in the U.S. under the trade name Roundup beginning in 1974. Monsanto's patent on glyphosate expired in 2000, and there are currently several hundred glyphosate products on the market from many different agrochemical companies, in different strengths and formulations. An important component of many glyphosate formulations is a surfactant, which helps spread the active glyphosate more uniformly across plant surfaces.

Glyphosate became the most-used herbicide in the U.S. agricultural industry and is second only to 2,4-dichlorophenoxyacetic acid (2,4-D) for non-commercial, residential applications. In the 1990s, Monsanto scientists created genetically engineered glyphosate-resistant crops (soybean, maize, cotton, alfalfa, sugar beets) by introducing a gene encoding a form of EPSPS that is resistant to inhibition by glyphosate into these crops. This technical advance made it possible to apply glyphosate as a broadcast herbicide over these resistant crops.

**Studies of potential glyphosate genotoxicity**. Numerous studies of how glyphosate and its formulations affect living cells have been conducted. Some studies were done by Monsanto and other corporations as part of the required information supplied to regulatory agencies. Other studies conducted by outside researchers were published in peer-reviewed journals. Many of the studies are focused on genotoxicity and, more specifically, whether a particular compound causes DNA mutations or damage to chromosomes or cell nuclei. Such studies are part of the required regulatory process for the development of new pharmaceutical agents (International Committee on Harmonisation, ICH S2B guidelines) and under the Pesticide and Toxic Substances Control Acts in the U.S. Several reviews of genotoxicity studies of glyphosate and glyphosate-based herbicide formulations (hereafter referred to as GBHFs) have been published (e.g., Williams et al. 2000, Kier and Kirkland 2013, Tarazona et al. 2017, Pohl 2020), and regulatory reports include a significant amount of valuable genotoxocity data. In my opinion, these data do not establish that glyphosate is genotoxic to humans at expected levels of exposure.

Overall, when a "weight of evidence" approach that considers reproducibility and consistency, biological significance, dose-response and magnitude of effect, and relevance to human exposure

is applied, the unavoidable conclusion is that the data are not sufficient to establish genotoxicity of glyphosate. Glyphosate does not bind DNA nor form adducts, nor is it mutagenic in bacterial or mammalian test systems. Chromosomal abnormalities and SCE associated with glyphosate in several studies are confounded by the high (millimolar range) glyphosate concentrations frequently used, the modest increases (<<2-fold) observed, often with no dose-response relationship, and an unusually low number of events in control cells. In the micronucleus assay, there are conflicting results, with several negative studies. The Columbian population study found slight but highly variable increases in MN frequency but no correlation with GHBF exposure. Although some studies of direct DNA damage after glyphosate exposure were positive in some of the comet assays, these predominantly detect single strand DNA breaks. In addition, the *in vitro* comet assay studies were done using millimolar concentrations of glyphosate. Similarly, biomarkers of oxidative stress were variably induced by glyphosate exposure, often only at high levels of exposure. The major mechanism through which oxidative stress and oxidative DNA damage would cause cancer is through DNA mutation, and mutation studies with glyphosate in mammalian systems were uniformly negative.

**Summary of potential animal carcinogenicity studies**.    Several reviews of glyphosate carcinogenicity studies have been published (e.g., Greim et al. 2015, Williams et al. 2016, Tarazona et al. 2017, Zhang et al. 2019). One of these publications (Portier 2020) conducted a re-analysis of the animal carcinogenicity data, applying the Cochrane-Armitage test to the dose-response data of specific tumors pooled from among 5 mouse carcinogenicity studies and 4 rat studies, and concluded that this analysis provided evidence that glyphosate was causally associated with multiple tumor types in rodents, including lymphomas in male mice. For lymphoma, this analysis was confounded by the unusually low (zero) incidence of lymphoma in controls in one study (Wood 2009) and the failure to include complete lymphoma data from one study (Takahashi 1999).  An analysis of the 6 animal studies considered by the International Agency for Research on Cancer (see below) concluded that after accounting for multiple statistical comparisons, there was no significant dose-related trend in occurrence of any tumor type in these studies (Crump reference).

An overall, weight-of-evidence approach to evaluating these animal carcinogenesis studies reveals that none of the studies among the same species and at equivalent doses indicates any association

of glyphosate exposure and development of cancers. For example, for renal tubular adenomas, a significant association was observed at the highest exposure level in one mouse study but not reproduced in other mouse studies or in studies in rats. There was also a notable lack of consistency in the frequency of specific tumors between sexes with no plausible sex-related mechanism to explain this discrepancy. Lastly, each individual study reflects the expected variability of spontaneous tumor formation based on historical data. Together, these factors lead to the conclusion that carcinogenicity of glyphosate cannot be determined from these data. The European Food Safety Authority (EFSA), the European Chemicals Agency (ECHA), and the US Environmental Protection Agency (EPA) have all concluded that the animal carcinogenicity data do not support a link between glyphosate and cancer. Based on my own review of the studies and reported data, I agree with this conclusion.

### Studies of human exposure to glyphosate as an NHL risk factor.

**Background**. There is a large epidemiological literature on exposure to pesticides and/or herbicides and NHL risk. Most of these are case-control studies, where a case population that has a specific disease outcome is compared to a control population without the disease (but matched with regard to age, sex and location) with respect to their prior use of a particular chemical. The control population yields an estimate odds of a chemical exposure in the background non-diseased population and this is compared to the actual odds of exposure to that chemical in the diseased (case) population. If a statistically significant higher odds of exposure is found in the diseased population, this correlation provides evidence that the exposure *may* have contributed to the development of the disease. The results are expressed as the odds ratio (OR), which is the ratio of exposed to non-exposed cases divided by the ratio of exposed to non-exposed non-controls. An OR of 1 indicates that the exposure does not affect the outcome, an OR of >1 indicates the exposure is associated with a higher likelihood of the outcome, while an OR of <1 indicates the exposure is associated with a lower chance of the outcome. The precision of the OR is estimated by the 95% confidence interval (CI), which is a range of RR values that the true OR will fall within with 95% probability. The wider the CI, the less precise the estimate of OR, and if the CI overlaps with 1, there is insufficient evidence to conclude that the exposure is related to the outcome. Case-control studies can provide valuable insights into the relationship between exposure and disease, and they are useful when there is a long latent period between exposure and disease diagnosis, and when

follow-up is difficult. However, they are subject to several intrinsic biases, including selection bias (errors due to non-random sampling of a control population) and observation/recall bias (tendency of an exposed population to better recall disease history), can be adversely affected by failure to account for confounding variables (e.g., family history, other exposures), and are less reliable for rare exposures, when a small number of excess exposed cases can perturb the results.

An alternative design is a prospective cohort study, where a group of individuals who are alike in most respects but differ by a particular characteristic (such as exposure to pesticides) is followed over time for a particular outcome, such as development of a specific disease. Prospective studies avoid the problems of selection and recall bias, can define both the disease latency and the absolute and attributable risk due to exposure, and can be used when the exposure is rare. Drawbacks include the need to follow subjects over time (with the potential for subject dropout) and limitations for the study of rare disease outcomes. In general, prospective studies carry stronger weight than case-control studies in providing evidence either for or against linking a particular exposure to disease development.

**Bradford Hill criteria**. If an association between a suspected cause and a particular effect is identified in epidemiologic studies, the possibility of a causal relationship is often assessed using the Bradford Hill criteria, a set of nine principles first elucidated in 1965 by an English statistician of the same name to implicate cigarette smoking as a cause of lung cancer:

1. Strength of association: How large is the reported association between a presumed cause and the outcome? This is usually expressed by the relative risk or odds ratio.
2. Consistency and reproducibility: Is the relationship observed consistently in multiple studies across different study populations?
3. Specificity: A causative relationship is more likely the more specific the population affected and the type of outcome.
4. Temporality: The effect must occur after the cause, and the latent period should be consistent across the cohort.
5. Biological gradient/dose-response relationship: The expectation that ordinarily, greater exposure to the presumed cause should lead to greater incidence of the effect.

21

6. Plausibility: A plausible biological mechanism connecting presumed cause and effect strengthens the likelihood of causality.

7. and 8. Coherence and Experiment: Concordance between laboratory studies (e.g., animal testing) and epidemiological findings increases the confidence of a causal relationship.

9. Analogy: Whether positive associations have been observed in similar cause-effect relationships.

**Case control studies of glyphosate exposure and NHL risk**. Several case-control studies have been carried out to examine the risk of exposure to pesticides or herbicides, including glyphosate, for development of NHL.

- Cantor (1992) reported a case-control study of the association of pesticides exposure and NHL in men from Iowa and Minnesota (Cantor et al. 1992), involving a total of 622 NHL cases and 1,245 controls. For glyphosate exposure, there were 26 NHL cases who reported exposure (4.2%) compared with 49 controls (3.9%), yielding an OR = 1.1, which was not statistically significant (OR 1.1, 95% CI 0.7-1.9). The data from this study was subsequently pooled into De Roos (2003) and Pahwa (2019), which are both discussed below.

- Hardell and Eriksson (1999) reported a case-control study of 442 males diagnosed with NHL and 884 matched controls in Sweden (Hardell and Eriksson 1999). Overall, 61 NHL patients had a history of herbicide exposure compared with 81 controls, for an OR of 1.6, with a 95% confidence interval (CI) of 1.0-2.5. For glyphosate exposure, 4 NHL cases reported exposure compared with 3 controls, for an OR of 2.25, 95% CI of 0.4-13, which lacked statistical significance. The data from this study was subsequently pooled into Hardell (2002), which is discussed below.

- McDuffie and co-workers (2001) conducted a case-control study of 517 NHL cases (9.9% exposed to pesticides) and 1,506 controls (8.8% exposed) (McDuffie et al. 2001). There was evidence of increased NHL risk from exposure to phenoxyherbicides including 2,4-D (OR 1.32, 95% CI 1.01-1.73) and mecoprop (OR 2.33, 95% CI 1.58-3.44), and to dicamba (OR 1.68, 95% CI 1.00-2.81). For glyphosate exposure, when adjusted for other variables (family history of cancer in first degree relative, history of measles, mumps, cancer, allergy desensitization, but not other pesticides), there was no significant association with NHL (OR

1.20, 95% CI 0.83-1.74). The data from this study was subsequently pooled into Pahwa (2019), which is discussed below.

- Hardell and colleagues (2002) published a pooled analysis of two Swedish case-control studies, the one on NHL previously cited (Hardell and Eriksson 1999) and another on hairy cell leukemia (HCL), a subtype of B-cell NHL (Nordström et al. 1998). There was an aggregate of 515 cases (404 NHL and 111 HCL) and 1,141 controls. Exposure to herbicides was a significant risk factor for NHL (OR 1.75, 95% CI 1.26-2.42). For glyphosate, 8 lymphoma cases and 8 controls had a history of exposure to glyphosate, yielding an OR of 3.04 (95% CI 1.08-8.52). However, the risk for glyphosate exposure was no longer significant in a multivariate analysis (OR 1.85, 95% CI 0.55-6.20).

- De Roos and colleagues (2003) analyzed pooled data from three NCI-sponsored case-control studies of pesticide exposure and NHL risk in men, involving a total of 650 NHL cases and 1,933 controls (De Roos et al. 2003). For glyphosate, there were 36 NHL cases with reported exposure (5.5%) and 61 controls (3.2%), yielding an OR of 1.6 (95% CI 0.9-2.8; hierarchical regression model), which was not significant. The data from this study was subsequently pooled into Pahwa (2019), which is discussed below.

- Eriksson and colleagues (2008) published a Swedish case-control study with 995 NHL cases and 1,016 controls (Eriksson et al. 2008). For glyphosate, there were 29 NHL cases exposed (2.9%) versus 18 controls exposed (1.8%), for an OR of 2.02 (95% CI 1.10-3.71). When adjusted for confounding variables including other pesticide use, glyphosate was no longer a significant risk factor (OR 1.51, 95% CI 0.77-2.94). When analyzed by exposure level, the association was only significant for >10 lifetime days of exposure, but this association was not adjusted for exposure to other pesticides.

- Orsi and co-workers (2009) reported a French case-control study of 244 NHL cases and 436 controls (Orsi et al. 2009), with 12 NHL cases exposed to glyphosate (4.9%) compared to 24 controls (5.5%), yielding an OR = 1.0, which lacked statistical significance (OR 1.0, 95% CI 0.5-2.2).

- Hohenadel and colleagues (2011) re-analyzed the data in the McDuffie study (McDuffie et al. 2001) with a focus on exposure to combinations of pesticides (Hohenadel et al. 2011). The overall risk of NHL was greater among individuals reporting exposure to multiple pesticides/herbicides. Glyphosate exposure alone was not an NHL risk factor (OR 0.92, 95% CI 0.54-1.55) but exposure to both the insecticide malathion and glyphosate was (OR 2.10, 95% CI 1.31-3.37), similar to the odds ratio of malathion exposure alone (OR = 1.95, 95% CI 1.29-2.93).

- Cocco and colleagues (2013) reported on the Epilymph study, a European case-control study of 2,348 lymphoma cases and 2,462 controls from six countries (Cocco et al. 2013). For glyphosate, there were 4 NHL cases exposed compared to 2 controls, which was not significant (OR 3.1, 95% CI 0.6-17.1).

- The North American Pooled Project examined the association between glyphosate exposure and NHL using data from several case-control studies in 4 U.S. states (De Roos et al. 2003) and six Canadian provinces (McDuffie et al. 2001) involving 1,690 NHL cases and 5,131 controls. Overall, 113 NHL cases reported glyphosate exposure (6.7%) as did 244 controls (4.8%). This association was significant (OR 1.43, 95% CI 1.11-1.83) but lost significance when adjusted for exposure to 2,4-D, dicamba, or malathion (OR 1.13, 95% CI 0.84-1.51).

**Prospective cohort study of glyphosate exposure and NHL risk**. There is only one prospective cohort study of glyphosate and NHL risk, the Agricultural Health Study (AHS), which followed a cohort of ~57,000 licensed pesticide applicators in Iowa and North Carolina, with results reported in 2005 (De Roos et al. 2005) and 2018 (Andreotti et al. 2018). Enrollment in the study began in 1993 and the participants have been followed since, making it one of the largest and longest-running cancer epidemiology studies. There were detailed data collected on actual exposure to glyphosate, allowing segregation of subjects into different exposure groups based on lifetime exposure days (years of use, days of use per year) and intensity of glyphosate applied (mixture concentration, application method, use of protective equipment). There were also detailed data collected on possible confounding factors, and the histopathological diagnosis of lymphoid cancers was based on WHO criteria. In the 2005 report (De Roos et al. 2005), there was no significant association between glyphosate use and NHL in the ever-never analysis (RR = 1.1) and there was

no evidence of a dose response in medium-- or high-exposure subjects relative to low exposure (RR 0.6 and 0.8, respectively). The 2018 AHS update included follow up over an additional 11 years with five times as many NHL cases (306 total) diagnosed in study subjects (Andreotti et al. 2018). Glyphosate exposure was updated to four quartiles of exposure based on lifetime days of exposure and intensity-weighted lifetime days. There was no association between glyphosate exposure at any level and NHL either overall or for any NHL subtype. The 2018 report was criticized because ~21,000 participants (37%) failed to complete a follow-up questionnaire on pesticide use, which could artificially lower the risk estimate (Sheppard and Shaffer 2019). In response, the authors demonstrated through multiple sensitivity analyses that their model for imputing exposure did not bias the reported associations (Andreotti et al. 2019). In my opinion, the AHS is the best-designed, most comprehensive, and highest-powered study on glyphosate and NHL. From the perspective of a clinician with significant expertise in molecular and animal studies as well, the significant human data from the AHS is compelling and predominates one's assessment of the lack of data supporting glyphosate carcinogenicity.

**Meta-analyses of human epidemiological studies of glyphosate and NHL**. Several systematic reviews and meta-analyses of epidemiological studies of the relationship between glyphosate exposure and NHL risk have been published.

- Schinasi and Leon (2014) conducted a review and meta-analysis of NHL risk and pesticide exposure that included data from the five case-control studies published to that date and Andreotti 2005 for glyphosate. They reported an overall meta-RR of 1.5 for glyphosate exposure and NHL (95% CI 1.1-2.0), but did not utilize adjusted ORs for the McDuffie and Hardell studies.

- Chang and Delzell (2016) performed a systematic review and meta-analysis of the same studies at issue in Schinasi and Leon (2014) but used adjusted ORs and RRs from each study. The meta-RR was 1.30 with 95% CI of 1.0-1.6, of marginal significance, and the authors concluded that no causal relationship was established between glyphosate exposure and risk of NHL.

- Leon and colleagues (2019) from the AGRICOH consortium reported a pooled analysis of three cohort-type studies: the French AGRICAN study of ~182,000 agricultural workers, the Cancer in Norwegian Agricultural Population (CNAP) study of ~147,000 farm holders and their families, and the U.S. AHS (Leon et al. 2019). Collectively, the analysis included 2,430 NHL cases diagnosed in ~316,000 agricultural workers spanning ~ 3.6 million person-years. Only one of these studies (the AHS) provided data on actual glyphosate exposure; the other two studies assigned exposure based on crop-exposure matrices. There was no association of glyphosate exposure with overall NHL risk (OR 0.95, 95% CI 0.77-1.18), and a borderline/non-statistically significant association with DLBCL risk (OR 1.36, 95% CI 1.00-1.85). There was evidence of heterogeneity between the three cohorts, with the CNAP cohort accounting for 45% of exposed gases, and no analysis of exposure levels and outcomes.

- Zhang et al. (2019) conducted a meta-analysis of the same five case-control studies as Schinasi and Leon (2015) and Chang and Delzell (2016) and included the updated AHS study, but combined different exposure metrics for the different studies and included only the highest quartile of glyphosate exposure with 20-year lag from the AHS study, 55 cases comprising only 12.5% of the entire cohort. They reported a modestly increased risk for NHL (meta-RR 1.41, 95% CI 1.13-1.74). In a follow-up article, Kabat et al. (2021) questioned the methodology based on inconsistent definitions of exposure across studies, evidence of bias in case-control studies, and unjustified selection of subjects with the highest exposure from the AHS study. A sensitivity analysis of the impact of the various RR selections in Zhang demonstrated that if risk estimates for ever exposure from the individual studies, updated data from the NAPP, and an unlagged RR from the AHS are used, glyphosate exposure was not associated with NHL in the meta-analysis that includes all 5 five studies (meta-OR 1.05, 95% CI 0.87-1.28). In my opinion, the Kabat criticisms of Zhang are well-founded and his re-analysis has greater scientific validity.

- Donato et al. (2020) performed a meta-analysis of the five case-control studies used by Zhang, a European case-control study (Cocco et al. 2013), and the AGRICOH data (Leon et al. 2019), and documented a meta-OR of 1.03 (95% CI 0.86-1.21), indicating no evidence of an increased risk for NHL in subjects occupationally exposed to glyphosate. The same research group updated their meta-analysis in 2021 (Boffetta 2021) to include Pahwa (2019), and

again reported no significant association between glyphosate exposure and NHL, with a meta-OR of 1.05 (95% CI 0.90-1.24). In response to Zhang, Boffetta et al. also performed a meta-analysis of the high-exposure groups in the three studies with relevant data (Eriksson 2008, Andrieotti 2018, and Pahwa 2019) and again reported no significant association with NHL, with a meta-OR of 1.15 (95% CI 0.72-1.83).

- The U.S. EPA (2020) published an updated review of the epidemiological evidence regarding glyphosate and NHL, with specific consideration of the meta-analyses published by Zhang 2019 and Leon 2019 (EPA 2020). They disagreed with the decision of Zhang et al. to include only selected data from the AHS. An updated EPA meta-analysis including the AHS 2018 data yielded a meta-RR of 1.14 with 95% CI of 0.87-1.50. I am in concurrence with the EPA with regard to Zhang and agree that the human epidemiologic data do not establish carcinogenicity of glyphosate.

**Summary of human epidemiological studies of glyphosate**. Applying the Bradford-Hill criteria to human glyphosate studies, there is no evidence of an association between glyphosate exposure and NHL risk, let alone an association that is strong or consistent. When confounding factors are properly taken into account, none of the 10 case-control studies of glyphosate exposure showed a statistically significant increased risk of NHL, and the largest and most scientifically robust cohort study (AHS) failed to detect an increased risk at any exposure level. Moreover, a subsequent analysis of the published case-control studies demonstrated that many of them were biased upwards due to recall and selection biases. (Crump II (2020)). In terms of specificity of NHL outcomes, there were non-significant associations of glyphosate exposure with DLBCL, but none for follicular or T cell lymphoma. For temporality, no consistent latent period between glyphosate exposure and NHL diagnosis was observed in the case-control studies or the AHS. For dose-response, two case-control studies (Eriksson 2008, McDuffie 2001) found a weak association of NHL risk with increased exposure based on limited and inconsistent data points, but this was not observed in the much larger AHS study or in the Pahwa (2019) study (which incorporated McDuffie 2001) when duration of exposure was taken into account. A plausible biological mechanism for glyphosate has not been established, as discussed above under genotoxicity studies. Finally, the experimental laboratory animal studies are not concordant with a causal role for glyphosate as a risk factor for NHL in humans.

27

**D. Positions and opinions of regulatory bodies**

The carcinogenicity of glyphosate has been considered by numerous international regulatory and advisory bodies, including the U.S. Environmental Protection Agency (EPA), Health Canada, the European Food Safety Authority (EFSA), the European Chemicals Agency (ECHA), and the World Health Organization (WHO), the latter through both the Joint Meeting on Pesticide Residues (JPMR) and the International Agency for Research on Cancer (IARC). The opinions of these various bodies are summarized below.

- **U.S. EPA** – The position of the EPA is summarized in a Revised Glyphosate Issue Paper published in December 2017 (EPA 2017 December). The EPA can classify substances as carcinogenic to humans, likely to be carcinogenic, suggestive evidence of carcinogenic potential, inadequate information to assess carcinogenic potential, and not likely to be carcinogenic. The EPA reviewed a total of 14 (8 rat and 6 mouse) animal carcinogenicity studies and considered none of the tumors evaluated to be treatment-related based on weight-of-evidence evaluations. Over 80 genotoxicity studies were analyzed, and the overall weight-of-evidence provided no convincing evidence that glyphosate is genotoxic via the oral route, with predominately negative studies of parenteral administration. Lastly, the EPA considered observed associations in epidemiological studies to be non-statistically significant and of relatively small magnitude. The EPA stated that there was not strong support for a designation of "suggestive evidence of carcinogenic potential", and given the extensive size of the glyphosate database, the descriptor "inadequate information to assess carcinogenic potential" was not appropriate. The EPA concluded that the strongest support favored a designation that glyphosate is "not likely to be carcinogenic in humans". Based on my own analyses of these data, I agree with the EPA.

