EXHIBIT 1

1  UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

2  ------------------------------------------X

   This document relates to:

3

   Troy Wilson Thomas and Josephine

4  Ventura, husband and wife,

   v. Monsanto Company

5  Case No. 3:20-cv-08051-VC

6                                 .

   ------------------------------------------X

7

8

9            TUESDAY, AUGUST 17, 2021

10      VIDEOTAPED DEPOSITION of Marc J.

11  Braunstein, M.D., conducted at the Inn at

12  Great Neck, 30 Cutter Mill Road, Great Neck,

13  New York, commencing at 9:05 a.m., on the

14  above date, before Nicole Veltri, Registered

15  Professional Reporter and Certified Realtime

16  Reporter.

17

18

19

20

21

22

23

24

Marc U. Braunstein, M.D.

```
1   A P P E A R A N C E S:
2

    WAPNER, NEWMAN, BRECHER & MILLER, PC
3        Attorneys for the Plaintiffs
         2000 Market Street, Suite 2750
4        Philadelphia, Pennsylvania 19103
         BY: JARAD L. SILVERSTEIN, ESQ.
5        jsilverstein@wapnernewman.com
6

    THE PIORKOWSKI LAW FIRM, PC
7        Attorneys for the Defendant
         MONSANTO COMPANY
8        1800 K Street, NW, Suite 1000
         Washington, DC, 20006
9        BY: JOSEPH D. PIORKOWSKI, JR., ESQ.
         JPiorkowski@PiorkowskiLaw.com
10

11  NELSON MULLINS
         Attorneys for the Defendant
12       MONSANTO COMPANY
         1320 Main Street, 17th Floor
13       Columbia, South Carolina 29201
         BY: ELAINE YAP, ESQ.
14       elaine.yap@nelsonmullins.com
15

16

    ALSO PRESENT:
17  DANNY ORTEGA: Legal Videographer
18       *     *     *
19

20

21

22

23

24
```

Marc J. Braunstein, M.D.

1  publications, it appears that multiple

2  myeloma is a strong area of research

3  interest it appears?

4      A.   That's correct.

5          MR. SILVERSTEIN:  Objection to

6      form.

7      Q.   And it appears that over half of

8  your publications relate to multiple

9  myeloma; is that correct?

10     A.   I haven't tallied them up but a

11  substantial portion, yes.

12     Q.   Within hematology/oncology

13  community, are you regarded as the -- for

14  lack of a better term -- in-house expert on

15  multiple myeloma?

16         MR. SILVERSTEIN:  Objection to the

17     form.  You can answer.

18     A.   Among my colleagues, yes.  They

19  ask me for advice on multiple myeloma, yes.

20     Q.   How -- your practice

21  encompasses -- let me back up.

22         So you are a hematologist and an

23  oncologist, correct?

24     A.   Yes.

1    yes.

2        Q.    And is it true that in the vast

3    majority of cases, you're not able to

4    determine what was the cause of their

5    non-Hodgkin's lymphoma?

6        A.    It's a case-by-case basis, and

7    non-Hodgkin's lymphoma is a broad term for

8    different types of lymphoma.  When we can,

9    we try to help them identify something that

10   may be reversible; but they do often ask

11   that question.

12       Q.    So my -- I understand there are

13   individual cases where you may be able to

14   identify something reversible like,

15   H. pylori infection for MALT, M-A-L-T?

16       A.    Of course.

17       Q.    In that case, you would treat the

18   underlying infection as part of your overall

19   treatment?

20       A.    That's correct.

21       Q.    But my question is, if you look at

22   the majority of patients that you see, is it

23   fair to say that in the majority of cases

24   you're not able to identify the specific

Marc U. Braunstein, M.D.

1    cause for non-Hodgkin's lymphoma?

2        A.    I would agree with that for the

3    majority of cases you're not able to.

4        Q.    Before you became involved in this

5    litigation, had you ever told any of your

6    patients that Roundup was the cause of their

7    non-Hodgkin's lymphoma?

8        A.    No, sir.

9        Q.    Have you ever told a patient that

10   Roundup was the cause of their lymphoma

11   including since you became involved?

12       A.    Not to my knowledge, no.

13       Q.    Have you ever published any

14   articles about risk factors or causes of

15   non-Hodgkin's lymphoma generally or diffuse

16   large B-cell lymphoma specifically?

17       A.    I have not.

18       Q.    Have you published any article

19   about any aspect of the diagnosis or

20   treatment of non-Hodgkin's lymphoma?

