# EXHIBIT 3

# CURRICULUM VITAE

# OF

# RONALD J. KENDALL, Ph.D.

March 5, 2020

**TABLE OF CONTENTS**

CURRENT POSITION                                                    3

ADDRESS                                                             3

EDUCATION                                                           3

SCIENTIFIC INTERESTS                                                3

RESEARCH AND TEACHING EXPERIENCES                                   4

U.S. PATENTS                                                        16

AWARDS                                                              17

MASTERS AND DOCTORAL PROGRAMS                                       19

PROFESSIONAL SOCIETIES                                              20

CERTIFICATIONS                                                      21

GRADUATE STUDENT COMMITTEES                                         22

SCIENTIFIC BOARD/COMMITTEE APPOINTMENTS                             27

GRANT RECORD                                                        29

REFERENCES                                                          30

EDITOR AND/OR REVIEWER
    Scientific Journals                         32
    Books                                       32
    Technical Reports                           33
    Projects                                    33

PUBLICATIONS
    Textbooks                                   34
    Book Chapters                               35
    Peer-Reviewed Scientific Publications       37
    Technical Papers Presented at Scientific Meetings    53
    Technical Research Reports                  69
    Public Presentations on Environmental Toxicology    74
    Popular Articles                            83
    Media Relations                             84

**RONALD J. KENDALL, Ph.D.**


**CURRENT POSITION:**   Professor of Environmental Toxicology, Head, Wildlife
Toxicology Laboratory, & Director Emeritus, The Institute of
Environmental and Human Health (TIEHH)


**ADDRESS:**   Office
Wildlife Toxicology Laboratory
Department of Environmental Toxicology
Texas Tech Univ. /Texas Tech Univ. Health Sciences Center
Reese Center
Mailing Address: Box 43290, Lubbock, Texas 79409-3290
Street Address: 1234 Davis Drive, Building #790
Lubbock, Texas   79416
Phone:  806/885-0238


**EMAIL ADDRESS:**   Ron.Kendall@ttu.edu  (Office)
                              (Home)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EDUCATION:**

1980   Massachusetts Institute of Technology, Cambridge, Massachusetts.
E.P.A. Postdoctoral traineeship in toxicology (Summer, 1980).

1977-1980   Virginia Polytechnic Institute and State University, Blacksburg, Virginia:
Ph.D., Fisheries and Wildlife Sciences.

1974-1976   Clemson University, Clemson, South Carolina: M.S., Wildlife Biology.

1970-1974   University of South Carolina, Columbia, South Carolina: B.S., Biology
with Honors (Minor: Chemistry).

1958-1970   Public Schools of South Carolina: graduate of McClenaghan High School,
Florence, South Carolina.

**SCIENTIFIC INTERESTS:**  Wildlife and environmental toxicology, ecological modeling, and
risk assessment issues related to toxic substances (teaching and research**),** including
environmental and human health.

**RESEARCH AND TEACHING EXPERIENCES:**

**2019**    Served as Chair of the Unit Peer Evaluation Committee, Department of Environmental Toxicology, Texas Tech University, 2018 – present.

Appointed to the United States Environmental Protection Agency Chartered Clean Air Scientific Advisory Committee (CASAC), September 2019-September 2022.

Taught "Wildlife Toxicology" graduate seminar (6115:007, CRN 56936), Spring 2019.

**2018**    Elected by the Society of Environmental Toxicology and Chemistry (SETAC) as a SETAC Science Fellow and was selected to receive the Stephen J. Klaine Environmental Education Award, SETAC North America 38th Annual Meeting, November 2017.

Served as a member of the Admissions Committee, Department of Environmental Toxicology, Texas Tech University, 2018 – present.

**2017**    Appointed to the Editorial Board of the <u>World Journal of Toxicology</u>. August 2017.

Appointed to the Editorial Board of <u>Archives of Parasitology</u>. July 2017.

Appointed to serve as Organizing Committee Member of the 4th Annual International Conference on Parasitology. Prague, Czech Republic. July 2017.

**2016**    Presented "Mitigation Strategies to Enhance Monarch Butterfly Populations: An Opportunity to Get Ahead of the Regulatory Impact Curve" at the 2016 North American Regulatory Exchange ("Strategy & Insights for Regulatory Success"). November 3-4, 2016. Sponsored by BASF, Durham, NC.

**2014**    Appointed to the Office of the Vice President for Research's Internal Faculty Advisory Committee

**2013**    Hosted "Drilling Down Part II: A Closer Look at Lubbock's Future in the Oil and Gas Industry", October 31, 2013.  Co-hosted and sponsored by Lubbock Economic Development Alliance, Permian Basin Petroleum Corporation, and Texas Tech University Office of the President.

Hosted "Drilling Down: A Look at Lubbock's Future in the Oil and Gas Industry", April 12, 2013.  Co-hosted and sponsored by Lubbock Economic Development Alliance, Permian Basin Petroleum Corporation, and Texas Tech University Office of the President.

**2012**   Appointed as Special Assistant to the President, Office of the President, Texas Tech University and remains Professor of Environmental Toxicology.

Established the Wildlife Toxicology Laboratory (www.wildlifetoxicologylab.org).

Hosted the Society of Environmental Journalists (SEJ) annual meeting October 17-21, 2012, where 561 journalists and support staff, representing 40 states and 11 foreign countries, came to Lubbock to attend the SEJ meeting at Texas Tech University.

Since 1997, appointed the founding director of the established program "The Institute of Environmental and Human Health", a joint venture between Texas Tech University and Texas Tech University Health Sciences Center in Lubbock, Texas. An environmental toxicology M.S. and Ph.D. graduate program and an interdisciplinary research program addressing health and environmental impacts of toxic chemical exposures has been established, including founding the Department of Environmental Toxicology. The University and Health Sciences Center have established a state-of-the-art toxicology research facility under my direction and was dedicated at a ceremony on December 6th, 1999.  This multi-million-dollar initiative involves state and federal support as well as joint ventures with industry. The Institute was formally established at Texas Tech University/Texas Tech University Health Sciences Center by the University Board of Regents on May 9, 1997. The TIEHH home page on the Internet is **www.tiehh.ttu.edu**.

To date, served as the major professor for 34 and graduated 31 M.S. and Ph.D. candidates in Environmental Toxicology, and I currently have three graduate students. I have authored ten courses in Environmental Toxicology.

To date, I have received 143 grant awards as Principal Investigator from 54 different industries, environmental organizations, foundations, and state and federal agencies, for research and studies totaling award amounts of over $52 million dollars.

Editor of the Annual Review issue and appointed Editor of Terrestrial Toxicology of *Environmental Toxicology and Chemistry,* published through the Society of Environmental Toxicology and Chemistry.  June 1991 - present.  Served as an Associate Editor 1986-1991.

Presented "Eyeworms (*Oxyspirura sp.*) in Northern Bobwhite Quail (*Colinus virginianus*) from the Rolling Plains of Texas" at an Operation Idiopathic Decline researchers meeting, San Angelo, Texas, March 29, 2012.

**2011**   Presented the Bohdan R. Nechay PhD Lectureship in Pharmacology hosted by the University of Texas Medical Branch and the UTMB Pharmacology/Toxicology Student Organization, "The Deepwater Horizon Oil Spill Release in the Gulf of Mexico: Implications for Fish and Wildlife Populations", April 15, 2011.

**2010**    Testified before the U.S. Senate Committee on Environment and Public Works at a hearing entitled, "Oversight Hearing on the Use of Oil Dispersants in the Deepwater Horizon Oil Spill", August 4, 2010.

**2008**    Re-appointed as Environmental Advisor to the Office of Environmental Enforcement, United States Department of Justice, June 2004 to 2008.

**2005**    Appointed to the Editorial Board of *Risk Analysis*: An International Journal by the Council of the Society for Risk Analysis, January 2000 – present.

Appointed to National Research Council Committee on the Superfund Site Assessment and Remediation in the Coeur d'Alene River Basin to evaluate the site as a case study to examine EPA's scientific and technical practices in Superfund Site Characterization, human and ecological risk assessment, remedial planning and decision making. Appointed November 2003 – final report July 2005, "Superfund and Mining Megasites – Lessons from the Coeur d'Alene River Basin", 363 pp.

Appointed as a member on the West Texas Coalition to attract the George W. Bush Presidential Library to Texas Tech University, included presentations in Washington, DC in November 2005 to the Site Selection Committee.

**2004**    Invited to present testimony to the U. S. House of Representatives Committee on Science concerning Bioterrorism Preparedness:  People, Tools and Systems for Detecting and Responding to a Bioterrorist Attack. "A Summary of Continuing Scientific Research Efforts at The Institute of Environmental and Human Health, Texas Tech University." Shawnee Mission, Kansas.  May 3, 2004.

Invited to speak on Risk Assessment for Pesticide Exposure at the Interdisciplinary Risk Assessment Forum for Academic Year 2003-2004, Yale University, New Haven, Connecticut, April 7, 2004.

**2002**    Appointed to the U.S. Environmental Protection Agency's Science Advisory Panel as a representative in environmental toxicology for implementation of the Federal Insecticide, Fungicide, and Rodenticide Control Act and Food Quality Protection Act.  June 1995 – December 2002.  Appointed Chairman, January 1999 to December 2002.

**2000**    Serve as an Expert Advisor in Ecological Risk Assessment to Environmental Enforcement Section, U.S. Department of Justice, Washington, DC 1993 - 2000.

Appointed to EPA Science Review Board, to address "Human Testing and Evaluation of Chemical Exposure" as a joint meeting of the Science Advisory Panel and Science Advisory Board of the United States Environmental Protection Agency, Washington, D.C., December 1998 – September 2000.

**1999**   Invited as keynote speaker at the Multimedia Environmental Sampling Seminar, entitled "Environmental Sampling and Ecological and Human Health: What is the Relationship?" Holiday Inn Civic Center, Lubbock, Texas, February 1999.

Served on the Scientific Expert Advisory Panel of the Canadian Network of Toxicology Centers to establish priorities for toxicology research in Canada.  March 1992 - 1999.

**1998**   Invited to deliver plenary presentation entitled "Determining the Toxicological Hazard Associated with Chemical Mixtures: Approach for Assessment of Endocrine Disruption of Wildlife and Humans" at the Endocrine Disruptors Investigation Meeting hosted by the National Institute of Environmental Health Sciences (NIEHS) and The United States Environmental Protection Agency at NIEHS headquarters, Research Triangle Park, North Carolina October $7^{th} – 9^{th}$, 1998

Invited as a keynote speaker on "Chemical Mixtures in Environmental Toxicology" at the Ninety-Third Regular Meeting of the National Advisory Environmental Health Sciences Council, at National Institute of Environmental Health Sciences, Research Triangle Park in North Carolina, September 14th and 15th, 1998.

Invited as a keynote speaker on "Endocrine Disruption in Wildlife" at the "United States/Mexico Conference on Hazardous Waste Management and Technologies, hosted by The Center for Toxicology Superfund Basic Research Program at The University of Arizona, Tucson, Arizona, August 9-11, 1998

Invited as a keynote speaker at the "1998 Annual Meeting of the National Chemical Producers and Distributors Association (CPDA)", entitled "Adapting to changing technology and its challenges", and spoke on the "Assessment of Endocrine Disruption in the Chemical Development Process" in Breckenridge, Colorado, July 14, 1998.

Invited as a keynote speaker at "The International Conference on Pesticide Use in Developing Countries:  Impact on health and the environment", entitled "Agrochemical use on banana plantations in Latin America:  Perspectives on ecological risk" in San Jose, Costa Rica, February 22-28, 1998.

Appointed as a Research Associate for The Institute for Regional Economic and Industrial Development, Texas Tech University, February 19, 1998.

Appointed as a member of The Board of Directors for The Institute for Mathematics of the Life Sciences, Texas Tech University, February 1998.

Appointed Chair of "Bacillus thuringiensis (Bt) Plant-Pesticides and Resistance Management" for the United States Environmental Protection Agency Scientific Advisory Panel, February 9-10, 1998, and final report to be submitted to Administrator's Office, April 1998.

Member of the Endocrine Disrupters Screening and Testing Advisory Committee (EDSTAC), United States Environmental Protection Agency, Washington, D.C., December 1996 – November 1998.

**1997**    Since 1989, served as founder and Director of The Institute of Wildlife and Environmental Toxicology (TIWET) and Professor and founding Department Head of Environmental Toxicology at Clemson University. Research focused on the evaluation of environmental contaminants on the reproduction, health and well-being of fish and wildlife. The Institute/Department had a budget of approximately $3.5 million per year with an average of 125 people on the payroll. TIWET was engaged in five major sections of research: Ecotoxicology, Aquatic Toxicology, Biochemical and Behavioral Toxicology, Analytical Toxicology and Ecological Modeling. Approximately 75 graduate students were enrolled in the TIWET Graduate Program.

Appointed to the United States Environmental Protection Agency's Science Advisory Board, Mercury Review Subcommittee. Final report submitted to Congress in October 1997.

Appointed to The Board of Scientific Counselors Subcommittee Panel, Office of Research and Development, United States Environmental Protection Agency, Peer Review of The National Center for Environmental Assessment, September 1997.

Research presentation to Dow-Elanco, Indianapolis, Indiana, Research Speaker at Global Development Group Seminar Program, discussed initiatives of TIEHH, Texas Tech University/Texas Tech University Health Sciences Center, and made a presentation on *"*Principles and Processes for Evaluating Endocrine Disruption in Wildlife", September 1997.

Presentation to Deputy-Under Secretary of Defense, Department of Defense, Sherri Goodman and staff regarding Department of Defense funding initiative for The Institute of Environmental and Human Health, Capitol Hill, Washington, DC, June 17, 1997 (facilitated by Congressman Larry Combest, R-TX).

Presentation to the American Bar Association entitled: "Environmental Endocrine Disruptors" and "Ecotoxicology Regulation".  Washington, DC, June 17, 1997.

Invited as keynote speaker as a part of a Congressional Staff briefing entitled, "Environmental endocrine disruption in wildlife - regulatory concerns" Rayburn House Office Building, Capitol Hill, Washington, D.C.  May 23, 1997.

**1996**    Invited as keynote speaker as a part of a Congressional Staff briefing entitled, "Endocrine disruptors: Are we putting ourselves at risk?"  Rayburn House Office Building, Capitol Hill, Washington, D.C.  Risk Education Project, American Chemical Society, June 27, 1996.

Invited to participate in high level United States Environmental Protection Agency sponsored meeting entitled, "Endocrine disruption by chemicals: Next steps in chemical screening

and testing," chaired by Dr. Lynn Goldman, Assistant Administrator, United States Environmental Protection Agency, Washington, D.C., May 15-16, 1996.

Invited to London, England to speak at the United Kingdom and European Conference "Oestrogenic chemicals in the environment" on the topic "Principles and Processes of Endocrine Disruption in Wildlife: Evaluating Effects" sponsored by IBC, United Kingdom, May 9-10, 1996.

Bestowed the Alumni Research Award for outstanding faculty research at Clemson University, $1,500, May 1996.

Invited to speak before the United Nations' Commission on Sustainable Development on behalf of the United States Environmental Protection Agency on the topic "Estrogenic chemicals: Can we wait to take action," United Nations, New York, April 30, 1996.

Chaired an international conference entitled "Principles and Processes for Evaluating Endocrine Disruption in Wildlife" to result in a book and development of research strategies for assessing endocrine disruption in wildlife.  Conference attended by over 50 scientists was held at Kiawah Island, South Carolina.  March 1996.

Appointed to the Future of Public Health Task Force, Human Services Coordinating Council, State of South Carolina.  1994 - 1996.

Served on the committee to review the Department of Interior's Biomonitoring of Environmental Status and Trends (BEST) Program, National Research Council, National Academy of Sciences.  Washington, D.C.  March 1994 - 1996.

Served on the Wildlife Criteria Subcommittee of the Ecological Processes and Effects Committee, United States Environmental Protection Agency's Science Advisory Board. Washington, D.C. March 1994 - 1996.

ECOBANA Executive Committee E.A.R.T.H. Project, Costa Rica.  April 1993 - 1996.

**1995** Participated as a member of the Science Peer Review Panel for evaluation of ecotoxicological thresholds for the United States Environmental Protection Agency's Superfund Program.  Chicago, IL.  June 1995.

Participated in the Peer Review Process for 1995 Grants for Research Program under "Human Health Risk Assessment" topic for the United States Environmental Protection Agency's Office of Research and Development.  June 1995.

Invited paper, "The use of wildlife toxicology in ecological risk assessment of hazardous waste sites: Assessment, litigation, and remediation."  Agency for Toxic Substances and Disease Registry Hazardous Waste Conference, "International Congress on Hazardous Waste: Impact on Human and Ecological Health," Atlanta, Georgia, June 5-8, 1995.

Invited speaker "Environmental Policy Workshop" Series, "Sustainable Development: What is it and how do we get there? Sponsored by the Strom Thurmond Institute, Clemson University.  April 19, 1995.

Taught "*Wildlife Toxicology*" (ENTOX 800) graduate course for our students in coordination with Professor Thomas Lacher, Jr.  Spring 1995 and Spring 1996.

**1994**   Chairman, Past-President's Council, Society of Environmental Toxicology and Chemistry (SETAC), Pensacola, FL.  November 1994 - November 1995.

Chair, Ecological Risk Assessment Workshop to develop position document on lead shot exposure in non-waterfowl species. Sponsored by the National Wildlife Federation, United States Environmental Protection Agency, and the National Shooting Sports Foundation.  Blaine, Washington.  October 8-13, 1994.

Taught "*Wildlife Toxicology*" (ENTOX 400/600) upper division/graduate course for our students in coordination with Professor Scott McMurry and Catherine Bens.  Fall, 1994.

Invited as keynote speaker - Plenary Session for the 3rd European Conference on Ecotoxicology, Society of Ecotoxicology and Environmental Safety. Zurich, Switzerland.  August 28-31, 1994.

Chair, Atrazine Ecological Risk Assessment Workshop sponsored by Ciba Corporation. Asheville, N.C.  August 1-2, 1994.

Served in United States Environmental Protection Agency's Peer Review Workshop to evaluate program and implementation of the Ecological Risk Assessment Paradigm developed through the Risk Assessment Forum. EPA, Washington, D.C.  August 1994.

Invited as an expert in tropical ecotoxicology by the Rainforest Alliance to coordinate environmental toxicology workshops associated with pesticide use in tropical agriculture, San Jose, Costa Rica. March 16-18, 1994.

**1993**   Served as Immediate-Past President/Executive Committee, Society of Environmental Toxicology and Chemistry (SETAC), Pensacola, FL.  November 1993 - November 1994.

Invited to Kremlin, Moscow, Russia to interact with Russian government officials, Professor Alexei Yablokov, Counselor to the President of Russia for Ecology & Health, and members of the Russian Academy of Sciences for cooperative research in ecological risk assessment and environmental toxicology between the U.S. and Russia.  August 1993.

Member of the Council of Scientific Society Presidents, Washington, D.C., May 1993.

Provided the keynote address and represented the Society of Environmental Toxicology and Chemistry (SETAC) as President in SETAC First World Congress, Lisbon, Portugal, March 1993.

**1992**   President, Society of Environmental Toxicology and Chemistry (SETAC), Washington, D.C.  November 1992 - November 1993.

Invited as keynote speaker to present lecture on "*Trends in Wildlife Toxicology in the U.S.*" at the 5th course in "*Ecotoxicology*" sponsored through the European Environmental Research Organization, Isle of Texel, The Netherlands, September 1992.

Invited as keynote speaker by CORBANA, Costa Rica to present lecture and participate in discussions on the use of agrochemicals in tropical agriculture.  May 1992, San Jose, Costa Rica.

**1991**   As Department Head, at Clemson University, coordinated with faculty the establishment of M.S. and Ph.D. programs in Environmental Toxicology to be administered through the Department of Environmental Toxicology.  Submitted to the South Carolina Commission on Higher Education.  December 1991.

Appointed to the Executive Committee of the Board of the Society of Environmental Toxicology and Chemistry (SETAC).  Washington, D.C.  November 1991.

Vice-President, Society of Environmental Toxicology and Chemistry (SETAC), Washington, D.C. November 1991 - November 1992.

Appointed to the US Environmental Protection Agency peer review panel to review "*Risk Assessment for Land Application of Pulp and Paper Mill Sludge*".  Washington, D.C. October 1991.

President-elect of the Society of Environmental Toxicology and Chemistry (SETAC), Washington, D.C.  September 1991.

Adjunct Professor at Escuela de Agricultura de la Region Tropical Humeda (E.A.R.T.H.), San Jose, Costa Rica.  Fall 1991.

Taught course "*Wildlife Toxicology*" at Clemson University with Theodore Buerger. Fall 1991.

Awarded Fulbright Fellowship for lectures and research in environmental toxicology of lead in birds.  University of Rajasthan, Jaipur, India.  Fall 1991.

Appointed to U.S. Environmental Protection Agency peer review panel to review "*Ecological Risk Assessment Framework Document*" and "*Case Studies in Ecological Risk Assessment Document*."  May 1991.

**1990**   Appointed to the Natural Resources and Environment Program Committee for the National Initiative on Agriculture, Food and the Environment, U.S. Department of Agriculture.

Convened and developed support for an international conference entitled "*The Population Ecology and Wildlife Toxicology of Agricultural Pesticide Use: A Modeling Initiative for Avian Species*" at Kiawah Island, South Carolina. Conference Co-Chair, Dr. Thomas E. Lacher, Jr. Sponsored through the Society of Environmental Toxicology and Chemistry and Conservation Foundation, USA. July 1990.

Invited to Moscow, Soviet Union by the USSR Academy of Sciences to participate in development of "*Biotest*" environmental research program in Russia. June 1990.

Appointed to the Ecological Risk Assessment Subcommittee of the Committee on Risk Assessment Methodologies of the National Academy of Sciences, Washington, D.C. May 1990.

Led the establishment of a new Department of Environmental Toxicology at Clemson University and was appointed its first Department Head. March 1990.

Appointed to an Environmental Review Team to visit and review the E.A.R.T.H. university project in San Jose, Costa Rica for the Kellogg Foundation. March 1990.

Served as the host Professor for the selection and visit of a Fulbright Scholar, Dr. Prakash Bakre, University of Rajasthan, India. January - July 1990.

**1989**   Adjunct Professor of Environmental Toxicology, Huxley College of Environmental Studies, Western Washington University, Bellingham, Washington.

**1988**   Elected to Board of Directors, Society of Environmental Toxicology and Chemistry (SETAC), Washington, D.C. 1988-1991.

Appointed to Science Advisory Board for Washington State Department of Ecology to advise on fish and wildlife toxicity evaluation regarding implementation of the 1987 Hazardous Waste Management Act passed by the Washington State Legislature.

Appointed as Chairman of the Pacific Northwest Regional Advisory Council on Hazardous Waste Management by Governor Booth Gardner, Washington State. 1988-1989.

Appointed to Avian Pesticide Effects Dialogue Group (AEDG) convened by the Conservation Foundation, Washington, D.C., to discuss issues of impacts of pesticides on wildlife and field testing procedures. Representatives from the E.P.A., environmental groups, chemical industry and academia were involved. 1988 - 1993.

**1987**   Professor of Environmental Toxicology and Director of the Institute of Wildlife Toxicology, Western Washington University, Bellingham, Washington. 1987 - 1989.
A. Teaching
1.    Courses taught at Western Washington University (Quarter system, 1980-1989).
a.    Wildlife Toxicology
Course author (senior/graduate level)

b.        Introduction to Environmental Pollution
(junior level)
c.        Survey of Toxic Substances
Course author (seminar)
d.        Evaluating Toxic Substances in the Environment
Course author (junior level)
e.        Environmental Toxicology
Course author (senior/graduate level)
f.        Environmental Toxicology Laboratory
Course author (senior level)
g.        Energy Development/Public Health
(Summer Session with Ruth Weiner)
h.        Educating the Public on Toxic Substances
Course author Fall, Winter, and Spring Quarters (seminar concluded with publication of a textbook entitled Toxic Substances in the Environment, Kendall/Hunt Publishing Co., Dubuque, Iowa.  112 pp.
i.        Monthly Planet
Faculty Advisor Fall, Winter, and Spring Quarters, 1982-83 academic year.  A publication of Associated Students, Environmental Center, Western Washington University.
j.        Behavioral Toxicology
Course author (graduate level) with R. Thompson (Psychology).  Cooperative graduate seminar between Department of Psychology and Huxley College of Environmental Studies.
k.        Introduction to Environmental Science
(freshman level)

B.    Research

1.    Director of the Institute of Wildlife Toxicology (IWT) at Western Washington University where research was focused on the evaluation of environmental contaminants on the reproduction, health, and well-being of wildlife species.  The Institute had a budget of approximately $2 million per year with an average of 50 people on the payroll (higher in spring/summer field season) engaged in three major sections of research: Ecotoxicology, Biochemical and Behavioral Toxicology, and Analytical Toxicology.

2.    Symposium Coordinator, "*Wildlife Toxicology Symposium*", Pensacola, Florida. November 10-11, 1987, in coordination with the Eighth Annual Meeting of the Society of Environmental Toxicology and Chemistry. Approximately 120 in attendance; 32 platform presentations.

3.    Adjunct Professor of Toxicology, Graduate Program in Pharmacology/Toxicology, School of Pharmacy, Washington State University, Pullman, Washington.

**1986**   Editorial Board Member, *Journal of Environmental Toxicology and Chemistry* (Editor-in-Chief, Dr. C.H. Ward), 1986-1991.

**1985**   Associate Professor of Environmental Toxicology (tenured) and Director of the Institute of Wildlife Toxicology, Western Washington University, Bellingham, Washington. 1985 - 1987.

Adjunct Professor of Toxicology, Graduate Program in Pharmacology/Toxicology, School of Pharmacy, Washington State University, Pullman, Washington.

Symposium Coordinator, "*International Wildlife Toxicology Symposium*," St. Louis, Missouri, November 11-12, 1985, in coordination with the Sixth Annual Meeting of the Society of Environmental Toxicology and Chemistry. Approximately 130 in attendance from 8 countries; 38 platform presentations.

**1984**   Adjunct Assistant Professor of Toxicology, Graduate Program in Pharmacology/Toxicology, School of Pharmacy, Washington State University, Pullman, Washington.

Founded and appointed first Director of the Institute of Wildlife Toxicology at Western Washington University, Bellingham, WA.

**1982**   Director and Research Coordinator, Padilla Bay National Estuarine Sanctuary, Department of Ecology, State of Washington.  1982 - 1983.
　　　　　　a.   Directed start-up activities in education and research at the sanctuary.
　　　　　　b.   Chaired a Research Advisory Committee that developed a Research Management Plan for the Sanctuary.

**1980**   Assistant Professor of Environmental Toxicology, Huxley College of Environmental Studies, Western Washington University, Bellingham, Washington.  1980 - 1985.

E.P.A. Postdoctoral Traineeship in Toxicology (Summer 1980), Massachusetts Institute of Technology, Cambridge, Massachusetts.   Participated in a special summer graduate course (30 quarter hours of M.I.T. graduate credit equivalent to 12 semester hours at other institutions) entitled "*Principles of Toxicology*", hosted by the Department of Nutrition and Food Science, M.I.T., Department of Chemistry, M.I.T., Harvard School of Public Health, and Department of Engineering, M.I.T.

**1977-1980**
Ph.D. Dissertation - The Toxicology of Lead Shot and Environmental Lead Ingestion in Avian Species with Emphasis on the Biological Significance in Mourning Dove Populations, Department of Fisheries and Wildlife Sciences, Virginia Polytechnic Institute and State University, Blacksburg, Virginia.  316 pp.

Graduate Teaching Assistant - Department of Fisheries and Wildlife Sciences, Virginia Polytechnic Institute and State University, Blacksburg, Virginia.
　　　　　　a.   Wetlands Management, Instructor, Dr. H.S. Mosby.
　　　　　　b.   Game Management, Instructor, Dr. G.H. Cross.

   c. Physiological Adaptations of Wild Animals to the Environment, Instructor,

Dr. R. Kirkpatrick.

   d. Game Mammals, Instructor, Dr. R.H. Giles, Jr.

   e. Principles of Wildlife Management, Instructor, Dr. G.H. Cross.

**1976** Laboratory Technician (4 months) - Pesticide Residues - Insect Physiology Laboratory, Department of Entomology and Economic Zoology, Clemson University, Clemson, South Carolina (Supervisor, Dr. Raymond Noblet). Duties included coordination of research activities in the laboratory, ordering supplies, pesticide residue analyses (contract work) and insect lipid analyses.

   M.S. Thesis - Toxicity and Persistence of Mirex in Bobwhite Quail in Field and Laboratory Studies, Department of Entomology and Economic Zoology, Clemson University, Clemson, South Carolina. 39 pp. (Graduate Research Assistant). Research was supported by a grant from the South Carolina Plant Pest Regulatory Service, Clemson, South Carolina.

**1974-1976**

Served as a Graduate Research Assistant in the Department of Entomology and Economic Zoology, Clemson University, Clemson, South Carolina working on an Environmental Assessment of two watershed areas in South Carolina. Duties included habitat analysis, mammal and avian inventories, fish and invertebrate sampling, water quality analysis, etc. Field research concluded with the publication of an Environmental Impact Statement. Supervisor, Dr. Jay Hair.

**1972** (Summer) Laboratory Technician for research entomologist, Dr. Raymond F. Moore, Jr., Cotton Insects Research, USDA, Florence, South Carolina. Assigned to an independent research project for the summer, which culminated in the preparation of a report, entitled "*Relationship Between Diet, Lipid and Susceptibility to Toxaphene: DDT in the Boll Weevils.*" Received 4 hours of undergraduate research credit at the University of South Carolina, Columbia, South Carolina for this study.

**1971** (Summer) Served as a Laboratory Technician for a research entomologist, Dr. Raymond D. Moore, Jr., Cotton Insects Research, USDA, Florence, South Carolina. Research involved insecticide toxicity test with cotton insects related to nutritional status. Duties included insect colony maintenance, diet preparations, insecticide testing as well as lipid analyses utilizing gas, column, and thin-layer chromatography, photovolt densitometry, etc.

**United States Patent**
"Wild Bird Treatment Composition and Methods"
Serial Number 15/053,184

**United States Patent – Pending**
"Wild Bird Treatment System and Methods"
Publication No. US 2015/0264893 A1

**Senate Resolution 54.78 -** Texas Tech University Student Senate – stating congratulations from the Student Senate for being awarded the 2017 Stephen J. Klaine Environmental Education Award from the Society of Environmental Toxicology and Chemistry, November 29, 2018.

**SETAC Fellow** – Society of Environmental Toxicology and Chemistry, October 2017.

**Stephen J. Klaine Environmental Education Award** – Society of Environmental Toxicology and Chemistry, October 2017.

**Texas Environmental Excellence Award Finalist– Individual** – from the Texas Commission on Environmental Quality and Governor Rick Perry, May 1, 2013.

**Outstanding Researcher Award -** College of Arts & Sciences, Texas Tech University, April 20, 2010.

**Gerald H. Cross Alumni Leadership Award** – Virginia Tech University, April 6, 2010.

**President's Book Award** – "Advances in Biological and Chemical Terrorism Countermeasures", Texas Tech University, April 2010.

