EXHIBIT 8

June 25, 2021

Jarad L. Silverstein, Esquire
Wapner Newman Attorneys at Law
2000 Market Street, Suite 2750
Philadelphia, PA 19103

**Re: Beth Spector *v.* Monsanto**

Dear Mr. Silverstein,


Thank you for the opportunity to review the confidential materials involving the case of Mrs. Beth Spector v. Monsanto, and to offer my expert opinion as you requested as it applies to causation of Roundup and her pulmonary marginal zone lymphoma. In this regard, I have reviewed the records you provided, including outpatient clinic encounter notes from his various medical doctors, Mrs. Spector's and her husband's deposition transcripts, and her plaintiff fact sheet (see section 3 below). As you are aware, I have no personal or professional relationship with the plaintiff or defendant involved in this case, and I have no conflicts of interest to report. I have never had any litigation brought upon me in either a personal or professional manner, disciplined professionally, or had my license suspended. Please see below as well as my attached CV for details regarding my background. As is customary, my time has been compensated by your law firm for preparing this report (see section 8), however the opinions expressed herein are based on my objective review of the case records and my compensation is not dependent of the outcome of this case. I have no stake in the outcome of the legal proceedings surrounding this case, and I am not aware of the details of any damages you and your client are seeking. In this role as an expert witness, I abide by the highest ethical standards of my profession, and I take this role seriously.


The following report summarizes my background and qualifications to serve as an expert witness in this case, as well as the methodology, factual review, and opinions regarding this case. All the opinions expressed below are to a reasonable degree of scientific and medical certainty. The opinions expressed herein are solely my own and do not represent those of my employer, NYU Langone Health, nor do they reflect professional advice that may transpire between me and my patients during routine clinical practice; these opinions are restricted to the facts of the case of Mrs. Beth Spector. Also please note that as required by my academic institution, I must disclose my participation and compensation as an expert witness. I also reserve the right to amend, supplement, or revise the opinions contained in this report and to offer additional opinions should new information become available to me, as well as to respond to the opinions and testimonies of Monsanto's experts.


1. **Background**


I am a physician duly licensed to practice medicine in the State of New York (license number 266441). I attended Brooklyn College on a full-tuition scholarship, where I earned a B.S. in biology and performed research on cell division. I next spent a year as a post-baccalaureate fellow in the National Institutes of Health Academy studying the nephrotoxic effects of chemotherapy. I then received my M.D. and Ph.D. degrees from SUNY Downstate Medical Center, completed an internal medicine residency at Northwell Health, and did my adult hematology/oncology fellowship training at NYU Langone Medical Center. I am triple board certified by the American Board of Internal Medicine in internal medicine, hematology, and medical oncology. I have a graduate degree in molecular and cellular biology, having defended a thesis project involving the immunobiology and bone marrow microenvironment of

hematologic malignancy multiple myeloma, a cancer of terminally differentiated B cells. My thesis worked was awarded the prestigious Robert F. Furchgott Award for distinction in graduate research.

I am currently Assistant Professor of Medicine at NYU Langone Hospital—Long Island, NYU Perlmutter Cancer Center, part of NYU Langone Health. I serve as Program Director of our hematology/oncology fellowship training program, where I have taught numerous medical students, residents, and fellows on the management of B-cell malignancies and related disorders. I have served in this position for more than 3 years, and prior to this was a fellow at NYU Langone Medical Center, an institution which has consistently ranked among the top 10 medical schools in the nation. In my current role, I also serve on the committee that led to the inception of the NYU Long Island School of Medicine in 2018, and am course Co-Director of the Hematology organ system block for the medical school. I have received an award for Teacher of the Year from my fellowship program. In line with my role as an educator, I was recently selected by the American Society of Hematology (ASH) to be part of the ASH Medical Educators Institute. I am actively involved in professional societies and am a member of ASH, serving as a junior grant reviewer, American Society of Clinical Oncology (ASCO), where I volunteer on several committees as show in my CV, American Society for Transplantation and Cellular Therapy (ASTCT), American College of Physicians, where I serve on the Early Career Taskforce, and the New York Academy of Medicine.

My clinical and research focus is on B-cell malignancies, specifically B-cell lymphomas, plasma cell dyscrasias, and related disorders, which comprise most of my active clinical practice. I am also part of the Blood and Marrow Transplant team at NYU Perlmutter Cancer Center and am involved in hematopoietic stem cell transplantations for both lymphomas and multiple myeloma. I have extensive experience in diagnosing and treating non-Hodgkin lymphomas (NHL). Including commons histologic subtypes such as diffuse large B-cell lymphoma (DLBCL) and follicular lymphoma (FL), as well as less common subtypes such as marginal zone lymphoma (MZL). I work with an inter-professional team along with other experts in lymphoma and multiple myeloma, nurses, advanced practice practitioners, social workers, and other support staff, and am generally familiar with their scope of practice. My research career is aimed at furthering the understanding of blood cancers and improving treatment approaches, as well as advancing medical education. I am principal investigator on several clinical trials in multiple myeloma and have original publications, abstracts/presentations, and reviews in this field, as shown in my CV. In my personal time I serve as a volunteer Vice-Chair of the Long Island chapter of the Leukemia and Lymphoma Society, in which I engage in the scientific and philanthropic mission of the organization. Additional information on my background is provide in my attached CV.

## 2.  Expert Qualifications and Methodology

Based on my background, training, and clinical and research experience, for this case review I present myself as an expert in medical oncology and hematologic malignancies, as well as in related applications of molecular and cellular biology, in which I have also earned a doctoral degree. Expertise in these areas entails detailed knowledge and understanding of the pathogenesis, causes, and mechanisms of cancer, including hematologic malignancies, as well as the clinical diagnosis, staging, prognosis, treatment, supportive care, and surveillance related to these diseases.

Hematology and medical oncology, in which I am board certified, are subspecialities of internal medicine which require training in the biological, chemical, and physical causes of cancer involving solid organs, blood, bone marrow, and the lymphatic system. With respect to the present case review, my research background and clinical practice involved in the management of B-cell malignancies, including NHL, and in particular, my expertise in reviewing the literature, support my ability to serve as an expert witness. In reaching my conclusions, I have reviewed and relied upon several sources of information, including published research articles, textbooks, prior expert reviews related to glyphosate as referenced,

as well as my background and experience in hematology, medical oncology, and molecular and cellular biology. I submit that my background and experience, as well as familiarity and expertise evaluation the medical literature, support my ability to serve as an expert witness in this legal matter.

