# EXHIBIT 14

Al-Khatib, K. Expert Report, Spector v. Monsanto, July 29, 2021.

American Cancer Society. 2021. Non-Hodgkin lymphoma causes, risk factors, and prevention. Cancer.org. 12 pp.

Andreotti, G., Koutros, S., Hofmann, J.N., Sandler, D.P., Lubin, J.H., Lynch, C.F., Lerro, C.C., De Roos, A.J., Parks, C.G., Alavanja, M.C., Silverman, D.T. 2018. Glyphosate use and cancer incidence in the agricultural health study. Journal of the National Cancer Institute. 110(5):djx233.

Benbrook, C.M. 2019. How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides? Environmental Sciences Europe. 31:2.

Carl Savory and Karen Savory v. Monsanto Company, Civil Action Complaint and Demand for Jury Trail In the United States District Court for the Eastern District of Pennsylvania, Case No. 2-20-cv-01327-PD, filed March 6, 2020, pages 1-44.

Casarett and Doull's Toxicology: The Basic Science of Poisons, Ninth Edition. 2018, pp. 1648.

Creech, J. E. Expert Report, Thomas v. Monsanto, August 6, 2021.

Deposition of Carl Savory, United States District Court, Northern District of California, Case No3:20-cv-02403-VC, dated June 22, 2020.

Eriksson, M., Hardell, L., Carlberg, M., Akerman, M. 2008. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. International Journal of Cancer. 123:1657-1663.

Fedak, K.M., Bernal, A., Capshaw, Z.A., Gross, S. 2015. Applying the Bradford Hill criteria in the 21st century: how data integration has changed causal inference in molecular epidemiology. Emerging Themes in Epidemiology. 12:14.

George, J., Prasad, S., Mahmood, Z., Shukla, Y. 2010. Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach. Journal of Proteomics. 73:951-964.

Gunatilake, S., Seneff, S., Orlando, L. 2019. Glyphosate's synergistic toxicity in combination with other factors as a cause of chronic kidney disease of unknown origin. International Journal of Environmental Research and Public Health. 16(15):2734.

International Agency for Research on Cancer. Some organophosphate insecticides and herbicides/ IARC Working Group on the Evaluation of Carcinogenic Risks to Humans (2015: Lyon, France). Volume 112.

Jameson, Dr. Charles W. Expert Report in Support of General Causation on Behalf of Plaintiffs in the United States District Court, Northern District of California. Date Filed 10/06/2017.

Kabat, G.C., Price, W.J., Tarone, R.E. 2021. On recent meta-analyses of exposure to glyphosate and risk of non-Hodgin's lymphoma in humans. Cancer Causes & Control. 32:406-414.

Leon, M.E., Schinasi, L.H., Lebailly, P., Freeman, L.E.B., Nordby, K.C., Ferro, G., Monnereau, A., Brouwer, M., Tual, S., Baldi, I., Kjaerheim, K., Hofmann, J.N., Kristensen, P., Koutros, S., Straif, K., Kromhout, H., Schüz, J. 2109. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. International Journal of Epidemiology. 1519-15350.

Medical Reports of Carl Savory from Grand View Health Clinical Laboratories, dated October 28, 2019. Medical Reports of Carl Savory from Grand View Health Clinical Laboratories for Dr. Martin C. Hightower, dated November 21, 2019 and November 26, 2019.

Medical Report of Carl Savory by Anthony Magdalinski, DO, Alliance Cancer Specialists, dated April 8, 2020.

McDuffie, H.H., Pahwa, P., McLaughlin, J.R., Spinelli, J.J., Finchman, S., Dosman, J.A., Robson, D., Skinnider, L.F., Choi, N.W. 2001. Non-Hodgkin's lymphoma and specific pesticide exposures in men: Cross-Canada study of pesticide and health[1]. Cancer Epidemiology, Biomarkers & Prevention. 10:1155-1163.

Murphy, J.H. Expert Report, Spector v. Monsanto, July 29, 2021.

Pahwa, M., Freeman, L.E.B., Spinelli, J.J., Blair, A., McLaughlin, J.R., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Pahwa, P., Dosman, J.A., Demers, P.A., Harris, S.A. 2019. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: Findings from the North American Pooled Project. Scandinavian Journal of Work, Environment & Health. 45(6):600-609.

Phalen, R. Expert Report, Thomas v. Monsanto, August 5, 2021.

Plaintiff Fact Sheet, United States District Court, Northern District of California, filed September 26, 2018, Case No. 16-md-02741-VC.

Photographs and Video of Plaintiff Carl Savory's Residence and Sprayers Utilized for Application of Roundup®.

Ritz, Dr. Beate. Expert Report in Support of General Causation on Behalf of Plaintiffs in the United States District Court, Northern District of California. Date Filed 10/06/017.

Sawyer, W.R. Expert Report, Schafer v. Monsanto, March 19, 2021.

Schaefer, J.W. Expert Report, Savory v. Monsanto, August 5, 2021.

Slager, S.L., Benavente, Y., Blair, A., Vermeulen, R., Cerhan, J.R., Costantini, A.S., Monnereau, A., Nieters, A., Clavel, J., Call, T.G., Maynadié, M., Lan, Q., Clarke, C.A., Lightfoot, T., Norman, A.D., Sampson, J.N., Casabonne, D., Cocco, P., de Sanjosé, S. 2014. Medical  history, lifestyle, family history, and occupational

23

risk factors for chronic lymphocytic leukemia/small lymphocytic lymphoma: The interlymph non-Hodgkin lymphoma subtypes project. Journal of the National Cancer Institute Monographs. 48:41-51.

Smith, C.M. Expert Report, Savory v. Monsanto, August 5, 2021.

United States Environmental Protection Agency, Office of Pesticide Programs. Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. December 12, 2017.

Wozniak, E., Sicinska, P., Michaelowicz, J., Wozniak, K., Reszka, E., Huras, B., Zakrzewski, J., Bukowska, B. 2018. The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells – genotoxic risk assessment. Food and Chemical Toxicology. 120:510-522.

Zhang, L, Rana, I., Shaffer, R.M., Taioli, E., Sheppard, L. 2019. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutation Research – Reviews in Mutation Research. 781:186-206.

DECLARATION OF RONALD J. KENDALL, Ph.D.