Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
T: (502) 717-4080
jennifer@moorelawgroup.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| L.B., a minor, by his parent and natural guardian, Gratziela Crisovan v. Monsanto Company, Case No. 3:19-cv-1554-VC | |

Pursuant to LR Civ. R. 79-5 and 7-11 of the Northern District of California and this Court's Standing Order for Civil Cases, ¶¶ 27-29, Plaintiff hereby files this Administrative Motion to File Under Seal.

**I.   Action Requested**

A ruling on whether the Uncontested Petition for Approval of Compromise of Minor Settlement can be filed with the proposed redactions and whether the accompanying unredacted exhibits may be filed under seal.

**II.   Reasons Supporting the Request**

Pursuant to LR 79-5 and the Confidentiality Order in place for MDL 2741, any party wishing to use a document designated "confidential," in support of a motion must file an Administrative Motion such as this, to determine whether filing under seal is appropriate. This action was originally filed in the United States District Court for the Southern District of Florida. On September 10, 2021, Moore Law Group, PLLC entered into a Master Settlement Agreement

("MSA") with Monsanto. L.B. is part of this aggregate settlement and has received an allocation under the settlement. Florida law requires court approval of a minor's settlement. Fla. Stat. § 744.3025.

The MSA and L.B.'s release contain confidentiality clauses prohibiting the disclosure of the terms of the settlement including the amount, and thus, filing the proposed redacted Uncontested Petition for Approval of Compromise of Minor Settlement is appropriate. Plaintiff requests the three (3) exhibits to the Petition be sealed entirely as they contain information revealing the identity of L.B., a minor, and because they contain sensitive and confidential financial information that should not be part of the public record. Pursuant to *Center for Auto Safety v. Chrysler Group, LLC*, the good cause standard should apply here given that the parties have agreed to a confidentiality clause as part of L.B.'s settlement, and further, the public is not presumed to have "regular access" to information concerning the amount and details of the settlement of a minor, nor sensitive financial information. 809 F.3d 1092, 1099 (9th Cir. 2016).

### III.     Conclusion

For the foregoing reasons, Plaintiff seeks permission to file the redacted Uncontested Petition for Approval of Compromise of Minor Settlement with the unredacted accompanying exhibits under seal for the purpose of obtaining Court approval of the minor's settlement.

Dated:  September 22, 2021            Respectfully submitted,

/s/Jennifer A. Moore (SBN 206779)
Jennifer A. Moore
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
T: (502) 717-4080
F: (502) 717-4086
jennifer@moorelawgroup.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Jennifer A. Moore_____
Jennifer A. Moore