1
2
3
4

Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
T:  (502) 717-4080
jennifer@moorelawgroup.com

5
6

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

7
8

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

Case No. 16-md-02741-VC

9
10
11
12

This document relates to:

L.B., a minor, by his parent and natural guardian,
Gratziela Crisovan v. Monsanto Company,
Case No. 3:19-cv-1554-VC

**DECLARATION OF JENNIFER
A. MOORE PURSUANT TO
CIVIL LR 7-11(a)**

13
14

I, Jennifer A. Moore, hereby declare as follows:

15
16

1.      I am an attorney licensed to practice in both the Commonwealth of Kentucky
(KBA No. 87437) and the state of California (SBN 206779).

17

2.      I represent Plaintiff L.B. in the above-referenced case.

18
19
20
21
22
23
24
25
26
27
28

3.      I make this Declaration in support of Plaintiff's Administrative Motion to File
Under Seal.  Pursuant to LR 79-5(d), Plaintiff simultaneously files the redacted and unredacted
versions of the Uncontested Petition for Approval of Compromise of Minor Settlement and
corresponding attachments to settle the above-referenced case. Plaintiff requests the Uncontested
Petition for Approval of Compromise of Minor Settlement be redacted to protect the
confidentiality of the settlement amount, and that all exhibits thereto be sealed entirely. The
Petition provides details of the proposed settlement between the parties, including information
deemed confidential by Monsanto and to which the parties agreed to maintain as confidential in
a Master Settlement Agreement ("MSA") and the Confidential Release, Indemnity, Assignment,

and Settlement Agreement and Covenant Not to Sue ("Release").   The exhibits contain confidential information regarding the settlement and the details of the Trust Agreement.

4.      Pursuant to the MSA and the Release, the parties agreed that the amount of the settlement and terms of the settlement be maintained confidential.

5.      Plaintiff and Defendants have met and conferred in good faith and have agreed that a court order is necessary to approve the settlement and the allocation of the settlement proceeds.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 22, 2021                    Respectfully submitted,

/s/Jennifer A. Moore (SBN 206779)
Jennifer A. Moore
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
T:  (502) 717-4080
F:  (502) 717-4086
jennifer@moorelawgroup.com

*Attorney for Plaintiff*

DECLARATION OF JENNIFER A. MOORE PURSUANT TO CIVIL LR 7-11(a)