Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
T:  (502) 717-4080
jennifer@moorelawgroup.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>L.B., a minor, by his parent and natural guardian, Gratziela Crisovan v. Monsanto Company, Case No. 3:19-cv-1554-VC | **STIPULATION OF THE PARTIES** |

Undersigned counsel on behalf of their respective clients hereby agree that the Plaintiff's Uncontested Petition for Approval of Compromise of Minor Settlement should be redacted as to all monetary details of the settlement and that the exhibits thereto should be filed entirely under seal in order to obtain court approval of the settlement for L.B., a minor.

Dated:  September 22, 2021       /s/Jennifer A. Moore (SBN 206779)
                                 Jennifer A. Moore
                                 MOORE LAW GROUP, PLLC
                                 1473 South 4th Street
                                 Louisville, KY  40208
                                 T:  (502) 717-4080
                                 F:  (502) 717-4086
                                 jennifer@moorelawgroup.com

                                 *Counsel for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  September 22, 2021

/s/Julie du Pont (with permission)
Julie du Pont
ARNOLD & PORTER LLP
250 West 55th Street
New York, New York 10019-9710
(212) 836 - 8572
Julie.duPont@arnoldporter.com

*Counsel for Defendant*

2
STIPULATION OF THE PARTIES