Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
T: (502) 717-4080
jennifer@moorelawgroup.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>L.B., a minor, by his parent and natural guardian, Gratziela Crisovan v. Monsanto Company,<br>Case No. 3:19-cv-1554-VC | **PLAINTIFF'S UNCONTESTED PETITION FOR APPROVAL OF COMPROMISE OF MINOR SETTLEMENT** |

  Gratziela Crisovan, as parent of, minor plaintiff, L.B., by and through undersigned counsel, respectfully requests approval of the minor's proposed settlement, and the distribution of the settlement, as detailed below.[1] After payment of attorneys' fees, the MDL Common Benefit Holdback,[2] case expenses, health insurance liens, and reimbursement to Gratziela Crisovan for medical expenses paid for L.B., the net proceeds will be placed into a trust, The ▬▬▬▬ ▬▬▬▬ Trust for the benefit of L.B.[3] Plaintiff also requests that the costs of establishing the trust are paid prior to placing the net proceeds into the trust as reflected below. Gratziela Crisovan, L.B.'s mother, is not serving as trustee, rather, a non-parent is serving as trustee as stated in the trust.

  The following is a proposed distribution of the minor's settlement proceeds:

---

[1] Defendant is not contesting the Petition.
[2] Pursuant to this Court's Orders [DE 13190; DE 13322], Plaintiff is holding back 8% of the gross recovery for a common benefit holdback. If there is a motion to assess this case for a percentage of the gross recovery, Plaintiff respectfully reserves the right to object.
[3] A copy of the Trust and EIN for the Trust are attached as Exhibit A.

**REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED.**

| | |
|---|---|
| Total settlement: | $███████[4] |
| Attorneys' fees:<br>(reduced from 40% to 37%) | $██████ |
| MDL Common Benefit Holdback (8%):<br>(to be held from attorneys' fees) | $██████ |
| Case Expenses: | $████ |
| Health Insurance Lien Holdback:[5] | $██████ |
| Reimbursement to Gratziela Crisovan of medical expenses paid for benefit of L.B.:[6] | $██████ |
| Fees and Costs for establishment of trust:[7] | $██████ |
| Net recovery to be paid to ████████ Trust: | $██████ |

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). In the context of a proposed settlement in suits involving minors, the Court must "independently investigate and evaluate any compromise or settlement of a minor's claims to assure itself that the minor's interests are protected . . . even if the settlement has been recommended or negotiated by the minor's parent or Guardian Ad Litem." *Salmeron v. U.S.*, 724 F.2d 1357, 1363 (9th Cir. 1983). Courts should consider "whether the net amount distributed to

---

[4] The gross settlement is expected to slightly increase as the claimant is entitled to a *pro rata* share of the interest being earned in the Qualified Settlement Fund.

[5] A condition of settlement is that all potential subrogation claims be resolved out of the settlement proceeds. Accordingly, undersigned counsel is negotiating with health insurers to resolve their subrogation claims. The $███████ is being withheld at this time to resolve those subrogation claims. The remaining balance, if any, after lien resolution will be deposited into the trust.

[6] *See* Exhibit B for copies of receipts and proof of payments. Note that certain payments are reflected in pounds (£) and were converted to US dollars to reach the total.

[7] *See* Exhibit C for invoice from Thompson Law, PLLC.

**REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED.**

each minor plaintiff in the settlement is fair and reasonable, in light of the facts of the case, the minor's specific claim, and recovery in similar cases." *Robidoux*, 638 F.3d at 1182.

In evaluating a settlement, the district court "should evaluate the fairness of each minor plaintiffs' net recovery without regard to the proportion of the total settlement value designated for adult co-plaintiffs or plaintiffs' counsel – whose interests the district court has no special duty to safeguard." *Id.* at 1182 (citing *Dacanay v. Mendoza*, 573 F.2d 1075, 1078 (9th Cir. 1978)). "So long as the net recovery to each minor plaintiff is fair and reasonable in light of their claims and average recovery in similar cases, the district court should approve the settlement as proposed by the parties." *Id.*

Based upon the terms of the settlement, the facts of the case, and settlements in similar cases, it is respectfully submitted that the total settlement, costs incurred, and fees incurred are fair and reasonable under the circumstances.

In conclusion, it is respectfully requested that the Court order as follows:

1. The minor's settlement as described above is approved;

2. Counsel's fees and costs as described above are approved;

3. $[REDACTED] of the minor's settlement will be reimbursed to Gratziela Crisovan for medical expenses paid on behalf of L.B., as reflected on Exhibit B and $[REDACTED] will be paid pursuant to the invoice for establishment of the [REDACTED] Trust, attached as Exhibit C.

4. $[REDACTED] amount of the minor's settlement will be placed into the [REDACTED] Trust, a copy of said trust is filed under seal herewith and the Court approves the [REDACTED] Trust, including the trust agreement filed herewith. Any withdrawal of principal or interest made from the Trust shall be in accordance with the Trust plans as approved by this Court.

**REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED.**

5. Any modifications to the terms of the Trust shall be presented to this Court for approval.

Dated: September 22, 2021               Respectfully submitted,

/s/Jennifer A. Moore (SBN 206779)
Jennifer A. Moore
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
T:  (502) 717-4080
F:  (502) 717-4086
jennifer@moorelawgroup.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Jennifer A. Moore_____
Jennifer A. Moore

# Exhibit A

# Exhibit B

# Exhibit C