UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Carson v. Monsanto Company et al.*,<br>Case No. 3:20-cv-06238 | **PRETRIAL ORDER NO. 248: DENYING MOTION TO REMAND IN LIGHT OF FRAUDULENT JOINDER**<br><br>Re: Dkt. No. 11880 |

Carson's motion to remand is denied because all the non-diverse defendants in this suit were fraudulently joined.

1. Wilbur-Ellis Nutrition and Wilbur-Ellis Company were fraudulently joined for the reasons set out in Amended Pretrial Order No. 244, *In re: Roundup Products Liability Litigation*, No. 16-md-2741, 2021 WL 4186714 (N.D. Cal. Sept. 15, 2021).

2. Carson cannot defeat diversity using Doe defendants. In determining whether an action is diverse for the purposes of diversity jurisdiction, "the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(b)(1); *see Bryant v. Ford Motor Co.*, 886 F.2d 1526, 1528 (9th Cir. 1989).

**IT IS SO ORDERED.**

Dated: September 23, 2021

VINCE CHHABRIA
United States District Judge