1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:   (713) 227-9508
4  Email:       jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                          UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   |  | Case No. 3:16-md-02741-VC |
   | This document relates to: | |
   | *William C. Marr v. Monsanto Co.,* Case No. 3:21-cv-06835-VC | |

13
14          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

   ("Monsanto") makes the following disclosures:
16
           1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
17
           2.   Bayer AG is a publicly held corporation.
18

19 DATED: September 23, 2021              Respectfully submitted,

20                                        SHOOK, HARDY & BACON L.L.P.

21                                        BY: */s/ Jennise W. Stubbs*
22                                            Jennise W. Stubbs
                                              600 Travis Street, Suite 3400
23                                            Houston, TX 77002-2926
                                              Telephone:   (713) 227-8008
24                                            Facsimile:   (713) 227-9508
                                              Email:       jstubbs@shb.com
25
26                                        *Attorneys for Defendant*
                                          *MONSANTO COMPANY*
27
28

# CERTIFICATE OF SERVICE

I certify that on the 23rd day of September, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs