**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

This document relates to:

ALL ACTIONS

MDL No. 2741

Case No. 3:16-md-02741-VC

PRETRIAL ORDER NO. 249:
~~[PROPOSED]~~ **ORDER GRANTING JOINT REQUEST FOR SCHEDULE FOR WAVE 5 CASES**

THIS MATTER came before the Court based on the Court's order for a schedule for Wave 5 cases. Having reviewed the proposed schedule and finding good cause shown, the Court GRANTS the parties' proposed schedule for Wave 5 cases as detailed below and designates the following as part of Wave 5.

**Wave 5 Schedule:**

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 14 days from entry of this order or pursuant to PTO 50, whichever is earlier |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 14 days from entry of this order |
| Deficiency letter(s) sent. | 4 business days from receipt of PFS or pursuant to PTO 50, whichever is earlier |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter or pursuant to PTO 50, whichever is earlier |
| Close of fact discovery. | 9/12/2022 |
| Plaintiffs' expert reports due. | 9/26/2022 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the Wave 5 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 10/3/2022 |
| Monsanto's expert reports due. | 10/26/2022 |
| Close of expert discovery. | 12/12/2022 |
| Monsanto's *Daubert* and summary judgment briefs due. | 1/13/2023 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 1/27/2023 |

| Event | Date |
|---|---|
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 2/3/2023 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | 2/17/2023 |
| *Daubert* hearing (if necessary). | 3/27/2023 |

The Wave 5 cases shall be as follows:

**<u>Cases Transferred to the MDL from Arkansas District Courts are as follows:</u>**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Duck, Albert Ray | 3:20-cv-02641 | USDC Eastern District AR |
| Fennell, Linda | 3:21-cv-00176 | USDC Eastern District AR |
| Flowers, Faye A. | 3:20-cv-00581 | USDC Eastern District AR |
| Garner, Larry | 3:20-cv-06778 | USDC Eastern District AR |
| Griffin, Donna | 3:19-cv-07318 | USDC Eastern District AR |
| Lowe, Randall J. | 3:20-cv-00580 | USDC Western District AR |
| Mullis, Donald K. | 3:19-cv-04112 | USDC Eastern District AR |
| Pirani, Jon Peppi | 3:21-cv-04148 | USDC Eastern District AR |
| Proctor, Patricia A. | 3:19-cv-04113 | USDC Eastern District AR |
| Rogers, Jr., Dwight | 3:20-cv-03064 | USDC Eastern District AR |
| Shipman, Edward B. | 3:21-cv-03272 | USDC Western District AR |

**<u>Cases Transferred to the MDL from Delaware District Courts are as follows:</u>**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Afanador, George | 3:20-cv-01229 | USDC District of DE |
| Baker, Tony | 3:20-cv-02009 | USDC District of DE |
| Brokaw, Jay | 3:19-cv-07395 | USDC District of DE |
| Burlingame, Linda | 3:20-cv-01629 | USDC District of DE |
| Dew, Palmer | 3:19-cv-08082 | USDC District of DE |
| Engelking, Kenneth | 3:20-cv-00846 | USDC District of DE |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Helton, James | 3:20-cv-00425 | USDC District of DE |
| Humphrey, Paul | 3:20-cv-00019 | USDC District of DE |
| King, Jeffrey | 3:19-cv-08083 | USDC District of DE |
| Lawrence, Dr. James | 3:20-cv-09291 | USDC District of DE |
| Lynn, Rodney | 3:20-cv-01221 | USDC District of DE |
| Miller, Marc | 3:19-cv-07393 | USDC District of DE |
| Miller, Susan | 3:19-cv-07394 | USDC District of DE |
| Minando, Perry | 3:17-cv-03227 | USDC District of DE |
| Noucas, Jr, James | 3:20-cv-01222 | USDC District of DE |
| Phillips, Norman | 3:20-cv-00844 | USDC District of DE |
| Ryder, Timothy | 3:20-cv-00584 | USDC District of DE |
| Turner, Judy | 3:19-cv-06392 | USDC District of DE |
| Vogel, James | 3:20-cv-00845 | USDC District of DE |

