1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs

2 600 Travis Street, Suite 3400
Houston, TX 77002-2026

3 Telephone:      (713) 227-8008
Facsimile:      (713) 227-9508

4 Email:          jstubbs@shb.com

5 *Attorneys for Defendant*
*MONSANTO COMPANY*

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10 IN RE: ROUNDUP PRODUCTS              MDL No. 2741
LIABILITY LITIGATION

11                                      Case No. 3:16-md-02741-VC

12 This document relates to

*Robin Smith v. Monsanto Company*

13 3:21-cv-07208-VC

14

15      **NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

16 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

17       PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Jennise W. Stubbs, of

18 Shook, Hardy & Bacon L.L.P., hereby enters her appearance in the above-captioned matter as

19 counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings,

20 notices, orders, correspondence, and other papers in connection with this action be served upon her

21 at the above address.

22

23

24

25

26

27

28

4824-7718-0412 v1

DATED: September 24, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/Jennise W. Stubbs
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone: (713) 227-8008
    Facsimile: (713) 227-9508
    Email: jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, Jennise W. Stubbs, hereby certify that, on September 24, 2021, I electronically filed NOTICE OF APPEARANCE OF JENNISE W. STUBBS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/Jennise W. Stubbs
Jennise W. Stubbs

4824-7718-0412 v1