**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:     (713) 227-8008
Facsimile:     (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to | |
| *Karen Poling v. Monsanto Company* | |
| 3:21-cv-07248-VC | |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Jennise W. Stubbs, of

Shook, Hardy & Bacon L.L.P., hereby enters her appearance in the above-captioned matter as

counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings,

notices, orders, correspondence, and other papers in connection with this action be served upon her

at the above address.

- 1 -
NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC  & 3:21-cv-07248-VC

4811-1573-5548 v1

1

DATED: September 24, 2021          Respectfully submitted,

2
                                   SHOOK, HARDY & BACON L.L.P.
3
                                   By: /s/Jennise W. Stubbs
4                                      Jennise W. Stubbs
                                       600 Travis Street, Suite 3400
5                                      Houston, TX 77002-2926
                                       Telephone: (713) 227-8008
6                                      Facsimile: (713) 227-9508
                                       Email: jstubbs@shb.com
7

8                                  *Attorneys for Defendant*
                                   *MONSANTO COMPANY*
9

10                        **CERTIFICATE OF SERVICE**

11
          I, Jennise W. Stubbs, hereby certify that, on September 24, 2021, I electronically filed
12
NOTICE OF APPEARANCE OF JENNISE W. STUBBS ON BEHALF OF DEFENDANT
13
MONSANTO COMPANY with the Clerk for the United States District Court for the Northern
14
District of California using the CM/ECF system, which shall send electronic notification to counsel
15
of record.
16
                                   /s/Jennise W. Stubbs
                                   Jennise W. Stubbs
17

18

19

20

21

22

23

24

25

26

27

28
NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC  & 3:21-cv-07248-VC

4811-1573-5548 v1