1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
2     600 Travis Street, Suite 3400
Houston, TX 77002-2026
3     Telephone:     (713) 227-8008
Facsimile:      (713) 227-9508
4     Email:           jstubbs@shb.com

5     *Attorneys for Defendant*
*MONSANTO COMPANY*

6

7                          UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to | |
| *Melody Burbage v. Monsanto Company* | |
| 3:21-cv-07206-VC | |

10

11

12

13

14

15                **NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

16     **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

17            PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Jennise W. Stubbs, of

18     Shook, Hardy & Bacon L.L.P., hereby enters her appearance in the above-captioned matter as

19     counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings,

20     notices, orders, correspondence, and other papers in connection with this action be served upon her

21     at the above address.

22

23

24

25

26

27

- 1 -

28     NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC  & 3:21-cv-07206-VC

4826-1670-6556 v1

1  | DATED: September 24, 2021                     Respectfully submitted,

2  | SHOOK, HARDY & BACON L.L.P.

3  | By: /s/Jennise W. Stubbs

4  | Jennise W. Stubbs
   | 600 Travis Street, Suite 3400

5  | Houston, TX 77002-2926
   | Telephone: (713) 227-8008

6  | Facsimile: (713) 227-9508
   | Email: jstubbs@shb.com

7  |

8  | *Attorneys for Defendant*
   | *MONSANTO COMPANY*

9  |

10 | ### CERTIFICATE OF SERVICE

11 | I, Jennise W. Stubbs, hereby certify that, on September 24, 2021, I electronically filed

12 | NOTICE OF APPEARANCE OF JENNISE W. STUBBS ON BEHALF OF DEFENDANT

13 | MONSANTO COMPANY with the Clerk for the United States District Court for the Northern

14 | District of California using the CM/ECF system, which shall send electronic notification to counsel

15 | of record.

16 | /s/Jennise W. Stubbs
   | Jennise W. Stubbs

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

4826-1670-6556 v1