Adrian N. Roe (*pro hac vice*)
Roe & Simon LLC
428 Boulevard of the Allies
First Floor
Pittsburgh, PA 15219
412-434-8187
aroe@roeandsimonllc.com

Counsel for Plaintiffs David Schaffner, Jr.,
and Theresa Sue Schaffner

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This document relates to: | | |
| *David Schaffner, Jr., et al. v. Monsanto Co.,* Case No. 3:19-cv-07526-VC | | |

**DECLARATION OF ADRIAN N. ROE**
**REGARDING CONFIDENTIAL DESIGNATIONS**

AND NOW COMES Adrian N. Roe, counsel of record for Plaintiff David Schaffner, Jr., and declares pursuant the penalties of perjury of the laws of the United States as follows:

1. I am an attorney admitted to practice and in good standing before the Pennsylvania Supreme Court, the United States District Court for the Western District of Pennsylvania, and the United States Court of Appeals for the Third Circuit. I am appearing in this action pursuant to the Court's rules regarding *pro hac vice* appearances.

2. I have reviewed the redacted portions of the report and deposition of Dr. Ron Schiff in this action as filed by Defendant Monsanto Corporation in connection with its Motion to Exclude Plaintiff's Specific Causation Expert (Doc. 19 in Civil Action No. 3:19-cv-7526).

3. In my professional judgment, the redactions made to the report and deposition of Dr. Schiff are necessary and appropriate to protect the personal privacy of Plaintiff David Schaffner, Jr.  The redactions are necessary, appropriate, and consistent with generally accepted standards for the confidential treatment of certain information in connection with judicial proceedings.

4. I am submitting this Declaration pursuant to Local Rule 79-5(d)(1)(A) and request, on behalf of Plaintiff, that the redacted information be maintained under seal.

Executed September 27, 2021 at Pittsburgh, Pennsylvania.

s/Adrian N. Roe