UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Powell v. Monsanto Company*,<br>Case No. 20-cv-05623 | **PRETRIAL ORDER NO. 251: GRANTING MOTION TO REMOVE PLAINTIFF FROM WAVE 3**<br><br>Re: Dkt. No. 13640 |

Powell's motion to remove himself from Wave 3 is granted and the case is moved to Wave 4.

**IT IS SO ORDERED.**

Dated: September 27, 2021

VINCE CHHABRIA
United States District Judge