UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Anderson v. Monsanto Company, Inc.*, Case No. 3:19-cv-08084<br><br>*Reed v. Monsanto Company, Inc.*, Case No. 3:19-cv-08088<br><br>*Seeley v. Monsanto Company*, Case No. 3:19-cv-08270 | **PRETRIAL ORDER NO. 252: GRANTING MOTION TO DISMISS FOR FAILURE TO SUBMIT PLAINTIFF FACT SHEET**<br><br>Re: Dkt. Nos. 13506, 13483, 13448 |

Monsanto's motion to dismiss is granted and the listed cases are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 27, 2021

VINCE CHHABRIA
United States District Judge