UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **PRETRIAL ORDER NO. 253: DENYING MOTION TO DISMISS FOR FAILURE TO SUBMIT PLAINTIFF FACT SHEET** |
| *Bulone v. Monsanto Company et al.*, Case No. 3:20-cv-03719 | |
| | Re: Dkt. Nos. 13506, 13483, 13448 |
| *Castro v. Monsanto Company*, Case No. 3:19-cv-03887 | |
| *Catania v. Monsanto Company*, Case No. 3:20-cv-03300 | |
| *Chavez et al. v. Monsanto Company et al.*, Case No. 3:20-cv-6775 | |
| *Henson v. Monsanto Company*, Case No. 3:20-cv-02125 | |
| *Porteus v. Monsanto Company*, Case No. 3:20-cv-03309 | |
| *Reed et al. v. Monsanto Company*, Case No. 3:20-cv-02642 | |
| *Simmons v. Monsanto Company*, Case No. 3:20-cv-03311 | |
| *Sutliff et al. v. Monsanto Company*, Case No. 3:19-cv-02832 | |
| *Westfall et al. v. Monsanto Company*, Case No. 3:21-cv-02909 | |

Monsanto's motion to dismiss is denied with respect to the listed cases.

**IT IS SO ORDERED.**

Dated: September 27, 2021

VINCE CHHABRIA
United States District Judge