James P. Frantz, Esq, SBN 8742
jpf@frantzlawgroup,com
William B. Shinoff, Esq. SBN 280020
wshinoff@frantzlawgroup.com
Texas Bar No. 24108036
402 West Broadway, Suite 860
San Diego, CA 92101
Telephone:  619-233-5945
Fax 619-525-7672
*Attorney for Plaintiff,*
ESTATE OF JOSEPHE A. WALLACE

John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Michael Wallace v. Monsanto Co.*<br>Cause No.   3:20-cv-05626<br>(N.D. Cal) | |

1

Stipulated Dismissal, MDL No. 2741

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Pretrial Order No. 155, Plaintiff Michael Wallace and Defendant Monsanto Company hereby stipulate to the voluntary dismissal with prejudice of Case No. 3:20-cv-05626.

On July 1, 2020, Plaintiff filed a Complaint against Monsanto Company in Case No. 3:20-cv-05626. Plaintiff subsequently passed away, and his estate filed a Complaint on February 17, 2021 against Monsanto Company in Case No. 3:21-cv-01660. Because there are duplicative cases regarding Joseph Wallace, the parties stipulate to the dismissal of the earlier filed case: Case No. 3:20-cv-05626. The Estate of Joseph Wallace still intends to continue to pursue their claims against Monsanto Company—this stipulation is solely to dismiss a duplicative case, and has no bearing on the merits of claims related to Joseph Wallace.

Dated: September 28, 2021              Respectfully submitted,

FRANTZ LAW GROUP, APLC

By: */s/ William B. Shinoff*
William B. Shinoff, Esq. SBN 280020
wshinoff@frantzlawgroup.com
402 West Broadway, Suite 860
San Diego, CA 92101
Telephone: 619-233-5945
Fax: 619-525-7672
**Attorneys for Plaintiff, Estate of Joseph A. Wallace**

SHOOK, HARDY & BACON L.L.P.

By: */s/ John L. Ackley*
John L. Ackley
Texas Bar No. 24108036
E-mail: jackley@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
*Attorney for Defendant,*
*MONSANTO COMPANY*