**David J. Diamond, Esq.**
**DIAMOND LAW**
**AZ State Bar #010842**
**1700 E. River Road, #65237**
**Tucson, AZ 85728**
**P: (520) 497-2672**
**F: (520) 448-4466**
**Email: ddiamond@diamondlawusa.com;**
**khampton@diamondlawusa.com**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | Case No. 3:20-cv-01277 |
| Otis Lindell Chapman and Kim Chapman | |
| v. | **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITIONS AND CROSS-MOTIONS RE: *DAUBERT* AND SUMMARY JUDGMENT** |
| Monsanto, Co. | |

Plaintiffs respectfully request that the Court extend the time to file oppositions and cross-motions re: *Daubert* and summary judgment by three weeks. The following are the proposed deadlines:

| Event | Date |
|---|---|
| Plaintiffs' oppositions and cross-motions re: *Daubert* and summary judgment due. | 10/27/2021 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 11/10/2021 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | 11/24/2021 |
| *Daubert* hearing (if necessary). | 12/13/2021 (unchanged) |

---

PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITIONS AND CROSS-MOTIONS RE: *DAUBERT* AND SUMMARY JUDGMENT – 3:20-cv-01277

The request is not made for purpose of delay but so that all matters can be thoroughly reviewed and addressed. Counsel for Defendant, Anthony Martinez, has been consulted and has no objection.

Dated:  September 28, 2021                                        Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond (AZ 010842)
DIAMOND LAW
1700 E. River Road, #65237
Tucson, AZ 85728
P: (520) 497-2672
F: (520) 448-4466
ddiamond@diamondlawusa.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on September 28, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

---

PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITIONS AND CROSS-MOTIONS RE: *DAUBERT* AND SUMMARY JUDGMENT – 3:20-cv-01277

2