UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | Case No. 3:20-cv-01277 |
| Otis Lindell Chapman and Kim Chapman<br><br>v.<br><br>Monsanto, Co. | |

### [PROPOSED] ORDER

Before the Court is Plaintiffs' Unopposed Motion to Extend Time to File Oppositions and Cross-Motions Re: *Daubert* and Summary Judgment. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the deadlines re: *Daubert* and summary judgment be extended as follows:

| Event | Date |
|---|---|
| Plaintiffs' oppositions and cross-motions re: *Daubert* and summary judgment due. | 10/27/2021 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 11/10/2021 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | 11/24/2021 |
| *Daubert* hearing (if necessary). | 12/13/2021 (unchanged) |

Dated: _____, 2021

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT