UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| This document relates to: | CASE NUMBER |
|---|---|
| Bernice Williams         Plaintiff(s) | MDL No. 2741 |
| v. | Case No. 3:16-md-02741-VC |
| Monsanto Company  Case No.: 3:21-cv-05973-VC         Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Bernice Williams__           ☒ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

to substitute __C. Mark Whitehead, III, M.D., J.D.__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway__
*Street Address*

__Lafayette, LA 70503__                       __cmw@whiteheadfirm.com__
*City, State, Zip*                                 *E-Mail Address*

__(337) 740-6006__           __(337) 205-7754__           __N/A__
*Telephone Number*           *Fax Number*             *State Bar Number*

as attorney of record instead of __Steve E. Fox__
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____           _____
                                                                      U. S. District Judge/U.S. Magistrate Judge