Matthew Haynie
FORESTER HAYNIE PLLC
400 St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100
matthew@foresterhaynie.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>CASE NO. 3-16-md-02741-VC |
| This document relates to:<br><br>*J.P Stewart,* Cause No: 3:20-cv-02415-VC | |

**PLAINTIFF'S RESPONSE TO DEFENDANT MONSANTO'S MOTION TO DISMISS**

  Forester Haynie PLLC, counsel for the above-referenced Plaintiff, files this response to Defendant Monsanto's motion to dismiss with prejudice for failure to submit a plaintiff fact sheet (Document 12).

  Plaintiff has completed the PFS which was submitted electronically via MDL Centrality on September 21, 2021. Accordingly, Plaintiff objects to Defendant's Motion to Dismiss with Prejudice for Failure to Submit a Plaintiff Fact Sheet.

Dated: 09/29/2021              Respectfully submitted,

                        */s/ Matthew Haynie*
                        Matthew Haynie
                        **FORESTER HAYNIE PLLC**

                400 North St. Paul Street
                Suite 700
                Dallas, TX 75201
                matthew@foresterhaynie.com
                (214) 210-2100 telephone
                (214) 346-5909 facsimile

                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2021, I electronically transmitted the attached document to the Clerk's Office using the ECF System for e-filing and transmittal of a Notice of Electronic Filing to the ECF registrants on record in this matter.

                                                */s/ Matthew Haynie*
                                                Matthew Haynie