UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION**<br><br>This Document Relate To:<br><br>*Lena Bradshaw, et al.*<br>*Case No. 3:19-cv-06571-VC (N.D. Cal)* | Case No.: 3:16-md-02741-VC<br>MDL No. 2741 |

**PLAINTIFF, LENA BRADSHAW'S, RESPONSE TO MONSANTO'S
MOTION TO DISMISS WITH PREJUDICE FOR FAILURE
TO SUBMIT A PLAINTIFF FACT SHEET**

Plaintiff, Lena Bradshaw, individually, by and through the undersigned counsel, hereby files this response to Monsanto's Motion to Dismiss Without Prejudice for Failure to Submit a Plaintiff Fact Sheet and states as follows:

Plaintiff has complied with PTO 50 and submitted her Plaintiff Fact Sheet. Plaintiff readily acknowledges the importance of producing Plaintiff's information through the course of discovery. Unfortunately, due to administrative error, Plaintiff's Fact Sheet was not timely submitted and counsel did not receive Monsanto's Notice of Failure to Submit a Plaintiff Fact Sheet. When Plaintiff became aware of the error upon service of the instant motion on September 15, 2021, she immediately submitted her Plaintiff Fact Sheet the same day.

Plaintiff immediately corrected the administrative error and submitted her Plaintiff Fact Sheet as soon as she became aware her discovery obligations were deficient. Monsanto's Notice of Failure to Submit a Plaintiff Fact Sheet was dated September 1, 2021 and the deadline for Plaintiff to respond was September 8, 2021. Plaintiff was a mere seven days delayed in responding

1

to Monsanto's notice. Monsanto has not suffered any prejudice as a result of the seven-day delay. Plaintiff therefore respectfully requests that the Court not bestow the harsh penalty of denying her the ability to pursue her claim. For the foregoing reasons, Plaintiff respectfully requests that her case not be dismissed.

    WHEREFORE, Plaintiff, Lena Bradshaw, respectfully requests that the Court deny Defendants' Motion.

Dated: September 29, 2021

*/s/ M. Elizabeth Graham*
M. Elizabeth Graham (CA 143085)
Tudor Farcas (PA Bar No. 316541)
Samantha Mertz (PA Bar No. 310071)
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Phone: (415) 293-8210
Email: egraham@gelaw.com
       smertz@gelaw.com
       tfarcas@gelaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, I electronically served the foregoing Response on all counsel of records in this action via CM/ECF system.

*M. Elizabeth Graham*
M. Elizabeth Graham
