Scott M. Hendler, Esq.
shendler@hendlerlaw.com
**HENDLER FLORES LAW, PLLC**
901 S. MoPac Expressway
Bldg. 1, Suite #300
Austin, Texas 78746
Telephone: (512) 439-3202
Facsimile: (512) 439-3201
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Bradley Koen*<br><br>    v.<br><br>*Monsanto, Co.* | MDL NO. 2741<br><br>Master Docket Case No. 16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>Case No. 3:20-cv-03074-VC<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITIONS AND CROSS-MOTIONS RE: DAUBERT AND SUMMARY JUDGMENT** |

   Plaintiff respectfully requests that the Court extend the time to file oppositions and cross-motions to Defendant Monsanto's *Daubert* Motion to Exclude Plaintiff's Experts Scola and Freeman [ECF 13754] and Defendant Monsanto's Motion for Summary Judgment Based on Texas Presumption of No Liability [ECF 13787] by two weeks. The following are the proposed deadlines:

| Event | Date |
|---|---|
| Plaintiff's opposition and cross-motion re: summary judgment due. | 10/19/2021 |
| Monsanto's opposition and reply re: summary judgment due. | 11/02/2021 |
| Plaintiff's reply re: summary judgment due. | 11/16/2021 |

| Event | Date |
|---|---|
| Plaintiff's opposition and cross-motion re: *Daubert* motion due. | 10/20/2021 |
| Monsanto's opposition and reply re: *Daubert* motion due. | 11/03/2021 |
| Plaintiff's reply re: *Daubert* motion due. | 11/17/2021 |
| *Daubert* hearing (if necessary). | 12/13/2021 (unchanged) |

The request is not made for purpose of delay, but so that all matters can be thoroughly reviewed and addressed. Plaintiff's Counsel has a trial in federal court beginning October 12, 2021, with several deadlines in the week prior. Counsel for Defendant, Anthony Martinez, has been consulted and has no objection.

DATED: September 29, 2021.

                                            Respectfully submitted,
                                    **HENDLER FLORES LAW, PLLC**

                                      */s/ Scott M. Hendler*
                                      Scott M. Hendler
                                      Texas Bar No. 09445500
                                      shendler@hendlerlaw.com
                                      901 S. MoPac Expressway
                                      Bldg. 1, Suite #300
                                      Austin, Texas 78746
                                      Telephone: (512) 439-3202
                                      Facsimile: (512) 439-3201
                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                      */s/ Scott M. Hendler*
                                      Scott M. Hendler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| *Bradley Koen* | Case No. 3:20-cv-03074-VC |
| *v.* | |
| *Monsanto, Co.* | |

# [PROPOSED] ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Time to File Oppositions and Cross-Motions to Defendant Monsanto's *Daubert* Motion to Exclude Plaintiff's Experts Scola and Freeman [ECF 13754] and Defendant Monsanto's Motion for Summary Judgment Based on Texas Presumption of No Liability [ECF 13787]. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the deadlines re: Defendant Monsanto's *Daubert* Motion to Exclude Plaintiff's Experts and Defendant Monsanto's Motion for Summary Judgment be extended as follows:

| Event | Date |
|---|---|
| Plaintiff's opposition and cross-motion re: *Daubert* motion due. | 10/20/2021 |
| Monsanto's opposition and reply re: *Daubert* motion due. | 11/03/2021 |
| Plaintiff's reply re: *Daubert* motion due. | 11/17/2021 |
| *Daubert* hearing (if necessary). | 12/13/2021 (unchanged) |

PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITIONS AND CROSS MOTIONS RE: *DAUBERT* AND SUMMARY JUDGMENT- 3:20-cv-03074

1  Dated: _____, 2021          _____

2                                                    HONORABLE VINCE CHHABRIA
3                                                    UNITED STATES DISTRICT COURT

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITIONS AND CROSS MOTIONS RE: *DAUBERT* AND SUMMARY JUDGMENT- 3:20-cv-03074