Robert Christopher Cowan
DOWNS MCDONOUGH COWAN & FOLEY, LLC
Colorado Bar No. 48434
Texas Bar No. 00787294
2051 Main Avenue
Durango, CO 81301-4645
Telephone: 970-247-8020
Fax: 970-247-8877 (fax)
chris@swcolaw.com

*Attorney for Plaintiffs,*
ROTH, PHILIP W., ET AL.

John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Roth, Philip W., et al.*,<br>Cause No.  3:20-cv-01543<br>(N.D. Cal) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Pretrial Order No. 155, Plaintiffs and Defendant Monsanto Company hereby stipulate to the voluntary dismissal WITHOUT prejudice of Robert Boucher from Case No. 3:20-cv-01543—leaving the lead plaintiff as the sole plaintiff in this action.  Mr. Boucher has filed a short form complaint pursuant to Pretrial Order No. 155, it is his intent to continue to pursue his claims against Monsanto Company in the newly filed case, number 3:21-cv-07475-VC.

Dated: September 30, 2021

                Respectfully submitted,

                DOWNS MCDONOUGH COWAN & FOLEY, LLC

                By:*/s/ Robert Christopher Cowan*
                Robert Christopher Cowan
                Colorado Bar No. 48434
                Texas Bar No. 00787294
                2051 Main Avenue
                Durango, CO 81301-4645
                Telephone: 970-247-8020
                Fax: 970-247-8877 (fax)
                chris@swcolaw.com

                SHOOK, HARDY & BACON L.L.P.

                By: */s/ John L. Ackley*
                John L. Ackley
                Texas Bar No. 24108036
                E-mail:  jackley@shb.com
                600 Travis, Suite 3400
                Houston, Texas 77002-2926
                Telephone:  713-227-8008
                Fax:  713-227-9508

                ***Attorney for Defendant,***
                ***MONSANTO COMPANY***