2001 M STREET NW
10th Floor
WASHINGTON, DC 20036



WWW.WILKINSONSTEKLOFF.COM
———
A LIMITED LIABILITY
PARTNERSHIP

September 30, 2021

**VIA ECF**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA  94102

    Re:    *Yolanda Mendoza v. Monsanto Co.*, 3:16-cv-06046-VC

Dear Judge Chhabria:

    The parties write to inform the court about the status of the above-captioned case from Wave 1.  The parties have agreed to resolve the case and therefore intend to add it to the inactive docket list to be submitted to the Court on October 1.

    Respectfully submitted.

    */s/ Brian L. Stekloff*

    Brian L. Stekloff (*pro hac vice*)
    Rakesh Kilaru (*pro hac vice*)
    WILKINSON STEKLOFF LLP
    2001 M Street NW, 10th Floor
    Washington, DC 20036
    Telephone: (202) 847-4000
    Facsimile: (202) 847-4005
    bstekloff@wilkinsonstekloff.com
    rkilaru@wilkinsonstekloff.com
    *Counsel for Monsanto*

                                                                 2

*/s/ Robin L. Greenwald*
Robin L. Greenwald
WEITZ & LUXENBERG
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
*Counsel for Plaintiffs*

Cc: Counsel of Record (via ECF)

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of September 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff