William M. Audet (SBN 117456)
Ling Y. Kuang (SBN 296873)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555

*Counsel for the Ramirez Plaintiffs*

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

*Counsel for Plaintiff Aaron Sheller*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **JOINT NOTICE OF WITHDRAWAL OF JOINT STIPULATION TO CONSOLIDATE THE *SHELLER* AND *RAMIREZ* ACTIONS** |
| *Sheller v. Bayer AG, et al.*, Case No. 3:19-cv-07972 | |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

On September 1 and 2, 2020, Plaintiffs Aaron Sheller, Robert Ramirez, Jerry Agtarap, Dexter Owens, and John Elko and Defendant Monsanto Company (collectively, the "Parties") filed a stipulation and proposed order to consolidate *Sheller v. Bayer AG, et al.*, Case No. 3:19-cv-07972, and *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224, both of which are consolidated with *In re: Roundup Products Liability Litigation*, MDL No. 2741, for pre-trial proceedings.

The stipulation was filed on each matter's docket:

| | | |
|---|---|---|
| *In re: Roundup Products Liability Litigation*, Case No. 3:16-md-02741 | ECF No. 11672 | Filed 9/1/2020 |
| *Sheller v. Bayer AG, et al.*, Case No. 3:19-cv-07972 | ECF No. 37 | Filed 9/1/2020 |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | ECF No. 17 | Filed 9/2/2020 |

No court has entered the proposed order or otherwise ruled on the stipulation.

The Parties now withdraw that stipulation and proposed order.

Dated: October 1, 2021                                          Respectfully submitted,

 /s/ *Elizabeth A. Fegan*                                       /s/ *William M. Audet*
Elizabeth A. Fegan                                              William M. Audet (SBN 117456)
FEGAN SCOTT LLC                                                 Ling Y. Kuang (SBN 296873)
150 S. Wacker Dr., 24th Floor                                   AUDET & PARTNERS, LLP
Chicago, IL 60606                                               711 Van Ness, Suite 500
T: 312-741-1019                                                 San Francisco, CA 94102-3229
F: 312-264-0100                                                 Telephone: 415.568.2555
beth@feganscott.com                                             waudet@audetlaw.com
                                                                lkuang@audetlaw.com

Melissa Ryan Clark
FEGAN SCOTT LLC                                                 *Counsel for the Ramirez Plaintiffs*
140 Broadway, 46th Floor
New York, NY 10005
T: 347-353-1150
F: 312-265-0100
melissa@feganscott.com

William N. Riley
Russell B. Cate
RileyCate, LLC
11 Municipal Drive, Ste. 200
Fishers, IN  46038
T: 317-588-2866
F: 317-458-1785

wriley@rileycate.com
rcate@rileycate.com

J. Barton Goplerud
SHINDLER, ANDERSON,
GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
T: 515-223-4567
F: 515-223-8887
goplerud@sagwlaw.com

*Counsel for Plaintiff Aaron Sheller*

/s/ *William Hoffman*
William Hoffman
David Weiner (Cal. Bar No. 219753)
Ashley Burkett
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Tel.: (202) 942-5000

*Counsel for Defendant Monsanto Company*