Robert L. Lieff (SBN 037568)
Elizabeth J. Cabraser (SBN 083151)
Steven E. Fineman (SBN 140335)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
ecabraser@lchb.com

*Counsel for Plaintiffs*
*(additional counsel listed below)*

James R. Dugan, II
TerriAnne Benedetto
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606
Telephone: 312.741.1019

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

- 1 -

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant Monsanto Co. stipulate to dismiss the claims of the following Plaintiffs in this action without prejudice:  John Elko; Aaron Sheller; and Kabe Cain.

Mr. Sheller continues to maintain his action *Sheller v. Bayer AG*, Case No. 3:19-cv-07972, and will remain a party to the MDL, Case No. 3:16-md-02741.

Under Fed. R. Civ. P. 15(a)(2), Plaintiff and Monsanto Company stipulate and agree that an amended complaint in the Ramirez action may be filed within sixty (60) days of the filing of this Joint Stipulation of Dismissal and that Defendant's response shall be filed within sixty (60) days of the filing of the amended complaint.

Dated: October 1, 2021          Respectfully submitted,

*/s/ Elizabeth J. Cabraser*
Robert L. Lieff (of counsel) (SBN 037568)
Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287271)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
rlieff@lchb.com
ecabraser@lchb.com
kbudner@lchb.com

Steven E.  Fineman (SBN 140335)
Wendy R. Fleishman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
sfineman@lchb.com
wfleishman@lchb.com

- 2 -

Andrew R. Kaufman
LIEFF CABRASER HEIMANN & BERNSTEIN,
LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
akaufman@lchb.com

Elizabeth A Fegan
 FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: 312.741.1019
beth@feganscott.com

Melissa Ryan Clark
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: 347.353.1150
Melissa@feganscott.com

James R. Dugan, II
TerriAnne Benedetto
 David S. Scalia
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180
jdugan@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com
dscalia@dugan-lawfirm.com

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580
si13@nyu.edu

William M. Audet (SBN 117456)
Ling Y. Kuang (SBN 296873)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229

STIPULATION OF DISMISSAL
MDL NO. 2741, CASE NO. 3:16-MD-

Telephone: 415.568.2555
waudet@audetlaw.com
lkuang@audetlaw.com

*Counsel for Plaintiffs*

/s/ *William Hoffman*
William Hoffman
David Weiner (Cal. Bar No. 219753)
Ashley Burkett
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Tel.:  (202) 942-5000

*Counsel for Defendant Monsanto Company*

- 4 -

STIPULATION OF DISMISSAL
MDL NO. 2741, CASE NO. 3:16-MD-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on October 1, 2021, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

<u> /s/ *Elizabeth J. Cabraser*      </u>
Elizabeth J. Cabraser

- 5 -

STIPULATION OF DISMISSAL
MDL NO. 2741, CASE NO. 3:16-MD-

02741

2298059.2