Robert L. Lieff (SBN 037568)
Kevin R. Budner (SBN 287271)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000

Steven E. Fineman (SBN 140335)
Jonathan D. Selbin
Rhea Ghosh
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500

Andrew R. Kaufman
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580

Elizabeth J. Cabraser (SBN 083151)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
ecabraser@lchb.com

Elizabeth A. Fegan
Melissa Ryan Clark
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606
Telephone: 312.741.1019

James R. Dugan, II
TerriAnne Benedetto
David S. Scalia
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>―――――――――――――――――――<br>THIS DOCUMENT RELATES TO:<br>*Ramirez, et al. v. Monsanto Co.*,<br>Case No. 3:19-cv-02224 | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF CHANGE IN COUNSEL** |

PLEASE TAKE NOTICE that Elizabeth J. Cabraser, Steven E. Fineman, Robert L. Lieff, Jonathan D. Selbin, Andrew R. Kaufman, Kevin R. Budner, and Rhea Ghosh of Lieff Cabraser Heimann & Bernstein, LLP; James R. Dugan, II, TerriAnne Benedetto, and David S. Scalia of The Dugan Law Firm, APC; and Melissa Ryan Clark of Fegan Scott LLC hereby withdraw their appearances as counsel of record for the following Plaintiffs:

| ATTORNEY | LAW FIRM | PLAINTIFFS FOR WHICH ATTORNEY IS NO LONGER COUNSEL OF RECORD |
|---|---|---|
| Elizabeth J. Cabraser | Lieff Cabraser Heimann & Bernstein, LLP | Robert Ramirez<br>Jerry Agtarap<br>John Elko<br>Dexter Owens<br>Aaron Sheller<br>Kabe Cain |
| Steven E. Fineman | Lieff Cabraser Heimann & Bernstein, LLP | Robert Ramirez<br>Jerry Agtarap<br>John Elko<br>Dexter Owens |
| Robert L. Lieff | Lieff Cabraser Heimann & Bernstein, LLP | Robert Ramirez<br>Jerry Agtarap<br>John Elko<br>Dexter Owens |
| Jonathan D. Selbin | Lieff Cabraser Heimann & Bernstein, LLP | Robert Ramirez<br>Jerry Agtarap<br>John Elko<br>Dexter Owens |
| Andrew R. Kaufman | Lieff Cabraser Heimann & Bernstein, LLP | Robert Ramirez<br>Jerry Agtarap<br>John Elko<br>Dexter Owens |
| Kevin R. Budner | Lieff Cabraser Heimann & Bernstein, LLP | Robert Ramirez<br>Jerry Agtarap<br>John Elko<br>Dexter Owens |
| Rhea Ghosh | Lieff Cabraser Heimann & Bernstein, LLP | Robert Ramirez<br>Jerry Agtarap<br>John Elko<br>Dexter Owens |

| Samuel Issacharoff[1] | - | Robert Ramirez<br>Jerry Agtarap<br>John Elko<br>Dexter Owens |
|---|---|---|
| James R. Dugan, II | The Dugan Law Firm, APC | Robert Ramirez<br>Jerry Agtarap<br>Dexter Owens |
| TerriAnne Benedetto | The Dugan Law Firm, APC | Robert Ramirez<br>Jerry Agtarap<br>Dexter Owens |
| David S. Scalia | The Dugan Law Firm, APC | Robert Ramirez<br>Jerry Agtarap<br>Dexter Owens |
| Melissa Ryan Clark | Fegan Scott LLC | Robert Ramirez<br>Jerry Agtarap<br>John Elko<br>Dexter Owens |

Plaintiffs Robert Ramirez, Jerry Agtarap, and Dexter Owens remain represented by William M. Audet of Audet & Partners, LLP.

Plaintiff John Elko has, by stipulation filed contemporaneously with this notice, voluntarily dismissed his claims without prejudice.  Regardless, Mr. Elko remains represented by Mr. Dugan, Ms. Benedetto, and Mr. Scalia of The Dugan Law Firm APC.

Plaintiffs Aaron Sheller and Kabe Cain have, by stipulation filed contemporaneously with this notice, voluntarily dismissed their claims without prejudice (Mr. Sheller maintains another action at Case No. 3:19-cv-07972).  Regardless, Mr. Sheller and Mr. Cain remain represented by Elizabeth A. Fegan and Melissa Ryan Clark of Fegan Scott LLC.

---

[1] Although Mr. Issacharoff filed a Notice of Appearance to represent Plaintiff Owens, *see* ECF No. 11047, he was incorrectly recorded as counsel for Plaintiff Patricia A. Overton.

Dated: October 1, 2021    Respectfully submitted,

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser (SBN 083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
ecabraser@lchb.com

Robert L. Lieff (of counsel) (SBN 037568)
Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287271)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
rlieff@lchb.com
ecabraser@lchb.com
kbudner@lchb.com

Steven E. Fineman (SBN 140335)
Jonathan D. Selbin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
sfineman@lchb.com
jselbin@lchb.com

Andrew R. Kaufman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
akaufman@lchb.com

Elizabeth A Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: 312.741.1019
beth@feganscott.com

Melissa Ryan Clark
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: 347.353.1150
Melissa@feganscott.com

James R. Dugan, II
TerriAnne Benedetto
David S. Scalia
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180
jdugan@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com
dscalia@dugan-lawfirm.com

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580
si13@nyu.edu

William M. Audet (SBN 117456)
Ling Y. Kuang (SBN 296873)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555

waudet@audetlaw.com
lkuang@audetlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on October, 2021, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

/s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser