**WAPNER, NEWMAN, BRECHER & MILLER, P.C.**
JARAD L. SILVERSTEIN, ESQUIRE
jsilverstein@wapnernewman.com
2000 Market Street, Suite 2750
Philadelphia, PA  19103
(215) 569-0900
Attorney for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT ON NON-CAUSATION GROUNDS** |
| *Savory v. Monsanto Co.,* 3:20-cv-02403 *Spector v. Monsanto Co.,* 3:20-cv-05532 *Thomas v. Monsanto Co.,* 3:20-cv-08051 | |

In response to Monsanto's Motion for Summary Judgment on Non-Causation Grounds,[1] and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon, but in order to fully preserve the appellate record, Plaintiffs hereby incorporate the following pleadings that were filed on the MDL docket:

- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (ECF #12899);

- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (ECF #8328);

- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (ECF #2479).

---

[1] This opposition responds to ECF #13733.

1

Plaintiffs further incorporate the following pleadings that were filed in *Hardeman v. Monsanto Co.*, Case No. 3:16-cv-00525:

- Plaintiff's Response to Monsanto's Motion to Dismiss (ECF #27).

By incorporating by reference prior filings and attaching them to this pleading, Plaintiffs are in no way waiving any arguments raised therein.

DATED:  October 1, 2021

                                              Respectfully submitted,

By:   /s/ *Jarad L. Silverstein, Esquire*
       **WAPNER, NEWMAN, BRECHER & MILLER, P.C.**
       JARAD L. SILVERSTEIN, ESQUIRE
       jsilverstein@wapnernewman.com
       2000 Market Street, Suite 2750
       Philadelphia, PA  19103
       (215) 569-0900
       Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/  *Jarad L. Silverstein*