**WAPNER, NEWMAN, BRECHER & MILLER, P.C.**
JARAD L. SILVERSTEIN, ESQUIRE
jsilverstein@wapnernewman.com
2000 Market Street, Suite 2750
Philadelphia, PA  19103
(215) 569-0900
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF WAVE 3 PLAINTIFFS' GENERAL CAUSATION EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |
| *Savory v. Monsanto Co.*, 3:20-cv-02403 | |
| *Spector v. Monsanto Co.*, 3:20-cv-05532 | |
| *Thomas v. Monsanto Co.*, 3:20-cv-08051 | |

In response to Monsanto's Motion to Exclude Testimony of Wave 3 Plaintiffs' General Causation Experts Under Rule 702 and for Summary Judgment on Causation Grounds, [1] and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon, but in order to fully preserve the appellate record, Plaintiffs hereby incorporate the following pleadings that were filed on the MDL docket:

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Experts Under Rule 702 and for Summary Judgment on Causation Grounds (ECF # 12876)

- Plaintiffs' Response in Opposition to Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts on *Daubert* Grounds and For Summary Judgment on Causation Grounds (ECF # 8345)

- Plaintiffs' Response in Opposition to Monsanto's Daubert and Summary Judgment Motion Based on Failure of General Causation Proof (ECF # 647)

---

[1] This opposition responds to ECF #13734.

1

- Plaintiffs' Supplemental Brief Pursuant to PTO 34 (ECF # 1135)

- Plaintiffs' Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Monsanto's Motion to Exclude Plaintiffs' General Causation Experts (ECF # 1461)

- Plaintiffs' Response in Opposition to Monsanto's Specific Causation *Daubert* and Summary Judgment Motion and *Daubert* Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses (ECF # 2478)

- Plaintiffs' Reply in Support of Their Daubert Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses (ECF # 2529).

By incorporating by reference prior filings and attaching them to this pleading, Plaintiffs are in no way waiving any arguments raised therein.

DATED:  October 1, 2021

Respectfully submitted,

By:   /s/  *Jarad L. Silverstein, Esquire*
**WAPNER, NEWMAN, BRECHER & MILLER, P.C.**
JARAD L. SILVERSTEIN, ESQUIRE
jsilverstein@wapnernewman.com
2000 Market Street, Suite 2750
Philadelphia, PA  19103
(215) 569-0900
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/  *Jarad L. Silverstein*