Robin Greenwald *(Pro Hac Vice)*
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

Aimee H. Wagstaff (SBN 27840)
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

Michael Miller *(Pro Hac Vice)*
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540)672-3055
mmiller@millerfirmllc.com

*Co-Lead Counsel for All MDL Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to ALL WAVE 3 CASES:<br><br>*Blair v. Monsanto Co.,* 3:19-cv-07984-VC<br>*Chapman v. Monsanto Co.,* 3:20-cv-01277-VC<br>*Denkins v. Monsanto Co.,* 3:20-cv-03301-VC<br>*Garza v. Monsanto Co.,* 3:20-cv-06988-VC<br>*Koen v. Monsanto Co.,* 3:20-cv-03074-VC<br>*Powell v. Monsanto Co.,* 3:20-cv-05623-VC[1]<br>*Savory v. Monsanto Co.,* 3:20-cv-02403-VC<br>*Schaffner v. Monsanto Co.,* 3:19-cv-07526-VC<br>*Schroeder v. Monsanto Co.,* 3:20-cv-06126-VC<br>*Solis v. Monsanto Co.,* 3:20-cv-07391-VC<br>*Spector v. Monsanto Co.,* 3:20-cv-05532-VC<br>*Thomas v. Monsanto Co.,* 3:20-cv-08051-VC<br>*Vosper v. Monsanto Co.,* 3:19-cv-05525-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFFS' OPPOSITION TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT ON NON-CAUSATION GROUNDS**<br><br>**Tentative Hearing Date:**<br>**December 13, 2021** |

---

[1] *Powell* was moved to Wave 4. See PTO 251.

1
**PLAINTIFF'S OPPOSITION TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT ON NON-CAUSATION GROUNDS**

In response to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (ECF #13733), and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon by the court, but in order to fully preserve the appellate record, Plaintiffs incorporate the following pleadings that were filed on the MDL docket:

- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (ECF #8328)
- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Proof (ECF #2479)
- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (Wave 2) ( ECF #12899)

Plaintiffs further incorporate the following pleadings that were filed in Hardeman v. Monsanto Co., Case No. 3:16-cv-00525:

- Plaintiffs' Response to Monsanto's Motion to Dismiss (ECF #27)

By incorporating by reference prior filings and attaching them to this pleading, Plaintiffs are in no way waving any arguments raised therein or arguments in other pleadings that address these issues.

Dated: October 1, 2021                              Respectfully submitted,


By:  /s/ Michael Miller
Michael Miller
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540)672-3055
mmiller@millerfirmllc.com

Robin Greenwald
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

Aimee H. Wagstaff (SBN 27840)
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

*Co-Lead Counsel for All MDL Plaintiffs*