Robin Greenwald *(Pro Hac Vice)*  
Weitz & Luxenberg  
700 Broadway  
New York, NY 10003  
Telephone: (212) 558-5500  
Facsimile: (212) 344-5461  
rgreenwald@weitzlux.com  

Aimee H. Wagstaff *(SBN 27840)*  
ANDRUS WAGSTAFF, PC  
7171 W. Alaska Drive  
Lakewood, CO 80226  
Telephone: (303) 376-6360  
Facsimile: (303) 376-6361  
aimee.wagstaff@andruswagstaff.com  

Michael Miller *(Pro Hac Vice)*  
The Miller Firm LLC  
108 Railroad Avenue  
Orange, VA 22960  
Telephone: (540) 672-4224  
Facsimile: (540)672-3055  
mmiller@millerfirmllc.com  

*Co-Lead Counsel for All MDL Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to ALL WAVE 3 CASES:<br><br>*Blair v. Monsanto Co.,* 3:19-cv-07984-VC<br>*Chapman v. Monsanto Co.,* 3:20-cv-01277-VC<br>*Denkins v. Monsanto Co.,* 3:20-cv-03301-VC<br>*Garza v. Monsanto Co.,* 3:20-cv-06988-VC<br>*Koen v. Monsanto Co.,* 3:20-cv-03074-VC<br>*Powell v. Monsanto Co.,* 3:20-cv-05623-VC[1]<br>*Savory v. Monsanto Co.,* 3:20-cv-02403-VC<br>*Schaffner v. Monsanto Co.,* 3:19-cv-07526-VC<br>*Schroeder v. Monsanto Co.,* 3:20-cv-06126-VC<br>*Solis v. Monsanto Co.,* 3:20-cv-07391-VC<br>*Spector v. Monsanto Co.,* 3:20-cv-05532-VC<br>*Thomas v. Monsanto Co.,* 3:20-cv-08051-VC<br>*Vosper v. Monsanto Co.,* 3:19-cv-05525-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFFS' OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF WAVE 3 PLAINTIFFS' GENERAL CAUSATION EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGEMENT ON CAUSATION GROUNDS**<br><br>**Tentative Hearing Date:**<br>**December 13, 2021** |

---

[1] *Powell* was moved to Wave 4. See PTO 251.

1

**PLAINTIFFS' OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF WAVE 3 PLAINTIFFS' CAUSATION EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**

In response to Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts under Rule 702 and for Summary Judgment on Causation Grounds, (ECF # 13734) and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon by the Court, but in order to fully preserve the appellate record, Plaintiffs incorporate the following pleadings that were filed on the MDL docket:

1. Plaintiffs' Response in Opposition to Monsanto's *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #647)
2. Plaintiff's Response in Opposition to Monsanto's Motion to Exclude Testimony of Plaintiff's Experts on *Daubert* Grounds and For Summary Judgment on Causation Grounds (ECF #8345)
3. Plaintiffs' Supplemental Brief Pursuant to PTO 34 (ECF #1135)
4. Plaintiff's Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Monsanto's Motion to Exclude Plaintiffs' General Causation Experts (ECF #1461)
5. Plaintiffs' Response in Opposition to Monsanto's Specific Causation *Daubert* and Summary Judgment Motion and *Daubert* Motion to Strike Certain Opinions of Monsanto Company' Expert Witnessess (ECF #2478)
6. Plaintiff's Reply in Support of Their *Daubert* Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses (ECF #2529)

Plaintiffs also incorporate the developing science on glyphosate. Among other more recent science, Plaintiffs incorporate and reference two articles that have been published since the above-referenced pleadings were submitted to the Court. *See* Exs. 1 and 2 to Monsanto's Motion to Exclude Testimony of Plaintiff's Experts on *Daubert* Grounds and for Summary Judgment on Causation Grounds (ECF #8001). Plaintiffs incorporate by reference the previously filed articles that have been published since the above-referenced pleadings were submitted to the Court. See. Ex. 1 Zhang, et al., *Exposure to Glyphoste-Based Herbicides and Risk/or Non-Hodgkin lymphoma: A Meta-Analysis and Supporting Evidence, Mutation Research* (2019); Wang, et al.,

*Glyphosate induces benign monoclonal gammapathy and promotes multiple myeloma progression in mice*, Journal of Hematology and Oncology (2019).

By incorporating by reference prior filings and attaching them to this pleading, Plaintiffs are in no way waving any arguments raised therein or arguments in other pleadings that address these issues.

Dated: October 1, 2021                                        Respectfully submitted,


By:  /s/ Michael Miller
Michael Miller
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540)672-3055
mmiller@millerfirmllc.com

Robin Greenwald
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

Aimee H. Wagstaff (SBN 27840)
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

*Co-Lead Counsel for All MDL Plaintiffs*

**PLAINTIFFS' OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF WAVE 3 PLAINTIFFS' CAUSATION EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**