# EXHIBIT "1"

Beth Spector

1               UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

2

3

4

     IN RE: ROUNDUP PRODUCTS

5    LIABILITY LITIGATION

6    This document relates to:    ) MDL No. 2741

     Beth Spector and Chuck Spector)

7    wife and husband,            ) Case No. 16-md-02741-VC

     v. Monsanto Company          )

8    Case No. 3:20-cv-05532       )

9

10

11              TUESDAY, FEBRUARY 2, 2021

12          Videotaped deposition of Beth Spector,

13   conducted at the 1500 Gateway Boulevard, Suite 202,

14   Boynton Beach, Florida, 33426, commencing at 9:11 a.m.,

15   on the above date, before Dianne N. Sarkisian, Certified

16   Shorthand Reporter and Registered Professional Reporter.

17

18              GOLKOW LITIGATION SERVICES

                877.370.3377 ph | 917.591.5672 fax

19                   deps@golkow.com

20

21

22

23

24

25

Beth Spector

```
 1              VIDEO TECHNICIAN:  Going off the record.

 2       The time is 11:32 a.m.

 3              (Recess taken at 11:32 a.m.)

 4              (Back on the record at 11:42 a.m.)

 5              VIDEO TECHNICIAN:  Going back on the

 6       record.  The time is 11:42 a.m.

 7  BY MR. VRASMASU:

 8       Q.   Now, before we took our break we were

 9       talking about the specific Roundup products that

10       you recall.  And let me ask you this now, ma'am:

11       Do you ever recall seeing any advertisements for

12       Roundup?

13       A.   Probably.  That's why I knew that it was

14       a good product.

15       Q.   Do you remember when you may have seen

16       such advertisements?

17       A.   No.

18       Q.   You don't know if it was on TV, in

19       print, anything like that?

20       A.   I imagine it was both.

21       Q.   But you don't know, for sure?

22       A.   I don't know, for sure.

23       Q.   Do you remember when you may have seen

24       Roundup advertisements?

25       A.   No.
```

Beth Spector

```
 1            Q.   Do you remember the contents of any
 2       specific Roundup advertisement that you may have
 3       seen?
 4            A.   No.  Other than, I -- I'm sure I felt it
 5       was a great product and I used it with confidence
 6       and sprayed a lot.  It was my go-to.
 7            Q.   Okay.
 8            A.   Weeds: Roundup.
 9            Q.   As you sit here today, you don't have
10       any specific recollection of any advertisements
11       you may have seen?
12            A.   Well, I read magazines and watch TV and
13       I imagine -- and, and seeing it in stores.  You
14       know, walking through Target or buying flowers.
15            Q.   Sure, and we'll get to that just in a
16       second, but just specifically as far as
17       advertisements go, you don't remember any specific
18       contents of advertisements, right?
19            A.   No.
20            Q.   Did you ever purchase Roundup or was it
21       purchased by your husband?
22            A.   It was purchased by my husband.  I can't
23       say that I never purchased it, but no, he took
24       care of all of that.
25            Q.   Did anyone ever recommend to you that
```