# EXHIBIT "2"

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| This document relates to:<br><br>*Beth Spector and Chuck Spector, w/h, v. Monsanto Company*<br>Case No. 3:20-cv-05532 | Case No. MDL No. 3:16-md-02741-VC |

## AFFIDAVIT OF BETH SPECTOR

I, BETH SPECTOR, being duly sworn on September 23, 2021, deposes and says that:

1. I am an adult citizen of the Commonwealth of Pennsylvania, and I submit this affidavit in good faith in support of Plaintiffs' Response in Opposition to Defendant, Monsanto's Motion for Summary Judgment (ECF # 13743).

2. I used Roundup products regularly and continuously for seasonal landscaping purposes at my home in Meadowbrook, Pennsylvania from approximately 1980 to 2018.

3. To the very best of my recollection, I became familiar with Roundup through advertisements.

4. As I testified in my deposition, I believe I saw Roundup advertisements on both television and in print, as well as seeing it displayed in stores while shopping. See Exhibit A to Plaintiff's Response in Opposition, 107:8-108:14.

5. While I cannot recall exact specifics of the Roundup advertisements I saw over the years, the advertisements helped lead me to believe that Roundup was an effective and safe product.

6. To the very best of my recollection, none of the advertisements or in-store displays I read or saw discussed any possibility that exposure to Roundup could impact my health

in a negative way, or that it could be harmful at all. As such, I did not read the labels on the Roundup products I used over the years in any great detail.

7. To the contrary, I have seen countless advertisements and displays over the years for products that include a warning, fine print or some other mechanism to convey to the consumer that the product may be unsafe for the user.

8. As per my custom and habitual practice in trying to maintain a healthy lifestyle, had I been made aware through any advertisements and/or displays that Roundup could have been unsafe in any way, and in particular could cause non-Hodgkin's lymphoma, I never would have used Roundup under any circumstance.

I hereby certify that the facts contained in this affidavit are within my own knowledge and are true and correct.

_____  
BETH SPECTOR

_____9/23/21_____  
DATE