**WAPNER, NEWMAN, BRECHER & MILLER, P.C.**
JARAD L. SILVERSTEIN, ESQUIRE
jsilverstein@wapnernewman.com
2000 Market Street, Suite 2750
Philadelphia, PA  19103
(215) 569-0900
Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **DECLARATION OF JARAD L. SILVERSTEIN IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT ON WARNINGS CAUSATION GROUNDS AND PUNITIVE DAMAGES** |
| *Thomas v. Monsanto Co., 2:20-cv-08051* | |

1

## DECLARATION OF JARAD L. SILVERSTEIN

I, Jarad L. Silverstein, declare as follows:

1. I am an attorney at law admitted to practice *pro hac vice* before this Court in this MDL. I am an attorney with the law firm of Wapner Newman Brecher & Miller, P.C., counsel of record for Plaintiffs Troy Wilson Thomas and Josephine Ventura in the above-referenced action. I am fully competent to make this Declaration in Support of Plaintiffs' Response in Opposition to Monsanto Company's Motion for Summary Judgment on Warnings Causation Grounds and Punitive Damages. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' Complaint in the above-captioned matter, dated September 10, 2020.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Joint Stipulation to the in the above-captioned matter between Wave 3 Plaintiff, Troy Wilson Thomas, and counsel for Defendant, Monsanto, filed with the Court on July 6, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Troy Wilson Thomas taken January 29, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Troy Wilson Thomas's Affidavit, dated October 1, 2021.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed October 5, 2021 at Philadelphia, Pennsylvania.

/s/ *Jarad L. Silverstein, Esquire*
WAPNER, NEWMAN, BRECHER & MILLER, P.C.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/  *Jarad L. Silverstein*