# EXHIBIT "3"

Troy Thomas

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: ROUNDUP PRODUCTS LIABILITY   )MDL No. 2741
     LITIGATION,                         )Case No.
 5   _____)MDL No. 3:16-md-02741-VC
                                         )
 6   This document relates to:           )
                                         )
 7   Thomas, et al. v. Monsanto Company  )
     Case No. 3:20-cv-08051-VC           )
 8   _____)
 9
10
11
12
13          VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
14                         TROY THOMAS
15                      LAS VEGAS, NEVADA
16                   FRIDAY, JANUARY 29, 2021
17
18
19
20
21
22
23
24         REPORTED BY: JOHANNA VORCE, CCR NO. 913
25
```

Troy Thomas

```
 1             Have you used any other generic forms of Roundup?
 2      A.    No.
 3      Q.    And were you ever conscious about the cost of
 4   Roundup versus the generic versions of Roundup?
 5      A.    No.
 6      Q.    What was the reason for only using the -- the
 7   Roundup branded product versus the generic?
 8      A.    That was the best that worked for me.
 9      Q.    Did you ever try using the generic versions?
10      A.    No.
11      Q.    And then if you look on that second point, it
12   says, "When did you first begin using Roundup?"  It says,
13   "January of 2000."
14             Is that right?
15      A.    That seems right, yes.
16      Q.    What was the reason for first using Roundup?
17      A.    My home in Massachusetts, the property was pretty
18   big, and it was always wet, so there were always weeds
19   around the house.
20      Q.    Was there a reason why you used Roundup initially
21   versus some other product?
22      A.    It was recommended as the best for killing weeds.
23      Q.    Recommended by who?
24      A.    The local Home Depot.
25      Q.    So when you were in -- in Massachusetts, that's
```