# EXHIBIT "4"

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
|---|---|
| This document relates to:<br><br>*Troy Wilson Thomas and Josephine Ventura, h/w, v. Monsanto Company*<br>Case No. 3:20-cv-08051 | Case No. MDL No. 3:16-md-02741-VC |

### AFFIDAVIT OF TROY WILSON THOMAS

I, TROY WILSON THOMAS, being duly sworn on _____, 2021 deposes and says that:

1. I am an adult citizen of the State of Nevada, and I submit this affidavit in good faith in support of Plaintiffs' Response in Opposition to Defendant, Monsanto's Motion for Summary Judgment (ECF # 13760).

2. For approximately 20 years from 2000 to 2020 when I was diagnosed with non-Hodgkin's lymphoma, I used Roundup products to control weeds and other brush around my various residences during that time period.

3. To the very best of my recollection, as I testified in my deposition, I first became familiar with Roundup when asking a sales associate at a Home Depot in Massachusetts for recommendation of the best product on the market to kill weeds.

4. I purchased my first bottle of Roundup and it was effective at killing weeds.

5. I thereafter purchased and used Roundup consistently over the next 20 years.

6. On multiple occasions during that time period, I recall seeing advertisements for Roundup on television, on the radio, in print, in stores, and on the internet.

Scanned with CamScanner

7. Never in any of those advertisements was I made aware that Roundup products could pose any danger to my health or well-being, and most certainly no advertisement I saw advised me or even inferred to me that its ingredients could be carcinogenic.

8. Every advertisement for Roundup I saw only promoted how effective the product was.

9. As such, I did not read the labels on the Roundup products I used over the years in any great detail.

10. My health means a great deal to me. Had I known or been made aware that Roundup could have a negative impact on my health, e.g., that it had the potential to cause cancer, I *never* would have used the product.

I hereby certify that the facts contained in this affidavit are within my own knowledge and are true and correct.

_____          10/1/2021
TROY WILSON THOMAS                       DATE

Scanned with CamScanner