J. Marshall Jones, Jr.
Jones & Odom, LLP
2124 Fairfield Avenue
Shreveport, Louisiana 71104
Telephone: (318) 221-1600
Facsimile: (318) 425-1256
Marshall.jones@jodplaw.com

Curtis R. Joseph, Jr.
Winchell & Joseph, LLC
2124 Fairfield Avenue
Shreveport, Louisiana 71104
Telephone: (318) 221-1600
Facsimile: (318) 425-1256
curtis@wjlawfirm.net

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2741 <br> ) <br> ) <br> ) Case No. 3:16-md-02741-VC |
| This document relates to: | ) <br> ) |
| *Joseph Blair, et al vs. Monsanto Co.,* <br> Case No. 3:19-cv-07984-VC | ) <br> ) <br> ) |

**MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BASED ON TEXAS PRESUMPTION OF NO LIABILITY AND LACK OF SPECIFIC CAUSATION**

May It Please the Court:

NOW INTO COURT, through undersigned counsel come plaintiffs herein, Joseph Blair, et al, who respectfully move this honorable court for and extension to file their response to the Motion for Summary Judgment filed by Defendant, Monsanto, in the instant matter.

Undersigned respectfully represents that he has assumed the handling of the instant matter from original plaintiff's counsel, who has unfortunately suffered a stroke, which was, thereafter, compounded by a bout of pneumonia. As such, and in the interests of justice for parties, undersigned respectfully moves the court for an extension to file Plaintiffs' response to the referenced motion. Consequently, plaintiffs respectfully pray that they be allowed to file their responses to the respective Motions for Summary Judgment filed by Defendant Monsanto on or before October 25, 2021.

Undersigned has contacted opposing counsel for Defendant Monsanto, and he does not oppose the instant request.

Respectfully submitted;

Date: October 4, 2021

By: *J. Marshall Jones, Jr.*
J. Marshall Jones, Jr.
Jones & Odom, LLP
2124 Fairfield Avenue
Shreveport, Louisiana 71104
LA State Bar No. 7488
Telephone: (318) 221-1600
Facsimile: (318) 425-1256
Marshall.jones@jodplaw.com

By: *Curtis R. Joseph, Jr.*
Curtis R. Joseph, Jr.
Winchell & Joseph, LLC
2124 Fairfield Avenue
Shreveport, Louisiana 71104
La. State Bar No. 26944
Telephone: (318) 221-1600
Facsimile: (318) 425-1256
curtis@wjlawfirm.net

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*J. Marshall Jones, Jr.*
J. Marshall Jones, Jr.
Jones & Odom, LLP
