# EXHIBIT "1"

**ARIEL DAN TEITEL, M.D., MBA**
112 West 72nd st. Apt. 2G
New York, N.Y. 10023-3307
(646) 494-5584, Fax (866) 546-3236
ariel.teitel@gmail.com

## SUMMARY

Internist / Rheumatologist with an MBA in healthcare administration and extensive experience in practice management, academic and clinical internal medicine and rheumatology. Background in market and outcomes research, teaching and business management. Fluent in Spanish and French.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| **Clinical Associate Professor of Medicine,** NYU Langone | **2010-Present** |
| **Chief, Division of Rheumatology,** St. Vincent's Hospital | **2003-2010** |
| **Program Director, Rheumatology Fellowship,** St. Vincent's Hospital | **2001-3** |

- Teach residents and fellows clinical rheumatology
- Create and manage Web-based physician practice pattern survey
- PI on IRB approved clinical trial of COX-2's and lipid levels
- PI on IRB approved research regarding vaccination frequency and vasculitis
- Member of Medical Board, alternate on IRB

| | |
|---|---|
| **Private practice,** New York, NY | **2001-Present** |
| **Private practice,** Jersey City, NJ | **1996-2003** |

- Established multiphysician offices in both locations

**Part-time Chief of Rheumatology,** Jersey City Medical Center  **1996-2001**
- Ran clinic and rheumatology consultation service at J.C.M.C.
- Taught residents rheumatology

**Chief of Rheumatology,** Jersey City Medical Center  **1992-1996**
- Maintained full time teaching and clinical responsibility
- Served as member of Medical Records, Executive Committees and P & T Committee

**Emergency Medicine Physician,** Rockville, Maryland  **1988-1989**

## POSTGRADUATE TRAINING

- **Fellow in Rheumatology**  **1989-1992**
  Hospital for Special Surgery, the New York Hospital
- **Resident in Internal Medicine**  **1986-1988**
  Washington Hospital Center
- **Intern in Internal Medicine/Primary Care**  **1985-1986**
- George Washington University Medical Center

# ARIEL DAN TEITEL, M.D., MBA

## EDUCATION

| | |
|---|---|
| M.B.A. C.U.N.Y. Baruch/Mt. Sinai, NY, NY | 2003 |
| M.D. George Washington University, D.C. | 1985 |
| M.S. Physiology, Georgetown University, D.C. | 1981 |
| B.A. Biology, Psychology, Columbia University, NY, NY | 1980 |

## BOARD CERTIFICATION

| | |
|---|---|
| **Diplomate, Internal Medicine** | 1988 |
| **Diplomate, Rheumatology** | 1992, 2002, 2012 |
| **Certified, ARDMS, Musculoskeletal sonography** | 2013 |

## HONORS

| | |
|---|---|
| **Dean's List,** Columbia University | 1976-1980 |
| **Beta Gamma Sigma,** MBA Baruch College | 2003 |

## GRANTS

**Empire Clinical Research Investigator Program 2004-5:**
Principal Investigator, Mentor: "A prediction model of geriatric hospitalization"

## CURRENT ACADEMIC APPOINTMENTS

**Clinical Associate Professor of Medicine,** New York University Langone Medical Center.

**Assistant Attending,** Hospital for Special Surgery, Weill-Cornell University Medical Center

## HOSPITAL COMMITTEES

| | |
|---|---|
| **Medical Board, St. Vincent's Hospital, Manhattan** | 2005-6, 2009-2010 |
| **Alternate, IRB, St. Vincent's Hospital, Manhattan** | 2006-2010 |
| **P&T Committee, Jersey City Medical Center** | 1993-1996 |
| **Executive Committee, Jersey City Medical Center** | 1993-2000 |
| **Medical Records Committee, Jersey City Medical Ctr** | 1992-1996 |

## EDITORIAL BOARD

**The Internet Journal of Asthma, Allergy and Immunology**

## ARIEL DAN TEITEL, M.D., MBA

## Medical Reviewer

2014-6 Drug Guide, supplement, Arthritis Today, fibromyalgia section.

### NONPROFIT MANAGEMENT

**Treasurer, Argentine-American Medical Society**     2000-2004

### SPEAKER

**Arthritis Foundation: Talks on Arthritis, Osteoporosis**

**Creativity and Madness Meeting, Santa Fe, NM: "An Office Visit with Leonardo da Vinci"**

### PUBLICATIONS:

Teitel AD: "The B(n)ite of the iguana!",
Am J Emerg Med, 8:567-568, 1990

Bongiovanni GL, Teitel AD: Medical Spanish (ed. 2)
New York, NY, McGraw-Hill, 1991

Teitel AD, MacKenzie CR, Stern R, Paget S:
"Laryngeal involvement in systemic lupus erythematosus",
Seminars in Arthritis and Rheumatism, 22(3):203-214, 1992

