# EXHIBIT "2"

# CURRICULUM VITAE

**NAME:**      Marc Justin Braunstein, MD, PhD, FACP

**POSITION:**      Assistant Professor of Medicine
Program Director, Hematology/Oncology Fellowship
Co-Director, Hematology System, NYU Long Island School of Medicine
Department of Medicine, NYU Langone Hospital—Long Island
Perlmutter Cancer Center (formerly NYU Winthrop)
at NYU Langone Hematology Oncology Associates—Mineola

**CONTACT:**      120 Mineola Blvd, Suite 500
Mineola, NY 11501
Office: (516) 663-4606
Cell: (917) 913-2362
Fax: (516) 663-4613
Email: marc.braunstein@nyulangone.org
Twitter: @docbraunstein
Web: https://nyulangone.org/doctors/1568761336/marc-j-braunstein

## (1) EDUCATION

| Years | Institution | Degree | Field of Study |
|---|---|---|---|
| 2014 - 2017 | NYU Langone Medical Center | Fellowship | Hematology/Oncology Center |
| 2011 - 2014 | Hofstra North Shore-LIJ | Residency | Internal Medicine |
| 2002 - 2010 | SUNY Downstate College | M.D., Ph.D. | Molecular and Cellular Biology |
| 1997 - 2001 | CUNY Brooklyn College | B.S. | Biology |

## (2) LICENSES, CERTIFICATION

| | |
|---|---|
| 2017 | ABIM Hematology |
| 2017 | ABIM Medical Oncology |
| 2014 | ABIM Internal Medicine |

## (3) EMPLOYEMENT POSITIONS

| Years | Position | Role |
|---|---|---|
| 2017 - Present | NYU Langone Hospital—Long Island | Assistant Professor |
| Jan - July 2011 | USMEWorld, LLC | Content Editor |
| 2006 - 2008 | Lippincott Williams & Wilkins | Medical Student Reviewer |
| 2003 - 2009 | SUNY Downstate Medical Center | Teaching Assistant |
| 2001 - 2002 | NIH Academy, NIDDK | Post-Baccalaureate Fellow |

**(4) HONORS AND AWARDS**

| Year(s) | Honor/Award | Organization |
|---|---|---|
| 2020-2021 | ASH Medical Educators Institute | American Society of Hematology |
| 2020 | Inducted as Fellow | American College of Physicians |
| 2020 - Present | Program Director, Hematology/Oncology Fellowship | NYU Langone--Long Island |
| 2020, 2021 | Teaching Attending of the Year | NYU Winthrop Hospital, Division of Oncology-Hematology |
| 2020 | Scholarship Program | Lymphoma, Leukemia, & Myeloma Conference 2020 |
| 2020/2021 | Scholarship Program | Great Debates & Updates in Hematologic Malignancies 20-21 |
| 2016 | Lymphoma Grant | NYU Perlmutter Cancer Center |
| 2010 | Robert F. Furchgott Award for Excellence in Research | State University of New York |
| 2010 | Chancellor's Award for Student Excellence | State University of New York |
| 2007 | Best Oral Presentation, Research Day | SUNY Downstate Medical Center |
| 2007 | National Medical Student Abstract | American College of Physicians |
| 2005, 2007, 2008, 2010 | Travel Awards for Annual Meetings | American Society of Hematology |
| 2005, 2007 | Best Poster, Research Day | SUNY Downstate Medical Center |
| 2001 | CUNY Jonas Salk Medical Scholarship | City of the University of New York |
| 2001 | Phi Beta Kappa Inductee | City of the University of New York |
| 1997 | CUNY Full Tuition Scholarship | City of the University of New York |
| 1997 | HHMI Student Research Fellowship | Howard Hughes Medical Institute |

**(5) KEYWORDS/AREAS OF INTEREST**

Hematologic malignancies, Multiple Myeloma, Microbiome, Lymphoma, Myelodysplastic Syndrome, Immunology, Medical education, Physician wellness

**(6) MEMBERSHIPS**

American Society for Transplantation and Cellular Therapy
American Society of Clinical Oncology
American Society of Hematology
American College of Physicians
New York Academic of Medicine

