# EXHIBIT "4"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:  ROUNDUP PRODUCTS            MDL No. 2741
LIABILITY LITIGATION                Case No. MDL No.
                                    3:16-md-02741-VC

This transcript relates to:
Savory and Spector et al.
v. Monsanto Company
Case No. 3:20-cv-08051

- - -

MONDAY, AUGUST 23, 2021

- - -

Remote videoconference deposition of RAN RASHEF, M.D., taken remotely via Zoom, beginning at approximately 9:01 a.m., on the above date, before Carol L. Shearer, Registered Professional Reporter and Notary Public.

CENTER CITY REPORTING, INC.
1315 Walnut Street - Suite 517
Philadelphia, Pennsylvania  19107
215-732-4882

1  because I'm not allowed to know it.  Okay?
2       A.   Aware.
3       Q.   Prior to being contacted by counsel for
4  Monsanto, had you reviewed any literature with respect to
5  glyphosate and non-Hodgkin's lymphoma?
6       A.   No, I have not.
7       Q.   Were you aware of any epidemiological studies
8  related to glyphosate and non-Hodgkin lymphoma prior to
9  first being contacted by counsel to potentially review
10 cases?
11      A.   No, I was not.  Glyphosate and non-Hodgkin
12 lymphoma has not been on my radar, which I think is
13 similar to most oncologists, because it is not a known
14 risk factor for the development of non-Hodgkin lymphoma.
15      Q.   To your understanding, in the ten cases that
16 you've reviewed for Monsanto, has your role been the same
17 in each case?
18           MR. PIORKOWSKI:  Object to form.  Vague.
19           THE WITNESS:  I think that generally
20      speaking my role has been similar, which is to
21      review the scientific literature and offer an
22      independent opinion on the causality of
23      non-Hodgkin lymphoma, both generally specifically
24      and in a case-specific manner.
25 BY MR. SILVERSTEIN: