# EXHIBIT "3"

```
 1   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 2   ------------------------------------------X
     This document relates to:
 3
     Troy Wilson Thomas and Josephine
 4   Ventura, husband and wife,
     v. Monsanto Company
 5   Case No. 3:20-cv-08051-VC
 6                                           .
     ------------------------------------------X
 7
 8
 9            TUESDAY, AUGUST 17, 2021
10        VIDEOTAPED DEPOSITION of Marc J.
11   Braunstein, M.D., conducted at the Inn at
12   Great Neck, 30 Cutter Mill Road, Great Neck,
13   New York, commencing at 9:05 a.m., on the
14   above date, before Nicole Veltri, Registered
15   Professional Reporter and Certified Realtime
16   Reporter.
17
18
19
20
21
22
23
24
```

1  things in the environment.  So it may be

2  multifactorial.  Again, age is just a

3  number; but there may be other things to

4  essentially associate with things that are

5  risk factors.

6      Q.   As on oncologist, do you consider

7  yourself to be an expert in risk factors for

8  non-Hodgkin's lymphoma?

9      A.   Yes.  I think.  I mean, I think

10 it's something that I understand.

11     Q.   So to go back to the word causes,

12 understanding that there's some overlap

13 between causes and risk factors, but let's

14 focus on causes for a moment.  What do you

15 understand to be the causes of non-Hodgkin's

16 lymphoma that are well accepted by the

17 medical and oncology community?

18          MR. SILVERSTEIN:  Object to the

19     form.  You can answer.

20     A.   So when we're talking about

21 causes, sometimes the cause is unknown.

22 Sometimes we can find risk factors; and I

23 know I'm using the word risk factor, not

24 cause.  But sometimes we can identify risk

1   form.
2       A.   Well, reading his report, he
3   provides expertise in dose estimates in
4   toxicology that -- or even the landscape,
5   you know, that I did not go into great depth
6   in my report and don't claim to be an expert
7   in; so I would rely on that information,
8   yes.
9       Q.   So you didn't perform any
10  estimates of the dose of glyphosate received
11  by Mr. Thomas; is that right?
12      A.   Well, I focused more on the
13  duration of exposure than the dose.
14      Q.   You focused on the length of time
15  in which he says he used the product?
16      A.   I agree with that, yes, correct.
17      Q.   You have no information about how
18  much actual dermatologic exposure he had,
19  correct?
20      A.   By dermatologic exposure, you mean
21  the quantitative dose or just over how much
22  time or --
23      Q.   I'm talking about how much he got
24  on his skin over the course of time he used

1            Were you provided by counsel with
2     specific medical literature regarding these
3     issues?
4         A.   I was not provided with primary
5     literature.  That was entirely done by
6     myself.
7         Q.   So as I understand, you haven't
8     heard about this alleged relationship
9     between Roundup and NHL previous to your
10    retention, right?
11        A.   I was not familiar with the
12    intricacies of the literature, no.
13        Q.   Well, I think you said you never
14    read anything about it.
15        A.   Right.  So I wasn't familiar
16    myself.
17        Q.   How did you go about educating
18    yourself about the relationship between
19    glyphosate and non-Hodgkin's lymphoma?
20        A.   So I looked at the literature like
21    I would do for anything in a patient's
22    medical history and reviewed -- I started
23    with some review papers just reviewing the
24    topic.  I looked at some of the references,

1  you know, most of the references listed in
2  my reports that are not specific to general
3  things about non-Hodgkin's lymphoma; and I
4  read, you know, some of the primary studies
5  examining the pretty broad literature on
6  examining this very topic.
7      Q.   So when you said you looked at
8  some review papers, do you know what you
9  looked at first?
10     A.   Well, first I looked into
11 literature on, you know, what is glyphosate.
12 What is, you know, what is Roundup and why
13 are the two associated with one another just
14 to orient myself.
15     Q.   Before getting involved in this
16 litigation, had you ever even heard of
17 Roundup?
18     A.   I did, yes.
19     Q.   In what context?
20     A.   Well, it's been in the popular
21 press of recent times.
22     Q.   I see.
23     A.   But not in a way that's, you know,
24 professional.  Just hearing about it.

1  Q. All right.
2     And so you educated yourself about
3  what glyphosate is and what Roundup is?
4  A. At a basic level, yes.
5  Q. And then what did you do after
6  that?
7  A. Then I -- well, then I read the
8  cases, you know, I read the cases at that
9  time; and then I looked at the literature to
10 support or refute the association with
11 non-Hodgkin's lymphoma.
12 Q. So when you say you read the
13 cases, you were referring to the plaintiff's
14 medical records?
15 A. Yes. Not necessarily in that
16 order. I think I looked at the records
17 first; and then to make the leap to
18 understand the interpretation of the
19 association of glyphosate and NHL, I turned
20 to the literature.
21 Q. And with respect to the literature
22 on glyphosate and NHL, how did you approach
23 that? Did you do a Medline search as a
24 first step?

1    A.   Yes.  I used PubMed to look at the
2 various studies.  There's thousands and
3 thousands of papers.  I looked at various
4 elements of the literature, whether it's the
5 epidemiology, whether it's the, you know,
6 animal studies, et cetera; and I also looked
7 at papers that took an opinion one way or
8 the other and saw what their viewpoints
9 were.  And some of those I listed in my
10 reports.
11    Q.   So are -- and I want to come back
12 to this more systematically later.
13    A.   Of course.
14    Q.   But I think we've already talked
15 about materials that you looked at either
16 prior to your report or since your report
17 with respect to other experts' opinions,
18 right?
19    A.   Yes.  That's correct.
20    Q.   The ones that you looked at for
21 form, and then the ones you looked at since
22 giving your report?
23    A.   Yes.
24    Q.   And then separately, you've looked

1           So your understanding of what was
2   different from what the EPA looked at versus
3   IARC came from reading the Portier paper?
4      A.   Well, in part, the Portier and
5   there were others like the Benbrook studies
6   review as well.
7      Q.   Okay.
8           And based on the review of the
9   Portier and Benbrook papers, what's your
10  understanding of the difference between
11  IARC's review and EPA's review?
12     A.   Sure.  So the IARC reviewed only
13  published literature is one of my
14  understanding elements.  They relied, again,
15  as I mentioned before, on genotoxicity
16  studies a little bit more heavily, slightly
17  different genotoxicity studies, different
18  models; and they -- those were the main
19  differences.  And the EPA also relied on
20  unpublished industry-sponsored papers as
21  well whereas the IARC used only the
22  literature that was published.
23     Q.   And because the EPA relied on
24  unpublished industry sponsored studies, do

1  you believe that was entitled to less
2  weight?
3      A.   Entitled to less weight by the
4  EPA.
5      Q.   No.
6      A.   Oh, by my analysis.
7      Q.   By you.
8      A.   I believe that there were
9  different approaches; and, therefore, I
10 relied more on the IARC Monograph to
11 formulate my conclusions.
12     Q.   Do you understand the difference
13 in what the IARC undertook to do and what
14 the EPA undertook to do in terms of their
15 objective?
16          MR. SILVERSTEIN:  Objection to
17    form.
18     A.   Their objective as I understood
19 it, is to assess the carcinogenicity of
20 various pesticides including glyphosate
21 which was the focus of my review.  That's my
22 understanding of the difference of what
23 their intentions were.  What individuals
24 were involved that I don't know the