# EXHIBIT "6"

Ronald J. Kendall, Ph.D.

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2

 3    IN RE:  ROUNDUP PRODUCTS       MDL No. 2741
      LIABILITY LITIGATION
 4    _____

 5    SAVORY V. MONSANTO, CO.,       *
      Case No. 3:20-cv-02403         *
 6                                   *
      -and-                          *
 7                                   *
      THOMAS V. MONSANTO, CO.,       *
 8    Case No. 3:20-cv-08051         *
      _____

 9
10    *******************************************************
11           REMOTE VIDEOTAPED DEPOSITION OF
                RONALD J. KENDALL, Ph.D.
12                 SEPTEMBER 1, 2021
13    *******************************************************
14
15
16           DEPOSITION of RONALD J. KENDALL,
17    Ph.D., produced as a witness at the instance of the
18    Defendant, and duly sworn, was taken in the
19    above-styled and numbered cause on the 1st day of
20    September, 2021, from 8:28 a.m. to 3:06 p.m., before
21    Christy R. Sievert, CSR, RPR, in and for the State
22    of Texas, reported remotely by machine shorthand,
23    pursuant to the Federal Rules of Civil Procedure and
24    the provisions stated on the record or attached
25    hereto.
```

Ronald J. Kendall, Ph.D.

```
 1   NHL, right?  That's general causation, right?
 2       A.   Yes.  Yeah, that's fair.
 3       Q.   Okay.  And so for specific causation,
 4   again, it was those list of five factors you looked
 5   at for these plaintiffs that you were interfacing
 6   with the general causation information to reach a
 7   specific causation determination, right?
 8       A.   Right.  And, again, that's within a
 9   reasonable degree.  That's all.  I mean, that's --
10       Q.   Sure.
11       A.   -- within a reasonable degree.
12       Q.   Okay.  And the 20-year latency data that
13   you pointed me to in the cohort study was for acute
14   amyloid leukemia, right?
15       A.   That's correct.  That's correct.
16       Q.   Okay.  And they also had 20-year latency
17   data for NHL in that study, right?
18       A.   Yes.
19       Q.   Okay.  And acute amyloid leukemia is a
20   different disease from NHL.  They're both
21   hematopoietic cancers, but AML is a different
22   disease, fair?
23       A.   Fair.
24       Q.   And for NHL, it was a null finding in that
25   agricultural health study for 20-year latency, true?
```