# EXHIBIT "7"

May 27, 2021


Jarad Silverstein, Esq.
Wapner Newman
2000 Market Street, Suite 2750
Philadelphia, PA  19103


**RE: Spector v. Monsanto**

Dear Mr. Silverstein,

As requested, I have reviewed the following documents with regard to the above-referenced matter:

Complaint
Deposition of Beth Spector
Deposition of Chuck Spector
Deposition of Dr. Stephen Schuster
Report from Dr. Sterman, 2014
Records of Dr. David Litt
Records from Fox Chase Cancer Center
Records from Dr. Heather Kessler-Reyes through May 5/12/21
Records from Dr. Michael Phillips
Records from Dr. Seth Krum
Records from Dr. Stephen Schuster
CT chest imaging:
3/2/11
7/19/11
4/24/13
9/26/13
4/7/14
5/13/15
10/15/15
11/17/16
4/25/17
7/12/17
5/30/18

As discussed, I am only being asked to opine on the cause and prognosis of Mrs. Spector's bronchiectasis and recurrent pulmonary infections and their effect on her wellbeing, and not the cause of her lymphoma; therefore the following summary of events will not address the circumstances surrounding her exposure to Roundup.

1

**Summary of Events**

Beth Spector was 54 years old when she was admitted to Abington Hospital on March 19, of 2007 with a few weeks of respiratory symptoms including cough, shortness of breath and fever that had not responded to outpatient oral antibiotics. She had no past history of chronic pulmonary symptoms, although had sought care for a few acute respiratory tract infections over the years. She testified that she had been a frequent user of Roundup weed killer for many years prior to her admission. She had smoked ½ pack per day of cigarettes for less than a year in the 1970s.

Chest radiograph and chest CT scan at Abington demonstrated a multifocal pneumonia with cavitation in the right upper lobe and the superior segment of the left lower lobe and a large right pleural effusion. She was treated with broad spectrum antibiotics and a thoracentesis was performed. This demonstrated findings consistent with large B cell lymphoma. Bronchoscopy was negative for lymphoma. The diagnosis of lymphoma was questioned as the pleural effusion resolved without specific treatment for lymphoma. Further evaluation in April, 2007 included another bronchoscopy at Abington which revealed a proliferation of small lymphocytes worrisome for small cell lymphoma, but not definitive. A repeat bronchoscopy performed at the University of Pennsylvania on May 16, 2007 revealed MALT B cell lymphoma, also referred to as Marginal zone lymphoma. Repeat CT scan of the chest in May revealed areas of lung "destruction" and bronchiectasis, and ongoing dense consolidation of the right upper lobe. She received a course of treatment with rituximab in June, 2007 to treat the lymphoma.

Follow up CT chest performed in April, 2008 was thought to be stable compared to May, 2007 with respect to the bronchiectasis and the right upper lobe and left lower lobed findings

Subsequent to this treatment, she had two "URIs" treated with doxycycline in 2008, but otherwise did well until March 18, 2009 when she presented to the oncology office with fever, shortness of breath and cough. She was observed to have rigors and was consequently admitted to the hospital for IV antibiotics after CXR demonstrated a new left lower lobe pneumonia. At an April 8, 2010 oncology visit, she reported 2 pulmonary infections requiring antibiotics since the prior visit in October, 2009.

In May, 2009, Dr. Schuster documented a "stable" CT chest appearance, with bronchiectasis in the right upper lobe and left lower lobe.

On June 17, 2010, she was given a prescription for doxycycline, after she called the oncology office with "signs/symptoms of URI with cough congestion." She called again on October 23, 2010 with similar symptoms associated with cough, yellow mucus as well as upper respiratory symptoms and was again treated with doxycycline which had to be switched to Augmentin as her symptoms, including fever, did not resolve with the doxycycline.

She had subsequent exacerbations of her bronchiectasis requiring oral antibiotic treatment in March, 2011, June, 2011 and then required admission to the hospital for a pneumonia that was treated with IV antibiotics. Bronchoscopy samples grew Hemophilus influenza and 10 colonies of Mycobacterium avium complex that was apparently treated with a course of Biaxin (clarithromycin.) She continue do have symptoms despite prolonged antibiotic treatment so antibiotics were restarted and continued into

October, 2011. She had another exacerbation in July, 2013 and required multiple courses of antibiotics into August, 2013.

Spirometry performed in December, 2013 was normal, but spirometry performed in February, 2014 revealed mild airways obstruction.

Immuglobulin levels were performed in December, 2013 by Dr. Phillips, who noted that the total IgG had dropped to 602 (LLN 650), from 703 and 722 in 2008 and 2011, respectively. On April 6, 2007 before her Rituxan treatment it was 932. By February, 2014 her IgG level was down to 548.

