# EXHIBIT "8"

August 24, 2021

Jarad Silverstein, Esq.
Wapner Newman
2000 Market Street, Suite 2750
Philadelphia, PA  19103

  **RE: Spector v. Monsanto**

Dear Mr. Silverstein,

I have reviewed the reports from defense experts Adam Bagg, MD and Ran Reshef, MD MSc, which were produced subsequent to my recent depositions.  I have also reviewed the records from Mrs. Spector's 2011 admission to HUP which were provided subsequent to my prior report.

Dr. Reshef's report contains some speculation relevant to my previously expressed opinions, to which I would like to respond.

Specifically, Dr. Reshef states:

"Several elements in Mrs. Spector's medical records strongly support a diagnosis of an underlying immunodeficiency that may have predisposed her to developing NHL and may have caused bronchiectasis."

While anything "may" happen, it is my opinion, with a reasonable degree of medical certainty, that Mrs. Spector's bronchiectasis was not caused by an underlying immunodeficiency.

Dr. Reshef points to a low blood lymphocyte count present at the time that Mrs. Spector initially presented (March 2007) as potential evidence of an underlying immunodeficiency unrelated to her lymphoma or its treatment.  However, Mrs. Spector was suffering from a severe bacterial pneumonia at the time she presented with what also turned out to be her lymphoma.  It is well known that patients with acute bacterial pneumonia very often have a low lymphocyte count, so her low lymphocyte count at that time cannot be accepted as indication of a primary immunodeficiency.

While Mrs. Spector did indeed have a low gamma globulin level based on SPEP, on March 21 after several weeks of illness, just 2 weeks later, on April 6, 2007, she had normal IgG, IgA and slightly elevated IgM levels. Two subsequent tests, in January, 2008 and October 2011 demonstrated normal IgG, IgA and IgM.  It wasn't until more than 6 years after the diagnosis of bronchiectasis that her IgG level dropped to just below normal.  The low gamma globulin on the SPEP of March 21 was either transitory or spurious.

 Dr. Reshef subsequently opines:

"With a reasonable degree of medical certainty, this combination of lab abnormalities and clinical symptoms (ie., recurrent respiratory infections and bronchiectasis) may represent adult onset of a

1

primary immunodeficiency such as common variable immunodeficiency (CVID) or specific immunoglobulin deficiencies to which Ms. Spector's immunologist alluded."

Once again, while anything "may" happen, patients who present with bronchiectasis due to common variable immunodeficiency (CVID) usually present with low antibody levels already evident when the bronchiectasis is diagnosed, as well as a long history of recurrent bacterial infections; and these antibody levels **remain** low unless immunoglobulin replacement therapy is provided.  Mrs. Spector had normal antibody levels from April 2007 until at least 2011, without immunoglobulin replacement.  While Dr. Reshef is correct that Dr. Phillips (Mrs. Spector's allergy/immunology specialist) suggested the possibility of a specific antibody deficiency as an alternative diagnosis to antibody deficiency due to rituximab, the antibody deficiency was not present until after October, 2011, more than four years after the bronchiectasis was diagnosed.  Furthermore, Dr. Phillips did not appear to consider CVID as a possibility.  While Mrs. Spector's pulmonologist in Florida (Dr. Kessler-Reyes) mentioned the possibility of CVID, there is nothing in the records to suggest that she had the results of laboratory testing or other specific information that would lead to that diagnosis.  Rather it appears, that she mentioned this consideration solely because Mrs. Spector was receiving immunoglobulin replacement.

Dr. Reshef also discusses the potential significance of the presence of Mycobacterium avium complex (MAC) organisms in Mrs. Spector's airways in 2007 and again in 2011.

"MAI was present in her bronchoscopy at the time of initial diagnosis. The presence of this atypical mycobacteria prior to any therapy or long-term lung damage suggests an underlying immunodeficiency."

First of all, we don't know how long that Mrs. Spector had bronchiectasis for.  As noted by Dr. Reshef, MALT lymphoma is a slowly progressive malignancy, so the airway damage/bronchiectasis caused by the MALT lymphoma may have started well before March of 2007.  Furthermore, the vast majority of patients with pulmonary MAC do not have an identifiable underlying immunodeficiency.  Furthermore, I am aware of no evidence that MAC occurs preferentially in patients with long-term bronchiectasis as opposed to patients who may have developed bronchiectasis more recently.

"Consequently, the findings of bronchiectasis and MAI infection could have been the result of a primary immunodeficiency and could have predated the development of MZL and possibly contributed to it through chronic antigen stimulation, which is the underlying mechanism for extranodal MZL."

Again, while anything "could" be or is "possible", it is my opinion that the MAC organisms that were identified in Mrs. Spector's respiratory samples were not the cause of her bronchiectasis.  Several factors lead me to this opinion.  First, MAC pulmonary infection is almost slowly progressive, as are its symptoms; to have such severe bronchiectasis as Mrs. Spector had at the time of her presentation in March, 2007, she most likely would have had active, symptomatic infection for at least a few years, yet there is no evidence that she had chronic symptoms of cough, malaise, weight loss, etc. that would suggest significant MAC infection.  Second, if she had such severe MAC infection in 2007 and was never given effective therapy, (a minimum of 12 months, but usually at least 14-16 months of treatment with at least 3 antibiotics), then it is highly likely that she would have deteriorated and succumbed to MAC infection by now.  Third, the report of the chest CT scan when Mrs. Spector presented in 2007 and subsequently, as well as my review of the images from 2011 forward demonstrates areas of prominent consolidation, a finding that would rarely be due to MAC.  To the contrary, prominent consolidation and bronchiectasis are frequent findings in pulmonary MALT lymphoma. The finding of very few (less than

2

10) MAC organisms in the sample from 2011, also supports my opinion that the MAC was not causing significant disease, although this is clearly not a definitive factor. It is also worth noting that Mrs. Spector's physicians did not think that the MAC was a significant factor contributing to her lung disease or her symptoms, since they did not think it was important to treat it effectively and they documented, that the MAC was "subclinical" and that the MAC was treated "without change on CT." I am aware that she received a short course of Biaxin (clarithromycin), ostensibly to treat the MAC, but this would have no significant effect on an active MAC infection.

In summary, it is my opinion with a reasonable degree of medical certainty, that neither preexisting immunodeficiency nor MAC infection was the cause of Mrs. Spector's bronchiectasis. Rather, the MAC almost surely was a consequence of the bronchiectasis.

Sincerely,

Mark Metersky, MD, FCCP