# EXHIBIT "1"

**WAPNER, NEWMAN, BRECHER & MILLER, P.C.**
JARAD L. SILVERSTEIN, ESQUIRE
jsilverstein@wapnernewman.com
2000 Market Street, Suite 2750
Philadelphia, PA  19103
(215) 569-0900
Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) |
| ——————————————— | ) |
| This document relates to: | ) ) |
| Troy Wilson Thomas, et al. v. Monsanto Company | ) ) ) |
| Case No. 3:20-cv-08051-VC | ) ) |

MDL No. 2741

Case No. 3:16-md-02741-VC

**PLAINTIFFS' R. 26 SPECIFIC CAUSATION EXPERT DISCLOSURES**

Pursuant to the Court's dated December 9, 2020 and Fed. R. Civ. P. 26(a)(2), Plaintiffs, Troy Wilson Thomas and Josephine Ventura, provide the following Designation of Disclosure of Case Specific Expert Witnesses and persons who may provide expert testimony specific to Plaintiffs' case pursuant to Rule 702 of the Federal Rules of Evidence.  Plaintiffs' disclosure of case specific expert witnesses is subject to the following reservation of rights:

1.    The right to supplement or amend this witness list based upon any rulings of the Court or any other decisions that might affect the scope of evidence in this trial.

2.    The right to withdraw the designation of any expert prior to testimony, and positively aver that such previously designated will not be called as a witness to trial.

PLAINTIFFS' R. 26 SPECIFIC CAUSATION EXPERT DISCLOSURES
3:16-md-02741 and Case No. 3:20-cv-08051

3.   The right to amend or supplement expert opinions based on additional discovery including updated medical records, deposition testimony, medical literature, or scientific studies.

4.   The right to amend or supplement the references considered and/or relied upon by Plaintiffs' designated experts in order to address newly available information or literature.

5.   The right to elicit expert testimony at trial from any qualified person, including Plaintiff's treating health care providers, as permitted under the applicable rules of evidence and procedure.

6.   Plaintiffs' expert witnesses, as identified below, may testify about their skill, knowledge, experience, training, and education in their respective fields, the relevant medical and scientific literature, the techniques and methods in their field of practice, and the description and nature of their practice. They may testify about their publications, presentations, research, and all matters detailed in their respective curriculum vitae. They may testify based on facts or data perceived by or made known to them at or before trial that have been properly disclosed under the applicable rules of evidence and procedure. They may employ demonstrative and visual aids.

7.   Plaintiffs reserve the right to offer supplemental expert opinions based on updated or new information relative to the litigation. Plaintiffs reserve the right for their expert witnesses to update the literature upon which the witness rely in support of their opinions.

8.  Plaintiffs incorporate all prior reports, if any, the experts have issued in MDL 2741 or any other state or federal litigation.

9.  By identifying the expert witnesses named below, Plaintiffs do not intend to waive any objections to deposition testimony, exhibits, or other evidence or argument. Plaintiffs reserve the right to call and elicit testimony from any and all of Defendant's current or former employees who have been disclosed as witnesses and/or offered testimony and/or have been identified in discovery.

10. Plaintiffs reserve the right to call and elicit testimony at trial from any and all of Defendant's retained or non-retained expert witnesses.

## PLAINTIFFS' CASE-SPECIFIC EXPERT DESIGNATIONS

**Marc Braunstein, M.D.**
**120 Mineola Boulevard**
**Mineola, New York 11501**

Dr. Braunstein will testify on issues of specific causation regarding whether exposure to glyphosate and/or glyphosate-based formulated products was a substantial factor contributing to Plaintiff developing non-Hodgkin's lymphoma, specifically Large B-Cell Lymphoma. Dr. Braunstein's opinions will encompass the areas of oncology and hematology, genotoxicity and epidemiology. Plaintiffs hereby incorporate by reference, Dr. Braunstein's expert report.

Dr. Braunstein's hourly rate is $350. Dr. Braunstein has not been deposed with respect to his specific causation opinions being offered in this case. A copy of Dr. Braunstein's curriculum vitae will be provided to counsel electronically.

1
2  **Ronald J. Kendall, PhD**
   **48 S. Lakeshore Drive**
3  **Ransom Canyon, Texas 79366**

4      Dr. Kendall will testify on issues of specific causation and will testify regarding forensic
5
   toxicology and environmental risk assessment of Roundup usage, evaluation of the chronicity and
6
7  amount of Roundup exposure, how personal protective gear affects the amount of exposure, and
8  epidemiological factors.  Plaintiffs hereby incorporate by reference, Dr. Kendall's expert report.

9      Dr. Kendall's hourly rate is $400.  Dr. Kendall has not been deposed with respect to his
10 causation opinions being offered in this case.  A copy of Dr. Kendall's curriculum vitae will be
11 provided to counsel electronically.

12                    **PLAINTIFF GENERAL CAUSATION EXPERTS**

13     Plaintiffs Troy Wilson Thomas and Josephine Ventura further incorporate by reference the
14
   general causation and other expert reports served by lead counsel in connection with Waves 1, 2
15
   and 3, and reserve the right to call the author of any such report as an expert witness at trial.
16
17 Dated:  June 29, 2021

18                                    Respectfully submitted,

19
20                                     /s/ Jarad L. Silverstein
21                                    Jarad L. Silverstein, Esquire
                                      **WAPNER NEWMAN BRECHER &**
22                                    **MILLER, P.C.**
23                                    2000 Market Street, Suite 2750
                                      Philadelphia, PA 19103
24                                    Phone: (215) 569-0900
                                      Fax:    (215) 569-4621
25                                    Email: jsilverstein@wapnernewman.com

26                                    COUNSEL FOR PLAINTIFFS
27
28              PLAINTIFFS' R. 26 SPECIFIC CAUSATION EXPERT DISCLOSURES
                         3:16-md-02741 and Case No. 3:20-cv-08051

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, a true and correct copy of the foregoing document was served upon the parties below via electronic mail:

Anthony R. Martinez, Esquire
**SHOOK, HARDY & BACON, LLP**
2555 Grand Boulebard
Kansas City, MO 64108
(816) 474-6550
amartinez@shb.com
*Attorney for Defendant, Monsanto Company*

/s/ Jarad L. Silverstein