# EXHIBIT "4"

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
 3   IN RE:  ROUNDUP PRODUCTS       MDL No. 2741
     LIABILITY LITIGATION
 4   _____
 5   SPECTOR V. MONSANTO, CO.,      *
     Case no. 3:20-cv-05532         *
 6   _____
 7
     ****************************************************
 8
                REMOTE VIDEOTAPED DEPOSITION OF
 9                  RONALD J. KENDALL, Ph.D.
                       AUGUST 26, 2021
10
     ****************************************************
11
12
13
14
15
16            DEPOSITION of RONALD J. KENDALL,
17   Ph.D., produced as a witness at the instance of the
18   Defendant, and duly sworn, was taken in the
19   above-styled and numbered cause on the 26th day of
20   August, 2021, from 9:02 a.m. to 3:52 p.m., before
21   Christy R. Sievert, CSR, RPR, in and for the State
22   of Texas, reported remotely by machine shorthand,
23   pursuant to the Federal Rules of Civil Procedure and
24   the provisions stated on the record or attached
25   hereto.
```

1      Q.   Okay.  Now, going back to your report, you
2  have a list of about, I would say, 20, 25 documents
3  there at the end that you relied upon.  I'm looking
4  right now at pages 20 to 21.
5      A.   Okay.
6      Q.   Okay.  And then you also have a list of
7  materials reviewed at pages 24 to -- yeah, 24 to 25.
8  And I think that just combines 20 to 21.
9      A.   Yes.
10     Q.   Okay.  How did you go about selecting the
11 reports -- or excuse me -- the documents that appear
12 on pages 20 to 21 and 24 to 25?
13     A.   Some of the materials were provided to me
14 by Jarad Silverstein, which were welcome.  The other
15 materials, particularly the scientific papers, I did
16 a thorough review of the literature and tried to
17 identify the ones that were highly relevant,
18 appeared to be good science, were in reputable
19 journals, and that were interpretable.
20          So -- and I -- generally, in these kind of
21 reports, I try to choose prominent papers that I
22 think convey and identify critical issues related to
23 the thinking that I'm doing in the formulation of my
24 opinions.  So there's a -- there's a review process
25 I go through to bring all of this information

1  together and to construct, first in my mind, and
2  then, on paper, my opinions supported by the data
3  that are being conveyed by these scientists.
4      Q.   Okay.
5      A.   And I -- and I will admit, I looked -- this
6  is what I do, I'm an editor.  I'm a journal editor.
7  I told you earlier I've been an editor and/or
8  associate editor for 32 years.  Every day I'm
9  looking at scientific papers.  I'm the gatekeeper to
10 the science.  If you don't get it by me, you're not
11 getting published in environmental toxicology and
12 chemistry.
13          So -- so I'm looking at experimental
14 design, hypotheses, experimental design to get data
15 development and to come to some conclusions.  So
16 this is what I do every day, and I do that -- I did
17 that and tried to develop some scientific literature
18 that would be valuable for this -- for this case as
19 far as -- as my evaluation of the toxicology of it.
20              MR. KALAS:  Okay.  Can we go off the
21 record for a second, please?
22              THE VIDEOGRAPHER:  The time is
23 10:45 a.m., and we are off the record.
24              (Break taken, 10:45 a.m. to 10:57 a.m.)
25              THE VIDEOGRAPHER:  The time is 10:57,

Ronald J. Kendall, Ph.D.

1         I was particularly interested in farm
2    worker exposure, particularly, if you were being
3    exposed with mixing and/or application.  And -- and
4    these all fell into that category.  And I looked at
5    the scientific platform in which they identified
6    hypotheses tests.  They looked at confounding
7    variables.  I evaluated their scientific results.
8    And I also evaluated how compelling some of these
9    data were.
10        Although these are just six studies, they
11   do represent a body of work that I thought was
12   highly -- highly -- it gave high perspective on
13   maybe the role of agricultural chemicals and
14   disease.  And as one proceeded through 2001 to 2019,
15   and particularly you considered higher levels of
16   exposure, say, to glyphosate-based herbicides as
17   well as others, as one teased out those statistical
18   analyses, the results became stronger as to the
19   outcome.
