# EXHIBIT "5"

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| This document relates to:<br><br>*Thomas v. Monsanto Co.*, No. 3:20-cv-08051<br>*Savory v. Monsanto Co.*, No. 3:20-cv-02403<br>*Spector v. Monsanto Co.*, No. 3:20-cv-05532 | Case No. MDL No. 3:16-md-02741-VC |

## AFFIDAVIT OF RONALD KENDALL, PhD.

I, RONALD KENDALL, PhD, being duly sworn on October 4, 2021, deposes and says that:

1. I am an adult citizen of the State of Texas, and I submit this affidavit in good faith.

2. I was retained by Wapner Newman to serve as an Expert in Environmental Toxicology to assist in the RoundUp (glyphosate) litigation, a Monsanto product. I was charged with developing Expert Reports on the 5 cases that I was asked to evaluate, including the 3 cases at issue in Monsanto's pending Motions.

3. Case materials were received from Wapner Newman as well as my own extensive research and background on this chemical (glyphosate).

4. I reviewed all materials and organized my materials in my home office as I started to develop reports.

5. Using my memory, I do all my report development by dictation. I have no notes in my report development or from my research. I did not intentionally copy or plagiarize another expert's materials or opinions.

6. The expert reports sent to Wapner Newman in the *Thomas, Savory* and *Spector* matters expressed exactly how I was thinking about and evaluating the science behind these cases. This was supported in my depositions of 8/26/21 and 9/1/21 where I was able to defend every word in my Expert Reports.

7. Also, I was able to articulately communicate my conclusions in my Expert Reports based on the science and my methodology to evaluate the science in reaching my conclusions. Of the case materials sent to me by Wapner Newman, I had no idea of the disposition of any of the cases involved or where they may stand in litigation proceedings.

8. Those materials along with my own extensive research and background on this chemical, formed the body of knowledge that I utilized to develop my Expert Reports, reach my conclusions and defend them at Deposition.

I hereby certify that the facts contained in this affidavit are within my own knowledge and are true and correct.

_____  _October 4, 2021_____
RONALD KENDALL, Ph.D.          DATE

SWORN TO AND SUBSCRIBED:
BEFORE ME THIS 4TH DAY:
OF October, 2021:

_____
NOTARY PUBLIC

DAVID S REID
Notary ID #124757460
My Commission Expires
November 25, 2023