# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Bradley Koen*<br><br>    *v.*<br><br>*Monsanto, Co.* | MDL NO. 2741<br><br>Master Docket Case No. 16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>Case No. 3:20-cv-03074-VC |

## [~~PROPOSED~~] ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Time to File Oppositions and Cross-Motions to Defendant Monsanto's *Daubert* Motion to Exclude Plaintiff's Experts Scola and Freeman [ECF 13754] and Defendant Monsanto's Motion for Summary Judgment Based on Texas Presumption of No Liability [ECF 13787]. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the deadlines re: Defendant Monsanto's *Daubert* Motion to Exclude Plaintiff's Experts and Defendant Monsanto's Motion for Summary Judgment be extended as follows:

| Event | Date |
|---|---|
| Plaintiff's opposition and cross-motion re: *Daubert* motion due. | 10/20/2021 |
| Monsanto's opposition and reply re: *Daubert* motion due. | 11/03/2021 |
| Plaintiff's reply re: *Daubert* motion due. | 11/17/2021 |
| *Daubert* hearing (if necessary). | 12/13/2021 (unchanged) |

1  Dated:   October 5                    , 2021



GRANTED

Judge Vince Chhabria