**LABLETTA & WALTERS LLC**
**Christian P. LaBletta, Esquire**
**clabletta@lablettawalters.com**
**200 Barr Harbor Drive, Suite 400**
**Conshohocken, PA 19428**
**Telephone:  (610) 828-3339**
**Facsimile:  (610) 828-3347**
**Attorney for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP® PRODUCTS LIABILITY LITIGATION<br>_____<br><br>*Vosper v. Monsanto Co.,*<br>3:19-cv-05525-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DECLARATION OF CHRISTIAN P. LABLETTA IN SUPPORT OF PLAINTIFFS' RESPONSE TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT** |

## DECLARATION OF CHRISTIAN P. LABLETTA

I, Christian P. LaBletta, declare as follows:

1.      I am an attorney at law admitted to practice *pro hac vice* before this Court in this MDL. I am an attorney with the law firm of LaBletta & Walters LLC, counsel of record for Plaintiffs, Ira and Andrea Vosper, in the above-referenced action. I am fully competent to make this Declaration in Support of Plaintiffs' Response in Opposition to Monsanto Company's Motion for Summary Judgment.   Except where otherwise stated, I have personal knowledge of the following and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the time-stamped complaint.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of portions of the deposition of Ira C. Vosper dated March 17, 2021.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Affidavit of Ira C. Vosper.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed October 5, 2021 at Conshohocken, Pennsylvania.


*/s/ Christian P. LaBletta*
**LABLETTA & WALTERS LLC**