# Exhibit 2

Ira Vosper

```
 1            UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

 2

                    - - - - -

 3

 4   IN RE:  ROUNDUP PRODUCTS    MDL No. 2741

     LIABILITY LITIGATION        Case No.

 5                               MDL No. 3:16-md-02741-VC

 6   This document relates to:

 7   VOSPER, et al. v.

     MONSANTO COMPANY

 8

 9                  - - - - -

10

            Wednesday, March 17, 2021

11

12                  - - - - -

13          Remote Video-Recorded Deposition of IRA

14   VOSPER, conducted at the location of the witness in

15   Malvern, Pennsylvania, commencing at 9:34 a.m., by

16   and before Robin L. Clark, Registered Professional

17   Reporter and Notary Public in and for the

18   Commonwealth of Pennsylvania.

19                  - - - - -

20

21

22

23

24
```

Ira Vosper

1    think, what is your birthday?

2            A.    ███/1977.

3            Q.    And how old are you today?

4            A.    Forty-three.

5            Q.    Was your name Ira Vosper at the

6    time of your birth?

7            A.    Yes.

8            Q.    And what is your middle name?

9            A.    Christian.

10           Q.    Have you ever gone by any names

11   other than Ira Christian Vosper?

12           A.    No.

13           Q.    Where were you born?

14           A.    Morristown, New Jersey.

15           Q.    Is that where you grew up?

16           A.    No.

17           Q.    Where did you grow up?

18           A.    Blairstown, New Jersey.

19           Q.    What year did you move from

20   Morristown to Blairstown?

21           A.    I was born in the hospital of

22   Morristown.  We lived in Blairstown.

23           Q.    Gotcha.  And so from in terms of

24   your address, it sounds like from birth, it was

Ira Vosper

```
 1   know, that was where I stayed.  My mom at that

 2   point moved to New Mexico.

 3           Q.   Have you ever had a residence in

 4   New Mexico?

 5           A.   No.

 6           Q.   And I think you said that it was

 7   the farm; is that correct?

 8           A.   Twelve Jones Lane was the farm.

 9           Q.   How many acres?

10           A.   We kept adding on.  I think it got

11   up to, like, 140 or 150.

12           Q.   And what type of crops or livestock

13   did you all have?

14           A.   We had beef cows.  Do you want them

15   all?

16           Q.   Yeah.  I mean, livestock, I don't

17   need the detail of.  Was it mostly a farm where

18   you dealt with livestock or was it mostly

19   agricultural or was it a combination?

20           A.   So we would do our own hay, right?

21   We would grow alfalfa and timothy for our own

22   cows.  And even sell a little when there was

23   extra.  So we had, like, 80 beef cows at the

24   most.  And then we'd raise, like, eight pigs
```

Ira Vosper

```
 1    within the business school?

 2         A.   There was a concentration in

 3    marketing.

 4         Q.   Following graduation from college,

 5    which by the way, what year did you graduate

 6    from college?

 7         A.   1999.

 8         Q.   And at that point, did you have any

 9    subsequent higher education?

10         A.   I started my master's and I didn't

11    finish it.  I only took, I think, two courses.

12         Q.   What year was that?

13         A.   2002.

14         Q.   And what college was that through?

15         A.   Centenary in Hackettstown,

16    Pennsylvania.

17         Q.   And what was your focus?

18         A.   It was for an MBA.

19         Q.   And why did you decide to not see

20    that through?

21         A.   Because I started up a company out

22    in Pennsylvania and it was an opportunity to

23    move.

24         Q.   We'll talk about your company here
```

Ira Vosper

```
 1        A.   I don't know.
 2        Q.   And then when you lived with your
 3   mom in Sparta, anybody else live there with
 4   you, and we're talking, I think, '93 to '99?
 5        A.   My sister.
 6        Q.   Anyone else?
 7        A.   No.
 8        Q.   And your mother's name?
 9        A.   Kathleen Rogers.
10        Q.   When she was living in New Mexico,
11   what city was she in?
12        A.   Taos.
13        Q.   Nice.  All right.  So apart from,
14   as I understand your Complaint, you used
15   Roundup at some of these residences and you
16   also used it at times in your employment; is
17   that correct?
18        A.   Correct.
19        Q.   All right.  Let's talk now about
20   your employment.  Are you currently employed?
21        A.   Yes.
22        Q.   And who is your employer?
23        A.   Techo-Bloc.
24        Q.   And are you an owner in that
```

Ira Vosper

```
 1   business?

 2          A.   No.

 3          Q.   And what is your title?

 4          A.   Director of operations.

 5          Q.   How long have you had that title?

 6          A.   Approximately two years.

 7          Q.   And prior -- how long have you been

 8   at Techo-Bloc?

 9          A.   Since 2012.

10          Q.   What other titles have you had

11   other than director of -- you said director of

12   operations?

13          A.   Yes.

14          Q.   What previous titles have you had?

15          A.   Plant manager.

16          Q.   What year did you have that title?

17          A.   2012.

18          Q.   Up until the director of operations

19   title?

20          A.   Right.  Correct.

21          Q.   Which it sounds like it was about

22   2018, 2019?

23          A.   Correct.

24          Q.   And prior to Techo-Bloc, where did
```

Ira Vosper

```
 1   you work?

 2        A.   Rinox.

 3        Q.   And what were your dates of

 4   employment there?

 5        A.   I built the factory in 2004.

 6        Q.   Did you work there from 2004 up to

 7   2012?

 8        A.   Yes.

 9        Q.   And did you just say you built the

10   factory?

11        A.   Yes.

12        Q.   So were you an owner of that

13   business?

14        A.   I had an agreement to get

15   10 percent after we got in the black.

16        Q.   Did you get in the black?

17        A.   We did not.

18        Q.   And who -- at that point was Peter

19   C. the boss, was he the owner of Rinox?

20        A.   No.

21        Q.   Okay.  Who was the owner?

22        A.   The owners were the Haines &

23   Kibblehouse.  It's a group of people and the

24   owner of Rinox in Canada.
```

