# Exhibit 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : MDL No. 2741 <br> : Case No. 3:16-md-02741-VC |
| Vosper, et al. v. Monsanto, Co., <br> No.: 3:19-cv-05525-VC | |

**AFFIDAVIT OF IRA C. VOSPER**

I, Ira C. Vosper, being duly sworn on October 4, 2021, declare as follows:

1. I am over 18 years of age, a resident of the Commonwealth of Pennsylvania, and I have personal knowledge of the facts set forth in this affidavit.

2. I submit this affidavit based upon my personal knowledge and as the Plaintiff in the above-captioned matter.

3. I used Roundup virtually every year from 1986, when I was nine (9) years old on my family's farm, until approximately 2018.

4. I was familiar with the Roundup product and bottles, including the concentrate mix and ready-to-use Roundup, having used it on my family's farm, at my home and other family members' homes, and in the course of my employment.

5. I personally saw Roundup advertisements on television as well as it displayed in stores that sold the product.

6. I never saw any advertisement or other notice that exposure to Roundup could be harmful to my health.

7. I would have never used Roundup had I known that it causes cancer, could cause cancer, or was even linked to causing cancer.

8. I would have never used Roundup had the product contained an adequate warning about the harmful effects of the product.

9. The presence of an adequate, explicit, or conspicuous warning about the hazards of Roundup would have resulted in me avoiding the product.

10. I have personally seen or read warnings on products that inform a consumer about the unsafe or hazardous nature of the product.

11. Had a warning been provided about the dangers and risks of using Roundup, I would have not disregarded the warning.

12. At no time was I aware of the dangers or risks of using Roundup.

13. I immediately stopped using Roundup approximately in the fall of 2018 when I became aware that Roundup was linked to cancer.

14. After I became aware that Roundup was linked to cancer in the fall of 2018, I disposed of all Roundup at work and at my home and I never used the product again.

I certify that the foregoing facts and statements are true and correct.

Executed this 4 day of October, 2021,
In Chester County, Pennsylvania

IRA C. VOSPER