**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | **DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS UNDER RULE 702 AND REQUEST FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>Hearing date: TBD<br>Time: 2:00 p.m. |

I, Jed P. White, hereby declare as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude Testimony of Plaintiff's Experts Under Rule 702 and for Summary Judgment on Causation Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of an article by Dr. Maria Leon et al. titled *Pesticide Use and Risk of Non-Hodgkin Lymphoid Malignancies in Agricultural Cohorts from France, Norway, and the USA: A Pooled Analysis from the AGRICOH Consortium*, published in the International Journal of Epidemiology in 2019.

3. Annexed hereto as Exhibit 2 is a true and correct copy of an article by Dr. Manisha Pahwa et al. titled *Glyphosate Use and Associations with Non-Hodgkin Lymphoma Major Histological Sub-Types: Findings from the North American Pooled Project*, published in the Scandinavian Journal of Work, Environment, and Health in 2019.

4. Annexed hereto as Exhibit 3 is a true and correct copy of an article by Dr. Geoffrey Kabat et al. titled *On Recent Meta-Analyses of Exposure to Glyphosate and Risk of Non-Hodgkin's Lymphoma in Humans*, published in Cancer Causes and Control in December, 2020.

5. Annexed hereto as Exhibit 4 is a true and correct copy of U.S. Environmental Protection Agency's *Glyphosate Interim Registration Review Decision Case Number 0178*, dated January 22, 2020.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 5th day of October, 2021 in Santa Monica, California.

Jed P. White

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s Jed P. White*
Jed P. White

# EXHIBIT 1



*International Journal of Epidemiology*, 2019, 1–17
doi: 10.1093/ije/dyz017
Original article

Original article

# Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium

**Maria E Leon,[1]* Leah H Schinasi,[1,2] Pierre Lebailly,[3] Laura E Beane Freeman,[4] Karl-Christian Nordby,[5] Gilles Ferro,[1] Alain Monnereau,[6,7] Maartje Brouwer,[8] Séverine Tual,[3] Isabelle Baldi,[9] Kristina Kjaerheim,[10] Jonathan N Hofmann,[4] Petter Kristensen,[5] Stella Koutros,[4] Kurt Straif,[11] Hans Kromhout[8] and Joachim Schüz[1]**

[1]Section of Environment and Radiation, International Agency for Research on Cancer (IARC), Lyon, France, [2]Department of Environmental and Occupational Health, Drexel University, Philadelphia, PA, USA, [3]ANTICIPE, U1086 INSERM, Université de Caen Normandie, and Centre de Lutte Contre le Cancer François Baclesse, Caen, France, [4]Occupational and Environmental Epidemiology Branch, Division of Cancer Epidemiology and Genetics, National Cancer Institute (NCI), Bethesda, MD, USA, [5]Department of Occupational Medicine and Epidemiology, National Institute of Occupational Health (STAMI), Oslo, Norway, [6]Hematological Malignancies Registry of Gironde, Bergonie Institute, Comprehensive Cancer Centre, Bordeaux, France, [7]University of Bordeaux, INSERM U1219 Center - EPICENE Team, CHU de Bordeaux, Bordeaux, France, [8]Institute for Risk Assessment Sciences (IRAS), Utrecht University, Utrecht, The Netherlands, [9]CHU de Bordeaux, Service de Médecine du Travail et Pathologie Professionnelle, Bordeaux, France, [10]Department of Research, Cancer Registry of Norway, Oslo, Norway and [11]Section of Evidence Synthesis and Classification, International Agency for Research on Cancer (IARC), Lyon, France

*Corresponding author. Section of Environment and Radiation, International Agency for Research on Cancer (IARC), 150 Cours Albert Thomas, 69372 Lyon Cedex 08, Lyon, France. E-mail: agricoh@iarc.fr

Editorial decision 22 January 2019; Accepted 4 February 2019

## Abstract

**Background**: Pesticides are commonly used in agriculture, and previous studies endorsed the need to further investigate the possible association between their use and risk of lymphoid malignancies in agricultural workers.

**Methods**: We investigated the relationship of ever use of 14 selected pesticide chemical groups and 33 individual active chemical ingredients with non-Hodgkin lymphoid malignancies (NHL) overall or major subtypes, in a pooled analysis of three large agricultural worker cohorts. Pesticide use was derived from self-reported history of crops cultivated combined with crop-exposure matrices (France and Norway) or self-reported lifetime use of active ingredients (USA). Cox regression models were used to estimate cohort-specific hazard ratios (HRs) and 95% confidence intervals (CIs), which were combined using random effects meta-analysis to calculate meta-HRs.

© World Health Organization, 2019. All rights reserved. The World Health Organization has granted the Publisher permission for the reproduction of this article.

This is an Open Access article distributed under the terms of the Creative Commons Attribution 3.0 IGO License (https://creativecommons.org/licenses/by/3.0/igo/), which permits unrestricted reuse, distribution, and reproduction in any medium, provided the original work is properly cited.

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

**Results**: During follow-up, 2430 NHL cases were diagnosed in 316 270 farmers accruing 3 574 815 person-years under risk. Most meta-HRs suggested no association. Moderately elevated meta-HRs were seen for: NHL and ever use of terbufos (meta-HR = 1.18, 95% CI: 1.00–1.39); chronic lymphocytic leukaemia/small lymphocytic lymphoma and deltamethrin (1.48, 1.06–2.07); and diffuse large B-cell lymphoma and glyphosate (1.36, 1.00–1.85); as well as inverse associations of NHL with the broader groups of organochlorine insecticides (0.86, 0.74–0.99) and phenoxy herbicides (0.81, 0.67–0.98), but not with active ingredients within these groups, after adjusting for exposure to other pesticides.

**Conclusions**: Associations of pesticides with NHL appear to be subtype- and chemical-specific. Non-differential exposure misclassification was an important limitation, showing the need for refinement of exposure estimates and exposure–response analyses.

**Key words:** Pesticides, NHL, farmers, cohort, meta-analysis, AGRICOH

**Key Messages**

- In this analysis combining data from >300 000 farmers or agricultural workers from France, Norway and the USA, accruing more than 3.5 million person-years under risk, the majority of the hazard ratios observed suggested no association of 14 selected pesticide chemical groups and 33 individual active ingredients with the risk of non-Hodgkin lymphoid malignancies (NHL).
- Moderately elevated hazard ratios were seen for NHL overall or certain subtypes with ever use of a few specific pesticides compared with never use of those pesticides: NHL overall and terbufos; chronic lymphocytic leukaemia/small lymphocytic lymphoma (CLL/SLL) and deltamethrin; and diffuse large B-cell lymphoma (DLBCL) and glyphosate; as well as inverse associations of NHL overall with the broader groups of organochlorine insecticides and phenoxy herbicides, after adjusting for exposure to other pesticides. Future work is needed to further investigate these findings.

## Introduction

Pesticide exposure is common in agricultural settings, particularly among farmers and farm workers. Farmers' activities include multiple tasks that may contribute to exposure, including mixing/loading chemicals, treating seeds, applying in the fields before and during cultivation, re-entry tasks in treated fields, cleaning spraying equipment, protecting crops during storage, controlling ectoparasites in livestock and eradicating insects and parasites in soil, barns and animal compounds.[1–6] The many pesticide active ingredients used in farming include different compounds that exert their biological effects through diverse mechanisms of action. Therefore, individual active ingredients should also be investigated over broadly defined groups of pesticides. Pesticide exposure can induce genotoxicity, immunosuppression, oxidative stress and/or inflammatory effects, hormone receptor modulation and/or other biological responses that are important characteristics of carcinogens.[7–11]

Chronic exposure to pesticides may partially explain excess incidence and mortality rates of haematological cancer previously reported in farmers.[12,13] This group of malignancies encompasses a range of aetiologically distinct subtypes, implying that researching the association of pesticides at the disease subtype level is essential.[14–17] Yet individual studies may not have enough exposed cases to assess active ingredient–disease subtype associations.[17–19]

AGRICOH is a consortium of agricultural cohort studies [http://agricoh.iarc.fr].[20] The present study uses data from three large cohorts in the consortium, to explore the relationship between use of selected chemical groups of pesticides and individual active ingredients and risk of non-Hodgkin lymphoid malignancies (NHL) overall and for major subtypes, in 316 270 farmers and farm workers. Chemical groups and active ingredients were selected a priori based on common use in at least two of the three countries, giving preference either to those with some evidence for an association with lympho-haematological malignancies or to agents not previously studied in observational epidemiological studies.

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

## Methods

### Population

A detailed description of the study population and approaches to harmonizing pesticide exposure data across cohorts is published elsewhere.[21] Our analysis is based on three cohort studies in the consortium which met the following conditions at the conception of the project in 2012: periodic data linkage to cancer incidence registries, availability of data on pesticides and/or crop cultivation to estimate exposure and sufficiently large sample size to study NHL subtypes.

**Agriculture and cancer (AGRICAN)**

In 2005–07, AGRICAN enrolled 181 747 men and women[22] who were ≥ 18 years old, affiliated for ≥ 3 years with the national health insurance system of agricultural workers (Mutualité Sociale Agricole) and in 2005 resided in one of 11 departments in France covered by population-based cancer registries. AGRICAN enrolled active and retired farm owners and farm workers as well as some non-farmers, not included in the present analyses. Eligible members were enrolled when returning self-administered questionnaires covering historical information on cultivating 13 crops and raising 5 animal species (including the first and last year of production) and performance of pesticide treatment tasks (the first and last year performed per crop), among other data. Linkage of cohort members with cancer and mortality registries and the National Death Index was done up to 31 December 2009 for this study.

**Cancer in the Norwegian Agricultural Population (CNAP)**

CNAP comprises farm holders (owners and non-owners using a farm) and their families included in at least one of five national agricultural and horticultural censuses conducted in 1969, 1974, 1979, 1985 and 1989 by Statistics Norway.[23] Only farm holders (male and female) were eligible for inclusion in the present analysis ($n = 147\,134$). Census data include type of crops and livestock produced the year before the census, acreage, technology, pesticide expenses and pesticide spraying equipment. Information on crops cultivated, provided in responses to repeated cross-sectional censuses, was used to reconstruct lifelong crop production. Unique personal identification numbers assigned to residents in Norway allowed linkage with the national Cancer Registry of Norway until 31 December 2011, for this study.

**Agricultural Health Study (AHS)**

AHS enrolled 52 394 private pesticide applicators (farmers) and 4916 commercial pesticide applicators registered to apply restricted-use pesticides in Iowa and North Carolina, USA.[24] Cohort members were enrolled in 1993–97 and completed questionnaires detailing agricultural practices, crops and livestock produced and use of >50 individual pesticide active ingredients. Approximately 5 years later, applicators completed another questionnaire that ascertained pesticide use since enrolment. The present analysis includes only private pesticide applicators (farmers). Since enrolment, cohort members have been regularly linked to the Iowa and North Carolina cancer and mortality registries and the National Death Index. This study includes linkages until 31 December 2011 in Iowa and 31 December 2010 in North Carolina.

Each of the cohort studies contributing to the analysis received institutional review and ethical approval. In addition, the IARC Ethics Committee reviewed and approved the development of the pooling project in October 2012 (Number 12–28).

### Pesticides investigated

At the start of the study, we compiled a list of active ingredients frequently used in at least two of the three countries, giving priority to chemical groups and active ingredients with some evidence for an association with lymphohaematological malignancies, based on the scientific literature,[25] or to active ingredients not previously investigated in epidemiological studies.

Fourteen chemical groups were included: four groups of insecticides (organophosphates, organochlorines, carbamates and pyrethroids), seven groups of herbicides (phenyl ureas, chloroacetanilides, dinitroanilines, phenoxys, thiocarbamates, triazines,and triazinones), two groups of fungicides (dithiocarbamates and phthalimides),and arsenical compounds, which can have different target pests. Two herbicides that did not belong to any of the chemical groups with other pesticides under investigation (dicamba and glyphosate) were also evaluated. In the three cohorts, a varying number of active ingredients defined exposure at the chemical group level (for a full listing, see Supplementary Table 1, available as Supplementary data at *IJE* online), and only a small number of active ingredients within each chemical group was evaluated individually. Specifically, our evaluation included 33 individual active ingredients, of which two did not belong to the 14 chemical groups examined, listed under Results.

### Exposure assessment

Data from AGRICAN and CNAP were crossed with country-specific crop-exposure matrices (CEMs) to derive

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

estimates of ever exposure to pesticide chemical groups and individual active ingredients.[21] Among AHS cohort members, self-reported ever application of individual active ingredients was used to assess ever exposure.

**Crop-exposure matrices**

In AGRICAN and CNAP, CEMs were used for a varying number and type of crops: corn, grains, potatoes, vineyards, fruit orchards, tobacco and grassland/meadows in AGRICAN and grains, potatoes, fruit orchards, hay/meadows and greenhouses in CNAP. In AGRICAN, information available in the French PESTIMAT matrix was used, including the first and last year in which each chemical group and active ingredient selected for the study was authorized and recommended for use on a given crop.[26] For CNAP, matrices were built and provided the first and last year in which each chemical group or active ingredient was sold in the country and authorized for use on each of the selected crops. The CEMs extended from 1950 until the last year of cancer follow-up. In both countries, the CEMs were used to estimate potential exposure to pesticide chemical groups and active ingredients, with cells filled with ever/never (potential) use.

**Assignment of potential pesticide exposure based on CEM**

In AGRICAN, a participant was considered potentially exposed to an active ingredient if: they cultivated a given crop; they marked in the study questionnaire having treated the crop with pesticides; and the active ingredient was authorized and recommended for use on the crop during a given year. In CNAP, a farm holder was considered potentially exposed to an active ingredient if: they reported to have cultivated a given crop; they possessed spraying equipment or spent money on pesticides; and the active ingredient was sold in the country and registered for use on the crop during a given year.

## Follow-up and cancer ascertainment

The endpoint was the first incident NHL during follow-up (i.e. subjects did not have any previous cancer except possibly non-melanoma skin cancer before or during follow-up).In AGRICAN and AHS, the start of follow-up corresponded to the date of enrolment. In CNAP, follow-up started on 1 January 1993, the earliest year of follow-up in one of the other two cohorts (AHS). Follow-up time was calculated as the number of days between the start of follow-up and the first date of the following: (i) first incident cancer (except non-melanoma skin cancer); (ii) loss to follow-up or migration out of the cancer registry area; (iii) death; or (iv) end of follow-up.

Lymphoid malignancies were grouped according to the 2001 WHO classification of haematopoietic tumors and the International Classification of Diseases for Oncology, third edition (ICD-O-3). Each entity was grouped according to the International Lymphoma Epidemiology Consortium.[27] Here we report findings for non-Hodgkin lymphoid malignancies overall and for the most common subtypes of mature B-cell NHL, including chronic lymphocytic leukaemia/small lymphocytic lymphoma (CLL/SLL), diffuse large B-cell lymphoma (DLBCL), multiple myeloma/plasma-cell leukaemia (MM) and follicular lymphoma (FL).

## Statistical methods

Missing data in AGRICAN (crop, pesticide treatment task, period of production and period of pesticide treatment task) and in AHS (pesticides applied) were imputed five times using the methodology described in White *et al.* (2011)[28] and Heltshe *et al.* (2012),[29] respectively. Datasets were subsequently combined using Rubin's rule (1987).[30] No imputations were needed for CNAP because exposure data were derived from compulsory agricultural censuses and the information collected on participating farm holders was complete.

Cox proportional hazards models were used to estimate minimally and fully adjusted hazard ratios (HRs) with 95% confidence intervals (CIs) of incident NHL for ever use of the active ingredient or chemical group. Covariates were modelled as time-independent. All values were rounded to the second decimal.

The reference category in all analyses contained participants classified as never exposed to the particular chemical group or specific active ingredient being evaluated. All models used age at the date of censoring as the time scale and were first adjusted for sex and animal production. Additional covariates included retirement status for AGRICAN and state of residence (Iowa or North Carolina) for AHS. Subsequently, fully adjusted models were built separately for each cohort. In AGRICAN, adjustment for the number of crops the farmer/worker reported personally treating with pesticide was added as an ordinal variable indicating increasing opportunity of pesticide exposure. Because similar information was not available in CNAP, adjustment for specific pesticides was used instead. For CNAP and AHS, adjustment for individual pesticides was done using a cohort-specific set of active ingredients (see Tables with HRs). Models were run individually for each cohort, and the resulting estimates were combined using random effects meta-analysis. The $I^2$ statistic was used to determine the percentage of the total

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

**Figure 1.** Cohort-specific exclusions and resulting study population included in the meta-analysis.

variance associated with each meta-estimate explained by heterogeneity across cohorts. Acknowledging the large number of comparisons, we report the association between all of the pre-selected 14 chemical groups and 33 active ingredients with NHL overall and the four most frequent subtypes. The statistical software SAS (version 9.4) was used for data management and STATA (version 14) for data analyses.

## Results

### Study population

AGRICAN (127 282), CNAP (137 821) and AHS (51 167) contributed 316 270 participants (Figure 1), of whom 237 317 were male (75%). The combined study population accrued 3 574 815 person-years of follow-up from 1 January 1993 until 31 December 2011 (Table 1), with a median follow-up of 16 years. During follow-up, 2545 first incident lymphoid cancers were observed (including Hodgkin lymphoma), of which 95.4% (2430) were NHL, with a median age at diagnosis of 69 years (range, 26–98 years). AGRICAN, CNAP and AHS contributed 18.1%, 61.6% and 20.3% of cases of NHL, respectively (details in Supplementary Table 2, available as Supplementary data at *IJE* online).

Study populations differed by cohort (Table 1). At the start of follow-up, AHS cohort members were younger (median age, 46 years) than those in CNAP (51 years) and AGRICAN (67 years). Approximately half of the AGRICAN cohort (51%) consisted of retired farm owners and farm workers, and 44% of AGRICAN participants were female, compared with only 16% in CNAP and 3% in AHS. In AHS, nearly all cohort members (99%) used pesticides; this percentage was 68% in AGRICAN and 63% in CNAP.

Of the combined population, 63% was classified as ever exposed to at least one of the assessed chemical groups and active ingredients (Table 1; Supplementary Figure 1, available as Supplementary data at *IJE* online shows exposure prevalence by cohort). The list of active ingredients used to determine prevalence of ever exposure to the chemical groups for each cohort is shown in

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

**Table 1.** Description of study population

| Attribute | Combined population | | AGRICAN | | CNAP | | AHS | |
|---|---|---|---|---|---|---|---|---|
| | *n* | % | *n* | % | *n* | % | *n* | % |
| Males | 237 317 | 75% | 71 358 | 56% | 116 128 | 84% | 49 831 | 97% |
| Females | 78 953 | 25% | 55 924 | 44% | 21 693 | 16% | 1336 | 3% |
| Both sexes | 316 270 | 100% | 127 282 | 100% | 137 821 | 100% | 51 167 | 100% |
| Year of birth (range) | 1900–1985 | | 1900–1985 | | 1925–1971 | | 1901–1983 | |
| Follow-up period | 1993–2011 | | 2005–2009 | | 1993–2011 | | 1993–2011 | |
| Median age at start of cancer follow-up | 55 | | 67 | | 51 | | 46 | |
| Median duration of cancer follow-up (years) | 16 | | 4 | | 19 | | 16 | |
| Person-years of follow-up | 3 574 815 | | 426 340 | | 2 396 595 | | 751 880 | |
| Median age at diagnosis | 69 | | 76 | | 68 | | 67 | |
| Participants classified as pesticide applicators or users, based on self-report of pesticide application, performance of pesticide treatment tasks, purchase of pesticides and/or owning spraying equipment | 224 060 | 71% | 86 509 | 68% | 87 009 | 63% | 50 542 | 99% |
| Prevalence of reported or estimated ever use of at least one of the evaluated chemical groups or active chemical ingredients in the meta-analysis | 198 492 | 63% | 80 898 | 67% | 62 047 | 45% | 50 542 | 99% |
| Participants who cultivated selected crops[a] | | | | | | | | |
| Hay, meadows, grasslands | 142 886 | 45% | 89 168 | 70% | 34 656 | 25% | 19 062 | 37% |
| Grains | 123 643 | 39% | 73 774 | 58% | 34 838 | 25% | 15 031 | 29% |
| Corn | 92 861 | 29% | 54 815 | 43% | n.s. | | 38 046 | 74% |
| Fruit orchards | 58 847 | 19% | 49 743 | 39% | 7683 | 6% | 1421 | 3% |
| Potatoes | 97 705 | 31% | 52 025 | 41% | 43 458 | 32% | 2222 | 4% |
| Vineyards | 57 815 | 18% | 57 160 | 45% | n.s. | | 655 | 1% |
| Tobacco | 26 203 | 8% | 17 730 | 14% | n.s. | | 8473 | 17% |
| Greenhouses | 23 719 | 7% | n.s. | | 23 719 | 17% | | |
| Soybeans[b] | | | n.s. | | n.s. | | 36 281 | 71% |
| Mean number of selected crops cultivated | 2 | | 3.1 | | 1.6 | | 1.1 | |
| Ever producing any animal species | 242 695 | 77% | 107 505 | 84% | 102 578 | 74% | 32 612 | 64% |
| Lymphoid malignancies diagnosed during follow-up[c] | | | | | | | | |
| Non-Hodgkin lymphoid malignancies (NHL) | 2430 | 100% | 439 | 100% | 1498 | 100% | 493 | 100% |
| Chronic lymphocytic leukaemia/small lymphocytic lymphoma (CLL/SLL) | 497 | 20.4% | 94 | 21.4% | 280 | 18.7% | 123 | 24.9% |
| Diffuse large B-cell lymphoma (DLBCL) | 434 | 17.8% | 75 | 17.1% | 246 | 16.4% | 113 | 22.9% |
| Follicular lymphoma (FL) | 214 | 8.8% | 34 | 7.7% | 116 | 7.7% | 64 | 13.0% |
| Multiple myeloma/plasma-cell leukaemia (MM) | 561 | 23.5% | 103 | 23.5% | 362 | 24.2% | 96 | 19.5% |

n.s., crop not selected for study in the respective country.

[a]In AGRICAN, counts are based on ever cultivating the crop, and these are the average of five imputation datasets, calculated using Rubin's rule for combining multiple imputed data. Corn includes corn produced for grain or silage, grains include wheat or barley and orchard crops include apples. In CNAP, counts are based on reports of ever producing the crop in any of the agricultural and horticultural censuses (1969–89). In this cohort, no information is available on grasslands, hay or meadows, and the counts reported correspond to silage, used as proxy for grasslands. Grains include wheat, barley, oats, rye and oil seeds, orchard crops include apples, pears and plums, and greenhouses include all crops cultivated in greenhouses. In AHS, counts are based on reports of ever producing the crop at phase I or phase II. Grasslands and meadows include hay and alfalfa, corn includes field and seed corn, and grains include wheat, barley, oats and rye. Vineyards refer to grape cultivation, and orchard crops include apples and peaches. No information on crops cultivated in greenhouses was available.

[b]This crop was not included in the French or Norwegian crop-exposure matrices. Nevertheless, it is included here to give a more complete description of the crops cultivated in the AHS cohort.

[c]Full distribution of lymphoid malignancies is given in Supplementary Table 2, available as Supplementary data at *IJE* online. Percentages of subtypes shown are derived from NHL cases.

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

Supplementary Table 1, available as Supplementary data at *IJE* online.

## Risk analyses

Results based on fully adjusted meta-hazard ratios (mHRs) are summarized below for NHL overall and by subtype. Results based on minimally adjusted mHRs are given in Supplementary Table 3, available as Supplementary data at *IJE* online.

## Non-Hodgkin lymphoid malignancies overall

Most of the analyses showed a lack of association with ever use of any chemical group or active ingredient (Table 2), with some exceptions. The mHR estimate of association of NHL with ever use of terbufos, based on AGRICAN and AHS (terbufos was not registered for use on the selected crops in Norway), was elevated and with no evidence of heterogeneity of effects between cohorts (mHR = 1.18, 95% CI: 1.00–1.39; $I^2 = 0\%$). The cohort-specific HRs for ever use of terbufos and NHL were HR = 1.09 (95% CI: 0.80–1.47) in AGRICAN (96 exposed cases) and HR = 1.22 (95% CI: 1.00–1.49) in AHS (203 exposed cases). Estimated prevalence of ever use was 21% in AGRICAN and 37% in AHS.

In contrast, inverse associations were observed for ever use of organochlorine (OC) insecticides (mHR = 0.86, 95% CI: 0.74–0.99; $I^2 = 0\%$) and phenoxy herbicides (mHR = 0.81, 95% CI: 0.67–0.98; $I^2 = 19\%$), with no or little heterogeneity of effects between cohorts (Table 2). The cohort-specific HRs for ever use of OC insecticides and NHL were HR = 0.92 (95% CI: 0.72–1.18) in AGRICAN, HR = 0.82 (95% CI: 0.63–1.06) in CNAP and HR = 0.83 (95% CI: 0.65–1.07) in AHS, with 306, 624 and 328 exposed cases, respectively. Estimated prevalence of ever use was 65% 39%, and 54%, respectively. Between nine and 13 individual active ingredients were included per cohort in the OC chemical group. The cohort-specific HRs for ever use of phenoxy herbicides and NHL were HR = 0.94 (95% CI: 0.69–1.28) in AGRICAN, HR = 0.65 (95% CI: 0.46–0.92) in CNAP and HR = 0.83 (95% CI: 0.65–1.06) in AHS, with 178, 637 and 389 exposed cases, respectively. Estimated prevalence of ever use was 38%, 41% and 78%, respectively. Between seven and 10 individual active ingredients were considered per cohort in this chemical group.

The associations between exposure to individual active ingredients within these two chemical groups and NHL were of similar magnitude to those seen at the chemical group exposure level, but for the individual active ingredients the CIs included the null value (Table 2).

## Chronic lymphocytic leukaemia/small lymphocytic lymphoma

During follow-up, 497 incident CLL/SLL cases were diagnosed. A moderately elevated mHR estimate of association of CLL/SLL with ever use of deltamethrin was observed (mHR = 1.48, 95% CI: 1.06–2.07; $I^2 = 0\%$; Table 2) based on AGRICAN and CNAP combined data (only 16 AHS farmers, none of them cases, applied the insecticide), with no evidence of heterogeneity of effects between cohorts. The cohort-specific HRs for ever use of deltamethrin and CLL/SLL were HR = 1.17 (95% CI: 0.64–2.13) in AGRICAN (51 exposed cases) and HR = 1.65 (95% CI: 1.10–2.46) in CNAP (97 exposed cases). Estimated prevalence of ever use was 51% in AGRICAN and 25% in CNAP.

## Diffuse large B-cell lymphoma

During follow-up, 434 DLBCL cases were diagnosed. Most analyses did not show any associations (Table 2). There was an elevated mHR of DLBCL with ever use of glyphosate (mHR = 1.36, 95% CI: 1.00–1.85; $I^2 = 0\%$), with no evidence of heterogeneity of effects among cohorts. The cohort-specific HRs for ever use of glyphosate and DLBCL were HR = 1.06 (95% CI: 0.51–2.19) in AGRICAN, HR = 1.67 (95% CI: 1.05–2.65) in CNAP and HR = 1.20 (95% CI: 0.72–1.98) in AHS, based on 28, 100 and 93 exposed cases, respectively. Glyphosate was used by 36%, 38% and 83% of the farmers and agricultural workers in AGRICAN, CNAP and AHS, respectively.

## Follicular lymphoma

During follow-up, 214 FL cases were diagnosed. None of the chemical groups or active ingredients was associated with FL (Table 2). Moderately elevated mHRs but with wide CIs were observed in association with ever use of a few active ingredients, of which the least imprecise estimate corresponded to terbufos (mHR = 1.33, 95% CI: 0.80–2.20; $I^2 = 0\%$), based on AGRICAN and AHS, with no evidence of heterogeneity of effects between cohorts. The cohort-specific HRs for ever use of terbufos and FL were HR = 1.04 (95% CI: 0.27–3.98) in AGRICAN and HR = 1.38 (95% CI: 0.80–2.30) in AHS, with six and 29 exposed cases, respectively.

## Multiple myeloma/plasma-cell leukaemia

During follow-up, 561 MM cases were diagnosed. None of the chemical groups or active ingredients was associated with MM (Table 2). Moderate elevations in the magnitude

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

**Table 2.** Ever use of 14 pesticide chemical groups and 33 active ingredients and meta-risk estimates, fully adjusted, of non-Hodgkin lymphoid malignancies diagnosed during follow-up in farmers and farm workers in three cohort studies from France, Norway and the USA

| | Non-Hodgkin lymphoid malignancies (NHL) | | | | | Chronic lymphocytic leukaemia/small lymphocytic lymphoma (CLL/SLL) | | | | | Diffuse large B-cell lymphoma (DLBCL) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $N^a$ | HR[b] | 95% CI | $I^2$ | $P^e$ | $N^a$ | HR[b] | 95% CI | $I^2$ | $P^e$ | $N^a$ | HR[b] | 95% CI | $I^2$ | $P^e$ |
| OP Insecticides | 1417 | 0.90 | (0.75–1.09) | 0% | 0.56 | 318 | 1.03 | (0.64–1.65) | 0% | 0.65 | 256 | 0.90 | (0.58–1.39) | 0% | 0.71 |
| Chlorpyrifos | 453 | 0.99[d] | (0.86–1.15) | 0% | 0.51 | 106 | 1.05[d] | (0.77–1.42) | 0% | 0.84 | 86 | 0.99[d] | (0.72–1.36) | 0% | 0.76 |
| Dichlorvos | 523 | 1.10 | (0.95–1.27) | 0% | 0.72 | 116 | 1.07 | (0.78–1.46) | 0% | 0.39 | 81 | 0.94 | (0.67–1.32) | 0% | 0.84 |
| Malathion | 1208 | 0.98 | (0.82–1.16) | 0% | 0.54 | 274 | 1.11 | (0.76–1.64) | 0% | 0.89 | 209 | 0.84 | (0.58–1.21) | 0% | 0.86 |
| Parathion | 995 | 0.95 | (0.81–1.11) | 0% | 0.58 | 210 | 0.99 | (0.70–1.40) | 0% | 0.93 | 162 | 0.91 | (0.63–1.31) | 0% | 0.92 |
| Terbufos | 300 | 1.18[d] | (1.00–1.39) | 0% | 0.53 | 76 | 1.28[d] | (0.92–1.79) | 0% | 1.00 | 56 | 1.08[d] | (0.74–1.57) | 0% | 0.57 |
| Carbamate insecticides | 1254 | 0.94 | (0.81–1.08) | 0% | 0.97 | 283 | 1.06 | (0.75–1.48) | 0% | 1.00 | 219 | 0.79 | (0.56–1.11) | 0% | 0.77 |
| Aldicarb | 526 | 1.09 | (0.95–1.26) | 0% | 0.67 | 116 | 1.16 | (0.84–1.60) | 0% | 0.93 | 82 | 0.88 | (0.63–1.24) | 0% | 0.91 |
| Carbaryl | 651 | 0.95 | (0.83–1.10) | 0% | 0.52 | 148 | 0.97 | (0.71–1.34) | 0% | 0.67 | 125 | 0.87 | (0.64–1.19) | 0% | 0.96 |
| Carbofuran | 254 | 1.00[d] | (0.84–1.20) | 0% | 0.59 | 63 | 1.08[d] | (0.75–1.56) | 0% | 0.40 | 44 | 0.84[d] | (0.55–1.27) | 0% | 0.92 |
| Pirimicarb | 796 | 0.90[c] | (0.74–1.08) | 0% | 0.95 | 176 | 1.18[c] | (0.77–1.82) | 0% | 0.51 | 123 | 0.71[c] | (0.44–1.14) | 0% | 0.64 |
| OC insecticides | 1258 | 0.86 | (0.74–0.99) | 0% | 0.77 | 288 | 1.08 | (0.79–1.48) | 0% | 0.83 | 215 | 0.79 | (0.52–1.20) | 35% | 0.21 |
| DDT | 976 | 0.92 | (0.81–1.04) | 0% | 0.71 | 220 | 1.00 | (0.77–1.31) | 0% | 0.75 | 165 | 0.85 | (0.63–1.14) | 0% | 0.74 |
| Lindane | 953 | 0.89 | (0.78–1.01) | 0% | 0.87 | 217 | 1.06 | (0.79–1.41) | 0% | 0.60 | 160 | 0.94 | (0.68–1.30) | 0% | 0.47 |
| Pyrethroid insecticides | 934 | 1.04 | (0.90–1.19) | 2% | 0.36 | 211 | 1.29 | (0.90–1.84) | 15% | 0.31 | 153 | 0.92 | (0.66–1.28) | 0% | 0.72 |
| Deltamethrin | 627 | 1.04[c] | (0.82–1.33) | 59% | 0.12 | 148 | 1.48[c] | (1.06–2.07) | 0% | 0.35 | 99 | 0.96[c] | (0.68–1.37) | 0% | 0.64 |
| Esfenvalerate | 549 | 1.15 | (0.82–1.63) | 69% | 0.04 | 124 | 1.24[c] | (0.79–1.94) | 36% | 0.21 | 89 | 1.03[c] | (0.71–1.50) | 0% | 0.93 |
| Permethrin | 812 | 1.01 | (0.87–1.19) | 0% | 0.97 | 182 | 1.30 | (0.85–2.00) | 25% | 0.26 | 131 | 0.89 | (0.61–1.29) | 0% | 0.96 |
| (Phenyl) urea herbicides | 979 | 1.03 | (0.89–1.19) | 0% | 0.48 | 209 | 1.07 | (0.75–1.51) | 0% | 0.97 | 156 | 0.86 | (0.61–1.21) | 0% | 0.87 |
| Isoproturon | 453 | 1.03[c] | (0.78–1.35) | 55% | 0.14 | 109 | 1.19[c] | (0.79–1.78) | 0% | 0.54 | 73 | 0.82[c] | (0.49–1.38) | 21% | 0.26 |
| Linuron | 961 | 1.06 | (0.90–1.24) | 0% | 0.46 | 204 | 1.05 | (0.73–1.49) | 0% | 0.92 | 155 | 0.94 | (0.67–1.33) | 0% | 0.88 |
| Dicamba | 815 | 1.04 | (0.90–1.19) | 10% | 0.33 | 180 | 1.05 | (0.80–1.38) | 0% | 0.83 | 142 | 0.95 | (0.70–1.29) | 0% | 0.44 |
| Chloroacetanilides | 735 | 1.00 | (0.87–1.14) | 0% | 0.79 | 161 | 0.96 | (0.68–1.35) | 21% | 0.28 | 145 | 1.08 | (0.79–1.47) | 0% | 0.68 |
| Alachlor | 380 | 0.97[d] | (0.81–1.15) | 0% | 0.45 | 85 | 0.92[d] | (0.43–1.96) | 68% | 0.07 | 74 | 0.87[d] | (0.60–1.24) | 0% | 0.87 |
| Metolachlor | 358 | 0.99[d] | (0.84–1.17) | 0% | 0.57 | 88 | 1.02[d] | (0.72–1.43) | 0% | 0.45 | 71 | 0.95[d] | (0.64–1.42) | 0% | 0.86 |
| Dinitroaniline herbicides | 506 | 0.94[d] | (0.78–1.12) | 0% | 0.34 | 126 | 1.07[d] | (0.74–1.56) | 0% | 0.42 | 101 | 0.91[d] | (0.62–1.31) | 0% | 0.88 |
| Trifluralin | 368 | 0.98[d] | (0.72–1.33) | 64% | 0.10 | 90 | 0.92[d] | (0.60–1.41) | 15% | 0.28 | 72 | 0.90[d] | (0.62–1.32) | 0% | 0.66 |
| Glyphosate | 1131 | 0.95 | (0.77–1.18) | 57% | 0.10 | 252 | 0.92 | (0.69–1.24) | 0% | 0.38 | 221 | 1.36 | (1.00–1.85) | 0% | 0.48 |
| Phenoxy herbicides | 1204 | 0.81 | (0.67–0.98) | 19% | 0.29 | 272 | 0.89 | (0.61–1.31) | 0% | 0.79 | 218 | 0.70 | (0.32–1.52) | 59% | 0.09 |
| 2, 4-D | 1167 | 0.88 | (0.75–1.04) | 0% | 0.87 | 262 | 0.92 | (0.61–1.39) | 19% | 0.29 | 212 | 0.77 | (0.46–1.30) | 47% | 0.15 |
| MCPA | 775 | 0.81[c] | (0.53–1.23) | 65% | 0.09 | 163 | 0.98[c] | (0.54–1.77) | 0% | 0.83 | 125 | | | | |
| MCPP | 776 | 0.94 | (0.61–1.46) | 65% | 0.06 | 163 | 1.06[c] | (0.57–1.98) | 0% | 0.63 | 124 | | | | |
| Thiocarbamate herbicides | 1015 | 0.93 | (0.80–1.08) | 0% | 0.69 | 225 | 0.95 | (0.63–1.45) | 34% | 0.22 | 171 | 0.88 | (0.61–1.25) | 0% | 0.88 |
| Butylate | 265 | 1.01[d] | (0.85–1.19) | 0% | 0.52 | 60 | 0.96[d] | (0.50–1.85) | 56% | 0.13 | 48 | 0.89[d] | (0.61–1.32) | 0% | 0.92 |
| EPTC | 606 | 1.04 | (0.91–1.19) | 0% | 0.74 | 133 | 1.10 | (0.76–1.60) | 35% | 0.21 | 101 | 1.12 | (0.81–1.56) | 0% | 0.69 |

