**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | **DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. CHARLES BENBROOK, DR. CHARLES JAMESON, AND MR. STEPHEN PETTY**<br><br>Hearing date: TBD<br>Time:  2:00 |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE THAT** on TBD, in Courtroom 4 of the United States District Court, |
| 3 | Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, |
| 4 | or as ordered by the Court, Defendant Monsanto Company ("Monsanto") will present its Motion |
| 5 | to Exclude Testimony of Dr. Charles Benbrook, Dr. Charles Jameson, and Mr. Stephen Petty. |
| 6 | Monsanto seeks an order excluding opinion of these witnesses under Federal Rule of Evidence |
| 7 | 702. |

Dated:  October 5, 2021                                   Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *Jed P. White*
Jed P. White
Attorneys for Defendant Monsanto Company

- 1 -
MOTION TO EXCLUDE TESTIMONY OF BENBROOK, JAMESON AND PETTY

Monsanto hereby moves to exclude Plaintiffs' experts Dr. Charles Benbrook, Dr. Charles Jameson, and Mr. Stephen Petty under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 589 (1993) in the above-captioned cases.[1]  Monsanto recognizes the Court's Pretrial Order No. 202 (Dkt. No. 9143), which denied without prejudice Monsanto's motions as to these three experts in Wave 1, on the basis that Monsanto's challenges to these experts are more appropriately filed and ruled upon after the cases are transferred to Plaintiffs' home districts for trial.  *See* PTO 202 (Dkt. No. 9143) at 1-2 (the issues raised in Monsanto's motion "should be left to the judges who will be trying the cases," and thus "are denied without prejudice to filing new motions with the district judges who will be trying the cases" after transfer from the MDL).

Therefore, consistent with the Court's instruction not to re-litigate issues previously ruled upon, but in order to fully preserve the record, Monsanto hereby incorporates the following pleadings that were filed on the MDL docket:

- Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook (Dkt. No. 8006) and Reply in Support (Dkt. No. 8531)
- Monsanto's Motion to Exclude Factual Testimony About IARC from Dr. Charles Jameson (Dkt. No. 8007) and Reply in Support (Dkt. No. 8528)
- Monsanto's Motion to Exclude Testimony of Stephen Petty (Dkt. No. 8009) and Reply in Support (Dkt. No. 8536)

By incorporating by reference its prior filings, Monsanto is in no way waiving any of the arguments raised therein.

///
///
///
///
///

---

[1] Mr. Petty was disclosed as an expert witness only by Plaintiff Seidl, and thus this motion as to Mr. Petty applies only to *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC

- 2 -

1    In accordance with Pretrial Order No. 202, Monsanto also hereby expressly preserves its
2 right to file new motions to exclude Dr. Jameson, Dr. Benbrook, and Mr. Petty after the above-
3 captioned case is transferred to its home district for trial, including raising case-specific
4 arguments and/or additional arguments not previously raised in Wave 1.

6    Dated:  October 5, 2021                              Respectfully submitted,

7                                                         **BRYAN CAVE LEIGHTON PAISNER LLP**

8                                                         /s/ *Jed P. White*
9                                                         Jed P. White
                                                          Attorneys for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*Jed P. White*
Jed P White