**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Seidl v. Monsanto Co., 3:17-cv-00519-VC* | **DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE PLAINTIFF'S SPECIFIC CAUSATION EXPERT DR. BARRY BOYD ON RULE 702 GROUNDS** |

## DECLARATION OF JED P. WHITE

I,      Jed P. White, declare as follows:

1.      I am an attorney at law admitted to practice before all of the courts in the state of California.  I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendants Monsanto Company ("Monsanto") in the above-referenced action.  I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto Company's motion to exclude Plaintiff's specific causation expert Dr. Barry Boyd on Rule 702 grounds.  Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the deposition of Dr. Barry Boyd in the above-captioned matter, dated March 5, 2021.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Plaintiff Randall Dean Seidl in the above-captioned matter, dated December 11, 2019.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Dr. Barry Boyd's expert report in the above-captioned matter, dated January 19, 2020.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of California that the foregoing is true and correct.

Executed October 5, 2021, at Santa Monica, California.

_____

1

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

3

4

5

6

/s/ Jed P. White
Jed P. White

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

D. Barry Boyd, M.D.

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4

 5    ----------------------------x

                                  )

 6    IN RE: ROUNDUP PRODUCTS      ) MDL No. 2741

      LIABILITY LITIGATION         )

 7    _____ )

                                  )

 8    This document relates to:    )

                                  )

 9    Randall Dean Seidl v.

      Monsanto Co.                 )

10    Case No. 3:17-cv-00519       )

      ----------------------------x )

11

12

13          REMOTE VIDEOTAPED DEPOSITION OF

14               D. BARRY BOYD, M.D.

15              FRIDAY, MARCH 5, 2021

16           3:01 P.M. EASTERN STANDARD TIME

17

18

19

20

21

22

23

24    Pages: 1 - 117

25    Reported by: Leslie A. Todd, CSR No. 5129 and RPR
```

```
 1              A P P E A R A N C E S

 2

 3   ON BEHALF OF PLAINTIFF:

 4        WILLIAM R. SUTTON, ESQUIRE

          DANIELLE INGRAM, ESQUIRE

 5        BEASLEY ALLEN LAW FIRM

          218 Commerce Street

 6        Montgomery, Alabama 36104

          (334) 269-2343

 7

 8   ON BEHALF OF DEFENDANT:

 9        CALI COPE-KASTEN, ESQUIRE

          CAITLIN CALLAHAN, ESQUIRE

10        WILKINSON STEKLOFF, LLP

          2001 M Street, NW

11        10th Floor

          Washington, DC 20036

12        (202) 847-4000

13

14   ALSO PRESENT:

15        GABRIEL ARROWWOOD, Videographer

16

17

18

19

20

21

22

23

24

25
```

D. Barry Boyd, M.D.

```
 1                C O N T E N T S

 2   EXAMINATION OF D. BARRY BOYD, M.D.         PAGE

 3      By Ms. Cope-Kasten                         5

 4

 5

 6                E X H I B I T S

 7            (Attached to transcript)

 8   BOYD DEPOSITION EXHIBITS                   PAGE

 9   No. 1    Defendant Monsanto Company's

10            Notice of Remote Video

11            Conference Deposition of Barry

12            Boyd, M.D.                           7

13   No. 2    Curriculum Vitae of D. Barry Boyd,

14            M.D., M.S.                           9

15   No. 3    Invoice dated 10/21/2020 from

16            Medilex to the Beasley Allen

17            law firm                            11

18   No. 4    Invoice dated 1/12/2021 from

19            Medilex to Beasley Allen law firm   14

20   No. 5    Report of D. Barry Boyd, dated

21            1/19/2020                           23

22   No. 6    Glyphosate Use and Cancer Incidence

23            in the Agricultural Health Study,

24            Oxford article, first published

25            11/9/2017                           59
```

```
 1                P R O C E E D I N G S

 2                --------------------

 3           THE VIDEOGRAPHER:  We are now on the

 4   record.  My name is Gabriel Arrowwood.  I am a

 5   videographer for Golkow Litigation Services.

 6   Today's date is March 5, 2021, and the time is

 7   3:01 p.m.

 8           This remote video deposition is being

 9   held in the matter of Roundup, in re Seidl versus

10   Monsanto Company, for the United States District

11   Court, Northern District of California, MDL No.

12   2741.

13           The deponent is Dr. D. BARRY BOYD, M.D.

14           All parties to this deposition are

15   appearing remotely and have agreed to the witness

16   being sworn in remotely.  Due to the nature of

17   remote reporting, please pause briefly before

18   speaking to ensure all parties are heard

19   completely.

20           Will counsel please identify themselves.

21           MS. COPE-KASTEN:  Cali Cope-Kasten on

22   behalf of Monsanto.

23           MS. CALLAHAN:  Caitlin Callahan, also on

24   behalf of Monsanto.

25           MR. SUTTON:  Will Sutton on behalf of
```

D. Barry Boyd, M.D.

1    the plaintiff.

2            MS. INGRAM:  Danielle Ingram on behalf

3    of the plaintiff.

4            THE VIDEOGRAPHER:  The court reporter is

5    Leslie Todd, and will now swear in the witness.

6                    D. BARRY BOYD, M.D.,

7          and having been first duly sworn,

8          was examined and testified as follows:

9                    EXAMINATION

10   BY MS. COPE-KASTEN:

11        Q    Good morning, Dr. Boyd.

12        A    Good afternoon.

13        Q    I guess, yeah, good afternoon.

14        A    Sorry.

15        Q    That's okay.  That's a good correction.

16        A    It's 3:00 here.

17        Q    Yeah, we'll -- we'll reset.

18        A    Good morning and good afternoon.

19        Q    Good morning and good afternoon wherever

20   you may be.

21            Dr. Boyd, my name is Cali Cope-Kasten.

22   I'm one of the lawyers representing Monsanto in

23   this litigation.

24            We have not met before, right?

25        A    Correct.

D. Barry Boyd, M.D

```
 1        Q    So I'm just going to go over a couple of

 2   basics for today's deposition, which are things I

 3   think you're familiar with, but just to make sure

 4   that we're on the same page.

 5        A    You bet.

 6        Q    The first is, because this is a remote

 7   deposition happening by Zoom, there are going to

 8   be awkward moments where we inadvertently talk

 9   over each other, but I'm going to do my best to

10   let you complete your answer before I ask my next

11   question, and I would just ask that you try to

12   make sure that I've finished asking my question

13   before you give an answer, to try to minimize the

14   difficulty for the court reporter.  Okay?

15        A    Will do.

16        Q    And even though we're not in the same

17   room, of course, feel free to take a break at any

18   time you need to.  Just let me know you need one.

19   All I ask is if there's a question pending, you

20   answer the question before we take a break.  Is

21   that okay?

22        A    Yes.

23        Q    All right.  Last thing is, if I ask a

24   question at any point today, under the decent

25   chance that this is going to happen, and you don't
```

D. Barry Boyd, M.D

1    understand what I'm asking, please let me know you

2    need clarification, because if you answer, I'm

3    going to assume that you understood it.  All

4    right?

5         A    You bet.

6         Q    Okay.  Let's go ahead and start at the

7    beginning with your notice of deposition that was

8    served in the case.

9              Do you recall receiving that?

10        A    Not -- not exactly the date, but I know

11   I did receive that deposition, right -- that

12   request for the deposition.

13        Q    All right.  So I'm just pulling it up

14   here on the screen, and I've marked this as

15   Exhibit 1 to your deposition so everybody can see

16   it.

17             (Boyd Exhibit No. 1 was marked for

18             identification.)

19   BY MS. COPE-KASTEN:

20        Q    Does this look like the notice and is

21   this in fact the amended notice of deposition that

22   you received?

23        A    Yes.

24        Q    Do you recall seeing a list underneath

25   the attachment that requested that you produce

D. Barry Boyd, M.D.

1    some documents for today's case?

2        A    Yes.

3        Q    Do you know whether those documents are

4    the same that Mr. Sutton's office provided to my

5    office yesterday?

6        A    I believe so, yes.

7        Q    In that file that we got from

8    Mr. Sutton's office, it looks like we have a copy

9    of your report; is that correct?

10       A    Correct.

11       Q    There's also an updated copy of your CV

12   dated February 25th, 2021.

13       A    Yes.

14       Q    A list of your prior testimony and fees

15   you have charged in those cases.

16       A    Yes.

17       Q    And it looks like a few invoices from

18   you to Mr. Sutton's office.

19       A    Yes.

20       Q    Correct?

21            That's the total of what I have from

22   that file for you.

23            Do you recall providing anything else

24   that I haven't looked at just now?

25       A    I don't believe so.

D. Barry Boyd, M.D

```
 1        Q    Okay.  I'm going to mark your CV that
 2   you provided as Exhibit 2 to this deposition.
 3             (Boyd Exhibit No. 2 was marked for
 4             identification.)
 5   BY MS. COPE-KASTEN:
 6        Q    This is not the first time that you've
 7   provided a CV in connection with the Roundup
 8   litigation.  Am I correct?
 9        A    Correct.
10             Could you -- somebody knocked on my door
11   in my office.
12             MS. COPE-KASTEN:  Let's go ahead and go
13   off the record for just a moment.
14             THE WITNESS:  Yes.
15             THE VIDEOGRAPHER:  The time is 3:06 p.m.
16   Off the record.
17             (Pause in the proceedings.)
18             THE VIDEOGRAPHER:  The time is 3:07 p.m.
19   On the record.
20   BY MS. COPE-KASTEN:
21        Q    Dr. Boyd, what we're looking at on the
22   screen here is the curriculum vitae that you
23   provided from February 25th, and that should
24   probably be 2021.  Is that accurate?
25        A    Yes.
```

D. Barry Boyd, M.D

```
 1        Q    Is there anything unique in this
 2   curriculum vitae from the last version that you
 3   provided in connection with the Roundup case?
 4        A    Only additional lectures that I might
 5   have provided and some awards that I might have
 6   gotten, but nothing unique.  Nothing that changes
 7   the fundamental background of mine.
 8        Q    Were any of the lectures or awards that
 9   you delivered or received related to Roundup or
10   glyphosate?
11        A    No.
12        Q    Am I correct that you continue to have a
13   clinical practice seeing patients?
14        A    Yes, right up until one minute ago.
15        Q    And as part of that clinical practice,
16   you treat patients who are diagnosed with
17   non-Hodgkin's lymphoma, among other cancers?
18        A    Correct.
19        Q    You are in fact an oncologist.
20        A    I am.
21        Q    You also diagnose patients with
22   non-Hodgkin's lymphoma and other cancers?
23        A    I do.
24        Q    I think the answer to this is "yes,"
25   based on what you've already said, but I just want
```

D. Barry Boyd, M.D.

```
 1   to make sure --
 2        A    Yes.
 3        Q    -- there are no new publications on your
 4   curriculum vitae dated February 25th, 2021, that
 5   relate to Roundup in any way that we haven't seen
 6   before, are there?
 7        A    No.
 8        Q    Is it still accurate that you have not
 9   conducted any original scientific research on
10   Roundup or glyphosate?
11        A    Correct.
12        Q    Is it still true that you have not
13   published any articles in a peer-reviewed journal
14   on Roundup or glyphosate?
15        A    Correct.
16        Q    Are you working on any research right
17   now that pertains to Roundup or glyphosate?
18        A    No.
19        Q    I'm going to mark as Exhibit 3 to your
20   deposition the -- what I think is the first
21   invoice that you provided, which is from
22   October 21st, 2020, and this will be Exhibit 3 to
23   your deposition.
24             (Boyd Exhibit No. 3 was marked for
25             identification.)
```

D. Barry Boyd, M.D

```
 1    BY MS. COPE-KASTEN:
 2         Q    Does this look familiar to you?
 3         A    Is my name on that?  Let me go back --
 4    can you bring it down?
 5         Q    Which way do you want me to go, to the
 6    top or down further?
 7         A    Yeah, that's it.  I just want to -- go
 8    down.
 9              Okay.  Yes.
10         Q    This is an invoice that your office
11    submitted to the Beasley Allen firm in connection
12    with your work on Mr. Seidl's case?
13         A    Yes.
14         Q    And this is an invoice dated
15    October 21st, 2020, right?
16         A    Yes.
17         Q    And as of October 21st, 2020, you had
18    worked 56 hours on Mr. Seidl's case?
19         A    Yes.
20         Q    For a total of $32,180?
21         A    Yes.
22         Q    Does this invoice include work by anyone
23    other than you?
24         A    No.
25         Q    It lists here that you reviewed
```

D. Barry Boyd, M.D.

```
 1    voluminous medical records, legal documents and
 2    deposition transcripts.  Is everything referenced
 3    there also referenced in your report or materials
 4    considered list?
 5         A    Yes.
 6         Q    When did you start working on
 7    Mr. Seidl's case?
 8         A    I need to go back and look.  I'm trying
 9    to remember given -- I think it was in the fall.
10    In the fall.
11         Q    Fall of 2020?
12         A    Yeah.
13         Q    Presumably sometime in the fall of 2020
14    prior to October 21st, given that you worked
15    56 hours on the case at that point?
16         A    Yes.
17         Q    Do you recall how you became involved in
18    this case?
19         A    I have been involved in a number of
20    Roundup cases, and he was referred to me as part
21    of that work that I was doing.
22         Q    Do you recall who referred Mr. Seidl's
23    case to you?
24         A    I believe it was through the
25    Tomlinson -- you know, the law firm.  And I worked
```

D. Barry Boyd, M.D.

1    through a -- additional lawyer who does -- who has

2    been working with me to screen these cases who

3    has -- who I've -- who has worked with me on this.

4         Q    Who is that lawyer?

5         A    His name is Michael Lavinger of Medilex.

6    You saw that on that -- I think on the bill at the

7    top.

8         Q    At the top here?

9         A    Yes, that's correct.

10        Q    I'm going to mark as Exhibit 4 to your

11   deposition an invoice that's dated January 12,

12   2021.

13             (Boyd Exhibit No. 4 was marked for

14             identification.)

15   BY MS. COPE-KASTEN:

16        Q    This is another invoice from your office

17   to the Beasley Allen firm in connection with your

18   work on Mr. Seidl's case, right?

19        A    Yes.

20        Q    And this reflects that between

21   October 21st, 2020, and January 12th, 2021, you

22   worked 35 additional hours on Mr. Seidl's case?

23        A    Correct.

24        Q    Those 35 hours consisted of writing and

25   revising your report, right?

D. Barry Boyd, M.D

```
1          A     Yes.

2          Q     And also it looks like some additional

3     review of materials and research.

4          A     Would it be possible to return to the

5     previous bill so I can just be assured?

6          Q     Sure.  One moment.

7          A     Thank you.

8          Q     All right.  I'm putting back up on the

9     screen what I think is Exhibit 3, which is that

10    October 21st, 2020, bill.

11         A     Okay.  Thank you.

12         Q     Is it accurate to say that in addition

13    to preparing and revising your report, between

14    October 21st, 2020, and January 12th, 2021, you

15    also did some additional research and rereview of

16    materials?

17         A     Correct.

18         Q     The total amount that you billed in

19    connection with that work for those 35 hours was

20    $19,950?

21         A     Correct.

22         Q     Have you performed any work on

23    Mr. Seidl's case subsequent to January 12th, 2021?

24         A     No.  Only in preparation for the

25    deposition, just a brief review of my report.
```

D. Barry Boyd, M.D.

```
 1          Q     Do you have an estimate as to about how
 2    much time you spent in brief review of your
 3    report?
 4          A     I think about three hours.
 5          Q     Is that three hours something that you
 6    will be charging the $570 per hour rate for?
 7          A     I am -- I'm not sure, that may have been
 8    included within the report, but I'll -- I will
 9    speak to the lawyer who works with me from
10    Medilex, who does most of this for me.
11          Q     So you're not sure sitting here today
12    yet exactly how that will be billed or what rate
13    that will be billed at?
14          A     Correct.
15          Q     If I'm doing the math correctly then, it
16    looks like you have spent 91 hours -- or if we add
17    these three additional hours that you've spent
18    reviewing your report for today -- about 94 hours
19    working on Mr. Seidl's case?
20          A     Correct.
21          Q     At any point during your work on
22    Mr. Seidl's case, have you spoken with Mr. Seidl?
23          A     I did.
24          Q     Did you speak with him in person, by
25    phone or by videoconference?
```

D. Barry Boyd, M.D.

```
 1          A      It was by phone.  Not video.

 2          Q      When did you speak with him?

 3          A      It was November 27th, 2020.

 4          Q      For how long did you speak with him on

 5   the phone?

 6          A      Approximately an hour to an hour and a

 7   half.

 8          Q      Have you spoken with any of Mr. Seidl's

 9   treating physicians in connection with this case?

10          A      No, I have not.

11          Q      Have you spoken with any other member of

12   Mr. Seidl's family in connection with this case?

13          A      No, I have not.

14          Q      Was there an attorney present on the

15   phone when you were speaking with Mr. Seidl?

16          A      No.

17          Q      What did you speak with Mr. Seidl about?

18          A      Just his history.  I spoke to him about

19   his exposures, and asked him questions about that.

20   And I also him how he was doing, as a physician.

21   I talked to him a little bit about his lymphoma.

22   I actually talked to him a little bit clinically

23   discussing the subtype he had, and my hope that he

24   would have a good outcome, long term.

25          Q      Would you agree with me that the fact
```

D. Barry Boyd, M.D

1    that Mr. Seidl has been in remission for over five

2    years now is a good sign for him?

3         A    Yes.

4              I also did discuss -- but we can discuss

5    this later -- his subtype of follicular lymphoma

6    and why that was important.

7         Q    Just so I don't forget to ask you about

8    it later, why don't you go ahead and tell me now

9    what you discussed with him about his subtype and

10   why it is important.

11        A    Yeah.  Follicular lymphoma is actually a

12   series of grade -- graded types of lymphoma,

13   everywhere from low grade follicular lymphoma to

14   higher grade lymphomas.  In addition, the

15   follicular low grade lymphomas tend to be

16   widespread, involve multiple nodal areas, often

17   involving the bone marrow, and they're very slow

18   growing.  They may or may not need treatment.

19             He had a subtype which was called

20   follicular grade IIIb.  It's a subtype we used to

21   call follicular large cell lymphoma, which bears a

22   lot of resemblance to more aggressive large cell

23   lymphomas like DBCL, and has a somewhat good

24   prognosis.  It often presents more likely in a

25   localized fashion.  And because it has a lot of

D. Barry Boyd, M.D.

1    resemblance to large cell lymphoma, which he did,

2    aggressive therapies can lead to long-term

3    remissions.  Not a guarantee because he probably

4    has an underlying component of a lower grade

5    B-cell lymphoma based on his flow psychometry,

6    which I've reviewed.  But my hope is --

7         Q    Is it your opinion --

8         A    Go ahead.

9         Q    Sorry.  Go ahead.

10        A    My hope is that he will do well.  I'm

11   sorry.

12        Q    I hope so too, Dr. Boyd.

13        A    Not as a representative of, you know,

14   this case, but as a physician talking to a

15   patient.

16        Q    When you say that there is some

17   indication that he may have another type of

18   underlying non-Hodgkin's lymphoma, can you

19   describe that a little bit more for me?

20        A    Yeah.  No, I would not say he has

21   another type.  Actually, what I'm saying is that

22   follicular large cell lymphomas, like this

23   disease, may have an underlying component of lower

24   grade lymphoma.  They are not distinct.  They are

25   actually very closely related, and one -- the low

D. Barry Boyd, M.D

1    grade evolves into the high grade.

2              And having reviewed his PET imaging, he

3    had low grade SUV uptake.  That's the relative

4    uptake within multiple lymph nodes, and a very

5    high uptake in the cervical node where he

6    presented and had his incisional biopsy, which is

7    where the definitive diagnosis of follicular grade

8    IIIb was made.

9              He also had a less than 0.5 percent

10   circulating monochrome B-cell population within

11   his bone marrow flow psychometry, but negative

12   bone marrow for lymphoma.  Arguing that there may

13   have been a very low grade population of B-cells

14   that could represent this lower grade follicular

15   B-cell population.  That represents the initial or

16   earlier lower grade portion of a follicular

17   lymphoma.  That's pure speculation, but it's not

18   uncommon in follicular lymphomas.

19        Q    When you say that's not uncommon in

20   follicular lymphomas, is it fair to say that

21   Mr. Seidl's pathological presentation of

22   follicular lymphoma was relatively standard?

23        A    Well, it's not unusual.  But standard --

24   there's no such thing as standard because

25   lymphomas -- there's a wide variety of lymphomas,

D. Barry Boyd, M.D

1    and they are interconnected in many ways through

2    both molecular pattern, we think, through

3    causation.  But the point being that he had a not

4    uncommon form of follicular lymphoma, just higher

5    grade.

6         Q    Was there anything about Mr. Seidl's

7    clinical presentation of non-Hodgkin's lymphoma

8    that was unusual to you?

9         A    No, not at all.  Not at all.  He

10   presented with palpable lymph nodes that were not

11   without B-cell symptoms.  He was otherwise well.

12   And those -- the area of lymphoidectomy in the

13   neck increased over time, and then he went on to

14   have surgical evaluation after seeing his

15   internist and having imaging done, and then went

16   on to have a needle biopsy, followed by a more

17   definitive incisional biopsy.

18           Needle biopsies are traditionally

19   difficult for lymphomas because you need what we

20   call histology.  Thereby by definition a

21   follicular IIIb requires slides under the

22   microscope with a large -- you know, with the

23   histology and traditional staining to evaluate the

24   pattern of the lymphocytes within the tissue.

25           So you need that -- lymphomas are

D. Barry Boyd, M.D

```
 1    pretty -- I wouldn't say unique, but they're --
 2    it's very important that lymphomas, we always have
 3    to proceed to a biopsy to be able to get adequate
 4    tissue.
 5              I have several patients just like that
 6    now I'm following who we think have a follicular
 7    lymphoma.  One is 93 years old, and to do a biopsy
 8    to determine the actual histology for her would be
 9    too high a risk.  So we are -- we are treating her
10    empirically as though she has a low grade B-cell
11    lymphoma.  We're going to follow her.  But, you
12    know, it's not the standard, but at 93 years old,
13    you know, you can't do a surgical procedure in
14    that patient.
15              So this is an example where he went
16    through the traditional approach to find that
17    these were lymph nodes in his neck, did the CT and
18    the ultrasound which confirmed that, and then go
19    on to do a needle biopsy, which showed atypical
20    lymphocytes but nondiagnostic, and then do an
21    incisional biopsy to actually get tissue that you
22    need for the firm diagnosis.
23              I hope I didn't lose you.
24         Q    No, you're okay.  Just deciding where --
25    where I want to go from there.
```

D. Barry Boyd, M.D.

```
 1        A    I lose my audience all the time when I
 2  lecture.
 3        Q    When did Mr. Seidl first present with
 4  non-Hodgkin's lymphoma?
 5        A    Yes, let me go to my notes so I don't
 6  speculate on that.
 7        Q    When you say go to your notes, are you
 8  going to your report or separate notes --
 9        A    I'm not going to anything that you don't
10  have.  I'm going to my report.
11        Q    All right.  I'm going to go ahead and
12  mark your report as an exhibit to your deposition
13  then.
14             (Boyd Exhibit No. 5 was marked for
15             identification.)
16             THE WITNESS:  Yeah.  So it's my report.
17  I'm not using any other documents but what you
18  have.
19             In mid-September 2014, he noted a
20  ten- -- nontender right neck mass that had been
21  present for a little over two weeks and had
22  increased in size over several weeks thereafter.
23  He noticed -- actually, it felt like it doubled in
24  size.  He said it went from a ping-pong to a
25  tangerine size lump.
```

D. Barry Boyd, M.D.

1            He saw his internist, that was

2    Dr. Anderson, on 9/20/24 (sic).  And he was

3    referred for ultrasound and CT.  The ultrasound

4    confirmed a fairly large 4x3x3.3x1.7 right

5    cervical nodal mass in the anterolateral portion

6    of the submandibular.  He then had the CT scan,

7    which confirmed the enlarged right neck mass,

8    posterior and separate from the submandibular

9    gland.  So this was a nodal mass.

10            Submandibular glands are often actually

11    salivary glands, rather than lymph nodes, and this

12    was clearly a lymph node.  There was no specific

13    enhancement.  There was nothing else in terms of

14    adenopathy.  This appeared to be fairly solitary.

15            He was then referred on 10/7 to Lee

16    Anderson, a surgical specialist in Charlotte, who

17    described the history of a tender -- non-painful,

18    non-tender, swelling with -- over a period of

19    25 days, and then reviewed the CT scan.

20            And then on 10/7, the same day, he then

21    underwent with Dr. Peterson an ultrasound guided

22    fine needle aspiration of the cervical lymph node.

23    Again, as I mentioned earlier, it showed atypical

24    lymphoid cell, suspicious for lymphoma.  And at

25    that point it was recommended that he have a

D. Barry Boyd, M.D

```
 1    follow-up excisional biopsy, which he did.

 2    BY MS. COPE-KASTEN:

 3         Q    There's a lot there, so I'm just going

 4    to break that down into individual pieces.

 5         A    Okay.

 6         Q    Starting at the beginning, he presented

 7    initially in September 2014 with symptoms of

 8    non-Hodgkin's lymphoma.  Is that right?

 9         A    Correct.

10         Q    Then in --

11         A    Yeah, I was saying as an aside, this is

12    very common in men.  Less common in women, I hope.

13    He noted it when he was shaving.  And it's a very

14    common time where they -- you know, while he's

15    shaving, he notes the lump.  Otherwise, people may

16    not press their neck and feel it.

17         Q    Then in October of 2014 is when he

18    actually had the initial biopsy done for that

19    lymph node?

20         A    Correct.

21         Q    And beginning in November 2019 is when

22    it was first suggested that R-CHOP might be a good

23    therapy for Mr. Seidl?

24         A    Yeah.  Then he went on to have his --

25    hold on.  I have another knock at the door.
```

D. Barry Boyd, M.D

1          MS. COPE-KASTEN:  We can go off the

2   record again.

3          THE VIDEOGRAPHER:  The time is 3:31 p.m.

4   Off the record.

5          (Pause in the proceedings.)

6          THE VIDEOGRAPHER:  The time is 3:31 p.m.

7   On the record.

8   BY MS. COPE-KASTEN:

9       Q    November 2014 is when R-CHOP therapy was

10   first recommended for Mr. Seidl?

11       A    Yeah.  Now -- now, between excisional

12   biopsy, molecular definition of his underlying

13   lymphoma, critical now, because we're much more

14   focused on molecular characterization of different

15   subtypes of this subtype of lymphoma because

16   there's certain molecular changes that connote a

17   much higher risk.  One is called a double-hit,

18   which involves translocations of c-Myc and several

19   other genes, including Bcl-2, Bcl-6.

20          He did not have a double-hit lymphoma.

21   He was cyclin D1-negative, which would connote

22   what we call a mantle cell lymphoma, also high

23   risk.  So all of that was done.

24          He then went on to have a PET scan,

25   which was important, and a bone marrow before he

D. Barry Boyd, M.D.

1    even got to CHOP.  The PET scan confirmed this

2    large -- now, here's where I was talking about the

3    possibility of a lower grade lymphoma.  Let me

4    walk you through this.  Okay?  Because they don't

5    normally biopsy this.

6              But he had a large hypermetabolic right

7    nodal mass, which we know that's where the biopsy

8    was done.  And the SUV is an indication -- an SUV

9    is related to the uptake of a radionuclide form of

10   glucose with fluorodeoxyglucose.  Why glucose?

11   Glucose is taken up at higher levels the more

12   rapidly growing a tumor is.  So rapidly

13   proliferating tumors have high SUV.  We use this

14   particularly in lymphomas because it helps us

15   distinguish high grade from low grade lymphomas.

16             Okay.  So if you have low SUV, it's

17   reassuring, it's low grade.  His cervical lymph

18   node showed an SUV of 11.4, which is on the high

19   side.  We've seen it higher, but that's high.  So

20   that indicates he had rapidly proliferating cells

21   in the lymph node.  We already knew that from

22   pathology characterization which showed a high

23   level of a thing called Ki-67.  K-I, dash, 67

24   percent.  60 percent.  That is a marker of how

25   rapidly cells are turning over or multiplying.

D. Barry Boyd, M.D.

1              So he had a highly proliferative

2    follicular grade IIIb lymphoma in the neck,

3    confirmed by cytology which showed the high Ki-67,

4    and confirmed by the high PET uptake.  Right?

5    Mostly in the neck.  So that's how he was

6    originally staged and histologically defined as

7    follicular IIIb.

8              The PET scan showed in addition to

9    uptake in that node, he had other nodes in the

10   axilla, the paratracheal, or the media sternum, we

11   call it, as well as down in the abdomen, and the

12   SUVs there were between 3.5 to 5.  Now, are you

13   with me?  That's not 11.  Arguing that we don't go

14   biopsying every lymph node, but there's a strong

15   possibility that beneath that very high grade

16   lymphoma in the neck, there might have been lower

17   grade forms of follicular lymphoma that this had

18   evolved from in the neck that were present in the

19   abdomen.  So that's -- and that's the natural

20   history of follicular lymphomas anyway.  But you

21   treat the high risk component.

22              Are you with me?

23              He also had the involvement of the bone,

24   which was the left ileum, which is part of the

25   pelvis, and that also showed uptake of 5.9.  Not

D. Barry Boyd, M.D.

