**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:     202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>*Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>Hearing date: TBD<br>Time: 2:00 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** beginning on TBD, in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, or as ordered by the Court, Defendant Monsanto Company ("Monsanto") will present its Motion to Exclude Testimony of Plaintiffs' Experts Under Rule 702 and for Summary Judgment on Causation Grounds. Monsanto seeks an order excluding opinion of these witnesses under Federal Rule of Evidence 702.

Dated: October 5, 2021

Respectfully submitted,
**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ Jed P. White
Jed P. White
Attorneys for Defendant Monsanto Company

Monsanto hereby moves to exclude Plaintiffs' general causation experts on Rule 702 grounds and for summary judgment for failure to establish causation in the above-captioned cases. Consistent with the Court's instructions not to re-litigate issues previously ruled upon by the Court, but in order to fully preserve the appellate record, Monsanto hereby incorporates the following pleadings that were filed on the MDL docket:

- Monsanto Company's *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #545)
- Defendant Monsanto Company's Notice of Motion and Motion to Exclude the Testimony of Dr. Christopher Portier Under Rule 702 and Request to Take Discovery Deposition (ECF # 12837)
- Monsanto Company's Reply in Support of its *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #681)
- Monsanto Company's Supplemental Memorandum of Points and Authorities Regarding Andreotti et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, Journal of the National Cancer Institute (2018) in Support of its *Daubert* and Summary Judgment Motion (ECF #1137)
- Monsanto Company's Notice of Supplemental Authority in Support of its *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #1158)
- Monsanto Company's Supplemental Daubert Memorandum Regarding Dr. Dennis Weisenburger's Testimony Regarding Epidemiology Evidence (ECF #1539)
- Monsanto Company's Motion to Exclude Testimony of Chadi Nabhan, Andrei Shustov, and Dennis Weisenburger on *Daubert* Grounds (ECF #2420)
- Monsanto's Reply in Support of Monsanto's Motion to Exclude Testimony of Chadi Nabhan, Andrei Shustov, and Dennis Weisenburger on Daubert Grounds (ECF #2525)

Monsanto also incorporates the most recent science on glyphosate. Among other more

recent science, Monsanto incorporates and attaches here three articles that have been published since the above-referenced pleadings were submitted to the Court.  *See* White Decl., Ex. 1, Leon et al., *Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway, and the USA: a pooled analysis from the AGRICOH consortium*, Int'l J. Epidemiology (2019); White Decl., Ex. 2, Pahwa et al., *Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project*, Scandinavian J. Work Envtl. Health (2019); White Decl., Ex. 3, Kabat et al., *On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans*, Cancer Causes & Control (2020).  Monsanto also notes that on January 22, 2020, the United States Environmental Protection Agency ("EPA") issued an Interim Registration Review Decision concluding that the Agency "thoroughly assessed risks to humans from exposure to glyphosate from all registered uses and all routes of exposure and did not identify any risks of concern."  White Decl., Ex. 4, EPA Interim Registration Review Decision at 9 (Jan. 22, 2020) (which is final as to human health risk assessment).

By incorporating by reference its prior filings, Monsanto is in no way waiving any of the arguments raised therein.

Dated:  October 5, 2021

Respectfully submitted,
**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Jed P. White*
Jed P. White
Attorneys for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Jed P. White
Jed P. White