Fletcher V. Trammell
TRAMMELL, P.C.
Texas State Bar No. 24042053
Federal Bar No. 37307
3262 Westheimer, Suite 423
Houston, Texas 77098
Telephone: (800) 405-1740
Facsimile:(800)532-0992
fletch@trammellpc.com

*Attorney for Plaintiffs,*
FREDERICK, JOHN, ET AL

John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Frederick, John, et al.*,<br>Cause No.  3:21-cv-03418<br>(N.D. Cal) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Pretrial Order No. 155, Plaintiffs and Defendant Monsanto Company hereby stipulate to the voluntary dismissal WITHOUT prejudice of the following plaintiffs—all plaintiffs other than the lead plaintiff—from Case No. 3:21-cv-03418:

- All, Sandra
- Anderson, George
- Aponte, Modesto
- Arthur, Lillian
- Ashwood, Jack
- Barnes, Leona
- Biersteker, Jon
- Branham, Laura
- Brooks, James
- Brown, Gerald
- Brown, Wesley
- Burbage, Melody
- Burton, Jason
- Button, Rush
- Clark, Kay
- Cline, William
- Conrad, Carol
- Crady, Cynthia
- Crewz, Randall
- D'Ambrosio, Marriot
- Davis, Marylin
- Davis, Raquel
- Draper, Sandra
- Estes, Jill

- Flatt, Jim
- Ford, Nancy
- Frerman, Terry
- Garrity, James
- Gilbert, Andrew
- Gomez, Paula
- Gonterman, Joella
- Green, Sally
- Hogue, Mark
- Hohl, Sherry
- Hoover, Joseph
- Hull, Jimmy
- Hunt, Mary
- Hunter, Marjorie
- Inman, Dorothy
- Jacobs, Jody
- James, Kenneth
- Jernigan, Constance
- Johnson, Gregory
- Jones, Ruth
- King, Anthony
- Lahaye Jr., John
- Long, Matthew
- Lynn, Bonnie
- Lyons, Aaron
- Masella, Jonni
- McEwan, Sandra

- McGill, Kenneth
- Moberg, Robert
- Monginis, Eleanore
- Moore, Thomas
- Muzechuk, Michael
- Norman, Mollie
- Novak, Niles
- Odum, Brenda
- Oliver, Leigh
- Paulson, Paul
- Pearson, Norma
- Perkowski, Edward
- Poling, Karen
- Potter, Robert
- Powers, Alberta
- Quintana, Fernando
- Rainer, John
- Rogers, Cecelia
- Roling, Jennifer
- Ross, Tony
- Shiley, Diane
- Sivley, Richard
- Smith, Craig
- Smith, Marle
- Smith, Robin
- Stanger, Darryl
- Stine, James

- Taylor, Frank
- Tierney, Lynn
- Vail, Elvis
- Vanbuhler, Robert
- Whitaker, Derrek
- White, William
- Whitley, Marques
- Willhite, Lisa
- Woltmann, Edward
- Yobert, Wanda

Each and every plaintiff listed above has filed a short form complaint pursuant to Pretrial Order No. 155. It is each plaintiff's intent to continue to pursue his or her claims against Monsanto Company in the newly filed case.[1]

Dated: October 6, 2021

Respectfully submitted,

By: /s/Fletcher V. Trammell

TRAMMELL, P.C.

Fletcher V. Trammell
Texas State Bar No. 24042053
Federal Bar No. 37307
3262 Westheimer, Suite 423
Houston, Texas 77098
Telephone: (800) 405-1740
Facsimile:(800)532-0992
fletch@trammellpc.com

---

[1] Plaintiff Edward Perkowski will not be filing a short form complaint as he has a pending lawsuit (*Hinkle v. Monsanto*, Case No 9SL-CC01189) in Missouri state court.

SHOOK, HARDY & BACON L.L.P.


By: */s/ John L. Ackley*
John L. Ackley
Texas Bar No. 24108036
E-mail: jackley@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508

***Attorney for Defendant,
MONSANTO COMPANY***