John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Lena Bradshaw*, Cause No.  3:19-cv-06571-VC (N.D. Cal)<br><br>*Samuel Brown*, Cause No.  3:19-cv-04418-VC (N.D. Cal)<br><br>*Walter Craig,* Cause No. 3:20-06660-VC (N.D. Cal)<br><br>*Carrie Dula*, Cause No. 3:20-cv-00654-VC (N.D. Cal)<br><br>*Florentina Guzman*, Cause No. 3:19-cv-04479-VC (N.D. Cal)<br><br>*Edward Perkowski*, Cause No.  3:21-cv-03418-VC (N.D. Cal)<br><br>*J.P. Stewart*, Cause No. 3:20-cv-02415-VC (N.D. Cal)<br><br>*Nina Stewart*, Cause No. 3:20-cv-00643-VC (N.D. Cal) | |

1

*Brandi Hodgson Troxel*, Cause No. 3:21-cv-01215-VC (N.D. Cal)

*Susan Voke*, Cause No. 3:20-cv-00742-VC (N.D. Cal)

*Frieda Giannone*, Cause No. 3:19-cv-04922-VC (N.D. Cal)

### MONSANTO'S REPLY ISO AMENDED MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET

Defendant ("Monsanto") files this Reply in Support of Its Amended Motion to Dismiss with Prejudice for Failure to Submit a Plaintiff Fact Sheet ("PFS"). On September 15, 2021, Monsanto filed a motion to dismiss plaintiffs for their failure to submit a PFS, and filed an amended motion later that day. The following plaintiffs were initially subject to the Amended Motion but have either submitted a completed PFS or have informed Monsanto's counsel of other independent reasons warranting withdrawal of this Amended Motion: Lena Bradshaw, Samuel Brown, Edward Perkowski, Walter Craig, and JP Stewart. However, Monsanto has not received a PFS from the below Plaintiffs:

- Carrie Dula;
- Florentina Guzman;
- Nina Stewart;
- Brandi Hodgson Troxel;
- Susan Voke;
- Frieda Giannone.

Thus, Monsanto's Motion to Dismiss related to these six plaintiffs is ripe for ruling by the Court and Monsanto respectfully requests that these seven Plaintiffs' lawsuits be dismissed with prejudice.

2

## Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the cases for the above-seven Plaintiffs with prejudice for failure to submit a PFS.

Dated: October 6, 2021

                                    Respectfully submitted,

                                    SHOOK, HARDY & BACON L.L.P.

                                    By: */s/ John L. Ackley*
                                        John L. Ackley
                                        Texas Bar No. 24108036
                                        E-mail: jackley@shb.com
                                        600 Travis, Suite 3400
                                        Houston, Texas 77002-2926
                                        Telephone: 713-227-8008
                                        Fax: 713-227-9508

                                  Attorney for Defendant,
                                  MONSANTO COMPANY

## **CERTIFICATE OF SERVICE**

I, John Ackley, hereby certify that on October 6, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                        */s/ John L. Ackley*
                                        John L. Ackley