**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Ray Duff and Brenda Duff v. Monsanto Co.* et al, Case No. 3:21-cv-06563-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

DATED: October 6, 2021.                Respectfully submitted,

                                                        SHOOK, HARDY & BACON L.L.P.

                                                        BY: */s/ Jennise W. Stubbs*  
                                                            Jennise W. Stubbs  
                                                            600 Travis Street, Suite 3400  
                                                            Houston, TX 77002-2926  
                                                            Telephone:   (713) 227-8008  
                                                            Facsimile:    (713) 227-9508  
                                                            Email:        jstubbs@shb.com

                                                        *Attorneys for Defendant*  
                                                        *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 6th day of October, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

                                                        */s/ Jennise W. Stubbs*  
                                                        Jennise W. Stubbs