# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-md-02741-VC <br> MDL No. 2741 <br><br> **JUDGE: VINCE CHHABRIA** |
| THIS DOCUMENT RELATES TO: <br> Kimber Williamson, et. al. v. Monsanto <br><br> **Individual Case No. 3:20-cv-00167-VC** | **MOTION TO SUBSTITUTE PARTY** |

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Kimber Lee Williamson, respectfully moves this court to substitute Diane K. Williamson, as the executor for the estate of Kimber Lee Williamson, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Kimber Lee Williamson passed away on May 25, 2021 (*see* Exhibit A.)

2. Kimber Lee Williamson's action against Defendants survives his death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Dian K. Williamson as Plaintiff in the present action on behalf of the estate of Kimber Lee Williamson.

4. Diane K. Williamson was appointed by Probate Court of Henry County Ohio as executor for the estate of Kimber Lee Williamson on September 17, 2021 (*see* Exhibit B.)

WHEREFORE, Counsel for Plaintiff, Kimber Lee Williamson, requests the Court grant

Plaintiff's Motion to Substitute Diane K. Williamson, as executor for the estate of Kimber Lee

Williamson.


Dated:  10/6/2021

                                          Respectfully Submitted,
                                          **GALLON, TAKACS &**
                                          **BOISSONEAULT, Co., L.P.A.**


                                          By: */s/ Jonathan M. Ashton*
                                          Jonathan M. Ashton
                                          **GALLON, TAKAC &**
                                          **BOISSONEAULT, CO., L.P.A.**
                                          1450 Arrowhead Drive
                                          Maumee, OH 43537
                                          Tel:     (419) 843-2001
                                          Fax:     (419) 843-8022
                                          Email: jashton@gallonlaw.com

## <u>CERTIFICATION</u>

I hereby certify that on this 6th day October 2021, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ Jonathan M. Ashton*
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-md-02741-VC<br>MDL No. 2741 |
| | **JUDGE: VINCE CHHABRIA** |
| THIS DOCUMENT RELATES TO:<br>Kimber Williamson, et. al. v. Monsanto | **ORDER** |
| **Individual Case No. 3:20-cv-00167-VC** | |

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Diane K. Williamson as executor for estate of Kimber Lee Williamson, as Plaintiff in this action. The court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED**.

Dated: _____

_____
Hon. Vince Chhabria
United States District Court Judge