# EXHIBIT A

# Ohio Department of Health
## VITAL STATISTICS
### CERTIFICATE OF DEATH

Primary Reg. Dist. No. 3500
Registrar's No. 3500-2021000084
State File No. 2021057594

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | KIMBER LEE WILLIAMSON |
| 2. Sex | MALE |
| 3. Date of Death | MAY 25, 2021 |
| 4. Social Security Number | [redacted] |
| 5a. Age (Years) | [redacted] |
| 6. Date of Birth | [redacted] |
| 7. Birthplace | LIMA, OHIO |
| 8a. Residence State | OHIO |
| 8b. County | HENRY |
| 8c. City or Town | HAMLER |
| 8d. Street Address and Zip Code | [redacted] |
| 9. Ever in US Armed Forces? | YES – MARINE CORPS |
| 10. Marital Status | MARRIED |
| 11. Surviving Spouse's Name | DIANE BREECE |
| 12. Decedent's Education | [redacted] |
| 13. Decedent of Hispanic Origin | NO |
| 14. Decedent's Race | WHITE |
| 15. Father's Name | KENNETH WILLIAMSON |
| 16. Mother's Name (prior to first marriage) | PAT PROWANT |
| 17a. Informant's Name | DIANE WILLIAMSON |
| 17b. Relationship to Decedent | WIFE |
| 17c. Mailing Address | [redacted] |
| 18a. Place of Death | DECEDENT'S HOME |
| 18b. Facility Name | |
| 18c. City or Town, State and Zip Code | [redacted] |
| 18d. County of Death | HENRY |
| 19. Funeral Service Licensee or Other Agent | RYAN D ZACHRICH |
| 20. License Number | 008396 |
| 21. Name and Complete Address of Funeral Facility | ZACHRICH FUNERAL HOME, 114 WILLIAM ST, HOLGATE, OH 43527 |
| 22. Method and Place of Disposition | BURIAL – FAIRVIEW CEMETERY, DUPONT, OH |
| 23. Local Registrar | SHELLY BOEHM |
| 24. Date Filed | MAY 28, 2021 |
| 26a. Certifier | Certifying Physician |
| 26b. Time of Death | 12:03 |
| 26c. Date Pronounced Dead | MAY 25, 2021 |
| 26d. Was Case Referred to Medical Examiner or Coroner? | NO |
| 26e. Certifier Name and Title | CHRISTIAN HOHENLOHE JACOBUS, MD |
| 26f. License number | 35.085523 |
| 26g. Date Signed | MAY 28, 2021 |
| 27. Name and Address of Person who Completed Cause of Death | CHRISTIAN HOHENLOHE JACOBUS, 15100 BIRCHAVEN LANE, FINDLAY, OH 45840 |

### 28. Part I. Cause of Death

| | Cause | Approximate Interval: Onset and Death |
|---|---|---|
| a. Immediate Cause | SEPSIS | 3 WEEKS |
| b. Due to (or as Consequence of) | SEPTIC ARTHRITIS OF THE RIGHT KNEE DUE TO METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS | 3 WEEKS |
| c. Due to (or as Consequence of) | | |
| d. Due to (or as Consequence of) | | |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
CLOSTRIDIUM DIFFICILE COLITIS, ACUTE URINARY TRACT INFECTION, DIFFUSE LARGE B-CELL LYMPHOMA

| Field | Value |
|---|---|
| 29a. Was An Autopsy Performed? | NO |
| 29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? | NOT APPLICABLE |
| 30. Did Tobacco Use Contribute to Death? | NO |
| 31. If Female, Pregnancy Status | NOT APPLICABLE |
| 32. Manner of Death | NATURAL |

HEA 2724  Rev. 08/18



VOID