# EXHIBIT B

**PROBATE COURT OF** _____HENRY_____ **COUNTY, OHIO**

**ESTATE OF** Kimber Lee Williamson a.k.a. Kim L. Williamson _____, **DECEASED**

**CASE NO.** 20211138

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY

[For Executors and all Administrators]

Name and Title of Fiduciary Diane K. Williamson, Executor

On hearing in open Court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that;

Decedent died [check one of the following] ☒ testate -    intestate - on May 25, 2021, domiciled in Henry County, Ohio.

[Check one of the following] ☐ Bond is dispensed with by the Will - ☒ Bond is dispensed with by law - ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

SEP 17 2021
Date

PROBATE JUDGE by assignment

### CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

Probate Judge/Clerk — Jeff O. Strausbaugh / Deirdre Schureibert / deputy clerk

by

9-17-21
Date

[Seal]

¶ 4.5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY

Michael P. Dansack Jr. #0030028
1450 Arrowhead Dr.
Maumee OH 43537
phone: 419-843-2001
fax: 419-843-3622
email: mdansack@gallonlaw.com