**J. Marshall Jones, Jr.**
**Jones & Odom, LLP**
**2124 Fairfield Avenue**
**Shreveport, Louisiana 71104**
**Telephone: (318) 221-1600**
**Facsimile: (318) 425-1256**
Marshall.jones@jodplaw.com

**Curtis R. Joseph, Jr.**
**Winchell & Joseph, LLC**
**2124 Fairfield Avenue**
**Shreveport, Louisiana 71104**
**Telephone: (318) 221-1600**
**Facsimile: (318) 425-1256**
curtis@wjlawfirm.net

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2741 <br> ) <br> ) <br> ) Case No. 3:16-md-02741-VC <br> ) |
| This document relates to: <br><br> *Joseph Blair, et al vs. Monsanto Co.,* <br> Case No. 3:19-cv-07984-VC | ) **DECLARATION OF J. MARSHALL** <br> ) **JONES, JR. IN SUPPORT OF** <br> ) **PLAINTIFF'S RESPONSE TO** <br> ) **MONSANTO COMPANY'S** <br> ) **MOTION FOR SUMMARY** <br> ) **JUDGMENT BASED ON TEXAS** <br> ) **PRESUMPTION OF NO LIABILITY** |

## **DECLARATION OF J. MARSHALL JONES, JR.**

I, J. Marshall Jones, Jr. declare as follows:

1. I am an attorney at law admitted to practice *pro hac vice* before this Court in MDL. I am an attorney with the law firm of Jones & Odom, L.L.P., counsel of record for Plaintiff Joseph Blair in the above referenced action. I am fully competent to make this Declaration in Support of Plaintiffs' Response in Opposition to Monsanto Company's Motion for Summary Judgment Based on Texas Presumption of No Liability. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Charles M. Benbrook, PhD, dated August 31, 2021, together with its attendant Appendix A.

3. Attached hereto as Exhibit 2 is a true and correct copy of the deposition transcript of Plaintiff Joseph M. Blair's deposition of April 23, 2021.

4. Attached hereto as Exhibit 3 true and correct copy of Plaintiff, Joseph M. Blair's Affidavit of August 15, 2019.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed October 6, 2021 in Shreveport, Louisiana.

*J. Marshall Jones, Jr.*
J. Marshall Jones, Jr.
Jones & Odom, L.L.P.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of October 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

_____*J. Marshall Jones, Jr.*
J. Marshall Jones, Jr.
Jones & Odom, LLP
