EXHIBIT 1

2018-11-12 11:52      WKB DR G.LEE WATKINS 318 212 7955 >> 3182128305        P 7/14

Glen Watkins, MD
2300 Hospital Drive
Suite 460
Bossier City, LA 71111-2166
Phone: (318)212-7953 Fax: (318)212-7955

**WILLIS-KNIGHTON HEALTH SYSTEM**

PATIENT:          Joseph Blair
DATE OF BIRTH:    07/22/1996
DATE:             10/30/2018 02:30 PM
HISTORIAN:        self
VISIT TYPE:       Office Visit

This 22 year old patient was referred by Glen Watkins.

This 22 year old male presents for Throat mass.

### History of Present Illness:

1. Throat mass
   The symptoms began 6 months ago and generally lasts 6 Months. The symptoms are reported as being moderate. The symptoms occur constantly. The location is right tonsil. The context of the symptoms include no pain. The symptoms are described as more snoring. Aggravating factors include nothing. Relieving factors include nothing. He states the symptoms are chronic. Pt C/O tonsillar mass that has gradually increased in size over the past 6 months. Picture of area shows multiple white spots that resemble tonsil stones, however pt denies having noticed tonsil stones in the past. Chief C/O sleep interference R/T airway obstruction. Pt snores loudly and reports poor sleep quality since the mass appeared. Pt was seen at Quick Kare on 10-27-18 for mass and prescribed antibiotic. Denies any symptom improvement since starting medication.

PROBLEM LIST: Problem List reviewed.

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Tonsillitis | | Y | | |

PAST MEDICAL/SURGICAL HISTORY (Detailed) 10/30/2018 02:30 PM

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Tonsillar mass | | | | LPN 10/30/2018 - |

Family History (Detailed) 10/30/2018 2:30:00 PM

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| | | | | Family history of Hypertension | | N |

Social History: (Detailed) 10/30/2018 2:30 PM
Tobacco use reviewed.
Preferred language is English.
SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|
| | Never smoker | | | |

ALCOHOL
There is no history of alcohol use.

Blair, Joseph M, 07/22/1996 10/30/2018 02:30 PM 1/4

CAFFEINE
The patient uses caffeine.
HOME ENVIRONMENT/SAFETY
The patient is not at risk for falls.

Patient Status
Completed with information received for patient in a summary of care record.

Medication Reconciliation
Medications reconciled today.
Patient is on no medications.

Allergies
Ingredient              Reaction          Medication Name            Comment
NO KNOWN ALLERGIES
Reviewed, no changes. 10/30/2018 02:30 PM.
FUNCTIONAL ASSESSMENT
LEARNING BARRIERS: N/A.
COMMUNICATION BARRIERS: N/A.
COMPREHENSION LEVEL: The patient understands written and verbal communication.
NUTRITIONAL ASSESSMENT: Denies recent weight loss/gain, difficulty swallowing, chronic n/v or diarrhea. Diet: regular diet.
FUNCTIONAL ASSESSMENT: The patient does not use or require assistance with ADL.
OTHER: There is no evidence of abuse. The patient feels safe in his environment. The patient does not indicate a potential for falling. No fall risk instructions given.

Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills/rigors, Fever and Night sweats. |
| Eyes | Negative | Dry eyes and Vision loss. |
| Respiratory | Negative | Cough, Dyspnea, Hemoptysis and Orthopnea. |
| Cardio | Negative | Chest pain, Irregular heartbeat/palpitations and Syncope. |
| GI | Negative | Blood in stool, Heartburn, Odynophagia and Reflux. |
| GU | Negative | Back pain and Passage stone/gravel. |
| Endocrine | Negative | Goiter, Weight gain and Weight loss. |
| Neuro | Negative | Gait disturbance, Lightheadedness, Loss of consciousness, Near syncope and Seizures. |
| Integumentary | Negative | Rash, Skin lesion and Urticaria. |
| MS | Negative | Neck stiffness and Rheumatologic manifestations. |
| Hema/Lymph | Negative | Easy bleeding, Easy bruising and Lymphadenopathy. |
| Allergic/Immuno | Negative | Hay fever. |

Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | BMI | O2 Sat% | Pain Score |
|---|---|---|---|---|---|---|---|---|---|---|
| 2:45 PM | 123/85 | 82 | 18 | | 6 | | 244 | 33.09 | | 0/10 |

