EXHIBIT 2



## WILLIS-KNIGHTON CANCER CENTER

Account# W10060548814
Name: Blair, Joseph
DOB: 7/22/1996
Attending Physician: Katz, Sanford

Report Type: ROC
Job#: 59066, 59069

### Radiation Oncology Initial Consultation

DATE OF CONSULTATION: 11/15/18
REFERRING PHYSICIAN: Glen Watkins, M.D.

DIAGNOSIS: Diffuse large B-cell lymphoma of the oropharynx, preliminary stage IA.

HPI: The patient is a 22-year-old white gentleman presenting to medical attention with progressive right tonsillar swelling for which he saw Dr. Glen Watkins and his evaluation revealed significant swelling of the right tonsil. A CT scan of the head and neck on November 6 revealed marked hypertrophy and Waldeyers ring especially noted in right tonsil with marked narrowing of the airway and prominent cervical nodes still though within normal range. There was some mild enhancing nodules in the retropharyngeal region. On November 7 he underwent a bilateral tonsillectomy with CD5 positive diffuse large B-cell identified in the right tonsil. The patient has done well postoperatively and presents accompanied by his mother for further evaluation. He reports postoperative discomfort though relates a Karnofsky status of 90 and reports some 2-4 mild pain postoperatively. He denies any fever, drenching night sweats, or significant weight loss of perhaps 10 lbs in the postoperative period.

ALLERGIES: None

CURRENT MEDICATIONS: Hydrocodone, ibuprofen, allergy medications, Zofran.

PMH: Otherwise negative

PSH: Tonsillectomy

SOCIAL HISTORY: The patient is married with one child. He is on medical leave. He works in vegetation management applying Roundup around power lines. He is a nonsmoker, nondrinker. He is physically active.

ROS:
GENERAL: Negative for fever, chills, malaise.
NEURO: Negative for headaches, dizziness, disequilibrium.
CARDIAC: Negative for angina or palpitations.
PULMONARY: Negative for cough, hemoptysis, or dyspnea.
GI: Negative for nausea, vomiting, diarrhea, constipation, or melena.
MS: Negative for any new sites of bony discomfort.
CONSTITUTIONAL: Notable for some fatigue and some occasional sweats at night that are not drenching.

PHYSICAL EXAM:
GENERAL: Well-developed, well-nourished, 22-year-old white gentleman.
HEAD/NECK: Neck was without palpable adenopathy. Laryngeal click was present and nontender. Inspection of the oral cavity and oropharynx revealed moist mucus membranes with post tonsillectomy changes and soreness in the tonsillar beds. There was swelling in the posterior pharyngeal wall and soft palate.

Name: Blair, Joseph
DOB: 7/22/1996

Nasopharyngoscopy through the left naris revealed normal nasopharynx however there was a lot of fullness in the posterior pharyngeal wall, lateral pharyngeal walls, and prominence of the lingual tonsils.
CHEST: Clear
CARDIAC: Regular rate and rhythm.
ABDOMEN: Benign
EXTREMITIES: Without cyanosis, clubbing, or edema. Examination of the axial and appendicular spine did not reveal any bony abnormality or tenderness on deep palpation.

IMPRESSION: A 22-year-old white gentleman status post bilateral tonsillectomy for diffuse large B-cell lymphoma preliminary stage IA.

RECOMMENDATIONS/PLAN: I have discussed with the patient and his mother the nature of his condition, and he is tentatively to undergo PET scan imaging early next week as part of his staging work-up and is to see Dr. Nihar Patel later this week for additional staging studies as well.

Based upon the presumption of stage I or II diffuse large B-cell lymphoma, the plan is to proceed with upfront chemotherapy, 3 cycles initially with involved field radiation. I will plan on delivering 18 fractions of 180 cGy to a dose of 3240 cGy limited to sites of originally involved disease. We discussed the goals of radiation therapy in great detail including the logistics, rationale, and the alternative of additional chemotherapy. Advantage of combined modality is a reduction of both acute and long-term including risk of secondary malignancy. We discussed the anticipated effects of radiation therapy with respect to mucositis, altered taste, and xerostomia potentially long-term. The patient is being referred for dental evaluation and the importance of meticulous dental care particularly in the setting of treatment related xerostomia was emphasized.

