EXHIBIT 3



**WILLIS-KNIGHTON CANCER CENTER**

2600 Kings Highway
Shreveport, LA 71103
Ph. 318-212-8620

Account# W10060548814 MR: 1342654
Name: BLAIR, JOSEPH
DOB: 7/22/1996
Attending Physician: Nihar K. Patel, MD
Diagnosis:
Malignant neoplasm of tonsillar pillar (anterior) (posterior)     [ICD10] C09.1

## Hematology – Oncology Consult

Date: 11/16/18  11:11 AM
Reason for Visit: DLBCL

HPI:
Mr. Blair is a 22-year-old male referred for evaluation and management for a newly diagnosed large B cell lymphoma.

The patient recalls feeling a swelling/sore sensation in his neck in early October 2018. He was seen at an urgent care on 10/27/2018 at which time he was prescribed antibiotics and referred to ENT, Dr. Glen Watkins.

A CT scan on 11/6/2018 revealed "marked hypertrophy of Waldeyer's ring especially noted in the right tonsillar area with narrowing of the airway at the level of oropharynx. In addition, multiple prominent cervical lymph nodes were represent. On 11/7/2018, he was taken to the operating room for tonsillectomy. Pathology revealed CD5+ diffuse large b cell lymphoma of the right tonsil.

Today, he feels well and states yesterday was the first day he had no postoperative pain. He denies any fevers, chills, nausea, vomiting, night sweats, or weight loss. In fact, since January 2018, he notes approximately 20-25 lb weight gain. Of note, Mr. Blair works in the vegetation service industry and regularly sprays RoundUp as part of his duties.

Prior Chemotherapy: N/A

Past Medical History: None

Surgeries and Biopsies: Tonsillectomy

Family History: The patient denies any hematologic or oncologic disorder per their recollection.

Social History: Record date - 11/16/2018 10:51 AM; Marital Status; Married < 10 years - Yes; Occupation - Vegetation management; Water Services - City services; Pets? - 2 dogs 1 cat; Are you pregnant? - No; Considering pregnancy? - No; Social History; Smoking Status - Never smoker; Alcohol Use. - Never; Alcohol Use - None

Allergies: No Known Drug Allergies

Medications: Please see medication list charted in Mosaic

Review of Systems:
A 12-point review of system was obtained and is otherwise negative except for the following pertinent positives: good appetite, but painful when swallowing

Physical Examination
Vital Signs: Weight (lb) - 235; B/P - 124/78; P - 64; R - 18; T (F) - 97.8; BSA (m*2) - 2.24

| General: | The patient is well-developed, alert and oriented x 3 and in no distress. |

1342654
Name: BLAIR, JOSEPH
DOB: 7/22/1996
Attending Physician: Patel, Nihar K.

| | |
|---|---|
| HEENT: | Normocephalic, atraumatic. EOMI, PERRLA, anicteric sclerae. Moist mucosal membranes with no oropharyngeal exudates. Slight swelling along the soft palate. |
| Neck: | Supple, no thyromegaly, no increased JVP, trachea is midline. ROM is intact with no evidence of nuchal rigidity. |
| Respiratory: | Lungs are clear to auscultation bilaterally. No accessory muscle use. No wheezes, rales, or rhonchi. |
| Cardiovascular: | Heart is regular rate, with a normal S1, S2. There are no appreciable murmurs, rubs, or gallops. |
| Abdomen: | Soft, nontender, nondistended. No appreciable organomegaly. No guarding or rebound. NABS. |
| Extremities: | No cyanosis or clubbing. There is no lower extremity edema. |
| Skin: | No petechiae, ecchymosis or rashes. |
| Lymphatics: | No appreciable cervical, supraclavicular, axillary, or inguinal adenopathy. |
| Neurologic | Intact to motor and sensory testing. |
| Musculoskeletal: | Examination reveals no acutely inflamed joints. Gait is unremarkable. |

