# EXHIBIT 4

Dr. Nihar Patel

```
1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3    IN RE: ROUNDUP PRODUCTS LIABILITY    MDL No. 2741

     LITIGATION                           Case No. MDL No.

4                                         3:16-md-02741-VC

5

6    BLAIR, ET AL              NO.

7                              3:19-cv-07984-VC

8    VERSUS

9    MONSANTO COMPANY

10

11

12         Deposition of DR. NIHAR PATEL, appearing

13   remotely via videoconference from Shreveport,

14   Louisiana, taken in connection with the captioned

15   cause, pursuant to the following stipulation before

16   Kristie Garrison, Certified Court Reporter,

17   appearing remotely from Baton Rouge, Louisiana, on

18   Wednesday, July 7, 2021, commencing at 4:08 p.m.

19

20

21

22


     REPORTED BY:

23         KRISTIE GARRISON

           CERTIFIED COURT REPORTER

24

25
```

Dr. Nihar Patel

```
 1    APPEARANCES:

 2            WINCHELL & JOSEPH, LLC
              (BY:  CURTIS R. JOSEPH, JR., ESQUIRE)
 3            2124 Fairfield Avenue
              Shreveport, Louisiana  71104

 4
                      ATTORNEYS FOR THE PLAINTIFF
 5

 6           SHOOK, HARDY & BACON, LLP
              (BY:  JANE BARTLEY, ESQUIRE)
 7            2555 Grand Boulevard
              Kansas City, Missouri  64108

 8
                      ATTORNEYS FOR THE DEFENDANT
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Dr. Nihar Patel

```
1              E X A M I N A T I O N   I N D E X

2

3                                      PAGE

4

5

6      MS. BARTLEY                      6

7      MR. JOSEPH                       61

8      MS. BARTLEY                      74

9      MR. JOSEPH                       80

10

11

12

13

14              E X H I B I T    I N D E X

15

16

       Exhibit Number 1                 7
17     Notice of Deposition

18     Exhibit Number 2                 26

       Willis-Knighton records
19

20

21

22

23

24

25
```

Dr. Nihar Patel

```
 1                    S T I P U L A T I O N

 2

 3          It is stipulated and agreed by and between

 4   Counsel that the deposition of DR. NIHAR PATEL, on

 5   Wednesday, July 7, 2021, is hereby being taken under

 6   the Federal Rules of Civil Procedure for all

 7   purposes as permitted under law.

 8

 9          The witness waives the right to read and

10   sign the deposition.  The original is to be

11   delivered to and retained by the noticing attorney

12   for proper filing with the Clerk of Court.

13

14          All objections, except those as to the form

15   of the question and/or the responsiveness of the

16   answers, are reserved until the time of the trial of

17   this cause.

18

19          Kristie Garrison, Certified Court Reporter,

20   Certificate No. 2014015, in and for the State of

21   Louisiana, officiated in administering the oath to

22   the witness.

23

24

25
```

Dr. Nihar Patel

1          THE VIDEOGRAPHER:

2                    We are now on the record.  My name

3     is Jeffrey Horner, certified legal specialist.

4     I am the videographer with Golkow Litigation

5     Services.  Today's date is July 7th, 2021, and

6     we're commencing at 4:08 p.m.

7                    The remote video deposition is being

8     held in the matter of Blair, et al versus

9     Monsanto Company for the United States

10    District Court, Northern District of

11    California.  The deponent is Dr. Nihar Patel.

12                   All parties in the deposition are

13    appearing remotely and have agreed to the

14    witness being sworn in remotely.  Due to the

15    nature of the remote reporting, please pause

16    briefly before speaking to ensure all parties

17    are heard completely.

18                   Will counsel please identify

19    themselves?

20       MR. JOSEPH:

21                   Curtis Joseph appearing on behalf of

22    plaintiff, Joseph Blair -- plaintiffs, Joseph

23    and Mrs. Blair.

24       MS. BARTLEY:

25                   Jane Bartley appearing on behalf of

Dr. Nihar Patel

1          the defendant, Monsanto.

2                    THE VIDEOGRAPHER:

3                        Thank you very much.  The court

4          reporter is Kristie Garrison, and will now

5          swear in the witness.

6                        DR. NIHAR PATEL,

7     after being first duly sworn by the above-mentioned

8     court reporter, did testify as follows:

9                        EXAMINATION

10    BY MS. BARTLEY:

11        Q.    Would you please state your full name?

12        A.    Nihar [inaudible] Patel.

13        Q.    And do you understand, Doctor, that we

14    are here today taking your videotaped deposition in

15    a lawsuit filed by the plaintiffs, Joseph and Tiara

16    Blair?

17        A.    Yes, ma'am.

18        Q.    And are you aware that the plaintiff,

19    Joseph Blair, was diagnosed with non-Hodgkin's

20    lymphoma?

21        A.    Yes, ma'am.

22        Q.    Do you have an understanding that in this

23    lawsuit that Joseph Blair alleges that the herbicide

24    Roundup caused his non-Hodgkin's lymphoma?

25        A.    That's my understanding.

Dr. Nihar Patel

1      Q.    And do you understand that you are not a

2   party, meaning you are not neither a plaintiff nor a

3   defendant in this lawsuit?

4      A.    Yes, ma'am.

5      Q.    And do you understand that you're being

6   deposed here today solely as a fact witness to

7   discuss your care and treatment of Mr. Blair?

8      A.    Yes, ma'am.

9      Q.    So do you understand that no one is

10  contending that you did anything wrong with respect

11  to the care that you provided to Mr. Blair?

12     A.    Yes, ma'am.

13     Q.    And is it correct that you and I never

14  met nor spoken about this case?

15     A.    That is correct.

16     Q.    And is it also correct that you've never

17  spoken to any other Monsanto lawyers or legal

18  representatives about this case?

19     A.    I have not.

20     Q.    And I'm going to take care of just one

21  quick housekeeping matter.  Just wanted to pull up

22  the deposition notice and ask the court reporter if

23  she would mark as Exhibit Number 1 the notice for

24  today's deposition.

25            Dr. Patel, this is just the notice for

Dr. Nihar Patel

```
 1   today's deposition that has the logistical
 2   arrangements for today's deposition.  It also
 3   contains, at the end of it, a list of documents that
 4   we asked you to just take a look around for.
 5            Let me just ask you:  Did you bring
 6   anything with you to today's deposition?
 7       A.   I have my last progress note that I have
 8   documented in the medical chart.
 9       Q.   What is the date of your last progress
10   note?
11       A.   October 1, 2020.
12       Q.   And so that's the date of your last
13   office visit with Mr. Blair?
14       A.   Yes, ma'am.
15       Q.   Is that just an original from your chart
16   that you have there?
17       A.   Yes, ma'am, I just printed it out.
18       Q.   Is that the only thing that you brought
19   with you to your deposition today?
20       A.   Yes, ma'am.
21       Q.   Did you have an opportunity to review
22   your chart with regard to Mr. Blair before your
23   deposition?
24       A.   I did.  I briefly reviewed it from when I
25   first started seeing him to this last note.
```

Dr. Nihar Patel

1      Q.     Did you review any other documents in

2   preparation for today?

3      A.     No, ma'am.

4      Q.     Did you do any research in preparation

5   for today?

6      A.     No, ma'am.

7      Q.     And have you ever been deposed before?

8      A.     I have.

9      Q.     How many times have you been deposed?

10      A.     Twice.  Not including this one.

11      Q.     Can you give me just the general sense of

12   the nature of those two depositions?

13      A.     The first was a case in which plaintiff

14   was taking legal action against a company for

15   exposure to asbestos and having developed

16   mesothelioma.  And the second was a case in which a

17   plaintiff was bringing a case against a nursing home

18   for a diagnosis of glioblastoma multiforme and

19   having discrepancies in the medications that were

20   being given at the nursing home regarding her

21   chemotherapy at the time.

22      Q.     In that first case, did you testify as

23   you are here as a treating doctor, or were you

24   testifying as an expert witness?

25      A.     As an expert witness.

Dr. Nihar Patel

1     Q.     And who hired you in that case?

2     A.     The plaintiff.  Well, I don't know the

3 semantics.  The one who was bringing the case

4 against the company.

5     Q.     The plaintiff.  Do you know what law firm

6 that was?

7     A.     I do not remember off the top of my head.

8 I'd have to look back into my notes.

9     Q.     Do you know what year that was?

10     A.     That was in 2016, I believe.

11     Q.     And in the second case, were you

12 testifying as a treating physician fact witness as

13 you are today, or were you testifying as an expert

14 witness?

15     A.     As an expert witness.

16     Q.     And who did you testify on behalf of in

17 that one?

18     A.     The defendant.

19     Q.     The defendant nursing home?

20     A.     That was a defendant nursing home

21 physician at the time.

22     Q.     The doctor who worked for the nursing

23 home?

24     A.     Yes, ma'am.

25     Q.     Do you remember the name of the law firm

Dr. Nihar Patel

1    that retained you for that case?

2        A.    I remember the lawyer's name, William

3    Pugh.  I think he was part of the malpractice law

4    firm that was representing the physician.

5        Q.    You said "Pugh" like P-U-G-H?

6        A.    P-U-G-H.

7        Q.    Do you know what year that occurred in?

8        A.    That was, I think, two and a half years

9    ago.  Between 2018 and 2019.

10       Q.    So within the Willis-Knighton Medical

11   Center or Cancer Center, records to be received,

12   there was a letter dated August of 2019 from a

13   lawyer with regard to Mr. Blair and they were asking

14   you to provide dates for a deposition in another

15   lawsuit -- in another matter that he was bringing as

16   part of the workers' compensation system.  Do you

17   remember if you ever sat down for a deposition with

18   regard to Mr. Blair's workers' compensation claim?

19       A.    I did not.

20       Q.    Do you remember what happened there in

21   terms of why you never sat for that deposition?

22       A.    I received an e-mail.  I responded back.

23   I never heard any correspondence thereafter.

24       Q.    For those -- strike that.

25             Have you ever testified at a trial?

Dr. Nihar Patel

1      A.      No, ma'am.

2      Q.      Have you ever -- other than the two

3  matters that we've already discussed, have you ever

4  outside of those served as an expert witness in any

5  other legal matters?

6      A.      No, ma'am.

7      Q.      Have you ever been asked to serve as an

8  expert witness in any additional matters?

9      A.      Not outside of those two.

10      Q.      Were you ever asked to serve as an expert

11  witness in this case?

12      A.      No, ma'am.

13      Q.      So just a couple of tips in the event

14  that it's been a few years since you've testified in

15  those depositions.  If you don't hear or if you

16  don't understand my question, will you please let me

17  know?  That way I'll have an opportunity to repeat

18  it or rephrase it.  Can you do that?

19      A.      I can do that.

20      Q.      Now, counsel from either side today may

21  make objections to the other's questions.  We're

22  just preserving our objections for the record.  We

23  don't have a judge obviously here in the room today

24  or on Zoom with today with us.  You can go ahead and

25  answer the questions, though, okay?

Dr. Nihar Patel

1      A.      Okay.

2      Q.      Now, we're also being videotaped and this

3  videotape may be played for the jury, which is why

4  you may hear references like "Can you please explain

5  for the jury?"  Do you understand that?

6      A.      Yes, ma'am.

7      Q.      Is there any reason at all why you would

8  be unable to give complete, true, and accurate

9  testimony today?

10      A.      No reason.

11      Q.      Have you ever spoken to any of the

12  lawyers or legal representatives who represent Mr.

13  Blair?

14      A.      Not to this date, no, ma'am.

15      Q.      Have you ever discussed this lawsuit or

16  your deposition with Mr. Blair or members of his

17  family?

18      A.      No, ma'am.

19      Q.      Have you ever communicated with any

20  expert witnesses retained by Mr. Blair or his

21  lawyers in the Roundup litigation?

22      A.      No, ma'am.

23      Q.      Just a few questions about your

24  background so that we can present that to the jury.

25  If you don't mind.

Dr. Nihar Patel

1              You're a medical doctor; is that correct?

2     A.    That's correct.

3     Q.    Do you have a speciality?

4     A.    Yes, ma'am, hematology and medical

5  oncology.

6     Q.    Can you describe for the jury, just

7  briefly, what does a hematologist do?

8     A.    They specialize in dealing with disorders

9  of the blood and the lymphatic system.

10    Q.    What does a medical oncologist do?

11    A.    They specialize in dealing with disorders

12  with cancers and other malignancies.

13    Q.    And since you've graduated from medical

14  school, how long have you been practicing medicine?

15    A.    Fourteen years.

16    Q.    Have you been focused on hematology and

17  medical oncology that entire time?

18    A.    No, ma'am.  Only for the last seven

19  years.  No, sorry, correct that.  Eleven years.

20    Q.    Now, where did you go to medical school?

21    A.    Louisiana State University Hospital here

22  in Shreveport, Louisiana.

23    Q.    You mentioned 14 years earlier.  Did you

24  graduate then in 2007?

25    A.    Yes, ma'am.

Dr. Nihar Patel

