EXHIBIT 9

# SANFORD RORY KATZ, M.D., F.A.C.R.O.

| | |
|---|---|
| **Office:** | Department of Radiation Oncology<br>Willis-Knighton Cancer Center<br>2600 Kings Highway<br>Shreveport, LA 71103<br>Email: sanfordkatzmd@gmail.com<br>Phone: office (318) 212-4639   cell 318-820-4136<br>Fax: (318) 212-8305 |
| **Residence:** | 2817 Tuscany Circle<br>Shreveport, LA  71106 |
| **Profession Licensure:** | **Maryland** – D0051442 (inactive)<br>**District of Columbia** – MD000030098 (inactive)<br>**Virginia** – 0101058785 (inactive)<br>**Louisiana** – 12437R |
| **Certification:** | Federal DEA Controlled Substances Practitioner Registration<br>Louisiana Controlled Dangerous Substances License<br>FDA Trans-mucosal Immediate Release Fentanyl (TIRF) Risk Evaluation and Mitigation Strategy (REMS) program<br>NIH – National Cancer Institute (NCI) Cancer Therapy Evaluation Program (CTEP) Investigator |
| **Fellowship Award:** | Fellow of the American College of Radiation Oncology (FACRO) |

## EDUCATION:

| | |
|---|---|
| 1991.1995 | **Doctor of Medicine**, The University of Maryland School of Medicine, Baltimore, MD |
| 1987.1990 | **Bachelor of Arts in Biological Science**, The University of Delaware, Newark, DE |

## PROFESSIONAL TRAINING:

| | |
|---|---|
| 1999.2000 | **Chief Resident**, Department of Radiation Medicine, Georgetown University Hospital, Washington, DC |
| 1996.1999 | **Resident Physician**, Department of Radiation Medicine, Georgetown University Hospital, Washington, DC |
| 1995.1996 | **Resident Physician**, Department of Medicine, Greater Baltimore Medical Center, Baltimore, MD |

## HOSPITAL STAFF PRIVILEGES:

| | |
|---|---|
| 1999-present | **Willis-Knighton Medical Center**, Shreveport, Louisiana |
| 1999-present | **Willis-Knighton South and Center** for Women's Health, Shreveport, Louisiana |
| 1999-present | **WK Pierremont Health Center**, Shreveport, Louisiana |
| 1999-present | **WK Bossier Health Center**, Bossier City, Louisiana |
| 2001-2017 | **CHRISTUS Schumpert Hospital**, Shreveport, Louisiana |

| | |
|---|---|
| 2002-Present | **Louisiana State University** Health Sciences Center, Department of Radiation Oncology, Shreveport, Louisiana |
| 2003-2010 | **Overton Brooks**, Veterans Administration Medical Center, Shreveport, Louisiana |

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| August 2000 – Present | **Radiation Oncologist**, Willis-Knighton Cancer Center, Shreveport, Louisiana |
| 2021 – Present | **Clinical Instructor**, Department of Radiation Oncology, Tulane University School of Medicine, New Orleans, Louisiana |
| 2007 – Present | **Assistant Director**, Willis-Knighton Dept. of Radiation Oncology, Shreveport, Louisiana |
| 2002 - Present | **Assistant Professor**, Department of Radiology, Louisiana State University Health Sciences Center, Shreveport, Louisiana |
| 2011 - Present | **Assistant Professor**, Department of Oral and Maxillofacial Surgery, Louisiana State University Health Sciences Center, Shreveport, Louisiana |
| 2013- Present | **Member**, Feist-Weiller Cancer Center, Louisiana State University Health Sciences Center, Shreveport, Louisiana |
| 2014 - Present | **Assistant Professor**, Department of Otolaryngology-Head and Neck Surgery, Louisiana State University Health Sciences Center, Shreveport, Louisiana |
| 2007 – 2010 | Assistant Director, Christus Schumpert Department of Radiation Oncology, Shreveport, Louisiana |
| July 1999 | **Locum Tenens Radiation Oncologist**, Willis-Knighton Medical Center, Shreveport, LA |
| 1997- 2000 | **Clinical Investigator**, Innovative Medical Research, Baltimore, MD |
| 1992 | **Research Fellow**, Department of Surgery, The University of Maryland School of Medicine, Baltimore MD |
| 1991 | **Research Associate**, Diagnostics Division, Department of Research and Development, Kierkegaard and Perry Labs, Gaithersburg, MD |
| 1989-1990 | **Research Assistant**, College of Life and Health Sciences, The University of Delaware, Newark, DE |
| 1989 | **Research Assistant**, Center for Circadian Physiology, Department Of Neurobiology and Physiology, Northwestern University, Evanston, IL |
| 1987-1988 | **Research Assistant**, Bureau of Biologics Research and Review, Food and Drug Administration, National Institutes of Health, Bethesda, MD |

## CERTIFICATION:

Board Certified - American Board of Radiology 2000
Board Recertification – American Board of Radiology (through 2020)
United States Medical Licensing Examination – Parts I, II and III

## PROFESSIONAL AFFILIATIONS:

American Society of Clinical Oncology
American College of Radiology
American College of Radiation Oncology
American Society for Therapeutic Radiology and Oncology
Shreveport Medical Society

