EXHIBIT 10

JOSEPH MATTHEW BLAIR                DOCKET NO: 19-00579; DISTRICT 1W

VERSUS                              OFFICE OF WORKERS'
                                    COMPENSATION

EDKO, LLC                           STATE OF LOUISIANA

## AFFIDAVIT OF SANFORD KATZ, MD, FACRO

STATE OF LOUISIANA

PARISH OF CADDO

BEFORE ME, the undersigned authority, personally came and appeared SANFORD KATZ, MD, FACRO (hereinafter called "Affiant"), who being duly sworn, deposed and said:

(1) I am a board certified radiation oncologist, Diplomate of the American Board of Radiology, in the subspecialty of Therapeutic Radiology, having completed the requisite training and demonstrating mastery in the fields of clinical oncology, radiobiology and radiation physics through a series of national written and oral examinations and maintaining this status through ongoing continuing medical education, favorable practice evaluations and successful performance on ongoing competency examinations. Furthermore, in 2011, I was recognized by the American College of Radiation Oncology as a Fellow and bestowed the title of FACRO.

(2) I have been practicing radiation oncology since July 2000, serving as the Assistant Director of Radiation Oncology at the Willis Knighton Cancer Center in Shreveport, Louisiana, where I also serve as the Director of Radiation Oncology Research. Willis Knighton Medical System is the largest health care system in the Northwest Louisiana, East Texas and Southern Arkansas region, consisting of four hospitals with over 1200 beds, along with numerous affiliated clinics, facilities and

specialty institutes. During my time at Willis Knighton, my department has distinguished itself with numerous accreditations, developing a national and international reputation for being early adaptors of revolutionary technologies and techniques advancing our specialty. During this time, we have organized and hosted a number of international meetings in our department, have served as a training site for clinicians seeking additional training in advanced techniques, and have hosted numerous international medical leaders and administrators as guests interested in acquiring similar technology for their own countries and institutions. Our department trains medical physicists as part of a joint medical residency program, and serves as a clinical rotation for medical students, medical oncology fellows, oromaxillofacial surgery fellows and residents from LSU Health Sciences Center, where I maintain faculty appointments as an Assistant Professor in the Departments of Medicine, Radiology, Oromaxillofacial Surgery and Otolaryngology Head and Neck Surgery.

(3)     My area of focus and clinical expertise is in the treatment and management of cancers of the upper aero-digestive tract, particularly cancers involving the head and neck, comprising the oral and nasal cavities, nasopharynx, oropharynx, larynx, hypopharynx, esophagus, salivary glands and skin. I have published, lectured, taught, spoken at major meetings, served on scientific and corporate advisory committees, serve as a consultant to a number of research and pharmaceutical companies, and maintain a vibrant clinical research program in my field of practice, with a particular emphasis on the development and testing of experimental agents designed to protect against mucosal injury.

(4) I have reviewed much of the relevant body of scientific investigating the carcinogenic potential of herbicides, with particular emphasis on glyphosate and non-Hodgkin's lymphoma specifically.

(5) In March 2015, the International Agency for Research on Cancer (IARC), an agency under The World Health Organization (WHO), upgraded the carcinogenic status of the herbicide glyphosate and the pesticides malathion and diazinon from 2B carcinogens (a possible carcinogen) to 2A carcinogens (a probable carcinogen). As described and cited in the IARC Monograph 112 titled, SOME ORGANOPHOSPHATE INSECTICIDES AND HERBICIDES, reported increased risks for NHL associated with exposure to glyphosate. The increased risk persisted in the studies that adjusted for exposure to other pesticides."

(6) Joseph Matthew Blair is my personal patient, and had been my patient since he was first diagnosed in November of 2018 with diffuse large B-cell lymphoma. As a result of this diagnosis, for the past many months Mr. Blair has undergone both chemotherapy and radiation treatment, and is still under my care as his physician. I am aware of the facts and circumstances of Mr. Blair's previous employment with an herbicide application company, and his resulting exposure to concentrated herbicide "Roundup" (glyphosate) as a direct result of said employment.

(7) It is my opinion that when estimating the potential of this elevated risk association to have specifically resulted in Mr. Blair developing his non-Hodgkin's lymphoma, it is important to consider the following factors: (a) the concentration, potency and dose of the agent; (b) the duration, frequency and number of exposures over a specific period; (c) confounding effects which could have intensified or increased exposure such as being in

a confined or poorly ventilated space or weather conditions such as wind that may have resulted in added exposure; and (d) the use, or lack of use, of safety gear such as respirators, gloves, face shields, hazmat suits and showers, as well as policies and procedures which potentially could have helped to limit continued exposure after work.

(8) It is also my opinion that it is particularly relevant to consider the site of Mr. Blair's lymphoma, developing in the oropharynx/ nasopharynx/upper airway in relation to the nature of his work and the bodily sites receiving the greatest exposure.

(9) In conclusion, considering all of these factors, along with more contemporary studies supporting glyphosate's role as a probable carcinogen, it is my medical opinion that it is more likely than not that Mr. Blair's exposure to the product "Roundup" (glyphosate) during the course of his employment with the subject herbicide application company (EDKO, L.L.C.) caused Mr. Blair to develop non-Hodgkin's lymphoma.

SWORN TO AND SUBSCRIBED before me, Notary, this 20 day of August, 2019.

_____
SANFORD KATZ, MD, FACRO

_____
Notary Public in and for Caddo Parish, Louisiana
My Commission is for Life
Notary No. 27471