EXHIBIT 11

Sanford Katz, MD, FACRO

July 18, 2021

J. Marshall Jones, Jr.
Attorney at Law
Jones and Odom, L.L.P.
2124 Fairfield Avenue
P.O. Drawer 1320
Shreveport, Louisiana 71104-1320

Re: Mr. Joseph Blair

I am a board certified radiation oncologist, Diplomate of the American Board of Radiology, in the subspecialty of Therapeutic Radiology, having completed the requisite training and demonstrating mastery in the fields of clinical oncology, radiobiology and radiation physics through a series of national written and oral examinations and maintaining this status through ongoing continuing medical education, favorable practice evaluations and successful performance on ongoing competency examinations. Furthermore, in 2011, I was recognized by the American College of Radiation Oncology as a Fellow and bestowed the title of FACRO.

I have been practicing radiation oncology since July of 2000, serving as the Assistant Director of Radiation Oncology at the Willis-Knighton Cancer Center in Shreveport, Louisiana, where I also serve as the Director of Radiation Oncology Research. Willis-Knighton Medical System is a the largest health care system in the Northwest Louisiana, East Texas and Southern Arkansas region, consisting of four hospitals with over 1200 beds, along with numerous affiliated clinics, facilities and specialty institutes. During my time at Willis-Knighton, my department has distinguished itself with numerous accreditations, developing a national and international reputation for being early adopters of revolutionary technologies and techniques advancing our specialty. During this time, we have organized and hosted several international meetings in our department, have served as a training site for clinicians seeking additional training in advanced techniques, and have hosted numerous international medical leaders and administrators as guests interested in acquiring similar technology for their own countries and institutions. Our department trains medical physicists as part of a joint medical residency program, and serves as a clinical rotation for medical students, medical oncology fellows, oral and maxillofacial surgery fellows and residents from LSU Health Sciences Center, where I maintain faculty appointments as an Assistant Professor in the Departments of Medicine, Radiology, Oral and Maxillofacial Surgery, and Otolaryngology Head and Neck Surgery.

My area of focus and clinical expertise is in the treatment and management of cancers of the upper aero-digestive tract, particularly cancers involving the head and neck, comprising the oral and nasal cavities, nasopharynx, oropharynx, larynx, hypopharynx, esophagus, salivary glands and skin. I have published, lectured, taught, spoken at major meetings, served on scientific and corporate advisory committees, serve as a consultant to

Page | 1

a number of research and pharmaceutical companies, and maintain a vibrant clinical research program in my field of practice, with a particular emphasis on the development and testing of experimental agents designed to protect against mucosal injury. For additional specifics with respect to my training and other qualifications, please reference my C.V.

I have reviewed much of the relevant body of scientific literature investigating the carcinogenic potential of herbicides, with particular emphasis on glyphosate and non-Hodgkin's lymphoma specifically.

When combining the inherent challenges specific to epidemiological studies and the difficulties associated with toxicology research in general, the publication of a body of research, with sometimes conflicting results, does not necessarily effectively support the conclusion that a particular causal or associated relationship does not exist, but merely that there is some controversy. It is important to understand that in failing to prove an association, a study does not prove the lack of one. Furthermore, the failure of a study to demonstrate sufficient statistical significance in support of a causal relationship does not prove a lack of an association but, rather, may merely demonstrate the inherent weaknesses of the study, its methods, or its design, and argue in favor of conducting further research, incorporating different studies, altering methods, and attempting to minimize the impact of confounders which may serve to obscure otherwise positive results. The source of the data, whether it be industry sponsored as opposed to independent peer-reviewed academic research, can also dramatically impact the integrity of the results given the even stronger potential for bias. Hence, independent peer-reviewed published studies are considered more objective and serve as the basis for this opinion.

