EXHIBIT 12



WILLIS-KNIGHTON HEALTH SYSTEM

RADIATION ONCOLOGY

LANE R. ROSEN, MD, FACRO
 DIRECTOR
SANFORD R. KATZ, MD, FACRO
 ASSISTANT DIRECTOR
MICHAEL L. DURCI, MD
DANIELLA P. DANG, MD
C. JAKE WANG, MD, PhD
HEIDI WIMBERLY, PA-C, MPAS
JESSICA NASH, PA-C

2600 Kings Highway
Shreveport, LA 71103
Phone (318) 212-4639
Fax: (318) 212-8305
Toll Free: 1-800-385-3924

# DOCUMENTS REVIEWED IN THE SCIENTIFIC LITERATURE

Hawkins M, Cordova J (2009) Updated review of glyphosate (103601) Incident Reports. Office of Pesticide Programs, Environmental Protection Agency.

Robin Mesnage, Nicolas Defarge, Joël Spiroux de Vendômois, and Gilles-Eric Séralini
Major Pesticides Are More Toxic to Human Cells Than Their Declared Active Principles
Hindawi Publishing Corporation BioMed Research International Volume 2014

Gabriella Andreotti, Stella Koutros, Jonathan N. Hofmann, Dale P. Sandler, Jay H. Lubin, Charles F. Lynch, Catherine C. Lerro, Anneclaire J. De Roos, Christine G. Parks, Michael C. Alavanja, Debra T. Silverman, Laura E. Beane Freeman.
Glyphosate Use and Cancer Incidence in the Agricultural Health Study JNCI J Natl Cancer Inst (2018) 110(5)

Francesca Donato, Enrico Pira, Catalina Ciocan, Paolo Boffetta
Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med Lav 2020; 111, 1: 63-73

Iemaan Rana, Emanuela Taioli, Luoping Zhang
Weeding out inaccurate information on glyphosate-based herbicides and risk of non-Hodgkin's lymphoma
Environ Res. 2020 December; 191: 110140.2020.

Luoping Zhang, Iemaan Rana, Rachel M. Shaffer, Emanuela Taioli, Lianne Sheppard
Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence Mutat Res. 2019 ; 781; 186–206..2019.02.001.

Ellen T. Chang and Elizabeth Delzell
Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers
JOURNAL OF ENVIRONMENTAL SCIENCE AND HEALTH, PART B 2016, VOL. 51, NO. 6, 402–428



## WILLIS-KNIGHTON HEALTH SYSTEM

RADIATION ONCOLOGY

LANE R. ROSEN, MD, FACRO
  DIRECTOR
SANFORD R. KATZ, MD, FACRO
  ASSISTANT DIRECTOR
MICHAEL L. DURCI, MD
DANIELLA P. DANG, MD
C. JAKE WANG, MD, PhD
HEIDI WIMBERLY, PA-C, MPAS
JESSICA NASH, PA-C

2600 Kings Highway
Shreveport, LA 71103
Phone (318) 212-4639
Fax: (318) 212-8305
Toll Free: 1-800-385-3924

<u>Revised Glyphosate Issue Paper:</u>
<u>Evaluation of Carcinogenic Potential EPA's Office of Pesticide Programs</u>
<u>December 12, 2017</u>

<u>SOME ORGANOPHOSPHATE INSECTICIDES AND HERBICIDES VOLUME 112 IARC MONOGRAPHS ON THE EVALUATION OF CARCINOGENIC RISKS TO HUMANS</u> International Agency for Research on Cancer; 2017.
María E Leon, Leah H Schinasi, Pierre Lebailly, Laura E Beane Freeman, Karl-Christian Nordby, Gilles Ferro, Alain Monnereau, Maartje Brouwer, Séverine Tual, Isabelle Baldi, Kristina Kjaerheim, Jonathan N Hofmann, Petter Kristensen, Stella Koutros, Kurt Straif, Hans Kromhout8 and Joachim Schu
<u>Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium.</u> International Journal of Epidemiology, 2019, 1519–1535

Charles M. Benbrook. <u>How did the US EPA and IARC reach diametrically opposed conclusions</u>
<u>on the genotoxicity of glyphosate-based herbicides?</u> *Environ Sci Eur (2019) 31:2*

César Paz-y-Miño, María Eugenia Sánchez, Melissa Arévalo, María José Muñoz, Tania Witt1,
Gabriela Oleas De-la-Carreral and Paola E. Leone
<u>Evaluation of DNA damage in an Ecuadorian population exposed</u>
<u>to glyphosate.</u> *Genetics and Molecular Biology*, 30, 2, 456-460 (2007)

Leah Schinasi and Maria E. Leon
<u>Non-Hodgkin Lymphoma and Occupational Exposure to</u>
<u>Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic</u>
<u>Review and Meta-Analysis.</u> Int. J. Environ. Res. Public Health 2014, 11, 4449-4527

# SUPPLEMENTAL DOCUMENT REVIEW LIST 9/14/21

Toxicological Profile for Glyphosate August 2020. Agency for Toxic Substances and Disease Registry, the Public Health Service, or the U.S. Department of Health and Human Services.

Zhe Zhang, Chong S. Kim & Clement Kleinstreuer. Water Vapor Transport and Its Effects on the Deposition of Hygroscopic Droplets in a Human Upper Airway Model. Aerosol Science and Technology. 23 Feb 2007

Registration Eligibility Registration (RED) – Glyphosate. September 2003. US Environmental Protection Agency

Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. EPA's Office of Pesticide Programs. September 12, 2016

John F. Acquavella, et. al. Glyphosate Biomonitoring for Farmers and Their Families: Results from the Farm Family Exposure Study. Environmental Health Perspectives. March 2004. 112:3

Atkinson J, Chartier Y, Pessoa-Silva CL, et al. Natural Ventilation for Infection Control in Health-Care Settings. Geneva: World Health Organization; 2009.

Jennifer S Pierce, et. al. Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup ®Inhal Toxicol. 2020 Jul;32(8):354-367.

Mahesh Jayaweera, et al. Transmission of COVID-19 virus by droplets and aerosols: A critical review on the unresolved dichotomy. Environmental Research 188 (2020) 109819

Usar Paz-y-Mino. Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate. Genetics and Molecular Biology, 30, 2, 456-460 (2007)

Chia C. Wang. Airborne transmission of respiratory viruses. Science 373, 981 (2021)

Fundamentals of Weed Science. Chapter 14: Herbicides and Plants. P417-423. 2018 Elsevier Inc. All rights reserved.

EFSA explains risk assessment: Glyphosate. Published: 2017-09-29 (European Food Safety Authority)

Mari'a Florencia Rossetti, Epigenetic Changes Associated With Exposure to Glyphosate-Based Herbicides in Mammals. Frontiers in Endocrinology May 2021 Volume 12