**J. Marshall Jones, Jr.**
**Jones & Odom, LLP**
**2124 Fairfield Avenue**
**Shreveport, Louisiana 71104**
**Telephone: (318) 221-1600**
**Facsimile: (318) 425-1256**
**Marshall.jones@jodplaw.com**

**Curtis R. Joseph, Jr.**
**Winchell & Joseph, LLC**
**2124 Fairfield Avenue**
**Shreveport, Louisiana 71104**
**Telephone: (318) 221-1600**
**Facsimile: (318) 425-1256**
**curtis@wjlawfirm.net**

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) |
| | ) MDL No. 2741 |
| | ) |
| _____ | ) |
| | ) Case No. 3:16-md-02741-VC |
| This document relates to: | ) |
| | )**DECLARATION OF J. MARSHALL** |
| | )**JONES, JR. IN SUPPORT OF** |
| *Joseph Blair, et al vs. Monsanto Co.,* | )**PLAINTIFF'S RESPONSE IN** |
| Case No. 3:19-cv-07984-VC | )**OPPOSITION TO MONSANTO'S** |
| | )**MOTION TO EXCLUDE TESTIMONY** |
| | )**OF PLAINTIFF'S EXPERT DR.** |
| _____ | )**SANFORD KATZ ON RULE 702** |
| | )**GROUNDS** |

1

## <u>DECLARATION OF J. MARSHALL JONES, JR.</u>

I, J. Marshall Jones, Jr. declare as follows:

1. I am an attorney at law admitted to practice *pro hac vice* before this Court in MDL.  I am an attorney with the law firm of Jones & Odom, L.L.P., counsel of record for Plaintiff Joseph Blair in the above referenced action.  I am fully competent to make this Declaration in Support of Plaintiffs' Response in Opposition to Monsanto Company's Motion to Exclude Plaintiffs' Expert Katz on Rule 702 Grounds.  Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff, Joseph M. Blair's medical records regarding treatment rendered by Dr. Glen Watkins.

3. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff, Joseph M. Blair's medical records regarding treatment rendered by Dr. Sanford Katz.

4. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff, Joseph M. Blair's medical records regarding treatment rendered by Dr. Nihar Patel.

5. Attached hereto as Exhibit 4 is a true and correct copy of the deposition transcript of Dr. Nihar Patel's deposition of July 7, 2021.

6. Attached hereto as Exhibit 5 is a true and correct copy of the deposition transcript of Plaintiff Joseph M. Blair's deposition of April 23, 2021.

7. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff, Joseph M. Blair's Affidavit of August 15, 2019.

8.  Attached hereto as Exhibit 7 is a true and correct copy of Plaintiffs' Notice of Service of Expert Disclosures, as well as a true and correct copy of Plaintiffs' Expert Disclosures---General Causation filed in relation to All Wave 2 Cases.

9.  Attached hereto as Exhibit 8 is a true and correct copy of Pretrial Order No. 85: Denying Monsanto's Motion for Summary Judgment on Specific Causation.

10.  Attached hereto as Exhibit 9 is a true and correct copy of Dr. Sanford Katz's Curriculum Vitae (CV).

11.  Attached hereto as Exhibit 10 is a true and correct copy of Dr. Sanford Katz's Affidavit of August 20, 2019.

12.  Attached hereto as Exhibit 11 is a true and correct copy of Dr. Sanford Katz's written opinion of July 18, 2021.

13.  Attached hereto as Exhibit 12 is a true and correct copy of Dr. Sanford Katz's list of documents reviewed in the scientific literature.

14.  Attached hereto as Exhibit 13 is a true and correct copy of the transcript of Dr. Sanford Katz's deposition of July 7, 2021.

15.  Attached hereto as Exhibit 14 is a true and correct copy of the transcript of Dr. Sanford Katz's deposition of September 2 and 17, 2021.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed October 6, 2021 in Shreveport, Louisiana.


_____*J. Marshall Jones, Jr.*_
J. Marshall Jones, Jr.
Jones & Odom, L.L.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of October 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*J. Marshall Jones, Jr.*
J. Marshall Jones, Jr.
Jones & Odom, LLP
