**LABLETTA & WALTERS LLC**
**Christian P. LaBletta, Esquire**
**clabletta@lablettawalters.com**
**200 Barr Harbor Drive, Suite 400**
**Conshohocken, PA 19428**
**Telephone:  (610) 828-3339**
**Facsimile:  (610) 828-3347**
**Attorney for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP® PRODUCTS LIABILITY LITIGATION <br> _____ <br><br> *Vosper v. Monsanto Co.,* <br> 3:19-cv-05525-VC | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC <br><br> **DECLARATION OF CHRISTIAN P. LABLETTA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MONSANTO'S COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. BARRY BOYD UNDER RULE 702** |

## DECLARATION OF CHRISTIAN P. LABLETTA

I, Christian P. LaBletta, declare as follows:

1. I am an attorney with the law firm of LaBletta & Walters LLC, counsel of record for Plaintiffs, Ira and Andrea Vosper, in the above-referenced action. I am fully competent to make this Declaration in Support of Plaintiffs' Response in Opposition to Monsanto Company's Motion to Exclude Testimony of Dr. Barry Boyd Under Rule 702.  Except where otherwise stated, I have personal knowledge of the following and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the report of D. Barry Boyd, MD dated June 28, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the curriculum vitae of D. Barry Boyd, M.D., M.S.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the supplemental report of William R. Sawyer, Ph.D. dated September 8, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the supplemental report of D. Barry Boyd, MD dated September 20, 2021.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed October 6, 2021 at Conshohocken, Pennsylvania.


/s/ Christian P. LaBletta
**LABLETTA & WALTERS LLC**