# Exhibit 1

## D. Barry Boyd, MD

9 Ravenglass Drive
Stamford, CT 06903

06/28/21

Christian LaBletta, Esq.
LaBletta and Walters, LLC
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428

Re: Vosper v. Monsanto Company

Dear Mr. LaBletta:

As requested, I am providing this report detailing my opinions about Mr. Ira Vosper's allegations regarding the role of Roundup$^{TM}$/glyphosate in the development of his diffuse large B-cell lymphoma.

------------------------------------------------------------------

TABLE OF CONTENTS

I.          MATERIALS REVIEWED

II.         MEDICAL HISTORY
            A.  Non-Lymphoma History
            B.  Family History
            C.  Lymphoma History

III.        OCCUPATIONAL HISTORY

IV.         EXPOSURE HISTORY
            A.  Non-Glyphosate Exposures
            B.  Glyphosate Exposures
                1.  Residential
                2.  Occupational

V.      ANALYSIS
        A.  BACKGROUND
            1.  BIOLOGY OF LYMPHOMA DEVELOPMENT
            2.  PESTICIDE EXPOSURE AND DEVELOPMENT OF NON-HODGKIN LYMPHOMA
            3.  CELLULAR AND ANIMAL STUDIES
            4.  EPIDEMIOLOGIC STUDIES ASSESSING RISK OF NON-HODGKIN LYMPHOMA WITH AGRICULTURAL OCCUPATION
            5.  EPIDEMIOLOGIC STUDIES ASSESSING RISK OF NON-HODGKIN LYMPHOMA WITH GLYPHOSATE EXPOSURE
            6.  POSITION STATEMENTS FROM AGENCIES
        B.  MR. VOSPER'S LYMPHOMA EXPOSURE RISK FACTORS
            1.  NON-CHEMICAL EXPOSURES
                a.  NON-MODIFIABLE RISK FACTORS (AGE, GENDER, HEREDITY/INHERITED RISKS)
                b.  MODIFIABLE RISK FACTORS
                    i.    TOBACCO AND ALCOHOL USE
                    ii.   OBESITY
                    iii.  DIABETES MELLITUS
                    iv.   INFECTIOUS AGENTS
                    v.    AUTOIMMUNE INFLAMMATORY DISEASES
                    vi.   OTHER MEDICAL HISTORY
            2.  NON-GLYPHOSATE CHEMICAL EXPOSURES
            3.  GLYPHOSATE (ROUNDUP$^{TM}$) EXPOSURES

VI.     CONCLUSIONS/SUMMARY

-------------------------------------------------------------------

# I.      MATERIALS REVIEWED

Medical Records
Hospital of the University of Pennsylvania
Penn Medicine Hematology Oncology Center
Jakub Svoboda, MD
Penn Medicine Detailed Bills – Guarantor Level

Radiology
CT head with IV contrast – 02/22/18
PET/CT whole body – 03/14/18

Legal
Complaint
Plaintiff Fact Sheet
First Amended Plaintiff Fact Sheet

Andrea Vosper deposition transcript with exhibits
Ira Vosper deposition transcript with exhibits
Jakub Svoboda, MD, deposition transcript with exhibits
William Sawyer, PhD, expert toxicology report

<u>Other</u>
Telephone interview of Ira Vosper

## II.     <u>MEDICAL HISTORY</u>

### A.  <u>Non-Lymphoma History</u>

Mr. Vosper (date of birth ████) was generally healthy and active until he was diagnosed with lymphoma in 2010. Prior medical history included ████████████████ and some episodes of ██████████ He had a ███████████ in 6th grade; after playing baseball in the rain, he became acutely ill that evening with high fever of 104° and delirium. He was ██████ ████████ He underwent a ████████████ which was negative for meningitis and received ████████ He recalls being told he might have had pneumonia. He has had no similar ██████ subsequently.

Mr. Vosper had no prior history of cancer. He further had no history of autoimmune or inflammatory diseases, and no immune deficiency disorders; specifically, he had no history of inflammatory bowel disease, celiac disease, eczema, psoriasis, Hashimoto's thyroiditis, or diabetes mellitus. He has a history of ████████████████████████ He had no other history of infectious disease including of HIV, hepatitis B, hepatitis C, *Helicobacter pylori*, or human papillomavirus. He has continuously taken ██████████████████ ██████████

Prior surgical history included ████████████████. He also had repeated ████████████████████████ These injuries required periodic ██████████ his recurrent injuries forced him to stop playing football in college his junior year. He eventually underwent shoulder surgery in 2010.

Social history includes being born in ██████████ where he graduated from a private high school in ████ In ████ he graduated with a four-year business degree from ████████████ He married his wife in February ████ and they have ████████████ He never served in the military.

Mr. Vosper is a lifelong nonsmoker. He ███████████████████████████████████████ ███████████████ He used ██████████ occasionally, three or four times in high school and up to five times per year in college, with ████████████ since college. He has never used any ████████████.

###### B. Family History

Mr. Vosper's family history includes acute lymphocytic leukemia (ALL) ████████████ diagnosed at age 63. She was treated at University of Pennsylvania. It was noted that she routinely used Roundup™ on a farm where she sprayed weekly. She subsequently developed myelogenous leukemia that was felt to be a result of her prior chemotherapy for ALL (secondary AML). She lived with Mr. Vosper and his family during the majority of her illness and died in 2014. (Mr. Vosper's ██████ died at age 72 from liver failure; he had a history of morbid obesity and atherosclerotic cardiovascular disease.)

His ████████████ Thomas Rogers was diagnosed with high grade B-cell lymphoma in 2015, with a final diagnosis of unclassified diffuse lymphoma with features of both diffuse large B-cell lymphoma and Burkitt-like B-cell lymphoma. It was immunophenotypically CD20 positive, BCL-2 positive, BCL-6 positive, MUM 1 positive, but CD5 negative, CD10 negative, cyclin D negative, and EBER negative. MYC expression was <40% and Ki 67 was 90%. FISH was negative for BCL-2 and BCL-6. The tumor was intermediate to high-risk by IPI prognostic score (high LDH, extranodal disease, high grade features) and was initially treated with R-EPOCH x 6 with remission through 01/2017 when he recurred with paratracheal lymph node involvement. At that time, he underwent R-ICE pretransplant chemomobilization followed by autologous stem cell transplant. He had all of his medical care at University of New Mexico Hospitals, Albuquerque, NM, under medical oncologist, Dulcinea Quintana, MD. He was single, worked as a waiter and maître d' in local restaurants and retired after becoming ill. He had smoked for more than 24 years (25 pk/yrs) and quit in 1982. He was a social drinker, up to 2 to 2½ glasses weekly. He was a painter with significant exposure to different oil-based paints. He also had exposure to herbicides, including Roundup™, in the 1970s when he used "weed killer" once weekly x 2 years as a landscaper. From 1986 to 1988, his neighbors used Roundup™ and glyphosate products at the edge and onto his property, once monthly, 6 months/year. From 1991-1993, he used a Roundup™ hand sprayer once weekly to control weeds on his property. From 1998-2016, he used Roundup™ 4x/year with a pump sprayer on his property, indicating a long history of variable levels of Roundup™ exposure prior to his lymphoma diagnosis in 2015.

His ████████████████████ of "old age" at age 92. His ████████████████ died in his 80s of cardiovascular disease, with a questionable possible history of melanoma. His paternal grandmother died of "old age" at age 92. ████████████████████ died of a "heart attack" at age 87, with a questionable possible history of melanoma.

###### C. Lymphoma History

In 08/2010, at age 33, Mr. Vosper noticed a grape-sized painless lump in his neck one morning. Within several days, the mass had increased to almost the size of "half of a golf ball." He was seen by an

otolaryngologist and other physicians, who initially told Mr. Vosper he was overreacting. However, he insisted on having a biopsy.

On 08/27/10, Mr. Vosper underwent CT scan of the neck which showed soft palate thickening and tiny calcifications along the mucosal surface of the base of tongue. There were multiple asymmetric enlarged left-sided lymph nodes (1.4 x 0.8cm, 1.5 x 1.1 cm, 2.0 x 0.9 cm). No additional lymphadenopathy was seen.

On 09/02/10, Mr. Vosper underwent fine needle aspirate (FNA) which disclosed a large B-cell lymphoma

On 09/03/10, Mr. Vosper presented to the University of Pennsylvania Department of Emergency Medicine (ED) where his mother had been under treatment for acute leukemia. Notes from that visit indicated he was a 33-year-old male who had been recently diagnosed with lymphoma. He was told by his otolaryngologist to come to the ED for oncologic evaluation. Mr. Vosper noted additional history of asthma and recent shoulder surgery. Prior studies were reviewed, including the CT scan of the neck and the pathology results from the FNA of the left neck lymph node showing B-cell lymphoma. The patient said that he had night sweats and lethargy over the past week and two episodes of disorientation. He was discharged with intent to follow up with hematology-oncology.

On 09/13/10, Mr. Vosper underwent a bone marrow biopsy and aspirate. The pathology showed mildly hypocellular marrow (50%) with trilineage hematopoiesis. There was no overt evidence of lymphoma. Flow cytometry showed minimal (<1%) involvement by a kappa-restricted CD5 positive, CD10 positive B-cell clone.

On 09/14/10, Mr. Vosper underwent a PET/CT which showed abnormal uptake in the left cervical lymph nodes and the left tonsillar/nasopharyngeal soft tissue area

On 09/14/10, Mr. Vosper underwent an echocardiogram which showed normal parameters including an ejection fraction (EF) of 65%

On 09/15/10, Mr. Vosper underwent an excisional biopsy of a left level 5 deep cervical lymph node and left tonsil. Pathology of the left cervical level 5 deep lymph node biopsy showed B-cell lymphoma. There was complete effacement of underlying architecture by a vaguely nodular proliferation of large, atypical cells with irregular nuclei, vesicular chromatin, and prominent nucleoli. Immunophenotyping showed the tumor cells to be CD20 positive, CD79a positive, BCL-2 positive, MUM-1 positive, CD5 negative, CD10 negative, CD43 negative, ALK negative, BCL-1 negative, BCL-6 negative, and TdT negative. The tumor cells were kappa restricted. Proliferative index by Ki-67 was approximately 50%. The combined morphologic and immunohistochemical findings are diagnostic of a diffuse large B-cell lymphoma and the immunophenotype is compatible with activated B-cell origin. Commentary provided in the report noted that numerous small B-cells and disrupted follicular dendritic meshwork in the background suggest that this lesion arose from a preexisting low-grade component (perhaps a nodal marginal zone lymphoma).

Flow cytometry revealed a minor population (1.7% of total events) of large surface kappa-biased CD5 negative CD10 negative B cells in a background of polytypic B cells and unremarkable T cells. The combined findings suggest the possibility of an evolving kappa restricted CD5 negative CD10 negative B-cell neoplasm, perhaps a marginal zone lymphoma. Pathology of the left tonsil biopsy showed reactive lymphoid hyperplasia with no evidence of lymphoma.

On 09/20/10, Mr. Vosper underwent upper endoscopy with gastric biopsy. The esophagus appeared normal with no evidence esophageal intrinsic mass, extrinsic compression, varices, rings, webs, or strictures. There was no Barrett's esophagus. The stomach appeared normal with no evidence of gastritis, gastric ulcers, gastric varices, angiodysplastic lesions, hiatal hernia, intrinsic masses, extrinsic compression, gastric polyps, or bleeding. The gastric folds were of normal size. The duodenum appeared normal with no evidence of duodenitis, duodenal ulcers, nodules, diverticuli, intrinsic or extrinsic masses, polyps, or vascular malformation. Pathology on the gastric biopsy showed unremarkable gastric oxyntic-type mucosa with no evidence of lymphoma involvement.

On 09/24/10-01/14/11, Mr. Vosper was treated with R-CHOP (cyclophosphamide, doxorubicin, vincristine, and prednisone) every 3 weeks for 6 cycles. He tolerated the treatment well.

On 11/03/10, a PET/CT showed no evidence for overt FDG-avid (fluorodeoxyglucose) lymphoma.

On 12/15/10, a PET/CT again showed no abnormal metabolic activity or residual masses.

On 12/10/10, a bone marrow biopsy showed hypocellular (40%) marrow with trilineage hematopoiesis. There was no evidence of lymphoma.

On 04/2011-09/2012, Mr. Vosper was treated with maintenance rituximab, initially planned to be given every 3 months for two years. During that treatment, he had recurrent oral herpes simplex, treated with Valtrex. He also had recurrent episodes of upper respiratory infection. Due to the latter, the rituximab was discontinued after 9 of the 12 anticipated treatments (i.e., 1.5 years instead of 2 years so the last 2 does were not given). His pulmonary symptoms resolved when rituximab was stopped.

[Mr. Vosper discontinued maintenance rituximab in 09/2012 secondary to recurring episodes of bronchitis and upper respiratory infection; at those times, he received both outpatient IV fluids and antibiotics but was never hospitalized. His treating physician, Dr. Svoboda felt further rituximab should be discontinued in light of these recurrent infections.]

On 08/10/12, a PET/CT showed no evidence of FDG-avid lymphoma.

On 04/04/13, a PET/CT showed no evidence of FDG-avid lymphoma. There was an incidental 9 mm stone in the left ureteropelvic junction causing moderate left hydronephrosis.

