1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs

2  600 Travis Street, Suite 3400
Houston, TX 77002-2026

3  Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508

4  Email:            jstubbs@shb.com

5  *Attorneys for Defendant*
*MONSANTO COMPANY*

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10  IN RE: ROUNDUP PRODUCTS          MDL No. 2741
    LIABILITY LITIGATION

11                                    Case No. 3:16-md-02741-VC

12  This document relates to

13  *Cecelia Rogers v. Monsanto Company*
    3:21-cv-07272-VC

14

15        **NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

16  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

17        PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Jennise W. Stubbs, of

18  Shook, Hardy & Bacon L.L.P., hereby enters her appearance in the above-captioned matter as

19  counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings,

20  notices, orders, correspondence, and other papers in connection with this action be served upon

21  her at the above address.

22

23

24

25

26

27

28

NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC  & 3:21-cv-07272-VC

4819-8090-2653 v1

1   DATED: October 6, 2021                Respectfully submitted,

2                                         SHOOK, HARDY & BACON L.L.P.

3                                         By: /s/ Jennise W. Stubbs _____

4                                             Jennise W. Stubbs
                                              600 Travis Street, Suite 3400
5                                             Houston, TX 77002-2926
                                              Telephone: (713) 227-8008
6                                             Facsimile: (713) 227-9508
                                              Email: jstubbs@shb.com
7

8                                         *Attorneys for Defendant*
                                          *MONSANTO COMPANY*
9

10                        **CERTIFICATE OF SERVICE**

11         I, Jennise W. Stubbs, hereby certify that, on October 6, 2021, I electronically filed

12   NOTICE OF APPEARANCE OF JENNISE W. STUBBS ON BEHALF OF DEFENDANT

13   MONSANTO COMPANY with the Clerk for the United States District Court for the Northern

14   District of California using the CM/ECF system, which shall send electronic notification to

15   counsel of record.

16                                         */s/ Jennise W. Stubbs* _____
                                           Jennise W. Stubbs
17

18

19

20

21

22

23

24

25

26

27

28
                                          - 2 -

4819-8090-2653 v1