**LABLETTA & WALTERS LLC**
**Christian P. LaBletta, Esquire**
**clabletta@lablettawalters.com**
**200 Barr Harbor Drive, Suite 400**
**Conshohocken, PA 19428**
**Telephone:  (610) 828-3339**
**Facsimile:  (610) 828-3347**
**Attorney for Plaintiffs**

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP® PRODUCTS LIABILITY LITIGATION <br> _____ <br><br> *Vosper v. Monsanto Co.,* <br> 3:19-cv-05525-VC | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC <br><br> **DECLARATION OF CHRISTIAN P. LABLETTA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MONSANTO'S COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER UNDER RULE 702** |

## DECLARATION OF CHRISTIAN P. LABLETTA

I, Christian P. LaBletta, declare as follows:

1. I am an attorney with the law firm of LaBletta & Walters LLC, counsel of record for Plaintiffs, Ira and Andrea Vosper, in the above-referenced action. I am fully competent to make this Declaration in Support of Plaintiffs' Response in Opposition to Monsanto Company's Motion to Exclude Testimony of Dr. William Sawyer Under Rule 702.  Except where otherwise stated, I have personal knowledge of the following and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the curriculum vitae of William Sawyer, M.D.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Johnson v. Monsanto Trial Transcript.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Pilliod v. Monsanto Trial Transcript.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed October 6, 2021 at Conshohocken, Pennsylvania.

*/s/ Christian P. LaBletta*
**LABLETTA & WALTERS LLC**