# Exhibit 2

```
 1  in toxicology.  I've been practicing nearly 30 years.
 2       Q.  And you mentioned medical school.  Where did you
 3  go to medical school?
 4       A.  Indiana University School of Medicine with a
 5  Ph.D. in toxicology.  And I trained under the late
 6  Dr. Forney.
 7       Q.  When did you graduate from medical school?
 8       A.  I graduated from IU in 1988.
 9       Q.  And prior to graduating medical school, you
10  actually obtained a Master's; is that correct?
11       A.  Yes.  I have a Master's degree in cellular and
12  molecular biology from State University of New York,
13  Geneseo.
14       Q.  And after graduating medical school, you said
15  you got a Ph.D. in toxicology; is that right?
16       A.  That's what I -- I went through a Ph.D. program
17  through the medical school in -- specifically in
18  toxicology, which included the first three years of
19  medical school course curriculum, along with specific
20  training in toxicology.  It was also training in the
21  State Department of Toxicology, as we handled all the
22  autopsies and deaths for the State of Indiana.
23       Q.  We've talked a lot about this case and heard
24  from witnesses who are toxicologists.  Can you explain to
25  us what is toxicology?
```

09:52:46
09:53:01
09:53:16
09:53:31
09:53:47

3586

```
 1          A.   It's a very specific field.  We are the ones who
 2   determine causation, what chemicals, pharmaceuticals,
 3   environmental substances can do to the body.  And
 4   physiologically and mechanistically how they operate.
 5          Q.   After graduating with your Ph.D. in toxicology,
 6   what did you do next in your career?
 7          A.   I worked for five years as a governmental
 8   toxicologist in Syracuse, New York.  I was responsible
 9   for assessing the environmental exposures, forensic
10   matters, in general Public Health.  Everything from lead
11   in water to hazardous chemicals from, I think, almost 18
12   different Superfund sites in the area.
13          Q.   You said that was through the Department of
14   Health?
15          A.   Yes.
16          Q.   After -- how long were you with the Department
17   of Health?
18          A.   Five years.  And during that time, I started
19   consulting and developed my own consulting business in, I
20   think, 1990, which I am still with today.
21          Q.   Okay.  And what's the name of that consulting
22   business?
23          A.   Toxicology Consultants and Assessment
24   Specialists, LLC.  And I do work throughout the US and
25   also internationally.
```

09:54:03
09:54:21
09:54:39
09:54:48
09:55:02

3587

```
 1        Q.  And from 1990 to the present, you've had that

 2  sole business as a toxicology or consulting toxicologist;

 3  is that right?

 4        A.  Correct.

 5        Q.  And you said "consulting."  Who do you consult

 6  with in that role for your actual business?

 7        A.  Civil matters, which about -- 60 percent are

 8  plaintiff, about 40 percent defendant.  Also a number of

 9  governmental agencies, the United States Attorney's

10  Office, US Navy, various prosecutors, Attorney State

11  General of Montana, New York, New Jersey and other

12  states.

13        Q.  So you said both plaintiffs' and defendants'

14  side.  Have you ever served as an expert for a

15  manufacturer?

16        A.  Many times.  And currently.

17        Q.  So it's not just on the plaintiff's side of

18  claiming a chemical caused an injury.  You've also served

19  as an expert for the defendant saying it didn't?

20        A.  Oh, yes.  I have some very good defense experts

21  who have true, good defense cases.  I'm very selective in

22  what cases I take.

23        Q.  Now, there's a term "forensic toxicologist."

24  Are you a forensic toxicologist?

25        A.  Yes, I am.
```

09:55:12
09:55:29
09:55:44
09:55:58
09:56:11

3588