1  Jordan Kane
   SHOOK, HARDY & BACON L.L.P.
2  2555 Grand Blvd.
   Kansas City, MO 64108
3  Phone: (816) 474-6550
   Fax: (816) 421-5547
4  jkane@shb.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF JORDAN A. KANE ON BEHALF OF MONSANTO COMPANY** |
| *John J. Shahady v. Monsanto Company*<br>Case No. 3:19-cv-07860-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jordan A. Kane of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 6, 2021                                    Respectfully Submitted,

                                                   By: */s/ Jordan A. Kane*
                                                       Jordan A. Kane
                                                       SHOOK, HARDY & BACON L.L.P.
                                                       2555 Grand Blvd.
                                                       Kansas City, MO 64108
                                                       Phone: (816) 474-6550
                                                       Fax: (816) 421-5547
                                                       jhackman@shb.com

                                                       *Attorney for Defendant*
                                                       *MONSANTO COMPANY*

---

NOTICE OF APPEARANCE OF JORDAN A. KANE ON BEHALF OF
DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC

**CERTIFICATE OF SERVICE**

I, Jordan A. Kane, hereby certify that, on October 6, 2021, I electronically filed NOTICE OF APPEARANCE OF JORDAN A. KANE ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: October 6, 2021

Respectfully submitted,

 */s/ Jordan A. Kane*
Jordan A. Kane
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
jkane@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*