**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508
Email:                jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to | |
| *Tanya Naumenko v. Monsanto Company* | |
| 3:21-cv-07283-VC | |

<u>**NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**</u>

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Jennise W. Stubbs, of Shook, Hardy & Bacon L.L.P., hereby enters her appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the above address.

4820-5921-7917 v1

1  DATED: October 7, 2021

Respectfully submitted,

2

SHOOK, HARDY & BACON L.L.P.

3

By: /s/ Jennise W. Stubbs

4     Jennise W. Stubbs
      600 Travis Street, Suite 3400

5     Houston, TX 77002-2926
      Telephone: (713) 227-8008

6     Facsimile: (713) 227-9508
      Email: jstubbs@shb.com

7

8  *Attorneys for Defendant*
   *MONSANTO COMPANY*

9

10                    **CERTIFICATE OF SERVICE**

11

12     I, Jennise W. Stubbs, hereby certify that, on October 7, 2021, I electronically filed

NOTICE OF APPEARANCE OF JENNISE W. STUBBS ON BEHALF OF DEFENDANT

13

MONSANTO COMPANY with the Clerk for the United States District Court for the Northern

14

District of California using the CM/ECF system, which shall send electronic notification to

15

counsel of record.

16                                   */s/ Jennise W. Stubbs*
                                     Jennise W. Stubbs

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC  & 3:21-cv-07283-VC

4820-5921-7917 v1