# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER: MDL No. 2741 |
| THIS DOCUMENT RELATES TO: | Master Docket Case No. 16-md-02741-VC |
| | 3:21-cv-05625-VC |
| JENNIFER ORELLANA  Plaintiff(s) | |
| v. | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| MONSANTO COMPANY  Defendant(s) | |

The Court hereby orders that the request of:

Jennifer Orellana
~~Lauren Montgomery~~
*Name of Party*

☒ Plaintiff  ☐ Defendant  ☐ Other

to substitute C. Mark Whitehead, III, M.D., J.D. who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503                cmw@whiteheadfirm.com
*City, State, Zip*                  *E-Mail Address*

(337) 740-6006      (337) 205-7754      N/A
*Telephone Number*   *Fax Number*       *State Bar Number*

as attorney of record instead of   James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and
*List all attorneys from same firm or agency who are withdrawing.*
Beau Michael Goodrick

is hereby   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   October 7, 2021

U. S. District Judge/~~U.S. Magistrate Judge~~

G-01 ORDER (09/17)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY