# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

RALPH WRIGHT    Plaintiff(s)

v.

MONSANTO COMPANY    Defendant(s)

CASE NUMBER   MDL No. 2741
Master Docket Case No. 16-md-02741-VC

3:21-cv-05622-VC

~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

The Court hereby orders that the request of:

Ralph Wright
~~Lauren Montgomery~~
*Name of Party*

☒ Plaintiff ☐ Defendant ☐ Other

to substitute  C. Mark Whitehead, III, M.D., J.D.  who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503
*City, State, Zip*

cmw@whiteheadfirm.com
*E-Mail Address*

(337) 740-6006
*Telephone Number*

(337) 205-7754
*Fax Number*

N/A
*State Bar Number*

as attorney of record instead of  James Gregory Owen, Susan Anne Owen, Tamiko B. Herron and
*List all attorneys from same firm or agency who are withdrawing.*
Beau Michael Goodrick

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  October 7, 2021

U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (09/17)   ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY