**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Vosper v. Monsanto Co.*, 3:19-cv-05525-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DECLARATION OF ERIC G. LASKER IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO STRIKE PORTIONS OF SUPPLEMEMTAL REPORT OF DR. D. BARRY BOYD UNDER RULE 26(E)** |

**DECLARATION OF ERIC G. LASKER**

I, Eric G. Lasker, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hollingsworth LLP, attorneys of record for Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto Company's motion to exclude Plaintiffs Ira Vosper and Otis Chapman expert Dr. William Sawyer on Rule 702 grounds. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Dr. D. Barry Boyd expert report disclosed in the above-captioned matter, dated June 28, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the deposition of Dr. D. Barry Boyd taken in the above-captioned matter, dated September 3, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Dr. D. Barry Boyd supplemental expert report disclosed in the above-captioned matter, dated September 20, 2021.

5. Attached hereto as **Exhibit 4** is true and correct copy of a redlined version of the Dr. D. Barry Boyd supplemental expert report disclosed in the above-captioned matter, dated September 20, 2021.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the e-mail from counsel for Plaintiff to counsel for Monsanto providing the supplemental expert report of Dr. Boyd in the above-captioned matter, dated September 21, 2021.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on October 7, 2021.

/s/ *Eric G. Lasker*
Eric G. Lasker, Esq.
(elasker@hollingsworthllp.com)
Hollingsworth LLP
1350 I Street, NW
Washington, DC 20005
Tel: 202-898-5800

Fax: 202-682-1639

*Attorney for Defendant*
*Monsanto Company*

---

DECLARATION OF ERIC G. LASKER ISO MOT. TO STRIKE
PORTIONS OF SUPPL. RPT. OF DR. D. BARRY BOYD UNDER RULE 26(E)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of October, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Eric G. Lasker*