# EXHIBIT 5

# Proctor, Shannon N.

| | |
|---|---|
| **From:** | Kalas, John |
| **Sent:** | Tuesday, September 21, 2021 10:05 AM |
| **To:** | Proctor, Shannon N.; Duru, Dora I. |
| **Cc:** | Gray, Marchello D.; Pigman, Heather; Lasker, Eric; Chernack, Gregory; McMinn, Donald R. |
| **Subject:** | Fwd: Ira Vosper and Andrea Vosper v. Monsanto Company |
| **Attachments:** | image001.jpg; boyd supplemental report.pdf |

Does this affect our Daubert in any way? If so, we'll probably need a motion to strike and/or brush this aside as untimely and note a motion to strike is forthcoming

Sent from my iPhone

Begin forwarded message:

> **From:** "Martinez, Anthony (SHB)" <AMARTINEZ@shb.com>
> **Date:** September 21, 2021 at 6:57:46 AM PDT
> **To:** xRoundupScience@arnoldporter.com
> **Cc:** "GlyphosateSP SHB (external)" <GlyphosateSP@shb.com>
> **Subject: FW: Ira Vosper and Andrea Vosper v. Monsanto Company**
>
> **[External Message]**
>
> External E-mail
>
> **Anthony R. Martinez**
> *Partner*
> Shook, Hardy & Bacon L.L.P.
>
> 816.559.2683 | amartinez@shb.com
>
> **From:** Tracy Haralla <tharalla@lablettawalters.com>
> **Sent:** Tuesday, September 21, 2021 8:32 AM
> **To:** Smith, Holly (SHB) <HPSMITH@shb.com>
> **Cc:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Larsen, Mat (SHB) <MLARSEN@shb.com>; Taylor, Joshua J. (SHB) <JJTAYLOR@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Daniels, Erika (SHB) <EDANIELS@shb.com>; Pittman, Amy L. (SHB) <APITTMAN@shb.com>; Christian P. LaBletta <clabletta@lablettawalters.com>
> **Subject:** Ira Vosper and Andrea Vosper v. Monsanto Company
>
> **EXTERNAL**
>
> Dear Counsel:
>
> Attached is a supplemental report from Dr. Boyd.

1

Should you have any questions, please feel free to contact Mr. LaBletta.  Thank you.

**Tracy Haralla, Paralegal**
**LaBletta & Walters LLC**

**New Jersey Office**
**12 Christopher Way, Suite 200**
**Eatontown, New Jersey 07724**
**T: (732) 387-1010**
**F: (732) 387-1015**

**Pennsylvania Office**
**200 Barr Harbor Drive, Suite 400**
**Conshohocken, Pennsylvania 19428**
**T: (610) 828-3339**
**F: (610) 828-3347**
**lablettawalters.com**

**This e-mail, any information contained therein and any attachments are intended for the personal and confidential use of the recipient named above.  This message may be an attorney-client communication and as such may be privileged and confidential.  If the reader of this message is not the intended recipient, or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone or return email and delete the material from any computer, without copying.**

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com