**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:      jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Carolina B. Garces v. Monsanto Company* Case No. 3:19-cv-05523-VC | **MONSANTO COMPANY'S NOTICE OF MOTION TO DISMISS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on October 7, 2021, Defendant MONSANTO COMPANY ("MONSANTO") submitted to the Court and served on all parties, a Motion to Dismiss Plaintiff's Complaint pursuant Federal Rule of Civil Procedure 25(a)(1). Monsanto seeks an order dismissing all of Plaintiff Carolina B. Garces' claims for failure to file a motion for substitution within 90 days of giving notice of Ms. Garces' death as required by Federal Rule of Civil Procedure 25(a).

Date: October 7, 2021                              Respectfully submitted,

                                                    /s/ *Jennise W. Stubbs*
                                                    Jennise W. Stubbs

4816-9125-5550 v1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 7, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CMF/ECF system which sent notice of the filing to all appearing parties of records.

                                                    /s/ *Jennise W. Stubbs*
                                                    Jennise W. Stubbs

4816-9125-5550 v1