**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:  (713) 227-8008
Facsimile:  (713) 227-9508
Email:  jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **MONSANTO COMPANY'S MOTION TO DISMISS** |
| *Carolina B. Garces v. Monsanto Company* Case No. 3:19-cv-05523-VC | |

## I.  INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Monsanto Company ("Monsanto") moves for an order dismissing Plaintiff Carolina B. Garces' claims for failure to file a motion for substitution within 90 days of giving notice of Ms. Garces' death.

## II.  STATEMENT OF RELEVANT FACTS

Plaintiff filed her Complaint on August 5, 2019 in the United Stated District Court for the Northern District of Texas.  (Doc. No. 1).  The Complaint alleges that Ms. Garces developed non-Hodgkin lymphoma as a result of her alleged exposure to Monsanto's Roundup®-branded herbicides.  (*Id*.)  On August 28, 2019, the case was transferred to this Court pursuant to CTO 148.  (Doc. No. 10).  On March 8, 2021, counsel for Plaintiff filed a suggestion of death pursuant to Rule 25(a)(1) noting Ms. Garces' death.  (Doc. No. 15; 12738).  The suggestion of death was properly served upon all

parties and nonparty successors or representatives on March 10, 2021. (Doc. No. 16). Counsel for Monsanto has contacted counsel for Ms. Garces about the need for filing the motion for substitution. *See* Ex. A, Email corr. with Mr. Rand Nolen. Plaintiff, however, has failed to file a motion for substitution for Ms. Garces within the 90-day period of time triggered by the filing of the statement noting the death as required by Rule 25(a).

As of the filing of this Motion to Dismiss, no motion for substitution has been filed in this case.

### III.   ARGUMENT AND AUTHORITIES

Plaintiff's claims must be dismissed for failure to comply with Federal Rule of Civil Procedure 25. Rules 25(a)(1) provides in relevant part that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id*.; *Brown v. Cty. of Mariposa*, No. 118CV01541NONESAB, 2021 WL 2188125, at *1 (E.D. Cal. May 28, 2021). In addition, "[if a motion for substitution] is not made within 90 days after service of a statement noting the death, the action by or against the decedent **must** be dismissed." Fed. R. Civ. P. 25(a)(1) (emphasis added). Accordingly, any person seeking to substitute in the place of the decedent must file a motion for substitution within 90 days after service of the statement noting the death of the party. *Id*. The court must dismiss the claims brought by the deceased party where there has been no motion for substitution within the 90-day period. *Id*.; *McCree v. State of California Dep't of Conservation*, No. 12-CV-04127-JST, 2013 WL 5946962, at *4 (N.D. Cal. Nov. 5, 2013) (dismissing plaintiff's claims with prejudice where no motion to substitute was filed within the 90-day period proscribed by Rule 25(a)(1)).

Here, Plaintiff's death was suggested upon the record on March 8, 2021, and the Suggestion of Death was properly served on all parties and nonparty successors or representatives on March 10,

2021.  (Doc. Nos. 15-16).  The 90-day period for the filing of the motion to substitute expired on June 8, 2021.  As of the filing of this Motion to Dismiss, no motion to substitute has been filed. Therefore, the Court should dismiss all the claims with prejudice.

### IV.   CONCLUSION

For all of the foregoing reasons, Monsanto respectfully requests that this Court enter an order dismissing Plaintiff's claims with prejudice pursuant to Rule 25(a)(1).

Date: October 7, 2021                                  Respectfully submitted,

/s/ Jennise W. Stubbs

Jennise W. Stubbs

3

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 7, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CMF/ECF system which sent notice of the filing to all appearing parties of records.

                                                        /s/ *Jennise W. Stubbs*
                                                        Jennise W. Stubbs