**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Carolina B. Garces v. Monsanto Company*<br>Case No. 3:19-cv-05523-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF ANTHONY R. MARTINEZ IN SUPPORT OF MOSANTO COMPANY'S MOTION TO DISMISS** |
|---|---|

I, Anthony R. Martinez hereby declare as follows:

1. I am an attorney at the law firm of Shook, Hardy & Bacon LLP, counsel for Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Dismiss. I make this declaration based on my personal knowledge and, if called to testify, I would and could testify on these matters.

2. Attached hereto as Exhibit A is email correspondence between myself and Rand Nolen, counsel for decedent Carolina B. Garces regarding the need for filing a motion for substitution.

4815-8187-5454 v1

1 | I declare under penalty of perjury that the facts set forth herein are true and correct.

2 | Executed this 7th day of October in Kansas City, Missouri.



Anthony R. Martinez

4815-8187-5454 v1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CMF/ECF system which sent notice of the filing to all appearing parties of records.

          /s/ *Jennise W. Stubbs*
          Jennise W. Stubbs

4815-8187-5454 v1