# EXHIBIT A

**From:** Rand Nolen <Rand_Nolen@fleming-law.com>
**Sent:** Wednesday, August 11, 2021 5:59 PM
**To:** Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Cc:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Stubbs, Jennise (SHB) <JSTUBBS@shb.com>; Pam Myers <Pam_Myers@fleming-law.com>
**Subject:** RE: Carolina B. Garces v. Monsanto Company

**EXTERNAL**

Sonila:

Thank you for your email.  Yes, it was served to every heir and was served through multiple methods or service with an explanation of the legal effect.

Yes, we will file a notice of that service.  I am sorry if we missed that.

Rand

*Rand Nolen*
**ATTORNEY**
FLEMING, NOLEN & JEZ, L.L.P.
*2800 Post Oak Blvd., Suite 4000*
*Houston, Texas 77056*
*(713) 621-7944 (Office)*
*(713) 621-9638 (Fax)*
www.fleming-law.com



*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

**From:** Themeli, Sonila (SHB) <STHEMELI@shb.com>
**Sent:** Wednesday, August 11, 2021 5:36 PM
**To:** Rand Nolen <Rand_Nolen@fleming-law.com>
**Cc:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Stubbs, Jennise (SHB) <JSTUBBS@shb.com>
**Subject:** FW: Carolina B. Garces v. Monsanto Company

Hello Mr. Nolen,

I am following up on the below.

No motion to substitute has been filed since you filed the suggestion of death in March 2021. Did your office serve the suggestion of death on Mr. Garces' representatives/successors as required by Rule 25? And can you please file a notice of that service with the court as required by the Rule? The certificate of service only states the suggestion of death was served through the court's ECF to the parties but makes no mention of the non-parties.

Please let us know.

Thank you.

**Sonila Themeli**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5656 | sthemeli@shb.com



**From:** Rand Nolen <Rand_Nolen@fleming-law.com>
**Sent:** Tuesday, March 9, 2021 4:35 PM
**To:** Martinez, Anthony (SHB) <amartinez@shb.com>
**Cc:** Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Davis, Melissa Nott (SHB) <mndavis@shb.com>; Cady, Tina (SHB) <tcady@shb.com>; Pam Myers <Pam_Myers@fleming-law.com>
**Subject:** RE: Carolina B. Garces v. Monsanto Company

**EXTERNAL**

Anthony:

I would like to be able to do as you suggest. Unfortunately I can't. Despite a lot of effort by me to get the children to take over the case, they have not done so and have not authorized me to represent them in the lawsuit. I have done all I know to do to rectify that situation but so far with no success.

2

Thus, I have no client. That is why I filed the suggestion of death without a motion to substitute given that I have no authority to act. This is obviously a problem, and the Garces case will be dismissed in 90 days if no one substitutes in to continue the case.

I do think we can advise the court that the case needs to be stayed pending the anticipated dismissal. If your client requested a stay I would not oppose it, but I would have to advise the Court that I don't have a client at this point to authorize me to do anything.

Rand

*Rand Nolen*

ATTORNEY
FLEMING, NOLEN & JEZ, L.L.P.
*2800 Post Oak Blvd., Suite 4000*
*Houston, Texas 77056*
*(713) 621-7944 (Office)*
*(713) 621-9638 (Fax)*
www.fleming-law.com
<image008.jpg>

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

**From:** Martinez, Anthony (SHB)
**Sent:** Tuesday, March 9, 2021 8:25 AM
**To:** Rand Nolen
**Cc:** Lyons, Dana (SHB) ; Daniels, Erika (SHB) ; Davis, Melissa Nott (SHB) ; Cady, Tina (SHB) ; Pam Myers
**Subject:** RE: Carolina B. Garces v. Monsanto Company

Rand, that makes sense. Can you dismiss this case without prejudice so we do not have to worry about any of the deadlines, etc?

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com

<image009.jpg>

**From:** Rand Nolen <Rand_Nolen@fleming-law.com>
**Sent:** Monday, March 8, 2021 7:13 PM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Cc:** Lyons, Dana (SHB) <DLYONS@shb.com>; Daniels, Erika (SHB) <EDANIELS@shb.com>; Davis, Melissa Nott (SHB) <mndavis@shb.com>;

3

Cady, Tina (SHB) <TCADY@shb.com>; Pam Myers <Pam_Myers@fleming-law.com>
**Subject:** RE: Carolina B. Garces v. Monsanto Company

**EXTERNAL**

Anthony:

I apologize, but I must cancel the Garces deposition scheduled this week. Today I filed the suggestion of death in Ms. Garces's case. I did not file a request to substitute parties.

As I have mentioned before, Ms. Garces died last year and her husband died in December. There are four children including Bobbie Garces. At this point none wish to substitute in, none have initiated probate, and I have not filed an amended complaint to add the wrongful death allegations. The family has advised me that they are not sure that they wish to continue the case, and will not give me clear guidance.

I have no client at this moment to put forward. So, I am sorry we are just going to have to cancel the deposition.

Rand


*Rand Nolen*
ATTORNEY
FLEMING, NOLEN & JEZ, L.L.P.
*2800 Post Oak Blvd., Suite 4000*
*Houston, Texas 77056*
*(713) 621-7944 (Office)*
*(713) 621-9638 (Fax)*
www.fleming-law.com
<image008.jpg>

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

---

**From:** Cady, Tina (SHB) <TCADY@shb.com>
**Sent:** Monday, February 8, 2021 2:18 PM
**To:** Rand Nolen <Rand_Nolen@fleming-law.com>; Pam Myers <Pam_Myers@fleming-law.com>
**Cc:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Daniels, Erika (SHB) <EDANIELS@shb.com>; Davis, Melissa Nott (SHB) <mndavis@shb.com>
**Subject:** Carolina B. Garces v. Monsanto Company

Counsel-

4

Please find attached a notice of deposition for Bobbie Garces.

Thank you,

**Tina R. Cady**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2619 | tcady@shb.com

<image010.jpg>

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

<2021-03-08-Garces, Carolina-Suggestion Of Death [dckt 12738_0].pdf>

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.