UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL: 2741 ) ) ) Case Number: 3:16-MD-2741-VC ) |
| This document relates to: *Marie Bernice Dinner and Bruce Dinner, Individually and as husband and wife, v. Monsanto Co.,* Case No.: 3:20-cv-03360- | ) **ORDER RE: MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT** ) ) ) ) ) ) ) ) |

This action is before the Court on the Plaintiffs Motion for Leave of Court to Amend Complaint

Having review the same, and being fully advised on the premises, the Court hereby GRANTS Plaintiffs' Motion for Leave of Court to Amend Complaint.

The Court further orders the Amended Complaint be deemed filed as of the date of this Order.

Done this __7__ day of __October__, 2021.

By the Court

_____
United States District Court

~~Proposed~~ Order re Motion of Leave to Amend Complaint – 16-MD-02741-VC

Page **1** of **1**