**HEISE SUAREZ MELVILLE, P.A.**
Mark J. Heise
1600 Ponce De Leon Blvd
Suite 1205
Coral Gables, Florida 33134
Telephone (305) 800-4476
Email: mheise@hsmpa.com
*Attorneys for Plaintiff*
*Argentina Komarmy*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Argentina Komarmy, individually and on behalf of Joseph Komarmy v. Monsanto Co.,* Case No. 3:21-cv-07743-VC | |

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Argentina Komarmy
   *Plaintiff*
2. Heise Suarez Melville, P.A
   *Counsel for Plaintiff*
3. The Brad Sohn Law Firm
   *Counsel for Plaintiff*

DATED: October 12, 2021.          Respectfully submitted,

**THE BRAD SOHN LAW FIRM, PLLC**
1600 Ponce De Leon Blvd
Suite 1205
Coral Gables, Florida 33134
Telephone: (786) 708-9750

By:  /s/Brad R. Sohn
Brad R. Sohn

        Florida Bar No. 98788

        brad@bradsohnlaw.com

        **HEISE SUAREZ MELVILLE, P.A.**

        1600 Ponce De Leon Blvd

        Suite 1205

        Coral Gables, Florida 33134

        Telephone (305) 800-4476

        By: */s/ Mark J. Heise*

        Mark J. Heise

        Florida Bar No.771090

        mheise@hsmpa.com

        Luis E. Suarez

        Florida Bar No. 390021

        lsuarez@hsmpa.com

        Patricia Melville

        Florida Bar No. 475467

        pmelville@hsmpa.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 12th day of October, 2021, I electronically transmitted the foregoing **PLAINTIFF'S CERTIFICATION OF INTERESTED PERSONS** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R.CIV. P. 5.

        */s/ Mark J. Heise*

        Mark J. Heise