Eric Policastro, CA Bar No. 264605
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. 214.890.0711
Fax 214.890.0712

*Counsel for Plaintiffs Brian Webb and*
*Patricia Godsey*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Gilmore v. Monsanto Company*,<br>D. Delaware Case No. 1:20-cv-01085 | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

**NOTICE OF TRANSFER DURING PENDENCY OF INTERVENTION MOTION**

Potential intervenors Gary Brown and Patricia Godsey, by and through undersigned counsel, hereby notify the Court of the current status of an action recently transferred to this Court by the Joint Panel on Multidistrict Litigation ("JPML"). On October 8, 2021, the JPML filed an order transferring *Gilmore v. Monsanto Co.*, case number 1:20-cv-01085 to MDL 2741 for consolidated pretrial proceedings. Dkt. # 2488. At the time of transfer, potential intervenors Brown and Godsey were in the mist of briefing their motions to intervene for the limited and sole purpose of opposing the nationwide litigation stay jointly requested by Mr. Gilmore and Monsanto. *See* Dkt. # 60, 61 in case 1:20-cv-01085.

Mr. Gilmore and Monsanto filed their opposition briefs in the United States District Court for the District of Delaware on October 5, 2021. Dkt. # 63, 64 in case 1:20-cv-01085. By rule,

1

potential intervenors' reply briefs would be due on October 12, 2021. In light of the JPML's transfer order, there is no longer a Delaware District Court action in which to file a reply. Because potential intervenors Brown and Godsey take the position that the JPML transfer order temporarily moots Mr. Gilmore and Monsanto's jointly requested nationwide litigation stay, potential intervenors will take no further action in support of their opposition to the joint-stay request at this time.

Potential intervenors Brown and Godsey await any further instruction from this Court. In the event that Mr. Gilmore and Monsanto renew their stay-request, potential intervenors would then respectfully renew their motions to intervene for the limited and sole purpose of filing the proposed briefs in opposition to the requested stay, which were attached to their original motions to intervene in Delaware District Court action. Dkt. # 60-3, 61-2 in case 1:20-cv-01085.

Dated: October 12, 2021                    Respectfully Submitted,

                                                                             /s/ Eric Policastro
Eric Policastro, CA Bar No. 264605
N. Majed Nachawati
S. Ann Saucer
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. 214.890.0711
Fax 214.890.0712
epolicastro@fnlawfirm.com
mn@fnlawfirm.com
asaucer@fnlawfirm.com

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of October 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Eric Policastro
Eric Policastro
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
epolicastro@fnlawfirm.com

Notice of Transfer During Pendency of Intervention Motion
Case No. 16-md-02741-VC