Scott M. Hendler, Esq.
shendler@hendlerlaw.com
**HENDLER FLORES LAW, PLLC**
901 S. MoPac Expressway
Bldg. 1, Suite #300
Austin, Texas 78746
Telephone: (512) 439-3202
Facsimile: (512) 439-3201
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | Case No. 3:20-cv-03074-VC |
| *Bradley Koen* | |
| *v.* | **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITIONS AND CROSS-MOTIONS RE: SUMMARY JUDGMENT ONE ADDITIONAL WEEK** |
| *Monsanto, Co.* | |

Plaintiff respectfully requests that the Court extend the time to file oppositions and cross-motions to Defendant Monsanto's Motion for Summary Judgment Based on Texas Presumption of No Liability [ECF 13787] by one additional week. The following are the proposed deadlines:

| Event | Date |
|---|---|
| Plaintiff's opposition and cross-motion re: summary judgment due. | 10/26/2021 |
| Monsanto's opposition and reply re: summary judgment due. | 11/09/2021 |
| Plaintiff's reply re: summary judgment due. | 11/23/2021 |

PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE AN OPPOSITION
AND CROSS MOTION RE: SUMMARY JUDGMENT BY ONE ADDITIONAL WEEK -
3:20-cv-03074

The request is not made for purpose of delay but so that all matters can be thoroughly reviewed and addressed. Counsel for Plaintiff's firm has experienced a hack of their firm server. (*See Declaration of Harini P. Raghupathi*, attached hereto as Exhibit A.) Plaintiffs' Counsel was preparing and drafting the Opposition but does not have access to the research or the drafts until Friday, October 15, 2021, due to circumstances beyond Counsel's control. Counsel for Defendant, Anthony Martinez, has been consulted and has no objection.

DATED: October 13, 2021

    Respectfully submitted,
**HENDLER FLORES LAW, PLLC**

*/s/ Scott M. Hendler*
Scott M. Hendler
Texas Bar No. 09445500
shendler@hendlerlaw.com
901 S. MoPac Expressway
Bldg. 1, Suite #300
Austin, Texas 78746
Telephone: (512) 439-3202
Facsimile: (512) 439-3201
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Scott M. Hendler*
Scott M. Hendler

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| *Bradley Koen* | Case No. 3:20-cv-03074-VC |
|    *v.* | |
| *Monsanto, Co.* | |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Time to File an Opposition and Cross-Motions to Defendant Monsanto's Motion for Summary Judgment Based on Texas Presumption of No Liability [ECF 13787] by one additional week. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the deadlines re: Defendant Monsanto's Motion for Summary Judgment be extended as follows:

| Event | Date |
|---|---|
| Plaintiff's opposition and cross-motion re: summary judgment due. | 10/26/2021 |
| Monsanto's opposition and reply re: summary judgment due. | 11/09/2021 |
| Plaintiff's reply re: summary judgment due. | 11/23/2021 |

Dated: _____, 2021      _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT