# **Declaration of Harini P. Raghupathi in support of**
# **Plaintiff Bradley Koen's motion for extension of time**

I, Harini P. Raghupathi, declare:

1. I am an attorney licensed to practice law in the state of California and am a member of the law firm Singleton Schreiber McKenzie & Scott, LLP. This declaration is based on my personal knowledge.

2. I have been working with Plaintiff Bradley Koen's counsel of record at Hendler Flores Law, PLLC to respond to Defendant Monsanto's motion for summary judgment based on Texas presumption of no liability (Docket #17).

3. The response was originally due October 5, 2021. Plaintiff Bradley Koen moved for a two-week extension of time, which this Court granted. The response is currently due October 20, 2021.

4. On October 9, 2021, the server at my law firm suffered a ransomware hacking event. As a result of that attack, I am currently unable to access any documents stored on the server.

5. I have consulted with the IT specialists at my law firm, who advise me that the earliest I will be able to access any documents is when the server is expected to be restored on or around October 15, 2021.

6. As a result of the ransomware attack on the server, I currently cannot access a draft response to Defendant Monsanto's motion for summary judgment based on Texas presumption of no liability. I have conducted considerable research into Texas law to respond to the motion and have begun drafting sections of the response. To comply with the current deadline, I will have to duplicate the research and writing I have already completed.

7. This request for a one-week extension will enable me to access the draft on the server once the restoration has occurred. That way, I will be able to respond to Defendant Monsanto's motion for summary judgment based on Texas presumption of no liability without recreating the research and drafting I have already completed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2021 in San Diego, California.

*s/ Harini P. Raghupathi*

Harini P. Raghupathi
Declarant
SINGLETON SCHREIBER McKENZIE & SCOTT, LLP
450 A Street
5th Floor
San Diego, CA 92101
Telephone: 619-329-4791