UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Reiser v. Bayer Corporation*, Case No. 3:21-cv-05220-VC | **ORDER GRANTING MOTION TO AMEND/CORRECT COMPLAINT**<br><br>Dkt. 8; MDL Dkt. 13704 |

Plaintiff Brenda Reiser's request for leave to file an amended complaint (see dkt. 8; MDL dkt. 13704) is granted.  Plaintiff shall file her amended complaint within seven (7) days of this Order.

**IT IS SO ORDERED.**

Dated: October 13, 2021

_____

VINCE CHHABRIA
United States District Judge