**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| This document relates to: | CASE NUMBER |
|---|---|
| 3:21-cv-05622-VC | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |

This document relates to:

3:21-cv-05622-VC

Ralph Wright                                    Plaintiff(s)

                        v.

Monsanto Company                         Defendant(s)

CASE NUMBER

MDL No. 2741
Case No. 3:16-md-02741-VC

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

Ralph Wright                                    ☒ Plaintiff ☐ Defendant ☐ Other
_Name of Party_

to substitute  C. Mark Whitehead, Ill, M.D., J.D.                                    who is

☒ Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)      ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
_Street Address_

Lafayette, LA 70503                                    cmw@whiteheadfirm.com
_City, State, Zip_                                    _E-Mail Address_

(337) 740-6006            (337) 205-7754            N/A
_Telephone Number_            _Fax Number_            _State Bar Number_

as attorney of record instead of    James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and
_List **all** attorneys from same firm or agency who are withdrawing._
Beau Michael Goodrick

**is hereby**      ☐ **GRANTED**      ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____            _____
                                                                            U. S. District Judge/U.S. Magistrate Judge