**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| This document relates to: | CASE NUMBER | MDL No. 2741 |
|---|---|---|
| 3:21-cv-05625-VC | | Case No. 3:16-md-02741-VC |

JENNIFER ORELLANA      Plaintiff(s)

v.

Monsanto Company      Defendant(s)

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

Jennifer Orellana     ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute  C. Mark Whitehead, III, M.D., J.D.  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503                          cmw@whiteheadfirm.com
*City, State, Zip*                           *E-Mail Address*

(337) 740-6006             (337) 205-7754             N/A
*Telephone Number*         *Fax Number*               *State Bar Number*

as attorney of record instead of   James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and
*List **all** attorneys from same firm or agency who are withdrawing.*
Beau Michael Goodrick

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge