**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| This document relates to: | CASE NUMBER |
|---|---|
| 3:21-cv-2547 VC | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |

Lauren Montgomery  **Plaintiff(s)**

v.

Monsanto Company  **Defendant(s)**

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

Lauren Montgomery  ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute C. Mark Whitehead, III, M.D., J.D. who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503                cmw@whiteheadfirm.com
*City, State, Zip*                 *E-Mail Address*

(337) 740-6006         (337) 205-7754         N/A
*Telephone Number*      *Fax Number*           *State Bar Number*

as attorney of record instead of Jessica Virden Mallet
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**