UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARO MOLINA §<br>　　　　　Plaintiff §<br> §<br>VS §<br> §<br>MONSTANT COMPANY §<br> §<br> §<br> §<br> §<br> § | Case No: 3:16-md-02741-VC |

This document Relates to:
LAZARO MOLINA VS MONSANTO COMPANY
Civil Action No. 4:20-cv-00546

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

　　Hereby informs the Honorable Court of Plaintiff's death, Lazaro Molina on August 25, 2021.

　　It is anticipated that upon receipt of an autopsy report and a death certificate, Decedent's wife Corina Molina, a person of the full age of majority, his surviving spouse, and person entitled to maintain a survival action, will file a motion pursuant to Fed. R. Civ. P. 25(a)(1) seeking an Order substituting her as Plaintiff in the above-captioned matter in the place and stead of her late husband.

Dated: October 15, 2021.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**THE WEBSTER LAW FIRM**

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Jason C. Webster*
　　　　　　　　　　　　　　　　　　　　　　JASON C. WEBSTER
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24033318
　　　　　　　　　　　　　　　　　　　　　　6200 Savoy Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77036
　　　　　　　　　　　　　　　　　　　　　　Tele:　713.581.3900
　　　　　　　　　　　　　　　　　　　　　　Fax:　　713.581.3907
　　　　　　　　　　　　　　　　　　　　　　filing@thewebsterlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, a copy of the foregoing document was filed electronical. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/ Jason C. Webster*

JASON C. WEBSTER
State Bar No. 24033318
6200 Savoy Drive, Suite 150
Houston, Texas 77036
Tele:   713.581.3900
Fax:    713.581.3907
filing@thewebsterlawfirm.com