Name and address:

C. Mark Whitehead, III, M.D., J.D.
The Whitehead Law Firm, L.L.C.
Petroleum Tower, Suite 316
3639 Ambassador Caffery Parkway
Lafayette, Louisiana 70503
Telephone (337) 740-6006
Facsimile (337) 205-7754

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

This document relates to:

3:20-cv-07888-VC

Mary Schiemann

PLAINTIFF(S)

v.

Monsanto Company

DEFENDANT(S)

CASE NUMBER:

MDL No. 2741

Case No. 3:16-md-02741-VC

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Robert K. Leyshon          CA Bar Number:

Firm or agency:  Sklare Law Group LTD

Address:  20 N. Clark Street, Suite 1450, Chicago, IL 60602

Telephone Number: 209-236-8045          Fax Number:

E-mail: leyshon.robert@gmail.com

Counsel of record for the following party or parties:   Mary Schiemann

Other members of the same firm or agency also seeking to withdraw:   All members of the Sklare Law Group, LTD

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel:

Name: C. Mark Whitehead, III, M.D., J.D.　　CA Bar Number: N/A

Firm or agency: The Whitehead Law Firm, L.L.C.

Address: Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway　Lafayette, LA 70503

Telephone Number: Telephone (337) 740-6006　　Fax Number: Facsimile (337) 205-7754

E-mail: cmw@whiteheadfirm.com

## SECTION III - SIGNATURES

*Withdrawing Attorney*
I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 10/15/2021　　Signature: /s/ Robert K. Leyshon

　　　　　　　　　　Name: Robert K. Leyshon

*New Attorney (if applicable)*
I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 10/15/2021　　Signature: /s/ C. Mark Whitehead

　　　　　　　　　　Name: C. Mark Whitehead, III, M.D., J.D.

*Party Represented by Withdrawing Attorney*
I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: 10/15/2021　　Signature: /s/ Mary Schieman

　　　　　　　　　　Name: Mary Schiemann

　　　　　　　　　　Title: