UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| This document relates to: | CASE NUMBER |
|---|---|
| 3:20-cv-07888-VC | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |

Mary Schiemann    Plaintiff(s)

v.

Monsanto Company    Defendant(s)

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

Mary Schiemann
*Name of Party*

☒ Plaintiff   ☐ Defendant   ☐ Other

to substitute C. Mark Whitehead, III, M.D., J.D. who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503                    cmw@whiteheadfirm.com
*City, State, Zip*                          *E-Mail Address*

(337) 740-6006          (337) 205-7754          N/A
*Telephone Number*     *Fax Number*          *State Bar Number*

as attorney of record instead of    Robert K. Leyshon
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**