# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

This document relates to:

3:20-cv-07324-VC

William McKemie     *Plaintiff(s)*

v.

Monsanto Company     *Defendant(s)*

CASE NUMBER

MDL No. 2741

Case No. 3:16-md-02741-VC

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

William McKemie
*Name of Party*

☒ Plaintiff   ☐ Defendant   ☐ Other

to substitute  C. Mark Whitehead, III, M.D., J.D.  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503      cmw@whiteheadfirm.com
*City, State, Zip*      *E-Mail Address*

(337) 740-6006      (337) 205-7754      N/A
*Telephone Number*      *Fax Number*      *State Bar Number*

as attorney of record instead of  William L. Sciba, III
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge