**WEITZ & LUXENBERG, PC**
Robin L. Greenwald (*pro hac vice*)
700 Broadway
New York, NY 10003
Tel: 212-558-5802
Email: rgreenwald@weitzlux.com

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff
7171 West Alaska Drive
Lakewood, CO 80226
Tel: 303-376-6360
Email: aimee.wagstaff@andruswagstaff.com

**THE MILLER FIRM, LLC**
Michael J. Miller (*pro hac vice*)
108 Railroad Ave
Orange, VA 22960
Tel: 540-672-4224
Email: mmiller@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*
*in MDL No. 2741*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *ALL CASES* | [PROPOSED] PRETRIAL ORDER NO. [254]: APPROVING THE ESTABLISHMENT OF THE ROUNDUP COMMON BENEFIT TRUST ACCOUNT |
| | Re: Dkt. No. 12394 |

1

PROPOSED **PRETRIAL ORDER APPROVING THE ESTABLISHMENT OF THE ROUNDUP COMMON BENEFIT TRUST ACCOUNT**

Upon the Motion of Co-Lead Counsel, and for good cause shown, the Court hereby orders as follows:

1.  Establishment of the Roundup Common Benefit Trust Account (the "Fund") is approved, and the Court retains jurisdiction thereof. The Fund shall be operated in a manner consistent with the rules of Treasury Regulation Section 1.468B-1. The Fund shall remain open to receive payments from the Defendant of the to be determined final common benefit assessment ordered by the Court.

2.  The Court further appoints Postlethwaite & Netterville as the Fund Administrator (the "Fund Administrator"), pursuant to the terms, conditions, indemnifications, and restrictions described in the accompanying Motion, and the Fund Administrator is given the authority to conduct any and all activities necessary to administer the Fund, in accordance with the accompanying Motion.

3.  The Fund shall be held at Western Alliance Bank (the "Escrow Agent"). The Escrow Agent shall be responsible for any and all investment-related decisions, pursuant to the terms and conditions described in the accompanying Motion.

4.  The Fund Administrator shall not authorize any distributions of principal from the Fund without further order(s) of this Court.

5.  The Fund Administrator is authorized to effect qualified assignments of any resulting structured settlement liability or similar vehicle within the meaning of Section 130(c) of the Internal Revenue Code to the qualified assignee and to distribute all settlement sums pursuant to the accompanying Motion filed with this Court.

6.  The Fund Administrator is authorized upon final distribution of all monies paid

into the Fund, to take appropriate steps to wind down the Fund and thereafter discharging the Fund Administrator from any further responsibility with respect to the Fund

**IT IS SO ORDERED.**

Dated: ~~September~~ October 18, 2021

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

3
~~PROPOSED~~ **PRETRIAL ORDER APPROVING THE ESTABLISHMENT OF THE ROUNDUP COMMON BENEFIT TRUST ACCOUNT**