Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
T:  (502) 717-4080
jennifer@moorelawgroup.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC <br><br> **[PROPOSED]** ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| This document relates to: <br><br> L.B., a minor, by his parent and natural guardian, Gratziela Crisovan v. Monsanto Company, Case No. 3:19-cv-1554-VC | |

Before this Court is Plaintiff's Administrative Motion to File Under Seal Plaintiff's Uncontested Petition for Approval of Compromise of Minor Settlement. Having considered the papers and for good cause shown, the Court hereby **GRANTS** Plaintiff's request and **ORDERS** Plaintiff's Uncontested Petition for Approval of Compromise of Minor Settlement will remain redacted and that the exhibits thereto will remain confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

**IT IS SO ORDERED**

DATE: October 18, 2021

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT