UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Koen v. Monsanto*, No. 20-cv-3074 | **ORDER GRANTING EXTENSION**<br>Re: Dkt. No. 24; MDL Dkt. 14013 |

Plaintiff's unopposed motion to extend the time to file oppositions and cross-motions by one additional week (*see* dkt. 24; MDL dkt. 14013) is granted. The proposed deadlines set forth in the motion are hereby set.

**IT IS SO ORDERED.**

Dated: October 18, 2021

_____
VINCE CHHABRIA
United States District Judge