UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *John Adams v. Monsanto Company, et al.* Case No.: 3:21-cv-04466-VC | |

**[PROPOSED] ORDER**

    Before the Court is the Motion to Withdraw of Cam F. Justice as Attorney of Record for Plaintiff John Adams filed herein. Having considered said Motion and the applicable law, the Court finds that the Motion should be granted.

    IT IS THEREFOR ORDERED that the Motion to Withdraw of Cam F. Justice as Attorney of Record for Plaintiff is hereby **GRANTED**, and that Cam F. Justice is withdrawn as counsel of record herein for Plaintiff John Adams.

    Papers shall continue to be served on counsel for forwarding purposes, until Plaintiff John Adams appears by other counsel or pro se.

Date: _____

                                                                       _____
Honorable Vince Chhabria
United States District Court