Rhon E. Jones (JON093)
rhon.jones@beasleyallen,.com
William R. Sutton (SUT013)
william.sutton@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Phone: (334) 269-2343
Fax: (334) 954-7555

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. MDL No. 3:16-md-02741 - VC<br><br>**DECLARATION OF WILLIAM R. SUTTON IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT BARRY BOYD UNDER RULE 702** |
| This document relates to:<br><br>*Randall Dean Seidl v Monsanto Co.,*<br>Case No. 3:17-cv-00519-vc | |

# DECLARATION OF WILLIAM R. SUTTON

I, William R. Sutton, declare as follows:

1.  I am an attorney admitted to practice law in the states of Alabama and Georgia. I am an attorney at Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., the law firm representing Plaintiff Randall Dean Seidl. I am over the age of 18 years old, and if called to testify, I could and would testify to the facts stated in this Declaration. I submit this Declaration in support of Plaintiff

Randall Dean Seidl's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Expert Barry Boyd Under Rule 702.

2. Attached as **Exhibit 1** is a true and correct copy of Dr. Barry Boyd's Report for *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC, dated January 19, 2020.

3. Attached as **Exhibit 2** is a true and correct copy Dr. Barry Boyd's deposition transcript from *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC dated March 5, 2021.

4. Attached as **Exhibit 3** is a true and correct copy of Dr. Ron Schiff's deposition transcript from *Gerard Cervantes v. Monsanto Co.*, 3:19-cv-03015 dated March 5, 2021.

I declare under penalty of perjury laws of the United States that the foregoing is true and correct, and that this Declaration is executed on October 19, 2021 in Montgomery, Alabama.

/s/William R. Sutton
Rhon E. Jones (JON093)
William R. Sutton (SUT013)
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com