Rhon E. Jones (JON093)
William R. Sutton (SUT013)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
218 Commerce St
Montgomery, AL 36104
T: 334.269.2343
F: 334.954.7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Seidl v. Monsanto Co.,*<br>3:17-cv-00519-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF DR. CHARLES BENBROOK, DR. CHARLES JAMESON, AND MR. STEPHEN PETTY** |

In response to Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook, Dr. Charles Jameson, and Mr. Steven Petty,[1] and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon and applying the principles in Pre-Trial Order 202, but in order to fully preserve the appellate record, Plaintiffs hereby incorporate the following pleadings that were filed on the MDL docket:

- Plaintiffs' Response to Motion to Exclude Testimony of Dr. Charles Jameson on *Daubert* Grounds (MDL Doc #8332)

---

[1] This responds to Doc# 48 and MDL Doc # 13908.

- Plaintiffs' Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Dr. Charles Benbrook (MDL Doc #8344)

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Mr. Stephen Petty (MDL Doc #8357)

- Plaintiffs' Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Mr. Stephen Petty (MDL Doc #8359-3)

By incorporating by reference prior filings and attaching them to this pleading, Plaintiffs are in no way waving any arguments raised therein.

DATED: October 19, 2021

Respectfully submitted,

/s/ *William R. Sutton*
Rhon E. Jones (JON093)
William R. Sutton (SUT013)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
218 Commerce St
Montgomery, AL 36104
T: 334.269.2343
F: 334.954.7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM//ECF Filing System, which shall send electronic notification to counsel of record.

/s/ *William R. Sutton*