- **Health Canada** – Health Canada's Pest Management and Regulatory Agency published a re-examination of glyphosate safety in 2015 that concluded that glyphosate is not genotoxic and is unlikely to pose a human cancer risk (Canada 2017). Based on my own analyses of these data, I agree with Health Canada.

- **European Food Safety Authority** – The EFSA published its risk assessment of glyphosate in 2015 (EFSA 2015), and concluded that glyphosate is unlikely to pose a carcinogenic

28

hazard to humans and that the evidence does not support classification with regard to its carcinogenic potential according to Regulation (EC) No. 1272/2008. Based on my own analyses of these data, I agree with the EFSA.

- **European Commission on Food Safety** – The Assessment Group on Glyphosate (AGG) submitted a draft renewal assessment report on glyphosate on June 15, 2021 that addressed human health issues. The AGG found that classification of glyphosate as a carcinogen, reproductive toxin, or germ cell mutagen was not justified. Based on my own analyses of these data, I agree with the AGG.

- **European Chemical Agency** – The ECHA's Committee for Risk Assessment (RAC) published their classification of glyphosate in 2017 (ECHA 2017). Taking all data into account and based on the overall negative responses in the gene mutation and oral mutagenicity tests, RAC concluded that no classification of glyphosate for germ cell mutagenicity is warranted. The RAC considered that the rat carcinogenicity studies did not demonstrate convincing evidence of glyphosate induced neoplasia across the seven studies evaluated and therefore did not support classification for carcinogenicity. In mice, the incidences of renal neoplasm and hemangiosarcomas were increased only in males. Malignant lymphoma was present in both male and female mice reflecting that this is a very common spontaneous neoplasm in mice. However, only in the Swiss albino mice was a glyphosate-associated increase in this tumour type in females was observed. There was no toxicokinetic data in support of significant differences in ADME between male and female mice, thus the mostly negative findings in female CD-1 mice were regarded as a sign of low consistency of the mouse carcinogenicity data. Overall, the RAC concluded that based on the epidemiological data as well as the data from long-term studies in rats and mice, taking a weight of evidence approach, no classification of glyphosate for carcinogenicity is warranted. Based on my own analyses of these data, I agree with the RAC.

- **Australia and New Zealand regulatory authorities** – The Australian Pesticides and Veterinary Medicines Authority (APVMA 2017 April) and the New Zealand Environmental Protection Agency (EPA 2016) both concluded via a weight-of-evidence approach that

exposure to glyphosate does not pose a carcinogenic or genotoxic risk to humans. Based on my own analyses of these data, I agree with the Australian and New Zealand authorities.

- **World Health Organization JMPR** – The Joint Meeting on Pesticide Residues (JMPR) of the WHO published its most recent evaluation of glyphosate in 2016 (WHO-FAO 2016). Several epidemiological studies on cancer outcomes following occupational exposure to glyphosate were available for consideration. The evaluation of these studies focused on the occurrence of NHL. Overall, while there was some limited evidence of a positive association between glyphosate exposure and risk of NHL from the case–control studies and the overall meta-analyses, the only large cohort study of high quality (AHS) found no evidence of an association at any exposure level. Glyphosate has been extensively tested for genotoxic effects using a variety of tests in a wide range of organisms. The overall weight of evidence indicates that administration of glyphosate and its formulation products at doses as high as 2000 mg/kg body weight by the oral route, the route most relevant to human dietary exposure, was not associated with genotoxic effects in an overwhelming majority of studies conducted in mammals, a model considered to be appropriate for assessing genotoxic risks to humans. The JMPR concluded that glyphosate is unlikely to be genotoxic at anticipated dietary exposures. Several carcinogenicity studies in mice and rats were also considered. The JMPR concluded that glyphosate is not carcinogenic in rats but could not exclude the possibility that it is carcinogenic in mice at very high doses. In view of the absence of carcinogenic potential in rodents at human-relevant doses and the absence of genotoxicity by the oral route in mammals, and considering the epidemiological evidence from occupational exposures, the JMPR concluded that glyphosate is unlikely to pose a carcinogenic risk to humans. Based on my own analyses of these data, I agree with the JMPR.

- **International Agency for Research on Cancer (IARC)** – The IARC is an advisory body to the WHO established in 1965 whose charter is to publish monographs concerning specific agents that involve examination of all relevant information in order to assess the strength of the available evidence that the agent could potentially alter the age-specific incidence of cancer in humans. The IARC carries out a *hazard assessment*, which differs from the cancer *risk assessments* of other regulatory agencies in that a cancer hazard assessment considers the *potential* of a chemical to cause cancer under some circumstances, while a cancer risk

30

assessment is an estimate of the carcinogenic effects expected from exposure of an individual to a particular agent based on realistic exposure levels. As a consequence, many common substances have been designated as either carcinogenic (processed meats, alcoholic beverages) or probably carcinogenic (red meat, hot beverages).

There are only four categories of classification used by the IARC: carcinogenic (1), probably carcinogenic (2A), possibly carcinogenic (2B), and unclassifiable (3). The IARC monograph on glyphosate, published in 2017 (IARC 2017), placed glyphosate in group 2A, probably carcinogenic to humans. This opinion was based on IARC's finding of "limited evidence for the carcinogenicity of glyphosate in humans" and "sufficient evidence for the carcinogenicity of glyphosate in experimental animals," together with "strong evidence" that glyphosate can operate through two key characteristics of known human carcinogens, and that these can be operative in humans. Specifically, the IARC assessment concluded there is strong evidence that exposure to glyphosate or glyphosate-based formulations is genotoxic based on studies on mammalian cells *in vitro* and studies in experimental animals. One study in several communities in individuals exposed to glyphosate-based formulations also found chromosomal damage in blood cells; in this study, markers of chromosomal damage (micronucleus formation) were significantly greater after exposure than before exposure in the same individuals. The IARC also found strong evidence that glyphosate, glyphosate-based formulations, and aminomethylphosphonic acid can act to induce oxidative stress based on studies in experimental animals, and in studies on human cells *in vitro*. The IARC also considered data from six animal carcinogenicity studies where the data quality and design were judged to be acceptable. They found the evidence to be sufficient to establish carcinogenicity of glyphosate in experimental animals, based on the dose-response trends for five different tumors in three of these studies:

    a. A significant positive trend in the incidence (p=.037) of renal tubule carcinomas and of adenomas and carcinomas (p=.034) in male CD-1 mice of one study only. This is a rare tumor type.

    b. In a second feeding study in the same strain of mice, a significant positive trend in the incidence (p < .001) of hemangiosarcomas occurred in males.

    c. In two dietary studies in SD rats, a significant positive trend (p < .05) in the incidence of pancreatic islet cell adenomas occurred in males.

31

    d. In a dietary study in SD rats, a significant positive trend (p=.016) in the incidence of hepatocellular adenomas occurred in males.

    e. In a dietary study in SD rats, a significant positive trend (p=.031) in the incidence of thyroid C-cell adenomas occurred in females.

There are several reviews that discuss the differences between the findings of the IARC and other regulatory bodies including the U.S. EPA and the European Union (EU) with respect to glyphosate and cancer risk (Williams et al. 2016, Tarazona et al. 2017, Benbrook 2019). The IARC considered the association between exposure to glyphosate and NHL as "limited evidence in humans", while in the EU assessment, most experts considered the evidence as "very limited" and insufficient for triggering the classification. The difference in the interpretation between IARC and the EU is mainly related to the fact that IARC considered that glyphosate is carcinogenic in animals, and concluded that strong evidence for two mechanisms, genotoxicity and oxidative stress, supported the plausibility of the weak association in humans. Another major difference is that the IARC will consider only published or publicly available studies, leading to the exclusion of many relevant industry-sponsored or regulatory studies, including several relevant systematic reviews (Williams et al. 2000, Kier and Kirkland 2013). In addition, the IARC did not consider the updated data from the AHS in its assessment, despite the additional 11 years of follow up and 6-fold higher NHL case number in that report (Andreotti et al. 2018). In my opinion, the IARC hazard assessment utilized different approaches to weighing the various types of evidence and its conclusions are not particularly relevant to the true carcinogenicity (if any) of glyphosate in humans under real world conditions.

## E. My opinions regarding glyphosate as a risk factor for NHL

Applying a weight-of-evidence standard to the totality of the genotoxicity, animal carcinogenicity, and human epidemiological data on glyphosate, my opinion, to a reasonable degree of medical and scientific certainty, is that there is insufficient evidence to conclude that either glyphosate or GBHF are carcinogenic (can generally cause cancer) in humans or that exposure to glyphosate or GBHF increases the risk of developing cancer, including NHL. In determining the cause of any specific case of NHL in an individual patient, it is not possible (except in very narrow circumstances) to implicate any particular risk factor in the pathogenesis of the disease. There are certain exceptions,

32

for example the causative role of *H. pylori* infection in MALT lymphoma, of EBV infection in post-transplant lymphoproliferative disease, and of HTLV-I infection in adult T cell leukemia/lymphoma. In nearly every other case, however, it is simply not possible to determine the cause of an individual case of NHL. Nor, in my opinion, is it appropriate to list all known risk factors for a cancer and then "determine" the cause of an individual patient's cancer by eliminating risk factors not relevant to that case. This is not something I do in my oncology practice, I am not aware of other oncologists who do it in their clinical practice, and I am not aware of any medical organization or publication that recognizes the "differential etiology" method used in some legal proceedings as either medically or scientifically valid.

**Summary of clinical history and treatment of Joseph Blair**

Joseph Blair is a 25 year-old white male. In mid-2018, in Shreveport, Louisiana, he developed throat pain and snoring. After several medical encounters that revealed enlargement of the right tonsil, he had a CT scan on 11/06/18 that demonstrated marked hypertrophy of Waldeyer's ring especially the right tonsil, narrowing of the airway, and multiple prominent cervical lymph nodes but of normal size. He underwent bilateral tonsillectomy on 11/07/18. The pathology of the right tonsil showed some peripheral germinal centers, but diffuse infiltration with large lymphoid cells that expressed CD20, CD5 (weak), BCL2, BCL6 (focally), Ki-67 (40-80%), negative for Epstein-Barr virus, Cyclin D1, CD10, and CD30; these findings were consistent with diffuse large B cell lymphoma (DLBCL), non-germinal center type. Fluorescence in situ hybridization (FISH) studies for chromosomal translocations showed that the lymphoma cells were positive for BCL6 rearrangement (47%) but negative for BCL2 or MYC rearrangement, with a gain of MYC copy number in 7.5% of cells.

Mr. Blair's disease was staged by a CT scan of the neck on 11/05/18 that was negative and a PET/CT scan on 11/19/18 that showed only a marginal left neck lymph node of 12x10 mm with an SUV of 3.4, Deauville 3 (less than liver), felt to be reactive. A bone marrow biopsy on 11/21/18 was also negative. He was therefore Ann Arbor Stage IA; risk assessment by IPI and CNS-IPI placed him in the low-risk category. An echocardiogram on 11/27/18 showed normal heart function.

He was subsequently treated at the Willis-Knighton Health System in Shreveport with the R-CHOP 21 regimen, and received 3 cycles with Neulasta support. Cycle one on 12/4/18 was complicated by a staph infection of the upper lip requiring a 3-day hospitalization, but no records of this hospitalization were available to review. Cycle 2 was on 12/26/18, and Cycle 3 was on 1/18/19. He completed that therapy on 1/18/19 and tolerated it well overall. Subsequently, he received involved field radiotherapy of approximately 32 Gy in 18 fractions. Proton therapy was recommended initially as an option, but x-ray therapy was utilized instead. In my opinion, the diagnosis and treatment of Mr. Blair's lymphoma was appropriate and in accordance with guidelines.

The records provided did not mention documentation of response to therapy by CT or PET/CT. There was a mention of possible hypothyroidism following completion of therapy, but there is insufficient information about this in the available medical records. Nonetheless, based on the available evidence, it appears likely that Mr. Blair is in complete remission, and his prognosis is excellent. Assuming he did achieve complete remission, stage-adjusted International Prognostic Index data indicate an overall survival at 5 years of 90% (Moller et al., Am. J. Hematol. 2003;74(2):94). His radiation oncologist, Dr. Sanford Katz, provided an opinion on 12/18/19 about the extent and duration of his follow up care that was, in my opinion, fairly accurate.

Mr. Blair had no significant past medical or surgical history, and was not taking any prescription medication at the time of his diagnosis. His family history was remarkable for hypertension, but there was no reported history of lymphoma or cancer. He was a never smoker and did not drink alcohol. The medical records indicate his BMI to be approximately 34-35 around the time of diagnosis, indicating he was obese. The statement was made several times in the medical record that NHL was "extremely rare" in his age group. This is not the case in that, although the overall incidence of NHL increases with age, it is one of the most common cancers among children and young adults. There was nothing unique about Mr. Blair's NHL that would otherwise link it to a particular cause or risk factor.

34

**Mr. Blair's reported exposure to glyphosate**.  Mr. Blair's reported exposure to glyphosate occurred between 2016 and 2018, when he was employed by a company called EDKO and applied concentrated Roundup to trees and foliage on utility rows near power lines, using a high-pressure hose. He testified that he worked 8 to 12 hours per day, typically 60-80 hours per week, did not use any personal protective equipment, and described frequent exposure of his face, hair and skin to Roundup. His deposition mentioned total application of "hundreds of thousands of gallons of concentrated Roundup", but addition detail suggested use of about 40 gallons of concentrated Roundup per day, 6 days a week for 2 years, which would correspond to ~23,000 gallons. In the winter months, he also sprayed other herbicides including Basal, Pinnacle, Arsenal, and Opensight.

**Mr. Blair's risk factors and NHL**.  In terms of established risk factors for NHL, Mr. Blair was obese at the time of diagnosis, which increases the relative risk of developing NHL by 20-30%. It is not possible to determine, however, to what extent his obesity may have played a role in the development of NHL. As noted in the generic section of my report, except in special circumstances, it is not possible to establish the cause of any individual case of NHL with any degree of certainty.  As with most cancers, it is most likely the result of the progressive accumulation of genetic alterations resulting from random DNA replication errors.

It is my opinion, however, that glyphosate (Roundup) is not a carcinogen and, therefore, is not an established risk factor for or cause of NHL and cannot be attributed as the cause of Mr. Blair's NHL. In addition, the latency period for development of NHL following Mr. Blair's glyphosate exposure was less than 2 years, which is implausible given that the latency of developing NHL following cytotoxic chemoradiotherapy for Hodgkin lymphoma is estimated at 2 to 10 years (Bennett et al., Ann. Oncol. 1991;2(suppl 2):83). In sum, it is my opinion to a reasonable degree of medical certainty that Mr. Blair's exposure to glyphosate was not a cause or contributing factor in the development of his NHL.

I reserve the right to amend or supplement any information contained in my report should new or additional information become available. My hourly rate is $1,200 per hour for consulting and

$2,000 per hour for testimony (deposition and trial).  In the last four years, I have testified in deposition in one case entitled: Winston v Monsanto (8/30/19).


*Richard A. Van Etten*
_____

      Richard A. Van Etten, M.D.


Dated:  August 6, 2021

**EXHIBIT A**

## CURRICULUM VITAE

(Updated 08/01/2021)

## DEMOGRAPHIC INFORMATION:

NAME | Richard A. Van Etten

HOME ADDRESS | 1000 Skyline Drive, Laguna Beach CA 92651-1935

LAB ADDRESS
839 Medical Sciences Court
Sprague Hall, Room 106
University of California, Irvine
Irvine, CA 92697-4047
Tel (949) 824-2655
Fax (949) 824-4023
ZOT mail 3920

CLINIC ADDRESS
UC Irvine Medical Center
Chao Family Comprehensive Cancer Center
101 The City Drive South
Building 23, Room 406
Orange, CA 92868
Tel (714) 456-8031
Fax (714) 456-5280

Emails | VANETTEN@uci.edu; VANETTEN@hs.uci.edu

## EDUCATION AND TRAINING:

**Education:**

| Year | Degree/Field | Institution |
|------|--------------|-------------|
| 1978 | B.S.  Mathematics | Massachusetts Institute of Technology (M.I.T.) |
| 1978 | B.S.  Biology | M.I.T. |
| 1984 | M.D. | Stanford University School of Medicine |
| 1984 | Ph.D. Biophysics | Stanford University (laboratory of D.A. Clayton) |

**Postdoctoral Training:**

| Year | Specialty | Place of Training |
|------|-----------|-------------------|
| 1984-86 | Internal Medicine | Brigham & Women's Hospital, Boston |
| 1987-88 | Hematology | Brigham & Women's Hospital |
| 1988-91 | Visiting Scientist | Whitehead Institute for Biomedical Research Cambridge MA (laboratory of D. Baltimore) |

**Licensure and Certification:**

| Year | Type |
|------|------|
| 1984-present | Massachusetts Medical License #56147 |
| 1985 | Diplomate, National Board of Medical Examiners |
| 1987-present | Diplomate, American Board of Internal Medicine |
| 1990-present | Hematology Subspecialty Board Certification |

1

2014-present   California Medical License #128304

## PROFESSIONAL APPOINTMENTS:

### Academic Appointments:

| Year | Academic Title | Institution |
|------|----------------|-------------|
| 1989-1991 | Instructor in Medicine | Harvard Medical School |
| 1991-2003 | Investigator | The Center for Blood Research |
| 1991-1998 | Assistant Prof. of Genetics | Harvard Medical School |
| 1998-2003 | Associate Prof. of Genetics | Harvard Medical School |
| 2003-2013 | Professor of Medicine | Tufts University School of Medicine |
| 2003-2007 | Leader, Hematologic Malignancies Program | Molecular Oncology Research Institute Tufts Cancer Center |
| 2003-2013 | Member, Programs in Genetics, Immunology, & Molecular/Cellular Physiology | Sackler School of Graduate Biomedical Sciences, Tufts University |
| 2007-2010 | Acting Associate Director for Clinical Sciences | Tufts Cancer Center |
| 2008-2009 | Interim Director | Tufts Cancer Center |
| 2009-2013 | Director | Tufts Cancer Center |
| 2013-2016 | Professor of Medicine, Step VI | University of California, Irvine |
| 2013-present | Director | Chao Family Comprehensive Cancer Center, University of California, Irvine |
| 2014-present | Professor of Biological Chemistry | University of California, Irvine |
| 2017-2019 | Professor of Medicine, Step VII | University of California, Irvine |
| 2017-present | Chao Family Endowed Director's Chair in Cancer Research & Treatment | University of California, Irvine |
| 2020-present | Senior Associate Dean & Associate Vice Chancellor for Cancer | University of California, Irvine |
| 2020-present | Professor of Medicine, Step VIII | University of California, Irvine |

### Hospital or Affiliated Institution Appointments:

| Year | Title | Hospital or Affiliated Institution |
|------|-------|-----------------------------------|
| 1989-2003 | Physician | Hematology Division, Department of Medicine, Brigham & Women's Hospital |
| 1999-2003 | Physician | Department of Adult Oncology, Dana-Farber/Partners Cancer Care |
| 2003-2013 | Attending Physician, BMT and Heme/Onc Consult Services | Hematology-Oncology Division, Tufts Medical Center |
| 2006-2013 | Chief, Division of Hematology/ Oncology | Tufts Medical Center |
| 2013-present | Physician, Division of Hematology/ Oncology | UC Irvine Health |
| 2015-2018 | *Ex officio* member | UC Irvine Foundation |

### Other Professional Positions and Major Visiting Appointments:

| Year | Title | Institution |
|------|-------|-------------|
| 1988-1991 | Visiting Scientist | Whitehead Institute for Biomedical Research |
| 2002-2007 | Medical Advisory Board | Aplastic Anemia & Myelodysplastic Syndrome International Foundation |

2

| 2006-2013 | Scientific Advisory Board | Deciphera Pharmaceuticals |
|---|---|---|
| 2006-2013 | Scientific Advisory Board | AstraZeneca Pharmaceuticals |
| 2007-2010 | Scientific Advisory Board | Cephalon Oncology |
| 2007-2013 | Medical Advisory Board | Primera Biosystems |
| 2018-present | Principal Medical Advisor | Helio Health, Inc. |

## AWARDS AND HONORS:

| Year | Name of Award |
|---|---|
| 1978 | Phi Beta Kappa |
| 1978 | Sigma Xi (Associate Member) |
| 1978-84 | Medical Scientist Training Program Fellowship, NIH |
| 1987-88 | Malcolm B. Hecht Fellowship, Division of Hematology, Brigham & Women's Hospital |
| 1989-92 | Cancer Research Scholar Award, American Cancer Society |
| 1990-97 | Lucille P. Markey Scholar Award |
| 1994-03 | Carl and Margaret Walter Scholar in Blood Research, H.M.S. |
| 1998-03 | Scholar of The Leukemia and Lymphoma Society |
| 2000 | Laurie Strauss Leukemia Foundation Lecturer, Memorial Sloan-Kettering Cancer Center, NY |
| 2003 | Stohlman Scholar, The Leukemia and Lymphoma Society |
| 2008 | Fellow, American College of Physicians |
| 2008 | Zucker Family Research Prize, Tufts University School of Medicine |
| 2013 | Peter Hans Hofschneider Memorial Lecturer, XXVI Symposium IACRLRD, Torino, Italy |
| 2015 | Janet Rowley Prize, International Chronic Myeloid Leukemia Foundation |
| 2017-present | Castle Connolly Top Doctor, Hematology |
| 2018-present | Physician of Excellence (Hematology), Orange County Medical Association |

## SERVICE ASSIGNMENTS:

### Principal Hospital/Health Care Institution Clinical Service Responsibility:

| Year | Position/Title | Institution |
|---|---|---|
| 9/90, 11/93 | Attending Physician | General Medical Service, Brigham & Women's Hospital |
| 4/96 | Attending Physician | Hematology Consult Service, BWH |
| 11/92, 10/94, 5/97, 10/97, 5/00, 4/02, 4/03 | Attending Physician | Adult Leukemia Service, Dana-Farber/Partners CancerCare, BWH |
| 1/04-9/13 | Attending Physician | Bone Marrow Transplant Service and Hematology Consult Service, Tufts Med Ctr |
| 10/13-present | Attending Physician | Hematologic Malignancies Inpatient Service UC Irvine Health |

### MAJOR COMMITTEE ASSIGNMENTS:

| Year | Name of Committee | Role | Institution |
|---|---|---|---|
| 1991-2001 | Patent Committee | Member | Center for Blood Research |
| 1995-2001 | Biosafety Committee | Chair | Center for Blood Research |
| 2000-2002 | Publications Committee | Member | Center for Blood Research |
| 1999-2003 | Hematology Training Grant Steering Committee | Member | Harvard Medical School |