21       A.    I have not.

22       Q.    Have you ever designed an

23   epidemiologic study on Roundup or

24   glyphosate?

1        A.    I have not.

2        Q.    Have you ever defined an

3   epidemiologic study on any pesticide?

4        A.    No, sir.

5        Q.    Have you ever conducted an

6   epidemiologic study on Roundup or

7   glyphosate?

8        A.    No, I have not.

9        Q.    Have you ever conducted an

10  epidemiologic study on any pesticide?

11       A.    I have not.

12       Q.    Have you ever published an

13  epidemiologic study on Roundup or

14  glyphosate?

15       A.    No, sir.

16       Q.    Have you ever published an

17  epidemiologic study on any pesticide?

18       A.    I have not.

19       Q.    Do you have any -- do you have an

20  advanced graduate degree in addition to your

21  medical degree?

22       A.    I am a PhD as well, yes.

23       Q.    What did you study as part of your

24  PhD?

1   number six and that was number eight.

2        Q.    On Exhibit 3?

3        A.    Yes, yes.

4        Q.    Have you ever designed or

5   conducted animal studies on Roundup for

6   glyphosate?

7        A.    No, sir.

8        Q.    Have you ever designed or

9   conducted animal studies on any pesticide?

10       A.    No, sir.

11       Q.    Do you consider yourself to be an

12   expert in the design and conduct of animal

13   carcinogenicity studies?

14       A.    I don't consider myself an expert.

15       Q.    Have you ever served as a

16   consultant to a company or to a regulatory

17   agency with respect to interpretation of

18   animal carcinogenicity studies?

19       A.    No, sir.

20       Q.    Have you ever designed or

21   conducted genotoxicity studies on Roundup or

22   glyphosate?

23       A.    No, sir.

24       Q.    Have you ever designed or

Marc O. Braunstein, M.D.

1    conducted, genotoxicity studies on any

2    chemical product?

3         A.   No, sir.

4         Q.   Other than the reading that you've

5    done for this case, do you have any

6    experience, education, or expertise in the

7    carcinogenicity of glyphosate or Roundup?

8         A.   No, sir.

9         Q.   Have you ever personally used

10   Roundup?

11        A.   I have not.

12        Q.   So let me just ask you some

13   questions.  This is under the heading of

14   cell biology and understanding some things

15   about lymphocytes.

16        A.   Sure.

17        Q.   Is it correct that most of the

18   cells in our body replicate; is that right?

19        A.   That's not correct.

20        Q.   That's not correct?

21        A.   I disagree.  There are some cells

22   that are senescent meaning they tend to stay

23   put and don't divide, and then there are

24   some cells that divide infrequently; and

1  first-degree relative with any hematologic

2  malignancy, which would include

3  non-Hodgkin's lymphoma, multiple myeloma, so

4  forth?

5      A.   In this case, I was referring to

6  non-Hodgkin's lymphoma -- a first-degree

7  relative with non-Hodgkin's lymphoma.

8      Q.   Did you know whether there's data

9  in the medical literature suggesting that a

10  family history of any type of cancer in a

11  first-degree relative is a risk factor for

12  non-Hodgkin's lymphoma?

13      A.   Well, I've read the defense report

14  that mentioned about prostate cancer, for

15  example; so I've seen some literature from

16  that that I was not as familiar with because

17  typically we're looking at first-degree

18  relatives with non-Hodgkin's lymphoma as a

19  risk factor in clinic.  But there's

20  literature that exists, yes.

21      Q.   Do you have an opinion as to

22  whether first-degree relatives with cancer

23  other than non-Hodgkin's lymphoma, whether

24  that presents a risk of an increased risk of

Marc U. Braunstein, M.D.

```
 1         A.    Yes, sir.

 2         Q.    And when was that, sir?

 3         A.    I believe that was around March of

 4    this year.

 5         Q.    Okay.

 6         A.    Shortly after that.

 7         Q.    And were you -- had you ever

 8    worked with him previously?

 9         A.    No, sir.

10         Q.    At the time you were originally

11    retained, had you already -- did you already

12    have an opinion about whether glyphosate or

13    Roundup caused non-Hodgkin's lymphoma?

14         A.    No, sir.

15         Q.    Prior to the time you were

16    retained as an expert, had you ever read any

17    articles in the medical literature

18    concerning glyphosate and non-Hodgkin's

19    lymphoma?

20         A.    Not that I recall, no.

21         Q.    When's the first time to your

22    recollection that you ever heard about a

23    possible association between Roundup and

24    NHL?
```

1          A.    For this case or these cases?

2          Q.    So before becoming involved in

3    this litigation, it's fair to say you never

4    read an article in the medical journal or

5    heard a presentation at a medical meeting in

6    which the author or the speaker took the

7    position that glyphosate or Roundup caused

8    non-Hodgkin's lymphoma, correct?