**Texas Environmental Excellence Award in Education** – from the Texas Commission on Environmental Quality and Governor Rick Perry.  Received as Director on behalf of The Institute of Environmental and Human Health in Austin, Texas, on May 13, 2009.

**Integrated Scholar** – Texas Tech University, Inaugural Class, April 2009.

**Certificate of Appreciation** – from The National Academies, Board of Environmental Studies and Toxicology for service on the Committee on Superfund Site Assessment and Remediation in the Coeur d'Alene River Basin, 2003-2005.

**Award of Appreciation** – from United States Environmental Protection Agency for service related to Chairmanship of the EPA Scientific Advisory Panel for implementation of the Federal Insecticide, Fungicide and Rodenticide Act and the Food Quality Protection Act of 1996, January 2004.  Served as Chairman, January 1999 to December 2002.

**Outstanding Researcher Award** – College of Arts and Sciences, Texas Tech Medallion and $1,000.00, Texas Tech University, April 2003.

**Alumni Research Award -** for outstanding faculty research at Clemson University, $1,500, May 1996.

**Fulbright Fellowship -** for lectures and research in environmental toxicology of lead in birds. University of Rajasthan, Jaipur, India.  Fall 1991.

**Paul and Ruth Olscamp Research Award** - for Outstanding Researcher among the faculty of Western Washington University, $1,000, June 1987 and Merit Step Promotion (5 steps).

**Faculty Summer Research Fellowship -** Bureau for Faculty Research, Western Washington University, Bellingham, Washington, and from Agricultural University, Wageningen, The Netherlands, to initiate cooperative research between the Institute of Wildlife Toxicology and the Department of Toxicology at the Agricultural University at Wageningen, The Netherlands, 1986.

**Merit-Step Program -** Huxley College of Environmental Studies, Western Washington University, Bellingham, Washington, 1981-1982 (one-step), and 1983-1984 (two-steps).

**Faculty Summer Research Fellowship -** Bureau for Faculty Research, Western Washington University, Bellingham, Washington, 1981.

**Environmental Protection Agency Traineeship** - National award to attend a special summer graduate course, "*Principles of Toxicology*," offered at the Massachusetts Institute of Technology, Cambridge, Massachusetts, Summer 1980.

**National Wildlife Federation Environmental Conservation Fellowship -** Washington, D.C. (while attending Virginia Polytechnic Institute and State University), 1979-1980.

**National Rifle Association Grant-In-Aid Fellowship -** Washington, D.C. (while attending Virginia Polytechnic Institute and State University), 1979-1980.

**Tuition Scholarship** - Department of Fisheries and Wildlife Sciences, Virginia Polytechnic Institute and State University, Blacksburg, Virginia, Fall 1979.

**Belle W. Baruch Fellowship -** Department of Entomology and Economic Zoology, Clemson University, Clemson, South Carolina, Fall 1974.

**Dean's Honor List -** Graduate of the College of Science and Mathematics, University of South Carolina, Columbia, South Carolina, Spring 1974.

**MASTERS AND DOCTORAL PROGRAMS:**

Emphasis of the programs dealt with the environmental contamination and toxicology problems in wildlife species. Combined field and laboratory studies were used to investigate the biological significance of detected environmental contaminants in wildlife species.

**THESIS:**          Toxicity and persistence of mirex in bobwhite quail in field and laboratory studies.  M.S. Thesis, Clemson University, Clemson, South Carolina.  39 pp.

**DISSERTATION:**  The toxicology of lead shot and environmental lead ingestion in avian species with emphasis on the biological significance in mourning dove populations.  Ph.D. Dissertation, Virginia Polytechnic Institute and State University, Blacksburg, Virginia.  316 pp.

Active and Past Memberships

Society of Environmental Toxicology and Chemistry, Washington, D.C. 1980-2020 (Charter Member), Board of Directors, Vice-President and President.

Society of Ecotoxicology and Environmental Safety (SECOTOX), Schmallenberg, Federal Republic of Germany, 1995-1997.

Pacific Northwest Association of Toxicologists, Seattle, Washington, 1984-1990 (Charter Member).

Northwest Scientific Association, 1981-1988.

The Society of Sigma Xi, Clemson University, Clemson, South Carolina, Virginia Polytechnic Institute and State University, Blacksburg, Virginia, and Western Washington University, Bellingham, Washington, 1976-1982.

Gamma Sigma Delta, Clemson University, Clemson, South Carolina (membership was transferred to Virginia Polytechnic Institute and State University, Blacksburg, Virginia), 1976-1980.

The Wildlife Society, Washington, D.C., 1974-2020.

The Wildlife Society, Virginia Polytechnic Institute and State University, Blacksburg, Virginia, 1977-1979.

The Wildlife Society, Charter Member of the Clemson University Student Chapter of the Wildlife Society, Clemson University, Clemson, South Carolina, 1974-1991.

## CERTIFICATIONS

Federal Fish and Wildlife Permit, U.S. Fish and Wildlife Service, Albuquerque, NM. (Current)

Scientific Research Permit, Texas Parks and Wildlife, Austin, TX. (Current)

Scientific Collector's Permit, Oklahoma Department of Wildlife Conservation, Oklahoma City, OK (Current)

Master Banding Permit for Wildlife Research, United States Fish and Wildlife Service, Laurel, MD. (Current)

Industrial First Aid - State of Washington Department of Labor and Industries.  (Course taught by Ronald Gustafson)

Certified Pesticide Applicator - Research and Noncommercial Categories, Washington State Department of Agriculture, Olympia, Washington, 1985

Certified Wildlife Biologist - The Wildlife Society, Washington, DC, 1989 - 2020

Certified Associate Wildlife Biologist - The Wildlife Society, Washington, D.C., 1979

Certified Basic Rescuer (Cardiopulmonary Resuscitation-CPR) - The American Heart Association Cardiopulmonary Resuscitation and Emergency Cardiac Care Course offered in the Department of Fisheries and Wildlife Sciences, Virginia Polytechnic Institute and State University, Blacksburg, Virginia.  (Course taught by Mrs. Cynthia Dubrock, RN, of the Roanoke Valley Division, February 1979)

Certified Pesticide Applicator - Research and Noncommercial Categories, South Carolina Plant Pest Regulatory Service, Clemson University, Clemson, South Carolina, 1976

Graduate students either serve as Graduate Research Assistants on grants or Graduate Fellowships. Those students winning awards for outstanding performance are noted. Anticipated date of completion of degree requirements noted or year degree awarded.

**Major Professor for the Following Graduate Students:**

Brym, M. 2020. (M.S. Biology). Restoration of monarch butterfly (*Danaus plexippus*) habitat in West Texas as a mitigation tool for addressing monarch declines. Department of Biological Sciences, Texas Tech University.

Herzog, J. 2020. (M.S. Environmental Toxicology). Helminth parasites of migratory passerine birds in the Rolling Plains ecoregion. Department of Environmental Toxicology, Texas Tech University.

Henry, B. 2020. (Ph.D. Environmental Toxicology). Anthelmintic drug treatment of quail (*Colinus virginianus*) for parasite control. Department of Environmental Toxicology, Texas Tech University.

Henry, C. 2019. (Ph.D. Environmental Toxicology). Efficacy and safety of anthelmintic treatment in bobwhite quail (*Colinus virginianus*) and assessment of intermediate host arthropod species. Department of Environmental Toxicology, Texas Tech University.

Blanchard, K. 2019. (M.S. Environmental Toxicology). Regional surveillance and seasonal variation of eyeworm (*Oxyspirura petrowi*) and caecal worm (*Aulonocephalus pennula*) infection in northern bobwhite quail (Colinus virginianus) of Rolling Plains, TX. Department of Environmental Toxicology, Texas Tech University.

Dunham, N. 2016. (Ph.D. Environmental Toxicology). Field and laboratory studies on eyeworms (*Oxyspirura petrowi*) and their impact on the Northern bobwhite (*Colinus virginianus*). Department of Environmental Toxicology, Texas Tech University. Present employment: U.S. Army Corps of Engineers.

Pappas, S. 2015. (Ph.D. Environmental Toxicology). The toxicity of nanomaterials to Northern bobwhite quail (*Colinus virginianus*). Department of Environmental Toxicology, Texas Tech University. Present employment: Method.

Baxter, C. 2013. (M.S. Environmental Toxicology). Analysis of organochlorine pesticides in bobwhites and scaled quail from the Rolling Plains ecoregion. Department of Environmental Toxicology, Texas Tech University. Present employment: Environmental Toxicology, Texas Tech University.

Paden, N. 2008. (Ph.D. May 2008, Environmental Toxicology). Toxicity of Trinitrotoluene and Dinitrotoluene in a Native Amphibian Species – *Lithobates catesbeiana*. Department of Environmental Toxicology, Texas Tech University. Present employment: Idaho Department of Environmental Quality.

Richards, S. 2000. (Ph.D. August 2000, Environmental Toxicology). Avian exposure to pesticides in Iowa agroecosystems under management with habitat risk mitigation techniques. Department of Environmental Toxicology, Texas Tech University. Present employment: Associate Professor, Environmental Toxicology, University of Tennessee at Chattanooga.

Rodgers, B. 2000. (Ph.D. December 2000, Biology). Cytogenetic effects of exposure to Chernobyl radiation. Department of Biology, Texas Tech University, under Dr. Robert Baker. Present employment: Assistant Professor, Department of Biology, Texas Tech University.

Sauls, B.T. 1998. (Ph.D. May 1999, Environmental Toxicology). Pesticide risk mitigation: northern bobwhite response to habitat mitigation techniques in Iowa agroecosystems. Department of Biological Sciences/Environmental Toxicology, Texas Tech University. Previous employment: American Cyanamid Company, Princeton, New Jersey – Toxicologist.

Walter, D. 1998. (M.S. Environmental Toxicology). Use of grassy borders for pesticide risk mitigation in corn/soybean agroecosystems: vegetation characterization and invertebrate response as a food source for northern bobwhite quail (*Colinus virginianus*). Department of Environmental Toxicology, Clemson University.

Rice, W.J. 1998. (M.S. Environmental Toxicology). Lead toxicity in wild Northern bobwhite. TIWET, Clemson University. Present employment: HRP/Spectrum, Inc. – Toxicologist.

Hawkes, A.W. 1996. (Ph.D., Environmental Toxicology). Northern bobwhite (*Colinus virginianus*) response to treatment of a South Carolina pine plantation with ARSENAL® applicators concentrate. TIWET, Clemson University. (1992 M.S., Environmental Toxicology). Behavior, survivability, and cholinergic response of wild mourning doves (*Zenaida macroura*) and northern bobwhite (*Colinus virginianus*) dosed with aldicarb. TIWET, Clemson University. Present Employment: Contaminant Specialist, Toxicology – U.S. Fish & Wildlife Service.

Troup, Robert. 1995. (M.S., Environmental Toxicology) Pesticide impacts on winter covey behavior of northern bobwhite. TIWET, Clemson University. Present Employment: Genesis Laboratories, Wellington, Colorado.

Rainwater, Thomas. 1994. (M.S., Environmental Toxicology). Avian exposure to organophosphorus and carbamate pesticides on a South Carolina golf course. TIWET, Clemson University. Achieved Ph.D. in Environmental Toxicology from Texas Tech University, 2003, under Dr. Scott McMurry. Present Employment: Clemson University.

Hofius, J.L. 1992. (M.S., Environmental Toxicology) Age-dependent development and induction of selected hepatic and renal P-450 monooxygenases in European starling

(*Sturnus vulgaris*).   Present Employment: Fertilizer and Pesticide Control Department, Clemson University, Clemson, SC.

Osowski, S. L. 1992. (M.S., Environmental Toxicology).   The role of environmental contaminants in the decline of wild mink populations in North Carolina, South Carolina and Georgia.  Present Employment: Ph.D. Candidate at University of California at Davis.

Carlock, L.L. 1992. (M.S., Environmental Toxicology). Cholinesterase inhibition by phosphordithioate organophosphorus pesticides:   Anomalies and implications for monitoring avian wildlife.  Present Employment: Toxicologist, Compliance Services Institute, Tacoma, WA.

Cappizzi, J. 1992. (M.S. Candidate, Environmental Toxicology).  The use of starlings (*Sturnus vulgaris*) as a biomonitor species at hazardous waste sites.  Presently:  Ph.D. Candidate Environmental Toxicology, Texas A&M University.

Buck, J. 1992. (M.S., Environmental Toxicology).  Field and laboratory studies on effects of organophosphate pesticides on great horned owls (*Bubo virginianus*).   Present employment:  Environmental Contaminants Specialist, United States Fish and Wildlife Service, Portland, OR.
    A.    Winner of NWF Environmental Conservation Fellowship - $3,680.

Brewer, R.  1992. (M.S., Wildlife Toxicology). Survivability, movement patterns and blood cholinesterase levels in northern bobwhite quail (*Colinus virginianus*) dosed with COUNTER®.  Present employment:  Ecotoxicologist/Ecological Risk Assessor, Ecology and Environment, Inc., Seattle, WA.

Crabtree, C.   1990. (M.S., Wildlife Toxicology).   Survivability, movement patterns, blood cholinesterase and fecal residue analysis for California quail in Washington apple orchards treated with Diazinon 50W:  An integrated laboratory and field study.  Previous employment: Manager, Edith Angel Environmental Research Center, Chariton, IA.

Bens, C. l992.  (M.S., Applied Biology/Behavioral Toxicology).  Effects of methyl parathion on physical activity in bobwhite quail.  Previous employment:  Quality Assurance and Research Management Section Leader, Institute of Wildlife and Environmental Toxicology, Clemson University, Clemson, SC.  Formerly with Washington State Dept. of Ecology.  Present Employment: Toxicologist/Quality Control, USDA, Ft. Collins, Co.

Wolfe, M. l992.  (Ph.D., Wildlife Toxicology).  Comparative metabolism and acute toxicity of Diazinon and Turbufos in European starlings and red-winged blackbirds.  Western Washington University/Washington State University Cooperative Graduate Program.  Present Employment: Toxicology Task Force, Philomath, OR.

Buerger, T. l992.  (Ph.D., Wildlife Toxicology).  Methyl parathion toxicity and metabolism in wild  and  pen-reared  northern  bobwhites.   Ph.D.  Dissertation.   Western Washington

University/Washington State University Cooperative Graduate Program, Pullman, Washington.  Present employment: U.S. Fish & Wildlife Service, Portland, OR.

    A.    Winner of the National Rifle Association of America Grant-In-Aid-1987--$3,000.

    B.    Winner of the National Wildlife Federation Environmental Conservation Fellowship-1986-87--$2,000.

    C.    Winner of the Society of Environmental Toxicology and Chemistry (SETAC) Pre-Doctoral Fellowship-1988--$11,000.

Sulaiman, R.   1989.  (M.S., Wildlife Toxicology).   Effects of a single dose of 3,4,3',4'-tetrachlorobiphenyl on 3 wk. old herring gulls (*Larus argentatus*):  Biochemical and pathological indicators.  84 pp.  Present employment: Sinclair Knight & Partners, Leonards, New South Wales, Australia.

    A.    Winner of Royal Dutch Fellowship for internship in the Netherlands.

Marden, B.  l989.  (M.S., Wildlife Toxicology).  Use of artificial nest boxes to evaluate effects of methyl parathion on productivity of avian wildlife.  Previous employment:  E.P.A. - Corvallis, OR.

    A.    Winner of the National Wildlife Federation Environmental Conservation Fellowship-1987--$6,000.

    B.    Winner of U.S. E.P.A. grant of $100,000 with R.J. KENDALL.

Norman, D.  l992.  (M.S., Wildlife Toxicology). Organochlorine pesticides and polychlorinated biphenyl congeners in great blue herons from the Puget Sound ecosystem.  Present Employment:  Toxicology Task Force, Seattle, WA.

    A.    Winner of the Smithsonian Environmental Research Center Summer Internship-1987--$1,350.

Whitten, M.  l989.  (M.S., Wildlife Toxicology) Effect of methyl parathion on nesting and post fledgling survival in starlings (*Sturnus vulgaris*).  Present employment:  Toxicologist, Brown and Root Environmental Company, Aiken, SC.

    A.    Winner of USEPA grant of $100,000 with R.J. KENDALL.

Block, E.  l988.  (M.S., Wildlife Toxicology).  Effects of the organophosphate pesticide COUNTER® on deer mice (*Peromyscus*):  An integrated laboratory and field study. (Cochair Committee with Dr. T. Lacher).  Present employment:  U.S.F.W.S., Environmental Contaminant Specialist, Moses Lake, Washington.

Funsch, J.  l988.  (M.S., Wildlife Toxicology) Factors affecting discriminatory feeding behaviors:  the development of a predictive model.  79 pp. (Co-chair with Dr. R. Bennett, USEPA, Corvallis and Dr. R.J. Kendall).  Previous employment:  Environmental Toxicology International, Inc., Seattle, WA.

    A.    Winner of the USEPA Traineeship-1987--$7,000.

Smith, D.  l986.  (M.S., Behavioral Toxicology/Psychology) The effect of methyl parathion on retention of avoidance learning in bobwhite quail.  80 pp.

Bussiere, J. l986. (M.S., Wildlife Toxicology/Environmental Science) Effect of methyl parathion on food discrimination in bobwhite quail (*Colinus virginianus*). 73 pp. Present employment: Department of Vet. Science, Temple University, PA.

Berry, S. l985. (M.S., Applied Biology/Toxicology) Effects of agricultural spraying of methyl parathion on reproduction and cholinesterase activity in starlings (*Sturnus vulgaris*) in Skagit Valley, Washington. 69 pp. Previous employment: Envirosphere, Inc., Toxicology Division, Seattle, WA.

McAlpine, C. l984. (M.S., Psychology/Behavioral Toxicology) Effects of methyl parathion on tonic immobility and acetylcholinesterase activity in bobwhite quail (*Colinus virginianus*). l00 pp. Present employment: Northwest Air Pollution Control Authority.

Yancey, J. l983. (M.S., Applied Biology/Toxicology) The reproductive toxicology of cadmium in bobwhite quail. 105 pp. Employment: Washington State Department of Fisheries.

Galindo, J. l983. (M.S., Applied Biology/Toxicology) The effect of methyl parathion on susceptibility of bobwhite quail to domestic cat predation. 60 pp. Employment: Washington State Department of Fisheries.

Foutz, S.R. l98l. (M.S., Psychology/Behavioral Toxicology) An operant behavioral investigation of the central nervous system effects of methyl parathion in bobwhite quail (*Colinus virginianus*). 40 pp. Present status: Ph.D., Behavioral Toxicology; and M.D., University of Oregon Medical School. Family Practice, Fargo, North Dakota.

**Committee Member for the Following Graduate Students:**

Lou, L. 2019. (Ph.D. Environmental Toxicology). Functional nanofiber webs for environmental protection and human health.

Conti, A. 2014. (M.S. Environmental Toxicology). West Nile virus and enzootic arboviral pathogens in Northern bobwhite quail populations of the Rolling Plains.

Turaga, U. 2014. (Ph.D. Environmental Toxicology). Electrospun scaffolds for cell culture applications.

Singh, V. 2014. (Ph.D. Environmental Toxicology). Developments in cotton nonwovens for value-added and industrial applications.

Howell, E. 2014. (Ph.D. Biological Sciences). The effects of environmental low-dose irradiation on tolerance to chemotherapeutic agents.

Jinka, S. 2013. (Ph.D. Environmental Toxicology). Plasma treatment of nonwoven fabric.

Lalagiri, M. 2013. (Ph.D. Environmental Toxicology). Developing and Testing of Micro and Nano Fiber Media for Air Filtration Applications.

Appointed to the United States Environmental Protection Agency Chartered Clean Air Scientific Advisory Committee (CASAC), September 2019-September 2022.

Member of the SETAC North America (SNA) Certification Ad-Hoc Committee. February 2018.

Member of the SETAC North America Senior Resources Group. November 2017.

Member of the West Texas Coalition, in partnership with Texas Tech University and Midland College, for the George W. Bush Presidential Library, November 2006.

Appointed to National Research Council Committee on the Superfund Site Assessment and Remediation in the Coeur d'Alene River Basin to evaluate the site as a case study to examine EPA's scientific and technical practices in Superfund Site Characterization, human and ecological risk assessment, remedial planning and decision making. Appointed November 2003 and completed service in July 2005.

U.S. Environmental Protection Agency's Science Advisory Panel as a representative in environmental toxicology for implementation of the Federal Insecticide, Fungicide, and Rodenticide Control Act. June 1995 – December 2002. Appointed Chairman, January 1999 to December 2002.

EPA Science Review Board, to address "Human Testing and Evaluation of Chemical Exposure" as a joint meeting of the Science Advisory Panel and Science Advisory Board of the United States Environmental Protection Agency, Washington, D.C., December 1998 – September 2000.

Scientific Expert Advisory Panel of the Canadian Network of Toxicology Centers to establish priorities for toxicology research in Canada. March 1992 - 1999.

Member of the Endocrine Disrupters Screening and Testing Advisory Committee (EDSTAC), United States Environmental Protection Agency, Washington, D.C., December 1996 – November 1998.

Appointed to the United States Environmental Protection Agency's Science Advisory Board, Mercury Review Subcommittee. Final report submitted to Congress in October 1997.

Appointed to The Board of Scientific Counselors Subcommittee Panel, Office of Research and Development, United States Environmental Protection Agency, Peer Review of The National Center for Environmental Assessment, September 1997.

Appointed to the Future of Public Health Task Force, Human Services Coordinating Council, State of South Carolina. 1994 - 1996.

Served on the committee to review the Department of Interior's Biomonitoring of Environmental Status and Trends (BEST) Program, National Research Council, National Academy of Sciences. Washington, D.C. March 1994 - 1996.

Served on the Wildlife Criteria Subcommittee of the Ecological Processes and Effects Committee, United States Environmental Protection Agency's Science Advisory Board. Washington, D.C. March 1994 - 1996.

Science Peer Review Panel for evaluation of ecotoxicological thresholds for the United States Environmental Protection Agency's Superfund Program.  Chicago, IL.  June 1995.

Chairman, Past-President's Council, Society of Environmental Toxicology and Chemistry (SETAC), Pensacola, FL.  November 1994 - November 1995.

Served in United States Environmental Protection Agency's Peer Review Workshop to evaluate program and implementation of the Ecological Risk Assessment Paradigm developed through the Risk Assessment Forum. EPA, Washington, D.C.  August 1994.

Member of the Council of Scientific Society Presidents, Washington, D.C., May 1993.

Appointed to the Natural Resources and Environment Program Committee for the National Initiative on Agriculture, Food and the Environment, U.S. Department of Agriculture.

Appointed to the Ecological Risk Assessment Subcommittee of the Committee on Risk Assessment Methodologies of the National Academy of Sciences, Washington, D.C. May 1990.

Appointed to Science Advisory Board for Washington State Department of Ecology to advise on fish and wildlife toxicity evaluation regarding implementation of the 1987 Hazardous Waste Management Act passed by the Washington State Legislature.

Appointed as Chairman of the Pacific Northwest Regional Advisory Council on Hazardous Waste Management by Governor Booth Gardner, Washington State.  1988-1989.

Appointed to Avian Pesticide Effects Dialogue Group (AEDG) convened by the Conservation Foundation, Washington, D.C., to discuss issues of impacts of pesticides on wildlife and field testing procedures.  Representatives from the E.P.A., environmental groups, chemical industry and academia were involved.  1988 - 1993.

# GRANT RECORD AS PRINCIPAL INVESTIGATOR

**Total Number of Grants:**          155
**Total Award Amount:**          $53,962,370
**Funding Organizations:**

American Cyanamid Company
Ashepoo Plantation
BASF
Battelle
Bureau for Faculty Research,
Western Washington University

CIBA-GEIGY Corp.
Conservation Foundation, Washington, D.C
.
Defense Threat Reduction Agency,
Dulles, VA
Gaylord and Dorothy Donnelley Foundation
E.I. duPont de Nemours and Company, Inc.

ECORISK, Inc.
Environmental Protection Agency; Office of
Pesticide Programs, Washington,
D.C.
Environmental Protection Agency, Athens
Environmental Research Laboratory
Environmental Protection Agency, Corvallis
Environmental Research Laboratory
EPA; Office of Puget Sound, Seattle, WA

Houston Endowment, Inc.

W.K. Kellogg Foundation

Mewbourne Oil Company
Monsanto

National Institutes of Environmental Health
Sciences (NIEHS)
National Fish and Wildlife Foundation
National Rifle Assoc. Washington, D.C.
National Shooting Sports Foundation
National Wildlife Federation
Novartis Crop Protection, Inc.,
Greensboro, NC

Park Cities Quail Coalition
Professional Golf Association

Rhone-Poulenc Agricultural Company
Rolling Plains Quail Research Foundation

South Carolina Universities Research and
Education Foundation (SCUREF)
Shell Oil Foundation
Skagit County Health Department, and
Skagit County Board of
Commissions, Skagit County,
Washington
Soldier Biological and Chemical Command
U. S. Army
South Carolina Wildlife and Marine
Resources Department
Strategic Environmental Research and
Defense Program (SERDP)
Syngenta Crop Protection

Texas A&M AgriLife Extension Service
The Texas Department of Economic
Development
The Trinity Corporation

U.S. Air Force
U.S. Army
U.S. Department of Defense
U.S. Department of Energy
U.S. Environmental Protection Agency
United States Fish and Wildlife Service
United States Golf Association
U.S. Navy

Washington State Department of Ecology

Washington State Wildlife Department
Western Foundation, Inc.
Westinghouse Fortin-Copper Laminate
        Division
Westvaco

**Dr. William "Bill" Benson**
Associate Director for Ecology
U.S. Environmental Protection Agency
Environmental Effects Research Laboratory
Gulf Ecology Division / ORD
1 Sabine Island Drive
Gulf Breeze, FL 32561-5299
(850-934-9208)

**Dr. Bryan W. Brooks**
Distinguished Professor
Environmental Science/Biomed Studies
Department of Environmental Science
Baylor University
One Bear Place #97266
Waco, TX 76798-7266
(254-710-3406)

**Dr. Nick Dunham**
Biologist, Plan Formulation
US Army Corps of Engineers
180 Fifth Street East #700
St. Paul, MN 55122

**Dr. Elaine Dorward-King**
Executive Vice President
Sustainability and External Relations
Newmont Mining Corporation
6363 South Fiddlers Green Circle
Greenwood Village, CO 80111
(303-837-5580)

**Dr. Richard Erickson**
USGS
Upper Midwest Env. Res. Ctr.
2630 Fanta Reed Rd.
La Crosse, WI 54603
(608-783-6535)

**Dr. Michael Galyean**
Provost
Texas Tech University
Box 42019
Lubbock, TX 79409-2019
(806-742-2184)

**Dr. Patrick D. Guiney**
Director of Environmental Safety
S.C. Johnson (Retired)
President, SETAC World Council
2071 Skyline Drive
Stoughton, WI 53589
(262-260-2799)

**Ms. Grace Hernandez**
Chief of Staff
Office of the President
Texas Tech University
Box 42005
Lubbock, TX 79409-1163
(806-742-2121)

**Dr. Thomas E. Lacher, Jr.**
Professor
Department of Wildlife and Fisheries
Sciences
Texas A&M University
College Station, TX 77843-2258
(979-845-5777)

**Dr. Steve Presley**
Professor and Chair
Department of Environmental Toxicology
Texas Tech University
Box 41163
Lubbock, TX 79409-1163
(806-885-4567)

**Dr. Seshadri S. Ramkumar**
Professor
Department of Environmental Toxicology
Box 41163
Lubbock, TX 79409-1163
(806-885-4567)

**Dr. Barnett Rattner**
Research Physiologist
Patuxent Wildlife Research Center
USGS

10300 Baltimore Ave, BARC-East
Bldg. 308
Beltsville, MD 20705
(301-497-5671)


**Dr. Bibek Sharma**
FMC Corp.
701/801 PrincetonSouth Corp. Ctr.
Bldg. 100, #360
Charles Ewing Blvd.
Ewing, NJ 08628

**Mr. Rick Snipes**
Board of Directors
Rolling Plains Quail Research Foundation
PO Box 220
Roby, TX 79543
(325-776-2615)

**Dr. Baohong Zhang**
Associate Professor
Department of Biology
East Carolina University
562 Science and Technology Bldg.
Greenville, NC 27858
(252-328-2021)

**EDITOR AND/OR REVIEWER**
**FOR SCIENTIFIC JOURNALS, BOOKS, TECHNICAL REPORTS AND PROJECTS:**

A.   Scientific Journals

    1.   Editorial Board Member, 2017-present, *World Journal of Toxicology*

    2.   Editorial Board Member 2017-present, *Archives of Parasitology*

    3.   Elected Terrestrial Toxicology Editor, *Environmental Toxicology and Chemistry* by the Society of Environmental Toxicology Board of Directors, November 1997 - present

    4.   Editor "Annual Review Issue" of *Environmental Toxicology and Chemistry*, 1991-1997 (Editor-in-Chief, Dr. C. H. Ward).
        1.   1998 issue on Endocrine Disruptors, (R. Dickerson, Guest Editor).
        2.   1997 issue on Tropical Ecotoxicology. (T. Lacher, Guest Editor).
        3.   1996 issue on Ecological Risk Assessment.

5.   Editorial Board Member Editor, 1986-present, *Environmental Toxicology and Chemistry* (Editor-in-Chief, Dr. C.H. Ward).

6.   Editorial Board Member, 2000-present, *Society for Risk Analysis* (Editor-in-Chief, Dr. Elizabeth L. Anderson).

7.   *Environmental Science and Technology*

8.   *Archives of Environmental Contamination and Toxicology*

9.   *Proceedings of the Annual Conference of Southeastern Association for Fish and Wildlife Agencies*

10.   *Journal of Wildlife Diseases*

11.   *Toxicology and Applied Pharmacology*

12.   *Journal of Ecotoxicology and Environmental Safety*

13.   *Journal of Wildlife Management*

B.   Books

Science textbook reviewer for National Academy Press, Academic Press, SETAC Press, CRC Press, Houghton-Mifflin Co., Boston, MA, Battelle Press, Columbus, Ohio, Macmillan Publishing Company, New York, NY, and Kendall - Hunt Publishing Company, Dubuque, Iowa.

C.    Technical Reports

National Research Council, NOAA, U.S. Navy, Army Corps of Engineers, United States Environmental Protection Agency, Exxon, CIBA-GEIGY Corp., American Cyanamid Company, FMC Corp., Monsanto, CH2M Hill, Seattle City Light, Washington State Dept. of Ecology, Washington State Dept. of Wildlife, Puget Sound Water Quality Authority, Dow-Elanco, Rhone Poulenc Agricultural Chemical Company, Shell, U.S. Department of Justice, Water Environmental Research Foundation, National Fish and Wildlife Foundation and Novartis Crop Protection, Inc.

D.    Projects

Michigan Great Lakes Protection Fund, CIBA-GEIGY Corporation, EPA, US Navy, Army Corps of Engineers, American Cyanamid Company, Washington State Department of Wildlife, and Canadian Network Centers in Toxicology

**TOTAL PUBLICATIONS (*411*)**
**(Books, Book Chapters, Technical Papers, Technical Research Reports, and Peer-Reviewed**
     **Scientific Publications)**

**TEXTBOOKS (*13*)**

KENDALL, R.J., Presley, S.M., Ramkumar, S.S., editors. 2016. *New Developments in Biological and Chemical Terrorism Countermeasures*. CRC Press/Taylor and Francis Group. 185pp.