To determine whether a causal relationship exists between exposure to Roundup and NHL, I have reviewed the substantial medical literature, including primary literature and reviews accessible from the National Library of Medicine and textbooks where referenced, examining the association between exposure to Roundup, a glyphosate-based formulation as discussed in section 6. I have also reviewed prior expert witness testimonials including Seidl vs Monsanto Company, Cervantes vs Monsanto Company, Schfer vs Monsanto, and general causation reports by Dr. Chadhi. Nabhan (Case no. 16-md-02741-VC) and Dr. Beate Ritz (Case no. 16-md-02741-VC). In reaching my opinions, I employed my background in interpretation of scientific literature, scientific methodology, as well as understand of medical history taking and medical decision making, hematologic malignancies, and molecular and cellular biology.

## 3.  **Materials Reviewed**

For this review, I was provided the following records related to Mrs. Spector's case:

-   The Plaintiff Fact Sheet completed by Mrs. Spector
-   Outpatient records from Mrs. Spector's oncologist Dr. Stephen Schuster from May 2007 to November 2020
-   Outpatient records from Dr. Michael Phillips from December 2013 to May 2019
-   The deposition transcript of Dr. Stephen Schuster on May 14, 2021
-   The deposition transcript of Beth Spector and Chuck Specter on February 2, 2021

## 4.  **Factual Case Review**

Mrs. Beth Spector, born ████████████ and is a Caucasian non-obese female with a history of mononucleosis at age 15, tonsillectomy in 1975, arthroscopic right knee surgery in 2001 and hip surgery in 2002, breast implant surgery in 2005, chronic lower back pain, anxiety on Lexapro, lower extremity varicose veins, and pulmonary marginal zone lymphoma (MZL) diagnosed in 2007 at age 55 when she presented to Abington Hospital in PA, and developed bronchiectasis and multiple pneumonias associated with her lymphoma diagnosis. Regarding Mrs. Spector's family history, her father committed suicide, as did her maternal grandmother and uncle. Her mother had hypertension and anxiety. Her sister died from melanoma at age 50. She has a son with schizophrenia. She has no family history of blood cancers or immune disorders. Regarding her social history, Mrs. Spector smoked about half a pack per day for one year as a teenager.

Prior to her lymphoma presentation, she developed fevers and a cough with sputum production, and found to have severe pneumonia in March 2007. A CT scan of her chest was remarkable for dense infiltrates, with lung necrosis in the right upper and middle lobes, and central left lower lobe, along with a small right pleural effusion. She presented with Haemophilus influenzae pneumonia, a right pleural effusion (i.e. fluid accumulated in the space around her lung), and dense bilateral parenchymal consolidation (i.e. infiltration of both lungs). She was treated with antibiotics and her infection resolved. Initial analysis of the pleural fluid suggested large cell lymphoma, a subtype of non-Hodgkin lymphoma (NHL), however bronchoscopy showed a different subtype of NHL, read initially as a type of small B-cell lymphoma. Bronchoscopy and pleural fluid analysis eventually confirmed BALT (bronchus-associated lymphoid tissue) lymphoma (also known as pulmonary MZL, extranodal MZL, or MALT lymphoma of the lung), along with microbiology showing MAI, a type of mycobacterial infection. Flow cytometry of

the tissue confirmed the presence of B cells, cells that cause NHL, that were positive for CD19 and CD20 and negative for CD5 and CD10, consistent with a MZL. Further review of the pathology reports is noted below:

- March 2007: cytology of the pleural fluid, suggested large cell lymphoma, consistent with diffuse large B cell lymphoma. Note: Flow cytometry, performed at an outside institution (Abington Memorial Hospital), is reported to demonstrate a monoclonal population of intermediate to large B-cells that are kappa light chain restricted. In conjunction with the tumor cytomorphology, the flow cytometry report is compatible with a diffuse large B cell lymphoma.
- March 2007 bronchial washings: Lymphoma was present.
- May 2007: right upper lobe, transbronchial biopsy showed respiratory epithelium with an extensive lymphoid infiltrate in the submucosa. The infiltrate consisted of small lymphoid cells with round nuclei, clumped chromatin, and scant cytoplasm. There was not a large cell component. Mitotic activity was not increased. Immunohistochemical studies performed with adequate controls showed that the atypical lymphoid cells were CD20+, CD79a+ B cells which were CD5-, CD10-, BCL6-, CD23-, and cyclin D1-. In summary, these features were consistent with a small B cell lymphoma, best classified as marginal zone B cell lymphoma. The cytologic discordance between this specimen (predominantly small cell) and the pleural fluid cytology specimen (reportedly large cell) was noted.

A follow up CT scan after resolution of her pneumonia showed no substantial resolution of the right upper lobe, right middle lobe, and central left lower destructive lesions. She had a PET/CT showing increased metabolic activity (SUV of 3) in the right upper lobe corresponding to the area of consolidation, and mild patchy areas bilaterally with more mildly increased metabolic activity. This was presumably the areas of her lymphoma.

For her pulmonary MZL, she was treated with 4 weeks of rituximab, a type of immunotherapy, starting June 5, 2007. Her course was complicated by nausea and generalized fatigue, as well as hypogammaglobulinemia, which is a reduction in infection-fighting antibodies; this was managed with Hizentra, which is an antibody infusion meant to restore deficient antibody levels associated with immunodeficiency states such as lymphoma and its treatment. Per the notes, her lung pathology had slightly limited her exercise tolerance.

Mrs. Spector received Biaxin, an antibiotic, to treat her MAI infection, without change on subsequent CT scan that noted anatomic lung destruction causing right middle lobe bronchiectasis, a type of lung damage. CT scan of chest on May 30, 2018 showed unchanged consolidation in the right upper lobe and right middle lobes, with adjacent bronchiectasis. There was also a redemonstration of a dense mass-like consolidation in the superior segment of the left lower lobe, also with adjacent bronchiectasis. There were peripheral waxing and waning tree-in-bud opacities. She has had recurrent lung infections, felt to be secondary to anatomic lung destruction causing right middle lobe bronchiectasis, and also due to hypogammaglobulinemia. In 2013, she completed a 3-week course of Vantin, an antibiotic given for a right lower lobe pneumonia, which was complicated by urticarial rash.

A PET/CT scan performed on August 22, 2018 showed dense, almost complete consolidation of the right upper/middle lobes and superior segment of the left lower lobe, with associated bronchiectasis and multiple patchy areas of increased radiotracer uptake. This was thought to be infectious, inflammatory, or may represent pulmonary lymphoma. No FDG-avid lymphadenopathy was noted. Additional, mildly hypermetabolic patchy airspace/tree-in-bud opacities in the lingula and right lower lobe were favored to be infectious or inflammatory. She was hospitalized again from January 29-February 4, 2020 for pseudomonas pneumonia, treated with the antibiotic meropenem for 14 days.

4

Regarding exposures, Mrs. Spector began using Roundup in 1980 and had a 38 year exposure between 1980-2018, with weekly or biweekly use reports. She poured Roundup concentrate back into the original hand sprayer bottle, using weed killer hand sprayer at her residential property in Meadowbrook, PA. Her use included a spray form and mixed concentrate. She reported wearing sunglasses and a hat, occasionally wearing gloves, but did not wear any specific protective equipment. She worked as supervisor in client relations for Jetspring, LLC, with no noted occupational exposures.