**<u>Cases Transferred to the MDL from Illinois District Courts are as follows:</u>**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Alassaf, Fouzan | 3:21-cv-03582 | USDC Northern District IL |
| Blau, Denise | 3:21-cv-05103 | USDC Northern District IL |
| Breymeyer, Henry | 3:20-cv-06344 | USDC Central District IL |
| Brown, Randy | 3:21-cv-02124 | USDC Central District IL |
| Delorme-Barton, Karen | 3:18-cv-01427 | USDC Northern District IL |
| Fleischhauer, Dieter | 3:21-cv-05971 | USDC Northern District IL |
| Glavanovits, Michele | 3:20-cv-01016 | USDC Northern District IL |
| Hayes, Patrick | 3:21-cv-05398 | USDC Central District IL |
| Kijowski, Richard | 3:21-cv-04637 | USDC Northern District IL |
| Palmore, Estree | 3:19-cv-07936 | USDC Northern District IL |
| Pawlak, Dorothy | 3:21-cv-03491 | USDC Southern District IL |
| Pawlak, Robert | 3:21-cv-03491 | USDC Southern District IL |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Robinette, Bart | 3:21-cv-01662 | USDC Northern District IL |
| Schiemann, Mary | 3:20-cv-07888 | USDC Northern District IL |
| Seeley, Michael | 3:19-cv-08270 | USDC Central District IL |

**Cases Transferred to the MDL from Kentucky District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Campbell, David Andrew | 3:21-cv-02911 | USDC Western District KY |
| Fitzpatrick, Kelsea Rookard | 3:20-cv-01959 | USDC Eastern District KY |
| Hutchison, William | 3:20-cv-02978 | USDC Eastern District KY |
| Mattingly, Owen | 3:21-cv-01658 | USDC Western District KY |
| McRay, Arthur Dewayne | 3:21-cv-01213 | USDC Western District KY |
| Murdock, Kenzie | 3:20-cv-01363 | USDC Western District KY |
| Ramey, Lenvil | 3:17-cv-05878 | USDC Western District KY |
| Rodgers, David | 3:20-cv-06121 | USDC Eastern District KY |