Teitel AD, Hines JJ, Mouradian J, Elkon K:
"Reconstitution of SCID mice with mononuclear cells and skin from scleroderma patients", Arthritis and Rheumatism 34:S44(abs), 1991

Bini P, Gabay JG, Teitel A et al:
"Antineutrophilic cytoplasmic autoantibodies in Wegener's granulomatosis recognize conformational epitope(s) on proteinase 3", Journal of Immunology, 149(4):1409-1415, 1992

Bini P, Gabay JG, Teitel A et al:
"Anti-PR3 autoantibodies in Wegener's granulomatosis bind to conformational epitope(s)", Arthritis and Rheumatism 35: S1 17, (abs), 1992

Teitel AD: "Treatment of pyoderma gangrenosum with methotrexate",
Arthritis and Rheumatism 36:S163(abs) 1993. Poster presentation at annual American College of Rheumatology Meeting, November 1993

## ARIEL DAN TEITEL, M.D., MBA

Mallat B, Teitel A: "Apurpuric Henoch Schonlein Vasculitis",
Journal of Clinical Rheumatology,1:347-349, 1995

Gonzalez I, Sher N, Horton R, Peterson MGE, Paget S, Teitel A, Aponte N, Chakrabarty C: "Charla de Lupus: A multipurpose community based program to provide peer support and education to underserved populations with SLE", Arthritis and Rheumatism, S305

(abs) Sept. 1995. Poster presentation at annual American College of Rheumatology Meeting, November, 1995

Teitel AD: "Treatment of pyoderma gangrenosum with methotrexate",
Cutis, 57:326-8, 1996

Guma M, Teitel A: "Adolescent presentation of congenital radioulnar synostosis",
Clinical Pediatrics, 35(4):215-7, 1996

Quinones H, Teitel A: "Acutely swollen eyes in a lupus patient";
Journal of Musculoskeletal Medicine, 96,13(9):59-60, 1996

Yens DA, Forster C, Asters DJ, Teitel A: "RA: Survey of Treatment Preferences",
(abs), Oct. 2002. Poster presentation at annual
American College of Rheumatology Meeting, October, 2002
Arthritis and Rheumatism, S18(abs) 46(12):3409, 2002

Yens DA, Asters DJ, Teitel A: "Subcutaneous nodules and joint deformity in leprosy: Case report and review",
Journal of Clinical Rheumatology, 9(3):181-6, 2003

Yens DA, Forster C, Teitel A: "Trends in utilization and outcomes for SLE hospitalizations in New York state from 1990-2002",
Poster presentation at annual meeting, American College of Rheumatology, 2003
Arthritis and Rheumatism, SY55(abs) 48(12):3647,2003

Teitel AD, Lin RY, Shamis M: "Hospital admissions for anaphylaxis, urticaria and angioedema in New York state",
Journal of Allergy and Clinical Immunology, S242:866, 2004

Lorenzo M, Pratt K, Teitel AD: "A diagnostic flowchart for vasculitic syndromes",
Poster presentation at annual meeting, American College of Rheumatology, 2004
Arthritis and Rheumatism, 516(abs)50(9):S237, 2004

Lin RY, Cannon AG, Teitel AD: "Pattern of hospitalizations for angioedema in New York between 1990-2003", Annals of Allergy Asthma Immunology, 95:159-166, 2005

## ARIEL DAN TEITEL, M.D., MBA

Bhambhani N, Lin RY, Lorenzo M, Lascher S, Bacorro E, Teitel AD: "Hospitalization of RA patients with fever in NY state: The pre and post TNF-Inhibitor experience", Poster presentation at annual meeting, American College of Rheumatology, 2005
Arthritis and Rheumatism, 830(abs)52(9):S330, 2005

Bhambhani N, Amin MS, Lin RY, Kimel A, Teitel AD: "Cardiovascular complications after primary total knee and hip replacement surgery: the RA vs. non-RA experience in NY state from 1995-2004", Poster presentation at annual meeting, American College of Rheumatology, 2006  Arthritis and Rheumatism, 400(abs)54(9): S209, 2006

Teitel AD, Rubin J: "Horizontal pendular nystagmus in a patient with ocular albinism", New England Journal of Medicine, 359:e5, 2008

Lin RY, Teitel AD: "Continued increases in hospitalizations due to angioedema: Incrementos continuos de las hospitalizaciones debidas a angioedema",
Salud i Ciencia , 16(2):168-72,  2008

Lascher S, Mamais D, Qasim S, Lin R, Teitel:"Risk factors associated with rehospitalization in the elderly using chart abstracted data and the NY State's patient data system (SPARCS)", Poster presentation at 2009 Annual Symposium on Health Care Services in New York: Research and Practice, GNYHA, United Hospital Fund.

Lascher S, Mamais D, Qasim SA, Lin R, Teitel A: "Risk factors associated with rehospitalization in the elderly using chart abstracted data and the New York State patient data system",
Care Manag J, 12(3): 122-7, 2011