## (7) ACADEMIC ACTIVITIES

### (a) NYU Langone—Long Island

| Year(s) | Activity | Organization |
|---|---|---|
| 2021 - Present | Educational Excellence Committee | NYU Long Island School of Medicine |
| 2021 - Present | Co-Leader | Junior Faculty Interest Group, NYU Long Island School of Medicine |
| 2020 - Present | Faculty Council | NYU Long Island School of Medicine |
| 2020 - Present | Admissions Executive Board | NYU Long Island School of Medicine |
| 2020 - Present | Organizing Covid-19 Research | NYU Winthrop Oncology-Hematology |
| 2019 - Present | Mentoring Champion | NYU Long Island School of Medicine |
| 2019 - Present | NYU Langone Protocol Review and Monitoring Committee | NYU Langone Perlmutter Cancer Center |
| 2019 - Present | Admissions screener/interviewer | NYU Long Island School of Medicine |
| 2018 - 2020 | Faculty Scholar Program | NYU Winthrop, Faculty Development |
| 2018 - Present | Cancer Center Research Committee Member | NYU Long Island School of Medicine |
| 2018 - 2019 | Faculty Council | NYU Long Island School of Medicine |
| 2018 | Internal Medicine Clerkship Preceptor | Stony Brook University School of Medicine |
| 2017 - Present | Phase I Curriculum Committee | NYU Long Island School of Medicine |
| 2017 - Present | Hematology Course Co-Director | NYU Long Island School of Medicine |

### (b) Professional/External Organizations

| Year(s) | Activity | Organization |
|---|---|---|
| 2021 | ASH HONORS Junior Reviewer | American Society of Hematology |
| 2021 | Abstract Reviewer | SUNY Downstate Medical Center 2021 Research Colloquium |
| 2020-present | ASCO Daily News Expert Panel | American Society of Clinical Oncology |
| 2020-present | ASCO Volunteer: Technology Research Group | American Society of Clinical Oncology |
| 2020-present | ASCO Volunteer: ASCO Daily News Expert Panel | American Society of Clinical Oncology |
| 2020 | Planning Committee Member | NYACP Annual Scientific Meeting |
| 2019, 2020 | Steering Committee, 37th and 38th Annual Chemotherapy Foundation Symposium | Physicians Educational Resource, LLC |
| 2018 - Present | Vice-Chair, Board of Trustees Volunteer | Leukemia and Lymphoma Society, Long Island Chapter |
| 2018, 2019 | ASCO Volunteer: Annual Meeting Education Book Reviewer | American Society of Clinical Oncology |
| 2018 - Present | Early Career Taskforce Member | American College of Physician, New York Chapter |
| 2018 | Team Co-Captain for Light the Night fundraiser | Leukemia and Lymphoma Society, Long Island Chapter |

3

| 2018 | Annual Scientific Meeting Abstract Reviewer and Poster Judge | American College of Physician, New York Chapter |

## (c) Invited Presentations

| Year | Presentation | Event |
| --- | --- | --- |
| 2021 | Optimizing the Cancer of Mantle Cell Lymphoma | Plexus Community Oncology Forum |
| 2021 | Care of Nursing Home Residents with Chronic Hematologic Malignancies | New York Medical Directors Association Spring 2021 Educational Symposium |
| 2021 | Impacts of COVID-19 on Hematologic Malignancies | NYU Langone—Long Island Internal Medicine Grand Rounds |
| 2021 | Integrating Novel Immunotherapies and Outpatient Autologous Transplant for Multiple Myeloma | NYU Perlmutter Cancer Center Faculty Lecture Series |
| 2020 | Integrating Novel Anti-Myeloma Immunotherapies into Practice | OncLive Institutional Perspectives in Cancer State of the Science Summit https://www.onclive.com/view/hematologic-malignancies-chaired-by-marc-braunstein-md-phd |
| 2020 | Housestaff Perceptions of the Prognosis of Patients with Hematologic Malignancies | NYU Langone Fifth Annual Medical Education Innovations & Scholarship Day: research poster presentation |
| 2020 | Session moderator: Other Issues in Hematologic Malignancy Management | 38th Annual Chemotherapy Foundation Symposium |
| 2020 | Chemotherapy 101 | NYACP Annual Scientific Conference |
| 2020 | Stem Cell Transplantation for Primary Immunodeficiency | NYU Winthrop Allergy and Immunology Educational Conference |
| 2020 | Myeloma Updates from ASCO/EHA 2020 | NYU Winthrop Hematology/Oncology Grand Rounds |
| 2020 | Treatment of Newly Diagnosed Multiple Myeloma | OncLive State of the Science Symposium, Brooklyn, NY |
| 2018-2021 | Myeloma Updates from the ASH Annual Meeting | NYU Winthrop Hematology/Oncology Grand Rounds |
| 2019 | Myeloma Induction 2019: Role of Monoclonal Antibodies | 37th Annual Chemotherapy Foundation Symposium |
| 2019 | Management of Aggressive Plasmablastic Myeloma | NYC/NJ Multiple Myeloma Rounds |
| 2019 | Becoming a Doctor: Applying for Medical School | Great Neck Library Community Lecture Series |
| 2019 | Cancer & Nutrition | Great Neck Library Community Lecture Series |