She then apparently did well until February, 2014 until she developed a cough persisting until a visit with Dr. Schuster in June, 2014. Shortly thereafter, she was started on Hizentra by Dr. Phillips (replacement immunoglobulin given by subcutaneous infusion on a weekly basis) because of the low immunoglobulin levels.

She had another exacerbation in January, 2015, treated with doxycycline. She apparently did well until March 2017, when she developed fever and non-productive cough, treated with amoxicillin-clavulanate. She had recurrence of fever and cough in April, 2017 requiring further antibiotic treatment, first with Augmentin, but she developed urticaria, so was switched to doxycycline which she took for a month. CT scan showed pneumonia. By July, 2017 she had "less cough and dyspnea."

In October, 2017 she reported a URI without fever that was improving (without antibiotic treatment as far as we can tell.)

In January, 2018, she developed a productive cough "different from her chronic cough" and was treated with 2 oral antibiotics.

In August, 2018, she reported a "persistent, bothersome cough that is productive of greenish sputum in the morning. By October, 2018, her cough was improved with Breo inhaler and mucinex and a course of Augmentin in September.

In May 2019, she reported a few months of thick dark sputum with lingering symptoms despite 2 courses of antibiotics.

In January, 2020 she required hospitalization and IV antibiotics, for Pseudomonas pneumonia with acute hypoxic respiratory failure and bacteremia. She continued to require supplemental oxygen after discharge.

In November, 2020 she reported persistent cough and sputum since May.

In December, 2020 she saw her pulmonologist in Florida, Dr. Kessler-Reyes, who felt that she had severe bronchiectasis. She again grew Pseudomonas from her sputum and was treated with oral Cipro, switched to levofloxacin due to a rash developing from the Cipro.

Mrs. Spector saw Dr. Kessle-Reyes again on May 12, 2021. It was noted that she was short of breath with walking and that her oxygen saturations were dropping to 86-87%. She prescribed her 10 days of levofloxacin. Pulmonary function testing showed moderate airways obstruction and a moderately decreased diffusion capacity. There was consideration of referring her for consultation at a lung transplantation center. The use of portable oxygen with exertion was discussed.

3

## Opinions

Mrs. Spector was diagnosed with pulmonary MALT Marginal zone B-cell lymphoma in April, 2007. At the time she presented, there was already evidence of bronchiectasis, a condition characterized by permanent dilatation of the bronchi, and in most patients, chronic cough, sputum production. Most patients have recurrent infectious exacerbations, with symptoms including some or all of: increased cough and sputum, increased purulence of sputum, fever, shortness of breath, chest pain and fatigue.

The occurrence of bronchiectasis as an early direct consequence of pulmonary marginal zone lymphoma is a well-defined phenomenon.(1,2,3) There is no evidence of any other cause of Mrs. Spector's bronchiectasis, nor is there evidence to suggest that this was present prior to her developing lymphoma. Furthermore, supporting the causal relationship is the fact that the bronchiectasis developed in the same region of the lung where the lymphoma was. It is my opinion, with a reasonable degree of medical certainty, that Mrs. Spector's bronchiectasis was a direct consequence of her pulmonary lymphoma.

Mrs. Spector's development of chronic cough with sputum production and frequent lower respiratory tract infections (exacerbations) is typical of many patients with bronchiectasis, as is her development of infection with Pseudomonas aeruginosa. This bacteria is rarely seen in patients without lung disease. However, it is seen in approximately 25% of patients with bronchiectasis and is associated with more severe disease and a worse prognosis than patients who do not develop infection with this organism. In general, patients with bronchiectasis progress over time to have more severe symptoms and increased pulmonary impairment.

With a reasonable degree of medical certainty, it is my opinion that Mrs. Spector's frequent lower respiratory tract infections were exacerbations of bronchiectasis and that her disease course can be expected to manifest as progressive worsening of her symptoms and pulmonary impairment. Indeed, there exists a possibility that she might require a lung transplant in the future due to progressive impairment.

My opinions are expressed in terms of reasonable degree of medical certainty. I reserve the right to amend my opinions if further information becomes available.

Sincerely,

Mark Metersky, MD, FCCP

## References

1. Young A Bae. Marginal zone B-cell lymphoma of bronchus-associated lymphoid tissue: imaging findings in 21 patients. Chest. 2008. 133(2):433-40.

2. Wen Deng. Pulmonary MALT Lymphoma has variable features on CT. Sci Rep 2019 Jun 17;9(1):8657. doi: 10.1038/s41598-019-45144-9.
3. Glenda Ernst. Bilateral Bronchiectasis as a Presentation Form of Pulmonary Marginal Zone B-Cell Lymphoma of Bronchus Associated Lymphoid Tissue. Case Rep Oncol Med. 2015;2015:975786. doi: 10.1155/2015/975786.