20        I also looked at the -- the author's
21   identifying limitations for the interpretation of
22   the data and how they evaluated both the -- the
23   strong points and some of the weaker points with the
24   data analysis.  So I thought these six reports met
25   those criteria and I thought were relevant in the

1      A.    You're asking when I had an epiphany to
2  determine this?  Is that what you're asking me?
3      Q.    No, sir.
4      A.    At what point in time?
5      Q.    No, sir, that's not what I'm asking you.
6      A.    Okay.
7      Q.    So what I'm asking you is, you have
8  reviewed the data on glyphosate-based herbicides.
9  When was there sufficient evidence in the
10 literature, either published or unpublished, based
11 on what you have reviewed to determine
12 glyphosate-based herbicides cause NHL?
13     A.    Based on some of the human studies I have
14 reported to you, some of the mechanistic studies
15 that you have alluded to and I have -- I have
16 referenced in my report, in addition to unique
17 experimental animal data resulting in unique
18 carcinoma, particularly in the -- the kidney tubals
19 of mice, unique cancer in addition to a tumor in the
20 circulatory system, when you amalgamate those data
21 into a weight-of-the-evidence, as I have to do on a
22 daily basis and I did for years at the Science
23 Advisory Panel at EPA, and as I concluded in my
24 report, there is reasonable scientific and
25 toxicological certainty that long-term chronic

1  exposure to glyphosate-based herbicides present a
2  significant contributing factor to the development
3  of non-Hodgkin lymphoma.  That's what I said.
4      Q.   Are you done with your answer?
5      A.   Yeah.  And I said that it was a
6  contributing factor.  That's what I said.
7           MR. KALAS:  Okay.  Motion to strike as
8  nonresponsive.
9  BY MR. KALAS:
10     Q.   My question was different, sir.  My
11 question is not focused on what your ultimate
12 opinion is.  My question is when the data was
13 sufficient to reach that opinion.
14          Based on your review of the literature,
15 when was the data in the literature sufficient in
16 order to determine Roundup or glyphosate-based
17 herbicides cause NHL in people?  And please feel
18 free to refer to your report, your materials
19 considered list, whatever you need to, to answer
20 that question.
21     A.   In my opinion, I say in probably the area
22 of 2020 to '21, right in there, building on all the
23 reviews done, all the -- the data coming out, the
24 most recent epidemiological studies, approximately
25 2020.

1  the individual.

2      Q.  Sure.

3      A.  And, you know, I'm a toxicologist.  I teach
4  this every day.  And when we look at biology, all of
5  us are very different.  And what I mean by that, if
6  you take a Y axis and an X axis, we may have zero
7  exposure and no effects of a chemical here.  But as
8  exposure goes up on the Y axis, we may start to see
9  increased effects of increased internal dose.

10          And there's a lot of variability
11  oftentimes as we look at that curve because as we
12  increase dose, certain people may be more highly
13  exposed, they might have more absorption than
14  others, and others may respond differently.

15          And I -- I take the point of alcohol
16  consumption.  Some people can drink one beer and
17  literally lay down and go to sleep.  Some people can
18  drink beer all day and not go to sleep.  Some people
19  can drink liquor all day and not go to sleep.

20          But biological variability and how we
21  absorb as well as metabolize and excrete alcohol is
22  incredibly variable in our society, okay, because of
23  biological variability of human beings from one to
24  another to another.

25          And so the point I want to make is,

1  generally, the half life may be around six to eight
2  hours in the average body. But that doesn't count
3  the fact that some people may retain it longer, they
4  may absorb more, and they may be more sensitive to
5  biologically respond because of the -- of the cell
6  and physiological development within their own
7  bodies.
8         So I just want to make sure I'm real clear
9  on the record. I'm trying to work with you and
10 answer your questions, but, again, toxicology is a
11 highly variable science because of the biological
12 variability of us as human beings. And that goes
13 all the way from smoking to alcohol ingestion, to
14 illicit drugs, to even the standard pharmaceuticals
15 that we take to reduce pain or whatever.
16        So, again, I'm trying to answer your
17 questions, but I want to make sure that on the
18 record it states that these are in general -- in
19 general six hours is an approximation of maybe an
20 average half life. But it's not the total,
21 100 percent, concrete answer.
22    Q.   Sure. And I appreciate that.
23    A.   And thank you.
24    Q.   Yeah, I appreciate that answer. What
25 you're getting at is biologic variation, right?