Ira Vosper

```
1            Q.    And when you said you built it,

2      describe me what you meant, like, what

3      specifically were you doing?

4            A.    Well, I was in charge of the

5      design, the financing, the business plan, the

6      start of the company.  So, you know, layout,

7      everything, sales startup, hiring.

8            Q.    And did you say Rinox was a

9      Canadian operation prior to this or there was,

10     like, a Canadian parent company?

11           A.    Yeah, we were trying to start a

12     U.S., you know, separate company, but retain

13     the same name as the Canadian company.

14           Q.    And was the only U.S. operation the

15     one that you built?

16           A.    Yes.

17           Q.    And in 2012, did you -- did it

18     remain Rinox or did it sell at that point?

19           A.    It sold.

20           Q.    And what did it become at that

21     point?

22           A.    Techo-Bloc.

23           Q.    Okay.  And who current owns

24     Techo-Bloc?
```

Ira Vosper

```
 1          A.    Charles Ciccarello and I can't

 2    spell that one.

 3          Q.    Is he local to where you are or

 4    does he reside elsewhere?

 5          A.    He's in Saint-Hubert outside of

 6    Montreal.

 7          Q.    Is Techo-Bloc, does it have more

 8    than one location of operation?

 9          A.    Yes.

10          Q.    Where else is it located?

11          A.    There's another location in Pen

12    Argyl, Pennsylvania.  There's one in Indiana,

13    Illinois.  We have a bunch of satellite small

14    locations, too, throughout the company and then

15    the main office is in Saint-Hubert, Canada.

16          Q.    What type of operations go on at

17    Techo-Bloc and formerly at Rinox?

18          A.    The manufacturing and distribution

19    of concrete products and ancillary products

20    that go along with them.

21          Q.    So what are some examples of your

22    best selling products?

23          A.    Like, concrete paving stones and

24    retaining walls and decorative concrete.
```

Ira Vosper

1    be wearing the same type of clothing?

2         A.   Yes, in case I had to walk onto the

3    floor.

4         Q.   Okay.  And then did you use Roundup

5    at Rinox and Techo-Bloc?

6         A.   Yes.

7         Q.   And at the time you would use it,

8    you would be wearing this same PPE, correct?

9         A.   Yes.  Actually, outside of our

10   building doesn't have the same PPE as inside

11   the building.

12        Q.   Okay.  So --

13        A.   So we have --

14        Q.   Go ahead.

15        A.   So there's a big paved yard where

16   you keep your inventory right outside with the

17   forklifts and that's predominantly what most of

18   the locations as far as the square footage of

19   the lots are taken up with.  And then there's

20   typically displays out in front of the office

21   and even the buildings.  So the PPE is not the

22   same when you're out in front of the building

23   or when you're out in the yard.

24        Q.   All right.  Is it that there are

Ira Vosper

```
 1          Q.   So I'm sure I'll have more

 2   questions later about your use of Roundup at

 3   that facility.  Any other jobs where you worked

 4   and used Roundup?

 5          A.   So after college up until 2012, my

 6   job also included outside sales.

 7          Q.   Okay.  So was that at Rinox,

 8   Techo-Bloc, and other places too?

 9          A.   Grinnell.

10          Q.   How do you spell that?

11          A.   G-R-I-N-N-E-L-L.

12          Q.   What were your dates of employment

13   there?

14          A.   '99 till, I think, 2002.  The end

15   of 2002.

16          Q.   And what were your job functions at

17   Grinnell?

18          A.   Outside sales representative.

19          Q.   And when you say outside, is it,

20   like, you're at a single location, but you're

21   working outdoors at that location or does it

22   mean you're going around and traveling?  What

23   does it mean?

24          A.   Traveling to different customers.
```

Ira Vosper

```
 1          Q.    What type of customers did Grinnell

 2   serve?

 3          A.    Landscapers.  We sold some direct

 4   landscapers and we had a lot of distributors

 5   that sold to landscapers.

 6          Q.    What products were you selling?

 7          A.    Paving stones, retaining walls,

 8   ancillary items to those.

 9          Q.    In terms of the manufacturing floor

10   for -- it sounds like at Grinnell, you weren't

11   really part of the manufacturing floor ever; is

12   that accurate?

13          A.    In high school, I did a couple of

14   months in the factory as a part-time job.

15          Q.    And that was at Grinnell?

16          A.    Yes.

17          Q.    Okay.  So you worked at Grinnell,

18   then you went to college, and then you took

19   more of a full-time employment it sounds like

20   at Grinnell after college?

21          A.    Actually, in the summers at

22   college, I worked some in the factory at

23   Grinnell.

24          Q.    Okay.  And so when you were working
```

Ira Vosper

1    to assume in high school, you were working

2    part-time at Grinnell?

3           A.    Yes.

4           Q.    Would you, in the summertime, would

5    you work for full-time?

6           A.    I'm sorry, in high school, I wasn't

7    working at Grinnell.  In college in the

8    summers, I did part-time at Grinnell.