(Continued)

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

**Table 2.** Continued

| | Non-Hodgkin lymphoid malignancies (NHL) | | | | | Chronic lymphocytic leukaemia/small lymphocytic lymphoma (CLL/SLL) | | | | | Diffuse large B-cell lymphoma (DLBCL) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *N*[a] | HR[b] | 95% CI | $I^2$ | *P*[e] | *N*[a] | HR[b] | 95% CI | $I^2$ | *P*[e] | *N*[a] | HR[b] | 95% CI | $I^2$ | *P*[e] |
| Triazine herbicides | 1165 | 0.87 | (0.74–1.02) | 8% | 0.34 | 269 | 0.85 | (0.60–1.20) | 0% | 0.72 | 212 | 0.84 | (0.60–1.18) | 0% | 0.40 |
| Atrazine | 546 | 0.97[d] | (0.79–1.18) | 0% | 0.99 | 131 | 0.96[d] | (0.62–1.49) | 0% | 0.35 | 109 | 0.88[d] | (0.59–1.31) | 0% | 0.54 |
| Simazine | 303 | 0.92 | (0.77–1.09) | 0% | 0.43 | 63 | 0.83 | (0.53–1.31) | 6% | 0.35 | 54 | 0.91 | (0.61–1.36) | 0% | 0.65 |
| Triazinone herbicides | 971 | 1.09 | (0.85–1.40) | 60% | 0.08 | 215 | 1.22 | (0.84–1.77) | 21% | 0.28 | 157 | 1.00 | (0.73–1.36) | 0% | 0.67 |
| Metribuzin | 971 | 1.09 | (0.85–1.40) | 60% | 0.08 | 215 | 1.22 | (0.84–1.77) | 21% | 0.28 | 157 | 1.00 | (0.73–1.36) | 0% | 0.67 |
| Dithiocarbamate fungicides | 961 | 0.96 | (0.83–1.11) | 0% | 0.96 | 196 | 0.86 | (0.62–1.19) | 0% | 0.72 | 157 | 0.93 | (0.66–1.31) | 0% | 0.60 |
| Mancozeb | 932 | 0.94 | (0.81–1.09) | 0% | 0.85 | 193 | 0.90 | (0.64–1.26) | 0% | 0.66 | 149 | 0.87 | (0.62–1.21) | 0% | 0.87 |
| Thiram | 264 | 0.89[c] | (0.73–1.07) | 0% | 0.35 | 54 | 0.82[c] | (0.40–1.66) | 50% | 0.16 | 42 | 0.79[c] | (0.50–1.25) | 0% | 0.54 |
| Phthalimide fungicides | 921 | 1.10 | (0.80–1.52) | 57% | 0.10 | 193 | 1.13 | (0.74–1.72) | 0% | 0.47 | 144 | 0.98 | (0.65–1.47) | 0% | 0.94 |
| Captafol | 800 | 1.12[c] | (0.79–1.59) | 69% | 0.07 | 162 | 1.20[c] | (0.71–2.03) | 23% | 0.25 | 121 | 0.93[c] | (0.62–1.41) | 0% | 0.44 |
| Captan | 481 | 0.90 | (0.74–1.10) | 0% | 0.45 | 107 | 0.92 | (0.59–1.44) | 13% | 0.32 | 74 | 0.83 | (0.52–1.33) | 0% | 0.68 |
| Arsenicals | 272 | 0.97[d] | (0.79–1.18) | 0% | 0.71 | 60 | 1.04[d] | (0.66–1.63) | 0% | 0.49 | 52 | 1.19[d] | (0.73–1.95) | 0% | 0.64 |

| | Follicular lymphoma (FL) | | | | | Multiple myeloma/plasma-cell leukaemia (MM) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | *N*[a] | HR[b] | 95% CI | $I^2$ | *P*[e] | *N*[a] | HR[b] | 95% CI | $I^2$ | *P*[e] |
| OP insecticides | 131 | 0.78 | (0.34–1.76) | 2% | 0.36 | 313 | 0.85 | (0.56–1.29) | 0% | 0.83 |
| Chlorpyrifos | 46 | 1.08[d] | (0.68–1.70) | 0% | 0.58 | 97 | 0.93[d] | (0.66–1.32) | 0% | 0.73 |
| Dichlorvos | 40 | 1.10 | (0.69–1.76) | 0% | 0.95 | 111 | 0.98 | (0.70–1.37) | 22% | 0.28 |
| Malathion | 114 | 1.18 | (0.66–2.10) | 0% | 0.64 | 269 | 0.95 | (0.67–1.36) | 0% | 0.69 |
| Parathion | 83 | 1.24 | (0.72–2.15) | 0% | 0.44 | 230 | 0.84 | (0.57–1.24) | 18% | 0.30 |
| Terbufos | 35 | 1.33[d] | (0.80–2.20) | 0% | 0.70 | 55 | 1.01[d] | (0.69–1.49) | 0% | 0.64 |
| Carbamate insecticides | 115 | 1.03 | (0.63–1.68) | 0% | 0.47 | 290 | 1.25 | (0.89–1.75) | 9% | 0.33 |
| Aldicarb | 38 | 0.94 | (0.56–1.56) | 0% | 0.79 | 113 | 0.91 | (0.68–1.22) | 0% | 0.58 |
| Carbaryl | 67 | 1.27[d] | (0.66–2.43) | 27% | 0.24 | 152 | 1.11 | (0.71–1.74) | 47% | 0.15 |
| Carbofuran | 26 | 0.91[d] | (0.52–1.59) | 0% | 0.94 | 57 | 1.21[d] | (0.83–1.78) | 0% | 0.70 |
| Pirimicarb | 58 | 0.84[c] | (0.41–1.71) | 0% | 0.96 | 185 | 1.01[c] | (0.70–1.46) | 0% | 0.68 |
| OC insecticides | 114 | 0.87 | (0.54–1.40) | 0% | 0.82 | 290 | 1.03 | (0.76–1.40) | 0% | 0.97 |
| DDT | 79 | 0.78 | (0.45–1.37) | 38% | 0.20 | 230 | 0.96 | (0.74–1.25) | 0% | 0.86 |
| Lindane | 78 | 0.92 | (0.61–1.38) | 0% | 0.57 | 216 | 0.97 | (0.74–1.28) | 0% | 0.89 |
| Pyrethroid insecticides | 81 | 1.16 | (0.75–1.79) | 0% | 0.87 | 210 | 1.07 | (0.79–1.46) | 0% | 0.72 |
| Deltamethrin | 46 | 1.09[c] | (0.64–1.87) | 0% | 0.77 | 135 | 0.93[c] | (0.69–1.24) | 0% | 0.97 |
| Esfenvalerate | 41 | 1.04[c] | (0.61–1.75) | 0% | 0.44 | 120 | 1.65 | (0.61–4.41) | 89% | 0.00 |
| Permethrin | 60 | 0.79 | (0.42–1.50) | 26% | 0.26 | 187 | 1.18 | (0.86–1.63) | 0% | 0.61 |
| (Phenyl) urea herbicides | 81 | 1.09 | (0.65–1.82) | 0% | 0.84 | 227 | 1.08 | (0.79–1.47) | 0% | 0.65 |
| Isoproturon | 28 | 0.70[c] | (0.36–1.36) | 0% | 0.90 | 100 | 1.04[c] | (0.72–1.52) | 0% | 0.78 |

(Continued)

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

**Table 2.** Continued

| | Follicular lymphoma (FL) | | | | | Multiple myeloma/plasma-cell leukaemia (MM) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | $N^a$ | HR[b] | 95% CI | $I^2$ | $P^e$ | $N^a$ | HR[b] | 95% CI | $I^2$ | $P^e$ |
| Linuron | 79 | 1.11 | (0.66–1.87) | 0% | 0.76 | 224 | 1.13 | (0.81–1.57) | 0% | 0.78 |
| Dicamba | 73 | 0.81 | (0.53–1.23) | 0% | 0.63 | 179 | 1.21 | (0.93–1.59) | 0% | 0.92 |
| Chloroacetanilides | 78 | 1.00 | (0.63–1.58) | 0% | 0.92 | 147 | 0.94 | (0.71–1.25) | 0% | 0.88 |
| Alachlor | 43 | 0.86[d] | (0.47–1.56) | 0% | 0.96 | 78 | 1.06[d] | (0.73–1.54) | 0% | 0.94 |
| Metolachlor | 43 | 1.05[d] | (0.59–1.86) | 0% | 0.90 | 71 | 1.05[d] | (0.71–1.53) | 0% | 0.71 |
| Dinitroaniline herbicides | 57 | 0.99[d] | (0.56–1.74) | 0% | 0.71 | 95 | 0.82[d] | (0.42–1.61) | 69% | 0.07 |
| Trifluralin | 39 | 0.80[d] | (0.47–1.35) | 0% | 0.66 | 70 | 0.89[d] | (0.60–1.32) | 0% | 0.44 |
| Glyphosate | 105 | 0.79 | (0.52–1.21) | 0% | 0.56 | 240 | 0.87 | (0.66–1.15) | 0% | 0.95 |
| Phenoxy herbicides | 115 | 1.02 | (0.60–1.75) | 0% | 0.95 | 257 | 0.77 | (0.49–1.22) | 43% | 0.18 |
| 2, 4-D | 113 | 1.14 | (0.67–1.96) | 0% | 0.91 | 250 | 0.90 | (0.65–1.26) | 0% | 0.53 |
| MCPA | 60 | 1.21[c] | (0.53–2.80) | 6% | 0.30 | 174 | 0.69[c] | (0.29–1.64) | 64% | 0.10 |
| MCPP | 59 | 0.96[c] | (0.25–3.61) | 58% | 0.13 | 175 | 0.82[c] | (0.25–2.67) | 82% | 0.02 |
| Thiocarbamate herbicides | 88 | 0.81 | (0.52–1.26) | 0% | 0.68 | 225 | 0.99 | (0.73–1.34) | 0% | 0.80 |
| Butylate | 31 | 1.06[d] | (0.63–1.77) | 0% | 0.94 | 54 | 1.04[d] | (0.70–1.53) | 0% | 0.69 |
| EPTC | 49 | 0.86 | (0.42–1.73) | 51% | 0.13 | 138 | 1.19 | (0.90–1.59) | 0% | 0.87 |
| Triazine herbicides | 115 | 1.45 | (0.62–3.39) | 56% | 0.10 | 246 | 0.82 | (0.50–1.35) | 56% | 0.10 |
| Atrazine | 65 | 1.28[d] | (0.69–2.38) | 0% | 0.79 | 108 | 0.98[d] | (0.62–1.55) | 0% | 0.54 |
| Simazine | 23 | 0.91 | (0.48–1.70) | 0% | 0.88 | 66 | 0.83 | (0.52–1.32) | 35% | 0.22 |
| Triazinone herbicides | 86 | 0.85 | (0.54–1.36) | 0% | 0.41 | 221 | 1.20 | (0.73–1.97) | 51% | 0.13 |
| Metribuzin | 86 | 0.86 | (0.54–1.36) | 0% | 0.41 | 221 | 1.20 | (0.74–1.97) | 51% | 0.13 |
| Dithiocarbamate fungicides | 75 | 0.88 | (0.52–1.49) | 0% | 0.98 | 229 | 1.11 | (0.80–1.52) | 0% | 0.74 |
| Mancozeb | 71 | 0.80 | (0.46–1.39) | 0% | 0.90 | 222 | 1.07 | (0.78–1.48) | 0% | 0.64 |
| Thiram | 17 | 0.84[c] | (0.40–1.79) | 0% | 0.72 | 58 | 0.80[c] | (0.40–1.61) | 60% | 0.12 |
| Phthalimide fungicides | 71 | 0.73[d] | (0.37–1.44) | 0% | 0.84 | 216 | 1.05 | (0.71–1.54) | 0% | 0.81 |
| Captafol | 62 | 1.11[c] | (0.51–2.42) | 10% | 0.29 | 192 | 1.13[c] | (0.76–1.68) | 0% | 0.45 |
| Captan | 36 | 0.90 | (0.47–1.72) | 0% | 0.59 | 97 | 0.73 | (0.39–1.37) | 48% | 0.15 |
| Arsenicals | 17 | | | | | 65 | 0.91[d] | (0.59–1.40) | 0% | 0.84 |

AGRICAN: Cox regression adjusted for: sex, livestock, retirement status, number of selected types of crops for which pesticide treatment personally applied.

CNAP: Cox regression adjusted for: sex, livestock, dichlorvos, aldicarb, lindane, DDT, deltametrin, mancozeb, linuron, glyphosate.

AHS: Cox regression adjusted for: sex, state, livestock, terbufos, lindane, DDT, permethrin, dicamba, parathion, carbaryl.

mHR estimates for DLBCL in association with MCPA and MCPP not available because statistical models did not converge.

mHR estimate for FL in association with arsenicals not available because an estimate could be computed in only one (AGRICAN) of three cohorts. OC, organochlorine; OP, organophosphate; $I^2$ (I-squared, variation in meta-estimate attributable to heterogeneity).

[a]Number of cancer cases.

[b]Hazard ratio: random effects meta-analysis (fully adjusted models).

[c]Meta-analysis based on AGRICAN and CNAP only. For esfenvalerate, AHS contributed to mHR of NHL and multiple myeloma.

[d]Meta-analysis based on AGRICAN and AHS only.

[e]*P*-value for heterogeneity.

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

of mHRs were observed with ever use of a few active ingredients, of which the least imprecise estimate corresponded to dicamba (mHR = 1.21, 95% CI: 0.93–1.59, $I^2 = 0\%$), with no evidence of heterogeneity of effects among cohorts. The cohort-specific HRs for ever use of dicamba and MM were HR = 1.30 (95% CI: 0.70–2.43) in AGRICAN, HR = 1.15 (95% CI: 0.79–1.67) in CNAP and HR = 1.28 (95% CI: 0.77–2.13) in AHS, with 40, 92, and 47 exposed cases, respectively.

## Discussion

In this large international study of exposure to 14 pesticide chemical groups and 33 pesticide active ingredients among participants in three agricultural cohorts with >2400 NHL cases occurring in >3.5 million person-years of follow-up, the vast majority of analyses did not suggest an association between ever use of pesticides and NHL overall or with any NHL subtype. However, we observed some weak to moderate associations with NHL overall and with specific subtypes, suggesting that associations vary by disease subtype and by pesticide.

### Terbufos

We observed a positive association between risk of NHL overall and ever use of terbufos, a soil insecticide with nematicide action that can persist from days to months after application, depending on soil conditions and season.[31] In France, among the crops included in our analysis, terbufos was first registered for use on corn in 1980 and was used until 2006, when it was no longer registered for use. During this period, it was also registered for use on sunflower and rapeseed cultivation. Currently, terbufos is not approved for use in the EU or in Norway [http://ec.europa.eu/food/plant/pesticides/eu-pesticides-database/public/?event=activesubstance.detail&language=EN&selectedID=1923]. In the USA, it was first registered for use on corn in 1974 and subsequently for use on sugar beets (1976) and sorghum (1982), and it is still registered for use on these three crops [https://www3.epa.gov/pesticides/chem_search/reg_actions/reregistration/red_PC-105001_1-Jul-06.pdf; http://www.kellysolutions.com/ia/showproductsbychem.asp?PC_Code=105001&PctStart=0&PctEnd=100&Chemical_Name=Terbufos]. In 2012, terbufos ranked eighth among the most frequently used organophosphate insecticides in the USA, based on pounds weight of active ingredient sold (<1 million) [https://www.epa.gov/sites/production/files/2017-01/documents/pesticides-industry-sales-usage-2016_0.pdf]. The carcinogenicity of terbufos has not been evaluated by the IARC Monographs (programme on the identification of carcinogenic hazards to humans). In 1994, EPA's Pesticides Program evaluated the carcinogenic potential of terbufos as Group E (evidence of non-carcinogenicity for humans) [http://npic.orst.edu/chemicals_evaluated.pdf].

Our combined estimate confirms the previously observed association between ever use of terbufos and risk of NHL, CLL/SLL and FL reported in AHS,[32] with estimates indicating increased risk in the ever exposed after taking into account exposure to other pesticides (same length of cancer follow-up as in the present analysis). In that analysis, an exposure–response trend ($P = 0.05$) was observed with increasing lifetime days of exposure in association with SLL/CLL/mantle-cell lymphoma (MCL) ($RR_{low} = 1.3$, 95% CI: 0.8–2.0, 32 exposed cases; $RR_{high} = 1.6$, 95% CI: 1.0–2.5, 31 exposed cases).[32] A recent meta-analysis of five studies in the published literature reported a positive meta-estimate for ever use, but with the 95% CI including the null value [meta-odds ratio (mOR) = 1.07, 95% CI: 0.85–1.36; $I^2 = 0\%$].[33] Terbufos exposure has also been associated with elevated CLL/SLL risk in a case–control study in the USA, which reported an odds ratio of 2.2 (95% CI: 0.7–7.4) but with wide CIs, based on five exposed cases.[18]

### Deltamethrin

Ever application of deltamethrin was positively associated with an elevated mHR for CLL/SLL based on AGRICAN and CNAP. The mHRs for the other subtypes of NHL in association with deltamethrin were very close to 1 and with CIs including the null value. This insecticide is currently registered for use in the EU, Norway and the USA. At its last evaluation by IARC in 1990 (Volume 53), deltamethrin was classified as Group 3 (not classifiable as to its carcinogenicity to humans), with no data from studies of cancer in humans and only a limited number of assays of cancer in rodents available at the time [http://monographs.iarc.fr/ENG/Classification/latest_classif.php]. The 2002 EC review of deltamethrin specified no genotoxic or carcinogenic potential [http://ec.europa.eu/food/plant/pesticides/eu-pesticides-database/public/?event=activesubstance.detail&language=EN&selectedID=1197]. EPA evaluated the carcinogenic potential of deltamethrin in 2003, classifying it as 'not likely to be carcinogenic to humans' [http://npic.orst.edu/chemicals_evaluated.pdf]. No studies of cancer in humans in association with this insecticide were identified in the scientific literature.

### Glyphosate

We did not observe an association between risk of NHL overall and ever use of glyphosate, a broad-spectrum herbicide used in agriculture and other settings. There was,

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

Case 3:16-md-02741-VC Document 13906 Filed 10/05/21 Page 16 of 87

however, evidence of heterogeneity of effects among the cohorts ($I^2 = 57\%$). Glyphosate was associated with an elevated mHR for DLBCL, and for DLBCL there was no evidence of heterogeneity of effects among the three cohorts. Cohort-specific associations had wide CIs, with only CNAP, which accounted for 45% of the exposed cases, excluding the null value. In CNAP, adjustment for ever use of other pesticides (linuron, aldicarb, mancozeb, DDT, lindane and deltamethrin) generated a fully adjusted HR for ever use of glyphosate of larger magnitude (1.67, 1.05–2.65) than the minimally adjusted estimate (1.26, 0.97–1.65), driven mainly by adjustment for animal production and ever use of DDT (data not shown). Stratification by DDT use, however, produced elevated DLBCL HRs for ever use of glyphosate in both never or ever use of DDT strata [HR = 1.54 (1.04–2.30), never DDT; HR = 1.95 (0.84–4.52), ever DDT], suggesting that the association with glyphosate was not due to concurrent exposure to DDT. Notably, in the meta-analysis, the mHRs for other subtypes of NHL in association with glyphosate were below 1, with CIs including the null value.

Currently, glyphosate is registered for use in the EU, Norway and the USA. The IARC Monographs evaluated the carcinogenicity of glyphosate in 2015 (Volume 112), classifying it as Group 2 A (probably carcinogenic to humans), based on sufficient evidence of carcinogenicity in animals and limited evidence in humans for NHL.[34] The European Food Safety Authority (EFSA) concluded that glyphosate is unlikely to represent a carcinogenic hazard to humans from dietary exposure to residual pesticide content [https://www.efsa.europa.eu/en/efsajournal/pub/4302]. In 2016 the Joint FAO/WHO Meeting on Pesticide Residues in food concluded that 'glyphosate is unlikely to pose a carcinogenic risk to humans from exposure through the diet' [http://www.who.int/foodsafety/jmprsummary2016.pdf]. In 2015, EPA concluded that glyphosate is 'not likely to be carcinogenic to humans', with the draft risk assessment released on 18 December 2017 [https://www.epa.gov/pesticides/epa-releases-draft-risk-assessments-glyphosate].

Whereas the lack of association of ever/never use of glyphosate with NHL overall in our analysis is consistent with a recently published analysis from AHS[35] reporting no association between lifetime days or intensity-weighted lifetime days of glyphosate use and NHL (440 exposed cases), our mHR observed for DLBCL with ever/never use of glyphosate for the three cohorts combined is higher than that for AHS alone. In addition to evaluating different exposure metrics, our analyses using the AHS data differed in several aspects from the recent AHS publication (2017).[35] First, the AHS publication included 4619 commercial applicators (non-farmers, and thus excluded from our analysis), but excluded 1620 farmers with information on ever use of glyphosate but who did not report frequency of use (eligible for inclusion in our analysis). The follow-up time was longer in the AHS publication (up to 2012 and 2013), and thus more cases were included than in our analysis (130 vs 113 DLBCL cases). Finally, different variables were used to adjust the risk estimates (in our present analysis, we did not adjust for cigarette smoking, alcohol intake, or family history of any cancer but did adjust for animal production and for different pesticide active ingredients from those included in the AHS publication).

In a previously published meta-analysis of six studies with case–control or cohort design reporting on ever use of glyphosate and overall NHL risk, including a previous publication from AHS that also showed no association with NHL,[36] a meta-relative risk (mRR) of 1.5 (95% CI: 1.1–2.0) was seen.[25] Another meta-analysis on glyphosate also reported a positive meta-RR for NHL (1.30, 95% CI: 1.0–1.6; $I^2 = 13\%$).[37]

## Organochlorine (OC) insecticides

In contrast to previously published reports suggesting elevation in risk, our analysis found inverse associations between exposure to the broad grouping of OC insecticides and NHL.[16,38,39] There was consistency across the three cohorts in the magnitude of association of OC insecticides with NHL, but with wide CIs including the null value. Similarly, the magnitude of the mHR of NHL subtypes in association with ever use of OC insecticides was close to the null value and had wide CIs. Exposure to OC insecticides included at least one or a mix of several active ingredients from that group of pesticides, and therefore assessing exposure at the group level may have reflected use or potential use of other active ingredients besides DDT and lindane, which were evaluated individually. However, ever use of DDT and lindane strongly influenced the classification of a cohort member as exposed to the OC insecticides group, particularly in AGRICAN and CNAP. Of farmers and workers classified as ever exposed to OC insecticides, 97% were classified as exposed to lindane and 68% to DDT. These proportions were 89% and 71%, respectively, in CNAP and 36% and 49%, respectively, in AHS.

Ever exposure to DDT and lindane showed associations with NHL of similar magnitude as for the OC group, with no evidence of heterogeneity of effects among the three cohorts, but with CIs including 1. IARC evaluated the carcinogenicity of lindane and DDT in 2015, classifying lindane as Group 1 (carcinogenic to humans) and DDT as Group 2 A (probably carcinogenic to humans).[40,41] For lindane, sufficient evidence of carcinogenicity in both humans and experimental animals supported the classification.[40]

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

For DDT, the IARC evaluation indicated sufficient evidence of carcinogenicity in animals and limited evidence of carcinogenicity in humans. EPA evaluated the carcinogenic potential of lindane in 2001, classifying it as 'suggestive evidence of carcinogenicity, but not sufficient to assess human carcinogenic potential' [http://npic.orst.edu/chemicals_evaluated.pdf]. In 2000, EPA classified DDT as Group B2 based on observed occurrence of liver cancer in experimental animals (and 'inadequate evidence' or 'no data' from epidemiological studies) [http://npic.orst.edu/factsheets/archive/ddttech.pdf].

In our analysis, mHRs for subtypes of NHL with ever use of DDT or lindane showed no association, with magnitudes below 1, except for CLL/SLL, for which the mHR for lindane was 1.06 (95% CI: 0.79–1.41).

Notably, it may be argued that the follow-up period of our study (starting in 2005 in AGRICAN and in 1993 in CNAP and AHS) was after the time period when DDT/lindane-associated risks may have emerged, because DDT was banned in France, Norway and the USA in the early 1970s and lindane was last registered for use in crops in France in 1998, in Norway in 1991 and continued in the USA only with exceptional use until 2006. However, for a lipophilic and persistent pesticide such as DDT, exposure might still be relevant even decades beyond the active period of use, particularly to its metabolite DDE, justifying their inclusion in our analyses. Studies focusing on biomarkers of exposure to OC insecticides in serum, plasma and adipose tissue and risk of NHL have recently been summarized in a meta-analysis[42] showing no association with DDT (mOR = 1.02, 95% CI: 0.81–1.28; $I^2 = 0\%$) while reporting stronger associations with DDE (mOR = 1.38, 95% CI: 1.14–1.66; $I^2 = 0\%$) and with other OC pesticides not covered in our analyses. However, capturing exposure to these pesticides may have been more susceptible to misclassification, and therefore application of ever versus never use for risk analyses may have been too crude. The limitation of using this exposure metric is supported by a previous AHS publication with the same follow-up period as ours, which included both private and commercial applicators, reporting no association with ever use of DDT or lindane but finding positive exposure–response trends by total days of exposure both to lindane ($P = 0.004$, 85 cases) and to DDT ($P = 0.02$, 182 exposed cases).[32] Nevertheless, this does not easily explain why we observed a moderate inverse association for OC insecticides consistently across all three studies, unless it is due to an OC insecticide-associated NHL risk occurring before the start of follow-up, with exposed farmers diagnosed with NHL before the time of enrolment and excluded from entering follow-up. Figure 1 shows the number of farmers/workers with prevalent cancer at enrolment, including cases of NHL, and therefore not included in our analyses. Other explanations may be exposure misclassification and/or chance.

## Phenoxy herbicides

Unlike previously published reports where an increase in NHL risk was suggested, our analysis found inverse associations between exposure to the broader group of phenoxy herbicides and NHL.[16,39,43–45] Active ingredients within this group of herbicides have previously been found to be contaminated with dioxins, including the established human carcinogen 2, 3, 7, 8-tetrachlorodibenzo-*para*-dioxin.[44,46] The magnitude of the mHRs of NHL subtypes in association with ever use of phenoxy herbicides was close to the null value and with wide CIs including 1. Exposure to the three active ingredients evaluated within this group of herbicides (2, 4-D, MCPA and MCPP) showed associations with NHL of similar magnitude as that observed for the phenoxy herbicide group, but with CIs including 1. The mHRs for FL in association with 2, 4-D and MCPA were slightly elevated, but with wide CIs including the null value. A recent meta-analysis reported no association of ever exposure to 2, 4-D with NHL (mRR = 0.97, 95% CI: 0.77–1.22; $I^2 = 29\%$).[47]

IARC evaluated the carcinogenicity of 2, 4-D in 2015, classifying it as Group 2B (possibly carcinogenic to humans), based on limited evidence in experimental animals for carcinogenicity and inadequate evidence for carcinogenicity in humans.[41] EPA last evaluated the carcinogenicity of 2, 4-D in 2004, classifying it as Group D (not classifiable as to human carcinogenicity) [http://npic.orst.edu/factsheets/archive/2,4-DTech.html, 4-DTech.html]. The EC does not classify 2, 4-D as carcinogenic [http://ec.europa.eu/food/plant/pesticides/eu-pesticides-database/public/?event=activesubstance.detail&language=EN&selectedID=874].

## Comparison of the three cohorts

Differences among the cohorts may have affected risk estimates. Inclusion criteria for each cohort influenced the prevalence of exposure. AHS enrolled farmers at the time of obtaining or renewing licenses to apply restricted-use pesticides, whereas in AGRICAN and CNAP, identification of cohort members was not tied to potential use of pesticides. Indeed, 67% of AGRICAN and 45% of CNAP cohort members were classified as ever exposed to any of the evaluated pesticides, compared with 99% of AHS cohort members.

In addition, only (potential) use of pesticides on crops was considered in the two cohorts using CEMs to derive

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

Case 3:16-md-02741-VC Document 13906 Filed 10/05/21 Page 18 of 87

pesticide exposure. By design AHS, in addition to pesticides used on crops, also asked farmers about insecticides commonly used on animals. Consequently, the prevalence of a limited number of insecticides (for example, malathion) used in animal husbandry was higher in AHS than in the other two cohorts.

Differences in agricultural practices among the three countries might also have influenced exposure. These differences include agricultural practices in the production of any given crop, crops grown, a crop's pest pressure and need for pest control, application method, use of protective clothing, worker's age or a combination of these and other factors.[21–24] For example in AGRICAN, 45% of farmers reported having cultivated vineyards, a production highly dependent on the use of fungicides, which represent about 80% of all pesticides used in vine production.[48] Not surprisingly, >60% of farmers/farm workers in AGRICAN were classified as ever users of fungicides, compared with >30% in CNAP and 10% in AHS.

There was evidence of heterogeneity of exposure–outcome effects across the cohorts for some pesticides, as illustrated for esfenvalerate with mHR of 1.65 for MM ($I^2 = 89\%$; $P$-value $\leq 0.001$). This association was strongest in AHS (HR = 6.98, 95% CI: 2.77–17.59), compared with CNAP (HR = 0.85, 95% CI: 0.60–1.21) and AGRICAN (HR = 0.99, 95% CI: 0.56–1.74). Esfenvalerate was estimated to have been used by 42% of farm owners/farm workers in AGRICAN, 23% in CNAP and 1% in AHS. Among the crops included in our study, esfenvalerate is registered for use in five of seven crops in France and in only two of five crops in Norway.

## Strengths and limitations

The most important strength of our study is the large number of exposed cases. Although the precision of many of the meta-risk estimates was still limited, it was nonetheless much better than for the individual cohorts and therefore provides additional insight into NHL and subtype-specific risks. An additional strength is that data were derived from prospective cohort studies,[22–24] thus minimizing differential recall bias.

In our analysis, exposure misclassification is probably non-differential, because pesticide exposure was reported or assessed based on information available before the occurrence of the health outcome, introducing bias towards the null and possibly giving rise to false-negative results.[49] Exposure misclassification may have also reduced the statistical power of our analysis. In addition, given some evidence for an increased NHL risk in farmers[50,51] and some evidence that several pesticides may increase risk,[13,18] our use of a reference group of never users of a certain pesticide, which included farmers exposed to many other pesticides, is another limitation. The carcinogenicity of several of the pesticides evaluated is unknown; therefore, if they were associated with NHL, we may have underestimated NHL risk in our study by including exposed farmers in the reference group.

Our exposure assessment approach in the two cohorts based on CEMs that relied on crop cultivation and pesticide registration and sales data will have resulted in a lower specificity than when pesticide use is self-reported at the active ingredient level. Registration of an active ingredient and recommendation for use on a given crop, or documentation that the pesticide was sold in the country, do not necessarily mean that it was used by an individual farmer, leading to overestimation of exposure prevalence. Probability of use of pesticides was not available in the CEMs. The magnitude of misclassification may be limited for commonly applied pesticides but could be substantial for rarely used pesticides.[52] Our analysis demonstrated moderate to high correlations between ever use of active ingredients and between ever use of chemical groups in two cohorts (median correlations 0.63 and 0.64, respectively, in AGRICAN and 0.62 and 0.78, respectively, in CNAP), in contrast to much lower estimates of correlation in AHS (median correlations 0.06 and 0.13, respectively). For instance, between glyphosate and deltamethrin, we observed moderate correlation in AGRICAN (0.71) and CNAP (0.66) and very low correlation in AHS (0.01); between exposure to OC insecticides and phenoxy herbicides, we observed low (0.19), moderate (0.51) and high (0.83) correlations in AHS, AGRICAN and CNAP, respectively (Supplementary Table 4, available as Supplementary data at *IJE* online). The correlations between the active ingredients are a net result of farming practices and the tools we used to assess exposure. High correlation reduces our ability to distinguish independent effects of individual chemical groups or active ingredients.

Further, exposure misclassification may have also arisen from not taking into account re-entry tasks entailing contact with previously applied pesticides (i.e. fruit picking, harvesting), a source of exposure that could be crop- or task-dependent, and as high as or higher than exposure originating from application.[1,22] However, re-entry work was not evenly distributed in the cohorts in our study, based on the most frequently reported crops cultivated; for example in the French cohort, 73% of male and 56% of female farm workers performed re-entry work in vineyards, but vineyards were a rarely reported crop in AHS (1%, Table 1).[22]

An additional exposure assessment limitation involves using ever/never use of pesticide active ingredients as a metric of exposure to explore associations with cancer

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

outcomes as a logical first step. This metric alone is not sufficient to characterize cancer risk from pesticide exposure.