```
1    11.  So it was not nearly as high as the neck.  So
2    one could argue that he -- he had -- by definition
3    having it in bone indicates stage IV rather than
4    stage III disease.  So by definition, stage IV
5    requires aggressive therapy.  He had a follicular
6    high grade type of lymphoma, that IIIb type of
7    lymphoma.  And underlying it, he had other areas
8    of lymph node involvement with low -- much lower
9    SUVs.
10           So this is why they chose -- because he
11   did not have molecular markers for really high
12   risk, which would have been non- -- poorly
13   responsive to this treatment, it was felt that
14   R-CHOP was the best approach, which I agree with.
15   So he started R-CHOP.  That treatment was started
16   on 12/3/2014 with Dr. Frenette again.
17       Q    Dr. Boyd, I'm going -- I'm going to stop
18   you there because I have quite a few follow-up
19   questions from --
20       A    Sure.
21       Q    -- (inaudible).  So let me make sure I'm
22   with you in each step of this.
23           You named a couple of what are
24   effectively high risk traits or high risk factors
25   such as having double-hit lymphoma or having
```

D. Barry Boyd, M.D

1    mantle cells lymphoma.

2         A    Correct.

3         Q    And I just want to make sure that we're

4    on the same page --

5         A    He did not have that.

6         Q    Mr. Seidl did not have any of those?

7         A    Correct.

8         Q    You also described the presence of nodes

9    in the axilla, the media sternum and the abdomen.

10   Right?

11        A    Correct.

12        Q    Despite having some presence of positive

13   nodes in those locations, Mr. Seidl did not have a

14   diagnosis of any lower grade follicular lymphoma

15   or any other type of non-Hodgkin's lymphoma; is

16   that correct?

17        A    Correct.

18        Q    You described for me that he had a

19   Ki 60 percent for his non-Hodgkin's lymphoma.  Do

20   you remember that?

21        A    Yeah.  Oh, yeah.  Absolutely.

22        Q    And you said that --

23        A    Ki-67, it was 60 percent.

24        Q    So that's a high proliferation rate.

25        A    Correct.

D. Barry Boyd, M.D

1          Q     Correct?

2                What percentage of your patients have a

3     proliferation rate that high for their

4     non-Hodgkin's lymphoma?

5          A     Probably 30 percent, and the majority

6     are large B-cell lymphomas.

7          Q     You indicated that because -- go ahead.

8          A     Yeah, and as I said, and probably that's

9     why your question, because he has a follicular

10    grade IIIb, we had early traditionally -- and I

11    say traditionally -- there are a number of

12    evolving classifications for a lymphoma, but that

13    at one point had been called follicular large cell

14    lymphoma.

15               So it has features like large cell of

16    rapid proliferation, much faster growth rate, and

17    potentially a more rapid progression of disease.

18         Q     Because of that potential for a more

19    rapid progression of the disease, a more

20    aggressive therapy was chosen for him, right?

21         A     Correct.

22         Q     Mr. Seidl underwent six cycles of R-CHOP

23    between December 2014 and March 2015.  Correct?

24         A     Yes.

25         Q     He responded quite well to that

D. Barry Boyd, M.D

1    treatment, didn't he?

2          A    He did.

3          Q    You would agree with me that following

4    the sixth cycle of R-CHOP in March 2015, a

5    post-treatment restaging PET scan showed that he

6    did not have any active disease, right?

7          A    Correct.

8          Q    Since completing that R-CHOP therapy,

9    Mr. Seidl has not had a recurrence of his

10   non-Hodgkin's lymphoma.

11         A    That is correct.

12         Q    Are all of the opinions that you have

13   with respect to Mr. Seidl -- that you intend to

14   offer with respect to Mr. Seidl contained in the

15   report that you've been looking at?

16         A    Yes.

17         Q    When you diagnose patients with

18   non-Hodgkin's lymphoma, do you ever talk to them

19   about herbicides and pesticides?

20         A    I do.

21         Q    Do you talk to all of your patients when

22   you diagnose them with non-Hodgkin's lymphoma

23   about herbicides and pesticides or only some of

24   your patients?

25         A    No, I -- I talk to them about a number

D. Barry Boyd, M.D.

1    of things beyond that.  I look at all the risk

2    factors.  You know, I look at their immune status.

3    I look at their history of -- their family

4    history.  I look at everything from obesity -- we

5    know that, you know, significant obesity is linked

6    to two diseases, lymphoma and particularly

7    multiple myeloma.  And I talk to them about the

8    metabolic effect of obesity on many cancers,

9    including lymphoid MOI disease.  I talk to them

10   about autoimmune disease.  I talk to them -- you

11   know, I just do a screen looking at all the

12   possibilities that may be associated.  I talk to

13   them about exposures.

14          There have been a few who've had

15   significant exposure to Roundup, but I do not in

16   any way advocate them -- you know, I don't tell

17   them go see a lawyer.  I just -- you know, I'm

18   doing this as a screening for them.  I do

19   recommend avoiding -- you know, carefully avoiding

20   exposures.

21      Q    When you have that conversation with

22   your patients, do you ever attempt to determine

23   which particular risk factors led to the

24   development of their non-Hodgkin's lymphoma?

25      A    I -- I look at -- you know, I actually

D. Barry Boyd, M.D.

```
1    do make some assessments of the extent of
2    exposures and the duration of exposures.  So we
3    now have dose and duration in relationship to
4    pesticides, herbicides, et cetera.  Particularly
5    herbicides.
6              But I don't -- I don't put it always in
7    the chart because I don't think it's necessarily
8    something that is clinically part of the record
9    for those patients, but I may speak to them about
10   how that may have contributed and the importance
11   of being careful.
12        Q    What do you mean when you say you don't
13   think that it's clinically part of the record for
14   those patients?
15        A    Well, it's -- you know, I -- you know,
16   you have to recognize now doing what I do with
17   these -- these cases that I have to be very
18   careful about where I step in terms of my clinical
19   work.  Not my judgment about the risks of
20   glyphosate, Roundup and other carcinogens, but how
21   I start to document that in my personal patient
22   charts.  I'm very conscious of that.  I mean, I
23   just have to be careful.
24        Q    I want to make sure that I understand
25   that.  When you say, Doing what I do for these
```

D. Barry Boyd, M.D

```
1    cases, you mean serving as an expert witness --

2         A    Yeah, as an expert witness --

3         Q    -- on the part of the plaintiffs?

4         A    Correct.  Yeah.  And it's -- it's not a

5    judgment about distrusting causality as much as it

6    is a judgment about ethics in how I want to

7    separate the two, to be honest.

8         Q    Can you explain that a little bit

9    further for me?

10        A    Yeah, because I don't -- as a practicing

11   clinician, I don't talk to patients about being an

12   expert witness for patients with lymphoma who've

13   been exposed to glyphosate.  So I don't talk to

14   them in that -- in those terms because that biases

15   how they might see me or what I'm doing.  And

16   it's -- it's human nature to do that.  And I don't

17   want them to spend time looking to find a lawyer.

18             I'm not -- you know, what I'm not trying

19   to do here is promote lawsuits.  I'm doing this --

20   I take care of patients and it's a separate

21   practice, and ethically I don't want to step over

22   that line.

23        Q    Are you concerned that if you told a

24   patient that you thought Roundup caused or

25   contributed to their non-Hodgkin's lymphoma, that
```

D. Barry Boyd, M.D.

1    they would view that as needing to go find a

2    lawyer?

3        A    Yeah, they might.  I mean, I've had

4    patients who come to me and said that they're

5    getting a lawyer.  I've also had patients with

6    non-lymphomas who use Roundup, and I tried to

7    dissuade them because, I said the evidence is not

8    strong for your cancer.

9             You know, so I've done the other where I

10   -- because I've spent a huge amount of time on

11   causality.  You know, I worked with the

12   epidemiologists a lot.  I've spent a lot of time

13   where I teach at Yale on the origins of cancer,

14   and -- and it's very important to be able to parse

15   the difference, right.  Because diseases have

16   different potential causations.

17            And there are certain ones like -- you

18   know, like cause of breast cancer, that is

19   strongly driven by hormonal factors.  By the way,

20   I don't want to get into the environmental factors

21   of that.  It could make it very complicated.  But

22   earlier -- early exposures to pesticides and --

23   you know, have been correlated in the California

24   Teachers Study with breast cancer.  But I can't go

25   back and say, What was your exposure when you were

D. Barry Boyd, M.D.

```
 1   under ten years of age?  Because we analyzed that
 2   data, and it was under one year of age exposures
 3   were highly correlated with breast cancer risk in
 4   your 50.
 5            So there's this very wide spectrum of
 6   risk associated with exposures, and it's very
 7   complicated.  The epidemiology is complicated.
 8   But I don't want to march people into, you know,
 9   going in for -- going after a legal thing when I'm
10   trying to take care of them.  I'm trying to take
11   care of them clinically, and that's really
12   important that I separate the two.
13       Q    Because of your focus on the ethics of
14   this, is it accurate to say that you have never
15   told a patient that you believe Roundup caused his
16   or her non-Hodgkin's lymphoma?
17       A    Not directly, but I have said that I
18   can't -- I can't exclude it as a potential cause.
19   But that's only a few people where I know that
20   they had high exposures.
21       Q    What do you consider to be a high
22   exposure?
23       A    Well, Mr. Seidl was pretty high.  I'm
24   very careful, to be honest with you, because I've
25   analyzed a lot of these cases, and many of them
```

D. Barry Boyd, M.D

1    don't reach what I would consider adequate levels

2    to explain it.

3             The dilemma with residential use of

4    Roundup compared to professional use is the

5    uniform absence of precautions, which I find

6    really disturbing.  You know, these are chemicals,

7    and people will use it when they're in their

8    shorts, they'll use it wearing their sneakers,

9    they won't wear gloves, they get it all over their

10   skin, they'll delay getting washed.  And so

11   there's an assumption of complete and utter

12   safety.

13             And the people that I've seen who are --

14   like Mr. Seidl in particular, who have extremely

15   high and prolonged exposures over many years are

16   the ones who more likely -- where you can

17   quantitatively say, This is likely to have

18   potentially contributed.  I have patients --

19        Q    Did you make --

20        A    -- who have two years of exposure, and I

21   say I can't say that two years would be enough to

22   adequately explain this.  And then they may have

23   other mitigating, you know, risk factors that I

24   look at to make sure -- and that -- those may

25   supersede their exposure.

D. Barry Boyd, M.D

```
 1          Q    Did you make an independent quantitative
 2   assessment of Mr. Seidl's exposure to Roundup?
 3          A    I did.  I also have seen the number of
 4   days and years of his exposure.  I didn't do a
 5   fully mathematical calculation, but I know the
 6   toxicology assessment had indicated how much
 7   dermal exposure he had.  It was quite striking.
 8          Q    When you say the number of days and
 9   years that he used Roundup, are you referring to
10   Dr. Sawyer's report in this case?
11          A    Yes.
12          Q    Have you reviewed Dr. Petty's report --
13   Mr. Petty's report in this case?
14          A    Let me just look here.
15               I don't believe so.
16          Q    Are you familiar with Steven Petty?
17          A    Yes.
18          Q    Have you relied on his work in any other
19   Roundup cases?
20          A    I would believe so.  I can't tell you
21   which ones.
22          Q    Is there a particular reason that you
23   did not review his report in Mr. Seidl's case?
24          A    I didn't -- I didn't neglect it.  I
25   didn't see it.
```

D. Barry Boyd, M.D.

```
1          Q    You said that in some of your patients
2    there are mitigating risk factors that you believe
3    are superseding from a causation standpoint.  Do
4    you recall that?
5          A    That's correct.
6          Q    Can you tell me what some of those
7    mitigating risk factors would be?
8          A    Yeah.  Yeah.  So I have patients who
9    have significant autoimmune disease.  They may
10   have Crohn's disease or other inflammatory bowel
11   diseases.  They may have rheumatoid arthritis.
12   You know, I've had patients who've had both
13   rheumatoid arthritis and obesity where there are
14   defined associations with lymphoma risk, and
15   they've been on medications also that are
16   immunosuppressive that have also been associated
17   with the increased risk of immune-related diseases
18   and lymphomas.
19              I've had patients who have been EBV
20   positive where, you know, that sort of is a
21   potential association.  I've had some patients
22   with lymphomas who had HTLV-1, which is a clear
23   lymphotrophic virus that causes lymphoma.
24              So, you know, you kind of rule those out
25   immediately because they have high risk factors,
```

D. Barry Boyd, M.D.

1    or at least you look at it and say unless there's

2    very, very high exposures, it would be difficult

3    to assume that it's in any way related -- and that

4    it's related.  Because with minimal -- limited

5    exposure and high -- high risk factors beyond

6    glyphosate Roundup, I think, you know, it's --

7    it's a harder explanation for risk.

8          Q    If a patient has one of those mitigating

9    risk factors, for example, a patient who is

10   positive for the Epstein-Barr virus, and also has

11   what you would consider to be a high exposure to

12   Roundup, do you attempt to make an assessment as

13   to whether Roundup or the Epstein-Barr virus

14   caused the patient's non-Hodgkin's lymphoma?

15         A    Yeah, and -- and that will go into

16   things like what type of lymphoma.  So we know

17   there are certain lymphomas where EBV is a -- is a

18   causal lymphoma like Burkitt's lymphoma.  And

19   there are subtypes where you can define the

20   incorporation of the EBV into the -- into the

21   lymphoma cells, and that's playing a role.  And in

22   other cases, if you simply rely on the presence of

23   antibodies to EBV, everyone has them.  And that's

24   different.

25               There's a difference between being

D. Barry Boyd, M.D.

1   infected with EBV and have active replicating

2   virus that's caused -- known to be linked to a

3   subtype of lymphoma and having antibodies.

4   Because, by the way, you have antibodies to EBV; I

5   have antibodies to EBV; everybody does.  I have to

6   explain to people when they get a positive

7   antibody test that you don't have Epstein-Barr.

8   You have been exposed to it; they remain in your

9   cells for the rest of your life.

10            Certain genetic predispositions are

11   linked -- there's a male defect in

12   immunosurveillance that leads to immune -- that

13   leads to Epstein-Barr related lymphomas because

14   they can't essentially identify EBV infected

15   lymphocytes, and the lymphocytes grow out of

16   control.

17            So there are a lot of different features

18   in which EBV can play a role, but for the most

19   part, just the presence of antibodies or having a

20   history of mononucleosis when you were young,

21   you're going to have those antibodies.  So it's --

22   it's not as simple as that.  So many, many people

23   are not going to have an EBV linked --

24   (interruption).

25            Sorry.  The emergency room is calling.

D. Barry Boyd, M.D

```
 1    I'm sorry.  So I'll finish the answer.
 2              And are not going to have an EBV linked
 3    lymphoma.  But if it's a clearcut EBV lymphoma
 4    that we can look at, then the glyphosate may have
 5    promoted it.
 6              So, remember, tumors are not a one-shot
 7    deal.  What glyphosate, and particularly Roundup
 8    with the -- with -- the components of Roundup,
 9    have the potential to promote the progression of a
10    disease that has another cause or has other
11    causes.  So it doesn't even have to be the -- the
12    Roundup carcinogenesis model or the mutagenesis.
13    It can be the Roundup promotional effect that
14    activates the growth of preexisting cells that
15    grow more quickly and rapidly proliferate at a far
16    more rapid growth in a -- in a more aggressive
17    phenotype we call it.
18              And that's what makes me concerned about
19    Roundup particularly, rather than just the
20    glyphosate, is that potential promotional factor.
21    That's different than simple carcinogenesis.  It's
22    a multistage process.  And lymphoma is just like
23    colon cancer.  Colon cancer starts as a polyp, it
24    slowly grows, you have an invasive tumor that
25    takes 20 years.
```

D. Barry Boyd, M.D.

1            Lymphomas can start as a low grade

2    monoclonal B-cell population.  They're very low

3    grade.  They may never go anywhere.  But if you

4    expose them to those cells to any potential

5    promotional factors that are known to activate --

6    and that's where obesity plays a role.  Obesity

7    doesn't cause lymphoma.  Obesity is a promotional

8    factor.  The hormonal milieu, the inflammatory

9    state associated with -- particularly with what we

10   call a metabolic syndrome with visceral obesity is

11   a promotional factor making tumors grow faster.

12            And so trying to say this did it is

13   missing the point.  These agents, if they're

14   capable of promoting the growth of these cells,

15   contribute to the aggressiveness and the rapidity

16   of those evolving into a frank malignancy, and

17   that's understanding the fundamentals of

18   carcinogenesis.

19            Now I've got to answer the ER.  Is that

20   okay?  I take a step back.  Sorry.

21            MS. COPE-KASTEN:  We can go off the

22   record.

23            THE WITNESS:  Thanks.  Sorry.

24            THE VIDEOGRAPHER:  The time is 3:54 p.m.

25   Off the record.

D. Barry Boyd, M.D.

```
 1              (Recess.)
 2              THE VIDEOGRAPHER:  The time is 4:01 p.m.
 3    On the record.
 4    BY MS. COPE-KASTEN:
 5         Q    Dr. Boyd, before the break, you were
 6    talking about promotion of tumors from certain
 7    risk factors.  Do you recall that?
 8         A    Yes.  Yes.
 9         Q    And you talked about the fact that you
10    are particularly concerned about the promotion
11    potential of Roundup as compared to glyphosate.
12    Do you recall that?
13         A    Yes.
14         Q    Can you tell me what the basis is for
15    your particular concern about Roundup as opposed
16    to glyphosate technical?
17         A    Well, there -- there is literature
18    that -- that argues that there is -- in addition
19    to the carcinogenesis effect of glyphosate, which
20    has been looked at, there may be promotional
21    factors linked to the Roundup, which is beyond
22    just the glyphosate.  So there are components in
23    there, you know, where they've done skin tests and
24    DMDA with animal models that have enhanced the
25    ability to generate tumors with exposures.
```

D. Barry Boyed, M.D.

```
 1              What that means is that when you get a
 2   carcinogen and then you add a promotional factor,
 3   it speeds up the ability of that carcinogen to
 4   induce a tumor.
 5              And so there's some evidence that --
 6   that Roundup itself, some of the components of
 7   Roundup that are not just the glyphosate may have
 8   promotional factors.  And that's true not only of
 9   Roundup but other chemicals, that they have --
10   they have a multifactorial effect on cell -- on
11   cell function.  So they don't just damage DNA, but
12   they actually may enhance cell growth and
13   proliferation through other effects.
14              And so, you know --
15       Q    Do you --
16       A     -- this is true of all malignancies.
17   You know, this is what happens with many cancers
18   that when you expose a carcinogen, you induce a
19   genetic change.  Now, with lymphomas it may be a
20   genetic change that leads to a chromosomal
21   alteration in a very specific part of the genes
22   linked to lymphocyte proliferation.  And then when
23   you expose those cells or that tissue that has a
24   few of those cells that have undergone the
25   initial -- what we call the initiating event, as
```

D. Barry Boyed, M.D

1    they are induced to proliferate more quickly, you

2    will induce more rapid progression to additional

3    genetic changes leading to a frank malignancy.

4           So to use an example, patients who have

5    severe immune disease, immune -- for instance,

6    immunodeficiency or autoimmune disease, they're

7    not carcinogenic; they're promotional.  They

8    activate the cells to grow more quickly, leading

9    to more rapid acquisition of -- of potential

10   genetic changes that lead to a frank invasive or

11   malignant lymphoma, where they might have a low

12   grade B-cell proliferation that may never grow.

13   Or progress, I should say.  Not grow but progress.

14      Q    Do you view Roundup formulations as

15   promotional or cancerogenic or both?

16      A    Both.

17      Q    Which particular components of a Roundup

18   formulation do you believe are promotional in

19   nature?

20      A    I -- I apologize.  I would have to go

21   back.  I can -- I don't have those notes here, but

22   I can try to find them.  Because I have reviewed

23   that, but I don't have it with me.

24           I'm trying to look through my -- my

25   particular references that would exactly reference

D. Barry Boyd, M.D

1    that.

2         Q    My next question for you is going to be,

3    which articles are you using as the basis for this

4    opinion?  So perfect time to be looking at your

5    records, I would say.

6         A    Yeah.

7              So there is environmental science

8    pollution, and this is Kasuba V., which is my

9    reference 13.  There is reference 36.  And there

10   is reference 37.  And reference 38.  And reference

11   39.

12        Q    I'm going to pull up those references so

13   we can all be looking at them together here.

14        A    Yeah.

15             MS. COPE-KASTEN:  Okay.  Can everybody

16   see this on the screen?

17             THE WITNESS:  Wow.  Let me --

18             THE VIDEOGRAPHER:  No, leave --

19             THE WITNESS:  I'm afraid to touch my

20   screen.  I might -- there we go.

21             I know more about cancer than computers,

22   trust me.

23   BY MS. COPE-KASTEN:

24        Q    All right.  So this is -- you recognize

25   this as your report?

D. Barry Boyd, M.D

1        A     Yes.

2        Q     Okay.  So I'm scrolling down to -- these

3   are your references?

4        A     Yeah.

5        Q     Do you recognize this list?

6        A     Yeah, I'm going to do -- you know,

7   excuse me for even jumping beyond this, but I -- I

8   do something -- this is what I do every day.  I am

9   going to -- excuse my French -- so those are

10  the -- the ones I was referring to.

11              Oh, my gosh.  What is that?  Oh, my God,

12  I'm sorry.  Excuse me.  Excuse me.

13              So rather than simply giving you the

14  references, because I don't have the actual

15  publications here -- sorry.

16       Q     Can you talk me through what you are

17  pulling up right now?

18       A     Yes, absolutely.  Yeah, that's not

19  the -- I'm trying to find the promotional article.

20  Excuse my French.  Sorry.

21              So this is one that is related to

22  Marc J.  This is reference 36.  And it's

23  essentially that glyphosate-based pesticide

24  impinges on transcription.

25       Q     Let me stop you right there for just a

D. Barry Boyd, M.D.

1    second, because I think that the list that you are

2    looking at must be updated from the list that's in

3    your report because I've got reference 36 as being

4    Clements C.

5         A    Right.  Let me -- yeah.

6         Q    Okay.  I'm going to pull this down then,

7    and I'm going to mark as the next exhibit to your

8    deposition the -- I guess I don't have a separate

9    materials considered list for you.

10             Can you tell me what list you are

11   looking at?

12        A    I may have pulled up an earlier version

13   of my report.  So I apologize.  But you should

14   be -- if you go through that and you look under --

15   go up a little bit.  We might be able to find it.

16             No, it's going to be down then.  I'm

17   sorry.  I think -- yeah, it's going to be down.

18   Down a little more.  Yeah, there we go.  Okay.

19             So it's -- you know, really, to be fair,

20   it's -- it's in here -- it's 47, 48 and 49.  Okay.

21   And what those reflect are the impact of Roundup

22   on cell proliferation independent of specific

23   effects on mutations.

24        Q    Meaning promotion?

25        A    Yes.  Meaning this promotional effect

D. Barry Boyd, M.D.

1    that is linked to the Roundup and its -- the

2    Roundup itself.

3         Q    When we were talking earlier about

4    promotional effect, you said that -- I want to

5    make sure that I'm paraphrasing this correctly, so

6    please tell me if I'm not -- you said that if an

7    individual has a risk factor that is capable of

8    tumor promotion, for instance, obesity, that risk

9    factor contributes to their ultimate development

10   of cancer.  Is that correct?

11        A    Yeah.  Yeah, again, because the --

12   there -- it's a -- excuse me while I do this.

13             It's -- you know, even if you have a

14   spontaneous noncarcinogen-induced mutation, when

15   you activate cell proliferation, that enhances the

16   risk of evolving into a malignancy.

17             Now, there's a famous article by two

18   gene -- two cancer geneticists and a -- a

19   researcher he worked with, Tomasetti and Bert

20   Vogelstein.  Bert Vogelstein is at Johns Hopkins.

21   You know, he talks about bad looking cancer and

22   the fact that when cells divide, mutations occur.

23   But when you have a preexisting mutation, it

24   doesn't necessarily evolve into a cancer.  It

25   often gets repaired.

D. Barry Boyd, M.D

1                But if you have anything that promotes

2    cell division, inflammatory mediators, obesity,

3    you know, exposures that themselves trigger

4    disregulated cell growth, all of those have the

5    capability of enhancing the evolution toward

6    malignancy of a small clone.  It's bad news for

7    all of us, so we all carry around small numbers of

8    clonal cells in many of our tissues.  It's been

9    well known that clonal B cells exist in a large

10   number of people over the age of 50, but don't

11   develop into malignancy.

12               So it isn't simply carcinogens.  And

13   this is what makes me crazy when we focus only on

14   that, is promotional factors that make a preceding

15   monoclonal cell evolve more quickly, grow more

16   quickly, and lead to the development of a frank

17   malignancy.

18       Q    Does the presence of a risk factor or an

19   exposure that can be promotional in nature mean

20   that that risk factor or exposure will always

21   contribute to the development of a patient's

22   cancer?

23       A    No.  And this is what we call

24   stochastic.  Dose and duration of exposure

25   together enhance the probability.  So if you have

D. Barry Boyd, M.D.

1    a low dose for a limited time, the probability of

2    that playing a role is extremely small.  But if

3    you have continuous exposure and long periods of

4    time, that can take something that might be benign

5    with limited exposure and turn it into a frank,

6    high risk factor because of that chronic exposure

7    to tissues.

8         Q    Where do you draw the line for Roundup

9    between something that is a low risk factor and

10   when the exposure becomes a high risk factor?

11        A    Well, there are two things.  One is --

12   and I went through this before -- can I find

13   mitigating reasons in the face of relatively low

14   exposures?  Then I'm reluctant to blame Roundup.

15   You know, because there may be other reasons if

16   it's very limited exposure.

17             But if I see somebody with high levels

18   of exposure and very few other risk factors, then

19   I get really nervous.  Because that is sort of the

20   classic example of, you know, duration and dose

21   over time.  That clearly may play a very big role

22   in somebody where, you know, you don't have other

23   reasons to explain it.

24        Q    Do you always have reasons to explain a

25   patient's cancer?

D. Barry Boyd, M.D

1       A     No.  No.  You know, to be fair, it's

2   probability; it's stochastic.  And so I never say

3   this definitely caused this.  I can only say that

4   I believe this had a substantial contribution to

5   risk.

6       Q     Have you told -- I think the answer is

7   "yes" to this.

8            You have told some patients that you

9   believe that Roundup was a significant factor in

10  causing their non-Hodgkin's lymphoma?

11      A     In fact, I said that only in one patient

12  who used it extensively and repeatedly without

13  protection and had no other real risk factors.

14  But in several, I said, You know, your exposure

15  was very limited, you also have these other

16  reasons, and your particular -- I don't believe

17  your particular lymphoma was related.

18            You know, if it was, and here's again

19  the point you're making, statistically the

20  probability of it contributing to your lymphoma

21  compared to the other known risk factors that you

22  do have means that its contribution is likely to

23  be much smaller based on lower dose and lower

24  exposure time.  Right.  Compared to the other

25  factors that have been there for 30 years.

D. Barry Boyd, M.D

1              You know, rheumatoid arthritis, which is

2    one, on antirheumatoid arthritis medicine

3    associated with a high risk for lymphomas and

4    malignancy clearly, coupled with obesity.  You

5    know, you add those together, and, you know,

6    they're -- you know, they're harder to say that,

7    you know, the -- that glyphosate or Roundup had a

8    substantial contribution when these other factors

9    may have been even more important in the face of

10   lower exposures.

11        Q    How do you know when Roundup is

12   promotional versus mutagenic for an individual?

13        A    You can't.  You can't know that.

14   That's -- those are biological features that you

15   know -- there's no test to say, Oh, in your case

16   Roundup promoted this.

17              Now, in a setting where you have a long

18   latency period, right, and that means long

19   duration of exposure with high exposures over that

20   time, there's certain to be a component of

21   promotion because of that long exposure.  Because

22   that's how it works, that's how exposures work in

23   enhancing tumor development.

24              You know, so --

25        Q    What do you consider to be --

D. Barry Boyd, M.D

```
1          A    I'm sorry?

2               THE REPORTER:  I'm sorry.  I --

3               MS. COPE-KASTEN:  Sorry, Leslie.

4  BY MS. COPE-KASTEN:

5          Q    Dr. Boyd, if you can --

6          A    I'm going to give you a good example,

7  okay?

8          Q    Fine.

9          A    Let me explain this.  Tobacco causes

10 classic carcinogen-induced changes in DNA.  We

11 actually know -- we call that a tobacco or --

12 tobacco-induced genotoxic signature.  There is a

13 mutation signature that is classic for smoking.

14 People who smoked and then stopped smoking have

15 persistent changes in their lung that are

16 associated with that.

17              I was involved in, and I teach this at

18 Yale and elsewhere, we have two national trials on

19 beta-carotene to reduce lung cancer risk in

20 smokers, because dietary beta-carotene seemed to

21 be associated with low risk, and levels of

22 beta-carotene in the blood seem to be associated

23 with low risk in smokers.