Blair, Joseph M. 07/22/1996 10/30/2018 02:30 PM 2/4

Measured By
| Time | Measured by |
|---|---|
| 2:45 PM | Lindsey P. Norris, LPN |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Level of distress - no acute distress. Nourishment - well nourished. Overall appearance - well developed. |
| Head/Face | Normal | Facial features - Normal. Eyebrows - Normal. Skull - Normal. Palpation and inspection of scalp and hair was normal. Temporal artery - Normal. |
| Eyes | Normal | General - Right: Normal, Left: Normal. Lids/external - Right: Normal, Left: Normal. Conjunctiva - Right: Normal, Left: Normal. Sclera - Right: Normal, Left: Normal. Cornea - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. Iris - Right: Normal, Left: Normal. Ocular muscles - Right: Normal, Left: Normal. |
| Ears | * | Visualized by - Left: pneumatic otoscopy, Right: pneumatic otoscopy. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Palpation - Right: Normal, Left: Normal. Pinna - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | * | Tonsils - Left: 1+, Right: 4+. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Nasal Mucosa - Normal. Septum - Normal. Turbinates - Right: Normal, Left: Normal. Lips/teeth/gums - Normal. Tongue - Normal. Buccal mucosa - Normal. Salivary glands - Normal. Palate & uvula - Normal. Oropharynx - Normal. Epiglottis - Normal. Arytenoids - Normal. Vocal cords - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Parotid gland - Normal. Thyroid gland - Normal. Range of motion - Normal. Submandibular lymph nodes - Normal. Cervical lymph nodes - Normal. |
| Lymph Detail | Normal | Occipital, Postauricular, Preauricular, Submental, Submandibular, Parotid, Anterior cervical, Posterior cervical, Supraclavicular. |
| Respiratory | Normal | Inspection - Normal. Cough - Absent. Effort - Normal. |
| Cardiovascular | Normal | Inspection - JVD: Absent. Heart rate - Regular rate. Rhythm - Regular. |
| Neurological | Normal | Level of consciousness - Normal. Orientation - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. Sensory - Normal. Motor - Normal. Balance & gait - Normal. Coordination - Normal. Fine motor skills - Normal. |

## Completed Orders (this encounter)

| Order | Reason Interpretation | Result | Region |
|---|---|---|---|
| Giving encouragement to exercise | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Pharyngeal or nasopharyngeal cyst (J39.2). |
| | Patient Plan | A detailed discussion was had of risks, benefits and alternatives to surgery. Patient indicates understanding and desires to proceed. We discussed surgical versus conservative treatment as well. Discussed post op pain with medication management, diet progress as tolerated, no drinking straws, aggressive fluid intake, and recovery period(7-10-14). Chewing gum helps work the soreness out of surgical site. Keep head elevated during recovery period. |
| | Provider Plan | Tonsillectomy scheduled for 11/07/2018 with post op scheduled for 12/04/2018 at 1500 |
| 2. | Assessment | Tonsillar cyst (J35.8). |

Blair, Joseph M. 07/22/1996 10/30/2018 02:30 PM 3/4

2018-11-12 11:53          WKB DR G.LEE WATKINS 318 212 7955 >> 3182128305          P 10/14

| | Patient Plan | A detailed discussion was had of risks, benefits and alternatives to surgery. Patient indicates understanding and desires to proceed. We discussed surgical versus conservative treatment as well. |
|---|---|---|
| | Provider Plan | Tonsillectomy scheduled for 11/07/2018 with post op scheduled for 12/04/2018 at 1500 |
| 3. | Assessment | Airway obstruction (J98.8). |
| | Impression | Differential diagnosis – branchial cleft cyst, hygroma etc |
| | Patient Plan | CT scan with contrast of neck |
| 4. | Assessment | OSA (obstructive sleep apnea) (G47.33). |
| 5. | Assessment | Sleep disturbance (G47.9). |
| 6. | Assessment | Snoring (R06.83). |
| 7. | Assessment | Body mass index (BMI) 33.0-33.9, adult (Z68.33). |
| | Plan Orders | Today's instructions / counseling include(s) Giving encouragement to exercise. |

Fall Risk Plan
The patient is not at risk for falls.