We spent some time discussing the risk of secondary malignancies and what to look for as well as the long latency period to be considered.

The patient and his mother had an opportunity to have their questions answered to their apparent satisfaction and expressed a desire to proceed and to that end will return as indicated per Dr. Patel's direction.

Thank you for the opportunity in participate in the care of this patient.

Katz, Sanford,   12/27/2018, 11:12 AM
**Electronically Signed and Approved.**

CC: Glen Watkins, M.D.; Nihar Patel, M.D.

Corrected Copy



### WILLIS-KNIGHTON CANCER CENTER

Account# W10061245071
Name: Blair, Joseph
DOB: 7/22/1996
Attending Physician: Katz, Sanford

JOB#: 97263

## Radiation Oncology Follow-Up

DATE: 2/7/2019
REFERRING PHYSICIAN: Glen Lee Watkins, MD; Nihar K. Patel, MD
PRIMARY RADIATION ONCOLOGIST: Katz, Sanford

**DISEASE TREATED:** Stage IA diffuse large B-cell lymphoma of the oropharynx.

**INTERVAL SINCE COMPLETION OF RADIATION THERAPY:**

Mr. Blair returns today having completed 3 cycles of R-CHOP chemotherapy on 1/18/2019, which he tolerated well. He returns today for re-evaluation for involved field/consolidative radiation therapy. His weight is relatively stable, up 6 pounds to 236 and he is eating well without restriction. He denies any specific head and neck or generalized symptoms. He does have occasional shortness of breath. He denies any dysphagia, odynophagia, otalgia, altered hearing, fever or chills, malaise, pulmonary or musculoskeletal complaints.

**CURRENT MEDICATIONS:** Hydrocodone, ibuprofen, allergy medications and Zofran.

**ROS:**
GENERAL: Negative for fever, chills, malaise.
NEURO: Negative for headaches, dizziness, disequilibrium.
CARDIAC: Negative for angina or palpitations.
PULMONARY: Negative for cough, hemoptysis. Positive for occasional shortness of breath.
MS: Negative for any new sites of bony discomfort.

**PHYSICAL EXAM**
Limited physical examination reveals a well-developed, well-nourished, 22-year-old gentleman. Head and neck is notable for alopecia. Neck, supraclavicular and axillary regions were negative for adenopathy. Inspection of the oral cavity and oropharynx revealed moist mucous membranes, good dentition and no ulcerations, lesions, or masses. Nasopharyngoscopy was not performed. Chest was clear. Cardiac is regular rate and rhythm. Neurologic and motor examination was grossly nonfocal.

**IMPRESSION:** A 22-year-old white gentleman status post tonsillectomy for a stage IA diffuse large B-cell lymphoma of the oropharynx, now status post 3 cycles of R-CHOP chemotherapy.

**RECOMMENDATIONS/PLAN:** Mr. Blair appears to be doing well. I have recommended we proceed at this point with consolidative radiation therapy and as per my previous note on 11/15/2018 I am recommending a cumulative dose of 3240 cGy delivered to initial involved sites in 18 fractions of 180 cGy. Given this gentleman's young age of 22 years, he is at risk for induction of a secondary malignancy and consequently I would favor use of proton therapy to minimize dose to uninvolved structures. This would also help minimize toxicity. We did discuss the potential side effects associated with radiation

Name: Blair, Joseph
DOB: 7/22/1996

therapy in both the acute and late settings to include local skin reaction leading to potential desquamation, hair loss, oral mucositis, temporary or permanent xerostomia as well as the potential deleterious effects of xerostomia on dental health. The patient would have increased lifelong increased risk of caries and demineralization of his teeth and therefore I have recommended close dental follow up both before and after treatment not less than twice yearly along with fluoride prophylaxis. I have also recommended annual thyroid evaluation given the potential for hypothyroidism to develop after treatment.