Lab Values:

| Date | 11/16/2018 |
|---|---|
| Time | 12:94 PM |
| **CBC w/ Auto Differential** | |
| White Blood Cell Count (10E3/uL) | 6.6 |
| Red Blood Cell Count (10E6/uL) | 4.73 |
| Hemoglobin (g/dL) | 14.2 |
| Hematocrit (%) | 41.7 |
| MCV (fL) | 88.0 |
| MCH (pg) | 30.0 |
| MCHC (g/dL) | 34.1 |
| RDW (%) | 13.9 |
| Platelet Count (10E3/uL) | 274 |
| Mean Platelet Volume (fL) | 8.5 |
| Neutrophils (%) | 62.2 |
| Lymphocytes (%) | 25.9 |
| Monocytes (%) | 6.6 |
| Eosinophils (%) | 4.8 |
| Basophils (%) | 0.5 |
| Neutrophils # (10E3/uL) | 4.1 |
| Lymphocytes # (10E3/uL) | 1.7 |
| Monocytes # (10E3/uL) | 0.4 |
| Eosinophils # (10E3/uL) | 0.3 |
| Basophils # (10E3/uL) | 0.0 |
| **CMP** | |
| Glucose (mg/dL) | 95 |
| Potassium (mmol/L) | 4.6 |
| Sodium (mmol/L) | 141 |
| Chloride (mmol/L) | 106 |
| CO2 (mmol/L) | 27 |
| Blood Urea Nitrogen (mg/dL) | 16 |
| Creatinine (mg/dL) | 1.04 |
| Calcium (mg/dL) | 9.5 |
| Alkaline Phosphatase (U/L) | 94 |
| Total Bilirubin (mg/dL) | 0.4 |
| Alanine Aminotransferase (ALT) (U/L) | 32 |
| Aspart. Aminotransferase (AST) (U/L) | 22 |
| Total Protein (g/dL) | 7.4 |
| Albumin (g/dL) | 4.2 |
| Anion Gap (mmol/L) | 8.0 |
| Albumin/Globulin Ratio | 1.3 |
| Globulin (g/dL) | 3.2 |
| GFR (African American) (SeeBelow) | 114.8 |
| GFR (all races except Black) (SeeBelow) | 94.9 |
| **Other Labs** | |

2

1342654
Name: BLAIR, JOSEPH
DOB: 7/22/1996
Attending Physician: Patel, Nihar K.

| Hepatitis A IgM Interpretation | Negative |
|---|---|
| Hepatitis Bc IgM Interpretatio | Negative |
| Hepatitis Bs Ag Interpretation | (C) Negative |
| Hepatitis C Ab Interpretation | (C) Negative |
| CrCl (I) (ml/min) | 92.7 |
| CrCl (C&G) (ml/min) | 167.98 |

Other:
Path s/p bilateral tonsillectomy 11/07/2018: The overall morphologic and immunohistochemical findings are consistent CD5+ DLBCL, ABC type. FISH Testing for BCL2, BCL6, MYC is pending.

Impression:
1. Diffuse Large B-Cell Lymphoma

Recommendation/Plan:
I reviewed with the patient and his family the previous labs, imaging, and pathology findings. To summarize, he is s/p bilateral tonsillectomy with the overall morphologic and immunohistochemical pathological findings consistent with CD5+ DLBCL, ABC type.

I explained in detail the diagnosis, biology, and natural course of DLBCL, though explained additional studies are necessary, specifically, lab studies, bone marrow evaluation, and a PET/CT, the latter two for complete staging requirements.

Presuming the above studies confirm Stage I/II disease, I recommend definitive R-CHOP 21 x 3 cycles followed by XRT of approximately 30 cGY +/- IT chemotherapy. Given the ABC subtype, if staging scans are consistent with Stage III/IV disease, more aggressive therapy may be appropriate. Of note, we are awaiting BCL2, BCL6, and MYC studies.

Mr. Blair expressed understanding for the plan of care and is amenable to a bone marrow biopsy today. I answered all of his questions to his stated satisfaction. Thank you Dr. Watkins for allowing us to participate in the care of your patient. Know that I am grateful for your entrustment in the care of this delightful gentleman. Please do not hesitate to call with any questions or further concern.