```
 1      Q.    And after medical school, did you
 2   complete a residency?
 3      A.    Yes, ma'am.
 4      Q.    Where did you complete your residency at?
 5      A.    George Washington University Hospital in
 6   Washington, DC.
 7      Q.    Did you complete any other residencies?
 8      A.    I had a chief residency at the VA
 9   hospital in Washington, DC, and then a fellowship
10   where I learned my specialty.
11      Q.    When would your residency have been
12   completed?  What year?
13      A.    My residency would've been completed in
14   2010.
15      Q.    When would your fellowship have been
16   completed?
17      A.    2014.
18      Q.    Now, are you board certified, sir?
19      A.    Yes, ma'am.
20      Q.    In what areas are you board certified?
21      A.    I'm triple boarded in internal medicine,
22   hematology, and medical oncology.
23      Q.    Now, can you just tell the jury, real
24   briefly, what does it mean when you say you are
25   board certified?
```

Dr. Nihar Patel

```
 1     A.     Board certified means that you are
 2  eligible in taking a licensed test.  Mine is through
 3  the American Board of Internal Medicine and
 4  subspecialties.  We have to take this test once
 5  every ten years to keep up with the updated practice
 6  in medicine and each specific category:  Internal
 7  medicine, hematology, and medical oncology.  If you
 8  pass the test, you get medical certification.  If
 9  you don't pass the test, you don't get certified.
10     Q.     Where do you currently practice?
11     A.     At Willis-Knighton Cancer Center in
12  Shreveport, Louisiana.
13     Q.     How long have you been at
14  Willis-Knighton?
15     A.     Since August of 2015.
16     Q.     Now, since you've been practicing, do you
17  dedicate part of your practice time to research, for
18  example, or are you 100 percent a clinician?
19     A.     I'm 100 percent clinician.  We do
20  participate in clinical trials here, but that's all
21  clinically relevant clinical trials.  No scientific
22  research.
23     Q.     Just to confirm, would it be fair to say
24  that you've never done any research related to
25  non-Hodgkin's lymphoma other than clinical trials?
```

Dr. Nihar Patel

1      A.     That is correct.

2      Q.     Is it accurate that you've never done any

3  research on the causes of non-Hodgkin's lymphoma?

4      A.     That is correct.

5      Q.     Again, just to confirm.  Have you ever

6  done any research on Glyphosate or surfactants?

7      A.     No, ma'am.

8      Q.     And then do you teach?

9      A.     No, I don't have any teaching

10  responsibilities at this time.

11      Q.     So I wanted to ask you a couple of

12  specific questions about your practice as a

13  clinician then.  Again, just some of these questions

14  just your very rough estimate will be fine.

15          Approximately, how many patients do you

16  see a week?

17      A.     On average, it's about 125 to 130.

18      Q.     Do you treat patients with non-Hodgkin's

19  lymphoma as part of your regular practice?

20      A.     Yes, ma'am.

21      Q.     Again, just a very rough best estimate.

22  What percentage of your patient population has

23  non-Hodgkin's lymphoma?

24      A.     Anywhere between 5 and 10 percent.  It's

25  a broad category, so, yeah, about 5 to 10 percent.

Dr. Nihar Patel

1      Q.    Again, just a very rough best estimate.

2   How many patients over the course of your career you

3   believe you treated with non-Hodgkin's lymphoma?

4      A.    You mean since I became specialized in

5   hematology oncology?

6      Q.    Yes, please.

7      A.    Five hundred.

8      Q.    Now, we're going to turn our attention to

9   the medical records in just a minute, but when we

10  get there, we'll see the plaintiff was diagnosed

11  with diffuse large B-cell lymphoma.  Would it be

12  okay if I referred to that as DLBCL?

13     A.    Yes, ma'am.

14     Q.    Do you treat patients with DLBCL as part

15  of your regular practice?

16     A.    Yes, ma'am.

17     Q.    So, again, just a very rough best

18  estimate.  What percentage of your non-Hodgkin's

19  lymphoma patients have DLBCL?

20     A.    45 percent.

21     Q.    And then, again, last one I'm going to

22  ask you of these.  Just a very rough best estimate.

23  How many patients over the course of your career do

24  you think you treated with DLBCL?

25     A.    Two hundred.

Dr. Nihar Patel

1      Q.    Have you ever written a medical textbook,

2    treatise, or a chapter within a medical textbook?

3      A.    No, I have not.

4      Q.    Now, in your experience as a clinician,

5    when you provide care and treatment to your

6    patients, do you rely, of course, on your medical

7    education?

8      A.    Yes, ma'am.

9      Q.    Do you rely on your past clinical

10   experience that you've accumulated in treating

11   patients over the years?

12     A.    Yes, ma'am.

13     Q.    And do you rely on your interactions and

14   communications with respected colleagues?

15     A.    Yes, ma'am.

16     Q.    Do you also rely on peer-reviewed

17   scientific research that's been published in medical

18   journals?

19     A.    Yes, ma'am.

20     Q.    And as a clinician who relies on research

21   to make treatment decisions, why is it important for

22   research to be published and peer-reviewed?

23     A.    It gives it a higher grade of critique

24   and reliability for a common practitioner.

25     Q.    Is there a particular source that you go

Dr. Nihar Patel

1    to on a weekly or monthly basis when you need to

2    look something up?

3        A.    I guess, it depends on specifically what

4    I'm trying to look up.  For drug-related

5    pharmacology, I'll use apps on my phone like

6    Medscape.  For reference materials, I'll use a

7    specific reference from Lancet Oncology Journal of

8    Medicine of Blood [inaudible].  I also use Club Med.

9    And then, lastly, the MCC Guidelines as a reference

10   material, too.

11       Q.    In terms of just finishing off our list

12   of things that you rely on in your practice, do you

13   also rely on presentations that are scientific or

14   medical conferences?

15       A.    I do when I have ability to access them,

16   yes, ma'am.

17       Q.    Is there anything else that you can think

18   of in terms of that list of things that you, as a

19   clinician, that you typically rely on in your

20   practice?

21       A.    The internet in general.  I mean, if I

22   can't find something on those access sites,

23   sometimes I can just find it by looking for the

24   title and it will be available.

25       Q.    Now, when you say "the internet in

Dr. Nihar Patel

1    general," do you take steps to make sure you're

2    looking at it from a reliable source on the

3    internet?

4        A.    Yes, ma'am.  They are not secondhand.  I

5    meant firsthand.  Just looking for the specific

6    reference on the internet through search engines and

7    things like that.

8        Q.    Just a couple of background questions on

9    non-Hodgkin's lymphoma and DLBCL.

10              Is it accurate that the human body

11   undergoes cell division all the time?

12       A.    Yes, ma'am.

13       Q.    Isn't it true that random mutations

14   sometimes happen during cell division?

15       A.    It can, yes, ma'am.

16       Q.    Is it also accurate to describe that the

17   body generally has repair mechanisms that normally

18   can repair those mutations?

19       A.    Yes, ma'am.

20       Q.    And those mutations can also lead to

21   cancer if they are not repaired, correct?

22       A.    Yes, ma'am.

23       Q.    For example, those random mutations can

24   cause non-Hodgkin's lymphoma for many patients,

25   correct?

Dr. Nihar Patel

```
1       A.     Yes, ma'am.

2       Q.     Have you ever told a patient that Roundup

3   or Glyphosate caused their cancer?

4       A.     I have never told anyone that.

5       Q.     Just to confirm then, you would have not

6   ever told Mr. Blair that Glyphosate or Roundup

7   caused his cancer, correct?

8       A.     No, I don't know that for fact.

9       Q.     Now, in terms of lymphoma, is it

10  accurate, just so the jury understands, that

11  lymphoma is a cancer that starts in the body's

12  immune system?

13      A.     Well, it occurs in the patient's lymph

14  nodes or extra lymphatic sites.  I wouldn't declare

15  that as an immune system.  Per se, but in those

16  specific areas is where the originating cell lies

17  and where it replicates.

18      Q.     Did you say it starts in the lymphocytes?

19      A.     In the lymph nodes or extra lymphatic

20  sites.  But, yeah, the lymphocyte is the typical

21  cell of origin.

22      Q.     And those are -- do we also call those

23  white blood cells?