## PUBLICATIONS:

G. L. Smith, MD, PhD, MPH, S. Fu, PhD, M. S. Ning, MD, MPH, N. Nguyen, BA, P. M. Busse, R. L. Foote, A. S. Garden, G. B. Gunn, C. D. Fuller, W. H. Morrison, G. Chronowski, S. Shah, L. Mayo, J. Phan, J. P. Reddy, J. W. Snider III, S. H. Patel, S. Katz, A. Lin, N. Mohammed, R. Dagan, N. Lee, D. I. Rosenthal, and S. J. Frank. Work Outcomes after Intensity-Modulated Proton Therapy (IMPT) vs. Intensity-Modulated Photon Therapy (IMRT) for Oropharyngeal Cancer (in progress)

G.L. Smith, M.S. Ning, A.K. Shah, S. Fu, P.M. Busse, S. Cantor, R. Dagan, R.L. Foote, C.D. Fuller, A.S. Garden, G.B. Gunn, S.R. Katz, A. Lin, N. Mohammed, W.H. Morrison, S.H. Patel
Impact of Intensity-Modulated Proton Therapy vs. Intensity Modulated Photon Therapy on Preserving Work and Productivity in Oropharyngeal Cancer Patients: Outcomes of a Multi-Institution Randomized Trial. Int. J of Radiation Oncology Biology and Physics Volume 105, Number 1S, Supplement 2019, E427-428

Carryn M. Anderson, MD; Christopher M. Lee, MD; Deborah P. Saunders, DMD; Amarinthia Curtis, MD; Neal Dunlap, MD; Chaitali Nangia, MD; Arielle S. Lee, MD; Sharon M. Gordon, DDS, PhD; Philip Kovoor, MD; Roberto Arevalo-Araujo, MD; Voichita Bar-Ad, MD11; Abhinand Peddada, MD; Kyle Colvett, MD; Douglas Miller, MD; Anshu K. Jain, MD1; James Wheeler, MD, PhD; Dukagjin Blakaj, MD, PhD; Marcelo Bonomi, MD; Sanjiv S. Agarwala, MD; Madhur Garg, MD; Francis Worden, MD; Jon Holmlund, MD; Jeffrey M. Brill, BA; Matt Downs, MPH; Stephen T. Sonis, DMD, DMSc; Sanford Katz, MD; and John M. Buatti, MD
Phase IIb, Randomized, Double-Blind Trial of GC4419 Versus Placebo to Reduce Severe Oral Mucositis Due to Concurrent Radiotherapy and Cisplatin for Head and Neck Cancer, Journal of Clinical Oncology 37, no. 34 (December 01, 2019) 3256-3265.

Michael Chuong, MD; John Bryant, BS; William Hartsell, MD; Henry Tsai, MD; Gary Larson, MD; Shahed Badiyan, MD; George E. Laramore, PhD, MD; Sanford Katz, MD; Carlos Vargas, MD
Minimal acute toxicity from proton beam therapy for major salivary gland cancer, Acta Oncologica, Published online: 05 Dec 2019

Nathan Y. Yu*, MD; Mauricio E. Gamez*, MD; William F. Hartsell, MD; Henry K. Tsai, MD; George E. Laramore, MD, PhD; Gary L. Larson, MD; Charles B. Simone II, MD; Carl Rossi, MD; Sanford R. Katz, MD; Matthew R. Buras, MS; Michael A. Golafshar, MS; Carlos E. Vargas, MD; Samir H. Patel, MD
A Multi-Institutional Experience of Proton Beam Therapy for Sinonasal Tumors. Advances in Radiation Oncology, October-December,2019 Volume 4, Issue 4, Pages 689-698

S. Singh, S. Nuyts, R. Doline, S. Satti, M. Schwartz, S. Thatcher, Y. Chen, S. Katz, M. Garg, J. Wagemans, P. Specenier, C. Wittekindt, L. Lee, J. Reifler, S. Sonis, M. Emanuel, F. Cilli, A. Joslyn, J. Wade
Severe oral mucositis (SOM) mitigation by genetically modified lactococcus lactis bacteria (LLB) producing human trefoil factor 1 (hTFF1; AG013) in patients being treated with concomitant chemoradiation (CRT) for oral and oropharyngeal cancers (OCOPC): Annals of Oncology, October 2019 Volume 30, Supplement 5, Pages v458–v459

Brent A. Chang, Sanford Katz, Anvesh R. Kompelli, Cherie-Ann O.Nathan
Is primary radiotherapy an acceptable treatment modality for verrucous carcinoma of the larynx? The Laryngoscope September 2019, volume 129:1964-1965

S. Singh, S. Nuyts, R. Doline, S. Satti, M. Schwartz, S. Thatcher, Y. Chen, S. Katz, M. Garg, J. Wagemans, P. Specenier, C. Wittekindt, L. Lee, J. Reifler, S. Sonis, M. Emanuel, F. Cilli, A. Joslyn, J. Wade Severe Oral Mucositis (SOM) Mitigation by Genetically Modified Lactococcus Lactis Bacteria (LLB) Producing Human Trefoil Factor 1 (hTFF1; AG013) in Patients Being Treated With Concomitant Chemoradiation (CRT) for Oral and Oropharyngeal Cancers (OCOPC). Poster Display session, European Society for Medical Oncology. Sep 2019