A meta-analysis, essentially a 'study of the studies', attempts to minimize some the weakness inherit in individual studies by combining subject data from multiple studies, diluting out the shortcomings of the individual studies and providing a much larger subject population from which to identify patterns and relationships. While perhaps one of the best methods to perform epidemiological toxicology research, the meta-analysis is not without its weaknesses. Differences in the inclusion and exclusion criteria, in determining which studies to include in the analysis, can introduce significant bias which can have a dramatic impact on the conclusions reached. Consequently, larger studies with a greater number of subjects tend to have a greater influence. Nevertheless, findings from meta-analyses are generally considered one of the strongest levels of evidence. Furthermore, as additional data is compiled over time and the meta-analysis is updated, the strength of the findings become more substantiated.

In the case of glyphosate's potential as a cancer-causing agent, the most cited meta-analyses, all of which demonstrated a positive, albeit relatively small, increased risk of developing Non-Hodgkin's Lymphoma (NHL), primarily focused on general exposure (ever versus never), rather than stratifying for the degree of exposure.

A meta-analysis conducted by Schinasi and Leon, (2014) found a statistically significant positive association between glyphosate exposure and NHL risk as well as a significant positive association between glyphosate exposure and risk of B-cell NHL. This analysis included studies of "ever versus never" exposure.

A meta-analysis conducted by Chang, et. al (2016) also revealed a positive association between "any versus no use" of glyphosate and the risk of NHL.

In March, 2015, the International Agency for Research on Cancer (IARC), an agency under The World Health Organization (WHO), upgraded the carcinogenic status of the herbicide glyphosate and the pesticides malathion and diazinon from 2B carcinogens (a possible carcinogen) to 2A carcinogens (a probable carcinogen). As described and cited in the IARC Monograph 12 titled, SOME ORGANOPHOSPHATE INSECTICIDES AND HERBICIDES, "case-control studies in the USA, Canada, and Sweden reported increased risks for NHL associated with exposure to glyphosate. The increased risk persisted in the studies that adjusted for exposure to other pesticides". In addition to references to numerous epidemiological studies in humans, the IARC concluded that there was strong laboratory evidence of genotoxicity and oxidative stress effects from glyphosate exposure, both of which correlate with carcinogenic potential. The report considered numerous studies in bacteria, mammalian cell lines and laboratory animals, as well as a study on communities exposed to glyphosate through aerial spraying which demonstrated evidence of DNA damage, including strand breaks and micronuclei formation. (César Paz-y-Miño 2007).

In the lab, glyphosate has been shown to cause immunosuppression, inflammation, adverse endocrine effects, genetic alterations and promote oxidative stress. It is important to note, however, that some epidemiological studies use the term Glyphosate Based Herbicides (GBH) rather than glyphosate, as environmental studies typically evaluate the effects of glyphosate herbicide formulations rather than just the active principal agent. These commercial mixtures contain adjuvants, which are often kept confidential and are described as inert by the manufacturing companies. Adjuvants increase the principal agent's solubility, protect it from degradation, increase its half-life, and augments cell penetration, thereby enhancing pesticidal activity and consequently, side effects. Many of the laboratory tests performed in bacteria, cell lines and animals that failed to demonstrate carcinogenic effects evaluated glyphosate alone, rather than the commercial mixtures that include the adjuvants. This was true of much of the data considered by the EPA. One study by Mesnage, R, et. al, (2014), evaluated the toxicity profile of 9 pesticides (3 herbicides, 3 insecticides and 3 fungicides), comparing the potential toxic effects of the active principal ingredient with their formulations using three different human cell lines. The study found that 8 of the formulations out of 9 tested were up to one thousand times more toxic than their active principal agent alone. The authors reported that Roundup was 125 times more toxic than glyphosate alone and "was among the most toxic herbicides and insecticides tested".

As stated previously, weak associations can strengthen, and new associations can be identified as data matures and more data is accumulated. Since the time that the IARC

Page | 3

upgraded glyphosate to a class 2A carcinogen, the evidence supporting an association between GBH and NHL has become even more compelling.

In Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium, published in the International Journal of Epidemiology (2019), there was a moderately elevated risk association between exposure to glyphosate and development of diffuse large B-cell lymphoma, even adjusting for exposure to other pesticides seen in a pooled analysis of three large cohorts consisting of over 300,000 farmers and agricultural workers. This meta-analysis compared "ever use" from "never use".