On 04/30/14, a restaging PET/CT showed focal asymmetric uptake in the left lingual tonsil

On 05/09/14, Mr. Vosper was seen in follow up by medical oncologist, Jakub Svoboda, MD. He was doing well, without clinical evidence of recurrent lymphoma. The area of increased uptake seen on the PET/CT in the left tonsillar area was not felt to be lymphoma-related in light of the prior biopsies of that area showing benign reactive tissue. He was to follow up with otolaryngologist, Ara Chalian, MD.

On 06/05/14, Mr. Vosper was seen by an otolaryngologist. Examination showed a subtle 1.5 cm flat prominence of the left lingual tonsil but was otherwise unremarkable. The plan was to perform panendoscopy, which was scheduled.

On 06/18/14, Mr. Vosper underwent panendoscopy by his otolaryngologist with a biopsy of the left tongue base. This showed an atypical squamous proliferation and reactive lymphoid hyperplasia.

On 08/01/14, an MRI of the neck showed mild asymmetry of the lingual tonsils with the left more prominent than right. There was a suggestion of mild peripheral enhancement involving a component of the left side measuring 9 x 6 mm of uncertain etiology. There was also a mildly enlarged left level 1B lymph node measuring 1.6 cm and a mildly prominent right retropharyngeal lymph node.

On 08/21/14, a PET/CT scan showed asymmetry of the tonsillar area with the left larger than right. The 1.6 cm left level 1B cervical lymph node was FDG avid

On 09/11/14, Mr. Vosper had a medical oncology follow up with Dr. Svoboda. Since his prior visit, Mr. Vosper had been doing well subjectively. The left tongue biopsy had shown no evidence of lymphoma or obvious malignancy but there were some atypical cells. He had not been having any fever, chills, or night sweats.

On 09/14/14, a PET/CT showed a new hypermetabolic focus along the left fossa of Rosenmuller, as well as the previously described 1.6 cm hypermetabolic left level 1B lymph node. There continued to be asymmetric uptake along the left tonsillar area, similar to the prior exam. Diagnostic considerations included lymphoid hyperplasia, primary head neck malignancy with metastatic cervical lymph node, or recurrent large B-cell lymphoma within the head and neck. Continued follow up and/or repeat biopsy was recommended if clinically warranted.

On 10/18/14, Mr. Vosper was seen by the otolaryngologist for repeat biopsies. The pathology showed squamous atypia in the biopsy from the left superior tonsil, which was worrisome for high-grade dysplasia. There was a benign squamous papilloma of the left retromolar trigone. The repeat left tongue base biopsy had reactive lymphoid hyperplasia, similar to the prior biopsy of that area.

On 11/14/14, Mr. Vosper had a repeat biopsy of the area with possible high-grade dysplasia. Biopsy showed squamous mucosa with mild chronic inflammation and granulation tissue. No dysplasia, carcinoma, or lymphoma was present.

On 01/05/15, Mr. Vosper had a medical oncology follow up with Dr. Svoboda. Since his last office visit, Dr. Chalian had performed two separate biopsies with the results as noted above. Mr. Vosper was feeling anxious about the results but was otherwise well. He said that his mother had passed away in 09/2014 after being in hospice. He also noted that his second child was born three months prior. He felt that he had some lack of sleep but had not had any fever, night sweats, or recurrent infections. Examination showed lymphadenopathy of the cervical area and a well-healed scar. A complete blood count (CBC) was normal. It was decided to continue close follow up.

On 09/23/15, a PET/CT showed no hypermetabolic malignancy. The foci of uptake in the head and neck seen previously had resolved. There were a few foci of uptake in the region which, while nonspecific, were felt to be probably physiologic.

On 01/2017, Mr. Vosper had a right temple skin lesion excised which was found to be squamous cell carcinoma in situ.

On 04/13/17, Mr. Vosper had a medical oncology follow up with Dr. Svoboda. It was noted that he continued to be followed by otolaryngology. He had occasional discomfort in the area of the recently removed left temple skin lesion. He had no recent infections and was physically active. Examination showed no lymphadenopathy. His CBC was, again, normal.

On 10/10/17, Mr. Vosper had a biopsy of a lesion on his posterior left upper arm. Pathology showed a malignant melanoma, nodular type, with Clark level IV and Breslow depth of 0.98 mm. The lesion extended to very near the deep margin of the excision. Wide excision was recommended, and he was referred to Giorgos Karakouris, MD.

On 11/14/17, Mr. Vosper underwent wide excision of the melanoma with sentinel lymph node biopsy. No residual tumor was found near the prior biopsy site and all three sentinel lymph nodes were negative for tumor.

In early 2018, Mr. Vosper noted left temporal area skin change, along with fatigue, night sweats, and a weight gain of 15 pounds.

In early February 2018, he also noted a golf-sized lump in his upper back

On 02/22/18, a CT of his head showed slightly prominent subcutaneous tissue corresponding to a palpable lump in the left temporal scalp. The area had enhancement/attenuation similar to the adjacent muscle; the etiology was uncertain. There was no evidence of intracranial metastatic disease within the limits of detection for the unenhanced CT.

On 03/08/18, Mr. Vosper had FNA of the left subcutaneous scalp and upper back lesions. Pathology showed large atypical lymphoid cells compatible with involvement by lymphoma.

On 03/14/18, a PET/CT showed multiple new scattered FDG-avid left-sided subcutaneous soft tissue densities and left level IIA lymph nodes, consistent with recurrent lymphoma.

On 03/27/18, Mr. Vosper had an excisional biopsy of the left back and left temporal scalp. Pathology showed a diffuse large B-cell lymphoma with a non-germinal center B-cell immunophenotype. The tumor cells expressed CD20, PAX-5, BCL-2, BCL-6, MUM-1 and were kappa restricted. Tumor cells were negative for CD3, CD10, CD30, and CD 21. C-MYC 90%. CD21 did not reveal any follicular dendritic meshwork. Ki-67 proliferative index was 70%.

On 04/02/18, Mr. Vosper had a medical oncology follow-up with Dr Svoboda. The recent diagnostic studies were reviewed, including the skin lesions on left scalp and upper back which were found to be positive for diffuse large B-cell lymphoma. The PET/CT showed uptake in only left cervical lymph node and skin lesions. The LDH was elevated. Possible treatment options included ICE (ifosfamide, carboplatin, and etoposide phosphate) followed by autologous stem cell transplant vs. ibrutinib. CART19 was also being considered.

On 04/06/18, a pre-treatment echocardiogram was within normal limits

On 04/12/18, Mr. Vosper had a medical oncology follow up with Dr. Svoboda. He noted two days of worsening left neck swelling behind his left ear and new tenderness on palpation along with night sweats since prior to the recent biopsy.

 Based on the aggressive features of the tumor (c-myc-90%), the favored treatment approach was to proceed with EPOCH (etoposide, prednisone, vincristine, cyclophosphamide and doxorubicin.

On 04/17/18, due to increased symptoms, Mr. Vosper was directly admitted to Penn Medicine for cycle 1 EPOCH. He had called previously with two days of worsening left neck swelling and a bump behind his left ear, along with facial swelling and a facial droop. He had had night sweats preceding back to the lesion biopsy two weeks prior. His weight was stable, but he had decreased appetite. He notes this period, with his second recurrence of lymphoma, was accompanied by extreme anxiety and difficulty sleeping for which he took Xanax. He had no fever, chills, cough, or shortness of breath but was using an asthma inhaler more. He was able to run six miles per day. Examination showed a 1 cm rounded posterior cervical lymph node. There was a warm, firm area of left neck swelling extending from the postauricular area down to the sternocleidomastoid muscle. A PICC line was placed.

On 04/18/18, a bone marrow biopsy showed normocellular bone marrow (60%) with trilineage hematopoiesis. There was no evidence for diffuse large B-cell lymphoma. Flow cytometry showed a polytypic CD19 positive cell population with no overt immunophenotypic evidence of a clonal lymphoproliferative disorder. A pretreatment MRI of the head and spine was negative for malignancy involving the central nervous system. Cardiooncology noted that Mr. Vosper was status post CHOP/anthracycline. The recommendation was to hold methylphenidate and treat with Zinecard for cardioprotection. Cycle 1 EPOCH was initiated.

On 4/19/18, sequencing revealed a missense variant on MYD88 at amino acid 251 converting wild-type residue, Serine, to asparagine in 4485, reads out of a total 7383 sequence reads, for an allele frequency of 61%. This mutation is of uncertain significance. A missense variant in MYC at amino acid 180 converting the wild-type residue, alanine to aspartic acid was present in 164 reads out of a total of 314 sequence reads for an allele frequency of 52%. A missense variant in MYC at amino acid 190 converting the wild-type residue, serine, to threonine was present in 172 reads out of a total 321 sequence reads for an allele frequency of 54%, and an in-frame insertion/deletion, resulting in frame deletion of 15 nucleotide in Exon 2 of MYC was present in 685 reads out of a total of 1485 sequence reads for an allele frequency of 46%. Serum protein electrophoresis showed a peak in the beta region that is IgM kappa.

On 04/22/18, Mr. Vosper received intrathecal methotrexate. Following the IT-MTX he developed a severe post-LP headache which continued to be an issue with subsequent intrathecal therapies.

On 04/23/18, Mr. Vosper was discharged post-cycle 1 of chemotherapy. For infection prophylaxis, he was discharged on Levaquin, fluconazole, Bactrim, and valacyclovir.

On 05/10/18, Mr. Vosper was admitted to Penn Medicine for cycle 2 R-EPOCH, doxorubicin, vincristine, etoposide, cyclophosphamide, prednisone, with rituximab on day 1.

On 05/11/18, EPOCH was started after being cleared with cardiology. Mr. Vosper received Zinecard prior to chemotherapy for cardioprotection.

On 05/14/18, a lumbar puncture (LP) was performed, and Mr. Vosper was given intrathecal ARA-C. Cytology on the cerebrospinal fluid (CSF) was negative for malignancy. It was noted that if the follow up PET/CT after cycle 2 did not show a complete response, he would be considered for CART-19 (autologous T cells transduced with CD19 TCR-ζ/4-1BB vector).

On 05/16/18, Mr. Vosper was discharged home. As before, he was on Valtrex, Bactrim, Levaquin, and fluconazole prophylaxis. He had lip lesions that were likely herpes simplex. He was also on carvedilol for cardioprotection. Lisinopril and Zinecard were to be given prior to doxorubicin.

On 05/24/18, PET/CT restaging after cycle 2 R-EPOCH showed only a partial response.

On 05/31/18, Mr. Vosper was admitted to Penn Medicine for cycle 3 R-EPOCH.

On 06/01/18, transesophageal echocardiogram showed a normal left atrium, mildly thickened mitral valve leaflets, a normal left ventricle (LV) size, no segmental wall motion abnormalities, LV ejection of 67%, and normal late LV diastolic function.

On 06/04/18, an LP was performed for intrathecal methotrexate. Cytology on the CSF was negative for malignancy. He had a post-LP headache with nausea, vomiting, and photophobia treated with bedrest and caffeine.

On 06/06/18, Mr. Vosper was discharged home.

On 06/21/18, Mr. Vosper was admitted to Penn Medicine for cycle 4 R-EPOCH with intrathecal ARA-C

On 06/22/18 and LP was performed for intrathecal ARA-C. Cytology on the CSF was negative for malignancy.

On 07/05/18, a PET/CT showed a significant partial metabolic response to therapy with the only remaining FDG-avid lesion being in the left temporal scalp which now had mild uptake, only slightly greater than that of mediastinal blood pool (Deauville score 2). There was interval resolution of previously seen right upper lobe ground-glass pulmonary opacities, most compatible with an inflammatory etiology.

On 07/12/18, Mr. Vosper was admitted to Penn Medicine (07/12- 07/17/18) for cycle 5 R-EPOCH. Since he had completed 4 cycles of intrathecal therapy, no further intrathecal chemotherapy was planned. Cardiooncology continued to follow him. His home hydrochlorothiazide (HCTZ) was on hold during treatment but was acceptable to restart after therapy.

On 07/17/18, Mr. Vosper was discharged post-cycle 5 on post-treatment Neulasta.

On 08/02/18, Mr. Vosper was admitted to Penn Medicine (08/02-08/06/18) for cycle 6 R-EPOCH. Zinecard and carvedilol were given for cardioprotection and HCTZ was held until after chemotherapy and Bactrim/Levaquin/fluconazole prophylaxis. He received post-treatment Neulasta.

On 08/06/18, Mr. Vosper was discharged to home.

On 09/04/18, a PET/CT showed no hypermetabolic malignancy.

On 09/25/18, Mr. Vosper was admitted to Penn Medicine for high-dose methotrexate for CNS prophylaxis after having completed 6 cycles of R-EPOCH. The treatment was complicated by severe post-LP headache. In addition, he required periodic insulin for control of hyperglycemia in the setting high-dose steroids with EPOCH. His blood sugars improved off chemotherapy and he was taken off insulin.

On 12/04/18, a PET/CT showed complete response with no hypermetabolic foci and no evidence of malignancy.

On 04/03/19, Mr. Vosper had a medical oncology follow up with Dr. Svoboda. Since his last visit, he had been feeling well. He had stopped atorvastatin six weeks prior due to hair loss and body aches, which had since resolved. He was without radiologic evidence of recurrent lymphoma. He was to continue with dermatology and cardiology follow up. He was to have PET/CT every three months.