3

| 2001-2003 | Transfusion Medicine Training Grant Steering Committee | Member | Harvard Medical School |
|---|---|---|---|
| 2002-03 | Committee on Admissions | Member | Harvard Medical School |
| 2004-present | Admissions Committee, MD-PhD Program | Member | Tufts University School of Medicine |
| 2007-08 | Committee on Myeloid Neoplasia | Member | American Society of Hematology |
| 2009 | Committee on Myeloid Neoplasia | Chair | American Society of Hematology |
| 2006-present | Leukemia Committee | Member | Eastern Cooperative Oncology Group |
| 2009 | Scientific Program Comm. | Co-Chair | American Society of Hematology |
| 2012-13 | Thematic Working Group on Cancer | Chair | Tufts University |
| 2008-15 | Organizing Committee | Member | ESH/iCMLf Annual John Goldman Conference on CML |
| 2016-present | Board of Trustees | Member | Leukemia & Lymphoma Society, Orange County/Inland Empire Chapter |
| 2016-present | Board of Directors | Member | University Physicians & Surgeons UC Irvine Health |
| 2016-2019 | External Advisory Board | Member | University of Vermont Cancer Center |
| 2016-present | External Advisory Committee | Member | UC Davis Comprehensive Cancer Ctr |
| 2015-2016 | Light the Night Walk OC | Chair | Leukemia & Lymphoma Society |
| 2015-present | Education Planning Comm | Member | Society of Hematologic Oncology |
| 2017-present | Dean's Research Council | Member | UC Irvine School of Medicine |
| 2017-2021 | Subcommittee A on Cancer Centers | Member | National Cancer Institute |
| 2017-18 | Search Committee, Chair Dept. of Radiation Oncology | Chair | UCI School of Medicine UCI Health |
| 2019 | Search Committee, Medical Director, Oncology Clinical Services | Member | UCI Health |
| 2020-present | Clinical Enterprise Leadership Committee | Member | UCI Health |
| 2020-present | Clinical Faculty Leadership Council | Member | UCI Health |
| 2021-2023 | CELC Strategic Opportunities Subcommittee | Member | UCI Health |

## PROFESSIONAL SOCIETY INVOLVEMENT:

| Year | Society |
|---|---|
| 1980-present | Member, American Association for the Advancement of Science |
| 1984-2005 | Member, Massachusetts Medical Society |
| 1987-2013 | Associate member, American College of Physicians |
| 2013- present | Fellow, American College of Physicians |
| 1988-1992 | Member, American Medical Association |
| 1991-present | Member, American Society of Hematology |
| 2000-present | Member, American Society of Clinical Oncology |
| 2006-present | Member, Eastern Cooperative Oncology Group, Leukemia Committee |
| 2015-present | Member, Medical Oncology Association of Southern California |
| 2016-present | Member, Society of Hematologic Oncology |

4

## EDITORIAL BOARDS:

Year          Name of Journal

1999-present  Contributing Editor, UpToDate  (molecular genetics and biology of CML)
2002-2007     Editorial Board, *Blood*
2002-2005     Editorial Board, *Leukemia*
2007-2013     Associate Editor, *Blood*
2012-2015     Editorial Board, *Journal of Clinical Oncology*

## PEER REVIEW:

### Ad hoc Journal Reviewer:

American Journal of Hematology; American Journal of Pathology; Blood; Cancer Cell; Cancer Research; Clinical Cancer Research; Cell; Current Biology; Experimental Hematology; Genes, Chromosomes & Cancer; Genes and Development; Genes, Chromosomes & Cancer; Immunity; Journal of Experimental Medicine; Journal of Biological Chemistry; Journal of Clinical Investigation; Leukemia; Molecular Cell; Molecular and Cellular Biology; Nature; Nature Genetics; Nature Medicine; Nature Cell Biology; New England Journal of Medicine; Oncogene; Proceedings of the National Academy of Sciences; Science

### Peer Review:

Reviewer, abstracts for American Society of Hematology annual meeting
        1992- Oncogenes and Tumor Suppressors
        1997- Oncogenes and Tumor Suppressors
        2000- Lymphocytes
        2005- Oncogenes and Tumor Suppressors
        2006- Coordinating Reviewer, Oncogenes and Tumor Suppressors
        2016- Chronic Myeloid Leukemia
        2018- Chronic Myeloid Leukemia

Ad hoc Reviewer for foreign granting agencies:
        International Human Frontier Science Program (HFSP)
        Dutch Cancer Society, Dept. of Research Coordination
        National Cancer Institute of Canada
        Cancer Society of New Zealand
        Telethon Career Projects, Italy
        Israeli Science Foundation
        FWF Austrian Science Foundation
        Kay Kendall Leukaemia Fund, UK
        Belgium Research Council, K.U. Leuven

Member, External Scientific Review Panels, St. Jude Children's Research Hospital
        Department of Genetics, 3/02
        Department of Biochemistry, 10/04
Member, External Evaluation Board, Department of Human Genetics, VIB Flanders
        Interuniversity Institute for Biotechnology, Leuven Belgium, Oct. 12-14, 2005
Member, Standing Review Panel on Cancer, Doris Duke Charitable Foundation
Reviewer, Career Development Program, Leukemia & Lymphoma Society, 2005-06
Reviewer, Career Development Awards, American Society of Hematology 2005-07

5

Chronic Myelogenous Leukemia Research Program, Department of Defense
    Scientific Review Panel
        Member, November 2002
    Integration Panel
        Member, 2003-06
        Chair, 2004-05

NIH Center for Scientific Review:

    Member, NCI Program Project Grant Review Panel, Oct 27-29, 1996
    Member, NCI Program Project Grant Review Panel, Feb 10-12, 1997
    Member, NCI Program Project Grant Review Panel, Oct 1998
    Member, NCI Program Project Grant Review Panel, Nov. 16-17, 1999
    Member, NIH Special Emphasis R01 Review Panel, Dec. 20, 1999
    Member, NCI Program Project Grant Review Panel, Jan 23-24, 2001
    Member, NCI Program Project Grant Review Panel, Sept. 26-28, 2001
    Member, NCI Program Project Grant Review Panel, June 16-18, 2003
    Ad hoc Member, NCI Program Project Review Subcommittee C (Basic Sciences)
        Apr 4-5, 1997; Dec 1-2, 1998; Dec 5-6, 2001; July 30-31, 2002
    Ad hoc Member, NCI Program Project Review Subcommittee D (Clinical Sciences)
        Jan 23-24, 2001

    Co-chair, NHLBI review panel on RFA for Myelodysplastic Syndromes and
        Myeloproliferative Diseases, July 12-13, 2005

Ad hoc reviewer, Hematology-2 Study Section: Nov. 13-14, 2000; June 27-28, 2001
    Regular member, Hematology-2 Study Section, NIH CSR, 2002-2003
    Regular member, Hematopoiesis Study Section, NIH CSR, 2003-2006

Ad hoc reviewer, Cancer Immunopathology &Immunotherapy Study Section, June 8-9, 2009
    Ad hoc reviewer, CAMP Study Section, June 28-29, 2017

Ad hoc member, NCI Subcommittee A (Cancer Centers), 2010-2016
    Member, NCI Cancer Center Site Visit team
        University of New Mexico Cancer Center, Feb. 24-26, 2010
    Member, NCI Cancer Center Site Visit team
        University of Iowa Cancer Center, Sept. 14-16, 2010
    Member, NCI Cancer Center Site Visit team
        Kansas Cancer Center / U. Kansas, Feb, 21-23, 2012
    Member, NCI Cancer Center Site Visit team
        Masonic Cancer Center / University of Minnesota, June 11-13, 2013
    Member, NCI Cancer Center Site Visit team
        IU Simon Cancer Center / Indiana University, February 24-26, 2014

Regular Member, NCI Subcommittee A on Cancer Centers, 2017-2021
    Member, NCI Cancer Center Site Visit team
        University of Chicago Comprehensive Cancer Center, Oct. 23-25, 2017
    Member, NCI Cancer Center Site Visit team
        Cancer Institute of New Jersey, Apr. 25-27, 2018
    Chair, NCI Cancer Center Site Visit team
        Mayo Clinic, Sept. 18-20, 2018
    Member, NCI Cancer Center Site Visit team

Indiana University Simon Cancer Center, Feb. 11-13, 2019
Chair, NCI Cancer Center Site Visit team
Fred Hutchinson/U Washington Cancer Consortium, May 28-30, 2019
Chair, NCI Cancer Center Site Visit team
University of Florida Cancer Center, Sept. 23-25, 2019
Chair, NCI Cancer Center Site Visit team
Columbia University Irving Comprehensive Cancer Center, Feb. 12-13, 2020
Chair, NCI Cancer Center Site Visit team
Ohio State University Comprehensive Cancer Center, May 27-29, 2020
Member, NCI Cancer Center Site Visit team
University of Iowa Holden Cancer Center, Sept. 16-18, 2020

Cancer Center External Advisory Boards:

| | |
|---|---|
| 2016 | University of Cincinnati |
| 2016-2019 | University of Vermont |
| 2015-present | University of California, Davis |
| 2020-present | University of Alabama Birmingham |
| 2020 | Dana-Farber/Harvard Cancer Center (ad hoc) |

## PATENTS

"Leukemia Treatment Methods";
U.S. Provisional Patent Application USSN 61/888,538; Filed October 9, 2013

"Methods of Diagnosing and Treating B Cell Acute Lymphoblastic Leukemia";
U.S. Provisional Patent Application USSN 61/927,397; Filed January 14, 2014
US patent issued Oct. 23, 2018, US 10,106,834 B2

## REPORT OF RESEARCH:
### Major Research Interests
Function and regulation of the c-ABL1 protein; mechanisms of leukemogenesis by BCR-ABL1 and other tyrosine kinases; identification of novel therapeutic strategies for human Philadelphia-positive leukemia; molecular pathogenesis of myeloproliferative diseases; preclinical assessment of targeted therapeutic agents for hematologic malignancies.

### Narrative Description of Research
The Van Etten laboratory studies the pathogenesis and therapy of human blood cancers, with particular emphasis on myeloid and lymphoid neoplasms that are associated with dysregulated tyrosine kinases. Their original focus was on the pathogenesis of chronic myeloid leukemia (CML), which is caused by the product of the Philadelphia (Ph) chromosome, the BCR-ABL1 fusion tyrosine kinase. Two major approaches are taken:

(i) the study of the c-ABL1 gene products, their functional roles, localization, and regulation;

(ii) expression of oncogenic ABL genes in the hematopoietic system of mice.

**The retroviral bone marrow transduction/transplantation model of chronic myeloid leukemia (CML).** The original paper, which has been cited over 2,000 times, was published when I was a postdoctoral fellow in David Baltimore's laboratory at the Whitehead Institute (Daley et al., 1990). It represented the first time a human hematopoietic neoplasm was faithfully reproduced in laboratory mice by expression of a human oncogene, as previous efforts by Leder and colleagues to model Burkitt's lymphoma in transgenic mice expressing c-MYC under the $E\mu$

7

immunoglobulin heavy chain enhancer yielded precursor B-cell leukemia rather than mature B-lymphoma. The study proved that BCR-ABL1 was the direct cause of the disease and has been cited by Brian Druker as one of the principal motivations for him to test the activity of CGP-57148 (which would become imatinib, one of the first targeted therapies for cancer) against CML cells. The retroviral transduction/transplantation system described therein has subsequently been widely used by researchers across the molecular oncology landscape to develop novel models of human blood cancers. Subsequent studies from my laboratory used this system to analyze the distinct leukemogenic properties of the three principal isoforms of BCR-ABL1 (Li et al., 1999), and develop new models of hematologic neoplasms induced by ETV6 (TEL)-ABL1 (Million et al., 2002), FGFR1 fusion proteins (Roumiantsev et al., 2004) and JAK2$^{V617F}$ (Zaleskas et al., 2006). Our most recent work in the area demonstrated a requirement for IKK-dependent activation of NF-κB (Hsieh and Van Etten, 2014) and for the scaffolding/ adapter protein GAB2 and its downstream effectors PI3K and SHP2 (Gu et al., 2016) in the pathogenesis of myeloid and lymphoid leukemias induced by BCR-ABL1.

Daley GQ, **Van Etten RA**, Baltimore D. Induction of chronic myelogenous leukemia in mice by the P210$^{bcr/abl}$ gene of the Philadelphia chromosome. Science 1990; 247:824-830.

Li S, Ilaria RL Jr, Million R, Daley GQ, **Van Etten RA**. The P190, P210, and P230 forms of the BCR/ABL oncogene induce a similar chronic myeloid leukemia-like syndrome in mice but have different lymphoid leukemogenic activity. J. Exp. Med. 1999; 189:1399-1412.

Million RP, Aster J, Gilliland DG, **Van Etten RA**. The Tel-Abl (ETV6-Abl) tyrosine kinase, product of complex (9;12) translocations in human leukemia, induces distinct myeloproliferative disease in mice. Blood 2002; 99:4568-4577.

Roumiantsev S, Krause DS, Neumann CA, Dimitri CA, Asiedu F, Cross NCP, **Van Etten RA**. Distinct stem cell myeloproliferative/T-lymphoma syndromes induced by ZNF198-FGFR1 and BCR-FGFR1 fusion genes of 8p11 translocations. Cancer Cell 2004; 5:287-298.

Zaleskas VM, Krause DS, Lazarides K, Patel N, Hu Y, Li S, **Van Etten RA**. Molecular pathogenesis and therapy of polycythemia induced in mice by JAK2 V617F. PLoS ONE 2006; 1:e18.

Hsieh M-Y, **Van Etten RA**. IKK-dependent activation of NF-κB contributes to myeloid and lymphoid leukemogenesis by BCR-ABL1. Blood 2014; 123(15):2401-2411.

Gu S, Chan WW, Mohi G, Rosenbaum J, Sayad A, Lu Z, Virtanen C, Li S, Neel BG, **Van Etten RA**. Distinct signaling pathways mediated by the adapter GAB2 are essential for myeloid and lymphoid transformation and leukemogenesis by BCR-ABL1. Blood 2016; 127(14):1803-1813.

Gu S, Sayad A, Chan G, Yang W, Zhibin Lu Z, Virtanen C, **Van Etten RA**, Neel BG. SHP2 is required for BCR-ABL1-induced hematopoietic neoplasia. Leukemia 2018;32(1):203-213.

**Regulation of c-ABL1 kinase activity**. We have also been interested in regulation of the c-ABL tyrosine kinase. Enzymological studies on purified c-ABL1 were the first to demonstrate the stimulatory role of tyrosine autophosphorylation, identified a new phosphorylation site regulating SH3 intramolecular interaction with the SH2-linker region, and proved the specificity of the tyrosine kinase inhibitor imatinib for the unphosphorylated form of the protein (Brasher and Van Etten, 2000). Subsequent studies demonstrated that the BCR-ABL1 fusion protein was also autoinhibited via its SH3 domain, and activated by oligomerization mediated by the BCR coiled-coil domain and subsequent autophosphorylation (Smith et al., 2003). In a search for a stoichiometric inhibitor of c-ABL1 that mutational studies suggested bound via the ABL1 SH3 domain, we used ABL1 SH3 as bait in a yeast 2-hybrid system, and isolated multiple clones encoding PAG/MSP23 (Wen et al., 1997). PAG turned out to be Peroxiredoxin 1 (PRDX1), a member of a novel family of antioxidant proteins that utilize catalytic cysteine residues and pair

8

with thioredoxin for redox reactions. The six peroxiredoxin family members are evolutionarily conserved, have diverse patterns of expression, and are variously over- and under-expressed in many cancers. To determine the physiological roles of PRDX1, we generated *Prdx1*-deficient mice using a novel transposon-mediated homologous recombination system. The resulting *Prdx1*-null mice were viable and fertile, but developed two striking phenotypes with age: hemolytic anemia and multiple malignant cancers (Neumann et al., 2003). This study, which has been cited over 500 times, identified *Prdx1* as an important component of erythrocyte antioxidant defense and as a tumor suppressor gene, linking oxidative stress directly to carcinogenesis.

Brasher BB, **Van Etten RA**.  c-Abl has high intrinsic tyrosine kinase activity that is stimulated by mutation of the Src homology 3 domain and by autophosphorylation at two distinct regulatory tyrosines. J. Biol. Chem. 2000; 275:35631-35637.

Smith KM, Yacobi R, **Van Etten RA**.  Autoinhibition of Bcr-Abl through its SH3 domain. Molecular Cell 2003; 12:27-37.

Wen S-T, **Van Etten RA**. The *PAG* gene product, a stress-induced protein with antioxidant properties, is an Abl SH3-binding protein and a physiological inhibitor of c-Abl tyrosine kinase activity. Genes Dev. 1997; 11:2456-2467.

Neumann CA, Krause DS, Carman CV, Das S, Dubey DP, Abraham JL, Bronson RT, Fujiwara Y, Orkin SH, **Van Etten RA**.  Essential role for the peroxiredoxin Prdx1 in erythrocyte antioxidant defense and tumor suppression.  Nature 2003; 424:561-565.

**Mechanisms and therapeutic approaches in CML with acquired resistance to tyrosine kinase inhibitors (TKIs)**. We were studying the c-ABL1 Y253F mutation, identified by Leanne Wiedemann as an activating mutation in c-ABL1, for the mechanism of dysregulation and discovered that it was resistant to imatinib. In collaboration with Charles Sawyers, we showed this mutation was responsible for acquired resistance to imatinib in CML patients, the second such mutation described and the first localized to the kinase domain P-loop (Roumiantsev et al., 2002). We collaborated with a pharmaceutical company, Deciphera, to characterize a novel class of switch-pocket inhibitors of the ABL1 kinase that effectively inhibit the T315I gatekeeper mutant that is resistant to all FDA-approved TKIs, demonstrating that this drug prolonged the survival of mice with BCR-ABL1 T315I-induced CML-like leukemia. This work comprised a major portion of the IND-enabling data for the lead compound DCC-2036 (rebastinib) and lead to the initiation of a phase I trial of this drug in relapsed or T315I-mutant CML.

Roumiantsev S, Shah NP, Gorre ME, Nicoll J, Brasher BB, Sawyers CL, **Van Etten RA**.  Clinical resistance to the kinase inhibitor STI-571 in CML by mutation of Tyr253 in the Abl kinase domain P-loop.  Proc. Natl. Acad. Sci. USA 2002; 99:10700-10705.

Chan WW, Wise SC, Kaufman MD, Ahn Y-M, Ensinger CL, Haack T, Hood MM, Jones J, Lord JW, Lu WP, Miller D, Patt WC, Smith BD, Petillo PA, Rutkoski TJ, Telikepalli H, Vogeti L, Yao T, Chun L, Clark R, Evangelista P, Gavrilescu LC, Lazarides K, Zaleskas VM, Stewart L, **Van Etten RA***, Flynn DL.  Conformational control inhibition of the BCR-ABL1 tyrosine kinase, including the gatekeeper T315I mutant, by the switch-control inhibitor DCC-2036. Cancer Cell 2011; 19:556-568. *Co-corresponding author. PMC3077923

Cortes J, Talpaz M, Smith HP, Synder DS, Khoury J, Bhalla K, Pinilla J, Larson RA, Mitchell D, Wise SC, Rutkoski TJ, Smith BD, Flynn DL, Kantarjian H, Rosen O, **Van Etten RA**. Phase 1 dose-finding study of rebastinib (DCC-2036) in patients with relapsed chronic myeloid leukemia and acute myeloid leukemia. Haematologica 2017;102(3):519-528.

Kumar R, Pereira RS, Zanetti C, Minciacchi VR, Merten M, Meister M, Niemann J, Dietz MS, Rüssel N, Schnütgen F, Tamai M, Akahane K, Inukai T, Oellerich T, Kvasnicka HM, Pfeifer H,

Nicolini FE, Heilemann M, **Van Etten RA**, Krause DS. Specific, targetable interactions with the microenvironment influence imatinib-resistant chronic myeloid leukemia. Leukemia 2020; 34(8):2087-2101.

**Definition and therapeutic targeting of the CML stem cell niche**. BCR-ABL1 induces multiple defects in the adhesion of hematopoietic stem/progenitor cells to the bone marrow (BM) stromal microenvironment, including profound defects in $\beta1$ integrin function, which is required for engraftment of normal hematopoietic stem cells. Whereas CML stem cells are capable of engrafting patients after autologous transplantation, we reasoned that they must therefore utilize alternative pathways for homing and engraftment. To identify these pathways, we utilized donor and recipient mice with mutations in adhesion molecules and their counter-receptors in the retroviral CML model. BCR-ABL1 expression induced selectin ligand expression on HSC that was partially CD44-dependent, and CD44-deficient stem cells exhibited a defect in homing and engraftment that was BCR-ABL1-dependent (Krause et al., 2006). Our subsequent studies identified E-selectin as the relevant BM receptor for CD44 on CML stem cells (Krause et al., 2014). We showed that modulation of the osteoblastic HSC niche by parathyroid hormone signaling was deleterious to CML stem cells but not AML stem cells (Krause et al., 2013), the first demonstration of the therapeutic potential of targeting the niche in leukemia.

Krause DS, Lazarides K, von Andrian UH, **Van Etten RA**.  Requirement for CD44 in homing and engraftment of BCR-ABL-expressing leukemic stem cells. Nature Medicine 2006; 12:1175-1180.

Krause, D.S., Lazarides, K., Lewis, J.B., von Andrian, U.H., and Van Etten, R.A. (2014). Selectins and their ligands are required for homing and engraftment of BCR-ABL1+ leukemic stem cells in the bone marrow niche. Blood *123*, 1361-1371.

Krause DS, Fulzele K, Catic A, Sun CC, Dombkowski D,Hurley MP, Lezeau S, Attar EC, Wu JW, Lin HY, Divieti-Pajevic P, Hasserjian RP, Schipani E, **Van Etten RA***, Scadden DT. Differential regulation of myeloid leukemia by the bone marrow microenvironment.  Nature Medicine 2013;19:1513-1517. *Co-corresponding author. PMC3827980 (F1000Prime ♥♥)

**Pathogenesis and therapy of high-risk B-ALL**. Ph[+] B-cell acute lymphoblastic leukemia (B-ALL) comprises a major category of high-risk leukemia in both children and adults. We collaborated with Dan Tenen's laboratory to generate the first conditional transgenic mouse model of BCR-ABL1-induced B-ALL (Huettner et al., 2000). Subsequent studies by my postdoc Shaoguang Li showed that SRC kinases were not required for induction of CML-like leukemia by BCR-ABL1 but contributed to the pathogenesis of B-ALL (Hu et al., 2004), motivating the development of the dual ABL/SRC inhibitor dasatinib for this disease.  Subsequent studies identified a role for activation of the NF-κB pathway in BCR-ABL1-induced B-ALL (Hsieh and Van Etten, 2014). Deletion and dominant-negative mutations in Ikaros are found in ~85% of Ph[+] B-ALL and the majority of "Ph-like" B-ALL, which are also high-risk and share a gene expression profile with Ph[+] disease. In a recent collaboration with Katia Georgopoulos, we utilized mice with a targeted conditional mutation in the *Ikzf1* gene that generates a dominant-negative allele similar to that observed in human B-ALL. Loss of Ikaros DNA-binding function during B-lymphoid development results in a differentiation arrest at a large pre-B cell stage. These cells are highly adherent to stroma through increased $\beta1$ integrins and have activation of focal adhesion kinase (FAK), a non-receptor TK downstream of integrins and growth factor receptors that plays important roles in cancer stem cell biology. Serial transplantation of polyclonal, non-leukemic *Ikzf1*-mutant pre-B cells gives rise to long-latency, monoclonal B-ALL, indicating additional steps are necessary for full malignant transformation. A small molecule FAK inhibitor abolished adhesion and induced apoptosis in the pre-leukemic and leukemic cells, suggesting that FAK might be a novel target for therapy of high-risk B-ALL to overcome stroma adhesion-

mediated chemotherapy resistance. Although this paper was only published in March 2014, it received F1000Prime ƤƤ designation and led to development of a phase I clinical trial of a FAK inhibitor in relapsed/refractory leukemia.