9          A.    Yes, correct.

10         Q.    And were you -- what was your

11   understanding of your initial assignments in

12   this case and by this -- let me back up.

13         Because there's three different

14   cases and there are some general issues, I'm

15   going to try to parse this out in a way that

16   makes sense.

17         A.    Sure.

18         Q.    So were you retained in all three

19   cases at the same time?

20         A.    Yes, I think so.

21         Q.    You were asked to look at all

22   three cases?

23         A.    Yes.

24         Q.    So I would understand that there

1      A.    Okay.

2      Q.    Would you agree with me that

3  there's not a consensus in the medical

4  profession that glyphosate causes

5  non-Hodgkin's lymphoma?

6      A.    I would agree that the literature

7  is -- the literature is not definitive on

8  that; and, therefore, that leads the debate.

9      Q.    Well, not only is it not

10  definitive, there's a number of individuals

11  who have strongly staked out the position

12  that glyphosate does not cause non-Hodgkin's

13  lymphoma, correct?

14         MR. SILVERSTEIN:  Objection to the

15      form.

16      A.    I am not aware of which

17  individuals you're referring to; but I would

18  say, you know, based on different things

19  I've read, there are differences in

20  opinions.  So, you know, it clearly --

21  there's debate about this; so I would

22  concede that there is debate in the field in

23  general and in the world about the status of

24  glyphosate as a carcinogen.

1    Q.   It's fair to characterize it as

2  controversial?

3         MR. SILVERSTEIN:  Objection to

4    form.

5    A.   Well, it's not; controversial is

6  necessarily a term we use frequently in

7  literature.  I mean, controversy may be

8  argumentive in a way whereas debate, you

9  know, it's debatable how you interpret the

10  literature.  If you want to call it

11  controversial, sure.

12    Q.   When we were talking earlier, you

13  were alluding to people who had different

14  views of the literature as differing in your

15  assessment of how they understood the

16  science.  Do you recall that discussion?

17    A.   I think that's part of -- yes, I

18  think that's part of science in general.

19    Q.   And do you think that with respect

20  to the question of whether glyphosate can

21  cause non-Hodgkin's lymphoma, that

22  reasonable scientific minds can differ?

23    A.   I think they do in this case, yes.

24    Q.   I want to turn to -- hang on one

Marc C. Braunstein, M.D.

1  were based on very small numbers, four cases

2  and two controls; is that right?

3       A.   What do you mean by very small

4  numbers?

5       Q.   There are four cases and two

6  controls.

7       A.   Yes.

8       Q.   And the Cocco study did not find a

9  statistically significant increased risk of

10  non-Hodgkin's lymphoma in glyphosate users,

11  correct?

12       A.   Yes.

13       Q.   So to summarize what we've gone

14  over in Table 1 in your report, out of the

15  six case-control studies that we've

16  reviewed, five and a half of them either

17  showed no statistically significant

18  increased risk of NHL in ever users of

19  glyphosate or showed no statistically

20  significant increased risk when adjusted for

21  other pesticides; is that correct?

22       A.   When you look into the results by

23  certain analyses like the multivariate

24  analyses, that is correct.

1    Q.   And of those six studies, and I

2    asked you this earlier, but we haven't gone

3    through the other ones, but the only study

4    that showed statistically significant

5    increased risk of non-Hodgkin's lymphoma in

6    ever users that adjusted for other

7    pesticides was the logistic regression

8    analysis in De Roos 2003, correct?

9    A.   That's correct in adjustments.

10   Q.   Now, the Pahwa study, which we've

11   alluded to but I don't think we've marked it

12   yet.

13        (Whereupon, the aforementioned

14        Pahwa article entitled, "Glyphosate Use

15        and Associations with Non-Hodkin

16        Lymphoma Major Histological Sub-types:

17        Findings from the North American Pooled

18        Project" was marked as Braunstein

19        Exhibit 14 for identification as of

20        this date by the Reporter.)

21   Q.   I've handed you what I've marked

22   as Exhibit 14 (handing).  This is the same

23   paper we discussed before that includes data

24   from both McDuffie and De Roos 2003.