KENDALL, R.J., T.E. Lacher, G.P. Cobb, S.B. Cox, editors. 2010. *Wildlife Toxicology: Emerging Contaminant and Biodiversity Issues.* CRC Press/Taylor and Francis Group,    321 pp.

KENDALL, R.J., S.M. Presley, G.P. Austin, and P.N. Smith, editors. 2008. *Advances in Biological and Chemical Terrorism Countermeasures*. Taylor and Francis/CRC Press, 280 pp.

KENDALL, R.J. and P.N. Smith, editors.  2006.  *Perchlorate Ecotoxicology*. Society of Environmental Toxicology & Chemistry (SETAC) Press, 269 pp.

Giddings, J.M., T.A. Anderson, L.W. Hall, A.J. Hosmer, R.J.  KENDALL, R.P. Richards, K.R. Solomon, and W.M. Williams. 2005 *Atrazine in North American Surface Waters: A probabilistic aquatic ecological risk assessment.*  Society of Environmental Toxicology & Chemistry (SETAC) Press, Pensacola, FL., 400 pp.

Tollerud, D.J., H.L. Allen, L.W. Barnthouse, C.L. Brierley, E.H. Clark, II, T.W. Clarkson, E.A.C. Crouch, A. Cullen, J. Graziano, D.L. Johnson, R.J. KENDALL, J.C. Kissel, T.W. LaPoint, D.W. Layton, C.H. Ward, S. Wood, R. Wright. 2005. *Superfund and mining megasites: Lessons from the Coeur d'Alene River Basin*. National Research Council of the National Academies.  484 pp.

Solomon, K.R., Giesy, J.P., KENDALL, R.J., Best, L.B., Coats, J.R., Dixon, K.R., Hooper, J.M., Kenaga, E.E., McMurry, S.T. 2001 Chlorpyrifos: Ecotoxicological Risk Assessment for Birds and Mammals in Corn Agroecosystems. Special Issue Book: Human and Ecological Risk Assessment. CRC Press. 140 pp.

KENDALL, R.J., R L. Dickerson, J.P. Giesy, and W.A. Suk, editors.  1998.  *Principles and Processes for Evaluating Endocrine Disruption in Wildlife.*  Society of Environmental Toxicology & Chemistry (SETAC) Press, Pensacola, FL., 500 pp.

KENDALL, R.J. and T.E. Lacher, Jr., editors. 1994. *Wildlife Toxicology and Population Modeling:  Integrated Studies of Agroecosystems*. CRC Press/Lewis Publishers, Chelsea, Michigan. 576 pp.

KENDALL, R.J. 1991.  *Las Substancia Toxicas En El Medio Ambiente*, 3rd Edition. Kendall/Hunt Publishing Co., Dubuque, Iowa.  113 pp.

Buerger, T.T. and R.J. KENDALL, editors. 1991. Wildlife Toxicology. 3rd edition. The Institute of Wildlife and Environmental Toxicology, Clemson University, Clemson, SC. 237 pp.

Buerger, T.T., R.J. KENDALL and M. Wolfe, editors. 1988. Wildlife Toxicology. 2nd edition. The Institute of Wildlife and Environmental Toxicology, Clemson University, Clemson, SC. 269 pp.

KENDALL, R.J. l983. *Toxic Substances in the Environment*. Kendall/Hunt Publishing Co., Dubuque, Iowa. (A textbook on toxic chemicals written primarily for use as a classroom text for junior and senior high school students and also for continuing education of adults; prepared by the Toxic Substances Education Group, Western Washington University, where I served as Project Director working with undergraduate students in Environmental Education, Environmental Health and Scientific Illustration). 112 pp.

## BOOK CHAPTERS (*13*)

Turaga, U., KENDALL, RJ, Singh, V., Lalarigi, M., Ramkumar, S. 2012. Advances in materials for chemical, biological, radiological and nuclear (CBRN) protective clothing. In: *Advances in Military Textiles and Personal Equipment*. Woodhead Publishing, Ltd., Cambridge, England. Chap. 12, pp. 260-287.

Solomon KR, Carr JA, du Preez LH, Giesy JP, Gross TS, KENDALL RJ, Smith EE, Van der Kraak GJ. 2005. Ecotoxicological risk assessment of atrazine in amphibians. In: *Environmental Fate and Safety Management of Agrochemicals.* American Chemical Society Symposium Series 899. Clark JM and Ohkawa H, editors. Oxford University Press. Chap. 12, pp. 124-137.

KENDALL, R.J., T.A Anderson, R.J. Baker, C.M. Bens, J.A. Carr, L.A. Chiodo, G.P. Cobb III, R.L. Dickerson, K.R. Dixon, L.T. Frame, M.J. Hooper, C.F. Martin, S.T. McMurry, R. Patino, E.E. Smith, and C.W. Theodorakis. 2001. Ecotoxicology. IN: *Casarett & Doull's Toxicology, the Basic Sciences of Poisons.* 6th Ed. C.D. Klaassen, (ed). McGraw-Hill, New York. Chap. 29, pp. 1013-1045.

Dickerson, Richard, and KENDALL, RONALD. 1999. Endocrine Disruption in Wildlife: Scientific Processes and Principles for Evaluating Effects. IN: *Toxicity Assessment Alternatives: Methods, Issues, Opportunities.* Harry Salem and Sidney A. Katz (eds.). Humana Press, Totowa, NJ, Chapter 10.

KENDALL, R.J., A. Brouwer and J.P. Giesy. 1998. A risk-based field and laboratory approach to assess endocrine disruption in wildlife. IN: *Principles and Processes for Evaluating Endocrine Disruption in Wildlife*. R.J. Kendall, R.L. Dickerson, J.P. Giesy and W.A. Suk (eds.). SETAC Press, Pensacola, FL., Chapter 1.

KENDALL, R.J., C.M. Bens, G.P. Cobb III, R.L. Dickerson, K.R. Dixon, M.J. Hooper, S.J. Klaine, T.E. Lacher, Jr., T.W. La Point, S.T. McMurry, R. Noblet and E.E. Smith. 1995. Aquatic and Terrestrial Ecotoxicology. IN: *Casarett and Doull's Toxicology: The Basic Science of Poisons*. 5th Ed. C.D. Klaassen, (ed.). McGraw-Hill, New York. Chap. 29 pp. 883-905.

Hawkes, A.W., T.R. Rainwater, and R.J. KENDALL. 1995. Ecotoxicology. IN: *Encyclopedia of Environmental Biology*. W.A. Nievenberg (ed.). Academic Press, San Diego, pp. 649-651.

Fava, J., J.A. Gagne, R.J. KENDALL, T.E. Lacher, Jr., R.J. O'Connor, S. Orenstein, R. Parrish and B.A. Williams. 1994. Research and development needs. IN: *Wildlife Toxicology and Population Modeling: Integrated Studies of Agroecosystems*. R.J. Kendall and T.E. Lacher, Jr. (eds.) CRC Press/Lewis Publishers, Chelsea, Michigan. pp. 557-567.

KENDALL, R.J. 1994. Using information derived from wildlife toxicology to model ecological effects of agricultural pesticides and other environmental contaminants on wildlife populations. IN: *Wildlife Toxicology and Population Modeling: Integrated Studies of Agroecosystems*. R.J. Kendall and T.E. Lacher, Jr. (eds.) CRC Press/Lewis Publishers, Chelsea, Michigan. pp. 1-11.

Brewer, L.W., R.A. Hummell, and R.J. KENDALL. 1993. Avian response to organophosphorus Pesticides applied to turf: Pesticides in urban environments. *Fate and Significance*. Kenneth D. Racke and Anne R. Leslie (eds.). ACS Symposium Series 522, Washington, DC. pp. 320-330.

Lower, W.R. and R.J. KENDALL. 1990. Sentinel species and sentinel bioassay. IN: *Biomarkers of Environmental Contamination*. John F. McCarthy and Lee R. Shugart, (eds.) Lewis Publishers. pp. 309-331.

KENDALL, R.J., J.M. Funsch, and C.M. Bens. 1990. Use of wildlife for on-site evaluation of bioavailability and ecotoxicity of toxic substances found in hazardous waste sites. IN: *In Situ Evaluation of Biological Hazards of Environmental Pollutants*. S. Sandhu, W.R. Lower, F.J. de Serres, W.A. Suk, and R.R. Tice, (eds.) Plenum Press, New York. pp. 241-255.

Hooper, M.J., L.W. Brewer, G.P. Cobb and KENDALL, R.J. 1990. An integrated laboratory and field approach for assessing hazards of pesticide exposure to wildlife. IN: *Pesticide Effects on Terrestrial Wildlife*. L. Somerville and C.H. Walker, (eds.) Taylor & Francis, Basingstoke, Hampshire.pp.271-283.

## PEER-REVIEWED SCIENTIFIC PUBLICATIONS (*175*)

Henry, C., Kalyanasundaram, A., Brym, M.Z., KENDALL, R.J. 2020. Molecular identification of *Oxyspirura petrowi* intermediate hosts by nested PCR using internal transcribed spacer 1 (ITS1). Journal of Parasitology. 106(1):46-52.

Lou, L., KENDALL, R.J., Smith, E.E., Ramkumar, S.S. 2020. Functional PVDR/rGO/TiO nanofiber webs for the removal of oil from water. Polymer. 186:122028

Lou, L., Subbiah, S., Smith, E.E., KENDALL, R.J., Ramkumar, S.S. 2019. Functional PVA/VB2/TiO$_2$ nanofiber webs for controlled drug delivery. ACS Applied Bio     Materials. 2:5916-5929.

 Kalyanasundaram, A., Brym, M.Z., Blanchard, K.B., Henry, C., Skinner, K., Henry, B.J., Herzog, J., Hay, A., KENDALL, R.J. 2019. Life-cycle of *Oxyspirura petrowi* (Spirurida: Thelaziidae), an eyeworm of the northern bobwhite quail (*Colinus virginianus*). Parasites & Vectors. 12:555.

Blanchard, K.R., Kalyanasundaram, A., Henry, C., Commons, K.A., Brym, M.Z., Skinner, K., Surles, J.G., KENDALL, R.J. 2019. Identification of eyeworm (*Oxyspirura petrowi*) and  caecal worm (*Aulonocephalus pennula*) infections levels in northern bobwhite quail         (*Colinus virginianus*) of the Rolling Plains, TX using a mobile research laboratory:  Implications for regional surveillance. Biomolecular Detection and Quantification. Vol.        17.

Brym, M.R., Henry, C., KENDALL, R.J. 2019. Greater roadrunner *(Geococcyx californianus)* predation on juvenile quail in the Rolling Plains ecoregion of Texas. The Southwestern Naturalist. 63(3):204-206.

Kalyanasundaram, A., Blanchard, K.R., Henry, B.J., Henry, C., Brym, M.Z., KENDALL, R.J. 2019. Quantitative analysis of northern bobwhite (*Colinus virginianus*) cytokines and       TLR expression to eyeworm (*Oxyspirura petrowi*) and caecal worm (*Aulonocephalus   pennula*) glycoproteins. Parasitology Research. 118(10):2909-2918.

Commons, K.A., Blanchard, K.R., Brym, M.Z., Henry, C., Kalyanasundaram, A., Skinner, K., KENDALL, R.J. 2019. Monitoring northern bobwhite (*Colinus virginianus*) populations in the Rolling Plains of Texas: Parasitic infection implications. Rangeland Ecology & Management. Published online June 8, 2019.

Blanchard, K.R., Kalyanasundaram, A., Henry, C., Brym, M.Z., Surles, J.G., KENDALL, R.J. 2019. Predicting seasonal infection of eyeworm (*Oxyspirura petrowi*) and caecal worm (*Aulonocephalus pennula*) in northern bobwhite quail (*Colinus virginianus*) of the Rolling Plains Ecoregion of Texas, USA. International Journal of Parasitology: Parasites and Wildlife. 8:50-55.

Brym, M., Henry, C., KENDALL, R.J. 2019. Potential significance of fall breeding of the monarch butterfly (*Danaus plexxipus*) in the Rolling Plains ecoregion of West Texas. Texas Journal of Science. 79(1): General Note 4.

Brym, M.Z., Henry, C., KENDALL, R.J. 2018. Are helminths contributing to the population fluctuations of northern bobwhite quail *(Colinus virginianus*) from the Rolling Plains ecoregion of West Texas? Multidisciplinary Advances in Veterinary Science. 2(5):406-412.

Kalyanasundaram, A., Henry, C., Brym, M.Z., KENDALL, R.J. 2018. Molecular identification of *Physaloptera* sp. from wild northern bobwhite (*Colinus virginianus*) in the Rolling Plains ecoregion of Texas. Parasitology Research. 117(9):2963-2969.

Blanchard, K.R., Kalyanasundaram, A., Henry, C., Brym, M.Z., KENDALL, R.J. 2018. Regional surveillance of parasitic infections in wild northern bobwhite quail (*Colinus virginianus*) utilizing a mobile research laboratory platform. Parasitology Open. 4:e14.

Pappas, S.A., Kumar, N., Turaga, U., Ramkumar, S., KENDALL, R.J. 2018. The influence of soil pH on the uptake of silver nanoparticles in a terrestrial system. Journal of Environmental & Analytical Toxicology. 8:1.

Brym, M.Z., Henry, C., KENDALL, R.J.2018. Elevated parasite burdens as a potential mechanism affecting northern bobwhite (Colinus virginianus) population dynamics in the Rolling Plains of West Texas. Parasitology Research. 117:1683-1688.

Henry, C., Brym, M.Z., Kalyanasundaram, A., KENDALL, R.J. 2018. Molecular identification of potential intermediate hosts of Aulonocephalus pennula from the order Orthoptera. Journal of Helminthology. 13:1-6.

Kalyanasundaram, A., Blanchard, K.R., Henry, C., Brym, M.Z., KENDALL, R.J. 2018. Phylogenetic analysis of eyeworm (*Oxyspirura petrowi*) in Northern bobwhite (*Colinus virginianus*) based on the nuclear 18S rDNA and mitochondrial cytochrome oxidase 1 gene (COX1). Parasitology Open. 4: e7,1-7.

Kalyanasundaram, A., Blanchard, K.R., Henry, C., Brym, M.Z., KENDALL, R.J. 2018. Development of a multiplex quantitative PCR assay for eyeworm (*Oxyspirura petrowi*) and caecal worm (*Aulonocephalus pennula*) detection in Northern bobwhite quail (*Colinus virginianus*) of the Rolling Plains ecoregion, Texas. Veterinary Parasitology. 253:65-70.

Brym, M.Z., Henry. C., KENDALL, R.J. 2018. Potential parasite induced host mortality in Northern bobwhite (*Colinus virginianus*) from the Rolling Plains ecoregion of West Texas. Archives of Parasitology. 2:1.

Henry, C., Brym, M.Z., KENDALL, R.J. 2017. *Oxyspirura petrowi* and *Aulonocephalus pennula* infection in wild Northern bobwhite quail in the Rolling Plains ecoregion, Texas: Evidence of a possible die-off. Archives of Parasitology. 1:109.

Henry, C., Brym, M.Z., Blanchard, K.R., KENDALL, R.J. 2017. Helminth infection and
   Northern bobwhite (*Colinus virginianus*). Archives of Parasitology. 1(2):e102.

Kalyanasundaram, A., Blanchard, K.B., KENDALL, R.J. 2017. Molecular identification and
      characterization of partial COX1 gene from caecal worm (*Aulonocephalus pennula*) in
   Northern bobwhite (*Colinus virginianus*) from the Rolling Plains ecoregion of Texas.
   International Journal for Parasitology: Parasites and Wildlife. 6:195-201.

Pappas, S.A., Turaga, U., Kumar, N., KENDALL, R.J. 2017. Blood cholinesterase activity in
   Northern bobwhite (Colinus virginianus) quail in the Rolling Plains Ecoregion of Texas
   and Oklahoma, USA. Austin Journal of Environmental Toxicology. 3:1.

Pappas, S.A., Turaga, U., Kumar, N., Ramkumar, S., KENDALL, R.J. 2017. Effect of

   concentration of silver nanoparticles on the uptake of silver from silver nanoparticles in
   soil. International Journal of Environmental and Agricultural Research. 3(5):80-90.

Pappas, S.A., Turaga, U., Kumar, N., Ramkumar, S., KENDALL, R.J. 2017. The influence of
   soil organic matter on the uptake of silver nanoparticles in a terrestrial system.
   International Journal of Environmental and Agricultural Research. 3(4):52-60.

Pappas, S.A., Turaga, U., Kumar, N., Ramkumar, S., KENDALL, R.J. 2017. Uptake of silver
   from polyvinylpyrrolidine coated silver nanoparticles in a terrestrial system. International
   Journal of Environmental and Agricultural Research. 3(3):104-114.

Pappas, S.A., Turaga, U., Kumar, N., Ramkumar, S., KENDALL, R.J. 2017. The influence of
   vermiculite on the uptake of silver nanoparticles in a terrestrial system. International
   Journal of Environmental and Agricultural Research. 3(3):56-64.

Singh, V., Sawhney, P., Reynolds, M., Condon, B., Kendall Jr., R.J., Kitten, L., Jain, A.,
   Parameswaran, S., KENDALL, R.J., Ramkumar, S. 2017. Effect of micronaire on oil
   sorption capacity of three different types of greige cotton-based nonwoven substrates.
   AAATCC Journal of Research. 4:2.

Dunham, N.R., Peper, S.T., Downing, C.D., KENDALL, R.J. 2017. Aflatoxin contamination in
   corn sold for wildlife feed in Texas. Ecotoxicology. 26(4):516-520.

Dunham, N.R., Henry, C., Brym, M., Rollins, D., Helman, R.G., KENDALL, R.J. 2017. Caecal
   worm, *Aulonocephalus pennula*, infection in the northern bobwhite quail, *Colinus
   virginianus*. International Journal for Parasitology: Parasites and Wildlife. 6:35-38.

Kistler, W.M., Parlos, J.A., Peper, S.T., Dunham, N.R., KENDALL, R.J. 2016. A quantitative
   PCR protocol for detection of *Oxyspirura petrowi* in northern bobwhites (*Colinus
   virginianus*). PLoS One. 11(11):e0166309.

Turaga, U., Singh, V., Gibson, A., Maharubin, S., Korzeniewski, C., Presley, S., Smith, E.E.,

KENDALL, R.J., Ramkumar, S. 2016. Preparation and characterization of bioactive and breathable polyvinyl alcohol nanowebs using a combinational approach. TAPPI Journal (Technical Association of the Pulp and Paper Industry). 15 (10).

Dunham, N.R., Reed, S., Rollins, D., KENDALL, R.J. 2016. *Oxyspirura petrowi* infection leads to pathological consequences in northern bobwhite (*Colinus virginianus*). International Journal for Parasitology: Parasites and Wildlife. 5:273-276.

Dunham, N.R., Peper, S.T., Downing, C., Brake, E., Rollins, D., KENDALL, R.J. 2016. Infections levels of the eyeworm *Oxyspirura petrowi* and caecal worm *Aulonocephalus pennula* in the northern bobwhite and scaled quail from the Rolling Plains of Texas. Journal of Helminthology. 91(5):569-577.

Dunham, N.R. and KENDALL, R.J. 2016. Eyeworm infections of *Oxyspirura petrowi*, Skrjabin, 1929 (Spirurida: Thelaziidae), in species of quail from Texas, New Mexico and Arizona, USA. Journal of Helminthology. 91(4):491-496.

Kistler, W.M., Hock, S., Hernout, B., Brake, E., Williams, N., Downing, C., Dunham, N.R., Kumar, N., Turaga, U., KENDALL, R.J. 2016. Plains lubber grasshopper (*Brachystola magna*) as a potential intermediate host for Oxyspirura petrowi in northern bobwhites (*Colinus virginianus*). Parasitology Open. 2(e7):1-8.

Turaga, U., Singh, V., Gibson, A., Maharubin, S., Korzeniewski, C., Presley, S., Smith, E., KENDALL, R.J., Ramkumar, S. 2016. Functionalized antimicrobial electrospun poly (vinyl alcohol) nanowebs. Journal of Engineered Fibers and Fabrics. 11(2).

Dunham, N.R., Bruno, A., Almas, S., Rollins, D., Fedynich, A.M., Presley, S.M., KENDALL, R.J. 2016. Eyeworms (*Oxyspirura petrowi*) in Northern bobwhites (*Colinus virginianus*) from the Rolling Plains Ecoregion of Texas and Oklahoma, 2011-2013. Journal of Wildlife Diseases. 52(3):562-567.

Kendall, R.J. 2016. Wildlife toxicology: Where we have been and where we are going. Journal of Environmental and Analytical Toxicology. 6:348.

Turaga, U., Peper, S.T., Dunham, N.D., Kumar, N., Kistler, W., Almas, S., Presley, S.M., KENDALL, R.J. 2016. A survey of neonicotinoid use and potential exposure to Northern bobwhite (*Colinus virginianus*) and Scaled quail (*Callipepla squamata*) in the Rolling Plains of Texas and Oklahoma. Environmental Toxicology and Chemistry.  35(6):1511-1515.

Turaga, U., Singh, V., Gibson, A., Maharubin, S., Korzeniewski, C., Presley, S.M., Smith, E.E., KENDALL, R.J., Ramkumar, S.S. 2016. Preparation and characterization of honey-treated PVA nanowebs. AATCC Journal of Research. 3(3):25-31.

Dunham, N.R., Soliz, L.A., Brightman, A., Rollins, D., Fedynich, A.M., KENDALL, R.J. 2015.

Live eyeworm (*Oxyspirura petrowi*) extraction, in-vitro culture, and transfer for experimental studies. Journal of Parasitology. 101(1):98-101.

Baxter, C.E., Pappas, S., Abel, M., KENDALL, R.J. 2015. Organochlorine pesticides, lead, and mercury in Northern bobwhite (*Colinus virginianus*) and scaled quail (*Callipepla squamata*) from the Rolling Plains ecoregion of Texas and Oklahoma. Environmental Toxicology and Chemistry.  34(7):1505-1510.

Dunham, N.R., Peper, S.T., Baxter, C.E., Huddleston, J.E., KENDALL, R.J. 2014. The parasitic eyeworm *Oxyspirura petrowi* as a possible cause of decline in the threatened Lesser Prairie-Chickens (*Tympanuchus pallidicinctus*) found in Kansas. PLoS One. 9:9.

Singh, V., Jinka, S., Hake, K., Parameswaran, S., KENDALL, R.J., Ramkumar, S.S. 2014. Novel natural sorbent for oil spill clean-up. Industrial & Engineering Chemistry Research. 53:11954-11961.

Turaga, U., Singh, V., Behrens, R., Korzeniewski, C., Jinka, S., Smith, E.E., KENDALL, R.J., Ramkumar, S.S. 2014. Breathability of standalone polyvinyl alcohol nanofiber webs. Industrial & Engineering Chemistry Research. 53:6951-6958.

Dunham, N.R. and KENDALL, R.J. 2014. Evidence of *Oxyspirura petrowi* in migratory

songbirds found in the Rolling Plains of West Texas. Journal of Wildlife Diseases. 50:711-712.

Dunham, N.R., Soliz, L.A., Fedynich, A.M., Rollins, D., KENDALL, R.J. 2014. Evidence of an *Oxyspirura petrowi* epizootic in northern bobwhites (*Colinus virginianus*). Journal of Wildlife Diseases. 50:552-558.

Chambers, J.E., Greim, H., KENDALL, R.J., Segner, H., Sharpe, R.M., Van der Kraak, G. 2014. Human and ecological risk assessment of a crop protection chemical: a case study with the azole fungicide epoxiconazole.  Critical Reviews in Toxicology. 44(2):176-210.

Lalagiri, M., Ramkumar, S., Singh, V., Bhat, G., Parameswaran, S., KENDALL, R.J. 2013. Filtration efficiency of submicrometer filters. Industrial & Engineering Chemistry Research. 52(46):16513-16518.

Singh, V., KENDALL, R.J., Hake, K., Ramkumar, S. 2013. Crude oil sorption by raw cotton. Industrial & Engineering Chemistry Research.  52(18):6277-6281.

Sata, U.R., Wilusz, E., Mlynarek, S., KENDALL, R.J., Ramkumar, S.S. 2013. Development of cotton nonwoven composite fabric for toxic chemical decontamination and characterization of its adsorption capabilities. Journal of Engineered Fibers and Fabrics. 8 (1).

Jinka, S., Behrens, R.L., Korzeniewski, C., Singh, V., Arunachalam, A., Parameswaran, S., Coimbatore, G., KENDALL, R.J., Wolfe, R., Ramkumar, S. 2013. Atmospheric pressure

plasma treatment and breathability of polypropylene nonwoven fabric. Journal of Industrial Textiles.  42(4):501-514.

Smith, E.E., Carr, J.A., Wages, M., Wang, J., Murali, S., KENDALL, R.J. 2012. Response of larval frogs to Corexit 9500. Toxicology and Environmental Chemistry. 94 (6):1199-1210.

Paden, N.E., Smith, E.E., Maul, J.D., KENDALL, RJ. 2011. Effects of chronic 2,4,6-dinitrotoluene, and 2,6-dinitrotoluene exposure on developing bullfrog (*Rana catesbeiana*) tadpoles.  Ecotoxicology and Environmental Safety. 74:924-928.

Abel, M.D., Cobb, G.P., Presley, S.M., Rainwater, T.R., Austin, G.P., Cox, S.B., Anderson, T.A., Leftwich, B.D., KENDALL, R.J., Ray, G.L., Suedel, B.C. 2010. Lead distribution   and risks in New Orleans following Hurricanes Katrina and Rita. Environmental          Toxicology and Chemistry. 29(7):1429-1437.

Presley, S.M., Abel, M.T., Austin, G.P., Rainwater, T.R., Brown, R.W., McDaniel, L.N., Marsland, E.J., Fornerette, A.M., Dillard, M.L., Rigdon, R.W., KENDALL, R.J., Cobb, G.P. 2010. Metal concentrations in schoolyard soils from New Orleans, Louisiana before and after Hurricanes Katrina and Rita. Chemosphere. 80(1):67-73.

Abel, M.T., Suedel, B., Presley, S.M., Rainwater, T.R., Austin, G.P., Cox, S.B., McDaniel, L.N., Gigdon, R., Goebel, T., Zartman, R., Leftwich, B.D., Anderson, T.A., KENDALL,


R.J., Cobb, G.P. 2010. Spatial distribution of lead concentrations in urban soils of New Orleans, Louisiana, USA. Environmental Geochemistry and Health. 32(5):379-389.

Paden, N.E., Smith, E.E., Carr. J.A., KENDALL, R.J.  2010.  Expression of steroidogenic acute regulatory protein (StAR) in male American Bullfrog (*Rana catesbeiana*) and          preliminary evaluation of the response to TNT.  Chemosphere. 80(1):41-45.

Karnjanapiboonwong, A., Zhang, B., Freitag, C.M., Dobrovony, M., Salice, C.J., Smith, P.N., KENDALL, R.J., Anderson, T.A. 2009. Reproductive toxicity of nitroaromatics to the cricket, *Acheta domesticus*. Science of the Total Environment. 407:5046-5049.

Liu, J., Cox, S.B., Beall, B., Brunjes, K.J., Pan, X., KENDALL, R.J., Anderson, T.A., McMurry, S.T., Cobb, G.P., Smith, P.N. 2008. Effects of HMX exposure upon metabolic rate of northern bobwhite quail (*Colinus virginianus*) in ovo. Chemosphere 71:1945-       1949.

Solomon, K., Carr, J., du Preez, L., Giesy, J., KENDALL, R.J., Smith, E.E., van der Kraak, G. 2008. Effects of atrazine on fish, amphibians, and aquatic reptiles: a critical review.          Critical Reviews in Toxicology 38:721-772.

Ramkumar, S.S., Love, A.H., Sata, U.R., Koester, C.J., Smith, W.J., Keating, G.A., Hobbs, L.W., Cox, S.B., Lagna, W.M., KENDALL, R.J. 2008.  Next generation non-particulate   dry

nonwoven pad for chemical warfare agent decontamination.  Industrial and          Engineering Chemistry Research 47 (24) 9889-9895.

Paden, Norka E., Smith, Ernest, E., KENDALL, R.J. 2008. Acute toxicity of 2,4,6-trinitrotoluene, 2,4-dinitrotoluene, and 2,6-dinitrotoluene in the adult bullfrog (*Lithobates catesbeiana*).  Bulletin of Environmental Contamination and Toxicology 80:487-491.

du Preez, L.H., Kunene, N., Gideon, J.E., Carr, J.A., Giesy, J.P., Gross, T.S., KENDALL, R.J., Smith, E.E., Solomon, K.R., and Van der Kraak, G.J. 2008. Reproduction, larval growth and reproductive development in African Clawed Frogs (*Xenopus laevis*) exposed to atrazine. Chemosphere 71: 546-552.

Park, J.W., Bradford, C.M., Rinchard, J., Liu, F., Wages, M., Waters, A., KENDALL, R.J., Anderson, T.A., Theodorakis, C.W. 2007. Uptake, elimination, and relative distribution of perchlorate in various tissues of channel catfish.  Environmental Science and    Technology 41:7581-7586.

Abel, M.T., Presley, S.M., Rainwater, T.R., Austin, G.P., Cox, S.B., McDaniel, L.N., Marsland, E.J., Leftwich, B.D., Anderson, T.A., KENDALL, R.J., Cobb, G.P. 2007. Spatial and temporal evaluation of metal concentrations in soils and sediments from New Orleans,     LA following hurricanes Katrina and Rita.  Environmental Toxicology and Chemistry 26 (10):2108-2114.            .

Brunjes, K.J., Severt, S.A., Liu, J., Pan, X., Brausch, J., Cox, S.A., Cobb, G.P., McMurry, S.T., KENDALL, R.J., Smith, P.N.  2007.  Effects of octahydro-1,3,5,7-tetranitro-1,3,5,7-tetrazocine (HMX) exposure on reproduction and hatchling development in Northern bobwhite quail. Journal of Toxicology and Environmental Health, Part A, 70:982-687.

Cobb, G.P., Abel, M.T., Rainwater, T.R., Austin, G. P., Marsland, E.J., Anderson, T.A., Cox, S.B., Leftwich, B.D., Kendall, R.J., Zak, J.C., Presley, S.M. 2006.  Metal distributions in  New Orleans following Hurricanes Katrina and Rita: a continuation study.          Environmental Science and Technology 40 (15):4571-4577.

Park, J.W., Rinchard, J., Liu, F., Anderson, T.A., KENDALL, R.J., Theodorakis, C.W. 2006. The thyroid endocrine disruptor perchlorate affects reproduction, growth, and survival of mosquitofish.  Ecotoxicology and Environmental Safety 63 (3):343-352.

Zhang, B., KENDALL, R.J., and Anderson, T.A. 2006. Toxicity of the explosive metabolites hexahydro-1,3,5-trinitroso-1,3,5-triazine         (TNX)               and hexahydro-1-nitroso-3,5-dinitro-1,3,5-triazine (MNX) to the earthworm, *Eisenia fetida*. Chemosphere 64:86-95.