5.  **Case Discussion and Opinions**

1)  Marginal zone lymphoma diagnosis and staging

The approach to cancer assessment includes attention to diagnosis, staging, prognostication, treatment, and surveillance. Mrs. Spector's diagnosis was initial thought to be a large B cell lymphoma on analysis of pleural fluid, but was later confirmed as a pulmonary marginal zone lymphoma (MZL), a type of extranodal lymphoma, on tissue biopsy of the lung. It is sometimes the case that an initial limited specimen is discordant with the final result, but ultimately a more sufficient tissue biopsy is required to better exam the abnormal tissue, as was the case when confirming Mrs. Spector's MZL. MZL is a type of NHL, which is the most common type of blood cancer in the United States.

Extranodal MZL is a lower-grade (i.e. slower growing) lymphoma that is less common than the more aggressive large B cell lymphoma, and accounts for up to 8% of all NHL.[1] MZLs represent a group of lymphomas that originate from B lymphocytes normally present in the marginal zone, part of the lymph node (Figure 1). The median age of diagnosis is age 60, slightly older than Mrs. Spector who was age 55. The stomach is the most common site of extranodal MZL, and pulmonary marginal zone lymphoma is a rare disease arising from bronchial-associated lymphoid tissue (BALT), and accounting for about 3% of extranodal MZL.[2]

Figure 1. Development of B cell lymphomas during B cell differentiation. Figure is from reference [3].

Pulmonary MZL is typically has an indolent behavior.[4] The term "indolent" is meant to denote the typically slow growing behavior of this lymphoma. The terminology distinguishing these subtypes of NHL and their diagnostic criteria are derived from the 2016 World Health Organization (WHO) classification of tumors of hematopoietic and lymphoid tissue.[5]

Pulmonary MZL is thought to arise from maturation arrest and multistep malignant transformation of mature B cells in the marginal zone center of a lymph node (Figure 1). B cells are humoral immune cells that normally traverse from the bone marrow through lymph nodes in order to become more mature and produce antibodies specifically to mount an immune response against infections.[6] A tissue biopsy is required to make the diagnosis of MZL, by distinguishing the architecture of the marginal zone with small B cells, and identifying the immunohistochemical staining pattern that distinguishes MZL from other histologic subtypes of NHL. Of note, there is no known association between MAI infection and the development of NHL.

The stage of a cancer provides information about the distribution and extent of the disease within the body, and often forms the basis to subsequently estimate prognosis, determine the optimal management, and apply evidence from clinical studies to individual patients. The stage of Mrs. Spector's MZL was established by imaging done around the time of her initial biopsy. By my assessment, Mrs. Spector's MZL stage (according to the conventional Ann Arbor staging system) at diagnosis was IIBE, with two sites of involvement (stage II), the presence of B symptoms (B), and a location outside of lymph nodes (E, for extranodal). The presence of B symptoms typically correlates with more aggressive presentations, indicating a systemic inflammatory response. Considering the rarity of pulmonary MZL, there are no large population studies distinguishing the incidence of different stages, though most patients will present with stage I or stage II disease. For reference, the breakdown of incidence by stage of the most common indolent lymphoma, follicular lymphoma, is shown below in Figure 2.

Figure 2. Breakdown of indolent follicular lymphoma incidence by stage.
Figure is from reference [7].



2) Prognosis

Prognosis in oncology, which is the ability to predict an outcome such as time to relapse (i.e. progression-free survival, PFS) or time to death (i.e. overall survival, OS) is typically based on prognostic scoring systems derived from population-based data to produce estimates, often expressed as median values, that can be applied to individual patients. Prognostic estimates are not meant to pinpoint the exact time when a patient will have a prognostic event, but rather provide an expectation for the typical course of a disease. As such, some patients can have either a shorter or longer survival than estimated by prognostic measures. These prognostic systems are expected to evolve over time, and prognosis can improve more drastically as revolutionary discoveries regarding pathogenesis, detection, and/or treatment occur.

Mrs. Spector's prognosis can be estimated both by her MZL stage, as well as by a prognostic system called the MALT International Prognostic Index (MALT-IPI),[8] described below. The 5-year survival for MALT lymphoma in general in the U.S is between 80-90%.[9] The MALT-IPI score takes into account age less than or greater than 70, LDH (a marker of lymphoma activity), and stage II or less versus III or higher.[10] While I did not find an LDH value in my review of the records, Mrs. Spector's MALT-IPI score assuming her LDH was normal would be 0, estimating a 5-year event-free survival of 70% and overall survival of 99% (56% and 93% if LDH was elevated); however, this system does not specifically take into account the type of MALT lymphoma such as those of pulmonary origin as in Mrs. Spector's case, or the presence of B symptoms or functional status of the patient, all of which may impact survival. Fortunately, Mrs. Spector appears to be in remission following a course of single-agent rituximab (described below), as far as the last reported PET/CT scan. While Mrs. Spector is in remission, she suffered several consequences of both her disease presentation as well as its treatment, primarily in the form of recurrent respiratory infections, as described below.

3) Treatment

No definite guidelines exist for the management of patients with pulmonary MZL, and various options include surgery, radiation, or chemotherapy/immunotherapy. Guidelines such as the National Comprehensive Cancer Network (NCCN) note that "the choice of therapy requires consideration of many factors including age comorbidities and future treatment possibilities. Therefore treatment selection is highly individualized."[11] Considering the fact that MZL is often indolent in behavior, not all patients require treatment at diagnosis. Various criteria are available to help clinicians determine whether treatment is indicated, among which the most commonly used is the Groupe d'Etude des Lymphomes Folliculaires (GELF) criteria. The GELF criteria takes into account several factors, such as tumor size, number of nodal sites, presence of B symptoms (i.e. fevers, night sweats, unintentional weight loss), compression of vital organs, or reduction in blood accounts; any one of these is any indication for treatment.[12] Given the fact that Mrs. Spector had respiratory infections and fevers, treatment was indicated. She was started on treatment with single agent rituximab, an anti-CD20 antibody that targeted B cells.[13] In my opinion, the treatment approach that Mrs. Spector underwent was appropriate, entirely justifiable, and medically necessary. In general, her treatment was well tolerated with a side effect of fatigue and nauseas, however she subsequently developed hypogammoglobulinemia, a type of immunosuppression that can occur as a result of both lymphoma and rituximab.[14]

4) Complications of Mrs. Spector's lymphoma and its treatment

Both extranodal MZL and its treatment may produce complications, including psychological distress, physical symptoms such as fatigue, fevers, or pain, immunocompromise, infections, and reduced quality of life. Rather than listing all potential complications, I will restrict my review to those specifically experience by Mrs. Spector as noted above. According to the charts, she experienced both fatigue and nausea during her treatment. Is it the circumstance that indolent lymphomas, while readily treatable in the

frontline setting, may also have a waxing and waning course,[15] all of which can create anxiety about surveillance scans, future treatment, and the prospect of shortened survival. In general, rituximab, being a targeted therapy, is typically well-tolerated and not associated with severe side effects as they are rare. However, rituximab is immunosuppressive and can limit the ability to mount an immune response to infections as well as vaccination, which is perhaps even more relevant in the setting of the ongoing COVID-19 pandemic.[16] What is particularly striking about Mrs. Spector's case is the degree of lung damage due to her lymphoma, which resulted several complications including decreased exercise tolerance, respiratory infections, and the need for antibiotics. In addition, she required infusions of Hizentra, which is meant to replace immunoglobulin (antibody) deficiency due to both her lymphoma and rituximab. Despite her MZL being in remission, Mrs. Spector remains at risk for future infections and respiratory complications.