**Cases Transferred to the MDL from Louisiana District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Adams, III, Jesse R. | 3:20-cv-04746 | USDC Eastern District LA |
| Barnes, Donald | 3:21-cv-00638 | USDC Eastern District LA |
| Bennett, Sierra M. | 3:20-cv-04832 | USDC Middle District LA |
| Blanchard, Rory | 3:19-cv-06443 | USDC Eastern District LA |
| Bourgeois, Helen | 3:19-cv-03325 | USDC Middle District LA |
| Burass, Rose | 3:21-cv-04467 | USDC Eastern District LA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Bussell, David | 3:19-cv-07207 | USDC Western District LA |
| Carlton, John | 3:20-cv-02975 | USDC Eastern District LA |
| Carter, William F. | 3:20-cv-04747 | USDC Middle District LA |
| Chaisson, Robert | 3:19-cv-01143 | USDC Eastern District LA |
| Christy, Whitney Joseph | 3:19-cv-03969 | USDC Eastern District LA |
| Clark, Jr., Grant | 3:20-cv-06499 | USDC Eastern District LA |
| Daigle, Nicole B. | 3:19-cv-04011 | USDC Middle District LA |
| DiVittorio, Tara (on behalf of the estate of Dan J. DiVittorio, Jr.) | 3:17-cv-05176 | USDC Eastern District LA |
| Dufrene, Richard | 3:21-cv-05397 | USDC Eastern District LA |
| Ellerbe, Dana L. | 3:21-cv-01503 | USDC Western District LA |
| Frantz, Joni M. | 3:19-cv-03970 | USDC Eastern District LA |
| Fritscher, Bryan | 3:21-cv-04928 | USDC Eastern District LA |
| Gagliano, Charles J. | 3:21-cv-02703 | USDC Eastern District LA |
| Green, Donald R. | 3:20-cv-03302 | USDC Middle District LA |
| Guidry, Courtney | 3:19-cv-05292 | USDC Western District LA |
| Hadden, Jr., Richard H. | 3:20-cv-01551 | USDC Western District LA |
| Holland, Rhonda | 3:20-cv-08521 | USDC Western District LA |
| Huffman, Robert | 3:20-cv-02061 | USDC Middle District LA |
| Joiner, William Travis | 3:20-cv-03828 | USDC Western District LA |
| Kelly, Donald J. | 3:21-cv-02548 | USDC Middle District LA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Kelly, Kecia | 3:19-cv-07208 | USDC Western District LA |
| Kelly, Sandra | 3:20-cv-05961 | USDC Eastern District LA |
| Kendrick, Wendy W. | 3:19-cv-03326 | USDC Middle District LA |
| Kenney, Tammy | 3:21-cv-05318 | USDC Middle District LA |
| Kingstad, Audrey | 3:21-cv-01507 | USDC Eastern District LA |
| Lagarde, Jr., Charles | 3:19-cv-02834 | USDC Eastern District LA |
| Laginess, Craig M. | 3:20-cv-07217 | USDC Eastern District LA |
| Lane, Miracle C. | 3:19-cv-03901 | USDC Middle District LA |
| Lastra, Juan | 3:20-cv-03073 | USDC Eastern District LA |
| Lay, Lakeisha | 3:19-cv-02582 | USDC Eastern District LA |
| Legrand, Paul | 3:21-cv-00174 | USDC Eastern District LA |
| Liang,, Janice Wood | 3:20-cv-07395 | USDC Eastern District LA |
| Madere, Bryan J. | 3:18-cv-07057 | USDC Eastern District LA |
| Massey, William V. | 3:19-cv-06444 | USDC Western District LA |
| McCandlish, Melvin G. | 3:20-cv-02409 | USDC Western District LA |
| McNamara, Jr., Dennis | 3:21-cv-00963 | USDC Eastern District LA |
| Mire, John | 3:20-cv-04752 | USDC Eastern District LA |
| Monteleone, John | 3:21-cv-00040 | USDC Eastern District LA |
| Montgomery, Steven | 3:20-cv-07397 | USDC Western District LA |
| Morgan, Yvonne E. | 3:20-cv-02408 | USDC Western District LA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Moss, Gloria | 3:20-cv-06349 | USDC Western District LA |
| Myers, Raleigh L. | 3:19-cv-05291 | USDC Western District LA |
| Nettles, Jerry | 3:19-cv-00901 | USDC Eastern District LA |
| Newman, Danielle | 3:20-cv-08524 | USDC Western District LA |
| Patin, Yashinka | 3:20-cv-00010 | USDC Western District LA |
| Pellerin, Sr., Gilbert | 3:21-cv-04634 | USDC Western District LA |
| Penix, Willis Lavelle | 3:20-cv-07554 | USDC Western District LA |
| Reed, Kayla | 3:19-cv-04012 | USDC Western District LA |
| Rizzuto, Jared J. | 3:19-cv-03956 | USDC Eastern District LA |
| Romano, Frank | 3:21-cv-01214 | USDC Eastern District LA |
| Round, Clark | 3:19-cv-08086 | USDC Eastern District LA |
| Roy, Anna | 3:20-cv-03371 | USDC Western District LA |
| Schembre, Joseph | 3:21-cv-04465 | USDC Eastern District LA |
| Scott, Stacy F. | 3:17-cv-05686 | USDC Eastern District LA |
| Shaffer, Jr., Milhaldo Lee | 3:20-cv-05930 | USDC Eastern District LA |
| Simms, Joseph | 3:19-cv-05886 | USDC Eastern District LA |
| Singleton, Sr., Danny Ray | 3:20-cv-02410 | USDC Western District LA |
| Sissac, Henry Roger | 3:21-cv-00043 | USDC Eastern District LA |
| Smith, Bennierita | 3:17-cv-01129 | USDC Eastern District LA |
| Smith, Cornelius | 3:20-cv-06353 | USDC Eastern District LA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Smith, George D. | 3:18-cv-03757 | USDC Eastern District LA |
| Smith, Sean M. | 3:19-cv-07235 | USDC Eastern District LA |
| Sonnier, Sr., Ronald | 3:20-cv-04217 | USDC Western District LA |
| Speyrer, Wesley Louis | 3:20-cv-06354 | USDC Western District LA |
| Steele, Henry | 3:20-cv-07889 | USDC Eastern District LA |
| Tate, Lee L. | 3:21-cv-01504 | USDC Western District LA |
| Thirstrup, Robert J. | 3:19-cv-03327 | USDC Eastern District LA |
| Toomer, Sr., Charles | 3:20-cv-07884 | USDC Eastern District LA |
| Trobona, Charles | 3:19-cv-07234 | USDC Eastern District LA |
| Walker, Maxine | 3:19-cv-04009 | USDC Eastern District LA |
| Warino, Larry | 3:20-cv-07326 | USDC Eastern District LA |
| Warino, Lawless | 3:20-cv-07327 | USDC Eastern District LA |
| Washington, Renee | 3:21-cv-00640 | USDC Eastern District LA |
| Wiggins, Mark E. | 3:19-cv-06445 | USDC Western District LA |
| William, Sr., Joseph R. | 3:20-cv-02411 | USDC Western District LA |
| Williams, Marc | 3:21-cv-02912 | USDC Eastern District LA |
| Wood, Jeanette | 3:20-cv-07220 | USDC Eastern District LA |
| Woolfolk, Martin | 3:20-cv-04760 | USDC Middle District LA |
| Zakaluzny, Ihor A. | 3:20-cv-03835 | USDC Western District LA |
| Zeno, Vera | 3:21-cv-04477 | USDC Eastern District LA |