4

| 2019 2017 | Updates in Multiple Myeloma and Renal Complications | NYU Winthrop Renal Grand Rounds |
|---|---|---|
| 2019 | Resident career roundtable | NYACP Annual Scientific Meeting |
| 2019 | Mantle Cell Lymphoma | NYU Winthrop Internal Medicine Clinical Pathology Conference |
| 2019 | Hematopoietic Stem Cell Transplantation for Autoimmune Diseases | NYU Winthrop Rheumatology and Allergy/Immunology Grand Rounds |
| 2018 | Palliative Care Integration in Hematopoietic Stem Cell Transplant | NYU Winthrop Palliative Care Grand Rounds |
| 2018 | Multiple Myeloma: Encouraging Progress and New Developments | Leukemia and Lymphoma Society NY/NJ Blood Cancer Conference |
| 2018 | Treating Challenging Myeloma Patients | Multiple Myeloma Rounds NYC/NJ |
| 2017 | Hematopoietic Stem Cell Transplantation in Multiple Myeloma: Past, Present, and Future | NYU Winthrop Department of Medicine Grand Rounds |

### (d) Research Studies at NYU Langone—Long Island

#### (i) Interventional

| Year(s) | Clinical Study and Sponsor | Status/Role |
|---|---|---|
| 2020 - present | MMY3019 Phase 3 AURIGA, Janssen | Currently open (7/24/2020)/ NYU Winthrop PI |
| 2020 - present | CC220-MM-001 Phase 1/2b study, Celgene | Currently open (2/1/2020)/ NYU Winthrop PI |
| 2018 - present | MMY3019 CEPHEUS Phase 3 study, Janssen | Currently open (1/30/2019)/ NYU Winthrop PI |
| 2018 - 2019 | Analysis of Intestinal Dysbiosis in Plasma Cell Dyscrasias, uBiome | Completed (10/2019)/ NYU Winthrop IIT |
| 2018 | MMY2040 PLEIADES Phase 2 study, Janssen | Completed (6/2019)/ NYU Winthrop PI |

#### (ii) Non-interventional

| Year(s) | Clinical Study and Sponsor | Mentee (year of training at start) |
|---|---|---|
| 2020-present | Analysis of Peripheral Blood Smears in Covid-19 Patients | Nibash Budhathoki (PGY5) |
| 2020-present | On-Call Utilization by Oncology Patients | Marta Wronsky (PGY4) |
| 2020-present | Secondary Primary Malignancies in Melanoma | Nibash Budhathoki (PGY5) |

5

| 2020-present | Outcomes in Cancer Patients Discharged to Rehabilitation Facilities | Julie Huang (PGY4) |
| 2019-present | Palliative Care Consults in Hematologic Malignancies | Anthony Pasquarella (PGY4) |
| 2019-present | Housestaff Perceptions of Prognosis in Hematologic Malignancies | |
| 2018-present | Retrospective Assessment of Superficial Vein Thrombosis in Cancer Patients | Mina Gendy (PGY2) |
| 2018-present | Association between Isotypes and Cytogenetic Risk in Myeloma | Ramya Muddasani (PGY2) |