9           Q.    Okay.  So summers, college only.

10   In high school, any jobs?

11          A.    Yes, I worked, I worked at

12   Hoffmann-LaRoche one summer.  And I worked

13   in -- and then, I believe, my senior year, I

14   started working for them -- no, sorry, let me

15   back up.  I worked for Farmstead Golf Course in

16   high school part-time.  And then I worked a

17   couple of summers at the Sussex County

18   Municipal Utilities Authority.

19          Q.    All that was in high school?

20          A.    I believe the -- can I call it

21   landfill, Sussex County Municipal Utilities

22   Authority, I believe that was freshman year of

23   high -- or of college and senior year of high

24   school.  So right as I was, you know,

Ira Vosper

```
 1   school and you're playing sports and stuff,

 2   like, you know, you would work two days this

 3   week in the evenings, then you'd work a

 4   Saturday.  It wasn't very consistent.

 5        Q.   So not even what you would call

 6   part-time job, more of like a part-time

 7   part-time job?

 8        A.   A high school part-time job.

 9        Q.   And when you were doing the work on

10   the course, the cleanup around the tee box, the

11   cleaning, the raking of the sandpits, were you

12   personally using and applying any products?

13        A.   Yeah, on a few occasions, we would

14   spray the weeds and then we would either pull

15   them the next week or someone else would pull

16   them if you couldn't get them out.

17        Q.   So you would spray it a week and

18   then you would come back a week later and pull

19   out a dead weed or describe for us --

20        A.   Yes, if you couldn't get the weed

21   out by the root, you know, you would spray it

22   and then it would come out easier in a couple

23   of days.  But sometimes, I was pulling weeds,

24   which I assume were sprayed, because they were
```

Ira Vosper

1    brown.

2          Q.    And did you yourself sometimes

3    actually apply the spray?

4          A.    Yes.

5          Q.    Okay.  So tell me about what spray

6    you used and what it, you know, what kind of

7    container it was in.

8          A.    I just remember a hand pump and I

9    only really remember kind of around the

10   sandboxes.

11         Q.    And when you say a hand pump, are

12   you talking, like, a Windex bottle where you're

13   just --

14         A.    No, I don't know that I've ever

15   seen Roundup in a Windex bottle.

16         Q.    Okay.

17         A.    You know, it's typically in, like,

18   like, a 1 gallon or 1-gallon plus container

19   with the little wand on it.  That -- that's all

20   I remember very briefly there.  My work there,

21   out of all my work, that was probably the most

22   brief work experience as far as timing.  There

23   wasn't -- there was only a couple of, you know,

24   possible applications there that -- I didn't

Ira Vosper

1    work there long.

2         Q.   Okay.  And just to clarify, it

3    sounds like you know that at least on a few

4    occasions you yourself applied a weed killer,

5    are you certain that that weed killer was

6    Roundup?

7         A.   I don't know another weed killer

8    out there that I've ever used.  So almost all

9    the times I can remember, you know, I've ever

10   seen is the Roundup logo.  I don't know of

11   another -- I don't know of another weed killer.

12        Q.   Well, I'll represent that there are

13   lots of other weed killers out there and so

14   what I'm trying to understand is do you have a

15   very specific recollection of seeing a Roundup

16   label on what you were using --

17        A.   Yeah, I mean --

18        Q.   -- or are you assuming -- let me

19   finish my question real quick, or are you just

20   assuming it was Roundup because your

21   understanding was it was all Roundup?

22        A.   My understanding was that we've

23   always been using Roundup.  I remember the logo

24   with the green "Up" at the very end of it

Ira Vosper

1    pretty regularly on everything we've touched.

2         Q.   And that includes specifically at

3    the golf course, you remember seeing that logo?

4         A.   Yes.

5         Q.   Then I hear you on odds-and-end

6    jobs kind of filling in between the cracks, so

7    to speak, it sounds the landfill was the next

8    place where you got a paycheck kind of from a

9    business.  Would that be accurate?

10        A.   Yes.  Yes.

11        Q.   And that was, was it the summer of

12   '95 between graduating high school and going

13   off to college that you worked there?

14        A.   I actually think it might have

15   been -- I think we did it going into senior

16   year, which would be '94.

17        Q.   Okay.  And was it just the one

18   summer you worked there?

19        A.   I worked two summers at the

20   landfill.  It's called SCMUA.  That is an

21   acronym.

22        Q.   Do you remember who your boss was

23   there?

24        A.   Indirectly, the superintendent's

Ira Vosper

1    the landscape centers were more, had more of a

2    contractor/customer base.  So I had a pretty

3    good mix of both work in selling to the Home

4    Depots.  Towards the end of Grinnell, I was

5    selling more to the distributors.

6          Q.   And when you say distributors, you

7    mean these landscape centers?

8          A.   Yes, and they could be anything

9    from -- there's a lot of nurseries would carry

10   paving stones.  Like, Landscape Supply, like

11   places that doesn't have flowers and stuff.

12   And then there's even, like, builder supply

13   places, which Home Depot has pretty much put

14   most of them all out of business by now, but

15   the smaller private building material

16   distributors.

17         Q.   When you sold it to Home Depot, was

18   it to particular locations or a particular

19   sales area of Home Depot?

20         A.   So we would have about, 25 about

21   and my area changed a couple of times.  I was

22   really good at, like, the display part of it.

23   Like the layout and that, so I would often go

24   help in, like, Long Island with that sales rep

Ira Vosper

1   or I moved around probably more than any of the

2   other reps, because I was pretty good at

3   helping them with their displays.

4        Q.   Were you going into Home Depot and

5   pitching them to carry the product or were you

6   going in --

7        A.   No.

8        Q.   Okay.  They already knew they

9   wanted the product and you were helping them

10  pick which product to purchase?

11       A.   No.  I was there -- Home Depot

12  gives you -- the corporate buy is done, right,

13  like, between the supplier and -- or the

14  vendor, us, and then Home Depot.  And it was up

15  to us to display the products in the stores so

16  that customers liked them.  So we had to decide

17  what the displays looked like, keep --

18  maintaining the displays was one of the biggest

19  things because Home Depot back then would not

20  maintain any of your displays, it was on the

21  vendor.  So, you know, the point of purchase

22  stuff, the POP, we would be, you know, in

23  charge of making sure that that is looking like

24  top notch and making sure that, you know, like,

Ira Vosper

1    were there different, was it, like, Home Depot

2    brand or --

3          A.   No, neither.

4          Q.   Okay.  Educate me.

5          A.   So Grinnell, we were the

6    manufacturers, right, and the representative,

7    but every shape had a name and every shape had

8    different colors.  So it could be shape

9    diamond, color multi-color.  And, you know,

10   they knew the brand name, but they were buying

11   the shape and the color that they wanted like

12   you would tile.