Finally, false-positive associations among our findings may have occurred, given the large number of comparisons (14 chemical groups and 33 active ingredients with five cancer outcomes).

## Conclusions

In this combined analysis of >300 000 farmers and agricultural workers from cohorts in France, Norway, and the USA, we found a few moderate associations with ever use of specific chemicals or chemical groups. Among 33 active ingredients evaluated, we observed elevations in risks of NHL overall in association with the organophosphate insecticide terbufos, of CLL/SLL with the pyrethroid insecticide deltamethrin and of DLBCL with the organophosphorus herbicide glyphosate. Among 14 chemical groups, two (OC insecticides and phenoxy herbicides) had inverse associations with NHL overall. Due to low precision for many active ingredient–NHL subtype-specific risk estimates and the expected magnitude of exposure misclassification, associations may also have been missed or attenuated by our approach.

Extensive harmonization of available exposure data from the three independently conducted cohort studies was accomplished successfully. Hence, this analysis represents an important step forward in harmonizing data from large-scale agricultural cohorts from different countries, enabling access to large numbers of cancer cases and in particular exposed cases, which is essential to detect associations between pesticide exposures and cancer. Because NHL subtypes may differ aetiologically with respect to individual pesticide active ingredients and because the number of these ingredients used in agriculture can be sizeable, accrual of larger numbers of cancer cases varying in their exposure to the pesticides under investigation is required. Improvements in the specificity of the exposure assignments, by incorporating probability of use and adding parameters reflecting duration, frequency and intensity of use, are required and planned for future in-depth analysis of the associations reported in our analysis and for the development of the CEMs within the AGRICOH consortium.[53] Continuation and further endorsement of international collaborations are needed to maintain this important line of research on the carcinogenic effects of pesticide exposure.

## Supplementary Data

Supplementary data are available at *IJE* online.

## Funding

This work was supported by a grant from the Office National de l'Eau et des Milieux Aquatiques (ONEMA), Plan d'action national ECOPHYTO 2018, Axe 3, Volet 4, France, as part of the 2011 call for research projects of the ANSES Programme on "Environmental and Occupational Health". In addition, this work was supported in part by the International Agency for Research on Cancer, the Intramural Research Program of the National Cancer Institute, National Institutes of Health (Z01-CP010119), and the Ammodo van Gogh travel grant VGP.14/20.

## Acknowledgements

We used the following AHS data releases for this analysis: P1REL201209.0 and P2REL201209. We would like to acknowledge the Norwegian Food Safety Authority and Norwegian experts for providing information on the historical registration and sales of pesticides in Norway.

## Disclaimer

The authors alone are responsible for the views expressed in this article and they do not necessarily represent the views, decisions or policies of the institutions with which they are affiliated.

*Conflict of interest*: H.K. participates in the international IMPRESS study [www.impress-project.org]. The Impress study officially started in September 2017, with a duration of 3 years. P.L.'s research unit received funding from the French trade union grouping companies specializing in plant protection (UIPP), and this support ended in 2014. Other co-authors have declared no relevant interest.

## References

1. De Cock J, Heederik D, Kromhout H *et al*. Determinants of exposure to captan in fruit growing. *Am Ind Hyg Assoc J* 1998;**59**:166–72.
2. Aprea C, Centi L, Lunghini L, Banchi B, Forti MA, Sciarra G. Evaluation of respiratory and cutaneous doses of chlorothalonil during re-entry in greenhouses. *J Chromatogr B Analyt Technol Biomed Life Sci* 2002;**778**:131–45.
3. Aprea MC, Bosi A, Manara M *et al*. Assessment of exposure to pesticides during mixing/loading and spraying of tomatoes in the open field. *J Occup Environ Hyg* 2016;**13**:476–89.
4. Baldi I, Lebailly P, Rondeau V *et al*. Levels and determinants of pesticide exposure in operators involved in treatment of vineyards: results of the PESTEXPO Study. *J Expo Sci Environ Epidemiol* 2012;**22**:593–600.
5. Lebailly P, Bouchart V, Baldi I *et al*. Exposure to pesticides in open-field farming in France. *Ann Occup Hyg* 2009;**53**:69–81.
6. Negatu B, Vermeulen R, Mekonnen Y, Kromhout H. A method for semi-quantitative assessment of exposure to pesticides of applicators and re-entry workers: an application in three farming systems in Ethiopia. *Ann Occup Hyg* 2016;**60**:669–83.
7. Smith MT, Guyton KZ, Gibbons CF *et al*. Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. *Environ Health Perspect* 2016;**124**:713–21.
8. Guyton KZ, Loomis D, Grosse Y *et al*. Carcinogenicity of pentachlorophenol and some related compounds. *Lancet Oncol* 2016;**17**:1637–38.

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

Case 3:16-md-02741-VC Document 13906 Filed 10/05/21 Page 20 of 87

9. Stiller-Winkler R, Hadnagy W, Leng G, Straube E, Idel H. Immunological parameters in humans exposed to pesticides in the agricultural environment. *Toxicol Lett* 1999;**107**:219–24.
10. Roulland S, Lebailly P, Lecluse Y, Briand M, Pottier D, Gauduchon P. Characterization of the t(14; 18) BCL2-IGH translocation in farmers occupationally exposed to pesticides. *Cancer Res* 2004;**64**:2264–69.
11. Garaj-Vrhovac V, Zeljezic D. Cytogenetic monitoring of Croatian population occupationally exposed to a complex mixture of pesticides. *Toxicology* 2001;**165**:153–62.
12. Blair A, Zahm SH, Pearce NE, Heineman EF, Fraumeni JF Jr. Clues to cancer etiology from studies of farmers. *Scand J Work Environ Health* 1992;**18**:209–15.
13. Blair A, Freeman LB. Epidemiologic studies in agricultural populations: observations and future directions. *J Agromedicine* 2009;**14**:125–31.
14. Morton LM, Slager SL, Cerhan JR *et al*. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. *J Natl Cancer Inst Monogr* 2014;**2014**:130–44.
15. Alexander DD, Mink PJ, Adami HO *et al*. The non-Hodgkin lymphomas: a review of the epidemiologic literature. *Int J Cancer* 2007;**120**(Suppl 12):1–39.
16. Orsi L, Delabre L, Monnereau A *et al*. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. *Occup Environ Med* 2009;**66**:291–98.
17. Cocco P, Satta G, Dubois S *et al*. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. *Occup Environ Med* 2013;**70**:91–98.
18. Waddell BL, Zahm SH, Baris D *et al*. Agricultural use of organophosphate pesticides and the risk of non-Hodgkin's lymphoma among male farmers (United States). *Cancer Causes Control* 2001;**12**:509–17.
19. Zheng T, Zahm SH, Cantor KP, Weisenburger DD, Zhang Y, Blair A. Agricultural exposure to carbamate pesticides and risk of non-Hodgkin lymphoma. *J Occup Environ Med* 2001;**43**: 641–49.
20. Leon ME, Beane Freeman LE, Douwes J *et al*. AGRICOH: a consortium of agricultural cohorts. *Int J Environ Res Public Health* 2011;**8**:1341–57.
21. Brouwer M, Schinasi L, Beane Freeman LE *et al*. Assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium. *Occup Environ Med* 2016;**73**:359–67.
22. Leveque-Morlais N, Tual S, Clin B, Adjemian A, Baldi I, Lebailly P. The AGRIculture and CANcer (AGRICAN) cohort study: enrollment and causes of death for the 2005–2009 period. *Int Arch Occup Environ Health* 2015;**88**:61–73.
23. Kristensen P, Andersen A, Irgens LM, Laake P, Bye AS. Incidence and risk factors of cancer among men and women in Norwegian agriculture. *Scand J Work Environ Health* 1996;**22**: 14–26.
24. Alavanja MC, Sandler DP, McMaster SB *et al*. The agricultural health study. *Environ Health Perspect* 1996;**104**:362–69.
25. Schinasi L, Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. *Int J Environ Res Public Health* 2014;**11**:4449–527.
26. Baldi I, Carles C, Blanc-Lapierre A *et al*. A French crop-exposure matrix for use in epidemiological studies on pesticides: PESTIMAT. *J Expo Sci Environ Epidemiol* 2017;**27**:56–63.
27. Morton LM, Turner JJ, Cerhan JR *et al*. Proposed classification of lymphoid neoplasms for epidemiologic research from the Pathology Working Group of the International Lymphoma Epidemiology Consortium (InterLymph). *Blood* 2007;**110**: 695–708.
28. White IR, Royston P, Wood AM. Multiple imputation using chained equations: Issues and guidance for practice. *Stat Med* 2011;**30**:377–99.
29. Heltshe SL, Lubin JH, Koutros S *et al*. Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study. *J Expo Sci Environ Epidemiol* 2012;**22**:409–16.
30. Rubin D. *Multiple Imputation for Non–Response in Surveys*. New York, NY: Wiley, 1987.
31. Wilson LK, Elliott JE, Vernon RS, Smith BD, Szeto SY. Persistence and retention of active ingredients in four granular cholinesterase-inhibiting insecticides in agricultural soils of the lower Fraser River valley, British Columbia, Canada, with implications for wildlife poisoning. *Environ Toxicol Chem* 2002;**21**: 260–68.
32. Alavanja M, Hofmann J, Lynch C *et al*. Non-Hodgkin lymphoma risk and insecticide, fungicide and fumigant use in the agricultural health study. *PLoS One* 2014;**9**:e109332.
33. Hu L, Luo D, Zhou T, Tao Y, Feng J, Mei S. The association between non-Hodgkin lymphoma and organophosphate pesticides exposure: a meta-analysis. *Environ Pollut* 2017;**231**: 319–28.
34. International Agency for Research on Cancer, World Health Organization. *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos*. Lyon, France, IARC, 2015.
35. Andreotti G, Koutros S, Hofmann JN *et al*. Glyphosate use and cancer incidence in the agricultural health study. *J Natl Cancer Inst* 2018;**110**:509–16.
36. De Roos AJ, Blair A, Rusiecki JA *et al*. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. *Environ Health Perspect* 2005;**113**: 49–54.
37. Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. *J Environ Sci Health B* 2016;**51**:402–34.
38. Cantor KP, Blair A, Everett G *et al*. Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. *Cancer Res* 1992;**52**:2447–55.
39. Pahwa M, Harris SA, Hohenadel K *et al*. Pesticide use, immunologic conditions, and risk of non-Hodgkin lymphoma in Canadian men in six provinces. *Int J Cancer* 2012;**131**:2650–59.
40. Loomis D, Guyton K, Grosse Y *et al*. Carcinogenicity of lindane, DDT, and 2, 4-dichlorophenoxyacetic acid. *Lancet Oncol* 2015; **16**:891–92.
41. International Agency for Research on Cancer, World Health Organization. *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: DDT, Lindane, and 2,4-D*. Lyon, France: IARC, 2017.

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

42. Luo D, Zhou T, Tao Y, Feng Y, Shen X, Mei S. Exposure to organochlorine pesticides and non-Hodgkin lymphoma: a meta-analysis of observational studies. *Sci Rep* 2016;**6**:25768.
43. Woods JS, Polissar L, Severson RK, Heuser LS, Kulander BG. Soft tissue sarcoma and non-Hodgkin's lymphoma in relation to phenoxyherbicide and chlorinated phenol exposure in western Washington. *J Natl Cancer Inst* 1987;**78**:899–910.
44. Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *Int J Cancer* 2008;**123**:1657–63.
45. Hardell L, Eriksson M, Degerman A. Exposure to phenoxyacetic acids, chlorophenols, or organic solvents in relation to histopathology, stage, and anatomical localization of non-Hodgkin's lymphoma. *Cancer Res* 1994;**54**:2386–89.
46. International Agency for Research on Cancer, World Health Organization. *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Chemical Agents and Related Occupations*. Lyon, France: IARC, 2012.
47. Goodman JE, Loftus CT, Zu K. 2, 4-Dichlorophenoxyacetic acid and non-Hodgkin's lymphoma, gastric cancer, and prostate cancer: meta-analyses of the published literature. *Ann Epidemiol* 2015;**25**:626–36.
48. Baldi I, Filleul L, Mohammed-Brahim B *et al*. Neuropsychologic effects of long-term exposure to pesticides: results from the French Phytoner study. *Environ Health Perspect* 2001;**109**: 839–44.
49. Jurek AM, Greenland S, Maldonado G, Church TR. Proper interpretation of non-differential misclassification effects: expectations vs observations. *Int J Epidemiol* 2005;**34**: 680–87.
50. Khuder SA, Schaub EA, Keller-Byrne JE. Meta-analyses of non-Hodgkin's lymphoma and farming. *Scand J Work Environ Health* 1998;**24**:255–61.
51. Merhi M, Raynal H, Cahuzac E, Vinson F, Cravedi JP, Gamet-Payrastre L. Occupational exposure to pesticides and risk of hematopoietic cancers: meta-analysis of case-control studies. *Cancer Causes Control* 2007;**18**:1209–26.
52. Flegal KM, Brownie C, Haas JD. The effects of exposure misclassification on estimates of relative risk. *Am J Epidemiol* 1986; **123**:736–51.
53. Brouwer M, Schinasi L, Beane Freeman LE *et al*. Assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium: authors' response. *Occup Environ Med* 2017;**74**:81.

Downloaded from https://academic.oup.com/ije/advance-article-abstract/doi/10.1093/ije/dyz017/5382278 by guest on 18 March 2019

**Supplementary Table 1.** Pesticide active ingredients considered within the selected chemical groups to assign ever exposure to corresponding chemical group by cohort (adapted from Brouwer et al., 2016[21])

| Pesticides | AGRICAN | CNAP | AHS |
|---|---|---|---|
| Carbamate insecticides | Aldicarb, Bendiocarb, Benfuracarb, Carbaryl, Carbofuran, Carbosulfan, Ethiofencarb, Formetanate, Furathiocarb, Isolan, Methomyl, Pirimicarb, Thiodicarb | Aldicarb, Butocarboxim, Carbaryl, Ethiofencarb, Methiocarb, Pirimicarb, Thiodicarb | Aldicarb, Bufencarb, Carbaryl, Carbofuran, Methiocarb, Methomyl, Oxamyl, Propoxur, Trimethacarb, Thiodicarb |
| OC insecticides | Aldrin, Chlordane, DDD, DDT, Dieldrin, Endosulfan, HCH, Heptachlor, Lindane, Methoxychlor, Perthane, Spc, Toxaphene | Aldrin, Chlordane, DDT, Dieldrin, Dienochlor, Endosulfan, Heptachlor, Lindane, Methoxychlor | Aldrin, Chlordane, DDT, Dieldrin, Dienochlor, Endosulfan, Heptachlor, Lindane, Methoxychlor, Polychlorobicyclopentadiene Isomers, Toxaphene |
| OP insecticides | Acephate, Azinphos-Ethyl, Azinphos-Methyl, Bromophos, Carbophenothion, Chlorfenvinphos, Chlormephos, Chlorpyrifos, Chlorthion, Chlorthiophos, Demeton-Methyl, Demeton-O-Methyl, Demeton-S-Methyl, Dialiphos, Diazinon, Dichlorvos, Diethion, Dimethoate, Dioxathion, Endothion, Epn, Ethoprophos, Etrimfos, Fenitrothion, Fenthion, Fonofos, Formothion, Heptenophos, Iodofenphos, Isochlorthion, Isofenphos, Malathion, Menazon, Methamidophos, Methidathion, Mevinphos, Monocrotophos, Morphothion, Naled, Nichlorphos, Omethoate, Oxydemeton-Methyl, Parathion, Phenkapton, Phorate, Phosalone, Phosphamidon, Phoxim, Pirimiphos, Profenofos, Prothoate, Pyrazophos, Pyridaphenthion, Quinalphos, Tepp, Terbufos, Tetrachlorvinphos, Thiometon, Triazophos, Trichlorfon, Trichloronat, Vamidothion | Azinphos-Methyl, Bromophos, Chlorfenvinphos, Demeton-Methyl, Demeton-S-Methyl, Diazinon, Dichlorvos, Dimethoate, Etrimfos, Fenitrothion, Fenthion, Malathion, Mevinphos, Parathion, Phosalone, Phoxim, Pyrazophos, Sulfotep | Acephate, Azinphos-Methyl, Chlorethoxyfos, Chlorpyrifos, Coumaphos, Crufomate, Diazinon, Dichlorvos, Dicrotophos, Dimethoate, Dioxathion, Disulfoton, Ethion, Ethoprophos, Famphur, Fenamiphos, Fenchlorphos, Fenitrothion, Fensulfothion, Fenthion, Fonofos, Malathion, Methamidophos, Methidathion, Mevinphos, Monocrotophos, Naled, Oxydemeton-Methyl, Parathion, Phorate, Phosmet, Phosphamidon, Pirimiphos, Sulfotep, Tebupirimfos, Temephos, Terbufos, Tetrachlorvinphos, Trichlorfon |
| Pyrethroid insecticides | Acrinathrine, Alpha-Cypermethrin, Alphamethrin, Beta-Cyfluthrin, Bifenthrine, Bioallethrin, Bioresmethrin, Brofenprox, Cyfluthrin, Cyhalothrin, Cypermethrin, Decamethrin, Deltamethrin, D-Trans-Resmethrin, Esfenvalerate, Etofenprox, Fenpropathrin, Fenvalerate, Flucythrinate, Flufenprox, Fluvalinate, Gamma-Cyhalothrin, Halfenprox, Lambda-Cyhalothrin, Permethrin, Tau-Luvalinate, Tefluthrin, Tralomethrin, Zeta-Cypermethrin | Alpha-Cypermethrin, Cypermethrin, Deltamethrin, Esfenvalerate, Fenpropathrin, Fenvalerate, Lambda-Cyhalothrin, Permethrin | Bifenthrine, Cyfluthrin, Cypermethrin, Deltamethrin, D-Trans Allethrin, Esfenvalerate, Fenpropathrin, Fenvalerate, Flucythrinate, Fluvalinate, Lambda-Cyhalothrin, Permethrin, Resmethrin, Tefluthrin, Tralomethrin, Zeta-Cypermethrin |
| (Phenyl) urea herbicides | Diuron, Fluometuron, Isonoruron, Isoproturon, Linuron, Methabenzthiazuron, Metoxuron, Monolinuron, Monuron, Neburon, Phenobenzuron | Isoproturon, Linuron, | Diflufenzopyr , Diuron, Fluometuron, Linuron, Tebuthiuron, Thidiazuron |
| Chloroacetanilide herbicides | Alachlor, Acetochlor, Metolachlor | Propachlor | Propachlor, Alachlor, Acetochlor, Butachlor, Metolachlor, S-Metolachlor |
| Dinitroaniline herbicides | Butralin, Ethalfluralin, Oryzalin, Pendimethalin, Trifluralin | | Benfluralin, Ethalfluralin, Isopropalin, Oryzalin, Pendimethalin, Prodiamine, Trifluralin |
| Thiocarbamate herbicides | Butylate, Di-Allate, EPTC, Ethiolate, Orbencarb, Prosulfocarb, Tri-Allate, Vernolate | EPTC, Prosulfocarb, Tri-Allate | Butylate, EPTC, Pebulate, Vernolate |
| Phenoxy herbicides | 2,4,5-T, 2,4-D, 2,4-DB, 2,4-MCPB, Bromofenoxim, Dichlorprop, Dichlorprop-P, MCPA, MCPP, MCPP-P | 2,4-D, Bromofenoxim, Dichlorprop, Dichlorprop-P, MCPA, MCPP, MCPP-P | 2,4,5-T, 2,4-D, 2,4-DB, 2,4-MCPB, Bromofenoxim, Dichlorprop, Dichlorprop-P, MCPA, MCPP, MCPP-P |
| Triazine herbicides | Ametryn, Atrazine, Cyanatryn, Cyanazine, Methoprotryn, Simazine, Terbumeton, Terbuthylazine, Terbutryn | Cyanazine, Desmetryn, Simazine, Terbuthylazine, | Ametryn, Atrazine, Cyanazine, Prometryn, Prometon, Simazine |
| Triazinone herbicides | Metribuzin | Metribuzin | Hexazinone, Metribuzin |
| Arsenicals | Aluminium Arsenate, Calcium Arsenate, Copper Arsenate, Lead Arsenate, Sodium Arsenate | | Cacodylic Acid, Disodium Methanearsonate (Dsma), Inorganic Aresenic Herbicide, Lead Arsenate, Msma, Organic Arsenic Herbicide |
| Dithiocarbamate fungicides | Cupreb, Cuprobam, Ferbam, Mancopper, Mancozeb, Maneb, Metiram, Propineb, Thiram, Zineb, Ziram | Dazomet, Mancozeb, Maneb, Propineb, Thiram | Dazomet, Ferbam, Mancozeb, Maneb, Metiram, Thiram, Zineb, Ziram |
| Phthalimide fungicides | Captafol, Captan, Folpet | Captafol, Captan | Captan, Folpet |

**Supplementary Table 2.** Distribution of lymphoid malignancies diagnosed during follow-up in the combined study population and by cohort

| | Combined population | | AGRICAN | | CNAP | | AHS | |
|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % |
| LYMPHOID MALIGNANCIES | 2545 | 100.0% | 454 | 100.0% | 1567 | 100.0% | 524 | 100.0% |
| __ Hodgkin lymphoma | 91 | 3.5% | 15 | 3.3% | 57 | 3.6% | 19 | 3.6% |
| ____ Classical Hodgkin lymphoma | 80 | 3.1% | 15 | 3.3% | 47 | 2.9% | 18 | 3.4% |
| ____ Nodular lymphocyte predominant Hodgkin lymphoma | 11 | 0.4% | . | . | 10 | 0.6% | 1 | 0.1% |
| __ Non-Hodgkin lymphoma (NHL)* | 2430 | 95.4% | 439 | 96.6% | 1498 | 95.5% | 493 | 94.0% |
| ____ Non-Hodgkin lymphoma, B-cell | 2258 | 88.7% | 396 | 87.2% | 1396 | 89.0% | 466 | 88.9% |
| ______ Precursor non-Hodgkin lymphoma, B-cell | 18 | 0.7% | 4 | 0.8% | 12 | 0.7% | 2 | 0.3% |
| ______ Mature non-Hodgkin lymphoma, B-cell | 2106 | 82.7% | 392 | 86.3% | 1262 | 80.5% | 452 | 86.2% |
| ________ Chronic/small/prolymphocytic/mantle B-cell NHL | 596 | 23.4% | 104 | 22.9% | 348 | 22.2% | 144 | 27.4% |
| _________ Chronic/small lymphocytic leukemia/lymphoma (CLL/SLL)* | 497 | 19.5% | 94 | 20.7% | 280 | 17.8% | 123 | 23.4% |
| _________ Prolymphocytic leukemia, B-cell | 2 | 0.0% | 1 | 0.2% | 1 | 0.0% | . | . |
| _________ Mantle-cell lymphoma | 97 | 3.8% | 9 | 1.9% | 67 | 4.2% | 21 | 4.0% |
| ________ Lymphoplasmacytic lymphoma/Waldenström | 136 | 5.3% | 38 | 8.3% | 90 | 5.7% | 8 | 1.5% |
| ________ Diffuse large B-cell lymphoma (DLBCL)* | 434 | 17.0% | 75 | 16.5% | 246 | 15.6% | 113 | 21.5% |
| ________ Burkitt lymphoma/leukemia | 16 | 0.6% | 3 | 0.6% | 12 | 0.7% | 1 | 0.1% |
| ________ Marginal-zone lymphoma (MZL) | 83 | 3.2% | 27 | 5.9% | 43 | 2.7% | 13 | 2.4% |
| ________ Follicular lymphoma (FL) | 214 | 8.4% | 34 | 7.4% | 116 | 7.4% | 64 | 12.2% |
| ________ Hairy-cell leukemia | 30 | 1.1% | 3 | 0.6% | 21 | 1.3% | 6 | 1.1% |
| ________ Plasma cell neoplasms | 597 | 23.4% | 108 | 23.7% | 386 | 24.6% | 103 | 19.6% |
| __________ Plasmacytoma | 36 | 1.4% | 5 | 1.1% | 24 | 1.5% | 7 | 1.3% |
| __________ Multiple myeloma/plasma-cell leukemia (MM)* | 561 | 22.0% | 103 | 22.6% | 362 | 23.1% | 96 | 18.3% |
| ______ Non-Hodgkin lymphoma, B-cell, NOS | 134 | 5.2% | . | . | 122 | 7.7% | 12 | 2.2% |
| ____ Non-Hodgkin lymphoma, T-cell | 120 | 4.7% | 25 | 5.5% | 77 | 4.9% | 18 | 3.4% |
| ______ Precursor non-Hodgkin lymphoma, T-cell | 5 | 0.1% | 2 | 0.4% | 2 | 0.1% | 1 | 0.1% |
| ______ Mature non-Hodgkin lymphoma, T-cell | 115 | 4.6% | 23 | 5.1% | 75 | 4.8% | 17 | 3.3% |
| ____ Non-Hodgkin lymphoma, unknown lineage | 52 | 2.0% | 18 | 3.9% | 25 | 1.5% | 9 | 1.7% |
| __ Composite Hodgkin lymphoma and NHL | 1 | 0.0% | . | . | 1 | 0.0% | . | . |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| __ Lymphoid neoplasm, NOS | 23 | 0.9% | . | . | 11 | 0.7% | 12 | 2.2% |

* Lymphoid entities for which results are provided in this analysis.

Supplementary Table 3. Ever use of 14 pesticide chemical groups and 33 active ingredients and meta-risk estimates, minimally-adjusted, of Non-Hodgkin lymphoid malignancies diagnosed during follow-up in farmers and farm workers in three cohort studies from France, Norway and the USA

| | Non-Hodgkin lymphoid malignancies (NHL) | | | | Chronic lymphocytic leukaemia/small lymphocytic lymphoma (CLL) | | | | Diffused large B-cell lymphoma (DLBCL) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N (a) | HR(b) | 95% CI | $I^2$ | N (a) | HR(b) | 95% CI | $I^2$ | N (a) | HR(b) | 95% CI | $I^2$ |
| OP INSECTICIDES | 1417 | 1.02 | ( 0.83- 1.26) | 65% | 318 | 1.31 | ( 1.01- 1.69) | 10% | 256 | 0.96 | ( 0.77- 1.19) | 0% |
| . Chlorpyrifos | 453 | 0.97(d) | ( 0.83- 1.13) | 16% | 106 | 1.02(d) | ( 0.76- 1.36) | 0% | 86 | 0.88(d) | ( 0.65- 1.20) | 0% |
| . Dichlorvos | 523 | 1.07 | ( 0.90- 1.26) | 45% | 116 | 1.13 | ( 0.76- 1.68) | 50% | 81 | 0.89 | ( 0.69- 1.16) | 0% |
| . Malathion | 1208 | 1.01 | ( 0.84- 1.22) | 68% | 274 | 1.32 | ( 1.08- 1.61) | 0% | 209 | 0.84 | ( 0.60- 1.17) | 54% |
| . Parathion | 995 | 0.99 | ( 0.81- 1.21) | 72% | 210 | 1.18 | ( 0.90- 1.55) | 29% | 162 | 0.93 | ( 0.75- 1.15) | 0% |
| . Terbufos | 300 | 1.10(d) | ( 0.87- 1.40) | 57% | 76 | 1.19(d) | ( 0.87- 1.62) | 0% | 56 | 0.90(d) | ( 0.55- 1.47) | 44% |
| CARBAMATE INSECTICIDES | 1254 | 1.02 | ( 0.85- 1.22) | 69% | 283 | 1.27 | ( 0.95- 1.70) | 40% | 219 | 0.90 | ( 0.71- 1.15) | 16% |
| . Aldicarb | 526 | 1.06 | ( 0.90- 1.26) | 46% | 116 | 1.33 | ( 1.05- 1.69) | 0% | 82 | 0.86 | ( 0.66- 1.13) | 4% |
| . Carbaryl | 651 | 0.95 | ( 0.83- 1.08) | 0% | 148 | 1.02 | ( 0.76- 1.37) | 0% | 125 | 0.81 | ( 0.61- 1.09) | 0% |
| . Carbofuran | 254 | 0.99(d) | ( 0.85- 1.16) | 0% | 63 | 1.06(d) | ( 0.77- 1.46) | 0% | 44 | 0.74(d) | ( 0.51- 1.07) | 0% |
| . Pirimicarb | 796 | 1.01(c) | ( 0.75- 1.37) | 83% | 176 | 1.26(c) | ( 0.74- 2.14) | 75% | 123 | 0.89(c) | ( 0.58- 1.38) | 52% |
| OC INSECTICIDES | 1258 | 0.98 | ( 0.81- 1.19) | 69% | 288 | 1.22 | ( 0.91- 1.65) | 44% | 215 | 0.80 | ( 0.53- 1.22) | 68% |
| . DDT | 976 | 1.03 | ( 0.92- 1.14) | 20% | 220 | 1.21 | ( 0.99- 1.48) | 2% | 165 | 0.90 | ( 0.72- 1.12) | 0% |
| . Lindane | 953 | 0.99 | ( 0.83- 1.18) | 65% | 217 | 1.17 | ( 0.79- 1.73) | 68% | 160 | 0.90 | ( 0.65- 1.26) | 46% |
| PYRETHROID INSECTICIDES | 934 | 1.08 | ( 0.90- 1.29) | 68% | 211 | 1.30 | ( 0.93- 1.81) | 52% | 153 | 0.96 | ( 0.74- 1.25) | 23% |
| . Deltamethrin | 627 | 1.04(c) | ( 0.74- 1.47) | 86% | 148 | 1.41(c) | ( 0.82- 2.44) | 73% | 99 | 0.94(c) | ( 0.59- 1.51) | 60% |
| . Esfenvalerate | 549 | 1.18 | ( 0.82- 1.70) | 80% | 124 | 1.24(c) | ( 0.62- 2.50) | 81% | 88 | 1.05(c) | ( 0.76- 1.46) | 19% |
| . Permethrin | 812 | 1.07 | ( 0.91- 1.26) | 47% | 182 | 1.27 | ( 0.87- 1.85) | 54% | 131 | 0.98 | ( 0.78- 1.23) | 0% |
| (PHENYL) UREA HERBICIDES | 979 | 1.04 | ( 0.88- 1.25) | 61% | 209 | 1.32 | ( 1.08- 1.63) | 0% | 156 | 0.93 | ( 0.74- 1.17) | 6% |
| . Isoproturon | 453 | 1.10(c) | ( 0.99- 1.23) | 0% | 109 | 1.44(c) | ( 0.94- 2.21) | 51% | 73 | 1.03(c) | ( 0.78- 1.36) | 0% |
| . Linuron | 961 | 1.07 | ( 0.89- 1.27) | 55% | 204 | 1.28 | ( 0.99- 1.65) | 15% | 155 | 0.98 | ( 0.78- 1.21) | 0% |
| DICAMBA | 815 | 1.07 | ( 0.95- 1.21) | 25% | 180 | 1.11 | ( 0.89- 1.38) | 0% | 142 | 0.95 | ( 0.72- 1.26) | 19% |
| CHLOROACETANILIDES | 735 | 1.05 | ( 0.94- 1.17) | 0% | 161 | 1.00 | ( 0.79- 1.28) | 0% | 145 | 0.98 | ( 0.66- 1.45) | 52% |
| . Alachlor | 380 | 0.96(d) | ( 0.82- 1.12) | 0% | 85 | 0.82(d) | ( 0.56- 1.20) | 20% | 74 | 0.79(d) | ( 0.57- 1.10) | 0% |
| . Metolachlor | 358 | 0.98(d) | ( 0.84- 1.14) | 0% | 88 | 0.98(d) | ( 0.72- 1.34) | 0% | 71 | 0.84(d) | ( 0.58- 1.21) | 0% |
| DINITROANILINE HERBICIDES | 506 | 0.93(d) | ( 0.80- 1.09) | 0% | 126 | 1.01(d) | ( 0.73- 1.39) | 0% | 101 | 0.78(d) | ( 0.56- 1.09) | 0% |
| . Trifluralin | 368 | 0.92(d) | ( 0.79- 1.08) | 0% | 90 | 0.89(d) | ( 0.64- 1.24) | 0% | 72 | 0.80(d) | ( 0.57- 1.14) | 0% |
| GLYPHOSATE | 1131 | 0.98 | ( 0.76- 1.25) | 80% | 252 | 1.09 | ( 0.70- 1.70) | 71% | 221 | 1.12 | ( 0.86- 1.45) | 21% |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHENOXY HERBICIDES | 1204 | 0.97 | ( 0.80- 1.17) | 67% | 272 | 1.07 | ( 0.70- 1.64) | 65% | 218 | 0.92 | ( 0.70- 1.21) | 27% |
| . 2,4-D | 1167 | 0.99 | ( 0.82- 1.19) | 67% | 262 | 1.03 | ( 0.64- 1.68) | 76% | 212 | 0.95 | ( 0.71- 1.26) | 34% |
| . MCPA | 774 | 1.02(c) | ( 0.83- 1.26) | 67% | 162 | 1.18(c) | ( 0.72- 1.93) | 63% | 125 | 0.92(c) | ( 0.60- 1.42) | 50% |
| . MCPP | 776 | 1.09 | ( 0.99- 1.20) | 0% | 161 | 1.28(c) | ( 0.89- 1.84) | 37% | 123 | 0.92(c) | ( 0.60- 1.42) | 51% |
| THIOCARBAMATE HERBICIDES | 1015 | 1.00 | ( 0.80- 1.24) | 78% | 225 | 1.07 | ( 0.67- 1.72) | 81% | 171 | 0.91 | ( 0.67- 1.23) | 40% |
| . Butylate | 265 | 0.98(d) | ( 0.84- 1.14) | 0% | 60 | 0.87(d) | ( 0.62- 1.23) | 0% | 48 | 0.78(d) | ( 0.55- 1.11) | 0% |
| . EPTC | 606 | 1.07 | ( 0.91- 1.26) | 51% | 133 | 1.12 | ( 0.77- 1.65) | 59% | 101 | 0.98 | ( 0.74- 1.31) | 21% |
| TRIAZINE HERBICIDES | 1165 | 1.02 | ( 0.89- 1.17) | 39% | 269 | 1.11 | ( 0.72- 1.71) | 66% | 212 | 0.96 | ( 0.78- 1.19) | 0% |
| . Atrazine | 546 | 0.94(d) | ( 0.79- 1.12) | 0% | 131 | 0.91(d) | ( 0.62- 1.33) | 0% | 109 | 0.76(d) | ( 0.48- 1.20) | 37% |
| . Simazine | 303 | 0.92 | ( 0.79- 1.07) | 0% | 63 | 0.91 | ( 0.62- 1.33) | 0% | 54 | 0.83 | ( 0.55- 1.25) | 24% |
| TRIAZINONE HERBICIDES | 971 | 1.07 | ( 0.90- 1.27) | 62% | 215 | 1.26 | ( 1.03- 1.53) | 0% | 157 | 0.92 | ( 0.74- 1.13) | 0% |
| . Metribuzin | 971 | 1.07 | ( 0.90- 1.27) | 61% | 215 | 1.26 | ( 1.03- 1.53) | 0% | 157 | 0.92 | ( 0.74- 1.13) | 0% |
| DITHIOCARBAMATE FUNGICIDES | 961 | 1.02 | ( 0.84- 1.22) | 59% | 196 | 1.17 | ( 0.92- 1.49) | 9% | 157 | 0.94 | ( 0.75- 1.17) | 0% |
| . Mancozeb | 932 | 0.99 | ( 0.80- 1.22) | 67% | 193 | 1.23 | ( 0.99- 1.52) | 0% | 149 | 0.90 | ( 0.72- 1.13) | 0% |
| . Thiram | 263 | 0.90(c) | ( 0.76- 1.06) | 0% | 54 | 0.88(c) | ( 0.59- 1.33) | 0% | 42 | 0.75(c) | ( 0.42- 1.35) | 57% |
| PHTHALIMIDE FUNGICIDES | 921 | 1.04 | ( 0.87- 1.24) | 56% | 193 | 1.25 | ( 1.01- 1.54) | 0% | 144 | 0.91 | ( 0.73- 1.14) | 0% |
| . Captafol | 800 | 1.05(c) | ( 0.80- 1.38) | 76% | 162 | 1.15(c) | ( 0.74- 1.78) | 52% | 121 | 0.90(c) | ( 0.70- 1.14) | 0% |
| . Captan | 481 | 1.03 | ( 0.89- 1.18) | 27% | 107 | 1.21 | ( 0.96- 1.52) | 0% | 74 | 0.89 | ( 0.68- 1.16) | 0% |
| ARSENICALS | 272 | 0.93(d) | ( 0.77- 1.13) | 0% | 60 | 0.99(d) | ( 0.64- 1.53) | 0% | 52 | 1.02(d) | ( 0.63- 1.66) | 0% |