24              So the ATBC trial and the trial we were

25 involved in at Yale, the CARET trial, we used
```

D. Barry Boyd, M.D

1    beta-carotene or retinoic acid.  And it turned out

2    that beta-carotene increased lung cancer risk.

3    Beta-carotene was not a carcinogen.  Beta-carotene

4    promoted the growth of latent cells to become

5    malignant.

6            We're now seeing the same effect with

7    B12, and there are a number of studies on the high

8    dose B12 promoting growth of latent cells.  This

9    is what promotion is about.  It activates dormant

10   or subclinical cells that are not growing, and it

11   enhances the rate of them growing.  And we see

12   this all the time.

13           So it's very foolhardy to try to isolate

14   one factor.  Smoking caused their cancer, beta-

15   carotene caused it to evolve quickly, and it came

16   out 28 percent higher risk of lung cancer in

17   beta-carotene at high dose.  So that should be an

18   example of the idea -- that's what I'm interested

19   in, how to make sense of the environment versus

20   genetics versus bad luck.

21       Q    Would you agree with me that unlike

22   smoking, Roundup does not have any mutagenic

23   signature?

24       A    Not a classic one, but all -- you know,

25   the reason tobacco does is because the specific

D. Barry Boyd, M.D.

1    carcinogens in tobacco have definitive impact on

2    certain basis within the DNA.  And so that's how

3    they work.

4              But Roundup has been shown to lead to

5    DNA changes.  You know, there are a number of

6    different studies, and those are in the references

7    too.  So it is -- it doesn't have a specific

8    carcinogen signature, but it does have -- have

9    document -- documented mutagenic and carcinogenic

10   effects.

11        Q    It doesn't have any biomarker, for

12   instance?

13        A    No.  No.  It would make --

14        Q    You referenced --

15        A    -- life a lot easier for everybody,

16   wouldn't it?  Or work.

17        Q    You referenced Dr. Tomasetti earlier.

18   Do you remember that?

19        A    What, the reference?

20        Q    Yeah, do you remember -- just do you

21   remember mentioning Dr. Tomasetti's name?

22        A    Yeah, sure, of course.

23        Q    Are you familiar with Dr. Tomasetti

24   personally?

25        A    No.  No.  I've talked --

D. Barry Boyd, M.D

1          Q    And what is your opinion --

2          A    -- to Dr. Vogelstein, who is the senior

3    author and is the -- you know, is really the

4    father of cancer -- cancer genetics, in fact, at

5    Johns Hopkins.  He is a cancer or geneticist and

6    very, very well known.

7          Q    Do you have an opinion of

8    Dr. Tomasetti's work?

9          A    Oh, I think it's -- it's good.  It's

10   excellent.

11         Q    Are you familiar with the Agricultural

12   Health Study?

13         A    Yeah.

14         Q    Do you recall reading the publication

15   Andreotti from 2018 -- lead author Andreotti from

16   2018?

17         A    I have.  I have to go back to reference

18   that, but I have looked at those references.  I

19   don't have them with me here.

20         Q    I'm going to mark it as an exhibit to

21   your deposition.  I'll put it up on the screen so

22   you can take a look at it.

23              And this will be Exhibit 6 to your

24   deposition.

25              (Boyd Exhibit No. 6 was marked for

D. Barry Boyd, M.D.

```
1              identification.)

2              THE WITNESS:  (Peruses document.)  All

3    right.

4    BY MS. COPE-KASTEN:

5         Q    Does this article look familiar to you?

6         A    Yeah.

7         Q    Before I ask you any questions

8    specifically about this article, I have a more

9    general question for you, which is, are you

10   familiar with any article in peer-reviewed

11   literature showing a statistically significant

12   association between either glyphosate or Roundup

13   on follicular lymphoma specifically?

14        A    Not specific.

15        Q    Do you recall looking at the follicular

16   lymphoma findings from the Agricultural Health

17   Study as reported by Andreotti and others?

18        A    Yeah.

19        Q    Do you recall what those findings were?

20        A    I have to go back to that, because I

21   think that there -- the risk was lower.

22        Q    Right.  I'm going to take you to Table 2

23   specifically, and you can see that this is looking

24   at cancer incidence in relation to intensity-

25   weighted lifetime days of glyphosate use.
```

D. Barry Boyd, M.D

1        A     Mm-hmm.

2        Q     And if we go down to follicular

3    lymphoma, you can see here that in each of the

4    tertiles that the Agricultural Health Study looked

5    at, there was not an association between Roundup

6    or glyphosate and follicular lymphoma.

7        A     Mm-hmm.  I see that.

8        Q     Does this change your opinion at all

9    with respect to whether Roundup caused Mr. Seidl's

10   non-Hodgkin's lymphoma, his follicular lymphoma in

11   particular?

12       A     No, you know, because, you know, again

13   the -- this was based on a population whose levels

14   of exposure ironically were significantly less

15   than Mr. Seidl.

16            And I go to the Zhang article from 2019,

17   there are actually quantitative levels of exposure

18   and did show a risk.  Now, I don't see that he did

19   it specifically for follicular lymphoma.  But in

20   his case, he did see a substantial association by

21   looking at those who had higher levels of

22   exposure.

23       Q     Just to clarify, the Zhang article does

24   not include findings that are specific to

25   follicular lymphoma as a subtype of non-Hodgkin's

D. Barry Boyd, M.D.

1    lymphoma?

2         A    Right.

3         Q    You said a handful of times that

4    Mr. Seidl's exposure to Roundup was relatively

5    high in your estimation.

6         A    Sorry.

7         Q    What was, in your view, his level of

8    Roundup exposure?

9         A    Well, you know, I can quote what we know

10   from -- he had 24 years, I think, if I'm not

11   mistaken, from 1990 until 2014.  He did have a

12   brief period when he was in -- in South Africa

13   where he did not use it.  But during those

14   24 years, he was using it on a regular basis,

15   particularly in 2005 to 2010, when he was, you

16   know, in San Antonio.  He -- I guess in 2005, he

17   had a very high exposure because he was spraying

18   an adjacent lot that was not -- nobody was living

19   there and it was overgrown.  By his description,

20   he used a significant amount of Roundup to -- to

21   kill all the weeds on that property.  But he had

22   exposures through 2014.

23             Now, again, the exposure days were read

24   as 63 exposure days, you know, eight-hour

25   exposure, which seemed to be relatively high

D. Barry Boyd, M.D

1    compared to other Roundup cases.

2         Q    Do you know how the different tertiles

3    in the Agricultural Health Study for follicular

4    lymphoma corresponds to exposure days?

5         A    No.  No.  Do you know that?

6         Q    I'm going to show you this again.

7         A    I'd like to know where, you know, in

8    terms of exposure days, and particularly because

9    when you have agricultural workers, they tend to

10   wear protective gear and they tend to have less

11   dermal exposure.

12        Q    Do you know what the level of wearing

13   protective gear was for these specific individuals

14   who --

15        A    No.

16        Q    -- for follicular lymphoma in?

17        A    I mean, obviously, no.  I don't know the

18   subgroup and how much they had worn protective

19   clothing, but we know that agricultural pesticide

20   applicators who are professionals tend to be

21   more -- more prone to wearing protective gear as

22   part of their work.

23        Q    Is there a particular page of this study

24   that you want to look at?

25        A    So it's in quartiles rather than

D. Barry Boyd, M.D.

1    tertiles, one.  And I'd like to see what -- yeah,

2    there we go.  I'm sorry.  You may be right,

3    there's tertiles there.

4         Q    And I'm just showing you for a second

5    here that follicular lymphoma is in tertiles.

6         A    Yeah, I see it's in tertiles.  Got it.

7         Q    And if we look underneath Table 2, where

8    it's listing these numbers, you see that they

9    define what the brackets are for each of the

10   tertiles?

11        A    Yeah.  So what I -- I would like -- what

12   is -- what are the references?  What is the -- the

13   reference you're referring to?  Do you know?

14        Q    What is the reference it's referring to?

15        A    All I'm getting is 1 to 866.  866 what?

16        Q    They define it as "intensity-weighted

17   lifetime days."

18        A    I'm sorry.  Let me turn this off a

19   minute.

20             Yeah, so I -- I'm not sure,

21   unfortunately, how to -- how to transition from

22   that to, you know, exposure days -- glyphosate

23   exposure days.  I'd have to say that I can't -- I

24   can't really compare.

25             And again, my goal was not as the --

D. Barry Boyd, M.D.

1    just to look at toxicology, but to say that

2    this -- relative to the other patients, it was a

3    high -- or other individuals, it was a high level

4    of exposure days.

5        Q    When you say "relative to the other

6    individuals," do you mean the other Roundup

7    plaintiffs --

8        A    The cases that I've looked at.

9        Q    -- whose cases you have reviewed?

10       A    Yes.

11       Q    You talked about Mr. Seidl's Roundup

12   exposure, so I just want to go over what you're

13   considering to be his duration of exposure here.

14            Your assessment starts with Mr. Seidl's

15   exposure at what time?

16       A    You want me to just go through this

17   slowly?

18       Q    I want you to give me the years that you

19   believe --

20       A    Yeah.

21       Q    -- Mr. Seidl was spraying Roundup.

22       A    Yeah, that's -- that's what I'm going to

23   do.

24            1990 to 1995, he used it on a lot that

25   he had in Kansas.  He sprayed the property once

D. Barry Boyd, M.D.

1  monthly for 20 minutes for five to six months.  So

2  that's five years, from 1990 through 1995.

3            In 1995 through 1997, on a different

4  property in Oakland Park, also Kansas, again

5  monthly for 20 minutes for five to six months per

6  year.  That's '95 through '97.

7       Q    Okay.  Let me stop you there before you

8  go on.

9            With respect to this time period from

10 1990 to 1997, when he was in Kansas spraying for

11 20 minutes one time monthly for five to six months

12 per year --

13      A    Right.

14      Q    -- do you consider that to be a

15 significant exposure to Roundup?

16      A    Not alone, no.  If that's all he was

17 exposed to, I wouldn't have been talking about

18 this.

19      Q    Okay.  What do you have after 1997?

20      A    So in '97, he moved to Johannesburg with

21 his -- you know, his telephone company, SBC.  He

22 worked there through 2004, and he remained in

23 Johannesburg and he had no exposures.

24            He returned to the U.S. in the fall of

25 2004, where he moved to San Antonio.  In the

D. Barry Boyd, M.D.

 1   beginning of 2005, on his property there he began

 2   to use Roundup regularly on his lawn and his

 3   property.  From 2005 to 2010, he used it twice

 4   weekly.  Now, again, he noted that it was

 5   obviously Texas, it was warmer except for, you

 6   know, global warming and freezing we've recently

 7   seen, and so the length and duration during the

 8   year was longer.

 9            In 2005, he mixed and sprayed it

10   himself.  He would spray it on -- on Saturdays two

11   and a half hours.  He sprayed a significant large

12   area.  He had -- he had a lot of poison ivy.  He

13   showered after using the Roundup.

14            Only in 2005 there was a lot nearby next

15   to his that had no owners at the time, and he

16   sprayed that lot using a gallon hand sprayer.  He

17   used that weekly about two, two and a half gallons

18   per week to control the weeds on that -- that

19   property.  They were encroaching on his property.

20   Now, again, the growing season, as he noted, was

21   nine months, a little longer than five to

22   six months in Kansas, so he was using it for

23   longer periods of time yearly.

24            In 2006 through 2010, he applied it for

25   that six years on a half-an-acre property but not

D. Barry Boyd, M.D.

1   on the adjacent property.  So he was using that,

2   again mixing it and using it -- I think they say

3   here, one hour spraying on Saturday and an hour on

4   Wednesdays.  So he used it twice a year yearly.

5           He said during that period of time, he

6   would go through about a gallon twice weekly.

7   Again, he would often get exposures to his ankles,

8   legs, shoes.

9           In 2010 to 2014, he moved to Charlotte

10  to a residential property there.  There he used

11  Roundup once weekly, predominantly in the

12  summer -- he had a smaller property -- once weekly

13  around the bricks.  In some areas, you know, he

14  would use it once a month between 30 minutes and

15  one hour from March through November.

16          Post-2014, he -- of course, he stopped

17  using Roundup.  That was, you know, his time of

18  diagnosis, and he actually then used natural

19  products to weed, and he stopped using Roundup.

20      Q   Do you know why he stopped using Roundup

21  at that time?

22      A   Well, I think he had found that there

23  was some association, and he realized that he

24  wanted to stop using it.

25      Q   It's your belief that as of 2014,

D. Barry Boyd, M.D.

1    Mr. Seidl believed that there was an association

2    between Roundup and non-Hodgkin's lymphoma?

3         A    I don't know for sure, but, you know, I

4    think at that time when he was diagnosed, he

5    probably was also, you know, debilitated.  He

6    didn't really know about it until he completed his

7    treatment and he was looking for ways to prevent

8    recurrence.  That's when he came upon the issue of

9    Roundup.

10        Q    So in that case, it would make it early

11   2015?

12        A    Yeah.

13        Q    Do you have an opinion as to what point

14   in time Mr. Seidl's non-Hodgkin's lymphoma likely

15   began developing?

16        A    Based on the biology of lower grade

17   lymphomas, my opinion is it presented as a rapidly

18   growing higher grade lymphoma that probably --

19   that may have been -- and this is speculation.

20   You know, nobody can know this, so I'm not going

21   to -- but he may have had a lower grade lymphoma

22   that had been there and had been present for

23   several years before that, and that it eventually

24   rapidly progressed when he had -- particularly in

25   the neck, because the neck was different than

D. Barry Boyd, M.D

```
 1    the -- you know, as I said, the SUV in the other
 2    areas of nodal development was much lower.
 3              And they -- you don't biopsy everything,
 4    so you don't prove that there is a low grade
 5    lymphoma and a high grade.  Sometimes we do, but
 6    not in his case.  And so my guess is he -- he
 7    might have had a lower grade lymphoma, and that
 8    had evolved into this high grade lymphoma.
 9        Q    Would your opinion in that case be that
10    Roundup caused the lower grade lymphoma to begin
11    with?
12        A    I can't say.  It might have, but it
13    might have been a promotional factor in speeding
14    the progression.  And again, you know, we know
15    that there are a number of studies that show
16    associations with myeloma.  Others show it with
17    leukemia, acute leukemia.  Others that have shown
18    associations with diffuse large cell lymphoma.
19    And this is a variant that in fact behaves and
20    acts like large cell lymphoma.
21        Q    Why can't we know whether it was
22    causative -- whether "it," being Roundup, was
23    causative of a lower grade lymphoma or promotional
24    and leading to a higher grade lymphoma for
25    Mr. Seidl?
```

D. Barry Boyd, M.D

1              MR. SUTTON:  Object to form.

2              THE WITNESS:  Again, we're talking about

3    duration of exposure and dose in the face of an

4    absence of other risk factors.  Now -- anyway, I

5    won't -- I'll leave it at that.

6    BY MS. COPE-KASTEN:

7         Q    When you say that we're talking about

8    duration and dose, is it your opinion that a lower

9    duration and a lower dose could have caused the

10   lower grade lymphoma, whereas a higher dose or a

11   higher duration would have been needed for it to

12   be promotional later on?

13        A    No.  No, I'm talking about you can't use

14   that -- clearly the higher the dose, the greater

15   of impact over -- but it's also dose and time.  So

16   being exposed chronically to those higher doses,

17   particularly -- you know, as I went back and

18   looked at that, I mentioned the timing.  Excuse me

19   while I go back to that.

20              So, you know, in 1990, he had started,

21   but it was a much more limited exposure, as you

22   know, for those years.  But beginning in 2005, he

23   had higher levels of exposure when he was in San

24   Antonio.  How we -- how we quantitate which one

25   contributed is not clear.

D. Barry Boyd, M.D

1                    But one would argue that -- that
2        certainly in 2005 through 2014, he had higher
3        levels of exposure over time that was enough
4        potentially to act both possibly in a carcinogenic
5        manner, but certainly in a potentiating manner to
6        something that may have been there or was starting
7        and evolved into this -- what is the equivalent of
8        a follicular large B-cell lymphoma.
9            Q    Help me understand how dose and exposure
10       relate to a difference between mutagenesis and
11       promotion.
12           A    Okay.  If you smoke a cigarette a day
13       versus five cigarettes versus a pack a day,
14       quantitatively you're -- you're increasing your
15       risk of a critical mutation.  Right?  That's dose.
16           Q    Meaning mutagenesis in that case?
17           A    Yes, mutagenesis and carcinogenesis.
18       Because carcinogenesis relies initially on a
19       mutagenic event, mutations.  The site of that
20       mutation determines that -- that isn't -- you
21       know, the overwhelming majority of mutations in
22       cells, what we call passenger mutations, they
23       don't play a role in enhancing cell survival and
24       proliferation.  Only a small number, what we call
25       driver mutations.  Those are the kinds that make a

D. Barry Boyd, M.D.

1    tumor grow more quickly and evolve into a

2    malignancy, and it takes probably three or four or

3    more driver mutations to develop a true cancer.

4    Okay.  So it's quantitative.

5              And in the meantime, half of all

6    mutations in tumors occur before a critical single

7    driver mutation.  So most cells have mutations.

8    We all do.  Every one of your cells, bad news, has

9    mutations in it.  The body is pretty good at

10   repairing many of them.

11             And the difference between people with

12   hereditary risk factors -- for instance, breast

13   cancer -- and not having hereditary risk factors,

14   not that they have more events, more mutational

15   events.  Genetic factors that predict higher risk

16   are basically loss of repair of those mutations

17   that are common that we all get.

18             If you are exposed to anything that has

19   the potential to enhance a mutation, and you get

20   exposed to higher levels of that -- like in

21   tobacco or other carcinogens that we know play a

22   role, there are other organic carcinogens too --

23   we know that the dose will impact on the speed and

24   the number of mutations you develop.  Small doses,

25   lower risk.  Same as smoking.

D. Barry Boyd, M.D.

1           The second part is in tobacco smoking,

2    duration of tobacco use is highly correlated with

3    risk of getting cancer.  Shorter use, much lower

4    risk than longer use.  That's the duration

5    component.  Dose, how many cigarettes a day, how

6    many packs a day.  And duration, how many years,

7    how many pack years of smoking.  Same thing with

8    exposures to any carcinogen or promotional factor.

9           By the way, smoking not only enhances

10   the risk of mutations, but it creates inflammation

11   within the lung that is a promotional factor to

12   make previously mutated cells grow faster and

13   enhance the speed of developing cancer.  Same as

14   beta-carotene.  We now know B12 -- supplemental

15   B12 increases lung cancer risk in smokers.

16   Believe it or not.  Because B12 is necessary for

17   cell growth.  It's a promotional factor.

18           Sort of what I lecture on, you know,

19   understanding the difference between the two

20   because they're completely interdependent.  You

21   can't isolate one from the other.  The same way

22   you cannot, teasing out each of these studies,

23   isolate one lymphoma from another because many of

24   these lymphomas share pathways that start the

25   lymphoma developing.  They may start as a low

D. Barry Boyd, M.D.

1    grade -- we know this -- B-cell lymphomas, they

2    start as a low grade lymphoma, like in this case,

3    whereas other lymphomas, multiple myelomas starts

4    as a benign monoclonal adenopathy, and you follow

5    people for years, and in some cases it evolves

6    into myeloma.

7             So this is the nature of these diseases.

8    They're not like, bingo, you got cancer.  They are

9    progressive over time, and they follow the same

10   pattern in colon cancer, in breast cancer and

11   pancreatic cancer.  I mean this is one of my major

12   interests is understanding the origins of cancer.

13   When I finish that paper, I'll send it to you.

14       Q    Part of that progression that you talked

15   about is driver mutations?

16       A    Right.

17       Q    Maybe this goes back to the work of

18   Dr. Vogelstein and Dr. Tomasetti, but can

19   individuals have driver mutations without having

20   exposure to any carcinogenic substances?

21       A    Yeah.  Yes.  But one of the things that

22   has been critiqued extensively in his papers is

23   the failure to understand promotional factors that

24   in addition -- and what he was really talking

25   about was stem cell replication rates in tissues

D. Barry Boyd, M.D

```
 1   over a lifetime -- and what he failed to

 2   understand, because that is a basis for the

 3   evolution of cancer and how fast -- how rapidly

 4   stem cells in each tissue replicated a lifetime

 5   predicts risks, because you get mutations with

 6   replication stem cells.

 7            But what he failed to account for was

 8   the enormous number of promotional factors that

 9   alter stem cell replication.  And that's where

10   promotional factors are really important.

11       Q    How do we know, if someone has exposure

12   to multiple promotional factors, which promotional

13   factors caused their cancer to progress to the

14   point that it was clinically apparent?

15       A    Well, it's -- again, getting back to my

16   original argument, that it's dose and time, and

17   the presence or absence of other potential risk

18   factors.  That's what for me -- specific

19   causation, which is what we're talking about is,

20   are there other potential causes that may actually

21   explain this independent of the glyphosate or the

22   Roundup.  And when you see those, you have to, you

23   know, make a judgment.

24            There's nobody here -- there's no flag

25   that says, Hey, I got this from glyphosate.  No,
```

D. Barry Boyd, M.D.

1    no, no, no, no, I got this because I was obese and

2    I had rheumatoid arthritis.  But what it says is

3    that if you have multiple known risk factors, that

4    then makes you be very careful to judge how

5    important the Roundup glyphosate is relative to

6    those risk factors.

7           If you don't see many of those risk

8    factors, it says, Well, you know, I can't see

9    anything else.  You know, spontaneous maybe, but

10   we know that there's no question that prolonged

11   exposure over time may be an explanation that

12   makes -- you know, makes huge sense when you look

13   at the -- you know, particularly with him, how

14   long he was exposed to it.

15       Q    Does that process of making that

16   judgment and weighing those risk factors have a

17   name?  Is it a procedure or something that you go

18   through that's called something?

19       A    Oh, you're probably talking about the

20   Bradford Hill criteria for causation.  Which is

21   actually much of this, you know, and that's

22   applied to epidemiology studies that are

23   prospective cohort studies as opposed to

24   randomized trials, which we don't have, and it's

25   really meant to try to imply causation versus

D. Barry Boyd, M.D

1  correlation in an event.  And there are Bradford

2  Hill calculations that would be used to try to

3  determine the probability of a causal association.

4      Q    Did you conduct a Bradford Hill

5  assessment in Mr. Seidl's case?

6      A    No.  No.  But, you know, they're --

7  they're basically only semiquantitative, and they

8  are essentially the same thing that we're talking

9  about.  Mechanism, duration of exposure,

10 consistency of exposure, you know, the -- the very

11 things that we're really looking at that make --

12 that, you know, would fit within the Bradford Hill

13 that suggest a high probability based on that.

14          MS. COPE-KASTEN:  Why don't we take a

15 five-minute break here.

16          THE WITNESS:  Oh, there you are.  Sorry.

17 My camera is over here.

18          THE VIDEOGRAPHER:  The time is 4:50 p.m.

19 Off the record.

20          (Recess.)

21          THE VIDEOGRAPHER:  The time is 5:03 p.m.

22 On the record.

23 BY MS. COPE-KASTEN:

24      Q    Dr. Boyd, before the break you told me

25 that you did not conduct a Bradford Hill

D. Barry Boyd, M.D

1    assessment in this case.

2         A    Right.

3         Q    What type of assessment did you conduct

4    in Mr. Seidl's case?

5         A    Well, I essentially was looking -- you

6    know, I didn't do a quantitative assessment other

7    than evaluating the quantitative exposures and

8    evaluating the other mitigating factors that might

9    have played a role in risk to identify and try to

10   quantitate what their potential contribution was

11   to risk.

12             You know, it's -- it's very hard to do

13   strict numbers on this because -- obviously,

14   you've addressed a number of times in your

15   questions about how do you know for sure, and it's

16   really weighing the -- the relative probabilities

17   here, rather than saying this is a 95 -- you can't

18   give a number, but it's -- but if it's a

19   substantial contribution based on level and

20   duration of exposure and the absence of other

21   significant risk factors that makes it more a high

22   risk.

23        Q    So it's effectively a weighing --

24        A    Yes.

25        Q    -- or balancing analysis that's done.

D. Barry Boyd, M.D

1        A     Yes.  That's exactly what Bradford Hill

2    is, you know.  I mean, putting numbers on this

3    often gives you a false sense of accuracy.  It's

4    really a relative effect.  It's not an absolute.

5        Q     What do you consider to be the risk

6    factors that Mr. Seidl had aside from exposure to

7    Roundup?

8        A     Right.  Well, you know, I think we can

9    go back to his work.  He -- number one, he did not

10   have family history of hemologic malignancies.

11   His mother was a smoker and died of breast cancer

12   at 60.  He had a half -- an uncle, really half-

13   uncle, his mother's half-brother, who died of

14   colon cancer, also in his 70s.  So the age there

15   is not unusual.  And a maternal grandmother who

16   died of brain tumor.  But those are not in any way

17   genetic factors that can be correlated.  There's

18   no other family history.

19             Now, I'll give you an example because --

20   I won't do that.  This is not family history.  Let

21   me -- let me not stray.

22             He had hypertension.  He was on a

23   medicine, Micardis.  That's not routinely

24   associated with risk.  Interestingly, he was on a

25   gluten-free diet.  Now, this is another part of

D. Barry Boyd, M.D.

 1   what I talk about a lot.  He didn't have celiac

 2   disease, sprue or anything even like that.  He

 3   wasn't even gluten-intolerant.  He was just doing

 4   it as a -- you know, a diet that a lot of people

 5   follow.  If he had celiac disease, he is at risk

 6   for lymphoma, but he did not have that.  So, you

 7   know, looking at that, there was no connection

 8   with that.

 9           He had relative -- he was not overweight

10   at all.  He was actually extremely vigorous in his

11   lifestyle.  He was proud of maintaining his

12   weight.  He jogged and ran, you know, marathons,

13   and even ultra marathons.  A little bit less

14   robust after he was ill because he had trouble

15   maintaining the same time when he did, but he

16   still tends to jog.

17           Was not a smoker.  He did enjoy -- and I

18   kind of noted he enjoyed a beer and alcohol, which

19   is not a risk factor for lymphoma.  It is a risk

20   factor for neck cancer.  It may -- of course, may

21   play a role in liver cancer in very heavy alcohol

22   intake.  And there is a 15 percent increase in

23   risk in breast cancer, but not -- and not related

24   to lymphoma.

25           He was a trim carpenter, so he worked,

D. Barry Boyd, M.D.

1    you know, for only three months.  Again, this is

2    quantitative.  And so he really didn't work a lot

3    with -- with organic chemicals, including

4    varnishes or finishes.  He just did trim carpentry

5    work.  So he didn't have anything near the kind of

6    exposures.  Even if they were heavy, if that's all

7    he did in his job, he still did not have any

8    exposure to things that we consider carcinogenic.

9    And that was only for three months.

10            The one area where he did work was in a

11   chemical company called Vulcan, which became

12   OxyChemical, and that was working for a year in

13   1979 to 1980.  So again, that was basically

14   30 years before diagnosis.  And at that time he

15   had a clerical job working in an office that was

16   distant from the -- where the -- some distance

17   from the plant where they generated chlorinated

18   solvents, including perchloroethylene.  It's a --

19   it's a dry cleaning solvent.  There is within that

20   benzene.  We looked -- I think looked at some of

21   the data on -- on the local exposures to benzene,

22   and there was some within the groundwater as well

23   as within the soil, but it was distant from him,

24   and the level of exposure would be very small for

25   him for one year.

D. Barry Boyd, M.D.

1          He also went out -- I think 20 times he

2     was required to wear -- to take with him goggles

3     and -- and a respirator should there be an event

4     that indicated an increased risk of exposure.  He

5     never had to wear that when he went outside.  And

6     generally, he was -- he stayed away from the

7     production area.  He largely spent most of his

8     work within the office.

9          He did use a weed -- he did use a wasp

10    spray once yearly with Raid for about 15 years but

11    once -- once a year.  And I think within his work,

12    he did not -- when he worked with SPTATT, he --

13    SPCATT in his many different positions, he never

14    really had any chem -- chemical exposures.  So

15    again, nothing there that would stand out and say

16    that is an explanation.

17         He might have had some exposure working

18    in -- in the finance world, but I doubt it.  He

19    did that for a brief period in 19- -- 1980.  He

20    took two -- two years off to work for Prudential

21    Bache.

22    Q    I want to talk about each of these

23    different risk factors -- or at least some of the

24    risk factors that you've listed sort of one at a

25    time, okay?

D. Barry Boyd, M.D

1        A      Sure.  Of course.

2        Q      So the first one that you talked about

3   was this idea of a family history or lack thereof

4   of cancer.  Right?

5        A      Mm-hmm.

6        Q      You said that the family history of his

7   mother having breast cancer, his half-uncle having

8   colon cancer, and his grandmother having a brain

9   tumor cannot be considered to be genetically

10  linked to Mr. Seidl having an increased risk for

11  non-Hodgkin's lymphoma.  Is that right?

12       A      Yeah, I think what you're talking about

13  is the Li-Fraumeni syndrome, which is --

14  correlates with multiple different malignancies,

15  but it's a very clearcut distant -- difference.

16  Those tumors are much more early onset.  So one of

17  the reasons we look at hereditary cancers is the

18  timing of the onset.  And timing is critical to be

19  able to apply genetics.  It's very different than

20  age-related malignancy, which, as you know, goes

21  up exponentially with age over the age of 55 and

22  60.

23              And so in each of those cases, if you

24  look at his family history, they largely occurred

25  -- mom at age 69, the -- and the mother -- the

D. Barry Boyd, M.D

 1   uncle in his 70s, and the maternal grandmother,

 2   again in -- at 60.

 3          So these are not the typical 40 -- 35-

 4   to 40-year-old incident cancers that make you

 5   think of something like a multi-cancer process

 6   like Li-Fraumeni, which is probably what you're

 7   thinking of, because there are certain

 8   characteristic malignancies with that.

 9      Q    For a family history of cancer to be

10   significant in terms of an increased risk for an

11   individual developing non-Hodgkin's lymphoma, does

12   the family history have to be a hemapoietic cancer

13   aside from the Li-Fraumeni syndrome?

14      A    No.  No.  But -- but there are certain

15   features that make you think of familial risk

16   factors, you know, and those --

17      Q    How --

18      A    -- include age -- age at cancer.  You

19   know, from childhood to adult -- early adult

20   onset.

21      Q    Is age of diagnosis the way that you

22   ruled out family history as a risk factor in

23   Mr. Seidl's case?

24      A    Well, in terms of -- you know, number

25   one, most of the data supports the idea that if

D. Barry Boyd, M.D

1   you have -- there -- there are two ways -- you

2   know, I don't want to get complicated but I will,

3   okay?

4            Twin studies are very useful for teasing

5   out nongenetic -- non-high risk genes.  Okay.

6   Non-high risk genes, and what they do is they tell

7   us that within families twins -- identical twins

8   have higher risk than nonidentical twins.  So in

9   breast cancer, for instance, the risk of having a

10  hereditary risk factor that's high penetrance like

11  BRCA1 or BRCA2 or some of the related genes, in

12  total equals around anywhere from 8 to 12 percent

13  of breast cancers are actually hereditary in that

14  sense.  Okay.  It can be explained.

15           In contrast, twin studies -- identical

16  twins show that 25 percent of risk is hereditary,

17  but the other part of that is non-cancer gene

18  related.  It can be related to estrogen,

19  metabolism or other -- or obesity or diabetes that

20  themselves predispose to those cancers.  So there

21  are family history factors.

22           In lung cancer, fascinatingly, one of

23  the risk factors that's family oriented for lung

24  cancer turns out to be tobacco addiction.  And in

25  families that have a high probability of becoming

D. Barry Boyd, M.D

```
1    addicted to tobacco are more probably going to

2    have higher incidence of multiple family members

3    with lung cancer.