Patient Education:
\#   Patient Education
1.   Tonsillectomy: What to Expect at Home
1.

The patient was checked out at 9:18 AM by Lindsey P. Norris,LPN.

*Document generated by:* Glen Watkins, MD 11/06/2018 01:22 PM

CC Providers:
Quynh Dang MD
2300 Hospital Dr
Suite 120
Bossier City, LA 71111-2166

Electronically signed by Glen L. Watkins MD on 11/06/2018 01:22 PM

Blair, Joseph M. 07/22/1996 10/30/2018 02:30 PM 4/4

2018-11-12 11:51          WKB DR G.LEE WATKINS 318 212 7955 >> 3182128305          P 4/14


**WILLIS-KNIGHTON** HEALTH SYSTEM

Glen Watkins, MD
2300 Hospital Drive
Suite 460
Bossier City, LA 71111-2166
Phone: (318)212-7953  Fax: (318)212-7955

Patient:            Joseph Blair
Date of Birth:      07/22/1996
Date:               11/12/2018 09:30 AM
Historian:          self
Visit Type:         Office Visit
Document Type:      Consult Note

This 22 year old male presents for follow up of Throat Mass.
**History of Present Illness:**
1. Follow Up of Throat Mass
   The symptoms are reported as being severe. The symptoms occur daily. Tonsillectomy was performed on 11-07-2018 to remove tonsillar mass in throat. Pt states that pain has been uncontrolled over the past 10 days of recovery. Pain medications relieve pain for about 30 minutes then pain returns to same severity. Pt states that pain has caused him to lose sleep over the past 10 days.
   Pathology confirmed B-cell Lymphoma in the right tonsil specimen.

Medications (Started, Stopped or Renewed this visit)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 10/31/2018 | Tetracaine Lollipop 0.5 ORAL LOZENGE HD | apply to one side of the throat for 1 minute and then to the other side of the throat for 1 minute PRN pain as needed | Y | | | |

Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES Reviewed, no changes. | | | |

Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fever and Night sweats. |
| ENMT | Negative | Dizziness, Hearing loss and Vertigo. |
| Respiratory | Negative | Dyspnea and Wheezing. |
| Cardio | Negative | Chest pain, Irregular heartbeat/palpitations and Syncope. |
| GI | Negative | Heartburn. |

Blair, Joseph M.  07/22/1996  11/12/2018 08:30 AM  Page: 1/3

2018-11-12 11:51          WKB DR G.LEE WATKINS 318 212 7955 >> 3182128305          P 5/14

## Vital Signs

| Time | BP | Pulse | Resp | Temp F | Ht ft | Ht in | Wt lb | BMI | O2 Sat% | Pain Score |
|---|---|---|---|---|---|---|---|---|---|---|
| 9:07 AM | 120/73 | 78 | 18 | | 6 | | 244 | 33.09 | | 6/10 |

### Measured By

| Time | Measured by |
|---|---|
| 9:08 AM | Lindsey P. Norris, LPN |
| 9:07 AM | Lindsey P. Norris, LPN |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Eyes | Normal | General - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Palpation - Right: Normal, Left: Normal. Pinna - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | * | Palate & uvula - midline elevation good, no tethering. Tonsils - healing well, no granulation tissue. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Nasal Mucosa - Normal. Lips/teeth/gums - Normal. Tongue - Normal. Buccal mucosa - Normal. Oropharynx - Normal. Gag reflex - Present. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Parotid gland - Normal. Thyroid gland - Normal. Range of motion - Normal. Submandibular lymph nodes - Normal. Cervical lymph nodes - Normal. |
| Lymph Detail | Normal | Occipital. Postauricular. Preauricular. Submental. Submandibular. Parotid. Anterior cervical. Posterior cervical. Supraclavicular. |

## Completed Orders (this encounter)

| Order | Details | Reason | Interpretation | Result | Region |
|---|---|---|---|---|---|
| Giving encouragement to exercise | | | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | B-cell lymphoma, unspecified B-cell lymphoma type, unspecified body region (C85.10) |
| 2. | Assessment | Follicular non-Hodgkin's lymphoma of tonsil (C82.09) |