We discussed the potential for oral mucositis and altered taste.

Mr. Blair had an opportunity to have his questions answered to his apparent satisfaction, expressed a desire to proceed and to that end will be scheduled for treatment planning.

Katz, Sanford, , 2/15/2019, 11:46 AM
**Electronically Signed and Approved**

CC:  Nihar K. Patel, MD; Glen Lee Watkins, MD

This document has been reviewed but not corrected.


# WILLIS-KNIGHTON CANCER CENTER

Account# W10061529730
Name: Blair, Joseph
DOB: 7/22/1996
Attending Physician: Katz, Sanford

## Progress Note

DATE: 3/11/2019
DIAGNOSIS: Stage IA diffuse large B-cell non-Hodgkin's lymphoma
SITE: Waldeyer's ring/head & neck
CURRENT DOSE: 1082/3240
FRACTION NUMBER: 6/18

Mr. Blair is seen today and is without complaint. He denies any pain, dysphagia, odynophagia, otalgia. He notes perhaps some early morning odynophagia which has since resolved. He denies any pain.

Evaluation reveals no mucositis, no skin changes.

RECOMMENDATIONS/PLAN: Continue current management. I have prescribed Mr. Blair some Quad Mix in the event that he develops odynophagia related to treatment. It will be available to him to fill. No pain medications were prescribed.

PAIN: No Pain (0-1)
PAIN PLAN OF CARE: No pain intervention needed

Select


Katz, Sanford,   , 3/11/2019, 4:32 PM
**Electronically Signed and Approved**


WILLIS-KNIGHTON HEALTH SYSTEM

| DATE/TIME | PROGRESS RECORD |
|---|---|
| 3/22/19 1400 | To NIR Mr. Blair set up verified for replan. |
| | Chart reviewed on 3/24/19 |
| 3/21/19 | 2ry Prep. Basic Dosimetry x2   AJW |
| 3/22/19 | Verification sim (NTL.)   CJW. |

Patient Identification

PROGRESS RECORD

PN0005

PN1006 REV 12/07

BLAIR,JOSEPH
07/22/96   22
Katz, Sanford R M.D
W10060567780   11/15/18



## WILLIS-KNIGHTON CANCER CENTER

Account# W10061529730
Name: Blair, Joseph
DOB: 7/22/1996
Attending Physician: Katz, Sanford

### Progress Note

DATE: 3/18/2019
DIAGNOSIS: Stage IA diffuse large B-cell non-Hodgkin's lymphoma
SITE: Waldeyer's ring/head & neck
CURRENT DOSE: 1804/3240
FRACTION NUMBER: 10/18

Mr. Blair is seen today prior to treatment with complaints of right-sided facial discomfort which began Friday night and continued through the weekend that he describes as 5/10. He said it hurts when he lays on that side of his face when he presses with his hands particularly from the inside where he believes it is swollen and he has attempted to bite the inside of his gum. When he presses the tissue towards the back around the retromolar trigone on the inside while simultaneously pressing on his parotid, he reproduces the pain as he does when he chews.

Examination today reveals no mucositis and mucus membranes are moist. There is some mild erythema and swelling on this side of his face and tinnitus and pain can be reproduced as he described. My clinical suspicion is that of a parotitis.

PLAN: Starting him on Norco 5/325, one tablet every 4-6 hours as needed, 30 count and discussed his case with Dr. Glen Watkins. The patient is scheduled for re-CT for treatment planning purposes today and we will evaluate for any obvious abnormal findings on CT and obtain a CBC as well. Dr. Watkins will see him this afternoon.