Document status: Approved
Electronically signed by: PATEL, NIHAR K; 11/16/2018; 5:42 PM

cc:
Glen Watkins, MD

3


2600 Kings Highway
Shreveport, LA 71103
Ph. 318-212-8620

**WILLIS-KNIGHTON CANCER CENTER**

Account# W10060548814 MR#1342654
Name: BLAIR, JOSEPH
DOB: 7/22/1996
Attending Physician: PATEL, NIHAR K
Diagnosis: [ICD10] C83.31 Diffuse large B-cell lymphoma, lymph nodes of head, face, and neck
[ICD10] C09.1 Malignant neoplasm of tonsillar pillar (anterior) (posterior)
[ICD10] Z79.891 Long-term (current) use of opiate analgesic
[ICD10] Z79.899 Other long term (current) drug therapy

## Hematology – Oncology Progress Note

Date: 1/18/2019

HPI:
1. Diffuse Large B-cell Lymphoma – Low risk IPI; Low risk CNS IPI
   A. CT Neck 11/07/2018: Marked hypertrophy of Waldeyer's ring; this is especially noted in right tonsillar area. There is marked narrowing of airway at the level of oropharynx. Multiple prominent cervical lymph nodes. They are, however, still within normal range. Multiple enhancing nodules noted in retropharyngeal region at the level of C5-C6. Findings may represent ectopic parathyroid adenomas. Laboratory correlation is recommended.
   B. Path s/p bilateral tonsillectomy 11/07/2018: The overall morphologic and immunohistochemical findings are consistent CD5+ DLBCL, ABC type. FISH Testing for BCL2, BCL6, MYC is pending.
   C. Path s/p bone marrow aspirate 11/16/2018: cellular bone marrow aspirate with maturing trilineage hematopoiesis. No flow cytometric evidence of bone marrow involvement by B-cell lymphoma
   D. PET/CT 11/19/2018: Mildly prominent lymph node in left neck cervical chain, level 1B, demonstrating low level metabolic activity. This node is at most marginally increased in size since 11/6/2018 CT of the neck. Given the relatively recent surgical intervention, reactive process is favored. However, isolated nodal disease cannot be entirely excluded and attention to this region on follow-up imaging is recommended. If this lymph node does represent nodal disease, metabolic activity is greater than blood pool and slightly less than liver (Deauville score 3). Otherwise, findings appear most consistent with complete metabolic response
   E. 2d Echocardiogram 11/27/2018: LVEF 56%

Reason for Visit: The patient returns for scheduled follow up and planned c3d1 R-CHOP 21. He feels well. No fevers, nausea, or fatigue.

Allergies: No Known Drug Allergies; No Known Allergies

Medications: Please see medication list charted in Mosaic

Reviewed and Unchanged
☒ Past Medical History    ☒ Surgical History    ☒ Family History    ☒ Social History

Review of Systems:
A 12-point review of systems was obtained and is otherwise negative except for the following pertinent positives: no complaints today

Physical Examination:
Vital Signs: Record date - 1/18/2019 8:47 AM; Vital Signs & Weight; T (F) - 98.5; P - 97; R - 18; B/P - 135/83; Weight (lb) - 238; BSA (m*2) - 2.25; BMI (A) (kg/m*2) - 34.1; Percent Weight Change - 3

| General: | The patient is well-developed, alert and oriented x 3 and in no acute distress. |
|---|---|
| HEENT: | Normocephalic, atraumatic. EOMI, PERRLA, anicteric sclerae. Moist mucosal membranes with no oropharyngeal exudates. |