24      A.     It is a type of white blood cells, yes,

25  ma'am.
```

Dr. Nihar Patel

```
1       Q.    And is it accurate that non-Hodgkin's
2   lymphoma is one of the most common cancers in the
3   United States?
4       A.    Yes, ma'am.
5       Q.    Is it accurate that the American Cancer
6   Society has estimated that the risk for developing
7   non-Hodgkin's lymphoma is about 1 and 41 for men?
8       A.    I do not know that specific percentage
9   off the top of my head.  I don't know.
10      Q.    Is it accurate that non-Hodgkin's
11  lymphoma generally is more common in males than in
12  females?
13      A.    Yes, ma'am.
14      Q.    And in the United States, would you
15  agree, that Caucasian individuals are more likely
16  than African-Americans and Asian-Americans to
17  develop non-Hodgkin's lymphomas?
18      A.    I don't know if that's -- I don't have a
19  reference to base that on.
20      Q.    Are you generally aware that some studies
21  have suggested that being overweight or obese might
22  increase your risk of non-Hodgkin's lymphoma?
23      A.    I'm not aware of that.
24      Q.    Are there a number of different subtypes
25  of non-Hodgkin's lymphoma?
```

Dr. Nihar Patel

```
1      A.    Yes, ma'am.

2      Q.    But can non-Hodgkin's lymphoma be broadly

3   categorized into primarily two groups, B-cell

4   lymphomas and T-cell lymphomas?

5      A.    There is a third group, too.  Natural

6   killer cell lymphomas, too.  Much less common.

7      Q.    Again, if Mr. Blair was diagnosed with a

8   subtype that's known as DLBCL, that's one of the

9   B-cell lymphomas; is that right?

10     A.    Yes, ma'am.

11     Q.    Is it accurate that the B-cell lymphomas

12  are the most common type and they account for about

13  85 percent of all non-Hodgkin's lymphomas?

14     A.    Yes, ma'am.

15     Q.    Now, in terms of the medical records,

16  which I'm going to mark here in just a second.  Is

17  it part of your regular practice to keep medical

18  records on all of your patients?

19     A.    Yes, ma'am.

20     Q.    Just briefly, what's the purpose of

21  keeping contemporaneous medical records?

22     A.    To document your course of action, plan

23  of cares, and to use it as a resource for referrals

24  and for medical information.

25     Q.    And so is it important to be thorough and
```

Dr. Nihar Patel

```
 1   accurate on making entries on your medical records?

 2       A.    Yes, ma'am.

 3       Q.    In terms of the types of information that

 4   you would include in your medical records as your

 5   standard practice, would you include patient

 6   reported symptoms?

 7       A.    Yes, ma'am.

 8       Q.    Would you include findings from your

 9   physical exams?

10       A.    Yes, ma'am.

11       Q.    Would you include results from tests?

12       A.    Yes, ma'am.

13       Q.    Would you include your diagnoses?

14       A.    Yes, ma'am.

15       Q.    Would you include your treatment plans?

16       A.    Yes, ma'am.

17       Q.    Would you include notes from

18   conversations with the patient?

19       A.    Yes, ma'am.

20       Q.    Now, you don't include every single

21   detail in your records, though; is that correct?

22       A.    Pertinent to the patient's case and their

23   diagnosis.