Shahed Badiyan, Michael S Rutenberg, MD, PhD; Bradford S Hoppe, MD; Pranshu Mohindra, MD, MBBS; Gary Larson, MD; William F Hartsell, MD; Henry Tsai, MD; Jing Zeng, MD; Ramesh Rengan, MD, PhD; Erica Glass, CRNP; Sanford Katz, MD; Carlos Vargas, MD; Steven J Feigenberg, MD; Charles B Simone, II, MD

Clinical Outcomes of Patients with Recurrent Lung Cancer Re-irradiated with Proton Therapy on the Proton Collaborative Group and University of Florida Proton Therapy Institute Prospective Registry Studies
Practical Radiation Oncology (2019)9, 280-288

C.J. Wang, R. Guarisco, P.D.D. Dang, J.B. Wilkinson, S.R. Katz, M.L. Durci, L.R. Rosen. Prospective Safety and Patient-Reported Quality-of-Life Outcome for Prostate Cancer Treated with Image-Guided Compact Pencil-Beam Proton Unit. International Journal of Radiation Oncology Biology Physics. November 1, 2018 Volume 102, Issue 3, Supplement, Page e148

Yang Z, Flores J, Katz S, Nathan CA, Mehta V.
Comparison of Survival Outcomes Following Postsurgical Radioactive Iodine Versus External Beam Radiation in Stage IV Differentiated Thyroid Carcinoma.
Thyroid. 2017 Jul;27(7):944-952. Epub 2017 May 17

Chris Lee, Sheeza Wajid, Zao Yang, Madeleine Samuelson, Sanford Katz, Michael Constantinescu, Lori Lemonnier.
Spontaneous regression of squamous cell carcinoma arising from inverted papilloma: a case report.
Otorhinolaryngol Head Neck Surg, 2017: 2398-4937 Volume 2(4): 1-4

Kudrimoti M, Curtis A, Azawi S, Worden F, Katz S, Adkins D, Bonomi M, Scott Z Elder J, Sonis ST, Straube R, Donini O.
Dusquetide: Reduction in oral mucositis associated with enduring ancillary benefits in tumor resolution and decreased mortality in head and neck cancer patients. Biotechnology Reports 15 (2017) 24–26

Kudrimoti M, Curtis A, Azawi S, Worden F, Katz S, Adkins D, Bonomi M, Elder J, Sonis ST, Straube R, Donini O.
Dusquetide: A novel innate defense regulator demonstrating a significant and consistent reduction in the duration of oral mucositis in preclinical data and a randomized, placebo-controlled phase 2a clinical study. J Biotechnol. 2016 Dec 10;239:115-125. Epub 2016 Oct 13.

V. Mehta, C.A.O. Nathan, S.R. Katz, and J. Flores.
The Role of External Beam Radiation in the Adjuvant Setting for Stage IV Differentiated Thyroid Cancer.
International Journal of Radiation Oncology Biology Physics, 2016 Volume 94, Issue 4, 949 – 950

Wilkinson JB, Orschel C, Wu H, Waddell M, Shaitelman S, Henry JC, Rosen L, Durci M, Katz S, Vicini F.
Cardiac Sparing Effect of Proton Beam Therapy Using Accelerated Partial Breast Irradiation for Left-Sided Early-Stage Breast Cancer. Proceedings to the 55th Annual Meeting of the Particle Therapy Cooperative Group (PTCOG). 22-28 May 2016. International Journal of Particle Therapy P054

Slepicka C, Chen KL, Wu H, Rosen L, Katz S, Wilkinson J, Durci M.
Target Adherence Utilizing Bony Anatomy or Fiducial Marker Alignment for Proton Treatment of Prostate Cancer Stabilized with Rectal Balloon. Proceedings to the 55th Annual Meeting of the Particle Therapy Cooperative Group (PTCOG). 22-28 May 2016. International Journal of Particle Therapy P072

Chen KL, Pidikiti R, Rosen L, Katz S, Durci M, Wilkinson J, Wu H.
Dosimetric Evaluation of SFUD and a Developed GISMO Technique Using Lateral Penumbra Matching for Pelvis Malignancies with Proton Therapy. Proceedings to the 55th Annual Meeting of the Particle Therapy Cooperative Group (PTCOG). 22-28 May 2016. International Journal of Particle Therapy P296

Fischer-Valuck BW, Boggs H, Katz S, Durci M, Acharya S, Rosen LR
Comparison of stereotactic body radiation therapy for biopsy-proven versus radiographically diagnosed early-stage non-small lung cancer: a single-institution experience.
Tumori. 2015 May-Jun;101(3):287-93 Epub 2015 Apr 9.