One of the largest subject populations included in the earlier meta-analyses, the Agricultural Health Study (AHS) reported in 2005, was updated in 2018, providing 12 additional years of follow up with over five times as many cases of Non-Hodgkin's Lymphoma as in the original study (575 cases versus 92) and over 80% of the cohort was estimated to have been exposed to glyphosate containing herbicides (GBH). Using this updated study, along with data from five case-control studies, Zhang, et, al. (2019) published a new meta-analysis.

While other studies included people with very low exposure in the exposed group, which can dilute risk estimates, the author of this study used an approach previously employed to estimate risk associated with exposure to benzene and formaldehyde, but not glyphosate containing herbicides. The authors hypothesized that, given the nature of cancer development, higher exposures to GBH, combined with longer latency periods, could potentially result in an even greater risk of developing NHL. Zhang, et. al characterized exposure estimates in the following order, "(1) highest cumulative exposure and longest lag (the time period preceding NHL onset, which is excluded from the exposure estimate) or latency (time between first lifetime exposure and NHL diagnosis); (2) highest cumulative exposure; (3) longest exposure duration and longest lag or latency; (4) longest exposure duration; (5) longest lag or latency; and (6) ever-exposure." The definition of cumulative exposure includes duration and intensity. Using the highest exposure groups when available in each study, they found that the risk to GBH-exposed individuals was increased by 41%. For comparison, they also performed a secondary meta-analysis using high-exposure groups with the earlier AHS (2005) and found a similarly increased risk which was not reported previously.

Donato, et. al, in a separate updated meta-analysis published in 2020, which included pooled analysis data reporting "ever-never" exposures, confirmed "a small increase in risk for the category with highest level of exposure as well as for DLBCL" (Diffuse Large B Cell Lymphoma) in a secondary analysis based on degree of exposure. It is important to note, however, that some of the studies included in this analysis characterized high levels of expose as greater than two days per year.

When evaluating studies of glyphosate in general and glyphosate-based herbicides such as Roundup specifically, it is very important to consider the conditions under which Mr. Blair was exposed. Government regulatory agency positions are largely based upon an

Page | 4

assessment of the general population, under typical conditions, and do not take into consideration the levels of exposure that occur in a variety of occupational applicator scenarios such as operating a truck-mounted sprayer, with operator exposure levels magnitudes higher than what would be encountered by agricultural worker applying an agent from inside the cab of an enclosed tractor. Applying Roundup several hours per day over the course of more than two years, with even greater exposures occurring because of a possible leaky hose or valve, strong wind conditions, a spill, or other unusual or unforeseen circumstance would result in exposure far in excess than reflected in any of the studies considered by either the IARC or the EPA. Negative studies of glyphosate alone without adjuvants, rather than commercial formulations (Glyphosate Based Herbicides) using cell lines, bacteria, and animals, from which many regulatory agencies base their opinions, should not serve as the basis for which to consider the potential impact that the very high levels of Roundup exposure had on Mr. Blair.

In estimating the potential of this elevated risk association to have specifically resulted in Mr. Blair developing his lymphoma, it is important to consider the following factors: the concentration, potency and dose of the agent, the duration, frequency, and number of exposures over a specific period, confounding effects which could have intensified or increased exposure such as being in a confined or poorly ventilated space or weather conditions such as wind that may have resulted in added exposure, along with the use or lack of use of safety gear such as respirators, gloves, face shields, hazmat suit, and post-application showers, as well as policies and procedures which potentially could have helped to limit continued exposure after work. Finally, it seems particularly relevant to consider the site of his lymphoma, developing in the oropharynx / nasopharynx / upper airway in relation to the nature of his work and the bodily sites receiving the greatest exposure.

When considering all of these factors, along with more contemporary studies supporting glyphosate's role as a probable carcinogen, I believe that it is more likely than not that Mr. Blair's exposure to this agent caused his lymphoma.

Sincerely,

*SKatz MD*

Sanford Katz, MD, FACRO