In 05/2019, he noted a lump in left knee. On initial assessment by his dermatologist, it was not felt to be related to his prior lymphoma and he was treated with clindamycin for "folliculitis." Over the next several months, this lump minimally increased in size.

On 06/18/19, a PET/CT showed complete response with no hypermetabolic foci or malignancy.

On 06/25/19, Mr. Vosper was seen in the ED for shortness of breath over three days related to exertion. A CT angiogram showed no evidence for pulmonary embolus and no other acute findings. The shortness of breath was ultimately felt to be exacerbation of asthma triggered by respiratory infection. He was treated with albuterol nebulizer followed by tapering steroids and antibiotics.

On 07/11/19, Mr. Vosper had a medical oncology follow up with Dr. Svoboda. Since his last visit, he had seen dermatologist Julie Wahrman-Cramer, MD, on 05/20/19 and was given clindamycin for folliculitis of the left knee.

On 06/18/19, a follow up PET/CT scan, was read as continued complete response.

On 10/28/19, Mr. Vosper had a medical oncology follow-up with Dr. Svoboda. Since his last visit, he had purchased a vacation home by water. He continued to have a left lower extremity nodularity at the medial knee which was not changed since 05/19. He also noted a new minimally raised lesion on his right forearm. He denied having any lymphadenopathy or B symptoms. He was scheduled to see dermatology soon for the skin lesions with plan to biopsy these lesions. The plan was to consider ibrutinib and/or CART-19 if there was confirmed lymphoma relapse.

On 10/31/19, Mr. Vosper underwent biopsy of lesions the left forearm, left medial popliteal knee, and right anterior thigh. The left medial popliteal knee biopsy showed dense nodular aggregates of atypical lymphoid cells throughout the reticular dermis with involvement of the subcutaneous fat. Cells were large with atypical nuclei and there was a significant population of plasma cells. The majority of the cells were positive for CD-20 amidst a smaller population of infiltrative CD 3-positive T-cells. The T-cells and some of the B-cells are positive for BCL 2. BCL 6 showed only few scattered possibly stating cells. A subset of the cells is positive with MUM-1. CD 30 was negative. There was kappa light chain restriction. Ki 67 showed approximately 80% staining. Findings were consistent with recurrence of his diffuse large B-cell lymphoma. The left forearm biopsy showed nodular aggregates of atypical lymphoid cells in the dermis and subcutaneous fat. The cells were morphologically similar to the lesion from the left medial popliteal knee. The right anterior thigh biopsy showed nodular aggregates of atypical lymphoid cells in the dermis and subcutaneous fat. Morphologically, the cells resemble those seen in the B specimen and are consistent with diffuse large cell B-cell lymphoma (DLBCL).

On 11/15/19, a PET/CT showed a small volume burden of hypermetabolic disease in the subcutaneous soft tissues of the right upper extremity and bilateral lower extremities, all concerning for lymphomatous involvement. It was noted that the lesions were not imaged on multiple prior exams and thus were of indeterminate duration.

On 11/19/19, Mr. Vosper had a medical oncology follow up with Dr. Svoboda. Since his last visit, he had the biopsy-proven recurrent DLBCL in the three biopsies of skin—left forearm, right thigh, left lower thigh/knee. He was understandably anxious but had no new B symptoms or lymphadenopathy. They discussed the indeterminate duration of the skin lesions which could have been there previously and the failed the two prior treatments for DLBCL. They felt there was a good chance the tumor would respond to ibrutinib monotherapy and planned to start it to prevent the lesions from getting out of control. They also recommended pursuing CART-19 therapy.

On 11/20/19, ibrutinib was initiated at 560 milligrams daily with careful monitoring for side effects as a bridge while they began to pursue approval for CART-19. Since it would not change therapy, bone marrow biopsy and LP were postponed.

On 01/16 - 01/17/20, Mr. Vosper received intravenous bendamustine for two days.

On 01/20/20, Mr. Vosper began CART-19 (KYMRIAH) treatment. In the late evening following the initial treatment, he developed a 102°fever. He also had night sweats, headache, visual hallucinations, bone pain in the back, pain in the skin, and myalgias.

On 01/21/20, Mr. Vosper was dizzy and somnolent with difficulty walking, so used a wheelchair. He was initially seen and given IV fluids, Tylenol, and oxycodone with improvement. His temperature was 100.9°, oxygen saturation was 97% on room air, and his lactate was 2.1. He was admitted for further care. Pertinent laboratory studies were notable for WBC 11.6, CRP 4.5, and creatinine 0.95. A chest x-ray showed no evidence of cardiopulmonary disease. He was admitted to oncology for likely cytokine release

On 01/23/20, Mr. Vosper had an inpatient dermatology consultation for a new lesion of concern in the left medial popliteal area. Examination showed pink nodules in the left antecubital fossa and right forearm at sites of prior biopsy-proven lymphoma cutaneous involvement with DLBCL. Prior to CART-19 therapy the lesions were perceptible but less remarkable; they became more prominent after therapy. This phenomenon had been observed before other cases of CART therapy in which lesions appeared or became more prominent before regressing, usually with a few days. Two skin biopsies were performed and showed a dense atypical mononuclear cell infiltrate, consistent with recurrent large B-cell lymphoma. Immunochemical stains showed the neoplastic cells were positive for Pax-5, CD-79a, and negative for CD3 and CD5.

On 01/27/20, Mr. Vosper was discharged to home.

On 05/06/20, Mr. Vosper saw a dermatologist for concern about an inflamed cyst in his groin. He had had a cough since March and suspected he had COVID but had not been tested. He described a cystic lesion in the groin the size of a grape which then enlarged to size of a golf ball. He popped it, with blood and clear liquid expressed, after which it was less tender. Dermatology impression was inflammatory cyst. He was to use hot compresses and was prescribed doxycycline. He later followed up with a telehealth visit and the lesion had much improved.

On 05/19/20, Mr. Vosper had a PET/CT which showed complete metabolic response to treatment.

On 05/27/20, Mr. Vosper had a follow up visit with oncology, Dr. Svoboda. It was noted that he had a cough since March with lingering sore throat. The cyst had resolved with doxycycline. He felt well without evidence of recurrence of disease; his IgG was well over 400. The plan was to continue periodic monitoring and repeat imaging at six months. He was to follow up with cardiology.

On 07/30/20, Mr. Vosper saw dermatology for a follow up skin check. At that time, he was concerned about recurrent bright redness of the glabella area and right medial cheek for the prior three months.

On 08/27/20, Mr. Vosper again had a dermatology follow up. At this time, he had a new cystic lesion of the right knee and a red lesion on the medial right cheek. Examination showed a right inferior medial knee 3 x 2.5 cm, firm, deep, nodularity. A punch biopsy was obtained of that lesion. Pathology of that biopsy showed changes most consistent with resolving traumatic panniculitis. He was reassured that his recurrent facial flares were not related to lymphoma.

On 09/16/20, Mr. Vosper had a medical oncology follow up with Dr. Svoboda. He was clinically stable. Examination noted a rosacea-like rash on the face and a small nodularity of the right leg that had been proven negative for lymphoma on biopsy. The plan was to continue follow up including dermatology, cardiology, and psychiatry.

On 12/10/20, Mr. Vosper was seen at medical dermatology for follow up of the inflammatory cyst left of the left groin and recurrent erythema of the glabella and right medial cheek.

On 12/29/20, a PET/CT showed some uptake along the nose, consistent with rosacea. No pathologic sites of FDG activity were identified. The spleen was not enlarged and had no FDG uptake. There was a small hiatal hernia, a punctate nonobstructing left renal calculus measuring up to 3 millimeters, diverticulosis without diverticulitis, and surgical clips in the left axilla.

On 01/06/21, Mr. Vosper was seen in follow up. The PET/CT from 12/29/20 was reviewed, which noted uptake along the right cheek and nose consistent with rosacea. LDH was 170 and remaining labs were normal. Impression was of previous biopsy-proven relapsed DLBCL on skin only, clinically unchanged, status post CART-19.

On 03/22/21, Mr. Vosper left a message with dermatology indicating he had a red spot on his right front hip just below the waistline. He had noticed it 3 to 4 weeks earlier and it had not changed much. It did not hurt. His next appointment was 04/15/21 and he was inquiring if he should come in earlier for a biopsy.

On 04/15/21, Mr. Vosper presented for the medical dermatology visit. He still had the facial erythema over the right medial eyebrow and right nasolabial fold. He had a new right anterior upper thigh ill-defined 2 x 1 cm erythematous superficial soft tissue nodule. A punch biopsy was obtained. The biopsy was positive for DLBCL.

On 04/28/21, a PET/CT showed a small focus of mild skin thickening in the right thigh with mild FDG uptake. This was felt to be possibly related to biopsy changes, but residual lymphoma could not be excluded. No additional sites of FDG-avid disease were seen.

On 04/29/21, Mr. Vosper was seen for medical oncology follow up with Dr. Svoboda. Since his last visit, he had developed the nonpainful red spot on his anterior right thigh and punch biopsy was positive for recurrent DLBCL. He had undergone the PET/CT, as noted above, with mild FDG uptake and skin thickening at the site of right thigh biopsy. He felt well but was anxious. He denied B symptoms but had been more tired over the last several weeks. The impression was a locally recurrent DLBCL of the right anterior thigh. He was referred to radiation oncology for local radiation therapy.

On 05/04/21, Mr. Vosper underwent bone marrow aspirate and biopsy. The biopsy and aspirate clot showed mostly trabecular bone with the marrow space representing only 5% of biopsy. Iron stain showed mildly decreased stainable iron. Ringed sideroblasts were not identified and no lymphoid aggregates were present. Flow cytometry showed 9% lymphocytes, 5% monocytes, and 84% granulocytes. Gating on the lymphocyte region showed 22% polytypic CD 19 positive B cells with kappa:lambda ratio of 1.2, 69% CD3 positive T-cells, and 9% NK cells. The final interpretation was normal cellular marrow (55%) with trilineage hematopoiesis, and no morphologic or immunophenotypic evidence of lymphoma. At University of Pennsylvania, he went on to complete radiation therapy to this area of recurrence on the right thigh.

In late 05/2021, he began developing a reddish skin lesion in his lower right abdominal wall, just above the groin, similar in appearance to the thigh lesion. This has been confirmed as recurrent large B-cell lymphoma. Unfortunately, there are currently no available clinical trials for which he is eligible and he is being followed off-treatment, pending the availability of a new treatment approach

## III.     OCCUPATIONAL HISTORY

Mr. Vosper worked during summers during high school years and during his college years as follows:

1. <u>Farmstead Golf Course (high school breaks)</u> – He worked as a part-time laborer during high school breaks. He was responsible for raking sandpits, pulling weeds, and cleaning mulched areas. During the evening hours, he washed dishes.

2. <u>Sussex County Municipal Utilities Authority (SCUMA) (high school summers)</u> – He worked as a laborer before and after his senior year of high school (two summers).

3. <u>Hoffman-LaRoche (college summers)</u> – He worked as a laborer over summers during his college years. The work involved scraping paint off dumpsters and trash compactors.

During his adult (post-college) life, he worked at a variety of places:

<u>Grinnell Concrete Paving Stones, Sparta, NJ (11/99-11/02)</u> – He worked as an outside sales representative. He also built and maintained displays. The company sold paving stones, retaining walls, and other items directly to landscapers and distributors.

<u>Haines & Kibblehouse, Skippack, PA (later partnered with Rinox) (03/03-09/04)</u> – He worked as an outside sales representative and sold pavers and outdoor building products including Anchor Wall Systems, geogrids and soil stabilization systems.

<u>Rinox,Inc., Douglassville, PA (09/04-06/12)</u> – He served as plant manager from 2004-2012. The company was a manufacturer and distributor of concrete products (concrete paving stones, decorative concretes, etc.) and ancillary products.

<u>Techo-Bloc, Douglassville, PA (Formerly Rinox) (06/12-present)</u> – He has been Director of Operations since 2012. The company is a manufacturer and distributor of concrete products such as concrete paving stones, decorative concretes, etc., and ancillary products.

IV.     **<u>EXPOSURE HISTORY</u>**

       A.  **<u>Non-Glyphosate Exposures</u>**

Mr. Vosper used the insecticide/wasp killer Raid, twice at work and once per year at home. He has had no history of exposure or use of other pesticide/herbicide products including Envy, Halex GT, Eraser, Buccaneer, Flexstar GT, Dicamba or other broad-spectrum herbicides. He denied any exposures to benzene, lead, cadmium, asbestos or to radiation

He is a lifelong non-smoker and consumes limited alcohol, occasionally on weekend. He denies ever using any illegal drugs

### B. Glyphosate Exposures

#### 1. Residential

Mr. Vosper used Roundup™ residentially from Spring of 1986 (at the age of 9) until 2018, a period of 32 years.