Hu Y, Liu Y, Pelletier S, Buchdunger E, Warmuth M, Fabbro D, Hallek M, **Van Etten RA**, Li S. Requirement of Src kinases Lyn, Hck and Fgr for *BCR-ABL1*-induced B-lymphoblastic leukemia but not chronic myeloid leukemia. Nature Genetics 2004; 36:453-461.

Hsieh M-Y, **Van Etten RA**. IKK-dependent activation of NF-κB contributes to myeloid and lymphoid leukemogenesis by BCR-ABL1. Blood 2014; 123(15):2401-2411. PMC3983614

Joshi I, Yoshida T, Jena N, Qi X, Zhang J, **Van Etten RA\***, Georgopoulos K. Loss of Ikaros DNA-binding function confers integrin-dependent survival of pre-B cells and progression to acute lymphoblastic leukemia. Nature Immunology 2014;15(3):294-304. \*Co-corresponding author. PMC3983614

Hu Y, Zhang Z, Kashiwagi M, Yoshida T, Joshi I, Jena N, Somasundaram R, Emmanuel AO, Sigvardsson M, Fitamant J, El-Bardeesy N, Gounari F, **Van Etten RA**, Georgopoulos K. Super-enhancer reprogramming drives a B cell-epithelial transition and high-risk leukemia. Genes Dev. 2016;30(17):1971-1990. PMC5066240

## Research Funding Information

### Past Funding

| Years: | Source: | Role: | Grant Title: |
|--------|---------|-------|--------------|
| 1992-95 | NIH U01 | Proj. Leader | CA57714, National Cooperative Drug Discovery Group, "Development of Novel Drugs for Ph1-Positive Leukemia" |
| 1994-95 | ACS | P.I. | "Leukemogenesis by *BCR/ABL* Genes" |
| 1995-98 | NIH R01 | P.I. | CA57593, "Leukemogenesis by *BCR/ABL* Genes" |
| 1995-00 | NIH K08 | Sponsor | HL03310, "In Vitro and In Vivo Studies of P210 *BCR/ABL* Mutations", P.I R. Ilaria, MD |
| 1995-98 | NIH P01 | Proj. Leader | CA66996, "Development of Novel Therapies for Human Leukemia and Lymphoma" |
| 1995-97 | NIH P50 | Proj. Leader | HL54785, SCOR grant, "Stem Cell Therapy of Congenital Defects in Hematopoiesis" |
| 1998-03 | NIH R01 | P.I. | CA72465, "Regulation and Function of c-Abl Nuclear Tyrosine Kinase" |
| 1998-03 | NIH R01 | P.I. | CA77691, "Studies of an Inhibitor of the c-Abl Tyrosine Kinase" |
| 1998-03 | Leukemia & Lymphoma | P.I. | Scholar Award, "STAT Activation in Transformation and Leukemogenesis by Bcr/Abl" |

11

Society (LLS)

| Years | Source | Role | Grant Title |
|---|---|---|---|
| 2000-11 | LLS SCOR grant | Proj. Leader | "Non-myeloablative curative treatment strategies for CML" |
| 2001-06 | NIH P01 | Proj. Leader | HL56949, Project 4: "Adhesion molecules and transfusion-based cellular therapies in the Philadelphia-positive leukemias" |
| 2003-08 | NIH R01 | P.I. | CA105043, "Pathogenesis & Therapy of 8p11 Leukemia/Lymphoma Syndrome" |
| 2007-12 | NIH K99/R00 | Sponsor | HL089436, "Molecular Pathogenesis & Therapy in JAK2 V617F Myeloproliferative Disease", P.I.– V. Zaleskas, MD |
| 2008-13 | NIH R01 | P.I. | HL089747, "Molecular Pathogenesis & Therapy of JAK2 V617F-induced Myeloproliferative Disease" |
| 2008-10 | NIH F31 | Sponsor | CA136153, "Investigating the homing and engraftment of CML stem cells in the bone marrow" P.I.– Juliana Lewis, BA |
| 2009-12 | NIH R01 | co-P.I. | HL093981, "Novel Cellular Therapies for Ph+ Leukemia" |
| 2009-13 | NIH T32 | P.I. | CA009429, "Research Training in Oncology" |
| 2013-14 | TEVA Pharmaceuticals | P.I. | Preclinical evaluation of omacetaxine and 3rd-generation TKIs against BCR-ABL1 T315I in a mouse CML model |
| 2008-15 | NIH R01 | P.I. | HL089747, "Molecular Pathogenesis & Therapy of JAK2 V617F-induced Myeloproliferative Disease" |
| 2015-16 | NIH U10 | P.I. | CA180827, subcontract: LTSC Pilot Project Proposal: Targeting FAK/PYK2 signaling in high-risk, IKZF1-mutant B-ALL |

**Current Funding**

| Years: | Source: | Role: | Grant Title: |
|---|---|---|---|
| 2001-22 | NIH R01 | P.I. | CA090576, "Studies of BCR/ABL Leukemogenesis in Mice" |
| 2014-19 | NIH R01 | P.I. | CA190964, "Role of Ikaros in the Biology and Therapy of High-Risk Precursor B-Cell Leukemia" |
| 2013-present | NIH P30 | P.I. | CA062203-19, Cancer Center Support Grant, UC Irvine |

| 2018-23 | NIH U54 | Proj. Leader | CA217378, Project 3: Modeling Malignant Myelopoiesis to increase efficacy of targeted leukemia therapy |

**Clinical Trials Research**

| Years: | Sponsor: | Role (Tufts): | Title: |
| --- | --- | --- | --- |
| 2006-07 | ECOG | Co-I | E2993 - Phase III Randomized Trial of Autologous and Allogeneic BMT vs Intensive Conventional Chemotherapy in ALL in First Remission |
| 2006-08 | ECOG | Co-I | E1900 - A Phase III Trial in Adult Acute Myeloid Leukemia:Daunorubicin Dose-Intensification Prior to Risk-Allocated Autologous SCT |
| 2006-08 | Chemgenex | PI | CGX-635-CML-202: A Phase II Open-Label Study of the Subcutaneous Administration of Homoharringtonine (CGX-635) in the Treatment of Patients with CML with the T315I BCR-ABL Gene Mutation |
| 2006-09 | ECOG | Co-I | E1902 - A Phase II Study of Reduced Intensity Allogeneic SCT for the Treatment of MDS |
| 2009-13 | Deciphera | Co-I | Deciphera 2036-01: Multicenter Phase 1 Clinical and Pharmacokinetic Study of DCC-2036 in Subjects with Ph-Positive Leukemias |
| 2010-12 | Celgene | PI | CC-5013-MCL-001 (EMERGE) – Phase 2, Multicenter, Single-Arm, Open-Label Study to Determine the Efficacy and Safety of Single-Agent Lenalidomide (Revlimid) in Patients with Mantle Cell NHL who have relapsed or progressed After Treatment with Bortezomib |
| 2011-13 | ECOG | Co-I | E1906 - A Phase II Randomized Trial of Carboplatin and Topotecan; Flavopiridol, Mitoxantrone and Cytosine Arabinoside; and Sirolimus, Mitoxantrone, Etoposide and Cytosine Arabinoside for the Treatment of Adults with Refractory/Relapsed AML |
| 2011-13 | ECOG | Co-I | E2906 - Phase III Randomized Trial of Clofarabine as Induction and Post-Remission Therapy vs. Standard Daunorubicin & Cytarabine Induction and Intermediate Dose Cytarabine Post- |

13

Remission Therapy, Followed by Decitabine
Maintenance vs. Observation in Newly-
Diagnosed AML in Older Adults (Age ≥ 60)

## REPORT OF TEACHING:

### Local Contributions

1. Medical School

1992-2001: Tutor in Genetics, Embryology, & Reproduction block, Harvard Med. School
6 week block, 8 HMS and HDS students in first year
4.5 hours class/4 hours prep. time per week

1992,93,94: Lecturer, Molecular Hematology course, Cell & Developmental Biology Program,
Harvard Medical School

1993, 95: Faculty, Genetics 330 (Research Proposal Writing), HMS

1994: Guest lecturer, Genetics 220 (Molecular Biology and Genetics in Modern Medicine), HMS

| | |
|---|---|
| 2003-2013: | Lecturer, Hematology course, Tufts University School of Medicine |
| 2005-06: | Lecturer, Integrating Biomedical Research and Clinical Medicine course, TUSM |
| 2005-2013: | Lecturer, Cancer Genetics course, TUSM |
| 2006-2013: | Lecturer, Immunology of Disease course, TUSM |
| 2006: | Lecturer, Medical Biochemistry course, TUSM |

2. Continuing Medical Education Courses

1991: Lecturer, Intensive Review of Hematology and Hematologic Oncology, Division of
Hematology, Brigham & Women's Hospital and Continuing Education, Harvard Medical School

3. Advisory/Supervisory Responsibilities in Research Settings

Trainees
   Rotating students:

| | |
|---|---|
| Fall 1991 | Timothy Grammer, TriDepartment |
| | Christine Grosson, TriDepartment |
| Fall 1992 | Bradley Brasher, TriDepartment |
| | Preston Estep, TriDepartment |
| Spring 1992 | Shih-Te Wen, Cell and Developmental Biology |
| | Leanne Jones, TriDepartment |
| Summer 1992 | Robert Monroe, HMS MD-PhD Program |
| | Jay Debnath, HMS year I |
| Fall 1992 | Allison Brownlee, TriDepartment |
| Fall 1996 | Ryan Million, Biological and Biomedical Sciences (BBS) |
| Spring 1997 | Kristen Smith, BBS |
| Summer 1997 | Bryce Nickels, BBS |
| | Brendan Harley, Harvard University undergraduate |
| Fall 1998 | Sarah Engler, BBS |
| Fall 1999 | James Alverez, BBS |

14

| | |
|---|---|
| Fall 2001 | Chris Dimitri, BBS |
| Spring 2004 | Wayne Chan, TUSM MD-PhD program |
| Fall 2004 | Volkan Gunduz, TUSM Genetics program |
| Spring 2005 | Marcos Salazar, TUSM Genetics program |
| Fall 2005 | Yo-Ming Hsieh, TUSM Physiology program |
| Fall 2005 | Yi-Fen Lu, TUSM Immunology Program |
| Winter 2005 | Oya Cingoz, TUSM Genetics program |
| Spring 2006 | Ingrid Soltero, TUSM Genetics program |
| Summer 2006 | Sean Tracey, TUSM MD-PhD program |
| Summer 2007 | Juliana Lewis, TUSM Immunology program |
| Fall 2009 | Karyn Austin, TUSM Genetics program |
| Summer 2012 | Zhu Wang, MD-PhD program |

Visiting Students:

| | |
|---|---|
| May-Oct 2002 | Matthias Holdhoff, Free University of Berlin, MD candidate |
| Sep 02-May 03 | Katja Kerner, University of Mainz, Germany, MD candidate |

PhD students:

| | | Current position: |
|---|---|---|
| Shih-Te Wen | (1993-1997) | PhD June 1997; Cardiologist, Univ. Pittsburgh |
| Bradley Brasher | (1994-2000) | PhD Nov. 2000; Principal Scientist, Boston Biochem, Inc., Cambridge MA |
| Ryan Million | (1997-2001) | PhD Nov 2001; Trinity Partners, New York, NY |
| Kristen Smith | (1997-2002) | PhD June 2002; Scientist, Bionomics, Inc., San Diego CA |
| Wayne Chan | (2004-2010) | PhD Sept 2010; Resident, Yale Medical Center |
| Yi-Fen Lu | (2006-2011) | PhD Jan 2011; Postdoctoral Fellow, Children's Hospital Boston |
| Juliana Lewis | (2007-2009) | Postdoctoral Fellow, U Minnesota |
| Mo-Ying Hsieh | (2006-2011) | PhD Sept 2011; Postdoctoral Fellow, MORI, Tufts Medical Center |
| Marcos Salazar | (2005-2012) | PhD Oct 2012 |

Postdoctoral Fellows:

| | | Current position: |
|---|---|---|
| Robert Ilaria, MD | Jan 1992–July 1998 | Clinical Research Physician, Eli Lilly, Indianapolis, IN |
| Shaoguang Li, MD PhD | Apr 1996–Oct 2001 | Professor of Medicine, Univ. of Massachusetts |
| Shih-Te Wen, MD PhD | Jul 1997–Jun 1998 | Cardiologist, U. Pittsburgh |
| Carola Neumann, MD | Aug1997–Jul 2003 | Asst. Prof., Med. Coll. S. Carolina |
| Sergei Roumiantsev, MD | Feb 1998–Jun 2002 | Instructor in Neonatology, Children's Hospital Boston |
| Daniela Krause, MD PhD | May 2001–Jun 2005 | Instructor in Pathology, Massachusetts General Hospital, Harvard Medical School |
| Julia Brain, PhD | Oct 2001–Jul 2003 | Scientist, Infinity Pharmaceuticals, Cambridge MA |
| Matthias Holdhoff, MD | Jul 2003-Jun 2004 | Assistant Professor of Medicine, Hematology/Oncology Division, |

15

| | | Johns Hopkins Medical Center |
|---|---|---|
| Nari Harakawa, MD PhD | Nov 2001–Oct 2003 | Asst. Professor, Osaka Dental Univ. |
| Eric Winer, MD | Sep 2003–Jun 2005 | Asst. Prof. Medicine, BU School of Medicine, Assoc. Direct. BMT, Roger Williams Hospital, Providence RI |
| Rinat Yacobi, PhD | May 2002–Jun 2008 | Research Scientist, Sheba Cancer Research Center, Tel Aviv |
| Virginia Zaleskas, MD | Jul 2004–Jun 2010 | Program Leader, Hematology Development, Millenium Pharmaceuticals |
| Darci Gaiotti, MD | Jul 2007-Jun 2009 | Medical Oncology, CR Wood Cancer Center, Glen Falls NY |
| Christoph Walz, MD | Jul 2007-Jun 2009 | Pathology Resident, Munich Univ. |
| Alexey Danilov, MD PhD | Jul 2008-Jun 2009 | Assistant Professor, Dartmouth |
| Cristina Gavrilescu, PhD | Sep 2003–Dec 2011 | Research Scientist, Genocea Biosciences, Cambridge MA |
| Ahmed Wesam, MD PhD | Jul 2011–June 2013 | Instructor in Medicine, Tufts Medical Center |
| Nilu Jena, PhD | Sep 2003–Oct 2013 | Sr. Project Scientist, UCI |

## TAC/TEC/PQEC Responsibilities

### Thesis Advisory Committees:

| | |
|---|---|
| Christine Grosson (chair) | (advisor:  Dr. James Gusella) |
| Jennifer Brown (chair) | (advisor:  Dr. Michael Greenberg) |
| Timothy Grammer | (advisor:  Dr. John Blenis) |
| Laura Smith | (advisor:  Dr. Dan Tenen) |
| Christoph Westphal | (advisor:  Dr. Phil Leder) |
| Julie Frantsve | (advisor:  Dr. Gary Gilliland) |
| Jodi Smith | (advisor:  Dr. Bruce Mayer) |
| Jeremy Stuart | (advisor:  Dr. Z. Yuan, HSPH) |
| Maryann Giel-Moloney | (advisor:  Dr. Andrew Leiter) |
| Volkan Gunduz | (chair; advisor:  Dr. Phil Hinds) |
| Miriam Enos | (chair; advisor:  Dr. Phil Hinds) |
| Deanna Mele | (chair; advisor:  Dr. Brigitte Huber) |

### Thesis Exam Committees:

| | |
|---|---|
| Fred Li | May 1995 (advisor:  Dr. Phil Leder) |
| Ben Stanger (chair) | May 1996 (advisor:  Dr. Phil Leder) |
| Jennifer Brown (chair) | Aug 1996 (advisor:  Dr. Michael Greenberg) |
| Martha Petrovich | Sept 1997 (advisor:  Dr. Dan Tenen) |
| Eric Liao | Aug 2000 (advisor:  Dr. Len Zon) |
| Julie Frantsve | Jan 2001 (advisor:  Dr. Gary Gilliland) |
| Jennifer O'Neill | Jan 2004 (advisor:  Dr. Michelle Kelliher, UMass) |
| Maryann Giel-Moloney | Oct 2006 (advisor:  Dr. Andrew Leiter) |
| Deanna Mele | May 2009 (chair; advisor:  Dr. Brigitte Huber) |
| Miriam Enos | July 2010 (chair; advisor:  Dr. Phil Hinds) |
| Volkan Gunduz | Jan 2011 (chair; advisor:  Dr. Phil Hinds) |

### Preliminary Qualifying Exam Committees:

| | |
|---|---|
| Jennifer Brown | Apr 1993 |

16

| Timothy Grammer | Apr 1994 |
| Jay Harper | Mar 1995 (chair) |
| Vince Aguirre | Mar 1996 |
| Carolyn Pettibone | Mar 1999 |
| Yonatan Grad | May 2001 |
| Jesse Boehm | Nov 2002 |

Graduate Student Advancement Committees (UCI):

| Stefan Brooks | July 2017 |
| Bri Craver | May 2018 |

4. Advisory/Supervisory Responsibilities in Clinical Settings

1990-present:  Supervision of medical students, residents, and fellows on General Medical Service, Hematology/Oncology Inpatient Service, and Hematology Consult Service, Brigham & Women's Hospital, Tufts Medical Center, and currently UC Irvine Medical Center

**Regional, National or International Contributions**

1. Invited Presentations

Dec. 1989- Plenary session presentation, American Society of Hematology annual meeting, Atlanta GA.

Dec. 1990- Plenary session presentation, American Society of Hematology annual meeting, Boston MA.

July 1990- Participant, Gordon Research Conference on Molecular Genetics, Newport RI.

June 1991- Invited lecturer, European School of Hematology, Cytogenetics and Molecular Genetics of Malignant Blood Disorders, Chateau de Maffliers, France.

July 1991- Participant, Gordon Research Conference on Human Molecular Genetics, Newport RI.

October 1991- Invited speaker, XV Symposium, International Association for Comparative Research on Leukemia and Related Diseases, Padova Italy.

Dec. 1991- Plenary session presentation, American Society of Hematology annual meeting, Denver CO.

April 4-7 1992- Invited speaker, Keystone Symposia Workshop on Chronic Myelogenous Leukemia, Martha's Vineyard MA.

October 4-7 1992- Invited speaker, Second International Conference on Chronic Myeloid Leukemia, Bologna, Italy.

Dec. 1992- Poster session presentation, American Society of Hematology annual meeting, Anaheim CA.

17

August 1993- Participant, Gordon Research Conference on Cancer, Newport RI.

Dec. 1993- Session chairman, American Society of Hematology Annual Meeting, St. Louis MO.

Dec. 1994- Session chairman, American Society of Hematology Annual Meeting, Nashville TN.

June 14 1995- Hematology/Oncology Grand Rounds, Walther Oncology Center, Indiana University.

June 20-24 1995- Speaker, 11th Annual meeting on Oncogenes, Frederick MD.

Dec 4 1995- Poster session presentation, American Society of Hematology 1995 Annual Meeting, Seattle WA.

Dec. 5 1995- Research seminar, Fred Hutchinson Cancer Research Center, Seattle WA.

Jan. 26-31 1996- Invited Speaker, Intl. Conference on Chronic Myeloid Leukemia, Jerusalem Israel.

Feb. 1 1996- Research seminar, Dept. of Human Genetics, Sackler Medical School, Tel-Aviv Israel.

Dec. 18 1996- Oncology seminar, Kimmel Cancer Institute, Jefferson Medical School, Philadelphia PA.

June 11 1997- Research seminar, The Hospital for Sick Children, Toronto.

July 12-17 1997- Invited speaker, FASEB meeting on Hematologic Neoplasms, Saxon River VT.

Dec. 4 1997- Research seminar, Department of Pathology, UC San Diego.

Dec. 7, 1997-  Simultaneous session chairman and speaker, American Society of Hematology Annual Meeting, San Diego CA.

Dec. 18 1997- Research seminar, St. Elizabeth's Hospital Medical Center, Boston MA.

Jan. 21 1998- Oncology Grand Rounds, Roswell Park Cancer Institute, Buffalo NY.

Aug. 19 1998- Research Seminar, Ruttenberg Cancer Center, Mt. Sinai Medical Center, New York NY.

Aug. 19-23, 1998- Platform speaker, Cancer Genetics and Tumor Suppressor Genes meeting, Cold Spring Harbor Laboratory.

Oct. 20, 1998- Hematology-Oncology Grand Rounds, Beth Israel Deaconess Medical Center.

Dec. 3, 1998- Research seminar, Department of Cell Biology and Anatomy, University of Miami School of Medicine, Miami FL.

Dec. 4 1998- Invited speaker, Biannual Workshop on Myeloid Development, Miami FL.

Feb 22-25 1999- Invited speaker, Harvard-Munich Workshop on AML, Grainau Germany.

Feb. 25 1999- Research seminar, European Molecular Biology Laboratory, Heidelberg Germany.

Mar. 1 1999- Research seminar, Max-Planck Institute für Immunbiologie, Freiburg Germany.

Jul. 6 1999- Research seminar, Centre Transfusion de Sangre, University Hospital, Poitiers France.

Jul. 7-9 1999- Invited speaker, International Symposium on Chronic Myeloid Leukemia, Biarritz France.

July 23-29 1999- Invited speaker, Biannual FASEB Summer Conference on Hematological Malignanices, Saxtons River VT.

Sept. 27 1999- Hematology/Oncology Grand Rounds, Veterans Administration Medical Center, Jamaica Plain MA.

Dec. 2 1999- Research seminar, Feist-Weiler Cancer Center, Louisana State University Medical School, Shreveport LA.