Marc U. Braunstein, M.D.

1       A.    That's correct.  That was the

2   first one.

3       Q.    And you talked about the fact in

4   De Roos 2003, they used two different

5   methods by which to evaluate the use of

6   other pesticides, correct?

7       A.    Correct.

8       Q.    So my question to you is, here

9   they're describing the method that they're

10  using for adjusting for use of other

11  pesticides, correct?

12      A.    Yes.

13      Q.    Okay.

14            And it's essentially a two-step

15  process.  Basically saying step one being is

16  the pesticide correlated with glyphosate

17  use, and the second one being is there some

18  scientific basis to suggest that the

19  pesticide is associated with non-Hodgkin's

20  lymphoma risk; is that a fair summary?

21      A.    Well, yes.  They combine studies

22  and use the analysis to try to use

23  confounding variables.

24      Q.    My question to you is, from your

1    there's a basis for suggesting that the

2    other pesticide could affect the outcome?

3         A.   Well, those are two really

4    important questions; so I agree, they may

5    want to examine that.

6         Q.   Just saying it's a sensible

7    approach from your vantage point as a

8    clinician; is that fair?

9         A.   It's a sensible approach to use a

10   particular statistical approach to try to

11   combine studies.  They're may be more than

12   one approach, but I think it's reasonable.

13        Q.   Then it goes on to say that,

14   quote, in the herbicides 2,4-D -- I'm not

15   going to try to read the whole thing.

16        A.   Right.

17        Q.   And Dicamba as well as the

18   insecticide malathion, met both criteria and

19   were, therefore, included in the more fully

20   adjusted secondary logistic regression

21   models, correct?

22        A.   Okay.  We'll take it at the

23   author's word, yes.

24        Q.   Now, in Table 2, it shows the

1    results of ever use glyphosate and under

2    OR -- odds ratio B, odds ratio B included

3    adjustment for those three other pesticides

4    that met those two criteria that we just

5    discussed, correct?

6        A.   Yes.  They adjusted for it says

7    age, sex, state, province, lymphatic or

8    hematopoietic cancer, first-degree relatives

9    use of a proxy responding or use of any

10   personal protective equipment or use of

11   other pesticides.

12       Q.   Specifically, three other

13   pesticides?

14       A.   The ones we mentioned, yes.

15       Q.   And when they did that analysis,

16   there was no statistically significant

17   increased risk of non-Hodgkin's lymphoma

18   overall for ever use of glyphosate, correct?

19       A.   Correct.  Just actually when

20   you're looking at -- let me rephrase that.

21   For the ever -- ever use glyphosate there

22   was an odds ratio of 1.43 that was

23   statistically significant for NHL overall;

24   and for diffuse large B-cell lymphoma for

1   ever use, there was also a statistically

2   significant odds ratio of 1.6.

3        Q.   But my question was about the

4   adjusted odds ratio.

5        A.   Oh, I'm sorry.  For B, you're

6   correct.  For those there were no confidence

7   intervals that were statistically

8   significant.  Sorry.

9        Q.   And each and every one of the

10  subtypes that were analyzed also did not

11  show statistically significant increase for

12  ever use of glyphosate, correct?

13       A.   When they broke it into different

14  types of NHL, that's correct.

15       Q.   Yes.

16            Now, in your report on page 11 you

17  say in the last sentence on the page, for

18  example, the North American Pooled Project

19  study in 2019 of glyphosate use and

20  non-Hodgkin's lymphoma was also published

21  and demonstrated that glyphosate exposure

22  for greater than two days per year resulted

23  in a significant twofold increased risk for

24  DLBCL; and then you give the odds ratio and

1    confidence intervals, correct?

2        A.    Correct.

3        Q.    Now, I want to direct your

4    attention to the discussion section that

5    appears on 606.

6        A.    Okay.

7        Q.    And you see it's middle of the

8    paragraph.  It says although there is a

9    statistically significant association

10   between ever glyphosate use and

11   non-Hodgkin's lymphoma overall, this

12   association was attenuated and became no

13   longer statistically significant when

14   adjusted for recorded use of 2,4-D Dicamba

15   and malathion.  Did I read that correctly?

16       A.    Yes, you did.

17       Q.    That's what we just discussed a

18   minute ago?

19       A.    I agree, yes.

20       Q.    Then it goes on to say, however,

21   the significant excess risk among those who

22   reported use of glyphosate for greater than

23   or equal to two days per year was not

24   eliminated by adjustment for other