Murphy, M.B., Hecker, M., Coady, K.K., Tompsett, A.R., Jones, P.D., Newsted, J.L., Wong, H.L., du Preez, L.H., Solomon, K.R., Carr, J.A., Smith, E.E., KENDALL, R.J., Van Der Kraak, G., Giesy, J.P. 2006. Sediment TCDD-EQS and erod and mrod activities in ranid frogs from agricultural and non-agricultural sites in Michigan (USA).  Archives of Environmental Contamination and Toxicology 51: 467-477.

Presley, S.M., Rainwater, T.R., Austin, G.P., Platt, S.G., Zak, J.C., Cobb, G. P., Marsland, E. J., Tian, K., Zhang, B., Anderson, T.A., Cox, S.B., Abel, M.T., Leftwich, B.D., Huddleston, J.R., Jeter, R.M., and KENDALL, R.J., 2006.   Assessment of pathogens and toxicants in New Orleans, LA following Hurricane Katrina. Environmental Science and Technology 40:468-474.

Billam, M., Tang, L., Cai, Q., Mukhi, S., Guan, H., Wang, P., Wang, Z., Theodorakis, C.W., KENDALL, R.J., and Wang, J.S, 2006. Seasonal variations in the concentration of Microcystin-LR in two lakes in Western Texas, USA. Environmental Toxicology and Chemistry 25:64-70.

Theodorakis, C., Rinchard, J., Anderson, T., Liu, F., Park, J.W., Costa, F., McDaniel, L., KENDALL, R.J., and Waters, A. 2006. Perchlorate in fish from a contaminated site in East-Central Texas. Environmental Pollution 139:59-69.

Park, J-W, Hecker, M., Murphy, M.B., Jones, P.D., Solomon, K.R., Van der Kraak, G., Carr, J.A., Smith, E.E., du Preez, L, KENDALL, R.J., and Giesy, J.P.  2006.  Development and optimization of a Q-RT PCR method to quantify *CYP19* mRNA expression in testis of male adult *Xenopus laevis*: comparisons with aromatase enzyme activity.  Comparative Biochemistry and Physiology Part B 144:18-28.

Hecker, M.H., Murphy, M.B., Coady, K.K., Villeneuve, D.L., Jones, P.D., Carr, J.A., Solomon, K.R., Smith, E.E., Van der Kraak, G.J., Gross, T., du Preez, L.H., KENDALL, R.J., and Giesy, J.P.  2006.  Terminology of gonadal anomalies in fish and amphibians resulting from chemical exposures. Reviews in Environmental Contamination and Toxicology 187: 103-131.

McKean, C, Tang, L, Billam, M, Wang, Z, Theodorakis, CW, KENDALL RJ, Wang, JS. 2006 Comparative acute and combinative toxicity of aflatoxin B1 and fumonisin B1 in animals and human cell lines.  Food and Chemical Toxicology 44(6):868-876.

McKean, C, Tang L, Billam M, Tang M, Theodorakis C, KENDALL RJ, and Wang, J.  2006.  Comparative acute and combinative toxicity of aflatoxin $B_1$ and T-2 toxin in animals and immortalized human cell lines.  Journal of Applied Toxicology 26: 139-147.

Murphy, M.B., Hecker, M. Coady, K.K., Tompsett, A.R., Jones, P.D., Du Preez, L.H., Everson, G.J., Solomon, K.R., Carr, J.A., Smith, E.E., KENDALL, R.J., Van Der Kraak, G., Giesy, J.P. 2006. Atrazine concentrations, gonadal gross morphology and histology in ranid frogs collected in Michigan agricultural areas. Aquatic Toxicology 76: 230-245.

Murphy, M.B., Hecker, M., Coady, K.K., Tompsett, A.R., du Preez, L.H., Solomon, K.R., Carr, J.A., Smith, E.E., KENDALL, R.J., van der Kraak, G., Giesy, J.P. 2006. Plasma steroid hormone concentrations, aromatase activities and GSI in Ranid frogs collected from agricultural and non-agricultural sites in Michigan. Aquatic Toxicology 77 (2): 153-166.

Jooste, A.M., du Preez, L.H., Carr, J.A., Giesy, J.P., Gross, T.S., KENDALL, R.J., Smith, E.E., Van Der Kraak, G.J., and Solomon, K.R.  2005. Response to comment on "Gonadal development of larval male *Xenopus laevis* exposed to atrazine in outdoor microcosms. Environmental Science & Technology 39: 5255-5261.

Liu, Fujun, KENDALL R.J., Theodorakis, CW.  2005. Joint toxicity of sodium arsenate and sodium perchlorate to Zebrafish (*Danio rerio)* larvae.  Environmental Toxicology and Chemistry 24 (6):1505-1507.

du Preez L.H., Solomon K.R., Carr J.A., Giesy J.P., Gross T.S., KENDALL R.J., Smith E.E., Van der Kraak G., and Weldon C. 2005. Population structure characterization of the clawed frog (*Xenopus laevis)* in maize-growing areas with atrazine application versus non-maize-growing areas in South Africa.  African Journal of Herpetology 54(1):61-68.

Hecker M., Kim W.J., Park J.W., Murphy M.B., Villeneuve D.L., Coady K.K., Jones P.D., Solomon K.R., Van der Kraak G., Carr J.A., Smith E.E., du Preez L., KENDALL R.J., and Giesy J.P. 2005. Plasma concentrations of estradiol and testosterone, gonadal aromatase activity and ultrastructure of the testis in *Xenopus laevis* exposed to estradiol or atrazine. Aquatic Toxicology 72(4):383-396.

Hecker M., Park J.W., Murphy, M.B., Jones, P.D., Thompset, A., Solomon, K.R., Van der Kraak, G., Carr, J.A., Smith, E.E., du Preez, L., KENDALL, R.J., and Giesy, J.P.  2005. Effects of atrazine on CYP 19 gene expression and aromatase activity in testes and on sex steroid concentrations in plasma of male African clawed frogs (*Xenopus laevis*). Toxicological Sciences 86 (2): 273-280.

du Preez, L.H., Jansen van Rensburg, P.J., Jooste, A.M., Carr, J.A., Giesy, J.P., Gross, T.S., KENDALL, R.J., Smith, E.E., Van Der Kraak, G., and Solomon, K.R.  2005.  Seasonal exposures to triazine and other pesticides in surface waters in the western Highveld corn-production region in South Africa.  Environmental Pollution 135:131-141.

Solomon, K.R., Carr, J.A., du Preez, L.H., Giesy, J.P., Gross, T.S., KENDALL, R.J., Smith, E.E., and Van der Kraak, G.J. 2005. Ecotoxicological risk assessment of atrazine in amphibians.  Clark JM, Ohkawa H, editors. Environmental Fate and Safety Management

of Agrochemicals ACS Symposium Series No. 899. Washington, DC, USA:  American Chemical Society pp.124-137.

Smith, E.E., du Preez, L.H., Gentles, B.A., Solomon, K.R., Tandler, B., Carr, J.A., Van der Kraak, G.J., KENDALL, R.J., Giesy, J.P., and Gross, T.S. 2005. Assessment of laryngeal muscle and testicular cell types in *Xenopus laevis (Anura pipidae)* inhabiting maize and non-maize growing areas of South Africa.  African Journal of Herpetology 54(1): pp. 69-76.

Coady, K.K., Murphy, M.B., Villeneuve, D.L., Hecker, M., Carr, J.A., Solomon, K.R., Smith, E.E., Van der Kraak, G.J, KENDALL, R.J., and Giesy, J.P.  2005. Effects of atrazine on

metamorphosis, growth, laryngeal and gonadal development, aromatase activity, and plasma sex steroid concentrations in *Xenopus laevis*.   Ecotoxicology and Environmental Safety 62 (2005) pp. 160-173.

Coady, K.K., Murphy, M.B., Villeneuve, D.L., Hecker, M., Jones, P.D, Carr, J.A., Solomon, K.R., Van der Kraak, G., Smith, E.E., KENDALL, R.J., and Giesy, J.P. 2004. Effects of atrazine on metamorphosis, growth, and gonadal development in the green frog (*Rana clamitans*).  Journal of Toxicology and Environmental Health, Part A 67:941-957.

Hecker, M., Giesy, J.P., Jones, P.D., Jooste, A.M., Carr, J.A., Solomon, K.R., Smith, E.E., Van der Kraak, G.J., KENDALL, R.J., and Du Preez, L.H.  2004.  Plasma sex steroid concentrations and gonadal aromatase activities in African clawed frogs (*Xenopus laevis)* from the corn-growing region of South Africa.  Environmental Toxicology and Chemistry 23(8):1996-2007.

Pepper, C.B., Nascarella, M.A., and KENDALL, R.J.  2003.  A review of the effects of aircraft noise on wildlife and humans, current control mechanisms, and the need for further study. Environmental Management Vol. 32, Issue 4, pp. 418-432.

KENDALL, R.J. and Smith, P.N.  2003.  Wildlife Toxicology Revisited. Environmental Science & Technology Vol. 37, No., 9, pp. 178A-183A.

Carr, J.A., Gentles, A., Smith, E.E., Goleman, W.L., Urquidi, L.J., Thuett, K., KENDALL, R.J., Giesy, J.P., Gross, T.S., Solomon, K.R., and Van Der Kraak, G. 2003. Response of larval Xenopus laevis to atrazine: assessment of growth, metamorphosis, and gonadal and laryngeal morphology.  Environmental Toxicology and Chemistry 22:396-405.

Richards, S.M. and KENDALL, R.J.  2003.  Physical effects of chlorpyrifos on two developmental states of *Xenopus laevis*. Journal of Environmental Toxicology and Health 66:75-91.

Richards, S.M. and KENDALL, R.J. 2002. Biochemical effects of chlorpyrifos on two developmental stages of *Xenopus laevis*.  Environmental Toxicology and Chemistry 21 (9):1826-1835.

Goleman, W.L., Urquidi, L.J., Anderson, T.A., Smith, E.E., KENDALL, R.J., and Carr, J.A. 2002. Environmentally relevant concentrations of ammonium perchlorate inhibit

development and metamorphosis in *Xenopus laevis*, Environmental Toxicology and Chemistry 21 (2):424-430.

Goleman, W.L., Carr, J.A., Urquidi, L.J., Anderson, T.A., KENDALL, R.J., Smith, P.N. and Theodorakis, C.W.  2002.  Response of larval amphibians to perchlorate contaminated pond water.  American Zoologist 41:1457.

Thuett, K., Roots, E., Mitchell, L.P., Gentles, B.A., KENDALL, R.J., and Smith, E.E. 2002. Effects of *in utero* and lactational ammonium perchlorate exposure on thyroid gland histology and thyroid and sex hormones in developing deer mice (*peromyscus maniculatus)* through postnatal day 21. Journal of Toxicology and Environmental Health Part A 65:2119-2130.

Smith, P. N., Theodorakis, C.W., Anderson, T.A., and KENDALL, R.J. 2001. Preliminary assessment of Perchlorate in ecological receptors at the Longhorn Army Ammunition Plant (LHAAP), Karnack Texas. Ecotoxicology 10: 305-313.

Solomon, K.R., Giesy, J.P., KENDALL, R.J., Best, L.B., Coats, J.R., Dixon, K.R., Hooper, M.J., Kenaga, E.E., and McMurry, S.T. 2001. Chlorpyrifos: ecotoxicological risk assessment for birds and mammals in corn agroecosystems. Human and Ecological Risk Assessment 7 (3): 497-632.

Cobb, G.P., Bens, C.M., KENDALL, R.J., Mellot, R., and Brewer, L.W. 2000. Diazinon dissipation from vegetation and occurrence in earthworms and avian GI-tracts collected from Apple Orchards following D-Z-N® 50W application. Environmental Toxicology and Chemistry 19(5): 1360-1367.

Richards, S., Anderson, T.A., Hooper, M., McMurry, S.M., Wall, S., Awata, H., Mayes, M. and KENDALL, R.J. 2000. European Starling (*Sturnus vulgaris)* response to chlorpyrifos exposure in a corn agroecosystem. Toxicological and Environmental Chemistry 75:215-234.

Block, E.K., Lacher., Jr., T.E., Brewer, L.W., Cobb, III, G.P., and KENDALL, R.J. 1999. Population responses of <u>Peromyscus</u> resident in Iowa cornfields treated with the organophosphate pesticide COUNTER®. Ecotoxicology 8(3):189-200.

Wolfe, M.F., and KENDALL, R.J. 1998. Age-dependent toxicity of Diazinon and Terbufos in European starlings (*Sturnus vulgaris*) and red-winged blackbirds (*Agelaius phoeniceus*). Environmental Toxicology and Chemistry 17:1300-1313.

Mortensen, S.R., Johnson, K.A., Weisskopf, C.P., Hooper, M.J., Lacher, Jr., T.E., KENDALL, R.J. 1998. Avian exposure to pesticides in Costa Rican banana plantations. Bulletin of Environmental Contamination and Toxicology 60:562-568.

Lacher, T.E., Jr., Mortensen, S., Johnson, K. and KENDALL, R.J. 1997. Environmental aspects of pesticide use in banana plantations. Pesticide Outlook 8:24-28.

Henriques, W., Jeffers, R.D., Lacher, T.E., Jr. and KENDALL, R.J. 1997. Agrochemical use on banana plantations in Latin America: perspectives on ecological risk. Environmental Toxicology and Chemistry 16(1):91-99.

Dixon, K.R., Horner, M.A., Anderson, S.R., Henriques, W.D., Durham, D. and KENDALL, R.J. 1997. Northern bobwhite habitat use and survival on a South Carolina plantation during winter. Wildlife Society Bulletin 24(4):627-635.

Sheffield, S.R. and KENDALL, R.J.  1997.  Wildlife species as sentinels of environmental health hazards.  Proceedings of SGOMSEC 13 Meeting, Ispra, Italy, (January 26-31, 1997).

Hawkes, A.W., Brewer, L.W., Hobson, J.F., Hooper, M.J. and KENDALL, R.J.  1996.  Survival and cover-seeking response of northern bobwhites and mourning doves dosed with aldicarb.  Environmental Toxicology and Chemistry 15:1538-1543.

KENDALL, R.J. and Dickerson, R.L.  1996.  Principles and processes for evaluating endocrine disruption in wildlife.  Environmental Toxicology and Chemistry 15:1253-1254.

Brewer, R.A., Carlock, L.L., Hooper, M.J., Brewer, L.W., Cobb III, G.P. and KENDALL, R.J.  1996.  Toxicity, survivability, and activity patterns of northern bobwhite quail dosed with the insecticide Terbufos. Environmental Toxicology and Chemistry 15:750-753.

Buck, J.A., Brewer, L.W., Hooper, M.J. and KENDALL, R.J 1996. Monitoring Great-horned owls for organophosphorus pesticide exposure in agricultural areas of south central Iowa. Journal of Wildlife Management 60:321-331.

KENDALL, R.J., Lacher, Jr., T.E., Bunck, C., Daniel, F.B., Driver, C., Grue, G.E., Leighton, F., Stansley, W., Watanabe, P.G., Whitworth, M.  1996.  An ecological risk assessment of lead shot exposure in upland game birds and raptors. Environmental Toxicology and Chemistry 15:4-20.

Klaine, S.J., Cobb, G.P., Dickerson, R.L., Dixon, K.R., KENDALL, R.J., Smith, E.E., Solomon, K.R.  1996.  An ecological risk assessment for the use of the biocide, dibromonitrilopropionamide (DBNPA) in industrial cooling systems. Environmental Toxicology and Chemistry. 15:21-30.

Solomon, K.R., Baker, D.B., Richards, R.P., Dixon, K.R., Klaine, S. J., La Point, T.W., Weisskopf, C.P., KENDALL, R.J., Giddings, J.M., Geisy, J.P., Hall, Jr., L.W., and Williams, W.M. 1996. Ecological risk assessment of atrazine in North American surface waters. Environmental Toxicology and Chemistry 15:31-76.

Rainwater, T.R., Leopold, V.A., Hooper, M.J., and KENDALL, R.J.  1995.  Avian exposure to organophosphorus and carbamate pesticides on a coastal South Carolina golf course. Environmental Toxicology and Chemistry 14:2155-2161.

Cobb, G.P., Hol, E.H., Allen, P.W., Gagne, J.A., and KENDALL, R.J. 1995. Uptake, metabolism and toxicity of Terbufos in earthworms (*Lumbricus terrestris*) exposed to COUNTER®-15G in artificial soils.  Environmental Toxicology and Chemistry 14:279-285.

Dickerson, R.L., Hooper, M.J., Gard, N.W., Cobb, G.P., and KENDALL, R.J. 1994. Toxicological foundations of ecological risk assessment: biomarker development and interpretation based on laboratory and wildlife species. Environmental Health Perspective 102(12):65-69.

Buerger, T.T., Mortensen, S.R., KENDALL, R.J., and Hooper, M.J. 1994. Metabolism and acute toxicity of methyl parathion in pen-reared and wild northern bobwhites. Environmental Toxicology and Chemistry 13(7):1139-1143.

Cobb, G.P., Norman, D.M., and KENDALL, R.J. 1994. Organochlorine contaminant assessment in Great Blue Herons using traditional and non-lethal monitoring techniques. Environmental Pollution 83:299-309.

KENDALL, R.J. 1993. Ecological risk assessment for terrestrial wildlife exposed to agrochemicals: A state-of-the-art review and recommendations for the future. Issues in Risk Assessment. National Research Council pp. 295-296.

KENDALL, R.J., Brewer, L.W., and Hitchcock, R.R. 1993. Response of Canada geese to a turf application of Diazinon AG500. Journal of Wildlife Diseases 29(3):458-464.

Tank, S.L., Brewer, L.W., Hooper, M.J., Cobb, G.P., and KENDALL, R.J. 1993. Survival and pesticide exposure of northern bobwhites (*Colinus virginianus*) and eastern cottontails (*Sylvilagus floridanus*) on agricultural fields treated with COUNTER®-15G. . Environmental Toxicology and Chemistry 12(11):2113-2120.

Block, E.K., Lacher, T.E., and KENDALL, R.J. 1993. Effects of the organophosphate pesticide COUNTER® on laboratory deer mice (*Peromyscus maniculatus*). Environmental Toxicology and Chemistry 12(2):377-383.

Hitchcock, R.R., KENDALL, R.J., and Balcomb, R. 1993. Migration chronology of American wigeon in Washington, Oregon, and California. Journal of Field Ornithology 64(1):96-101.

Brewer, L.W., Hummell, R.A., and KENDALL, R.J. 1993. Avian response to organophosphorus pesticides applied to turf. Pesticides in Urban Environments Fate and Significance. American Chemical Society Symposium Series 552:320-330.

Cobb, G.P., Feng, Z., and KENDALL, R.J. 1993. Correlations between polychlorinated dibenzo-p-dioxins and polychlorinated dibenzofurans in soils from western Washington. Environmental Toxicology and Chemistry 38:207-224.

KENDALL, R.J. and Akerman, J. 1992. Terrestrial wildlife exposed to agrochemicals: An ecological risk assessment perspective. Environmental Toxicology and Chemistry 11(12):1727-1749.

KENDALL, R.J. 1992. Farming with agrochemicals: The response of wildlife. Environmental Science and Technology 26(2):238-245.

KENDALL, R.J., Brewer, L.W., Hitchcock, R.R., and Mayer, J.R. 1992. American wigeon mortality associated with turf application of Diazinon AG 500 Journal of Wildlife Diseases 28(2):263-267.

KENDALL, R.J. and Lacher, Jr., T.E. 1991. Ecological Modeling, population ecology, and wildlife toxicology: A team approach to environmental toxicology. Environmental Toxicology and Chemistry 10(3):297-299.

Buerger, T.T., KENDALL, R.J., Mueller, B., DeVos, T., and Williams, B.A. 1991. Effects of methyl parathion on northern bobwhite survivability. Environmental Toxicology and Chemistry 10(4):527-532.

Bussiere, J.L., KENDALL, R.J., Lacher, Jr., T.E., and Bennett, R.S. 1989. Effect of methyl parathion on food discrimination in bobwhite quail (*Colinus virginianus*). Environmental Toxicology and Chemistry 8(12):1125-1131.

Brewer, L.W., Cobb, G.P., Hooper, M.J., KENDALL, R.J., and Gagne, J. 1989. Environmental monitoring: an interdisciplinary approach. Pesticides in terrestrial and aquatic environments. Proceedings of a National Research Conference, Blacksburg, VA May 11-12, 1989.

Cobb, G.P., Brewer, L.W., and KENDALL, R.J. 1989. Degradation of Terbufos in soils during drought conditions. Pesticides in terrestrial and aquatic environments. Proceedings of a National Research Conference, Blacksburg, VA. May 11-12, 1989.

KENDALL, R.J. 1989. Impacts of agrochemicals in wildlife. In Proc. Tall Timbers Game Bird Seminar. Tall Timbers Association, Tallahassee, FL. March 7, 1989.

KENDALL, R.J. 1988. Wildlife toxicology: a reflection on the past and the challenge of the future. Environmental Toxicology and Chemistry 7(5):337-338.

Brewer, L.W., Driver, C.J., KENDALL, R.J., Zenier, C., and Lacher, Jr., T.E. 1988. Effects of methyl parathion in ducks and duck broods. Environmental Toxicology and Chemistry 7(5):375-379.

Brewer, L.W., Driver, C.J., KENDALL, R.J., Galindo, J.C., and Dickson, G.W. 1988. Avian response to a turf application of Triumph 4E. Environmental Toxicology and Chemistry 7(5):391-401.

Robinson, S.C., KENDALL, R.J., Driver, C.J., Lacher, Jr., T.E., and Robinson, R. 1988. Effects of agricultural spraying of methyl parathion on cholinesterase activity and reproductive success in wild starlings (*Sturnus vulgaris*). Environmental Toxicology and Chemistry 7(5):343-349.

Buerger, T.T., Mueller, B.S., KENDALL, R.J., DeVos, T., and Hitchcock, R.R. 1987. The effect of methyl parathion on activity and survivability of bobwhite quail. Pages 4-9 *in* C. Kyser, J.L. Landers, B.S. Mueller, Eds. Proc. Tall Timbers Game Bird Seminar. Tall Timbers Research Station, Tallahassee, FL. March 12, 1987.

Buerger, T.T., and KENDALL, R.J.  1986.  Modern pesticides and bobwhite quail.  Pages 21-23 *in* C. Kyser, J.L. Landers, B.S. Mueller, eds.  Proc. Tall Timbers Game Bird Seminar.  Tall Timbers Association, Tallahassee, FL.  March 10, 1986.

KENDALL, R.J. and Scanlon, P.F.  1985.  The toxicology of lead shot ingestion in ringed turtle doves under conditions of cold exposure.  Journal of Environmental Pathology, Toxicology, and Oncology 5(4/5):183-192.

KENDALL, R.J. and Scanlon, P.F.  1985.  Histology and ultrastructure of kidney tissue from ringed turtledoves that ingested lead. Journal of Environmental Pathology, Toxicology, and Oncology 5(4/5):85-96.

Galindo, J., KENDALL, R.J., Driver, C.J., and Lacher, Jr., T.E. 1985.  The effect of methyl parathion on the susceptibility of bobwhite quail (*Colinus virginianus*) to domestic cat predation.  Behavioral and Neural Biology 43:21-36.

KENDALL, R.J., Norman, G.W., and Scanlon, P.F.  1984.  Lead concentrations in ruffed grouse collected from southwestern Virginia.  Northwest Science 58(1):14-17.

Driver, C.J. and KENDALL, R.J.  1984.  Lead shot ingestion in waterfowl in Washington State.  Northwest Science 58(2):103-107.

Veit, H.P., KENDALL, R.J., and Scanlon, P.F.  1983.  Testicular inhibition in ringed turtledoves as a result of lead shot ingestion**.**  Avian Diseases 27(2):442-452.

Scanlon, P.F., KENDALL, R.J., Lochmiller, R.L., and Kirkpatrick, R.L.  1983.  Lead concentrations in pine voles from two Virginia orchards.  Environmental Pollution Series. B 6(2):157-160.

KENDALL, R.J., and Scanlon, P.F.  1983.  A rapid method for analysis of tissues for heavy metals utilizing atomic absorption spectrophotometry.    Northwest Science 56(94):265-267.

KENDALL, R.J.  1983.  Wildlife toxicology - a response. Environmental Science and Technology 17(2):62A.

KENDALL, R.J. and Scanlon, P.F. 1983 Histologic and ultrastructural lesions of mourning doves (*Zenaida macroura*) poisoned by lead shot. Poultry Science. 62:952-9560

KENDALL, R.J., DiGuilio, R.T., and Scanlon, P.F.  1982.  Toxicology of ingested lead shot in ringed turtledoves (*Streptopelia risoria*). Archives of Environmental Contamination and Toxicology 11(3):259-263.

KENDALL, R.J. and Scanlon, P.F.  1982.  Tissue lead concentrations and blood characteristics of rock doves from an urban setting in Virginia. Archives of Environmental Contamination and Toxicology 11(3):265-268.

KENDALL, R.J. and Scanlon, P.F.  1982.  Tissue lead concentrations and blood characteristics of mourning doves from southwestern Virginia.  Archives of Environmental Contamination and Toxicology 11(3):269-272.

KENDALL, R.J. and Scanlon, P.F.  1982.  The toxicology of ingested lead acetate in ringed turtledoves.  Environmental Pollution Series A 27:255-262.

KENDALL, R.J. and Driver, C.J.  1982.  Lead poisoning in swans in Washington State.  Journal of Wildlife Diseases 18(3):385-387.

KENDALL, R.J., 1982.  Wildlife toxicology.  Environmental Science and Technology 16(8):448A-453A.

KENDALL, R.J., Veit, H.P., and Scanlon, P.F. 1981. Histological effects and lead concentrations in tissues of adult male ringed turtledoves that ingested lead shot**.** Journal of Toxicology and Environmental Health 8:649-658.

KENDALL, R.J. and Scanlon, P.F.  1981.  Tissue lead concentrations in Japanese quail ingesting lead pellets or shot with lead pellets.  Bulletin of Environmental Contamination and Toxicology 26:652-655.

KENDALL, R.J. and Scanlon, P.F.  1981.  Propagation of a laboratory ringed turtledove colony.  Poultry Science 60:2728-2730.

KENDALL, R.J. and Scanlon, P.F.  1981.  Effects of chronic lead ingestion on reproductive characteristics of ringed turtledoves (*Streptopelia risoria*) and on tissue lead concentrations of adults and their progeny.  Environmental Pollution Series A 26:203-213.

KENDALL, R.J. and Scanlon, P.F.  1981.  Chronic lead ingestion and nephropathy in ringed turtledoves**.** Poultry Science 60(9):2028-2032.

Tipton, A.R., KENDALL, R.J., Coyle, J.F., and Scanlon, P.F.  1980.  A model of the impact of methyl parathion spraying on a quail population. Bulletin of Environmental Contamination and Toxicology 26:586-593.

Scanlon, P.F., Stotts, V.F., Dietrick, T.J., Oderwald, R.J., and KENDALL, R.J.  1980.  Lead concentrations in livers of Maryland waterfowl with and without ingested lead shot present in gizzards.  Bulletin of Environmental Contamination and Toxicology 25:855-890.

KENDALL, R.J. and Scanlon, P.F.  1980.  A water bottle modified for avians.  Poultry Science 59:177-178.

KENDALL, R.J. and Scanlon, P.F.  1979.  Lead levels in mourning doves collected from mid-Atlantic states in 1977.  Virginia Journal of Science 30(2):49.

KENDALL, R.J. and Scanlon, P.F.  l979.  Lead levels in mourning doves collected from middle Atlantic game management areas.  Proc. S.E. Association Game and Fish Commission

33:l65l72.  Proc. Ann. Conf. S.E. Assoc. Fish and Wildl. Agencies.  Hot Spring, AR. October l979.

KENDALL, R.J., Noblet, R., and Robinette, D.L.  1978.  Seed habituation as related to food preference behavior in bobwhite quail.  Technical Bulletin.1020, South Carolina Agricultural Experiment Station, Clemson, SC.  2 pp.

KENDALL, R.J., R. Noblet, and D.L. Robinette.  1978.  The effect of maturation on food preference behavior in bobwhite quail.  Technical Bulletin. 1066, South Carolina Agricultural Experiment Station, Clemson, SC.  3 pp.

KENDALL, R.J., Noblet, R., Hollman, J.R., and Senn, L.H.  1978.  Toxicological studies with mirex in bobwhite quail.  Poultry Science 57(6):1539-1545.

KENDALL, R.J., Noblet, R., Hair, J.D., and Jackson, H.B.  1976.  Mirex residues in bobwhite quail after aerial application of bait for fire ant control, South Carolina - 1975-76.  Pesticides Monitoring Journal 11(2):64-68.

## TECHNICAL PAPERS (*151*)

KENDALL, R.J. Panel Discussion on Past Successes and Future Needs in Aquatic and Wildlife Toxicology (Session: 40 Years of SETAC Science: Past, Present, and Future). Society of Environmental Toxicology and Chemistry 40th Annual Meeting. Toronto, Canada, November 3-7, 2019.

KENDALL, R.J. Wildlife Toxicology in SETAC (Session: Oh, The Changes I've Seen Over the Past 30 Years). Society of Environmental Toxicology and Chemistry 40th Annual Meeting. Toronto, Canada, November 3-7, 2019.

Herzog, J., KENDALL, R.J. Parasite Surveys of Passerine Birds and Northern Bobwhite Quail (*Colinus virginianus*) in the Rolling Plains Ecoregion. Joint Meeting of the Association of Field Ornithologists and the Wilson Ornithological Society. Cape May, NJ, October 27-30, 2019.

Henry, C., Kalyanasundaram, A., Brym, M.Z., KENDALL, R.J. Could Contaminants Have Contributed to a Recent Increase in Parasite Burdens in Northern Bobwhite from the Rolling Plains Ecoregion of Texas? Society of Environmental Toxicology and Chemistry 39th Annual Meeting, Sacramento, CA, November 4-8, 2018.

Blanchard, K.R., Commons, K., Kalyanasundaram, A., Henry, C., Brym, M.Z., Surles, J.G., KENDALL, R.J. Assessing Seasonal Factors Influencing Parasitic Infection in Northern Bobwhite Quail (*Colinus virginianus*) of the Rolling Plains, TX Using a Mobile Laboratory Platform. Society of Environmental Toxicology and Chemistry 39th Annual Meeting, Sacramento, CA, November 4-8, 2018.

Henry, C., Kalyanasundaram, A., Brym, M.Z., KENDALL, R.J. Molecular Identification of Potential Intermediate Hosts of *Aulonocephalus pennula* from the Order Orthoptera. 67th Annual Conference of the Wildlife Disease Association, St. Augustine, FL, August 4-10, 2018.

Blanchard, K.R., Commons, K., Kalyanasundaram, A., Brym, M.Z., Henry, C., KENDALL, R.J. Regional Surveillance of Parasitic Infection of Northern Bobwhite Quail (*Colinus virginianus*) in the Rolling Plains, TX Using a Mobile Laboratory Platform, 67th Annual Meeting of the Wildlife Disease Association, St. Augustine, FL, August 4-10, 2018.