5) Exposures

Mrs. Spector had a brief and remote period of smoking, less than 1 year in total as a teenager. In my review of Mrs. Spector's records and deposition testimony, it is noted that she was exposed to Roundup over a 38 year period from 1980-2019, primarily used in spray form. She poured Roundup concentrate back into the original hand sprayer bottle, using weed killer hand sprayer at her residential property in Meadowbrook, PA. Her use included a spray form and mixed concentrate. She reported wearing sunglasses and a hat, occasionally wearing gloves, but did not wear any specific protective equipment. Her exposure to Roundup and its contents described below has therefore been substantial.

6) Etiology and risk factors for the development of NHL

(a) General risk factors

In general, cancer is caused by inherited or acquired defects, most often originating in DNA, resulting in one or more mutations that lead a normal cell to develop a proliferative advantage and/or arrest of its normal development, leading to organ dysfunction. DNA is the genetic material within each cell that regulates the biological functions of that cell, and ultimately that tissue/organ in which the cell exists. In hematologic malignancies such as MZL, organ dysfunction can manifest in the form of bone marrow compromise and resultant alterations in normal blood counts, bone lesions, immunocompromise and increased risk for infections, systemic inflammation with constitutional symptoms, such as fevers, night sweats, and/or weight loss, or symptoms related to the anatomic location(s) of the lymphoma.

The etiology of lymphoma includes a heterogeneity of risk factors by subtype.[17] Recognized risk factors for the development of NHL include age over 65, male gender, white ethnicity, obesity, geographic location, inherited or acquired immunodeficiency, certain autoimmune disorders, specific infections (e.g. HIV), prior chemotherapy, certain medications such as immunosuppressants, occupational or environmental exposures, such as benzene, tobacco smoke, and a family history of hematologic malignancy.[18]

Genes that promote cancer development are called oncogenes, and those that suppress cancers are called tumor suppressor genes. Cancer often results from mutations in these genes that result in either over-expression of an oncogene, reduced expression of a tumor suppressor genes, or both. While most cancers are acquired, inherited or familial cancer syndromes are typically related to mutations in these genes. NHL does not occur with a familial pattern outside of rare hereditary syndromes that includes additional cancer types.[19] As such, it is not surprising that Mrs. Spector reported no family history of hematologic malignancies. NHL in general is a multistep disease, requiring additional genomic insults to develop into the fully malignant phenotype over time.[20] Unlike other malignancies, such as

colon cancer, there are no screening test or preventive measures at present to circumvent the development of NHL. Mrs. Spector did not report significant occupational or chemical exposures other than Roundup.

(b)  Smoking

Mrs. Spector had a very brief smoking history. Considering that cigarette smoking contributes to emphysema as well as many cancers, such as lung and pancreatic cancer, one might instinctively attribute tobacco smoking to the development of NHL, however cigarette smoking appears to have little to no strong association with B-cell NHL.[21, 22] A meta-analysis of 50 studies reported that smoking was potentially associated with a higher risk NHL, but primarily T-cell NHL, not the B cell type as in Mrs. Spector's case.[23]

(c)  Lymphoma caused by Roundup

While I defer a detailed discussion of the association between Roundup and NHL to general causation experts, below I will highlight those aspects which would be of relevance to clinicians, notably medical oncologists and hematologists caring for patients with NHL. I have reviewed prior expert witness reports, medical literature, and reliance materials provided to me by Mrs. Spector's counsel. This report is not meant to be an exhaustive review of the literature, but will focus primarily on NHL.

Mutagenic chemical exposure can have multiple genotoxic and pathogenic effects on cells, particularly blood cells such as B-cells, since these are cells that are normally proliferative and, during their normal physiologic development, undergo DNA rearrangement as noted above. This process can lead to abnormal mutations and can be precipitated by exposure to mutagens.[24] In additional to producing mutations, mutagenic exposures can directly enhance cell replication and survival, further promoting the neoplastic process and potentially inciting malignancy.[25] Repeated exposure to such agents can be cumulative and increase the risk of evolution of sequential cellular changes, ultimately leading to tumor progression and malignancy, such as MZL.[26]

Some experts might argue that since multiple environmental encounters occur throughout life, such as food or sun exposure, that these can make individuals susceptible to mutagens, that the carcinogenesis of NHL is multifactorial, and therefore consideration of prior exposures to potential mutagens such as Roundup is unsubstantiated since it is difficult to directly link particular risk factors with lymphomagenesis through animal toxicology studies, epidemiologic studies, or mechanistic studies in cellular models. I fundamentally disagree with these premises. Identifying potential environmental carcinogens has the potential to inform individuals who have been exposed to those agents about their risks, as well as inform the population at large to take population measures to avoid toxic exposures.

The first question that needs to be addressed is: what is the scientific approach to identifying a substance such as glyphosate as a carcinogen? In addition, since lymphoma does not occur in all exposed individuals due to factors such as varying exposure rates, bias in recalling exposure, or other confounding factors such as multiple toxic exposures, the next question is: if glyphosate is proven to be a carcinogen, how does one demonstrate a causal link to certain cancers?