**Cases Transferred to the MDL from Maine District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Anderson, Raymond | 3:19-cv-08034 | USDC District of ME |
| Hoffman, Kevin | 3:19-cv-08033 | USDC District of ME |
| Mank, Christine | 3:19-cv-08035 | USDC District of ME |
| Poroz, Natala | 3:19-cv-01243 | USDC District of ME |

**Cases Transferred to the MDL from Missouri District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Aiken Jr., Eugene L. | 3:20-cv-00065 | USDC Eastern District MO |
| Albrecht, Michael David | 3:20-cv-01636 | USDC Eastern District MO |
| All, Sandra | 3:21-cv-03418 | USDC Eastern District MO |
| Anderson, George | 3:21-cv-03418 | USDC Eastern District MO |
| Aponte, Modesto | 3:21-cv-03418 | USDC Eastern District MO |
| Arthur, Lillian | 3:21-cv-03418 | USDC Eastern District MO |
| Ashwood, Jack | 3:21-cv-03418 | USDC Eastern District MO |
| Baker, Brenda | 3:19-cv-05873 | USDC Eastern District MO |
| Barnes, Leona | 3:21-cv-03418 | USDC Eastern District MO |
| Batts, Stanley | 3:20-cv-05939 | USDC Eastern District MO |
| Beisner, Eric | 3:20-cv-00056 | USDC Eastern District MO |
| Benedict, Branden | 3:20-cv-05938 | USDC Eastern District MO |
| Biersteker, Jon | 3:21-cv-03418 | USDC Eastern District MO |
| Bischoff, David | 3:20-cv-05937 | USDC Eastern District MO |
| Bodie, John | 3:20-cv-00057 | USDC Eastern District MO |
| Bostic, Tamika | 3:20-cv-05936 | USDC Eastern District MO |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Branham, Laura | 3:21-cv-03418 | USDC Eastern District MO |
| Brooks, James | 3:21-cv-03418 | USDC Eastern District MO |
| Brown, Eric | 3:18-cv-03959 | USDC Eastern District MO |
| Brown, Gerald | 3:21-cv-03418 | USDC Eastern District MO |
| Brown, Gerald Wayne | 3:19-cv-08376 | USDC Eastern District MO |
| Brown, Samuel | 3:19-cv-04418 | USDC Eastern District MO |
| Brown, Wesley | 3:21-cv-03418 | USDC Eastern District MO |
| Burbage, Melody | 3:21-cv-03418 | USDC Eastern District MO |
| Burton, Jason | 3:21-cv-03418 | USDC Eastern District MO |
| Button, Rush | 3:21-cv-03418 | USDC Eastern District MO |
| Calloway, John | 3:20-cv-00059 | USDC Eastern District MO |
| Campbell, Craig T. | 3:19-cv-08378 | USDC Eastern District MO |
| Campbell, William | 3:20-cv-00048 | USDC Eastern District MO |
| Carroll, Sharlyn | 3:20-cv-08516 | USDC Eastern District MO |
| Cheesman, Maryann | 3:18-cv-00815 | USDC Eastern District MO |
| Ciccarone, Mario | 3:20-cv-04221 | USDC Eastern District MO |
| Clark, Cindy | 3:19-cv-01781 | USDC Eastern District MO |
| Clark, Kay | 3:21-cv-03418 | USDC Eastern District MO |
| Cline, William | 3:21-cv-03418 | USDC Eastern District MO |
| Crady, Cynthia | 3:21-cv-03418 | USDC Eastern District MO |