### (e) Online Publications, Webinars, Press, and Social Media:

| Year | Source | Link |
| --- | --- | --- |
| 2021 | OncLive | Discussion with Dr. Joshua Richter on myeloma treatment: https://www.onclive.com/view/braunstein-and-richter-talk-transplant-and-therapy-options-in-newly-diagnosed-myeloma |
| 2020 | Multiple Myeloma Hub | How can palliative care improve the outcomes of patients with MM? https://buff.ly/2Ka6r4y |
| 2020 | OncLive | Expanding Armamentarium in Multiple Myeloma: https://www.onclive.com/view/dr-braunstein-on-the-expanding-armamentarium-in-multiple-myeloma |
| 2020 | NYACP Webinar | Impact of COVID-19 on Virtual Learning Modalities for Housestaff and Educators: https://www.nyacp.org/i4a/pages/index.cfm?pageid=3896 |
| 2020 | Targeted Oncology | Editorial on first line treatment of multiple myeloma: https://www.onclive.com/view/should-all-elderly-patients-with-newly-diagnosed-multiple-myeloma-receive-monoclonal-antibodies- |
| 2020 | Targeted Oncology | Overview of therapies for hematologic malignancies: https://www.targetedonc.com/view/therapies-discussed-at-cfs-show-responses-for-hematologic-malignancies |
| 2020 | KevinMD podcast | https://www.kevinmd.com/blog/2020/11/moral-injury-and-practicing-oncology-during-covid-19-podcast.html |
| 2020 | Cancer Network | https://www.cancernetwork.com/view/oncology-peer-review-on-the-go-cancer-care-management-during-the-covid-19-pandemic |
| 2020 | OncLive | https://www.onclive.com/view/research-reflections-braunstein-breaks-down-top-asco-2020-abstracts-in-myeloma |

| 2020 | Katz Corner WABC-AM | Updates in COVID-10 and Oncology https://wabcradio.com/show/katzs-corner/ |
|---|---|---|
| 2020 | KevinMD | https://www.kevinmd.com/blog/2020/07/my-new-normal-moral-injury.html |
| 2020 | SurvivorNet | https://www.survivornet.com/articles/im-going-to-the-doctor- whatif-a-coronavirus-patient-is-in-the-waiting-room-expert-answers/ |
| 2020 | KevinMD | https://www.kevinmd.com/blog/2020/03/practicing-oncologyduring-covid-19.html |
| 2020 | OncLive | https://www.onclive.com/web-exclusives/upfront-multidrug-regimensprove-beneficial-in-myeloma |
| 2020 | Healio | HemeOnc today review of smoldering myeloma data: https://bit.ly/2Rjmf4S |
| 2019 | Healio | HemeOnc today review of ASH 2019 abstract: https://bit.ly/36xkuqm |
| 2019 | Targeted Oncology | Editorial on smoldering myeloma: https://www.targetedonc.com/view/treatment-of-smoldering-myeloma-delaysdisease-progression-yet-questions-remain |
| 2019 | OncLive TV | Comments on multiple myeloma: https://www.onclive.com/specialist/ marc-j-braunstein-md-phd |
| 2019 | KevinMD | https://www.kevinmd.com/blog/2019/10/cancer-patients-whowant-to-take-unproven-supplements.html |
| 2019 | LLS Virtual Lecture | Improving Bone Health for Myeloma Patients: https://www.lls.education/bonehealth/ |
| 2019 | NYACP Webinar | MedEd 2.0: https://www.nyacp.org/i4a/pages/index.cfm?pageid=3896 |
| 2019 | LLS Webcast | Improving Bone Health in Multiple Myeloma" https://www.lls.org/patient-education-webcasts/improving-bone-health-in-multiple-myeloma |
| 2019 | KevinMD | https://www.kevinmd.com/blog/2019/05/avoiding-medicines-boeing-737-max.html |
| 2019 | NEJM Resident 360 | Ask the Experts: Extracurricular Educational Activities: https://resident360.nejm.org/discussions/733 |
| 2019 | LLS Bloodline Podcast | "Removing Mystery from Myeloma: Management of the Elderly Myeloma Patient" http://www.thebloodline.org/TBL/removing-mystery-from-myeloma-management-of-the-elderly-myeloma-patient/ |

| 2019 | NYACP Webinar | Dual Physician Families. https://www.nyacp.org/i4a/pages/index.cfm?pageid=3725 |
|------|---------------|-------------------------------------------------------------------|
| 2019 | NEJM Resident 360 | Ask the Experts: Extracurricular Educational Activities: Prepping for PGY-1: https://resident360.nejm.org/discussions/721 |
| 2019 | NEJM Resident 360 | Ask the Experts: Preparing for Clinical Clerkships:https://resident360.nejm.org/discussions/734 |
| 2018 | Katz Corner WABC-AM | https://www.ogpodcastnetwork.com/episode/katzs-corner-7-22-18/ |
| 2018 | NEJM Resident 360 | Ask the Experts: Hematology and Oncology.https://resident360.nejm.org/discussions/688 |
| 2018 | KevinMD | www.kevinmd.com/blog/2018/10/the-alarming-possibility-ofvirtual-medical-school.html |