13         Q.   But the brand name was Grinnell; is

14   that correct?

15         A.   Right, correct.

16         Q.   Okay.  And when you set up these

17   displays at Home Depot, were they inside or

18   outside or both?

19         A.   Both.  More, more in their outside

20   areas than inside.

21         Q.   And when you would maintain them,

22   tell me, talk a little bit more about you would

23   do to maintain them?

24         A.   Well, the number one thing that

Ira Vosper

```
 1   would happen to them would be weeds growing up

 2   so we're, you know, killing the weeds and

 3   pulling and, you know, the weeds were the

 4   hardest things in the displays back then.  We

 5   didn't -- a lot of times, we wouldn't put the

 6   sand in between because in the outside flat

 7   ones, if you wanted to change it in six months,

 8   like, it was kind of easier to just leave the

 9   sand out of the display, but then the weeds

10   would grow even worse.  So, you know, Home

11   Depot was, and I'm sure they don't operate this

12   way now, but if you needed anything to work on

13   your display or fix anything, it was at the

14   disposal, you would just give me the SKU number

15   of what you needed, you would go over to the

16   shelf, they would mark it down as point of

17   purchase sales and it was at your disposal.

18   And there was really -- it was an open book.

19   So if you wanted to prop something up with wood

20   and screws, we would have the drills, but you

21   would just go get the screws and the wood.

22   They would bar code scan it and then just mark

23   it down and, you know, that's how you could get

24   your Roundup, your -- anything you needed for
```

Ira Vosper

```
 1   your displays, that's how it was done.

 2        Q.   So when you would use Roundup on a

 3   display, it sounds like you didn't walk into

 4   the store with your own bottle; is that

 5   correct?

 6        A.   No, not at Home Depots at all.

 7        Q.   And when you would use it on a

 8   display, like, how large are these displays?

 9        A.   It really, it can depend on if

10   you're in a city, you know -- well, you're not

11   from, like, Jersey City.  If you're in Jersey

12   City Home Depot, it's a lot tighter.  If you're

13   out in the farm country, you know, you might

14   have, you know, a 1500 square foot display in

15   the ground.

16        Q.   And assuming you were using Roundup

17   on that display that day, you would go over,

18   you would take some off the shelf, you'd bar

19   code it, they would know you're using it, you

20   would have, presumably you would have some left

21   over?

22        A.   Yeah.  And you could leave it by

23   your display.  More often times, it was never

24   there when you went back.  Because Home Depot
```

Ira Vosper

```
1    diluted, like, muriatic acid, but that would

2    eat the concrete.  So we weren't able to

3    recommend that very well without it damaging

4    it.

5         Q.   And would you recommend Roundup to

6    those homeowners?

7         A.   For in between their joints, yeah.

8         Q.   Ever recommend any other

9    herbicides?

10        A.   No, like I said, that's the only

11   one I've known.

12        Q.   And would you personally apply

13   Roundup to these homeowners' land or would you

14   just recommend it to them to do themselves?

15        A.   No, on occasion, the ones that,

16   like, definitely weren't handy, I would show

17   them how to do it and what to do.  I did or

18   would have, like, a bottle in the car that I

19   would, you know, if it was, kind of a quick fix

20   and I could spend, you know, 15 minutes or 20

21   minutes and that would make the person happy

22   and we would feel the go, I would do that on

23   occasion.  So it's kind of whatever to make

24   them happy.
```

Ira Vosper

1   about 50 percent of your work time in the

2   garden center or 30 to 40 percent of your time

3   at Home Depot --

4          A.   The opposite --

5                  MR. LaBLETTA:  I'm sorry,

6          Ms. Smith, it was 50 percent at Home

7          Depot, 30 to 40 percent nursery.

8   BY MS. SMITH:

9          Q.   Okay.  Thank you for clarifying.

10  So when you were working on the displays,

11  whether it was at Home Depot or the nurseries,

12  most of that time you're saying was spent

13  maintaining it and doing maintenance such as

14  applying Roundup, correct?

15         A.   Yes.

16         Q.   And less of it was spent the actual

17  construction and repairing of it?

18         A.   So I think those are two different

19  things.

20         Q.   Okay.  Clarify for me how -- now

21  that we're in the realm of display work, how

22  would you put a pie chart over that?

23         A.   Well, like you said, if you had to

24  replace one block because whatever happened to

Ira Vosper

1   on it per se?  You could see that there was

2   liquid in it and based on your conversation,

3   your understanding, it was Roundup; is that

4   correct?

5        A.   Yes.

6        Q.   Then in 2002 is when you switched

7   over and started working for Rinox.  No, 2002,

8   tell me, between --

9        A.   So I ended the year at Grinnell in

10  2002 at the very end of the year.  Then I got a

11  job in the spring of -- I feel like it was

12  March, March in 2003 at a company called Haines

13  & Kibblehouse which later was the partner in

14  Rinox.

15       Q.   Why did you decide to leave

16  Grinnell?

17       A.   The father had passed that owned

18  the company and I had always worked for the son

19  Peter, who has since passed too.  And I just

20  was ready for a change.