Supplementary Table 3. Ever use of 14 pesticide chemical groups and 33 active ingredients and meta-risk estimates, minimally-adjusted, of Non-Hodgkin lymphoid malignancies diagnosed during follow-up in farmers and farm workers in three cohort studies from France, Norway and the USA (cont.)

| | Follicular Lymphoma (FL) | | | | Multiple myeloma/plasma-cell leukaemia (MM) | | | |
|---|---|---|---|---|---|---|---|---|
| | N (a) | HR(b) | 95% CI | $I^2$ | N (a) | HR(b) | 95% CI | $I^2$ |
| OP INSECTICIDES | 131 | 1.01 | ( 0.72- 1.41) | 0% | 313 | 1.06 | ( 0.88- 1.28) | 0% |
| . Chlorpyrifos | 46 | 1.07(d) | ( 0.69- 1.67) | 0% | 97 | 0.99(d) | ( 0.71- 1.38) | 0% |
| . Dichlorvos | 40 | 1.05 | ( 0.73- 1.53) | 0% | 111 | 1.02 | ( 0.79- 1.32) | 14% |
| . Malathion | 114 | 1.12 | ( 0.83- 1.53) | 0% | 269 | 1.08 | ( 0.90- 1.29) | 0% |
| . Parathion | 83 | 1.12 | ( 0.82- 1.52) | 0% | 230 | 1.00 | ( 0.77- 1.30) | 29% |
| . Terbufos | 35 | 1.30(d) | ( 0.80- 2.09) | 0% | 55 | 1.06(d) | ( 0.75- 1.51) | 0% |
| CARBAMATE INSECTICIDES | 115 | 1.04 | ( 0.77- 1.42) | 0% | 290 | 1.13 | ( 0.94- 1.36) | 0% |
| . Aldicarb | 38 | 0.95 | ( 0.64- 1.41) | 0% | 113 | 0.97 | ( 0.77- 1.21) | 0% |
| . Carbaryl | 65 | 1.28(d) | ( 0.76- 2.18) | 10% | 152 | 1.09 | ( 0.73- 1.62) | 42% |
| . Carbofuran | 26 | 0.98(d) | ( 0.59- 1.63) | 0% | 57 | 1.18(d) | ( 0.84- 1.65) | 0% |
| . Pirimicarb | 58 | 0.99(c) | ( 0.70- 1.41) | 0% | 185 | 1.06(c) | ( 0.87- 1.29) | 0% |
| OC INSECTICIDES | 114 | 1.04 | ( 0.77- 1.41) | 0% | 290 | 1.08 | ( 0.90- 1.30) | 0% |
| . DDT | 79 | 0.95 | ( 0.67- 1.34) | 13% | 230 | 1.05 | ( 0.87- 1.27) | 0% |
| . Lindane | 78 | 1.03 | ( 0.76- 1.39) | 0% | 216 | 1.02 | ( 0.84- 1.23) | 0% |
| PYRETHROID INSECTICIDES | 81 | 1.15 | ( 0.85- 1.54) | 0% | 210 | 1.09 | ( 0.90- 1.31) | 0% |
| . Deltamethrin | 46 | 1.06(c) | ( 0.72- 1.56) | 0% | 135 | 0.99(c) | ( 0.80- 1.23) | 0% |
| . Esfenvalerate | 40 | 1.05(c) | ( 0.72- 1.53) | 0% | 120 | 1.63 | ( 0.72- 3.68) | 87% |
| . Permethrin | 60 | 0.96 | ( 0.66- 1.40) | 10% | 187 | 1.12 | ( 0.93- 1.36) | 0% |
| (PHENYL) UREA HERBICIDES | 81 | 1.10 | ( 0.81- 1.51) | 0% | 227 | 1.09 | ( 0.91- 1.31) | 0% |
| . Isoproturon | 28 | 0.87(c) | ( 0.57- 1.33) | 0% | 100 | 1.01(c) | ( 0.80- 1.28) | 0% |
| . Linuron | 79 | 1.11 | ( 0.81- 1.52) | 0% | 224 | 1.11 | ( 0.92- 1.34) | 0% |
| DICAMBA | 73 | 0.93 | ( 0.67- 1.30) | 0% | 179 | 1.16 | ( 0.94- 1.42) | 0% |
| CHLOROACETANILIDES | 78 | 1.07 | ( 0.74- 1.54) | 0% | 147 | 0.98 | ( 0.78- 1.24) | 0% |
| . Alachlor | 43 | 0.97(d) | ( 0.58- 1.62) | 0% | 78 | 1.07(d) | ( 0.77- 1.49) | 0% |
| . Metolachlor | 43 | 1.11(d) | ( 0.66- 1.88) | 0% | 71 | 1.07(d) | ( 0.76- 1.51) | 0% |
| DINITROANILINE HERBICIDES | 57 | 1.07(d) | ( 0.64- 1.79) | 0% | 95 | 0.85(d) | ( 0.50- 1.45) | 64% |
| . Trifluralin | 39 | 0.89(d) | ( 0.54- 1.46) | 0% | 70 | 0.94(d) | ( 0.67- 1.34) | 0% |
| GLYPHOSATE | 105 | 0.95 | ( 0.70- 1.29) | 0% | 240 | 1.00 | ( 0.83- 1.21) | 0% |
| PHENOXY HERBICIDES | 115 | 1.06 | ( 0.78- 1.45) | 0% | 257 | 0.97 | ( 0.81- 1.17) | 0% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| . 2,4-D | 113 | 1.10 | ( 0.81- 1.51) | 0% | 250 | 1.01 | ( 0.84- 1.22) | 0% |
| . MCPA | 60 | 1.08(c) | ( 0.76- 1.53) | 0% | 174 | 0.98(c) | ( 0.80- 1.20) | 0% |
| . MCPP | 58 | 1.04(c) | ( 0.73- 1.49) | 0% | 174 | 1.01(c) | ( 0.83- 1.24) | 0% |
| THIOCARBAMATE HERBICIDES | 88 | 0.98 | ( 0.73- 1.31) | 0% | 225 | 1.07 | ( 0.90- 1.29) | 0% |
| . Butylate | 31 | 1.13(d) | ( 0.70- 1.83) | 0% | 54 | 1.05(d) | ( 0.74- 1.48) | 0% |
| . EPTC | 49 | 0.92 | ( 0.51- 1.65) | 53% | 138 | 1.20 | ( 0.98- 1.47) | 0% |
| TRIAZINE HERBICIDES | 115 | 1.17 | ( 0.85- 1.62) | 0% | 246 | 0.97 | ( 0.80- 1.18) | 0% |
| . Atrazine | 65 | 1.33(d) | ( 0.76- 2.31) | 0% | 108 | 1.00(d) | ( 0.68- 1.46) | 0% |
| . Simazine | 23 | 0.94 | ( 0.53- 1.64) | 0% | 66 | 0.86 | ( 0.57- 1.30) | 30% |
| TRIAZINONE HERBICIDES | 86 | 1.05 | ( 0.78- 1.42) | 0% | 221 | 1.18 | ( 0.98- 1.42) | 0% |
| . Metribuzin | 86 | 1.05 | ( 0.78- 1.42) | 0% | 221 | 1.18 | ( 0.98- 1.42) | 0% |
| DITHIOCARBAMATE FUNGICIDES | 75 | 1.03 | ( 0.74- 1.42) | 0% | 229 | 1.10 | ( 0.90- 1.33) | 0% |
| . Mancozeb | 71 | 0.99 | ( 0.72- 1.38) | 0% | 222 | 1.08 | ( 0.89- 1.31) | 0% |
| . Thiram | 17 | 0.89(c) | ( 0.47- 1.70) | 0% | 58 | 0.81(c) | ( 0.44- 1.51) | 63% |
| PHTHALIMIDE FUNGICIDES | 71 | 1.03 | ( 0.75- 1.43) | 0% | 216 | 1.10 | ( 0.91- 1.33) | 0% |
| . Captafol | 62 | 1.14(c) | ( 0.80- 1.61) | 0% | 192 | 1.15(c) | ( 0.94- 1.41) | 0% |
| . Captan | 36 | 0.96 | ( 0.65- 1.40) | 0% | 97 | 0.88 | ( 0.70- 1.11) | 0% |
| ARSENICALS | 17 | | | | 65 | 0.91(d) | ( 0.60- 1.37) | 0% |

(a) Number of cancer cases
(b) Hazard Ratio: Random effects meta-analysis (minimally adjusted models)
(c) Meta-analysis based on AGRICAN and CNAP only
(d) Meta-analysis based on AGRICAN and AHS only
$I^2$ I-squared (variation in meta estimate attributable to heterogeneity)
AGRICAN: Cox Regression adjusted for: sex, livestock, retirement status
CNAP: Cox Regression adjusted for: sex, livestock
AHS: Cox Regression adjusted for: sex, state, livestock
mHR estimate for FL in association with arsenicals not available because an estimate could be computed in only one (AGRICAN) of three cohorts.

**Supplementary Table 4.** Pearson correlation coefficients between exposure to a selection of pesticide chemical groups and active ingredients (ever use) by cohort study.

**AGRICAN**

| | Terbufos | Deltamethrin | Glyphosate | Lindane | DDT |
|---|---|---|---|---|---|
| Terbufos | 1.00 | 0.50 | 0.58 | 0.39 | 0.17 |
| Deltamethrin | | 1.00 | 0.71 | 0.70 | 0.33 |
| Glyphosate | | | 1.00 | 0.51 | 0.19 |
| Lindane | | | | 1.00 | 0.67 |
| DDT | | | | | 1.00 |
| **CNAP** | | | | | |
| Terbufos | 1.00 | Na | n.a. | n.a. | Na |
| Deltamethrin | | 1.00 | 0.66 | 0.68 | 0.49 |
| Glyphosate | | | 1.00 | 0.72 | 0.62 |
| Lindane | | | | 1.00 | 0.65 |
| DDT | | | | | 1.00 |
| **AHS** | | | | | |
| Terbufos | 1.00 | 0.01 | 0.09 | 0.10 | 0.01 |
| Deltamethrin | | 1.00 | 0.01 | 0.00 | -0.01 |
| Glyphosate | | | 1.00 | 0.10 | 0.06 |
| Lindane | | | | 1.00 | 0.16 |
| DDT | | | | | 1.00 |

n.a. Not applicable

| | OC Insecticides | | |
|---|---|---|---|
| | AGRICAN | CNAP | AHS |
| Phenoxy Herbicides | 0.51 | 0.83 | 0.19 |





Mancozeb
Thiram
PHTHALIMIDES
Captafol
Captan
ARSENICALS
Any pesticide
AHS
CNAP
AGRICAN
Isoproturon
Linuron
DICAMBA
CHLOROACETANILIDE
Alachlor
Metolachlor
DINITROANILINE
Trifluraline
GLYPHOSATE
PHENOXY
2,4,D
MCPA
Mecropop
THIOCARBAMATE
Butylate
EPTC
TRIAZINE
Atrazine
Simazine
TRIAZINONE
Metribuzin
AHS
CNAP
AGRICAN
Chlorpyrifos
Dichlorvos
Malathion
Parathion
Terbufos
CARBAMATES
Aldicarb
Carbaril
Carbofuran
Primicarb
ORGANOCHLORINES
DDT
Lindane
PYRETHROIDS
Deltamethrin
Esfenvalerate
Permethrin
AHS
CNAP
AGRICAN

# EXHIBIT 2

Downloaded from www.sjweh.fi on June 28, 2019



# *Original article*

Scand J Work Environ Health Online-first -article

doi:10.5271/sjweh.3830

**Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project**

by Pahwa M, Beane Freeman LE, Spinelli JJ, Blair A, McLaughlin JR, Zahm SH, Cantor KP, Weisenburger DD, Punam Pahwa, Dosman JA, Demers PA, Harris SA

In this pooled case-control study, associations were evaluated between different glyphosate use metrics and non-Hodgkin lymphoma (NHL), overall and for major histological sub-types. There was some limited evidence of an association between glyphosate use and NHL, but consistent patterns of association across different metrics and sub-types were not observed. Results may be considered in future glyphosate hazard and risk assessments.

**Affiliation:** Dalla Lana School of Public Health, University of Toronto, 155 College Street, Toronto, Ontario, Canada, M5T 3M7. shelley.harris@utoronto.ca

**Key terms:** Canada; cancer; case–control study; glyphosate; histological sub-type; non-Hodgkin lymphoma; North American Pooled Project; pesticide; pooled study; USA



This work is licensed under a Creative Commons Attribution 4.0 International License.

Original article

Scand J Work Environ Health – online first. doi:10.5271/sjweh.3830

# Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project

*by Manisha Pahwa, MPH,[1] Laura E Beane Freeman, PhD,[2] John J Spinelli, PhD,[3,4] Aaron Blair, PhD,[2] John R McLaughlin, PhD,[5,6] Shelia Hoar Zahm, PhD,[7] Kenneth P Cantor, PhD,[8] Dennis D Weisenburger, PhD,[9] Punam Pahwa, PhD,[10,11] James A Dosman, PhD,[10] Paul A Demers, PhD,[1,4,5] Shelley A Harris, PhD,[1,5,12]*

Pahwa M, Beane Freeman LE, Spinelli JJ, Blair A, McLaughlin JR, Zahm SH, Cantor KP, Weisenburger DD, Pahwa P, Dosman JA, Demers PA, Harris SA. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. *Scand J Work Environ Health* – online first. doi:10.5271/sjweh.3830

**Objectives** Some epidemiological studies have suggested positive associations between glyphosate use and non-Hodgkin lymphoma (NHL), but evidence is inconsistent and few studies could evaluate histological sub-types. Here, associations between glyphosate use and NHL incidence overall and by histological sub-type were evaluated in a pooled analysis of case–control studies.

**Methods** The analysis included 1690 NHL cases [647 diffuse large B-cell lymphoma (DLBCL), 468 follicular lymphoma (FL), 171 small lymphocytic lymphoma (SLL), and 404 other sub-types] and 5131 controls. Logistic regression was used to estimate adjusted odds ratios (OR) and 95% confidence intervals (CI) for NHL overall and sub-types with self-reported ever/never, duration, frequency, and lifetime-days of glyphosate use.

**Results** Subjects who ever used glyphosate had an excess of NHL overall (OR 1.43, 95% CI 1.11–1.83). After adjustment for other pesticides, the OR for NHL overall with "ever use" was 1.13 (95% CI 0.84–1.51), with a statistically significant association for handling glyphosate >2 days/year (OR 1.73, 95% CI 1.02–2.94, P-trend=0.2). In pesticide-adjusted sub-type analyses, the ordinal measure of lifetime-days was statistically significant (P=0.03) for SLL, and associations were elevated, but not statistically significant, for ever years or days/year of use. Handling glyphosate >2 days/year had an excess of DLBCL (OR 2.14, 95% CI 1.07–4.28; P-trend=0.2). However, as with the other sub-types, consistent patterns of association across different metrics were not observed.

**Conclusions** There was some limited evidence of an association between glyphosate use and NHL in this pooled analysis. Suggestive associations, especially for SLL, deserve additional attention.

**Key terms** Canada; cancer; case–control study; pesticide; pooled study, USA.

1 Occupational Cancer Research Centre, Cancer Care Ontario, Toronto, Ontario, Canada.
2 Occupational and Environmental Epidemiology Branch, Division of Cancer Epidemiology and Genetics, US. National Cancer Institute, Bethesda, Maryland, USA.
3 British Columbia Cancer Agency Research Centre, Vancouver, British Columbia, Canada.
4 School of Population and Public Health, University of British Columbia, Vancouver, British Columbia, Canada.
5 Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada.
6 Public Health Ontario, Toronto, Ontario, Canada.
7 Shelia Zahm Consulting, Hermon, Maine, USA.
8 Formerly of Division of Cancer Epidemiology and Genetics, U.S. National Cancer Institute, Bethesda, Maryland, USA.
9 Department of Pathology, City of Hope Medical Center, Duarte, California, USA.
10 Canadian Centre for Health and Safety in Agriculture, University of Saskatchewan, Saskatoon, Saskatchewan, Canada.
11 Department of Community Health and Epidemiology, College of Medicine, University of Saskatchewan, Saskatoon, Saskatchewan, Canada.
12 Population Health and Prevention, Cancer Care Ontario, Toronto, Ontario, Canada.

Correspondence to: Shelley A. Harris, Dalla Lana School of Public Health, University of Toronto, 155 College Street, Toronto, Ontario, Canada, M5T 3M7 [E-mail: shelley.harris@utoronto.ca]

Glyphosate [N-(phosphonomethyl)glycine] is a broad-spectrum herbicide that was first developed commercially for agricultural use in the early 1970s. Pesticides, including glyphosate, have been examined as potential risk factors for non-Hodgkin lymphoma (NHL) (1) and other lymphatic and hematopoietic cancers (2, 3). It has been hypothesized that pesticides may play a role in modifying immune function (4–6). Immune dysfunction is the most firmly established risk factor for NHL (7). However, currently, there is little evidence regarding this hypothesis for glyphosate specifically (5, 8).

In the 1980s and 1990s, population-based case-control studies were conducted in four states in the US Midwest and six Canadian provinces to examine putative associations between pesticide exposures, including glyphosate, and NHL. These studies comprise the North American Pooled Project (NAPP). Publication of individual study results showed suggestive associations between self-reported glyphosate use and NHL. In the Canadian study, the odds ratio (OR) for NHL was 1.26 [95% confidence interval (CI) 0.87–1.80] for the use of glyphosate (9). The OR was higher in a pooled logistic regression analysis of three case-control studies in Iowa/Minnesota, Kansas, and Nebraska (OR 2.1, 95% CI 1.1–4.0) (10). No analyses of specific NHL sub-types were conducted using data from any of these individual case-control studies.

A meta-analysis (1) that included these (9, 10) and other studies reported that glyphosate exposure was significantly associated with NHL overall (meta risk ratio (mRR) 1.5, 95% CI 1.1–2.0, N=6 papers). The risk of B-cell lymphoma was mRR 2.0, 95% CI 1.1–3.6 (11, 12).

In 2015, the International Agency for Research on Cancer (IARC) evaluated glyphosate carcinogenicity (8). This review resulted in the hazard classification of glyphosate as a "probable" (group 2A) human carcinogen based on limited evidence in humans for increased risk of NHL, sufficient evidence in experimental animals, and mechanisms that were pertinent to humans (8, 13). Mechanistic and other data supported the "probable" carcinogen conclusion by providing strong evidence for genotoxicity and oxidative stress, mechanisms of action that are relevant to humans (8).

The assessment of limited evidence from epidemiological studies was based on case–control studies in the U.S (10, 14), Canada (9), and Sweden (12, 15, 16) that reported increased associations with NHL that persisted after adjustment for use of other pesticides (8). However, in the Agricultural Health Study (AHS), no association was seen between glyphosate use and NHL overall in an initial publication (17). A recent evaluation from this cohort with additional follow-up and exposure information reported no association with NHL overall ($RR_{\text{highest exposure quartile}}$ 0.87, 95% CI 0.64–1.20, P-trend=0.95) or any NHL sub-type (18).

The information available on the glyphosate and NHL association is somewhat limited. For example, only three studies (2, 9, 12) have reported on exposure metrics other than ever or never use. In addition, only three studies have reported any information on risk by NHL sub-type (11, 12, 18) which have different etiologies (19). Other limitations of previous studies include lack of adjustment for other pesticides. The goal of this pooled analysis was to provide a larger number of NHL cases and controls in order to allow more detailed analyses of possible relationships between NHL, specific NHL sub-types, and different metrics of glyphosate use.

## *Methods*

### Study population and exposure assessment

The NAPP involved pooling data from case–control studies of soft tissue sarcoma and lymphatic and hematopoietic cancers in the US and Canada. NHL cases were recruited from cancer registries and hospitals during the 1980s in four US states (Iowa/Minnesota, Kansas, and Nebraska) and between 1991 and 1994 in six Canadian provinces (Quebec, Ontario, Manitoba, Saskatchewan, Alberta, and British Columbia). Methods for each study have been previously described (9, 14, 20, 21). For the NAPP, the original histology codes used in each study were revisited to classify NHL cases using a single scheme [International Classification of Diseases for Oncology version 1 (ICD-O-1)].

Participants, or their proxies, provided information about demographic characteristics, pesticide use, agricultural exposures, and exposure to other known or suspected NHL risk factors, including lifestyle and medical and occupational history. Self-reported glyphosate use was examined using several exposure metrics: ever/never, duration (years used), frequency (days/year handled), and lifetime-days (number of years used multiplied by number of days/year handled). Categories were created for duration, frequency, and lifetime-days analyses based on the median of glyphosate used/handled among controls. Some participants had missing data for duration and frequency of glyphosate use despite reporting that they had ever used glyphosate. In duration and frequency analyses, values for missing data were assigned to cases and controls based on the median duration or frequency of reported glyphosate use among controls by state/province and 10-year age group (simple imputation) and were used for the main analyses. Ordinal analyses and associated trend tests were conducted to determine possible changes in association for increasing increments of every five years, five days/year, and ten lifetime-days of glyphosate use. Additional details on the original studies and on

the methods in the pooled analysis are available in the supplementary material (www.sjweh.fi/show_abstract.php?abstract_id=3830, file 1).

### Statistical analyses

Unconditional multiple logistic regression was performed using the LOGISTIC procedure of the SAS 9.4 statistical software package (SAS Institute, Cary, NC, USA) to calculate OR and 95% CI for associations between glyphosate exposure metrics (ever/never, duration, frequency, lifetime-days, and as ordinal variables) and associations with NHL overall and by histological sub-type [diffuse large B-cell lymphoma (DLBCL), follicular lymphoma (FL), small lymphocytic lymphoma (SLL), and other]. Complete methods for all statistical analyses are described in supplementary file 1. Primary logistic regression models ($OR_{crude}$) contained the following variables: age [age at diagnosis (cases); age at interview or death (controls)], state/province, sex, lymphatic or hematopoietic cancer in a first-degree relative (22, 23), response by a proxy (9, 14, 24), and use of any any personal protective equipment (PPE). Additional farming and medical factors considered as possible confounders were evaluated, but did not change the $OR_{crude}$ by more than 10% and were not retained in finals models (supplementary file 1).

To evaluate whether the use of other pesticides might have confounded the association between specific pesticides, eg, glyphosate, and NHL, we used a two-pronged approach. First, a correlation matrix of pooled data was produced to determine the presence and extent of correlation between ever use of glyphosate and each individual herbicide, insecticide, and fungicide reportedly used by NAPP subjects. If the use of two pesticides are not correlated, then confounding cannot occur (25). Second, previously published articles based on the individual case–control studies comprising the NAPP were searched to identify any positive or significant relationships between individual pesticides and NHL risk. Pesticides that were most strongly correlated with glyphosate use (defined in this study as Spearman coefficients ≥0.35 and Cohen's Kappa value ≥0.30) and that were statistically significantly or strongly associated with NHL in previous studies were evaluated as confounders. The herbicides 2,4-dichlorophenoxyacetic acid (2,4-D, r=0.35, P<0.001) (9, 14, 21) and dicamba (r=0.42, P<0.00019 (9, 10), as well as the insecticide malathion (r=0.38, P<0.0001) (9, 10), met both criteria and were therefore included in the more fully adjusted, secondary logistic regression models ($OR_{adj}$).

Trends for duration, frequency, and lifetime-days of glyphosate use and NHL OR were deemed to be statistically significant if the two-sided P-value from the trend test (asymptotic Cochran-Armitage trend test) for glyphosate use was ≤0.05, or if the two-sided P-value for ordinal glyphosate use was ≤0.05. Subjects who never used glyphosate were the reference group for all analyses. There was a small proportion of subjects (N=175, 2.6% of all participants) with missing age values. These were imputed using simple imputation based on state/province- and case/control-specific means of age rounded to the nearest whole number. Sensitivity analyses were conducted by excluding proxy respondents from the main analyses.

Heterogeneity between the individual case–control studies comprising the NAPP was evaluated using the $I^2$ statistic. The $I^2$ statistic was calculated using study-specific OR for NHL overall in association with ever/never glyphosate use. Study-specific OR were generated from the NAPP data and not ascertained from previous publications of the individual case–control studies com-

**Figure 1.** Subjects in main and proxy respondent analyses of glyphosate use and NHL in the North American Pooled Project (NAPP). * Duration (years) information was not collected in Kansas, ** Frequency (days/year) information was not collected in Iowa, Minnesota, and Kansas.

prising the NAPP. The 95% CI for the $I^2$ statistic were calculated since the number of studies was small (26, 27). Heterogeneity was determined to be statistically significant if the P-value for the $I^2$ statistic was less than 0.05. STATA version 14.2 (StataCorp, College Station, TX, USA) was used to calculate the $I^2$ statistic.

In the NAPP, statistically significant differences were evaluated using pairwise comparisons of the major histological sub-type OR in the SAS LOGISTIC procedure for ever/never glyphosate. Differences were determined to be statistically significant if the P-value for the Wald $\chi^2$ statistic was <0.05.

Both OR unadjusted and adjusted for other pesticides (ie, $OR_{crude}$ and $OR_{adj}$, respectively) were used in assessments of between-study heterogeneity and to determine potential differences in sub-type-specific odds ratios.

### Ethics approval and consent to participate

Ethics approval for the pooled analysis was obtained from the University of Toronto Health Sciences Research Ethics Board (#25166) and an exemption was obtained from the US National Institutes of Health Office of Human Subjects Research (#11351). Investigators of individual studies received human subjects approval from their institutions for each study prior to collection of data.

## *Results*

### Characteristics of NHL cases and controls

A total of 1690 NHL cases and 5131 controls was available for analysis. All NHL cases and controls, including those with proxy respondents, were included in analyses of ever/never glyphosate use. For assessments involving duration of use, 1520 cases and 4183 controls were included. For frequency and lifetime-days analyses, 898 cases and 2938 controls were included. The numbers of cases and controls available for the sensitivity analysis excluding proxy respondents were smaller (figure 1). Characteristics of NHL cases and controls, including histological sub-types, are presented in table 1.

### Glyphosate use and associations with NHL overall and by major histological sub-type

Overall, 113/1690 cases (7%) and 244/5131 (5%) controls reported having used glyphosate at any point in their lifetime. There was a significant association between ever use of glyphosate and NHL overall ($OR_{crude}$1.43, 95% CI 1.11–1.83) that was attenuated and no longer statistically significant when further adjusted for ever use of the pesticides 2,4-D, dicamba, and malathion ($OR_{adj}$1.13, 95% CI 0.84–1.51) (table 2). Significantly elevated OR found for DLBCL ($OR_{crude}$1.60, 95% CI 1.12–2.29) and other sub-types ($OR_{crude}$1.66, 95% CI 1.04–2.63) were not statistically significant after adjusting for other pesticides (DLBCL: $OR_{adj}$1.23, 95% CI 0.81–1.88 and other sub-types: $OR_{adj}$1.51, 95%

**Table 1.** Characteristics of non-Hodgkin lymphoma (NHL) cases and controls in the North American Pooled Project (NAPP). [OR=odds ratio; CI=confidence interval].

| Characteristics | Cases (N=1690) | | Controls (N=5131) | | | |
|---|---|---|---|---|---|---|
| | N | % | N | % | OR [a] | 95% CI |
| Histological sub-type | | | | | | |
| Diffuse large B-cell lymphoma (DLBCL) | 647 | 38 | | | | |
| Follicular lymphoma (FL) | 468 | 28 | | | | |
| Small lymphocytic lymphoma (SLL) | 171 | 10 | | | | |
| Other | 404 | 24 | | | | |
| State/Province U.S | | | | | | |
| Nebraska | 385 | 22 | 1432 | 28 | | |
| Minnesota | 329 | 19 | 642 | 13 | | |
| Iowa | 293 | 17 | 603 | 12 | | |
| Kansas | 170 | 11 | 948 | 18 | | |
| Canada | | | | | | |
| Ontario | 142 | 8 | 585 | 11 | | |
| British Columbia | 126 | 7 | 230 | 4 | | |
| Quebec | 117 | 7 | 291 | 6 | | |
| Alberta | 65 | 4 | 196 | 4 | | |
| Manitoba | 34 | 2 | 113 | 2 | | |
| Saskatchewan | 29 | 2 | 91 | 2 | | |
| Age (years) [b] | | | | | | |
| ≥19–≤29 | 26 | 2 | 277 | 5 | | |
| ≥30–≤39 | 97 | 6 | 445 | 9 | | |
| ≥40–≤49 | 159 | 9 | 514 | 10 | | |
| ≥50–≤59 | 288 | 17 | 726 | 14 | | |
| ≥60–≤69 | 564 | 33 | 1264 | 25 | | |
| ≥70–≤79 | 402 | 24 | 1189 | 23 | | |
| ≥80–≤89 | 137 | 8 | 610 | 12 | | |
| ≥90 | 17 | 1 | 106 | 2 | | |
| Sex | | | | | | |
| Male | 1506 | 89 | 4424 | 86 | 1.00 | ref |
| Female | 184 | 11 | 707 | 14 | 0.94 | 0.75–1.17 |
| Respondent type | | | | | | |
| Self | 1140 | 67 | 3372 | 66 | 1.00 | ref |
| Proxy | 533 | 32 | 1692 | 33 | 1.03 | 0.90–1.17 |
| Unknown/missing | 17 | 1 | 67 | 1 | | |
| Lymphatic or hematopoietic cancer in a first-degree relative | | | | | | |
| No | 1493 | 88 | 4790 | 93 | 1.00 | ref |
| Yes | 139 | 8 | 202 | 4 | 2.13 | 1.69–2.67 |
| Unknown/missing | 58 | 3 | 139 | 3 | | |
| Ever diagnosed with selected medical conditions [c] | | | | | | |
| No | 1011 | 60 | 3346 | 65 | 1.00 | ref |
| Yes | 545 | 32 | 1389 | 27 | 1.12 | 0.92–1.37 |
| Unknown/missing | 134 | 8 | 396 | 8 | | |
| Ever used any type of personal protective equipment | | | | | | |
| No | 374 | 22 | 1127 | 22 | 1.00 | ref |
| Yes | 105 | 6 | 310 | 6 | 1.12 | 0.86–1.45 |
| Unknown/missing | 1211 | 72 | 3694 | 72 | | |

[a] Adjusted for age and state/province.
[b] Cases - mean 62.72 (SD 13.78) years; Controls - mean 61.66 (SD 17.13) years.
[c] Ever diagnosed with ≥1 of the following select medical conditions: allergies (any, food, or drug), asthma, hay fever, infectious mononucleosis, rheumatoid arthritis, tuberculosis, or received chemotherapy or radiation therapy.

**Table 2.** Ever/never glyphosate use and associations with non-Hodgkin lymphoma (NHL) overall and histological sub-types in the North American Pooled Project [OR=odds ratio; CI=confidence interval]. Note: proxy respondents included.

| | Never-used glyphosate | | Ever-used glyphosate | | | | |
|---|---|---|---|---|---|---|---|
| | N | OR [a,b] | N | OR [a] | 95% CI [a] | OR [b] | 95% CI [b] |
| Controls | 4887 | 1.00 (ref) | 244 | | | | |
| NHL overall | 1577 | 1.00 (ref) | 113 | 1.43 | 1.11–1.83 | 1.13 | 0.84–1.51 |
| Follicular lymphoma (FL) | 440 | 1.00 (ref) | 28 | 1.00 | 0.65–1.54 | 0.69 | 0.41–1.15 |
| Diffuse large B-cell lymphoma (DLBCL) | 602 | 1.00 (ref) | 45 | 1.60 | 1.12–2.29 | 1.23 | 0.81–1.88 |
| Small lymphocytic lymphoma (SLL) | 156 | 1.00 (ref) | 15 | 1.77 | 0.98–3.22 | 1.79 | 0.87–3.69 |
| Other | 379 | 1.00 (ref) | 25 | 1.66 | 1.04–2.63 | 1.51 | 0.87–2.60 |

[a] Adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any personal protective equipment.

[b] Adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any personal protective equipment, use of 2,4-D, use of dicamba, and use of malathion.

CI 0.87–2.60). The near significant excess observed for SLL ($OR_{crude}$1.77, 95% CI 0.98–3.22), however, did not change appreciably after adjusting $OR_{crude}$ for other pesticides ($OR_{adj}$1.79, 95% CI 0.87–3.69). There was no association apparent with FL.

When risks of NHL from glyphosate use were examined by duration, there was a general inverse trend except for SLL, for which the odds increased with longer duration ($OR_{crude}$1.49, 95% CI 0.63–3.58 for >0 and ≤3.5 years and $OR_{crude}$1.98, 95% CI 0.89–4.39 for >3.5 years, P-trend for $OR_{crude}$0.07) (table 3). Results were similar for SLL when adjusted for other pesticides, but the trend was not statistically significant (P-trend for $OR_{adj}$0.1).