4              So that's why it's very complex to sort

5    of point to a causation related to family rather

6    than these complex interactions between family and

7    environment -- between family history and

8    environment.

9        Q    If Mr. Seidl didn't have any exposure to

10   Roundup at all, but had the other same risk

11   factors that you've talked about, would you

12   consider his family history, in particular the

13   family history of a first-degree relative having

14   had cancer, to be more significant --

15       A    No.

16       Q    -- than you found it to be in

17   Mr. Seidl's case?

18       A    No, I wouldn't.  I would not have -- I

19   would not have thought that that was a causation.

20   Definitely not.  That wouldn't have weighed me one

21   way or the other.  I would look at that

22   independently.

23       Q    What do you mean when you say you would

24   look at it independently?

25       A    Well, I would look at that risk factor
```

D. Barry Boyd, M.D

1    in relationship to lymphoma independent of other

2    exposures.  You know, we -- we do them together at

3    the end to try to weigh which was causal.  But I

4    wouldn't look at him and look at his hereditary

5    risk only in light of glyphosate.  I look at that

6    in general.

7         Q    Did you rule out hereditary risk as

8    increasing Mr. Seidl's risk of developing

9    non-Hodgkin's lymphoma in any way in this case?

10        A    I -- I felt that it was not a major

11   contributor.

12        Q    Did you feel that it was a minor

13   contributor?

14        A    No.  I mean, I -- again, you know, I'm

15   just saying the cancers within his family, okay,

16   breast, colon, and the maternal grandmother with

17   brain, all at -- all at older ages.  Okay.  All at

18   older ages are -- you know, we have families that

19   have a lot of malignancy, and the malignancy is

20   environmental.

21             As I said, let me remind you, cancers

22   increase exponentially with age in America.  So

23   that once you reach 60 to 70, half of people die

24   of cancer.  It has nothing -- the majority of

25   those patients are not hereditary.  They are

D. Barry Boyd, M.D.

1   endemic cancers linked to environment, you know,

2   as well as aging.  Because aging means -- and I

3   always -- and I say this -- it's very important to

4   understand this -- it's time related, not age

5   related.  Okay.

6              And I've looked at some of the

7   epidemiology in South Africa, and interestingly,

8   people who reach the age of 50 in South Africa,

9   Caucasians have twice the risk of developing

10  cancer between 50 and 70 than South African

11  blacks.  That was done in 1970 before HIV.  So

12  South African blacks were thin and scrawny, and

13  did not smoke and did not do any of the things

14  that we tend to think of as being highly

15  associated with risk for cancers.  And had no --

16  very few colon cancers, very few breast cancers,

17  whereas the Caucasian population in South Africa

18  had markedly higher levels.

19             And so it isn't just age and time.  It's

20  length of time it takes for these to evolve.  And

21  so when people get a cancer at 60 or 70, the

22  answer to me is not only, God, it must be

23  hereditary, we look carefully at that, but we look

24  at patients in their 30s and 40s, and we do

25  genetic analysis, we can't find anything.

D. Barry Boyd, M.D.

1                So it's a stochastic event.  The

2    probability of it evolving into a malignancy, any

3    mutation change increases with duration of time.

4    The probability of having had a -- a genetic

5    carcinogenic event and that cell becoming

6    malignant increases with years.

7                And so when you're older, it is not

8    because you have some hereditary factor -- I mean,

9    there may be in some cases -- but when you get it

10   at 69, 70, the overwhelming probability is that's

11   a time-related change that may have related to

12   other -- other aspects, you know, environmental

13   factors that would predictively raise risk at that

14   age.

15       Q    So the risk of developing cancer or

16   non-Hodgkin's --

17       A    Probability -- I don't mean to

18   interrupt, but the probability of blaming genetics

19   for a cancer, and as I said before, many of the

20   genetic factors are either tumor suppresser genes

21   that are lost, in which case your cancers will

22   occur in your 20s or 30s often, medulloblastoma,

23   neuroblastoma, P -- Li-Fraumeni, which is the loss

24   of P53, those are early onset cancers.

25                A cancer like breast cancer is earlier

D. Barry Boyd, M.D

1    onset because the genes in BRCA are repair genes.

2    They're not suppresser genes.  And so when you

3    lose a repair gene, you acquire mutations much

4    more rapidly, and the cancers occur in your 30s,

5    40s and 50s, and you're going to have family

6    members who have early onset cancer.

7                You know, people with the BRCA mutations

8    don't get cancer in their 60s and 70s.  They often

9    get them in their 40s and 50s.  You may have one

10   person who manages, fortunately, because of

11   probability to get it at that age, but if you

12   don't have anybody at an early age, it's really

13   tough to blame genetics for that.

14               And I'm very adamant about that because

15   I know this, I know the data, I know -- there's

16   another very interesting feature of this.  Women

17   with a BRCA gene, born in 1920 in Scandinavia, the

18   BRCA2 gene, there's a family mutation in

19   Scandinavia, in Iceland.  In Iceland.  Their

20   probability through age 75 of getting cancer was

21   17 percent.  Women born in 1950 with the same

22   mutation through age 70, their probability was

23   over 75 percent.  They have the same mutation,

24   right?

25               So what does that mean?  It means that

D. Barry Boyd, M.D.

```
1    environment plays a role even in hereditary risk.
2         Q    Do you know whether --
3         A    And plays a major role.
4         Q    Do you know whether Mr. Seidl's mother
5    had a BRCA mutation?
6         A    I -- I don't have that data.  I -- I
7    would be surprised.  Age 60, I don't know.
8         Q    Do you know whether Mr. Seidl's mother,
9    grandmother or half-uncle were exposed to Roundup?
10        A    No.
11        Q    Do you consider age 57 to be a typical
12   age for someone to develop non-Hodgkin's lymphoma?
13        A    It's within the spectrum of increasing
14   risk after age 55 to 60.
15        Q    The risk of non-Hodgkin's lymphoma
16   increases after the age of 55?
17        A    Well, it will increase over time, yeah.
18   If you ask me to give you the probabilities, I
19   can't do it per -- per year, but, you know,
20   certainly over the age of 60 it increases.
21        Q    And is 57 an unusual age to see a
22   patient with non-Hodgkin's lymphoma, even if that
23   patient does not have exposure to Roundup?
24        A    No.
25        Q    How did you rule out age as what
```

D. Barry Boyd, M.D

1    ultimately led to Mr. Seidl having non-Hodgkin's

2    lymphoma?  That is to say, how did you determine

3    that Mr. Seidl simply did not just accumulate

4    enough driver mutations by the time he turned age

5    57 to have non-Hodgkin's lymphoma?

6         A    Right.  I think when you weigh the

7    combination of what we see as a potential tumor

8    promoter and mutagen at high levels of exposure

9    over time combined with that, it says it may

10   likely have been playing a substantial role in

11   this.

12             I mean, every patient you always look at

13   the other risk factors.  I'm not saying yes,

14   because remember, as I said, it's very important

15   that age and exposure together, it's time-

16   dependent.  So I can't analyze everybody out there

17   who has lymphomas that increase over time.

18             What we can know is if we look at that

19   more carefully, we may find exposures, whatever

20   they may be, that over that duration of time

21   explain the length of time it takes to get that

22   cancer.  So it's very important to understand

23   that.

24             I can't -- I can't look at everybody and

25   say, Why is it that -- it's simply not spontaneous

D. Barry Boyd, M.D.

1    that everybody gets it after age 60.  I told you

2    about the genetics of breast cancer and how people

3    who are -- who have the gene -- a substantially

4    lower number of people who are African American

5    did not get breast cancer.  And the people with

6    the BRCA gene did not get breast cancer when they

7    were -- you know, back in the 1920s.

8            What happened?  Environmental factors

9    are playing a role here.  So you have to look at

10   what potential environmental factors are actually

11   explaining age-related cancer risk.

12       Q    So you can't disentangle --

13       A    No, you can't.  You can't.  Sorry, I

14   didn't mean to interrupt.

15       Q    -- age from -- you can't disentangle age

16   from Roundup exposure when you're talking about

17   what caused Mr. Seidl's non-Hodgkin's lymphoma?

18       A    The other way around.  We know that

19   there are increases in risk for multiple cancers

20   over the last X number of years.  You cannot

21   disentangle the factors, but you can try to

22   quantitate them based on levels of exposure with

23   potentially known risk factors that may explain in

24   some individuals why they got it with increasing

25   time.

D. Barry Boyd, M.D.

1        Q    How do you evaluate what exposure is for

2   age?  Is it just number of years?

3        A    Well, sure, it's number of years.  It's

4   quantity of exposure per unit of time over that

5   period of time.  I mean, and that's for the

6   toxicologist and for -- you know, to calculate the

7   dermal exposure, time of -- duration of exposure,

8   you know, all of that.  I mean, that's not my

9   specialty, but I have to rely on them to be able

10   to define how extensive an exposure was over time.

11             And again, you know, a very simple thing

12   to remember is, if you look at some of the data,

13   the latency, which is the length of time between

14   initial exposure and onset of a disease, is a

15   period in which accumulation of mutations or

16   promotional factors or both are playing a role in

17   that duration of time it takes to get a cancer.

18             And it's time.  So --

19        Q    In terms --

20        A    -- you know, you can't believe -- I'll

21   just finish this.  You can't look at somebody and

22   say, you know, Well, he was exposed at the age of

23   35, and he got lymphoma at age of 36.  No, there's

24   not enough time and not enough exposure.  And

25   that's why over time that exposure plays a role in

1    that individual explaining the age effect of

2    cancer incidence.

3            And this is true for --

4        Q    I have a follow-up question.

5        A    -- smoking.  This is true for breast

6    cancer.  This is true for colorectal cancer.  You

7    know, there's some -- some fascinating and,

8    unfortunately, more scary incidents recently of

9    young age-related colon cancer, which we think are

10   microbiome related.

11           By the way, exposures like this, I

12   haven't even begun to explore, and that's

13   something that I would like to, what does this do

14   to the microbiome that change the biology of

15   cancer.  But at any rate, that's the, you know,

16   the gut flora.

17           But at any rate, we know that these

18   exposures over time explain age.  Because time is

19   simply age, right?

20       Q    We've been dancing around this, and I

21   just want to make sure that I'm totally clear on

22   your position.

23           You have not ruled out age as a

24   substantial contributing factor for Mr. Seidl's

25   non-Hodgkin's lymphoma because you believe that it

D. Barry Boyd, M.D.

1  ties into his exposure duration for Roundup.

2      A    Yes.  You know -- you know, you're

3  actually trying to make age the cause.  And I'm

4  trying to explain that -- and I just went through

5  a number of studies of different cancers that show

6  that it's not age; it's time.

7            You can't -- you get cancer because

8  cancers may take 25 to 30 years to evolve.  You

9  can't get -- very few cancers occur within a year

10  of exposure.  Like smoking, they don't.  They take

11  20 to 30 years or more of time, and that time is

12  called age because over time you age.  And so

13  people who are older have the luxury of living

14  long enough to get those diseases because of the

15  length of exposure that they have had and the

16  duration of time it takes to develop this.

17            I'm not dancing around it.  I'm

18  explaining the relationship to age.  I write about

19  this all the time.  You're asking me to just blame

20  it on age, and I'm telling you that you've got the

21  concept wrong.  It's not age; it's time.  Sorry.

22            MS. COPE-KASTEN:  Move to strike the

23  suggestion that I'm implying that this is based

24  purely on age.

25            THE WITNESS:  Yeah, and I'm saying to

D. Barry Boyd, M.D.

```
 1    you, and we are now learning more and more about
 2    cancer causation, that the -- the effective age --
 3    and I write a lot, I'll be glad to send you some
 4    literature on this -- is mistaking age for a
 5    duration of time, and that in populations years
 6    ago, even people living into their 70s did not get
 7    cancers.
 8              Hunter gatherers -- let me give you an
 9    example.  Hunter gatherers, the median survival
10    was 36 years.  Right?  But the majority of those
11    who made it to age 10, survived to 70 and they
12    didn't get cancer.  They didn't get cancer.  Why
13    was that?  They had plenty of time.  They were
14    old.
15              Same with the studies from South Africa.
16    I mean, the studies I was explaining before --
17    A.R. Walker has done a number of epidemiologic
18    studies in South Africa and showed that African
19    American blacks back in the 1970s did not have
20    high incidences of many of the cancers that we
21    think of as age related.  Why?  Because they
22    needed exposures plus time to get it.  It was only
23    the Caucasians -- the Caucasian populations and
24    the Boer pop- -- the Boer population and the
25    Indian population who lived there who had typical
```

B. Barry Boyd, M.D.

1   western lifestyles who developed those cancers and

2   exposures.  But the blacks didn't.  Why?  Because

3   it wasn't age.  It was -- it was time-dependant

4   plus exposure.

5           So, I mean, the trouble with what you're

6   asking are extremely common misconceptions from

7   even physicians who don't understand this.  Even

8   molecular biologists don't understand the critical

9   understanding of time and duration of exposure and

10  risk.

11  BY MS. COPE-KASTEN:

12      Q    Is Roundup the only exposure that you

13  believe Mr. Seidl had at a sufficient level over

14  time to cause non-Hodgkin's lymphoma?

15      A    Yes.  Yeah.  Compared to the others,

16  there's nothing that actually compares to that

17  level of exposure over time.

18      Q    When we're talking about latency, does

19  the very first exposure of Roundup start the clock

20  for latency or do you have to reach a critical

21  mass of exposure before latency --

22      A    Well, I think --

23      Q    -- the clock would start for latency?

24      A    Yeah, yeah.  And I think it's -- it's

25  the same thing, it's stochastic.  You know, you

D. Barry Boyd, M.D.

1    probably are not aware of this, but taller people

2    have more cancer.  Did you know that?  The taller

3    you are, the greater risk --

4         Q    I did not know that.

5         A    -- of having cancer.  Yeah.

6              Well, the reason for that, and even

7    Vogelstein and Tomasetti acknowledged that that's

8    a risk factor, is taller people have more stem

9    cells.  Because of that, they have what we call

10   the lottery ticket effect.  Right.  I call it

11   that, the lottery ticket effect means you have a

12   higher number of cells vulnerable to mutation that

13   are critical for developing malignancy within each

14   tissue compartment.

15             So if you have a larger population of

16   tissue stem cells, because of your height and

17   early growth -- within the first three years is

18   when this occurs -- that puts you at a higher risk

19   for postmenopausal breast cancer, and almost every

20   other cancer is linked to that, by the way,

21   height.  It's small.  It's not carcinogenic.  It

22   simply starts you off with more tickets to the

23   cancer fair.  Right.  You just have more tickets.

24             But then what happens over time is,

25   depending on exposure, you will have a probability

1    of developing critical mutations and exposures

2    that raise the risk over 10, 20, 30, 40 or

3    50 years.  So if you ask me, you know, it must

4    have been the last ten years that caused the

5    breast cancer, Well, you know, as I said before,

6    taller women at birth, you can predict higher risk

7    of breast cancer at the age of 50.

8            So these factors are -- are -- you know,

9    are summing many things, but it's important to

10   realize that probability is part of this.  You are

11   not guaranteed to get breast cancer if you're

12   5-foot-11 as opposed to 5-foot-2.  I have women

13   who are short.  It simply is a -- a probability

14   issue.  It raises the probability of risk.

15           The same thing applies to exposures.

16   One exposure may be all you need.  You know, you

17   may have bad luck, and that was enough to change a

18   critical gene that itself will lead to cancer.

19   But the probability goes up over time with

20   continuous and more chronic exposures.

21           And I've explained to you how tobacco

22   carcinogenesis is the exact model for this.  It's

23   a carcinogen and a promoter, and the longer you

24   smoke, you know, the longer duration of smoking,

25   the greater the risk.  So if you start smoking at

D. Barry Boyd, M.D.

1   age 20 -- or at age 15 you start smoking heavily,

2   your probability of getting a malignancy is going

3   to increase after age 50 to 55.  If you start

4   smoking at the age of 20, you push back that

5   probability of peak risk to age 60.

6           And Dahl and Peter have done these

7   elegant studies showing time of exposure and

8   duration versus risk.  It's all about

9   probabilities.  You know, and you can't -- and I

10  know it's frustrating because you want me to say

11  there's no relationship to this, but for him, his

12  probability based on the duration and exposure,

13  like smoking, is much more consistent than many of

14  the people I've looked at with Roundup exposures.

15      Q   One of the things that you said in there

16  is that people can have one exposure and that can

17  be enough, and they can be unlucky and simply have

18  the mutation at a bad spot and develop cancer from

19  it, right?

20      A   I'm saying that one exposure in theory

21  may be all it takes, but it's very rare.  Right?

22  And we know, again going back to the tobacco

23  model, that having a few cigarettes is highly

24  unlikely to cause cancer compared to continuous

25  smoking over time.  There's a quantitative

D. Barry Boyd, M.D.

1  probability based on level and duration of

2  exposure.

3      Q    So it's not about ruling something out.

4  It's about determining that it's less probable to

5  be the cause --

6      A    Yes.

7      Q    -- of something --

8      A    Exactly.  It's all about probability.

9      Q    You would agree with me that being of

10 Northern European decent makes someone at higher

11 risk for developing non-Hodgkin's lymphoma than

12 other --

13     A    Right.

14     Q    -- race backgrounds?

15     A    Yes.

16     Q    I assume that you're going to tell

17 me --

18     A    That's -- that's a small -- that's a

19 small factor.  You know, it's just that they're

20 more common in that population, but there are also

21 probably going to have different lifestyle

22 features that may explain that.  It's not just

23 genetics.  There may be lifestyle differences that

24 explain why Northern Europeans are more likely.

25 There are a lot of studies --

D. Barry Boyd, M.D.

```
 1          Q     You understand --
 2          A     -- that sort that out.
 3          Q     You understand that Mr. Seidl is of
 4  Northern European decent?
 5          A     Yeah, mm-hmm.
 6          Q     But you would consider that to be a very
 7  unlikely contributor to his ultimate development
 8  of non-Hodgkin's lymphoma?
 9          A     Oh, absolutely.  We would call that a
10  very minor --
11          Q     And so I understand --
12          A     -- a very minor contributor.
13          Q     One of the things that you mentioned was
14  that Mr. Seidl has a history of hypertension.
15          A     Right.
16          Q     You said that he's on a medication
17  called Micardis to control that?
18          A     Right, uh-huh.
19          Q     Do you know whether that's the only
20  hypertension medication Mr. Seidl has ever been
21  on?
22          A     I mean, I would have to go back, but I
23  believe that that was the major one he was on for
24  most of his life.
25          Q     How is the hypertension significant to
```

D. Barry Boyd, M.D.

1  the potential for developing non-Hodgkin's

2  lymphoma?

3      A    It is a -- I have to go back to the

4  paper I'm writing on -- on the common origins of

5  modern chronic disease.  Okay.  Hypertension --

6  God, I just wrote an article on COVID too, I'm

7  writing on that.  But the issue is this:

8  Age-related changes in weight gain, hypertension,

9  all of these may have shared origins.

10          Now, his hypertension seems to be well

11  controlled, and it's unassociated with diabetes,

12  insulin resistance or obesity.

13          So when you try to isolate the

14  relationship between hypertension and disease,

15  it's -- it's very important to realize that it is

16  a co-factor linked to insulin resistance.  Insulin

17  resistance causes hypertension, by the way, and

18  high insulin.  And it's linked to lymphomas and

19  myelomas.  That's one of the mechanisms.  Because

20  lymphomas will have receptors for insulin and IGF,

21  you know, among other receptors that may play a

22  role in the growth of lymphoma cells.  And that's

23  one of the other things I work on is the role of

24  insulin in cancer, but trying to tease out one

25  from the other is difficult.

D. Barry Boyd, M.D.

1              He probably has a form of essential

2     hypertension that is unrelated to metabolic

3     syndrome, insulin resistance, hyperlipidemia, many

4     of the factors, and obesity.  And so his is a

5     different -- probably a different mechanism that

6     is not connected to the type of hypertension

7     that's linked to multiple chronic diseases.

8          Q    When you say that it probably isn't --

9          A    Oh, I didn't say that it --

10         Q    -- that's not something that you

11    conducted a particular assessment of Mr. Seidl to

12    try to determine.  You just don't know one way or

13    the other?

14         A    No.  No, I'm certain it had nothing to

15    do with his lymphoma.  I don't know what you mean

16    by -- you know, these are not things where you

17    look at that and do a -- a Bradford Hill analysis

18    of his hypertension versus lymphoma.  He had

19    isolated essential hypertension, well controlled.

20    He does not have the factors that are commonly

21    connected to hypertension as a syndrome, which is

22    the meta- -- do you know what the metabolic

23    syndrome is?  Ever heard of that?

24         Q    Yes, I do.

25         A    Yeah, it's obesity with a B- -- with an

1    elevated BMI and an elevated waist circumference.

2    It's blood sugars over 100 to 120, it's

3    triglycerides over 150, and it's hypertension, an

4    HCL under -- under 45 for men and under 55 for

5    women.

6              It is a syndrome, described by Gerry

7    Reaven, that is connected to multiple cancers.

8    And that is the connection.  But isolated

9    hypertension in the absence of insulin resistance

10   is not the same thing.

11       Q    One thing that I just want to clarify

12   for the record, you and I agree that Mr. Seidl did

13   not have obesity, right?

14       A    Correct.

15       Q    You said earlier that he was not

16   overweight at all.  And I just want to confirm --

17       A    No, I -- go ahead.  His BMI --

18       Q    -- as a matter of the physical record --

19       A    Right.

20       Q    -- his BMI was in fact overweight, just

21   not obese, correct?

22       A    That -- that's correct, and that

23   actually fits in with this syndrome.  Because at

24   his weight and his level of numbers, he was not --

25   he would not fulfill the criteria for -- for

D. Barry Boyd, M.D.

1   obesity.  Overweight, or actually right in the

2   middle, in terms of outcome -- they actually

3   have -- there's a U-shaped curve for cancer risk

4   and outcome, and he is actually on the low end of

5   that.

6           So that when you or your weight -- if

7   your BMI is between 23 and 28, you have the best

8   long-term outcome.  It's when your weight is lower

9   or higher that your risk goes up, and the risk

10  clearly goes up if you're over, say, 40 -- 35 to

11  40 when you have morbid obesity.

12          But he was in this ideal -- we would

13  call that the sweet spot because it protects him

14  from risk and protects him from adverse outcome

15  from disease.

16      Q    So fair to say, in your estimation,

17  weight played no role in Mr. Seidl developing

18  non-Hodgkin's lymphoma?

19      A    Correct.  He would need to be morbidly

20  obese for me to even consider that.  Plus, he

21  would need to have evidence for other factors

22  linked to obesity, including the insulin

23  resistance state, dyslipidemia, all the things

24  that we know.  And, you know, more importantly,

25  metabolism is markedly improved with physical

D. Barry Boyd, M.D.

```
 1   activity.
 2              So even -- we know -- so an example,
 3   physical activity is not good at controlling
 4   weight.  It's great at protecting metabolism.  And
 5   so his level of physical activity kept him
 6   physically fit.  And by the way, there's a very
 7   high probability -- I didn't ask him his waist
 8   size, but there's a high probability that his BMI
 9   was associated with a higher lean muscle mass and
10   lower weight mass, except after treatment.
11   Because treatment causes dyslipidemia and causes
12   -- because of the steroids and the prednisone
13   that he was on, can adversely affect body
14   composition.
15              But my guess is his body composition was
16   ideal, despite the BMI, which is a -- you know,
17   like athletes.  Athletes can have a high BMI and
18   have a high muscle mass and low -- this low
19   obesity.  And my guess is he probably did.
20              But again, I'm speculating, but only
21   because I know the level of his physical activity.
22   And I know that people don't do ultra marathons
23   and jog every day and be extremely physically fit
24   and have symptomatic severe -- significant
25   obesity.  That BMI is likely to be associated with
```

1   higher muscle mass and less obesity.  Unless

2   visceral obesity, if you will, which is a critical

3   determinant of risk.

4        Q    Are you intending to offer any opinions

5   in this case about symptoms or effects of

6   Mr. Seidl's non-Hodgkin's lymphoma treatment?

7        A    To be honest, only what he said, which

8   was that it just affected his long-term ability to

9   exercise.  But he still actually seemed to have

10  done fairly well.  He just is not able to jog as

11  fast and, you know, his endurance is down, but he

12  seems to be better.  So that's -- you know, I'm

13  just going to, you know, essentially tell you what

14  he has already said in his testimony in his

15  deposition.

16       Q    One of the things that your report

17  mentions is that Mr. Seidl had some shoulder pain

18  in the wake of his biopsy for non-Hodgkin's

19  lymphoma.

20            Do you recall that?

21       A    Yeah, let me go back.

22            Yeah, you know, I think -- you know, I

23  think it's -- it's -- you have to read that

24  differently.  That was a note that indicated he

25  had neck surgery, lymph node biopsy, no swelling,

D. Barry Boyd, M.D.

```
1    going to clinic -- chiropractor.  He also had

2    right shoulder imaging, which was negative, but he

3    had adhesive capsulitis, frozen shoulder.  That

4    was not a biopsy related event.  Likely, that was

5    frozen shoulder.  Whether it was related to, you

6    know, withholding activity after the biopsy, but

7    I -- in no way does that note indicate that there

8    was a connection between the frozen shoulder and

9    adhesive capsulitis, and the lymphoma or the

10   biopsy.

11        Q    So you're not intending to offer an

12   opinion that the frozen shoulder or the

13   adhesive capsulitis is related to the NHL or any

14   part --

15        A    No.

16        Q    -- of the diagnosis or treatment for

17   NHL?

18        A    No, not at all.  It's just that the

19   diagnosis was made during the visit, which was,

20   you know, around the time that he had that.  But

21   not at all.

22             And of course, that was -- you know,

23   that was, you know, after he had completed his

24   treatment.

25             MS. COPE-KASTEN:  Let's go off the
```

1    record for just one moment, please.

2            THE VIDEOGRAPHER:  Okay.  The time is

3    5:45 p.m.  Off the record.

4            (Recess.)

5            THE VIDEOGRAPHER:  The time is 5:46 p.m.

6    On the record.

7            MS. COPE-KASTEN:  Dr. Boyd, I don't have

8    any more questions for you today.  I will turn it

9    over to Mr. Sutton in case he has any.  Thank you

10   for your time.

11           THE WITNESS:  Okay.  Thank you.  And I

12   appreciate your taking the time.

13           MR. SUTTON:  No -- no questions from me,

14   Dr. Boyd.  Thank you.

15           THE WITNESS:  I get to finish at sunset.

16   Can you all enjoy the sunset here?  You see the

17   sunset out my window?  I don't know if -- oh,

18   here.  I'm sorry.

19           THE VIDEOGRAPHER:  Can we go off the

20   record?

21           THE WITNESS:  Yeah, I can't -- I can't

22   turn my computer around to show it to you.

23           MS. COPE-KASTEN:  Yeah.

24           MR. SUTTON:  Yeah, we -- we can go

25   off.

D. Barry Boyd, M.D.

1              THE VIDEOGRAPHER:  The time is 5:46 p.m.

2    Off the record.

3              (Whereupon, the deposition of

4              D. BARRY BOYD, M.D. was concluded

5              at 5:46 p.m. Eastern Standard Time.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

D. Barry Boyd, M.D.

1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2        The undersigned Certified Shorthand Reporter

3   does hereby certify:

4        That the foregoing proceeding was taken before

5   me remotely via Zoom videoconferencing at the time

6   therein set forth, at which time the witness was

7   duly sworn; That the testimony of the witness and

8   all objections made at the time of the examination

9   were recorded stenographically by me and were

10  thereafter transcribed, said transcript being a

11  true and correct copy of my shorthand notes

12  thereof; That the dismantling of the original

13  transcript will void the reporter's certificate.

14        In witness thereof, I have subscribed my name

15  this date:  March 9, 2021.

16

17        _____

18        LESLIE A. TODD, CSR, RPR

19        Certificate No. 5129

20

21  (The foregoing certification of

22  this transcript does not apply to any

23  reproduction of the same by any means,

24  unless under the direct control and/or

25  supervision of the certifying reporter.)

D. Barry Boyd, M.D.

```
 1              INSTRUCTIONS TO WITNESS

 2        Please read your deposition over carefully and

 3   make any necessary corrections.  You should state

 4   the reason in the appropriate space on the errata

 5   sheet for any corrections that are made.

 6        After doing so, please sign the errata sheet

 7   and date it.

 8        You are signing same subject to the changes

 9   you have noted on the errata sheet, which will be

10   attached to your deposition.  It is imperative

11   that you return the original errata sheet to the

12   deposing attorney within thirty (30) days of

13   receipt of the deposition transcript by you.  If

14   you fail to do so, the deposition transcript may

15   be deemed to be accurate and may be used in court.

16

17

18

19

20

21

22

23

24

25
```

D. Barry Boyd, M.D.