Blair, Joseph M.   07/22/1996 11/12/2018 08:30 AM Page: 2/3

|   | | |
|---|---|---|
| | Patient Plan | PET scan to be scheduled with referral to Hem/Oncology. Continue post-op pain meds and tetracaine lollipops as prescribed and drink plenty of fluids. Continue Zofran as needed. |
| 3. | Assessment | Pharyngeal or nasopharyngeal cyst (J39.2). |
| 4. | Assessment | Sore throat (J02.9). |
| 5. | Assessment | S/P tonsillectomy (Z90.89). |
| 6. | Assessment | Body mass index (BMI) 33.0-33.9, adult (Z68.33). |
| | Plan Orders | Today's instructions / counseling include(s) Giving encouragement to exercise. |

**Pain Management Plan**
Pain Scale: 6/10.
Method: Numeric Pain Intensity Scale.

*[signature]*

Provider: Glen L. Watkins MD 11/12/2018 09:30 AM

Blair, Joseph M. 07/22/1996 11/12/2018 08:30 AM Page: 3/3

WILLIS-KNIGHTON BOSSIER
B30038129554
BLAIR, JOSEPH
R2DSBDS05A
Glen L. Watkins, M.D.

Report Type: OP

DATE OF SURGERY:    11/07/2018
PREOP DIAGNOSIS:    Right tonsillar mass.
POSTOP DIAGNOSIS:   Right tonsillar mass.
PROCEDURE:          TONSILLECTOMY.
SURGEON:            Glen Lee Watkins, MD
ANESTHESIA:         General endotracheal.

PROCEDURE IN DETAIL: The patient was transferred to the operating room and placed supine on the operating table where inhalational anesthesia was induced via mask and IV. The patient was orotracheally intubated and positioned for tonsillectomy in the Rose position with a shoulder roll horizontally underneath the shoulders to allow the head to fall into a gentle hyperextension.

The McIvor mouth gag was used to retract the tongue and endotracheal tube inferiorly. A red rubber catheter was passed through the left nostril and withdrawn through the oral cavity to retract the uvula and soft palate. Palpation of the soft palate revealed no evidence of subacute cleft deformity.

The tonsils were injected with 1% lidocaine with 1:100,000 epinephrine.

The tonsils were removed by grabbing the tonsil with the tenaculum and retracting it medially while the soft tissue attachments were removed with the Coblation wand. Hemostasis was also obtained with the Coblation technology. The left tonsil was first removed. The right tonsil was identified with a safety pin and the specimens were sent to Pathology Lab for gross examination.

A final check for hemostasis was obtained. The oral cavity was irrigated with normal saline. The nasal cavity was irrigated with normal saline. The saline was evacuated from the back of the oropharynx and hypopharynx. The rod rubber catheter was removed, followed by removal of the mouth gag. The patient was then awakened, extubated and transferred to the recovery room in stable condition. The patient tolerated the procedure well and suffered no complications.

Page 1 of 3

WILLIS-KNIGHTON BOSSIER
B30038129554
BLAIR, JOSEPH
B2DSBDS05A
Glen L Watkins, M.D.

Report Type: OP

FINDINGS: Significant spherical dilation of the right tonsil with no evidence of abscess or cyst. The tonsil was put in cross-section noting a homogenous interior texture. A slice of this was obtained for flow cytometry. The specimen was minced and placed on a saline-soaked gauze. The remainder of the tonsil was sent in formalin. Hemostasis was obtained in the tonsil beds. The patient was then awakened and transferred to the recovery room in stable condition.

Glen L Watkins, M.D.

PHYS:          002818
DICT DATE:  11/07/2018 09:52 A
TRANS DATE      11/07/2018 06:38 P
BY:            kh
OPERATIVE REPORT
JOB #55194

Page 2 of 2

Name: Blair, Joseph                    DOB: 07/22/1998                    Date:

2018-11-12 14:29    WKB DR G.LEE WATKINS 318 212 7955 >> 3182128305      P 1/4

ACCT#: B30030129554
**PATIENT: BLAIR, JOSEPH**                                                  **PATH #: S18-69650**

DOB: 07/22/1996            COLLECTED: 11/07/2018 09:15     WK Bossier Health Center
AGE: 22 y/o M              RECEIVED: 11/07/2018            2400 Hospital Drive
SS#: XXX-XX-5555           COMPLETED: 11/12/2018 12:38     Bossier City, LA 71111
MR#: 1342654               PRINTED:                        212-7000 -
FN#: B30030129554                        Submitting Physician:   Watkins, Glen Lee, M.D.
LOC:

## DIAGNOSIS:
11/09/18 KHP:kb

1. TONSIL, LEFT, TONSILLECTOMY:
   - TONSILLAR TISSUE WITH BENIGN REACTIVE FOLLICULAR LYMPHOID HYPERPLASIA.
   - ACTINOMYCES PRESENT.