PAIN: Moderate (5-7)
PAIN PLAN OF CARE: Prescription given

Katz, Sanford,  , 3/18/2019, 4:23 PM
**Electronically Signed and Approved**


### WILLIS-KNIGHTON CANCER CENTER

Account# W10060567780
Name: Blair, Joseph
DOB: 7/22/1996
Attending Physician: Katz, Sanford

## Progress Note

DATE: 3/25/2019
DIAGNOSIS: Stage IA diffuse large B-cell non-Hodgkin's lymphoma
SITE: Waldeyer's ring/head & neck
CURRENT DOSE: 2700/3240 CcGE
FRACTION NUMBER: 15/18

Mr. Blair was seen in his third week of treatment, tolerating well. He reports significant improvement in the right-sided facial discomfort after being diagnosed with parotitis. He continues taking antibiotic therapy under the direction of Dr. Glen Watkins. He is tolerating a regular diet without difficulty.

PHYSICAL EXAM: Very minimal erythema and swelling along the right face. No oral mucositis noted.

PLAN: The patient is tolerating treatment well. Continue as planned.

PAIN: Mild (2-4)
PAIN PLAN OF CARE: Continue current regimen

Dictated by Jessica Nash, PA-C

Durci, M, , 3/25/2019, 4:33 PM
**Electronically Signed and Approved**


**WILLIS-KNIGHTON CANCER CENTER**

Account# W10060567780
Name: Blair, Joseph
DOB: 7/22/1996
Attending Physician: Katz, Sanford, MD

EPI#: 1342654
Age: 22
Dates of Treatments: 3/04/19-3/28/19
Date of Summary: 3/28/2019

Sex: Male
Referring Physician: Watkins, Glen, Lee, MD
Patient Treatment Status: Treatment completed
Karnofsky Score: 90

## Radiation Oncology Treatment Summary

**Diagnosis Summary:**

| Description | Stage | Morphology Description |
|---|---|---|
| Right tonsil | IA | Diffuse Large B-cell Lymphoma |

**Prescription Summary:**

| Site | Technique | Modality | Current Dose | # Fraction | Fraction Pattern |
|---|---|---|---|---|---|
| Waldeyer's Ring | 2 field | Proton | 2,340 CcGE | 13 | Daily |
| Waldeyer's Ring continued | 2 field | Proton | 900 CcGE | 5 | Daily |
| Cumulative Dose | | | 3,240 CcGE | | |

**Clinical Summary:**

Mr. Blair is a 22 y/o male with stage IA diffuse large B-cell lymphoma of the oropharynx diagnosed 11/07/18, status post 3 cycles of R-CHOP chemotherapy on 1/18/19. The patient subsequently completed involved field/consolidative radiation therapy to Waldeyer's Ring, tolerating treatment well. During therapy, he described right-sided facial discomfort, subsequently diagnosed with parotitis, treated with oral antibiotics per Dr. Watkins. He denied dysphagia, tolerating a regular diet throughout treatment. At the conclusion of therapy, he had minimal erythema and swelling along the right face. No oral mucositis or desquamation was visible.

Mr. Blair was scheduled for a follow up appointment in our department in 1 month and was encouraged to keep his follow up appointments with you and the other physicians involved in his care.

**Summarized by:**
Nash, Jessica, PA-C, 4/02/2019
**Approved by:**
Katz, Sanford, , 4/01/2019
Copy Sent to Referring Doctors
CC: Nihar Patel, MD; Glenn Lee Watkins, MD


## WILLIS-KNIGHTON CANCER CENTER

Account# W10060567780
Name: Blair, Joseph
DOB: 7/22/1996
Attending Physician: Katz, Sanford

### Progress Note

DATE: 3/28/2019
SITE: Head & Neck

Joseph Blair was seen on his final day of treatment. The patient denies any new complaints. Follow-up appointment was provided to the patient.