1342654
Name: BLAIR, JOSEPH
DOB: 7/22/1996
Attending Physician: Patel, Nihar K.

| Neck: | Supple, no thyromegaly, no increased JVP, trachea is midline. ROM is intact with no evidence of nuchal rigidity. |
|---|---|
| Respiratory: | Lungs are clear to auscultation bilaterally. No accessory muscle use. No wheezes, rales, or rhonchi. |
| Cardiovascular: | Heart is regular rate, with normal S1, S2. There are no appreciable murmurs, rubs, or gallops. |
| Abdomen: | Soft, nontender, nondistended. No appreciable organomegaly. No guarding or rebound. NABS. |
| Lymphatics: | No appreciable cervical, supraclavicular, or axillary adenopathy. |
| Extremities: | No cyanosis or clubbing. There is no lower extremity edema. |
| Skin: | No petechiae, ecchymosis or rashes. |
| Neurologic: | Intact to motor and sensory testing. |
| Musculoskeletal: | Examination reveals no acutely inflamed joints. Gait is unremarkable. |

Lab Values:

| Date | 1/18/2019 |
|---|---|
| Time | 8:24 AM |
| CBC w/ Auto Differential | |
| White Blood Cell Count (10E3/uL) | 5.6 |
| Red Blood Cell Count (10E6/uL) | 4.25 |
| Hemoglobin (g/dL) | 13.0 L |
| Hematocrit (%) | 37.9 L |
| MCV (fL) | 89.3 |
| MCH (pg) | 30.6 |
| MCHC (g/dL) | 34.2 |
| RDW (%) | 15.6 |
| Platelet Count (10E3/uL) | 317 |
| Mean Platelet Volume (fL) | 8.3 |
| Neutrophils (%) | 74.5 |
| Lymphocytes (%) | 16.3 |
| Monocytes (%) | 8.6 |
| Eosinophils (%) | 0.1 |
| Basophils (%) | 0.5 |
| Neutrophils # (10E3/uL) | 4.2 |
| Lymphocytes # (10E3/uL) | 0.9 |
| Monocytes # (10E3/uL) | 0.5 |
| Eosinophils # (10E3/uL) | 0.0 |
| Basophils # (10E3/uL) | 0.0 |
| CMP | |
| Glucose (mg/dL) | 160 H |
| Potassium (mmol/L) | 4.4 |
| Sodium (mmol/L) | 141 |
| Chloride (mmol/L) | 103 |
| CO2 (mmol/L) | 27 |
| Blood Urea Nitrogen (mg/dL) | 16 |
| Creatinine (mg/dL) | 1.01 |
| Calcium (mg/dL) | 9.4 |
| Alkaline Phosphatase (U/L) | 68 |
| Total Bilirubin (mg/dL) | 0.6 |
| Alanine Aminotransferase (ALT) (U/L) | 51 |
| Aspart. Aminotransferase (AST) (U/L) | 35 |
| Total Protein (g/dL) | 7.3 |
| Albumin (g/dL) | 4.4 |
| Anion Gap (mmol/L) | 11.0 |
| Albumin/Globulin Ratio | 1.5 |

Impression:
1. Diffuse Large B-cell Lymphoma - Low risk IPI; Low risk CNS IPI

Recommendation/Plan:

2

1342654
Name: BLAIR, JOSEPH
DOB: 7/22/1996
Attending Physician: Patel, Nihar K.

I reviewed with the patient the latest labs, imaging, and pathological findings. To summarize, he is s/p bilateral tonsillectomy with the overall morphologic and immunohistochemical pathological findings consistent with CD5+ DLBCL, ABC type. The PET/CT scan shows limited nodal involvement with a single prominent lymph node. The bone marrow aspirate from the 11/16/2018, shows no evidence of a lymphomatous process. The core biopsy from 11/21/2018 is negative for involvement. IPI and CNS-IPI score are low risk.

We will proceed with c3d1 R-CHOP 21 with Neulasta OBI support. Following this cycle, I will refer him back to Dr. Katz for evaluation for XRT.

Mr. Hewitt expressed understand for the plan of care. He will return for lab and follow up in 12 weeks for surveillance lab and follow up.