24       Q.    So your records would contain those

25   things that are pertinent to the case and your
```

Dr. Nihar Patel

1    diagnosis and those things that are relevant to your

2    treatment to the plaintiff; is that fair?

3        A.    Yes, ma'am.

4        Q.    And if something was pertinent to the

5    case or relevant to your treatment of the patient,

6    you would expect to see that in the records; is that

7    right?

8        A.    Yes, ma'am.

9        Q.    So I'm going to go ahead and ask our

10   court reporter to mark as Exhibit Number 2.  I've

11   got the records here from Willis-Knighton Cancer

12   Center.  For the record, your office provided it to

13   us.  I will definitely bring up on the screen the

14   page I am referring to.

15             Curtis, I will also try to refer to it as

16   Bates stamp and make sure everybody in the room is

17   on the same page.

18             Now, is Mr. Blair currently one of your

19   patients, Dr. Patel?

20       A.    Yes, ma'am.

21       Q.    Have you ever been asked to examine any

22   of Mr. Blair's family members?

23       A.    No, ma'am.

24       Q.    Did you ever have any occasion to know

25   Mr. Blair prior to becoming his doctor?

Dr. Nihar Patel

1      A.    No.

2      Q.    So you just met him at the first time at

3   that first visit?

4      A.    Yes, ma'am.  He was referred as a patient

5   new to me.  I never met him before.  That was the

6   first time I ever seen him.

7      Q.    So I'm going to go ahead and turn to that

8   first visit or what I believe to be the first visit

9   from my review of the records, which is on

10  Bates-stamped pages 83 to 85.  Let me turn to that

11  now, and I'll bring it up on the screen.

12          Do you see the record on your screen,

13  Doctor?

14     A.    Yes, ma'am.

15     Q.    So do you see a date here of

16  November 16th of 2018 where my cursor is circling?

17     A.    Yes, ma'am.

18     Q.    From my review of the records, I believe

19  that this is your first encounter and they do, in

20  fact, as you mentioned, make a reference here to the

21  fact that Mr. Blair was referred to you.  Is it by

22  ENT Dr. Glen Watkins; is that correct?

23     A.    That is correct.

24     Q.    Just kind of working our way through this

25  record here.  Is it accurate that before Mr. Blair

Dr. Nihar Patel

1    came to you, he had already had a tonsillectomy or a

2    removal of his tonsils?

3        A.    That is correct.

4        Q.    Did he have those tonsils removed because

5    he had reported some swelling and some soreness in

6    the area of his tonsils?

7        A.    That is my understanding, yes, ma'am.

8        Q.    And as a result of that procedure, also

9    before he came to see you at this first visit, had

10   he already had some labs, some imaging from a CT

11   scan, and a pathology report from that tonsil or

12   tissue that was removed?

13       A.    Yes, ma'am.

14       Q.    I'm just trying to summarize or shorten

15   this up.  Was it primarily from that pathology

16   report that you note here that he had been newly

17   diagnosed with diffuse large B-cell lymphoma?

18       A.    That is accurate, yes, ma'am.

19       Q.    Now, Dr. Patel, in terms of the role of

20   the medical oncologist, would it be accurate to say

21   that one of the important responsibilities that you

22   have is that you take input from the pathologist and

23   you take input from the radiologist, but you also

24   have to combine that with your experience and with

25   the clinical presentation that you see, and do you

Dr. Nihar Patel

1  complete the diagnostic workup?  Is that a fair

2  description?

3      A.    Well, I complete the staging workup,

4  which can be sometimes included into the diagnostic

5  workup.  The diagnostic workup typically includes

6  the actual diagnosis and then part of the diagnosis

7  is staging the disease appropriately.

8      Q.    But the pathologist, for example, doesn't

9  see the patient, correct?

10      A.    That is correct.

11      Q.    So, I guess, my question to you is:  --

12  strike that.  I'll come back to that.

13          If we go ahead then and look at

14  Bates-stamped page 85 here on your recommendation

15  and plan, is one of the first things that you

16  discussed with Mr. Blair, that additional tests were

17  necessary?

18      A.    Yes, ma'am.

19      Q.    Did you indicate that those tests would

20  include lab studies, a bone marrow evaluation, and a

21  PET scan, P-E-T scan?

22      A.    Yes, ma'am.

23      Q.    So what were the purposes of ordering

24  these additional tests?

25      A.    Part of the workup for newly diagnosed

Dr. Nihar Patel

1   diffuse large B-cell lymphoma is assessing its risks

2   and part of that is checking labs including specific

3   tests called LBH.  Also, I want to assess for any

4   anemia or any aberrations of his electrolytes.  And

5   part of the staging workup is ruling out any other

6   site disease, which would entail looking into the

7   bone marrow as well as ordering a PET-CT scan to

8   assess for any metabolic sites of lymphoma presence.

9   And changing the stage from Stage 1 to Stage 4

10   changes the risk, the therapies, and requirements

11   thereafter.

12        Q.    I think you used the term there "the

13   staging workup for the staging evaluation."  Can you

14   just briefly explain to the jury what is a staging

15   evaluation?  What is the purpose of that?

16        A.    Finding out where all in the body the

17   disease is.

18        Q.    Is it fair to say then that another

19   important responsibility that the medical oncologist

20   has is to complete that staging evaluation?

21        A.    Absolutely, yes, ma'am.

22        Q.    And do you explain here in the next

23   paragraph, as I think you suggested a minute ago in

24   your explanation, that those staging tests are

25   important because they affect the choice of therapy

Dr. Nihar Patel

1  options that you might recommend?

2       A.    Yes, ma'am.

3       Q.    And so is there more than one treatment

4  option available for a DLBCL patient?

5       A.    Depends on the stage, yes, ma'am, there

6  is.

7       Q.    Is there a particular body of literature

8  that discusses those various options and which is

9  more effective under different circumstances?

10      A.    Generally speaking for higher stages of

11 disease, Stage 3, Stage 4, more treatment is

12 required in regards to medical therapies.  Radiation

13 is typically less required in those situations.  In

14 lower stage diseases, we use fewer medical cycles of

15 therapy and radiation is typically given in those

16 situations.

17      Q.    And, generally, does the medical

18 oncologist make those types of decisions, including,

19 for example, which specific chemotherapy agents to

20 prescribe and whether radiation therapy is

21 appropriate for your patient?

22      A.    Yes, ma'am.

23      Q.    And once those decisions are made, do you

24 refer your patient out to other different providers

25 to provide those therapies to your patient?

Dr. Nihar Patel

1    A.    Yeah.  For example, radiation -- I would

2  utilize the expertise of a radiation oncologist to

3  provide that specific course of treatment.  When it

4  comes to medication for the cancer, that is my

5  responsibility.

6    Q.    But even if you refer that individual

7  out, for example, you mentioned a radiation

8  oncologist, you continue to follow and monitor your

9  patients and they continue to be in your care once

10  those therapies are concluded, correct?

11    A.    Yes, ma'am.

12    Q.    Now, as part of this initial visit, and

13  I'm turning back to page 83 at the bottom of the

14  page.  Did you conduct a physical exam?

15    A.    We did.

16    Q.    In addition to that, were you interested

17  and did you ask Mr. Blair about whether, for

18  example, he had a family history of cancer?

19    A.    We did.

20    Q.    Did you also ask him about his social

21  history such as whether he had a history of smoking?

22    A.    We did, yes, ma'am.

23    Q.    And would you have asked him about

24  whether he was experiencing any symptoms on this

25  date?

Dr. Nihar Patel

1      A.    Yes, ma'am.

2      Q.    And did you also notice vital signs

3  including his weight?

4      A.    Yes, ma'am.

5      Q.    Now, I have background questions for you,

6  Doctor, as an oncologist about Mr. Blair's weight.

7  I'll represent to you that Mr. Blair provided

8  information at his deposition that when he started

9  working at ETCO, which is employer just prior to his

10  non-Hodgkin's lymphoma diagnosis.  He testified that

11  in 2016, he provided his height and weight, which

12  corresponded to a body mass index, or a BMI, of

13  25.1.

14          So my first question, Doctor, is:  Does a

15  body mass index of 25.1 -- am I correct that that is

16  a normal weight or just on the threshold of

17  overweight of the body mass index, correct?

18      A.    I consider that normal, yes, ma'am.

19      Q.    Now, he also testified -- Mr. Blair

20  testified that by 2018, before the end of his

21  employment at ETCO, he had a height and weight that

22  I'll represent corresponds to a body mass index of

23  36.3.  Would you agree with me, Doctor, that 36.3 is

24  well within the range of obesity on the body mass

25  index scale?

Dr. Nihar Patel

1      A.     That is correct.

2      Q.     Is it accurate that obesity is any score

3  of 30 or greater?

4      A.     Yes, ma'am.

5      Q.     So if according to Mr. Blair's testimony,

6  if his BMI went from 25.1 to 36.3 while he was

7  working at ETCO, he essentially went from a normal

8  weight to -- normal weight range to obesity,

9  correct?

10     A.     That is correct.

11     Q.     In looking at this record here, by the

12  time he comes to see you on November 16, 2018, his

13  weight is 235 pounds, correct?

14     A.     Yes, ma'am.

15     Q.     And according to the height that he

16  provided to us, if that corresponds to a BMI of

17  32.8, was he still in the range of obesity as of

18  this date?

19     A.     Per the BMI, yes, ma'am.

20     Q.     So let's go ahead and move on to the next

21  record, which is Bates-stamped 67 through 69.

22            Now, by the second appointment, do you

23  see a date here of November 23, 2018?

24     A.     Yes, ma'am.

25     Q.     By this second appointment, is it

Dr. Nihar Patel

1   accurate that you have now received back the results

2   from the labs that you ordered as well as the bone

3   marrow tests and the PET scan?

4       A.    Yes, ma'am.

5       Q.    So now we discussed on the last record

6   that he came to you with a diagnosis of DLBCL, but

7   you've also ordered some additional tests.  Is it

8   fair to say, Doctor, did you agree with the

9   diagnosis of DLBCL when he came to you with that

10  diagnosis?

11      A.    I did agree with it.

12      Q.    Can you just summarize for me the results

13  of the bone marrow test?

14      A.    The bone barrow was specifically looking

15  for any evidence of involvement with the B-cell

16  lymphoma, and there was no evidence of involvement

17  after that procedure was informed.

18      Q.    And is it accurate to say that according

19  to the bone marrow test, it should no evidence of a

20  lymphoma test process?

21      A.    That is correct.

22      Q.    And that's a positive finding, right?

23      A.    That's a good finding, yes, ma'am.

24      Q.    And on the PET scan, is it accurate that

25  there was one lymph node on the left side of the

Dr. Nihar Patel

1   neck with low level of activity, but, I guess, it

2   would be a radiologist indicate that a reactive

3   process is favored due to the fact that Mr. Blair

4   just had surgery.  Is that an accurate description?

5       A.    That is accurate, yes, ma'am.

6       Q.    Can you briefly explain to the jury what

7   the radiologist was referring to in that language or

8   what your understanding of that is?

9       A.    So when we check a PET-CT scan, we are

10  looking for a hyper metabolic activity.  So

11  essentially where there is increase activity of

12  cellular growth or cellular division in patients who

13  have recently undergone surgical intervention, there

14  may be underlying inflammation which can similarly

15  look like that picture.  So when we see someone who

16  has recently undergone surgical intervention and you

17  see a node that's marginally increased, then a

18  reactive process can be considered as a possibility

19  rather than it being symptoms of metastatic or

20  lymphoma disinvolvement.

21      Q.    And so you indicate then on the very last

22  line of the history of present illness that these

23  findings appear most consist with a complete

24  metabolic response.  Can you explain for the jury

25  what does the phrase "complete metabolic response

Dr. Nihar Patel

1    mean"?

2        A.     Well, that's not my line.   That was

3    actually the radiologist's line.   That's a way to

4    essentially look for any active-site disease.   And

5    on that PET-CT scan, did not see any active-site

6    disease on that date.

7        Q.     So no active sites of disease was

8    observed.   Is that fair?

9        A.     Yes, ma'am.

10       Q.     Now, there is a reference here -- is it

11   pronounced Deauville score of 3?

12       A.     Yes, ma'am.

13       Q.     Does that Deauville score of 3 together

14   with the absence of bone marrow involvement support

15   the finding of a complete metabolic response?

16       A.     Yes, ma'am.

17       Q.     Again, that's a positive finding, right?

18       A.     That is a good finding, yes, ma'am.

19       Q.     And so -- now, just to put the timing of

20   this into perspective, this is following the

21   tonsillectomy, the removal of the tonsils, correct?

22       A.     That is correct.   It was 12 days after

23   the removal of the tonsils.

24       Q.     And this is before he has not yet had an

25   chemo therapy or radiation therapy, but just the

Dr. Nihar Patel

1  removal of the tonsils has resulted in a finding

2  that there is no evidence of active disease.  Is

3  that an accurate description?

4      A.    Again, they are not related.  The staging

5  scan just shows us that there is no active disease

6  outside of the area that was removed.  It's not

7  mutually exclusive.  It's that we were staging the

8  disease to assess for any other sites of disease and

9  it didn't find any.

10     Q.    Right.  Okay.  But in other words, it

11 didn't take chemotherapy to put him there.  He's

12 already at a complete metabolic response?

13     A.    Yes, ma'am.  It was definitively resected

14 and there was no sites of any additional disease on

15 the PET-CT scan.

16     Q.    Would you use the word "remission" at

17 this point after the tonsillectomy?

18     A.    I would.

19     Q.    So, now, under the history of present

20 illness on the very first line there, you

21 characterize Mr. Blair's lymphoma as being low risk

22 IPI as well as low risk CNS IPI.  Now, Doctor, those

23 are two different prognostic indexes, correct?

24     A.    Yes, ma'am.

25     Q.    And those are both meant to provide a

Dr. Nihar Patel

1     means to predict the patient's prognosis, correct?

2         A.    Yes, ma'am.

3         Q.    Do those both predict prognosis in terms

4     of the likelihood of a relapse or a recurrence?

5         A.    The International Prognosis Index looks

6     at essentially the risk of recurrence as well as

7     overall survival.  And the CNS IPI looks for

8     evidence or risk of recurrence in the central

9     nervous system.

10        Q.    And does the IPI scale go from a 0 to a

11    5?

12        A.    Yes, ma'am.

13        Q.    And does the CNS IPI scale go from a 0 to

14    a 6?

15        A.    Yes, ma'am.

16        Q.    And when you indicated that Mr. Blair was

17    low risk on both scales, would Mr. Blair's score

18    have been a zero on both scales?

19        A.    No.  It was a 1 on the IPI because of the

20    location of where his disease was involving the

21    Waldeyer's ring, and the same for the CNS.

22        Q.    And help me understand that.  Which

23    factor kicks it into a 1?

24        A.    The location.  So an extra nodal site,

25    the factors include the age, the stages of the

Dr. Nihar Patel

```
1    disease, the performance status of the patient, this

2    lab that we checked previous called a lactate

3    dehydrogenase.  And then, finally, sites of where

4    there is disease, specifically if there any extra

5    nodal involvement.  And because this disease was not

6    in a typical area involving lymph nodes, it was

7    involving this tonsilar area and that received him a

8    point of 1.

9        Q.    So it's the Waldeyer's -- is that the

10   right word?

11       A.    Yes, ma'am.

12       Q.    Waldeyer's ring, that extra nodal site

13   because it's not in a lymph node, that puts it at a

14   1?

15       A.    It's because it's involving that site,

16   yes, ma'am.  It's at least a 1.

17       Q.    And as a 1 on that either 0 to 5 or 0 to

18   6 scale, that puts him in the low risk category,

19   though, correct?

20       A.    That is correct.

21       Q.    And would you have communicated the

22   information that Mr. Blair that he was in a low risk

23   category?

24       A.    I would have, yes, ma'am.

25       Q.    And is there anything else that you would
```

Dr. Nihar Patel

 1    have communicated to Mr. Blair about either his

 2    stage or his prognosis?

 3        A.    Nothing in addition to that.

 4        Q.    And you note under reason for visit here

 5    that he feels well, no fevers, pains, nausea, night

 6    sweats?

 7        A.    That is right.

 8        Q.    Under review of systems down below --

 9        A.    He had no complaints that day, yes,

10    ma'am.

11        Q.    -- he indicated he denied any complaints

12    at that time.  Is that fair?

13        A.    Uh-hmm.

14        Q.    And on page 69, in the middle paragraph

15    there, you indicated your recommendation that he

16    undergo three cycles of R-CHOP.  Is that

17    chemotherapy?

18        A.    Chemoimmunotherapy, yes, ma'am.

19        Q.    And you also recommended that he follows

20    up with XRTs.  Is that radiation therapy?

21        A.    Yes, ma'am.

22        Q.    Can you just briefly help the jury

23    understand when you have a patient like Mr. Blair,

24    who is at a point of complete metabolic response,

25    why might you, none the less, recommend that they

Dr. Nihar Patel

1  undergo therapy, like chemotherapy or radiation

2  therapy?

3      A.    Well, the intention with treatment is to

4  reduce the risk of recurrence and because of his

5  specific malignancy, the diffuse large B-cell

6  lymphoma, ABC type, the location and just the nature

7  of the disease, this is a systemic process.  So in

8  spite of the PET-CT scan showing no evidence of a

9  metabolic process, he still remains at a high risk

10  of recurrence without a definitive approach therapy,

11  which includes the chemoimmunotherapy and radiation.

12      Q.    So let's go ahead and look at the next

13  record.  I'm going to look at Bates-stamped pages 37

14  to 39.

15          Do you see a date here of December 11th

16  of 2018?

17      A.    Yes, ma'am.

18      Q.    And under reason for visit, here he is --

19  it says, "Status post c1d8."  Does this indicate

20  here that Mr. Blair came back to see you after

21  completing his first of three cycles -- the first

22  cycle of chemotherapy; is that accurate?

23      A.    The cycle is characterized by 21 days.

24  He's on the eighth day of that cycle, but he has

25  received all of his medicines for that cycle.  So

Dr. Nihar Patel