A.Willett, L.R. Rosen, B. Fischer-Valuck, B. Wilkinson, M. Durci, G. Sonnenfeld, T. Wu, and S. Katz
Economic and Efficacy Analysis of Electron Beam Radiation Therapy and HDR Brachytherapy for Skin Cancer of the Face. International Journal of Radiation Oncology Biology Physics, Volume 90 Number 1S Supplement 2014

B.W. Fischer-Valuck,1 S. Acharya, C.G. Robinson, S.R. Katz, M. Durci, and L.R. Rosen.
Increased Age Is Associated with Development of Late Chest Wall Toxicity Following Lung Stereotactic Body Radiation Therapy. International Journal of Radiation Oncology Biology and Physics, Volume 93 Number 3S Supplement 2015

Rosen L, Wu H, Sonnenfeld G, Syh J, Petal B, Syh J, Song X, Durci M, Katz S, Wilkinson B, Ding X.
Clinical Operation Experience with the First Commercial Pencil Beam Scanning (PBS) Compact Proton System. Proceedings to the 54th Annual Meeting of the Particle Therapy Cooperative Group (PTCOG). 18-23 May 2015. International Journal of Particle Therapy.

Lane R. Rosen, Benjamin W. Fischer-Valuck, Michael Durci, Sanford R. Katz, Hsinshun Terry Wu, Amol Takalkar, Mansour Mirfakhraee, David Lillian.
Prognostic utility of serial PET/CT imaging following stereotactic body radiation therapy (SBRT) in early stage lung cancer: a single institution experience. Journal of Radiation Oncology December 2014, Volume 3, Issue 4, pp 379–386

Addison B. Willett, JD, MBA, Lane R. Rosen, MD, Destin R. Black, MD, Robin A. Lacour, MD, Clifton F. Frilot, PhD, MBA, PE, J. Ben Wilkinson, MD, Sanford Katz, MD, Michael Durci, MD, Joseph Syh, PhD, Terry Wu, PhD.
Clinical Outcomes of Vaginal Carcinoma Following Definitive Radiotherapy, Chemotherapy, and HDR Brachytherapy. Brachytherapy 13 (2014) S15eS126

Rosen LR, Fischer-Valuck BW, Katz SR, Durci M, Wu HT, Syh J, Syh J, Patel B.
Helical image-guided stereotactic body radiotherapy (SBRT) for the treatment of early-stage lung cancer: a single-institution experience at the Willis-Knighton Cancer Center.Tumori. 2014 Jan-Feb;100(1):42-8.

M. Dean, L. Rosen, M. Durci, S. Katz, B. Wilkinson, T. Wu.
Definitive Contemporary Chemoradiation With Dose Escalation for Esophageal Cancer. International Journal of Radiation Oncology Biology and Physics, September 1, 2014 Volume 90, Issue 1, Supplement, Page S333

B. Fischer-Valuck, A. Blanchard, S. Katz, M. Durci, J. Syh, T. Wu, B. Patel, J. Syh, and L. Rosen.
Outcomes Following Stereotactic Body Radiation Therapy for Biopsy Proven Versus Radiographically Diagnosed Early-Stage Non-Small Cell Lung Cancer. International Journal of Radiation Oncology Biology and Physics, Volume 87 Number 2S Supplement 2013

Fischer-Valuck BW, Durci M, Katz SR, Wu HT, Syh J, Patel B, Rosen LR.
Influence of patient characteristics on survival following treatment with helical stereotactic body radiotherapy (SBRT) in stage I non-small-cell lung cancer. Thoracic Cancer. 2013 Feb;4(1):27-34

L.R. Rosen, A. Willett, B. Fischer-Valuck, S. Katz, M. Durci, T. Wu, B. Patel, J. Syh.
Comparison of HDR Brachytherapy, Orthovoltage X-ray, and Electron Beam Radiation in the Treatment of Nonmelanoma Skin Cancers: A Single Institution Experience of Individualized Radiation Therapy. International Journal of Radiation Oncology Biology and Physics, Volume 87 Number 2S Supplement 2013

BW Fischer-Valuk, LR Rosen, M Durci, SR Katz, HT Wu.
Treatment Associated Toxicity Following Helical Stereotactic Body Radiotherapy for Early-stage Lung Cancer - A Retrospective Predictive Analysis Of Patient, Tumor, And Treatment Characteristics. August 2012 Journal of Thoracic Oncology 7(9):S291-S291

Patel B, Syh J, Durci M, Rosen L, Katz S, Wu H. SU-E-T-136:
Comparison of TomoScanner™ 2D Water Phantom versus IBA Helix for Tomotherapy Profile Measurements. Med Phys. 2012 Jun;39(6Part11):3734. doi: 10.1118/1.4735194.

Syh J, Patel B, Syh J, Wu H, Rosen L, Durci M, Katz S, Sibata C
SU-E-T-135: Investigation of Commercial-Grade Flatbed Scanners and a Medical- Grade Scanner for Radiochromic EBT Film Dosimetry. Med Phys. 2012 Jun;39(6Part11):3734

Lane R. Rosen, Benjamin W. Fischer-Valuck, Sanford R. Katz, Michael Durci, Hsinshun Terry Wu, Amol Takalkar, Mansour Mirfakhraee, David Lillian.
Monitoring the Response of Stereotactic Body Radiation Therapy (SBRT) in Patients with Early-stage Lung Cancer Using Serial Positron Emission Tomography (PET). October 2012 International Journal of Radiation Oncology Biology Physics 84(3):S48

Rosen LR, Powell K, Katz SR, Wu HT, Durci M.
Subungual Squamous Cell Carcinoma: Radiation Therapy as an Alternative to Amputation and Review of the Literature. Am J Clin Dermatol. 2010;11(4):285-8