From <u>1985-2002</u>, he lived with his family on a 140-150-acre farm. The farm was purchased by his father whom he noted had limited farming skills but wanted to build a farm. The property was **initially rundown and required heavy clearing before planting could start. Beginning at age 9, and through age 15, he spent summers working on the farm daily and on weekends during the school year. For the first 2 years during the summer, he would use significant amounts of Roundup™.** He predominantly used concentrated Roundup™, mixed by his father. **His father would cut overgrown plants and weeds, including multiflora roses. He would then pour Roundup™ into the stumps to prevent regrowth. He recounted being exposed to Roundup™ daily throughout the Summer and on weekends in the Spring and Fall during the school year, when he would continue to use Roundup™ for weed control.** When he was older, he continued to spray Roundup™ along fence lines, walking paths, and rock walls. He used Roundup™ 1 to 2 times per month in both the residential and agricultural parts of the farm, except during the winter, to prevent weed growth over thousands of square feet of farmland and for landscaping. He lived there continuously through his college years then periodically from 1999-2002, following college.

From <u>1993-1999</u>, through his college years, in addition to this family farm, he also used ready-to-use Roundup™ at his mother's home (1/3 acre) in ████████, on driveway, rock walls and on poison ivy. He sprayed Roundup™ once monthly for approximately 15 minutes with each application. During this time, he also used Roundup™ at his grandparents' farm several times per year from high school through the end of college, on a walkway and around the perimeter of house. He sprayed for approximately 30 to 45 minutes with each application.

From <u>2002-2007</u>, he lived in various rentals in ████████████████████████ ████████████████████ but did not use Roundup™ in these residential locations.

From <u>2008-2018</u>, he lived in ████████ While living there, h**e spent weekends clearing property and used Roundup™ to control weeds. He sprayed along rock walls and in a dried riverbed between his home and the neighbors', often using an entire bottle in one session.** He recalled frequently getting Roundup™ on himself but since he was unaware of the risk, he continued working without changing or showering until the evening. He used Roundup™ at this home from early Spring through late October of each year, using up to 1-2 gallons of Roundup™ with each application. He stopped using Roundup™ in 2018 after he discovered the possible connection between Roundup™ and lymphoma.

## 2. Occupational

In addition to family farm and residence use, he had a history of occupational Roundup<sup>TM</sup> exposure at multiple jobs:

During <u>high school</u>, when he worked at Farmstead Golf Course, he used Roundup<sup>TM</sup> on several occasions for weed control.

From <u>1997-2002</u>, when he worked at Grinnell Concrete Paving Stones during summers from his junior year of college until graduating from college in the Spring of 1999 (when he transitioned to an outside salesman position in the Fall of 1999), he used Roundup<sup>TM</sup> 1 to 2 times per month. He recommended Roundup<sup>TM</sup> to customers routinely. As part of his job, he built and maintained paving stone displays at garden centers and Home Depot stores. He maintained and controlled weeds growing among paving stones with ready-to-use Roundup<sup>TM</sup>. These displays were frequently very large—up to 1,500 square feet—and he often did this work at multiple Home Depot locations. He **managed Home Depot ground displays at up to 30 to 40 locations, including all** ▆▆▆▆▆▆ **bots, as well as many in** ▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ He used Roundup<sup>TM</sup> at all of these sites, often once daily or weekly throughout the spring and early summer.

From <u>2001-2002</u>, when he did similar work for multiple landscape distributors as an independent contractor, maintaining paver displays, he applied Roundup<sup>TM</sup> for 15 minutes at each display weekly from April-October. He used Roundup<sup>TM</sup> that had been premixed; he never mixed it himself.

From <u>2003-2004</u>, when he worked at Haines & Kibblehouse selling commercial products to landscapers and homeowners, he no longer had to maintain displays but did have some exposures to workers using Roundup<sup>TM</sup>.

From <u>2004-2012</u>, when he worked at Rinox, where he was in charge of sales and production, he was required to apply Roundup<sup>TM</sup> once every 2 to 3 weeks for about 1 hour. This organization had much larger displays which required applying Roundup<sup>TM</sup> once every two to three weeks for about one hour's time. (After his lymphoma was first diagnosed in 2010, he was on chemotherapy and was limited in his ability to do physical activity so did not perform this task as much.) He continued to work at Rinox, followed by Techo-Bloc (the new company that took over Rinox) where he became director of operations in 2012.

He did not wear any type of personal protective equipment while using Roundup<sup>TM</sup> in any of the above situations. He recalled that Roundup<sup>TM</sup> would get on him frequently. On his family farm, he would wear sneakers without socks, and shorts. He did not wear a shirt, hat, or protective glasses or googles. At work, would wear a shirt, jeans, and work boots. He rarely wore gloves except when building displays, and that was for protection of his hands while manipulating heavy bricks—not to avoid exposures.

V.       **ANALYSIS**

    A.  **Background**

        1.  **Biology of Lymphoma Development**

The development of all cancers, including lymphomas, involves the alteration (mutation) of DNA, which is the genetic material within each cell controlling all biological functions of that cell. With increasing numbers of genetic alterations, a cell gains or loses important biological functionality. Eventually, the genetically altered cell and its clones behave increasingly abnormally resulting in malignant biologic behavior–cancer.[1] Most important among these alterations are changes to certain genes that normally inhibit continued unchecked growth of a cell. Loss of these important inhibiting functions allows cells to continually divide and replicate into a mass-forming clone of nearly identical abnormal cells. Other important genetic alterations include changes to the production of cell adhesion molecules, allowing cells to migrate in abnormal ways and to grow (and even thrive) in otherwise hostile cellular milieus away from their normal locations. Other mutations allow abnormal clones to evade a host's normal immune response, which typically detects and kills abnormal cells.

Although there are some genetic syndromes predisposing to certain malignancies, the overwhelming cause of most lymphomas is the acquisition of genetic changes that are acquired during an individual's life, a result of exposures that increase the risk of these genetic changes as noted above. The causes of these genetic changes represent the risk factors that are the ultimate cause of the malignancy. Some environmental toxins have multiple effects that are both genotoxic and promotional. This means that in addition to producing mutations, they also directly enhance increased cell replication and survival, further enhancing the malignant process and potentially leading to such transformation events. The continued exposure to such agents, over years, will increase the risk and evolution of these sequential changes, ultimately leading to tumor progression and overt malignant lymphoma/leukemia.

Like virtually all cancers, lymphomas and leukemias originate from DNA changes. Some lymphomas are linked to family history, due to inherited germline mutations in susceptibility genes with which the patient is born. However, the overwhelming cause of most lymphomas is acquisition of genetic changes occurring during an individual's life, often as a result of exposures that increase the risk of these genetic changes. The distinct lymphoma subtypes are often characterized by specific gene or chromosomal changes, such as seen in follicular lymphoma, in which there is translocation (crossing of genetic material from one chromosome to another) of DNA between chromosomes 14 and 18, resulting in activation of the BCL-2 oncogene.[2] The causes of these genetic changes represent the risk factors that are the ultimate cause of the malignancy.

Both B- and T-lymphocytes have characteristic features that distinguish them from cells of other tissues and impart unique features of cancers arising from them.[2] They actively and repeatedly rearrange their DNA in order to produce unique and functional antigen receptors. They also have the potential for massive clonal expansion when encountering a foreign antigen via binding these receptors or their

precursors. Furthermore, they have the capacity to be present in the body as extremely long-lived 'memory' cells. These three traits are fundamental to their ability to function as part of the adaptive immune response to infectious agents, but these features also make them vulnerable to transformation, either through spontaneous changes or, particularly, when exposed to environmental factors capable of inducing genetic changes within these lymphocyte populations.

Logically, the number of mutations in any lymphoma is directly related to the risk of transformation.[3] The original initiating event is a genetic change in a lymphoid cell, predisposing the cell host to lymphoma. Additional genetic mutations then increase the chance of mutation. Some environmental toxins have multiple effects, both genotoxic and promotional, meaning in addition to producing mutations, they also directly enhance increased cell replication and survival, further enhancing the malignant process and potentially leading to such transformation events. The continued exposure to such agents over years enhances the risk and evolution of these sequential changes leading to tumor progression into a more aggressive disease.

There is also increasing recognition of a "premalignant" component to lymphomas, including follicular B-cell lymphoma and diffuse large B-cell lymphoma.[4] Similar to many other cancers, such as colorectal and breast cancer, this premalignant component raises concerns about the influence of environmental exposures and the time course in which they contribute to malignancy. These exposures may result in progressive changes over a more prolonged period through both genotoxic as well as non-genotoxic effects. Thus, they may potentially play a role in the origin of these early precursor lymphoid lesions as well as, through later exposures, enhance progression of these precursor lesions into frank malignancy. Conversely, they may also result in a more rapid initiation and progression of malignancy after shorter lengths of exposure (a few years to decades). Both intrinsic biological and extrinsic environmental factors are among those factors known to increase the risk of developing this type of lymphoma/leukemia through the acquisition of genetic mutational changes.[5] Thus, it is critical to assess exposure to purported risk factors in the years preceding diagnosis. Both biological and environmental factors are among those shown to increase the risk of developing B-cell lymphomas via the above genetic mutations.

As with many malignancies, lymphomas and leukemias are increasingly being associated with specific genetic alterations and in some cases the mutations have become nearly pathognomonic for the disease. These have been identified most readily in B-cell lymphomas (e.g., Burkitt's lymphoma (BL) associated with t(8;14)). DLBCL is a heterogeneous clinicopathologic entity that includes tumors derived from germinal center B cells or post-germinal center B cells (also called activated B cells). The germinal center or post-germinal center ancestry of these cells is principally supported by the identification of somatic mutations in the variable region of the immunoglobulin genes (IgVH), which serves as a marker of germinal center transit. The majority of cases also demonstrate ongoing somatic mutations, which reflect the pressure of antigen selection associated with post-germinal center lymphocytes. The majority of DLBCL lymphomas demonstrate translocations or mutations resulting in increased expression of the B-cell lymphoma 6 (BCL-6) gene, leading to downregulation of target genes, including the TP53 tumor suppressor gene, which prevents the cells from undergoing apoptosis in response to DNA damage. Up to 20 percent of DLBCL demonstrate mutations or deletions of the TP53 tumor suppressor gene. In addition,

TP53 expression is partially controlled by the BCL6 gene and downregulation of TP53 expression or expression of mutant TP53 product which results in a loss of the normal growth-limiting activities of this gene. Other mechanisms important in a minority of DLBCL include aberrant somatic hypermutation, BCL2 activation, MYC overexpression, evasion of host immunity, and altered tumor cell motility/trafficking. Double-hit lymphoma (DHL) is defined as a dual rearrangement of both MYC and BCL2 and/or B-cell CLL/lymphoma 6 (BCL6) genes, and is an uncommon subtype in DLBCL, accounting for between 5% and 7% of all diffuse large B-cell lymphomas (DLBCLs); long-term survivors are rare.[6]

To assess causation of any cancer, it is critical to understand the distinction between the proximate cause, the specific genetic alteration such as a mutational change in a DNA base pair or chromosomal change in large segments of DNA (rearrangement, deletion or duplication) that leads to malignancy, and the ultimate cause (including extrinsic environmental causes). These external forces may include UV radiation, tobacco, or chemical exposures.[7] As described above, these mutations can alter the rate of cell division and the survival of cells containing these mutated or altered genes. In some cases, these alterations will lead to activation of specific genes, known as oncogenes which, when expressed at high levels, cause enhanced cell proliferation and result in an accelerated acquisition of additional mutational changes.[8] Conversely, loss of function of some genes, called "tumor suppressors" (the cell's brakes on cell growth and proliferation), will similarly result in high risk for malignancy due to increased cell proliferation and loss of normal controls on growth.[9] The underlying cause of these mutations, based on the somatic mutation theory of cancer,[10] that subsequently leads to the development of cancer, represents the underlying ultimate cause of the malignancy.

An important part of a cancer patient's evaluation is the elicitation of history pertaining to risk factors to determine the specific causes of their type of malignancy. This includes a social history such as their use of tobacco, alcohol, and other drugs and whether there has been an exposure to certain infections.[5] The questioning should also include a careful family history that may document a possible pattern suggestive of an inherited tendency toward specific malignancies. An occupational history is also critical to identify chemical, radiation, or other environmental exposures. The inclusion of these important parts of a patient's history is critical for a variety of reasons. In some cases, the elimination of risk factors may help treat, or even decrease the likelihood or recurrence of, the cancer. Reduction of future exposure may also decrease risk of secondary cancers. Awareness of some factors may guide surveillance for development of other malignancies. Furthermore, knowledge of some of these factors may help stratify patients into risk groups that may affect treatment choices or prognostication. Cancer patients are often anxious to have guidance, both to understand why they developed cancer and how they can modify their risks in the future. Finally, knowledge of possible environmental factors may prove helpful in identifying unknown risk factors for future study.

The current understanding of cancer risk factors, including those for non-Hodgkin lymphomas (NHL), reflects the careful accumulation of evidence from epidemiologic observational studies including case-control studies and long-term prospective cohort studies. These studies seek to determine the strength and consistency of associations between both exposures and lifestyle features and the overall NHL risk.

Specifically, these data help assess associations of exposures with distinct NHL subtypes. The most common subtype of NHL is DLBCL. It is critical to understand that NHL is a heterogeneous group of disorders of the lymphatic system with over 60 subtypes, based on morphologic and molecular features.[11] Understanding the differences of these subtypes is central to both their treatment as well as their etiologies. There are numerous subtypes of DLBCL, including T-cell/histiocytic large B-cell lymphoma, Epstein-Barr virus positive DLBCL of the elderly, ALK positive large B-cell lymphoma, primary mediastinal (thymic) large B-cell lymphoma and intravascular large B-cell lymphoma and the most common subtype (diagnosed in Mr. Vosper's case) diffuse large B-cell lymphoma, NOS (not otherwise specified). They can occur as predominantly involving lymph nodes or as extranodal disease.