Dec. 4 1999- American Society of Hematology 1999 Annual Meeting, Scientific Subcommittee on Neoplasia, Invited speaker.

June 6 2000- Laurie Strauss Leukemia Foundation Lecturer, Memorial Sloan-Kettering Cancer Center, New York NY.

June 11-14, 2000- Invited speaker, 3rd International Conference on Chronic Myeloid Leukemia, Bologna Italy.

Sept. 22-25, 2000- Invited speaker, European School of Hematology meeting on Chronic Myeloid Leukaemia, Portofino Italy.

Nov. 11, 2000- Hematology-Oncology Grand Rounds, New York University Medical Center, New York NY.

Nov. 30, 2000- Research seminar, Department of Pathology, Stanford University School of Medicine, Stanford CA.

Dec. 1, 2000- Invited speaker, 3rd Biannual Workshop on Myeloid Biology, San Francisco CA.

Dec. 5, 2000- Research seminar, Sugen Phamaceuticals Inc., South San Francisco CA.

March 20, 2001- Invited speaker, New York Society for the Study of Blood.

March 21, 2001- Research seminar, Ruttenberg Cancer Center, Mt. Sinai School of Medicine, New York NY.

March 26, 2001- Research seminar, Division of Hematology/Oncology, Boston VA Medical Center.

July 28-Aug. 2, 2001- Invited speaker, Biannual FASEB Summer Conference on Hematological Malignanices, Snowmass, CO.

November 8, 2001- Invited speaker, EPRI Workshop on Electromagnetic Fields and Childhood Leukemia, Lexington MA.

Dec. 10, 2001- American Society of Hematology 2001 Annual Meeting, CML and Red Cell sessions, oral presentations.

Feb. 7, 2002- Research Seminar, Division of Signal Transduction, Beth Israel-Deaconess Medical Center, Boston.

Feb. 11, 2002- Research Seminar, Department of Hematology/Oncology, Tufts University School of Medicine/New England Medical Center.

April 8-9, 2002- Invited speaker, 4th Euroworkshop on Animal Models of Leukemia, Hopital St. Louis, Paris.

Sept. 25-27, 2002- Invited speaker, 2nd biannual Workshop on Mouse Models of Hematopoietic Malignancies, New York City.

Oct. 2-6, 2002- Participant, Molecular Genetics of Aging, Cold Spring Harbor Laboratory, NY.

Oct. 29, 2002- Grand Rounds, Yale Cancer Center, Yale University School of Medicine, New Haven CT.

Nov. 6, 2002- Research seminar, Division of Bone Marrow Transplantation, Washington University School of Medicine, St. Louis MO.

Nov. 21, 2002- Research seminar, Immunology Program, Tufts University School of Medicine, Boston MA.

Dec. 6, 2002- Invited speaker, 4th Biannual Workshop on Myeloid Biology, Philadelphia PA.

Feb 2, 2003- Grand Rounds, Cancer Center, University of Rochester Medical School, Rochester NY.

Mar 30- Apr 3, 2003- Invited speaker, 5th Euroworkshop on Animal Models of Leukemia, Hopital St. Louis, Paris.

April 15, 2003- Research seminar, Biological Engineering Division and Center for Environmental Health & Sciences, M.I.T.

May 6, 2003 – Research seminar, Center for Blood Research, Harvard Medical School.

July 26-31, 2003- Invited speaker and Session Chair, Biannual FASEB Summer Conference on Hematological Malignanices, Saxtons River VT.

Sept. 27-30, 2003- Invited speaker, European School of Hematology International Conference on Chronic Myeloid Leukaemia, Rapallo, Italy.

Nov. 7, 2003- Invited speaker, Stohlman Scholars Symposium, Leukemia & Lymphoma Society annual meeting, Cleveland OH.

Dec. 5, 2003- Invited speaker, 5th Annual Workshop on Myeloid Biology, San Diego CA.

Jan. 23, 2004- Cancer Center Grand Rounds, Tufts-New England Medical Center, Boston MA.

May 20, 2004- Medical Grand Rounds, Saints Memorial Hospital, Lowell MA.

June 8, 2004- Research seminar, Tupper Research Institute, Tufts-NEMC, Boston MA.

Aug. 5-7, 2004- Invited participant, ASCO Retreat on Hematologic Malignancies, Kauai HI

Sept. 16, 2004- Invited speaker, Maine Medical Center Research Institute, Portland ME

Sept. 20, 2004- Seminar, Department of Cellular and Molecular Physiology, Tufts University School of Medicine

Oct. 12, 2004- Invited participant, Symposium on Applications of Zoledrenic acid in Hematologic Malignancies, Novartis Pharma, Paris, France

Oct. 15, 2004- Invited speaker, Yale/Keck Center Symposium on Proteomics and Protein Kinases, Yale University, New Haven CT.

Oct. 29, 2004- Medical Grand Rounds, Tufts-New England Medical Center, Boston MA.

Nov. 12, 20004- Bone Marrow Transplantation Seminar, Tufts-New England Medical Center, Boston MA.

Nov. 15, 2004- Invited speaker, Symposium honoring Dr. Herb Abelson, University of Chicago, Chicago IL.

Dec. 3, 2004- Invited speaker, 6th Annual Workshop on Myeloid Biology, San Diego CA.

March 9, 2005- Medical Grand Rounds, Melrose-Wakefield Hospital, Melrose MA.

April 8-10, 2005- Invited plenary speaker, 11th Annual European Investigators in CML meeting, Oxford UK.

June 2-5, 2005- Invited speaker, EHA annual meeting, Stockholm, Sweden

July 28-31, 2005- Invited speaker, FASEB meeting on Hematologic Malignancies, Saxton River VT.

Nov. 11-13, 2005- Invited Plenary speaker, ESH Workshop on CML in the 21st century, Genoa Italy

Dec. 9, 2005- Invited speaker, 7th Annual Workshop on Myeloid Biology, Atlanta GA.

Feb. 2-5, 2006- Invited speaker, ESH-AACR conference on Molecular Basis for targeted therapy for leukemia, Cascais Portugal.

May 18-19, 2006- Invited speaker, Discovery Strategies 2006, New York NY.

May 24, 2006- Cancer Center grand rounds, Ohio State University, Columbus OH.

May 31, 2006- Seminar, Department of Leukemia, MD Anderson Cancer Center, Houston TX.

July 6, 2006- Seminar, Fels Insitute for Biomedical Research, Temple University, Philadelphia PA

Sept. 13-15, 2006 – Invited speaker, 2nd ESH Euroconference on Myeloproliferative Disorders, Madeira, Portugal.

Oct. 6, 2006 – Cancer Center Grand Rounds, Tufts-New England Medical Center, Boston MA

Oct. 11, 2006 – Cancer Center Grand Rounds, Roswell Park Cancer Institute, Buffalo NY

Nov. 5, 2006- Invited speaker, 11th International Conference on Differentiation Therapy in Oncology, Versailles, France

Dec. 8, 2006- Invited speaker, 8th Annual Workshop on Myeloid Biology, Orlando FL.

March 15, 2007 – Research seminar, Division of Hematology/Oncology, Boston Medical Center.

March 29, 2007 – Translational Research Seminar, University of Michigan Cancer Center.

July 21-24, 2007 – Invited speaker, biannual FASEB meeting on Hematopoietic Neoplasms, Saxton River, VT

July 25-29, 2007 – Invited speaker, ESH meeting on Molecular Characteristics of Leukemia Stem Cells, Foz do Iguazu, Brazil

Sept. 15-19, 2007 – Invited speaker, Leukemia & Lymphoma: East and West Together, Dubrovnik, Croatia

Sept. 28-30, 2007 – Keynote speaker, 9th International ESH Conference on Chronic Myeloid Leukemia, Mandelieu, France

Oct. 26-28, 2007 – Invited speaker, Targets and Targeted Drugs in Chronic Myeloid Leukemia, Vienna, Austria

Nov. 27, 2007- Hematology/Oncology Grand Rounds, University of Pennsylvania, Philadelphia PA.

Dec. 10, 2007- Oral presentation, 49th Annual ASH meeting, Novel Therapies for CML, Atlanta GA.

Dec. 12-14, 2007- Invited speaker, 2nd International Workshop on Myeloproliferative Diseases, San Juan, Puerto Rico

Jan. 15-16, 2008- Cancer Medicine and Hematology Grand Rounds, MD Anderson Cancer Center, Houston TX

Feb 22, 2008 – Cancer Center Grand Rounds, Tufts Medical Center, Boston MA

April 29, 2008– Noon Seminar, Division of Hematology, Brigham & Women's Hospital, Boston

June 13, 2008 – Invited speaker, Educational Sesson in CML, 13th annual European Hematology Association Congress, Copehagen, Denmark

July 12, 2008 – Session moderator, Leukemia Stem Cells, 37th Annual Scientific Meeting of the International Society of Experimental Hematology, Boston MA

Sept. 6, 2008 – Invited keynote speaker, 10th International ESH Conference on Chronic Myeloid Leukemia, Boston, MA

Sept. 10, 2008 – Invited speaker, NCI Mouse Models of Human Cancers Consortium, 4th Workshop on Hematopoietic Malignancies, Boston, MA

Sept. 18-20, 2008 – Invited speaker, European School of Haematology Conference on Myeloproliferative Disorders, Athens, Greece

Dec. 5, 2008- Invited speaker, 10th Annual Workshop on Myeloid Biology, San Francisco CA

Dec. 8, 2008- Oral presentation, 50th Annual ASH meeting, Novel Therapies for CML, San Francisco CA

Dec. 10-11, 2008- Invited speaker, 3rd International Workshop on Myeloproliferative Diseases, Sonoma CA

Jan. 16, 2009 – Cancer Center Grand Rounds, Ohio State University Medical Center, Columbus OH

Apr. 3-5, 2009 – Invited speaker, European School of Haematology Conference on Leukemia Stem Cells, Mandelieu France

Apr. 24-26, 2009 – Invited speaker, 4th International Symposium on MDS and MPN, MD Anderson Cancer Center, Houston TX

May 19, 2009 – Hematology/Oncology Grand Rounds, Memorial Sloan-Kettering Cancer Center, New York NY

June 5, 2009- Invited speaker, LabLinks/Cell Press Symposium, "Molecular Pathogenesis of Leukemia & Lymphoma", Boston MA

August 2-7, 2009- Invited speaker, FASEB meeting on Hematologic Malignancies, Saxton River VT.

Sept. 9, 2009 – Invited plenary speaker, 38th Annual Scientific Meeting of the International Society of Experimental Hematology, Athens, Greece

Sept. 10-12, 2009 – Invited speaker, 11th International ESH Conference on Chronic Myeloid Leukemia, Bordeaux, France

Nov. 9, 2009 – Invited speaker, Feinstein Institute for Medical Research, North-Shore-Long Island Jewish Medical Center, Manhasset, NY

Dec. 3, 2009 – Invited speaker, Third Annual Global CML Workshop, New Orleans LA

Dec. 4, 2009- Invited speaker, 11th Annual Workshop on Myeloid Biology, New Orleans LA

Dec. 8, 2009- Oral presentation, 51st Annual ASH meeting, Best of ASH 2009, New Orleans LA

Dec. 9-10, 2009- Invited speaker, 4th International Workshop on Myeloproliferative Diseases, Natchez MI

Jan 29-30, 2010- Program Chair and speaker, Highlights of ASH®, Washington DC

Feb 5-6, 2010- Program Chair and speaker, Highlights of ASH®, Atlanta GA

Apr. 24-25, 2010 – Invited speaker, 5th International Symposium on MDS and MPN, MD Anderson Cancer Center, Houston TX

May 13-15, 2010- Program Chair and speaker, Highlights of ASH® Latin America, Rio de Janeiro, Brazil

June 12, 2010 – Invited speaker, Targeting the Kinome in Leukemic Disorders, 15th annual European Hematology Association Congress, Barcelona Spain

Sept. 24-25, 2010 – Organizing Committee and Invited speaker, 12th International ESH Conference on Chronic Myeloid Leukemia, Washington DC

Oct. 15, 2010 – Hematology/Oncology Grand Rounds, University of Nebraska, Omaha NE

Dec. 4-5, 2010 – Invited speaker, Myeloid Neoplasia Committee Scientific Session, 52nd Annual ASH meeting, Orlando FL

Dec. 8-9, 2010 – Invited speaker, 5th International Workshop on CML and MPN, Orlando FL

Feb 17-20, 2011 – Invited speaker, 15th Annual International Congress on Hematologic Malignancies, Whistler, British Columbia Canada

July 31-Aug 5, 2011- Invited speaker, FASEB meeting on Hematologic Malignancies, Saxton River VT.

Sept 17-21, 2011 – Invited speaker, Leukemia & Lymphoma Symposium, Dubrovnik, Croatia

Sept 22-25, 2011 – Keynote speaker, 13th European School of Hematology Conference on Chronic Myeloid Leukemia: Biology & Therapy, Estoril, Portugal

Jan. 18, 2012 – Leukemia Department Grand Rounds, MD Anderson Cancer Center, Houston TX

Jan. 25, 2012 – Faculty, 12th Annual ASH Review, Cleveland Clinic/Taussig Cancer Institute, Cleveland OH

June 16, 2012 – Invited speaker, Hematology in Focus session, 17th annual European Hematology Association Congress, Amsterdam Netherlands

Sept. 20-23, 2012 – Organizing Committee & Invited speaker, 14th European School of Hematology Conference on Chronic Myeloid Leukemia, Baltimore MD

Oct. 4-6, 2012 – Invited speaker, 5th European School of Hematology Conference on Myeloproliferative Neoplasms, Vienna, Austria

Oct. 10-13, 2012 – Invited speaker, Hematologic Malignancies 2012 Symposium, MD Anderson Cancer Center, Houston TX

May 22-25, 2013 – Invited speaker, 4th International Congress on Leukemia, Lymphoma & Myeloma, Istanbul Turkey

Sept. 11-14, 2013 – Invited speaker, XXVI Symposium of the International Association for Comparative Research on Leukemia and Related Diseases, Torino, Italy

Sept. 26-29, 2013 – Organizing Committee and Invited Speaker, 15th International ESH Conference on Chronic Myeloid Leukemia: Biology and Therapy, Estoril, Portugal

Dec. 7-8, 2013 – Speaker, Educational Session on Chronic Myeloid Leukemia, "Alternative approaches to eradicating the malignant clone in CML: TKI combinations and beyond". 55th Annual American Society of Hematology Meeting, New Orleans LA

Dec. 9th, 2013 – Co-organizer and Speaker, 7th Post-ASH Workshop on CML and MPN, New Orleans LA

Mar. 7-8, 2014 – Invited speaker, Stem Cell Biology and MPD Symposium, Warren Alpert Medical School of Brown University, Providence RI

May 21-23, 2014 – Invited speaker, 3rd International Conference on Leukemia, Portofino Italy

June 27-29, 2014 – Invited speaker, International Tongji Forum on Stem Cells and Blood Diseases, Tongi University, Shanghai, China

Sept. 4-7, 2014 – Co-organizer and invited speaker, 16th John Goldman Conference on Chronic Myeloid Leukemia: Biology & Therapy; European School of Haematology, Philadelphia PA

Oct. 17-19, 2014 – Invited speaker, ELN Frontiers Meeting 2014, Berlin, Germany

Oct. 23-25, 2014 – Invited speaker, 6th International Conference on Myeloproliferative Neoplasms, Estoril, Portugal

May 7-10, 2015 – Invited speaker, International Conference on The Tumour Microenvironment in the Haematologic Malignancies and its Therapeutic Targeting, Lisbon, Portugal

Sept. 23-27, 2015 – Invited speaker, Leukemia & Lymphoma 2015, East and West: Linking Knowledge and Practice, Dubrovnik, Croatia

Oct. 1-4, 2015 – Co-organizer and invited speaker, 17th John Goldman Conference on Chronic Myeloid Leukemia: Biology & Therapy; European School of Haematology, Estoril, Portugal

Jan. 15, 2016 – USC Norris Comprehensive Cancer Center Grand Rounds, Los Angeles CA

Sept. 7-9, 2016 – Society of Hematologic Oncology, 4th annual meeting, Educational Committee member and Invited Speaker, Houston TX

Dec. 12th, 2017 – Co-organizer and Speaker, 12th Post-ASH Workshop on CML and MPN, Atlanta GA

Mar. 22, 2019 – University of Florida Cancer Center Grand Rounds, Gainesville FL

June 13-16, 2019 – Invited speaker, "Mathematical Models of CML Myelopoiesis: Biological Insights & Implications for Therapy", European Hematology Association 24th annual meeting, Amsterdam, Netherlands

Dec. 10th, 2019 – Co-organizer and Speaker, 14th Post-ASH Workshop on CML and MPN, Orlando FL

**Clinical Activities**

Clinical practice:  Hematology, hematologic malignancies
Site of practice:  UC Irvine Medical Center, Orange CA
Time commitment:
    inpatient:     attending on hematology/oncology inpatient service one month per year
    outpatient:    longitudinal care of small (approx. 100) population of patients with hematologic malignancies and myeloproliferative disorders

## BIBLIOGRAPHY

Original Reports (H-index = 62)

1. **Van Etten RA**, Walberg MW, Clayton DA. Precise localization and nucleotide sequence of the two mouse mitochondrial rDNA genes and three immediately adjacent novel tRNA genes. Cell 1980; 22:157-170.
2. Bibb MJ, **Van Etten RA**, Wright CT, Walberg MW, Clayton DA. Sequence and gene organization of mouse mitochondrial DNA. Cell 1981; 26:167-180.
3. **Van Etten RA**, Bird JW, Clayton DA. Identification of the 3' termini of the two mouse mitochondrial ribosomal RNAs: the 3' end of 16S ribosomal RNA contains nucleotides encoded by the gene for transfer RNA $_{Leu}$. J. Biol. Chem. 1983; 258:10104-10108.
4. **Van Etten RA**, Jackson P, Baltimore D. The mouse type IV c-*abl* gene product is a nuclear protein, and activation of transforming ability is associated with cytoplasmic localization. Cell 1989; 58:669-678.
5. Daley GQ, **Van Etten RA**, Baltimore D. Induction of chronic myelogenous leukemia in mice by the P210$^{bcr/abl}$ gene of the Philadelphia chromosome. Science 1990; 247:824-830.
6. Scott ML, **Van Etten RA**, Daley GQ, Baltimore D. v-*abl* causes hematologic disease distinct from that caused by *bcr/abl*. Proc. Nat. Acad. Sci. USA 1991; 88:6506-6510.
7. Daley GQ, **Van Etten RA**, Baltimore D. Blast crisis in a murine model of chronic myelogenous leukemia. Proc. Nat. Acad. Sci. USA 1991; 88:11335-11338.
8. Mayer BJ, Jackson PK, **Van Etten RA**, Baltimore D. Point mutations in the *abl* SH2 domain coordinately impair phosphotyrosine binding *in vitro* and transforming activity *in vivo*. Mol. Cell. Biol. 1992; 12:609-618.
9. Daley GQ, **Van Etten RA**, Jackson P, Bernards A, Baltimore D. Non-myristoylated Abl proteins transform a factor-dependent hematopoietic cell line. Mol. Cell. Biol. 1992; 12:1864-1871.
10. Ambrosino DM, Bolon D, Collard H, **Van Etten R**, Kanchana MV, Finberg RW. Effect of Haemophilus influenzae polysaccharide outer membrane protein complex conjugate vaccine on macrophages. J. Immunol. 1992; 149:3978-3983.
11. Wetzler M, Talpaz M, **Van Etten RA**, Hirsch-Ginsberg C, Beran M, Kurzrock R. Subcellular localization of Bcr, Abl, and Bcr-Abl proteins in normal and leukemic cells and correlation of expression with myeloid differentiation. J. Clin. Invest. 1993; 92:1925-1939.
12. **Van Etten RA**, Jackson PK, Baltimore D, Sanders MC, Matsudaira PT, Janmey PA. The COOH-terminus of the c-Abl tyrosine kinase contains distinct F-and G-actin binding domains with bundling activity. J. Cell Biol. 1994; 124:325-340.
13. Dziennis S, **Van Etten RA**, Pahl HL, Morris DL, Rothstein TL, Blosch CM, Perlmutter RM, Tenen DG. The CD11b promoter directs high level expression of reporter genes in macrophages in transgenic mice. Blood 1995; 85:319-329.
14. **Van Etten RA**, Debnath J, Zhou H, Casasnovas JM. Introduction of a loss-of-function point mutation from the SH3 region of the *Caenorhabditis elegans sem-5* gene activates the transforming ability of c-*abl* in vivo and abolishes binding of proline-rich ligands in vitro. Oncogene 1995; 10:1977-1988.
15. Wetzler M, Talpaz M, Yee G, Stass SA, **Van Etten RA**, Andreeff M, Goodacre AM, Kleine H-D, Mahadevia RK, Kurzrock R. Cell-cycle-related shifts in subcellular localization of Bcr: Association with mitotic chromosomes and with heterochromatin. Proc. Natl. Acad. Sci. USA 1995; 92:3488-3492.
16. Ilaria RL Jr and **Van Etten RA**. The SH2 domain of P210$^{BCR/ABL}$ is not required for the transformation of hematopoietic factor-dependent cells. Blood 1995; 86:3897-3904.
17. Saez E, Oppenheim H, Smoluk J, Andersen JW, **Van Etten RA**, Spiegelman BM. c-*fos* is not essential for v-*abl*-induced lymphomagenesis. Cancer Res. 1995; 55:6196-6199.

27

18. Wen S-T, Jackson PK, **Van Etten RA**. The cytostatic function of c-Abl is controlled by multiple nuclear localization signals and requires the *p53* and *Rb* tumor suppressor gene products. EMBO J. 1996; 15:1583-1595.

19. Ilaria RL Jr and **Van Etten RA**. P210 and P190[BCR/ABL] induce the tyrosine phosphorylation and DNA binding activity of multiple specific STAT family members. J. Biol. Chem. 1996; 271:31704-31710.

20. Wen S-T and **Van Etten RA**. The *PAG* gene product, a stress-induced protein with antioxidant properties, is an Abl SH3-binding protein and a physiological inhibitor of c-Abl tyrosine kinase activity. Genes and Devel. 1997; 11:2456-2467.

21. Okuda K, D'Andrea A, **Van Etten RA**, Griffin JD. A chimeric receptor/oncogene that can be regulated by a ligand in vitro and in vivo. J. Clin. Invest. 1997; 100:1708-1715.

22. Schwaller J, Frantsve J, Aster J, Williams IR, Tomasson MH, Ross TS, Rompey LV, Peeters P, **Van Etten RA**, Ilaria Jr R, Marynen P, Gilliland DG. Transformation of hematopoietic cell lines to growth-factor independence and induction of a fatal myeloid- and lymphoproliferative disease in mice by retrovirally transduced *TEL/JAK2* fusion genes. EMBO J. 1998; 17:5321-5333.