Kendall, R.J. Parasite Infection in Wild Northern Bobwhite Quail (*Colinus virginianus*) in Texas. 4th International Conference of Parasitology, Prague, Czech Republic. September 1-2, 2017.

Dunham, N.R., Peper, S.T., and KENDALL, R.J. Survey of aflatoxin contamination in supplemental wildlife corn feed sampled throughout the Rolling Plains of Texas. Society of Environmental Toxicology and Chemistry 36th Annual Meeting, Salt Lake City, UT. November 1-5. 2015.

Turaga, U., Peper, S.T., Gupta, N., Dunham, N.R., Kistler, W., Almas, S., Presley, S.M., and KENDALL, R.J. Neonicotinoid pesticide use and potential exposure to Northern bobwhite and Scaled quail throughout the Rolling Plains of Texas and Oklahoma. Society of Environmental Toxicology and Chemistry 36th Annual Meeting, Salt Lake City, UT. November 1-5, 2015.

Dunham, N.R., Peper, S.T., Pappas, S., and KENDALL, R.J. Survey of aflatoxin contamination in supplemental deer feed purchased throughout the Rolling Plains of Texas. Society of Environmental Toxicology and Chemistry 35th Annual Meeting, Vancouver, British Columbia, Canada. November 9-14, 2014.

Dunham, N.R and KENDALL, R.J. Evidence of an *Oxyspirura petrowi* epizootic in Northern bobwhites (*Colinus virginianus*) from the Rolling Plains of Texas. Wildlife Disease Association 63rd Annual Conference. Santa Ana Pueblo, NM. July 27-August 1, 2014.

Baxter, C.B. and KENDALL, R.J. Survey of organochlorine pesticides in Southern U.S. quail. Society of Environmental Toxicology and Chemistry 34th Annual Meeting, Nashville, TN. November 17-21, 2013.

KENDALL, R.J., Fedynich, A., Dunham, N.  Impact eyeworms (*Oxyspirura petrowi*) have on Northern bobwhite (*Colinus virginianus*) foraging and flying efficiency.  Operation Idiopathic Decline Principal Investigators Annual Meeting, Sweetwater, TX. March 19-20, 2013.

KENDALL, R.J., Baxter, C., Metals and organochlorine pesticides in quail. Operation Idiopathic Decline Principal Investigators Annual Meeting, Sweetwater, TX, March 19-20, 2013.

Baxter, C. and KENDALL, R.J. Organochlorine pesticides in quail from the Rolling Plains in Texas and Oklahoma. Society of Environmental Toxicology and Chemistry, Long Beach, CA. November 10-14, 2012.

Kendall Jr. R.J., Kitten, L., Singh, V., Hake, K.D., KENDALL R.J., Ramkumar, S. Oil absorption by cotton: a systematic study.  2012 Beltwide Cotton Conference, Orlando, FL. January 4-6, 2012.

KENDALL, R.J., Wildlife Toxicology: Integration of Ecological and Toxicological Research Strategies.  Society of Environmental Toxicology and Chemistry 29th Annual Meeting, Tampa, FL. November 16-20, 2008.

Abel, M.T., Presley, S.M., Rainwater, T.R., Austin, G.P., Cox, S.B., McDaniel, L.N., Marsland, E.J., Leftwich, B.D., Anderson, T.A., KENDALL, R.J., Cobb, G.P.  Toxic metal evaluation on soils in New Orleans, LA, following hurricane Katrina.  Society of Environmental Toxicology and Chemistry 29th Annual Meeting, Tampa, FL. November 16-20, 2008.

Solomon, K.R., Carr, J., KENDALL, R.J., Smith, E.E., du Preez, L.H., Giesy, J.P., van der Kraak, G. Atrazine and amphibians: Lessons learned from risk assessment of reproductive effects. 4th Pan Pacific Conference, Honolulu, HI, June 1-5, 2008.

Paden, N.E., Smith, E.E., KENDALL, R.J. Subchronic toxicity of 2,4,6-trinitrotoluene, 2,4-dinitrinotoluene, and 2,6 dinitrotoluene in developing tadpoles (*Rana catesbeiana*).

Proceedings of the Society of Environmental Toxicology and Chemistry 28th Annual Meeting, Milwaukee, WI, November 11-15, 2007.

Solomon, K.R., Carr, J.A., du Preez, L. H., Geisy, J.P., KENDALL, R.J., Smith, E.E., Van Der Kraak, G.J. Atrazine and amphibians: risks in the agricultural landscape. Society of Environmental Toxicology and Chemistry Europe 17th Annual Meeting, Porto, Portugal, May 20 – 24, 2007.

KENDALL, R.J. Implementation and Administrative Coordination of the Admiral Elmo R. Zumwalt, Jr. National Program for Countermeasures to Biological and Chemical Threats. 7th Annual Meeting of the Consortium of Biodefense Researchers, Clearwater Beach, FL, May 30 - June 2, 2006.

Theodorakis, C.W., Rinchard, J., and KENDALL, R.J.   Thyroid endocrine disruption in stonerollers from perchlorate-contaminated streams in East-Central Texas.  Society of Environmental Toxicology and Chemistry 26th Annual Meeting, Baltimore, MD., November 13-18, 2005.

Wang, J.S., Billam, M., Tang, L., McKean, C., Wang, Z., Wang, P., Theodorakis, C.W., and KENDALL, R.J.   Mosquitofish as a sensitive bioindicator for toxicity of biotoxin mixtures.  Society of Environmental Toxicology and Chemistry 26th Annual Meeting, Baltimore, MD., November 13-18, 2005.

Vinas, R., Gentles, A., Smith, J.N., Pan, X., Cobb, G.P., KENDALL, R.J., and Smith, E.E. Reproductive effects of TNX (Hexahydro-1.3.5-trinitroso-1.3.5-triazine) in deer mice (*Peromyscus maniculatus*): Testicular histopathology and hormonal effects.  Society of Environmental Toxicology and Chemistry 26th Annual Meeting, Baltimore, MD., November 13-18, 2005.

Du Preez L.H., Everson, G.J., Hecker, M., Carr, J.A., Giesy, J.P., KENDALL, R.J., Smith, E.E., Van der Kraak, G. and Solomon, K.R.  Seasonal changes in testicular morphology in the African clawed frog, *Xenopus laevis*:  a histometric analysis.  Fifth World Congress of Herpetology, Stellenbosch, South Africa, June 2005.

Murphy, M.B., Tompsett, A.R., Coady, K.K., Hecker, M., Jones, P.D., Giesy, J.P., Carr, J.A., Smith, E.E., Van Der Kraak, G., and KENDALL, R.J.  Mixed function oxygenase enzymes in juvenile and adult frogs from atrazine-exposed sites in Michigan. Presentation to Society of Environmental Toxicology and Chemistry 4th World Congress and 25th Annual Meeting, Portland, Oregon, November 14-18, 2004.

Hecker, M., Kim, W.J., Park, J.W., Villeneuve, D., Murphy, M., Jones, P., Solomon, K., Van Der Kraak, G., KENDALL, R J., and Giesy, J. Effects of estradiol and atrazine on testicular ultrastructure in *Xenopus laevis*. Presentation to Society of Environmental Toxicology and Chemistry 4th World Congress and 25th Annual Meeting, Portland, Oregon, November 14-18, 2004.

Park, J.W., Hecker, M., Murphy, M., Jones, P., Solomon, K., Van Der Kraak, G., KENDALL, R. J., and Giesy, J. Effects of atrazine exposure on aromatase activity and CYP19 gene expression in male adult *Xenopus laevis*. Presentation to Society of Environmental

Toxicology and Chemistry 4th World Congress and 25th Annual Meeting, Portland, Oregon, November 14-18, 2004.

Hecker, M., Murphy, M., Jones, P., Solomon, K., Van Der Kraak, G., KENDALL, R. J., and Giesy, J. Effects of atrazine and estradiol on plasma sex steroid concentrations in male adult *Xenopus laevis*. Presentation to Society of Environmental Toxicology and Chemistry 4th World Congress and 25th Annual Meeting, Portland, Oregon, November 14-18, 2004.

Giesy, J., du Preez, L., Murphy, M., Jones, P., Solomon, K., Van Der Kraak, G., Smith, E., KENDALL, R.J., and Hecker, M. Seasonal changes and natural variability of plasma sex steroid concentrations in *Xenopus laevis* from South Africa. Presentation to Society of Environmental Toxicology and Chemistry 4th World Congress and 25th Annual Meeting, Portland, Oregon, November 14-18, 2004.

Park, J.W., Hecker, M., Murphy, M., Jones, P., Solomon, K., Van Der Kraak, G., KENDALL, R., and Giesy, J. Effects of atrazine on mixed function oxygenases in *Xenopus laevis*. Presentation to Society of Environmental Toxicology and Chemistry 4th World Congress and 25th Annual Meeting, Portland, Oregon, November 14-18, 2004.

Tompsett, A.R., Murphy, M.B., Coady, K.K., Hecker, M., Du Preez, L., Jones, P.D., Giesy, J.P., Carr, J.A., Van Der Kraak, G. and KENDALL, R. Gross morphology and gonad histology of ranid frog species collected from atrazine-exposed sites in Michigan. Presentation to Society of Environmental Toxicology and Chemistry 4th World Congress and 25th Annual Meeting, Portland, Oregon, November 14-18, 2004.

Tompsett, A.R., Murphy, M.B., Coady, K.K., Hecker, M., Jones, P.D., Giesy, J.P., Smith, E.E., Van Der Kraak, G., Solomon, K.R. and KENDALL, R. Estradiol and testosterone levels in juvenile and adult frogs from atrazine-exposed sites in Michigan. Presentation to Society of Environmental Toxicology and Chemistry 4th World Congress and 25th Annual Meeting, Portland, Oregon, November 14-18, 2004.

KENDALL, R.J. Risk Assessment for Pesticide Exposure. Presented at the Interdisciplinary Risk Assessment Forum for Academic Year 2003-2004, Yale University, New Haven, Connecticut, April 7, 2004.

Presley, S.M. and KENDALL, R.J. "Relevance of environmental toxicology to biological and chemical terrorism countermeasures". Presentation to Society of Environmental Toxicology and Chemistry 24th Annual Meeting Austin, Texas, November 9-13, 2003.

Murphy, M.B., Coady, K.K., Hecker, M., Jones, P.D., Giesy, J.P., Carr, J.A., Smith, E.E., Van Der Kraak, G., Solomon, K.R. and KENDALL, R. "Plasma testosterone and estradiol concentrations, aromatase activities and gonad histology of ranids in Michigan. Presentation to Society of Environmental Toxicology and Chemistry 24[th] Annual Meeting Austin, Texas, November 9-13, 2003.

Gross, T.S., Smith, J.T., Wiebe, J.J., Sepulveda, M.S., Carr, J.A., Du Preez, L. KENDALL, R.J., Solomon, K.R., Smith, E.E. and Van Der Kraak, G. "An evaluation of gonadal anomalies and agrichemical exposures for the cane toad (*Bufo marinus*) in South

Florida". Presentation to Society of Environmental Toxicology and Chemistry 24[th] Annual Meeting Austin, Texas, November 9-13, 2003.

Smith, E.E., Du Preez, L., Solomon, K.R., Gentles, A.B., Carr, J.A., KENDALL, R.J. Giesy, J.P., Gross, T.S. and Van Der Kraak, G. "Stereology: Assessment of Gonadal Function in Xenopus Laevis from Corn-Growing Areas of South Africa." Presentation to Society of Environmental Toxicology and Chemistry 24th Annual Meeting Austin, Texas, November 9-13, 2003.

Crabtree, C.G., Smith, E.E., Gentles, A.B., Carr, J.A., KENDALL, R. J., Giesy, J.P., Gross, T.S., Solomon, K.R., Van Der Kraak, G. and Du Preez, L. "Assessment of growth and reproductive activity in bullfrogs inhabiting Southern Iowa. Presentation to Society of Environmental Toxicology and Chemistry 24[th] Annual Meeting Austin, Texas, November 9-13, 2003.

KENDALL, R.J. Update on "The Admiral Elmo R. Zumwalt National Program for Countermeasures to Biological and Chemical Threats" presented at National Consortium for Countermeasures to Biological and Chemical Threats meeting at the University of South Florida, Tampa, Florida, April 2002.

KENDALL, R.J. Toxicology: Principles and Applications – Environmental Toxicology, American Chemical Society Course, Washington, D.C., December 2000.

KENDALL, R.J. Environmental Sampling and Ecological and Human Health: What is the Relationship? Presented at the Multimedia Environmental Sampling Seminar, Holiday Inn – Civic Center, Lubbock, Texas, February 1999.

KENDALL, R.J., Smith, E.L., Frame, L., and Dickerson, R.L. 1998. Gestational and lactational exposure to endocrine disrupting compounds: wildlife – human extrapolations. Presented at the Prenatal Chemical Exposures Workshop, Centers for Disease Control, Atlanta, Georgia, December 1998.

Richards, Sean, Anderson, T., Hooper, M., McMurry, S., Wall, S., Awata, H., and KENDALL, R.J.  Passerine response to chlorpyrifos in a corn agroecosystem.  Presented at the 19th Annual Meeting of The Society of Environmental Toxicology and Chemistry, Charlotte, North Carolina, November 1998.

KENDALL, R.J., Best, L., Coates, J., Dixon, K., Hooper, M., Giesy, J., Kenaga, G., and Solomon, K.  Ecological risk assessment of chlorpyrifos exposure in wildlife in midwestern corn agroecosystems:  A probabilistic approach.  Presented at the 18th Annual Meeting of The Society of Environmental Toxicology and Chemistry, San Francisco, CA, November 1997.

Richards, Sean, Anderson, T., McMurry, S., Hooper, M., and KENDALL, R.J.  Avian response to chlorpyrifos exposure in a corn agroecosystem.  Presented at the 18th Annual Meeting of The Society of Environmental Toxicology and Chemistry, San Francisco, CA, November 1997.

KENDALL, R.J. and Dickerson, R.L.  Principles and processes for evaluating endocrine disruption in wildlife.  Platform presentation for "Partnerships for the Environment: Science, Education, and Policy" at the 17th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Washington, D.C., November 17-21, 1996.

Sauls, B.T., Vance, A.S., Craft, R.A., Noblet, R. and KENDALL, R.J. Pesticide mitigation: The response of northern bobwhite quail to field border establishment in southern Iowa. Platform presentation for "Partnerships for the Environment: Science, Education, and Policy" at the 17th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Washington, D.C., November 17-21, 1996.

Feken, M.A., Hawkes, A.W., McMurry, S.T., and KENDALL, R.J. Wildlife habitat and ARSENAL® herbicide: response of food and cover attributes important to northern bobwhite.  Poster presentation for "Partnerships for the Environment: Science, Education, and Policy" at the 17th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Washington, D.C., November 17-21, 1996.

KENDALL, R.J.  "Principles and Processes of Endocrine Disruption in Wildlife: Evaluating Effects." Presentation at the United Kingdom and European Conference "Oestrogenic Chemicals in the Environment" sponsored by IBC, United Kingdom, May 9-10, 1996.

KENDALL, R.J.  Avian response to the use of organophosphate and carbamate insecticides: an ecological risk assessment perspective.  Platform presentation for "Global Environmental Protection: Science, Politics, and Common Sense" at the Second SETAC World Congress (16th Annual Meeting) of the Society of Environmental Toxicology and Chemistry, Vancouver, British Columbia, Canada.  November 5-9, 1995.

Solomon, K., Giesy, J.P., KENDALL, R.J., and Balcomb, R.  Ecological risk assessment of atrazine in North American surface waters: characterizing risks.  Platform presentation

for "Global Environmental Protection: Science, Politics, and Common Sense" at the Second SETAC World Congress (16th Annual Meeting) of the Society of Environmental Toxicology and Chemistry, Vancouver, British Columbia, Canada.  November 5-9, 1995.

KENDALL, R.J., Lacher, Jr., T.E., Bunck, C., Daniel, B., Driver, E., Grue, C.E., Leighton, F., Stansley, W., Watanabe, P.G., and Whitworth, M.  An ecological risk assessment of lead shot exposure in upland game birds and raptors.  Poster presentation for "Global Environmental Protection: Science, Politics, and Common Sense" at the Second SETAC World Congress (16th Annual Meeting) of the Society of Environmental Toxicology and Chemistry, Vancouver, British Columbia, Canada.  November 5-9, 1995.

Sauls, B.T., Vance, A.S., KENDALL, R.J., and Noblet, R.  The response of bobwhite quail to field border mitigation in southern Iowa.  Poster presentation for "Global Environmental Protection: Science, Politics, and Common Sense" at the Second SETAC World Congress (16th Annual Meeting) of the Society of Environmental Toxicology and Chemistry, Vancouver, British Columbia, Canada.  November 5-9, 1995.

Hooper, M.J. and KENDALL, R.J.  1994.  The use of sentinel species in environmental research.  Presented at the Clemson University Biotechnology Conference.  December 1994.

Mortensen, S.M., Johnson, K.A., Weisskopf, C.P., Hooper, M.J., Lacher, Jr., T.E., and KENDALL, R.J.  Effects of pesticides on birds associated with banana plantations in Costa Rica.  Poster presentation for "Ecological Risk: Science, Policy, Law, and Perception" at the 15th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Denver, Colorado, October 30 - November 3, 1994.

Feken, M.A., Hawkes, A.W., McMurry, S.T., and KENDALL, R.J.  1994.  Wildlife habitat and ARSENAL® herbicide: response of food and cover attributes important to northern bobwhite.  Poster presentation for "Ecological Risk: Science, Policy, Law, and Perception" at the 15th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Denver, Colorado, October 30 - November 3, 1994.

Hawkes, A.W., Feken, M.A., Warren, J.E., McMurry, S.T., and KENDALL, R.J.  1994.  Northern bobwhite nest site selection of study plots treated with ARSENAL® applicators concentrate.  Poster presentation for "Ecological Risk: Science, Policy, Law, and Perception" at the 15th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Denver, Colorado, October 30 - November 3, 1994.

Rainwater, T.R., Leopold, V.A., and KENDALL. R.J.  Avian exposure to organophosphorus and carbamate pesticides on a South Carolina golf course.  Poster presentation for "Ecological Risk: Science, Policy, Law, and Perception" at the 15th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Denver, Colorado, October 30 - November 3, 1994.

KENDALL, R.J.   1994. "Wildlife Toxicology: Advances in Research and Development." Society of Ecotoxicology and Environmental Safety, Zurich, Switzerland, Sept. 28-31, 1994.

KENDALL, R.J.   1994.   "Biomarkers and reducing exposures to hazardous substances - new approaches and emerging technologies."   Keynote speaker at Avoidance Technologies: Environmentally   Conscious   Engineering   Conference   sponsored   by   Private Enterprise-Government Interactions Task Force and co-sponsored by U.S. Environmental Technology Export Council.  Herndon, Virginia.  September 7, 1994.

KENDALL, R.J.   1994.   Wildlife Toxicology, Advances in Research and Development.  3rd European Conference on Ecotoxicology.  Society of Ecotoxicology and Environmental Safety, Zurich, Switzerland, August 28-31, 1994.

KENDALL, R.J.   1994.   "Ecological risks of pesticides to wildlife around banana plantations." Workshop sponsored by Rainforest Alliance, E.A.R.T.H., Costa Rica.  March 1994.

KENDALL, R.J.  1994.  Keynote address "Ecological Risk Assessment - Terrestrial."  A Watershed Approach to Ecological Risk Assessment Symposium.  Savannah, Georgia. January 18-21, 1994.

Hawkes, A.W., Mellott, R.S., Warren, J.E., Williamson, L.B., and KENDALL, R.J.  1993. Evaluation of the response of northern bobwhite (*Colinus virginianus*) to ARSENAL® forestry herbicide used on pine plantations in the coastal floodplain of South Carolina.

Poster-discussion presented at the 14th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Houston, Texas, November 14-18, 1993.

Fouts, A.A., Thomas, B., Weisskopf, C., La Point, T., and KENDALL, R.J.  1993.  An ecological risk approach to the effects of nonpoint source runoff from a South Carolina golf course.  Poster presentation at the 14th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Houston, Texas, November 14-18, 1993.

Rainwater, T.R., Leopold, V.A., and KENDALL, R.J.  1993.  Assessment of potential exposure and response of avian species to organophosphorus pesticides in a South Carolina golf course ecosystem.  Poster presentation at the 14th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Houston, Texas.  November 14-18, 1993.

Buerger, T.T., Mortensen, S.R., KENDALL, R.J., and Hooper, M.J.  1993.  Methyl parathion metabolism and toxicity in northern bobwhites: relating laboratory and field studies. Platform Presentation at the 14th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Houston, Texas, November 14-18, 1993.

KENDALL, R.J.  1993.  Wildlife Toxicology: Past, Present and Future.  Presented at the Plenary Session of the 14th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Houston, Texas.  November 14-18, 1993.

Dickerson, R.L., Hooper, M.J., Gard, N.W., Cobb, G.P., and KENDALL, R.J. 1993. Toxicological foundations of ecological risk assessment: Biomarker development and interpretation based on laboratory and wildlife species." Presented at the Napa Conference on Genetic and Molecular Ecotoxicology, sponsored by National Institute of Environmental Health Sciences, Yountville, California. October 12-15, 1993.

Williamson, L.B., Hawkes, T., Troup, R., Warren, J., and KENDALL, R.J. 1993. Presentation of new initiatives in northern bobwhite quail: Ecological and ecotoxicological studies in the coastal plains of South Carolina, South Carolina Wildlife Society, Hampton County, SC. July 28-29, 1993.

Wolfe, M.F., KENDALL, R.J., and Hooper, M.J. 1992. Carboxyesterase activities of passerine birds of known sensitivity to organophosphate pesticides. Presented at the Thirteenth Annual Meeting the Society of Environmental Toxicology and Chemistry, Cincinnati, Ohio. November 8 - 12, 1992.

Lacher, Jr. T.E. and KENDALL, R.J. 1992. Matrix models of the effects of pesticide induced mortality. Presented at the Thirteenth Annual Meeting of The Society of Environmental Toxicology and Chemistry, Cincinnati, Ohio. November 8 - 12, 1992.

KENDALL, R.J. 1992. Ecological risk assessment of wildlife exposure to toxic substances. Presented at the Thirteenth Annual Meeting of The Society of Environmental Toxicology and Chemistry, Cincinnati, Ohio. November 8 - 12, 1992.

KENDALL, R.J. 1992. Farming with agrochemicals: The response of wildlife. Presented at the Symposium on Iowa Wildlife and Agriculture: Challenges for the Future, Des Moines, IA. May 26, 1992.

KENDALL, R.J. 1992. Banana activity and the environment. Round Table Lecture presented at the Second International Banana Congress, San Jose, Costa Rica. May 12-15, 1992.

Warren, J, Williamson, L., Brewer, L., and KENDALL, R.J. 1992. A proposal to study the indirect effects of ARSENAL® on wildlife in loblolly pine plantations. Presented at the International Conference on Forest Vegetation Management, Auburn University, Auburn AL. April 27 - May 1, 1992.

KENDALL, R.J. 1991. Ecological risk assessment for terrestrial wildlife exposed to agrochemicals. Presented at the Society for Risk Analysis Annual Meeting, Baltimore, MD. December 8-11, 1991.

KENDALL, R.J. 1991. Golf course management: Turf quality and environmental sensitivity can co-exist. Presented at the 25th Annual Golf Turfgrass Conference and Championship, Myrtle Beach, SC. November 18-20, 1991.

Capizzi, J.L., Brewer, L.W., Woods, P.E., Hofius, J.L., Miller, M.W., Hooper, M.J. KENDALL, R.J. 1991. Reproductive success of European starlings (*Sturnus vulgaris*) nesting on

hazardous waste sites.  Presented at the 12th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Seattle, WA.  November 3-7, 1991.

Crabtree C.G., KENDALL, R.J., Brewer, L.W., Cobb, G., Mellott, R., and Hooper, M.  1991. Plasma cholinesterase and fecal alkylphosphate residues as indicators of sublethal exposures in California quail.  Presented at the 12th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Seattle, WA.  November 3-7, 1991.

Carlock, L.L., Hooper, M.J., and KENDALL, R.J.  1991.  Temporal Response of Northern Bobwhite (*Colinus virginianus*) to Sublethal Doses of the Organophosphates Terbufos and Phorate.  Presented at the 12th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Seattle, WA.  November 3-7, 1991.

KENDALL, R.J. and Lacher, Jr., T.E.  1991.  Population ecology and wildlife toxicology of agricultural pesticide use:  A modeling initiative for avian species.  Presented at the 12th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Seattle, WA.  November 3-7, 1991.

KENDALL, R.J.  1991.  Wildlife toxicology:  Interdisciplinary approach to environmental health assessment:  Presented to 25th Annual Conference on Trace Substances in Environmental Health and Annual Meeting of the Society for Environmental Geochemistry and Health at the University of Missouri, Columbia, MO.  May 20-23, 1991.

KENDALL, R.J.  1991.  Ecological risk assessment for terrestrial wildlife exposed to agrochemicals:  A state-of-the-art review and recommendations for the future. 42 pp. Presented at the Workshop on Ecological Risk Assessment sponsored by the Committee on Risk Assessment Methodology of the National Academy of Sciences, Warrenton, VA. February 26 - March 1, 1991.

KENDALL, R.J.  1990.  Wildlife toxicology:  Environmental toxicology applied to terrestrial ecosystems.  Presented at the 13th Scientific Congress of Rhone Poulenc, Strasbourg, France.  November 27-29, 1990.

Buck, J.A., Brewer, L.W., Hooper, M.J., Cobb, G.P., Craft, R.A., and KENDALL, R.J.  1990. Monitoring organophosphate insecticide exposure to great horned owls in Iowa. Presented at the Eleventh Annual Meeting of The Society of Environmental Toxicology and Chemistry, Arlington, Virginia.  November 11-15, 1990.

Brewer, R.A., KENDALL, R.J., Hooper, M.J., Brewer, L.W., and Cobb, G.P.  1990. Survivability, movement patterns and blood cholinesterase levels of wild northern bobwhites dosed with COUNTER®.  Presented at the Eleventh Annual Meeting of The Society of Environmental Toxicology and Chemistry, Arlington, Virginia.  November 11-15, 1990.

Brewer, L.W., Tank, S.L., Hooper, M.J., Cobb, G.P., Hummell, R.A., and KENDALL, R.J. 1990. Reproductive success of European starlings (*Sturnus vulgaris*) exposed to COUNTER®-15G in Iowa cornfields. Presented at the Eleventh Annual Meeting of The Society of Environmental Toxicology and Chemistry, Arlington, Virginia. November 11-15, 1990.

Wolfe, M., KENDALL, R.J., and Hooper, M.J. 1990. Age-dependent toxicity of OPs to red-winged blackbirds and starlings. Presented at the Eleventh Annual Meeting of The Society of Environmental Toxicology and Chemistry, Arlington, Virginia. November 11-15, 1990.

Whitten, M.L., Marden, B.T., KENDALL, R.J., and Brewer, L.W. 1990. The effect of agricultural spraying of methyl parathion on post-fledging survival of starlings. Presented at the Eleventh Annual Meeting of The Society of Environmental Toxicology and Chemistry, Arlington, Virginia. November 11-15, 1990.

Marden, B.T., KENDALL, R. J., Hooper, M.J., and Lacher Jr., T.E. 1990. The temporal pattern of cholinesterase (ChE) activity in nestling European starlings following exposure to methyl parathion. Presented at the Eleventh Annual Meeting of The Society of Environmental Toxicology and Chemistry, Arlington, Virginia. November 11-15, 1990.

Hooper, M.J., Brewer, L.W., Tank, S. L., Carlock, L.L., and KENDALL, R.J. 1990. Nestling starlings as sensitive indicators of pesticide exposure. Presented at the Eleventh Annual Meeting of The Society of Environmental Toxicology and Chemistry, Arlington, Virginia. November 11-15, 1990.

KENDALL, R.J., Noblet, R., Brewer, L., Cobb, G., Hooper, M. Case studies in terrestrial ecological risk assessment. Presented to United States Environmental Protection Agency, Washington, DC. August 2, 1990.

KENDALL, R.J. 1990. Toxicology of agents: Pesticides. Presented at 29th Annual Meeting of the Society of Toxicology, Miami Beach, Florida. February 12-16, 1990.

Buerger, T.T., Mueller, B.S., and KENDALL, R.J. 1989. Acute toxicity of methyl parathion to pen-reared and wild northern bobwhites. Presented at the Tenth Annual Meeting of The Society of Environmental Toxicology and Chemistry, Toronto, Ontario, Canada. Oct. 28 - November 2, 1989.

KENDALL, R.J., Bens, C.M., Brewer, L., Cobb, G.P., and Hooper, M.J. 1989. The use of wildlife to assess bioavailability and ecotoxicity of toxic substances at hazardous waste sites. Presented at the Tenth Annual Meeting of The Society of Environmental Toxicology and Chemistry, Toronto, Ontario, Canada. October 28 - November 2, 1989.

Norman, D., Cobb, G.P., KENDALL, R.J. 1989. Pollution monitoring of marine wildlife in Washington State: Transboundary research issues. Presented at the Tenth Annual

Meeting of The Society of Environmental Toxicology and Chemistry, Toronto, Ontario, Canada. October 28 - November 2, 1989.

Wolfe, M., KENDALL, R.J., Bens, C.M., Hooper, M.J., and Funsch, J.M.  1989.  Biochemical and behavioral toxicity of COUNTER® in European starlings, house sparrows and zebra finches.  Presented at the Tenth Annual Meeting of The Society of Environmental Toxicology and Chemistry, Toronto, Ontario, Canada. October 28 - November 2, 1989.

Wolfe, M., KENDALL, R.J., and Hooper, M.J.  1989.  Age-dependent toxicity of Diazinon in nestling European starlings.  Presented at the Tenth Annual Meeting of The Society of Environmental Toxicology and Chemistry, Toronto, Ontario, Canada. October 28 - November 2, 1989.

KENDALL R.J.  1989.  The use of wildlife to assess bioavailability and ecotoxicity of toxic substances at hazardous waste sites.  Presented at the Annual Meeting of the Wildlife Disease Association, Corvallis, OR.  August 13 - 17, 1989.

Marden, B.T., KENDALL, R.J., Hooper, M.J., and Lacher, T.E.  1989.  The temporal pattern of cholinesterase (ChE) activity in nestling European starlings following exposure to methyl parathion.  Poster Presentation at the Annual Meeting of the Pacific Northwest Association Toxicologists, Vancouver, British Columbia, Canada.  September 15-16, 1989.

KENDALL, R.J.  1989.  Ecological risk assessment.  Presented at the U.S. EPA National Risk Assessment Conference, Seattle, WA.  May 9-12, 1989.

Marden, B., Whitten, M.L., KENDALL, R.J., and Lacher, Jr., T.E.  1989.  The usefulness of nest boxes as a means of monitoring pesticide contamination.  Presented at the 1989 Annual Meeting of The Wildlife Society, Hood River, OR.  February 22-24, 1989.