To address the first question, the most direct way to determine if a substance is a carcinogen in humans is to purposefully expose individuals to a substance and observe whether they develop cancer, which obviously is grossly unethical. Of note, even under those hypothetical circumstances, one would have to test the substance on a large enough sample size to have the statistical power to

prove that the outcome (i.e. cancer) was related to the exposure and not due to chance. Rather than intentionally and inappropriately exposing people to a potential carcinogen, researchers use models such as cell cultures or animal models to test the carcinogenic effect of a substance, or they rely on epidemiologic data compiled from human populations who were exposed. The following sections discuss the data linking Roundup to lymphoma based on mechanistic, animal, and epidemiological data, and subsequently I will discuss the evidence using guidelines for general causation based on the Bradford Hill criteria to determine whether Roundup is a causal factor for the development of NHL.[27, 28]

(d) Carcinogenic properties of glyphosate

Glyphosate is the active ingredient in Roundup, and as such as undergone substantial scientific investigations.[29] Glyphosate acts as a broad-spectrum herbicide by inhibiting 5-enolpyruvoylshikimate 3-phosphate synthase, an enzyme specific to plants and microorganisms that interferes with amino acid (i.e. nutrient) use, preventing them from growing and reproducing. It was first identified as an herbicide by Monsanto chemist John Franz in the early 1970s and distributed for weed control in 1974.[30] The use of glyphosate and glyphosate-based formulations (GBFs) in residential and commercial agriculture has expanded since then, including in genetically-modified plants that are insensitive to glyphosate, and is the most frequently used herbicide worldwide.[31] In addition to glyphosate, GBFs such as Roundup include a proprietary mix of surfactants, adjuvants, and co-formulants that increase absorption in soil, but can also increase absorption in skin or by inhalation.[26] Absorption through human skin into blood can occur in up to 24 hours after exposure of intact or damaged skin to glyphosate.[32, 33]

Exposure to glyphosate or GBFs can occur in the air from the spray form, in water, in food, or exposure when in close contact in residential areas where it is used in spray form. Biomonitoring of farmers showed that 60% had detectable levels of glyphosates in their urine on the day of application, and five times higher if gloves were not worn, as was the case with Mrs. Spector who did not report consistently using protective equipment when applying Roundup.[34] In a recent pilot study of 12 volunteers mixed and continuously spray-applied 16.3 gallons of a 0.96% glyphosate-containing solution for 100 min using a backpack sprayer, urinary glyphosate and total effective glyphosate levels were higher in the dermal exposure group than the inhalation exposure group, peaked within 6-hr following application.[35] Thus, individuals who apply GBFs can have significant biological exposures, leading to systemic uptake via blood absorption, and after damage to various organs, eventually urinary elimination.

Mechanistic studies done in cellular or animal models have been important in demonstrating that glyphosate and GBFs are genotoxic to human lymphocytes, which again are the normal counterpart of the cells that become cancerous in NHL.[36] While these are not equivalent to human metabolism, they are accepted tests to determine carcinogenicity. As such, the International Agency for Research on Cancer (IARC), a part of the World Health Organization (WHO), an authoritative body for the evaluation of carcinogenic hazards to humans, concluded in 2015 after extensive assessment of available studies, that GBFs are probably (i.e. more likely than not) carcinogenic to humans (group 2A of 3, meaning "Probably carcinogenic to humans"), primarily for NHL.[26] For example, a study in vitro (in a cell culture) of glyphosate showed a dose-dependent increase in chromosomal alterations compared with unexposed controls in lymphocytes, most likely because of oxidative stress and the generation of reactive oxygen species that are genotoxic.[37] Another study showed a significant increase in DNA helix breaks in human lymphocytes similar to those seen in human NHL, even when exposed to low doses of glyphosate (2.0 μM), with a significant dose-response effect.[24] These results demonstrate that glyphosate is genotoxic to human lymphocytes and have important epigenetic effects, even at low doses in some studies.

10

Animal models are often used as a surrogate for human exposure in order to determine carcinogenic properties of a substance, and are routinely used in preclinical studies to test the efficacy cancer drugs. Though these animal models are not a substitute for human studies, they offer valuable mechanistic data and are widely accepted as a scientifically valid approach to study the analogous effects of substances in humans. Data from animals studies in rats and mice have shown a carcinogenic potential for glyphosate and that that it causes NHL in mice.[38]  A 2021 systematic review of 443 articles published between 1995 and 2020 on glyphosate, demonstrated that the most frequently observed effects of GBFs were endocrine disorders, oxidative stress, genotoxicity, and cytotoxicity, which can effect lymphocytes.[39]

  a.  Epidemiological studies in human linking glyphosate to lymphoma

Epidemiological studies are used to capture data in humans order to make associations with conditions that are likely to occur due to exposures such as GBFs in large populations. Numerous epidemiologic studies of the relationship of glyphosate exposure to cancer in humans have been reported, and epidemiologic studies provide ample evidence for an association between exposure to GBFs and an increased risk of NHL.

Case-control epidemiologic studies compare an exposed group to a control or unexposed group. Among the 6 case-control of GBFs shown in Table 1 below, 5 showed an increased odds ratio, or likelihood, for NHL compared to controls. The one study that did not have an increased odds ratio had limited statistical power to make conclusions. These case-control studies were performed by experienced epidemiologists using widely accepted study designs and methods, and were published in peer-reviewed journals. For example, the North American Pooled Project (NAPP) study in 2019 of glyphosate use and NHL was also published and demonstrated that glyphosate exposure for greater than 2 days per year resulted in a significant 2-fold increased risk for the NHL (OR, 2.14; 95% CI, 1.07- 4.28).[40]

  Table 1. Epidemiologic Case-Control Studies of NHL and GBFs from Reference [29]

| | Reference/Location/ Time | Population Studied | Exposure Category | Exposed Cases | Risk Estimates (95% CI) | Covariants Controlled | Comments |
|---|---|---|---|---|---|---|---|
| 1. | McDuffie et al.[36] Canada 1991-1994 | 517 cases 1506 controls | Exposed $\leq$ 2 days/year > 2 days/year | 051 028 023 | 1.20 (0.83-1.74)* 1.0 (0.63-1.57) **2.12 (1.2-3.73)** | Age, province of residence | Cross-Canada study; *adjusted for significant medical variables |
| 2. | Hardell et al.[37] Sweden 1987-1992 | 515 cases 1411 controls | Exposed Univariate Multivariate | 08 008 | **3.04 (1.08-8.52)** 1.85 (0.55-6.20)* | Age, county, study site, vital status | *Adjusted for other herbicides; limited statistical power |
| 3. | De Roos et al.[38] Midwest USA 1979-1986 | 650 cases 1933 controls | Exposed | 036 | **2.1 (1.1-4.0)*** | Age, study site | *Adjusted for other pesticides |
| 4. | Eriksson et al.[39] Sweden 1999-2002 | 910 cases 1016 controls | Exposed $\leq$ 10 days > 10 days | 029 029 012 017 | **2.02 (1.1-3.71)** 1.51 (0.77-2.94)* 1.69 (0.70-4.07) **2.36 (1.04-5.37)** | Age, sex, year of enrollment | *Adjusted for other pesticides; odds ratios also increased for all NHL subtypes |
| 5. | Orsi et al.[40] France 2000-2004 | 244 cases 454 controls | Exposed | 012 | 1.00 (0.5-2.20) | Age, site, socioeconomic category | Limited statistical power; odds ratios increased for some NHL subtypes |
| 6. | Cocco et al.[41] Europe 1998-2004 | 2348 cases 2462 controls | Exposed | 004 | 3.10 (0.6-17.1)* | Age, sex, site, education | Six countries; *B-cell NHL; limited statistical power |

Abbreviations: CI = confidence interval; NHL = non-Hodgkin lymphoma.