| Plaintiff's Name | MDL Case No. | Transferor Court |
| --- | --- | --- |
| Craig, Walter | 3:20-cv-06660 | USDC Eastern District MO |
| Crewz, Randall | 3:21-cv-03418 | USDC Eastern District MO |
| Culp, David | 3:20-cv-03439 | USDC Eastern District MO |
| Czernich, Jr., John Joseph | 3:20-cv-02643 | USDC Eastern District MO |
| D'Ambrosio, Marriot | 3:21-cv-03418 | USDC Eastern District MO |
| Daniels, Jerry | 3:19-cv-05870 | USDC Eastern District MO |
| Darst, Daniel Miller | 3:19-cv-04478 | USDC Eastern District MO |
| Davis, Marylin | 3:21-cv-03418 | USDC Eastern District MO |
| Davis, Raquel | 3:21-cv-03418 | USDC Eastern District MO |
| Deem, J Klaren | 3:20-cv-01235 | USDC Eastern District MO |
| Dierkes, Timothy J. | 3:20-cv-00624 | USDC Eastern District MO |
| Dobberpuhl, Rickie | 3:21-cv-03754 | USDC Eastern District MO |
| Dotson, Judy | 3:20-cv-02414 | USDC Eastern District MO |
| Draper, Sandra | 3:21-cv-03418 | USDC Eastern District MO |
| Duncan, Georgia Ann | 3:20-cv-00623 | USDC Eastern District MO |
| Eichenberger, Valerie | 3:20-cv-04207 | USDC Eastern District MO |
| Estes, Jill | 3:21-cv-03418 | USDC Eastern District MO |
| Feldman, Myron | 3:20-cv-05934 | USDC Eastern District MO |
| Ferkel, Randy | 3:19-cv-04476 | USDC Eastern District MO |
| Finnell, Patrick | 3:20-cv-02419 | USDC Eastern District MO |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Flatt, Jim | 3:21-cv-03418 | USDC Eastern District MO |
| Ford, Nancy | 3:21-cv-03418 | USDC Eastern District MO |
| Frederick, John | 3:21-cv-03418 | USDC Eastern District MO |
| Frerman, Terry | 3:21-cv-03418 | USDC Eastern District MO |
| Garrity, James | 3:21-cv-03418 | USDC Eastern District MO |
| Geich, Nick | 3:19-cv-05350 | USDC Eastern District MO |
| Gilbert, Andrew | 3:21-cv-03418 | USDC Eastern District MO |
| Glaze, Glyn | 3:20-cv-00064 | USDC Eastern District MO |
| Gomez, Apolinar T. | 3:20-cv-06784 | USDC Eastern District MO |
| Gomez, Paula | 3:21-cv-03418 | USDC Eastern District MO |
| Gonterman, Joella | 3:21-cv-03418 | USDC Eastern District MO |
| Goodman, Jasmine | 3:20-cv-03726 | USDC Eastern District MO |
| Gorman, John George | 3:20-cv-01670 | USDC Eastern District MO |
| Green, Sally | 3:21-cv-03418 | USDC Eastern District MO |
| Guzman, Florentina | 3:19-cv-04479 | USDC Eastern District MO |
| Haggerty, Patrick S. | 3:19-cv-05594 | USDC Eastern District MO |
| Hagood, Eric | 3:20-cv-00035 | USDC Eastern District MO |
| Hebert, Marta J. | 3:21-cv-04636 | USDC Eastern District MO |
| Hernandez, Edwin | 3:19-cv-05872 | USDC Eastern District MO |
| Hill, Michael | 3:20-cv-04516 | USDC Eastern District MO |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Hogue, Mark | 3:21-cv-03418 | USDC Eastern District MO |
| Hohl, Sherry | 3:21-cv-03418 | USDC Eastern District MO |
| Hoover, Joseph | 3:21-cv-03418 | USDC Eastern District MO |
| Howe, Thomas | 3:20-cv-00036 | USDC Eastern District MO |
| Huber, Jeffrey D. | 3:21-cv-01331 | USDC Eastern District MO |
| Hull, Jimmy | 3:21-cv-03418 | USDC Eastern District MO |
| Humphrey, Kevin | 3:20-cv-04647 | USDC Eastern District MO |
| Hunt, Mary | 3:21-cv-03418 | USDC Eastern District MO |
| Hunter, Marjorie | 3:21-cv-03418 | USDC Eastern District MO |
| Hutchinson, Duane W. | 3:21-cv-04638 | USDC Eastern District MO |
| Hutchison, Leslie | 3:20-cv-03444 | USDC Eastern District MO |
| Inman, Dorothy | 3:21-cv-03418 | USDC Eastern District MO |
| Jackson, Elouise | 3:20-cv-08522 | USDC Eastern District MO |
| Jacobs, Jody | 3:21-cv-03418 | USDC Eastern District MO |
| James, Kenneth | 3:21-cv-03418 | USDC Eastern District MO |
| Jernigan, Constance | 3:21-cv-03418 | USDC Eastern District MO |