## (8) PEER REVIEWED PUBLICATIONS

1. Timilsina, S, Damato, A, Budhathoki, N, Grossbard, M, **Braunstein, M**. Characterization of Second Primary Malignancies in Mucosa-Associated Lymphoid Tissue Lymphomas: A SEER Database Interrogation. *Accepted in Clinical Lymphoma, Myeloma, & Leukemia 2021.*

2. Boyle, E, Williams, L, Blaney, P, Ashby, C, Bauer, M, Walker, B, Ghamlouch, H, Choi, J, Wang, Y, Caro, J, Stoeckle, J, Arbini, A, Kaminetsky, D, **Braunstein, M,** Bruno, B, Razzo, B, Perrial, E, Maclachlan, K, Diamond, B, Maura, F, Landgren, O, Litke, R, Fegan, C, Keats, J, Auclair, D, Davies, F, Morgan, G. Improving prognostic assignment in older adults with multiple myeloma using acquired genetic features, clonal hemopoiesis and telomere length. Leukemia. 2021 Jun (184)12:1-4.

3. **Braunstein, M**. Novel Therapies and New Trends Advancing Hematology-Oncology. ASCO Daily News June 2021. https://dailynews.ascopubs.org/do/10.1200/ADN.21.200624/full/.

4. Francesco, M, Boyle, E, Rustad, E, Cod, A, Kaminetzky, D, Bruno, B, **Braunstein, M,** Bauer, M, Blaney, P, Yubao, W, Ghamlouch, H, Williams, L, Stoeckle, J, Davies, F Walker, B, Maclachlan, K, Diamond, B, Landgren, O, Morgan G. Chromothripsis as a pathogenic driver of multiple myeloma. Seminars in Cell & Developmental Biology. May 2021.

5. **Braunstein, M**, Weltz, J, Davies, F. A new decade: novel immunotherapies on the horizon for relapsed/refractory multiple myeloma. Expert Rev Hematol. 2021 Apr 8;1-13.

6. Huang, J, Rohatgi, A, Schneider, J, **Braunstein, M**. Considerations for the Management of Oncology Patients During the COVID-19 Pandemic'. Oncology. 2020 34(10):432-441.

7. **Braunstein, M**, Petrova-Drus, K, Rosenbaum, C, Jayabalan, DS, Rossi, AC, Salvatore, S, Rech, K, Pearse, RN, Hassae, DC, Postley, J, Jhanwar, YS, Geyer, JT,

8

Niesvizky, R. Plasma Cell Myeloma Presenting with Amyloid-Laden Crystal-Negative Histiocytosis. American Journal of Clinical Pathology. 154(6). Dec 2020.

8.  Hultcrantz, m, Richter, j, Rosenbaum, C, Patel, D, Smith, E, Korde, N, Lu, S, Mailankody, S, Shah, U, Lesokhin, A, Hassoun, H, Tan, C, Maura, F, Derkach, A, Diamond, B, Rossi, A, Pearse, R, Madduri, D, Chari, A, Kaminetzky, D, **Braunstein, M**, Gordillo, C, Davies, F, Jagannath, S, Niesvizky, R, Lentzsch, S, Morgan, G, Landgren, O. COVID-19 Infections and Outcomes in Patients With Multiple Myeloma in New York City: A Cohort Study From Five Academic Centers. Blood Cancer Discovery. July 30, 2020.

9.  Suarez-Londono, A, Rohatgi, A, Antoine-Pepeljugoski, C, **Braunstein, M**. Aggressive Presentation of Plasmablastic Myeloma. BMJ Case Reports 2020. Apr 6;13(4):e234436

10. Budhathoki, N and **Braunstein, M**. Emerging Data on the Human Microbiome in Hematologic Malignancies. ASCO Daily News. March 2020. https://dailynews.ascopubs.org/do/10.1200/ADN.20.200067/full/.

11. Muddasani R, Talwar N, Suarez-Londono A, **Braunstein M**. Management of Atypical Chronic Lymphocytic Leukemia Presenting with Extreme Leukocytosis. Clinical Case Reports 2020;00:1–6.