21       Q.   And were there a few months in

22  there where you weren't working at all then,

23  January, February, March?

24       A.   Yes.

Ira Vosper

```
 1          Q.   And when you went to work for, I'll
 2   call it H&K, does that work?
 3          A.   Perfect.
 4          Q.   All right.  When you went to work
 5   for H&K, what was your job title?
 6          A.   So I started off as an outside
 7   sales rep.
 8          Q.   And what product were you selling?
 9          A.   It was, like, it was all commercial
10   stuff when I first started, meaning it was very
11   little homeowner-type things.  It was, like,
12   corporate centers and things like that.
13          Q.   Still pavers and outdoor building
14   products?
15          A.   Yes, but only a couple of specific
16   ones, but yes, outdoor building products.
17          Q.   And what was the brand name of the
18   product you were selling?
19          A.   Well, it was Anchor Wall Systems
20   was who -- we were a sub-licensee manufacturer
21   for Anchor Wall Systems and we sold like
22   geogrids and soil stabilization systems.
23          Q.   Tell me about -- and then did your
24   job role -- like, what window of time did you
```

Ira Vosper

```
 1    company already.  But it wasn't, like, an

 2    official stamped title.  I had to design and

 3    build the land, get it approved by the town.

 4         Q.   At a certain point, did you stop

 5    going out and doing display work at different

 6    locations?

 7         A.   For the Anchor Wall Systems, Haines

 8    & Kibblehouse, but that was commercial, so no,

 9    I actually got back into it, because as Rinox,

10    we were more homeowner driven for homeowner,

11    like, renovations.

12         Q.   So at Haines & Kibblehouse when you

13    were going out and meeting with customers, were

14    you doing any construction and maintenance of

15    displays?

16         A.   No.  No, that's where I -- when I

17    was out with landscapers, I was kind of new to

18    that field, so I would kind of work out on

19    their construction sites to kind of gain a

20    rapport with them.  And they're the ones that

21    showed me how to use the backpacks.  That was

22    the first time I grabbed a backpack.

23         Q.   And when you refer to the backpack,

24    you're talking about a backpack sprayer?
```

Ira Vosper

```
 1          A.   Yes.
 2          Q.   Okay.  So tell me about the first
 3    time you used a backpack, do you remember that
 4    day?
 5          A.   Yeah, I think it was in King of
 6    Prussia and they were mulching and it was in
 7    the -- yeah, it was in the spring, probably of
 8    2003 there, and I literally, you know, was
 9    uncomfortable selling to them, because there
10    was -- these companies are so big and they
11    wouldn't, like, give you the time of the day.
12    So, you know, and I only did this a handful of
13    times that I know how to do a backpack and get
14    the -- and that they were using concentrate.
15    But, you know, I sprayed a couple of hours my
16    first time and then, like, I would give a guy a
17    hand at any time and pick it up and help him
18    for a little bit.
19          Q.   Did you say you only used a
20    backpack sprayer a couple of times?
21          A.   Yeah, it wasn't a majority of what
22    I ever did.  That was the only time I
23    personally did it myself, but, like, that's
24    what all the corporate landscapers are using,
```

1    around, like, 2004 going to 2012, I guess is

2    when -- when you're in the factory, it sounds

3    like you were the general manager at Rinox from

4    2004 to 2012.  Within that time frame, was it a

5    consistent pie chart or did the pie chart

6    shift?

7         A.   Constantly shifting.

8         Q.   So let's talk about --

9         A.   So when you're in charge of

10   everything, you don't have kind of, like, the

11   schedule that you did -- that I did at previous

12   companies, where I had, like, certain

13   objectives to meet.  I filled whatever hole

14   needed to be filled in a startup company.

15   Especially when it was my first time at a young

16   age with $14 million.

17        Q.   Given that you were taking on so

18   many more responsibilities in addition to

19   sales, did your use of Roundup in your

20   employment start to decrease, in terms of your

21   own personal hands-on time with Roundup?

22        A.   So in the front of our factory, we

23   built enormous displays, bigger than any dealer

24   would have, because we were trying to bring

Ira Vosper

```
 1    dealers there to show them how great our

 2    products were.  I would say our displays were

 3    ten times the best dealer.  And we would change

 4    sections out.  I mean, honestly, we got a

 5    little desperate when the economy tanked in '07

 6    there.  But, like, we would be killing the

 7    weeds there on the displays, you know,

 8    regularly.  We did have a landscape company

 9    from Haines & Kibblehouse that took care of the

10    softscapes, and what I mean by that is the

11    non-concrete stuff.  So the flower beds, they

12    were spraying constantly.

13         Q.   But in terms of the hardscape,

14    Rinox handled it?

15         A.   Yeah, we did it mostly, mostly

16    ourselves.

17         Q.   How many employees did Rinox have

18    when it first got established?

19         A.   I gave you a number of, like, 80,

20    but that was probably in 2007.  So, you know,

21    we added -- I added an employee at a time until

22    I got there.  You know, I was the only hiring

23    manager, so I never stopped to think about how

24    we got to 80 workers there.  I know I hired
```

Ira Vosper

```
1    them all, at the same time as doing everything

2    else, so I don't know.  I don't know how to

3    answer that.

4         Q.   Were you able to delegate the

5    actual application of Roundup to others so that

6    you could focus on more business-related

7    aspects of the job?

8         A.   Sometimes.  I mean anyone would if,

9    like, we had to take pride in what we looked

10   like.  So anyone would pull a weed, clean

11   something off, put Roundup on, like, anyone

12   would, you know, jump in and do it.  We all

13   were trying to make things better.

14        Q.   How many hours a week would you say

15   when you were at Rinox you were applying

16   Roundup?

17        A.   I probably did it once every two,

18   three weeks.  I didn't do it that -- the

19   displays, an hour.  I don't know.  You could

20   probably spray it in a hour.

21        Q.   So between 2004 to 2012, about

22   every two to three weeks, you would apply

23   Roundup for about an hour?

24        A.   That's when it would start growing
```

Ira Vosper

1    back, so, you know, you would be spraying,

2    like, trying to pull weeds.  And quite

3    honestly, I never walked over the thing

4    without -- in the morning, without trying to

5    make the thing better.  So my frequency of it

6    was not a -- it wasn't something I was thinking

7    about.  It was keeping it nice all the time.

8    You know, like, you know, it's not like you

9    feed your dog once a day or whatever it is and,

10   you know, that's what you do.  Like, you know,

11   we've got to sell product.  We've got to build

12   this company.  We've got to look great all the

13   time in everything we're doing and, like, that

14   was my obsession.