The OR from categorical analyses of frequency and lifetime-days use metrics showed mostly positive exposure-response gradients (tables 4 and 5). Subjects who handled glyphosate for >2 days/year had NHL OR that were approximately twice that observed among participants who handled glyphosate for ≤2 days/year. These associations were significant both without and with adjustment for 2,4-D, dicamba, and malathion for NHL overall ($OR_{crude}$2.42, 95% CI 1.48–3.96; $OR_{adj}$1.73, 95% CI 1.02–2.94) and for DLBCL ($OR_{crude}$2.83, 95% CI 1.48–5.41; $OR_{adj}$2.14, 95% CI 1.07–4.28) (table 4). There were positive trends in associations for NHL overall and DLBCL with greater frequency of glyphosate use (P-trend for $OR_{crude}$0.002 and 0.01, respectively) (table 4). In ordinal analyses, a greater number of days/year of glyphosate use was also positively associated with NHL overall (P-value for $OR_{crude}$0.02) and DLBCL (P-value for $OR_{crude}$0.04) (table 4). However, these positive P-trend and P-values for NHL overall and DLBCL were no longer statistically significant when OR were further adjusted for 2,4-D, dicamba, and malathion (table 4). With respect to the lifetime-days analysis, positive exposure–response gradients were found in categorical and ordinal analyses of NHL overall, FL, DLBCL, and SLL, but only statistically significant for SLL with more lifetime-days of glyphosate use (P-value for $OR_{adj}$0.03 in ordinal analyses) (table 5).

Adjusting for other pesticide usage resulted in the attenuation of P-trend and P-values for nearly all glyphosate use metrics for all sub-types except for SLL (tables 3–5). There were statistically significant trends for OR of NHL overall from categorical analyses of number of years (P-trend for $OR_{crude}$0.05) (table 3), number of days per year (P-trend for $OR_{crude}$0.002) (table 4), and number of lifetime-days (P-trend for $OR_{crude}$0.05) (table 5) of glyphosate use. However, trends were diminished and no longer statistically significant when OR for NHL overall were adjusted for the use of 2,4-D, dicamba, and malathion (P-trends for $OR_{adj}$0.9, 0.2, and 0.9 for number of years, days per year, and lifetime-days, respectively) (tables 3, 4, and 5).

### Sensitivity analyses excluding proxy respondents

A sensitivity analysis was performed by excluding cases and controls whose data were provided by proxy respondents (supplementary file 2, table S1) and results were compared with the main analysis (tables 2–5). The overall pattern of OR estimates and trends were similar in sensitivity and main analyses. As with the main analyses, adjustment for use of 2,4-D, dicamba and malathion tended to reduce OR and weaken trends for all metrics of glyphosate use. For SLL, trends of increasing OR for SLL in association with longer duration, greater frequency and lifetime-days of categorical glyphosate use were marginally stronger compared to main analyses. A full description of sensitivity analysis results is in supplementary file 2.

### Between-study heterogeneity and differences in odds ratios between NHL major histological sub-types

There was no apparent heterogeneity between the case–control studies comprising the NAPP based on the analyses of ever/never glyphosate use and OR for NHL overall. When OR for ever/never glyphosate use were adjusted for other pesticide uses (ie, $OR_{adj}$), there was a statistically

**Table 3.** Duration of glyphosate use and associations with non-Hodgkin lymphoma (NHL) overall and histological sub-types in the North American Pool Project (NAPP). Note: data for glyphosate use not collected fo Kansas, proxy respondents included. [OR=odds ratio; CI=confidence interval.]

| Number of years of glyphosate use | N | OR [a] | 95% CI [a] | OR [b] | 95% CI [b] |
|---|---|---|---|---|---|
| Controls | | | | | |
| 0 | 3967 | | | | |
| >0–≤3.5 | 108 | | | | |
| >3.5 | 108 | | | | |
| P-trend [c] | | | | | |
| Ordinal (5 years) | 4183 | | | | |
| P-value [d] | | | | | |
| NHL overall | | | | | |
| 0 | 1418 | 1.00 | ref | 1.00 | ref |
| >0–≤3.5 | 59 | 1.59 | 1.13–2.22 | 1.28 | 0.88–1.84 |
| >3.5 | 43 | 1.20 | 0.82–1.75 | 0.94 | 0.62–1.42 |
| P-trend [c] | | 0.05 | | 0.9 | |
| Ordinal (5 years) | 1520 | 1.21 | 1.02–1.44 | 1.09 | 0.91–1.31 |
| P-value [d] | | 0.03 | | 0.3 | |
| Follicular lymphoma (FL) | | | | | |
| 0 | 410 | 1.00 | ref | 1.00 | ref |
| >0–≤3.5 | 13 | 0.95 | 0.52–1.74 | 0.66 | 0.34–1.29 |
| >3.5 | 11 | 0.88 | 0.46–1.71 | 0.61 | 0.30–1.26 |
| P-trend [c] | | 0.7 | | 0.1 | |
| Ordinal (5 years) | 434 | 0.99 | 0.71–1.39 | 0.86 | 0.59–1.26 |
| P-value [d] | | 0.96 | | 0.4 | |
| Diffuse large B-cell lymphoma (DLBCL) | | | | | |
| 0 | 525 | 1.00 | ref | 1.00 | ref |
| >0–≤3.5 | 26 | 2.02 | 1.28–3.21 | 1.61 | 0.97–2.66 |
| >3.5 | 15 | 1.19 | 0.67–2.12 | 0.93 | 0.50–1.74 |
| P-trend [c] | | 0.08 | | 0.7 | |
| Ordinal (5 years) | 566 | 1.28 | 1.03–1.60 | 1.16 | 0.91–1.48 |
| P-value [d] | | 0.03 | | 0.2 | |
| Small lymphocytic lymphoma] (SLL) | | | | | |
| 0 | 144 | 1.00 | ref | 1.00 | ref |
| >0–≤3.5 | 6 | 1.49 | 0.63–3.58 | 1.43 | 0.55–3.72 |
| >3.5 | 8 | 1.98 | 0.89–4.39 | 1.94 | 0.79–4.80 |
| P-trend [c] | | 0.07 | | 0.1 | |
| Ordinal (5 years) | 158 | 1.36 | 0.96–1.92 | 1.31 | 0.91–1.91 |
| P-value [d] | | 0.08 | | 0.2 | |
| Other | | | | | |
| 0 | 339 | 1.00 | ref | 1.00 | ref |
| >0–≤3.5 | 14 | 2.08 | 1.14–3.78 | 1.82 | 0.95–3.50 |
| >3.5 | 9 | 1.32 | 0.64–2.71 | 1.14 | 0.51–2.51 |
| P-trend [c] | | 0.1 | | 0.4 | |
| Ordinal (5 years) | 362 | 1.27 | 0.93–1.73 | 1.16 | 0.82–1.63 |
| P-value [d] | | 0.1 | | 0.4 | |

[a] Adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any personal protective equipment.

[b] Adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any personal protective equipment, use of 2,4-D, use of dicamba, and use of malathion.

[c] P-trend values derived from treating duration categorical variables as continuous in statistical analyses.

[d] P-value derived from treating duration variables as continuous in statistical analyses.

**Table 4.** Frequency of glyphosate handling and associations with non-Hodgkin lymphoma (NHL) overall and histological sub-types in the North American Pool Project (NAPP). Note: data for glyphosate use not collected fo Kansas, proxy respondents included. [OR=odds ratio; CI=confidence interval.]

| Number of days per year of glyphosate use | N | OR [a] | 95% CI [a] | OR [b] | 95% CI [b] |
|---|---|---|---|---|---|
| Controls | | | | | |
| 0 | 2789 | | | | |
| >0–≤2 | 106 | | | | |
| >2 | 43 | | | | |
| P-trend [c] | | | | | |
| Ordinal (5 days/year) | 2938 | | | | |
| P-value [d] | | | | | |
| NHL overall | | | | | |
| 0 | 837 | 1.00 | ref | 1.00 | ref |
| >0–≤2 | 31 | 1.03 | 0.67–1.60 | 0.74 | 0.46–1.19 |
| >2 | 30 | 2.42 | 1.48–3.96 | 1.73 | 1.02–2.94 |
| P-trend [c] | | 0.002 | | 0.2 | |
| Ordinal (5 days/year) | 898 | 1.20 | 1.03–1.39 | 1.11 | 0.96–1.29 |
| P-value [d] | | 0.02 | | 0.2 | |
| Follicular lymphoma (FL) | | | | | |
| 0 | 224 | 1.00 | ref | 1.00 | ref |
| >0–≤2 | 7 | 0.81 | 0.35–1.84 | 0.47 | 0.19–1.15 |
| >2 | 8 | 2.21 | 0.99–4.93 | 1.33 | 0.55–3.23 |
| P-trend [c] | | 0.2 | | 0.9 | |
| Ordinal (5 days/year) | 239 | 1.20 | 0.98–1.47 | 1.10 | 0.88–1.37 |
| P-value [d] | | 0.07 | | 0.4 | |
| Diffuse large B-cell lymphoma (DLBCL) | | | | | |
| 0 | 342 | 1.00 | ref | 1.00 | ref |
| >0–≤2 | 12 | 0.95 | 0.49–1.81 | 0.70 | 0.35–1.40 |
| >2 | 14 | 2.83 | 1.48–5.41 | 2.14 | 1.07–4.28 |
| P-trend [c] | | 0.01 | | 0.2 | |
| Ordinal (5 days/year) | 368 | 1.20 | 1.01–1.42 | 1.14 | 0.96–1.35 |
| P-value [d] | | 0.04 | | 0.1 | |
| Small lymphocytic lymphoma] (SLL) | | | | | |
| 0 | 66 | 1.00 | ref | 1.00 | ref |
| >0–≤2 | 4 | 1.27 | 0.42–3.89 | 1.27 | 0.38–4.29 |
| >2 | 3 | 2.29 | 0.66–7.98 | 2.31 | 0.61–8.75 |
| P-trend [c] | | 0.2 | | 0.2 | |
| Ordinal (5 days/year) | 73 | 1.20 | 0.90–1.59 | 1.18 | 0.87–1.59 |
| P-value [d] | | 0.2 | | 0.3 | |
| Other | | | | | |
| 0 | 205 | 1.00 | ref | 1.00 | ref |
| >0–≤2 | 8 | 1.49 | 0.66–3.32 | 1.14 | 0.49–2.65 |
| >2 | 5 | 2.26 | 0.85–5.99 | 1.61 | 0.58–4.50 |
| P-trend [c] | | 0.07 | | 0.4 | |
| Ordinal (5 days/year) | 218 | 1.04 | 0.69–1.57 | 0.92 | 0.54–1.56 |
| P-value [d] | | 0.9 | | 0.8 | |

[a] Adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any personal protective equipment.

[b] Adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any personal protective equipment, use of 2,4-D, use of dicamba, and use of malathion.

[c] P-trend values derived from treating frequency of use categorical variables as continuous in statistical analysesd.

[d] P-value derived from treating duration variables as continuous in statistical analyses.

**Table 5.** Lifetime-days of glyphosate use and associations with non-Hodgkin lymphoma (NHL) overall and histological sub-types in the North American Pool Project (NAPP). Note: data for duration (years) of glyphosate use were not collected in Kansas. Data for frequency (days/year) of glyphosate handling were not collected in Kansas, Iowa, and Minnesota. Proxy respondents were included. [OR=odds ratio; CI=confidence interval.]

| Number of years used×days/year handled glyphosate | N | OR [a] | 95% CI [a] | OR [b] | 95% CI [b] |
|---|---|---|---|---|---|
| Controls | | | | | |
| 0 | 2793 | | | | |
| >0–≤3.5 | 76 | | | | |
| >3.5 | 69 | | | | |
| P-trend [c] | | | | | |
| Ordinal (10 lifetime-days) | 2938 | | | | |
| P-value [d] | | | | | |
| NHL overall | | | | | |
| 0 | 841 | 1.00 | ref | 1.00 | ref |
| >0–≤3.5 | 25 | 1.20 | 0.74–1.95 | 0.87 | 0.52–1.45 |
| >3.5 | 32 | 1.55 | 0.99–2.44 | 1.08 | 0.66–1.77 |
| P-trend [c] | | 0.05 | | 0.9 | |
| Ordinal (10 lifetime-days) | 898 | 1.06 | 1.01–1.11 | 1.04 | 1.00–1.08 |
| P-value [d] | | 0.02 | | 0.08 | |
| Follicular lymphoma (FL) | | | | | |
| 0 | 225 | 1.00 | ref | 1.00 | ref |
| >0–≤3.5 | 6 | 1.03 | 0.43–2.48 | 0.64 | 0.25–1.62 |
| >3.5 | 8 | 1.33 | 0.60–2.94 | 0.75 | 0.31–1.80 |
| P-trend [c] | | 0.5 | | 0.4 | |
| Ordinal (10 lifetime-days) | 239 | 1.07 | 1.01–1.12 | 1.05 | 1.00–1.11 |
| P-value [d] | | 0.02 | | 0.08 | |
| Diffuse large B-cell lymphoma (DLBCL) | | | | | |
| 0 | 345 | 1.00 | ref | 1.00 | ref |
| >0–≤3.5 | 10 | 1.14 | 0.56–2.30 | 0.81 | 0.38–1.70 |
| >3.5 | 13 | 1.51 | 0.79–2.88 | 1.10 | 0.55–2.22 |
| P-trend [c] | | 0.2 | | 0.9 | |
| Ordinal (10 lifetime-days) | 368 | 1.04 | 0.99–1.09 | 1.03 | 0.98–1.07 |
| P-value [d] | | 0.1 | | 0.2 | |
| Small lymphocytic lymphoma] (SLL) | | | | | |
| 0 | 66 | 1.00 | ref | 1.00 | ref |
| >0–≤3.5 | 2 | 1.04 | 0.24–4.58 | 1.03 | 0.22–4.84 |
| >3.5 | 5 | 2.13 | 0.76–5.96 | 2.19 | 0.70–6.86 |
| P-trend [c] | | 0.2 | | 0.2 | |
| Ordinal (10 lifetime-days) | 73 | 1.09 | 1.02–1.16 | 1.08 | 1.01–1.16 |
| P-value [d] | | 0.01 | | 0.03 | |
| Other | | | | | |
| 0 | 205 | 1.00 | ref | 1.00 | ref |
| >0–≤3.5 | 7 | 1.93 | 0.82–4.51 | 1.42 | 0.59–3.46 |
| >3.5 | 6 | 1.69 | 0.68–4.15 | 1.28 | 0.49–3.34 |
| P-trend [c] | | 0.1 | | 0.5 | |
| Ordinal (10 lifetime-days) | 218 | 1.04 | 0.96–1.13 | 1.02 | 0.93–1.12 |
| P-value [d] | | 0.3 | | 0.7 | |

[a] Adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any personal protective equipment.

[b] Adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any personal protective equipment, use of 2,4-D, use of dicamba, use of malathion.

[c] P-trend values derived from treating lifetime days categorical variables as continuous in statistical analyses.

[d] P-value derived from treating lifetime days variables as continuous in statistical analyses.

significant difference observed between FL and SLL (P=0.04) and borderline statistically significant differences between FL and other sub-types (P=0.05) and FL and DLBCL (P=0.08). These heterogeneity test results supported pooling across the NAPP studies, but also indicated that differences exist that may make it worthwhile to consider the histological sub-types individually. See supplementary file 2 for complete results.

## *Discussion*

The objective of this study was to evaluate potential associations between glyphosate use and NHL in the NAPP, a pooled dataset that allowed for a more comprehensive analysis than previously possible in individual studies. Results from this analysis provide some limited, but inconsistent, evidence for an association between NHL overall and ever reported use of glyphosate. Although there was a statistically significant association between ever glyphosate use and NHL overall, this association was attenuated and became no longer statistically significant when adjusted for reported use of 2,4-D, dicamba, and malathion. However, the significant excess risk among those who reported use of glyphosate for ≥2 days per year was not eliminated by adjustment for other pesticides, although the trend test was not statistically significant after adjustment for other pesticides. There was no pattern of increasing risk of NHL overall with increasing years of use of glyphosate. Finally, there was a small excess of NHL overall with lifetime-days as an ordinal metric that remained of borderline statistical significance after adjustment for other pesticides and after restricting analyses to those without proxy respondents.

In analyses of NHL sub-types, the most consistent evidence was found for SLL, where positive patterns were observed for duration, frequency, and lifetime-days of glyphosate use. However, OR, P-trend, and P-values in sub-type analyses were typically not statistically significant. In sub-type analyses adjusted for use of other pesticides and excluding responses from proxies, there was a significant association between the ordinal metric for lifetime-days of glyphosate use and SLL. Pairwise comparisons of the NHL sub-type analyses demonstrated that OR for FL and SLL were significantly different from each other in the ever versus never glyphosate use analysis. Results for DLBCL, SLL, and other sub-types looked somewhat different than that for FL in that they tended to have slightly elevated OR for ever glyphosate use and for >3.5 lifetime-days of glyphosate use. FL mostly had deficits.

The $OR_{adj}$ for NHL overall in association with ever use of glyphosate in the current analysis of the NAPP

differed from OR reported in earlier individual analyses (9) (10). These differences may be due to the selection of the sample and statistical methods chosen to model NHL OR. For example, previous publications included only men (9, 10), while this analysis included both men and women. We also included a different set of covariates than did the original studies, using criteria described in the Methods section, and we did not exclude subjects with missing pesticide use data.

The contributing studies and our pooling activities have some methodological limitations. Proxy respondents provided information for about one third of the cases and controls. Because proxies cannot provide as much detail as the farmer regarding occupational exposures on a farm (28), exposure misclassification from proxies might bias estimates of relative risk. Accordingly, we performed analyses with proxies excluded to evaluate the potential for such bias and found that the pattern of results from these analyses were generally similar to those with proxies included.

Although farmers, who provided much of the information on pesticide use in this pooled study, can provide reliable information on pesticide use (29), some exposure misclassification was likely to have occurred in all studies because participants were asked to recall pesticide use for a number of years in the past. Non-differential pesticide exposure misclassification would tend to bias estimates of relative risk toward the null (30, 31). The case–control studies included in our pooling project, however, may also experience differential exposure misclassification, which can bias risk estimates toward or away from the null. There was some information available to evaluate misclassification of pesticide exposure in some of the source studies. In the study in Kansas, pesticide suppliers provided information on crops and pesticide purchases for a sample of 130 subjects with farming experience, and the data from farmers were found to be reasonably accurate (20). In the Nebraska study, case recall bias was assessed by comparing information on pesticide use that was volunteered versus information that required probing by the interviewer (21, 32), and little evidence for case recall bias was found. In Canada, a validation pilot study on a sample of reported pesticide usage was reviewed with purchases from pesticide supply companies, with a high degree of concordance between the two sources (9). There was a moderate level of correspondence between pesticide use information reported by farmers and their pesticide suppliers in Kansas (20, 32). In Nebraska, the number of insecticides and herbicides voluntarily identified by subjects and their surrogates was similar and suggested the absence of case-response bias, but probing increased the number of positive responses for individual agents (33).

Adjusting for 2,4-D, dicamba, and malathion was used to attempt to disentangle the effect of glyphosate on NHL from other pesticides. Some studies have suggested that these chemicals may be independently associated with NHL (9, 10, 14). This approach indicated that some confounding may occur without such adjustments. Unmeasured confounding by other pesticides and agricultural exposures cannot be completely ruled out, but we evaluated and adjusted for a number of factors noted as potential confounders in the literature and/or specifically in these data. Thus, any such confounding would have to be from a new and completely unsuspected risk factor for NHL and this unknown risk factor would also need to be associated with glyphosate use.

The strengths of this analysis are the large numbers of exposed cases and controls that resulted in more precise results than possible in previous smaller studies with lower power, information on NHL sub-types, detailed information on use of glyphosate and other pesticides, and availability of information on many potential NHL risk factors. Both agricultural and non-agricultural uses of glyphosate were reported by cases and controls, making this evaluation broadly relevant to a wide range of glyphosate use scenarios. While results are not independent from previous reports of individual studies included in this pooling (9, 14, 20, 21), evaluations by histological sub-type and the use of informative glyphosate use metrics are new.

NHL is a constellation of heterogeneous cancers with different biological properties that may have distinct etiologies (34). The large size of the NAPP made it possible for the first time to assess whether analyses of sub-types would reveal etiological heterogeneity. However, it is important to note that the classification of NHL sub-types has changed over time. Since we relied on previously collected data, we were not able to use the most current classification scheme (SEER Lymphoma Recode), but rather relied on classification in effect at the time of data collection. For example, in the most recent classification scheme, SLL and chronic lymphocytic leukemia (CLL) are classified together as they have similar etiologies, while our analysis only includes SLL. In a publication from the AHS (18), there was no association between glyphosate use and the most recent classification scheme that includes both SLL and CLL.

In conclusion, this analysis of pooled data from the NAPP provides some limited evidence of an association between glyphosate and NHL. The association between glyphosate and NHL overall appears to be confounded by exposure to other pesticides. However, increased OR for NHL overall with greater days/year and lifetime-days of glyphosate use were not entirely eliminated by adjustment for other pesticides. In subtype analyses, although based on a relatively small number of cases, SLL showed the most consistent association and exposure–response pattern with the different glyphosate use

metrics and with control for other pesticides. There were some elevated OR for DLBCL and other sub-types, but these were not consistent across the different glyphosate use metrics. Larger numbers of NHL cases who used glyphosate would be required to further identify potential risks by NHL sub-type.

### *Acknowledgments*

The authors thank all of the principal investigators of the individual case–control studies for allowing the data to be pooled. The essential contributions of Dr Leo F Skinnider and the late Dr Helen McDuffie to the Canadian study, and of the late Dr Leon Burmeister to the US studies, are recognized. The authors thank Mr Joe Barker at IMS, Inc, for his computer programming services to pool the case–control datasets. The authors also thank Dr Linda Kachuri and Dr Jeavana Sritharan for their assistance with statistical analyses.

This analysis was conducted with the support of a Canadian Cancer Society (CCS) Prevention Research Grant (#703055). CCS was not involved in the design of the NAPP, collection, analysis, or interpretation of data, writing of this manuscript, or submission for publication.

DDW is a legal consultant on glyphosate cases. All other authors declare that they have no actual or potential competing financial interests.

### *References*

1. Schinasi L, Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health 2014 Apr;11(4):4449–527. https://doi.org/10.3390/ijerph110404449.

2. De Roos AJ, Blair A, Rusiecki JA, Hoppin JA, Svec M, Dosemeci M et al. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect 2005 Jan;113(1):49–54. https://doi.org/10.1289/ehp.7340.

3. Brown LM, Burmeister LF, Everett GD, Blair A. Pesticide exposures and multiple myeloma in Iowa men. Cancer Causes Control 1993 Mar;4(2):153–6. https://doi.org/10.1007/BF00053156.

4. Pahwa M, Harris SA, Hohenadel K, McLaughlin JR, Spinelli JJ, Pahwa P et al. Pesticide use, immunologic conditions, and risk of non-Hodgkin lymphoma in Canadian men in six provinces. Int J Cancer 2012 Dec;131(11):2650–9. https://doi.org/10.1002/ijc.27522

5. Lee WJ, Cantor KP, Berzofsky JA, Zahm SH, Blair A. Non-Hodgkin's lymphoma among asthmatics exposed to pesticides. Int J Cancer 2004 Aug;111(2):298–302. https://doi.org/10.1002/ijc.20273.

6. Vajdic CM, Fritschi L, Grulich AE, Kaldor JM, Benke G, Kricker A et al. Atopy, exposure to pesticides and risk of non-Hodgkin lymphoma. Int J Cancer 2007 May;120(10):2271–4. https://doi.org/10.1002/ijc.22602.

7. Zhang Y, Dai Y, Zheng T, Ma S. Risk Factors of Non-Hodgkin Lymphoma. Expert Opin Med Diagn 2011 Nov;5(6):539–50. https://doi.org/10.1517/17530059.2011.618185.

8. IARC. Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos. Lyon: 2015.

9. McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 2001 Nov;10(11):1155–63.

10. De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF et al. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med 2003 Sep;60(9):E11. https://doi.org/10.1136/oem.60.9.e11.

11. Cocco P, Satta G, D'Andrea I, Nonne T, Udas G, Zucca M et al. Lymphoma risk in livestock farmers: results of the Epilymph study. Int J Cancer 2013 Jun;132(11):2613–8. https://doi.org/10.1002/ijc.27908.

12. Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer 2008 Oct;123(7):1657–63. https://doi.org/10.1002/ijc.23589.

13. Guyton KZ, Loomis D, Grosse Y, El Ghissassi F, Benbrahim-Tallaa L, Guha N et al.; International Agency for Research on Cancer Monograph Working Group, IARC, Lyon, France. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncol 2015 May;16(5):490–1. https://doi.org/10.1016/S1470-2045(15)70134-8.

14. Cantor KP, Blair A, Everett G, Gibson R, Burmeister LF, Brown LM et al. Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. Cancer Res 1992 May;52(9):2447–55.

15. Hardell L, Eriksson M. A case-control study of non-Hodgkin lymphoma and exposure to pesticides. Cancer 1999 Mar;85(6):1353–60. https://doi.org/10.1002/(SICI)1097-0142(19990315)85:6<1353::AID-CNCR19>3.0.CO;2-1.

16. Hardell L, Eriksson M, Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma 2002 May;43(5):1043–9. https://doi.org/10.1080/10428190290021560.

17. De Roos AJ, Blair A, Rusiecki JA, Hoppin JA, Svec M, Dosemeci M et al. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect 2005 Jan;113(1):49–54. https://doi.org/10.1289/ehp.7340.

18. Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, Lynch CF et al. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. J Natl Cancer Inst 2018 May;110(5):509–16..

19. Morton LM, Wang SS, Cozen W, Linet MS, Chatterjee N, Davis S et al. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes. Blood 2008 Dec;112(13):5150–60. https://doi.org/10.1182/blood-2008-01-133587.

20. Hoar SK, Blair A, Holmes FF, Boysen CD, Robel RJ, Hoover R et al. Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma. JAMA 1986 Sep;256(9):1141–7. https://doi.org/10.1001/jama.1986.03380090081023.

21. Zahm SH, Weisenburger DD, Babbitt PA, Saal RC, Vaught JB, Cantor KP et al. A case-control study of non-Hodgkin's lymphoma and the herbicide 2,4-dichlorophenoxyacetic acid (2,4-D) in eastern Nebraska. Epidemiology 1990 Sep;1(5):349–56. https://doi.org/10.1097/00001648-199009000-00004.

22. McDuffie HH, Pahwa P, Karunanayake CP, Spinelli JJ, Dosman JA. Clustering of cancer among families of cases with Hodgkin Lymphoma (HL), Multiple Myeloma (MM), Non-Hodgkin's Lymphoma (NHL), Soft Tissue Sarcoma (STS) and control subjects. BMC Cancer 2009 Feb;9:70. https://doi.org/10.1186/1471-2407-9-70.

23. Pottern LM, Linet M, Blair A, Dick F, Burmeister LF, Gibson R et al. Familial cancers associated with subtypes of leukemia and non-Hodgkin's lymphoma. Leuk Res 1991;15(5):305–14. https://doi.org/10.1016/0145-2126(91)90005-E.

24. Hohenadel K, Harris SA, McLaughlin JR, Spinelli JJ, Pahwa P, Dosman JA et al. Exposure to multiple pesticides and risk of non-Hodgkin lymphoma in men from six Canadian provinces. Int J Environ Res Public Health 2011 Jun;8(6):2320–30. https://doi.org/10.3390/ijerph8062320.

25. Blair A, Stewart P, Lubin JH, Forastiere F. Methodological issues regarding confounding and exposure misclassification in epidemiological studies of occupational exposures. Am J Ind Med 2007 Mar;50(3):199–207. https://doi.org/10.1002/ajim.20281.

26. von Hippel PT. The heterogeneity statistic I(2) can be biased in small meta-analyses. BMC Med Res Methodol 2015 Apr;15:35. https://doi.org/10.1186/s12874-015-0024-z.

27. Ioannidis JP, Patsopoulos NA, Evangelou E. Uncertainty in heterogeneity estimates in meta-analyses. BMJ 2007 Nov;335(7626):914–6. https://doi.org/10.1136/bmj.39343.408449.80.

28. Brown LM, Dosemeci M, Blair A, Burmeister L. Comparability of data obtained from farmers and surrogate respondents on use of agricultural pesticides. Am J Epidemiol 1991 Aug;134(4):348–55. https://doi.org/10.1093/oxfordjournals.aje.a116096.

29. Blair A, Tarone R, Sandler D, Lynch CF, Rowland A, Wintersteen W et al. Reliability of reporting on life-style and agricultural factors by a sample of participants in the Agricultural Health Study from Iowa. Epidemiology 2002 Jan;13(1):94–9. https://doi.org/10.1097/00001648-200201000-00015.

30. Blair A, Stewart P, Lubin JH, Forastiere F. Methodological issues regarding confounding and exposure misclassification in epidemiological studies of occupational exposures. Am J Ind Med 2007 Mar;50(3):199–207. https://doi.org/10.1002/ajim.20281

31. Blair A, Zahm SH. Methodologic issues in exposure assessment for case-control studies of cancer and herbicides. Am J Ind Med 1990;18(3):285–93. https://doi.org/10.1002/ajim.4700180308.

32. Blair A, Zahm SH. Patterns of pesticide use among farmers: implications for epidemiologic research. Epidemiology 1993 Jan;4(1):55–62. https://doi.org/10.1097/00001648-199301000-00011.

33. Blair A, Zahm SH. Patterns of pesticide use among farmers: implications for epidemiologic research. Epidemiology 1993 Jan;4(1):55–62. https://doi.org/10.1097/00001648-199301000-00011.

34. Morton LM, Slager SL, Cerhan JR, Wang SS, Vajdic CM, Skibola CF et al. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 2014 Aug;2014(48):130–44. https://doi.org/10.1093/jncimonographs/lgu013.

Received for publication: 22 August 2018

# EXHIBIT 3

Cancer Causes & Control
https://doi.org/10.1007/s10552-020-01387-w

BRIEF REPORT

# On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans

Geoffrey C. Kabat[1] · William J. Price[2] · Robert E. Tarone[3]

Received: 13 May 2020 / Accepted: 18 December 2020
© The Author(s), under exclusive licence to Springer Nature Switzerland AG part of Springer Nature 2021

## Abstract

**Purpose** A recent meta-analysis of five case–control studies and one cohort study reported that exposure to glyphosate was associated with increased risk of non-Hodgkin's lymphoma (NHL). The meta-analysis was based on estimates of risk from the included studies at the highest reported exposure level obtained from analyses with the longest lag period. The extent to which the summary estimate depends upon the exposure definitions and assumed latency period is uncertain.

**Methods** We carried out sensitivity analyses to determine how the definition of exposure and the choice of latency period affect the summary estimate from meta-analyses of the 6 studies included in the recent meta-analysis. We also conducted a meta-analysis of ever-exposure to glyphosate incorporating the most updated results from the case–control studies.

**Results** The summary estimates of risk varied considerably depending on both the assumptions about exposure level and latency. Using the highest reported exposure levels, evidence of an association between glyphosate and NHL was strongest when estimates from analyses in the cohort study with a 20-year lag [RR = 1.41 (95% CI 1.13–1.76)] and a 15-year lag [RR = 1.25 (95% CI 1.01–1.25)] were included. In our meta-analysis of ever-exposure with no lag period, the summary relative risk with updated estimates was 1.05 (95% CI 0.87–1.28).

**Conclusion** The results of meta-analyses of glyphosate exposure and NHL risk depend on assumptions made about both exposure level and latency period. Our results for ever-exposure are consistent with those of two recent meta-analyses conducted using somewhat different study inclusion criteria.

**Keywords** Glyphosate · Non-Hodgkin's lymphoma · Meta-analysis · Latency · Bias

## Introduction

Roundup, which contains the active ingredient glyphosate, has been in use for 46 years and is the most popular herbicide worldwide. Risk assessments by numerous international and national health agencies have determined glyphosate to be safe and non-carcinogenic [1]. However, in 2015, the International Agency for Research on Cancer (IARC) classified glyphosate as a "probable carcinogen" [2]. The IARC report has been a source of controversy [1, 3] and has provided the basis for tens of thousands of lawsuits against Roundup's original manufacturer and its successor company [4].

In 2018, following the IARC evaluation, the results of the National Cancer Institute's long-term follow-up of its Agricultural Health Study (AHS) [5] were published, showing no association of glyphosate with more than 20 solid and lymphopoietic cancers, including non-Hodgkin's lymphoma (NHL). In addition to this large prospective cohort study of 54,000 pesticide applicators, a number of case–control studies have examined the association of glyphosate and risk of NHL [6–11].

In a recent meta-analysis of studies of human exposure to glyphosate in relation to risk of NHL, Zhang et al. [12] reported that relatively high exposure was associated with a summary relative risk of 1.41 (95% confidence interval [CI] 1.13–1.75). The meta-analysis was based on estimates of risk from the included studies at highest reported exposure level obtained from analyses with the longest lag period. The selection of risk estimates from the 6 studies included in that

✉ Geoffrey C. Kabat
gckabat@gmail.com

1 New Rochelle, NY, USA

2 College of Agricultural and Life Sciences, University of Idaho, Moscow, ID 83844, USA

3 Rockville, MD, USA

Published online: 15 January 2021



meta-analysis is open to question on a number of grounds: (1) inconsistent definitions of exposure across the studies; (2) evidence of bias in case–control studies; (3) uncertainty about the latency period for NHL; and (4) selection of the highest of available estimates from the AHS [5] and from a pooled analysis of U.S. case–control studies [7].

To address these concerns, we undertook sensitivity analyses based on the five case–control studies and one cohort study included in the Zhang et al. meta-analysis to investigate how substitution of various risk estimates would affect the meta-estimate. We also conducted a meta-analysis of ever-exposure to glyphosate incorporating the most updated results from the case–control studies.

Our re-examination of the Zhang et al. meta-analysis is important for two reasons. First, the question of the carcinogenicity of glyphosate is subject to intense controversy, but has enormous implications for agriculture and the availability of affordable food. Second, in order for a meta-analysis to achieve its objective of providing a more precise and accurate estimate of an association, it is critical to pay attention to the strengths and limitations of the underlying studies and the specific risk estimates selected.

## Methods

### Criteria for selection of studies

For our meta-analysis of ever exposure, we selected studies reported in articles published in peer-reviewed journals in English that included results from the most recently updated analyses. Only studies with direct assessment of specific pesticide use were included (i.e., studies with pesticide exposure inferred from crops grown using crop-exposure matrices were excluded).

### Selection of estimates from the different studies

Estimates for ever exposure to glyphosate, or closely approximating ever exposure, obtained from adjusted analyses were selected for our updated meta-analysis. The AHS reported five different risk estimates for the association of the highest glyphosate exposure level and NHL [5]. For the highest exposure quartile (Q4), the unlagged RR and the RRs for lags of 5, 10, 15, and 20 years were: 0.87, 0.87, 0.83, 0.94, and 1.12, respectively. Zhang et al. selected the 20-year lagged Q4 RR of 1.12 (95% CI 0.83–1.51). RRs for ever exposure to glyphosate were not reported for the AHS [5]. We were unsuccessful in attempts to obtain the ever exposure RRs from AHS investigators, but the RRs for the four quartiles in the unlagged analysis were remarkably consistent (0.83, 0.83, 0.88, and 0.87). Accordingly, we selected the RR from the unlagged analysis for Q4 – 0.87 (95% CI

0.64–1.20)—as an approximation to the RR for ever exposure in the AHS.