```
 1                     - - - - - -

 2                  E R R A T A

 3                     - - - - - -

 4    PAGE LINE CHANGE

 5    _____ _____ _____

 6    REASON: _____

 7    _____ _____ _____

 8    REASON: _____

 9    _____ _____ _____

10    REASON: _____

11    _____ _____ _____

12    REASON: _____

13    _____ _____ _____

14    REASON: _____

15    _____ _____ _____

16    REASON: _____

17    _____ _____ _____

18    REASON: _____

19    _____ _____ _____

20    REASON: _____

21    _____ _____ _____

22    REASON: _____

23    _____ _____ _____

24    REASON: _____

25
```

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2        I,_____, do hereby

 3   certify that I have read the foregoing pages, and

 4   that the same is a correct transcription of the

 5   answers given by me to the questions therein

 6   propounded, except for the corrections or changes

 7   in form or substance, if any, noted in the

 8   attached Errata Sheet.

 9

10   _____

11   D. BARRY BOYD, M.D.                    DATE

12

13

14   Subscribed and sworn to

15   before me this

16   _____day of_____,20____.

17   My commission expires:_____

18   _____

19   Notary Public

20

21

22

23

24

25
```

# EXHIBIT 2

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3    _____

                                   )  MDL No. 2741

4    IN RE:  ROUNDUP PRODUCTS       )

     LIABILITY LITIGATION           )  Case No. MDL

5    _____    No. 3:16-md-02741-VC

     This document relates to:

6

     Randall Dean Seidl v.

7    Monsanto Co.

     Case No. 3:17-cv-00519

8

9

10

11      VIDEOTAPED DEPOSITION OF RANDALL DEAN SEIDL

12            Wednesday, December 11, 2019

13             Charlotte, North Carolina

14                   8:53 a.m.

15

16

17

18

19

20

21   Reported by:  Karen Kidwell, RMR, CRR,

22

23

24          GOLKOW LITIGATION SERVICES

        877.370.3377 ph | 917.591.5672 fax

25            deps@golkow.com

Randall Dean Seidl

```
 1          VIDEOTAPED DEPOSITION of RANDALL DEAN SEIDL, a
 2    witness in the above-entitled action, taken pursuant
 3    to notice, pursuant to the Federal Rules of Civil
 4    Procedures before KAREN K. KIDWELL, RMR, CRR, a
 5    Certified Shorthand Reporter, at Hampton Inn & Suites
 6    Charlotte-Airport, 2731 Little Rock Road, Charlotte,
 7    North Carolina, the 11th day of December, 2019, at
 8    8:53 a.m.
 9
10
11    APPEARANCES:
12    On Behalf of the Plaintiffs:
13          BEASLEY, ALLEN, CROW, METHVIN, PORTIS
               & MILES, PC
14          BY:  JOHN E. TOMLINSON, ESQ.
                 MICHAEL L. DUNPHY, ESQ.
15          218 Commerce Street
            Montgomery, AL  36103
16          334.495.1380
            john.tomlinson@beasleyallen.com
17          michael.dunphy@beasleyallen.com
18    On Behalf of the Defendant:
19          SHOOK, HARDY & BACON L.L.P.
            BY:  HOLLY PAULING SMITH, ESQ.
20          2555 Grand Boulevard
            Kansas City, MO  64108
21          816.474.6550
            hpsmith@shb.com
22
23    Also Present:
24    Laurinda Kay Seidl
25    Len Harris, Videographer
```

Randall Dean Seidl

1              WEDNESDAY, DECEMBER 11, 2019

2               CHARLOTTE, NORTH CAROLINA

3                P R O C E E D I N G S

4                       -oOo-

5              VIDEOGRAPHER:  We are now on the record.

6        My name is Len Harris.  I'm a videographer for

7        Golkow Litigation Services.  Today's date is

8        December 11th, 2019.  Time is approximately

9        8:53 a.m.

10             This video deposition is being held in

11       Charlotte, North Carolina, in regards to Roundup

12       Products Liability Litigation, MDL Number 2741,

13       MDL Number 3:16-md-02741, Randall Dean Seidl

14       versus Monsanto Corporation, Case

15       Number 3:17-cv-00519, in the United States

16       District Court, Northern District of California.

17             The deponent is Randall Seidl.

18             Will counsel please identify themselves?

19             MR. TOMLINSON:  Go ahead.

20             MS. SMITH:  Holly Smith on behalf of

21       Defendant Monsanto.

22             MR. TOMLINSON:  John Tomlinson on behalf

23       of the Plaintiff.

24             MR. DUNPHY:  Michael Dunphy on behalf of

25       the Plaintiff.

Randall Dean Seidl

```
 1              VIDEOGRAPHER:  The court reporter is Karen
 2        Kidwell, and will now swear in the witness.
 3                    RANDALL DEAN SEIDL
 4    being first duly sworn, testified as follows:
 5                      EXAMINATION
 6    BY MS. SMITH:
 7         Q.   Good morning, Mr. Seidl.
 8         A.   Good morning.
 9         Q.   How are you feeling today?
10         A.   Good.
11         Q.   All right.  If you could please state your
12    full name and your current address for the record.
13         A.   Randall Dean Seidl.  ███████████████
      ████████████████████████████████████████
15         Q.   Okay.  And how long have you lived at that
16    address?
17         A.   Approximately -- gaw, I've got to think
18    about it.  About eight and a half years.  Almost nine
19    years.
20         Q.   Have you ever lived at any other addresses
21    in Charlotte?
22         A.   Temporarily, in an apartment.  I don't
23    even remember what that address is.  We lived there
24    for a while, while we were waiting for -- to get into
25    the house, yes.
```

Randall Dean Seidl

1    I'd wear the gloves, and I would -- then I could lift

2    those rocks up and I could spray, or I'd have to lift

3    them and move them to spray underneath, and -- and

4    then would move the rock back.

5             But outside of that, clothingwise, no.

6        Q.    And the gloves, did you ever wear them

7    while you were mixing the product, or only --

8        A.    No.

9        Q.    -- when you were applying it sometimes?

10       A.    And the -- the applying was -- yeah.  It

11   was very infrequent when I wore gloves.  Normally it

12   was just barehanded.

13       Q.    Ever wear goggles or anything?

14       A.    I wore safety glasses, but it wasn't for

15   protection of -- from Roundup.  That was just

16   something that I do, that I wear safety glasses when

17   I'm out there.  Because a lot of trees, a lot of

18   limbs, that kind of thing.  Just don't want something

19   hitting my eye so . . .

20       Q.    And is that the whole time you're out

21   there doing your yard work --

22       A.    Yeah, pretty much, yeah.  And they were

23   glasses kind of like this (Indicating).  They weren't

24   like goggles.  They were open-air glasses.

25       Q.    Okay.  And did you wear those as well in

Randall Dean Seidl

```
1    North Carolina?

2         A.    No, not as -- not as much, no.

3         Q.    The gloves that you described, were they

4    cloth or leather?

5         A.    Cloth.

6         Q.    Did you ever wash those, or were they just

7    something that were left out in the garage?

8         A.    Left in the garage.

9         Q.    Anybody besides yourself mix the Roundup

10   for you?

11        A.    No.

12        Q.    Did you ever use Roundup Gel?

13        A.    Never heard of it.

14        Q.    Ever use a backpack sprayer to apply --

15        A.    No.

16        Q.    Ever use a large tank, like an industrial

17   size?

18        A.    No.

19        Q.    And the pictures that you provided were

20   Internet copies.  Do you have any -- I just want to

21   confirm that you don't have any photos of the actual

22   products that -- well, I take that back.  You

23   produced --

24        A.    That's correct.  That one (Indicating).

25        Q.    The first one on Exhibit 3 --
```

Randall Dean Seidl

```
 1          A.   But the other --

 2          Q.   -- is your owner personal --

 3          A.   Correct.

 4          Q.   -- bottle that you still have --

 5          A.   Yes.

 6          Q.   And are maintaining, correct?

 7          A.   Yes.

 8          Q.   Do you have -- but besides that picture

 9   and that particular bottle, do you have any other

10   pictures or bottles of any other products that you

11   personally used?

12          A.   No.

13          Q.   Do you have an estimate of how much you

14   paid to purchase Roundup over the years?

15          A.   No.

16          Q.   The pump sprayer that you used in Texas --

17          A.   Uh-huh.

18          Q.   -- did you ever clean that between usings?

19          A.   No.

20          Q.   Sounds like you -- your use of Roundup was

21   always on residential property; is that correct?

22          A.   Correct.

23               MS. SMITH:  Mark this as Exhibit 6.

24          (Exhibit 6 was marked for identification.)

25
```

Randall Dean Seidl

```
 1   BY MS. SMITH:

 2        Q.   Handing you Exhibit 6.  I just want to

 3   confirm that this is the same receipt that is part of

 4   Exhibit 3 as well.  Looks like the same date.

 5        A.   I'm looking here.  Sorry.  Yes.

 6        Q.   And this one is Bates-stamped

 7   Seidl-RSeidl-PPR-00001.

 8        (Exhibit 7 was marked for identification.)

 9   BY MS. SMITH:

10        Q.   I'm handing you what's marked Exhibit 7.

11        A.   Uh-huh.

12        Q.   Is this your current address, at

13   ████████████████████████████?

14        A.   It is, yes.

15        Q.   Okay.  And if you look at this, these are

16   just images that I pulled from Google maps.  These

17   are dated March of 2019.  And I believe I have a

18   front view, a side view, and a back view of your

19   house.  That's correct?

20        A.   Hang on -- yes.

21        Q.   Actually two side views and a back view.

22   Correct?

23        A.   Uh-huh.  Yes.

24        Q.   Let me ask you to use a pen --

25        A.   Uh-huh.
```

Randall Dean Seidl

1      Q.    -- and do, you know, similar, kind of mark

2  with Xs or dash lines where you use Roundup on this

3  property.

4      A.    It's -- it's hard to see if it -- if it

5  was an aerial --

6      Q.    Yeah, I don't have an aerial.

7      A.    So -- yeah, understood.  So I'm going to

8  kind of draw it here.

9      Q.    Okay.

10      A.    (Drawing)  There are steps coming down.

11  You can't see them, but they're --

12      Q.    Where is the house in this picture?

13      A.    Oh, the house is -- (Drawing).

14            Oh, yeah, this is the house.  As I come

15  out -- nah, close enough.  So here's the house

16  (Indicating).  You come out the back door, you go

17  down the steps, and you're into the back courtyard,

18  which is back here.

19      Q.    Okay.

20      A.    And this is where I used it.

21      Q.    Okay.  So --

22      A.    On these bricks.

23      Q.    Within your fence line?

24      A.    Correct.

25      Q.    Did you ever use it -- this picture also

Randall Dean Seidl

1      A.   When I had a -- for non-Hodgkin's lymphoma

2  diagnosis, they took a lump out of my neck.

3      Q.   Any other surgeries, like getting your

4  tonsils out, or anything like that?

5      A.   Oh, yeah, I did.  I was -- yes, three

6  years old.

7      Q.   Any memory of that, since you were three?

8      A.   Coming home and not -- and my throat

9  hurting.

10      MR. TOMLINSON:  You got some ice cream, I

11    hope.

12      THE WITNESS:  I think I did.

13  BY MS. SMITH:

14      Q.   Do you know if it was just your tonsils,

15  or if it was your tonsils and adenoids?

16      A.   I don't remember.

17      Q.   And then the other surgical procedure was

18  in connection with your cancer, correct?

19      A.   Correct.

20      Q.   Any serious medical conditions that I

21  haven't listed that you experience or have

22  experienced?

23      A.   No.

24      Oh, I -- I'm sorry.  I'm on medication for

25  high blood pressure.

Randall Dean Seidl

1        Q.    How long have you been on medication for

2    your blood pressure?

3        A.    20 years, probably.

4        Q.    And what medications do you take for that?

5        A.    The regular term is Micardis,

6    40 milligram, but there's a generic that I'm on.

7    It's tetra something or other.  I'd have to -- I'd

8    have to look at that.

9        Q.    Was there a period prior to going on

10   medication for your high blood pressure where you

11   were trying to address the issue without medication?

12       A.    Yes.

13       Q.    How long did you go before -- between

14   being told that you had high blood pressure and going

15   on medication for it?  What was that period of time?

16       A.    I think it was about four months.

17       Q.    Any other serious medical conditions?

18       A.    No.

19       Q.    Any other medical conditions that you take

20   routine medication for?

21       A.    No.

22       Q.    Has your blood pressure stayed pretty

23   consistent or --

24       A.    Yes.

25       Q.    -- has it -- okay.  During that full

Randall Dean Seidl

1    20-year period?

2        A.    Yeah.

3        Q.    Earlier we talked about your athletic

4    activities --

5        A.    Uh-huh.

6        Q.    -- both before and after having cancer.

7    When did you first start running?

8        A.    Ran my first marathon at age 20.

9        Q.    And even as a kid, were you a pretty

10   athletic kid?

11       A.    Yes.

12       Q.    What type of non-Hodgkin's lymphoma were

13   you diagnosed with?

14       A.    Follicular Grade 3, Stage IV.

15       Q.    And do you have an understanding of

16   whether it was large cell or small cell?

17       A.    I don't, no.

18       Q.    Do you know if it was a T-cell or B-cell?

19       A.    I don't know that.  Alls I know is that --

20   what I said.  That's what they told me, "That's what

21   you got, and here's the treatment."

22       Q.    Have you ever had any bacterial-type

23   infections that you've needed to be treated for?

24       A.    Not that I know of, no.

25       Q.    Do you recall where you had your tonsils

Randall Dean Seidl

1    removed?

2          A.    I believe it was Wesley Hospital, Wichita,

3    Kansas.

4          Q.    Do you recall like who your pediatrician

5    was?

6          A.    Oh, no.

7          Q.    Okay.  Again, focusing before your

8    non-Hodgkin's lymphoma diagnosis, I want to ask about

9    particular doctors that you have seen over the course

10   of your life.  And I don't know if it's easier for

11   you to start far back --

12         A.    Uh-huh.

13         Q.    -- and work toward the present, or if it's

14   easier for you to start at the present and work back.

15   Do you have a preference?

16         A.    Present and work back because I -- I'll be

17   honest with you.  There's going to be gaps.

18         Q.    Okay.

19         A.    Yeah.

20         Q.    Let's start with a primary care physician.

21         A.    Yeah.  Keith Anderson.

22         Q.    And he's here in North Carolina?

23         A.    Yes, he is.

24         Q.    And when did you first start seeing him?

25         A.    Probably 2011.

Randall Dean Seidl

1      Q.   And he's -- is he still your --

2      A.   Yes.

3      Q.   -- primary care physician?

4      A.   Uh-huh.

5      Q.   Did you have a primary care physician here

6   in North Carolina prior to him?

7      A.   No.

8      Q.   And in San Antonio, who was -- that your

9   most recent --

10     A.   I'm going to be honest.  I do not remember

11  the man's name.  I do not.  I'm -- I don't have

12  any -- I look for that type of thing.  I cannot

13  remember the guy's name.

14     Q.   Do you recall where you would go see him?

15     A.   At his office.

16     Q.   You don't know where his office was?

17     A.   It was on Highway 281, kind of north.  I

18  don't remember the -- if there was an address.  I

19  could drive you there, but I -- yeah.  I do not

20  remember the man's name.

21     Q.   Do you recall if it was in a medical

22  building --

23     A.   No.

24     Q.   -- of any type?

25     A.   No.  Believe it or not, it was in a -- it

Randall Dean Seidl

```
 1          A.    Yes.  For the what treatment?  I'm sorry.

 2          Q.    For some of the early diagnosis, like --

 3          A.    Diagnosis.

 4          Q.    -- the MRI, and --

 5          A.    Yes, yes.

 6          Q.    And is this Dr. Anderson that you were

 7    seeing at this point initially?

 8          A.    Yes.

 9          Q.    And then at what point did he involve

10    other doctors?

11          A.    When I went to have the needle biopsy.

12          Q.    And do you recall what month that would

13    have been?

14          A.    That was I think October 2014.

15          Q.    And would that have been Dr. Friend?

16          A.    No.

17          Q.    No?  Dr. Frenette?

18          A.    No.  They're --

19          Q.    Anderson?

20          A.    They're the oncologist.

21          Q.    Pederson?

22          A.    What was the -- surgeon.  Pederson, the

23    surgeon.

24          Q.    So the first doctor you saw was Anderson.

25    The second, Dr. Pederson.  Is that accurate?
```

Randall Dean Seidl

```
1          A.    He -- he's the -- yes.

2          Q.    And then after that point -- and then --

3          A.    Frenette.  Then I went to Frenette.

4          Q.    Then you went to Frenette?

5          A.    Yeah.

6          Q.    And then at some point it changed from

7     Frenette to Friend, correct?

8          A.    Yes.

9          Q.    Why did it switch from Frenette to Friend?

10         A.    He retired from practice and became a -- I

11    guess a teaching doctor.  She took over his practice.

12         Q.    And when you first felt the lump when you

13    were shaving, was it painful?

14         A.    No.

15         Q.    Did it at any point become painful?

16         A.    No.

17         Q.    And how about the other two lumps, were

18    they ever painful?

19         A.    The one in the back of my neck was.  A

20    little bit more sore to the touch.  I don't know if

21    it was sitting on a nerve or something, but a little

22    bit sore to the touch.  But the other two were not.

23         Q.    And was that the third one to appear?

24         A.    Yes.

25         Q.    And how large did it get?
```

1          A.    Pea-sized.

2          Q.    And how about the middle one, the second

3    lump, how big was it?

4          A.    It was probably getting close to that

5    ping pong size, I think.  That's the one they took

6    out, so they could probably -- it's probably in the

7    records how big it was.

8          Q.    And the -- the first one, the larger one,

9    they never took out?

10         A.    Right.

11         Q.    They treated that with chemotherapy?

12         A.    Correct.

13         Q.    And do you recall when you were formally

14   diagnosed with non-Hodgkin's lymphoma?

15         A.    I think it was first part of November we

16   got the report back from Dr. Pederson that the --

17   they had done the pathology on it, and that's what it

18   came back as.

19         Q.    And at that point, had you missed any work

20   related to having these doctors' visits?

21         A.    Other than -- oh, yeah, I mean, any time I

22   go to a doctor, I'm missing work.

23         Q.    So were you taking vacation days at this

24   point already?

25         A.    Or just taking time off.  Not necessarily

Randall Dean Seidl

```
 1   a vacation day, but . . .

 2         Q.   Were you able to take some time off --

 3         A.   Yes.

 4         Q.   -- without having it affect your paycheck?

 5         A.   Yes.

 6         Q.   And earlier you mentioned that you were

 7   diagnosed with follicular lymphoma, Grade 3,

 8   Stage IV?

 9         A.   Yes.

10         Q.   And what was your -- or is your

11   understanding of what "Grade 3" means?

12         A.   I don't know.  I -- I know what Stage IV

13   is, but --

14         Q.   And what is your understanding of

15   Stage IV?

16         A.   That it -- above and below the diaphragm,

17   and tied in to an organ.

18         Q.   And what organ was yours tied in to?

19         A.   I don't remember.

20         Q.   And we've talked about above diaphragm,

21   three --

22         A.   Uh-huh.

23         Q.   -- nodules or lumps?

24         A.   Yeah.

25         Q.   Below the diaphragm, do you know where it
```

Randall Dean Seidl

1    was located?

2          A.    I think it was kind of everywhere.  Yeah.

3          Q.    Just throughout your lymphatic system?

4          A.    Yes.  According to him, it -- it lit up --

5    when you had a PET scan, it lit up red.

6          Q.    You mentioned earlier that one of your

7    daughters had gone to one your chemotherapy

8    appointments --

9          A.    Uh-huh.

10         Q.    -- with you, correct?

11         A.    Uh-huh.

12         Q.    In terms of your other cancer-related

13   appointments, whether before or after or during

14   chemo --

15         A.    Uh-huh.

16         Q.    Did anybody else attend those with you?

17         A.    My wife did.

18         Q.    Okay.  And how often, or how many of those

19   did she attend with you?

20         A.    She attended the meeting with the surgeon,

21   as to when we got the -- did the needle biopsy.  And

22   then when we got the readout for the -- the actual

23   where he took it out.  Attended that one.  And then

24   attended the initial meetings with the oncologists

25   regarding treatment and that type of thing.

Randall Dean Seidl

1       just need a little time.

2              MR. TOMLINSON:  All right.

3              VIDEOGRAPHER:  The time is 2:38 p.m.

4       We're off the record.

5              (A recess transpired from 2:38 p.m. until

6              2:44 p.m.)

7              VIDEOGRAPHER:  We are back on the record.

8       The time is 2:44 p.m.

9              MS. SMITH:  Thank you for entertaining

10      that break.  I actually have no more questions

11      for you.  Thank you for your time today.

12             THE WITNESS:  Okay.

13             MR. TOMLINSON:  And I have no questions,

14      either.  Thank you.

15             THE WITNESS:  Okay.

16             VIDEOGRAPHER:  This concludes the video

17      deposition of Randall Seidl.  The time is

18      2:44 p.m.  We are off the record.

19             (The deposition was concluded

20              at 2:44 p.m.)

21             (Signature reserved.)

22

23

24

25

Randall Dean Seidl

```
 1   STATE OF NORTH CAROLINA

     COUNTY OF MECKLENBURG

 2

 3            I, Karen K. Kidwell, RMR, CRR, in and for

 4   the State of North Carolina, do hereby certify that

 5   there came before me on the date listed the person

 6   hereinbefore named, who was by me duly sworn to

 7   testify to the truth and nothing but the truth of

 8   their knowledge concerning the matters in

 9   controversy in this cause; that the witness was

10   thereupon examined under oath, the examination

11   reduced to typewriting under my direction, and the

12   deposition is a true record of the testimony given

13   by the witness.

14            I further certify that I am neither

15   attorney or counsel for, nor related to or employed

16   by, any attorney or counsel employed by the parties

17   hereto or financially interested in the action.

18

19

20                        Karen K. Kidwell

21            _____

                Karen K. Kidwell, RMR, CRR

22              Notary Public #19971050142

23

24

25
```

# EXHIBIT 3

D. Barry Boyd, M.D.

1/19/2020

John Tomlinson, Esq.
Beasley Allen
218 Commerce Street
Montgomery, AL 36103

Re: Mr. Randall Seidl v. Monsanto Company

Dear Mr. Tomlinson:

As requested, I am providing this report detailing my opinions about Mr. Randall Seidl's allegations regarding the role of Roundup/glyphosate in the development of his follicular lymphoma.

## I.      MATERIALS REVIEWED

## Medical Records

Ambulatory records, Keith Anderson, M.D., Novant Health Cotswold Medical Clinic, Novant Health, Charlotte, NC
Ambulatory office/clinic records, Gary Frenette, M.D., Ph.D., Levine Cancer Institute, Atrium Health, Carolinas Health Care Systems, Charlotte, NC
Ambulatory office/clinic records, Nagajyothi Gavini, M.D., Levine Cancer Institute, Atrium Health, Carolinas Health Care Systems, Charlotte, NC
Ambulatory office/clinic records, Reed Friend, M.D., Levine Cancer Institute, Atrium Health, Carolinas Health Care Systems, Charlotte, NC
Ambulatory office/clinic records, Chasse Bailey-Dorton, M.D., Levine Cancer Institute, Atrium Health, Carolinas Health Care Systems, Charlotte, NC
Ambulatory office/clinic treatment records, including treatment flow sheets, Levine Cancer Institute, Atrium Health, Carolinas HealthCare Systems, Charlotte, NC
Ambulatory records, Thomas Snyder, M.D., Urgent Care SouthPark, Atrium Health, Charlotte, NC
Ambulatory records, Andrew Roland, DC., Carolina Sports Chiropractic, PLLC, Charlotte, NC
Radiology records, Daniel Sanga, M.D., Mecklenburg Radiology Associates, PA, Charlotte, NC

Ambulatory records, Lee Pederson, M.D., Surgical Specialists of Charlotte, Charlotte, NC
Outpatient records, including operative note, Lee Pederson, M.D., Novant Health Presbyterian Medical Center, Charlotte, NC
Surgical pathology reports, Novant Health Presbyterian Medical Center, Charlotte, NC
Surgical pathology reports, including routine histopathology, immunopathology, cytogenetics, Levine Cancer Institute, Atrium Health, Carolinas HealthCare Systems, Charlotte, NC

**(Non-Deposition) Legal**
Complaint and Jury Demand, 11/7/2016
Third Amended Plaintiff Fact Sheet, 5/7/2019
Defendant Monsanto Company's First Amended Notice to Take Oral and Videotaped Deposition of Plaintiff Randall Seidl, 12/5/2019
Defendant Monsanto Company's First Amended Notice to Take Oral and Videotaped Deposition of Plaintiff Laurinda Seidl, 12/5/2019
Defendant Monsanto Company's First Amended Notice to Take Oral and Videotaped Deposition of Dr. Keith Anderson, 5/4/2020
Defendant Monsanto Company's First Amended Notice to Take Oral and Videotaped Deposition of Dr. Gary Frenette, 5/19/20
Plaintiff's Response and Objections to Defendants Requests in Their Deposition of Randall Seidl, 12/6/2017
Plaintiff's Response and Objections to Defendants Requests in Their Deposition of Laurinda Seidl, 12/6/2017
Curriculum Vitae, Keith Anderson, M.D., 5/21/2020

**Deposition Transcripts**
Deposition of Randall Seidl with exhibits, 12/11/2019
Deposition of Laurinda Seidl, 12/11/2019
Deposition of Keith Anderson, M.D., 5/21/2020
Deposition of Gary Frenette, M.D., Ph.D., 5/21/2020
Deposition of Reed Friend, M.D., 7/8/2020

**Patient Interview**
Randall Seidl, 11/27/2020

**Expert Report**
Toxicology Report, Seidl v. Monsanto, William Sawyer, Ph.D., Toxicology Consultants & Assessment Specialists, 8/13/2020

## II.        MEDICAL HISTORY

Mr. Seidl is a 64-year-old man ████████████████ who was born and raised in Wichita, Kansas.

He attended high school and college in Kansas, receiving a bachelor's degree in business administration and agribusiness in 1979. He is highly active and has run full and half marathons, triathlons, and one Iron Man competition. He lived in Kansas through June 1997 when he was transferred to Johannesburg, South Africa, through his work. In 2004, he was transferred back to the US and resided in San Antonio, TX, until 2010 when he moved to Charlotte, NC, his current residence.

Mr. Seidl's employment history began at a farmer's co-op as a young adult. His tasks included harvest, shoveling grain, loading feed into trucks, and pumping gas (non-diesel) at a gas station. He was a carpenter's assistant for three months and assisted by cutting pine boards. He was not involved in any finishing, painting, or varnishing. For one year, he worked at Vulcan Materials (now Oxychemicals) from 1979 to 1980. His job was purchasing agent and he was never exposed to the chemicals. His longest employment was with Southwestern Bell Corporation/AT&T, where he began work in 1980, in executive and administrative positions. He was employed at this company continuously until retirement, except for a two-year hiatus working for Prudential Bache. As with his other employment, he had no chemical contact.

Mr. Seidl's known family history includes: paternal grandmother died in old age; maternal grandmother died at age 60 of a brain tumor (unknown diagnostic details); mother, who was a lifelong smoker, died of metastatic breast cancer age 60; father died at age 85 with Lewy body disease. A mother's half-brother died of colon cancer in his 70s. There is no other family history of cancer. He has a living sister, age 67, with no malignancy and two daughters, ages 31 and 29, who are alive and healthy.

Mr. Seidl never used tobacco products. He drinks 4 to 5 ethanol drinks per week and has for approximately 20 years, with no binge drinking. Drug use was limited to marijuana in college and none thereafter. He is in excellent shape with abundant exercise including long distance running as noted above. He has been of normal weight throughout his life and currently has a BMI of 28.

Medical history prior to his diagnosis of lymphoma was limited to hypertension which was well-controlled on a single-drug regimen. Mr. Seidl was treated for rosacea in the past with topical therapy. He was seen regularly by a primary care physician and had been treated for common minor illnesses including viral upper respiratory infections, onychomycosis, and Achilles tendinitis. Surgery included vasectomy and a childhood tonsillectomy. He has no chronic inflammatory processes including no allergic disease, hepatitis B or C, inflammatory bowel disease, rheumatoid arthritis, systemic lupus, atopic dermatitis, psoriasis, diabetes, Epstein-Barr virus (EBV), or thyroid disease. He has had no immunosuppressive medication or other chronic pharmacologic therapy other than noted above.

Oncology history

In September 2014, Mr. Seidl noted a nontender mass in his right neck while he was shaving. He stated that it had come on suddenly and increased in size over 10 days. He felt as if it doubled in size over that time.

On <u>09/20/2014,</u> Mr. Seidl saw his primary care physician, Keith Anderson, M.D.  He was referred for ultrasound and was to see Kristin Wagner, M.D. (endocrine surgeon) for further evaluation and possible biopsy.

On <u>09/29/2014,</u> Mr. Seidl underwent ultrasound of his neck which showed a 4.3 x 3.3 x 1.7 cm mass, inferior and lateral to the right submandibular gland and anterior to the common carotid bifurcation.