2, 3. - TONSIL, RIGHT, TONSILLECTOMY:
   - CD5 POSITIVE DIFFUSE LARGE B-CELL LYMPHOMA.
   - SEE COMMENT.

Comment: Sections of the right tonsil shows sheets of lymphoid tissue with effacement of the normal tonsillar lymphoid architecture. Rare residual germinal centers are present at the periphery however, much of the tissue is replaced by sheets of moderately enlarged lymphocytes, containing varied amounts of eosinophilic cytoplasm, enlarged vesicular nuclei, and prominent nucleoli. Flow cytometry analysis shows nonspecific staining and does not identify any abnormal cell populations. Immunohistochemical stains with the working controls are performed to further characterize the atypical lymphoid infiltrate (see immunohistochemical stain summary below). The overall morphologic and immunohistochemical findings are consistent with a CD5+ diffuse large b-cell lymphoma, activated b-cell type. Because of the increased Ki67 proliferation index, FISH testing for BCL2, BCL6 and MYC has been requested. Correlation with clinical information and other laboratory data is necessary. Preliminary findings discussed with Dr. Watkins on 11/9/18.

Consultant: MBM

### IMMUNOHISTOCHEMICAL STAIN SUMMARY:
| | |
|---|---|
| CD3: | Highlights small T-cells. |
| CD20: | Positive. |
| CD5: | Weakly positive in B-cells, intensely positive in small T-cells. |
| CD10: | Negative, highlights rare scattered residual germinal centers. |
| BCL6: | Focally positive, also highlights residual germinal centers. |
| BCL2: | Positive. |
| CD138: | Negative. |
| SOX11: | Negative. |
| Cyclin D1: | Negative, highlights rare scattered cells. |
| CD30: | Negative |
| Ki67: | Variable and increased, ranging from 40% to 80%. |
| MUM1: | Focally positive |
| EBV: | Negative |
| Alk: | Negative |

### SPECIMEN AND SOURCE:
1. Left tonsil
2. Right tonsil
3. Partial right tonsil, lymphoma protocol - flow cytometry

### CLINICAL INFORMATION:

**THE DELTA PATHOLOGY GROUP, L.L.C.**                       Surgical Pathology Report
                                                            BLAIR, JOSEPH
2015 Missouri * Shreveport, LA 71100 * (318) 621-8820 * Fax (318) 212-4189      Page 1 of 3

ACCT#: B30038129554
**PATIENT: BLAIR, JOSEPH**                                              **PATH #: S18-69650**

DOB: 07/22/1996          COLLECTED: 11/07/2018 09:15        WK Bossier Health Center
AGE: 22 y/o M            RECEIVED: 11/07/2018               2400 Hospital Drive
SS#: XXX-XX-5555         COMPLETED: 11/12/2018 12:38        Bossier City, LA 71111
MR#: 1342054             PRINTED:                           212-7000
FN#: B30038129554                  Submitting Physician:    Watkins, Glen Lee, M.D.
LOC:

Tonsillar cyst

**GROSS EXAMINATION:**
11/07/18  JG/FWA/ls

1. The specimen is received in a container of formalin labeled "Blair, Joseph" and designated "left tonsil," and accompanied by a requisition form labeled "Blair, Joseph" and designated "left tonsil." The specimen consists of a pink, partially cauterized focally hemorrhagic, cerebriform soft tissue fragment weighing 4.5 grams and measuring 3.5 x 2.0 x 1.1 cm. The specimen is sectioned to reveal tan-pink, cribriform cut surfaces. Calculi are identified within the tonsillar crypts. No masses or lesions are grossly identified.