PAIN: No Pain (0-1)
PAIN PLAN OF CARE: No pain intervention needed

Dang, Phuong-Di, MD, 3/29/2019, 12:59 PM
**Electronically Signed and Approved**


## WILLIS-KNIGHTON CANCER CENTER

Account# W10062440473
Name: Blair, Joseph
DOB: 7/22/1996
Attending Physician: Katz, Sanford

JOB#: 154342

### Radiation Oncology Follow-Up

DATE: 6/5/2019
REFERRING PHYSICIAN: Glen Lee Watkins, MD
PRIMARY RADIATION ONCOLOGIST: Katz, Sanford

DISEASE TREATED: Stage IA diffuse large B-cell lymphoma of the head and neck.

INTERVAL SINCE COMPLETION OF RADIATION THERAPY: Approximately 2 ½ months.

Dear Glen,
Mr. Blair returns today for scheduled follow up and is doing reasonably well. His weight is stable at 230 pounds and he is eating and drinking an unrestricted diet without dysgeusia, odynophagia or other localizing symptoms. He does report some increased mucous in his throat. His main complaint is that of bilateral knee discomfort that he states limits his physical activities.

PHYSICAL EXAM:
Examination today revealed no adenopathy in the neck. Inspection of the oral cavity and oropharynx revealed moist mucous membranes without ulcerations, lesions, or masses. Nasopharyngoscopy through the right naris revealed normal nasopharynx, oropharynx, and larynx. Vocal cords moved symmetrically.

IMPRESSION: A 22-year-old white gentleman 2 ½ months status post involved field radiation therapy following systemic chemotherapy for stage IA diffuse large B-cell lymphoma of the oropharynx.

RECOMMENDATIONS/PLAN: Mr. Blair appears to be doing well and I will see him back in 1 months time. In the interim, we will obtain a post treatment PET scan. He is scheduled to follow up with Dr. Patel on 7/3/2019.

Katz, Sanford,  , 6/12/2019, 1:04 PM
**Electronically Signed and Approved**

CC:   Glen Lee Watkins, MD; Nihar K. Patel, MD

This document has been reviewed but not corrected.


**WILLIS-KNIGHTON CANCER CENTER**

Account# W10066897587
Name: Blair, Joseph
DOB: 7/22/1996
Attending Physician: Katz, Sanford

JOB#: 349389

## Radiation Oncology Follow-Up

DATE: 09/22/2020
REFERRING PHYSICIAN: Glen Lee Watkins, MD
PRIMARY RADIATION ONCOLOGIST: Katz, Sanford

DISEASE TREATED: Stage IA diffuse large B-cell lymphoma of the head and neck/right tonsil.

INTERVAL SINCE COMPLETION OF RADIATION THERAPY: Approximately 1 year and 6 ½ months.

Dear Glen,
Mr. Blair returns today for scheduled follow up and is doing well. He is eating and drinking well without restriction, denies any dysphagia, odynophagia, otalgia, new sites of bony discomfort, fever, chills, weight loss. His weight is up 15 pounds to 249. He recently underwent follow up CT scan of the neck on 09/18/2020 revealing multiple slightly prominent left level 4 nodes, unchanged in size since previous studies and the prominence of Waldeyer's ring and the right tonsil noted on the original CT scan in November 2018 no longer seen. He denies any dry mouth, dental issues, though he is not followed by a dentist secondary to financial considerations and he reports normal hearing and denies any nasal congestion, though he does have some rhinorrhea he attributes to allergies.

**CURRENT MEDICATIONS:** Occasional Advil.

**ROS:**
GENERAL: Negative for fever, chills, malaise.
NEURO: Negative for headaches, dizziness, disequilibrium.
CARDIAC: Negative for angina or palpitations.
PULMONARY: Negative for cough, hemoptysis, or dyspnea.
GI: Negative for nausea, vomiting, diarrhea, constipation, or melena.
MS: Negative for any new sites of bony discomfort.