Document status: Approved
Electronically signed by: PATEL, NIHAR K; 1/18/2019; 2:23 PM

cc:     Watkins, Glen Lee

3

**WILLIS-KNIGHTON CANCER CENTER**

2600 Kings Highway
Shreveport, LA 71103
Ph. 318-212-8620

Account#W10060548814 MR#1342654
Name: BLAIR, JOSEPH
DOB: 7/22/1996
Attending Physician: PATEL, NIHAR K
Diagnosis: [ICD10] C09.1 Malignant neoplasm of tonsillar pillar (anterior) (posterior)
[ICD10] C83.31 Diffuse large B-cell lymphoma, lymph nodes of head, face, and neck
[ICD10] Z51.0 Encounter for antineoplastic radiation therapy

## Hematology – Oncology Progress Note

Date: 10/1/2020

HPI:
I. Diffuse Large B-cell Lymphoma – Low risk IPI, Low risk CNS IPI
   A. CT Neck 11/07/2018: Marked hypertrophy of Waldeyer's ring; this is especially noted in right tonsillar area. There is marked narrowing of airway at the level of oropharynx. Multiple prominent cervical lymph nodes. They are, however, still within normal range. Multiple enhancing nodules noted in retropharyngeal region at the level of C5-C6. Findings may represent ectopic parathyroid adenomas. Laboratory correlation is recommended.
   B. Path s/p bilateral tonsillectomy 11/07/2018: The overall morphologic and immunohistochemical findings are consistent CD5+ DLBCL, ABC type. FISH Testing for BCL2, BCL6, MYC is pending.
   C. Path s/p bone marrow aspirate 11/16/2018: cellular bone marrow aspirate with maturing trilineage hematopoiesis. No flow cytometric evidence of bone marrow involvement by B-cell lymphoma
   D. PET/CT 11/19/2018: Mildly prominent lymph node in left neck cervical chain, level 1B, demonstrating low level metabolic activity. This node is at most marginally increased in size since 11/6/2018 CT of the neck. Given the relatively recent surgical intervention, reactive process is favored. However, isolated nodal disease cannot be entirely excluded and attention to this region on follow-up imaging is recommended. If this lymph node does represent nodal disease, metabolic activity is greater than blood pool and slightly less than liver (Deauville score 3). Otherwise, findings appear most consistent with complete metabolic response.
   E. 2d echocardiogram 11/27/2018: LVEF 56%
   F. S/p 3 cycles R-CHOP 21 between 12/4/2018 – 1/18/2019
   G. S/p adjuvant radiotherapy between 3/4/2019 – 3/28/2019

Reason for Visit: The patient returns for scheduled follow up his first since Jan 2019. He feels well today. No complaints. No fevers, nausea, or fatigue.

Allergies: No Known Drug Allergies; No Known Allergies

Medications: Please see medication list charted in Mosaic.

Past Medical History: None
Surgeries and Biopsies: Tonsillectomy
Family History: The patient denies any hematologic or oncologic disorder per their recollection
Social History: Marital Status: Married < 10 years – Yes; Occupation – Vegetation management; Water Services – City services; pets? – 2 dogs 1 cat; Are you pregnant? – No; Considering pregnancy? – No; Social History; Smoking Status – Never smoker; Alcohol Use – Never; Alcohol Use – None

Review of Systems:
A 12-point review of systems was obtained and is otherwise negative except for the following pertinent positives: no complaints today

Physical Examination:
Vital Signs: Record date – 10/1/2020 10:38 AM; Vital Signs & Weight; T (F) – 98.7; P – 72; R – 18; B/P – 115/81; Weight (lb) – 243; BSA (m*2) – 2.27; BMI (A) (kg/m*2) – 34.9; Percent Weight Change – 6