```
 1   this is the first follow-up visit after his first
 2   course of medication that has been administered.
 3       Q.    I see.  So the medication has been
 4   administered -- all of the medication has been
 5   administered, but he's not technically through the
 6   first cycle.  Is that fair?
 7       A.    That is correct.
 8       Q.    And did you note that as of this day he
 9   feels well with no fevers, nausea, or fatigue?
10       A.    I did.
11       Q.    But, now, if we look down at review of
12   systems, did you note that a review was otherwise
13   negative, except for diarrhea and headache, but he
14   tolerated chemo well; is that right?
15       A.    That's correct.
16       Q.    Now, would it be your practice, Doctor,
17   both during and after therapies, like chemotherapy
18   and radiation therapy, to ask your patients about
19   any side effects that they may be experiencing?
20       A.    Yes, ma'am.
21       Q.    For example, would you be interested to
22   know if they were experiencing any symptoms of
23   peripheral neuropathy?
24       A.    Yes, ma'am.
25       Q.    And would you have noted in your records
```

Dr. Nihar Patel

1    that they were experiencing any side effects, as you

2    did here, by noting, for example, diarrhea and

3    headache?

4        A.    Yes, ma'am.

5        Q.    And did you characterize here that Mr.

6    Blair generally tolerated chemo well in your

7    experience?

8        A.    I did.

9        Q.    And on page 39, in the second paragraph

10   there, did you note that you saw no indication for

11   transfusions or growth factors?

12       A.    Yes, I did.

13       Q.    Now, why might you give transfusions or

14   growth factors?

15       A.    Well, the chemotherapy is cytotoxic,

16   meaning it can result in myelosuppression on

17   decrease in both the white blood cells, the

18   hemoglobin, and platelets.  At that time, his

19   hemoglobin was adequate.  He wasn't having any

20   symptomatic fatigue that would necessitate a

21   transfusion, nor were his platelets low enough to

22   make that recommendation.  I don't have his white

23   blood cell in front of me.  And I'd have to recall

24   again, but I think in his particular situation, his

25   insurance did not prove a growth factor to

Dr. Nihar Patel

1   prophylactic.  He never got a prophylactic.  And at

2   that time, his white blood cells were likely

3   appropriate, so he didn't need that either.

4        Q.   And so here did you indicate that you did

5   not determine that Mr. Blair had an indication for

6   either transfusions or growth factors?

7        A.   That is correct.

8        Q.   Now, I know you reviewed your records,

9   and let me know if you need me to go back -- well,

10  I'll just back to that page.

11            I just want to double check with you.

12  We've looked at your notations on the first page and

13  we've got your chart here from your physical exam.

14  I just want to confirm with you, Doctor.  This is

15  the first visit that you had with Mr. Blair since he

16  started chemotherapy on this record.  Did you

17  document anywhere on this note that Mr. Blair

18  complained to you at all about any difficulties with

19  lightheadedness?

20       A.   No, ma'am.

21       Q.   Did you document anywhere on this record

22  any complaints from Mr. Blair of pain or swelling in

23  his feet, knees, or ankles?

24       A.   I did not.

25       Q.   And did you document anywhere on this

Dr. Nihar Patel

1    record of any complaints from Mr. Blair of cramps in

2    his hands?

3        A.    No, ma'am.

4        Q.    Did you document anywhere on this record

5    any complaints from Mr. Blair of general joint

6    soreness or difficulty running or jumping?

7        A.    No, ma'am.

8        Q.    Next, I want to look at a record that is

9    pages 17 to 19.

10            Do you see the date there of January 18,

11   2019?

12       A.    I do.

13       Q.    And under reason for visit, the patient

14   returns for scheduled follow-up and planned

15   chemotherapy three-day one.  Would that suggest to

16   you that at this point in time that Mr. Blair had

17   completed the second cycle of chemotherapy?

18       A.    Yes, ma'am.

19       Q.    And do you note there that in the same

20   section that he feels well with no fevers, nausea,

21   or fatigue?

22       A.    Yes, ma'am.

23       Q.    And under review of systems, did you

24   affirmatively note in that section that Mr. Blair

25   had "no complaints today"?

Dr. Nihar Patel

```
1        A.      I did, yes, ma'am.

2        Q.      Now, this is his second visit with you

3    since he started chemotherapy.  Did you document --

4    and take your time if you want me to pan down

5    through this record.  Did you document anywhere in

6    this note that Mr. Blair complained to you at all

7    about any difficulty with lightheadedness?

8        A.      No, I did not.

9        Q.      Did you document any complaints of Mr.

10   Blair of pain or swelling in his feet, knees, or

11   ankles?

12       A.      I mean, unless it's in my physical exam,

13   I don't recall that at all.  No, I don't see

14   anything like that.

15       Q.      Did you document any complaints of cramps

16   in his hands?

17       A.      No, ma'am.

18       Q.      Did you document any complaints of Mr.

19   Blair of general joint soreness or difficulty

20   running and jumping?

21       A.      No, ma'am.

22       Q.      Here on page -- Bates-stamped page 19 in

23   the second and third paragraphs, did you discuss

24   here consistent with what we talked about earlier in

25   the deposition?  At the conclusion of Mr. Blair's
```

Dr. Nihar Patel

1   third cycle of chemotherapy, was it your plan to

2   refer Mr. Blair to another provider, Dr. Katz, to

3   provide the radiation therapy that you recommended

4   and prescribed?

5        A.    Yes, ma'am.  The standard has always been

6   to complete the chemotherapy and sequentially follow

7   that up with radiation if appropriate.

8        Q.    And then after the radiation therapy, was

9   it your intention that Mr. Blair would then to

10  return to your care for surveillance and follow-up?

11       A.    Yes, ma'am.

12       Q.    Let's turn now to what should be the last

13  record.  And the date that you mentioned at the very

14  beginning of the deposition was the last visit of

15  October 1, 2020.  Do you see that date there?

16       A.    Yes, ma'am.

17       Q.    And under reason for visit, do you note

18  here that this was the first time that you had seen

19  Mr. Blair since that last record that we just

20  looked, which was dated in January 2019?

21       A.    I did note that, yes, ma'am.

22       Q.    And under history of present illness, the

23  last two lines, F and G, do you confirm here in your

24  note that by this point, of course, Mr. Blair has

25  not only completed all three cycles of his

Dr. Nihar Patel

1    chemotherapy, but his radiation therapy as well,

2    correct is?

3        A.    That is correct.

4        Q.    And if you look at the dates there of the

5    chemotherapy and the date of the radiation therapy,

6    his total time in therapy from start, which was

7    December 4, 2018, to finish, which was March 28,

8    2019, it was less than four months, correct?

9        A.    That is correct.

10       Q.    And technically it was less than three

11   months when you consider that he had no therapy in

12   the month of February, correct?

13       A.    That is correct.

14       Q.    And you note under reasons for visit that

15   he feels well today and specifically that he had no

16   fevers, nausea, or fatigue, correct?

17       A.    That is correct.

18       Q.    Did you also affirmatively note there in

19   that section that Mr. Blair had "no complaints"?

20       A.    I did.

21       Q.    And down under the review of systems, did

22   you, again, affirmatively note that Mr. Blair had

23   "no complaints today"?

24       A.    I did, yes, ma'am.

25       Q.    And if we look at your physical

Dr. Nihar Patel

```
 1    examination at the charts -- since this was your
 2    last visit, let's look specifically at a couple of
 3    lines here.  Under the heading of "General" at the
 4    top of the chart, first row, did you note any
 5    abnormalities?
 6         A.    No, ma'am.
 7         Q.    And under "Extremities," did you note any
 8    abnormalities?
 9         A.    No, ma'am.
10         Q.    Under "Extremities," did you note no
11    lower extremity edema?
12         A.    That is correct.
13         Q.    And under "Neurologic," did you note any
14    abnormalities?
15         A.    I did not see any abnormalities.
16         Q.    And under "Musculoskeletal," did you note
17    any abnormalities?
18         A.    None.
19         Q.    Now, during this visit, after you
20    completed both his chemotherapy and his radiation
21    therapy, did you document anywhere in this note that
22    Mr. Blair complained to you at all about any
23    difficulties with lightheadedness?
24         A.    I did not.
25         Q.    Did you document any complaints from Mr.
```

Dr. Nihar Patel

1    Blair of pain or swelling in his feet, knees, or

2    ankles?

3         A.    I did not.

4         Q.    Did you document any complaints of cramps

5    in his hands?

6         A.    I did not.

7         Q.    Did you document any complaints from Mr.

8    Blair of general joint soreness or difficulty

9    running or jumping?

10        A.    I did not.

11        Q.    And under "Vital Signs," his weight on

12   this date of your last visit was documented at 243,

13   which is up from the 235 that was documented in his

14   initial visit with you and you note here in your

15   record that that weight represents a BMI of 34.9 and

16   represents a percent weight change at the end of

17   your note 6 percent.  Is Mr. Blair still in the

18   range of obesity with a BMI of 34.9?

19        A.    That is correct.

20        Q.    Now, Dr. Patel, would you ever had a

21   conversation with Mr. Blair about his weight?

22        A.    I may have.  I do not recall that

23   specific conversation.

24        Q.    In general, when you have a patient like

25   Mr. Blair in the range of obesity, what would that

Dr. Nihar Patel

1    conversation entail?

2        A.    You need to watch what you eat, exercise

3    more, and try to lose some weight.

4        Q.    And in the context of oncology with a

5    patient with this diagnosis, is there anything

6    specific that you would talk to him about in terms

7    of his risks of being obese?

8        A.    Well, obesity has additional

9    comorbidities that can lead to heart disease,

10   hypolipidemia, and high blood pressure.  He remains

11   young.  Given that he's just gone through definitive

12   chemo immunotherapy and radiation, he has a long

13   life to live in front of him.

14       Q.    And obesity is a chronic inflammatory

15   condition; is it not?

16       A.    It can be, yes, ma'am.

17       Q.    And does that concern you at all with a

18   risk of an occurrence?

19       A.    No, ma'am.

20       Q.    Now, at Mr. Blair's deposition, he

21   testified that at this appointment that you

22   discussed -- let me pull up his labs here.

23            He recalls discussing with you that there

24   was an issue with his thyroid lab results at this

25   appointment.  I put this record in front of him.

Dr. Nihar Patel