L. R. Rosen, Sanford Katz, H. T. Wu. Fractionated image-guided intensity modulated radiosurgery (IG-IMRS) for early stage lung cancer or metastatic disease to the lung using helical TomoTherapy (TARGET lung protocol). January 2006 International Journal of Radiation Oncology Biology Physics Volume: 66

Wu, H Akpati, L Rosen, S Katz, M Mirzasadeghi, J Walker
A Comparison Between Helical Tomotherapy and LINAC-Based Fractionated Cranial Radiosurgery Treatments Utilizing RTOG Guidelines Med. Phys. 32, 1962 (2005)

M Mirzasadeghi, H Wu, H Akpati, L Rosen, S Katz, E Kandler, J Massey
Helical Tomotherapy Leakage Radiation Half and Tenth Value Layers in Concrete and Lead. Presented at the 47th AAPM Meeting, 2005

H Wu, L Rosen, S Katz, M Mirzasadeghi, H Akpati. Willis-Knighton
Pitch, Roll and Yaw Device for Helical Tomotherapy Head & Neck and Brain Treatment. Presented at the 47th AAPM Meeting, 2005

Katz S, R, Wu, HT, Akpati, HC, Rosen, LR
Adult Craniospinal Irradiation Technique Using CT Image-guided Helical Tomotherapy: A Novel Approach.
Presented at the 2005 Meeting of the Radiological Association of North America

Jorgensen TJ, Katz S, Wittmack EK, Varghese S, Todo T, Rabkin SD, Martuza RL.
Ionizing radiation does not alter the antitumor activity of herpes simplex virus vector G207 in subcutaneous tumor models of human and murine prostate cancer. Neoplasia 2001 Sep-Oct;3:451-6.

Strauch ED, Katz S, Fabian DF, Lefor AT. The Effect of
Immunotherapy and Hyperthermia on the Trafficking of LAK Cells
To Murine pulmonary Metastases - Presented at the 1994 Annual
Meeting of the Society of Surgical Oncology

Golding B, Katz SR, Hoffman T. High Dose Antigen Arrests
Growth and Differentiation of a TNP-Specific Human B Cells Line
Journal of Cellular Biochemistry 1988, 12:134

## RESEARCH - PRINCIPLE INVESTIGATOR:

A Phase 2b/3, multicenter, randomized, double-blind, placebo-controlled study comparing the efficacy and safety of clonidine mucoadhesive buccal tablet to placebo to prevent chemoradiotherapy-induced severe oral mucositis in patients with oropharyngeal cancer. Protocol No: MNPR-301-001 (Monopar Therapeutics)

A Phase 1/2, Open-Label Study, Evaluating the Safety, Tolerability, and Efficacy of Topically Administered LUT014 for the Treatment of Radiation-Induced Dermatitis in Breast Cancer Patients. Protocol Number: LUT-RD-02-0 (Lutris Pharma Ltd.)

Phase II/III Randomized Trial of Intensity-Modulated Proton Beam Therapy (IMPT) versus Intensity-Modulated Photon Therapy (IMRT) for the treatment of Oropharyngeal Cancer of the Head and Neck - Protocol Number: 2012-0825. ClinicalTrials.gov Identifier: NCT01893307 (MD Anderson sponsor)

Soligenix IDR-OM-02-USA: A Pivotal, Double-Blind, Randomized, Placebo-Controlled, Multinational Study of SGX942 (Dusquetide) for the Treatment of Oral Mucositis in Patients Being Treated with Concomitant Chemoradiation for the Treatment of Squamous Cell Carcinoma of the Head and Neck (PI)

Oragenics AG013-ODOM-201: A Phase 2, multi-center, randomized, double-blind, placebo-controlled study to assess the safety of topically applied AG013 for the attenuation of oral mucositis in subjects with cancers of the head and neck receiving concomitant chemoradiation therapy (PI)

A Phase 2, multi-center, randomized, double-blind, placebo-controlled study to assess the safety and efficacy of topically applied AG013 for the attenuation of oral mucositis in subjects with cancers of the head and neck receiving concomitant chemoradiation therapy (Oragenix, Inc.)

A Pivotal, Double-Blind, Randomized, Placebo-Controlled,Multinational Study of SGX942 (DUSQUETIDE) for the Treatment of Oral Mucositis in Patients Being Treated with Concomitant Chemoradiation for the Treatment of Squamous Cell Carcinoma of the Head and Neck (Soligenix)

Phase 2, Multi-center, Randomized, Double-blind, Placebo-controlled Study to
Evaluate the Efficacy and Safety of Brilacidin Oral Rinse Administered Daily for
7 Weeks in Attenuating Oral Mucositis in Patients with Head and Neck Cancer
Receiving Concurrent Chemotherapy and Radiotherapy (Cellceutix/Innovation Pharmaceuticals)

A Multicenter, Randomized, Placebo-controlled, Double-blinded Study of the Efficacy, Safety, and Pharmacokinetics of Cobiprostone for the Prevention of Severe Oral Mucositis in Subjects with Head and Neck Cancer (HNC) Receiving Concurrent Radiation and Chemotherapy (Sucampo AG)

A Randomized, Double-Blind, Vehicle-Controlled, Parallel-Group Phase II Study of the Efficacy, Safety, Pharmacokinetics, and Pharmacodynamics of RTA 408 Lotion in the Treatment of Paitents at risk for Radiation Dermatitis (Reata Pharmaceuticals).