As noted by *Muller* and colleagues, the incidence of NHL increased by 3-4% yearly in the 1970s and 80s, slowing to an annual rise of 1-2% yearly thereafter, particularly in the elderly and males.[12] Increases in high-grade lymphomas such as diffuse large B-cell lymphomas and extranodal disease have predominated. Geographic disparities, which reflect differing risk factors, have also been noted with increases in T-cell lymphomas and aggressiveness of NHL in Asia, endemic Burkitt's lymphoma in Africa, and high incidence of follicular and high-grade B-cell lymphomas such as DLBCL in Western countries. These patterns serve to highlight the important role that environmental factors, immunosuppression, and infectious agents play in lymphomagenesis. Infectious factors include human T-cell leukemia/lymphoma virus type 1 (HTLV-1), Epstein-Barr virus (EBV), and *Helicobacter pylori*. Evidence of environmental agents and occupational risks include high incidence of NHL as found in early studies linking specific types of workers with lymphoma risk, including farmers, cleaners, painters, carpenters, and wood workers. These noted increased risks reinforce the purported relationship between environmental exposures and the development of lymphoma.[13,14]

As recognized by the American Cancer Society,[15] multiple risk factors have been identified for some lymphomas. These factors include:

1. Age – Increased age is a risk factor for many lymphomas, with lymphoma most commonly occurring in people over the age of 60.
2. Gender – Most lymphomas are more common in men than women.
3. Race, ethnicity, and geography – NHL is more common in developed countries and in the United States is more common among whites than other ethnic groups.
4. Family history – NHL is more common in those with a first-degree relative with NHL.
5. Exposure to certain chemicals and drugs – Some chemicals, such as benzene, herbicides, and insecticides are linked to increased risk of NHL. Some chemotherapy drugs and drugs used to treat rheumatoid arthritis (RA) increase risk of NHL, though the latter is somewhat confounded by the intrinsic risk imparted by RA itself.
6. Radiation exposure – Survivors of atomic bombs or nuclear reactor accidents, as well as patients treated with radiation therapy for other cancers have an increased risk of developing NHL.
7. Immunocompromised state – The presence of immune deficiency syndromes, either as a primary disease state or secondary to immunosuppressive medications or HIV infection, increases the risk of developing NHL.

8. Autoimmune diseases – Some autoimmune diseases impart in increased risk of developing NHL as a result of overstimulation of the lymphocytes increasing the rate of division. These include RA, systemic lupus, and other autoimmune diseases.

9. Infections – Some infections, particularly HTLV, human herpes virus type 8 (HHV-8), and EBV can cause lymphocyte transformations that result in NHL. Other infectious organisms (*Helicobacter pylori*, hepatitis C virus, and others) cause chronic immune stimulation and can lead to the development of NHL.

10. Body weight and diet – People who are obese or eat diets high in certain types of foods are possibly at an increased risk of developing NHL.

## 2.   Pesticide Exposure and Development of Non-Hodgkin Lymphoma

Of most interest in this case is the recently documented increased risk of development of this type (DLBCL) of lymphoma in patients with a history of significant exposures to the commonly used herbicide glyphosate (Roundup[TM]). There are multiple studies documenting an association between pesticide and herbicide exposures and a variety of cancers, including NHL—both among those exposed occupationally (e.g., farm workers, pesticide applicators) and from residential use.[16,17,18] As noted above, the American Cancer Society lists pesticide exposure as a known risk factor for risk of NHL.

## 3.   Cellular and Animal Studies

There is substantial research from animal and human studies confirming genotoxic and other critical effects on cellular replication, including cell cycle regulation, that explain the risks of both glyphosate and glyphosate-containing herbicides in causing NHL. Many of the genotoxic studies utilized the comet assay, a single-cell gel electrophoresis assay that is technically simple, relatively fast, and cheap.[19] Using this assay, DNA damage can be investigated in virtually all mammalian cell types without requirement for cell culture.

There are numerous in vitro animal studies that confirm the genotoxic effect of both the Roundup[TM] formulation as well as glyphosate itself.[20,21,22,23,24] In addition, there is a growing number of research studies documenting the in vitro effect of Roundup[TM] and glyphosate on genotoxicity and cytotoxic effects in human cell lines.[25,26,27,28] Studies have also shown more diverse effects including altered gene transcription, dysregulation of cell cycle controls, and altered mitochondrial oxidative phosphorylation,[29,30,31,32,33,34,35] all of which may influence the risks for cancer progression beyond the purely genotoxic and mutational effects of glyphosate or the Roundup[TM] formulation.

An assessment reported in 2009 by *Bolognesi* and colleagues[36] of possible direct biologic risks to agricultural workers exposed to glyphosate formulation was carried out in five regions of Colombia, where the exposures to glyphosate and other pesticides varied. They obtained data on the workers (predominantly women), including their current health status, history, lifestyle, past and current occupational exposure to pesticides, and factors that might be associated with increased frequency of binucleated cells with micronucleoli (BNMN). They obtained blood samples prior to spraying, at 5 days,

and again 4 months after spraying, then cultured their lymphocytes and applied the cytokinesis-block micronucleus cytome assay to evaluate for chromosomal damage and cytotoxicity. In test results, they noted regional variations at baseline. In the post-spray samples, those who reported direct contact with the eradication spray showed a higher quantitative frequency of BNMN compared to those without glyphosate exposure. However, the increase in frequency of BNMN observed immediately following glyphosate spraying was not consistent with the rates of application used in the regions. The authors concluded that there was evidence indicating a genotoxic risk associated with exposure to glyphosate in the areas where the herbicide is applied.

*Wang* and colleagues[37] assessed the effect of glyphosate in a mouse-line Vk*MYC, an animal model for multiple myeloma and lymphoma, with sporadic MYC activation in germinal center B-cells. Glyphosate-exposed Vk*MYC mice developed progressive hematologic abnormalities and plasma cell neoplasms as well as multiple organ dysfunction. They developed benign monoclonal gammopathy with increased serum IGG and plasma cells in spleen and bone marrow as well as upregulated activation-induced cytidine deaminase (AID). These findings strongly support glyphosate as a risk factor for B-cell malignancies including NHL and support the epidemiologic findings of glyphosate-induced B-cell lymphomas.

### 4.   Epidemiologic Studies Documenting Risk of Non-Hodgkin Lymphoma with Agricultural Occupation

Beginning in the early 1990s, the Agricultural Health Study [AHS], a large prospective cohort study was initiated in North Carolina and Iowa with the goals of determining the cancer risks among men versus women, as well as whites versus minorities, who had direct exposure to pesticides and other agricultural agents. It also sought to identify non-cancer related illness associated with pesticide exposure and the potential effects of secondary exposures on spouses and children of agricultural workers; it was an attempt to correlate exposures with disease risk based on biomarkers, genetic predictors of risks, and lifestyle factors. One goal of the study was to assess the impact of multiple exposures on disease risk.[38]

According to a recent analysis of cancer incidence in the AHS, after 20 years of follow-up, based on review of 12,420 cancers in a cohort of private pesticide applicators, their spouses, and commercial applicators, overall cancer risk within the AHS was lower than the general population. There was an excess of some cancers including prostate cancer, lip cancer, acute myeloid leukemia (AML), thyroid cancer, testicular cancer, peritoneal cancer, and B-cell lymphomas. This study did not assess the contribution of different pesticides to risk.[39]

One very large, long-term, multi-institutional lymphoma study, from 2014, assessing the risk factors for NHL was the *International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes*.[40] This study pooled data from 20 case-control studies (17471 NHL cases, 23096 controls) from North America, Europe, and Australia. It is currently the largest and most comprehensive investigation of potential risk factors for a broad range of common and rare NHL subtypes. This study evaluated 11 specified NHL subtypes and assessed medical history, family history, lifestyle factors, and

occupation for each of these 11 subtypes.[41] One clear finding among occupations associated with increased risk of follicular lymphoma and diffuse large B-cell lymphoma (DLBCL) as well as other lymphomas, was an increased risk for women in the occupation of field crop/vegetable farm worker (OR = 1.78).[42,43,11,13]

5.   **Epidemiologic Studies Assessing Risk of Non-Hodgkin Lymphoma with Glyphosate Exposure**

A study published in 2003 examined pooled data from three case-control studies on NHL in the midwestern United States.[44] The study, by *De Roos* and colleagues, was an analysis of 47 pesticides simultaneously, controlling for confounding by other pesticides as risk factors for NHL in a pooled analysis of 3417 male farm workers. They noted that the use of particular pesticides, including the insecticides coumaphos, diazinon, fonofos, chlordane, dieldrin, and copper acetoarsenite, as well as the herbicides atrazine, glyphosate, and sodium chlorate were associated with increased NHL risk, with a trend toward increasing risk with exposures to multiple pesticides. The odds ratio [OR] for glyphosate increasing the risk of developing NHL was 2.1 with a 95 percent confidence interval of 1.1 to 4.0 (OR 2.1; 95% CI: 1.1-4.0). This doubling of the risk was statistically significant. The significant risk remained after logistic regression was performed. A subsequent hierarchical regression analysis reduced the OR to 1.6 (95% CI: 0.9-2.8).

In a subsequent study published in 2005, *De Roos* and colleagues specifically analyzed data from the AHS to evaluate the association between glyphosate exposure and cancer incidence. They evaluated both private and commercial pesticide applicators, over 75% of whom reported having used glyphosate, and the overwhelming majority of those were men (97%). They evaluated whether participants personally mixed the glyphosate or applied premixed products. They also attempted to estimate quantitative exposure by recording days of use per year, years of use, and quantity of use per day. This study showed that glyphosate exposure was not associated with cancer incidence overall or with most of the cancer subtypes studied but did suggest association with multiple myeloma incidence, requiring follow-up assessment. The authors acknowledged that because of its widespread use, further assessment of the role of glyphosate and long-term health risks was warranted, including of the risks for less common cancers.[45]

In 2001, a multicenter population-based, case-control study by *McDuffie*, et al,[46] enrolled men from all six provinces of Canada with varied occupational and nonoccupational exposures to pesticide. With 517 cases and 1506 controls, the risk of NHL was statistically significantly increased among individuals exposed to glyphosate more than two days per year (OR 2.12; 95% CI: 1.20-3.73). This doubling of the risk was statistically significant. Importantly, among individual pesticides, the use of carbaryl, lindane, dichlorodiphenyltrichloroethane (DDT), and malathion insecticides, and captan fungicide was found not to contribute significantly to the risk of NHL. The risk was adjusted for age and province of residence.

In 2002, *Hardell* and colleagues[47] reported a pooled analysis performed on two case-control studies from Sweden, one on NHL and another on hairy cell leukemia [HCL]. The analysis included 515 cases and 1141 controls and specifically queried multiple different pesticides. Among the herbicides, there was a

significant association between NHL risk and glyphosate exposure (OR 3.04; 95% CI: 1.08-8.52). A subsequent population-based case-control study published in 2008 from the same group of researchers[48] assessed exposure to pesticides as a risk factor for NHL. This study included a total of 910 cases and 1016 controls enrolled from 12/1/1999 to 4/30/2002. Both arms had a greater than 90% participation rate in the survey. This study showed that exposure to glyphosate imparted a twofold risk of NHL (OR 2.02; 95% CI 1.10-3.71) and the association was strengthened with >10 years latency period (OR 2.26, 95% CI 1.16-4.40) meaning the association was stronger in those patients with exposure greater than 10 years in the past as opposed to only more recent exposure. This comports with the known delay in manifestation of lymphomas due to the necessary development of multiple different mutations over time.

A systematic review and series of meta-analyses on the risk of NHL and occupational exposure to agricultural pesticides was published in 2014.[49] This article included an analysis of 21 pesticide chemical groups and 80 active ingredients. This analysis was confined largely to studies in high-income countries and was restricted to studies published since 1980. The meta-analysis included multiple publications from the Agricultural Health Study (AHS), six papers from pooled analyses of three case-control studies conducted by the National Cancer Institute [NCI], case-control studies from California and western Washington State, two reports from the Cross-Canada Study, four reports from the Swedish case-control studies, as well as New Zealand and Australian case control studies. Random effects meta-analyses demonstrated a positive association of glyphosate with overall B-cell lymphoma risk with a meta risk ratio of 2.0.

A recent (published in 2019) pooled analysis of pesticide use and risk of NHL in large agricultural cohorts from France, Norway, and the USA (from the AGRICOH consortium), assessed the relationship of any use of 14 pesticide chemical groups and 33 individual active chemical ingredients with NHL overall and major subtypes of NHL. DLBCL, a subtype of NHL, was found to be associated with glyphosate exposure (hazard ratio 1.36, 95% CI 1.00-1.85).[50]

In another very recent (2019) article, *Zhang* and colleagues[51] conducted a new meta-analysis including of the most recent update of the Agricultural Health Study (AHS) cohort published in 2018 as well as of five case-control studies. By using the highest exposure groups available within each study, they noted the overall meta-relative risk (meta-RR) for NHL in glyphosate-based herbicide (GBH)-exposed individuals was increased by 41% (meta-RR = 1.41). In a secondary meta-analysis, again using high-exposure groups with the earlier AHS (2005), they calculated a meta-RR for NHL in glyphosate-exposed individuals of 1.45 (95% CI: 1.11-1.91). They also reviewed animal studies of the relationship between malignant lymphoma and glyphosate and discussed potential associations between glyphosate and immunosuppression, endocrine disruption, and genetic alterations commonly associated with NHL or lymphomagenesis. The authors concluded that, based on their meta-analysis and the findings from experimental animal and mechanistic studies, there was "a compelling link between exposures to GBHs and increased risk for NHL."