23. Okuda K, D'Andrea A, **Van Etten RA**, Griffin JD. The C-terminus of c-Abl is required for proliferation and viability signaling in a c-Abl/erythropoietin receptor fusion protein. Blood 1998; 92:3848-56.

24. Liu L-Q, Ilaria RL, Kingsley PD, Iwama A, **Van Etten RA**, Palis J, Zhang D-E. A novel ubiquitin-specific protease, UBP43, cloned from leukemia fusion protein AML1-ETO expressing mice, functions in hematopoietic cell differentiation. Mol. Cell. Biol. 1999; 19:3029-3038.

25. **Van Etten RA**. Cycling, stressed-out, and nervous: Cellular functions of c-Abl. Trends Cell Biol. 1999; 9:179-186.

26. Li S, Ilaria RL Jr, Million R, Daley GQ, **Van Etten RA**. The P190, P210, and P230 forms of the *BCR/ABL* oncogene induce a similar chronic myeloid leukemia-like syndrome in mice but have different lymphoid leukemogenic activity. J. Exp. Med. 1999; 189:1399-1412.

27. Ilaria RL Jr, Hawley RG, **Van Etten RA**. Dominant negative mutants implicate STAT5 in myeloid cell proliferation and neutrophil differentiation. Blood 1999; 93:4154-4166.

28. Wang Y, Ripperger J, Fey GH, Samols D, Kordula T, Wetzler M, **Van Etten RA**, Baumann H. Modulation of hepatic acute phase gene expression by epidermal growth factor and Src protein tyrosine kinases in murine and human hepatic cells. Hepatology 1999; 30:682-697.

29. Huettner CS, Zhang P, **Van Etten RA**, Tenen DG. Reversibility of acute B-cell leukemia induced by *BCR-ABL1*. Nature Genetics 2000; 24:57-60.

30. Tomasson M, Sternberg DW, Williams I, Carroll M, Cain D, Aster JC, Ilaria RL, **Van Etten RA**, Gilliland DG. Fatal myeloproliferation, induced in mice by TEL/PDGF R expression, depends on PDGF R tyrosines 579/581. J. Clin. Invest. 2000, 105:423-432.

31. Million RP, **Van Etten RA**. The Grb2 binding site is required for induction of chronic myeloid leukemia-like disease in mice by the Bcr/Abl tyrosine kinase. Blood 2000; 96:664-670.

32. Zukerberg LR, Patrick GN, Nikolic M, Humbert S, Wu CL, Lanier LM, Gertler FB, Vidal M, **Van Etten RA**, Tsai LH. Cables links Cdk5 and c-Abl and facilitates Cdk5 tyrosine phosphorylation, kinase up-regultion, and neurite outgrowth. Neuron 2000; 26:633-646.

33. Brasher BB, **Van Etten RA**. c-Abl has high intrinsic tyrosine kinase activity that is stimulated by mutation of the Src homology 3 domain and by autophosphorylation at two distinct regulatory tyrosines. J. Biol. Chem. 2000; 275:35631-35637.

34. Roumiantsev S, de Aos I, Varticovski L, Ilaria RL, **Van Etten RA**. The Src homology 2 domain of Bcr/Abl is required for efficient induction of chronic myeloid leukemia-like disease in mice, but not for lymphoid leukemogenesis or for activation of phosphatidylinositol 3-kinase. Blood 2001; 97:4-13.

35. Tomasson MH, Williams IR, Li S, Kutok J, Gillessen S, Dranoff G, **Van Etten RA**, Gilliland DG.  Induction of myeloproliferative disease in mice by tyrosine kinase fusion oncogenes does not require GM-CSF or IL-3.  Blood 2001; 97:1435-1441.

36. Li S, Gillessen S, Tomasson MH, Dranoff G, Gilliland DG, **Van Etten RA**.  Interleukin-3 and granuolcyte-macrophage colony-stimulating factor are not required for induction of chronic myeloid leukemia-like myeloproliferative disease by *BCR/ABL*.  Blood 2001; 97:1442-1450.

37. Smith KM, **Van Etten RA**.  Activation of c-Abl kinase activity and transformation by a chemical inducer of dimerization.  J. Biol. Chem. 2001; 276:24372-24379.

38. Brasher BB, Roumiantsev S, **Van Etten RA**.  Mutagenic analysis of the regulatory function of the c-Abl Src homology 3 domain.  Oncogene 2001; 20:7744-7752.

39. Li S, Couvillon AD, Brasher BB, **Van Etten RA**.  Tyrosine phosphorylation of Grb2 by Bcr/Abl and epidermal growth factor receptor: a novel regulatory mechanism for tyrosine kinase signaling.  EMBO J. 2001; 20:6793-6804.

40. Dash AB, Williams IR, Kutok JL, Tomasson MH, Anastasiadou E, Lindahl K, Li S, **Van Etten RA**, Borrow J, Housman D, Druker B, Gilliland DG.  A murine model of CML blast crisis induced by cooperation between *BCR/ABL* and *NUP98/HOX49*.  Proc. Natl. Acad. Sci. USA 2002; 99:7622-7627.

41. Million RP, Aster J, Gilliland DG, **Van Etten RA**.  The Tel-Abl (ETV6-Abl) tyrosine kinase, product of complex (9;12) translocations in human leukemia, induces distinct myeloproliferative disease in mice.  Blood 2002; 99:4568-4577.

42. Sattler M, Mohi MG, Pride YB, Quinnan LR, Malouf NA, Podar K, Gesbert F, Iwasaki H, Li S, **Van Etten RA**, Gu H, Griffin JD, Neel BG.  Critical role for Gab2 in transformation by BCR/ABL.  Cancer Cell 2002; 1:479-492.

43. Goldberg Z, Vogt Sionov R, Berger M, Zwang Y, Perets R, **Van Etten RA**, Oren M, Taya Y, Haupt Y.  Tyrosine phosphorylation of Mdm2 by c-Abl: implications for p53 regulation.  EMBO J. 2002; 21:3715-3727.

44. Roumiantsev S, Shah NP, Gorre ME, Nicoll J, Brasher BB, Sawyers CL, **Van Etten RA**.  Clinical resistance to the kinase inhibitor STI-571 in CML by mutation of Tyr253 in the Abl kinase domain P-loop.  Proc. Natl. Acad. Sci. USA 2002; 99:10700-10705.

45. Neumann CA, Krause DS, Carman CV, Das S, Dubey DP, Abraham JL, Bronson RT, Fujiwara Y, Orkin SH, **Van Etten RA**.  Essential role for the peroxiredoxin Prdx1 in erythrocyte antioxidant defense and tumor suppression.  Nature 2003; 424:561-565.

46. Smith KM, Yacobi R, **Van Etten RA**.  Autoinhibition of Bcr-Abl through its SH3 domain.  Molecular Cell 2003; 12:27-37.

47. **Van Etten RA**.  c-Abl regulation: A tail of two lipids.  Curr. Biol. 2003; 13:R608-610.

48. Roumiantsev S, Krause DS, Neumann CA, Dimitri CA, Asiedu F, Cross NCP, **Van Etten RA**.  Distinct stem cell myeloproliferative/T-lymphoma syndromes induced by *ZNF198-FGFR1* and *BCR-FGFR1* fusion genes of 8p11 translocations.  Cancer Cell 2004; 5:287-298.

49. Hu Y, Liu Y, Pelletier S, Buchdunger E, Warmuth M, Fabbro D, Hallek M, **Van Etten RA**, Li S.  Requirement of Src kinases Lyn, Hck and Fgr for *BCR-ABL1*-induced B-lymphoblastic leukemia but not chronic myeloid leukemia.  Nature Genetics 2004; 36:453-461.

50. Million RP, Harakawa N, Roumiantsev S, Varticovski L, **Van Etten RA**.  A direct binding site for Grb2 contributes to transformation and leukemogenesis by the Tel-Abl (ETV6-Abl) tyrosine kinase.  Mol. Cell. Biol. 2004; 24:4685-4695.

51. Krause DS, **Van Etten RA**.  Adoptive immunotherapy of *BCR-ABL*-induced chronic myeloid leukemia-like myeloproliferative disease in a murine model.  Blood 2004; 104:4236-4244.

52. **Van Etten RA**, Shannon KM.  Focus on myeloproliferative disease and myelodysplastic syndromes.  Cancer Cell 2004; 6:547-552.

53. Holdhoff M, Kreuzer K-A, Appelt C, Scholz R, Na I-K, Hildebrandt B, Riess H, Jordan A, Schmidt CA, **Van Etten RA**, Dörken B, le Coutre P.  Imatinib mesylate radiosensitizes a human giloblastoma cell line through inhibition of platelet-derived growth factor receptor.  Blood Cells Mol. Dis. 2005; 34:181-185.

54. Krause DS, **Van Etten RA.**  Tyrosine kinases as targets for cancer therapy. New Engl. J. Med. 2005; 353:172-187.

55. Derkinderen P, Scales TM, Hanger DP, Leung K-Y, Byers HL, Ward MA, Lenz C, Price C, Bird IN, Perera T, Kellie S, Williamson R, Noble W, **Van Etten RA,** Leroy K, Brion JP, Reynolds CH, Anderton BH.  Tyrosine 394 is phosphorylated in Alzheimers paired helical filament tau and in fetal tau with c-Abl as the candidate tyrosine kinase.  J. Neuroscience 2005; 25:6584.

56. Kerkelä R, Grazette L, Yacobi R, Iliescu C, Patten R, Beahm C, Walters B, Shevtsov S, Pesant S, Clubb FJ, Rosenzweig A, Salomon RN, **Van Etten RA,** Alroy J, Durand JB, Force T. Cardiotoxicity of the cancer therapeutic agent imatinib mesylate. Nature Medicine 2006; 12:908-916. (F1000Prime ℘℘℘℘℘)

57. Krause DS, Lazarides K, von Andrian UH, **Van Etten RA.**  Requirement for CD44 in homing and engraftment of BCR-ABL-expressing leukemic stem cells. Nature Medicine 2006; 12:1175-1180.

58. Zaleskas VM, Krause DS, Lazarides K, Patel N, Hu Y, Li S, **Van Etten RA**.  Molecular pathogenesis and therapy of polycythemia induced in mice by JAK2 V617F. PLoS ONE 2006; 1:e18.

59. Giel-Moloney M, Krause DS, Chen G, **Van Etten RA,** Leiter AB. Ubiquitous and uniform in vivo fluorescence in ROSA26-EGFP transgenic mice.  Genesis 2007, 45:83-89. PMC2121618

60. Force T, Krause DS, **Van Etten RA**. Molecular mechanisms of cardiotoxicity of tyrosine kinase inhibition. Nat. Rev. Cancer 2007; 7:332-344.

61. **Van Etten RA.**  Aberrant cytokine signaling in leukemia. Oncogene 2007; 26:6738-6749. NIHMS 579951

62. Krause DS, **Van Etten RA**. Right on target: eradicating leukemic stem cells. Trends Mol. Med. 2007; 13:470-481. NIHMS 579952

63. Walz C, Cross NCP, **Van Etten RA,** Reiter A.  Comparison of mutated JAK2 and ABL1 as oncogenes and drug targets in myeloproliferative disorders.  Leukemia 2008; 22:1320-1334. PMC3490192

64. Krause DS, **Van Etten RA**. Bedside to bench: interfering with leukemic stem cells.  Nature Medicine 2008; 14:494-5.  PMC3490184

65. Kisucka J, Chauhan AK, Patten IS, Yesilaltay A, Neumann C, Krieger M, **Van Etten RA,** Wagner DD.  Peroxiredoxin 1 plays an important role in preventing endothelial activation and early atherosclerosis. Circ. Res. 2008; 103:598-605.

66. Ko J, Patel N, Ikawa T, Kawamoto H, Frank O, Rivera RR, **Van Etten RA,** Murre C. Suppression of E-protein activity interferes with the development of *BCR-ABL*-mediated myeloproliferative disease. Proc. Natl. Acad. Sci. USA 2008; 105:12967-12972. PMC2529058

67. Bellodi C, Lindonnici MR, Soliera R, Ronchetti M, Young KW, Selmi T, Dinsdale D, Yacobi R, **Van Etten RA,** Donato N, Hunter A, Dyer MJ, Nicotera P, Salomoni P, Calabrettta B. Targeting autophagy potentiates imatinib-induced cell death in CML cells.  J. Clin. Invest. 2009; 119:1109-1123. PMC2673867 (F1000Prime ℘℘)

68. Chan WW, Wise SC, Kaufman MD, Ahn Y-M, Ensinger CL, Haack T, Hood MM, Jones J, Lord JW, Lu WP, Miller D, Patt WC, Smith BD, Petillo PA, Rutkoski TJ, Telikepalli H, Vogeti L, Yao T, Chun L, Clark R, Evangelista P, Gavrilescu LC, Lazarides K, Zaleskas VM, Stewart L, **Van Etten RA,** Flynn DL.  Conformational control inhibition of the BCR-ABL1 tyrosine kinase, including the gatekeeper T315I mutant, by the switch-control inhibitor DCC-2036. Cancer Cell 2011; 19:556-568. PMC3077923

69. Hu MG, Deshpande A, Schlichting N, Hinds EA, Mao C, Dose M, Hu G-F, **Van Etten RA,** Gounari F, Hinds PW. CDK6 kinase activity is required for thymocyte development. Blood 2011; 117:6120-6131. PMC3122937

70. Lu Y-F, Betancur M, Lazarides K, Klingemann H, **Van Etten RA**. Distinct graft-vs-leukemic

stem cell effect of early or delayed donor leukocyte infusion in a mouse chronic myeloid leukemia model. Blood 2012; 119:273-284. PMC3251232

71. Boissel L, Betancur M, Lu W, Wels WS, Marino T, **Van Etten RA**, Klingemann H. Comparison of mRNA and Lentiviral Based Transfection of NK cells with Chimeric Antigen Receptors Recognizing Lymphoid Antigens. Leuk. Lymphoma 2012; 53(5):958-965. PMC3047414

72. O'Callaghan K, Lee L, Nguyen N, Hsieh M-Y, Kaneider NC, Klein AK, Sprague K, **Van Etten RA**, Kuliopulos A, Covic L. Targeting CXCR4 with cell-penetrating pepducins in lymphoma and lymphocytic leukemia. Blood 2012;119(7):1717-1725. PMC3286348

73. Walz C, Ahmed W, Lazarides K, Betancur M, Patel N, Hennighausen L, Zaleskas VM, **Van Etten RA**. Essential role for *Stat5a/b* in myeloproliferative neoplasms induced by BCR-ABL1 and JAK2$^{V617F}$. Blood 2012; 119(15):3550-3560. PMC3325042

74. Cortes J, Lipton JH, Rea D, Digumarti R, Chuah C, Nanda N, Benichou AC, Craig AR, Michallet M, Nicolini FE, Kantarjian H, Ailawadhi S, Akard L, Baer M, Baccarani M, Emmons R, Etienne G, Guerci A, Guilhot F, Hellmann A, Huguet-Rigal F, Khoury H, Laneuville P, Coutre PL, Legros L, Leitner A, Maloisel F, Marin D, Masszi T, Parikh P, Rivera C, Rousselot P, Facon T, **Van Etten R**, Warzocha K, Wetzler M, Wiernik P. Phase 2 study of subcutaneous omacetaxine mepesuccinate after TKI failure in patients with chronic-phase CML with T315I mutation. Blood 2012;120(13):2573-2580.

75. Klingemann H, Grodman C, Cutler E, Duque M, Kadidlo D, Klein A, Sprague K, Miller K, Comenzo R, Kewalramani T, Yu N, **Van Etten RA**, McKenna D. Autologous stem cell transplant recipients tolerate haploidentical related-donor natural killer cell enriched infusions. Transfusion 2013;53(2):412-418. PMC3549470

76. Krause DS, Fulzele K, Catic A, Sun CC, Dombkowski D,Hurley MP, Lezeau S, Attar EC, Wu JW, Lin HY, Divieti-Pajevic P, Hasserjian RP, Schipani E, **Van Etten RA**, Scadden DT. Differential regulation of myeloid leukemia by the bone marrow microenvironment. Nature Medicine 2013;19:1513-1517. PMC3827980 (F1000Prime ♛♛)

77. Boissel L, Betancur M, Lu W, Krause DS, **Van Etten RA**, Wels WS, Klingemann H. Retargeting NK-92 cells using CD19- and CD20-restricted chimeric antigen receptors compares favorably with antibody-dependent cellular cytotoxicity. Oncoimmunology 2013;2(10):e26527. PMC3881109

78. Ahmed W, **Van Etten RA**. Alternative approaches to eradicating the malignant clone in CML: TKI combinations and beyond. Hematology Am. Soc. Hematol. Educ. Program 2013;2013:189-200. PMC4529996

79. Joshi I, Yoshida T, Jena N, Qi X, Zhang J, **Van Etten RA**, Georgopoulos K. Loss of Ikaros DNA-binding function confers integrin-dependent survival of pre-B cells and progression to acute lymphoblastic leukemia. Nature Immunology 2014;15(3):294-304. PMC4494688 (F1000Prime ★★)

80. Krause DS, Lazarides K, Lewis JB, von Andrian UH, **Van Etten RA**. Selectins and their ligands are required for homing and engraftment of BCR-ABL1+ leukemia-initiating cells in the bone marrow niche. Blood 2014;123(9):1361-1371. PMC3938148

81. Hsieh M-Y, **Van Etten RA**. IKK-dependent activation of NF-κB contributes to myeloid and lymphoid leukemogenesis by BCR-ABL1. Blood 2014; 123(15):2401-2411. PMC3983614

82. Jena N, Sheng J, Hu JK, Zhou W, Lee G, Tsichlis N, Pathak A, Brown N, Deshpande A, Luo C, Hu G-F, Hinds PW, **Van Etten RA**, Hu MG. CDK6-mediated repression of CD25 is required for pathogenesis of Notch1-induced T cell acute lymphoblastic leukemia. Leukemia 2016;30(5):1033-1043. PMC4856559

82. Gu S, Chan WW, Mohi G, Rosenbaum J, Sayad A, Lu Z, Virtanen C, Li S, Neel BG, **Van Etten RA**. Distinct signaling pathways mediated by the adapter GAB2 are essential for myeloid and lymphoid transformation and leukemogenesis by BCR-ABL1. Blood 2016; 127(14):1803-1813. PMC4825414

83. Hu Y, Zhang Z, Kashiwagi M, Yoshida T, Joshi I, Jena N, Somasundaram R, Okinola EA, Sigvardsson M, Fitamant J, El-Bardeesy N, Gounari F, **Van Etten RA**, Georgopoulos K. Super-enhancer reprogramming drives a B cell-epithelial transition and high-risk leukemia. Genes Dev. 2016;30(17):1971-1990. PMC5066240
84. Cortes J, Talpaz M, Smith HP, Synder DS, Khoury J, Bhalla K, Pinilla J, Larson RA, Mitchell D, Wise SC, Rutkoski TJ, Smith BD, Flynn DL, Kantarjian H, Rosen O, **Van Etten RA**. Phase 1 dose-finding study of rebastinib (DCC-2036) in patients with relapsed chronic myeloid leukemia and acute myeloid leukemia. Haematologica 2017;102(3):519-528. Open access journal.
85. Gu S, Sayad A, Chan G, Yang W, Zhibin Lu Z, Virtanen C, **Van Etten RA**, Neel BG. SHP2 is required for BCR-ABL1-induced hematopoietic neoplasia. Leukemia 2018;32(1):203-213. PMC6005183
86. Kumar R, Pereira RS, Zanetti C, Minciacchi VR, Merten M, Meister M, Niemann J, Dietz MS, Rüssel N, Schnütgen F, Tamai M, Akahane K, Inukai T, Oellerich T, Kvasnicka HM, Pfeifer H, Nicolini FE, Heilemann M, **Van Etten RA**, Krause DS. Specific, targetable interactions with the microenvironment influence imatinib-resistant chronic myeloid leukemia. Leukemia 2020; 34(8):2087-2101. PMC7387317
87. Lomeli LM, Iniguez A, Tata P, Jena N, Liu ZY, **Van Etten R**, Lander AD, Shahbaba B, Lowengrub JS, Minin VN. Optimal experimental design for mathematical models of haematopoiesis. J R Soc Interface 2021; 18(174):20200729. PMC7879761

## Reviews and Book Chapters

1. Battey J, Nagley P, **Van Etten RA**, Walberg MW, Clayton DA. Expression of the mouse and human mitochondrial DNA genomes. In: Kroon AM, Caccone C, eds. The organization and expression of the mitochondrial genomes. North Holland: Elsevier, 1980:277-286.
2. **Van Etten RA**, Michael NL, Bibb MJ, Brennicke A, Clayton DA. Expression of the mouse mitochondrial genome. In: Slonimski P, Borst P, Attardi G, eds. Mitochondrial Genes. Cold Spring Harbor: Cold Spring Harbor Press, 1982:73-88.
3. Clayton DA, **Van Etten RA**, Tapper DP, Walberg MW. Gene organization and function of the mammalian mitochondrial genome. In: Robberson DL, Saunders GF, eds. Perspective on genes and the molecular biology of cancer. New York: Raven Press, 1983:185-194.
4. Tapper DP, **Van Etten RA**, Clayton DA. Isolation of mammalian mitochondrial DNA and RNA and cloning of the mitochondrial genome. In: Fleischer S, Fleischer B, eds. Methods in Enzymology, vol. 97. New York: Academic Press, 1983:426-434.
5. **Van Etten RA**. Malignant transformation by *abl* and *BCR/ABL*. In: E. Liu and C. Benz, eds. Oncogenes and Tumor Suppressor Genes in Human Malignancies. Norwood MA: Kluwer Academic Publishers, 1992:167-192.
6. **Van Etten RA**. Molecular pathogenesis of the Philadelphia-positive leukemias: Implications for diagnosis and therapy. In: E.J. Freireich and H. Kantarjian, eds. Leukemia: Advances in Treatment and Research. Norwood MA: Kluwer Academic Publishers, 1993:295-325.
7. **Van Etten RA**. Animal models of chronic myelogenous leukemia. In: M. Talpaz and H. Kantarjian, eds. Medical Management of Chronic Myelogenous Leukemia. New York: Marcel Dekker, 1998:77-101.
8. **Van Etten RA**. Retroviral transduction models of Ph[+] leukemia: advantages and limitations for modeling human hematological malignancies in mice. Blood Cells Mol. Dis. 2001; 27:201-205.
9. **Van Etten RA**. Models of chronic myeloid leukemia. Current Oncol. Reports 2001; 3:228-237.