Norman, D., Cobb, III G.P., and KENDALL, R.J.  1989.  Biological monitoring of great blue herons in western Washington.  Presented at the 1989 Annual Meeting of The Wildlife Society, Hood River, OR.  February 22-24, 1989.

KENDALL, R.J., Funsch, J.M., and Bens, C.M.  1988.  The use of wildlife for on-site evaluation of bioavailability and ecotoxicity of toxic substances found in hazardous waste sites.

Presented at the First Symposium on In Situ Evaluation of Biological Hazards of Environmental Pollutants, Chapel Hill, NC.  December 5-7, 1988.

Carlock-Anderson, L.L., Hooper, M.J., and KENDALL, R.J.  1988.  Effects of Terbufos on cholinesterase activity in northern bobwhite (*Colinus virginianus*).  Presented at the Ninth Annual Meeting of the Society of Environmental Toxicology and Chemistry, Washington, D.C.  November 13-17, 1988.

Block, E.K., Lacher, T.E., KENDALL, R.J., and Brewer, L.W.  1988.  The effects of the organophosphate pesticide COUNTER® on *Peromyscus maniculatus* resident in corn fields.  Presented at the Ninth Annual Meeting of the Society of Environmental Toxicology and Chemistry, Washington, D.C.  November 13-17, 1988.

Wolfe, M., Hooper, M.J., and KENDALL, R.J.  1988.  Age-dependent toxicity of diazinon in nestling European starlings.  (Presented at the Fifth Annual Meeting of Pacific Northwest Association of Toxicologists, Moscow, ID.  September 23-24, 1988.

Buerger, T.T., KENDALL, R.J., Mueller, B.S., DeVos, T., and Hitchcock, R.R.  1987.  The effect of methyl parathion on activity and survivability of wild northern bobwhites. Presented at the Wildlife Toxicology Symposium, Eighth Annual Meeting, Society of Environmental Toxicology and Chemistry, Pensacola, Fla.  November 9-12, 1987.

Bussiere, J.L., KENDALL, R.J., Lacher, Jr., T.E., Thompson, R., and Bennett, R.S.  1987. Effect of methyl parathion on food discrimination in bobwhite quail (*Colinus virginianus*).  Presented at the Wildlife Toxicology Symposium, Eighth Annual Meeting, Society of Environmental Toxicology and Chemistry, Pensacola, Fla.  November 9-12, 1987.

KENDALL, R.J., Brewer, L.W., and Mayer, J.R. 1987.  Effects of golf course applications of diazinon AG 500 on birds in the Pacific Northwest.  Presented at the Wildlife Toxicology Symposium, Eighth Annual Meeting, Society of Environmental Toxicology and Chemistry, Pensacola, Fla.  November 9-12, 1987.

Buerger, T.T., KENDALL, R.J., Mueller, B.S., and DeVos, T.  1987.  The effect of methyl parathion on activity and survivability of wild northern bobwhites.  Presented at the Annual Meeting of Pacific Northwest Association Toxicologists, Port Townsend, WA. September 1987.

KENDALL, R.J. 1987.  Ecotoxicity testing criteria workshop.  (Invited) Participated as part of an EPA Workshop sponsored by the Office of Toxic Substance, U.S. EPA held in San Diego, CA.  March 1012, 1987.

KENDALL, R.J. (Workshop Coordinator).  l986.  Field evaluation techniques for pesticide risk assessment in wildlife.  Presented at the Pesticide Risk Assessment in Wildlife Symposium, Seventh Annual Meeting, Society of Environmental Toxicology and Chemistry, Alexandria, VA.  November l986.

Smith, D.E., KENDALL, R.J., and Lippman, L.G.  l986.  The effect of methyl parathion on retention of avoidance learning in bobwhite quail.  Presented at the Wildlife Toxicology

Session, Seventh Annual Meeting, Society of Environmental Toxicology and Chemistry, Alexandria, VA.  November l986.

KENDALL, R.J. 1986. Pesticide risk assessment in wildlife. Presented as part of a workshop on "*Environmental Risk Assessment: Developments and Research Needs for Wildlife*" held by U.S. EPA, Corvallis, Oregon. May 1986.

KENDALL, R.J. 1986. Toxic chemicals in Puget Sound and potential effects on wildlife populations. Presented to the Puget Sound Water Quality Authority, Seattle, WA. April 1986.

KENDALL, R.J. 1986. Implications of contaminants in fish and wildlife in Puget Sound. Presented at the 51st North American Fish and Wildlife Conference--Special Session: Environmental Contaminants, Reno, Nevada. March 1986.

KENDALL, R.J., Brewer, L.W. Driver, C.J., and Galindo, J. 1985. Hazard assessment of avian wildlife to Triumph 4E. Presented at the International Wildlife Toxicology Symposium, Sixth Annual Meeting, Society of Environmental Toxicology and Chemistry, St. Louis, MO. November 1985.

Brewer, L.W., Driver, C.J., KENDALL, R.J., Lacher, T.L., and Zenier, C. 1985. Effects of agricultural spraying of methyl parathion on nesting ducks and duck broods in Skagit Valley, Washington. Presented at the International Wildlife Toxicology Symposium, Sixth Annual Meeting, Society of Environmental Toxicology and Chemistry, St. Louis, MO. November 1985.

Berry, S.C., KENDALL, R.J., Driver, C.J., and Lacher, T.E. 1985. Effects of agricultural spraying of methyl parathion on reproduction and cholinesterase activity in starlings (*Sturnus vulgaris*) in Skagit Valley, Washington. Presented at the International Wildlife Toxicology Symposium, Sixth Annual Meeting, Society of Environmental Toxicology and Chemistry, St. Louis, MO. November 1985.

KENDALL, R.J. 1985. Assessment of the effects of pesticides and other toxic substances on wildlife populations. (Presented at an interdepartmental seminar between Entomology, Agriculture, Fisheries, and Wildlife and Biological Sciences, Clemson University, Clemson, SC. September 1985.

Brewer, L.W., Driver, C.J., and KENDALL, R.J. 1985. Effects of methyl parathion on waterfowl hens and waterfowl broods on the Skagit Game Range, Washington. Presented at Pacific N.W. Section of the Wildlife Society Meeting, Seattle, WA. June 1985.

Galindo, J.D., KENDALL, R.J., Driver, C.J., and Lacher, Jr., T.E. 1984. The effect of methyl parathion on the susceptibility of bobwhite quail (*Colinus virginianus*) to domestic cat predation. Presented at Pacific N.W. Association of Toxicologists Meeting, Seattle, WA. September 1984.

McAlpine, C., KENDALL, R., Thompson, R., and Driver, C. 1984. Effects of methyl parathion on tonic immobility and brain acetylcholinesterase activity in bobwhite quail (*Colinus*

*virginianus*).  Presented at Pacific N.W. Association Toxicologist Meeting, Seattle, WA.
September l984.

KENDALL, R.J.  l984.  Reproductive toxicology of cadmium in bobwhite quail.  Presented at
Pacific Northwest Bird and Mammal Society meeting held in Seattle, WA.  May l984.

KENDALL, R.J.  l983.  An evaluation of toxicity problems in wildlife in Kesterson Reservoir,
San Joaquin Valley, California.  Presented at a Symposium sponsored by the Bureau of
Reclamation, Sacramento, CA.  December 57, l983.

Yancey, J., KENDALL, R.J., and Driver, C.J.  l983.  Effects of dietary cadmium and protein on
reproduction and on tissue levels of cadmium in the bobwhite quail.  Presented at the
Fourth Annual Meeting, Society of Environmental Toxicology and Chemistry, Arlington,
VA.  November l983.

KENDALL, R.J.  l983.  Wildlife toxicology  Impacts of environmental chemicals on
reproduction, health and wellbeing of wildlife.  Abstract Presented at the N.W. Region.
Meeting of the Wildlife Society, Spokane, WA.  April l983.

KENDALL, R.J.  l983.  Wildlife toxicology  bioaccumulation and synergistic effects of toxic
substances in estuaries.  Presented at the Coastal Conservation Conference entitled "*Toxic
Substances in Oregon Estuaries:  Who's Poisoning Our Waters?*" sponsored by the
Portland Audubon Society, Rockaway, OR.  April l983.

McAlpine, C., Berry, S., Driver, C., KENDALL, R., and Thompson, R.  l983.  Effects of methyl
parathion on tonic immobility and brain acetylcholinesterase activity in bobwhite quail
(*Colinus virginianus*).  Presented at the 56th Annual Meeting N.W. Science Association,
The Evergreen State College, Olympia, WA.  March l983.

KENDALL, R.J., McAlpine, C.L., Driver, C.J., and Thompson, R.W.  l982.  Effects of methyl
parathion on tonic immobility and brain acetylcholinesterase activity in bobwhite quail
(*Colinus virginianus*).  Presented at the Third Annual Meeting, Society of Environmental
Toxicology and Chemistry, Arlington, VA.  November l982.

KENDALL, R.J. and Scanlon, P.F.  l982.  Lead contamination in mourning doves:  ecological
and toxicological aspects.  Presented at the Third Annual Meeting, Society of
Environmental Toxicology and Chemistry, Arlington, VA.  November l982.

KENDALL, R.J.  l982.  Wildlife toxicology (toxicants, diagnosis, analysis and treatment).
Presented at the Western Washington Wildlife Rehabilitators Workshop cosponsored by
Washington State Department of Game and Woodland Park Zoo, Seattle, WA.  August,
l982.

KENDALL R.J. and Scanlon, P.F.  l982.  Ecological and toxicological aspects of lead
contamination in mourning doves.  Presented at the Symposium on "*Acidic Precipitation
and Atmospheric Deposition:  A Western Perspective*" held at Western Washington
University, Bellingham, WA.  June l982.

KENDALL, R.J., DiGuilio, R.T., and Scanlon, P.F. 1981. Wildlife toxicologyinterfacing field and laboratory approaches. Presented at the Second Annual Meeting, Society Environmental Toxicology and Chemistry, Arlington, VA. November 1981.

Scanlon, P.F., Stotts, V.D., Oderwald, R.J., Dietrick, T.J., and KENDALL, R.J. 1980. Lead concentrations in Maryland waterfowl with and without ingested lead shot. Virginia J. Sci. 31 Abstr. Presented at Annual Meeting, Virginia Academy of Sciences, Charlottesville, VA. May 1980.

KENDALL, R.J., Scanlon, P.F., Morehead, W.A., and Jones, J.T. 1980. Tissue lead concentrations and blood characteristics of rock doves. Virginia J. Sci. 31 Abstr. Presented at the Annual Meeting, Virginia Academy of Sciences, Charlottesville, VA. May 1980.

KENDALL, R.J. and Scanlon, P.F. 1980. Ecological aspects of lead contamination in mourning doves from middle Atlantic States. American Zoology 20(4):774. Abstract Presented at the Annual Meeting, American Society of Zoology, Seattle, WA. 1980.

KENDALL, R.J., Norman, G., and Scanlon, P.F. 1980. Tissue lead concentrations in ruffed grouse. Virginia J. Sci. 31 Abstract Presented at the Annual Meeting of the Virginia Academy of Sciences, Charlottesville, VA. May 1980.

KENDALL, R.J. 1980. The toxicology of lead shot and environmental lead ingestion in avian species with emphasis on the biological significance in mourning dove populations. Oak Ridge National Laboratory, Oak Ridge, Tennessee. Presented as an Environmental Toxicology Seminar to the Environmental Sciences Division, Oak Ridge National Laboratory. May 1980.

KENDALL, R.J. 1980. An integrated field and laboratory investigation on the toxicology of lead ingestion in avians. Institute of Environmental Studies, University of Illinois at UrbanaChampaign, Urbana, Illinois. Presented at the Environmental Toxicology Seminar Series, University of IL. April 1980.

KENDALL, R.J. 1980. The toxicology of lead shot and environmental lead ingestion in avian species with emphasis on the biological significance in mourning dove populations. Diss. Abstracts International 41(6):14.

Veit, H.P., KENDALL, R.J., and Scanlon, P.F. 1979. The effect of lead toxicity on spermatogenesis in adult ringed doves. 60th Annual Conference of Research Workers in Animal Diseases. Annual Meeting, Chicago, IL. November 1979.

Lochmiller, R.L., KENDALL, R.J., Scanlon, P.F., and Kirkpatrick, R.L. 1979. Lead concentrations in pine voles trapped from two Virginia orchards. Virginia J. Sci.

30(2):50.  Abstract Presented at the Annual Meeting of the Virginia Academy of Sciences, Richmond, VA.  May l979.

KENDALL, R.J., Weiss, L.A., Twitty, J.A., and Scanlon, P.F.  l979.  Ultrastructural characteristics of kidney tissue of ringed turtledoves following lead ingestion.  Virginia J.

Sci. 30(2):49.  Abstract Presented at the Annual Meeting of the Virginia Academy of Sciences, Richmond, VA.  May 1979.

KENDALL, R.J. and Scanlon, P.F.  l979.  Lead levels in mourning doves collected from midAtlantic states in l977.  Virginia J. Sci. 30(2):49.  Abstr.  Presented at Annual Meeting of the Virginia Academy of Sciences, Richmond, VA.  May l979.

KENDALL, R.J. and Noblet, R.  l977.  Field and laboratory studies involving mirex residues in bobwhite quail.  Paper presented at the Annual Meeting of the Southeastern Branch Entomological Society of America, Charleston, SC.  December l977.

## <u>TECHNICAL RESEARCH REPORTS (*59*)</u>

KENDALL, R.J., as a member of the Committee on Superfund Site Assessment and
Remediation in the Coeur d'Alene River Basin.  2005.  Superfund and Mining
Megasites – Lessons from the Coeur d'Alene River Basin.  National Research Council
of the National Academies.  July, 2005.  363 pp.

KENDALL, R.J., Smith, P., and Crabtree, C.  2002.  Development and Evaluation of Methods
to Accurately Determine Avian Habitat Use and Habitat-specific Behaviors in
Agricultural Ecosystems. Submitted to U.S. EPA Office of Pesticide Programs,
December 2002, 21 pp.

Gooch, J.C., and KENDALL, R.J. 1999. Research in Environmental Toxicology at The
Institute of Environmental and Human Health. The Science Corner, Lubbock
Magazine. November 1999.

KENDALL, R.J., Horner, M.A., Durham, R. D., Dixon, K., Troup, R., and Rice, J.  Ashepoo
Plantation Northern Bobwhite Study.  1991-1995 – Final Report, 150 pp.

KENDALL, R.J., Giesy, J.P., Solomon, K.R., Hayes, T.B., Simpkins, J.W., Gross, T.S., Carr,
J.A., and Smith, E.E.  A Risk-based assessment of endocrine system responses in fish,
amphibians and reptiles to Atrazine:  A report of an expert panel.  Report submitted to
Novartis Crop Protection, Inc., March 1998, 149 pp.

KENDALL, R.J., Solomon, K.R., Baker, D.B., Richards, R.P., Dixon, K.R., Klaine, S.J.,
La Point, T.W., T.W., Weisskopf, C.P., Giddings, J.M., Giesy, J.P., Hall, Jr., J.W., and
Williams, W.M.  1996.  Ecological risk assessment of Atrazine in North American
surface waters.  Report submitted to Ciba Geigy Corporation, July 1996, 240 pp.

Cobb, G.P. III, KENDALL, R.J., and Bens, C.M.  Final report toxicology demonstration
project: Environmental toxicology assessment for three hazardous waste disposal sites
at NAS Whidbey Island.  Submitted to Robert K. Johnston, Marine Environment
Support Office, Naval Command, Control and Ocean Surveillance Center, RDTE
Division Code 5221, San Diego, CA.  September 1995.  218 pp.

Dixon, K.R., Klaine, S.J., Florian, Jr., J.D., and KENDALL, R.J.  Research Report
"Application of ecological risk assessment methods to the Savannah River Watershed

in Georgia and South Carolina.  Submitted to USEPA/ERL-A, Biology Branch, 960 College Station Road, Athens, GA.  June 1995.  46 pp.

KENDALL, R.J., Hooper, M.J., Klaine, S.J., La Point, T.W., and Weisskopf, C.P.  Graduate students: Frank Bailey, James Cowles, Barry Forsythe, Lesa Fouts, Vincent Leopold, Thomas Rainwater, and Brett Thomas.  Environmentally Sensitive Techniques in Golf Course Management: A Model Study at the Ocean Course, Kiawah, Island, S.C.  Final report submitted to The United States Golf Association, Environmental Research Committee, Green Section, Far Hills, N.J.  March 1994.  261 pp.

Hawkes, A.W., Mellott, R.S., Warren, J.E., and KENDALL, R.J.  Response of northern bobwhite to ARSENAL® forest herbicide treatment of a Pine Plantation in South Carolina.  1993 Progress report submitted to Westvaco Corporation, Summerville, South Carolina.  December 1993.

Osowski, S.L., KENDALL, R.J., Noblet, R., Brewer, L.W., and Bens, C.M.  The role of environmental contaminants in the decline of mink (*Mustela vison*) in the Coastal Plain of Georgia, North Carolina, and South Carolina.  Final report submitted to S.C. Wildlife and Marine Resources Department, N.C. Wildlife Resources Commission, Georgia Department of Natural Resources.  August 1993.

Horner, M.P., Durham. R., and KENDALL, R.J.  Ashepoo Plantation bobwhite quail research and management: Winter Covey assessment.  Final Report submitted to Mrs. Gaylord Donnelley, Ashepoo Plantation.  August 1992.

Cobb, G.P., KENDALL, R.J., and Rudolph.S.  Toxic substance monitoring in environmental samples before and after initiation of the Skagit County waste incinerator system: A model study.  Draft reported submitted to Skagit County Public Works Department.  April 1992.

Buerger, T.T., KENDALL, R.J., and Brewer, L.W.  Ashepoo Plantation bobwhite quail research and management initiative.  Final Report submitted to Mr. Gaylord Donnelley, Ashepoo Plantation.  February 1991.

Weisskopf, C.P., Cobb, G.P., Hooper, M.J., Buerger, T.T., Brewer, L.W., KENDALL, R.J., and Bens, C.M.  Investigation of a reported northern bobwhite (*Colinus virginianus*) mortality incident near Waynesboro, Georgia.  Final report submitted to American Cyanamid Company.  January 1991.

Hooper, M.J., Cobb, G.P., KENDALL, R.J., Noblet, R., and Bens, C.M.  Chemical and biochemical analysis of samples from the study "COUNTER® systemic insecticide-nematicide:  A simulated (Pen) field study to assess the availability, persistence, and toxicity of C0UNTER® formulations to brown-headed cowbirds (*Molothrus ater*) and bobwhite quail (*Colinus virginianus*)".  Final report submitted to American Cyanamid Company.  January 1991.

Lacher, T.E., Jr., Ypma, D., and KENDALL, R.J.  The development of new methodologies in avian field-testing:  Multivariate approaches to analysis of reproductive data and

mathematical modeling of long term population effects.  Final Report submitted to American Cyanamid Company.  December 1990.

Hummell, R., Brewer, L.W., Cobb, G.P., Hooper, M.J., KENDALL, R.J., and Noblet, R.  An assessment of avian response to and residue chemistry of the application of two formulations of diazinon to urban lawns.  Report submitted to CIBA-GEIGY Corporation.  October 1990.

Mellott, R., Brewer, L.W., Cobb, G.P., Hooper, M.J., KENDALL, R.J., and Noblet, R.  The response of wildlife exposed to multiple applications of diazinon 50W in apple orchards of Eastern Washington and South Central Pennsylvania.  Final report submitted to CIBA-GEIGY Corporation.  June 1990.

Brewer, R.A., KENDALL, R. J., Noblet, R., Brewer, L.W., Hooper, M.J., Cobb, G.P.  Survivability, movement patterns and blood cholinesterase levels of wild northern bobwhites dosed with COUNTER®.  Final report submitted to American Cyanamid Company.  May 1990.

Cobb, G.P., Hooper, M.J., KENDALL, R.J.., and Noblet, R.  Chemical and biochemical analysis of samples from the study "COUNTER® *systemic insecticide-nematicide:  A simulated (Pen) field study to assess the availability, persistence, and toxicity of COUNTER® formulations to brown-headed cowbirds (Molothrus ater) and bobwhite quail (Colinus virginianus)*".  Final report submitted to American Cyanamid Company.  March 1990.

Brewer, L.W., Cobb, G. P., Hooper, M.J., Tank, S., Craft, R.A., Buck, J.A., Buerger, J.M., KENDALL, R.J., and Bens, C.M.  1990.  Third year investigation of the response of selected wildlife population to planting time application of COUNTER® systemic insecticide-nematicide in an Iowa corn agroecosystem.  Final report submitted to American Cyanamid Company.  March 1990.

KENDALL, R.J., Noblet, R., Brewer, L.W., Cobb, G.C., Hooper, M.J., and Hawkes, A.W.  Behavior, survivability and biochemical response of wild mourning doves (*Zenaida macroura*) dosed with aldicarb.  Final Report submitted to Rhone-Poulenc Ag Company.  March 1990.

Norman, D.M., Cobb, G. P., and KENDALL, R.J.  1990.  Organochlorine contaminants in Great Blue Herons collected in Puget Sound.  Final report submitted to the United States Fish and Wildlife Service and the Washington State Department of Wildlife.  February 1990.

Woods, P.E., KENDALL, R. J., Noblet, R., Brewer, L.W., Cobb, G.P., and Hooper, M.J.  1990.  Environmental toxicology assessment for three hazardous waste disposal sites at NAS Whidbey Island:  A quarterly report.  Submitted to United States Navy.  January 1990.

KENDALL, R.J., Brewer, L.W., Lacher, T.E., Marden, B.T., and Whitten, M.L. 1989. The use of starling nest boxes for field reproductive studies: provisional guidance document and technical support document. EPA/600/8-89/056. National Technical Information Services publication number: PB89 195 028/AS.

KENDALL, R.J., Tank, S., Haug, P.T., Norman, D., Webber, H., and Lacher, Jr., T.E. 1989. A review of environmental contaminant studies in Washington inland marine waters wildlife, through the development of WILDTOX, a relational computerized database and WILDBIB, a relational biographic database, with recommendations for future research. Final report submitted to U.S. EPA. March 1989.

KENDALL, R.J., Brewer, L., Lacher, Jr., T.E., Whitten, M.E., and Marden, B.T. 1989. The use of starling nest boxes for field reproductive studies: Provisional guidance document and technical support document. Final report submitted to U.S. Environmental Protection Agency. February 1989.

Buerger, T.T. and KENDALL, R.J. 1989. Effects of methyl parathion on the survivability of wild northern bobwhites. Final report submitted to U.S. Environmental Protection Agency. January 1989. 30 pp.

Carlock-Anderson, L.L., Cobb, III, G. P., Lacher, Jr., T.E., Hooper, M.J., and KENDALL, R. J. 1989. Brain cholinesterase depression in northern bobwhite (*Colinus virginianus*) within 48 hours after exposure to COUNTER® systemic insecticide-nematocide. Final report submitted to American Cyanamid Company. January 1989. 50 pp.

Brewer, L.W., Dix, D. E., Cobb, III, G. P., Hooper, M. J., Tank, S. L., Craft, R.A., Buck, J.A., Buerger, W. M., KENDALL, R.J., and Bens, C.M. 1989. Second year investigation of the response of selected wildlife populations to planting time application of COUNTER®-15G systemic insecticide-nematicide in an Iowa corn agroecosystem. Final report submitted to American Cyanamid Company. January 1989. 152 pp.

Brewer, L.W., KENDALL, R.J., and Bens, C.M. 1988. Response of selected wildlife populations to planting-time application of COUNTER®-15G systemic insecticide-nematicide in a corn agroecosystem. Final report submitted to American Cyanamid Company. March 1988. 121 pp.

KENDALL, R.J., Brewer, L.W., Lacher, Jr., T.E., Marden, B.T., and Whitten, M.L. Effectiveness of pesticide impacts on birds: Methyl parathion effects on starling reproductive biology as an example. 1988. Annual report submitted to U.S. Environmental Protection Agency. March 1988. 59 pp.

KENDALL, R.J., Lacher, Jr., T.E., Hitchcock, R.R., Dix, D.E., Thompson, R.W., Bussiere, J., Schoen, R.K., and Bens, C.M. 1988. Ingestion characteristics of northern bobwhite (*Colinus virginianus*) presented with colored and/or flavored CELATOM MP-79 granules. Final report submitted to CIBA-GEIGY Corp. February 1988. 36 pp.

Carlock-Anderson, L.L., KENDALL, R.J., and Norman, D.M.  1988.  Acetylcholinesterase depression and recovery in northern bobwhite (*Colinus virginianus*) dosed with COUNTER®.  Final report submitted to American Cyanamid Company.  February 1988.  31 pp.

Brewer, L.W., KENDALL, R.J., Buerger, T., Whitten, M.L., and Brewer, R.A. 1987. Semi-controlled field pen study to assess the availability, persistence and toxicity of COUNTER®-15G granules to house sparrows (*Passer domesticus*) and northern bobwhite (*Colinus virginianus*).  Final report submitted to American Cyanamid Company.  November 1987.  81 pp.

Brewer, L.W. and KENDALL, R.J.  1987.  Avian response to and environmental chemistry of turf applications of Diazinon AG500 in western Washington.  Final report submitted to CIBA-GEIGY Corp.  July 1987. 139 pp.

Stinson, E.R. and KENDALL, R.J.  l986.  Analysis of Atlantic coast waterfowl populations: Special focus on Atlantic Brant.  Final report submitted to CIBAGEIGY Corp. February l986.  52 pp.

KENDALL, R.J., Brewer, L., Mayer, R., Wilson, W., Young, R., and Lacher, Jr., T.  l986.  A field-test protocol for assessment of exposure and response on avian species that are associated with a turf application of Diazinon AG500.  Final report submitted to CIBAGEIGY Corp.  January l986.  20 pp.

KENDALL, R.J., Galindo, J., and Riggs, S.  l985.  Acute oral LD50 and selection characteristics of Triumph 2G granules with and without water exposure in bobwhite quail (*Colinus virginianus*).  Final report submitted to CIBAGEIGY Corp., Greensboro, NC 58 pp.

KENDALL, R.J., Driver, C.J., and Brewer, L.W.  l985.  Effects of methyl parathion on wild avian species in agricultural areas of Skagit Valley, Washington.  Final report submitted to U.S. Environmental Protection Agency.  September l985.  l3l pp.

KENDALL, R.J.  l985.  Toxicological evaluation of heavy metal contamination at Naval Weapons Station, Concord, California.  Final report submitted to U.S. Army Corps of Engineers, Waterways Experiment Station, Vicksburg, Miss. 36 pp.

KENDALL, R.J., Driver, C. J., and Brewer, L.W.  l984.  Effects of methyl parathion on wild avian species in agricultural areas of Skagit Valley, Washington.  Report submitted to Environmental Protection   Agency.  l88 pp.

KENDALL, R.J., Driver, C.J., and Brewer, L.W.  l984.  Avian response to a turf application of Triumph 4E (CGAl2223).  Final report submitted to Agricultural Chemicals Division, CIBAGEIGY Corp., Greensboro, N.C.  l68 pp.

Brewer, L.W. and KENDALL, R.J. l984.  A review of selected aspects of avian migration. Prepared for CIBAGEIGY Corp., Agricultural Chemical Division, Greensboro, N.C. 33 pp.

KENDALL, R.J., Eaton, D., and Lowry, K. l983.  Toxic Substances Evaluation.  Prepared for Seattle City Light, Seattle, Washington, under contract. l32 pp.

Driver, C.J. and KENDALL, R.J. l983.  An evaluation of the suitability of field areas in the Skagit Valley of Washington State for a proposed study on "*The effects of methyl parathion on avian species associated with agricultural fields*."  Environmental Research Laboratory.  EPA, Corvallis, Oregon.  l3 pp.

KENDALL, R.J., VanOrmer, D., Marshack, J., Peck, B., and Thacker, B. l980.  Chemical hazard information profile (CHIP) on Trimethyl Phosphite. Prepared in the "*Principles of Toxicology*" course in partial fulfillment of course requirements as set by the Dept of Nutrition and Food Sciences (M.I.T.). l2 pp.

KENDALL, R.J. l973.  Relationship between diet, lipid and susceptibility to Toxaphene: DDT in the boll weevil.  Independent Study Project Report, Department of Biology, University of South Carolina, Columbia, S.C.  l6 pp.  (Research was supervised by Dr. Raymond F. Moore, Jr., Research Entomologist, Cotton Insects Investigations, USDA, Florence, SC)


## PUBLIC PRESENTATIONS (*118*)

**2019**   "Parasite Infection in Northern Bobwhite Quail (*Colinus virginianus*) in Texas". Lubbock Sportsman's Club, Inc., Dallas Safari Club Chapter. Lubbock, TX. May 23, 2019.

"Parasite Infection in Northern Bobwhite Quail (*Colinus virginianus*) in Texas". Colorado City Kiwanis Club. Colorado City, TX. February 25, 2019.

**2018**   "Parasite Infection in Northern Bobwhite Quail (*Colinus virginianus*) in Texas". Lubbock Chapter of Llano Estacado Quail Forever. Lubbock, TX. March 21, 2018.

**2017**   "The Decline of the Northern Bobwhite in the Rolling Plains of Texas". Quail Masters Conference. Sweetwater, TX. March 28. 2017.

"Mitigation Strategies to Enhance Monarch Butterfly Populations". Living Acres Research Symposium. San Antonio, TX. February 27, 2017.

**2016**   "Monarch Sanctuaries". Rolling Plains Quail Research Ranch's 9th Annual Field Day. Roby, TX. September 30, 3016.

"Mitigation Strategies to Enhance Monarch Butterfly Populations: An Opportunity to Get Ahead of the Regulatory Impact Curve". North American Regulatory Conference. Durham, NC. November 3-4, 2016.

**2015**   "Parasite Infection in Northern Bobwhite Quail (*Colinus virginianus*) and Scaled Quail (*Callipepla squamata*) in the Rolling Plains Ecoregion of Texas and Oklahoma". Statewide Quail Symposium, Abilene, TX. September 17, 2015.

"The Decline of the Northern Bobwhite in the Rolling Plains of Texas". Security State Bank, Lubbock, TX.  February 6, 2015.

"The Decline of the Northern Bobwhite in the Rolling Plains of Texas". 6th Annual Distinguished Lectureship in Quail Management, hosted by the Dallas Safari Club. Dallas, TX.  January 16, 2015.

**2014**   "Environmental Issues Associated with Oil and Gas Development in West Texas". Metropolitan Lubbock Rotary.  June 6, 2014.

"Environmental Issues Associated with Oil and Gas Development in West Texas". Independent Insurance Agents Association.  March 3, 2014.

"Eyeworms in Bobwhite Quail". Colorado City Kiwanis Club. Colorado City, TX. February 18, 2014.

"Operation OID – Phase 3 and Beyond". 5th Annual Distinguished Lectureship in Quail Management, hosted by the Dallas Safari Club. Dallas, TX. January 10, 2014.

**2013**   "Environmental Issues Associated with Oil and Gas Development in West Texas". International Petroleum Environmental Conference.  San Antonio, TX November 12-14, 2013.

"Drilling Down: Part II: A Closer Look at Lubbock's Future in the Oil and Gas Industry" to regional oil and gas representatives, Congressman Randy Neugebauer, Senator Robert Duncan, among other dignitaries.  October 31, 2013.