References in above Table 1 are shown in  the reference section 9 below as: 36 above: [41], 37 above: [42], 38 above: [43], 39 above: [44], 40 above: [45], 41 above: [46].

The carcinogenic effects of glyphosate have been evaluated by several authoritative studies including those by the International Agency for Research on Cancer (IARC), the Agricultural Health Study (AHS), and the Environmental Protection Agency (EPA). As mentioned above, the concluded in 2015 after extensive assessment of available studies, that GBFs are probably carcinogenic to humans (group 2A), primarily for NHL.[26] The initial report of the AHS 42 did not find a significantly elevated risk for cancer overall, or for most of the cancer types including NHL.[47] However, considering a large increase in glyphosate used started in after 1996 after the introduction of glyphosate-resistant crops, which occurred during the latter part of the initial enrollment period of the study (1993-1997) and usage continued to increase dramatically during the follow-up period, the AHS study may have flaws in linking the exposure period to malignancy prior to the periods of more significant exposures.

In 2019, a meta-analysis of articles on human exposure to GBFs and risk of NHL was published.[48] The authors included an updated analysis from AHS [49] along with 5 case-control studies as shown in Table 1 above. The authors found that the overall risk of NHL was significantly increased by 41% in the GBF-exposed individuals (meta-RR 1.41, 95% CI, 1.3-1.75). The risk increased to 84% when the AHS was deleted from the analysis (meta-RR 1.84, 95% CI, 1.33-2.55). They also reviewed the available animal and mechanistic studies on the carcinogenic effects of glyphosate and GBFs and concluded that their findings support a compelling link between exposures to GBFs and an increased risk of NHL. However, with a median follow-up in this initial report of only 6.7 years, this was too short a time to detect a meaningful increase in NHL or other cancers associated with glyphosate.[29] The EPA also reviewed this issue and found that glyphosate is not likely to be carcinogenic in humans,[50] however criticisms of the EPA review include that it placed excessive weight on assays performed in bacteria, and on industry-sponsored studies that were not available for review by IARC.

To attempt to address why different agencies have reached different opposing conclusions, a number of reviews have been published.[51-53] Industry-sponsored reviews have concluded that glyphosate and GBFs do not pose a genotoxic hazard, and explain the positive findings in the IARC assessment and their own analyses as owing to technical or methodologic issues, or cytotoxicity rather than genotoxicity.[29] The IARC found an association between NHL and glyphosate based on the available human evidence, including strong evidence of genotoxicity and oxidative stress for glyphosate, derived entirely from publicly available research.[54] Criticisms of the EPA and AHS studies included the lack of attention to important laboratory and mechanistic evidence of genotoxicity in human, and dismissal of key findings of possible carcinogenicity.[29] In conclusion, the epidemiologic studies provide ample evidence for an association between exposure to GBFs and an increased risk of NHL.

(e)  General causation

To determine whether Roundup is a causal factor for the development of NHL guidelines for general causation can be applied based on the Bradford Hill criteria for causation.[27] Experts use this scientific method in the review and evaluation of evidence based on the guidelines set forth by Sir Austin Bradford Hill using a group of nine principles that can be useful in establishing epidemiologic evidence of a causal relationship between a presumed cause and an observed effect and have been widely used in public health research, as outlined below:

1.  Strength of association: in reviewing the evidence, including animal, mechanistic, and epidemiologic studies cited above, glyphosate and GBFs clearly increase the risk of NHL.

2.  Consistency: while there is an ongoing debate about the weight of using one particular scientific study (e.g. animal models vs cell cultures), the studies mentioned above clearly show consistency in terms of the probability of GBFs increasing the odds of malignancy, including NHL.

3.  Specificity: clearly individuals with long-term exposure to GBFs over time have a specific association with increased risk of malignancy, and the effects appear to be dose-related. Furthermore, when compared in case-control studies, individuals exposed to glyphosate were more likely to develop NHL than controls.

4.  Temporality: epidemiologic studies have shown that exposure to GBFs increases the risk of NHL, and that this can occur with a latency period over decades.

5.  Biological gradient: while below standard doses of glyphosate in Roundup have shown to promote cellular changes that can occur in NHL, clearly higher doses or prolonged exposures increase risk.

6.  Plausibility: as reviewed above, chromosomal damage can occur with exposure to GBFs and this can be demonstrated in a mechanistic fashion when exposing either cell cultures or animals to glyphosate. Oxidative stress, DNA double strand breaks, and increased expression of lymphoma-promoting mutations have all been associated with glyphosate exposure to lymphocytes.

7.  Coherence: when taking into account human studies of either cell cultures or epidemiologic data, the preponderance of data argue for a causative effect of GBFs on lymphomagenesis. The IARC reviewed these data in detail as noted above and concluded there was sufficient evidence to at the least link glyphosate to being a carcinogen.

8. Experiment: as described above, using data from in vitro and in vivo studies, animal models, and retrospective epidemiologic studies from GBP exposures, there are clearly increased risk for NHL when human tissue is exposed to glyphosate and systemic absorption occurs.

9. Analogy: while differences in GBP due to proprietary components such as surfactants may account for different latency periods in development of NHL, similar patterns of exposure lead to similar outcomes of malignancy.

## 6.   Conclusion

While I defer to general causation experts to debate the merits of the studies used to link chemicals in Roundup such as glyphosate to the development of NHL, in this case, Mrs. Spector had no alternative risk factors for the development of her unusual extranodal MZL, was younger than the average age for diagnosis, and had multi-focal disease which is also atypical. This evaluation provides coherent and compelling evidence that glyphosate and GBFs are more likely than not to be a cause of NHL in humans exposed to these agents. In the case of Mrs. Spector, she had a long-standing exposure to Roundup over a 38 year period between 1980-2018 in spray form, and then developed an unusual NHL in the lungs that typically results following a latency period of many years. Based on the above report, I conclude to a reasonable degree of medical certainty that Mrs. Spectors NHL was caused by her Roundup exposure.

## 7.   Additional Matters

I have not testified in prior litigation or given prior depositions. My hourly rate for review of medical records, research on scientific literature, meetings, and report preparation is $350 per hour. My rate for deposition or testimonial is $3,500 per day.

## 8.   CV attached

Thank you for the privilege and opportunity to review this interesting case. Please let me know if I can be of further assistance.