| Jessop, George M. | 3:20-cv-00042 | USDC Eastern District MO |
| Jilk, Kenneth | 3:19-cv-06429 | USDC Eastern District MO |
| Johnson, Barbara | 3:21-cv-03755 | USDC Eastern District MO |
| Johnson, Bryan | 3:20-cv-00038 | USDC Eastern District MO |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Johnson, Gregory | 3:21-cv-03418 | USDC Eastern District MO |
| Johnson, Michael Henry | 3:20-cv-01234 | USDC Eastern District MO |
| Jones, Andrea | 3:20-cv-05933 | USDC Eastern District MO |
| Jones, Ruth | 3:21-cv-03418 | USDC Eastern District MO |
| Katte, Sandra | 3:20-cv-00039 | USDC Eastern District MO |
| Keeney, Pamela | 3:20-cv-00433 | USDC Eastern District MO |
| Kelly, Michael Joseph | 3:21-cv-02910 | USDC Eastern District MO |
| King, Anthony | 3:21-cv-03418 | USDC Eastern District MO |
| Kleinberg, Jeff | 3:20-cv-00040 | USDC Eastern District MO |
| Koster, Rebecca | 3:20-cv-01634 | USDC Eastern District MO |
| Krauschar, Marvin | 3:20-cv-05932 | USDC Eastern District MO |
| Lahaye, Jr., John | 3:21-cv-03418 | USDC Eastern District MO |
| Laski, Cheryl | 3:20-cv-06668 | USDC Eastern District MO |
| Legros, Sr., James Scott | 3:20-cv-01637 | USDC Eastern District MO |
| Liggins, Reginald | 3:17-cv-02142 | USDC Eastern District MO |
| Lindl, Jospeh | 3:20-cv-05931 | USDC Eastern District MO |
| Long, Matthew | 3:21-cv-03418 | USDC Eastern District MO |
| Luetcke, Christopher | 3:17-cv-02142 | USDC Eastern District MO |
| Lynn, Bonnie | 3:21-cv-03418 | USDC Eastern District MO |
| Lyons, Aaron | 3:21-cv-03418 | USDC Eastern District MO |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Martin, Patrick | 3:17-cv-02142 | USDC Eastern District MO |
| Masella, Jonni | 3:21-cv-03418 | USDC Eastern District MO |
| McCaughtry, Peggy J. | 3:19-cv-08377 | USDC Eastern District MO |
| McCulloch, James Lewis | 3:20-cv-01672 | USDC Eastern District MO |
| McEwan, Sandra | 3:21-cv-03418 | USDC Eastern District MO |
| McGill, Kenneth | 3:21-cv-03418 | USDC Eastern District MO |
| McRorie, Bertha | 3:18-cv-01110 | USDC Eastern District MO |
| Mehrens, Allan | 3:18-cv-01151 | USDC Eastern District MO |
| Mikels, Sr., James | 3:19-cv-04409 | USDC Eastern District MO |
| Miller, Eileen | 3:20-cv-08523 | USDC Eastern District MO |
| Mills, Ronald | 3:20-cv-04219 | USDC Eastern District MO |
| Miriani, Tammy | 3:20-cv-04523 | USDC Eastern District MO |
| Moberg, Robert | 3:21-cv-03418 | USDC Eastern District MO |
| Moers, Margaret Ann | 3:20-cv-01671 | USDC Eastern District MO |
| Monginis, Eleanore | 3:21-cv-03418 | USDC Eastern District MO |
| Moore, Glen | 3:20-cv-00041 | USDC Eastern District MO |
| Moore, Thomas | 3:21-cv-03418 | USDC Eastern District MO |
| Morgenweck, Dennis | 3:21-cv-03753 | USDC Eastern District MO |
| Moss, Douglas | 3:17-cv-02142 | USDC Eastern District MO |
| Murphy, Dennis | 3:19-cv-07120 | USDC Eastern District MO |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Muzechuk, Michael | 3:21-cv-03418 | USDC Eastern District MO |
| Neff, Jerry | 3:19-cv-05294 | USDC Eastern District MO |
| Norgren, Suzanne | 3:17-cv-02142 | USDC Eastern District MO |
| Norman, Mollie | 3:21-cv-03418 | USDC Eastern District MO |
| Novak, Niles | 3:21-cv-03418 | USDC Eastern District MO |
| Odum, Brenda | 3:21-cv-03418 | USDC Eastern District MO |
| Oliver, Leigh | 3:21-cv-03418 | USDC Eastern District MO |
| Omo, Jr., RB | 3:20-cv-00054 | USDC Eastern District MO |
| Paulson, Paul | 3:21-cv-03418 | USDC Eastern District MO |
| Pearson, Norma | 3:21-cv-03418 | USDC Eastern District MO |
| Perkowski, Edward | 3:21-cv-03418 | USDC Eastern District MO |
| Pinkard, Marty | 3:17-cv-02142 | USDC Eastern District MO |
| Poling, Karen | 3:21-cv-03418 | USDC Eastern District MO |