12. **Braunstein, M.** Designing a Therapy Sequence for the Treatment of Multiple Myeloma. ASCO Daily News. February. 2020. https://dailynews.ascopubs.org/do/10.1200/ADN.20.200032/full/

13. **Braunstein, M** and Diefenbach, C. Emerging Role of Upfront Monoclonal Antibodies for Multiple Myeloma. ASCO Daily News Expert Editorial. May 2019. https://dailynews.ascopubs.org/do/10.1200/ADN.19.190275/full/

14. **Braunstein, M.** My First Year in Practice: Developing a Career in a Hybrid AcademicCommunity Practice. Clinical Advances in Hematology & Oncology. 2019 May;17(5):281-282.

15. Antoine-Pepeljugoski, C and **Braunstein, M.** Treatment of Multiple Myeloma in Older Patients. Curr Oncol Rep. 2019 May 24;21(7):64.

16. Kennedy-Snodgrass, C, Mobolaji, O, Muddasani, R, Barnea Slonim, L, and **Braunstein, M.** Hemophagocytic Lymphohistiocytosis Secondary to Babesia in an Immunocompetent Adult. Am J Hematol. 2019 Mar;94(3):379-383.

17. **Braunstein M**, Kucharczyk J, Adams S. Targeting Toll-Like Receptors For Cancer Therapy. Targeted Oncology. Target Oncol. 2018 Oct;13(5):583-598.

18. Bannoudi H, Anquetil C, **Braunstein M**, Pond S, Silverman G. Unbiased RACE-based massive parallel surveys of human IgA antibody repertoires. Methods Mol Biol. 2017;1643:45-73.

19. **Braunstein M** and Niesvizky R. Deferring Autologous Stem Cell Transplantation for Consolidation of Minimal Residual Disease in Multiple Myeloma. Seminars in Oncology. 2016 Dec;43(6):709-711.

20. **Braunstein MJ**, Scott SS, Scott CM, Behrman S, Walter P, Wipf P, Coplan JD, Chrico W, Joseph D, Brodsky JL, Batuman O. Antimyeloma Effects of the Heat Shock Protein

70 Molecular Chaperone Inhibitor MAL3-101. Journal of Oncology. September 2011:232037.

21. Doñate F, Juarez J, Burnett M, Manuia M, Xiaojun G, Shaw D, Smith E, Timucin C, **Braunstein M**, Batuman O, and Mazar A. Identification of Biomarkers for the Antiangiogenic and Anti-tumor Activity of the Superoxide Dismutase 1 (SOD1) Inhibitor Tetrathiomolybdate (ATN-224). British Journal of Cancer 98:776-83, 2008.

22. **Braunstein M**, Özçelik T, Bağışlar S, Smith ELP, Akyerli CB, and Batuman OA. Endothelial Progenitor Cells Display Clonal Restriction in Multiple Myeloma. BMC Cancer 6:161-170, 2006.

23. Zhang H, Vakil V, **Braunstein M**, Smith EL, Maroney J, Chen L, Dai K, Berenson JR, Hussain MM, Klueppelberg U, Norin AJ, Akman HO, Ozçelik T, Batuman OA. Circulating Endothelial Progenitor Cells in Multiple Myeloma: Implications and Significance. Blood 105:3286-3294, 2005.

24. Steinberg-Neifach O, **Braunstein MJ**, and Eshel D. Rapid Assessment of Budding Pattern by Cell Morphology in the Yeast Saccharomyces cerevisiae. Biotechniques 31:482-486, 2001.

## (9) MEETING ABSTRACTS AND PRESENTATIONS:

1. Karimkhan, A; Hossein-Zadeh, Z; Sekhon, P; Budhathoki, N; Ram, B; Rapkiewicz, A; Donovan, V; Park, C; **Braunstein, M**. Peripheral blood morphologic and laboratory predictors of death in hospitalized COVID-19 patients. Laboratory investigation. 2021 Conference:(110th):857-859 (Abstract 4857082). United States and Canadian Academy of Pathology March 2021.