15        Q.   And I appreciate that.  I totally

16   hear what you're saying.

17        A.   I know -- yeah, sorry.

18        Q.   I can picture you kind of walking

19   in and going by the display and saying we

20   should do this or that differently, but I'm

21   also trying to get a sense of how much of it

22   would you say, hey, Bob, I was walking by the

23   display, I think we should do this and then Bob

24   or somebody else would do it versus you

Ira Vosper

1   at the factory at the same time, or I did do

2   most of the local customers.  But and then it

3   was just, hey, make sure that display is good.

4   Hey, make sure we look perfect.  It wasn't,

5   like, do this on this block.  It was just we

6   need to look great, we have got to sell.  We

7   have this huge factory we've got to pay for,

8   and that was my directive.

9           Q.    So based on what you said earlier,

10  it sounds like every two to three weeks you

11  would spend about an hour applying Roundup

12  during this time frame; is that right?

13          A.    About.

14          Q.    And then when it transitioned over

15  to Techo-Bloc -- or Techo-Bloc, I keep trying

16  to put an N in there, when it switched to

17  Techo-Bloc, did that change or stay the same?

18          A.    Yes.  Yes.

19          Q.    How did it change?

20          A.    So I would say even at Rinox, like,

21  we were struggling financially and I got

22  cancer, so the owners wanted to sell, because I

23  couldn't, I couldn't be there.  I did less

24  work, you know, going through chemo treatments

Ira Vosper

1    killers, but that would be an assumption on

2    Roundup, because I never went and looked at it,

3    but they were spraying all the weeds in the

4    beds until I mandated in 2018, there's no more

5    Roundup on site.  And we got rid of everything.

6           Q.   And that brings us to the

7    discussion we had earlier when we talked about

8    disposal, correct?

9           A.   Yeah, I don't -- yeah, I told them

10   all to get rid of it.  And but I was going

11   through chemo at the time.  I would work in

12   between chemo treatments, like, three hours a

13   day.  And, I mean, I was in no condition to

14   even go throw something into a dumpster.  I

15   told the parts person don't ever bring it in

16   the building and throw it all away.

17          Q.   Okay.  And once it was Techo-Bloc

18   in 2012, you're in production now, not in

19   sales.  You said occasionally you would apply

20   some Roundup at the front of the store.  How

21   often would you estimate you actually were

22   applying Roundup at that point?

23          A.   Maybe once every two months or

24   something like that.  I did a lot more at that

Ira Vosper

```
1          A.    Roundup?

2          Q.    In addition to Roundup.

3          A.    No, I only know Roundup.

4          Q.    So, for instance, if you were to

5    walk in to Home Depot today and see that there

6    were other options, that would be a surprise to

7    you?

8          A.    Yes, because the Home Depots I

9    walked into in the past two years especially,

10   the Roundup is the whole entrance.  There's no

11   other weed killer.  It is Roundup.

12         Q.    And which specific locations are

13   you referring to?

14         A.    Frazer Home Depot, Downingtown Home

15   Depot, Downingtown Lowe's, Pottstown Lowe's,

16   Pottstown Home Depot.

17         Q.    In your experience, Roundup is the

18   only pesticide -- or herbicide that they sell

19   at any of those locations?

20         A.    It's the only one I know of.

21         Q.    In terms of the work on your yard,

22   you mentioned that when you first moved in, so

23   that would have been September of 2008; is that

24   correct?
```

Ira Vosper

```
 1          Q.    Other than your dad, to your

 2    knowledge, anybody in your family use Roundup?

 3          A.    My mother.

 4          Q.    And anyone else?

 5          A.    I know my dad's -- or Sharon, you

 6    know, was still using it, which is his -- he

 7    remarried.

 8          Q.    And when you say she's still using

 9    it, when did you -- at what point in time are

10    you referring to?

11          A.    She asked me to come back to post

12    the property, which means put up posted signs.

13    And, you know, she just had gotten her shipment

14    of Roundup in, which was in, like, you know,

15    barrels.

16          Q.    Which property, is this --

17          A.    ████████████████████

18          Q.    So we'll talk a bit more -- I guess

19    let's just talk about it now, when you were

20    living there and using Roundup in high school,

21    and Roundup was being purchased, fair to assume

22    that you were not the person making the

23    purchase in high school?

24          A.    Correct.
```

Ira Vosper

```
 1            Q.   And it was your dad who selected

 2   the product to use?

 3            A.   Correct.

 4            Q.   And then when he purchased it, do

 5   you know where he would purchase it?

 6            A.   Most of our purchases were done at

 7   the feed store, which had a hardware store kind

 8   of attached to it.

 9            Q.   When he would purchase it, do you

10   recall the containers that it came in?

11            A.   If I don't recall, like, the

12   transactions of that and especially at a, you

13   know, when I was, like, ten.  I don't remember

14   the buying of it.  I remember the mixing of it.

15            Q.   And who would handle the mixing?

16            A.   Mostly him, because it was too

17   heavy for me to lift after he mixed it.  He

18   would try to do, like, a 5-gallon thing and

19   then he would help me refill it until it got

20   low enough to where I could lift it.

21            Q.   When he purchased it, was it a

22   concentrate?

23            A.   Yes.

24            Q.   And how large of a container was
```