Zhang et al. included estimates of 2.12 (95% CI 1.20–3.73) for exposure > 2 days/year from a Canadian case–control study [6] and 2.1 (95% CI 1.1–4.0) for ever-exposure from a pooled analysis of three U.S. case–control studies [7]. The U.S. study also reported an OR of 1.6 (95% CI 0.9–2.8) using an alternate statistical method [7]. We used the more recent NAPP estimate for ever exposure of 1.13 (95% CI 0.84–1.51), that was based on a pooled analysis of the Canadian and the three U.S. case–control studies [11]. The initial pooled analysis of the U.S. studies excluded a number of cases and controls for a variety of reasons, and the analysis of each of 47 pesticides considered was adjusted for exposure to the other 46 pesticides in addition to demographic factors [7]. The larger sample size in the NAPP study (113 exposed cases in Pahwa et al. [11] compared to 87 exposed cases in De Roos et al. [7] and McDuffie et al. [6] combined), and a less complex statistical analysis should result in more stable and precise estimates of risk.

The odds ratio (OR) of 1.85 (95% CI 0.55–6.20) for ever-exposure from Hardell et al. [8] was retained. From the Eriksson et al. study [9], instead of the OR for exposure to > 10 days/year, we selected the OR for ever exposure: 1.51 (95% CI 0.77–2.94) to maintain a consistent exposure definition.

We retained the risk estimate from Orsi et al. [10] for ever exposure of 1.0 (95% CI 0.5–2.2).

### Statistical analysis

Meta-analyses using reported ORs or RRs were carried out under both fixed and random effects models. All analyses assumed inverse variance weighting, where weights for fixed effect models used within-study precision as a measure of variance, and weights for random effects models included an additional variance term to account for between-study heterogeneity. Sensitivity analyses, consisting of meta-analyses that omitted one study at a time, or that substituted alternative RR values from specific studies, were carried out to assess the influence of individual studies and RR values. All computations were carried out using Comprehensive Meta-Analysis software, V3 [13].

## Results

We reproduced the summary fixed model RR of 1.41 (95% CI 1.13–1.76) when using the estimates included in the Zhang et al. meta-analysis [12]. We then carried out sensitivity analyses for Zhang et al. [12], in order to assess the impact of various RR selections when multiple estimates were available for inclusion in the meta-analysis. If the lower



of two estimates (OR 1.6) from De Roos et al. [7] is selected instead of the higher estimate (OR 2.1), then the summary RR estimate only supported an association between glyphosate exposure and NHL risk when the 20-year lagged estimate for Q4 is included from the AHS: summary RR = 1.38 (95% CI 1.11–1.71). If the larger of two estimates from De Roos et al. [7] is selected, then the summary RR estimate supported an association between glyphosate exposure and NHL only when using the 20-year lagged Q4 estimate [12] or using the 15-year lagged Q4 estimate of 0.94: summary RR = 1.25 (95% CI 1.01–1.55).

The updated meta-analysis of ever glyphosate exposure is summarized in Table 1 and Fig. 1. In all scenarios, the estimated heterogeneity was negligible ($I^2 = 0$, $\tau^2 = 0$), and, therefore, the fixed and random estimated RR and associated CI were equal in each case (Table 1). In the meta-analysis including all 5 studies, the summary relative risk was 1.05 (95% CI 0.87–1.28) (Table 1, Fig. 1). In sensitivity analyses excluding one study at a time, the relative risk estimates ranged from 1.00 (95% CI 0.77–1.29) when Pahwa et al. [11] was excluded to 1.19 (95% CI 0.92–1.52) when the AHS [5] was excluded.

As an additional sensitivity analysis for our meta-analysis of ever exposure to glyphosate, we substituted the AHS 20-year lag Q4 estimate of 1.12, which was included in the Zhang et al. meta-analysis, for the unlagged Q4 estimate of 0.87 in our meta-analysis. The average of the RRs for the four quartiles of glyphosate exposure in the 20-year lag analysis is 1.12, so the Q4 RR can be considered an approximation to the ever-exposure RR in the 20-year lag analysis.

**Table 1** Individual study results for ever exposure to glyphosate and NHL risk, and summary relative risks for all studies, and from sensitivity analyses excluding one study at a time

| | RR | LCL | UCL | Weight (%) |
|---|---|---|---|---|
| All studies | | | | |
| 1. Andreotti | 0.87 | 0.64 | 1.19 | 38.5 |
| 2. Eriksson | 1.51 | 0.77 | 2.95 | 8.48 |
| 3. Hardell | 1.85 | 0.55 | 6.21 | 2.59 |
| 4. Orsi | 1.00 | 0.45 | 2.20 | 6.13 |
| 5. Pahwa | 1.13 | 0.84 | 1.52 | 44.3 |
| Summary RR* | 1.05 | 0.87 | 1.28 | $Q^{\dagger} = 3.60$ |
| Sensitivity analyses | | | | |
| Exclude study 1 | 1.19 | 0.92 | 1.52 | $Q = 1.30$ |
| Exclude study 2 | 1.02 | 0.83 | 1.25 | $Q = 2.38$ |
| Exclude study 3 | 1.04 | 0.85 | 1.26 | $Q = 2.75$ |
| Exclude study 4 | 1.06 | 0.86 | 1.29 | $Q = 3.58$ |
| Exclude study 5 | 1.00 | 0.77 | 1.29 | $Q = 3.20$ |

*Because heterogeneity was negligible ($I^2 = \tau^2 = 0$), the fixed effects and random effects summary RRs are identical

†If study estimates are homogeneous, $Q$ has a chi-square distribution with $k - 1$ degrees of freedom, where $k$ = the number of studies

**Fig. 1** Forest plot including all 5 studies in meta-analysis of ever exposure to glyphosate

Substituting the AHS 20-year lag Q4 RR of 1.12 for 0.87 resulted in a summary RR of 1.16 (95% CI 0.96–1.40).

## Discussion

Our sensitivity analyses of Zhang et al. showed that the strength of evidence for an association between glyphosate and NHL risk is dependent upon the selection of estimates from various studies. In particular, the strength of evidence is greater when estimates from the AHS based on assumptions of long latency are selected.

Using risk estimates for ever exposure from the individual studies, updated data from the NAPP, and an unlagged RR from the AHS, glyphosate exposure was not associated with NHL in the meta-analysis including all 5 five studies. Sensitivity analyses indicated that the AHS had the most influence on the magnitude of the summary risk estimate resulting from the meta-analysis. The influence of the AHS would be somewhat greater if the ever-use RR from the unlagged analysis had been reported and made available for inclusion in the meta-analysis, since it would have been more precise [5].

A recent paper [14] examined the risk of bias in the studies of glyphosate and NHL included in the Zhang et al. meta-analysis [12] by tabulating ORs from case–control studies and RRs from cohort studies for pesticides including glyphosate and those not containing glyphosate. A preponderance of ORs for NHL greater than 1.0 for practically all categories of pesticides was interpreted as suggesting recall bias, possibly exacerbated by selection bias. Crump concluded, “This article provides evidence that at least four of the five case–control studies of glyphosate exposure and NHL are contaminated by statistical bias, likely stemming in the main

from recall bias, exacerbated by selection bias in two of the studies." Crump's analysis indicated that the case–control studies by Hardell et al. [6] and Eriksson et al. [7], which contributed the highest odds ratio estimates, might be particularly subject to bias. He also noted that "of the five case-control studies, the study by De Roos et al. (2003) presents considerably less evidence of recall bias" and that the results from the cohort study of Andreotti et al. [5] showed little evidence of statistical bias [14].

Recently, the U.S. Environmental Protection Agency (EPA) issued the results of a meta-analysis of ever exposure to glyphosate using the studies included in the Zhang et al. study [15]. Because the RRs for ever exposure to glyphosate were not reported in the AHS paper [5], the EPA used a fixed effects meta-analysis to combine the 4 quartiles of exposure in the unlagged analysis in the AHS, obtaining an estimated summary relative risk for ever exposure of 0.85 (95% CI 0.73–1.00). Because this estimate was based on the assumption that the RRs for the four quartiles are statistically independent, the confidence interval for this estimate is too narrow. Using this value, which likely gives slightly too much weight to the AHS, in its reanalysis of the six studies included by Zhang et al., EPA obtained a summary relative risk 1.14 (95% CI 0.87–1.50). Because we used the RR of 0.87 for the fourth quartile of exposure as a substitute for the ever exposure RR, our analysis likely gives slightly too little weight to the AHS.

The EPA review also provided empirical evidence that the ORs from two case–control studies were biased and likely overestimated any true relationship between glyphosate and NHL risk [15]. In McDuffie et al. [6], EPA found a pattern of roughly a doubling of the OR for those reporting > 2 days/year compared to ≤ 2 days exposure, for many different pesticides (i.e., not just for glyphosate). The agency considered this indicative of recall bias [15, p. 7, footnote 2]. EPA also noted that the OR estimate of 2.36 (95% CI 1.04–5.37) from Eriksson et al. [9] for more than 10 days of use per year "was based on only 17 cases and 9 controls and was an *unadjusted* effect size." EPA concluded [15, p. 7, footnote 1] that, "Adjustment for age, sex and year of diagnosis/enrollment would bring about a meaningful decrease in the odds ratio for glyphosate had that statistical adjustment been made."

Another recent meta-analysis of ever exposure to glyphosate and NHL risk reported a summary RR estimate of 1.03 (95% CI 0.86–1.21) [16]. This meta-analysis included the five case–control studies used by Zhang et al. [12] and the EPA [15], a European case–control study [17], and a pooled analysis of two European cohort studies and the AHS [18]. Pesticide exposure information in the three European studies was inferred from crops grown using crop-exposure matrices (analogous to the use of job exposure matrices to estimate chemical exposures in observational studies of occupation). Because crop-exposure matrices do not provide specific pesticide exposure information, however, the resulting pesticide use data is of questionable value for epidemiologic studies [19], and we excluded these studies from our analysis.

As noted earlier, we used the 4th quartile of exposure from the AHS as a substitute for ever-exposure, because Andreotti et al. did not publish the RR for ever use of glyphosate [5]. We reasoned that since the RR for the 4th quartile (0.87) was greater than the average of the four quartile RRs (0.83, 0.83, 0.88, and 0.87), this choice was actually conservative as an estimate of the ever-use RR, but provided a reasonable approximation to the ever-use RR.

The Zhang et al. meta-analysis did not assess ever-exposure to glyphosate, but rather purported to examine the hypothesis that relatively heavy exposure to glyphosate was associated with increased NHL risk. Based on their hypothesis they selected the 20-year lagged RR estimate for Q4 to include in their meta-analysis, the only one of the five Q4 RR estimates from the AHS that was greater than 1. The EPA review noted that the largest and highest-quality study—the AHS—failed to support the a priori hypothesis that NHL risk was increased at higher glyphosate exposure levels [15]. Not only was there no evidence of a dose–response for any of the five analyses (with no lag and with four different lag periods), but for the 20-year lag analysis that was preferred by Zhang et al., both the RRs for the first quartile and the second quartile of glyphosate exposure were higher than the fourth quartile RR [5].

We found that the strength of evidence for an association between glyphosate and NHL was greater when estimates from the AHS based on the assumption of long latency were selected. In addition, inclusion of the 20-year lag Q4 RR in our meta-analysis increased the lower confidence bound from 0.87 to 0.96. In order to support their use of the 20-year lag estimate from the AHS in their meta-analysis, Zhang et al. cited a claim by Weisenberger that median latency periods could be 15–20 years for NHL [20]. The Weisenberger estimate was not based on NHL data, however, but rather was a hypothesis based on an early estimate of the latency period for acute leukemia after exposure to benzene [20]. Evidence that NHL risk is associated with benzene exposure remains limited [21, 22]. Furthermore, a recent study indicates that the latency period for acute leukemia after benzene exposure is 10 years or less [23], and a recent review concluded that estimates of latency periods for lymphoma "range from 2 to 10 years" [24]. Long latency periods for NHL cannot be ruled out, but the Zhang et al. preference for a 20-year latency period, like their hypothesis that NHL risk increases with increasing glyphosate level, is open to question.

Meta-analyses are easy to perform and are widely cited, and the number of published meta-analyses cited in PubMed has increased geometrically over the past 30 years [25, 26]. Meta-analysis offers the prospect of obtaining a more

stable and accurate risk estimate by combining a number of smaller studies. However, it is crucial that the studies being combined be of comparable quality and use comparable definitions of exposure. Otherwise, one risks "comparing apples to oranges." Importantly, meta-analysis cannot improve on the quality of the underlying studies. Rather, if biases are not corrected or compensated for, meta-analysis can simply compound their effects [27]. In addition to biases affecting the constituent studies, investigator bias can influence the selection of studies, the specific risk estimates included in the meta-analysis, and various analytic choices. Such biases can be financial, related to professional advancement, or to finding support for one's favored hypothesis.

Although the literature on meta-analysis is extensive, questions remain about when to use—and when not to use—the technique. Regarding meta-analysis of clinical studies, the Cochrane training handbook warns that, even for randomized clinical trials, it may be inappropriate to conduct a meta-analysis, particularly in the face of heterogeneity among studies [28]. A recent systematic scoping review of recommendations regarding methods for meta-analysis of observational studies [29] noted that, because meta-analysis was originally developed to synthesize results of randomized clinical trials, there was a need for sound methodological guidance on the conduct of meta-analyses of observational studies, which lack the protection of randomization. Conflicting recommendations were seen on a number of topics, including the combining of different study designs and the use of quality scales to assess bias [29].

There are indications that, in some situations, combining the results of case–control studies with those of cohort studies may not be appropriate. There are numerous examples where an association of a risk factor (dietary fat, vitamin C, induced abortion, red and processed meat, etc.) with cancer is observed in case–control studies but not in cohort studies [30–35], suggesting that recall and selection bias may affect the quality of exposure information obtained in case–control studies. Regarding quality scales to assess bias, although one may use the Newcastle–Ottawa rating score to assess the quality of the included studies, as Zhang et al. did, the application of rating criteria can be subjective. For example, the assignment of scores of 6 or 7 to the case–control studies and a score of 8 to the AHS by Zhang et al. does not, in our opinion, convey the extent of the superiority of the AHS.

One cannot say definitively that any particular meta-analysis is closest to the truth, which is why sensitivity analyses and evaluation of the hypotheses underlying meta-analyses are essential. In view of theoretical concerns about selection and information bias in case–control studies generally, and empirical evidence for the presence of such bias in most case–control studies of glyphosate and NHL, we conclude that formal quantification of risk in meta-analyses combining the AHS with case–control studies is unwise. All such meta-analyses, including our own, should be interpreted with great caution. The results of the AHS provide the most reliable and precise information regarding the risk of NHL following glyphosate exposure, and combined analyses of the AHS and the case–control studies, rather than enhancing our understanding of the possible association between glyphosate and NHL, may primarily result in diminishing the impact of the AHS.

**Acknowledgments** Dr. Tarone was deposed in December 2019 as an unpaid fact witness in two January 2020 California trials involving Roundup. The purpose of the deposition was to defend his published papers on the IARC glyphosate classification [3]. Dr. Tarone helped design the Agricultural Health Study and coauthored some early papers based on the study.

## Compliance with ethical standards

**Conflict of interest** All authors declared no potential conflicts of interest. No funding was sought or received for the statistical analyses or for writing the paper.

## References

1. Tarazona JV, Court-Marques D, Tiramani M et al (2017) Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC. Arch Toxicol 91:2723–2743

2. Guyton KZ, Loomis D, Gosse Y et al (2015) The carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinnon, and glyphosate. Lancet Oncol 16:490–491

3. Tarone RE (2018) Conflicts of interest, bias, and the IARC Monographs Program. Regul Toxicol Pharmacol 98:A1–A4

4. Loh T, Feeley J (2019) Bayer's roundup headache grows as plaintiffs pile into court. Bloomberg News Oct. 30 https://www.bloomberg.com/news/articles/2019-10-30/bayer-is-now-facing-42-700-plaintiffs-in-roundup-litigation

5. Andreotti G, Koutros S, Hofmann JN et al (2018) Glyphosate use and cancer incidence in the Agricultural Health Study. J Natl Cancer Inst 110:509–516

6. McDuffie HH, Pahwa P, McLaughlin JR et al (2001) Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 10:1155–1163

7. De Roos AJ, Zahm SH, Cantor KP et al (2003) Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med 60:E11

8. Hardell L, Eriksson M, Nordström M (2002) Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case–control studies. Leukemia Lymphoma 43:1043–1049

9. Eriksson M, Hardell L, Carlberg M, Åkerman M (2008) Pesticide exposure as risk factor for non-Hodgkin's lymphoma including histopathological subgroup analysis. Int J Cancer 123:1657–1663

10. Orsi L, Delabre L, Monnereau A et al (2009) Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case–control study. Occup Environ Med 66:291–298

11. Pahwa M, Beane Freeman L, Sinelli JJ et al (2019) Glyphosate use and associations with non-Hodgkin's lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health 45:600–609



12. Zhang L, Rana I, Shaffer RM et al (2019) Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: a meta-analysis and supporting evidence. Mutat Res 781:186–206

13. Borenstein M, Hedges L, Higgins J, Rothstein H (2013) Comprehensive meta-analysis, version 3. Biostat, Englewood

14. Crump K (2020) The potential effects of recall bias and selection bias on the epidemiological evidence for the carcinogenicity of glyphosate. Risk Anal 40:696–704

15. United States Environmental Protection Agency. Glyphosate: Epidemiology Review of Zhang et al and Leon et al (2019) publications for Response to Comments on the Proposed Interim Decision. Jan. 6, 2020 https://www.epa.gov/sites/production/files/2020-01/documents/glyphosate-epidemiological-review-zhang-leon-proposed-interim-decision.pdf

16. Donato F, Pira E, Ciocan C, Boffetta P (2020) Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med Lav 111:63–73

17. Cocco P, Satta G, Dubois S et al (2013) Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. Occup Environ Med 70:91–98

18. Leon ME, Schinasi LH, Lebailly P et al (2019) Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA; a pooled analysis from the AGRICOH consortium. Int J Epidemiol 48:1519–1535

19. Tomenson JA (2017) Re: assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium. Occup Environ Med 74:81

20. Weisenberger DD (1992) Pathological classification of non-Hodgkin's lymphoma for epidemiological studies. Cancer Res 52:5456s–5464s

21. IARC (2019) List of classifications by cancer sites with sufficient or limited evidence in humans, IARC Monographs 1–127 (updated 9 October 2020). https://monographs.iarc.fr/wp-content/uploads/2019/07/Classifications_by_cancer_site.pdf

22. Linet MS, Gilbert ES, Vermeulen R et al (2020) Benzene exposure-response and risk of lymphoid neoplasms in Chinese workers: a multi-center case–cohort study. Am J Ind Med 63:741–754

23. Linet MS, Gilbert ES, Vermeulen R et al (2019) Benzene exposure response and risk of myeloid neoplasms in Chinese workers: a multi-center case-cohort study. J Natl Cancer Inst 111:465–474

24. Howard J (2014) Minimum latency & types or categories of cancer. Centers for Disease Control and Prevention. November 7, 2014. https://www.cdc.gov/wtc/pdfs/policies/wtchpminlatcancer2014-11-07-508.pdf

25. Ioannidis JPA (2016) The mass production of redundant, misleading, and conflicted systematic reviews and meta-analyses. Milbank Q 94:485–514

26. Kabat GC (2020) The two faces of meta-analysis. Significance 17:10–11

27. Greenland S, O'Rourke K (2008) Meta-analysis. In: Rothman KJ, Greenland S, Lash TL (eds) Modern epidemiology. Lippincott Williams & Wilkins, Philadelphia, PA, pp 652–682

28. Cochrane Effective Practice and Organization of Care (EPOC). EPOC Resources for review authors. 2017 https://epoc.cochrane.org/sites/epoc.cochrane.org/files/public/uploads/Resources-for-authors2017/synthesising_results_when_meta-analysis_does_not_make_sense.pdf

29. Mueller M, D'Addario M, Egger M et al (2018) Methods to systematically review and meta-analyse observational studies: a systematic scoping review of recommendations. BMC Med Res Methodol 18:44

30. Boyd NF, Martin LJ, Noffel M et al (1993) A meta-analysis of studies of dietary fat and breast cancer. Br J Cancer 68:627–636

31. Hua YP, Wang GQ, Jiang W et al (2016) Vitamin C intake and pancreatic cancer: a meta-analysis of published case–control and cohort studies. PLoS ONE 11:e0148816

32. Beral V, Bull D, Doll R et al (2004) Breast cancer and abortion: collaborative reanalysis of data from 53 epidemiological studies, including 83,000 women with breast cancer from 16 countries. Lancet 363:1007–1016

33. Zhao Z, Yin Z, Zhao Q (2017) Red and processed meat consumption and gastric cancer risk: a systematic review and meta-analysis. Oncotarget 8:30563–30575

34. Zhao Z, Feng Q, Yin Z et al (2017) Red and processed meat consumption and colorectal cancer risk. Oncotarget 8:83306–83314

35. Solimini AG, Lombardi AM, Palazzo C, De Giusti M (2016) Meat intake and non-Hodgkin's lymphoma: a meta-analysis of observational studies. Cancer Causes Control 27:595–606

**Publisher's Note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.



# EXHIBIT 4

Docket Number EPA-HQ-OPP-2009-0361
www.regulations.gov

# Glyphosate

# Interim Registration Review Decision
# Case Number 0178

## January 2020

Approved by: ______________________
Elissa Reaves, Ph.D.
Acting Director
Pesticide Re-evaluation Division

Date: 1-22-2020

**Table of Contents**

I. INTRODUCTION ... 3
A. Updates Since the Proposed Interim Registration Review Decision was Issued ... 4
B. Summary of Public Comments on the Proposed Interim Decision and Agency Responses ... 5
II. USE AND USAGE ... 8
III. SCIENTIFIC ASSESSMENTS ... 9
A. Human Health Risks ... 9
1. Human Incidents and Epidemiological Analysis ... 10
2. Tolerances ... 10
3. Human Health Data Needs ... 12
B. Ecological Risks ... 12
1. Ecological and Environmental Fate Data Needs ... 13
C. Benefits Assessment ... 13
IV. INTERIM REGISTRATION REVIEW DECISION ... 15
A. Risk Mitigation and Regulatory Rationale ... 15
1. Spray Drift Management ... 15
2. Herbicide Resistance Management ... 17
3. Non-target Organism Advisory ... 17
4. Label Consistency Measures ... 18
B. Tolerance Actions ... 19
C. Interim Registration Review Decision ... 20
D. Data Requirements ... 20
V. NEXT STEPS AND TIMELINE ... 20
A. Interim Registration Review Decision ... 20
B. Implementation of Mitigation Measures ... 21
Appendix A: Summary of Required Actions for Glyphosate ... 22
Appendix B: Required Labeling Changes for Glyphosate Products ... 23
Appendix C: Maximum Application Rates for Glyphosate Ground and Aerial Application ... 28
Appendix D: Endangered Species Assessment ... 33
Appendix E: Endocrine Disruptor Screening Program ... 35

# I. INTRODUCTION

This document is the Environmental Protection Agency's (the EPA or the agency) *Interim Registration Review Decision* (ID) for glyphosate acid (PC Code 417300) and its various salt forms (PC Codes 103601, 103604, 103605, 103607, 103608, and 103613; case 0178), and is being issued pursuant to 40 CFR § 155.56 and 155.58. A registration review decision is the agency's determination whether a pesticide continues to meet, or does not meet, the standard for registration in the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA). The agency may issue, when it determines it to be appropriate, an Interim Registration Review Decision before completing registration review. Among other things, the Interim Registration Review Decision may require new risk mitigation measures, impose interim risk mitigation measures, identify data or information required to complete the review, and include schedules for submitting the required data, conducting the new risk assessment and completing the registration review case. Additional information on glyphosate can be found in the EPA's public docket (EPA-HQ-OPP-2009-0361) at www.regulations.gov.

FIFRA, as amended by the Food Quality Protection Act (FQPA) of 1996, mandates the continuous review of existing pesticides. All pesticides distributed or sold in the United States must be registered by the EPA based on scientific data showing that they will not cause unreasonable risks to human health or to the environment when used as directed on product labeling. The registration review program is intended to make sure that, as the ability to assess and reduce risk evolves and as policies and practices change, all registered pesticides continue to meet the statutory standard of no unreasonable adverse effects. Changes in science, public policy, and pesticide use practices will occur over time. Through the registration review program, the agency periodically re-evaluates pesticides to make sure that as these changes occur, products in the marketplace can continue to be used safely. Information on this program is provided at http://www2.epa.gov/pesticide-reevaluation. In 2006, the agency implemented the registration review program pursuant to FIFRA § 3(g) and will review each registered pesticide every 15 years to determine whether it continues to meet the FIFRA standard for registration.

The EPA is issuing an ID for glyphosate so that it can (1) move forward with aspects of the registration review case that are complete and (2) implement interim risk mitigation (see Appendices A and B). The agency is currently working with the U.S. Fish and Wildlife Service and the National Marine Fisheries Service (collectively referred to as, the Services) to develop methodologies for conducting national threatened and endangered (listed) species assessments for pesticides in accordance with the Endangered Species Act (ESA) § 7. Therefore, although the EPA has not yet fully evaluated risks to federally-listed species, the agency will complete its listed species assessment and any necessary consultation with the Services for glyphosate prior to completing the glyphosate registration review. Likewise, the agency will complete endocrine screening for glyphosate, pursuant to the Federal Food, Drug, and Cosmetic Act (FFDCA) § 408(p), before completing registration review. See Appendices D and E, respectively, for additional information on the listed species assessment and the endocrine screening for the glyphosate registration review.

In addition, in September 2018, the Environmental Working Group (EWG) along with several other stakeholders, collectively referred to as EWG et al. hereafter, petitioned the agency to

reduce the glyphosate tolerance in oats to 0.1 parts per million (ppm) and to require labels for registered glyphosate products to explicitly prohibit the use of glyphosate as a preharvest desiccant. The agency is in the process of reviewing comments submitted on the 2018 EWG et al. petition and responding to the EWG et al. petition; to the extent the issues in the petition impact the registration review case, EPA will incorporate its responses to the petition into its final registration review decision for glyphosate. To view the EWG et al. petition and related documents, visit docket ID: EPA-HQ-OPP-2019-0066 at regulations.gov.

The glyphosate registration review case covers glyphosate acid (PC code 417300) and the following salt forms with active pesticide registrations: isopropylamine salt (PC code 103601), ammonium salt (PC code 103604), ethanol amine salt (PC code 103605), diammonium salt (PC code 103607), dimethyl ammonium salt (PC code 103608), and the potassium salt (PC code 103613). Glyphosate is a non-selective, systemic herbicide with products registered for use in a wide array of both agricultural and non-agricultural settings. Agricultural uses include stone and pome fruits, citrus fruits, berries, nuts, vegetables, cereal grains, and other field crops. Non-agricultural uses include residential spot treatments, aquatic areas, forests, rights-of-way, recreational turf, ornamentals, non-food tree crops, and Conservation Reserve Program land. Glyphosate products are also registered for use on the glyphosate-resistant crops, including alfalfa, corn, soybean, cotton, canola, and sugar beets. The first pesticide product containing glyphosate was registered in 1974; a Reregistration Eligibility Decision (RED) for glyphosate was completed in 1993. Since then, the EPA has reviewed the risk assessments for glyphosate to determine if updates were necessary when new uses were added to glyphosate labels.

This document describes any changes since the Proposed Interim Registration Review Decision (PID), includes a summary of public comments on the PID, and includes the agency's interim registration review decision and the agency's rationale. See the PID for a summary of glyphosate's registration review timeline, use and usage information describing how and why glyphosate is used, the EPA's risk and benefits assessments, and a discussion of risk characterization. The PID also describes the mitigation measures that were proposed to address risks of concern and the regulatory rationale for the EPA's proposed interim registration review decision.

### A. Updates Since the Proposed Interim Registration Review Decision was Issued

In April 2019, the EPA published the PID for glyphosate. Since that time, the agency has reviewed public comments and has made changes to the spray drift management labeling and rotational crop timing language that was proposed in the PID. The changes for spray drift management labeling are as follows: changes in droplet size restrictions, the removal of advisory spray drift statements for airblast applications, and the incorporation of updated swath displacement language for aerial applications. In addition, the agency has updated the language regarding rotational crop timing to provide clearer directions for use. For more information on the changes made to the mitigation proposed in the PID, please refer to Section IV.A. and Appendix A. There have been no additional updates to what was proposed in the PID, nor any updates to the draft risk assessments (DRAs). This document thus finalizes the agency's draft supporting documents *Glyphosate Draft Human Health Risk Assessment for Registration Review* and *Registration Review—Preliminary Ecological Risk Assessment for Glyphosate and Its Salts*,

which are available in the public docket. Along with the ID, the following documents are also posted to the glyphosate docket:

- *Response from the Pesticide Re-evaluation Division to Comments on the Glyphosate Proposed Interim Decision*, dated January 16, 2019
- *Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment*, dated January 13, 2019

### B. Summary of Public Comments on the Proposed Interim Decision and Agency Responses

During the 60-day public comment period for the PID, which opened on May 6, 2019, the agency received comments requesting an extension of the public comment period from the original deadline of July 5, 2019. The agency extended the comment period for 60 days, which then closed on September 3, 2019. During the 120-day comment period, the agency received roughly 283,300 comments. Over 12,000 unique submissions were received from various stakeholders, including glyphosate registrants, grower groups, non-governmental organizations, pesticide industry groups, states, the U.S. Department of Agriculture and members of the general public. Most comments came from mass mailer campaigns, and approximately 120 unique substantive comments were received from various stakeholders.

Along with the ID, the agency is posting the following documents that address comments received on the PID: *Response from the Pesticide Re-evaluation Division to Comments on the Glyphosate Proposed Interim Decision* and *Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment*. Most of the comments received on the PID are substantively the same as comments received during previous glyphosate comment periods on the agency's risk assessments. The *Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment* responds to comments that have not been addressed previously via the December 2016 FIFRA Scientific Advisory Panel (SAP) meeting to discuss the carcinogenic potential of glyphosate[1] or in previous registration review documents for glyphosate. These comments did not result in changes to the agency's risk assessments.

EPA's *Response from the Pesticide Re-evaluation Division to Comments on the Glyphosate Proposed Interim Decision* document combined comments by topic instead of responding to individual stakeholders and directs the public to responses previously provided in EPA documents. Comments specific to the glyphosate mitigation, comments of a broader regulatory nature, and the agency's responses to those comments are summarized below, and some resulted in changes to the mitigation proposed in the PID.

For more detailed responses to comments relating to the human health risk assessment, and EPA's cancer evaluation for glyphosate, see the *Glyphosate: Response to Comments on the Human Health Draft Risk Assessment* and *Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment*. For more detailed responses to

---

[1] Materials from the December 13-16, 2016 FIFRA SAP are posted in docket EPA-HQ-OPP-2016-0385. The final report, the transcript, charge questions, and other materials are also available online: https://www.epa.gov/sap/meeting-materials-december-13-16-2016-scientific-advisory-panel

comments relating to the ecological risk assessment, see the *Response to Public Comments on the Preliminary Ecological Risk Assessment for Glyphosate*. For detailed responses to comments on the use/usage of glyphosate and the benefits, see the *Glyphosate: Response to Comments, Usage, and Benefits (PC Codes: 103601, 103604, 103605, 103607, 103613, 417300)*. All response to comments documents are available in the public docket for glyphosate (EPA-HQ-OPP-2009-0361) and published online[2]. The agency thanks all commenters for their comments and has considered them in developing this ID.

**Comments Regarding the Environmental Working Group (EWG) Petition**

**Comment:** On September 27, 2018, the agency received a petition from the Environmental Working Group, Ben & Jerry's Homemade, Inc., Happy Family Organics, MegaFood, MOM's Organic Market, National Co+op Grocers, Nature's Path Foods Inc., One Degree Organic Foods USA, Inc., and Stonyfield Farms, Inc (EWG et al.). The petitioners requested that the agency reduce the tolerance of the pesticide glyphosate in or on oats from 30 ppm to 0.1 ppm and modify labels to explicitly prohibit preharvest use on oats. The petitioners asserted that the current tolerance level for oats is not protective enough when assessing people's dietary exposure to glyphosate in oats and the potential carcinogenicity of glyphosate. Numerous members of the general public commented in support of the EWG et al. petition. Various stakeholders and numerous farmers commented in opposition of the petition. EWG et al. also provided comments on the PID that were similar in nature to the issues raised in the petition.

**EPA Response:** In accordance with FFDCA section 408(d)(3), EPA published EWG et al.'s petition for a 30-day public comment period on May 6, 2019; the public comment period closed on June 5, 2019. The full petition is posted in docket EPA-HQ-OPP-2019-0066 at www.regulations.gov. The agency is still reviewing the 103,447 comments that were received on the petition. This Interim Decision reflects the conclusions of EPA's most recent risk assessments and does not address the claims raised in the petition, or constitute EPA's response to the petition. The agency anticipates issuing the response to the petition in 2020.

**Comments Regarding the Human Health Risk Assessment**

**Comment:** The agency received comments regarding the human health risk assessment from a wide array of stakeholders. Topics included concerns with the cancer assessment, toxicological studies, protection of children, and detections of glyphosate. Additionally, open literature studies were also identified for the agency's consideration.

**EPA Response:** Comments received regarding the human health risk assessment for glyphosate have been previously addressed in the *Glyphosate: Response to Comments on the Human Health Draft Risk Assessment* (EPA-HQ-OPP-2009-0361-2343). Many of the open literature studies were previously identified and considered by the agency as part of two open literature searches. The remaining studies identified during the public comment period were primarily journal articles published since these searches were conducted. None of the open literature

[2] https://www.epa.gov/ingredients-used-pesticide-products/proposed-interim-registration-review-decision-and-responses-0

studies identified for the agency's consideration were found to have an impact on the glyphosate hazard characterization, cancer assessment, or human health risk assessment. The agency will continue to monitor the open literature for studies that use scientifically sound and appropriate methodology and relevant routes of exposure that have the potential to impact the risk evaluation of glyphosate. For more information, please see the *Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment*, which is available on the public docket.

**Comments Regarding Spray Drift Management**

**Comment:** Several stakeholders, including USDA and NAAA, provided comments on the proposed droplet size requirement of "fine or coarser," suggesting that a larger droplet size may be more appropriate for glyphosate products where glyphosate is the only active ingredient. The commenters expressed concern that using a fine droplet size might increase the risk of drift while providing no improvement on efficacy, due to the fact that glyphosate is a systemic herbicide that needs less coverage than contact pesticides. Commenters also noted that glyphosate is often tank-mixed with other pesticides and that fine droplet size may be appropriate in those cases to allow greater flexibility for tank mixing.

**EPA Response:** The agency is requiring label changes to reduce off-target spray drift and establish a baseline level of protection against spray drift that is consistent across all products containing glyphosate. The agency's goal is to manage off-target spray drift from application of glyphosate while continuing to preserve glyphosate's utility for growers and allow growers continued flexibility when making applications. Since glyphosate is a systemic herbicide, the agency agrees that "medium" or coarser droplet size is appropriate when glyphosate is sprayed as the sole active ingredient, or when tank-mixed with other systemic herbicides. Since glyphosate is a compound that is frequently tank-mixed with other pesticides (*e.g.* when used with an insecticide in a burndown treatment), the agency agrees that a "fine" droplet size is appropriate when tank-mixing with a pesticide product that requires a fine droplet size. The agency is revising the droplet size labeling based on the comments received. Refer to Section IV.A.1. and Appendix B of this Interim Decision for additional information on the required droplet size language.