On <u>10/02/2014,</u> CT scan showed an enlarged lymph node in the right neck, posterior to and separate from a normal right submandibular gland. It measured 2.7 x 1.9 cm in short axis dimension. No abnormal enhancement or necrosis was evident. No ipsilateral or contralateral adenopathy was seen.  The impression was a solitary pathologically enlarged lymph node without additional adenopathy

On <u>10/07/2014,</u> Mr. Seidl was seen in consultation by Lee Pederson, M.D. (surgical oncologist/endocrine surgeon), at Surgical Specialists of Charlotte, with a 25-day history of swollen neck mass.  It was not painful and had been noted incidentally with shaving.  Examination showed a 3 cm palpable abnormality high in level II, anterior to the sternocleidomastoid muscle.  There was also felt to be a smaller, approximately 1 cm lesion in the posterior triangle.  There was no left-sided adenopathy. He underwent an ultrasound-guided fine-needle aspiration of the enlarged cervical lymph node.  Examination by Christopher Garwacki, M.D. (pathology), showed atypical lymphoid cells suspicious for lymphoma

On <u>10/27/2014,</u> Mr. Seidl underwent incisional lymph node biopsy right neck by Dr. Pederson.  Intraoperative findings included a grossly enlarged posterior triangle right cervical node which was sent fresh for lymphoma workup. Pathologic examination by Dr. Garwacki showed Follicular Lymphoma (Grade 3 of 3) with the comment that there was effacement of the normal lymph node architecture by a nodular atypical lymphoid infiltrate composed of large lymphoid cells. By immunohistochemistry, the large lymphoid cells were positive for CD-20, BCL-2, BCL-6, CD-10, and CD-5 and show an approximately 60% proliferation rate by Ki-67. A minority of cells were positive for MUM1. CD3 and CD5 highlighted the small reactive background T-cells. The tumor cells were negative for cyclin D-1 and p53.

On <u>11/06/2014</u>, Mr. Seidl was seen in follow-up after excisional biopsy by Dr. Pederson.  He had no specific complaints.  He had no pain and a small seroma.  He was referred to medical oncology.

On <u>11/17/2014</u>, Mr. Seidl underwent a staging PET scan which showed a large, hypermetabolic, right level II nodal mass, measuring 30 x 34 mm, with an SUV of 11.4. No other abnormal hypermetabolic foci were seen in the head and neck. In the thorax, there was hypermetabolic right paratracheal, left axillary lymphadenopathy including: right paratracheal node 13 x 15 mm, SUV 5.4; left axillary node, 10 x 12 mm, SUV 3.3; and left axillary node, 2 x 8 mm, SUV 4.  In the abdomen and pelvis, there were a couple of hypermetabolic periportal nodes including a 15 x 20 mm node, SUV 6.0.  There was a small focus of uptake in the left adrenal gland, which appeared mildly thickened, SUV 3.6.  There was moderate uptake in the body and fundus of the stomach, felt to be likely physiologic.  There was a hypermetabolic lytic lesion along the posterior aspect of the left ilium measuring 10 x 11 mm, SUV 5.9.  There was focal

uptake along the posterior lateral aspect of the T-8 vertebral body shown to be a lytic lesion measuring 9 x 12 mm, SUV 4.0.  Based on these finding, the follicular lymphoma was deemed stage IV.

On 11/19/2014, Mr. Seidl was seen for oncology consult a Levine Cancer Institute (LCI), Carolinas Health Care System by Gary Frenette, M.D., Ph.D. Physical examination showed right-sided cervical adenopathy with a dominant lesion measuring 7 cm at level II and a 1 cm occipital node.  Bone marrow biopsy and aspirate was obtained for histology, flow cytometry, and cytogenetics.  Imaging was reviewed and, given the lytic bone lesions, it was noted that the bone marrow results would not change recommendation.  Bone marrow flow cytometry showed a very small population (0.7%) of CD5+ B-cells that were indeterminate for clonality.  The morphology and cytogenetics failed to show the abnormal population in the submitted sample.  Routine laboratory studies were essentially normal.  R-CHOP regimen was favored.

On 12/03/2014, Mr. Seidl had a follow-up visit with Dr. Frenette in advance of treatment.  The pathology was reviewed, with note of the Grade 3 follicular lymphoma.  The lytic bone lesion was noted and Dr. Frenette argued for an anthracycline-containing regimen due to suspicion of a more aggressive component to his disease.  Consent was signed for R-CHOP.

Mr. Seidl began a 6-cycle regimen of R-CHOP and was seen in follow-up to assess treatment:
12/03/2014 – cycle 1 R-CHOP
12/18/2014 – LCI follow-up visit, Dr.  Frenette
12/26/2014 – cycle 2 R-CHOP
01/02/2015 LCI follow-up visit, Dr. Frenette
01/14/2014 – LCI follow-up visit, Dr. Frenette and ambulatory nurse G. Hoare
01/14/2015 – cycle 3 R-CHOP
01/21/2015 – LCI follow-up visit,Dr. Frenette and ambulatory nurse R. Schaetzle (He had an "upset stomach over weekend" and was started on Prilosec.)
02/04/2015 – LCI follow-up visit, Dr. Frenette (His exam was stable and labs were normal.)
02/04/2015 – cycle 4 R-CHOP
02/25/2015 – cycle 5 R-CHOP
03/18/2015 – cycle 6 R-CHOP

On 03/27/2015, a post treatment restaging PET showed no foci of increased metabolic activity.

On 06/02/2015, Mr. Seidl had 3-month follow-up at LCI.  He had a subcutaneous nodule of the medial right elbow and his stamina was not back to normal.  He was taking Zofran and prednisone. Although the elbow lesion was likely benign, he was referred for biopsy.

On 06/09/2015, Mr. Seidl had routine medical follow-up with his primary care physician, Keith Anderson, M.D. (family medicine). He had decreased motion in the right shoulder for the prior eight months. There was no swelling in the area. He had been going to chiropractor for clinical kinesthesiology.  Imaging studies of the right shoulder were negative.  He was diagnosed with adhesive capsulitis and rotator cuff

tendonitis.  He was treated with local injection of intraarticular steroid. He was advised to use ice and was referred to physical therapy.

On 06/12/2015, Mr. Seidl had a right upper extremity ultrasound for the elbow mass.  Ultrasound of the antecubital fossa demonstrated no evidence of enlarged lymph node or fluid collection. There was suggestion of subtle elongated isoechoic mass adjacent the subcutaneous fat measuring 1.6 x 0.5 cm felt likely to be a lipoma. No significant soft tissue edema was noted.

On 09/11/2015, Mr. Seidl underwent a restaging CT of the chest, abdomen, and pelvis.  The study showed no retroperitoneal or pelvic lymphadenopathy, a 10 mm nonobstructing stone in the left renal mid-pole, and a stable 13 mm lytic lesion involving left iliac bone.

On 09/15/2015, Mr. Seidl was seen in follow-up at LCI where Dr. Frenette reviewed labs and restaging imaging.  He had no findings on physical examination.

In 02/2016, a restaging CT of the chest, abdomen, and pelvis showed no evidence of recurrent disease

On 03/21/2016, Mr. Seidl was seen in follow-up at LCI where Dr. Frenette reviewed labs and recent negative imaging.  Physical examination was normal.  Wellness and exercise were discussed, and he was scheduled for follow-up and restaging CT scan in six months.

On 06/30/2016, Mr. Seidl saw Dr. Anderson for a routine well visit.  He had no complaints, his physical examination was normal, and all labs were normal.  Recommendations were given for screening and wellness.  He was to continue his blood pressure medication.

On 08/29/2016, Mr. Seidl was seen at LCI by Reed Friend, M.D. (hematology/oncology), for swelling in the left jaw area.  This had correlated with a local tooth abscess. He had had an extraction on the opposite side and the swelling decreased with antibiotics and was almost completely resolved. He denied fever, night sweats, and other lymphadenopathy.  He was to followup in six months and call if symptoms recurred.

On 02/20/2017, Mr. Seidl was seen at the LCI by Dr. Friend for annual oncology follow-up.  He had no evidence of recurrent disease.  Laboratory studies, including peripheral blood counts, were normal.

On 03/10/2017, Mr. Seidl was seen at the LCI for an Integrative Oncology consult with Chasse Bailey-Dorton, M.D. (family medicine/integrative oncology) He had been having memory and endurance issues and had questions about nutrition and supplements.  They discussed nutrition, physical activity, body weight, stress management, probiotics, turmeric, and DHA/EPA.  He had not taken any supplements during chemotherapy or subsequently.  His diet was plant-based whole foods and he took protein and electrolyte powders.  He was to follow-up with acupuncture

On 04/04/2017, Mr. Seidl was again seen at LCI by Dr. Bailey-Dorton for a wellness and survivorship

follow up.  Accupuncture was discussed as a possibility.

On 06/09/2017, Mr. Seidl was again seen at LCI by Dr. Bailey-Dorton for follow-up.   Physical examination was normal and labs were reviewed.

On 06/30/2017, he saw Dr. Anderson, for a wellness exam.  He was planning to go to Peru.  His blood pressure was stable on his medication.  He was provided with recommendations for altitude and routine wellness evaluation.  He was to continue his blood pressure medication.

On 09/12/2017, Mr. Seidl was seen at the LCI by Dr. Friend, for oncology follow-up.  He continued to be stable with no evidence of disease.  It was noted that Dr. Frenette had retired and follow-up care was transferred to Dr. Friend

On 12/15/2017, Mr. Seidl had a colonoscopy by Tarun Narang, M.D. (gastroenterology/endoscopy).  Two small polyps were removed, and small internal hemorrhoids were noted.

On 01/05/2018, Mr. Seidl saw Dr. Anderson for a wellness visit. Routine wellness recommendations were made and he was to continue with his blood pressure medication.

On 03/13/2018, Mr. Seidl was seen at LCI clinic for follow-up by Dr. Friend.  He remained in complete remission with no complaints and no B symptoms.  Peripheral blood counts were stable. A repeat CT was scheduled for six months with a follow-up visit.  The plan was then to continue following up every six months with history and physical and labs through March 2020 and then annually thereafter.

On 09/11/2018, a CT of chest, abdomen, and pelvis showed no evidence of disease.

On 09/13/2018, Mr. Seidl followed up at LCI with Dr. Friend.  Examination and laboratories were normal.  The recent CT was reviewed.  He was to follow-up in six months and repeat CT every one-to-two years.

On 09/05/2018, Mr. Seidl saw Dr. Anderson for a well visit.  He had noticed a new rash on his left forearm five days earlier.  He was given topical treatment.

On 06/06/2019, Mr. Seidl followed up at LCI with Dr. Friend.  He was doing well with no evidence of disease.

On 02/04/2020, a restaging CT of the chest, abdomen, and pelvis showed no evidence of disease.

On 02/06/2020, Mr. Seidl followed up at LCI with Dr. Friend.  He was doing well with no evidence of disease.  The plan was for repeat CT every two years and a repeat outpatient visit in eight months.


III.        **EXPOSURE HISTORY**

Mr. Seidl had a history of exposure to Roundup™ over many years. He recounted his exposures, confined to use on residential properties, as follows:

1990-1995 at his home in Olathe, KS, he used "ready to use" Roundup™ on property once monthly for 20 minutes during a growing season of five-to-six months.

1995-1997 at his home in Overland Park, KS, he used "ready to use" Roundup™ on property once monthly for 20 minutes during growing season of five-to-six months.

1997-2004, when he lived in Johannesburg, South Africa,  he recounts no known exposure to Roundup™. He rented a residence while there and did not do any yard maintenance. He was there for business to help South Africa privatize the state telephone company.

September 2004 he moved to San Antonio, TX.

2005-2010 he used Roundup™ at his residential property in San Antonio twice weekly.

During 2005, Mr. Seidl spent 2+ hours mixing and spraying. He would carpet-spray large areas, spraying up and down walls with poison ivy vines. The spray would bounce off walls onto his skin. He would typically stop working at 3 pm and enjoy the weekend, showering after he had Roundup™ on his skin for several hours. The lot next to his was overgrown and had no owners. He sprayed that entire lot using a one-gallon hand pump sprayer continuously in broad sweeps and took extra time looking for poison ivy. He used 2.5 gallons weekly during the nine-month growing season. He used both Roundup™ Weed and Grass Killer concentrate plus (64 ounce) and Roundup™ 35. 2 ounce Weed and Grass Killer.

During 2006-2010, Mr. Seidl used four bottles of concentrate per year on his 0.5 acre property. He mixed and sprayed for an hour every weekend during the nine-month growing season. He also sprayed an additional day two of every three weeks, usually Wednesday. He sprayed in all areas except the grass in the front yard and behind the house, including around the grass areas, around the house, and the beds. He started work early on Saturday mornings and spent the first hour spraying, with the Roundup™ often striking his ankle, legs, shoes. He never cleaned the sprayer.

During 2010-2014, Mr. Seidl continued to use Roundup™ while at a residential property in Charlotte, NC. He used Roundup Weed and Grass Killer, ready to use, extended control, once weekly, predominantly during the summer but also occasionally during the winter. He used it on a 0.18-acre lot weekly and on the weeds coming throughout bricks monthly. He spent between 30 minutes and one hour weekly from March through November.

His total Roundup use over 24 years (1990-2014) was substantial. He did not use protective measures other than safety glasses while working in the yard. He seldom wore gloves, only to move rocks rather than to limit Roundup™ exposure. He never wore protective clothing while spraying. He generally wore shorts, short sleeved shirts, and running shoes.

## IV.        ANALYSIS

### Biology of Lymphoma/Leukemia Development

The development of all cancers, including lymphomas, involves the alteration (mutation) of DNA, which is the genetic material within each cell controlling all biological functions of that cell. With increasing numbers of genetic alterations, a cell gains or loses important biological functionality. Eventually, the genetically altered cell and its clones behave increasingly abnormally resulting in malignant biologic behavior–cancer.[1] Most important among these alterations are changes to certain genes that normally inhibit continued unchecked growth of a cell. Loss of these important inhibiting functions allows cells to continually divide and replicate into a mass-forming clone of nearly identical abnormal cells. Other important genetic alterations include changes to the production of cell adhesion molecules, allowing cells to migrate in abnormal ways and to grow (and even thrive) in otherwise hostile cellular milieus away from their normal locations. Other mutations allow abnormal clones to evade a host's normal immune response, which typically detects and kills abnormal cells.

Although there are some genetic syndromes predisposing to certain malignancies, the overwhelming cause of most lymphomas is the acquisition of genetic changes that are acquired during an individual's life, a result of exposures that increase the risk of these genetic changes as noted above. The causes of these genetic changes represent the risk factors that are the ultimate cause of the malignancy. Some environmental toxins have multiple effects that are both genotoxic and promotional. This means that in addition to producing mutations, they also directly enhance increased cell replication and survival, further enhancing the malignant process and potentially leading to such transformation events. The continued exposure to such agents, over years, will increase the risk and evolution of these sequential changes, ultimately leading to tumor progression and overt malignant lymphoma/leukemia.

Like virtually all cancers, lymphomas and leukemias originate from DNA changes. Some lymphomas are linked to family history, due to inherited germline mutations in susceptibility genes with which the patient is born. However, the overwhelming cause of most lymphomas is acquisition of genetic changes occurring during an individual's life, often as a result of exposures that increase the risk of these genetic changes. The distinct lymphoma subtypes are often characterized by very specific gene or chromosomal changes, such as seen in follicular lymphoma, in which there is translocation (crossing of genetic material from one chromosome to another) of DNA between chromosomes 14 and 18, resulting in activation of the BCL-2 oncogene.[2]

Both B- and T-lymphocytes have characteristic features that distinguish them from cells of other tissues and impart unique features of cancers arising from them. They actively and repeatedly rearrange their DNA in order to produce unique and functional antigen receptors.  They also have the potential for massive clonal expansion when encountering a foreign antigen via binding these receptors or their precursors.  Furthermore, they have the capacity to be present in the body as extremely long-lived 'memory' cells. These three traits are fundamental to their ability to function as part of the adaptive immune response to infectious agents but these features also make them vulnerable to transformation,

either through spontaneous changes or, particularly, when exposed to environmental factors capable of inducing genetic changes within these lymphocyte populations.

Logically, the number of mutations in any follicular lymphoma is directly related to the risk of transformation.[3] The original initiating event is a genetic change in a lymphoid cell, predisposing the cell host to follicular lymphoma. Additional genetic mutations then increase the chance of mutation. Some environmental toxins have multiple effects, both genotoxic and promotional, meaning in addition to producing mutations, they also directly enhance increased cell replication and survival, further enhancing the malignant process and potentially leading to such transformation events. The continued exposure to such agents over years enhances the risk and evolution of these sequential changes leading to tumor progression into a more aggressive disease.

There is also increasing recognition of a "premalignant" component to lymphomas, including follicular B-cell lymphoma.[4] Similar to many other cancers, such as colorectal and breast cancer, this premalignant component raises concerns about the influence of environmental exposures and the time course in which they contribute to malignancy. These exposures may result in progressive changes over a more prolonged period through both genotoxic as well as non-genotoxic effects. Thus, they may potentially play a role in the origin of these early precursor lymphoid lesions as well as, through later exposures, enhance progression of these precursor lesions into frank malignancy. Conversely, they may also result in a more rapid initiation and progression of malignancy after shorter lengths of exposure (a few years to decades). Both intrinsic biological and extrinsic environmental factors are among those factors known to increase the risk of developing this type of lymphoma/leukemia through the acquisition of genetic mutational changes.[5] Thus, it is critical to assess exposure to purported risk factors in the years preceding diagnosis. Both biological and environmental factors are among those shown to increase the risk of developing B-cell lymphomas, including follicular lymphomas, via the above genetic mutations.

As noted above, the origins of cancer, including lymphomas, are genetic mutations and chromosomal changes that lead to malignancy. The development of cancer is dependent both on the specific cell in which the change occurs and the particular mutation or chromosomal rearrangement in that cell type.[6] While the causes of all mutations are not known, we do know about many risk factors that increase the likelihood of mutations. In addition, there are some agents that specifically alter genes and are known to lead to malignancy at a high rate.

In order to assess causation of any cancer, it is critical to understand the distinction between the proximate cause, the specific genetic alteration such as a mutational change in a DNA base pair or chromosomal change in large segments of DNA (rearrangement, deletion or duplication) that leads to malignancy, and the ultimate cause (including extrinsic environmental causes). These external forces may include UV radiation, tobacco, or chemical exposures.[7] As described above, these mutations can alter the rate of cell division and the survival of cells containing these mutated or altered genes. In some cases, these alterations will lead to activation of specific genes, known as oncogenes which, when expressed at high levels, cause enhanced cell proliferation and result in an accelerated acquisition of additional mutational changes.[8] Conversely, loss of function of some genes, called "tumor suppressors" (the cell's brakes on

cell growth and proliferation), will similarly result in high risk for malignancy due to increased cell proliferation and loss of normal controls on growth.[9] The underlying cause of these mutations, based on the somatic mutation theory of cancer[10], that subsequently leads to the development of cancer, represents the underlying ultimate cause of the malignancy.

An important part of an oncologic patient's evaluation is the elicitation of history pertaining to risk factors to determine the specific causes of their type of malignancy. This includes a social history including their use of tobacco, alcohol, and other drugs and whether there has been an exposure to certain infections.**Error! Bookmark not defined.**[5] The questioning should also include a careful family history that may document a possible pattern suggestive of an inherited tendency toward specific malignancies. An occupational history is also critical to identify chemical, radiation, or other environmental exposures.

The inclusion of this important part of a patient's history is critical for a variety of reasons. In some cases, the elimination of risk factors may help treat, or even decrease the likelihood or recurrence of, the cancer. Reduction of future exposure may also decrease risk of secondary cancers. Awareness of some factors may guide surveillance for development of other malignancies. Furthermore, knowledge of some of these factors may help stratify patients into risk groups that may affect treatment choices or prognostication. Cancer patients are often anxious to have guidance, both to understand why they developed cancer and how they can modify their risks in the future. Finally, knowledge of possible environmental factors may prove helpful in identifying unknown risk factors for future study.

The current understanding of cancer risk factors, including those for non-Hodgkin lymphomas (NHL), reflects the careful accumulation of evidence from epidemiologic observational studies including case-control studies and long-term prospective cohort studies. These studies seek to determine the strength and consistency of associations between both exposures and lifestyle features and the overall NHL risk. Specifically, these data help assess associations of exposures with distinct NHL subtypes such as follicular lymphoma and diffuse large B-cell lymphoma.

As recognized by the American Cancer Society[11], multiple risk factors have been identified for some lymphomas. These factors include:
1. Age – Increased age is a risk factor for many lymphomas, with lymphoma most commonly occurring in people over the age of 60.
2. Gender – Most lymphomas are more common in men than women.
3. Race, ethnicity, and geography – NHL is more common in developed countries and in the United States is more common among whites than other ethnic groups.
4. Family history – NHL is more common in those with a first-degree relative with NHL.
5. Exposure to certain chemicals and drugs – Some chemicals, such as benzene, herbicides, and insecticides are linked to increased risk of NHL. Some chemotherapy drugs and drugs used to treat rheumatoid arthritis (RA) increase risk of NHL, though the latter is somewhat confounded by the intrinsic risk imparted by RA itself.
6. Radiation exposure – Survivors of atomic bombs or nuclear reactor accidents, as well as patients treated with radiation therapy for other cancers have an increased risk of developing NHL.

7. Immunocompromised state – The presence of immune deficiency syndromes, either as a primary disease state or secondary to immunosuppressive medications or HIV infection, increases the risk of developing NHL.

8. Autoimmune diseases – Some autoimmune diseases impart in increased risk of developing NHL as a result of overstimulation of the lymphocytes increasing the rate of division. These include RA, systemic lupus, and other autoimmune diseases.

9. Infections – Some infections, particularly human T-cell lymphotrophic virus (HTLV), human herpes virus type 8 (HHV-8), and EBV can cause lymphocyte transformations that result in NHL. Other infectious organisms (*Helicobacter pylori*, hepatitis C virus, and others) cause chronic immune stimulation and can lead to the development of NHL.

10. Body weight and diet – People who are obese or eat diets high in certain types of foods are possibly at an increased risk of developing NHL.

Of most interest is the recently documented increased risk of development of non-Hodgkin lymphomas in patients with a history of exposure to the commonly used herbicide glyphosate (Roundup™).[12] To analyze this case, I reviewed completely the past medical history and medical course following diagnosis of Mr. Seidl's lymphoma.  My goal was to determine whether each of the known risk factors did or may have contributed to his risk for NHL, specifically follicular lymphoma, grade IIIB.  Accordingly, the first section will explain Mr. Seidl's diagnosis, generally. The second section will be an evaluation of his risk of NHL from potential exposures and factors that were non-chemical. The third section will analyze the current literature to evaluate the risk of NHL imparted by his glyphosate exposures.


**Mr. Seidl's Diagnosis**

At the time of his cancer diagnosis, Mr. Seidl was 57 years old with a medical history of only well-controlled hypertension and rosacea.  After discovering a lump in his neck, he was evaluated and was ultimately diagnosed with stage IV follicular lymphoma, grade IIIB.  He completed 6 cycles of R-CHOP biochemotherapy, beginning on 12/03/2014 and completed his final cycle on 3/18/2015. He has remained in complete remission since completing treatment.


**Non-Chemical and Chemical Risk Factors Relating to Mr. Seidl's Lymphoma**

Role of Non-Chemical Exposure Factors in the Development of Mr. Seidl's NHL

*Non-Modifiable Risk Factors*
Mr. Seidl was 57 years old at the time of diagnosis of NHL.  He is of Northern European descent and has had no first-degree (or more distant) relatives with a history of NHL or other hematologic malignancies. He had no history of exposure to radiation.  Based on his age and ethnic background he had a very slight

increase in risk of developing NHL.  These factors cannot be changed by alterations of lifestyle or occu-pation.  The imparted risk based purely on these non-modifiable factors is extremely low and cannot fully explain development of his lymphoma.

*Modifiable Risk Factors*

<u>Smoking tobacco and using alcohol</u> are not identified as specific risk factors for lymphoma, but they are known significant risk factors for development of many other types of cancer. Therefore, it is worth noting that Mr. Seidl was a lifelong nonsmoker and moderate drinker. In contrast to some malignancies, moderate alcohol intake has been associated with a reduced lymphoma risk.[13]

<u>Obesity</u> has been associated with lymphoma and is a shared risk factor for many cancers.[14,15] This is particularly true of obesity at an early age. Mr. Seidl has been at a healthy weight throughout his life, with both a healthy diet and vigorous physical activity including a long history of running marathons and half marathons which he continued to do after his diagnosis and completion of treatment. Obesity thus played no role in his risk of developing NHL.

*Infectious Agents*

Causal agents for some lymphomas are microbial organisms including bacteria (e.g., *H. pylori*, or *Chlamydia* in mucosa-associated lymphoid tissue (MALT) B-cell lymphomas) and viral agents (e.g., HTLV-1 in adult T-cell lymphomas, EBV in Burkitt lymphoma, and hepatitis C virus which may increase lymphoma risk indirectly).

Mr. Seidl tested negative for multiple viruses including HIV 1/2, hepatitis C, EBV, and HHV-8.  He had no history of and had no symptoms suggesting bacterial infection known to be associated with development of mucosa-associated lymphomas, a distinct entity from his follicular lymphoma.

*Autoimmune Disease*

Some autoimmune diseases and diseases associated with chronic inflammation are associated with an increased risk of developing NHL, in part due to the sustained activation of the immune response.  The chronically upregulated T- and B-cell proliferation may result in this malignant transformation common to autoimmune disease and, in some cases, as a result of the immunomodulatory medications themselves.

Mr. Seidl had no history of autoimmune disease associated with secondary lymphoma, including Sjögren's syndrome, RA, systemic lupus erythematosus (SLE), celiac disease, inflammatory bowel disease (Crohn's disease, ulcerative colitis) or other autoimmune disease. He had no history supporting an undiagnosed autoimmune disease. He has been treated for sports-related injuries but has had no history of inflammatory arthritis symptoms

*Other Medical History*

Mr. Seidl has a history of well-controlled hypertension on Micardis for more than 20 years. Multiple large trials have indicated no increase in cancer risk with this medication.[16]  He also was followed by a dermatologist for rosacea, a rash common in adults and commonly linked to sun exposure, or various food sensitivities and characterized by facial redness and small skin bumps and visible blood vessels.

This is not a risk factor for lymphoma.  Finally, he was treated with several courses of oral terbinafine in 4/2012 and 5/2014 for bilateral onchomycosis involving both great toes. This medication does carry a number of risks including liver function abnormalities and decreased blood counts but is not associated with increased cancer risk, including lymphoma risk.

Non-Glyphosate Exposures

Mr. Seidl had limited exposures as a young adult.  He worked briefly for a summer as a young adult at Anthony Kansas Farming Co-op where he was engaged in multiple tasks, including loading and unloading feed as well as pumping gas (non-diesel).  He also worked as a trim carpenter assistant, again for a short period (three months) in Wichita, KS, but had limited exposure to chemicals (varnish, paint, etc.) Lastly, for a short time, he worked in an administration job at Vulcan Materials (now Oxychemicals) a chemical company that manufactured a chlorinated solvent, perchloroethylene, but his work was office-based and was not in proximity to the plant which was located a distance from his office building. Again, this was for a short time and was not associated with significant exposure risks.  As outlined, in total, these three brief jobs with minimal exposures were unlikely to have contributed any significant risk of him developing follicular lymphoma.  Throughout his subsequent work years, he did not use pesticides, herbicides, insecticides, or organic chemicals as part of his employment.

Role of Glyphosate (Roundup[TM]) Exposure in the Development of Mr. Seidl's Follicular lymphoma

The most consistent and ubiquitous risk factor in Mr. Seidl's exposure history is the continued use, over 24 years (beginning in 1990, heaviest from 2004 through 2010, and continuing through 2014) of Roundup[TM] (glyphosate) for his yard, walkway, and garden maintenance.  This exposure continued in multiple residences, and was continuous, other than while he was living in South Africa, through his most recent home in North Carolina in 2014.

As a result of these long-term, ongoing maintenance activities, he had prolonged, very long-term, chronic exposure at intermittent high doses during the weekends, and often on one midweek day when he actively sprayed the toxin. This level of exposure is within the range of exposure levels that have been documented to cause lymphoma risk. Heavy residential use of Roundup[TM] in the home setting has been documented as a risk for development of lymphoma, though its causal role is much more strongly recognized in individuals who work in agricultural settings where extremely high-level exposures are common among the agricultural workers. [12,17] It is in this setting that the most compelling epidemiologic evidence has emerged for cancer risk related to exposure to this chemical. Agricultural work and certain associated chemical exposures have been documented to place workers at increased risk for NHL and other malignancies.[17,18,19]

Environmental/chemical exposures are typically associated with the development of malignancies due to two factors—dose of exposure and duration of exposure. Similar to many malignancies, lymphomas are now recognized to have a long premalignant phase before evolution to frank clinical lymphoma. Malignancies that follow this pattern result from many genetic mutations over time and prolonged or recurrent exposures to causative agents is a common feature.  Pesticides, including herbicides,

insecticides, fungicides, fumigants, and rodenticides have important public health benefits. However, they are designed to impact living systems so unintended health effects are to be expected. Although exposure levels are highest in people actively using these chemicals, others may be affected by various forms of spread. Persistent pesticides or their metabolites can be found at low levels in biological tissues of most individuals throughout the world.[20]

*Epidemiologic Studies Documenting Risk of NHL with Agricultural Occupation*
Beginning in the early 1990s, the Agricultural Health Study [AHS], a large prospective cohort study was initiated in North Carolina and Iowa with the goals of determining the cancer risks among men versus women, as well as whites versus minorities, who had direct exposure to pesticides and other agricultural agents. It also sought to identify noncancer-related illness associated with pesticide exposure and potential effects of secondary exposures on spouses and children of agricultural workers; it was an attempt to correlate exposures with disease risk based on biomarkers, genetic predictors of risks, and lifestyle factors. One goal of the study was to assess the impact of multiple exposures on disease risk.[21]

One very large, long-term, multi-institutional lymphoma study, from 2014, assessing the risk factors for NHL was the *International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes*.[22] This study pooled data from 20 case-control studies (17471 NHL cases, 23096 controls) from North America, Europe, and Australia. It is currently the largest and most comprehensive investigation of potential risk factors for a broad range of common and rare NHL subtypes. This study evaluated 11 specified NHL subtypes and assessed medical history, family history, lifestyle factors, and occupation for each of these 11 subtypes.[23] One clear finding among occupations associated with increased risk of follicular lymphoma and diffuse large B-cell lymphoma (DLBCL) as well as other lymphomas, was an increased risk for women in the occupation of field crop/vegetable farm worker (OR = 1.78).[24,25]

*Epidemiologic Studies Examining Risk of NHL with Glyphosate Exposure*
A study published in 2003 examined pooled data from three case-control studies on NHL in the midwestern United States.[26] The study, by *De Roos* and colleagues, was an analysis of 47 pesticides simultaneously, controlling for confounding by other pesticides as risk factors for NHL in a pooled analysis of 3417 male farm workers. They noted that the use of particular pesticides, including the insecticides coumaphos, diazinon, fonofos, chlordane, dieldrin, and copper acetoarsenite, as well as the herbicides atrazine, glyphosate, and sodium chlorate were associated with increased NHL risk, with a trend toward increasing risk with exposures to multiple pesticides. The odds ratio [OR] for glyphosate increasing the risk of developing NHL was 2.1 with a 95 percent confidence interval of 1.1 to 4.0 (OR 2.1; 95% CI: 1.1-4.0). This doubling of the risk was statistically significant. The significant risk remained after logistic regression was performed. A subsequent hierarchical regression analysis reduced the OR to 1.6 (95% CI: 0.9-2.8). (Note that most clinicians tend not to rely on hierarchical regression analysis because of the numerous assumptions made in that type of analysis, which assumptions change over time. For example, assumptions on glyphosate/glyphosate-based formulations did, in fact, change because International Agency of Research on Cancer (IARC) made an assessment and, therefore, presumably the hierarchical regression analysis would have changed.)