2. The specimen is received in a container of formalin labeled "Blair, Joseph" and designated "right tonsil," and accompanied by a requisition form labeled "Blair, Joseph" and designated "right tonsil." The specimen consists of tan-pink, locally hemorrhagic, cerebriform soft tissue weighing 16 g and measuring 5.2 x 3.5 x 2.0 cm. A section was taken prior to receipt for lymphoma protocol. The specimen is sectioned to reveal a tan, fleshy cut surface. Representative sections are submitted in one cassette.

11/07/18  VW/FWA/stlo

3. The specimen is received fresh in saline gauze labeled "Joseph Blair #3 partial tonsil" accompanied by a requisition also labeled "Joseph Blair, #3 partial right tonsil lymphoma." The specimen consists of multiple pieces of tan, somewhat friable soft tissue that has an aggregate measurement of 1.5 x 0.8 x 0.1 cm. Five touch prep slides are made. A portion of the specimen is placed in RPMI and forwarded for flow cytometry. The remainder of the specimen is entirely submitted in cassette 3A.

**MICROSCOPIC DESCRIPTION:**
Unless gross only is specified, the final diagnosis for each specimen is based on a microscopic examination of representative sections of tissue.

CODE: 0

**FLOW CYTOMETRY**
SPECIMEN: right tonsil
ANTIGENS: CD2, CD3, CD4, CD5, CD7, CD0, CD10, CD16, CD19, CD20, CD22, CD23, CD45, CD56, CD57, FMC7, KAPPA, LAMBDA

Flow cytometric immunophenotyping of the submitted tissue is performed using antibodies to the above listed antigens. Electronic gates are placed around cell clusters displaying light scatter properties corresponding to lymphocytes (85 % of total sample). There is no evidence of b-cell light chain restriction nor of an abnormal t-cell immunophenotype.

INTERPRETATION: Nonspecific staining present. Immunophenotyping fails to identify any unique cell populations.

REFERENCES: BLOOD, 04:1361-1392, 1994. BLOOD, 90:2863-2892, 1997. CYTOMETRY, 30:236-244, 1997
The results of this test should not be used alone as the sole basis for diagnosis and/or treatment. These results may, however, provide useful information when used in conjunction with other diagnostic procedures and clinical evaluations. Use of these results, in this manner, can be considered to fall within the scope of the practice of medicine. Delta Pathology, a CLIA-certified high complexity testing facility, has characterized flow cytometry testing by using Class I Analyte Specific Reagents (ASRs). Class I ASRs do not require FDA clearance or approval.

This flow cytometry interpretation is reviewed and approved by Dr. Patel.
Note: Testing performed at The Delta Pathology Group, L.L.C., 2915 Missouri Avenue, Shreveport, La. 71109.

---

**THE DELTA PATHOLOGY GROUP, L.L.C.**                    Surgical Pathology Report
                                                          BLAIR, JOSEPH
2915 Missouri * Shreveport, LA 71109 * (318) 621-8620 * Fax (318) 212-4189        Page 2 of 3

2018-11-12 14:30       WKB DR G.LEE WATKINS 318 212 7955 >> 3182128305        P 3/4

ACCT#: B30038129554
**PATIENT: BLAIR, JOSEPH**                                              PATH #: S18-69650

DOB: 07/22/1996          COLLECTED: 11/07/2018 09:15       WK Bossier Health Center
AGE: 22 y/o M            RECEIVED:  11/07/2018             2400 Hospital Drive
SS#: XXX-XX-6555         COMPLETED: 11/12/2018 12:38       Bossier City, LA 71111
MR#: 1342654             PRINTED:                          212-7000
FN#: B30038129554                      Submitting Physician: Watkins, Glen Lee, M.D.
LOC:

Pathologist:    Kirtesh Patel, MD, FCAP (Electronic Signature) 11/12/2018 12:38

Performing Site: WK Bossier Health Center, 2400 Hospital Drive, Bossier City, LA, 71111

The above immunohistochemistry to evaluate for microorganisms was developed and its performance characteristics determined by The Delta Pathology Group, L.L.C. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to perform high complexity clinical laboratory testing.

**THE DELTA PATHOLOGY GROUP, L.L.C.**                       Surgical Pathology Report
                                                            BLAIR, JOSEPH
2015 Missouri * Shreveport, LA 71109 * (318) 621-8820 * Fax (318) 212-4180     Page 3 of 3