**PHYSICAL EXAM:**
Examination reveals a well-developed, well-nourished, 24-year-old white gentleman. Neck is without adenopathy. Laryngeal click was present and nontender. Inspection of the oral cavity and oropharynx revealed moist mucous membranes without ulcerations, lesions, or masses. Nasopharyngoscopy initially attempted through the right naris revealed boggy edematous and mildly erythematous mucosa consistent with allergic rhinitis. Subsequent inspection through the left naris revealed erythema and bogginess to a lesser degree and also some erythema and bogginess of the nasopharyngeal mucosa. There were no masses appreciated and oropharyngeal and laryngeal structures were normal. Inspection of the oral cavity and oropharynx with palpation also was unremarkable.

Name: Blair, Joseph
DOB: 7/22/1996

**IMPRESSION:** A 24-year-old white gentleman status post chemotherapy and involved field radiation therapy for a stage IA, non-Hodgkin lymphoma of the oropharynx.

**RECOMMENDATIONS/PLAN:** Mr. Blair appears to be doing well. I will see him back in 6 months' time and a TSH will be performed today. He was also sent to schedule follow up appointment with Dr. Patel.

As always, I appreciate the opportunity to participate in the care of your patients.

Katz, Sanford,  , 10/09/2020, 1:20 PM
**Electronically Signed and Approved**

CC: Glen Lee Watkins, MD; Nihar K. Patel, MD

This document has been reviewed but not corrected.

NAME: Joseph Blair  AGE: 22  DIAGNOSIS: B-Cell Lymphoma Stage IV of Oropharynx
DATE: 2/7/19  TIME SINCE TX: —
REFERRAL, M.D./OTHER ATTENDINGS: Patel

DIAGNOSIS TX. HX: F/U after consult 11-15-18
Chemo - Began R-CHOP thru 1-18-19

RECENT EXAMS/TESTS: (11-15-18)

Appetite good

MEDICATIONS: See Consolidation Sheet  ALLERGIES: NKDA
CURRENT WEIGHT: 234  PREV: 230  DIET: regular soft liquid tube
HABITS: TOBACCO PRIOR ___ NKA ___ NOW ___  ETOH Denies
Do you have a living will: Yes  No    Would you like information on how to obtain a living will: Yes  No

### REVIEW OF SYSTEMS
GU: (normal) dysuria hematuria nocturia freq/urgency incontinence impotency ___
GI: (normal) last BM ___ constipation loose stools # ___ last 24 hours mucoid stools melena flatulence nausea/vomiting
GYN: no complaint vaginal bleeding vaginal discharge discomfort with intercourse vaginal dilators used
   Last Pap date ___ Last mammogram/results ___
Constitutional: no complaint fevers chills night sweats hot flashes fatigue ___
   lymphedema ___ Skin ___
Pain: (None (0-1)) Mild (2-4) Mod (5-7) Severe (8-10) Location: ___
*POC: [No pain intervention] [OTC] [RX] [Meds adjusted] [Ref to MD] [Monitor] [Cont. regimen]
Neuro: no complaint headache dizziness vision changes LOB/falls neuropathy seizure antiepileptic med ___
   "Sometimes"
Cardiovascular: no complaint cough prod/non-prod/hemoptysis SOB DOE chest pain ___
HEENT: no complaint difficulty swallowing dry mouth throat pain ear pain/stuffiness dental eval ___
Musculoskeletal: no complaint muscle atrophy leg/arm weakness ___
Other: ___

### PHYSICAL EXAM
GENERAL ___ Fatigue w/ Chemo
HEENT ___
HEART ___
LUNGS ___
BREAST TX ___
   CONTRALATERAL ___
ABDOMEN ___
BACK ___
EXTREMITY ___
LN SURVEY ___
NEURO ___
SKIN ___
GENITORECTAL ___
SCOPE ___

IMPRESSION/PLAN: Dentist - Friday 2/8/19 @ 0820

Signature

Lane R. Rosen, M.D.    Sanford R. Katz, M.D.    Michael L. Durci, M.D.    P. Daniella Dang, M.D.    C. Jake Wang, M.D., PhD

* Dr. Katz reviewed POC (18 treatments) + complete process/reviewed potential S/E; importance of dental eval & care. Pt. to call p Dental evaluation to schedule Sim.