| General: | The patient is well-developed, alert and oriented x 3 and in no acute distress. |
|---|---|
| HEENT: | Normocephalic, atraumatic. EOMI, PERRLA, anicteric sclerae. Moist mucosal membranes with no oropharyngeal exudates. |
| Neck: | Supple, no thyromegaly, no increased JVP, trachea is midline. ROM is intact with no evidence of nuchal rigidity. |
| Respiratory: | Lungs are clear to auscultation bilaterally. No accessory muscle use. No wheezes, rales, or rhonchi. |
| Cardiovascular: | Heart is regular rate, with normal S1, S2. There are no appreciable murmurs, rubs, or gallops. |
| Abdomen: | Soft, nontender, nondistended. No appreciable organomegaly. No guarding or rebound. NABS. |
| Lymphatics: | No appreciable cervical, supraclavicular, or axillary adenopathy. |
| Extremities: | No cyanosis or clubbing. There is no lower extremity edema. |
| Skin: | No petechiae, ecchymosis or rashes. |
| Neurologic: | Intact to motor and sensory testing. |
| Musculoskeletal: | Examination reveals no acutely inflamed joints. Gait is unremarkable. |

Lab Values:

1342654
Name: BLAIR, JOSEPH
DOB: 7/22/1996
Attending Physician: Patel, Nihar K.

| Date | 10/1/2020 |
|---|---|
| Time | 10:11 AM |
| CBC w/ Auto Differential | |
| White Blood Cell Count (10E3/uL) | 6.1 |
| Red Blood Cell Count (10E6/uL) | 5.35 |
| Hemoglobin (g/dL) | 15.7 |
| Hematocrit (%) | 46.2 |
| MCV (fL) | 86.4 |
| MCH (pg) | 29.3 |
| MCHC (g/dL) | 33.9 |
| RDW (%) | 14.1 |
| Platelet Count (10E3/uL) | 229 |
| Mean Platelet Volume (fL) | 8.8 |
| Neutrophils (%) | 63.3 |
| Lymphocytes (%) | 27.7 |
| Monocytes (%) | 6.8 |
| Eosinophils (%) | 2.0 |
| Basophils (%) | 0.2 |
| Neutrophils # (10E3/uL) | 3.8 |
| Lymphocytes # (10E3/uL) | 1.7 |
| Monocytes # (10E3/uL) | 0.4 |
| Eosinophils # (10E3/uL) | 0.1 |
| Basophils # (10E3/uL) | 0.0 |
| CMP | |
| Glucose (mg/dL) | 94 |
| Potassium (mmol/L) | 4.3 |
| Sodium (mmol/L) | 140 |
| Chloride (mmol/L) | 106 |
| CO2 (mmol/L) | 26 |
| Blood Urea Nitrogen (mg/dL) | 18 |
| Creatinine (mg/dL) | 1.00 |
| Calcium (mg/dL) | 9.6 |
| Alkaline Phosphatase (U/L) | 88 |
| Total Bilirubin (mg/dL) | 0.6 |
| Alanine Aminotransferase (ALT (U/L) | 30 |
| Aspart. Aminotransferase (AST (U/L) | 38 |
| Total Protein (g/dL) | 7.6 |
| Albumin (g/dL) | 4.6 |
| Anion Gap (mmol/L) | 8.0 |
| Albumin/Globulin Ratio | 1.5 |

Impression:
1. Diffuse Large B cell Lymphoma – Low risk IPI; Low risk CNS IPI

Recommendation/Plan:
I reviewed with the patient the latest labs, imaging, and pathological findings. To summarize, he is s/p bilateral tonsillectomy with the overall morphologic and immunohistochemical pathological findings consistent with CD5+ DLBCL, ABC type. The PET/CT scan shows limited nodal involvement with a single prominent lymph node. The bone marrow aspirate from the 11/16/2018 shows no evidence of a lymphomatous process. The core biopsy from 11/21/2018 is negative for involvement. IPI and CNS IPI score are low risk.

He is now s/p 3 cycles R-CHOP 21 followed by adjuvant radiation; the latter completed on 3/28/2019. I recommend continued surveillance for now. Mr. Blair expressed understand for the plan of care. He will return for lab and follow up in 24 weeks for surveillance lab and follow up.