```
 1    I'm not seeing anything in this record with regard
 2    to either an abnormal thyroid function test or
 3    either a reference to a conversation about an
 4    abnormality with regard to his thyroid.  Does that
 5    conversation or looking at these lab results, does
 6    that ring any bells with you?
 7        A.    Not with the blood results.  The ones
 8    that get automated and populated into the chart are
 9    the ones that, you know, confirm that day, the TSH
10    or any thyroid function test sometimes takes a day
11    or few hours to come back.  Had they not been there
12    when I completed the note, they wouldn't have been
13    there.
14            I do recall that vaguely.  I don't
15    remember what his thyroid function was at the time.
16    I'd have to look it up.
17        Q.    Is that something that you are able to do
18    for us?
19        A.    Yes, ma'am.
20        Q.    You could look up whether there was a
21    thyroid issue in regard to Mr. Blair?
22        A.    I an do it now if you want me to.
23        Q.    That would be great.  Thank you.
24        A.    Give me a few seconds.
25            On September 22, 2020, I believe he must
```

Dr. Nihar Patel

1   have had labs ordered by Dr. Katz, and his thyroid

2   stimulating hormone was slightly elevated compared

3   to normal.  It measured 5.630.

4        Q.    Was there any record that you had a

5   conversation with regard to that thyroid test?

6        A.    It doesn't look like I documented it.  No

7   record.

8        Q.    Is there any record that you prescribed

9   anything to him with regard to that thyroid -- that

10  TSH test?

11       A.    I'd have to see if a prescribed him

12  medicine.  Shall I do that now?

13       Q.    Yeah, if you wouldn't mind.  I'm just

14  trying to complete the record.

15       A.    Sure.  I'm sorry, I'm just pulling it up.

16  I apologize.

17       Q.    No problem.  I appreciate you looking it

18  up for us.

19       A.    So we checked three thyroid hormone

20  levels on October 1, 2020.  Those came back normal.

21  But given the elevated TSH, I prescribed him a low

22  dose amount of Synthroid or Levothyroxine on

23  November 4, 2020.

24       Q.    Was it a 30-day supply?

25       A.    It was a one tablet -- one refill 30-day

Dr. Nihar Patel

 1    supply, yes, ma'am.

 2        Q.    30-day supply with one refill?

 3        A.    Yes, ma'am.

 4        Q.    One more time, what was the name of that

 5    prescription?

 6        A.    Levothyroxine.

 7    L-E-V-O-T-H-Y-R-O-X-I-N-E.

 8        Q.    Do you have any idea what might be what's

 9    causing that thyroid issue?

10        A.    So his diagnosis is subclinical

11    hypothyroidism, and that could have been possibly

12    from his previous radiation therapy given the

13    location of where it delivered.

14        Q.    And in your experience, is that something

15    that's usually transient?

16        A.    It can be transient or it can be for the

17    rest of his life as well.

18        Q.    Is that something that can be controlled

19    with medication?

20        A.    That is correct.

21        Q.    You indicated then that this October 1,

22    2020, visit was the last visit.  Mr. Blair indicated

23    that he had intentions of coming to see you again in

24    six months after that visit, so that would have been

25    roughly April of 2021.  Do you have any idea what

Dr. Nihar Patel

1   happened with that visit?  Was there ever a visit

2   scheduled around that time frame?

3        A.    I believe he had an appointment on --

4   let's see here.  I'm trying to look up his date.  I

5   give patients a checkout ticket.  It looks like they

6   scheduled him an appointment.  From my

7   understanding, he was having some issues with his

8   insurance around that time and I don't know if his

9   medical insurance included another visit or if that

10  got figured out between that visit in October or

11  more recently.

12       Q.    My understanding is he testified that he

13  came back to you in October because we became

14  eligible for Medicaid.

15       A.    Okay.

16       Q.    If he was on Medicaid, would he have been

17  able to see you in April?

18       A.    Yes, ma'am.

19       Q.    So do you have any record of why he

20  didn't come to see you in April -- April-ish?

21       A.    Let me look here.  I don't have any

22  records of why he didn't come back.

23       Q.    Do you have anything scheduled for him at

24  this point?

25       A.    Not as of right now.

Dr. Nihar Patel

1    Q.    And so currently he would no longer have

2    any medication for that thyroid issue, because you

3    only gave them basically a 60-day supply?

4    A.    Unless his primary car physician has

5    taken over the responsibilities of that medicine, I

6    have not prescribed any additional medicines since

7    that time.

8    Q.    At least as of the last time that you saw

9    him, he was in remission and that's the last

10   information that you have; is that accurate?

11   A.    Correct.

12   Q.    At any point in time, did you ever place

13   any restrictions on Mr. Blair in terms of his

14   ability to work?

15   A.    No, ma'am.

16   Q.    Have you ever spoken to Mr. Blair or any

17   members of his family since that last visit we

18   looked at on October 1, 2020?

19   A.    I have not.

20   Q.    Did Mr. Blair's DLBCL present similar to

21   other patients you see with DLBCL?

22   A.    There is a wide spectrum on presentation.

23   His was in a very non-typical area of his tonsil.

24   That's not a very common area for it to occur in.

25   It is not unheard of either.

Dr. Nihar Patel

1      Q.    As a practicing medical oncologist, are

2  you aware of any diagnostic tests or marker or

3  immunochemistry stain that you could use which could

4  determine the cause of a patient's non-Hodgkin's

5  lymphoma?

6      A.    I am not aware of that test.

7      Q.    And so as a practicing medical

8  oncologist, are you aware of any diagnostic test,

9  which would determine if Glyphosate or Roundup

10 caused or contributed to a patient's non-Hodgkin's

11 lymphoma?

12     A.    I'm not aware of that test or diagnostic

13 test.

14     Q.    And as of the date that Mr. Blair was

15 diagnosed and based upon your assessment, are you

16 able to determine how long Mr. Blair had DLBCL?

17     A.    No, that is an impossible task.

18     Q.    And during the course of your treatment

19 of Mr. Blair, was there anything about the course of

20 his DLBCL or his response to treatment that

21 indicated to you that Glyphosate or Roundup caused

22 or contributed to his cancer?

23     A.    Can you repeat that question?

24     Q.    During the course of your treatment of

25 Mr. Blair, was there anything about the course of

Dr. Nihar Patel

```
 1   his DLBCL or his response to treatment that in any
 2   way indicated that Glyphosate or Roundup caused or
 3   contributed to his cancer?
 4        A.    Nothing except that he was exposed to it.
 5   Nothing specific.
 6        Q.    And outside Mr. Blair describing what he
 7   did for a living, do you remember having any
 8   conversations with Mr. Blair about Roundup?
 9        A.    No, ma'am.
10        Q.    So now Mr. Blair testified that you
11   stated something along the lines of "If I were you,
12   I would go see a lawyer."  Would you have ever said
13   something like that to a patient?
14        A.    No, ma'am.
15        Q.    So just to confirm, then.  You would not
16   have made such a statement like that to Mr. Blair;
17   is that correct?
18        A.    No, ma'am.
19        Q.    Is that correct?
20        A.    That is correct.
21        Q.    And would you agree with me that nowhere
22   in your medical records did you state or document an
23   opinion on the cause of Mr. Blair's lymphoma; is
24   that correct?
25        A.    No.  Outside of his employment history
```

Dr. Nihar Patel

1    and his report that he had been exposed to that

2    specific substance, I don't know the cause of it.

3        Q.    And that PET scan that suggested a

4    complete metabolic response was dated November 19,

5    2018, correct?

6        A.    That's correct.

7        Q.    So it's been about -- over two and a half

8    years since that PET scan, right?

9        A.    That is correct.

10       Q.    And Mr. Blair testified that he recalls

11   that you might have spoken to him and attributed

12   some significance to getting to a five-year mark

13   after remission.  Does that conversation ring a

14   bell?

15       A.    Yes, ma'am.

16       Q.    So what's the significance of a five-year

17   mark?

18       A.    Going back to what we previously

19   discussed, the International Prognostic Index, we

20   talk about how there's a risk of recurrence that it

21   calculates and an overall survival risk as well.

22   That dates out to five years.  And so with a low

23   risk, it hovers around 80 percent or a risk

24   of survival and overall survival at five years is

25   about 80 percent in those patients with low risk

Dr. Nihar Patel

1    disease.

2        Q.    Let me make sure I understand.   80

3    percent risk of no recurrence, or 80 percent risk of

4    survival?   What does 80 percent represent?

5        A.    80 percent risk of overall survival at

6    five years and 80 percent chance that he will not

7    have recurrence in five years.

8        Q.    So when do most relapses occur with

9    DLBCL?

10        A.    They typically occur in the first five

11    years of diagnosis and therapy.

12        Q.    And overall, does Mr. Blair continue to

13    have the same very good prognosis that he had from

14    the outset?

15        A.    Yeah, his IPI score does not change.   It

16    remains at low risk.

17            MS. BARTLEY:

18                I will pass the witness.

19                    EXAMINATION

20    BY MR. JOSEPH:

21        Q.    Good afternoon, Dr. Patel.   I have a few

22    questions to ask you in follow-up by those posed by

23    Ms. Bartley.

24            If at any point in time I ask you a

25    question that doesn't make any sense, please let me

Dr. Nihar Patel

```
 1    know.  I promise you I will ask you a poor question.
 2    Let me know and I will rephrase it.  Is that fair?
 3        A.    Yes, sir.
 4        Q.    I don't think I'll be long.
 5              Was it atypical for you to see someone
 6    with non-Hodgkin's lymphoma given Mr. Blair's age?
 7        A.    Yes.
 8        Q.    Why is that?
 9        A.    He is the youngest patient I've had with
10    this disease since I've started hematology oncology.
11        Q.    And you've testified that you've seen
12    over 500 patients?
13        A.    Yes, sir.
14        Q.    And he's the youngest one you've seen
15    over 500; is that correct?
16        A.    From what my recollection is, he's the
17    youngest patient I've seen with diffuse large B-cell
18    lymphoma.
19        Q.    And I note, if you will -- Jane, I don't
20    have the capacity to share the screen, but can you
21    go back to the record, I guess, it was Bates number
22    83.
23              MS. BARTLEY:
24                   November 16th of 2018?
25              MR. JOSEPH:
```

Dr. Nihar Patel