A Phase II,Double-Blind, Randomized,Placebo-Controlled,Dose-Escalating,Multicenter Study of SGX942 for the attenuation of Oral Mucositis in patients being treated with Concomitant Chemoradiation for the treatment of Squamous Cell Carcinoma of the Head and Neck (Soligenix).

A Phase IIb, Multi-center, Randomized, Double-blind, Placebo-controlled Study to Evaluate the Efficacy and Safety of Three Different Doses of SCV-07 in Attenuating Attenuating Oral Mucositis in Subjects With Head and Neck Cancer Receiving Concurrent Chemoradiation July 2011 (SciClone)

A randomized study of the efficacy and safety of OncoGel™ treatment as an adjunctive therapy to systemic chemotherapy and concurrent external beam radiation prior to surgery in subjects with localized or loco-regional esophageal cancer. (Protherics)

A Phase III, Multi-center, randomized, Double-Blind, Placebo-Controlled Study of EN3285 for the Prevention or Delay to Onset of Severe Oral Mucositis in Patients with Head and Neck Cancer Receiving Chemoradiotherapy. (Endo Pharmaceuticals)

RTOG 0212. A Phase II/III Randomized Trial of Two Doses (Phase III-Standard vs. High) and Two High Dose Schedules (Phase II – Once vs. Twice Daily) for Delivery Prophylactic Cranial Irradiation for patients with limited disease small cell lung cancer.

RTOG 0214. A Phase III Comparison of Prophylactic Cranial Irradiation vs. Observation in patients with locally advanced non small cell lung cancer.

A double blind randomized, vehicle-controlled study comparing the safety and efficacy of benzydamine hydrochloride 0.15% oral rinse including a separate open label standard of care arm in subjects with radiation induced oral mucositis. (McNeil)

Randomized Phase III Trial of Xcytrin® (Motexafin Gadolinium) Injection for the Treatment of Brain Metastasis in Patients with Non-Small Cell Lung Cancer Undergoing Whole Brain Radiation Therapy (Pharmacyclics)

A Phase 3, Randomized, Double-blind, Placebo-controlled Study to Evaluate the Efficacy and Safety of Weekly Doses of Palifermin (Recombinant Human Keratinocyte growth Factor, rHuKGF) for the Reduction of Oral Mucositis in Subjects with Advanced head and Neck Cancer Receiving Radiotherapy with Concurrent Chemotherapy (RT/CT) (Amgen).

A Phase 2 Study to Evaluate the Efficacy and Safety of Palifermin (Recombinant Human Keratinocyte Growth Factor) in the Reduction of Dysphagia in Patients Receiving Concurrent Chemoradiotherapy followed by Consolidation Chemotherapy for Locally Advanced Non-Small Cell Cancer (NSCLC) (Amgen).

**CURRENT CLINICAL RESEARCH:**

A Phase 2b/3, multicenter, randomized, double-blind, placebo-controlled study comparing the efficacy and safety of clonidine mucoadhesive buccal tablet to placebo to prevent chemoradiotherapy-induced severe oral mucositis in patients with oropharyngeal cancer. Protocol No: MNPR-301-001 (Monopar Therapeutics)

A Phase 1/2, Open-Label Study, Evaluating the Safety, Tolerability, and Efficacy of Topically Administered LUT014 for the Treatment of Radiation-Induced Dermatitis in Breast Cancer Patients. Protocol Number: LUT-RD-02-0 (Lutris Pharma Ltd.)

MD Anderson Protocol 2012-0825. Phase II/III Randomized Trial of Intensity-Modulated Proton Beam Therapy (IMPT) versus Intensity-Modulated Photon Therapy (IMRT) for the treatment of Oropharyngeal Cancer of the Head and Neck (PI). NCT01893307

NRG-BN001: Randomized Phase II Trial of Hypofractionated Dose-Escalated Photon IMRT or Proton Beam Therapy versus Conventional Photon Irradiation with Concomitant and Adjuvant Temozolomide in Patients with Newly Diagnosed Glioblastoma (Sub-I)

NRG-CC004: Phase II Double Blind Dose Finding Trial of Bupropion versus Placebo for Sexual Desire in Women with Breast or Gynecologic Cancer - Proton Collaborative Group- (PCG) (Sub-I)

Patient-Centered Outcomes Research Institute (PCORI) RTOG 3510: Pragmatic Phase III Randomized Trial of Proton vs. Photon Therapy for Patients with Non-Metastatic Breast Cancer Receiving Comprehensive Nodal Radiation: A Radiotherapy Comparative Effectiveness (RADCOMP) Consortium Trial (Sub-I)

NRG-RTOG 1308: Phase III Randomized Trial Comparing Overall Survival after Photon versus Proton Chemoradiotherapy for Inoperable Stage II-IIIB NSCLC (Sub-I)