*Pahwa* and colleagues[52] published (2019) a detailed analysis of glyphosate use and the risks of NHL overall and for major histologic subtypes, from the North American Pooled Project (NAPP). They

analyzed NHL cases and controls from the 1980s and 1990s from Canada and the midwestern US and self-reported information on ever use, duration, frequency, and lifetime days of use of glyphosate related to overall NHL risk as well as risk by major histologic subtypes. Ever use of glyphosate had a significant increase in NHL risk (OR=1.43). Risks were elevated for most lymphoma NHL subtypes except for follicular lymphoma (OR=1.00). Handling glyphosate for more than two days per year was associated with significantly higher risks of NHL (OR=2.42) and DLBCL (OR=2.83). There were suggestive risk increases for NHL, follicular lymphoma, and small lymphocytic lymphoma, with greater lifetime-days of glyphosate use. Overall, the risk differences by histologic subtype were not consistent across glyphosate use metrics and may have been chance findings.

## 6.  Position Statements from Agencies

The International Agency of Research on Cancer (IARC) classified glyphosate as a probable human carcinogen (class 2A) in March 2015 after thorough, independent, and rigorous investigation by independent researchers and investigators in the field.[53]

IARC is a division of the World Health Organization (WHO) (https://www.iarc.fr/), established in 1965 as an independent body to assess potential human hazards that can cause cancer. For IARC to evaluate the potential carcinogenicity of a substance, it must have ubiquitous human exposure and there must be some preliminary data to suggest a potential harm and carcinogenicity. IARC reviews peer-reviewed published literature including epidemiological studies, animal data, and genotoxicity studies. In addition, IARC assesses plausible mechanisms of action for possible carcinogenicity of the studied compound. As of the last update on 11/9/2018, IARC had evaluated 1,013 substances since its inception. This shows the high selectivity of IARC in deciding which substances to evaluate. Of these, only 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens). In the above-referenced review of both the epidemiologic, animal, and mechanistic studies, 217 expert scientists evaluated the carcinogenic hazard for four insecticides and the herbicide glyphosate. The working group concluded that the data for glyphosate met the criteria for classification as a probable human carcinogen. The Working Group (WG) classified glyphosate as "probably carcinogenic to humans" (Group 2A). This conclusion was reached after thorough, independent, and rigorous investigation by independent researchers and investigators and was published in Lancet. As of February 2021, IARC has classified only 20% as either group 1 (human carcinogens) or 2A (probable human carcinogens).[54]

In contrast, in 2016, the US Environmental Protection Agency (EPA), as part of its cancer classification and risk assessment recommendations, reevaluated the human potential carcinogenicity of glyphosate utilizing the "framework for incorporating human epidemiological and incident data in health risk assessment."[55] In December 2016, the EPA convened Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) Scientific Advisory Panel (SAP) to review this evaluation. Based on weight-of-evidence evaluation, the agency concluded that glyphosate is classified as "not likely to be carcinogenic in humans." In 2019, the EPA reconfirmed its opinion that glyphosate is not likely to be carcinogenic in humans.

The European Food Safety Authority (EFSA), the primary agency of the European Union that assesses risks regarding food safety, reported in October 2015 its evaluation of the Renewal Assessment Report (RAR) for glyphosate prepared by the Rapporteur Member State, the German Federal Institute for Risk Assessment (BfR). This group concluded that "glyphosate is unlikely to pose a carcinogenic hazard to humans and the evidence does not support classification with regard to its carcinogenic potential."[56] Other regulatory agencies have made the same conclusions as EPA and EFSA.

In a subsequent report,[57] the differences between the IARC and the EFSA assessments were reviewed with a conclusion that there were multiple serious flaws in the scientific evaluation in the EFSA/RAR assessment that incorrectly limited the potential carcinogenic hazard from glyphosate exposure. In evaluating the human studies, the EFSA/RAR classified all the case–control studies as "not reliable," noting that data on glyphosate exposure, smoking status, and/or previous diseases had not been assessed. The critique's conclusion was that the case control studies were reliable and that the IARC WG had carefully and thoroughly evaluated all available epidemiology data, considering the strengths and weaknesses of each study before its determination.

Two carefully performed meta-analyses cited in the IARC monograph demonstrated a consistent positive association between glyphosate and NHL. As noted above, meta-analyses not available at the time of this IARC investigation, from *Zhang*,[51] of the AHS and several case-control studies confirmed the positive association between glyphosate exposure and NHL. Further, EFSA concluded

> No evidence of carcinogenicity was confirmed by the large majority of the experts (with the exception of one minority view) in either rats or mice due to a lack of statistical significance in pair-wise comparison tests, lack of consistency in multiple animal studies and slightly increased incidences only at dose levels at or above the limit dose/maximum tolerated dose (MTD), lack of pre-neoplastic lesions and/or being within historical control range.[56]

In fact, the IARC WG did find significant carcinogenic effects in laboratory animals for rare kidney tumors, hemangiosarcoma in two mouse studies, and benign tumors in two rat studies. EFSA also disagreed with the IARC WG finding that "there is strong evidence that glyphosate causes genotoxicity" by suggesting that unpublished evidence not seen by the IARC WG was overwhelmingly negative. Again, the IARC assessment concluded that there was strong evidence of genotoxicity and oxidative stress for glyphosate and that this research was accessed entirely from publicly available research that included findings of DNA damage in the peripheral blood of exposed humans. As IARC work group concluded in its report:

> **The most appropriate and scientifically based evaluation of the cancers reported in humans and laboratory animals as well as supportive mechanistic data is that glyphosate is a *probable human carcinogen*. (emphasis added) On the basis of this conclusion and in the absence of evidence to the contrary, it is reasonable to conclude that glyphosate formulations should also be considered likely human carcinogens.**

### B. Mr. Vosper's Lymphoma Exposure Risk Factors

#### 1. Non-Chemical Exposures

##### a. Non-Modifiable Risk Factors (Age, Gender, Heredity/Inherited Risks)

There is accumulating evidence that family history of lymphoma and common genetic variations alter NHL risk. As well, the risk of NHL increases with age; specifically, there is a significant increase in NHL incidence in the 6th and 7th decade of life, though it also occurs in children and young adults. Mr. Vosper's early age at diagnosis ███████ is more unusual. Typically, late age at diagnosis reflects the time required for lymphoma to progress from a pre-malignant B-lymphocyte, with the acquisition of genomic changes associated with both chronic exposures to carcinogens as well as promotional agents, to an eventual NHL. Mr. Vosper's case, particularly since it appears to have arisen from an underlying low-grade lymphoma, supports that his early-age exposure led to his initial presentation of his NHL at such young adult age. Thus, the fact that he does not fit the typical pattern in which older age is a risk factor merely supports the role of environmental exposure at a very young age.

A recent pooled case-control analysis from the International Lymphoma Epidemiology Consortium (InterLymph) to evaluate NHL risk among those with hematopoietic malignancies in first-degree relatives noted an increase in NHL risk in individuals with first-degree relatives with NHL, Hodgkin lymphoma, and leukemia.[58,] Mr. Vosper did have one first-degree relative, his ██████ who was diagnosed with acute lymphocytic leukemia (apparently ALL per the history provided) and eventually died following progression to acute myelogenous leukemia (AML). In his ██████ case, the potential etiology of her ALL is unknown but Mr. Vosper did note in his deposition that she loved to landscape and used Roundup$^{TM}$ on the farm and she sprayed "once a week or more." This raised a concern that her ALL may also have been Roundup$^{TM}$-related.

Although not a first-degree relative, Mr. Vosper had a ██████████ with late age of onset Burkitt lymphoma (BL). Multiple studies have assessed the risk factors for BL in older individuals and these factors include prior EBV infection, history of hepatitis C, HIV/AIDS, and chronic prednisone use. For example, in the InterLymph Non-Hodgkin Lymphoma Subtypes Project which assessed the role of medical history, lifestyle, family history, and occupational risk factors on the development of BL in older adults, they noted the association with hepatitis C seropositivity as well as an association with height—a common anthropomorphic risk factor for many malignancies due to higher tissue cellularity. However, there was no evidence for risk of BL in either younger or older participants with a history of NHL or of leukemia among first-degree relatives. We do not have further evidence for the risk factors in his uncle but the absence of any association with family history of lymphoma argues strongly against this representing any hereditary predisposition. In addition, his ████ had other potential factors increasing his risk for non-Hodgkin lymphoma, including exposure to organic chemicals, including oil-based paints as well as a significant history of Roundup$^{TM}$ exposure. His █████ BL is thus not likely to be related in any way to Mr. Vosper's lymphoma risk. [59,60]

With exception of these two relatives, Mr. Vosper had no other family history of NHL or other hematologic malignancies in his extended family. His father died of chronic liver failure in the setting of ASCVD (atherosclerotic cardiovascular disease) and morbid obesity. Thus, there is no evidence that inherited risk factors played any role in Mr. Vosper's lymphoma. In fact, his mother's leukemia may very likely be related to their shared risk factor – Roundup[TM] exposure.

### b.  Modifiable Risk Factors

#### i.  *Tobacco and Alcohol Use*

Smoking tobacco and using alcohol are not identified as specific risk factors for lymphoma. They are known significant risk factors for development of many other types of cancer. Mr. Vosper was a lifelong nonsmoker but did smoke recreational marijuana in very limited amounts in his later years of high school and in college. Tobacco played no role in the development of his lymphoma.

Mr. Vosper on occasion had an alcoholic beverage but never on a daily basis and was never noted to be a heavy or binge drinker. While alcohol consumption has been linked to many cancers, including breast, liver, and pancreatic, there is no evidence that alcohol increases risk of lymphomas and may even provide a protective effect against the development of lymphoma, particularly follicular lymphoma and diffuse B-cell lymphoma.[61, 62,63,64] Alcohol played no role in the development of his lymphoma.

#### ii.  *Obesity*

Obesity has been associated with lymphoma and has been linked with many cancers including endometrial, esophageal adenocarcinoma, colorectal, postmenopausal breast, prostate, as well as leukemia, multiple myeloma and non-Hodgkin lymphoma.[65] In observational studies, obesity has been associated with a graded increase in risk for both NHL, including DLBCL and Hodgkin disease.[66] This association has been attributed to the increase in inflammatory cytokines, the presence of hyperinsulinemia, and altered sex hormone levels, although the data confirming these mechanisms is weak in the obese population.[67] The American Cancer Society has reviewed long-term prospective data from the CPS (Cancer Prevention Study) I and II cohorts that suggest obesity is correlated to liver and pancreatic cancers death rates, as well as to both myeloma and non-Hodgkin lymphoma.[68]

The role of early childhood growth, including height, as well as childhood- and adolescent-onset obesity may be linked to the risks for NHL, with adolescent weight associated with risk of NHL, including DLBCL in men.[69,70,71] Mr. Vosper had periods his weight ranged from borderline obesity to "overweight." His heaviest weight was in early college during his sophomore year when he was shifted from linebacker to lineman on his football team. He worked out daily and after months his weight returned to about 200-210 pounds from a maximum of 240. Despite this, he stated that he had been fit and muscular although there is no record of his actual muscle mass or other anthropomorphic measures at that time, which would be important factors to truly assess obesity in light of his athletic participation. He did experience significant weight loss through his college years with a BMI reaching ██ at the end of college. In his early adult years, he ranged from overweight █████ to mild class 1 obesity █████ although

none of his primary physicians noted the presence of obesity and he appears to never have been counseled for weight loss.

Most associations between obesity and cancer, including lymphoma, become increasingly evident with BMIs from 35 to 40; there is no evidence he had ever reached such a BMI. These associations are modest at best. Further, they only reach significance at much higher BMI levels than Mr. Vosper ever attained. Lastly, the mechanisms and true causal relationship remain speculative. Therefore, Mr. Vosper's lymphoma cannot be attributed to the effect of obesity and BMI.

### iii. *Diabetes Mellitus*

Diabetes mellitus has been investigated as a risk factor for some cancers. Mr. Vosper did not have any history of diabetes mellitus although he transiently developed hyperglycemia during the high-dose prednisone component of his EPOCH treatment following his first disease recurrence. This finding is extremely common in this setting and his blood glucose levels improved following treatment, allowing him to discontinue the insulin.

### iv. *Infectious Agents*

Mr. Vosper was negative for all viruses known to be associated with lymphoma including HIV 1/2, hepatitis C, EBV, and HHV-8. Further, as proven by endoscopy, he had no infection with *Helicobacter pylori*, a bacteria associated with mucosa-associated lymphoid tissue (MALT) lymphoma—a distinct entity from the DLBCL (which is what Mr. Vosper developed).[72][73][74] Thus, there is no evidence an infectious agent played any role in the development of his lymphoma.