10. **Van Etten RA**. Animal models of Philadelphia-positive leukemia. In: A.M. Carella, G.Q. Daley, C.J. Eaves, J.M. Goldman and R. Hehlmann, eds. Chronic Myeloid Leukaemia: Biology and Treatement. London: Martin Dunitz, 2001: 101-131.
11. **Van Etten RA**. Pathogenesis and therapy of Ph⁺ leukemia: recent insights from mouse models. Curr. Opin. Hematol., 2001; 8:224-30.
12. **Van Etten RA**. The c-*ABL* gene and gene product. In: S. Brenner and J. Miller, eds. The Encyclopedia of Genetics. New York: Academic Press, 2001:250-251.
13. **Van Etten RA**. The *BCR/ABL* oncogene. In: S. Brenner and J. Miller, eds. The Encyclopedia of Genetics. New York: Academic Press, 2001:207-208.
14. **Van Etten RA**. Diagnosis and molecular genetics of chronic myeloid leukemia. In: UpToDate Hematology (http://www.uptodate.com)
15. **Van Etten RA**. Cellular and molecular biology of chronic myeloid leukemia. In: UpToDate Hematology (http://www.uptodate.com)
16. **Van Etten RA**. Studying the pathogenesis of *BCR-ABL*⁺ leukemia in mice. Oncogene 2002; 21:8643-8651.
17. Brain JD, Kavet R, McCormick DL, Poole C, Silverman LB, Smith TJ, Valberg PA, **Van Etten RA**, Weaver JC. Childhood leukemia: electric and magnetic fields as possible risk factors. Environ. Health Perspect. 2003; 111:962-970.
18. **Van Etten RA**. Mechanisms of transformation by the *BCR-ABL* oncogene: new perspectives in the post-imatinib era. Leuk. Res. 2004; 28 Suppl 1:21-28.
19. **Van Etten RA**. Modeling CML in mice: SpeCiaL expression is the key. Blood 2005;105:6-7.
20. **Van Etten RA**. A remarkABL new fusion oncogene in T-cell ALL. Blood 2005; 105:4547-4548.
21. Shannon K, **Van Etten RA**. JAKing up hematopoietic proliferation. Cancer Cell 2005;7:291-293.
22. **Van Etten RA**. The erythropoietin receptor lends a Friendly hand. Blood 2006; 107:5-6.
23. **Van Etten RA**. Oncogenic signaling: new insights and controversies from chronic myeloid leukemia. J. Exp. Med. 2007;204:461-465.
24. Gavrilescu LC, **Van Etten RA**. Production of replication-defective retrovirus by transient transfection of 293T cells. J. Vis. Exp. 2007;(10):550. PMC2557082
25. Gavrilescu LC, **Van Etten RA.** Applications of Murine Retroviral Bone Marrow Transplantation Models for the Study of Human Myeloproliferative Disorders. In: Current Protocols in Pharmacology, Pagosa Springs, CO: John Wiley & Sons, 2008.
26. **Van Etten RA**. Mouse models of myeloproliferative disease associated with mutant JAK2 tyrosine kinase: insights into pathophysiology and therapy. In: S. Li, Ed. Mouse Models of Human Blood Cancers: Basic Research and Preclinical Applications, pp.1-21. Springer, New York, 2008.
27. Okimoto RA, **Van Etten RA**. Navigating the road toward optimal initial therapy for chronic myeloid leukemia. Curr. Opin. Hematol. 2011;18:89-97. PMC3496274
28. **Van Etten RA**, Koschmieder S, Delhommeau F, Perrotti D, Holyoake T, Pardanani A, Mesa R, Green AR, Ibrahim AR, Mughal T, Gale RP, Goldman JM. The Ph-positive and Ph-negative myeloproliferative neoplasms: some topical preclinical and clinical issues. Haematologica 2011; 96(4):590-601. PMC3069237
29. Mughal TI, Radich JP, **Van Etten RA**, Quintás-Cardama A, Skorski T, Ravandi F, DeAngelo DJ, Gambacorti-Passerini C, Martinelli G, Tefferi A. Chronic Myeloid Leukemia 2011: Successes, challenges, and strategies – Proceedings of the 5ᵗʰ Annual BCR-ABL1 positive and BCR-ABL1 negative myeloproliferative neoplasms workshop. Am. J. Hematol. 2011; 86:811-819. PMC3485684
30. **Van Etten RA**. BCL6: A novel target for therapy of Ph⁺ B-cell acute lymphoblastic leukemia. Cancer Cell 2011;20:3-5.
31. Abdel-Wahab O, Pardanani A, Bernard OA, Finazzi G, Crispino JD, Gisslinger H. Kralovics R, Odenike O, Bhalla K, Gupta V, Garosi G, Gotlib J, Guglielmelli P, Kiladjian J-J, Noel P,

Cazzola M, Vannucchi AM, Hoffman R, Barbui T, Thiele J, **Van Etten RA**, Mughal T, Tefferi A. Unraveling the genetic underpinnings of myeloproliferative neoplasms and understanding their effect on disease course and response to therapy: Proceedings from the 6th International post-ASH symposium. Am. J. Hematol. 2012;87(5):562-568. PMC3491640

32. **Van Etten RA**, Mauro M, Radich JP, Goldman JM, Saglio G, Jamieson C, Soverini S, Gambacorti-Passerini C, Hehlmann R, Martinelli G, Perrotti D, Scadden DT, Skorski T, Tefferi A, Mughal TI. Advances in the biology and therapy of chronic myeloid leukemia: Proceedings from the 6th Post-ASH International CML and MPN Workshop. Leuk. Lymphoma 2013; 54(6):1151-1158. PMC3612371

33. **Van Etten RA**. New insights into the normal and leukemic stem cell niche: a timely review. Cytometry B Clin. Cytom. 2013;84(1):5-6.

34. Ahmed W, **Van Etten RA**. Signal transduction in the chronic leukemias: Implications for targeted therapies. Curr. Hematol. Malig. Rep. 2013;8(1):71-80. PMC3886724

35. Kantarjian H, et al. The price of drugs for chronic myeloid leukemia (CML); A reflection of the unsustainable prices of cancer drugs: From the perspective of a large group of CML experts. Blood 2013;121:4439-4442.

36. Mughal TI, Girnius S, Rosen S, Kumar S, Weistner A, Abdel-Wahab O, Kiladjian J-J, Wilson WH, **Van Etten RA**. Emerging therapeutic paradigms to target the deregulated Janus kinase/Signal transducer and activator of transcription pathway in hematologic malignancies. Leuk. Lymphoma 2014;55(9):1968-1979. PMC4344832

37. Mughal TI, Vannucchi AM, Soverini S, Bazeos A, Tibes R, Saglio G, Abdel-Wahab O, Pardanani A, Hehlmann R, Barbui T, **Van Etten R**, Tefferi A, Goldman JM. Current preclinical and clinical advances in the *BCR-ABL1*-positive and –negative chronic myeloproliferative neoplasms. Haematologica 2014;99(5):797-801. PMC4008109

38. **Van Etten RA**. Insights into the pathogenesis and therapy of myeloproliferative neoplasms from mouse models. Leukemia Supplements 2014;3:S27–S28.

39. Mughal TI, Tiziano B, Abel-Wahab O, Kralovics R, Jameison C, Kvasnicka H-M, Mullaly A, Rampal R, Mesa R, Kiladjian J-J, Deininger M, Prchal R, Hehlmann R, Saglio G, **Van Etten RA**. Novel insights into the biology and treatment of chronic myeloproliferative neoplasms. Leuk. Lymphoma 2015;56(7):1938-1948. PMC5076856

40. Tefferi A, Kantarjian H, Rajkumar SV, Baker LH, Abkowitz JL, Adamson JW, Advani RH, Allison J, Antman KH, Bast RC Jr, Bennett JM, Benz EJ Jr, Berliner N, Bertino J, Bhatia R, Bhatia S, Bhojwani D, Blanke CD, Bloomfield CD, Bosserman L, Broxmeyer HE, Byrd JC, Cabanillas F, Canellos GP, Chabner BA, Chanan-Khan A, Cheson B, Clarkson B, Cohn SL, Colon-Otero G, Cortes J, Coutre S, Cristofanilli M, Curran WJ Jr, Daley GQ, DeAngelo DJ, Deeg HJ, Einhorn LH, Erba HP, Esteva FJ, Estey E, Fidler IJ, Foran J, Forman S, Freireich E, Fuchs C, George JN, Gertz MA, Giralt S, Golomb H, Greenberg P, Gutterman J, Handin RI, Hellman S, Hoff PM, Hoffman R, Hong WK, Horowitz M, Hortobagyi GN, Hudis C, Issa JP, Johnson BE, Kantoff PW, Kaushansky K, Khayat D, Khuri FR, Kipps TJ, Kripke M, Kyle RA, Larson RA, Lawrence TS, Levine R, Link MP. Lippman SM, Lonial S, Lyman GH, Markman M, Mendelsohn J, Meropol NJ, Messinger Y, Mulvey TM, O'Brien SM, Perez-Soler R, Pollock R, Prchal J, Press O, Radich J, Rai K, Rosenberg SA, Rowe JM, Rugo H, Runowicz CD, Sandmaier BM, Saven A, Schafer AI, Schiffer C, Sekeres MA, Silver RT, Siu LL, Steensma DP, Stewart FM, Stock W, Stone R, Storb R, Strong LC, Tallman MS, Thompson M, Ueno NT, **Van Etten RA**, Vose JM, Wiernik PH, Winer EP, Younes A, Zelenetz AD, LeMaistre CA. (2015). In Support of a Patient-Driven Initiative and Petition to Lower the High Price of Cancer Drugs. Mayo Clinic Proceedings 2015;90(8):996-1000.

41. Mughal TI, Abdel-Wahab O, Rampal R, Mesa R, Koschmeider S, Levine R, Saglio G, Barbui T, **Van Etten RA**. Contemporary insights into the pathogenesis and treatment of chronic myeloproliferative neoplasms. Leuk. Lymphoma 2016;57(7):1517-1526.

42. Mughal TI, Gotlib J, Mesa R, Koschmieder S, Khoury HJ, Cortes JE, Barbui T, Hehlmann R, Mauro M, Saussele S, Radich JP, **Van Etten RA**, Saglio G, Verstovek S, Gale RP, Abdel-

Wahab O. Recent advances in the genomics and therapy of BCR/ABL1-positive and – negative chronic myeloproliferative neoplasms. Leuk. Res. 2018;67:67-74.

43. Mughal TI, Lion T, Abdel-Wahab O, Mesa R, Scherber R, Perrotti D, Mauro M, Verstovsek S, Saglio G, **Van Etten RA**, Kralovics R. Precision immunotherapy, mutational landscape, and emerging tools to optimize clinical outcomes in chronic myeloproliferative neoplasms. Hematol. Oncol. 2018; 36(5):740-748.

44. Mughal TI, Saglio G, Van Etten RA. Chronic myeloproliferative neoplasms: Some remaining challenges. HemaSphere 2018;2(5):e147. PMC6407801

45. Mughal TI, Pemmaraju N, Radich JP, Deininger MW, Kucine N, Kiladjian JJ, Bose P, Gotlib J, Valent P, Chen CC, Barbui T, Rampal R, Verstovsek S, Koschmieder S, Saglio G, **Van Etten RA**. Emerging translational science discoveries, clonal approaches, and treatment trends in chronic myeloproliferative neoplasms. Hematol Oncol. 2019; 37(3):240-252.

46. Mughal TI, Deininger MW, Kucine N, Saglio G, **Van Etten RA**. Children and adolescents with chronic myeloproliferative neoplasms: Still an unmet biological and clinical need? Hemasphere 2019;3(5):e283. PMC6919464

47. Fleischman AG, **Van Etten RA**. Pathogenesis of myeloproliferative neoplasms. In: Mughal T., Ed.  Oxford Specialist Handbook: Myeloproliferative Neoplasms, pp.xx.  Oxford University Press, Oxford, UK, 2020. ISBN: 9780198744214.

48. Mughal, TI, Pemmaraju, N, Psaila B, Radich J, Bose P, Lion T, Kiladjian J-J, Rampal R, Jain T, Verstovsek S, Yacoub A, Cortes JE, Mesa R, Saglio G, **Van Etten RA**. Illuminating novel biological aspects and potential new therapeutic approaches for chronic myeloproliferative malignancies. Hematol. Oncol. 2020; 38(5):654-664.

49. Mughal TI, Psaila B, DeAngelo DJ, Saglio G, **Van Etten RA**, Radich JP. Interrogating the molecular genetics of chronic myeloproliferative neoplasms for personalized management in 2021. Haematologica 2021; 4 Mar 2021. doi: 10.3324/heamatol.2020.267252

**EXHIBIT B**

## Materials Considered List: Richard A. Van Etten, MD, PhD

**Materials re Richard Blair**

Plaintiff Fact Sheet 1-11

Plaintiff Produced Records 1-391

Katz, Sanford, MD 1-213 (Records Produced at Deposition)

Willis Knighton Cancer Center 1-119

Willis Knighton Medical Center 1-7

Walgreens 1-9

01/10/20 Deposition Transcript of Joseph Blair

04/23/21 Deposition Transcript and Exhibits of Joseph Blair

04/23/21 Deposition Transcript and Exhibits of Tiara Blair

07/07/21 Deposition Transcript of Sanford Katz, MD

**Literature**

Abar L, Sobiecki JG, Cariolou M, Nanu N, Vieira AR, Stevens C, Aune D, Greenwood DC, Chan DSM, Norat T. "Body size and obesity during adulthood, and risk of lympho-haematopoietic cancers: an update of the WCRF-AICR systematic review of published prospective studies." Ann Oncol. 2019 Apr 1;30(4):528-541.

Alavanja MC, Sandler DP, McMaster SB, Zahm SH, McDonnell CJ, Lynch CF, Pennybacker M, Rothman N, Dosemeci M, Bond AE, Blair A. "The Agricultural Health Study." Environ Health Perspect. 1996 Apr; 104(4):362-9.

Altieri A, Bermejo JL, Hemminki K. "Familial risk for non-Hodgkin lymphoma and other lymphoproliferative malignancies by histopathologic subtype: the Swedish Family-Cancer Database." Blood. 2005 Jul 15; 106(2):668-72.

Alvarez-Moya, C., M. R. Silva, C. V. Ramírez, D. G. Gallardo, R. L. Sánchez, A. C. Aguirre and A. F. Velasco (2014). "Comparison of the in vivo and in vitro genotoxicity of glyphosate isopropylamine salt in three different organisms." Genet. Mol. Biol. 37(1): 105-110.

Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, Lynch CF, Lerro CC, De Roos AJ, Parks CG, Alavanja MC, Silverman DT, Beane Freeman LE. "Glyphosate Use and Cancer Incidence in the Agricultural Health Study." J Natl Cancer Inst. 2018 May 1;110(5):509-516.

Andreotti, G., J. H. Lubin, S. Koutros, J. N. Hofmann, D. P. Sandler, C. C. Lerro, C. G. Parks, D. T. Silverman and L. E. Beane Freeman (2019). "Response to Sheppard and Shaffer." J. Natl. Cancer Inst. 111(2): 216-218.

Astiz, M., M. J. de Alaniz and C. A. Marra (2009). "Antioxidant defense system in rats simultaneously intoxicated with agrochemicals." Environ. Toxicol. Pharmacol. 28(3): 465-473.

Baldrick, P. and L. Reeve (2007). "Carcinogenicity evaluation: comparison of tumor data from dual control groups in the CD-1 mouse." Toxicol. Pathol. 35(4): 562-569.

Benbrook, C. M. (2019). "How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides?" Environ. Sci. Eur. 31(2).

Boffetta, P. "Exposure to glyphosate and risk of non-Hodgkin lymphoma: an updated meta-analysis." Med Lav. 2021 Jun 15; 112(3):194-199.

Bolognesi, C., S. Bonatti, P. Degan, E. Gallerani, M. Peluso, R. Rabboni, P. Roggieri and A. Abbondandolo (1997). "Genotoxic Activity of Glyphosate and Its Technical Formulation Roundup." J. Agric. Food Chem. 45: 1957-1962.

Bolognesi, C., G. Carrasquilla, S. Volpi, K. R. Solomon and E. J. Marshall (2009). "Biomonitoring of genotoxic risk in agricultural workers from five colombian regions: association to occupational exposure to glyphosate." J. Toxicol. Environ. Health A 72(15-16): 986-997.

Brambilla, G. and A. Martelli (2009). "Update on genotoxicity and carcinogenicity testing of 472 marketed pharmaceuticals." Mutat. Res. 681(2-3): 209-229.

Brouwer M, Schinasi L, Beane Freeman LE, Baldi I, Lebailly P, Ferro G, Nordby KC, Schüz J, Leon ME, Kromhout H. "Assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium." Occup Environ Med. 2016 Jun;73(6):359-67.

Cantor, K. P., A. Blair, G. Everett, R. Gibson, L. F. Burmeister, L. M. Brown, L. Schuman and F. R. Dick (1992). "Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota." Cancer Res. 52(9): 2447-2455.

Cartwright RA, McKinney PA, O'Brien C, Richards ID, Roberts B, Lauder I, Darwin CM, Bernard SM, Bird CC. "Non-Hodgkin's lymphoma: case control epidemiological study in Yorkshire." Leuk Res. 1988;12(1):81-8.

Castillo, J. "Obesity is associated with increased relative risk of diffuse large B-cell lymphoma: a meta-analysis of observational studies". Clin Lymphoma Myeloma Leuk. 2014 Apr;14(2):122-30.

Cerhan JR, Kricker A, Paltiel O, Flowers CR, Wang SS, Monnereau A, Blair A, Dal Maso L, Kane EV, Nieters A, Foran JM, Miligi L, Clavel J, Bernstein L, Rothman N, Slager SL, Sampson JN, Morton LM, Skibola CF. "Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project." J Natl Cancer Inst Monogr. 2014 Aug; 2014(48):15-25.

Cerhan JR, Slager SL. "Familial predisposition and genetic risk factors for lymphoma." Blood. 2015 Nov 12; 126(20):2265-73.

Chang, E. T. and E. Delzell (2016). "Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers." J. Environ. Sci Health B 51(6): 402-434.

Chatterjee, N., P. Hartge, J. R. Cerhan, W. Cozen, S. Davis, N. Ishibe, J. Colt, L. Goldin and R. K. Severson (2004). "Risk of non-Hodgkin's lymphoma and family history of lymphatic, hematologic, and other cancers." Cancer Epidemiol. Biomarkers Prev. 13(9): 1415-1421.

Chruscielska, K., J. Brzezinski, K. Kita, D. Kalhorn, I. Kita and B. Graffstein (2000). "Glyphosate - Evaluation of chronic activity and possible far-reaching effects. Part 1. Studies on chronic toxicity." Pestycydy (Warsaw) 3(4): 11-20.

Clements, C., S. Ralph and M. Petras (1997). "Genotoxicity of select herbicides in Rana catesbeiana tadpoles using the alkaline single-cell gel DNA electrophoresis (comet) assay." Environ. Mol. Mutagen. 29(3): 277-288.

Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M, 't Mannetje AM, Becker N, Benavente Y, de Sanjosé S, Foretova L, Staines A, Maynadié M, Nieters A, Brennan P, Miligi L, Ennas MG, Boffetta P. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. Occup Environ Med. 2013 Feb ;70(2):91-8.

De Roos, A. J., A. Blair, J. A. Rusiecki, J. A. Hoppin, M. Svec, M. Dosemeci, D. P. Sandler and M. C. Alavanja (2005). "Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study." Environ. Health Perspect. 113(1): 49-54.

De Roos, A. J., S. H. Zahm, K. P. Cantor, D. D. Weisenburger, F. F. Holmes, L. F. Burmeister and A. Blair (2003). "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men." Occup. Environ. Med. 60(9): E11.

Dimitrov, B. D., P. G. Gadeva, D. K. Benova and M. V. Bineva (2006). "Comparative genotoxicity of the herbicides Roundup, Stomp and Reglone in plant and mammalian test systems." Mutagenesis 21(6): 375-382.

Donato F, Pira E, Ciocan C, Boffetta P. Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med Lav. 2020 Feb 24;111(1):63-73.

Elie-Caille, C., C. Heu, C. Guyon and L. Nicod (2010). "Morphological damages of a glyphosate-treated human keratinocyte cell line revealed by a micro- to nanoscale microscopic investigation." Cell. Biol. Toxicol. 26(4): 331-339.

Eriksson, M., L. Hardell, M. Carlberg and M. Akerman (2008). "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis." Int. J. Cancer 123(7): 1657-1663.

Franceschi, C. La Vecchia, A. M. Hughes, W. Cozen, S. Davis, R. K. Severson, L. Bernstein, S. T. Mayne, F. R. Dee, J. R. Cerhan and T. Zheng (2005). "Cigarette smoking and risk of non-

Hodgkin lymphoma: a pooled analysis from the International Lymphoma Epidemiology Consortium (interlymph)." Cancer Epidemiol. Biomarkers Prev. 14(4): 925-933.

Gehin, A., Y. C. Guillaume, J. Millet, C. Guyon and L. Nicod (2005). "Vitamins C and E reverse effect of herbicide-induced toxicity on human epidermal cells HaCaT: a biochemometric approach." Int. J. Pharm. 288(2): 219-226.

George, J., S. Prasad, Z. Mahmood and Y. Shukla (2010). "Studies on glyphosate-induced carcinogenicity in mouse skin: a proteomic approach." J. Proteomics 73(5): 951-964.

George, J. and Y. Shukla (2013). "Emptying of Intracellular Calcium Pool and Oxidative Stress Imbalance Are Associated with the Glyphosate-Induced Proliferation in Human Skin Keratinocytes HaCaT Cells." ISRN Dermatol. 2013: 825180.

Goldgar DE, Easton DF, Cannon-Albright LA, Skolnick MH. "Systematic population-based assessment of cancer risk in first-degree relatives of cancer probands." J Natl Cancer Inst. 1994 Nov 2;86(21):1600-8.

Goldin LR, Landgren O, McMaster ML, Gridley G, Hemminki K, Li X, Mellemkjaer L, Olsen JH, Linet MS. "Familial aggregation and heterogeneity of non-Hodgkin lymphoma in population-based samples." Cancer Epidemiol Biomarkers Prev. 2005 Oct;14(10):2402-6.

Greim, H., D. Saltmiras, V. Mostert and C. Strupp (2015). "Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies." Crit. Rev. Toxicol. 45(3): 185-208.

Grisolia, C. K. (2002). "A comparison between mouse and fish micronucleus test using cyclophosphamide, mitomycin C and various pesticides." Mutat. Res. 518(2): 145-150.

Guyton KZ, Loomis D, Grosse Y, El Ghissassi F, Benbrahim-Tallaa L, Guha N, Scoccianti C, Mattock H, Straif K; International Agency for Research on Cancer Monograph Working Group, IARC, Lyon, France. "Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate". Lancet Oncol. 2015 May; 16(5):490-1.