"Drilling Down: Part II: A Closer Look at Lubbock's Future in the Oil and Gas Industry". Leadership Lubbock. October 29, 2013.

"Eyeworms in Bobwhite Quail".  Rolling Plains Quail Research Foundation. September 6, 2013.

Presentation to Rolling Plains Quail Research Foundation.  OID Project Update. March 21, 2013.

**2012**   Presentation to the Rolling Plains Quail Research Foundation.  OID Report for Annual Meeting. September 7, 2012.

Presentation to Leadership Lubbock.  February 21, 2012.

**2011**  "The Deepwater Horizon Oil Spill Release in the Gulf of Mexico: Implications for Fish and Wildlife Populations".  Bohdan R. Nechay, Ph.D. Lectureship in Pharmacology, The University of Texas Medical Branch and Pharmacology/Toxicology Student Organization, Galveston, TX, April 15, 2011.

Presentation at the Graduate Student Awards Ceremony, hosted by the Texas Tech University Graduate School, Merket Alumni Center.  April 8, 2011.

Presentation to the Rolling Plains Quail Research Foundation. OID Semi-Annual Report. January 13, 2011.

**2010**  Presentation to members of the Iraqi Republic re: Science and Technology Capacity Building in Iraq, hosted by Texas Tech University.  October 5, 2010.

Presentation to Leadership Texas. TIEHH. July 13, 2010.

Presentation to legislative and congressional staffers.  Texas Tech. June 9, 2010.

Presentation to Boomer's Club. ABC Bank. Lubbock, TX, May 12, 2010.

Presentation to Women League of Voters.  Lubbock, TX, April 22, 2010.

**2009**  Presentation on TIEHH at JASHNN, presented by Texas Tech University's India Student Association.  Allen Theater.  Lubbock, Texas, August 29, 2009.

**2008**  Briefing on TIEHH to the Educational Mission of Vietnam.  Lubbock, Texas, June 13, 2008.
Presentation to Texas Tech Foundation.  Research and development at TIEHH. November 7, 2008.

Presentation at the Texas Tech Tenure Academy.  Research and development at TIEHH.  November 7, 2008.

**2007**  Presentation to Leadership Lubbock.  Research and development at TIEHH.  March 20, 2007.

Presentation to High Ground of Texas.  Research and development at TIEHH. October 30, 2007.

Presentation at the Texas Tech Tenure Academy.  Research and development at TIEHH.  November 2, 2008.

**2006**  Presentation to Texas Environmental Grantmakers Group "Natural Disasters are Inevitable: What Hurricanes Katrina & Rita Taught Us About the Texas Gulf Coast and How We Must Prepare".  Houston Endowment, Houston, Texas. May 19, 2006.

Presentation to the World Congress on Information Technology. "Homeland Security, Health & Environmental Protection: What Does This Have To Do With Information Technology?" Presented in the Innovation Exchange Program, May 2, 2006, Austin, Texas.

Presentation to Leadership Lubbock. Research and development at TIEHH. April 18, 2006.

Presentation to Southwest Lubbock Rotary Club, TIEHH Research and Development. April 10, 2006.

Presentation to the Lubbock Economic Development Roundtable. Research and development at TIEHH. March 11, 2006.

Presentation to Texas Tech Board of Regents. TIEHH overview. February 23, 2006.

Presentation to the Lubbock Rotary Club. Research and development at TIEHH. February 15, 2006.

**2005**  Presentation on Admiral Elmo R. Zumwalt Jr. National Program for Countermeasures to Biological and Chemical Threats at 6th Annual Meeting of the Consortium of Biodefense Researchers, supported by the U.S. Army Research, Development and Engineering Command, at Clearwater, Florida, June 1, 2005.

**2003**  Presentation to ARCS National Conference, "Relevance of Environmental Toxicology to Homeland Defense". Lubbock, Texas, May 30, 2003.

Welcoming address to Annual Symposium of the National Consortium for Countermeasures to Biological and Chemical Threats, sponsored by the U. S. Army Soldier and Biological Chemical Command, held at TIEHH, April 29, 2003.

**2002**  Update and briefing on initiatives at TIEHH to U. S. Senator John Cornyn, July 25, 2002.

Briefing and update on Admiral Elmo R. Zumwalt, Jr. National Program for Countermeasures to Biological and Chemical Threats during visit to TIEHH of Texas Governor Rick Perry, March 5, 2002.

Addressed CropLife America at TIEHH re: the contribution of environmental toxicology to crop protection, February 21, 2002.

**2001**  Presentation at Lubbock Chamber of Commerce program, "Inside Lubbock – Texas Tech University & Your Business", International Cultural Center, July 23, 2001.

Presentation to Consumer Specialty Products Association, update on research and development at TIEHH, April 17, 2001.

Presentation to the South Plains Section of the American Chemical Society at Texas Tech Merket Alumni Center, April 10th, 2001.

**1999**   Presentation to the Leadership Texas Symposium at the International Cultural Center, August 16th, 1999.

**1998**   Presentation to the Department of Range, Wildlife and Fisheries Management, Texas Tech University, entitled "Wildlife Toxicology and Conservation: Improved chemical management in the environment" October 23rd, 1998.

Presentation to the Department of Physics, Texas Tech University entitled "Opportunities for collaboration with The Institute of Environmental and Human Health, October 22nd, 1998.

Presentation to the National Textile Council at the International Textile Center in Lubbock, TX, entitled "Research Collaboration in Environmental Toxicology at Texas Tech University and Texas Tech Health Sciences Center", August 19, 1998

Presentation to Texas Tech University's Graduate School/Research Development Council concerning The Institute of Environmental and Human Health's vision and goals at Reese Center, Lubbock, TX, July 23, 1998.

Presentation to Lubbock Lions Club entitled: "Development of The Institute of Environmental and Human Health at Texas Tech University and Texas Tech University Health Sciences Center" presented by Dr. Ronald Kendall, Lubbock, TX, May 19, 1998.

Invited presenter at the National Center for Environmental Health, Centers for Disease Control, Atlanta, Georgia, entitled: "Animals as Sentinels for Human Health Risk from Pesticides" in Atlanta, GA, May 6, 1998.

Invited presenter at the Permian Basin Petroleum Association entitled: "The Institute of Environmental and Human Health at Texas Tech University/Texas Tech University Health Sciences Center:  Opportunities for Interaction with West Texas Petroleum Companies" in Midland, TX, May 5, 1998.

**1997**   Presentation to representatives of Levi-Strauss and Plains Cotton Growers, Inc. about The Institute of Environmental and Human Health.  Lubbock, TX, December 18, 1997.

Presentation to the Rotary Club, Lubbock, Texas, December 1997.

Presentation to the Department of Family Medicine at Texas Tech University Health Sciences Center entitled: "Chemical Exposures in Endocrine Disruption:  Implications for Family Medicine".  Lubbock, TX, December 16, 1997.

Presentation to Pediatric Department at Texas Tech University Health Sciences Center entitled: "Toxic Chemical Exposures and Children:  Consequences in the Present and Future".  Lubbock, TX, November 14, 1997.

Presentation to the Department of Internal Medicine at Texas Tech University Health Sciences Center entitled: "Health Consequence of Environmental Endocrine Disruptors and Human Exposures".  Lubbock, TX, November 6, 1997.

Presentation to the School of Law at Texas Tech University entitled: "Toxic Chemicals in the Environment:  Environmental Policy Considerations".  Lubbock, TX, November 5, 1997.

Presentation to the Department of Pharmacology at Texas Tech University Health Sciences Center entitled: "Environmental Toxicology and Health:  Opportunities for Interactions at The Institute of Environmental and Human Health".  Lubbock, TX, October 22, 1997.

Presentation to the Mathematics Department at Texas Tech University entitled: "Environmental Toxicology and Health Assessment:  Mathematical and Statistical Opportunities with The Institute of Environmental and Human Health (TIEHH)". Lubbock, TX, October 14, 1997

Presentation to the American Bar Association entitled: "Environmental Endocrine Disruptors" and "Ecotoxicology Regulation".  Washington, DC, June 17, 1997.

Invited as keynote speaker as a part of a Congressional Staff briefing entitled, "Environmental endocrine disruption in wildlife - regulatory concerns" Rayburn House Office Building, Capitol Hill, Washington, D.C.  May 23, 1997.

Provided keynote speech on "Environmental endocrine disruption in wildlife" to United States Environmental Protection Agency Screening and Testing Committee (EDSTAC) plenary meeting, Houston, TX, February 5, 1997.

Invited speaker on "Principles and processes for evaluating endocrine disruption in wildlife" in the Biological Sciences Seminar Series, Texas Tech. University, Lubbock, TX, January 1997.

**1996**   Invited as keynote speaker as a part of a Congressional Staff briefing entitled, "Endocrine disruptors: are we putting ourselves at risk?"  Rayburn House Office Building, Capitol Hill, Washington, D.C.  Risk Education Project, American Chemical Society, June 27, 1996.

Provided speech and participated in panel discussion at the United Nations' Commission on Sustainable Development coordinated by the U.S. Environmental Protection Agency dealing with assessment of environmental endocrine disruptors and chemical management on a national and international scale.  United Nations Plaza, New York, April 30, 1996.

Provided a briefing (coordinated with Dr. Richard Dickerson, TIWET) to the Assistant Administrator for Prevention, Pesticides, and Toxics, Dr. Lynn Goldman of the U.S. Environmental Protection Agency and her staff including Section Heads, Division

Chiefs, and Staff Scientists.  A briefing on the conference entitled, "Principles and Processes for Evaluating Endocrine Disruption in Wildlife."  Presentation was held at US EPA Headquarters in Washington, D.C.  April 1996

Presented an invited talk "Northern bobwhite response to ARSENAL® treatment in a South Carolina pine plantation," in "Project Habitat" program sponsored by American Cyanamid Company, Princeton, NJ.  March 1996.

"Application of Wildlife toxicology to ecological and environmental health risk assessment." Seminar presented at the Medical University of South Carolina, Charleston, South Carolina, February 2.

**1995**   "Agricultural pesticide exposure in wildlife: An ecological risk assessment perspective."  Presentation at the University of Northern Iowa, Cedar Falls, Iowa, October 19.

"The wildlife-pesticide dynamic."  Presentation for the 1995 Farm Bill Forums," Integrating Agricultural Practice with Environmental Protection: Farm Wildlife and America's Future," Feb 10, Washington, D.C.

"Golf courses as wildlife refuges."  Presentation at the 1st Annual Winter Environmental Turfgrass Symposium, sponsored by The South Carolina Turfgrass Foundation, Clemson University South Carolina Agricultural Experiment Station and Clemson University Cooperative Extension Service, Pee Dee Research and Education Center, February 1, Florence, South Carolina.

**1994**   "Future forecasting for toxic tort litigation."  Meeting participant, sponsored by International Life Sciences Institute/Risk Science Institute, September 8, Washington, D.C.

"Economic development and environmental protection."  Presented to the Clemson Rotary Club, May 9, Clemson, South Carolina.

"Ecological risk assessment: Pesticide used in golf course ecosystems."  Presented to Monsanto, April 29, St. Louis, Missouri.

"Pesticide risk mitigation in agroecosystems."  Seminar presented to the Ecological Effects Branch of the United States Protection Agency, April 14, Washington, D.C.

Presentation before the South Carolina Senate Education Committee hearing on proposed legislation for environmental fellowships proposed by Senator Verne Smith of Greer, April 12, Columbia, South Carolina.

Coordinated Tropical Ecotoxicology Workshops for banana farm managers and company leadership sponsored by the Rainforest Alliance, March, San Jose, Costa Rica.

"The environment and economics: The balance."  Address to the Florence Rotary Club, February 7, Florence, South Carolina.

"Quail and quail predators: A continuing debate."  Presented to South Carolina Upstate Chapter of Quail Unlimited, January 31, Anderson, South Carolina.

"TIWET update."  Presented to the Clemson Cooperative Program Committee Meeting, Donnelley WMA, January 26, Colleton County, South Carolina.

**1993**   "Environmental issues in agriculture and natural resources" Symposium Proceedings. Clemson University, December 7, Clemson, South Carolina.

Presidential Address presented at the 14th Annual Meeting of the Society of Environmental Toxicology and Chemistry, November 14, Houston, Texas.

Address to the Southern Industrial Forest Research Council, September 15, Oak Ridge, Tennessee.

Address to the Natural Resources Leadership Seminar VIII, September 14, Nashville, Tennessee.

"Economic development and the environment: Not only can they co-exist, but they must." Formal presentation to Columbia Rotary Club, July 26, Columbia, South Carolina.

"Economic development and the environment."  Formal presentation to Greenville Rotary Club, June 11, Greenville, South Carolina.

"The environment in South Carolina in the Year 2030:  A perspective."  South Carolina Executive Institute, March, Clemson, South Carolina.

**1992**   "Application of wildlife toxicology to human health assessment from exposure to toxic substances."  Moorehouse School of Medicine, December, Atlanta, Georgia.

"Wildlife toxicology and engineering development technology: Are they compatible"? Presented at Professional Society of Engineers, Piedmont Chapter, October, Greenville, South Carolina.

"Water quality challenges in the Trident area."  Presented to the Charleston Trident Chamber of Commerce, June, Charleston, South Carolina.

"The environment, economic development and our health: Is there a relationship"?  Presented to the Greenville Clemson Club, March, Greenville, South Carolina.

"The environment and toxic materials:  Wildlife toxicology, environmental management and the implication for human health."  Presented at the South Carolina Executive Institute Training Program, March, Clemson, South Carolina.

"Pollution of the environment and our health: Is there a relationship or not"?  Presented to Converse College, March, Spartanburg, South Carolina.

**1991**   "The environment and toxic materials:  Wildlife toxicology, environmental management and the implication for human health."  Presented at the South Carolina Executive Institute Training Program.  April, Clemson, South Carolina.

"Issues of the 90's:  Perspectives on environmental education."  Presented to the Science Education Department of the Columbia Public School System, March, Columbia, Missouri.

Presentation to the agriculture and natural resources committee of the Clemson University Board of Trustees, March, Columbia, South Carolina.

**1990**   "Wildlife toxicology:  A state-of-the-art review."  Presented at the United States Golf Association Turfgrass and Environmental Research Committee Meeting, December, Tampa, Florida.

"Wildlife toxicology research developments in South Carolina."  2nd Century Society, June, Columbia, South Carolina.

**1989**   "Toxic chemicals, wildlife, and you: Is there a relationship and are there opportunities for medical insight"?  Whatcom County Medical Society Meeting, January, Bellingham, Washington.

**1987**   "Wildlife toxicology and pesticides: Environmental consequences of pesticide use."  Workshop sponsored by the Environmental Center, Western Washington University. June, Bellingham, Washington.

"Problems of chemical pesticides."  Washington Agriculture and Forestry Education Foundation, Spring Conference, April, Bellingham, Washington.

**1986**   "Effects of toxic substances on wildlife populations."  50th Annual Meeting of the National Wildlife Federation Keynote Address, Conservation Session, March, Seattle, Washington.

**1985**   "Topics of environmental studies: Toxic substances education."  Washington State Science Teacher Association, Fall Conference, October, Bellingham, Washington.

"Chemical impacts on wildlife in Puget Sound."  North Cascades Audubon Society, September, Bellingham, Washington.

**1984**   "Wildlife toxicology research at Western Washington University."  InterCollege Relations Commission, Washington State College and Universities Annual meeting, May, Western Washington University.

**1983**   "Wildlife toxicology:  Perspectives of impacts of toxicants on wildlife in Puget Sound."  *Toxic Substances in the Environment:  Puget Sound Perspective* workshop, BreazealePadilla Bay Interpretive Center, Padilla Bay National Estuarine Sanctuary, February, Bay View, Washington.

"Wildlife toxicology."  Skagit Valley Audubon Society, February, Mt. Vernon, Washington.

**l982**      "Wildlife toxicology: Effects of chemical contamination on wildlife."  North Cascades
Audubon Society, May, Bellingham, Washington.

**l981**      "Wildlife toxicology: Impacts of environmental contaminants on the reproduction,
health and well-being of wildlife species."  Biology Department Seminar Series for
Faculty, Staff and Students of Western Washington University, November,
Bellingham, Washington.

"Wildlife exposure to toxic chemicals in the Northwest."  Citizen Action Conference on
Hazardous Substances Management sponsored by the Washington Environmental
Council, September, Seattle, Washington.

"Wildlife toxicology:  Effects of environmental contaminants on wildlife."  CAREFEST
Symposium on Toxic Substances sponsored by the Environmental Studies Center and
Associated Students, Western Washington University, June, Bellingham, Washington.

KENDALL, R.J. 2019. Multiplex Quantitative PCR in Wildlife Toxicology. Ask the Expert Section of *Lab Manager* 14(6):44-45.

KENDALL, R.J. and Dickerson, R.L. 1996. Endocrine disruption in wildlife: Evaluating effects. *SETAC News* Vol. 16(4)12-14.

KENDALL, R.J. 1994. Letters from The Covey: And the debate continues. Editorial. *Quail Unlimited* 13(2):6-7.

KENDALL, R.J. 1993. Quail and quail predators: A continuing debate. *Quail Unlimited*. 12(6):97-101.

Buerger, T.T., KENDALL, R.J., Mueller, B.S., and DeVos, T. 1988. Quail, pesticides, and predators: Is there a relationship? *Quail Unlimited*. 7(3):24-25.

KENDALL, R.J. 1987. Rachel Carson's warnings still vital. South Carolina Wildlife. 34(4):4

Smith, D.E. and KENDALL, R.J. l985. Assessing the effects of pesticides on wildlife. J. Pest. Reform. 5(2):57.

KENDALL, R.J. l982. Wildlife toxicology, so what? Monthly Planet 3(5):89. (A publication of Associated Students, Environmental Center, Western Washington University.)

KENDALL, R.J. l982. Lead Shot: Another victim? Virginia Wildlife 43(6):68

KENDALL, R.J. l98l. Are we poisoning wildlife? Washington Wildlife 3l(4):l3l7.

KENDALL, R.J. l979. Wildlife toxicology: a new angle on wildlife management. Virginia Wildlife 40(9):l5l7.

*Garden & Gun Magazine* "Doctor Quail Ronald Kendall". April/May 2020 issue.

*Bug Bitten* "An eyeworm most fowl". January 3, 2020

*Texas Monthly* "Can the bobwhite be saved?" October 24, 2019.

*Lubbock Avalanche-Journal* "Recognitions: Students honored; Tech prof receives appointment; CASA officer earns certification. September 20, 2019.

*US EPA Website Office of the Administrator* "Administrator Wheeler announces new CASAC member, pool of NAAQS subject matter experts". September 13, 2019.

*Lubbock Avalanche-Journal* "Texas Tech's Kendall appointed to EPA committee". September 13, 2019

*Daily Toreador* "Tech professor begins term on national Clean Air Scientific Advisory Committee". September 16, 2019.

*Texas Outdoors Journal* "QuailGuard: For the good of quail. July 31, 2019.

*Lone Star Outdoor News* "Texas Tech grad student helping solve quail epidemic". July 17, 2019.

*Specialty Fabrics Review* "Advancing sustainability in textiles". March 25, 2019.

*TTU College of Arts & Science Website* "Saving the bobwhite: Ron Kendall working to rid quail of debilitating parasites". March 18, 2019.

*Dallas Morning News* "Medicated feed for treating parasitic infections in Texas' wild quail awaits approval". March 3, 2019.

*Palestine Herald* "Outdoors: For the good of the quail". February 20, 2019.

*Lone Star Outdoor News* "Conserving the bobwhite quail population in Texas". February 20, 2019.

*Lufkin Daily News* "For the good of quail: Experts say medicated feed takes the bite out of parasite infections in quail". February 17, 2019.

*Athens Review* "QuailGuard: For the good of the quail". February 15, 2019.

*Daily Toreador* "Wild Texas Film Tour comes to Tech". January 24, 2019.

*Texas Tech* "Texas Tech Wildlife Toxicology Laboratory receives $200,000 grant". December 20, 2018.

*Sporting Classics Daily* "Worm Eats Bird: Quail Parasites". March 1, 2018.

*Quail Coalition* "Texas Tech Wildlife Toxicology: Parasite Research in Quail – Progress Report". December 2017.

*Texas Tech Today* "TIEHH professor honored for work in environmental toxicology". November 9, 2017.

*Daily Toreador* "Tech researchers express concern for monarch butterflies population". April 26, 2017.

*Texas Tech Today* "Texas Tech to play major role in Monarch butterfly restoration project". March 29, 2017.

*Quail Coalition* "Parasitic infection found in wild quail in the Rolling Plains of West Texas". 2016 Annual Publication.

*Garden & Gun Magazine* "The Case of the Vanishing Quail".  October/November 2015 issue.

*AM 580 West Texas Drive* "Declining quail populations and parasites".  February 25, 2015.

*Everythinglubbock.com* "Texas Tech researchers receive grant to study quail parasite infections".  January 29, 2015.

*The Pointing Dog Journal* "The search for the smoking gun". November/December 2014.

*Texas Monthly* "Quail: for when you have a bird in the hand".  October 2014.

*Sporting Classics Daily* "Eyeworms killing Texas bobwhites". September 20, 2014.

*Farmer & Rancher* "Blood-sucking parasitic eyeworm a culprit to 2010 quail decline, researchers believe". August 29, 2014.

*Outdoorhub.com* "Researchers suspect blood-sucking parasitic eyeworm caused 2010 quail decline".  August 21, 2014.

*Science Daily* "Blood-sucking parasitic eyeworm a culprit to 2010 quail decline, researchers believe". August 14, 2014.

*Daileynewsen.com* Researchers believe blood-sucking parasitic eyeworm a culprit to 2010 quail decline". August 14, 2014.

*Phys.org* "Researchers Believe Blood-Sucking Parasitic Eyeworm a Culprit to 2010 Quail Decline". August 14, 2014.

*Texas Tech Today* "Researchers: Blood-Sucking Eyeworm Culprit to Quail Decline".  August 14, 2014.

*EverythingLubbock.com* "Cleaning Oil Spills with West Texas Cotton". March 2, 2014.

*Dallas.News.com* "Country Music Star George Strait to Receive Pickens Sportsman Award". March 1, 2014.

*Fibre2Fashion* "Low-grade cotton proves effective at absorbing oil spills".  December 21, 2013.

*Outdoorhub.com* "New research to explore potential treatments for quail parasites". November 8, 2014.

*KDBC News, El Paso* "Texas Tech Receives $706,000 Grant for Quail Research on Parasitic Worms". November 8, 2013.

*Texas Tech Today* "Texas Tech Receives $706,000 Grant for Quail Research on Parasitic Worms". November 8, 2013.

*Texas Tech Today* "Where Have the Quail Gone?" August 27, 2013.

*Lubbock Avalanche-Journal* "Quail Group Awards go to Strait, Tech Professor". August 18, 2013.

*Virginia Tech CNRE News Magazine* "Kendall an Environmental Excellence Award Finalist". August 15, 2013.

*Lubbock Avalanche-Journal* "Tech Quail Researchers Receive Grants". August 14, 2013.

*Texas Tech Today* "Texas Tech Quail Researchers Receive $244,000 in Grants from Park Cities Quail".  August 13, 2013.

*EverythingLubbock.Com* "TTU Quail Researchers Receive $244,000 in Grants". August 13, 2013.

*The Dallas Morning News* "The Mission for Park Cities Quail is clear".  Outdoors Report. August 11, 2013.

*Tech Investor News* "New ecologically friendly way to clean up oil spills". May 22, 2013.

*The Economist* "Cottoning on". May 29, 2013.

*Innovations Report* "Low-grade cotton offers more ecologically friendly way to clean oil spills". May 21, 2103.

*Textile World* "Low-grade cotton provides eco-friendly, effective oil spill cleanup solution". May 21, 2013.

*Louisiana Agri-News Network Radio* "Low grade cotton".  May 20, 2013.

*Memphis Business Journal* "Here's what low-grade cotton means for oil spill cleanup". May 17, 2013.

*Environmental Protection* "Clean up oils spills with low-grade cotton". May 17, 2013.

*Innovation in Textiles* "Low grade cotton to clean up oil spills".  May 16, 2013.

*Commodity Online* "Low micronaire Texas cotton found to be most suitable for oil wipes". May 16, 2013.

*Wall Street Journal* "Texas tech researchers find environmental application for low-grade cotton".  May 15, 2013.

*Western Farm Press* "Raw cotton absorbs crude oil spills, repels water". May 15, 2013.

*PR Newswire* "Texas Tech researchers find environmental application for low-grade cotton". May 15, 2013.

*Texas Tech University* "Researchers at Texas Tech, Cotton Inc. find low-grade cotton offers more ecologically-friendly way to clean oil spills".  Press Release.  May 15, 2013.

*The Cotton Board* "Texas Tech researchers find environmental application for low-grade cotton: Raw cottons absorbs crude oil spills and repels water".  Press Release.  May 15, 2013.

*Texas Tech Today* "Director Emeritus of TIEHH named finalist for environmental excellence award".  April 29, 2013.

*Lubbock Avalanche-Journal* "Texas Tech director emeritus up for award". April 29, 2013.

*The Daily Toreador* "Professor finalist for environmental award".  April 29, 2013.

*Lubbock Avalanche-Journal* "Will the oil & gas boom reach Lubbock?"  April 12, 2013.

*Lubbock Avalanche-Journal* "New version of Texas Tech's Fibertect proves better at decontaminating".  March 5, 2013.

*Texas Tech Today* "Society of Environmental Journalists Conference showcases Texas Tech, West Texas. November 6, 2012.

*Daily Toreador* "22nd annual SEJ conference come to Lubbock Wednesday". October 17, 2012.

*Texas Tech Today* "Texas Tech to host Society of Environmental Journalists conference". October 15, 2012.

*Texas Tech Today* "Texas Tech to host 500 reporters, expert speakers for 22nd annual Society of Environmental Journalists Conference". October 15, 2012.

*Lubbock Avalanche-Journal* "Lubbock, Texas Tech to host SEJ conference". October 15, 2012.

*Examiner.com* "Antibiotic residue and suspected carcinogen found in shrimp". May 22, 2012.

*Texas Tech Today* "Researchers find antibiotic residues, one a suspected carcinogen, in shrimp samples. May 21, 2012.

*ABC World News with Diane Sawyer* "Imported shrimp tested for chemicals". May 18, 2012.

*Press Zoom* "Texas Tech, Society of Environmental Journalists Announce Date Changes for 22 Annual Meeting". February 28, 2012.

*National Geographic* "Tar shrank head of prehistoric Californians over time?"  October 7, 2011.

*The Why Files* "Fish in the Gulf of Mexico: How safe?"  May 16, 2011.

*KCBD* "One year later, Tech finds no evidence of BP oil spill in seafood".  April 20, 2011.

*Newswise* "Researchers find no evidence of petroleum residues in 'Good Morning America' samples".  April 19, 2011.

*KJTV Fox 34* "TTU scientist calls for more research a year after BP spill".  April 18, 2011.

*National Geographic* "Radiation in Japan Seas: Risk of Animal Death, Mutation?" April 1, 2011.

*TX H2O* (a publication of the Texas Water Resources Institute) "Environmental Disaster or Just a Drop in the Bucket: Texas Scientists on the real Effects of the Deepwater Horizon Oil Spill".  Winter 2011 Edition.  February 2011.

*National Geographic* "Gulf spill dispersants surprisingly long-lasting".  January 28, 2011.

*WSMN Radio, 1590 AM*  "Radio Green Talk". Nashua, NH. January 26, 2011.

*Up Front Entertainment* "Blowout: Is Canada Next?" Canadian Documentary. December 9, 2010.

*Lubbock Avalanche-Journal* "Tech to host gathering of environmental journalists".  September 30, 2010.

*KJTV Fox 34* "Texas Tech to host Society of Environmental Journalists". September 27, 2010.

*The Christian Science Monitor* "Gulf oil spill: after it hit beaches, where did it go?" September 15, 2010.

*Discovery News* "What caused the Calif. natural gas explosion?" September 10, 2010.

*Popular Science* "Newly discovered underwater oil plume paints a complex picture of Gulf leak aftermath". August 21, 2010.

*National Geographic* "Toxic oil found deep on Gulf seafloor? Oil may be harming base of food web, early results suggest". August 18, 2010.

*ABC News Nightline* "Skeptics wary of seafood safety as shrimping season opens in the Gulf: testing done on a small sample by Texas Tech scientists showed no evidence of oil". August 16, 2010.

*ABC News* "Skeptics wary of seafood safety as shrimping season opens in the Gulf: testing done on a small sample by Texas Tech scientists showed no evidence of oil". August 16, 2010.

*Discovery News* "No oil detected in Gulf shrimp – yet". August 16, 2010

*Good Morning America* "Is Gulf Seafood Safe to Eat?". August 16, 2010.

*Anchorage Daily News* "Effects of the BP's oil spill might persist for years". August 8, 2010.

*The Australian* "Claims of oil spill removal face skepticism as BP plugs leak". August 6, 2010.

*National Geographic* "Much Gulf oil remains, deeply hidden and under beaches: new U.S. Gulf oil spill report called "ludicrous". August 5, 2010.

*International Business Times* "Oil threat to Gulf life in deep sea little known". August 5, 2010.

*The New York Times* "The politics of dispersants". August 4, 2010.

*Guardian (UK)* "BP oil spill: Obama administration's scientists admit alarm over chemicals: Environmental Protection Agency experts expressed concerns to superiors about use of dispersants, says whistleblower group". August 3, 2010.

*Lubbock Avalanche-Journal* "Coast Guard allows toxic chemical use on Gulf oil". August 1, 2010.

*The Miami Herald* "Recovery in the Gulf: a test of technology, nature and time: disappearing oil is a test of technology and time as scientists try to determine if man or nature can cleanse the waters". August 1, 2010.

*The Chronicle of Higher Education* "In oil spill, university scientists' expertise was dumped: missteps in Gulf disaster point to need for a research emergency-response team". August 1, 2010.

*McClatchy Washington Bureau* "When will spill be cleaned up? Maybe never". July 31, 2010.

*Examiner* "Bonnie – a double-edged storm". July 24, 2010.

*The Miami Herald* "A vanishing oil slick could be blown away by Bonnie, or roll as a toxic tide to coast".  July 23, 2010.

*Khaleej Times* "Experts fear long oil effect on marine life, food chain". July 18, 2010.

*The New York Times* "After oil spills, hidden damage can last for years". July 17, 2010.

*The New York Times* "Oil spill's impact on Gulf seafood remains uncertain". July 13, 2010.

*KCBD* "What lurks in murky flood waters could be hazardous to your health".  July 13, 2010.

*The Economist* "Trouble brewing: storms in the Gulf of Mexico will complicate the oil-spill clean-up". July 8, 2010.

*The London Daily Telegraph* "BP oil spill: Deepwater Horizon and Hurricane Alex".  July 6, 2010.

*Scientific American Magazine* "Lasting menace: Gulf oil-spill disaster likely to exert environmental harm for decades".  July 2010 issue.

*KCBD* "Local experts worried about Alex hitting Gulf oil spill". June 29, 2010.

*The Weather Channel* Spoke about potential effects of hurricanes hitting oil spill. June 29, 1010.