Marc Braunstein, MD, PhD, FACP

## 9.   References

1.    Sabattini E, Bacci F, Sagramoso C, Pileri SA. WHO classification of tumours of haematopoietic and lymphoid tissues in 2008: an overview. *Pathologica* 2010; **102**(3): 83-87. e-pub ahead of print 2010/12/22;

2.    Stefanovic A, Morgensztern D, Fong T, Lossos IS. Pulmonary marginal zone lymphoma: a single centre experience and review of the SEER database. *Leuk Lymphoma* 2008; **49**(7): 1311-1320. e-pub ahead of print 2008/07/08; doi: 10.1080/10428190802064933

14

3.      Kuppers R. Mechanisms of B-cell lymphoma pathogenesis. *Nat Rev Cancer* 2005; **5**(4)**:** 251-262. e-pub ahead of print 2005/04/02; doi: 10.1038/nrc1589

4.      Husnain M, Kuker R, Reis IM, Iyer SG, Zhao W, Chapman JR *et al.* Clinical and radiological characteristics of patients with pulmonary marginal zone lymphoma: A single center analysis. *Cancer Med* 2020; **9**(14)**:** 5051-5064. e-pub ahead of print 2020/05/27; doi: 10.1002/cam4.3096

5.      Swerdlow SH, Campo E, Pileri SA, Harris NL, Stein H, Siebert R *et al.* The 2016 revision of the World Health Organization classification of lymphoid neoplasms. *Blood* 2016; **127**(20)**:** 2375-2390. e-pub ahead of print 2016/03/17; doi: 10.1182/blood-2016-01-643569

6.      Kumar V, Abbas AK, Aster JC, Robbins SL. *Robbins basic pathology*, 9th edn Elsevier/Saunders: Philadelphia, PA, 2013.

7.      database S. https://seer.cancer.gov/statfacts/html/follicular.html.

8.      Thieblemont C, Cascione L, Conconi A, Kiesewetter B, Raderer M, Gaidano G *et al.* A MALT lymphoma prognostic index. *Blood* 2017; **130**(12)**:** 1409-1417. e-pub ahead of print 2017/07/20; doi: 10.1182/blood-2017-03-771915

9.      Olszewski AJ, Castillo JJ. Survival of patients with marginal zone lymphoma: analysis of the Surveillance, Epidemiology, and End Results database. *Cancer* 2013; **119**(3)**:** 629-638. e-pub ahead of print 2012/08/16; doi: 10.1002/cncr.27773

10.     Olszewski AJ, Winer ES, Castillo JJ. Validation of clinical prognostic indices for diffuse large B-cell lymphoma in the National Cancer Data Base. *Cancer Causes Control* 2015; **26**(8)**:** 1163-1172. e-pub ahead of print 2015/06/10; doi: 10.1007/s10552-015-0610-8

11.     National Comprehensive Cancer Network. B-Cell Lymphomas. . In, April 2021.

12.     Criteria, (GELF). https://www.mdcalc.com/groupe-detude-des-lymphomes-folliculaires-gelf-criteria#evidence.

13.     Kahl BS, Yang DT. Follicular lymphoma: evolving therapeutic strategies. *Blood* 2016; **127**(17)**:** 2055-2063. e-pub ahead of print 2016/03/19; doi: 10.1182/blood-2015-11-624288

14.     Casulo C, Maragulia J, Zelenetz AD. Incidence of hypogammaglobulinemia in patients receiving rituximab and the use of intravenous immunoglobulin for recurrent infections. *Clin Lymphoma Myeloma Leuk* 2013; **13**(2)**:** 106-111. e-pub ahead of print 2013/01/02; doi: 10.1016/j.clml.2012.11.011

15.     Sehn LH. Introduction to a review series: the paradox of indolent B-cell lymphoma. *Blood* 2016; **127**(17)**:** 2045-2046. e-pub ahead of print 2016/03/19; doi: 10.1182/blood-2016-03-692442

16.     Lamure S, Dulery R, Delord M ea. High incidence of persistent COVID-19 among patients with lymphoma treated with B-cell depleting immunotherapy. *AACR Virtual Meeting* 2021; **Abstract S09-02.**;

17.     Morton LM, Slager SL, Cerhan JR, Wang SS, Vajdic CM, Skibola CF *et al.* Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. *J Natl Cancer Inst Monogr* 2014; **2014**(48)**:** 130-144. e-pub ahead of print 2014/09/01; doi: 10.1093/jncimonographs/lgu013

18.     Thandra KC, Barsouk A, Saginala K, Padala SA, Barsouk A, Rawla P. Epidemiology of Non-Hodgkin's Lymphoma. *Med Sci (Basel)* 2021; **9**(1). e-pub ahead of print 2021/02/13; doi: 10.3390/medsci9010005

19.     Cerhan JR, Slager SL. Familial predisposition and genetic risk factors for lymphoma. *Blood* 2015; **126**(20)**:** 2265-2273. e-pub ahead of print 2015/09/26; doi: 10.1182/blood-2015-04-537498

20.     Kaushansky K, Lichtman M, Prchal J, Levi M, Burns L, Linch D (eds). *Williams Hematology, 10th Edition*, 2021.

21.     Besson H, Brennan P, Becker N, Nieters A, De Sanjose S, Font R *et al.* Tobacco smoking, alcohol drinking and non-Hodgkin's lymphoma: A European multicenter case-control study (Epilymph). *Int J Cancer* 2006; **119**(4)**:** 901-908. e-pub ahead of print 2006/03/25; doi: 10.1002/ijc.21913

22.     Willett EV, Smith AG, Dovey GJ, Morgan GJ, Parker J, Roman E. Tobacco and alcohol consumption and the risk of non-Hodgkin lymphoma. *Cancer Causes Control* 2004; **15**(8)**:** 771-780. e-pub ahead of print 2004/10/01; doi: 10.1023/B:CACO.0000043427.77739.60

23.     Sergentanis TN, Kanavidis P, Michelakos T, Petridou ET. Cigarette smoking and risk of lymphoma in adults: a comprehensive meta-analysis on Hodgkin and non-Hodgkin disease. *Eur J Cancer Prev* 2013; **22**(2)**:** 131-150. e-pub ahead of print 2012/07/05; doi: 10.1097/CEJ.0b013e328355ed08

24.     Suarez-Larios K, Salazar-Martinez AM, Montero-Montoya R. Screening of Pesticides with the Potential of Inducing DSB and Successive Recombinational Repair. *J Toxicol* 2017; **2017:** 3574840. e-pub ahead of print 2017/11/14; doi: 10.1155/2017/3574840

25. Kubsad D, Nilsson EE, King SE, Sadler-Riggleman I, Beck D, Skinner MK. Assessment of Glyphosate Induced Epigenetic Transgenerational Inheritance of Pathologies and Sperm Epimutations: Generational Toxicology. *Sci Rep* 2019; **9**(1)**:** 6372. e-pub ahead of print 2019/04/24; doi: 10.1038/s41598-019-42860-0

26. In: *Some Organophosphate Insecticides and Herbicides*: Lyon (FR), 2017.

27. Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med* 1965; **58:** 295-300. e-pub ahead of print 1965/05/01;

28. Hill AB. The environment and disease: association or causation? 1965. *J R Soc Med* 2015; **108**(1)**:** 32-37. e-pub ahead of print 2015/01/13; doi: 10.1177/0141076814562718