| Potter, Robert | 3:21-cv-03418 | USDC Eastern District MO |
| Powers, Albert | 3:21-cv-03418 | USDC Eastern District MO |
| Powers, Alberta | 3:21-cv-03418 | USDC Eastern District MO |
| Quintana, Fernando | 3:21-cv-03418 | USDC Eastern District MO |
| Rainer, John | 3:21-cv-03418 | USDC Eastern District MO |
| Ramuno, John V. | 3:20-cv-03732 | USDC Eastern District MO |
| Ray, James | 3:20-cv-04220 | USDC Eastern District MO |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Reed, Martha L. | 3:19-cv-08379 | USDC Eastern District MO |
| Reed, Martin Denny | 3:19-cv-08088 | USDC Eastern District MO |
| Robinson, Shalisha | 3:17-cv-02142 | USDC Eastern District MO |
| Rogers, Cecelia | 3:21-cv-03418 | USDC Eastern District MO |
| Roling, Jennifer | 3:21-cv-03418 | USDC Eastern District MO |
| Ross, Tony | 3:21-cv-03418 | USDC Eastern District MO |
| Rush, Lois P. | 3:20-cv-01232 | USDC Eastern District MO |
| Sayles, Reginald | 3:20-cv-02417 | USDC Eastern District MO |
| Scheideman, Kelly | 3:20-cv-01674 | USDC Eastern District MO |
| Schoonover, John | 3:17-cv-02142 | USDC Eastern District MO |
| Shiley, Diane | 3:21-cv-03418 | USDC Eastern District MO |
| Sivley, Richard | 3:21-cv-03418 | USDC Eastern District MO |
| Smith, Cecil Gene | 3:21-cv-05312 | USDC Eastern District MO |
| Smith, Craig | 3:21-cv-03418 | USDC Eastern District MO |
| Smith, Diane | 3:20-cv-04222 | USDC Eastern District MO |
| Smith, Donald | 3:17-cv-02142 | USDC Eastern District MO |
| Smith, Frederick | 3:17-cv-02142 | USDC Eastern District MO |
| Smith, Marle | 3:21-cv-03418 | USDC Eastern District MO |
| Smith, Robin | 3:21-cv-03418 | USDC Eastern District MO |
| Snell, Glen | 3:19-cv-04489 | USDC Eastern District MO |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Sorensen, Carol | 3:17-cv-02142 | USDC Eastern District MO |
| Stanger, Darryl | 3:21-cv-03418 | USDC Eastern District MO |
| Sterling, Grant | 3:19-cv-06428 | USDC Eastern District MO |
| Stewart, J.P. | 3:20-cv-02415 | USDC Eastern District MO |
| Stine, James | 3:21-cv-03418 | USDC Eastern District MO |
| Sutliff, Timothy | 3:19-cv-02832 | USDC Eastern District MO |
| Swan, Daryl Nels | 3:21-cv-00639 | USDC Eastern District MO |
| Taylor, Frank | 3:21-cv-03418 | USDC Eastern District MO |
| Thelen, Curtiss John | 3:20-cv-01635 | USDC Eastern District MO |
| Thomas, Jr., Robert L. | 3:20-cv-01233 | USDC Eastern District MO |
| Tiddark, Timothy John | 3:20-cv-03060 | USDC Eastern District MO |
| Tierney, Lynn | 3:21-cv-03418 | USDC Eastern District MO |
| Tignor, Robert | 3:19-cv-02832 | USDC Eastern District MO |
| Troxel, Brandi Hodgson | 3:21-cv-01215 | USDC Eastern District MO |
| Vail, Elvis | 3:21-cv-03418 | USDC Eastern District MO |
| Vanbuhler, Robert | 3:21-cv-03418 | USDC Eastern District MO |
| Wade, Chris S. | 3:20-cv-08178 | USDC Eastern District MO |
| Watson, Jack | 3:17-cv-02142 | USDC Eastern District MO |
| Whitaker, Derrek | 3:21-cv-03418 | USDC Eastern District MO |
| White, William | 3:21-cv-03418 | USDC Eastern District MO |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Whitford, Martha | 3:17-cv-02142 | USDC Eastern District MO |
| Whtley, Marques | 3:21-cv-03418 | USDC Eastern District MO |
| Willhite, Lisa | 3:21-cv-03418 | USDC Eastern District MO |
| Williams, Larry | 3:20-cv-02416 | USDC Eastern District MO |
| Woltmann, Edward | 3:21-cv-03418 | USDC Eastern District MO |
| Wood, Zena | 3:20-cv-01638 | USDC Eastern District MO |
| Wynne, Ronnie | 3:19-cv-02832 | USDC Eastern District MO |
| Yenzer, Douglas W. | 3:21-cv-04639 | USDC Eastern District MO |
| Yobert, Wanda | 3:21-cv-03418 | USDC Eastern District MO |
| Zoeller, Rose | 3:20-cv-04522 | USDC Eastern District MO |