2. Pasquarella A, Ramdhanny A, Gendy M, Pinto P, Islam S, **Braunstein M**. Outcomes of Patients with Hematologic Malignancies Who Received Inpatient Palliative Care Consultation. American Society of Hematology Meeting 2020. (Poster Presentation)

3. Boyle E, Williams L, Blaney P, Ashby C, Bauer M, Walker B, Choi J, Caro J, Razzo B, Arbini A, Kaminetzky D, **Braunstein M**, Maura F, Wang Y, Landgren O, Stoeckle J, Maclachlan K, Litke R, Davies F, Morgan G. Influence of Aging Processes on the Biology and Outcome of Multiple Myeloma. American Society of Hematology Meeting 2020. (Poster Presentation)

4. Rohatgi A, **Braunstein M**. Effects of the COVID-19 Pandemic on the Presentation of Hematologic Malignancies: A Single-Center Analysis. Lymphoma, Leukemia & Myeloma Congress 2020. American Journal of Hematology (Poster Presentation)

5. Wronska M, **Braunstein M**, Islam S. Factors Determining Oncology On-Call Service Utilization and Implications for Quality Improvement. ASCO Quality Care Symposium 2020 (Poster Presentation)

6. Budhathoki, N, Timilsina, S, Atluri, A, Weber, J, **Braunstein, M**. Impact of immune checkpoint and BRAF inhibitors on the incidence of second primary malignancies (SPM) in melanoma. Journal of Clinical Oncology 38, no. 15_suppl (May 20, 2020) 12061. (Poster Presentation)

7. Antoine-Pepeljugoski C, Morgan G, **Braunstein M**. Analysis of Intestinal Microbiome in Multiple Myeloma Reveals Progressive Dysbiosis Compared to MGUS and Healthy Individuals. American Society of Hematology Meeting 2019. (Poster Presentation)

8. Gendy M, Buteau MA, **Braunstein M**. Retrospective Assessment of Outcomes Following Superficial Vein Thrombosis in Cancer Patients. American Society of Hematology Meeting 2019. (Poster Presentation)

9. **Braunstein M**, El Bannoudi H, Abdul Hay M, Pond S, Silverman G. Analysis of the IgA Heavy Chain Repertoire in Multiple Myeloma: Implications for Host-Microbiome Influences. American Society of Hematology Meeting 2017. (Poster Presentation)

10. **Braunstein M** and Kwok E. A Young Female Presenting with Acute Onset Psychosis. Society of Hospitalist Medicine 2013. (Poster Presentation)

11. **Braunstein M** and Kumar D. Thinking Outside the Marrow: An Unusual Cause of Pancytopenia and Portal Hypertension in a Woman with Extrapulmonary Sarcoidosis. NSLIJ Academic Day 2013. (Poster Presentation)

12. Vora R, **Braunstein M**, ChoJ, Lesser M, Ben-Levi E, Bradley M, Allen M, Kolitz J. Neutropenic Enterocolitis (NEC) in Adults with Acute Leukemia. American Federation for Medical Research Meeting 2013. (Poster Presentation)

13. Vora RK, **Braunstein M**, Cho J, Lesser ML, Ben-Levi E, Bradley TP, Allen SL, Kolitz JE. Enterocolitis in Adult Patients with Acute Leukemia: A Single Center Experience. American Society of Hematology Meeting 2012. (Abstract Publication)

14. **Braunstein MJ**, Scott SS, Smith ELP, Joseph DF, Gonsky J, Carrasco R, Sukhdeo K, Protopopov A, Anderson KC, Batuman O. Genomic Analysis of Endothelial Progenitor Cells In Multiple Myeloma Reveals Aberrant Gene Pathways Common to Tumor Cells. American Society of Hematology Meeting 2010. (Poster Presentation)

15. Scott SS, **Braunstein MJ**, Lange C, Roman C, Smith ELP, Joseph DF, Batuman OA. Characterization of Hemangioblastic Traits within Endothelial Progenitor Cells of Multiple Myeloma Patients. American Society of Hematology Meeting 2010. (Poster Presentation)

16. Azari BM, Joseph DF, **Braunstein MJ**, Klueppelberg, UH, Smith ELP, Scott S, Marmur JD, Babinska A, Batuman O. Junctional Adhesion Molecule-A/ F11 Receptor (JAM-A/ F11R) Is a Novel Biomarker and a Potential Treatment Target In Multiple Myeloma Tumor and Its Microvascular Milieu. American Society of Hematology Meeting 2010. (Oral Presentation)

17. Azari BM, **Braunstein MJ**, Kluppelberg UH, Scott SS, Smith ELP, Marmur JD, Babinska A, Batuman O. Junctional Adhesion Molecule-A/ F11 Receptor (JAM-A/ F11R) Expression in Multiple Myeloma (MM): a Candidate Biomarker of Aggressive Disease. American Society of Hematology Meeting 2009. (Poster Presentation)