Ira Vosper

```
 1          A.   Yeah, I remember seeing the Roundup

 2    labels.  We used to use, like, a two-by-four

 3    and he would pour water into, like, a 5-gallon

 4    bucket and mix it up.

 5          Q.   What did the label look like?

 6          A.   The logo, it looked like, I'm

 7    pretty sure on a diagonal with green in the

 8    "up."  That's what I remember.  I think the

 9    concentrate might have a red cap, if I

10    remember, but --

11          Q.   Did you ever read the label when

12    you were living --

13          A.   No.

14          Q.   -- on the farm?

15          A.   No.  Not at nine or ten.  Nothing

16    on the farm was I inquisitive of for something

17    like that.  My father would give me stuff or it

18    was just there for me to use.

19          Q.   And you mentioned nine or ten, but

20    did that apply also as you got into high school

21    and in junior high, were you reading labels at

22    that point --

23          A.   No.

24          Q.   -- or were you just using it?
```

```
 1    Sorry, I asked a double question.  Let me
 2    clarify.  Were you reading labels when you were
 3    in junior high or high school?
 4         A.   No.
 5         Q.   And when you were in junior high
 6    and high school, did it continue to be the same
 7    type of Roundup product that was purchased and
 8    used?
 9         A.   There was concentrate and there was
10    also just regular bottles too.  We would use
11    more of the concentrate on the fencing for the
12    pigs and the chickens and the cows and that.
13    And then but by the landscaping around the
14    house, there was like a -- there was handheld
15    bottles with the wand attached.
16         Q.   And were those ones that came with
17    the product already mixed inside?
18         A.   Yes.  But we would refill them
19    sometimes with the concentrate too though to
20    use the wand.
21         Q.   Do you have a sense of how often
22    your father would purchase Roundup concentrate?
23         A.   Frequently.  Because it was always
24    there.
```

Ira Vosper

```
 1          Q.    In terms of actual memories of him

 2    going and buying it, like, can you quantify,

 3    like, he would go once a month or he would go

 4    at the beginning of each season, anything like

 5    that?

 6          A.    My dad was lazy and would buy as

 7    much at one time of any one thing as possible.

 8    So we would have a full barn of different

 9    things that we would need.

10          Q.    What other products in addition to

11    Roundup would that include?

12          A.    Feed, a lot of different kinds of

13    feed.  What else would we have?  A lot of

14    tools.  Seed we would have too.  That's about

15    it that I can remember.

16          Q.    Any other chemical products other

17    than Roundup?

18          A.    In the barns, no.

19          Q.    And so when he would buy the

20    Roundup, about how many cans or canisters would

21    he buy at a time?

22          A.    I don't know.  We had a shelf, a

23    couple of shelves, actually, full of it when

24    you walked in, like, to your left and the barn
```

```
 1    is a couple of hundred years old, so there's no

 2    lighting in it.  It's very dirty.  So and then

 3    you would just, like, kind of mix it in some

 4    5-gallon buckets.  But later on he had those

 5    buckets with the nipple on the top that you

 6    could kind of pour the 5-gallon bucket off, it

 7    had a lid on it.

 8         Q.   So I'm trying to visualize the

 9    shelves, multiple shelves of Roundup?

10         A.   Yeah, there's two or three.  I

11    mean, we weren't organized.  We would just

12    throw stuff.

13         Q.   How many -- how long were these

14    shelves?

15         A.   They're probably 3 feet, a post,

16    maybe another 3 feet, and then there was two or

17    three of them.

18         Q.   About 6 feet long, about two or

19    three tiers?

20         A.   Yeah, and maybe 3 feet deep.  I

21    don't know how deep they were.  I didn't ever

22    really reach in the back.

23         Q.   So if you were to estimate how many

24    bottles or canisters of Roundup were on these
```

Ira Vosper

```
 1   shelves at a given point in time, what would

 2   you say?

 3        A.   I mean, I would always -- never

 4   less than, like, 15 or 20.

 5        Q.   And the buckets that he would use,

 6   it sounds like that changed at some point in

 7   time to be a fancier bucket.  Do you remember

 8   when that transition was?

 9        A.   No, I do not.

10        Q.   When he would mix it in the bucket,

11   would it then get poured into a dispenser or

12   where would it go from the bucket?

13        A.   Yeah, from the bucket, it would go

14   to like a -- like, one of those pump sprayers

15   that I think I described earlier that was,

16   like, a generic maybe pump sprayer thing.  When

17   we would bring it out to what I told you we

18   looked up before, the multiflora rose bushes,

19   we would actually just pour it right on it

20   after we cut it.

21        Q.   How often would you have to pour a

22   bucket of Roundup on the rose bushes?

23        A.   That was a frequent job of ours in

24   the spring.  We could, I mean, I would be
```

Ira Vosper

```
 1            don't -- I don't know advertising the

 2            same way back then.

 3  BY MS. SMITH:

 4        Q.   When you've selected Roundup, was

 5  it ever because of a commercial you saw or was

 6  it because of your own prior experience with

 7  it?

 8        A.   Well, more and more, like, as I got

 9  my own house, I would be paying more attention

10  to homeowner advertisements ever than before.

11  Normally, it was just around my business.  So I

12  do remember the western guy shooting things

13  like a gun slinger.  I mean I remember that.

14        Q.   Were you already using Roundup at

15  that point though?

16        A.   Yes.  And the only ad that might

17  have changed me was there was an extended

18  release one, I believe, that I had tried and I

19  didn't see the benefit after I did it.

20        Q.   So it was switching from one

21  Roundup product to another?

22        A.   Yes.

23        Q.   When you're in middle school, high

24  school, and you've talked about your dad would
```

Ira Vosper

1    yes, no.  I will tell you this that I wore the

2    hat and the sunglasses more when I was riding

3    the tractors or cutting something.  When I was

4    looking down, it wasn't -- it wasn't, like, the

5    sun wasn't in my eyes.  I mostly kept it on the

6    tractor.

7         Q.   Okay.  We'll talk a little bit more

8    in a bit about -- you told me about the rose

9    bushes and then I'm guessing there may have

10   been other places you applied Roundup at that

11   residence when you were in junior high and high

12   school.  I'll ask more about that in a minute.

13   But first let me ask, any friends or neighbors

14   who you've discussed your lawsuit with?