**Comment:** Commenters noted that it is not appropriate to require enforceable spray drift management language for airblast applications, given that herbicides are not applied via airblast to orchards and vineyards.

**EPA Response:** The agency agrees that airblast application is not an approved application method for glyphosate and has removed this language from the required labeling in Appendix B.

**Comments Regarding Rotational Crop Timing**

**Comment:** The Joint Glyphosate Task Force (JGTF), consisting of 26 member companies, commented on the proposed labeling changes for rotational crop timing, suggesting language that provides clearer directions for use.

**EPA Response:** The agency thanks the JGTF for their comment. The agency has reviewed the suggested language and agrees that the language is more informative and clarifies the directions for use regarding rotational crop timing. Updated label clarification language for rotational crop timing has been included in Appendix B.

**Comments Regarding the JGTF "Glyphosate Master Reference Label"**

**Comment:** The JGTF submitted to the agency a document titled "Glyphosate Master Reference Label," which is intended to be used by registrants to aid in the creation and review of product labels containing glyphosate. The "Glyphosate Master Reference Label" intends to define key elements of a glyphosate end-use product label, including precautionary and other label statements, approved crop and non-crop uses, maximum application rates, methods of application, and application restrictions for specific uses.

**EPA Response:** The agency appreciates the registrant collaboration in identifying currently registered uses of glyphosate in the JGTF's "Glyphosate Master Reference Label". The task force developed this tool as a reference for registrants. While the JGTF's "Glyphosate Master Reference Label" may be used by registrants to aid in label submission, EPA emphasizes that the existing EPA process for reviewing labels as part of registration review still applies.

## II. USE AND USAGE

Glyphosate is a broad-spectrum, systemic glycine herbicide which inhibits the enzyme 5-enolypyruvylshikimate-3-phosphate (EPSP) synthase in plants and inhibits aromatic amino acid synthesis. It is the only herbicide in the Weed Science Society of America's (WSSA) group 9 class and it has a unique mode of action. Glyphosate products are registered as ready-to-use solution, water-dispersible granules, soluble concentrate, emulsifiable concentrate, flowable concentrate, water soluble packaging, pressurized liquid, pellets/tablets, and tree injection shells. It can be applied as a pre-emergent, post-emergent, or as a pre-harvest application to the crop to treat a variety of emerged grass and broadleaf weeds. In a few crops (*e.g.* sugarcane), glyphosate is used as a plant growth regulator.

Glyphosate products are registered for use in a wide array of both agricultural and non-agricultural settings. Agricultural uses include stone and pome fruits, citrus fruits, berries, nuts, vegetables, legumes, cereal grains, and other field crops. Glyphosate products are also registered for use on the following glyphosate-resistant (transgenic) crops: corn, soybean, cotton, canola, sugar beets, and alfalfa. Registered non-agricultural uses include: tree injections, residential spot treatments, aquatic areas, forests, rights-of-way, recreational turf, ornamentals, non-food tree crops, and Conservation Reserve Program land.

Application methods vary for glyphosate and include aircraft, various ground equipment, and various handheld equipment. Application types include: aerial spray, ground boom spray, strip treatment, band treatment, broadcast spray, spot treatment, stump treatment, tree injection, and wipe-on/wiper treatments. The maximum single application rate on labels is up to 8 pounds acid equivalent per acre (lb ae/A) (acid equivalents or ae are used to assess the different acid and salt forms of glyphosate) for the following uses: pastures, non-food tree crops, forestry, aquatic

areas, and non-crop. However, for agricultural row crop uses, maximum single application rates are 1.55 lb ae/A for aerial applications and 3.75 lb ae/A for ground applications. Maximum annual application rates are generally 6 to 8 lbs ae/A, except for residential spot treatments.

The EPA completed a usage analysis for glyphosate by analyzing agricultural market research data from 2012 to 2016. Approximately 281 million pounds of glyphosate was applied to 298 million acres annually in agricultural settings, on average. Most glyphosate was applied to soybean (117.4 million lbs applied annually), corn (94.9 million lbs applied annually), and cotton (20 million lbs applied annually). Many citrus fruits (*e.g.*, grapefruit, oranges, lemons), field crops (*e.g.*, soybean, corn, cotton), and tree nuts (*e.g.*, almonds, walnuts, pistachios) have the highest percentage of their acres treated with glyphosate.

Approximately 24 million pounds of glyphosate are applied to non-agricultural sites annually, on average. The majority of non-agricultural use is in the homeowner market (5 million lbs applied annually), turf (4.9 million lbs applied annually), forestry (3.6 million lbs applied annually), and roadways (3.3 million lbs applied annually).

# III. SCIENTIFIC ASSESSMENTS

## A. Human Health Risks

A summary of the agency's human health risk assessment was presented in the glyphosate PID. The agency used the most current science policies and risk assessment methodologies to prepare a risk assessment in support of the registration review of glyphosate. The EPA thoroughly assessed risks to humans from exposure to glyphosate from all registered uses and all routes of exposure and did not identify any risks of concern.

Both non-cancer and cancer effects were evaluated for glyphosate and its metabolites, aminomethyl phosphonic acid (AMPA) and N-acetyl-glyphosate. The human health risk assessment for glyphosate and supporting documents, including the agency's revised issue paper on the carcinogenic potential of glyphosate, are published in the public registration review docket for glyphosate (EPA-HQ-OPP-2009-0361) at www.regulations.gov. The deliberations of the glyphosate FIFRA SAP meeting on the carcinogenic potential of glyphosate, including the agenda, meeting notes, SAP recommendations, the EPA's presentation to the FIFRA SAP, and other supporting documents are published in the glyphosate FIFRA SAP docket (EPA-HQ-OPP-2016-0385) at www.regulations.gov.

The agency concluded that there are no dietary risks of concern for any segment of the population, even with the most conservative assumptions applied in its assessments (*e.g.*, tolerance-level residues, direct application to water, and 100% crop treated). The agency also concluded that there are no residential, non-occupational bystander, aggregate, or occupational risks of concern.

The EPA has not made a common mechanism of toxicity to humans finding as to glyphosate and any other substance and it does not appear to produce a toxic metabolite produced by other substances. Therefore, it was not appropriate for EPA to assess cumulative risks.

For additional details on the human health assessment for glyphosate, see the *Glyphosate Draft Human Health Risk Assessment for Registration Review*, which is available in the public docket.

### 1. Human Incidents and Epidemiological Analysis

The EPA conducted human health incident reviews for glyphosate in February 2014 and in October 2018. Thousands of glyphosate incidents were reported but most reported incidents were minor in severity. The high number of reported incidents across the databases is likely a result of glyphosate being among the most widely-used pesticides in the United States by volume. Health effects reported in the incident databases included dermal, ocular, and respiratory symptoms and effects were generally mild and resolved rapidly. While the agency recently received information regarding litigation related to glyphosate human health incident claims, submitted under the FIFRA 6(a)2 adverse event reporting requirement, the agency does not comment on private litigation. EPA has thoroughly evaluated potential human health risk associated with exposure to glyphosate and determined that there are no risks to human health from the current registered uses of glyphosate and that glyphosate is not likely to be carcinogenic to humans. The agency will continue to monitor incident information and additional analyses will be conducted if ongoing human incident monitoring indicates a concern.

The medical-case literature was reviewed, and most accidental ingestion of glyphosate formulations result in mild symptoms. Intentional ingestions caused moderate to severe symptoms and involved multiple organ systems.

The epidemiological literature was also reviewed but most studies were hypothesis-generating in nature. The EPA found there was insufficient evidence to conclude that glyphosate plays a role in any human diseases. Since the last EPA review of the epidemiological literature, two studies regarding the association between glyphosate exposure and non-Hodgkin's Lymphoma (NHL) were identified for detailed review by the agency; however, these studies did not impact the agency's assessment. For more information, refer to *Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment*, which is available on the public docket.

For more information on reported human incidents, see the *Glyphosate: Tier II Incident Report*, available in the in the public docket for glyphosate.

### 2. Tolerances

Tolerances are established for residues of glyphosate in/on numerous plant commodities in 40 CFR § 180.364. Glyphosate tolerances range from 0.2 to 400 ppm. The EPA evaluated the glyphosate residue chemistry database to determine if the established tolerances conform to current practices and to determine whether updates were necessary for current crop group/subgroup definitions. The EPA intends to establish new tolerances for various vegetable and fruit groups and subgroups, as listed in Table 1. Upon establishment of these new crop group tolerances, EPA intends to remove the following individual tolerances, since they will no longer be needed: acerola; aloe vera; ambarella; asparagus; atemoya; avocado; bamboo, shoots; banana; biriba; breadfruit; cactus, fruit; cactus, pads; canistel; cherimoya; custard apple; date, dried fruit;

durian; feijoa; fig; fruit, stone, group 12; guava; ilama; imbe; imbu; jaboticaba; jackfruit; longan; lychee; mamey apple; mango; mangosteen; marmaladebox; noni; nut, tree, group 14; olive; palm heart; papaya; papaya, mountain; passionfruit; pawpaw; persimmon; pineapple; pistachio; pomegranate; pulasan; rambutan; rose apple; sapodilla; sapote, black; sapote, mamey; sapote, white; soursop; Spanish lime; star apple; starfruit; sugar apple; Surinam cherry; tamarind; vegetable, leafy, brassica, group 5; vegetable, leafy, except brassica, group 4; watercress, upland; and wax jambu. Additionally, EPA is requiring eliminating trailing zeros listed in tolerances consistent with agency policy.

**Table 1. Required Changes to the Tolerance Levels or Commodity Definitions for Glyphosate.**

| Current | | Required Change | | Comment |
|---|---|---|---|---|
| **Commodity** | **Tolerance (ppm)** | **Commodity** | **Tolerance (ppm)** | |
| Soybean, forage | 100.0 | Soybean, forage | 100 | Correct number of significant figures to be consistent with EPA policy |
| Soybean, hay | 200.0 | Soybean, hay | 200 | |
| Soybean, hulls | 120.0 | Soybean, hulls | 120 | |
| Soybean, seed | 20.0 | Soybean, seed | 20 | |
| Fruit, stone, group 12 | 0.2 | Fruit, stone, group 12-12 | 0.2 | Update to the current crop group definitions; coconut was excluded from the tree nut crop group tolerances as the residues were not within 5x (coconut tolerance at 0.1 ppm) |
| Nut, tree, group 14 | 1.0 | Nut, tree, group 14-12 (except coconut) | 1.0 | |
| Vegetable, leafy, except brassica, group 4 | 0.2 | Vegetable, leafy, group 4-16 | 0.2 | Update to the current crop group definitions |
| Vegetable, leafy, brassica, group 5 | 0.2 | Vegetable, *Brassica*, head and stem, group 5-16 | 0.2 | |
| Several | 0.2-0.5-- | Vegetable, stalk and stem, subgroup 22A | 0.5 | |
| | 0.2 | Vegetable, leaf petiole, subgroup 22B | 0.2 | |
| | 0.2 | Fruit, tropical and subtropical, edible peel, group 23 | 0.2 | |
| | 0.2 | Fruit, tropical and subtropical, small fruit, inedible peel, group 24A | 0.2 | |
| | 0.2 | Fruit, tropical and subtropical, medium to large fruit, smooth, inedible peel, group 24B | 0.2 | |
| | 0.2 | Fruit, tropical and subtropical, large fruit, rough or hairy, inedible peel, group 24C | 0.2 | |
| | 0.2 | Fruit, tropical and subtropical, vine, inedible peel, group 24E | 0.2 | |

In accordance with FFDCA, the agency will be conducting rulemaking to implement any tolerance changes identified for glyphosate.

As noted in the PID, the agency received a September 27, 2018 petition from the Environmental Working Group et al., requesting that the agency reduce the tolerance of the pesticide glyphosate in or on oats and modify labels to explicitly prohibit preharvest use on oats. The agency issued a Federal Register Notice of Filing for public comment in a separate docket, EPA-HQ-OPP-2019-0066. This Interim Decision reflects the conclusions of EPA's most recent risk assessments and

does not address the claims raised in the petition or provide EPA's response to the petition. The agency anticipates issuing the response to the petition in 2020.

### 3. Human Health Data Needs

No additional human health data needs have been identified for the glyphosate registration review beyond the human health data required as part of the registration review DCI, which has been satisfied.

## B. Ecological Risks

A summary of the agency's ecological risk assessment was presented in the PID. The agency used the most current science policies and risk assessment methodologies to prepare a risk assessment in support of the registration review of glyphosate.

The agency did not identify potential risks of concern for fish, aquatic invertebrates, or aquatic-phase amphibians. Low or limited potential risks of concern were identified for mammals and birds. Consistent with its mode of action as an herbicide, potential risks to non-target terrestrial and aquatic plants were primarily from spray drift and the resulting distances from the edge of the field to below toxicity threshold were heavily dependent on the application rate used. Given its importance as a critical food resource for the monarch butterfly, the agency also completed a spray drift analysis for common milkweed, with those results being similar to distances calculated for other terrestrial plants tested in ecotoxicity tests (*i.e.*, cucumber).

Based on an adult honey bee acute contact and oral toxicity tests, the likelihood of acute adverse effects to adult bees is considered low at application rates up to 5.7 lb a.e./A; however, it is uncertain if effects would occur at higher application rates (i.e., up to 8 lb a.e./A). In a colony-level study, no adverse effects (acute or sublethal) were reported based on exposure to residues from an application at a rate of 1.92 lb ae/A. However, the full suite of Tier I toxicity studies are unavailable to fully assess potential risk to bees at the individual and/or colony level.

The agency believes that additional data may be necessary to fully evaluate risks to bees. Although the agency did not identify the need for these additional data to evaluate potential effects to bees when initially scoping the registration review for glyphosate, the Problem Formulation and registration review generic data call-in (GDCI) for glyphosate were both issued prior to publication of the June 2014 harmonized *Guidance for Assessing Pesticide Risks to Bees*[3]. This 2014 guidance lists additional laboratory-based studies of individual bees and based on the results of those studies, possible colony-level studies, that were not included in the glyphosate registration review GDCI. Therefore, the agency is currently determining whether additional bee toxicity and exposure data are needed for glyphosate. If the agency determines that additional data are necessary to help make a final registration review decision for glyphosate, then EPA will issue a GDCI to obtain these data. The pollinator studies that could be required for glyphosate are listed in Table 2.

[3] http://www2.epa.gov/sites/production/files/201406/documents/pollinator_risk_assessment_guidance_06_19_14.pdf

Table 2: Potential Pollinator Data Requirements

| Guideline # | Study |
|---|---|
| Tier 1 | |
| 850.3020 | Acute contact toxicity study with adult honey bees |
| 850.3030 | Honey bee toxicity of residues on foliage |
| Non-Guideline (OECD 213) | Honey bee adult acute oral toxicity |
| Non-Guideline (OECD 237) | Honey bee larvae acute oral toxicity |
| Non-Guideline (OECD 245) | Honey bee adult chronic oral toxicity |
| Non-Guideline OECD 239) | Honey bee larvae chronic oral toxicity |
| Tier 2† | |
| Non-Guideline | Field trial of residues in pollen and nectar |
| Non-Guideline (OECD 75) | Semi-field testing for pollinators |
| Tier 3† | |
| 850.3040 | Full-Field testing for pollinators |

† The need for higher tier tests for pollinators will be determined based upon the results of lower tiered tests and/or other lines of evidence and the need for a refined pollinator risk assessment.

The EPA is currently working with its federal partners and other stakeholders to implement an interim approach for assessing potential risk to listed species and their designated critical habitats. Once the scientific methods necessary to complete risk assessments for listed species and their designated critical habitats are finalized, the agency will complete its endangered species assessment for glyphosate. The draft biological evaluation for glyphosate is anticipated in 2020.

The agency conducted a review of ecological incidents and determined the majority of the glyphosate incidents are for terrestrial plants. Most plant incidents involved spray drift onto adjacent agricultural crops and grass. Fewer incidents were reported for terrestrial and aquatic wildlife.

For additional details on the ecological assessment for glyphosate, see the *Registration Review—Preliminary Ecological Risk Assessment for Glyphosate and Its Salts*, which is available in the public docket.

### 1. Ecological and Environmental Fate Data Needs

The ecological effects data required as part of the glyphosate registration review DCI were received and found to be adequate for risk assessment. The agency will issue a DCI for additional pollinator data as part of a separate action if it determines that additional pollinator data are necessary to help make a final registration review decision for glyphosate.

## C. Benefits Assessment

Glyphosate is the most commonly used agricultural herbicide in the United States. It is a broad-spectrum herbicide that provides postemergence control of broadleaf, sedge, and grass weeds with minimal residual toxicity to crops or non-target vegetation. Glyphosate is a unique herbicide as it is the only herbicide classified as a Group 9 herbicide by the WSSA, which acts by inhibiting the enzyme EDSP synthase in plants and inhibiting aromatic amino acid synthesis.

Glyphosate is a relatively inexpensive herbicide to apply in agricultural situations, with the cost of applications to most crops ranging $1 to $13 per acre.

Glyphosate products are registered for use in agriculture, including horticulture, viticulture, and silviculture, as well as non-agricultural sites including commercial, industrial, and residential areas. Current glyphosate-resistant field crops are soybean, corn, cotton, canola, alfalfa, and sugar beet. Many of these crops, such as corn, cotton, soybean, and sugar beet, have exceptionally high percentages of their acreage treated with glyphosate (approximately 90 percent of acres treated in each crop). Genetically-engineered (transgenic) glyphosate-resistant (GR) varieties of these crops can be sprayed over-the-top with minimal or no crop phytotoxicity, and glyphosate may also be used as a pre-plant burndown in many of these crops. On average, 84 percent of glyphosate applied in agricultural settings, in terms of pounds, is applied to soybeans, corn, or cotton per year.

Glyphosate is also beneficial as part of weed control programs in orchards and specialty crops. Glyphosate use is prevalent in orchards and vineyards, and most acres of crops such as tree nuts, citrus, and grapes are treated with glyphosate. Glyphosate is the most versatile herbicide in orchard floor management because it may be used for under tree weed control, chemical wiping, chemical mowing, and spot treatment. Since glyphosate controls a broad spectrum of weeds and does not have residual soil activity, it can be used to control emerged weeds prior to planting high value crops such as fruits and vegetables, for which growers sometimes have limited weed control options.

Glyphosate is also important for noxious and invasive weed control in aquatic systems, pastures/rangelands, public lands, forestry, and rights-of-way. Invasive weeds controlled by glyphosate include cattails and water hyacinth, which can impede water flow and irrigation. Improper weed management can cause water to stagnate, providing a breeding habitat for mosquitos. Therefore, effective weed control is important for controlling mosquito-borne diseases. Glyphosate is also important for habitat restoration efforts. It is used to control invasive annual, perennial, and woody plants in riparian habitats and rangeland. Glyphosate use in rights-of-way helps keep roadways and railroad tracks safe by protecting the stability of the surface, maintaining visibility for operators, and allowing for the distribution of goods, services, and utilities (gas and electric). Glyphosate is the most frequently used active ingredient used to control invasive species in the United States.

Glyphosate is a versatile active ingredient and can be applied with many different types of application equipment depending on the needs of the user. In addition to the broadcast spray applications, it can be applied via application methods such as cut stump treatment, stem/tree injection, wick applications, spot treatment, and as a directed spray.

For more information on the benefits of glyphosate, see the *Glyphosate: Response to Comments, Usage, and Benefits*. In addition, the USDA provided non-agricultural usage information as a 2018 comment in the glyphosate public docket (EPA-HQ-OPP-2009-0361-1618), which furthered the agency's understanding of the benefits of glyphosate to this sector.

# IV. INTERIM REGISTRATION REVIEW DECISION

## A. Risk Mitigation and Regulatory Rationale

The EPA did not identify any human health risks from exposure to glyphosate. The agency identified potential ecological risk to mammals and birds, but these risks are expected to be limited to the application area or areas near the application area. The EPA also identified potential risk to terrestrial and aquatic plants from off-site spray drift, consistent with glyphosate's use as an herbicide.

Glyphosate is a versatile herbicide that provides a broad spectrum of weed control across numerous agricultural and non-agricultural sites. Glyphosate is generally inexpensive in agricultural settings. Glyphosate is important in the management of invasive/noxious weeds and is a critical tool for habitat restoration efforts for rangeland and pastures. It is used for weed management for rights-of-way, forestry, industrial settings, residential areas, and aquatic environments.

The EPA concludes that the benefits outweigh the potential ecological risks when glyphosate is used according to label directions. To reduce off-site spray drift to non-target organisms, the agency is requiring spray drift management labeling. Since the PID was issued and in response to comments, the agency has made changes to the spray drift management language relating to droplet size, updated the swath displacement language based on current EPA policy, and removed the proposed advisory spray drift language for application via airblast, as airblast is not an application method used for glyphosate. In addition, EPA has adjusted the required language for rotational crop timing information based on the comments received. All required mitigation measures are detailed in Appendices A and B.

### 1. Spray Drift Management

The agency is requiring label changes to reduce off-target spray drift and establish a baseline level of protection against spray drift that is consistent across all glyphosate products. Reducing spray drift will reduce the extent of environmental exposure and risk to non-target plants and animals. Although the agency is not making a complete endangered species finding at this time, these label changes are expected to reduce the extent of exposure and may reduce risk to listed species whose range and/or critical habitat co-occur with the use of glyphosate.

The agency is requiring the following spray drift mitigation language to be included on all glyphosate product labels for products applied by liquid spray application. The required spray drift language is intended to be mandatory, enforceable statements and supersede any existing language already on product labels (either advisory or mandatory) covering the same topics. The agency is providing recommendations which allow glyphosate registrants to standardize all advisory language on glyphosate product labels. Registrants must ensure that any existing advisory language left on labels does not contradict or modify the new mandatory spray drift statements required in this ID once added to the labels.

- Applicators must not spray during temperature inversions.

- For aerial applications, do not apply when wind speeds exceed 15 mph at the application site. If the wind speed is greater than 10 mph, the boom length must be 65% or less of the wingspan for fixed wing aircraft and 75% or less of the rotor blade diameter for helicopters. Otherwise, the boom length must be 75% or less of the wingspan for fixed-wing aircraft and 90% or less of the rotor diameter for helicopters.
- For aerial applicators, if the windspeed is 10 miles per hour or less, applicators must use ½ swath displacement upwind at the downwind edge of the field. When the windspeed is between 11-15 miles per hour, applicators must use ¾ swath displacement upwind at the downwind edge of the field.
- For aerial applications, the release height must be no higher than 10 feet from the top of the ground or crop canopy, unless a greater application height is required for pilot safety.
- For ground boom applications, apply with the release height no more than 4 feet above the ground or crop canopy.
- For ground and/or aerial applications, select nozzle and pressure that deliver Medium or coarser droplets as indicated in nozzle manufacturer's catalogues and in accordance with American Society of Agricultural & Biological Engineers Standard 572.1 (ASABE S572.1), unless tank-mixing with a pesticide product that requires use of a finer droplet size (ASABE S572.1). If a finer droplet size is used, applicators are required to use a Fine or coarser droplet size (ASABE S572.1).

The agency's goal is to manage off-target spray drift from applications of glyphosate while continuing to preserve glyphosate's utility for growers and allow growers continued flexibility when making applications. The agency assessed the potential impact on growers of the required spray drift management restrictions and has determined that these measures are not expected to substantially reduce the benefits of glyphosate to users. Prohibiting glyphosate applications during temperature inversions may impact the usability of glyphosate products by reducing the amount of time users have to apply glyphosate, but growers can switch to other products if they encounter temperature inversions.

For the PID, the EPA considered the impact of requiring "fine" or coarser droplets (*i.e.*, requiring growers to deliver droplets no smaller than "fine") on glyphosate labels and determined that such a requirement was not likely to affect the efficacy of glyphosate when used alone since it is a systemic herbicide. The agency is now requiring "medium" or coarser droplet size where glyphosate is the sole active ingredient being applied in order to further reduce drift. Efficacy is anticipated to be unaffected based on comments received from the public. Glyphosate is a compound that is frequently tank-mixed with other herbicides. Given that the language provides flexibility with droplet size for tank-mixed partners, the EPA does not expect there would be concerns for tank mixing with other herbicides. However, since glyphosate can be applied as a burndown treatment, insecticides may be included in the tank mix. Insecticides are generally considered to provide better efficacy with smaller droplets, therefore EPA is allowing "fine" droplets for use in tank mixes with active ingredients that require "fine" or coarser droplets. The EPA is uncertain if requiring "fine" droplets will impact the efficacy of insecticides tank-mixed with glyphosate because some insecticides could be more effective at droplet sizes smaller than "fine" (such as "very fine" or "extremely fine"). If reduced efficacy occurred, the agency would expect growers to respond by increasing the application rates (if allowed by the label), increasing

the number of applications, increasing the application rates of tank-mix partners, making additional applications, or switching to a different active ingredient.

In addition to including the spray drift restrictions on glyphosate labels, all references to volumetric mean diameter (VMD) information for spray droplets are required to be removed from all glyphosate labels where such information currently appears. The new language above, which cites ASABE S572.1, eliminates the need for VMD information.

### 2. Herbicide Resistance Management

On August 24, 2017, the EPA finalized a Pesticide Registration Notice (PRN or Notice) on herbicide resistance management.[4] Consistent with the Notice, the EPA is requiring the implementation of herbicide resistance measures for existing chemicals during registration review, and for new chemicals and new uses at the time of registration. In registration review, herbicide resistance elements will be included in every herbicide PID and ID.

The development and spread of herbicide-resistant weeds in agriculture is a widespread problem that has the potential to fundamentally change production practices in U.S. agriculture. While herbicide-resistant weeds have been known since the 1950s, the number of species and their geographical extent has been increasing rapidly. Currently there are over 250 weed species worldwide with confirmed herbicide resistance. In the United States, there are over 155 weed species with confirmed resistance to one or more herbicides.

Management of herbicide-resistant weeds, both in controlling established herbicide-resistant weeds and in slowing or preventing the development of new herbicide-resistant weeds, is a complex problem without a simple solution. Coordinated efforts of growers, agricultural extension, academic researcher, scientific societies, pesticide registrants, and state and federal agencies are required to address this problem.

The EPA is requiring measures for the pesticide registrants to provide growers and users with detailed information and recommendations to slow the development and spread of herbicide resistant weeds. This is part of a more holistic, proactive approach recommended by crop consultants, commodity organizations, professional/scientific societies, researchers, and the registrants themselves.

### 3. Non-target Organism Advisory

The protection of pollinators and other non-target organisms is a priority for the agency. While the agency did not identify risks to individual bees from glyphosate applications at rates below 5.7 lb ae/A, risks to terrestrial invertebrates at higher application rates are uncertain. In addition, glyphosate may impact non-target plants via spray drift and impact nectar sources and habitat for pollinators and other non-target organisms. EPA is requiring a non-target organism advisory to alert users of potential impact to non-target organisms: “This product is toxic to plants and may adversely impact the forage and habitat of non-target organisms, including pollinators, in areas

[4] PRN 2017-2, “Guidance for Herbicide Resistance Management Labeling, Education, Training, and Stewardship”

adjacent to the treated site. Protect the forage and habitat of non-target organisms by following label directions intended to minimize spray drift."

### 4. Label Consistency Measures

There are currently 557 Section 3 registrations and 37 Section 24(c) registrations for glyphosate. Label directions for glyphosate vary significantly from label to label, and newer stamped labels in general have more comprehensive instructions than older labels. The EPA is requiring all glyphosate labels to be updated to modern standards. The specific components of the label that require updates are as follows: the maximum application parameters, the environmental hazards statement for aquatic use, and clarification on rotational crop timing. In addition, the agency is providing guidance to glyphosate registrants on acceptable marketing statements.

*Maximum Application Parameters*

In 2013, at the agency's request and in preparation for risk assessment, the Joint Glyphosate Task Force, a consortium of glyphosate registrants, created a *Use Summary Matrix*, which was intended to summarize all use sites being supported as part of registration review and outline important application parameters such as maximum single and yearly application rates. EPA's risk assessments for glyphosate were based on maximum application parameters as described in the *Use Summary Matrix*. The maximum application rates on glyphosate labels must be consistent with the maximum application rates that were assessed by the agency and supported by the Joint Glyphosate Task Force. These maximum application parameters are described in Appendix C of this document.

Many older glyphosate labels do not define any maximum application parameters. EPA is requiring that maximum application parameters be clearly defined on all glyphosate labels and must not exceed the maximum application parameters as described in Appendix C. It is not EPA's intention to change the current application rates on glyphosate labels, but the agency is requiring defined rate limits in order to establish better consistency and clarity on labels. Appendix C lists the maximum application parameters by use site for both aerial and ground application.

*Statements for Aquatic Uses*

The EPA is requiring updated environmental hazards statements for aquatic use products to be consistent with modern standards and to be in line with newer pesticide labels. The glyphosate Reregistration Eligibility Decision (RED) issued in 1993 specified that glyphosate labels formulated for aquatic use have language intended to warn users of potential fish suffocation from aquatic applications. The EPA is requiring updates to the existing language to be consistent with current labeling guidance (see the EPA's Label Review Manual, and Table 4 below).

An additional statement under "directions for use" for aquatic use labels is required to instruct users to apply in strips to help avoid oxygen depletion when emerged weed infestations cover the total surface area of an impounded water body (see Table 4 below).

**Table 4. Statements Required for Glyphosate for Aquatic Use**

| Product Type | Statement |
|---|---|
| Environmental hazards: for labels with terrestrial uses only | "Do not apply directly to water, to areas where surface water is present or to intertidal areas below the mean high-water mark. Do not contaminate water when cleaning equipment or disposing of equipment wash waters and rinsate." |
| Environmental hazards: for labels with aquatic uses only | "Killing aquatic weeds can result in depletion or loss of oxygen in the water due to decomposition of dead plant material. This oxygen loss can cause fish suffocation. Consult with your State agency with primary responsibility for regulating pesticides before applying to public waters to determine if a permit is required. Do not contaminate water when cleaning equipment or disposing of equipment wash waters and rinsate." |
| Environmental hazards: for labels with both aquatic and terrestrial uses | "Killing aquatic weeds can result in depletion or loss of oxygen in the water due to decomposition of dead plant material. This oxygen loss can cause fish suffocation. Consult with your State agency with primary responsibility for regulating pesticides before applying to public waters to determine if a permit is required. For terrestrial uses, do not apply directly to water, to areas where surface water is present or to intertidal areas below the mean high-water mark [*Optional text, if applicable*: except when applying this product by air over the forest canopy]. Do not contaminate water when cleaning equipment or disposing of equipment wash waters and rinsate." |
| Directions for use for aquatic uses | "When emerged weed infestations cover the total surface area of an impounded waterbody, apply this product to the emerged vegetation in strips to help avoid oxygen depletion in the water due to decaying vegetation. Oxygen depletion in the water can result in increased fish mortality." |

*Clarification on Rotational Crop Timing*

Many glyphosate labels lack instructions for crop rotation. The EPA is requiring the clarification that treated fields may be rotated to a labeled crop at any time. For fields being rotated to a non-labeled crop, any glyphosate application must be made a minimum of 30 days prior to planting. EPA is updating the language that was proposed in the PID to further clarify the instructions on rotational crop timing based on public comments received.

*Label Claims*

During meetings with the agency in 2018, the Joint Glyphosate Task Force proposed to clarify on existing labels a statement about how glyphosate works. The following statement is being required: "Glyphosate works by targeting an enzyme that is essential for plant growth." The revision is consistent with the requirements of 40 CFR § 156.10(a)(5). Registrants may use alternate claims, as long as alternate claims meet labeling requirements. Registrants can refer to 40 CFR § 156.10(a)(5) for requirements regarding label claims prior to submitting updated labels for registration review.

## B. Tolerance Actions

The EPA is requiring the following revisions for glyphosate tolerances: adjusting the number of significant figures, establishing new tolerances for various vegetable and fruit groups/subgroups, and deleting certain older tolerances which are no longer needed due to the new tolerance

groupings. Refer to Section III.A.3 of this document for the required tolerance changes. The agency will use its FFDCA rulemaking authority to make the needed changes to the tolerances. The agency intends to address the tolerance revisions requested by the EWG et al. petitioners in its response to their petition and has not addressed them in this document.

### C. Interim Registration Review Decision

In accordance with 40 CFR § 155.56 and 155.58, the agency is issuing this Interim Registration Review Decision. Except for the EDSP, ESA, and resolution of the EWG et al. petition, the agency has made the following Interim Registration Review Decision: (1) no additional data are required at this time; and (2) changes to the affected registrations and their labeling are needed, as described in Section IV. A. and Appendices B and C. This document finalizes the agency's draft supporting documents: *Glyphosate Draft Human Health Risk Assessment for Registration Review*, and *Registration Review—Preliminary Ecological Risk Assessment for Glyphosate and Its Salts.*

In this interim registration review decision, the EPA is making no human health or environmental safety findings associated with the EDSP screening of glyphosate, nor is it making a complete endangered species finding. This interim registration review decision does not address the specific claims raised in the EWG et al. petition, nor does it constitute EPA's response to the petition. Although the agency is not making a complete endangered species finding at this time, the mitigation described in this document is expected to reduce the extent of environmental exposure and may reduce risk to listed species whose range and/or critical habitat co-occur with the use of glyphosate. The agency's final registration review decision for glyphosate will be dependent upon the result of the agency's ESA assessment and any needed section 7 consultation with the Services, an EDSP FFDCA section 408(p) determination, and after a resolution of the EWG et al. petition.

### D. Data Requirements

No additional data are required for this registration review at this time. The EPA will consider requiring the glyphosate registrants to submit pollinator data as a separate action.

## V. NEXT STEPS AND TIMELINE

### A. Interim Registration Review Decision

A Federal Register Notice will announce the availability of this Interim Registration Review Decision for glyphosate. A final decision on the glyphosate registration review case will occur after: (1) an EDSP FFDCA §408(p) determination, (2) an endangered species determination under the ESA and any needed §7 consultation with the Services, and (3) a resolution of the EWG et al. petition. This document finalizes the agency's draft supporting documents: *Glyphosate Draft Human Health Risk Assessment for Registration Review*, and *Registration Review—Preliminary Ecological Risk Assessment for Glyphosate and Its Salts.*

**B. Implementation of Mitigation Measures**

Given the anticipated timeframe for the agency's response to the EWG et al. petition in 2020, labels should not be submitted at this time. Once the agency completes its response to the petition, it will issue letters to glyphosate registrants requesting label submission to incorporate the glyphosate required interim risk mitigation (see Appendices A, B, and C), which will be posted to the docket. Revised labels and requests for amendment of registrations will be required for submission to the agency for review within 60 days following the issuance of letters.