In a subsequent study published in 2005, *De Roos* and colleagues[12] specifically analyzed data from the AHS to evaluate the association between glyphosate exposure and cancer incidence. They evaluated both private and commercial pesticide applicators, over 75% of whom reported having used glyphosate, the overwhelming majority of those were men (97%). They evaluated whether participants personally mixed the glyphosate or applied premixed products directly. They also attempted to estimate quantitative exposure by recording days of use per year, years of use, and quantity of use per day. This study showed that glyphosate exposure was not associated with cancer incidence overall or with most of the cancer subtypes studied but did suggest association with multiple myeloma incidence, requiring follow-up assessment. The authors acknowledged that because of its widespread use, further assessment of the role of glyphosate and long-term health risks was warranted, including of the risks for less common cancers.[27]

In 2001, a multicenter population-based, case-controlled study by *McDuffie*, *et al.,[28]* enrolled men from all six provinces of Canada with varied occupational and nonoccupational exposures to pesticide. With 517 cases and 1506 controls, the risk of NHL was statistically significantly increased among individuals exposed to glyphosate more than two days per year (OR 2.12; 95% CI: 1.20-3.73). This doubling of the risk was statistically significant. Importantly, among individual pesticides, carbaryl, lindane, dichlorodiphenyltrichloroethane (DDT), and malathion insecticides, and captan fungicide user/nonuser were included in the initial multivariate model and found not to contribute significantly to the risk of NHL. The risk was adjusted for age and province of residence.

In 2002, *Hardell* and colleagues[29] reported a pooled analysis performed on two case-control studies from Sweden, one on NHL and another on hairy cell leukemia [HCL]. The analysis included 515 cases and 1141 controls and specifically queried multiple different pesticides. Among the herbicides, there was a significant association for NHL risk with glyphosate exposure (OR 3.04; 95% CI: 1.08-8.52). A subsequent population-based case-control study published in 2008 from the same group of researchers[30] assessed exposure to pesticides as a risk factor for NHL. This study included a total of 910 cases and 1016 controls enrolled from 12/1/1999, to 4/30/2002. Both arms had a greater than 90% participation rate in the survey. This study showed that exposure to glyphosate imparted a twofold risk of NHL (OR 2.02; 95% CI 1.10-3.71) and the association was strengthened with >10 years latency period (OR 2.26, 95% CI 1.16-4.40) meaning the association was stronger in those patients with exposure greater than 10 years in the past as opposed to only more recent exposure. This comports with the known delay in development of lymphomas due to the necessary development of multiple different mutations over time.

A systematic review and series of meta-analyses on the risk of NHL and occupational exposure to agricultural pesticides was published in 2014.[31] This article included an analysis of 21 pesticide chemical groups and 80 active ingredients. This analysis was confined largely to studies in high-income countries and was restricted to studies published since 1980. The meta-analysis included multiple publications from the Agricultural Health Study (AHS), six papers from pooled analyses of three case-control studies conducted by the National Cancer Institute [NCI], case-control studies from California and western Washington State, two reports from the Cross-Canada Study, four reports from the Swedish case-control studies, as well as New Zealand and Australian case control studies. Random effects meta-analyses

demonstrated a positive association of glyphosate with overall B-cell lymphoma risk with a meta risk ratio of 2.0.

A very recent (published in 2019) pooled analysis of pesticide use and risk of NHL in large agricultural cohorts from France, Norway, and the USA (from the AGRICOH consortium), assessed the relationship of any use of 14 pesticide chemical groups and 33 individual active chemical ingredients with NHL overall and major subtypes of NHL. DLBCL, a subtype of NHL, was found to be associated with glyphosate exposure (hazard ratio 1.36, 95% CI 1.00-1.85).[32]

In another very recent (2019) article, *Zhang* and colleagues[33] conducted a new meta-analysis including of the most recent update of the Agricultural Health Study (AHS) cohort published in 2018 as well as of five case-control studies. By using the highest exposure groups available within each study, they noted the overall meta-relative risk (meta-RR) for NHL in glyphosate-based herbicide (GBH)-exposed individuals was increased by 41% (meta-RR = 1.41). In a secondary meta-analysis, again using high-exposure groups with the earlier AHS (2005), they calculated a meta-RR for NHL in glyphosate-exposed individuals of 1.45 (95% CI: 1.11-1.91). They also reviewed animal studies of the relationship between malignant lymphoma and glyphosate and discussed potential associations between glyphosate and immunosuppression, endocrine disruption, and genetic alterations commonly associated with NHL or lymphomagenesis. The authors concluded that, based on their meta-analysis and the findings from experimental animal and mechanistic studies, there was "a compelling link between exposures to GBHs and increased risk for NHL."

*Pawha* and colleagues[34] published (2019) a detailed analysis of glyphosate use and the risks of NHL overall and for major histologic subtypes, from the North American Pooled Project (NAPP). They analyzed NHL cases and controls from the 1980s and 1990s from Canada and the Midwestern US and self-reported information on ever use, duration, frequency, and lifetime days of use of glyphosate related to overall NHL risk as well as risk by major histologic subtypes. Ever use of glyphosate had a significant increase in NHL risk (OR=1.43). Risks were elevated for most lymphoma NHL subtypes except for follicular lymphoma (OR=1.00). Handling glyphosate for more than two days per year was associated with significantly higher risks of NHL (OR=2.42) and DLBCL (OR=2.83). There were suggestive risk increases for NHL, follicular lymphoma, and small lymphocytic lymphoma with greater lifetime-days of glyphosate use. Overall, the risk differences by histologic subtype were not consistent across glyphosate use metrics and may have been chance findings.

*Cellular and Animal Studies*

There is substantial research from animal and human studies confirming genotoxic and other critical effects on cellular replication, including cell cycle regulation, that explain the risks of both glyphosate and glyphosate-containing herbicides in causing NHL. Many of the genotoxic studies utilized the comet assay, a single-cell gel electrophoresis assay that is technically simple, relatively fast, and cheap.[35] Using this assay, DNA damage can be investigated in virtually all mammalian cell types without requirement for cell culture.

There are numerous in vitro animal studies that confirm the genotoxic effect of both the Roundup[TM] formulation as well as glyphosate itself.[35,36,37,38,39,40] In addition, there is a growing number of research studies documenting the in vitro effect of Roundup[TM] and glyphosate on genotoxicity and cytotoxic effects in human cell lines.[41,42,43,44] Studies have also shown more diverse effects including altered gene transcription, dysregulation of cell cycle controls, and altered mitochondrial oxidative phosphorylation[45,46,47,48,49,50,51] all of which may influence the risks for cancer progression beyond the purely genotoxic and mutational effects of glyphosate or the Roundup[TM] formulation.

An assessment reported in 2009 by Bolognesi and colleagues[52] of possible direct biologic risks to agricultural workers exposed to glyphosate formulation was carried out in five regions of Colombia, where the exposures to glyphosate and other pesticides varied. They obtained data on the workers (predominantly women), including their current health status, history, lifestyle, past and current occupational exposure to pesticides, and factors that might be associated with increased frequency of binucleated cells with micronucleoli (BNMN). They obtained blood samples prior to spraying, at 5 days, and again 4 months after spraying, then cultured their lymphocytes and applied the cytokinesis-block micronucleus cytome assay to evaluate for chromosomal damage and cytotoxicity. They noted regional variations at baseline in test results and also that in the post-spray samples that those who reported direct contact with the eradication spray showed a higher quantitative frequency of BNMN compared to those without glyphosate exposure, although the increase in frequency of BNMN observed immediately following glyphosate spraying was not consistent with the rates of application used in the regions. The authors concluded that there was evidence indicating a genotoxic risk associated with exposure to glyphosate in the areas where the herbicide is applied.

*Wang* and colleagues[53] assessed the effect of glyphosate in a mouse-line Vk*MYC, an animal model for multiple myeloma and lymphoma, with sporadic MYC activation in germinal center B-cells. Glyphosate-exposed Vk*MYC mice developed progressive hematologic abnormalities and plasma cell neoplasms as well as multiple organ dysfunction. They developed benign monoclonal gammopathy with increased serum IGG and plasma cells in spleen and bone marrow as well as upregulated activation-induced cytidine deaminase (AID). These findings strongly support glyphosate as a risk factor for B-cell malignancies including NHL and support the epidemiologic findings of glyphosate-induced B-cell lymphomas.

*Position Statements from Agencies*
The International Agency of Research on Cancer (IARC) classified glyphosate as a probable human carcinogen (class 2A) in March 2015 after thorough, independent, and rigorous investigation by independent researchers and investigators in the field.[54]

IARC is a division of the World Health Organization (WHO) (https://www.iarc.fr/), established in 1965 as an independent body to assess potential human hazards that can cause cancer. For IARC to evaluate the potential carcinogenicity of a substance, it must have ubiquitous human exposure and there must be some preliminary data to suggest a potential harm and carcinogenicity. IARC reviews peer-reviewed published literature including epidemiologic studies, animal data, and genotoxicity studies. In addition,

IARC assesses plausible mechanisms of action for possible carcinogenicity of the studied compound. As of the last update on 11/9/2018, IARC had evaluated 1,013 substances since its inception. This shows the high selectivity of IARC in deciding which substances to evaluate. Of these, only 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens). In the above-referenced review of both the epidemiologic, animal, and mechanistic studies, 217 expert scientists evaluated the carcinogenic hazard for four insecticides and the herbicide glyphosate. The working group concluded that the data for glyphosate met the criteria for classification as a probable human carcinogen. The Working Group (WG) classified glyphosate as "probably carcinogenic to humans" (Group 2A).

In contrast, in 2016, the US Environmental Protection Agency (EPA), as part of its cancer classification and risk assessment recommendations, reevaluated the human potential carcinogenicity of glyphosate utilizing the "framework for incorporating human epidemiological and incident data in health risk assessment."[55] In December 2016, the EPA convened the FIFRA SAP to review this evaluation. Based on weight-of-evidence evaluation, the agency concluded that glyphosate is classified as "not likely to be carcinogenic in humans." In 2019, the EPA reconfirmed its opinion that glyphosate is not likely to be carcinogenic in humans.

The European Food Safety Authority (EFSA), the primary agency of the European Union that assesses risks regarding food safety reported in October 2015 its evaluation of the Renewal Assessment Report (RAR) for glyphosate prepared by the Rapporteur Member State, the German Federal Institute for Risk Assessment (BfR). This group concluded that glyphosate is unlikely to pose a carcinogenic hazard to humans and the evidence does not support classification with regard to its carcinogenic potential.[56] Other regulatory agencies have made the same conclusions as EPA and EFSA.

In a subsequent report,[57] the differences between the IARC and the EFSA assessments were reviewed with a conclusion that there were multiple serious flaws in the scientific evaluation in the EFSA/RAR assessment that incorrectly limited the potential carcinogenic hazard from glyphosate exposure. In evaluating the human studies, the EFSA/RAR classified all of the case–control studies as "not reliable," noting that data on glyphosate exposure, smoking status, and/or previous diseases had not been assessed. The critique's conclusion was that this was, in fact, not the case and the IARC WG carefully and thoroughly evaluated all available epidemiology data, considering the strengths and weaknesses of each study before its determination.

In addition, two meta-analyses cited in the IARC monograph were carefully performed, objective evaluations and demonstrated a consistent positive association between glyphosate and NHL. As noted above, meta-analyses not available at the time of this IARC investigation, from *Zhang*,[33] of the AHS and several case-control studies, confirmed the positive association between glyphosate exposure and NHL. Further, EFSA concluded, "No evidence of carcinogenicity was confirmed by the large majority of the experts (with the exception of one minority view) in either rats or mice due to a lack of statistical significance in pair-wise comparison tests, lack of consistency in multiple animal studies and slightly

increased incidences only at dose levels at or above the limit dose/maximum tolerated dose (MTD), lack of pre-neoplastic lesions and/or being within historical control range."

In fact, the IARC WG did find significant carcinogenic effects in laboratory animals for rare kidney tumors, hemangiosarcoma in two mouse studies, and benign tumors in two rat studies. EFSA also disagreed with the IARC WG finding that "there is strong evidence that glyphosate causes genotoxicity" by suggesting that unpublished evidence not seen by the IARC work group was overwhelmingly negative. Again, the IARC assessment concluded that there was strong evidence of genotoxicity and oxidative stress for glyphosate and that this research was accessed entirely from publicly available research which included findings of DNA damage in the peripheral blood of exposed humans. As IARC work group concluded in its report,

> **The most appropriate and scientifically based evaluation of the cancers reported in humans and laboratory animals as well as supportive mechanistic data is that glyphosate is a *probable human carcinogen*. (emphasis added) On the basis of this conclusion and in the absence of evidence to the contrary, it is reasonable to conclude that glyphosate formulations should also be considered likely human carcinogens.**

IARC performed a Bradford Hill analysis that strongly supports that glyphosate-based formulations such as Roundup™ cause a cancer known as non-Hodgkin lymphoma

## V.    <u>CONCLUSIONS/SUMMARY</u>

To reasonable medical certainty, based the foregoing analysis and

1) a careful review of the potential causes of NHL;
2) the extensive glyphosate medical literature, including epidemiologic and mechanistic studies cited above;
3) Mr. Seidl's medical history, lifestyle, and exposure history;
4) Mr. Seidl's extensive medical records;
5) my training, including my residency at Memorial Sloan Kettering Cancer Center and my medical oncology fellowship at New York Hospital–Cornell Medical Center;
6) my research and publications on the management of large B-cell lymphoma;
7) my experience teaching medical students, residents and fellows as part of the Yale Medical School Faculty;
8) my 3 years of clinical practice in the field of oncology, specifically treating lymphoma patients
9) my work as a board member of the Yale-based research group, Environment and Human Health (EHHI), Inc.;
10) my long experience educating patient groups on the origins of cancer and risk reduction and outcomes in cancer survivorship;
11) my review of the provided legal documentation, including deposition transcripts;

12) the essential exclusion of other potential risk factors including body habitus and age, that could be causative, i.e., the application of a critical differential diagnosis; and,

13) Mr. Seidl's 24 years long history of exposure to Roundup$^{TM}$/glyphosate,

Mr. Seidl's NHL (specifically, Stage IV follicular grade IIIB lymphoma) was caused by his Roundup$^{TM}$/glyphosate exposure detailed above.

Sincerely,

D. Barry Boyd, MD

Addendum

1. My c.v. is attached.

2. My publications for the last 10 years are listed in my c.v.

3. I have never kept a list of testimony as an expert so this list might be incomplete. However, to the best of my recollection, I have testified as an expert in the last four years as follows:

Kilgore v. Shantee LaDon Lucas, M.D., Asheville, NC, #14 CVS 191, trial 2019
Meeks v. Monsanto, [I do not have court information and docket number], deposition 2019
Wade v. Monsanto, Circuit Court of St. Louis, MO, #1722-CC00370, deposition, 2019
Perkins v. Monsanto, Northern District of California, #3:16-cv-06025, deposition 2019
Bognar v. Monsanto, Missouri Circuit Court St. Louis, #18SL-CC02199, deposition 2020
Marshall v. Monsanto, Missouri Circuit Court St. Louis, #18SL-CC02199, deposition 2020

*n.b.: docket numbers for Bognar and Marshall are the same on the documents I have but that would seem to be incorrect.*

4. My time for record review, consultation, research, and report writing is billed at $570 per hour. For testimony, my time is billed at $8600 per day.

[1] Moulgavkar,SH et al. Mutation and Cancer: a Model for Human Carcinogenesis. J Natl Cancer Inst 1981;66:1037-1052.

[2] Lim MS, et al. "Molecular Genetics in the Diagnosis and Biology of Lymphoid Neoplasms" Am J Clin Pathol. 2019 Aug 1;152(3):277-301.

[3] Gonzales-Rincon J, et al. "Unraveling transformation of follicular lymphoma to diffuse large B-cell lymphoma" PLoS One. 2019 Feb 25;14(2):e0212813.

[4] Fend F et al. Early Lesions in Lymphoid Neoplasia: Conclusions based on the Workshop of the XV Meeting of the European Association of Hematopathology and the Society of Hematopathology in Upssala, Sweden. J Hematop. 2012 Sep; 5(3).

[5] Chi hats D et al. New Insights into the Epidemiology of non-Hodgkin Lymphoma and Implications for Therapy. ExpertRev Anticancer Ther 2015 May; 15(5):531-544.

[6] Vogelstein, B et al. Cancer Genome Landscapes. Science 2013; 339;1546-1558.

[7] Wu, S et al. Substantial Contribution of Extrinsic Risk Factors to Cancer Development. Nature 2016; Jan 7;529(7584):43-47.

[8] Laura,G et al. Mechanisms of Oncogenic Cooperation in Cancer Initiation and Metastasis. Yale J Biol Med. 2006 Dec; 79(3-4); 95-103.

[9] Goodrich,D the Retinoblastoma Tumor Suppressor Gene. The Exception that Proves the Rule. Oncogene 2006 Aug 28;25(88):5233-5243.

[10] Greenman C et al. Patterns of Somatic Mutation in Human Cancer Genes Nature 2007; 446:153-158.

[11] American Cancer Society Website: https://.cancer.org/non-Hodgkin lymphoma/causes-risks-Prevention/risk-factors.html.  *** websites should have an "accessed" date ***

[12] De Roos AJ, et al. "Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study" Environ Health Perspect. 2005 Jan;113(1):49-54.

[13] Tramacere I et al. "Alcohol drinking and non-Hodgkin lymphoma risk: a systemic review and a meta-analysis" Ann Oncol 2012; 23(11):2791-2798.

[14] Abar L, et al. "Body size and obesity during adulthood, and risk of lympho-haematopoietic cancers: an update of the WCRF-AICR systematic review of published prospective studies." Ann Oncol. 2019 Apr 1;30(4):528-541.

[15] Larrson S.C. et al. Obesity and Risk of non-Hodgkin Lymphoma: a Metaanalysis. Int J Cancer 2007. April; 121(7):1564-1570.

[16] Tascilar T et al. The Use of Telmisartan and the Incidence of Cancer, Am J Hypertension 2016; 29(12):1358-1365.

[17] De Roos AJ, et al. "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men" Occup Environ Med. 2003 Sep;60(9):E11.

[18] Schinasi L, Leon ME. "NonHodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis" Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527.

[19] Leon ME, et al. "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium" Int J Epidemiol. 2019 Mar 18.

[20] Blair A, et al. "Pesticides and human health" Occup Environ Med. 2015 Feb;72(2):81-2.

[21] Alavanja MC, et al. "The Agricultural Health Study" Environ Health Perspect. 1996 Apr;104(4):362-9.

[22] Morton LM, et al. International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project Studies/ Publications. "Rationale and Design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project" J Natl Cancer Inst Monogr. 2014 Aug;2014(48):1-14.

[23] Morton LM, et al. "Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project" J Natl Cancer Inst Monogr. 2014 Aug;2014(48):130-44.

[24] Linet MS, et al. "Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project" J Natl Cancer Inst Monogr. 2014 Aug;2014(48):26-40.

[25] Cerhan JR, et al. "Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project" J Natl Cancer Inst Monogr. 2014 Aug;2014(48):15-25.

[26] De Roos AJ, et al. "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men" Occup Environ Med. 2003 Sep;60(9): E11.

[27] De Roos A et al. "Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study". Environ Health Perspect. 2005; 113(1): 49-54.

[28] McDuffie HH, et al. "Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health" Cancer Epidemiol Biomarkers Prev. 2001 Nov;10(11):1155-63.

[29] Hardell L, et al. "Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies" Leuk Lymphoma. 2002 May;43(5):1043-9.

[30] Eriksson M, et al. "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis" Int J Cancer. 2008 Oct 1;123(7):1657-63.

[31] Schinasi L, Leon ME. "NonHodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis" Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527.

[32] Leon ME, et al. "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium" Int J Epidemiol. 2019 Mar 18.

[33] Zhang L, et al. "Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence" J Mutat Res. 2019 Jul - Sep;781:186-206.

[34] Pawha M et al. Glyphosate Use and Associations with non-Hodgkin Lymphoma Major Histologic Subtypes: Findings from the North American Pooled Project (NAPP). Scand J Work Environ Health 2019;45(6): 600-609.

[35] Møller P. "Genotoxicity of environmental agents assessed by the alkaline comet assay" Basic Clin Pharmacol Toxicol. 2005;96 Suppl 1:1-42.

[36] Clements C, et al. "Genotoxicity of select herbicides in Rana catesbeiana tadpoles using the alkaline single-cell gel DNA electrophoresis (comet) assay" Environ Mol Mutagen. 1997;29(3):277-88.

[37] Cavas T, Konen S "Detection of cytogenetic and DNA damage in peripheral erythrocytes of goldfish (Carassius auratus) exposed to a glyphosate formulation using the micronucleus test and the comet assay" Mutagenesis. 2007 Jul;22(4):263-8.

[38] Cavalcante DG, et al. "Genotoxic effects of Roundup on the fish Prochilodus lineatus" Mutat Res. 2008 Aug-Sep;655(1-2):41-6.

[39] Poletta GL, et al. "Genotoxicity of the herbicide formulation Roundup (glyphosate) in broad-snouted caiman (Caiman latirostris) evidenced by the Comet assay and the Micronucleus test" Mutat Res. 2009 Jan 31;672(2):95-102.

[40] Moreno NC, et al. "Genotoxic effects of the herbicide Roundup Transorb and its active ingredient glyphosate on the fish Prochilodus lineatus" Environ Toxicol Pharmacol. 2014 Jan;37(1):448-54.

[41] Wozniak E, et al. "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessement" Food Chem Toxicol. 2018 Oct;120:510-522.

[42] Kwiatkowska M, et al. "DNA damage and methylation induced by glyphosate in human peripheral blood mononuclear cells (in vitro study)" Food Chem Toxicol. 2017 Jul;105:93-98.

[43] Townsend M, et al. "Evaluation of various glyphosate concentrations on DNA damage in human Raji cells and its impact on cytotoxicity" Regul Toxicol Pharmacol. 2017 Apr;85:79-85.

[44] De Almeida LKS, et al. "Moderate levels of glyphosate and its formulations vary in their cytotoxicity and genotoxicity in a whole blood model and in human cell lines with different estrogen receptor status" Biotech. 2018 Oct;8(10):438.

[45] Kašuba V, et al. "Effects of low doses of glyphosate on DNA damage, cell proliferation and oxidative stress in the HepG2 cell line" Environ Sci Pollut Res Int. 2017 Aug;24(23):19267-19281.

[46] Luo L, et al. "In vitro cytotoxicity assessment of roundup (glyphosate) in L-02 hepatocytes" J Environ Sci Health B. 2017 Jun 3;52(6):410-417.

[47] Marc J, et al. "A glyphosate-based pesticide impinges on transcription" Toxicol Appl Pharmacol. 2005 Feb 15;203(1):1-8.

[48] Marc J, et al. "Pesticide Roundup provokes cell division dysfunction at the level of CDK1/cyclin B activation" Chem Res Toxicol. 2002 Mar;15(3):326-31

[49] Marc J, et al. "Glyphosate-based pesticides affect cell cycle regulation" Biol Cell. 2004 Apr;96(3):245-9.

[50] Marc J, et al. "Formulated glyphosate activates the DNA-response checkpoint of the cell cycle leading to the prevention of G2/M transition" Toxicol Sci. 2004 Dec;82(2):436-42.

[51] Peixoto F. "Comparative effects of the Roundup and glyphosate on mitochondrial oxidative phosphorylation" Chemosphere. 2005 Dec;61(8):1115-22.

[52] Bolognesi C, et al. "Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Colombian Regions: Association to Occupational Exposure to Glyphosate" Journal of Toxicology and Environmental Health, Part A Volume 72, 2009-Issue 15-16: Production of Illicit Drugs, the Environment, and Human Health

[53] Wang, L., et al. Glyphosate Induces Benign Monoclonal Gammopathy and Promotes Multiple Myeloma Progression in Mice. J Hematol Oncol 2019; 12: 70.

[54] Guyton KZ, et al; International Agency for Research on Cancer Monograph Working Group, IARC, Lyon, France. "Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate" Lancet Oncol. 2015 May;16(5):490-1.

[55] US Environmental Protection Agency Memorandum, December 12, 2017 Glyphosate. Draft Human Health Risk Assessment in Support of Registration Review.

[56] EFSA. Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate EFSA J 2015 ;13:4302.

[57] Portier CJ, et al. "Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA)" J Epidemiol Community Health. 2015 Aug; 70(8): 741–745.

**D. Barry Boyd, M.D, M.S.**

# CURRICULUM VITAE

**Date of Revision:**          February 25, 2019

**Name:**               D. Barry Boyd, M.D, M.S.

**Proposed for Appointment to:**  Assistant Professor of Clinical Medicine (Medical Oncology)

**Term:**

**School:**     Yale University School of Medicine

**Education:**
B.S.          Cornell University 1971
M.S.          Institute of Human Nutrition, Columbia University 1975
M.D.          Cornell University Medical College 1979

**Career/Academic Appointments:**

1979-1980     Intern, Internal Medicine, New York Hospital, New York, N.Y.

1980-1982     Asst. Resident, Internal Medicine, New York Hospital, New York, N.Y.

1982-1983     Chief Resident, Internal Medicine, St. Barnabas Hospital, Cornell Affiliate

1983-1985     Fellow, Hematology-Oncology, New York Hospital-Cornell, Medical Center, NY, NY

1985-1986     Chief Fellow, Hematology-Oncology, New York Hospital-Cornell Medical Center, NY, NY

1985-1986     Clinical Instructor, Div. of Hematology-Oncology, New York Hospital- Cornell Medical Center, NY, NY.

1986-1992     Assistant Attending, Section of Hematology-Oncology, Dept. of Internal Medicine, Greenwich Hospital, Greenwich, CT.

1993-2000     Associate Attending, Section of Hematology-Oncology, Department of Internal Medicine, Greenwich Hospital, Greenwich, CT

2000- present   Attending, Section of Hematology-Oncology, Department of Internal Medicine, Greenwich Hospital, Greenwich, CT

2009- present   Assistant Clinical Professor of Medicine, Yale University School of Medicine, New Haven, CT.

1

**D. Barry Boyd, M.D, M.S.**

**Administrative Positions:**

1990-1992   Member, Executive Committee, Greenwich Hospital, Greenwich, CT

1987-2016   Member, Tumor Committee, Greenwich Hospital, Greenwich, CT

1997-2009   Member, Medical Education Advisory Committee, Greenwich Hospital, Greenwich, CT

1997-2007   Chairman and Founder, Integrative Medicine Program, Greenwich Hospital, Greenwich, CT

2009-2012   Director of Nutrition Curriculum, Yale University School of Medicine, NewHaven, CT

2009-2012   Director of Integrative Medicine Curriculum, Yale University School of Medicine, New Haven, CT

2010-2015   Director of Cancer Nutrition, Yale Health System, New Haven, CT

**Board Certification:**

Diplomate, National Board of Medical Examiners, 1980
Diplomate, American Board of Internal Medicine, 1982
American Board of Internal Medicine, Medical Oncology, 1987

**Professional Honors & Recognition:**

**International/National/Regional**

2008-2019:   Best Doctors, Medical Oncology: US
2008-2019:   Best Doctors, Medical Oncology: New York Metropolitan Area
2008-2019:   Best Doctors, Medical Oncology: Fairfield County
1979:         Alpha Omega Alpha, National Honor Society, Cornell University Medical College, New York, NY
1971:         Phi Beta Phi, National Honor Society, Cornell University, Ithaca, NY
1969:         Commencement Speaker, State University of New York, Delhi, NY
1969:         National Honor Society, State University of New York, Delhi, NY

**Invited Speaking Engagements, Presentations, Symposia & Workshops Not Affiliated With Yale:**

**International/National**

2018:   Joint Yale - Nepal Breast and Esophageal Cancer Conclave.  Adjuvant and Neoadjuvant Therapy for Breast Cancer. Nepal Mediciti Hospital, Kathmandu, Nepal
2015:   OncoVAX, Adjuvant immunotherapy approach for Early Stage Colon Cancer 8th International Symposium on Translational Research in Oncology, Dublin, Ireland
2015:   Cancer Diet Myths, Regional Oncology Symposium, Winchester Medical Center, Winchester, VA
2015:   Insulin and Cancer, Joint Grand Rounds, MSKCC/ Weill Cornell Medical Center, New York, NY
2015:   Insulin IGF and cancer, Healthy Medicine Academy, Phoenix, Arizona

**D. Barry Boyd, M.D, M.S.**

2015:   Cancer Diet Myths, American Society of Parenteral and Enteral Nutrition ASPEN Annual Meeting, Long Beach, CA
2014:   Nutrition and Cancer, Gilda's Club, White Plains, NY
2014:   Guest Lecturer, Insulin and Cancer, Understanding Role in Origins and Outcome of Cancer, Fellowship in Integrative Cancer Therapy, Dallas, TX
2013:   Insulin, IGF System and Cancer: A Biologic Basis for Integrative Cancer Care, Healthy Medicine Academy, Dallas, TX
2013:   Management of Pancreatic Carcinoma, Fellowship in Integrative Cancer Therapy, Las Vegas NV
2010:   Insulin and Cancer: Origins and Outcome of Cancer, Cancer Treatment Centers of America, Philadelphia, PA
2010:   Evolution of the Western Diet and the Origins of Modern Chronic Disease, Fellowship in Integrative Cancer Therapies, Phoenix, AZ
2009:   Nutrition in Cancer Care and Survival: A Practicing Oncologist's Evolving Perspective, New York Hospital, Weill-Cornell Medical Center, Cancer and Nutrition Program, New York, NY
2009:   Nutrition in Cancer Care and Survival: A Practicing Oncologist's Evolving Perspective. Fred Hutchinson Cancer Research Center, Cancer Control and Prevention Program, Seattle, WA
2008:   Immunity and Cancer: The Barriers to Effective Immunotherapy, Institute for Functional Medicine Annual Symposium, Palm Springs, CA
2008:   The Biology of Integrative Cancer Care. 32nd Annual Meadow Brook Lecture in Medicine and Surgery, Southeastern Michigan Medical Society. Meadow Brook Hall, Rochester, MI
2006:   Insulin and Cancer, Institute for Functional Medicine Annual Symposium, Vancouver, BC. Canada
2007:   Cancer Prevention and Survival. Positive Trends in Cancer Prevention and Better Outlook for Survival. 11th Annual Kate Kuhn Woodbury, MD Memorial Lecturer, St. Francis Hospital, Hartford, CT.