**WILLIS-KNIGHTON HEALTH SYSTEM**   Chemo → RT

| DATE/TIME | NURSES NOTES | DATE: / / |

11-15-18 2pm — Consult to discuss B-cell Lymphoma (R tonsil). Pt scoped successfully. PET pending.
Treatment: Chemo q 3 weeks for systemic therapy for several months. Repeat PET.
Chemo side effects can be intense & long term.
Radiation to treat "local" ie: Tonsil, neck.
Combination can use less of each.
RT - minimal side effects - painless tx's.
M-F × 18#
Planning session to use for planning will make mask on this day.
Weekly visits w/ Dr Katz - OTV.
Side effects - sense of taste diminished or gone. Will last 3-6 months; blisters in mouth, roof of mouth, tongue - will prescribe meds. Refer to dietician. Dry mouth - can last forever.
F/u treatment monitoring w/ PET.
Time allowed for questions.
Chemo/RT - can cause 2nd cancer - told him ∅ important to know b/c so young.

— Karen Blair RN

Refer - Dr. Suzanne Windham
Dentist
Cleaning etc - evaluation

NN1023

BLAIR, JOSEPH
07/22/96   22
Katz, Sanford R M.D
W10060567780        11/15/18

| Willis-Knighton Radiation Oncology | PATIENT ASSESSMENT | 11/15/2018 | 1:55 PM |
|---|---|---|---|
| BLAIR, JOSEPH | EPI #: 1342654 | DOB: 7/22/1996 | Age: 22 |
| Diagnosis: Diffuse large B-cell lymphoma, lymph nodes of head, face, and neck [C83.31], | | | Stage: |
| Care Plan: | | MD: Katz, Sanford | |

| | 11/13/2018 | | | | | |
|---|---|---|---|---|---|---|
| VITAL SIGNS | 8:34 AM | | | | | |
| KPS % Score | 80 - 90 - Able to carry on normal activity; minor s/s of disease | | | | | |
| Weight       lb | 230 | | | | | |
| Height       inch | 72 | 10lb 1050 | | | | |
| BSA          m^2 | 2.26 | | | | | |
| BMI (A) (kg/m^2) | 31.2 | | | | | |
| Doctors | | | | | | |
| Referring Doctors | Dr. Glen Watkins | | | | | |
| Referring Doctors... | NKDA | | | | | |
| PCP | None | | | | | |
| HISTORY OF PRESENT ILLNESS | | | | | | |
| Consult Interview (See Note) | Symptoms began 6mos, pain, increased snoring, poor sleep qual | | | | | |
| Diagnostic Studies | | | | | | |
| Prostate Cancer | Not Applicable - Not Applicable | | | | | |
| 1 | 11/6/18 CT Soft Tissue Neck- Marked hypertrophy Waldeyers ring, esp noted r tonsil | | | | | |
| 2 | Marked narrowing of airway. Multi prominent cervical lymph nodes, howerver still | | | | | |
| 3 | within normal range. Multi enhancing nodules n\n retropharyngeal region at level | | | | | |
| 4 | C5-C6 | | | | | |
| 6 | *****11/19/18 PET is scheduled for 1245 | | | | | |
| Pathology | | | | | | |
| 1. | 11/7/2018 Tonsil, Left tonsillectomy - Benign Reactive follicular lymphoid hyperplasi | | | | | |
| 2. | Tonsil, Right Tonsillectomy-CD5 positive diffuse Large B-Cell Lymphoma | | | | | |
| Prior Therapies | | | | | | |
| Prior Chemotherapy | No - Patient has not had any prior Chemotherapy | | | | | |
| Prior Radiation Therapy | No - Patient has not had any prior Radiation Therapy | | | | | |
| PAST SURGICAL HISTORY | | | | | | |
| Surgery #1 | Tonsillectomy | | | | | |
| SOCIAL HISTORY | | | | | | |
| Marital Status | MARRIED - MARRIED | | | | | |
| # of children | 1 | | | | | |
| Lives with | alone | | | | | |
| Current Work Situation | Medical Leave - Medical Leave | | | | | |
| Occupation | Vegetation management-EDKO - Roundup on power lines | | | | | |
| Smoking Status | Never - Never smoker | | | | | |
| Alcohol Use | Never - Never | | | | | |
| Exercise/Activities | weight training | | | | | |
| Frequency of Exercise/Activity | daily | | | | | |
| Transportation Concerns | No - No | | | | | |
| Review of Systems | | | | | | |
| Skin and Hair | | | | | | |
| HEENT | ✓ C5F | | | | | |
| Dental Eval | Middle school | | | | | |