Document status: Approved
Electronically signed by: PATEL, NIHAR K; 10/02/2020; 7:54 AM

cc: Watkins, Glen Lee

2

```
                          Willis Knighton PCI  **LIVE**
                             Medication Orders History

BLAIR,JOSEPH (W001253563)                        CYCLOPHOSPHAMIDE *BKC* - CYCLOPHOSPHAMIDE
Age/Sex: 23 N
DTS - Dec 17, 18;  REG RCR - Feb 01, 19                Dec 04, 2018 through Feb 04, 2019

Rx #        Trade Name                   Dose  Sig/Sch Route RP Start    Stop    Note

X00604651   SODIUM CHLORIDE 0.9%         250 ML .X1    IV      01/18/19 01/19/19 *DC
     ADD    CYCLOPHOSPHAMIDE           1,680 MG
X00680759   SODIUM CHLORIDE 0.9%         250 ML .X1    IV      12/26/18 12/27/18 *DC
     ADD    CYCLOPHOSPHAMIDE           1,680 MG
X00677399   SODIUM CHLORIDE 0.9%         250 ML .X1    IV      12/04/18 12/05/18 *DC
     ADD    CYCLOPHOSPHAMIDE           1,695 MG


Run: Mon - Feb 04 (15:53) for KERRY,LISA ANN
```

```
                              Willis Knighton PCI   **LIVE**
                              Medication Orders History

BLAIR,JOSEPH (W001253563)                              DOXOrubicin - DOXOrubicin from MDV
Age/Sex: 22 M
DOB - Dec 17, 10;  REG RCN - Feb 01, 19          Dec 04, 2018 through Feb 04, 2019

RX #         Trade Name                  Dose Sig/Sch Route RF Start     Stop      Note

X00684650    DOXOrubicin from MDV        113 MG UD    IV    0 01/18/19 01/18/19 *DC
X00680758    DOXOrubicin from MDV        112 MG UD    IV    0 12/26/18 12/26/18 *DC
X00677358    DOXOrubicin from MDV        113 MG UD    IV    0 12/04/18 12/04/18 *DC
```

Run: Mon - Feb 04 (15:53) for KERRY,LISA ANN

```
                        Willis Knighton PCI    **LIVE**
                         Medication Orders History

BLAIR, JOSEPH (W0012535631)                                          riTUXimab - RITUXAN
Age/Sex: 22 M
DIS - Dec 17, 18,   REG RCR - Feb 01, 19                Dec 04, 2018 through Feb 04, 2019


Rx #         Trade Name                    Dose  Sig/Sch Route RF Start      Stop       Note

X00684652    SODIUM CHLORIDE 0.9%       337.6 ML  .X1    IV      01/18/19  01/19/19   *DC
     ADD     RITUXAN                    344 MG
     ADD     RITUXAN                    500 MG
X00680760    SODIUM CHLORIDE 0.9%       336 ML    .X1    IV      12/26/18  12/27/18   *DC
     ADD     RITUXAN                    340 MG
     ADD     RITUXAN                    500 MG
X00677360    SODIUM CHLORIDE 0.9%       339.2 ML  .X1    IV      12/04/18  12/05/18   *DC
     ADD     RITUXAN                    349 MG
     ADD     RITUXAN                    500 MG
```

Run: Mon - Feb 04 (15:53) for KERRY, LISA ANN

```
                        Willis Knighton PCI   **LIVE**
                        Medication Orders History

BLAIR, JOSEPH (W001283563)                                    vinCRIstine - ONCOVIN
Age/Sex: 22 M
DIS - Dec 17, 18,  REG RCR - Feb 01, 19              Dec 04, 2018 through Feb 04, 2019
```

| RX # | Trade Name | Dose | Sig/Sch | Route | RF | Start | Stop | Note |
|---|---|---|---|---|---|---|---|---|
| X00684649 | ONCOVIN | 2 MG | X1 | IV | 0 | 01/19/19 | 01/19/19 | *DC |
| X00680757 | ONCOVIN | 2 MG | X1 | IV | 0 | 12/26/18 | 12/27/18 | *DC |
| X00677357 | ONCOVIN | 2 MG | X1 | IV | 0 | 12/04/18 | 12/05/18 | *DC |

Rpt: Mon - Feb 04 (16:53) for KERRY, LISA ANN