```
 1                    Yes, ma'am.
 2    BY MR. JOSEPH:
 3        Q.    And specifically, Dr. Patel, down in --
 4    Ms. Bartley asked you some questions about this
 5    record, but there was one I wanted to pick up on.
 6    The last sentence in the history of present illness,
 7    would you read that for the record, please?
 8        A.    "Of note, Mr. Blair works in a vegetation
 9    service industry and regularly sprays Roundup as
10    part of his duties."
11        Q.    Is that a note of yours?
12        A.    That is a note of mine, yes, sir.
13        Q.    And you said "of note," why you say that?
14        A.    Because I brought it up with the patient
15    if he's had any chemical exposures.  And after
16    asking him that question, that's what he told me.
17        Q.    And why you would ask him if he chemical
18    exposures?
19        A.    To look for any reasons that may have
20    increased his risk for any malignancies.
21        Q.    And given his age as well and the fact
22    that he had this cancer; is that correct?
23        A.    That is correct.
24        Q.    And also -- I'm trying to work this.  Go
25    down to the social history portion of that same
```

Dr. Nihar Patel

1    record.  In the first line, it says -- why does it

2    say, "Yes; occupation vegetation management"?

3        A.    It says he's been married less than ten

4    years.  Yes; occupation vegetation management; and

5    then water services.  He gets city services.  And

6    he's got a couple of dogs and a cat.  These are

7    assessment questions that get asked to every

8    patient.  So in spite of him being a man, it says,

9    "Are you pregnant?"  "No."  "Are you considering

10   pregnancy?"  "No."

11       Q.    Does occupation management bear

12   significance as it did in the history of present

13   illness?

14       A.    Yes, sir, it was essentially a redundant

15   question.

16       Q.    So you covered that issue with respect to

17   his potential chemical exposures twice; is that

18   correct?

19       A.    Yes, sir.

20       Q.    Could you go to the December 11, 2018,

21   record?  I don't know what number Bates that is.

22            MS. BARTLEY:

23                 Give me just a second.  December

24        11th?

25            MR. JOSEPH:

Dr. Nihar Patel

```
 1                    Yes, ma'am.  2018.

 2              MS. BARTLEY:

 3                    Got it.

 4              MR. JOSEPH:

 5                    Thank you very much.

 6  BY MR. JOSEPH:

 7      Q.    Dr. Patel, it is indicated down -- maybe

 8  go down a little bit.  Go up.  Okay.  At the

 9  12-point review of symptoms, can you read the

10  remainder of that?

11      A.    Yes.  "A 12-point review system was

12  obtained and was otherwise negative except for the

13  following pertinent following positives.  The

14  patient noted diarrhea and headaches at the time."

15      Q.    Is it fair to say these symptoms will wax

16  and wane?  Some days he might present with

17  symptoms -- some days certain symptoms and some days

18  he may not?

19      A.    That is correct.

20      Q.    And you're asking him those questions as

21  he sits before; is that correct?

22      A.    Sometimes it can be how it is

23  interpreted, how you are feeling at the time when

24  you're seeing it.  When you're asking it, some

25  patients take that as how you've been feeling since
```

Dr. Nihar Patel

1    the last time I've seen you.  Sometimes it's not

2    clear on how the patient interprets it.

3        Q.    Would the diarrhea and headache be common

4    with chemotherapy treatment?

5        A.    Yes, sir.

6        Q.    What are some of the other ways in which

7    the body reacts typically to chemotherapy treatment?

8        A.    Well, he received five medicines.  The

9    R-CHOP is an acronym that stands for Rituximab

10   Cyclophosphamide, H is Doxorubicin, O is

11   Vincristine, and P is Prednisone.  Each have their

12   own spectrum of side effects.  The majority of

13   patients experience fatigue, nausea, vomiting.  They

14   are at risk for cardiotoxicity if their injection

15   fraction is low when they start or they get too much

16   Doxorubicin.  There is risk for infections, low

17   blood counts, anemia, diarrhea, headaches, insomnia,

18   high sugars, overeating.  The prednisone can

19   stimulate an appetite.  And secondary malignancies

20   as well.

21       Q.    Given the appetite issues that you just

22   referenced, it would be typical for someone to

23   potentially gain weight during this process?

24       A.    Not typical.  It varies depending on how

25   many additional symptoms the patient is having.  If

Dr. Nihar Patel

```
 1   the patient is having a lot of nausea, they are not
 2   going to want to eat.  If they are having a little
 3   nausea and, you know, side effects of prednisone,
 4   again, can stimulate appetite.
 5       Q.    Again, it wouldn't be out of the ordinary
 6   for someone to gain weight during this process; is
 7   that correct?
 8       A.    No, not with someone as young as he was.
 9       Q.    And you didn't note anywhere that he was
10   obese; is that correct?  I think you note that he
11   was well-developed; is that correct?
12       A.    In the exam, he looked well-developed,
13   yes, sir.
14       Q.    Would you distinguish being
15   well-developed and being obese?
16       A.    The BMI does not take into consideration
17   muscle mass, so, though, numerically he falls under
18   the obese category, he did not come off that he was
19   obese when I saw him or examined.
20       Q.    In fact, you testified a little while ago
21   that obesity did not concern you as a regard for
22   potential recurrence; is that correct?
23       A.    That is correct.
24       Q.    You also indicated that his potential --
25   that his cancer was not in a typical area; is that
```

Dr. Nihar Patel

```
 1   correct?
 2       A.    It's not in a very common area.  It has
 3   been described before as occurring in that area, but
 4   not very common.
 5       Q.    And you indicated that and you documented
 6   on your record that he was involved in vegetation
 7   management that he sprayed Roundup as part of his
 8   duties; is that correct?
 9       A.    That's correct.
10       Q.    I believe he testified -- Dr. Katz
11   testified earlier that he found no significance that
12   Mr. Blair advised him that during the course of him
13   spraying the Roundup from time to time, he would
14   ingest it through his nose and his face area.  Would
15   that be of any note to you?
16           MS. BARTLEY:
17               Objection.
18   BY MR. JOSEPH:
19       Q.    Please explain for the jury why.
20           MS. BARTLEY:
21               Same objection.
22           THE WITNESS:
23               It's not intended to be ingested.
24   BY MR. JOSEPH:
25       Q.    Why do you say that?
```

Dr. Nihar Patel

```
 1      A.      Roundup is a herbicide.  It's intended
 2   to, I believe, kill vegetation and not intended to
 3   be ingested by humans or exposed to humans.  I feel
 4   like that is a pertinence occurrence.
 5      Q.      Why is it not intended for him to be
 6   exposed to it?
 7              MS. BARTLEY:
 8                      Objection.
 9              MR. JOSEPH:
10                      You can continue answering the
11         questions, Dr. Patel.
12              THE WITNESS:
13                      I don't think that's what it was
14         invented for or found to be effective against.
15         And from everything I've read, it's not
16         healthy for a human being.
17   BY MR. JOSEPH:
18      Q.      Like, what, for example?
19      A.      In terms of why it's not healthy?
20      Q.      Yes, sir.
21              MS. BARTLEY:
22                      Objection.  Goes beyond this
23         witness's expertise.
24              THE WITNESS:
25                      Just from everything that I've read
```

Dr. Nihar Patel

1          from what that analysis has shown and what the

2          WHO has suggested is that it is considered a

3          possible carcinogen.

4     BY MR. JOSEPH:

5          Q.    I'm going to ask you some questions now

6     about the thyroid issue that counsel discussed with

7     you earlier.

8               As I recall your testimony, please

9     correct me if I'm wrong, you indicated that his

10    thyroid issue was potentially related to the fact

11    where he was receiving the radiation; is that

12    correct?

13         A.    That's correct.

14         Q.    And you indicated -- she asked you if it

15    can be transient.  You indicated it could also be

16    for the remainder of his life; is that correct?

17         A.    That's correct.

18         Q.    In that regard, I'd like to ask you some

19    questions now, Dr. Patel, about potential

20    recommended future care; is that fair?

21         A.    That's fair.

22         Q.    Dr. Katz has rendered the opinion that

23    given Mr. Blair's age, that it would be reasonable

24    and recommended for him to have annual or semiannual

25    follow ups.  Would that be fair?

Dr. Nihar Patel

```
 1           MS. BARTLEY:

 2                 Objection.

 3           THE WITNESS:

 4                 That is my recommendation as well,

 5      yes, sir.

 6  BY MR. JOSEPH:

 7      Q.    Dr. Katz has noted that it would be

 8  reasonable for him to have repeat CT scans of the

 9  head and neck, chest, abdomen, and pelvis.  Would

10  you agree with such an assessment?

11           MS. BARTLEY:

12                 Objection.

13           THE WITNESS:

14                 I agree that he needs to have

15      imaging if the symptoms warrant that.

16  BY MR. JOSEPH:

17      Q.    Dr. Katz has noted that given the

18  significance therapeutic doses delivered to Mr.

19  Blair's head and neck that he would require regular

20  dental evaluations and cleaning every six months.

21  Would you agree with such an assessment?

22      A.    Yes, sir.

23      Q.    Why is that?

24      A.    Because there is increase risk of dental

25  care from the radiation that he received.
```

Dr. Nihar Patel

```
 1      Q.    And you also rendered the similar opinion

 2   regarding the thyroid function; is that correct?

 3      A.    Yes, sir.

 4            MS. BARTLEY:

 5                  Your question was regarding the

 6       what?

 7            MR. JOSEPH:

 8                  Thyroid function.

 9            MS. BARTLEY:

10                  Same objection.

11   BY MR. JOSEPH:

12      Q.    And your testimony on that point, Dr.

13   Patel, would be reasonable to evaluate his thyroid

14   going forward; is that correct?

15      A.    Yes, sir.

16      Q.    Dr. Katz has also noted that Mr. Blair

17   will remain at risk for development of secondary

18   cancers and/or disorders of the soft tissue of the

19   neck as well as bone marrow related to late

20   chemotherapy and radiation effects.  Would you agree

21   with such an assessment?

22      A.    Yes, sir.

23      Q.    And why is that?

24      A.    There is good data that support that

25   patients who have received CHOP or CHOP-like chemo
```

Dr. Nihar Patel

```
 1    or immunotherapies at such a young age are at higher

 2    risk of secondary malignancies specifically

 3    Leukemias as they age down the road.

 4              MR. JOSEPH:

 5                   Those are all of the questions that

 6        I have.  Thank you, Doctor.

 7    BY MR. JOSEPH:

 8        Q.    Actually, I apologize.  There was some

 9    references in some of the records to -- one second.

10    I'm sure there was a typo.  There was another named

11    referenced in the records.

12                   Do you know what I'm talking about, Jane?

13              MS. BARTLEY:

14                   Another name of a person?

15              MR. JOSEPH:

16                   A patient.  I think it began with an

17        L.  I wrote it down somewhere.

18              MS. BARTLEY:

19                   Hewitt.

20    BY MR. JOSEPH:

21        Q.    Hewitt.  So you think more likely than

22    not, Dr. Patel, that was a typo or misprint?