RTOG 3510 Pragmatic Phase III Randomized Trial of Proton vs. Photon Therapy for Patients with Non-Metastatic Breast Cancer Receiving Comprehensive Nodal Radiation: A Radiotherapy Comparative Effectiveness (RADCOMP) Consortium Trial

REG001-09 Evaluation Tracking Project: A Prospective Chart Review of Patients Treated with Proton Therapy - Clinical Outcomes (WKCC) (Sub-I)

Clinical Outcomes Following Treatment for Gastrointestinal Malignancies (WKCC)

Dosimetric comparison study with different treatment technique, planning and imaging system (WKCC)

Dosimetric analysis of volume-based planning of radiotherapy for breast cancer (WKCC)

**CONSULTING:**

Radiation Therapy Quality Assurance Consultant, Medpace. 2021 – present
Performance and Safety of Biology-Guided Radiotherapy using the RefleXion Medical Radiotherapy System (BIOGUIDE-X)

Radiation Therapy Quality Assurance Consultant, Primary Endpoint Solutions, August 2019 – present

Member of the Data Monitoring Committee, PRA Health Sciences August 2018 - present
Phase 2, multi-center, randomized, double-blind, placebo-controlled study to evaluate the safety and efficacy of EC-18 in altering the severity and course of oral mucositis in patients being treated with concomitant chemoradiation therapy for cancers of the mouth, oropharynx, hypopharynx and nasopharynx

Radiation Therapy Quality Assurance Consultant, Alira Health, June 2016 - present
A Phase 3, Randomized, Double-Blind, Placebo-Controlled, Multi-Center Study of the Superoxide Dismutase Mimetic GC4419 to Reduce Severe Oral Mucositis (SOM) Associated with Chemoradiotherapy for Locally Advanced, Non-Metastatic Head and Neck Cancer

Clinical Research Consultant / Radiation Therapy Quality Assurance, Galera Therapeutics, Inc. April 2019 – present

Clinical Research Consultant, Second Genome, Inc. Dec 2018 – 2019
Radiation Therapy Quality Assurance Consultant, CAP/Alira Health, June 2016 - present
A Phase 2, Randomized, Double-Blind, Placebo-Controlled, Multi-Center, Trial of the Effects of Intravenous GC4419 on the Incidence and Duration of Severe Oral Mucositis (OM) in Patients Receiving Post-Operative or Definitive Therapy with Single-Agent Cisplatin plus IMRT for Locally Advanced, Non-Metastatic Squamous Cell Carcinoma of the Oral Cavity or Oropharynx

Member of the Data Monitoring Committee, SciClone, Mar 2007- July 2008
A Phase II, Multi-center, Randomized, Double-blind, Placebo-controlled, Dose Ranging Study to Assess the Safety and Efficacy of SCV-07 for the Delay to onset of Severe Oral Mucositis in Subjects Receiving Chemoradiation Therapy for the Treatment of Cancers of the Head and Neck 21 July 2008

## PRESENTATIONS:

| | |
|---|---|
| **May 4, 2021** | Proton Therapy in the Treatment of Head and Neck Cancer: Decreased Treatment-Related Toxicity and Improved Quality of Life Compared to IMRT. **ENT Grand Rounds, LSUHSC** |
| **June 17, 2019** | The Role of Radiation Therapy in the Treatment of Skin Cancers, **ENT Grand Rounds, LSUHSC.** |
| **February 15-17, 2018** | Tumor Board: Rare Tumors and Non-Melanoma Skin Cancer of the Head and Neck **Multidisciplinary Head and Neck Cancer Symposium** |
| **March 17-18, 2017** | Multiply Recurrence Esthesioneuroblastoma – Re-irradiation **Ion Beam Applications (IBA) Proteus Users Meeting** |
| **February 2016** | The Role of External Beam Radiation in the Adjuvant Setting for Stage IV Differentiated Thyroid Cancer **Multidisciplinary Head and Neck Cancer Symposium, Phoenix, AZ** |
| **March 9, 2014** | Invited Speaker, Elekta Next: Explore Future of Radiotherapy Four Seasons at Las Colinas, Dallas, Texas |
| **July 5, 2013** | **High Dose Rate Brachytherapy in the Treatment of Lung Cancer** Grand Rounds Speaker – **Multimodality Treatment of Bladder Cancer – Bladder Preservation Therapy.** Feist-Weiler Cancer Center LSUHSC |
| **February 12, 2013** | LSUHSC Dept. of Otolaryngology Grand Rounds Speaker Dental Complicaitons of Head and **Neck Radiation** |
| **May 19, 2011** | Shreveport/Bossier Dental Society Meeting. Dental Complicaitons of Head and Neck Radiation. |
| **2006** | 2006 Meeting of the American Society for Therapeutic Radiology and Oncology Fractionated Image-Guided Intensity Modulated Radiosurgery (IG-IMRS) for Early Stage Lung Cancer or Metastatic Disease to the Lung Using Helical TomoTherapy (TARGET Lung Protocol). Virtual Poster Presentation |
| **June 6, 2006** | Otolaryngology, Head and Neck Surgery Grand Rounds, Louisiana State University Health Sciences Center, Re-irradiation of Recurrent and Second Primary Head and Neck Malignancies. |
| **November 28, 2005** | 2005 Meeting of the Radiological Association of North America. Adult Craniospinal Irradiation Technique Using CT Image-guided Helical Tomotherapy: A Novel Approach. |
| **June 14, 2005** | Otolaryngology, Head and Neck Surgery Grand Rounds, Louisiana State University Health Sciences Center, The Role of Radiation Therapy in the Treatment of Epithelial Skin Cancer. |
| **May 5, 2005** | Radiation Oncology Grand Rounds, Georgetown University Department of Radiation Medicine, Tomotherapy, A Revolution in Radiation Therapy |
| **April 16, 2005** | First International Tomotherapy Image Guided IMRT conference, Shreveport, Louisiana, Tomotherapy and the Head and Neck Cancer |
| **April 15-16, 2005** | Co-Host, First International Tomotherapy Image Guided IMRT Conference, Shreveport, Louisiana |