### v. *Autoimmune Inflammatory Diseases*

Some autoimmune diseases, including rheumatoid arthritis, systemic lupus and Sjogren's syndrome are associated with an increased risk of developing NHL, partly as a direct result of the activation of the immune response as part of autoimmunity and, in some cases, as a result of the immunomodulatory medications used to treat them, e.g., methotrexate, tumor necrosis factor [TNF] inhibitors, other immune-modifying therapies.[75][76][77][78][79][80] In addition, patients on immunosuppressive drugs post-organ transplantation are also at increased risk, over time, for lymphoma and other malignancies.[81] As noted in his history, Mr. Vosper had never been diagnosed with, or had clinical evidence of, autoimmune disease. Furthermore, he had never been on any immunosuppressive medication. Autoimmune disease did not play any role in the development of his lymphoma.

### vi. *Other Medical History*

Mr. Vosper developed a small squamous cell carcinoma (SCC) of the skin on the neck, which was surgically excised without residual tumor and without recurrence. Some studies have raised concern about an association between cutaneous SCC and NHL[82] as well as whether sun/UV exposure is a risk factor for both. The association of NHL and SCC is very weak; there is a much greater association between SCC and melanoma, as would be expected due to the role of UV exposure on both cancers.[83] In addition, there is evidence (from both case control and cohort studies[84]) that sun/UV exposure may actually protect against NHL. Thus, his history of both squamous cancer and melanoma reflects his long-

term high UV exposure. There is no association between these skin cancers and the development of Mr. Vosper's lymphoma. Throughout his childhood spent on the farm, he would often be outside during the day without a shirt and would get sunburned early in the Summer.

## 2.   Non-Glyphosate Chemical Exposures

Mr. Vosper had an extensive history working at both family farms as well as his personal residence. He had numerous occupational changes through his adulthood, including part-time work at the Farmstead Golf Course during high school, work at the Sussex County Municipal Utilities Authority (SCUMA) over the summers after both his junior and senior years of high school, work at Hoffman-LaRoche during several weeks one summer in his college years where he scraped paint off dumpsters/trash compactors. This was followed in his last two college summers work at Grinnell and he continued this work after college through a series of positions at Haines and Kibblehouse followed by Rinox/Techo-Bloc. He held various positions involved in the display and sale of outdoor building products, particularly paving stones. With the exception of extensive work-related exposures to Roundup$^{TM}$ noted in the next section, he had limited exposure to other chemicals, including organic solvents, trichloroethylene, hexachlorobenzene, other pesticide/herbicide products including DDT, toluene, 2,4D;2,4,5T, paraquat, other herbicide products including Envy, Halex GT, Eraser, Buccaneer, Flexstar GT, Dicamba or other broad-spectrum herbicides. He denied any exposures to benzene, lead, cadmium, asbestos, and radiation

He did note using the insecticide/wasp killer Raid$^{TM}$, twice at work and, once per year, at home. It is clear these exposures were very limited and played no, or only a minor, role in development of his lymphoma.

## 3.   Glyphosate (Roundup$^{TM}$ Exposures

The most consistent and ubiquitous risk factor in Mr. Vosper's exposure history was the continued use of Roundup$^{TM}$, beginning as a very young boy in 1986, at the age of 9, when he helped with work around the family farm in ▮▮▮He frequently▮▮ sprayed Roundup$^{TM}$, mixed by his father from concentrate, around fields. He continued helping on the farm through his college years, then periodically through 2004. He would often apply Roundup$^{TM}$ 1 to 2 times a month. In addition to helping at the Blairstown farm, he also helped at his mother's home in ▮▮using rea▮dy-to-use Roundup$^{TM}$ from 1993-1999 through his college years, on driveway, rock walls, and on poison ivy, spraying once monthly usually 15 minutes or more with each application.

Subsequently, as part of his work in the agricultural supply business, he would frequently use Roundup$^{TM}$ to control weeds around paver displays he would build for various clients, including at Home Depot, for whom he had responsibility for maintaining these displays. Lastly, he used Roundup$^{TM}$ at his own home in ▮▮ from 2008-▮2018 where he would spray Roundup$^{TM}$ to control weeds, spraying along rock walls as well as along a dried riverbed that ran between his property and his neighbors. The extensive use of Roundup$^{TM}$ has been outlined in the toxicology report.

As noted, his exposure to Roundup™ started at age 9, and continued through adolescence and into adulthood at his multiple jobs up to the time of his initial diagnosis of non-Hodgkin lymphoma in 2010. The exposure extended through the initial years of his treatments and remissions, except for periods when he was too weak to maintain his yard at home due to treatment side effects. He only discontinued his use of Roundup™ in 2018 when he learned of the potential connection between Roundup™ use and NHL risk.

Throughout these years, he wore no personal protective equipment except at some of his work-related positions where he wore gloves to protect his hands from physical injury while moving paving stones— not to limit Roundup™ exposure. Throughout the years, he would often get Roundup™ on himself and his clothes but would continue to work, changing and showering only when he returned home in the evening.

Based on the calculations in the toxicology report, Mr. Vosper's sustained a minimum of 48 exposure-days (382 hours @ 8 hours/day), a maximum of 67 exposure-days (539 hours @ 8 hours/day), and a midpoint of 57 exposure-days (456 hours @ 8 hours/day) over the period from 1986 until his initial NHL diagnosis in 2010. His NHL latency interval—from 1986 to initial diagnosis in 2010—was approximately 24 years.

Mr. Vosper's prolonged Roundup™ use, beginning at an early age of 9 and continuing through adolescence and adulthood, resulted in extensive high-dose exposures coupled with the very long-term chronicity of exposure that were well within the range of exposure levels documented to contribute to lymphoma risk. Heavy residential use of Roundup™ in the home setting has been documented as a risk for development of lymphoma, though its causal role is much more strongly recognized in individuals who work in agricultural settings where extremely high-level exposures are common among the agricultural workers.[44] It is in this setting that the most compelling epidemiologic evidence has emerged for cancer risk related to exposure to this chemical. While these individuals are traditionally at long-term higher risk due to occupational exposures, they are trained in the routine use of personal protective equipment including masks, gloves, and clothing designed to limit personal exposures. Even in this context, agricultural work and certain associated chemical exposures have been documented to place workers at increased risk for NHL and other malignancies.[85,86,14] In contrast, during residential use, as in Mr. Vosper's case, exposures can be extensive and long-term but without the use of appropriate protections designed specifically to limit exposure. More striking, in Mr. Vosper's case, while his diffuse large B-cell lymphoma (DLBCL) occurred at the unusually young age of 33, he had already experienced 24 years of exposure (age 9 to 33), resulting in a long latency interval that readily explains his young age at diagnosis and reinforces the role of Roundup™ in its etiology. In addition, the eight years of Roundup™ use after his diagnosis of lymphoma promoted further genetic mutation that increased the likelihood of recurrence and adversely affected prognosis

Environmental/chemical exposures are typically associated with the development of malignancies due to two factors—dose of exposure and duration of exposure. Persistent pesticides or their metabolites can be found at low levels in biological tissues of most individuals throughout the world. Like many

malignancies, lymphomas are now recognized to have a long premalignant phase before evolution to frank clinical lymphoma. Malignancies that follow this pattern result from many genetic mutations over time and prolonged or recurrent exposures to causative agents are common features. Pesticides, including herbicides, insecticides, fungicides, fumigants, and rodenticides have important public health benefits. However, they are designed to impact living systems so unintended health effects are to be expected. Although exposure levels are highest in people actively using these chemicals, others may be affected by various forms of spread.[87,88,89,90,91,92]


## VI.     <u>CONCLUSIONS/SUMMARY</u>

To reasonable medical certainty, based on the foregoing analysis and

1) the potential causes of NHL,
2) the extensive glyphosate medical literature, including epidemiologic and mechanistic studies cited above,
3) Mr. Vosper's medical history, lifestyle, and exposure history,
4) Mr. Vosper's extensive medical records,
5) my training, including my residency at Memorial Sloan Kettering Cancer Center and my medical oncology fellowship at New York Hospital–Cornell Medical Center,
6) my research and publications on the management of large B-cell lymphoma,
7) my experience teaching medical students, residents and fellows as part of the Yale Medical School faculty,
8) my 30 years of clinical practice in the field of oncology, specifically treating lymphoma patients
9) my work as a board member of the Yale-based research group, Environment and Human Health (EHHI), Inc.,
10) my long experience educating patient groups on the origins of cancer and risk reduction and outcomes in cancer survivorship,
11) the provided legal documentation, including deposition transcripts,
12) the essential exclusion of other potential risk factors including body habitus and age, that could be causative, i.e., the application of a critical differential diagnosis, and,
13) Mr. Vosper's over 3-decade-long history of exposure to Roundup[TM]/glyphosate, beginning at a young age, extending to the time of his diagnosis of DLBCL and continuing eight years after diagnosis,

Mr. Vosper's NHL, specifically his DLBCL, was caused by his Roundup[TM]/glyphosate exposure detailed above.

Lastly, review of Mr. Vosper's extensive medical billing from diagnosis through the current time, while extremely high in regard to the cumulative charges, reflect the extensive care, frequent and repeated physician and clinic visits, extensive ongoing medical treatments and hospitalizations, multiple essential surgeries and procedures as well as extensive and frequent complex pathologic and laboratory analyses.

These charges are reasonable and necessary and well within the expected costs for a patient with an 11-year history of NHL/DBCL and multiple recurrences. Note that I have not been supplied with bills from 2010 or the current period. I reserve the right to supplement my report upon receipt of additional information.

Sincerely,

D. Barry Boyd, MD, MS
Senior Oncologist Yale-Smilow Cancer Center
Greenwich Hospital-Yale Health System
Assistant Professor of Medicine, Yale University School of Medicine

Addendum

1. My c.v. is attached.

2. My publications for the last 10 years are listed in my c.v.

3. I have never kept a list of testimony as an expert so this list might be incomplete. However, to the best of my recollection, I have testified as an expert in the last four years as follows:

Kilgore v. Shantee LaDon Lucas, MD, Asheville, NC, #14 CVS 191, trial 2019
Meeks v. Monsanto, [I do not have court information and docket number], deposition 2019
Wade v. Monsanto, Circuit Court of St. Louis, MO, #1722-CC00370, deposition, 2019
Perkins v. Monsanto, Northern District of California, #3:16-cv-06025, deposition 2019
Bognar v. Monsanto, Missouri Circuit Court St. Louis, #18SL-CC02199, deposition 2020
Marshall v. Monsanto, Missouri Circuit Court St. Louis, #18SL-CC02199, deposition 2020
Seidl v. Monsanto, Northern District of California, MDL #2741, deposition 2021
Stephens v. Monsanto, Superior Court of California, County of Alameda, JCCP # 4953, deposition 2021
Mares v. Monsanto, Superior Court of the Virgin Islands, Division of St. Croix, SX-2019-CV-583, deposition 2021

*n.b.: docket numbers for Bognar and Marshall are the same on the documents I have but that would seem to be incorrect.*

4. My time for record review, consultation, research, and report writing is billed at $570 per hour. For testimony, my time is billed at $8600 per day.

## REFERENCES

[1] Moulgavkar SH, et al. Mutation and Cancer: A Model for Human Carcinogenesis. J Natl Cancer Inst. 1981;66:1037-1052.

[2] Lim MS, et al. Molecular Genetics in the Diagnosis and Biology of Lymphoid Neoplasms. Am J Clin Pathol. 2019 Aug 1;152(3):277-301.

[3] Gonzales-Rincon J, et al. Unraveling transformation of follicular lymphoma to diffuse large B-cell lymphoma. PLoS One. 2019 Feb 25;14(2):e0212813.

[4] Fend F, et al. Early Lesions in Lymphoid Neoplasia: Conclusions based on the Workshop of the XV Meeting of the European Association of Hematopathology and the Society of Hematopathology in Uppsala, Sweden. J Hematop. 2012 Sep; 5(3).

[5] Chi hats D, et al. New Insights into the Epidemiology of non-Hodgkin Lymphoma and Implications for Therapy. Expert Rev Anticancer Ther. 2015 May; 15(5):531-544.

[6] Riedell PA, et al. Double hit and double expressors in lymphoma: Definition and treatment. Cancer.. 2018 Dec 15;124(24):4622-4632.

[7] Wu S, et al. Substantial Contribution of Extrinsic Risk Factors to Cancer Development. Nature. 2016; Jan 7;529(7584):43-47.

[8] Laura G et al. Mechanisms of Oncogenic Cooperation in Cancer Initiation and Metastasis. Yale J Biol Med. 2006 Dec; 79(3-4); 95-103.

[9] Goodrich D. The Retinoblastoma Tumor-Suppressor Gene. The Exception that Proves the Rule. Oncogene. 2006 Aug 28;25(88):5233-5243.

[10] Greenman C, et al. Patterns of Somatic Mutation in Human Cancer Genes. Nature.  2007; 446:153-158.

[11] Morton, LM, et al. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: The InterLymph Non-Hodgkin Lymphoma Subtypes Project. Natl Cancer Inst Monogr. 2014 Aug;2014(48):130-44.

[12] Müller A M S, et al. Epidemiology of non-Hodgkin's lymphoma (NHL): Trends, geographic distribution, and etiology. Ann Hematol. 2005 Jan;84(1):1-12.

[13] Mannetje A, et al. Occupation and Risk of Non-Hodgkin Lymphoma and Its Subtypes: A Pooled Analysis from the InterLymph Consortium. Environ Health Perspect. 2016 Apr;124(4):396-405.