Hanahan D, Weinberg RA. "The hallmarks of cancer." Cell. 2000 Jan 7;100(1):57-70.

Hardell L, Eriksson M. A case-control study of non-Hodgkin lymphoma and exposure to pesticides. Cancer. 1999;85: 1353-1360.

Hardell, L., M. Eriksson and M. Nordstrom (2002). "Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies." Leuk. Lymphoma 43(5): 1043-1049.

Heltshe SL, Lubin JH, Koutros S, Coble JB, Ji BT, Alavanja MC, Blair A, Sandler DP, Hines CJ, Thomas KW, Barker J, Andreotti G, Hoppin JA, Beane Freeman LE. "Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study." J Expo Sci Environ Epidemiol. 2012 Jul;22(4):409-16.

4

Heydens, W. F., C. E. Healy, K. J. Hotz, L. D. Kier, M. A. Martens, A. G. Wilson and D. R. Farmer (2008). "Genotoxic potential of glyphosate formulations: mode-of-action investigations." J. Agric. Food Chem. 56(4): 1517-1523.

Hidayat K, Li HJ, Shi BM. "Anthropometric factors and non-Hodgkin's lymphoma risk: systematic review and meta-analysis of prospective studies." Crit Rev Oncol Hematol. 2018 Sep; 129:113-123.

Hill, AB. "The environment and disease: association or causation?" Proc R Soc Med. 1965 May; 58(5):295-300.

Hohenadel, K., S. A. Harris, J. R. McLaughlin, J. J. Spinelli, P. Pahwa, J. A. Dosman, P. A. Demers and A. Blair (2011). "Exposure to multiple pesticides and risk of non-Hodgkin lymphoma in men from six Canadian provinces." Int. J. Environ. Res. Public Health 8(6): 2320-2330.

Kabat GC, Price WJ, Tarone RE. On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans. Cancer Causes Control. 2021 Jan 15. doi: 10.1007/s10552-020-01387-w. Epub ahead of print.

Kane E, Skibola CF, Bracci PM, Cerhan JR, Costas L, Smedby KE, Holly EA, Maynadié M, Novak AJ, Lightfoot TJ, Ansell SM, Smith AG, Liebow M, Melbye M, Morton L, de Sanjosé S, Slager SL, Wang SS, Zhang Y, Zheng T, Roman E. "Non-Hodgkin lymphoma, body mass index, and cytokine polymorphisms: A pooled analysis from the InterLymph Consortium." Cancer Epidemiol Biomarkers Prev. 2015 Jul; 24(7):1061-70.

Kier, L. D. and D. J. Kirkland (2013). "Review of genotoxicity studies of glyphosate and glyphosate-based formulations." Crit. Rev. Toxicol. 43(4): 283-315.

Kirkland, D., M. Aardema, L. Henderson and L. Müller (2005). "Evaluation of the ability of a battery of three in vitro genotoxicity tests to discriminate rodent carcinogens and non-carcinogens I. Sensitiv- ity, specificity and relative predictivity." Mutat. Res. 584(1-2): 1-256.

Koller, V. J., M. Fürhacker, A. Nersesyan, M. Mišík, M. Eisenbauer and S. Knasmueller (2012). "Cytotoxic and DNA-damaging properties of glyphosate and Roundup in human-derived buccal epithelial cells." Arch. Toxicol. 86(5): 805-813.

Landgren O, Kyle RA, Hoppin JA, Beane Freeman LE, Cerhan JR, Katzmann JA, Rajkumar SV, Alavanja MC. Pesticide exposure and risk of monoclonal gammopathy of undetermined significance in the Agricultural Health Study. Blood. 2009 Jun 18;113(25):6386-91.

Larsson, S. "Obesity and risk of non-Hodgkin's lymphoma: a meta-analysis." Int J Cancer. 2007 Oct 1; 121(7):1564-70.

Leon, M. E., L. H. Schinasi, P. Lebailly, L. E. Beane Freeman, K. C. Nordby, G. Ferro, A. Monnereau, M. Brouwer, S. Tual, I. Baldi, K. Kjaerheim, J. N. Hofmann, P. Kristensen, S. Koutros, K. Straif, H. Kromhout and J. Schüz (2019). "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium." Int. J. Epidemiol. 48(5): 1519-1535.

Li, A. P. and T. J. Long (1988). "An evaluation of the genotoxic potential of glyphosate." Fundam. Appl. Toxicol. 10(3): 537-546.

Linet MS, Vajdic CM, Morton LM, de Roos AJ, Skibola CF, Boffetta P, Cerhan JR, Flowers CR, de Sanjosé S, Monnereau A, Cocco P, Kelly JL, Smith AG, Weisenburger DD, Clarke CA, Blair A, Bernstein L, Zheng T, Miligi L, Clavel J, Benavente Y, Chiu BC. Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):26-40.

Lioi, M. B., M. R. Scarfi, A. Santoro, R. Barbieri, O. Zeni, D. Di Berardino and M. V. Ursini (1998). "Genotoxicity and oxidative stress induced by pesticide exposure in bovine lymphocyte cultures in vitro." Mutat. Res. 403(1-2): 13-20.

Lioi, M. B., M. R. Scarfi, A. Santoro, R. Barbieri, O. Zeni, F. Salvemini, D. Di Berardino and M. V. Ursini (1998). "Cytogenetic damage and induction of pro-oxidant state in human lymphocytes exposed in vitro to gliphosate, vinclozolin, atrazine, and DPX-E9636." Environ. Mol. Mutagen. 32(1): 39-46.

Liu Y, Hernandez AM, Shibata D, Cortopassi GA. "BCL2 translocation frequency rises with age in humans." Proc Natl Acad Sci U S A. 1994 Sep 13; 91(19):8910-4.

Lu Y, Sullivan-Halley J, Cozen W, Chang ET, Henderson K, Ma H, Deapen D, Clarke C, Reynolds P, Neuhausen SL, Anton-Culver H, Ursin G, West D, Bernstein L. "Family history of haematopoietic malignancies and non-Hodgkin's lymphoma risk in the California Teachers Study." Br J Cancer. 2009 Feb 10; 100(3):524-6.

Mañas, F., L. Peralta, J. Raviolo, H. G. Ovando, A. Weyers, L. Ugnia, M. G. Cid, I. Larripa and N. Gorla (2009). "Genotoxicity of glyphosate assessed by the comet assay and cytogenetic tests." Environ. Toxicol. Pharmacol. 28(1): 37-41.

McDuffie, H. H., P. Pahwa, J. R. McLaughlin, J. J. Spinelli, S. Fincham, J. A. Dosman, D. Robson, L. F. Skinnider and N. W. Choi (2001). "Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health." Cancer Epidemiol. Biomarkers Prev. 10(11): 1155-1163.

Melnick RL, Thayer KA, Bucher JR. "Conflicting views on chemical carcinogenesis arising from the design and evaluation of rodent carcinogenicity studies." Environ Health Perspect. 2008;116(1):130–135.

Milić, M., S. Žunec, V. Micek, V. Kašuba, A. Mikolić, B. T. Lovaković, T. Semren, I. Pavičić, A. M. M. Čermak, A. Pizent, A. L. Vrdoljak, R. Valencia-Quintana, J. Sánchez-Alarcón and D. Želježić (2018). "Oxidative stress, cholinesterase activity, and DNA damage in the liver, whole blood, and plasma of Wistar rats following a 28-day exposure to glyphosate." Arh. Hig. Rada. Toksikol. 69(2): 154-168.

Mink, P. J., J. S. Mandel, B. K. Sceurman and J. I. Lundin (2012). "Epidemiologic studies of glyphosate and cancer: a review." Regul. Toxicol. Pharmacol. 63(3): 440-452.

Mladinic, M., S. Berend, A. L. Vrdoljak, N. Kopjar, B. Radic and D. Zeljezic (2009). "Evaluation of genome damage and its relation to oxidative stress induced by glyphosate in human lymphocytes in vitro." Environ. Mol. Mutagen. 50(9): 800-807.

Mladinic, M., P. Perkovic and D. Zeljezic (2009). "Characterization of chromatin instabilities induced by glyphosate, terbuthylazine and carbofuran using cytome FISH assay." Toxicol. Lett. 189(2): 130-137.

Monroy, C. M., A. C. Cortés, D. M. Sicard and H. G. de Restrepo (2005). "[Cytotoxicity and genotoxicity of human cells exposed in vitro to glyphosate]." Biomedica 25(3): 335-345.

Morton LM, Sampson JN, Cerhan JR, Turner JJ, Vajdic CM, Wang SS, Smedby KE, de Sanjosé S, Monnereau A, Benavente Y, Bracci PM, Chiu BC, Skibola CF, Zhang Y, Mbulaiteye SM, Spriggs M, Robinson D, Norman AD, Kane EV, Spinelli JJ, Kelly JL, La Vecchia C, Dal Maso L, Maynadié M, Kadin ME, Cocco P, Costantini AS, Clarke CA, Roman E, Miligi L, Colt JS, Berndt SI, Mannetje A, de Roos AJ, Kricker A, Nieters A, Franceschi S, Melbye M, Boffetta P, Clavel J, Linet MS, Weisenburger DD, Slager SL. "Rationale and Design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project." J Natl Cancer Inst Monogr. 2014 Aug; 2014(48):1-14.

Negri E, Talamini R, Montella M, Dal Maso L, Crispo A, Spina M, La Vecchia C, Franceschi S. "Family history of hemolymphopoietic and other cancers and risk of non-Hodgkin's lymphoma." Cancer Epidemiol Biomarkers Prev. 2006 Feb 15(2):245-50.

Nordström, M., L. Hardell, A. Magnuson, H. Hagberg and A. Rask-Andersen (1998). "Occupational exposures, animal exposure and smoking as risk factors for hairy cell leukaemia evaluated in a case-control study." Br. J. Cancer 77(11): 2048-2052.

Orsi, L., L. Delabre, A. Monnereau, P. Delval, C. Berthou, P. Fenaux, G. Marit, P. Soubeyran, F. Huguet, N. Milpied, M. Leporrier, D. Hemon, X. Troussard and J. Clavel (2009). "Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study." Occup. Environ. Med. 66(5): 291-298.

Pahwa, M., L. E. Beane Freeman, J. J. Spinelli, A. Blair, J. R. McLaughlin, S. H. Zahm, K. P. Cantor, D. D. Weisenburger, P. P. Punam Pahwa, J. A. Dosman, P. A. Demers and S. A. Harris (2019). "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project." Scand. J. Work Environ. Health 45(6): 600-609.

Paz-y-Miño, C., M. J. Muñoz, A. Maldonado, C. Valladares, N. Cumbal, C. Herrera, P. Robles, M. E. Sánchez and A. López-Cortés (2011). "Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border." Rev. Environ. Health 26(1): 45-51.

Paz-y-Miño, C., M. E. Sanchez, M. Arevalo, M. J. Munoz, T. Witte, M. O. De-la-Carrera and P. E. Leone (2007). "Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate." Genet. Mol. Biol. 30(2): 456-460.

Peluso, M., A. Munnia, C. Bolognesi and S. Parodi (1998). "32P-postlabeling detection of DNA adducts in mice treated with the herbicide Roundup." Environ. Mol. Mutagen. 31(1): 55-59.

Pohl, H. R. (2020). Toxicological Profile for Glyphosate. U. S. D. o. H. a. H. S. Agency for Toxic Substances and Disease Registry. August.

Portier, C. J. (2020). "A comprehensive analysis of the animal carcinogenicity data for glyphosate from chronic exposure rodent carcinogenicity studies." Environ. Health 19(1): 18.

Prasad, S., S. Srivastava, M. Singh and Y. Shukla (2009). "Clastogenic effects of glyphosate in bone marrow cells of swiss albino mice." J. Toxicol. 2009: 308985.

Psaltopoulou T, Sergentanis TN, Ntanasis-Stathopoulos I, Tzanninis IG, Riza E, Dimopoulos MA. Anthropometric characteristics, physical activity and risk of hematological malignancies: A systematic review and meta-analysis of cohort studies. Int J Cancer. 2019 Jul 15;145(2):347-359.

Rank, J., A. G. Jensen, B. Skov, L. H. Pedersen and K. Jensen (1993). "Genotoxicity testing of the herbicide Roundup and its active ingredient glyphosate isopropylamine using the mouse bone marrow micronucleus test, Salmonella mutagenicity test, and Allium anaphase-telophase test." Mutat. Res. 300(1): 29-36.

Riaz IB, Faridi W, Patnaik MM, Abraham RS. "A systematic review on predisposition to lymphoid (B and T cell) neoplasias in patients with primary immunodeficiencies and immune dysregulatory disorders (inborn errors of immunity)." Front Immunol. 2019 Apr 16;10:777. doi: 10.3389/fimmu.2019.00777.

Richardson DB, Cardis E, Daniels RD, Gillies M, O'Hagan JA, Hamra GB, Haylock R, Laurier D, Leuraud K, Moissonnier M, Schubauer-Berigan MK, Thierry-Chef I, Kesminiene A. "Risk of cancer from occupational exposure to ionising radiation: retrospective cohort study of workers in France, the United Kingdom, and the United States (INWORKS)." BMJ. 2015 Oct 20;351: h5359. doi: 10.1136/bmj.h5359.

Santovito, A., S. Ruberto, C. Gendusa and P. Cervella (2018). "In vitro evaluation of genomic damage induced by glyphosate on human lymphocytes." Environ. Sci. Pollut. Res. Int. 25(34): 34693-34700.

Séralini, G. E., E. Clair, R. Mesnage, S. Gress, N. Defarge, M. Malatesta, D. Hennequin and J. S. de Vendômois (2014). "Republished study: long-term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize." Environ. Sci. Eur. 26(1): 14.

Schinasi L, Leon ME. "Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis." Int J Environ Res Public Health. 2014 Apr 23; 11(4):4449-527.

Sheppard, L. and R. M. Shaffer (2019). "Re: Glyphosate Use and Cancer Incidence in the Agricultural Health Study." J. Natl. Cancer Inst. 111(2): 214-215.

Siviková, K. and J. Dianovský (2006). "Cytogenetic effect of technical glyphosate on cultivated bovine peripheral lymphocytes." Int. J. Hyg. Environ. Health 209(1): 15-20.

Smith MT, Jones RM, Smith AH. "Benzene exposure and risk of non-Hodgkin lymphoma." Cancer Epidemiol Biomarkers Prev. 2007;16(3):385-391.

Snyder CA, Goldstein BD, Sellakumar AR, Bromberg I, Laskin S, Albert RE. "The inhalation toxicology of benzene: incidence of hematopoietic neoplasms and hematotoxicity in ARK/J and C57BL/6J mice." Toxicol Appl Pharmacol. 1980 Jun 30;54(2):323-31.

Snyder, R. D. and J. W. Green (2001). "A review of the genotoxicity of marketed pharmaceuticals." Mutat. Res. 488(2): 151-169.

Solal-Céligny P, Roy P, Colombat P, White J, Armitage JO, Arranz-Saez R, Au WY, Bellei M, Brice P, Caballero D, Coiffier B, Conde-Garcia E, Doyen C, Federico M, Fisher RI, Garcia-Conde JF, Guglielmi C, Hagenbeek A, Haïoun C, LeBlanc M, Lister AT, Lopez-Guillermo A, McLaughlin P, Milpied N, Morel P, Mounier N, Proctor SJ, Rohatiner A, Smith P, Soubeyran P, Tilly H, Vitolo U, Zinzani PL, Zucca E, Montserrat E. "Follicular lymphoma international prognostic index". Blood. 2004 Sep 1; 104(5):1258-65.

Steinmaus C, Smith AH, Jones RM, Smith MT. "Meta-analysis of benzene exposure and non-Hodgkin lymphoma: biases could mask an important association." Occup Environ Med. 2008;65(6):371-378.

Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J. WHO Classification of Tumors of Haematopoietic and Lymphoid Tissues. WHO Classification of Tumours, Revised 4th Edition, Volume 2.

Tarazona JV, Court-Marques D, Tiramani M, Reich H, Pfeil R, Istace F, Crivellente F. Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC. Arch Toxicol. 2017 Aug;91(8):2723-2743.Tennant, R. W., B. H. Margolin, M. D. Shelby, E. Zeiger, J. K. Haseman, J. Spalding, W. Caspary, M. Resnick, S. Stasiewicz, B. Anderson and et al. (1987). "Prediction of chemical carcinogenicity in rodents from in vitro genetic toxicity assays." Science 236(4804): 933-941.

Tomasetti C, Li L, Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science. 2017 Mar 24; 355(6331):1330-1334.

Tomasetti C, Vogelstein B, Parmigiani G. "Half or more of the somatic mutations in cancers of self-renewing tissues originate prior to tumor initiation." Proc Natl Acad Sci U S A. 2013 Feb 5;110(6):1999-2004.

Tomenson JA. "Re: assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium." Occup Environ Med. 2017 Jan;74(1):80.

Torbergsen, A. C. and A. R. Collins (2000). "Recovery of human lymphocytes from oxidative DNA damage; the apparent enhancement of DNA repair by carotenoids is probably simply an antioxidant effect." Eur. J. Nutr. 39(2): 80-85.

Vajdic CM, Landgren O, McMaster ML, Slager SL, Brooks-Wilson A, Smith A, Staines A, Dogan A, Ansell SM, Sampson JN, Morton LM, Linet MS. Medical history, lifestyle, family history, and occupational risk factors for lymphoplasmacytic lymphoma/Waldenström's

macroglobulinemia: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug; 2014(48):87-97.

Vigfusson, N. V. and E. R. Vyse (1980). "The effect of the pesticides, Dexon, Captan and Roundup, on sister-chromatid exchanges in human lymphocytes in vitro." Mutat. Res. 79(1): 53-57.

Wang L, Deng Q, Hu H, Liu M, Gong Z, Zhang S, Xu-Monette ZY, Lu Z, Young KH, Ma X, Li Y. "Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice." J Hematol Oncol. 2019 Jul 5;12(1):70. doi:10.1186/s13045-019-0767-9.

Williams, G. M., M. Aardema, J. Acquavella, S. C. Berry, D. Brusick, M. M. Burns, J. L. V. de Camargo, D. Garabrant, H. A. Greim, L. D. Kier, D. J. Kirkland, G. Marsh, K. R. Solomon, T. Sorahan, A. Roberts and D. L. Weed (2016). "A review of the carcinogenic potential of glyphosate by four independent expert panels and comparison to the IARC assessment." Crit. Rev. Toxicol. 46(sup1): 3-20.

Williams GM, Berry C, Burns M, de Camargo JLV, Greim H. Glyphosate rodent carcinogenicity bioassay expert panel review. Crit Rev Toxicol. 2016 Sep;46(sup1):44-55.

Wilson, D. M., 3rd and L. H. Thompson (2007). "Molecular mechanisms of sister-chromatid exchange." Mutat. Res. 616(1-2): 11-23.

Woźniak E, Sicińska P, Michałowicz J, Woźniak K, Reszka E, Huras B, Zakrzewski J, Bukowska B. "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessement." Food Chem Toxicol. 2018 Oct;120:510-522.

Zhang, L., I. Rana, R. M. Shaffer, E. Taioli and L. Sheppard (2019). "Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence." Mutat. Res. 781: 186-206.

Zhu K, Levine RS, Gu Y, Brann EA, Hall I, Caplan LS, Baum MK. "Non-Hodgkin's lymphoma and family history of malignant tumors in a case-control study (United States)." Cancer Causes Control. 1998 Jan;9(1):77-82.

Zhu L, Finkelstein D, Gao C, Shi L, Wang Y, López-Terrada D, Wang K, Utley S, Pounds S, Neale G, Ellison D, Onar-Thomas A, Gilbertson RJ. "Multi-organ mapping of cancer risk." Cell. 2016 Aug 25;166(5):1132-1146.e7.

Ziepert, M., D. Hasenclever, E. Kuhnt, B. Glass, N. Schmitz, M. Pfreundschuh and M. Loeffler (2010). "Standard International prognostic index remains a valid predictor of outcome for patients with aggressive CD20+ B-cell lymphoma in the rituximab era." J. Clin. Oncol. 28(14): 2373-2380.

Australian Pesticides and Veterinary Medicines Authority (APVMA), Final Regulatory Position: Consideration of the evidence for a formal reconsideration of glyphosate (March 2017).

BfR 2015 Glyphosate Renewal Assessment Report Addendum (Aug. 31, 2015).

10

BfR, European Assessment of Glyphosate is quality-assured and independent (Jan. 15, 2019).

ECHA, European Chemical Agency. (2017). OPINION OF THE COMMITTEE FOR RISK ASSESSMENT ON A DOSSIER PROPOSING HARMONISED CLASSIFICATION AND LABELLING AT EU LEVEL. C. f. R. Assessment. Helsinki, Finland.

EFSA (2015). "Conclusion on the peer review of the pesticide risk assessment of the active substance glyphosate." EFSA Journal 13(11): 4302.

EFSA explains the carcinogenicity assessment of glyphosate (Nov. 12, 2015).

EPA (1991 October). Second Peer Review of Glyphosate. Office of Pesticides and Toxic Substances, U.S. Environmental Protection Agency. Washington, D.C.

EPA, Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. EPA's Office of Pesticide Programs. September 12, 2016.

EPA (2017 December). Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. Office of Pesticide Programs, United States Environmental Protection Agency. Washington, D.C.

EPA, Office of Chemical Safety and Pollution Prevention, Glyphosate Labeling Letter (Aug. 7, 2019).

EPA, (January 6, 2020). Memorandum: Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) publications for Response to Comments on the Proposed Interim Decision.

EPA, (January 22, 2020). Glyphosate: Interim Registration Review Decision. Case Number 0178.

FIFRA Scientific Advisory Panel Meeting Minutes and Final Report No. 2017-01. A Set of Scientific Issues Being Considered by the Environmental Protection Agency Regarding: EPA's Evaluation of the Carcinogenic Potential of Glyphosate. December 13-16, 2016.

Health Canada (2017). Glyphosate Re-evaluation Decision, RVD2017-01. P. M. R. Agency. Ottawa, Ontario.

Food and Agriculture Organization of the United Nations (FAO) and World Health Organization (WHO), Summary Report on Pesticide Residues (May 2016).

WHO-FAO (2004). Pesticide residues in food - 2004: Part II - Toxicological, World Health Organization - Joint Meeting on Pesticide Residues (JMPR): 121-132.


IARC (2018) International Agency for Research on Cancer. Benzene. Volume 120. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.

IARC (2015). International Agency for Research on Cancer , Glyphosate. W. H. O. International Agency for Research on Cancer. Lyon, France. 112.

11

New Zealand Environmental Protection Agency, Review of the Evidence Relating to Glyphosate and Carcinogenicity (Aug. 2016).