*KCBD* "Local Tech professor monitors tropical storm as it nears oil spill".  June 28, 2010.

*AOLNews.com* "State: Crews face greater risk from heat than oil".  June 4, 2010.

*INDA.org* "Nonwoven technology aiding in containing Gulf oil spill".  June 3, 2010.

*Texas Public Radio* "Texas Tech develops special oil clean-up wipe".  June 2, 2010.

*CNBC Power Lunch* "Oil clean-up – the big fix".  June 1, 2010.

*New York Post* "New Orleans faces a "slime wave".  June 1, 2010.

*National Geographic* "Hurricane season may be "extremely active".  May 27, 2010.

*Seattle Times* "Danger lurks deep for all ocean creatures from oil".  May 25, 2010.

*National Geographic* "Oil spill to wipe out Gulf's Sperm Whales".  May 24, 2010.

*National Public Radio – Living on Earth Segment* "Gulf oil damage".  May 21, 2010

*CNN I-Report* "Texas Tech's Fibertect could help Gulf oil spill".  May 21, 2010

*Washington Post* "Challenge of cleaning up Gulf of Mexico oil spill "unprecedented" at such depths".  May 15, 2010.

*Dallas Morning News* "Oysterman watches and waits, eager to either help or get back to work".  May 9, 2010

*Discovery News* "Gulf wildlife 'dead zone' keeps growing".  May 7, 2010.

*Lubbock Avalanche-Journal* "Researchers at Tech institute wade deep into fight for environment".  April 22, 2010.

*Daily Toreador* "Tech opens nonwovens and advanced materials lab".  April 7, 2009.

*Lubbock Avalanche-Journal* "Tech institute offers glimpse of nonwoven materials lab".  April 7, 2009.

*Lubbock Avalanche-Journal* "Environment institute wins education award".  April 2, 2009.

*Lubbock Avalanche-Journal* "Super Wipe: Tech researchers create innovative product used in chemical attacks".  March 10, 2009.

*Lubbock Avalanche-Journal* "Tech scores big with research fabric". December 4, 2008.

*Daily Toreador* "Counterterrorism research a success". December 4, 2008.

*New York Times* "Fabric can wipe away toxic chemicals: study".  December 4, 2008.

*Washington Post* "Fabric can wipe away toxic chemicals".  December 4, 2008

*The Times of India* "Soldiers can wipe away toxic agents".  December 4, 2008.

*The China Post* "New fabric can wipe away toxic chemicals".  December 4, 2008.

*Daily Toreador* "Tech researchers author textbook to help national security".  July 29, 2008.

*Daily Toreador* "Tech receives $4.1 million grant from Department of Defense".  September 13, 2007.

*KLBK, Channel 1* "Department of Defense Awards Texas Tech $4.1 Million". September 12, 2007.

*Fox Channel 34 "Perchlorate Ecotoxicology",* March 19, 2007.

*Lubbock Avalanche-Journal* "Tech institute gains funding for studies of toxins, biological warfare". February 7, 2006.

*Lubbock Avalanche-Journal* "Tech signs deal with garment, fabrics manufacturers for innovative cloth". September 17, 2005

*Nonwovens Industry* "Nonwoven wipe could serve armed forces: cotton, carbon composite offers improved delivery system over current decontaminant". June 2005.

*The Land & Livestock Post* "Cotton fabric might save lives". AP article re: TIEHH decontamination wipe project. April 19, 2005.

*Lubbock Avalanche-Journal* "Health institute scientists world-class". Editorial by Randy Sanders re: visit with Kendall regarding TIEHH and Department of Environmental Toxicology. April 17, 2005.

*Lubbock Avalanche-Journal* "Researchers at Tech, HSC seeking cutting-edge solutions to challenges". Article by Texas Tech University System chancellor, David R. Smith, re: TIEHH's research projects regarding perchlorate and decontamination wipe. April 16, 2005.

*Lubbock Avalanche-Journal* "New anti-bacterial, anti-chemical wipe win-win deal for West Texas". April 5, 2005

*Los Angeles Times* "Rocket-fuel chemical found in breast milk; perchlorate is found in almost all samples tested, a study finds, revising concerns about the substance's effect on the thyroid". February 23, 2005

*Lubbock Avalanche-Journal* "Tech study finds tainted milk, downplays alarm for consumers". February 23, 2005

*Boston Globe* "High lead levels found in New Orleans soil: contaminated sediment proposes threat to children". December 15, 2005

*Lubbock Avalanche-Journal* "Tech to get $4 million for research". $2 million for the Admiral Elmo R. Zumwalt Jr. National Program for Countermeasures to Biological and Chemical Threats. July 27, 2004.

*The University Daily* "Tech receives federal funding". The Texas Tech Institute of Environmental and Human Health will receive $1.5 million to develop risk-based

approaches addressing the effects of toxic chemicals on human health and the environment.  June 29, 2004.

*Lubbock Avalanche-Journal* "Computer Safety".   Re: development of Texas Emergency Analysis and Response Program and Vehicular Instrumental Platform for Emergency Response at The Institute of Environmental and Human Health.  June 3, 2004.

*Lubbock Avalanche-Journal* "Tech institute potential life-saver".   Kendall quoted re: Texas Emergency Analysis and Response Program.  May 2, 2004.

*Texas Tech Techsan* re: federal appropriations for Zumwalt program for countermeasures to biological and chemical threats.  May/June 2004.

*Texas Tech Techsan* Kendall appointed a member of the National Research Council Committee on the Superfund Site Assessment and Remediation in the Coeur d'Alene River Basin.  May/June 2004.

*Lubbock Avalanche-Journal* "Computer system could save lives during emergencies".  Kendall pictured and quoted re: Texas Emergency Analysis and Response Program.  April 23, 2004.

*USA Today* Report of operational demonstration of the Texas Emergency Analysis and Response Program at The Institute of Environmental and Human Health.  April 14, 2004.

*The University Daily* "Neugebauer makes visit to Tech campus".  Kendall pictured with U.S. Rep. Randy Neugebauer, and quoted re: research initiatives and homeland security.  February 18, 2004.

*The University Daily* "Kendall appointed to committee researching Superfund site cleanup".  Kendall appointed to National Research Council Committee on the Superfund Site Assessment and Remediation in the Coeur d'Alene River Basin, located in northern Idaho.  January 26, 2004.

*Lubbock Avalanche-Journal* "Tech professor joins research committee".  Kendall appointed a member of the newly formed National Research Council Committee on the Superfund Site Assessment and Remediation in the Coeur d'Alene River Basin in northern Idaho.  January 8, 2004.

*Lubbock Avalanche Journal* "Biological, chemical warfare experts to share information at Reese consortium". Report on third annual National Consortium for Countermeasures to Biological and Chemical Threats to be held at TIEHH.  Kendall quoted.  April 29, 2003

*The University Daily* "Tech institute receives grant for environmental research".  Report on funding from the Department of Defense Strategic Environmental Research and Development Program to research effects of explosives on the environment.  Kendall quoted. April 2, 2003.

*Lubbock Avalanche Journal* "Grant to help Tech research explosives".  Report on funding from the Department of Defense Strategic Environmental Research and Development Program to research effects of explosives on the environment.  Kendall quoted. March 27, 2003.

*SETAC Globe* "Ron Kendall Recognized for Service on FIFRA SAP".  Quotes Stephen Johnson, Assistant Administrator for the EPA's Office of Prevention, Pesticides, and Toxic Substances regarding Dr. Kendall's service as Chair of the EPA Scientific Advisory Panel in implementing the Federal Insecticide, Fungicide and Rodenticide Act and the 1996 Food Quality Protection Act.  March-April 2003.

*Lubbock Avalanche Journal* "Feds give Tech $18 million".  Report of $4.5 million awarded for TIEHH's Admiral Elmo R. Zumwalt National Program for Countermeasures to Biological and Chemical Threats. February 21, 2003.

*The New York Times* "Studies Conflict on Common Herbicide's Effects on Frogs".  Quotes Kendall regarding atrazine study.  November 19, 2002.

*The University Daily* "Business, Arts and Sciences colleges offer new program".  Article concerning joint graduate program of Department of Environmental Toxicology and College of Business.  Quotes Kendall. October 30, 2002.

*Lubbock Avalanche-Journal* "Tech projects get boost as Bush signs defense bill".  Quotes Kendall.  October 24, 2002.

*The University Daily* "Research receives funding".  Article concerning House Defense Appropriations Bill funding for TIEHH.  Quotes Kendall.  October 16, 2002.

*Lubbock Avalanche-Journal* "Why I Live Here". Article concerning advantages of Lubbock for TIEHH.  June 4, 2002.

*Lubbock Avalanche-Journal* "Perry views cog in fight on terrorism".  Concerns Governor's visit to TIEHH.  Kendall pictured with Governor. March 6, 2002.

*The University Daily* "Texas Governor announces increase in anti-terrorism spending".  Article concerning Governor Rick Perry's visit to TIEHH.  Kendall quoted. March 6, 2002.

*The University Daily* "Tech set to house biological agents".  Kendall quoted regarding economic, educational and research benefits.  February 28, 2002.

*Lubbock Avalanche-Journal* "Ag Awareness Week Events".  Kendall as seminar speaker. February 21, 2002.

*The University Daily* "College of Agriculture hosts seminars".  Lists Kendall as speaker. February 20, 2002.

*Lubbock Avalanche-Journal* Announcement of Kendall speaking on "Overview of Agroterrorism – Homeland Security in West Texas" for Range, Wildlife and Fisheries Management departmental seminar. February 17, 2002.

*The Greenville News* "Top researcher, millions in grants leaving Clemson".  Article concerning researchers leaving Clemson.  Kendall quoted regarding support of city of Lubbock for TIEHH.  February 13, 2002.

*Dallas Morning News*, "Texas vs. Terrorism – Detect and defend".  Article concerning Kendall's work with the Admiral Elmo R. Zumwalt, Jr., National program for Countermeasures to Biological and Chemical Threats.  December 31, 2001.

*The Carolinian* "Ronald J. Kendall: Saving the Planet".  Article concerning Kendall's work in the field of environmental toxicology.  April 2001.

*Lubbock Avalanche-Journal* "Corporate representatives visit Tech's environmental institute". Article concerning visit by U.S. Representative Larry Combest and representatives from some of the nation's leading corporations who are members of the Consumer Specialty Products Association.  April 18, 2001.

*The University Daily* "Army awards Tech's TIEHH contract".  Article about TIEHH participation with the U.S. Army Corps of Engineers and the Brazos River Authority to study the potential environmental effects of toxic compounds in two Central Texas watersheds.  April 12, 2001.

*Lubbock Avalanche-Journal* "$930,000 to fund watershed study". Quotes Kendall concerning preserving water quality and future health.  April 12, 2001.

*Lubbock Avalanche-Journal* "TIEHH Continues Research at Caddo Lake".  Article about Kendall's role as Principal Investigator of TIEHH's research project concerning the ecological effects of ammonium perchlorate, a substance used in rocket propulsion systems. April 9, 2001.

*Lubbock Avalanche-Journal* "Ron Kendall to Serve Another Year as Chairman of EPA Science Advisory Panel". March 5, 2001.

*Lubbock Avalanche-Journal* "TIEHH Produces Degree in Hot Field – Environmental Toxicology Has Need for New Personnel in Future".  Kendall quoted in article concerning the future of the environmental toxicology field. December 4, 2000.

*Lubbock Avalanche-Journal* "TIEHH Team to Assist Army in Plant Cleanup: Defense Department Grant Funds Tech Research". Article by Brian Williams reporting $1.367 million received by TIEHH for cleanup at Longhorn Army Ammunition Plant in Karnack, Texas, near Caddo Lake. Kendall quoted. September 12, 2000.

*The University Daily* "Grant Could Help Further Research, Save Species".  Article by Pam Smith relating to Department of Defense funding. Kendall quoted. August 1, 2000.

*The University Daily* "Cleaning Up: Tech Researchers Fight World Contamination".  Article by Jeff Lehr concerning the research students are conducting at TIEHH. August 1, 2000.

*Lubbock Avalanche-Journal* "Tech Funding Bill Advances to Next Round". Article by Kara Altenbaumer reporting five million dollars from 2001 Defense appropriations for TIEHH and the Zumwalt Program. July 20, 2000.

*Lubbock Avalanche-Journal* "Tech research gets good news". Article by Chris Van Wagenen describing monies received from Congressional Appropriation and mentions the new "Zumwalt Program". March 22, 2000.

*Lubbock Avalanche-Journal* "Tech institute takes reins of conference targeting Texas border health issues". Article by Kara Altenbaumer. Kendall quoted. March 13, 2000.

*San Antonio Express-News* "Aiming to Make a Healthy Impact". Article by Dave Hendricks describing the Border Health Conference to be held in San Antonio in March. Kendall quoted. February 17, 2000.

*Lubbock Avalanche-Journal* "Vision at Reese Center becomes reality" Article describing the Building Dedication of The Institute of Environmental and Human Health. December 7, 1999.

*Lubbock Avalanche-Journal* "Institute addressing tomorrow's problems today". Commentary authored by Dr. Ron Kendall. December 5, 1999.

*The University Daily* "Tech may land more funding" Article on the passing of the legislation that will provide TIEHH with the funding for "A National Center for Countermeasures to Biological and Chemical Threats". Dr. Kendall quoted. October 14, 1999.

*The University Daily* "Tech considering building new lab at Reese Center" Discusses possible building of BSL4 facility and the misleading article in the Lubbock Avalanche-Journal published earlier in the month. October 14, 1999.

*Lubbock Avalanche-Journal* "House approval for Tech bioterrorism research may come in defense bill" Discusses the expected approval by the US House of Representatives of the "National Center for Countermeasures to Biological and Chemical Threats" initiative. October 13, 1999.

*Houston Chronicle* "Tech center funding vote on tap today. Research would target bioweapons terrorism" Describes the expected approval by the United States House of Representatives of $15 million to create "A National Center for Countermeasures to Biological and Chemical Threats". October 12, 1999.

*Texas Tech University News Release* "Texas Tech thanks Texas Delegation for work on Appropriation" News release on the result of the congressional delegation for the support of "A National Center for Countermeasures to Biological and Chemical Threats". October 12, 1999.

*News for Immediate Release Larry Combest* "$15 million in Research funds headed to Texas Tech" A media release from Congressman Combest's office outlining the approval of Texas Tech's research projects included in the FY2000 Defense Appropriations Conference Report, specifically TIEHH's research projects. October 12, 1999.

*Lubbock Avalanche-Journal* "Texas Tech decided on bio lab" But officials say public concern is first priority. Discusses possible building of BSL4 facility. Date unknown.

*Lubbock Avalanche-Journal* "Bioterrorism lab draws panel's focus" Article on the first Citizen's Advisory Council meeting at TIEHH. Dr. Kendall quoted. September 30, 1999.

*Lubbock Avalanche-Journal* "Electrical surges causing problems at Reese Center Institute" Discusses power surge problems and the effects on equipment and research at TIEHH. Dr. Kendall quoted. September 25, 1999.

*Lubbock Avalanche-Journal* "Gramm touts Tech's project" Senator praises bioterrorism lab. Senator Phil Gramm's visit and tour of TIEHH is discussed. Dr. Kendall quoted. September 1, 1999.

*Lubbock Avalanche-Journal* "New Tech lab may host bioterrorism agents" Discusses BSL4 facility at TIEHH. Dr. Kendall quoted. July 19, 1999.

*Lubbock Avalanche-Journal* "Tech getting closer to reality of world-class research facility" Article on $16 million appropriation for two separate initiatives that TIEHH will receive. July 15, 1999.

*Texas Techsan Magazine* Article on TIEHH's acquisition of the *Supercomputer*, page 4 July/August 1999.

*Vistas Texas Tech Research* "Next" Reese Center, Lubbock's former Air Force Base begins a new chapter, breathing new life into the economy of Lubbock and the South Plains. Dr. Kendall quoted in article. Article written by Michael Sommermeyer. Summer 1999 Volume 7 No. 1.

*Lubbock Avalanche-Journal* "Navy admiral praises Tech's work" Description of Admiral J. Paul Reason's visit/trip to TIEHH and his support of the programs. May 12th, 1999.

*Lubbock Avalanche-Journal* "Environmental Threats – Institute studies what causes human health hazards". April 29, 1999. Dr. Kendall quoted in article.

*Lubbock Avalanche-Journal* "Personal tragedy fuels admiral's agent orange battle" Zumwalt ordered Vietnam spraying that eventually killed his son, April 17, 1999. Dr. Kendall quoted in article.

*Lubbock Avalanche-Journal* "Tech now closer to obtaining a supercomputer", March 30, 1999. Dr. Kendall quoted in article. Describes supercomputer funding, capabilities, and long-term goals.

*Lubbock Avalanche-Journal* "Tech signs defense research agreement", March 26, 1999. Describes joint venture with TIEHH and Brooks Air Force Base. Dr. Kendall quoted.

*University Daily* "Tech, Brooks AFB join forces in research", March 26, 1999. Announcement of TIEHH and Brooks joining to conduct $1.6 million worth of research on the effects of jet fuel. Dr. Kendall quoted.

*University Daily* "Tech professor elected for Scientific Advisory Panel", March 8, 1999. Describes Dr. Kendall's appointment to Chairmanship of the Scientific Advisory Panel. Dr. Kendall quoted.

*Lubbock Avalanche-Journal* "Tech, Reese agency lay out vision for research park" "Plans for Tech supercomputer fuel high hopes", February 27, 1999. Describes LRRA's plans for Reese Center, including the Supercomputer at TIEHH and how it ties in with the rest of the Center. Dr. Kendall quoted.

*Lubbock Avalanche-Journal* "Kendall named chair of EPA advisory panel", February 1999. Illustrates Dr. Kendall's appointment to chairmanship of the Scientific Advisory Panel of the EPA.

*Lubbock Avalanche-Journal* "Zumwalt visits Tech institute", January 26, 1999. Dr. Kendall quoted. Description of Admiral Zumwalt's visit and briefing of TIEHH and its role in defense research.

*University Daily* "Admiral visits Reese Center to discuss research", January 26, 1999. Depicts Admiral Zumwalt's visit, briefing, and collaboration of TTU/TTUHSC to research countermeasures for biological warfare. Quotes from Dr. Kendall.

*KCBD-TV Newschannel 11, KAMC-TV Channel 28, KLBK TV Newscenter 13,* January 25, 1999. Admiral Elmo Zumwalt, Jr. USN (retired) visits TIEHH and hosted by Dr. Kendall to discuss cooperative research and training with the Department of Defense on countermeasures to chemical and biological emergencies.

*Morning News*, Florence, South Carolina "Florence Native Named Chair of EPA Scientific Panel" referencing Dr. Kendall's recent appointment to Chair Scientific Advisory Panel at EPA, January 16, 1999.

*Lubbock Avalanche-Journal* "Tech joins $5 million study" December 12, 1998. "Texas Tech University and Brooks Air Force Base in San Antonio are teaming up to study the hazards posed by toxic military waste on the environment and human health." Dr. Kendall quoted in article. Describes the joint venture between Brooks and TIEHH/TTU/TTUHSC.

*Lubbock Avalanche-Journal* "Tech partnerships would boost job market: two companies negotiating move to Reese Center" October 28, 1998. This is about T-Bone Express and Entact possibility of relocating to Reese and could mean 400 new jobs.

*Lubbock Avalanche-Journal* "Tech looks to share space at former Air Force Base". October 28, 1998. "Texas Tech wants to be magnet, not boss at Reese Center". This is about Tech's attempt to attract business to the Reese Center.

*Lubbock Avalanche-Journal* "Clinton signs spending bill: Huge measure leaves bitter taste among some in Congress" an article describing President Clinton's signed spending measure in mid-October 1998 for $520 billion. Of this $520 billion, $3 million is congressionally appropriated for TIEHH.

*Lubbock Avalanche-Journal* "EPA Subpanel hopes for regional management of BT Program" October 11, 1998. Dr. Ron Kendall quoted as authority regarding Bacillus thuringiensis (Bt) technology, which prevents insect resistance.

*Lubbock Avalanche-Journal* "Congress clears $3 million for research at Tech Institute" September 30, 1998. An article detailing congress' approval of $3 million for TIEHH as part of a $270.5 billion 1999 Department of Defense spending bill.

*Lubbock Avalanche-Journal.* "Tech moves closer to Carnegie I goal" an article describing research funding that has been received by Tech. September 4, 1998.

*University Daily.* "Tech regents approve new science degrees" an article describing the approval for a program by the Regents for an Environmental Toxicology Master of Science and Doctor of Philosophy degree. August 31, 1998

*Lubbock Avalanche-Journal.* "State grant to aid Reese development" an article announcing Texas Department of Economic Development awarding two grants to help in developing Reese Center. August 27, 1998.

*Lubbock Avalanche-Journal.* "Economic board members fly high over Lubbock – Board members receive a bird's eye view of Lubbock and its surrounding areas" an article advising of the visit of the state's Department of Economic Development board

members Tucker Bridwell and Marion Szurek and their tour of Lubbock in particular TIEHH and LRRA in Reese Center. August 17, 1998

*Lubbock Avalanche-Journal.* "Tech research in line for big funding boost" an article describing the $3 million-dollar funding from the Defense Appropriations bill and approved by the US House of Congress. June 26, 1998

*News for Immediate Release from Congressman Larry Combest on the Internet.* "House Approves Combest Bid to Fund Reese Center Tech Institute" an article outlining the approval of the $3 million-dollar funding request. June 25, 1998.

*Lubbock Avalanche-Journal.* "Montford focuses attention on future for Tech – Tech seeks funding to become top Research facility" an article describing Texas Tech's plans for the future and in reference to TIEHH to become a major player in the revitalization of the Reese Center. June 14, 1998.

*Lubbock Avalanche-Journal.* "Tech researchers eager to take on air of importance" an article describing TIEHH's plans to tackle the haze, dusty air and impact on the environment from the smoke that was in the Texas skies from the Mexican and Central American fires. June 7, 1998.

*Dallas Morning News.* "Land of Opportunity – Texas Tech aims to be agricultural research leader" an article describing how Texas Tech has been buoyed by an agriculture research bill in Congress that could make $600 million available to land grant and nonland-grant schools. The school has lured a team of top scientists from Clemson University to staff a new institute that will assess the effects of agricultural chemicals and genetic engineering on human health.  May 31, 1998.

*San Antonio Business Journal.* "Texas Tech, Brooks alliance could lead to a new campus" an article describing how the newly formed partnership between Texas Tech University and Brooks Air Force Base could be a first step in fostering the development of a university campus on the South Side base.  Starting this fall, students and faculty from the university and Brooks Human Systems Center will participate in an exchange program.  May 12, 1998.

*KLBK TV-Newscenter 13.*  "Drs. Elizabeth Maull and Ronald C. Porter, Staff Toxicologists for Brooks Air Force Base, gave seminars at Reese Center, Lubbock, Texas", broadcast on February 20, 1998.  Dr. Maull spoke on "The Evolution of Health Risk" and Dr. Porter's seminar was on "Approaches to Environmental Risk Assessment in the United States Air Force".

*Lubbock Avalanche-Journal.*  "Tech's Kendall heads EPA plant meeting" concerning EPA's Science Advisory Panel discussion on genetically enhanced plant pesticide-resistance management. (February 9, 1998)

*KAMC-TV ABC 28 and KCBD-TV Newschannel 11.* "Signing of the lease agreement between U.S. Air Force and Texas Tech University, Lubbock, Texas", broadcast on December 17, 1997. The signing of the lease for TIEHH'S tenancy at Reese Center between the Air Force Base Conversation Agency and Texas Tech University was finalized. This event occurred in the TTU Board of Regents' Conference Room. Representatives from the City of Lubbock, Lubbock Reese Redevelopment Authority, and Texas Tech University were present for the lease agreement signing.

*KCBD-TV Newschannel 11.* "The Institute of Environmental and Human Health receives a $4 million grant from the Texas Department of Economic Development", broadcast on November 19, 1997. This grant will facilitate the acceleration of research programs. The grant will benefit the Lubbock community by creating new jobs and stimulating the local economy.

*Lubbock Avalanche-Journal.* "Grants boost Reese development" an article describing the boost Reese Center business and industrial park received when the Texas Department of Economic Development Board awarded $4 million in grants to the city. The Institute of Environmental and Human Health will be the centerpiece for redevelopment of Reese Center. The grants The Institute receives will support research and development and help the community (November 20, 1997).

*Lubbock Avalanche-Journal.* "Business plan booms at base" was a front-page story regarding redevelopment at the new "Reese Center". An important investment is Congressional approval of $2 million in funding for Tech's multidisciplinary Institute for Environmental and Human Health (September 28, 1997)

*Lubbock Avalanche-Journal.* "House Oks Tech's request for environmental center funds" an article describing Texas Tech's $2 million funding request to establish a new environmental center which cleared the House of Representatives as part of a Defense Appropriations Bill (September 26, 1997)

*KAMC-TV ABC Channel 28.* "Introducing The Institute of Environmental and Human Health at Reese Center, Lubbock, Texas", broadcast on September 30, 1997 and October 1, 1997.

*Lubbock Avalanche-Journal.* "Tech professor set to speak to Congress" reporting Ronald J. Kendall speaking to a congressional committee re: the ecological impacts of toxic chemicals in the environment. (May 23, 1997)

*Greenville News.* "Founding institute director at Clemson resigns" was a front-page story on Director's resignation and move to Texas Tech University (May 3, 1997)

*Lubbock Avalanche-Journal.* "Scientist to lead Institute" announces hiring of Ronald J. Kendall as Director of Texas Tech/Texas Tech Health Sciences Center Institute of Environmental and Human Health. (April 23, 1997)

*Greenville News*. "Base regulations on good science" as guest editorial following up environmental summit held in Greenville County by Congressman Bob Iglis (editorial June 23, 1996)

*Florence Morning News.* "Florence native spoke to UN about chemicals, environment" talk about presentation before the United Nations Commission on Sustainable Development at the UN in New York on 4/30/96 at the request of the Assistant Administrator of EPA, Dr. Lynn Goldman.  May 7, 1996.

Northland Cable News. Estrogenic Chemicals-presentation at the United Nations' Commission on Sustainable Development and current TIWET interactions concerning endocrine disruption.  May 1996.

Northland Cable News.   Talk on the cooperation of Environmental Systems Engineering (ESE), Clemson University and The Institute of Wildlife and Environmental Toxicology (TIWET), Clemson University on the Transportable Vitrification System (TVS) Project.  September 22, 1995.

Earth Matters.   Atlanta's Cable News Network (CNN), featured golf course project, Kiawah Island.  June 24-27, 1994.

WJMX Radio.   Tom Kinard Show.  Ronald J. Kendall, featured guest.  February 2, 1994.

*Associated Press (AP) Teaches Us Lessons on Environmental Correctness*.  Written by Pete Iacobelli, gives national publicity on our environmental work being done on Kiawah Island.  September 1993.

*Golf Course News*. Follow-up story on the Golf Course Study at the Kiawah Island Ocean Course focusing on the outdoor lab.  September 1993.

NPR Radio "Highlights Kendall's Russian Visit." National Public Radio reports on Ron Kendall's recent visit to Moscow, Russia.  September 1993.

*Capital Dispatch*, weekly bulletin of Rotary Club, Columbia, SC. Overview of presentation on economic development and the environment.  49(4) August 2, 1993.

*Greenville News*. "Clemson scientist, Russian leaders to discuss environmental problems". Story of R.J. Kendall's upcoming visit to Moscow to meet with top officials of the Russian government.  July 30, 1993.

*National Wildlife Magazine*. "Charting a New Course" Full feature story on Kiawah Island Golf Course Project.  Aug-Sept 1993:36-37

Today's Environment.  CNBC. Short story on the Edith Angel Center.  May 1993.

*Greenville News*.  Attendance at the Inaugural Ball in Washington, DC.  January 1993.

"Sweet Fruit-Bitter Harvest." CNN 30-minute documentary.  December 1992.

South Carolina Midday Report. WIS TV10, Columbia, SC. Golf courses and the environment in South Carolina. Columbia, SC.  October 1992.

John Wrisley's Radio Talk Program. WVOC Radio 56, Columbia, SC. Wildlife toxicology and the value in balancing environmental issues and economic development. October 1992.

Travel Guide Series. CNN featured a second look at the Ocean Course and TIWET's research. Several media outlets throughout the country picked up the CNN feed and ran it on local stations.  September 1992.

Ken Hatfield Football Show. Clemson's new dynamic Institute and its research, particularly the Kiawah Island Golf Course project. Aired statewide. September 1992.

*Spartanburg Herald*. "Clemson's Hot New Research Program". Full-page layout of what was described as a building that houses the most highly respected scientists in the world. It's one of the programs that's strategic to Clemson University and South Carolina and has worldwide scope.  September 1992.

*Greenville News*.  Editorial. "TIWET:  Enhances State's abilities on environmental issues." Dr. Ron Kendall. A half page detailed editorial about Clemson's aggressive recruitment of TIWET and its subsequent move from a west coast institution to a land grant university. Talks included: department, its mission, goals, and strategic plans involving future initiatives with industry.  October 4, 1992.

Science and Technology Today.  Atlanta's Cable News Network (CNN), featured a four and a half-minute special on TIWET's outdoor lab on Kiawah Island's Ocean Course Project. August 1992.

CNN Headline News.   CNN Headline news service featured several different looks in two-minute segments over a three-day period on TIWET's work on Kiawah Island. August 1992.

*Golf Course News*. Feature article. Research will combine with ecological modeling and development of geographic information of golf courses.  July 1992.

U.S. Farm Report.  The U.S. Farm Report Television series is shown throughout the nation involving farming practices and its latest developments. TIWET's Edith Angel Center was featured immediately after its dedication. June 1992.

*Des Moines Register*. "History Making Symposium".  Unprecedented gathering of wildlife and agricultural interest organized in the spirit of cooperation.  Focus on Edith Angel Environmental Research Center operated by TIWET in Chariton, Iowa.  First joint conference involving the President of the National Wildlife Federation, The President

of the American Farm Bureau Federation, and the President of American Cyanamid Chemical Company.  May 1992.

"The Edith Angel Environmental Research Center Dedication." A 160-acre farm located in Chariton, Iowa that is operated by TIWET.  Inside the main facility is sophisticated lab equipment, which aids TIWET researchers and visiting students in analyzing samples taken from local soils and wildlife. Many newspaper accounts have been printed on this facility.  May 1992.

*Clemson World Magazine*. "The Greening of South Carolina." This seven-page layout features the Institute's studies at Kiawah Island.  Spring 1992.

"Miley Research Station Dedication." One of two new research and education facilities operated by TIWET. The 515-acre site in Hampton County, South Carolina is now known as the Miley Environmental Education and Research Station. Many newspaper accounts have been printed on this dedication.  March 1992.

"An Introduction to TIWET". Videocassette. By Bob Schuster. This 7-minute production shows the infrastructure of TIWET, its facilities, its mission, its goals, and its purpose. February 1992.

*State Newspaper*. "Can Golf and Wildlife Co-Exist?" Livingston, Mike.  Front-page story expands on TIWET's study at Kiawah involving chemical use on golf courses and its effects on wildlife.  Jan 1992.