29. Weisenburger DD. A Review and Update with Perspective of Evidence that the Herbicide Glyphosate (Roundup) is a Cause of Non-Hodgkin Lymphoma. *Clin Lymphoma Myeloma Leuk* 2021. e-pub ahead of print 2021/05/31; doi: 10.1016/j.clml.2021.04.009

30. Steinrucken HC, Amrhein N. The herbicide glyphosate is a potent inhibitor of 5-enolpyruvyl-shikimic acid-3-phosphate synthase. *Biochem Biophys Res Commun* 1980; **94**(4)**:** 1207-1212. e-pub ahead of print 1980/06/30; doi: 10.1016/0006-291x(80)90547-1

31. Benbrook CM. Trends in glyphosate herbicide use in the United States and globally. *Environ Sci Eur* 2016; **28**(1)**:** 3. e-pub ahead of print 2016/10/19; doi: 10.1186/s12302-016-0070-0

32. Wester RC, Patel R, Nacht S, Leyden J, Melendres J, Maibach H. Controlled release of benzoyl peroxide from a porous microsphere polymeric system can reduce topical irritancy. *J Am Acad Dermatol* 1991; **24**(5 Pt 1)**:** 720-726. e-pub ahead of print 1991/05/01; doi: 10.1016/0190-9622(91)70109-f

33. Nielsen JB, Nielsen F, Sorensen JA. Defense against dermal exposures is only skin deep: significantly increased penetration through slightly damaged skin. *Arch Dermatol Res* 2007; **299**(9)**:** 423-431. e-pub ahead of print 2007/09/21; doi: 10.1007/s00403-007-0788-z

34. Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, Chapman P *et al.* Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. *Environ Health Perspect* 2004; **112**(3)**:** 321-326. e-pub ahead of print 2004/03/05; doi: 10.1289/ehp.6667

35. Pierce JS, Roberts B, Kougias DG, Comerford CE, Riordan AS, Keeton KA *et al.* Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy

residential consumer application of Roundup((R)). *Inhal Toxicol* 2020; **32**(8)**:** 354-367. e-pub ahead of print 2020/09/08; doi: 10.1080/08958378.2020.1814457

36.     Tarazona JV, Court-Marques D, Tiramani M, Reich H, Pfeil R, Istace F *et al.* Response to the reply by C. J. Portier and P. Clausing, concerning our review "Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC". *Arch Toxicol* 2017; **91**(9)**:** 3199-3203. e-pub ahead of print 2017/07/27; doi: 10.1007/s00204-017-2032-8

37.     Lioi MB, Scarfi MR, Santoro A, Barbieri R, Zeni O, Salvemini F *et al.* Cytogenetic damage and induction of pro-oxidant state in human lymphocytes exposed in vitro to gliphosate, vinclozolin, atrazine, and DPX-E9636. *Environ Mol Mutagen* 1998; **32**(1)**:** 39-46. e-pub ahead of print 1998/08/26;

38.     Portier CJ. A comprehensive analysis of the animal carcinogenicity data for glyphosate from chronic exposure rodent carcinogenicity studies. *Environ Health* 2020; **19**(1)**:** 18. e-pub ahead of print 2020/02/14; doi: 10.1186/s12940-020-00574-1

39.     Rezende ECN, Carneiro FM, de Moraes JB, Wastowski IJ. Trends in science on glyphosate toxicity: a scientometric study. *Environ Sci Pollut Res Int* 2021. e-pub ahead of print 2021/06/01; doi: 10.1007/s11356-021-14556-4

40.     Pahwa M, Beane Freeman LE, Spinelli JJ, Blair A, McLaughlin JR, Zahm SH *et al.* Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. *Scand J Work Environ Health* 2019; **45**(6)**:** 600-609. e-pub ahead of print 2019/06/28; doi: 10.5271/sjweh.3830

41.     McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA *et al.* Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. *Cancer Epidemiol Biomarkers Prev* 2001; **10**(11)**:** 1155-1163. e-pub ahead of print 2001/11/09;

42.     Hardell L, Eriksson M, Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. *Leuk Lymphoma* 2002; **43**(5)**:** 1043-1049. e-pub ahead of print 2002/08/01; doi: 10.1080/10428190290021560

43.     De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF *et al.* Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. *Occup Environ Med* 2003; **60**(9)**:** E11. e-pub ahead of print 2003/08/26; doi: 10.1136/oem.60.9.e11

44. Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *Int J Cancer* 2008; **123**(7): 1657-1663. e-pub ahead of print 2008/07/16; doi: 10.1002/ijc.23589

45. Orsi L, Delabre L, Monnereau A, Delval P, Berthou C, Fenaux P *et al.* Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. *Occup Environ Med* 2009; **66**(5): 291-298. e-pub ahead of print 2008/11/20; doi: 10.1136/oem.2008.040972

46. Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M *et al.* Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. *Occup Environ Med* 2013; **70**(2): 91-98. e-pub ahead of print 2012/11/03; doi: 10.1136/oemed-2012-100845

47. De Roos AJ, Blair A, Rusiecki JA, Hoppin JA, Svec M, Dosemeci M *et al.* Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. *Environ Health Perspect* 2005; **113**(1): 49-54. e-pub ahead of print 2005/01/01; doi: 10.1289/ehp.7340

48. Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. *Mutat Res* 2019; **781**: 186-206. e-pub ahead of print 2019/07/26; doi: 10.1016/j.mrrev.2019.02.001

49. Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, Lynch CF *et al.* Glyphosate Use and Cancer Incidence in the Agricultural Health Study. *J Natl Cancer Inst* 2018; **110**(5): 509-516. e-pub ahead of print 2017/11/15; doi: 10.1093/jnci/djx233

50. (EPA) EPA. Glyphosate issue paper: evaluation of carcinogenic potential. 2016. https://www.epa.gov/sites/production/files/2016-09/documents/glyphosate_issue_paper_evaluation_of_carcincogenic_potential.pdf. 2017.

51. Benbrook CM. How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides? . *Environ Sci Eur* 2019; **31**: 2–16.

52. Clausing P, Robinson C, Burtscher-Schaden H. Pesticides and public health: an analysis of the regulatory approach to assessing the carcinogenicity of glyphosate in the European Union. *J Epidemiol Community Health* 2018; **72**(8): 668-672. e-pub ahead of print 2018/03/15; doi: 10.1136/jech-2017-209776

53. Portier CJ, Armstrong BK, Baguley BC, Baur X, Belyaev I, Belle R *et al.* Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). *J Epidemiol*

*Community Health* 2016; **70**(8)**:** 741-745. e-pub ahead of print 2016/03/05; doi: 10.1136/jech-2015-207005

54.    Guyton KZ, Loomis D, Grosse Y, El Ghissassi F, Benbrahim-Tallaa L, Guha N *et al.* Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. *Lancet Oncol* 2015; **16**(5)**:** 490-491. e-pub ahead of print 2015/03/25; doi: 10.1016/S1470-2045(15)70134-8