**Cases Transferred to the MDL from Puerto Rico Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Acevedo, Gabriel Ocacio | 3:20-cv-08552 | USDC District of Puerto Rico |
| Alvelo, Alma M. | 3:20-cv-08552 | USDC District of Puerto Rico |
| Berrios, Ramón | 3:20-cv-08552 | USDC District of Puerto Rico |
| Colón, Luis Antonio | 3:20-cv-08552 | USDC District of Puerto Rico |
| del Río , Ana Lydia Acevedo | 3:20-cv-08552 | USDC District of Puerto Rico |
| Garced, Cecilio Reyes | 3:20-cv-08552 | USDC District of Puerto Rico |
| González, Carlos M. Plaza | 3:20-cv-08552 | USDC District of Puerto Rico |
| González, Miguel Estrada | 3:20-cv-08552 | USDC District of Puerto Rico |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| González, Ramón Antonio Galarza | 3:20-cv-08552 | USDC District of Puerto Rico |
| Hernández, Misael Batista | 3:20-cv-08552 | USDC District of Puerto Rico |
| Jimenez, Jorge Caballero | 3:20-cv-08552 | USDC District of Puerto Rico |
| Melendez, Neivida Torres | 3:20-cv-08552 | USDC District of Puerto Rico |
| Olivera, José Juan Medina | 3:20-cv-08552 | USDC District of Puerto Rico |
| Pagán, Juan Rivera | 3:20-cv-08552 | USDC District of Puerto Rico |
| Pomales, Efraín Ortiz | 3:20-cv-08552 | USDC District of Puerto Rico |
| Ríos, Martín Vélez | 3:20-cv-08552 | USDC District of Puerto Rico |
| Sánchez, Luz M. Rodríguez | 3:20-cv-08552 | USDC District of Puerto Rico |
| Santiago, Eroina | 3:20-cv-08552 | USDC District of Puerto Rico |
| Shulze, Rafael | 3:20-cv-08552 | USDC District of Puerto Rico |
| Yordán, José Jimenez | 3:20-cv-08552 | USDC District of Puerto Rico |

**Cases Transferred to the MDL from Virginia District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Coffman, Kevin | 3:21-cv-02505 | USDC Eastern District VA |
| Gonzalez, Martin | 3:19-cv-03300 | USDC Eastern District VA |

**as follows:**

Date: September 24, 2021

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