18. Scott SS, **Braunstein MJ**, Lange C, Roman C, Klueppelberg U, and Batuman O. Endothelial Progenitor Cells within the Bone Marrow Microenvironment of Multiple Myeloma Patients Display Stem Cell Traits. American Society of Hematology Meeting 2009. (Poster Presentation)

19. **Braunstein MJ**, Campagne F, Mukherjee P, Carrasco DR, Sukhdeo K, Protopopov A, Anderson KC, and Batuman O. Genome-Wide Profiling of Endothelial Progenitor Cells in Multiple Myeloma: Disease-Relevant Pathways and Overlaps with Common Cancer Biomarkers. American Society of Hematology Meeting 2008. (Oral Presentation)

20. **Braunstein MJ**, Carrasco DR, Campagne F, Mukherjee P, Sukhdeo K, Protopopov A, Anderson KC, and Batuman O. Genome-Wide Profiling of Endothelial Progenitor Cells

in Multiple Myeloma: Overlaps with Myeloma Tumor Cells and Common Cancer Gene-Pathways. American Society of Hematology Meeting 2007. (Oral presentation)

21. **Braunstein MJ**, Scott CM, Berman S, Walter P, Wipf P, Brodsky JL, and Batuman O. In Vitro  Antimyeloma Effects of Inhibitors of the Heat Shock Protein 70 (Hsp70) Molecular Chaperone. Blood 110:1524, 2007. (Poster presentation)

22. **Braunstein MJ**, Carrasco DR, Kahn D, Sukhdeo K, Protopopov A, Zhang Y, Anderson KC, and Batuman O. Clonotypic Bone Marrow-Derived Endothelial Progenitor Cells in Multiple Myeloma. American Society of Hematology Meeting 2006. (Poster Presentation)

23. Kahn DM, **Braunstein M**, Smith ELP, Klueppelberg U, Özçelik T, and Batuman O. Endothelial Progenitor Cell Clonality and Response to Treatment in Multiple Myeloma. American Society of Clinical Oncology 2006. (Poster presentation)

24. **Braunstein M**, ÖzçelikT, Bağışlar S, Vakil V, Smith ELP, Akyerli CB, and Batuman OA. Clonal Restriction in Endothelial Progenitor Cells in Patients with Multiple Myeloma. American Society of Hematology Meeting 2005. (Poster presentation)

25. Özçelik T, Vakil V, Smith E, **Braunstein M**, Maroney J, Klueppelberg U, Bağışlar S, Akyerli C, and Batuman O.  Evidence for Clonality in Circulating Endothelial Progenitor Cells in Multiple Myeloma. American Society of Hematology Meeting 2004. (Poster presentation)

### (10) MENTORED TRAINEES AND ACHIEVEMENTS:

| Year(s) | Mentee | Achievements |
| --- | --- | --- |
| 2020-present | Erin Miller (LISOM medical student) | NYULH-LI 2021 Annual Research Day poster of distinction |
| 2020-present | Abhinva Rohatgi (heme/onc fellow) | Lymphoma, Leuekmia, & Myeloma Congress 2020 Poster and Most Relevant Abstract Award |
| 2019-present | Anthony Pasquarella (heme/onc fellow) | ASH Annual Meeting poster 2020 NYULH-LI 2021 Annual Research Day presentation |
| 2019-present | Marta Wronska (heme/onc fellow) | ASCO Quality Care Meeting poster 2020 Conquer Cancer Merit Award 2020 |
| 2018-present | Nibash Budhathoki (heme/onc fellow) | ASCO Annual Meeting poster 2020 Conquer Cancer Merit Award 2020 ASCO Daily News publication 2020 |
| 2018-2020 | Neel Talwar (heme/onc fellow) | Publication: Clinical Case Reports 2020 |
| 2018-2020 | Crystal Antione (heme/onc fellow) | ASH Annual Meeting poster 2019 Publication: Curr Oncol Rep 2019 |
| 2018-2020 | Ramya Muddasani (resident) | Publication: Clinical Case Reports 2020 |

|           |                         | Posters: Lymphoma and Myeloma 2019, ACP Annual Meeting 2019 |
|-----------|-------------------------|-------------------------------------------------------------|
| 2018-2020 | Mina Gendy (resident)   | ASH Annual Meeting poster 2019                              |