15        A.   Discussed the lawsuit, no.  I've

16   discussed and I try to talk everyone into using

17   high-strength vinegar now and not using

18   Roundup.  So by that, you know, I say it causes

19   my kind of cancer.

20        Q.   And who have you had that type of

21   discussion with?

22        A.   In-laws, neighbors, anyone I can

23   tell to not use Roundup around me or anyone

24   they know.

Ira Vosper

```
 1            A.    Fall of 2018, I believe.  Somewhere

 2    when I discovered Roundup is a problem and I

 3    was also in the middle of chemo.

 4            Q.    Do you use this vinegar in the same

 5    places where you used to use Roundup?

 6            A.    Yes.

 7            Q.    And is that all at your home, not

 8    at your job?

 9            A.    Yes.  At my home or my other -- we

10    purchased another home.

11            Q.    Where is this other home?

12            A.    In Bradley Beach, New Jersey.

13            Q.    What's the address for that?

14            A.    ██████████████████████, I

15    don't know the ZIP code.

16            Q.    Is it a beach house?

17            A.    Yes.  Yup.

18            Q.    When did you purchase that?

19            A.    2019.

20            Q.    So you never used Roundup there,

21    would that be a fair assumption?

22            A.    Never.

23            Q.    How did you find out about using

24    high-concentrated vinegar?
```

Ira Vosper

```
1          A.   No.

2          Q.   Any other medical conditions,

3    illnesses that you personally have experienced

4    in your life that we haven't touched on yet

5    apart from your non-Hodgkins lymphoma?

6          A.   No.

7          Q.   Now, I want to talk about your

8    cancer history and I don't mean to be

9    insensitive in asking these questions, it's

10   just part of the job for me.  So please bear

11   with me.  I appreciate this might be a

12   sensitive topic to talk about.  Can you tell me

13   about the first time you were diagnosed with

14   cancer?

15         A.   Yeah, I had a lump in my neck one

16   morning in very late August 2010, the same time

17   my wife found out she was pregnant the same

18   day.

19         Q.   So this lump, how big, like, if you

20   had to compare it to a golf ball or a grape,

21   like, how large would you say the lump was that

22   you noticed?

23         A.   It felt huge, but I guess it was

24   probably like, it started off like a grape and
```

1    and they promoted and sell it everywhere and it

2    causes non-Hodgkins lymphoma and I don't know

3    how it went that long.

4         Q.   Have you ever reached out to

5    anybody at Monsanto to have a conversation

6    about Roundup?

7         A.   No.  I did not know they were the

8    parent company at first either.

9         Q.   And did you try -- did you ever

10   call a number, like, on the bottle of Roundup

11   or anything to speak to somebody on a hotline?

12        A.   I would never do such a thing, no.

13        Q.   I want to mark as deposition

14   exhibit your Plaintiff Fact Sheet and I won't

15   spend much time on this, but I think we've

16   already covered on it, but I just want to get

17   it marked for the record so let me share my

18   screen real quick.  Actually, am I still

19   sharing my screen?

20        A.   No.  I do need to talk about this.

21        Q.   About your fact sheet?

22        A.   Yes.

23        Q.   Let me get that pulled up real

24   quick.  And this should be, correct me if I am

1    or a plastic -- the new plastic gloves for

2    abrasive -- concrete is abrasive.

3         Q.   Can you estimate for me every time

4    you picked up a bottle of Roundup how often you

5    would use gloves?

6         A.   Less than 5 percent.

7         Q.   You also mentioned that you used a

8    backpack, correct?

9         A.   Yes.

10        Q.   And you mentioned you only used it

11   a couple of times; is it fair to say?

12        A.   Yes.

13        Q.   What about, have you ever -- I know

14   you only used it a couple of times, but were

15   you around workers or individuals that were

16   spraying with the use of a backpack?

17        A.   Frequently.

18        Q.   Can you estimate from what years

19   you were frequently around individuals spraying

20   Roundup with a backpack?

21        A.   Well, a company would come by at

22   Rinox once a week up from 2004, I guess, to

23   2012, which was the Haines & Kibblehouse

24   company.  Then right before that on the

1   commercial sites, they -- I mean, they -- a lot

2   of the guys were walking around with backpacks

3   on.

4          Q.   So Haines & Kibblehouse was 2003,

5   correct?

6          A.   Yes.

7          Q.   And then Rinox was till 2012?

8          A.   Yes.

9          Q.   So is it fair to say between 2003

10  and 2012, you were frequently around

11  individuals spraying Roundup with the

12  backpacks?

13         A.   Yes, I was around it frequently.

14         Q.   And were you close to them?  I

15  mean, were they on the other side of the

16  parking lot?  Would you be shoulder to shoulder

17  with them?  Can you explain how close you would

18  be --

19         A.   Quite frequently --

20                  MS. SMITH:  Objection,

21       vague.

22                  MR. LaBLETTA:  I'm sorry, I

23       missed the objection, Holly.

24                  MS. SMITH:  Vague as to

```
 1              only weed killer I'm aware of.  It's

 2              the only one I've ever really seen.

 3   BY MR. LaBLETTA:

 4         Q.   From -- and your first experience

 5   with Roundup was approximately 1986, correct?

 6         A.   Correct.

 7         Q.   Okay.  Would you say you've used

 8   Roundup every year since 1986 up until when?

 9                   MS. SMITH:  Objection.

10              Leading.  Mischaracterizes his prior

11              testimony.

12                   THE WITNESS:  Yes, I used

13              Roundup every year from around '86 to

14              2018 with the possible exception of two

15              thousand, end of '10 and beginning of

16              '11 when I was going through chemo.

17   BY MR. LaBLETTA:

18         Q.   And you would use it, during those

19   time periods with the exception of when you

20   were doing chemo, you would use it multiple

21   times a month during the season, correct?

22                   MS. SMITH:  Objection.

23              Vague.

24                   THE WITNESS:  Yes.
```