Docket Number EPA-HQ-OPP-2009-0361
www.regulations.gov

**Appendix A: Summary of Required Actions for Glyphosate**

| Registration Review Case#: 0178<br>PC Codes: 103601, 103604, 103605, 103607, 103608, 103613, 417300<br>Chemical Type: herbicide<br>Chemical Family: glycine derivative<br>Mode of Action: targets the 5-enolpyruvyl-3-shikimate phosphate synthase enzyme | | | | | | |
|---|---|---|---|---|---|---|
| Affected Population(s) | Source of Exposure | Route of Exposure | Duration of Exposure | Potential Risk(s) of Concern | Required Actions | Comment |
| Terrestrial and aquatic plants | Spray drift | Foliar absorption | Acute Chronic | Survival, biomass | Require enforceable spray drift management language; updated environmental hazards language | |
| Birds | Residues on food items (via deposition or spray drift) | Dietary | Acute Chronic | Growth | Require enforceable spray drift management language | Risks are likely limited to the field and areas near the application field. |
| Mammals | Residues on food items (via deposition or spray drift) | Dietary | Acute Chronic | Growth and reproduction | Require enforceable spray drift management language | Risks to are likely limited to the field and areas near the application field. |
| Terrestrial invertebrates | Residues on nectar sources (via deposition or spray drift) | Dietary | Acute Chronic | Effects on nectar sources of terrestrial invertebrates | Non-target organism environmental hazards language | Risks to bees are uncertain at application rates higher than 1.9 lb ae/A. The agency may require additional pollinator data to fully assess risk to terrestrial invertebrates. |

## Appendix B: Required Labeling Changes for Glyphosate Products

<table>
<tr><th>Description</th><th>Required Label Language for Glyphosate Products</th><th>Placement on Label</th></tr>
<tr><td></td><td>End Use Products</td><td></td></tr>
<tr><td>Mechanism of Action Group Number</td><td>Note to registrant:<br>• Include the name of the ACTIVE INGREDIENT in the first column<br>• Include the word “GROUP” in the second column<br>• Include the MODE/MECHANISM OF ACTION CODE in the third column (for herbicides this is the Mechanism of Action, for fungicides this is the FRAC Code, and for insecticides this is the Primary Site of Action)<br>• Include the type of pesticide (i.e., HERBICIDE or FUNGICIDE or INSECTICIDE) in the fourth column.<br><table><tr><td>Glyphosate</td><td>GROUP</td><td>9</td><td>HERBICIDE</td></tr></table></td><td>Front Panel, upper right quadrant.<br>All text should be black, bold face and all caps on a white background, except the mode of action code, which should be white, bold face and all caps on a black background; all text and columns should be surrounded by a black rectangle.</td></tr>
<tr><td>Non-target Organism Advisory</td><td>“NON-TARGET ORGANISM ADVISORY: This product is toxic to plants and may adversely impact the forage and habitat of non-target organisms, including pollinators, in areas adjacent to the treated site. Protect the forage and habitat of non-target organisms by following label directions intended to minimize spray drift.”</td><td>Environmental Hazards</td></tr>
<tr><td>Environmental Hazards Statement for Aquatic Use</td><td>For labels without aquatic uses: “Do not apply directly to water, to areas where surface water is present or to intertidal areas below the mean high-water mark. Do not contaminate water when cleaning equipment or disposing of equipment wash waters and rinsate.”<br><br>For labels with aquatic uses only: “Killing aquatic weeds can result in depletion or loss of oxygen in the water due to decomposition of dead plant material. This oxygen loss can cause fish suffocation. Consult with your State agency with primary responsibility for regulating pesticides before applying to public waters to determine if a permit is required. Do not contaminate water when cleaning equipment or disposing of equipment wash waters and rinsate.”<br><br>For labels with both aquatic and terrestrial uses: “Killing aquatic weeds can result in depletion or loss of oxygen in the water due to decomposition of dead plant material. This oxygen loss can cause fish suffocation. Consult with your</td><td>Environmental Hazards</td></tr>
</table>

| Description | Required Label Language for Glyphosate Products | Placement on Label |
|---|---|---|
| | State agency with primary responsibility for regulating pesticides before applying to public waters to determine if a permit is required. For terrestrial uses, do not apply directly to water, to areas where surface water is present or to intertidal areas below the mean high-water mark [*Optional text, if applicable*: except when applying this product by air over the forest canopy]. Do not contaminate water when cleaning equipment or disposing of equipment wash waters and rinsate." | |
| **Aquatic Use Statement** | "When emerged weed infestations cover the total surface area of an impounded waterbody, apply this product to the emerged vegetation in strips to help avoid oxygen depletion in the water due to decaying vegetation. Oxygen depletion in the water can result in increased fish mortality." | Directions for Use |
| **HERBICIDE RESISTANCE MANAGEMENT:** Weed Resistance Management | Include resistance management label language for herbicides from PRN 2017-1 and PRN 2017-2 (https://www.epa.gov/pesticide-registration/pesticide-registration-notices-year) | Directions for Use, prior to directions for specific crops under the heading "WEED RESISTANCE-MANAGEMENT" |
| **Additional Required Labelling Action** **(Applies to all products delivered via liquid spray applications)** | Remove information about volumetric mean diameter from all labels where such information currently appears. | Directions for Use |
| **Rotational crop information** | "This product may be applied during fallow intervals preceding planting, prior to planting or transplanting, at-planting, or preemergence to annual and perennial crops listed on this label, except where specifically limited. For any crop not listed on this label, application must be made a minimum of 30 days prior to planting." | Directions for Use |
| **Label claims** | "Glyphosate works by targeting an enzyme that is essential for plant growth." [Alternate claims, if used, must meet labeling requirements. Refer to 40 CFR § 156.10(a)(5) for requirements regarding label claims.] | Product Information |
| **Clarification of application rates** | Ground and aerial applications rates on the labels must not exceed the maximum application parameters as noted in Appendix C of this document, which were maximum application parameters assessed by the EPA. Application rates may only be clarified for uses that are currently approved on labels. | Directions for Use |

| Description | Required Label Language for Glyphosate Products | Placement on Label |
|---|---|---|
| **Spray Drift Management Application Restrictions** for all products that are delivered via liquid spray applications and allow aerial application | **"MANDATORY SPRAY DRIFT**<br>**Aerial Applications**:<br>• Do not release spray at a height greater than 10 ft above the ground or vegetative canopy, unless a greater application height is necessary for pilot safety.<br>• Applicators are required to use a Medium or coarser droplet size (ASABE S572.1) unless tank-mixing with a pesticide product that requires use of a finer droplet size. If a finer droplet size is used, applicators are required to use a Fine or coarser droplet size (ASABE S572.1).<br>• If the windspeed is 10 miles per hour or less, applicators must use ½ swath displacement upwind at the downwind edge of the field. When the windspeed is 11-15 miles per hour, applicators must use ¾ swath displacement upwind at the downwind edge of the field.<br>• Do not apply when wind speeds exceed 15 mph at the application site. If the windspeed is greater than 10 mph, the boom length must be 65% or less of the wingspan for fixed wing aircraft and 75% or less of the rotor diameter for helicopters. Otherwise, the boom length must be 75% or less of the wingspan for fixed-wing aircraft and 90% or less of the rotor diameter for helicopters.<br>• Do not apply during temperature inversions." | Directions for Use, in a box titled "Mandatory Spray Drift" under the heading "Aerial Applications" |
| **Spray Drift Management Application Restrictions** for products that are delivered via liquid spray applications and allow ground boom applications | **"MANDATORY SPRAY DRIFT**<br>**Ground Boom Applications:**<br>• User must only apply with the release height recommended by the manufacturer, but no more than 4 feet above the ground or crop canopy.<br>• Applicators are required to use a Medium or coarser droplet size (ASABE S572.1) unless tank-mixing with a pesticide product that requires use of a finer droplet size. If a finer droplet size is used, applicators are required to use a Fine or coarser droplet size (ASABE S572.1).<br>• Do not apply when wind speeds exceed 15 miles per hour at the application site.<br>• Do not apply during temperature inversions." | Directions for Use, in a box titled "Mandatory Spray Drift" under the heading "Ground Boom Applications" |
| **Spray Drift Management Application Restrictions** for products that are delivered via liquid spray applications and allow boomless ground sprayer applications | **"MANDATORY SPRAY DRIFT**<br>**Boomless Ground Applications:**<br>• Applicators are required to use a Medium or coarser droplet size (ASABE S572.1) unless tank-mixing with a pesticide product that requires use of a finer droplet size. If a finer droplet size is used, applicators are required to use a Fine or coarser droplet size (ASABE S572.1).<br>• Do not apply when wind speeds exceed 15 miles per hour at the application site.<br>• Do not apply during temperature inversions." | Directions for Use, in a box titled "Mandatory Spray Drift" under the heading "Boomless Applications" |

| Description | Required Label Language for Glyphosate Products | Placement on Label |
|---|---|---|
| **Advisory Spray Drift Management Language** for all products delivered via liquid spray application | **"SPRAY DRIFT ADVISORIES**<br>THE APPLICATOR IS RESPONSIBLE FOR AVOIDING OFF-SITE SPRAY DRIFT.<br>BE AWARE OF NEARBY NON-TARGET SITES AND ENVIRONMENTAL CONDITIONS.<br><br>**IMPORTANCE OF DROPLET SIZE**<br>An effective way to reduce spray drift is to apply large droplets. Use the largest droplets that provide target pest control. While applying larger droplets will reduce spray drift, the potential for drift will be greater if applications are made improperly or under unfavorable environmental conditions.<br><br>**Controlling Droplet Size – Ground Boom** *(**note to registrants:** remove if ground boom is prohibited on product labels)*<br>• Volume - Increasing the spray volume so that larger droplets are produced will reduce spray drift. Use the highest practical spray volume for the application. If a greater spray volume is needed, consider using a nozzle with a higher flow rate.<br>• Pressure - Use the lowest spray pressure recommended for the nozzle to produce the target spray volume and droplet size.<br>• Spray Nozzle - Use a spray nozzle that is designed for the intended application. Consider using nozzles designed to reduce drift.<br><br>**Controlling Droplet Size – Aircraft** *(**note to registrants:** remove if aerial application is prohibited on product labels)*<br>• Adjust Nozzles - Follow nozzle manufacturers' recommendations for setting up nozzles. Generally, to reduce fine droplets, nozzles should be oriented parallel with the airflow in flight.<br><br>**BOOM HEIGHT – Ground Boom** *(**note to registrants:** remove if ground boom is prohibited on product labels)*<br>For ground equipment, the boom should remain level with the crop and have minimal bounce.<br><br>**RELEASE HEIGHT - Aircraft** *(**note to registrants:** remove if aerial application is prohibited on product labels)*<br>Higher release heights increase the potential for spray drift.<br><br>**SHIELDED SPRAYERS**<br>Shielding the boom or individual nozzles can reduce spray drift. Consider using shielded sprayers. Verify that the shields are not interfering with the uniform deposition of the spray on the target area.<br><br>**TEMPERATURE AND HUMIDITY**<br>When making applications in hot and dry conditions, use larger droplets to reduce effects of evaporation.<br><br>**TEMPERATURE INVERSIONS** | Directions for Use, just below the Spray Drift box, under the heading "Spray Drift Advisories" |

| Description | Required Label Language for Glyphosate Products | Placement on Label |
|---|---|---|
| | Drift potential is high during a temperature inversion. Temperature inversions restrict vertical air mixing, which can cause small droplets to remain suspended in a concentrated cloud. This cloud can move in unpredictable directions due to the light variable winds common during inversions. Temperature inversions are characterized by increasing temperatures with altitude and are common on nights with limited cloud cover and light to no wind. They can begin to form in late afternoon/early evening and often continue into the morning. Their presence can be indicated by ground fog. If fog is not present, inversions can also be identified by the movement of smoke from a ground source or an aircraft smoke generator. Smoke that layers and moves laterally in a concentrated cloud (under low wind conditions) indicates an inversion, while smoke that moves upward and rapidly dissipates indicates good vertical air mixing.<br><br>**WIND**<br>Drift potential generally increases with wind speed. AVOID APPLICATIONS DURING GUSTY WIND CONDITIONS.<br>Applicators need to be familiar with local wind patterns and terrain that could affect spray drift." | |
| **Advisory Spray Drift Management Language** for products that are delivered via liquid spray applications and allow boomless ground sprayer applications | **"SPRAY DRIFT ADVISORIES**<br>**Boomless Ground Applications:**<br>• Setting nozzles at the lowest effective height will help to reduce the potential for spray drift." | Directions for Use, just below the Spray Drift box, under the heading "Spray Drift Advisories" |
| **Advisory Spray Drift Management Language** for all products that allow liquid applications with handheld technologies | **"SPRAY DRIFT ADVISORIES**<br>**Handheld Technology Applications:**<br>• Take precautions to minimize spray drift." | Directions for Use, just below the Spray Drift box, under the heading "Spray Drift Advisories" |

## Appendix C: Maximum Application Rates for Glyphosate Ground and Aerial Application[5]

| Crop Group | Ground Maximum Single Application Rate (lb a.e./A) | Aerial Maximum single application rate (lb a.e./A) | Maximum Annual Application Rate (lb a.e./A) |
|---|---|---|---|
| Round-up Ready 2 Yield Soybeans | 3.75 | 1.55 | 6 |
| Root Tuber Vegetables: arracacha, arrowroot, carrot, chinese artichoke, Jerusalem artichoke, beet (garden), burdock, canna, cassava (bitter and sweet), celeriac, chayote (root), chervil (turnip-rooted), chicory, chufa, dasheen (taro), galangal, ginger, ginseng, horseradish, leren, kava (turn-rooted), parsley (turnip-rooted), parsnip, potato, radish, rutabaga, oriental radish, salsify, skirret, sweet potato, tanier, turmeric, turnip, wasabi, yacon, yam bean, true yam | 3.75 | 1.55 | 6 |
| Rangelands | 0.38 | 0.38 | 2.25 |
| Pome Fruits: including apple, crabapple, loquat, mayhaw, pear, oriental pear, quince | 3.75 | 1.55 | 8 |
| Pastures | 8 | 8 | 8 |
| Oilseed Crops: borage, buffalo gourd, calendula, canola, castor oil plant, chinese tallow tree, crambe, cuphea, echium, euphorbia, evening primrose, flax (seed), gold of pleasure, hare's ear mustard, jojoba, lesquerella, meadow foam, milkweed, mustard (seed), niger (seed), oil radish, poppy seed, rapeseed, rose hip, safflower, sesame, stokes aster, sunflower, sweet rocket, tallow wood, tea oil plant, veronia. | 3.75 | 1.55 | 6 |
| Non-Food Tree Crops: pine, poplar, eucalyptus, christmas trees, other non-food tree crops | 8 | 8 | 8 |
| Miscellaneous Tree Food Crops: cactus (fruit and pads), palm (heart, leaves, oil) | 3.75 | 1.55 | 8 |
| Miscellaneous Crops: aloe vera, bamboo shoots, globe artichoke, okra, peanut (ground nut), strawberry, sugar beet, asparagus, pineapple | 3.75 | 1.55 | 6 |
| Legume Vegetables:<br>Succulent varieties of Bean (Lupinus: includes grain lupin, sweet lupin, white lupin, white sweet lupin); Bean (Phaseolus: includes field bean, kidney bean, lima bean, navy bean, pinto bean, runner bean, snap bean, tepary bean, wax bean); Bean (Vigna: includes adzuki bean, asparagus bean, blackeyed pea, catjang, Chinese longbean, cowpea, crowder pea, moth bean, mung bean, rice bean, southern pea, urd bean, yardlong bean); Broad bean (fava); Chickpea (garbanzo); Guar; Jackbean; Lablab bean; Lentil; Pea (Pisum: includes dwarf pea, edible-podded pea, English pea, field pea, garden pea, green pea, snowpea, sugar snap pea); Pigeon pea; Soybean (immature seed); Sword bean.<br>Dry varieties of Bean (Lupinus: includes grain lupin, sweet lupin, white lupin, white sweet lupin); Bean (Phaseolus: includes field bean, kidney bean, lima bean, navy bean, pinto bean, runner bean, snap bean, | 3.75 | 1.55 | 6 |

[5] It is not EPA's intention to change the current application rates on glyphosate labels, but the agency is requiring defined rate limits on labels in order to establish better consistency and clarity on labels.

| Crop Group | Ground Maximum Single Application Rate (lb a.e./A) | Aerial Maximum single application rate (lb a.e./A) | Maximum Annual Application Rate (lb a.e./A) |
|---|---|---|---|
| tepary bean, wax bean); Bean (Vigna: includes adzuki bean, asparagus bean, blackeyed pea, catjang, Chinese longbean, cowpea, crowder pea, moth bean, mung bean, rice bean, southern pea, urd bean, yardlong bean); Broad bean (fava); Chickpea (garbanzo); Guar; Jackbean; Lablab bean; Soybean (immature seed); Sword bean<br>Dry varieties of Lentil; Pea (Pisum: includes dwarf pea, edible-podded pea, English pea, garden pea, green pea, snowpea, sugar snap pea); Pigeon pea | | | |
| Leafy Vegetables: Amaranth (Chinese spinach); Arugula (roquette); Beet greens; Cardoon; Celery; Chinese celery; Celtuce; Chaya; Chervil; Edible-leaved chrysanthemum; Garland chrysanthemum; Corn salad; Cress (garden and upland); Dandelion; Dock (sorrel); Dokudami; Endive (escarole); Florence fennel; Gow kee; Lettuce (head and leaf); Orach, Parsley; Purslane (garden and winter); Radicchio (red chicory); Rhubarb; Spinach; New Zealand spinach; Vine spinach; Swiss chard; Watercress (upland); Water spinach | 3.75 | 1.55 | 6 |
| Herbs and Spices: Allspice, Angelica, Star anise, Annatto (seed), Balm, Basil, Corage, Burnet, camomile, Caper buds, Caraway, Black caraway, Cardamom, Cassia bark, Cassia buds, Catnip, Celery seed, Chervil (dried), Chive, Chinese chive, Cilantro (leaf), Cilantro (seed), Cinnamon, Clary, Clove buds, Coriander leaf (cilantro or Chinese parsley), Coriander seed (cilantro), Costmary, Cumin, Curry (leaf), Dill (dillweed), Dill (seed), Epazote, Fennel seed (common and Florence), Fenugreek, White ginger flower, Grains of paradise, Horehound, Hyssop, Juniper berry, Lavender, Lemongrass, Lovage (leaf and seed), Mace, Marigold, Marjoram (including oregano), Mexican oregano, Mioga flower, Mustard (seed), Nasturtium, Nutmeg, Parsley (dried), Pennyroyal, Pepper (black and white), Pepper leaves, Peppermint, Perilla, Poppy (seed), Rosemary, Rue, Saffron, Sage, Savory (summer and winter), Spearmint, Stevia levaes, Sweet bay, Tansy, Tarragon, Thyme, Vanilla, Wintergreen, Woodruff, Wormwood | 3.75 | 1.55 | 6 |
| Grass/Turfgrass/Sod Production | 3.75 | 1.55 | 6 |
| Grain Sorghum | 3.75 | 1.55 | 6 |
| Fruiting Vegetables: Eggplant; Groundcherry (Physalis spp); Pepino; Pepper (includes bell pepper, chili pepper, cooking pepper, pimento, sweet pepper); Tomatillo; Tomato | 3.75 | 1.55 | 6 |
| Forestry | 8 | 8 | 8 |
| Fallow | 3.75 | 1.55 | 6 |
| Cucurbits Vegetables/Fruit: Chayote (fruit); Chinese waxgourd (Chinese preserving melon); Citron melon; Cucumber; Gherkin; Edible gourd (includes hyotan, cucuzza, hechima, Chinese okra); Melons (all); Momordica spp (includes balsam apple, balsam pear, bittermelon, Chinese cucumber); Muskmelon (includes cantaloupe, casaba, crenshaw melon, golden pershaw melon, honeydew melon, honey ball melon, mango melon, Persian melon, pineapple melon, Santa Claus melon, snake melon); Pumpkin; Summer squash | 3.75 | 1.55 | 6 |

| Crop Group | Ground Maximum Single Application Rate (lb a.e./A) | Aerial Maximum single application rate (lb a.e./A) | Maximum Annual Application Rate (lb a.e./A) |
|---|---|---|---|
| (includes crookneck squash, scallop squash, straightneck squash, vegetable marrow, zucchini); Winter squash (includes butternut squash, calabaza, hubbard squash, acorn squash, spaghetti squash); Watermelon | | | |
| Cotton | 3.75 | 1.55 | 6 |
| Corn (Field, Seed, Silage, Popcorn) | 3.75 | 1.55 | 6 |
| Conservation Reserve Program | 3.75 | 1.55 | 6 |
| Citrus Fruit Crop: All cultivars, varieties and/or hybrids of Calamondin; Chironja; Citron; Citrus hybrids; Grapefruit (including Japanese summer); Kumquat; Lemon; Lime (including Australian desert lime, Australian finger lime, Australian round lime, Brown river finger lime, Mount white, New Guinea wild, Russell river, sweet, and Tahiti); Mandarin (including Mediterranean and Satsuma); Orange (all); Pummelo; Tangelo; Tangerine (Mandarin); Tangor; Uniq Fruit (ugli) | 3.75 | 1.55 | 8 |
| Cereal and Grain Crop: barley, buckwheat, millet, oats, rye, quinoa, teff, teosinte, triticale, wild rice, rice, feed barley, wheat | 3.75 | 1.55 | 6 |
| Bulb Vegetables: All cultivars, varieties and/or hybrids of Chive (fresh leaves, including Chinese chive); Daylily (bulb); Elegans hosta; Fritillaria (bulb and leaves); Garlic (bulb, including great-headed and serpent garlic); Kurrant, Leek (including lady's and wild leek); Lily (bulb); Onion (including Beltsville bunching, bulb, Chinese bulb, fresh, green, macrostem, pearl, potato bulb, tree tops and Welsh onion tops); Shallot (bulb and fresh leaves) | 3.75 | 1.55 | 6 |
| Brassica Vegetable: Broccoli; Chinese broccoli (gai lon); Broccoli raab (rapini); Brussels sprouts; Cabbage; Chinese cabbage (bok choy); Chinese cabbage (napa); Chinese mustard cabbage (gai choy); Cauliflower; Cavalo broccoli; Collards; Kale; Kohlrabi; Mizuna; Mustard greens; Mustard spinach; Rape greens | 3.75 | 1.55 | 6 |
| Round-up Ready Flex Cotton | 3.75 | 1.55 | 6 |
| Round-up Ready Cotton | 3.75 | 1.55 | 6 |
| Round-up Ready Corn (GA-21) | 3.75 | 1.55 | 6 |
| Round-up Ready Corn 2 (NK603) | 3.75 | 1.55 | 6 |
| Round-up Ready Alfalfa | 1.55 | 1.55 | 6 |
| Round-up Ready Sugarbeets | 3.75 | 1.55 | 6 |
| Tropical/Subtropical Trees/Fruits: Ambarella; Atemoya; Avocado; Banana; Barbados cherry (acerola); Biriba; Blimbe; Breadfruit; Cacao (cocoa) bean; Canistel; Carambola (starfruit); Cherimoya; Coffee; Custard apple; Dates; Durian; Feijoa; Figs; Governor's plum; Guava; Ilama; Imbe; Imbu; Jaboticaba; Jackfruit; Longan; Lychee; Mamey apple; Mango; Mangosteen; Marmaladebox (genip); Mountain papaya; Noni | 3.75 | 1.55 | 8 |

| Crop Group | Ground Maximum Single Application Rate (lb a.e./A) | Aerial Maximum single application rate (lb a.e./A) | Maximum Annual Application Rate (lb a.e./A) |
|---|---|---|---|
| (Indian mulberry); Papaya; Pawpaw; Plantain; Persimmon; Pomegranate; Pulasan; Rambuttan; Rose apple; Sapodilla; Sapote (black, mamey, white); Spanish lime; Soursop; Star apple; Sugar apple; Surinam cherry; Tamarind; Tea; Ti (roots and leaves); Wax jambu | | | |
| Tree Nut Crops: Cultivars, varieties, and/or hybrids of African nut-tree; Almond; Beechnut; Brazil nut; Brazilian pine; Bunya; Burr oak; Butternut; Cajou nut; Candlenut; Cashew; Chestnut; Chinquapin; Coconut; Coquito nut; Dika nut; Ginkgo; Guiana chestnut; Hazelnut (Filbert); Heartnut; Hickory nut; Japanese horse-chestnut; Macadamia nut; Mongongo nut; Monkey-pot; Monkey puzzle nut; Okari nut; Pachira nut; Peach palm nut; Pecan; Pequi; Pili nut; Pine nut; Pistachio; Sapucaia nut; Tropical almond; Walnut (black, English); Yellowhorn | 3.75 | 1.55 | 8 |
| Sweet Corn | 3.75 | 1.55 | 6 |
| Sugar Cane | 3.75 | 2.25 | 6 |
| Stone Fruit: All cultivars, varieties and/or hybrids of Apricot; Cherry (sweet and tart); Nectarine; Olive; Peach; Plum/Prune (all types); Plumcot | 3.75 | 1.55 | 8 |
| Round-Up Ready Canola (Winter Varieties) | 1.55 | 1.55 | 6 |
| Soybeans | 3.75 | 1.55 | 6 |
| Sweet Corn with Round-Up Ready 2 Technology | 3.75 | 1.55 | 6 |
| Round-Up Ready Canola (Spring Varieties) | 1.55 | 1.55 | 6 |
| Vine Crops: grapes (raisin, table, wine), hops, passion fruit, kiwi | 3.75 | 1.55 | 8 |

| Crop Group | Ground Maximum Single Application Rate (lb a.e./A) | Aerial Maximum single application rate (lb a.e./A) | Maximum Annual Application Rate (lb a.e./A) |
|---|---|---|---|
| Non-Crop: Airports, airfields, apartment complexes, commercial sites, ditch banks, driveways, ramps, alleys, lanes, paths, trails, sidewalks, walkways, access roads, farm roads, highways (including aprons, medians, guardrails, and rights-of-way), paved areas and prior to paving, dry ditches, dry canals, fences and fencerows, golf courses, greenhouses, industrial sites, landscape areas, lumber yards, manufacturing sites, municipal sites, natural areas, office complexes, ornamentals, parks, campgrounds, sports areas, tennis courts, parking areas, cemeteries, petroleum or other tank farms and pumping installations, refineries, around telephone and communications equipment, public areas, drive-in theaters, railroads (including ballasts, shoulders, crossings and spot treatments), recreation areas, residential areas, rights-of-way, roadsides, firebreaks, schools, shadehouses, sports complexes, storage areas, substations, construction and pre-construction sites, turfgrass areas, around ornamental gardens, around ornamental trees and shrubs, power and utility sites, around commercial or industrial outbuildings, warehouse areas, bare ground, gravel yards, mulched areas, beaches, habitat restoration and management areas, uncropped farmstead areas, uncultivated non-agricultural areas, vacant lots, wastelands, shelter belts, and wildlife management areas.<br>Natural Woodlands, including Wildlife and Habitat Management Areas, Wildlife Openings, Natural Areas (such as Wildlands and Wildlife Refuge), Campgrounds, Parks and Recreational Areas in Natural Forests, and Reforestation Treatments in Natural Forests | 8 | 8 | 8 |
| Aquatic | 8 | 8 | 8 |
| Alfalfa, Clover, and Other Forage Legumes, including: kudzu, lespedeza, lupin, sainfoin, trefoil, velvet bean, vetch, kenaf, leucaena | 3.75 | 1.55 | 6 |
| Berry and Small Fruit Crops: All cultivars, varieties and/or hybrids of Amur River grape; Aronia berry; Bayberry; Bearberry; Bilberry; Blackberry (including Andean blackberry, arctic blackberry, bingleberry, black satin berry, boysenberry, brombeere, California blackberry, Chesterberry, Cherokee blackberry, Cheyenne blackberry, common blackberry, coryberry, darrowberry, dewberry, Dirksen thornless berry, evergreen blackberry, Himalayaberry, hullberry, lavacaberry, loganberry, lowberry, Lucretiaberry, mammoth blackberry, marionberry, mora, mures deronce, nectarberry, Northern dewberry, olallieberry, Orgeon evergreen berry, phenomenalberry, rangeberry, ravenberry, rossberry, Shawnee blackberry, Southern dewberry, tayberry, youngberry, zarzamora); Blueberry (highbush and lowbush); Buffaloberry; Che; Chilean guava; Chokecherry; Cloudberry; Cranberry (including highbush); Currant (black, Buffalo, red, native); Elderberry; European barberry; Gooseberry; Grape; Honeysuckle (edible); Huckleberry; Jostaberry; Juneberry (Saskatoon berry); Kiwifruit (fuzzy and hardy); Ligonberry; Maypop; Mountain pepper berries; Mulberry; Muntries; Partridgeberry; Phalsa; Pincherry; Raspberry (black, red and wild); Riberry; Salal; Schisandra berry; Sea buckthorn; Serviceberry | 3.75 | 1.55 | 8 |

**Appendix D: Endangered Species Assessment**

This Appendix provides general background about the Agency's assessment of risks from pesticides to endangered and threatened (listed) species under the Endangered Species Act. Additional background specific to glyphosate appears at the conclusion of this Appendix.

In 2013, the EPA, along with the Fish and Wildlife Service (FWS), the National Marine Fisheries Service (NMFS), and the United States Department of Agriculture (USDA) released a summary of their joint Interim Approaches for assessing risks to endangered and threatened (listed) species from pesticides[6]. These Interim Approaches were developed jointly by the agencies in response to the National Academy of Sciences' (NAS) recommendations that discussed specific scientific and technical issues related to the development of pesticide risk assessments conducted on federally threatened and endangered species.

Since that time, EPA has conducted biological evaluations (BEs) on three pilot chemicals representing the first nationwide pesticide consultations. These initial consultations were pilots and were envisioned to be the start of an iterative process. The agencies are continuing to work to improve the consultation process. For example, advancements to the initial pilot interim methods have been proposed based on experience conducting the first three pilot BEs. Public input on those proposed revisions is currently being considered.

Also, a provision in the December 2018 Farm Bill included the establishment of a FIFRA Interagency Working Group to provide recommendations for improving the consultation process required under section 7 of the Endangered Species Act for pesticide registration and Registration Review and to increase opportunities for stakeholder input. This group includes representation from EPA, NMFS, FWS, USDA, and the Council on Environmental Quality (CEQ). Given this new law and that the first nationwide pesticide consultations were envisioned as pilots, the agencies are continuing to work collaboratively as consistent with the congressional intent of this new statutory provision. EPA has been tasked with a lead role on this group, and EPA hosted the first Principals Working Group meeting on June 6, 2019.

Given that the agencies are continuing to develop and work toward implementation of approaches to assess the potential risks of pesticides to listed species and their designated critical habitat, the ecological risk assessment supporting this ID for glyphosate does not contain a complete ESA analysis that includes effects determinations for specific listed species or designated critical habitat. Although the EPA has not yet completed effects determinations for specific species or habitats, for this ID, the EPA's evaluation assumed, for all taxa of non-target wildlife and plants, that listed species and designated critical habitats may be present in the vicinity of the application of glyphosate. This will allow the EPA to focus its future evaluations on the types of species where the potential for effects exists once the scientific methods being developed by the agencies have been fully vetted. Once that occurs, these methods will be applied to subsequent analyses for glyphosate as part of completing this registration review.

---

[6] https://www.epa.gov/endangered-species/draft-revised-method-national-level-endangered-species-risk-assessment-process

Glyphosate is one of the chemicals in stipulated partial settlement agreement in the case of Center for Biological Diversity et al., v. United States Environmental Protection Agency et al., No. 3:11 cv 0293 (N.D. Cal.). Among other provisions, this agreement sets an August 14, 2021, deadline for EPA to complete nationwide ESA section 7(a)(2) effects determination for glyphosate and, as appropriate, request initiation of any ESA section 7(a)(2) consultations with the Services that EPA may determine to be necessary as a result of those effects determinations.

**Appendix E: Endocrine Disruptor Screening Program**

As required by FIFRA and FFDCA, the EPA reviews numerous studies to assess potential adverse outcomes from exposure to chemicals. Collectively, these studies include acute, sub-chronic and chronic toxicity, including assessments of carcinogenicity, neurotoxicity, developmental, reproductive, and general or systemic toxicity. These studies include endpoints which may be susceptible to endocrine influence, including effects on endocrine target organ histopathology, organ weights, estrus cyclicity, sexual maturation, fertility, pregnancy rates, reproductive loss, and sex ratios in offspring. For ecological hazard assessments, the EPA evaluates acute tests and chronic studies that assess growth, developmental and reproductive effects in different taxonomic groups. As part of its most recent registration decision for glyphosate, the EPA reviewed these data and selected the most sensitive endpoints for relevant risk assessment scenarios from the existing hazard database. However, as required by FFDCA § 408(p), glyphosate is subject to the endocrine screening part of the Endocrine Disruptor Screening Program (EDSP).

The EPA has developed the EDSP to determine whether certain substances (including pesticide active and other ingredients) may have an effect in humans or wildlife similar to an effect produced by a “naturally occurring estrogen, or other such endocrine effects as the Administrator may designate.” The EDSP employs a two-tiered approach to making the statutorily required determinations. Tier 1 consists of a battery of 11 screening assays to identify the potential of a chemical substance to interact with the estrogen, androgen, or thyroid (E, A, or T) hormonal systems. Chemicals that go through Tier 1 screening and are found to have the potential to interact with E, A, or T hormonal systems will proceed to the next stage of the EDSP where the EPA will determine which, if any, of the Tier 2 tests are necessary based on the available data. Tier 2 testing is designed to identify any adverse endocrine-related effects caused by the substance, and establish a dose-response relationship between the dose and the E, A, or T effect.

Under FFDCA § 408(p), the agency must screen all pesticide chemicals. Between October 2009 and February 2010, the EPA issued test orders/data call-ins for the first group of 67 chemicals, which contains 58 pesticide active ingredients and 9 inert ingredients. The agency has reviewed all of the assay data received for the List 1 chemicals and the conclusions of those reviews are available in the chemical-specific public dockets. Glyphosate is on List 1 and the review conclusions are available in the glyphosate public docket (see EPA-HQ-OPP-2009-0361). A second list of chemicals identified for EDSP screening was published on June 14, 2013,[7] and includes some pesticides scheduled for Registration Review and chemicals found in water. Neither of these lists should be construed as a list of known or likely endocrine disruptors. For further information on the status of the EDSP, the policies and procedures, the lists of chemicals, future lists, the test guidelines and the Tier 1 screening battery, please visit the EPA website.[8]

---

[7] See http://www.regulations.gov/#!documentDetail;D=EPA-HQ-OPPT-2009-0477-0074 for the final second list of chemicals.
[8] https://www.epa.gov/endocrine-disruption

Docket Number EPA-HQ-OPP-2009-0361
www.regulations.gov

In this ID, the EPA is making no human health or environmental safety findings associated with the EDSP screening of glyphosate. Before completing this registration review, the agency will make an EDSP FFDCA § 408(p) determination.

36