**Regional**
2019:   Immunotherapy – Harnessing Personalized Treatment for Cancer, Greenwich Hospital, Greenwich, Ct
2019:   Immunotherapy – Harnessing Personalized Treatment for Cancer, Gilda's Club, White Plains, N.Y.
2019:   Cancer and Nutrition, Greenwich Hospital, Greenwich, Ct
2016:   Cancer Diet Myths, Medical Grand Rounds, Waterbury Hospital, Waterbury, CT
2010:   Micronutrients and Cancer Prevention, Medical Grand Rounds, Stamford Hospital, Stamford, CT

**Professional Service**

**Journal Service:**
<u>Editorial Board Member</u>
2010-present  Editorial Board Member, Integrative Cancer Therapies, Chicago, IL

**Professional Service for Professional Organizations:**

2014-present   Medical Advisory Board Member, Gilda's Club, White Plains, NY
2004-present   Board Member, Environment & Human Health, Inc, North Haven, CT

**D. Barry Boyd, M.D, M.S.**

| | |
|---|---|
| 2011-2014 | Spokesperson, American Cancer Society, Weston, CT |
| 2008-2015 | Medical Advisory Board Member, Connecticut Challenge, Stamford, CT |
| 2006-2010 | Board Member, Audubon of Greenwich, Greenwich, CT |
| 1987-1994 | Board Member, American Red Cross, Greenwich, CT |

## Clinical Trials History:

### Current Clinical Trials

Agency:           NRG
ID#:              NRG-BR003
Title:            A Randomized Phase III Trial of Adjuvant Therapy Comparing
                  Doxorubicin Plus Cyclophosphamide Followed by Weekly Paclitaxel
                  with or without Carboplatin for Node-Positive or High-Risk Node-
                  Negative Triple-Negative Invasive Breast Cancer
Role on Project:  Co-Investigator for Greenwich Hospital
Project Period:   02/19/2019 - Present

Agency:           Amgen Inc.
ID#:              IRB# 2018017
Title:            Protocol 20170758: A Prospective Observational Study to Estimate
                  the Incidence of Febrile Neutropenia among Subjects with Non-
                  myeloid Malignancies at High Risk for Febrile Neutropenia and
                  receiving Neulasta® (pegfilgrastim) Onpro® kit or Other Physician
                  Choice Options for Prophylaxis of Febrile Neutropenia
Role on Project:  Co-Investigator for Greenwich Hospital
Project Period:   10/18/2018 - Present

Agency:           Yale School of Medicine/Yale COPPER Center
ID#:              IRB# 2018013
Title:            HIC2000021650: Optimizing Patient Engagement in Reporting
                  Outcomes Among Women with Metastatic Breast Cancer Using
                  MyPROfile
Role on Project:  Co-Investigator for Greenwich Hospital
Project Period:   10/16/2018 - Present

Agency:           ECOG-ACRIN
ID#:              IRB# 2017010
Title:            EA1131: A Randomized Phase III Post-Operative Trial of Platinum
                  Based Chemotherapy Vs. Capecitabine in Patients with Residual
                  Triple-Negative Basal-Like Breast Cancer following Neoadjuvant
                  Chemotherapy
Role on Project:  Co-Investigator for Greenwich Hospital
Project Period:   04/20/2017 - Present

Agency:           SWOG
ID#:              IRB# 2017007
Title:            S1418/BR006: A Randomized Phase III Trial to Evaluate the Efficacy
                  and Safety of MK-3475 (Pembrolizumab) as Adjuvant Therapy for
                  Triple Receptor-Negative Breast Cancer with $\geq$ 1 cm Residual

**D. Barry Boyd, M.D, M.S.**

|  |  |
|---|---|
|  | Invasive Cancer or Positive Lymph Nodes (ypN+) After Neoadjuvant Chemotherapy |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/20/2017 - Present |

|  |  |
|---|---|
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2017006 |
| Title: | S1416: Phase II Randomized Placebo-Controlled Trial of Cisplatin with or without ABT-888 (Veliparib) in Metastatic Triple-Negative Breast Cancer and/or BRCA Mutation-Associated Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/20/2017 - Present |

|  |  |
|---|---|
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2017005 |
| Title: | S1605: Phase II Trial of Atezolizumab in BCG-Unresponsive Non-Muscle Invasive Bladder Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/20/2017 - Present |

|  |  |
|---|---|
| Agency: | <u>Alliance</u> |
| ID#: | IRB# 2016019 |
| Title: | A011202: A Randomized Phase III Trial Comparing Axillary Lymph Node Dissection to Axillary Radiation in Breast Cancer Patients (cT1-3 N1) Who Have Positive Sentinel Lymph Node Disease After Neoadjuvant Chemotherapy |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 12/15/2016 - Present |

|  |  |
|---|---|
| Agency: | <u>Alliance</u> |
| ID#: | IRB# 2016018 |
| Title: | A011502: A Randomized Phase III Double Blinded Placebo-Controlled Trial of Aspirin as Adjuvant Therapy for Node-Positive, HER2 Negative Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 11/17/2016 - Present |

|  |  |
|---|---|
| Agency: | <u>Alliance</u> |
| ID#: | IRB# 2016013 |
| Title: | A011401: Randomized Phase III trial Evaluating the Role of Weight Loss in Adjuvant Treatment of Overweight and Obese Women with Early Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 08/29/2016 - Present |

|  |  |
|---|---|
| Agency: | <u>ECOG-ACRIN</u> |
| ID#: | IRB# 2016007 |
| Title: | EA5142: Adjuvant Nivolumab in Resected Lung Cancers (ANVIL) – A Randomized Phase III Study of Nivolumab after Surgical Resection |

**D. Barry Boyd, M.D, M.S.**

and Adjuvant Chemotherapy in Non-Small Cell Lung Cancers

| | |
|---|---|
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 06/16/2016 - Present |

| | |
|---|---|
| Agency: | <u>Alliance</u> |
| ID#: | IRB# 2014011 |
| Title: | A081105: Randomized Double Blind Placebo Controlled Study of Erlotinib or Placebo in Patients with Completely Resected Epidermal Growth Factor Receptor (EGFR) mutant Non-Small Cell Lung Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/18/2014 - Present |

| | |
|---|---|
| Agency: | <u>ECOG</u> |
| ID#: | IRB# 2014010 |
| Title: | E4512: A Phase III Double-Blind Trial for Surgically Resected Early Stage Non-Small Cell Lung Cancer: Crizotinib versus Placebo for Patients with Tumors Harboring the Anaplastic Lymphoma Kinase (ALK) Fusion Protein |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/18/2014 - Present |

| | |
|---|---|
| Agency: | <u>Alliance</u> |
| ID#: | IRB# 2014009 |
| Title: | A151206: Adjuvant Lung Cancer Enrichment Marker Identification and Sequencing Trial (ALCHEMIST) |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/18/2014 - Present |

| | |
|---|---|
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2014006 |
| Title: | S1207: Phase III Randomized, Placebo-Controlled Clinical Trial Evaluating the Use of Adjuvant Endocrine Therapy +/- One Year of Everolimus in Patients with High-Risk Hormone Receptor-Positive and HER2/neu Negative Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 07/17/2014 - Present |

| | |
|---|---|
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2014002 |
| Title: | S0820: A Phase III Double Blind Placebo-Controlled Trial of Eflornithine and Sulindac to Prevent Recurrence of of High Risk Adenomas and Second Primary Colorectal Cancers in Patients with Stage 0-III Colon Cancer (PACES) |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 07/17/2014 - Present |

**Past Clinical Trials**

| | |
|---|---|
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2015010 |

6

Title:              S1314: A Randomized Phase II Study of Co-Expression Extrapolation
                    (COXEN) With Neoadjuvant Chemotherapy for Localized, Muscle-
                    Invasive Bladder Cancer
Role on Project:    Co-Investigator for Greenwich Hospital
Project Period:     06/18/2015 - 12/01/2017

Agency:             ECOG
ID#:                IRB# 2015008
Title:              E4112: Prospective Study of MRI and Multiparameter Gene
                    Expression Assay in Ductal Carcinoma in Situ (DCIS)
Role on Project:    Co-Investigator for Greenwich Hospital
Project Period:     05/21/2015 – 04/20/2016

Agency:             SWOG
ID#:                IRB# 2015007
Title:              S1202: A Randomized Placebo-Controlled Phase III Study of
                    Duloxetine for Treatment of Aromatase Inhibitor-Associated
                    Musculoskeletal Symptoms in Women with Early
Role on Project:    Co-Investigator for Greenwich Hospital
Project Period:     05/21/2015 - 10/01/2015

Agency:             Alliance
ID#:                IRB# 2015006
Title:              A031201: A Phase III Trial of Enzalutamide Versus Enzalutamide,
                    Abiraterone and Prednisone for Castration Resistant Metastatic
                    Prostate Cancer
Role on Project:    Co-Investigator for Greenwich Hospital
Project Period:     04/16/2015 - 08/31/2016

Agency:             National Cancer Institute
ID#:                IRB# 2015001
Title:              NCI-9671: Exceptional Responders Pilot Study: Molecular Profiling
                    of Tumors from Cancer Patients Who are Exceptional Responders
Role on Project:    Co-Investigator for Greenwich Hospital
Project Period:     03/11/2015 - 07/10/2017

Agency:             SWOG
ID#:                IRB# 2014013
Title:              S1406: Randomized Phase II Study of Irinotecan and Cetuximab with
                    or without Vemurafenib in BRAF Mutant Metastatic Colorectal
                    Cancer
Role on Project:    Co-Investigator for Greenwich Hospital
Project Period:     12/18/2014 – 04/01/2016

Agency:             Alliance
ID#:                IRB# 2014004
Title:              N1174: Phase I/Comparative Randomized Phase II Trial of TRC105
                    plus Bevacizumab versus Bevacizumab in Bevacizumab-Naïve
                    Patients with Recurrent Glioblastoma Multiforme

D. Barry Boyd, M.D, M.S.

| | |
|---|---|
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 06/19/2014 – 03/02/2016 |

| | |
|---|---|
| Agency: | <u>Agendia Inc.</u> |
| ID#: | IRB# 2013018 |
| Title: | NBRST: Prospective Neo-adjuvant Registry Trial Linking MammaPrint, Subtyping and Treatment Response: Neoadjuvant Breast Registry Symphony Trial |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/17/2013 – 12/31/2014 |

| | |
|---|---|
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2013015 |
| Title: | S1216: A Phase III Randomized Trial Comparing Androgen Deprivation Therapy +TAK-700 with Androgen Deprivation Therapy + Bicalutamide in Patients with Newly Diagnosed Metastatic Hormone Sensitive Prostate Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 08/15/2013 – 06/20/2017 |

| | |
|---|---|
| Agency: | <u>ECOG</u> |
| ID#: | IRB# 2013014 |
| Title: | E1Z11: A Cohort Study to Evaluate Genetic Predictors of Aromatase Inhibitor Musculoskeletal Symptoms (AIMSS) |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 07/18/2013 – 10/22/2018 |

| | |
|---|---|
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2013013 |
| Title: | S0812: A Phase IIB Randomized Double-Blind Placebo-Controlled Biomarker Modulation Study of High Dose Vitamin D in Premenopausal Women at High-Risk For Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 07/18/2013 – 04/26/2017 |

| | |
|---|---|
| Agency: | <u>Cancer and Leukemia Group B</u> |
| ID#: | IRB# 2013009 |
| Title: | C90601: A Randomized Phase III Study Comparing Gemcitibine, Cisplatin and Bevacizumab to Gemcitibine, Cisplatin and Placebo in Patients with Advanced Transitional Cell Carcinoma |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 05/16/2013 – 01/30/2015 |

| | |
|---|---|
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2013001 |
| Title: | S1014: A Phase II Trial of Abiraterone Acetate Treatment for Prostate Cancer Patients with a PSA of More than Four following Initial Androgen Deprivation Therapy |
| Role on Project: | Co-Investigator for Greenwich Hospital |

D. Barry Boyd, M.D, M.S.

Project Period:          03/21/2013 – 08/01/2013

Agency:               Millennium Pharmaceuticals Inc.
ID#:                  IRB# 2012013
Title:                C05013: An Open-Label, Randomized, Phase 2 Study to Assess the
                      Effectiveness of RCHOP With or Without Velcade in Previously
                      Untreated Patients with Non-Germinal Center B-Cell-like Diffuse
                      Large B-Cell Lymphoma
Role on Project:      Co-Investigator for Greenwich Hospital
Project Period:       07/19/2012 – 10/13/2015

Agency:               NSABP
ID#:                  IRB# 2012010
Title:                NSABP P-5: Statin Polyp Prevention Trial in Patients with Resected
                      Colon Cancer
Role on Project:      Co-Investigator for Greenwich Hospital
Project Period:       06/21/2012 – 09/10/2013

Agency:               Yale School of Medicine/Yale Cancer Center
ID#:                  IRB# 2012009
Title:                HIC1112009465: Clinical and Biological Predictors of Chemotherapy
                      Toxicity in Older Adults Trial
Role on Project:      Co-Investigator for Greenwich Hospital
Project Period:       06/21/2012 – 08/11/2016

Agency:               SWOG
ID#:                  IRB# 2012007
Title:                S1007: A Phase III Randomized Clinical Trial of Standard Adjuvant
                      Endocrine Therapy +/- Chemotherapy in Patients with 1-3 Positive
                      Nodes, Hormone Receptor-Positive and HER2-Negative Breast
                      Cancer with Recurrence Score (RS) of 25 or Less
Role on Project:      Co-Investigator for Greenwich Hospital
Project Period:       04/19/2012 – 10/15/2015

Agency:               Cancer and Leukemia Group B
ID#:                  IRB# 2012006
Title:                C80702: A Phase III Trial of 6 versus 12 Treatments of Adjuvant
                      FOLFOX Plus Celecoxib or Placebo for Patients with Resected Stage
                      III Colon Cancer
Role on Project:      Co-Investigator for Greenwich Hospital
Project Period:       04/19/2012 – 11/08/2015

Agency:               Amgen Inc.
ID#:                  IRB# 2011021
Title:                20090344: A Study to Investigate the Relationship Between Physician
                      Assessed Febrile Neutropenia (FN) Risk Probability Score and
                      Prediction Tool FN Risk Probability Score for Patients with Non-
                      Myeloid Malignancies
Role on Project:      Co-Investigator for Greenwich Hospital

9

D. Barry Boyd, M.D, M.S.

| | |
|---|---|
| Project Period: | 02/29/2012 – 04/11/2013 |

| | |
|---|---|
| Agency: | <u>RTOG</u> |
| ID#: | IRB# 2011019 |
| Title: | RTOG 0831: A Randomized, Double-Blinded, Placebo-Controlled Phase III Trial to Evaluate the Effectiveness of a Phosphodiesterase 5 Inhibitor, Tadalafil, in Prevention of Erectile Dysfunction in Patients Treated with Radiotherapy for Prostate Cancer – Prevention of Erectile Dysfunction Trial (PEDS) |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/31/2001 – 02/16/2012 |

| | |
|---|---|
| Agency: | <u>Cancer and Leukemia Group B</u> |
| ID#: | IRB# 2011011 |
| Title: | C70806: Vitamin D Breast Cancer Biomarkers |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/21/2011 – 12/31/2013 |

| | |
|---|---|
| Agency: | <u>NCCTG</u> |
| ID#: | IRB# 2011006 |
| Title: | N08CA: A Phase III Randomized Double-Blind Placebo Controlled Study: The Use of Glutathione (GSH) for Prevention of Paclitaxel/Carboplatin Induced Peripheral Neuropathy |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 02/17/2011 – 12/09/2011 |

| | |
|---|---|
| Agency: | <u>Cancer and Leukemia Group B</u> |
| ID#: | IRB# 2010013 |
| Title: | C369901: Observational Cohort Study: Chemotherapy Decisions and Outcomes in Women age 65 or Older with Operable, Newly Diagnosed Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/21/2010 – 04/28/2017 |

| | |
|---|---|
| Agency: | <u>Cancer and Leukemia Group B</u> |
| ID#: | IRB# 2010012 |
| Title: | C40603: A Randomized Phase II 2x2 Factorial Trial of the Addition of Carboplatin +/- Bevacizumab to Neoadjuvant Weekly Paclitaxel followed by Dose-Dense AC in Hormone Receptor-Poor/Her2-Negative (Triple Negative) Resectable Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/16/2010 – 03/05/2012 |

| | |
|---|---|
| Agency: | <u>NCIC CTG</u> |
| ID#: | IRB# 2010011 |
| Title: | MA.32: Randomized Trial of Metformin versus Placebo on Recurrence and Survival in Early Stage Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/16/2010 – 01/22/2013 |

D. Barry Boyd, M.D, M.S.

| | |
|---|---|
| Agency: | ECOG |
| ID#: | IRB# 2010007 |
| Title: | E1505: A Phase III Randomized Trial of Adjuvant Chemotherapy with or without Bevacizumab for Patients with Completely Resected Stage IB-IIIA Non-Small Cell Lung Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 06/17/2010 – 09/20/2013 |
| Agency: | Amgen Inc. |
| ID#: | IRB# 2010003 |
| Title: | 20080259: A Phase III, Randomized, Double-blind, Placebo-controlled Study of Pegfilgrastim Administered to Subjects with Newly-diagnosed, Locally-advanced or Metastatic Colorectal Cancer Treated with Bevacizumab and Either FOLFOX or FOLFIRI |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 03/18/2010 – 01/05/2011 |
| | |
| Agency: | RTOG |
| ID#: | IRB# 2009010 |
| Title: | R0436: A Phase III Trial Evaluating the Addition of Cetuximab to Paclitaxel, Cisplatin, & Radiation for Patients with Esophageal Cancer Who are Treated without Surgery |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 08/20/2009 – 11/04/2011 |
| | |
| Agency: | IBCSG |
| ID#: | IRB# 2009002 |
| Title: | IBCSG 24-02: A Phase III Trial Evaluating the Role of Ovarian Function Suppression and the Role of Exemestane as Adjuvant Therapies for Premenopausal Women with Endocrine Responsive Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 05/21/2009 – 04/30/2010 |
| | |
| Agency: | ECOG-ACRIN |
| ID#: | IRB# 2009001 |
| Title: | PACCT-1: Program for the Assessment of Clinical Cancer Tests (PACCT-1): Trial Assigning Individualized Options for Treatment: The TAILORx Trial |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/15/2009 – 10/06/2010 |
| | |
| Agency: | Cancer and Leukemia Group B |
| ID#: | IRB# 2008007 |
| Title: | C170601: A Phase III Double Blind Trial of Oral Duloxetine for Treatment of Pain Associated with Chemotherapy-Induced Peripheral Neuropathy (CIPN) |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/27/2008 - 03/02/2011 |

D. Barry Boyd, M.D, M.S.

| | |
|---|---|
| Agency: | GlaxoSmithKline PLC |
| ID#: | IRB# 2008002 |
| Title: | GSK EGF108919: A Randomized, Open-Label, Phase III Study of Taxane Based Chemotherapy with Lapatinib or Trastuzumab as First-Line Therapy for Women with HER2/neu Positive Metastatic Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/27/2008 – 10/19/2011 |
| | |
| ID#: | ImClone Systems Inc. |
| Title: | CP02-0452 |
| | Randomized Phase III Study of Docetaxel or Pemetrexed with or without Cetuximab in Patients with Recurrent or Progressive Non-Small Cell Lung Cancer after Platinum-Based Therapy |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/12/2007 – 12/15/2011 |
| | |
| ID#: | Cancer and Leukemia Group B |
| Title: | Protocol 30407 |
| | A Randomized Phase II Study of Radiation Therapy, Pemetrexed and Carboplatin with or without Cetuximab in Stage III Non-Small Cell Lung Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 01/30/2007 – 04/29/2009 |
| | |
| Agency: | SWOG |
| ID#: | IRB# 2008001 |
| Title: | S0307: A Phase III Trial of Bisphosphonates as Adjuvant Therapy for Primary Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 01/11/2007 - 02/01/2010 |
| | |
| Agency: | Cancer and Leukemia Group B |
| ID#: | IRB# 2007001 |
| Title: | C80405: A Phase III Trial of Irinotecan/5-FU/Leucovorin or Oxaliplatin/5-FU/Leucovorin with Bevacizumab, or Cetuximab (C225), for Patients with Untreated Metastatic Adenocarcinoma of the Colon or Rectum |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/17/2007 – 02/15/2012 |
| | |
| Agency: | Pfizer |
| ID#: | Protocol A6181065 |
| Title: | A Randomized Phase II Study of the Efficacy and Safety of Sunitinib Malate Schedule 4/2 vs Sunitinib Malate Continuous Dosing as First-Line Therapy for Metastatic Renal Cell Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 00/00/2007 – 06/19/2008 |

| | |
|---|---|
| Agency: | <u>NSABP</u> |
| ID#: | IRB# 2006002 |
| Title: | NSABP R-04: A Clinical Trial Comparing Preoperative Radiation Therapy and Capecitabine with or without Oxaliplatin with Preoperative Radiation Therapy and Continuous Intravenous Infusion of 5-Fluorouracil with or without Oxaliplatin in the Treatment of Patients with Operable Carcinoma of the Rectum |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 00/00/2006 - 04/24/2013 |

| | |
|---|---|
| Agency: | <u>ECOG</u> |
| ID#: | Protocol E2104 |
| Title: | A Phase II Feasibility Trial Incorporating Bevacizumab into Dose Dense Doxorubicin and Cyclophosphamide followed by Paclitaxel in Patients with Lymph Node Positive Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/14/2006 – 01/04/2007 |

| | |
|---|---|
| Agency: | <u>Bayer Pharmaceutical Corporation</u> |
| ID#: | Protocol# 11868 |
| Title: | Open Label, Non-Comparative Treatment Protocol for the use of Sorafenib in Patients with Advanced Renal Cell Carcinoma |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 08/29/2005 – 11/05/2007 |

| | |
|---|---|
| Agency: | <u>AOI Pharmaceuticals Inc.</u> |
| ID#: | Protocol 207 |
| Title: | A Phase IIA Trial of Two Schedules of Perifosine |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 05/16/2005 – 11/29/2007 |

| | |
|---|---|
| Agency: | <u>Bristol Myers Squibb</u> |
| ID#: | Protocol CA225-006 |
| Title: | A Phase III Randomized, Open-Label, Multicenter Study of Irinotecan and Cetuximab vs. Irinotecan as Second-Line Treatment in Patients with Metastatic, EGFR-Positive Colorectal Carcinoma |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 01/01/2005 – 09/07/2005 |

| | |
|---|---|
| Agency: | <u>NCIC CTG</u> |
| ID#: | MA.21 |
| Title: | A Phase III Adjuvant Trial of Sequenced EC + Filgrastim + Epoetin Alfa Followed by Paclitaxel vs Sequenced AC Followed by Paclitaxel vs CEF as Therapy for Premenopausal Women and Early Postmenopausal Women who Have had Potentially Curative Surgery for Node Positive or High Risk Node Negative Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 01/01/2005 - 08/11/2009 |

D. Barry Boyd, M.D, M.S.

| | |
|---|---|
| Agency: | Intarcia Therapeutics Inc. |
| ID#: | Protocol Biomed 777-CLP-30 |
| Title: | A Phase III Study of Atamestane plus Toremifene versus Letrozole in Advanced Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 11/17/2004 – 04/12/2006 |

| | |
|---|---|
| Agency: | AstraZeneca Pharmaceuticals |
| ID#: | Protocol 1839IL/0050 |
| Title: | An Expanded Access Clinical Program with ZD 1839 (Iressa) for Patients with Advanced Non-small Cell Lung Cancer (NSCLC)" |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 00/00/2001 – 08/19/2003 |

| | |
|---|---|
| Agency: | Lorus Therapeutics Inc. |
| ID#: | Protocol # LOR/VIR/P03/002 |
| Title: | A Phase III Double-Blind, Multicenter, Randomized Study in Chemonaive Patients with Locally Advanced or Metastatic Pancreatic Cancer to Compare a Combination Therapy of Virulizin plus Gemcitabine vs. Placebo plus Gemcitabine; Optional Second-Line Rx may include Continuation of Virulizin or Placebo, Alone or in Combination with 5-Fluorouracil |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | Ended 03/13/2006 |

**Bibliography:**

**Peer-Reviewed Original Research**

1. Coleman M, **Boyd DB**, Bernhardt B, et al: COPBLAM III: Combination Chemotherapy for Diffuse Large Cell Lymphoma (LCL) With Cyclophosphamide (C), Vincristine (V), Prednisone (P), Infusion Bleomycin (B), Doxorubicin (A), and Matulane (M). Proc Am Soc Clin Oncol: 218, 1984 (Abstr)

2. Hajjar DP, **Boyd DB**, Harpel PC, Nachman RL. Histidine-rich glycoprotein inhibits the anti-proliferative effect of heparin on smooth muscle cells. J Exp Med 1987; 165:908-913.

3. **Boyd DB**, Coleman M, Papish SW, Topilow A, Kopel SK, Bernhardt B, Files J, Schwartz S, Gaynor M, Mcdermott D, Reisman AM, Coleman BL. COPBLAM III: Infusional combination chemotherapy for diffuse large cell lymphoma. J. Clin.Onc 1988; 6:425-433.

**Chapters, Books, and Reviews**

1. Brasel JA, **Boyd DB**. Influence of thyroid hormone on fetal brain growth and development. In: Fisher DA and Burrow FN, eds. Thyroid Physiology and Disease. New York, N.Y.: Raven Press; 1975:59-71.

D. Barry Boyd, M.D, M.S.

2. Coleman M, **Boyd DB**, Beshevkin M, et al: COPBLAM: Treatment of Large Cell Lymphoma: A Status Report, in Skarin AT (ed): Update on Treatment for Diffuse Large Cell Lymphoma. New York, Park Row, 1985, pp 63-69.

3. Coleman M, **Boyd DB**, Bernhardt B, et al: COPBLAM: Infusion chemotherapy for large cell lymphoma, in Rosenthal CJ, Rotman M (eds): Clinical Applications of Continuous Infusion Chemotherapy and Concomitant Radiation Therapy. New York, Plenum, 1986, pp 79-86.

4. **Boyd DB**. Immunity and Cancer. Integrative Cancer Therapies. 2002; 1(2): 172-180.

5. **Boyd DB**. Integrative Tumor Board: Recurrent Breast Cancer or New Primary. Integrative Cancer Therapies. 2003; 2(3): 268-305.

6. **Boyd DB**. Insulin and Cancer. Integrative Cancer Therapies. 2003; 2(4):315-329

7. Wargo J, Alderman N, Wargo L, Addiss SS, **Boyd DB**, et al.  Risks from Lawn Care Pesticides. Environment and Human Health, North Haven, Ct 2003, p 96.

8. Henderson CC, Alderman N, Addiss S, **Boyd DB** et al. The State of Nutrition and Physical Activity in Our Schools. Environment and Human Health, North Haven, CT. 2004 p.117.

9. **Boyd DB**, Cullen M, Alderman N, Addiss, et al. Breast Cancer: What Science Knows, What Women think. Environment and Human Health, North Haven, Ct. 2006 p.95

10. **Boyd DB**. Cancer and Insulin: Targeting the Insulin-IGF System for Risk Reduction and Survival. In: Kohlstadt, I Ed.  Food and Nutrients in Disease Management, CRC Press, Boca Raton, Fl.2012; 724-51.

11. **Boyd DB**, The Cancer Recovery Plan, Penguin Press, New York, N.Y. 2005, p 245

**Case Reports, Technical Notes, Letters**
1. Paddock CD, Brenner O, **Boyd DB**, Berg JM, Joseph RJ, Zaki SR, Childs JE. Short report: Concurrent Rocky Mountain spotted fever in a dog and its owner. Am J Trop Med Hyg. 2002 Feb; 66(2): 197-199.