Patel - Pass → Stage II or Lower → R chop + RT

Page 1 of 9

| Willis-Knighton Radiation Oncology | PATIENT ASSESSMENT | 11/15/2018 1:55 PM |
|---|---|---|
| BLAIR, JOSEPH | EPI #: 1342654  DOB: 7/22/1996 | Age: 22  Stage: |
| Diagnosis: Diffuse large B-cell lymphoma, lymph nodes of head, face, and neck [C83.31], | | MD: Katz, Sanford |
| Care Plan: | | |

| | 11/13/2018 |
|---|---|
| Last Dental Cleaning? | can't remember |
| **Neurologic** | 8:34 AM |
| Oriented to Person Place Time | x 3 |
| Mobility | Ambulatory |
| **Cardiovascular** | |
| No Cardiovascular Complaints | y |
| **Lung** | |
| No Lung Complaints | y |
| **Breast** | |
| **Gastrointestinal** | |
| No Gastrointestinal Complaints | y |
| **Urinary** | |
| Urinary Pain | 1 None - 1 None |
| Urinary Hematuria | 1 None - 1 None |
| Urinary Frequency | 1 None - 1 None |
| Incontinence | 1 - Occasional; pads not indicated |
| Nighttime Urination | 0 |
| **Gynecologic** | |
| **Lymphatic and Hematologic** | |
| No Lymph/Hematologic Complaint | y |
| **Musculoskeletal** | 8:34 AM |
| No Musculoskeletal complaints | y |
| **Constitutional** | |
| Fatigue | y |
| Night Sweats | y |
| **Pain** | |
| Pain Scale | 2-4 Mild - 2-4 Mild |
| Pain Plan of Care | Continue Current Regimen - Continue Current Regimen |
| What makes pain better? | pain meds |
| What makes pain worse? | talking |
| Pain Location | throat |
| Pain Symptoms | sharp, stabbing |
| **Emotional State** | |
| Responsive to Care | Yes |
| Anxious or Apprehensive | Yes |
| Thoughts of Hurting Yourself? | N - No |
| Pt feel abused, neglected | No - No |
| Diet | Soft |
| **Patient Education** | |
| Language/comm barrier | No |
| Pt/fmly ready/willing to learn | Yes |
| Learning Preference | Oral - Oral |

Florida, Inc.                                                                                                                                    Page 2 of 3

| Willis-Knighton Radiation Oncology | PATIENT ASSESSMENT | | 11/15/2018 | 1:55 PM |
|---|---|---|---|---|
| BLAIR, JOSEPH | EPI #: 1342854 | DOB: 7/22/1996 | | Age: 22 |
| Diagnosis: Diffuse large B-cell lymphoma, lymph nodes of head, face, and neck [C83.31] | | | | Stage: |
| Care Plan: | | | MD: Katz, Sanford | |

| | 11/13/2018 |
|---|---|
| Inst. given to pt or family | Accompanied by his mother |

Elekta, Inc.

Page 2 of 2