23        A.    That must have been a typo.

24              MR. JOSEPH:

25                   That's all I have.  Thank you.
```

Dr. Nihar Patel

```
 1                   RE-EXAMINATION
 2  BY MS. BARTLEY:
 3      Q.    Dr. Patel, plaintiff's counsel pointed
 4  out a couple of references in your initial records
 5  with regard to Mr. Blair's occupation and what he
 6  did for a living.  Would it be fair to say, and I
 7  think you suggested this in your responses, that
 8  that would be a standard question that you would ask
 9  to all of your patients with respect to their
10  occupation; is that correct?
11      A.    That is part of our structural history,
12  yes, ma'am.
13      Q.    And similarly, you asked him about
14  exposures to any chemicals.  Would that be also a
15  standard question that you would ask your oncology
16  patients?
17      A.    I do, yes, ma'am.
18      Q.    Would they indicate to you that they've
19  been exposed to a number of different chemicals.  Do
20  you always know -- are you always familiar with the
21  science in terms of whether those chemicals do or do
22  not cause carcinogenicity?
23      A.    No.  But it can be as vague as cigarette
24  exposure.  I ask them a broad-base question and see
25  what their response is.
```

Dr. Nihar Patel

1      Q.    And you'll always document that response

2   in your medical records regardless of whether you

3   know the answer to whether that is a carcinogen; is

4   that fair?

5      A.    In terms of occupation, yes, ma'am.

6      Q.    And you'll document that answer

7   regardless of whether you have done the research and

8   whether you are familiar -- whether you've done a

9   comprehensive review of the literature of that

10   chemical and whether it is a carcinogen; is that

11   fair?

12      A.    Yes, ma'am.

13      Q.    And as to Glyphosate, have you performed

14   a comprehensive review of the literature as to

15   whether or not that's a carcinogen?

16      A.    I've read what is publicly available.

17      Q.    You've read everything that is publicly

18   available?  My question is:  Have you done a

19   comprehensive review of the literature?

20           MR. JOSEPH:

21               Objection to form.

22           THE WITNESS:

23               I have not done a comprehensive

24      review.

25   BY MS. BARTLEY:

Dr. Nihar Patel

1      Q.      And earlier, I just wanted to confirm,

2    your answer to my earlier question was if you knew

3    the cause of Mr. Blair's non-Hodgkin's lymphoma and

4    your answer was no.  That's correct, right?

5      A.      That is correct.

6      Q.      Now, with regard to this record here that

7    is still up on the screen of December 11, 2018,

8    there is a documentation here when Mr. Blair is

9    eight days into his first cycle of chemotherapy and

10   you noted diarrhea and headache and tolerated chemo

11   well.  Do you remember that notation there on the

12   screen?

13     A.      I see that, yes, ma'am.

14     Q.      Now, plaintiff's counsel asked you if you

15   would list off some of the symptoms that you might

16   typically see with R-CHOP.  Do you remember him

17   asking you that question?

18     A.      Yes, ma'am.

19     Q.      And you rattled off a list of some of the

20   symptoms that you might typically see including

21   fatigue and nausea and vomiting and possibly even

22   cardiotoxicity if the injection fraction is low.  Do

23   you remember listing that list?

24     A.      Yes, ma'am.

25     Q.      I don't want the jury to get confused,

Dr. Nihar Patel

```
 1    Doctor.  Isn't it true that at no point did you ever
 2    document in your record that Mr. Blair ever
 3    experienced a number of those symptoms that you
 4    listed off that you might see with some patients;
 5    isn't that fair?
 6        A.    That is correct.
 7        Q.    And, in fact, did Mr. Blair have a low
 8    injection fraction?  You ordered an echocardiogram,
 9    right?
10        A.    He did not have a low EF, no, ma'am.
11    That is a risk after the fact.
12        Q.    So you weren't concerned about
13    cardiotoxicity from Mr. Blair, right?
14        A.    Not on December 11, 2018, no, ma'am.
15        Q.    And, in fact, we talked about when he
16    asked that question about why you never ordered
17    growth factors or -- what was the other term?
18        A.    Transfusion.
19        Q.    Yeah.  It was because he wasn't
20    experienced fatigue, right?
21        A.    He was not having symptomatic fatigue
22    that requires the transfusion.
23        Q.    Right.  So when plaintiff's counsel asked
24    you to list off the possible symptoms that someone
25    with R-CHOP can have, the truth is, you didn't
```

Dr. Nihar Patel

```
 1    document any of those symptoms from Mr. Blair.  The
 2    only two you ever documented are right here on this
 3    record, which is diarrhea and headache; isn't that
 4    accurate?
 5         A.    Yeah.  When I asked those questions, he
 6    was not having any symptoms.
 7         Q.    And plaintiff's counsel asked you some
 8    questions with regard to, I guess, Dr. Katz.  Now,
 9    that's the doctor that you referred plaintiff to for
10    radiation therapy and then once that radiation
11    therapy is concluded, my understanding is that
12    plaintiff would ordinarily come back to you for
13    care, right?
14         A.    He might come back to both of us.  I
15    mean, we both provide therapy and we both know the
16    side effects of our therapies.  It's not unheard of
17    to see both of us going forward.
18         Q.    But at this time, there is no need for
19    radiation therapy, is there?
20         A.    There is no need for radiation therapy,
21    no, ma'am.
22         Q.    Dr. Katz -- you were asked about Dr.
23    Katz's recommendation for repeat CT scans on an
24    annual semi-basis.  Now, my question to you is:  On
25    any other case when a patient would have been in
```

Dr. Nihar Patel

1   remission or complete metabolic response for past

2   five years, would you continue surveillance

3   [inaudible] or any findings on exam, would you

4   continue to order surveillance scans?

5       A.   Not surveillance scans.  I would get labs

6   regularly, though.

7       Q.   But you wouldn't order any scans, would

8   you?

9       A.   No, not without any new symptoms, no,

10  ma'am.

11      Q.   And you mentioned the data with regard to

12  the risk of secondary cancers.  Can you list any

13  data that would apply in this particular case that

14  you mentioned that was specific to his young age?

15  What data would support that?

16      A.   There has been investigations and

17  published data that looks at the relative risk of

18  Leukemia specifically.  I don't know it general

19  offhand, but I know it ranges anywhere from between

20  11 and 15 percent relative risk in Leukemia in

21  patients who have been exposed CHOP-like

22  immunotherapies.  That typically includes patients

23  younger than the age of 60 and the younger they are,

24  the higher the risk because there was a longer

25  lifespan.

Dr. Nihar Patel

1       Q.      Does anything specific come to mind in

2   terms of that data for younger age?

3       A.      Specific to what?

4       Q.      A specific citation.

5       A.      I'd have to find it for you.  I don't

6   know it offhand.

7               MS. BARTLEY:

8                     That's all I have.

9                     RE-EXAMINATION

10  BY MR. JOSEPH:

11      Q.      As you indicated earlier, Dr. Patel, that

12  question regarding the 12-point review of symptoms

13  can be interpreted from time to time by patients as

14  regards to symptoms that they are currently having

15  at the time you are asking them questions; is that

16  correct?

17      A.      Yes, sir.

18      Q.      And that's not necessarily reflective of

19  a historical representation of how the person has

20  been feeling from when they saw on point A to when

21  they see again at point B; is that correct?

22      A.      That's where communication is important.

23  When we ask those questions, sometimes I believe

24  they understand it is point A to point B rather than

25  just point B.  And the same thing as point B, they

Dr. Nihar Patel

1   may not tell me exactly how they've been feeling

2   every day since the last time I've seen them.

3   That's a fault of miscommunication if that's how

4   it's been interpreted.

5       Q.    That happens.  I'm married.  It happens

6   all the time.

7             My question to you is:  You wouldn't

8   represent to the jury that receiving this type of

9   treatment is a walk in the park; is that correct?  I

10  mean, this sends the body through some changes; is

11  that not correct?

12      A.    That is 100 percent correct, yes, sir.

13            MR. JOSEPH:

14                  Those are all of the questions I

15      have.

16            MS. BARTLEY:

17                  Thank you, Dr. Patel.

18            THE VIDEOGRAPHER:

19                  Standby.  We're going off the

20      record.  It is 5:44.

21            COURT REPORTER:

22                  Mr. Joseph, did you need a copy?

23            MR. JOSEPH:

24                  Just a copy of the transcript.

25      (Deposition concluded on/or about 5:44 p.m.)

Dr. Nihar Patel

```
 1                    REPORTER'S PAGE

 2

 3          I, KRISTIE GARRISON, Certified Court

 4   Reporter in and for the State of Louisiana, the

 5   officer as defined in Rule 28 of the Federal Rules

 6   of Civil Procedure and/or Article 1434(B) of the

 7   Louisiana Code of Civil Procedure, before whom this

 8   proceeding was taken, do hereby state on the Record:

 9          That due to the interaction in the

10   spontaneous discourse of this proceeding, dashes

11   (--) have been used to indicate pauses, changes in

12   thought, and/or talkovers; that same is the proper

13   method for a Court Reporter's transcription of

14   proceeding, and that the dashes (--) do not indicate

15   that words or phrases have been left out of this

16   transcript;

17          That any words and/or names which could not

18   be verified through reference material have been

19   denoted with the phrase "(spelled phonetically)."

20

21

22

23

24

25
```

Dr. Nihar Patel

```
 1              REPORTER'S CERTIFICATE
 2         This certification is valid only for a
    transcript accompanied by my original seal on this
 3  page.
 4         I, KRISTIE GARRISON, Certified Court
    Reporter, in and for the State of Louisiana, as the
 5  officer before whom this testimony was taken, do
    hereby certify that DR. NIHAR PATEL, to whom the
 6  oath was administered, after having been duly sworn
    by me upon authority of R.S. 37:2554, did testify as
 7  hereinbefore set forth in the foregoing 82 pages;
 8         That this testimony was reported by me in
    the steno mask reporting method, was prepared and
 9  transcribed by me or under my personal direction and
    supervision, and is a true and correct transcript to
10  the best of my ability and understanding;
11         That the transcript has been prepared in
    compliance with transcript format guidelines
12  required by statute or by rules of the board;
13         That I have acted in compliance with the
    prohibition on contractual relationships, as defined
14  by Louisiana Code of Civil Procedure Article 1434
    and in rules and advisory opinions of the board;
15
           That I am not related to counsel or the
16  parties herein, nor am I otherwise interested in the
    outcome of this matter.
17
           July 21, 2021, Baton Rouge, Louisiana.
18
19
20
21
22         _____
23         KRISTIE GARRISON, CCR
24         CERTIFIED COURT REPORTER
25
```