| | |
|---|---|
| **November 5, 2003** | Otolaryngology, Head and Neck Surgery Grand Rounds, Louisiana State University Health Sciences Center, <u>The Role of Intensity Modulated Radiation Therapy in the Treatment of Head and Neck Cancer.</u> |
| **March 7, 2003** | Louisiana State Urological Society, Annual Meeting, Lafayette, Louisiana. <u>Prostate Cancer: The Role of Radiation Therapy.</u> |
| **February 17, 2002** | Willis-Knighton Cancer Center Tumor Board, Shreveport, Louisiana. <u>Zevalin and the Treatment of Follicular Lymphomas</u> |
| **November 20, 2002** | Urology Grand Rounds, Department of Urology, Louisiana State University Health Sciences Center, Shreveport, Louisiana. <u>Prostate Brachytherapy - A treatment option for early stage prostate cancer.</u> |
| **October 29, 2001** | Willis-Knighton Cancer Center Tumor Board, Shreveport, Louisiana. <u>Salivary Gland Tumors – The Role of Radiation Therapy.</u> |
| **October 9, 2001** | American Cancer Society, I Can Cope Program, Shreveport, Louisiana. <u>Principles of Radiation Therapy.</u> |
| **October 3, 2001** | Shreveport Prostate Cancer Support Group, Shreveport, Louisiana. <u>Prostate Brachytherapy - A treatment option for early stage prostate cancer.</u> |

## MEDIA:

Host of Health Matters **KDAQ** Shreveport at 89.9 FM, **KLSA** Alexandria at 90.7 FM
**KBSA** El Dorado at 90.9 FM, **KLDN** Lufkin at 88.9 FM www.redriverradio.org (live, one hour call in public radio show on health and health related issues)

- 11-1-18 Precision Medicine and Genomic Sequencing
- 8-23-18 Selecting a Healthy Weight Loss Plan
- 8-16-18 Prevention of Sports Injuries
- 4-19-18 Healthy Pets, Happy Humans – Pet Health
- 3-22-18 Allergy Triggers and Treatments
- 1-18-18 Colorectal and GI Conditions
- 11-9-17 Lung Cancer
- 9-14-17 Dementia
- 8-17-17 Advancements in Cancer Treatments
- 7-6-17 Pet Health
- 6-1-17 Senior Health
- 3-16-17 Movement Disorders
- 2-16-17 ADHD
- 1-19-17 Homelessness
- 12-1-16 Eye Health
- 11-3-16 Benefits of Physical Therapy and Rehabilitation
- 9-22-16 Hearing and Speech Disorders
- 9-8-16 Birth Control Options
- 8-18-16 Childhood Cancers
- 8-4-16 Opportunities in Healthcare Delivery and Education
- 6-30-16 Head and Neck Cancers
- 5-12-16 Zika Virus
- 3-17-16 Allergies and Sinus Problems
- 2-11-16 Hospice Care

      1-10-16 Managing Chronic Pain
      12-3-15 Health Issues Related to Sleep
      11-5-15 Dentistry and Oral Surgery
      9-17-15 Getting Healthy by the Holidays
      8-13-15 Skin Cancer and Skin Care
      7-2-15 Advancements in Cancer Treatments and Genetic Testing
      5-14-15 Medical Controversies and Health Fads
      2-12-15 Sexual Dysfunction
      1-22-15 Selecting Insurance in Today's Market
      12-11-2014 Infertility and Reproductive Health
      10-30-2014 Ebola Virus
      9-18-14 Prostate Cancer Awareness

## COMMUNITY AND VOLUNTEER

| | |
|---|---|
| **2016 to present** | Host, Health Matters Radio Show, Red River Radio, Shreveport, LA |
| **2015 to 2021** | Board Member, North Louisiana Jewish Federation |
| **2015 to present** | Ambassador's Round Table Board, Robinson Film Center, Shreveport, LA |
| **2009 to 2013** | Chair, Shreveport Jewish Film Festival<br>Sponsored by Northwest Louisiana Jewish Federation |
| **2009 to 2010** | Vice President, Robinson Film Center, Shreveport, LA |
| **2006 to 2014** | Member, Board of Directors, Robinson Film Center, Shreveport, LA |
| **2005 to present** | On Air Guest for Fund Drive, Red River Radio, Public Radio, Shreveport, LA |
| **2004 - 2006** | Board Member, Bnai Zion Organization |