[14] Mannetje A, et al. High risk occupations for non-Hodgkin's lymphoma in New Zealand: Case-control study. Occup Environ Med. 2008 May;65(5):354-63.

[15] American Cancer Society Website: https:/cancer.org/non-Hodgkin lymphoma/causes-risks-Prevention/risk-factors.html.

[16] Parrón T, et al. Environmental exposure to pesticides and cancer risk in multiple human organ systems. Toxicol Lett. 2014 Oct 15;230(2):157-65.

[17] Lemarchand C, et al. Cancer incidence in the AGRICAN cohort study (2005-2011). Cancer Epidemiol. 2017 Aug;49: 175-185.

[18] George J, et al. Pesticides and cancer: insights into toxicoproteomic-based findings. J Proteomics. 2011 Nov 18;74(12):2713-22.

[19] Møller P. Genotoxicity of environmental agents assessed by the alkaline comet assay. Basic Clin Pharmacol Toxicol. 2005;96 Suppl 1:1-42.

[20] Clements C, et al. Genotoxicity of select herbicides in Rana catesbeiana tadpoles using the alkaline single-cell gel DNA electrophoresis (comet) assay. Environ Mol Mutagen. 1997;29(3):277-88.

[21] Cavas T, Konen S. Detection of cytogenetic and DNA damage in peripheral erythrocytes of goldfish (Carassius auratus) exposed to a glyphosate formulation using the micronucleus test and the comet assay. Mutagenesis. 2007 Jul;22(4):263-8.

[22] Cavalcante DG, et al. Genotoxic effects of Roundup on the fish Prochilodus lineatus. Mutat Res. 2008 Aug-Sep;655(1-2):41-6.

[23] Poletta GL, et al. Genotoxicity of the herbicide formulation Roundup (glyphosate) in broad-snouted caiman (Caiman latirostris) evidenced by the Comet assay and the Micronucleus test. Mutat Res. 2009 Jan 31;672(2):95-102.

[24] Moreno NC, et al. Genotoxic effects of the herbicide Roundup Transorb and its active ingredient glyphosate on the fish Prochilodus lineatus. Environ Toxicol Pharmacol. 2014 Jan;37(1):448-54.

[25] Wozniak E, et al. The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessment. Food Chem Toxicol. 2018 Oct;120:510-522.

[26] Kwiatkowska M, et al. DNA damage and methylation induced by glyphosate in human peripheral blood mononuclear cells (in vitro study). Food Chem Toxicol. 2017 Jul;105:93-98.

[27] Townsend M, et al. Evaluation of various glyphosate concentrations on DNA damage in human Raji cells and its impact on cytotoxicity. Regul Toxicol Pharmacol. 2017 Apr;85:79-85.

[28] De Almeida LKS, et al. Moderate levels of glyphosate and its formulations vary in their cytotoxicity and genotoxicity in a whole blood model and in human cell lines with different estrogen receptor status. Biotech. 2018 Oct;8(10):438.

[29] Kašuba V, et al. Effects of low doses of glyphosate on DNA damage, cell proliferation and oxidative stress in the HepG2 cell line. Environ Sci Pollut Res Int. 2017 Aug;24(23):19267-19281.

[30] Luo L, et al. In vitro cytotoxicity assessment of Roundup (glyphosate) in L-02 hepatocytes. J Environ Sci Health B. 2017 Jun 3;52(6):410-417.

[31] Marc J, et al. A glyphosate-based pesticide impinges on transcription. Toxicol Appl Pharmacol. 2005 Feb 15;203(1):1-8.

[32] Marc J, et al. Pesticide Roundup provokes cell division dysfunction at the level of CDK1/cyclin B activation. Chem Res Toxicol. 2002 Mar;15(3):326-31

[33] Marc J, et al. Glyphosate-based pesticides affect cell cycle regulation. Biol Cell. 2004 Apr;96(3):245-9.

[34] Marc J, et al. Formulated glyphosate activates the DNA-response checkpoint of the cell cycle leading to the prevention of G2/M transition. Toxicol Sci. 2004 Dec;82(2):436-42.

[35] Peixoto F. Comparative effects of the Roundup and glyphosate on mitochondrial oxidative phosphorylation. Chemosphere. 2005 Dec;61(8):1115-22.

[36] Bolognesi C, et al. Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Colombian Regions: Association to Occupational Exposure to Glyphosate. J Tox Environ Health, Part A Volume 72, 2009-Issue 15-16: Production of Illicit Drugs, the Environment, and Human Health.

[37] Wang L, et al. Glyphosate Induces Benign Monoclonal Gammopathy and Promotes Multiple Myeloma Progression in Mice. J Hematol Oncol. 2019; 12: 70.

[38] Alavanja MC, et al. The Agricultural Health Study. Environ Health Perspect. 1996 Apr;104(4):362-9.

[39] Lerro CC, et al. Cancer incidence in the Agricultural Health Study after 20 years of follow-up. Cancer Causes Control. 2019 Apr;30(4):311-322.

[40] Morton LM, et al. International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project Studies/ Publications. Rationale and Design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):1-14.

[41] Morton LM, et al. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):130-44.

[42] Linet MS, et al. Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):26-40.

[43] Cerhan JR, et al. Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):15-25.

[44] De Roos AJ, et al. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med. 2003 Sep;60(9): E11.

[45] De Roos A, et al. Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study. Environ Health Perspect. 2005; 113(1): 49-54.

[46] McDuffie HH, et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev. 2001 Nov;10(11):1155-63.

[47] Hardell L, et al. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma. 2002 May;43(5):1043-9.

[48] Eriksson M, et al. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer. 2008 Oct 1;123(7):1657-63.

[49] Schinasi L, Leon ME. NonHodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527.

[50] Leon ME, et al. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol. 2019 Mar 18.

[51] Zhang L, et al. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. J Mutat Res. 2019 Jul - Sep;781:186-206.

[52] Pahwa M, et al. Glyphosate Use and Associations with non-Hodgkin Lymphoma Major Histologic Subtypes: Findings from the North American Pooled Project (NAPP). Scand J Work Environ Health. 2019;45(6): 600-609.

[53] Guyton KZ, et al; International Agency for Research on Cancer Monograph Working Group, IARC, Lyon, France. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncol. 2015 May;16(5):490-1.

[54] Olsson A, et al. Occupational cancer burden: the contribution of exposure to process-generated substances at the workplace. Molec Onc. 2021 Feb;15 (3):753-763.

[55] US Environmental Protection Agency Memorandum, December 12, 2017, Glyphosate. Draft Human Health Risk Assessment in Support of Registration Review.

[56] EFSA. Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate. EFSA J. 2015;13:4302.

[57] Portier CJ, et al. Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). J Epidemiol Community Health. 2015 Aug; 70(8): 741-745.

[58] Wang SS, et al. Family history of hematopoietic malignancies and risk of non-Hodgkin lymphoma (NHL): a pooled analysis of 10 211 cases and 11 905 controls from the International Lymphoma Epidemiology Consortium (InterLymph). Blood. 2007 Apr 15;109(8):3479-88.

[59] Karimi P, et al. Risk factors for Burkitt lymphoma: a nested case-control study in the UK Clinical Practice Research Datalink. Br J Haematol. 2018 May; 181(4):505-14.

[60] Mbulaiteve I, et al. Medical history, lifestyle, family history, and occupational risk factors for sporadic Burkitt lymphoma/leukemia: the Interlymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug; 2014(48):106-14.

[61] Psaltopoulou T, et al. Alcohol consumption and risk of hematological malignancies: A meta-analysis of prospective studies. Int J Cancer. 2018 Aug 1;143(3):486-495.

[62] Jayasekara H, et al. Lifetime alcohol intake and risk of non-Hodgkin lymphoma: Findings from the Melbourne Collaborative Cohort Study. Int J Cancer. 2018 Mar 1;142(5):919-926.

[63] Lim U, et al. Alcohol, smoking, and body size in relation to incident Hodgkin's and non-Hodgkin's lymphoma risk. Am J Epidemiol. 2007 Sep 15;166(6):697-708.

[64] Tramacere I, et al. Alcohol drinking and non-Hodgkin lymphoma risk: a systemic review and a meta-analysis. Ann Oncol. 2012; 23(11):2791-2798.

[65] De Pergola G, et al. Obesity as a Major Risk Factor for Cancer. J Obes. 2013; 2013: 291546.

[66] Larsson SC, et al. Body mass index and risk of non-Hodgkin's and Hodgkin's lymphoma: a meta-analysis of prospective studies. Eur J Cancer. 2011 Nov;47(16):2422-30.

[67] Hosgood HD, et al. The Relation of Obesity-Related Hormonal and Cytokine Levels With Multiple Myeloma and Non-Hodgkin Lymphoma. Front Oncol. 2018 Apr 16; 8:103.

[68] Calle EE, et al. Overweight, obesity, and mortality from cancer in a prospectively studied cohort of U.S. adults. N Engl J Med. 2003 Apr 24;348(17):1625-38.

[69] Patel AV, et al. Body mass index, height and risk of lymphoid neoplasms in a large United States cohort. Leuk Lymphoma. 2013 Jun;54(6):1221-7.

[70] Leiba M, et al. Adolescent weight and height are predictors of specific non-Hodgkin lymphoma subtypes among a cohort of 2,352,988 individuals aged 16 to 19 years. Cancer. 2016 Apr 1;122(7):1068-77.

[71] Bertrand KA, et al. A prospective analysis of body size during childhood, adolescence, and adulthood and risk of non-Hodgkin lymphoma. Cancer Prev Res. (Phila.) 2013 Aug;6(8):864-73.

[72] De Falco G, et al. Infectious agents and lymphoma. Semin Diagn Pathol. 2011 May;28(2):178-87.

[73] Hjalgrim H, et al. Infectious aetiology of Hodgkin and non-Hodgkin lymphomas: a review of the epidemiological evidence. J Intern Med. 2008 Dec;264(6):537-48.

[74] Nakamura S, et al. Helicobacter pylori and gastric mucosa-associated lymphoid tissue lymphoma: recent progress in pathogenesis and management. World J Gastroenterol. 2013 Dec 7;19(45):8181-7.

[75] Khanmohammadi S, et al. Lymphoma in the setting of autoimmune diseases: A review of association and mechanisms. Crit Rev Oncol Hematol. 2020 Jun;150: 102945.

[76] Fallah M, et al. Autoimmune diseases associated with non-Hodgkin lymphoma: a nationwide cohort study. Ann Oncol.2014 Oct;25(10):2025-2030.

[77] Koff JL, et al. B cells gone rogue: the intersection of diffuse large B cell lymphoma and autoimmune disease. Expert Rev Hematol. 2016 Jun;9(6):553-61.

[78] Aithal GP, et al. Review article: the risk of lymphoma associated with inflammatory bowel disease and immunosuppressive treatment. Aliment Pharmacol Ther. 2001 Aug;15(8):1101-8.

[79] Mariette X, et al. Lymphoma in patients treated with anti-TNF: results of the 3-year prospective French RATIO registry. Ann Rheum Dis. 2010 Feb;69(2):400-8.

[80] Wang SS, et al. Associations of non-Hodgkin Lymphoma (NHL) risk with autoimmune conditions according to putative NHL loci. Am J Epidemiol. 2015 Mar 15;181(6):406-21.

[81] Norin S, et al. Posttransplant lymphoma—a single-center experience of 500 liver transplantations. Med Oncol. 2004;21(3):273-84.

[82] Robsahm TE, et al. New malignancies after squamous cell carcinoma and melanomas: a population-based study from Norway. BMC Cancer. 2014 Mar 19;14: 210.

[83] Kim H-B, et al. Sunlight exposure in association with risk of lymphoid malignancy: a meta-analysis of observational studies. Cancer Causes Control. 2021 Feb 19.

[84] Adami J, et al. Sunlight and non-Hodgkin's lymphoma: a population-based cohort study in Sweden. Int J Cancer. 1999 Mar 1;80(5):641-5.

[85] Karunanayake CP, et al. Occupational exposures and non-Hodgkin's lymphoma: Canadian case-control study. Environ Health. 2008 Aug 7; 7:44.

[86] Richardson DB, et al. Occupational risk factors for non-Hodgkin's lymphoma: a population-based case-control study in Northern Germany. Am J Ind Med. 2008 Apr;51(4):258-68.

[87] Blair A, et al. Pesticides and human health. Occup Environ Med. 2015 Feb;72(2):81-2.

[88] Connolly A, et al. Evaluating Glyphosate Exposure Routes and Their Contribution to Total Body Burden: A Study Among Amenity Horticulturalists. Ann Work Expo Health. 2019 Feb 16;63(2):133-147.

[89] Jaga K, et al. Global surveillance of DDT and DDE levels in human tissues. Int J Occup Med Environ Health. 2003;16(1):7-20.

[90] Gennings C, et al. Linking empirical estimates of body burden of environmental chemicals and wellness using NHANES data. Environ Int. 2012 Feb;39(1):56-65.

[91] Radomski JL, et al. Human pesticide blood levels as a measure of body burden and pesticide exposure. Toxicol Appl Pharmacol. 1971 Oct;20(2):175-85.

[92] Wang N, et al. Accumulation levels and characteristics of some pesticides in human adipose tissue samples from Southeast China. Chemosphere. 2011 Aug;84(7):964-71.