Rhon E. Jones (JON093)
rhon.jones@beasleyallen,.com
William R. Sutton (SUT013)
william.sutton@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Phone: (334) 269-2343
Fax: (334) 954-7555

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br><br><br><br><br><br><br> *Randall Dean Seidl v Monsanto Co.,* <br> Case No. 3:17-cv-00519-vc | **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |

In response to Monsanto's Motion to Exclude Testimony of Plaintiff's Experts Under Rule 702 and for Summary Judgment on Causation Grounds,[1] and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon, but in order to fully preserve the

---

[1] This opposition responds to Doc # 44 and MDL Doc # 13915.

appellate record, Plaintiff hereby incorporates the following pleadings, and the pleadings referenced therein, that were filed on the MDL docket:

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Experts Under Rule 702 and for Summary Judgment on Causation Grounds (ECF # 12876)

- Plaintiffs' Response in Opposition to Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts on *Daubert* Grounds and For Summary Judgement on Causation Grounds (MDL Doc# 8345)

- Plaintiffs' Response in Opposition to Monsanto's Daubert and Summary Judgment Motion Based on Failure of General Causation Proof (MDL Doc# 647)

- Plaintiffs' Supplemental Brief Pursuant to PTO 34 (MDL Doc #1135)

- Plaintiffs' Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Monsanto's Motion to Exclude Plaintiffs' General Causation Experts (MDL Doc #1461)

- Plaintiffs' Response in Opposition to Monsanto's Specific Causation *Daubert* and Summary Judgment Motion and *Daubert* Motion to Strike Certain Opinions of Monsanto Company' Expert Witnesses (MDL Doc #2478)

- Plaintiffs' Reply in Support of Their Daubert Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses (MDL Doc #2529)

Plaintiffs also incorporate the developing science on glyphosate. Among other more recent science, Plaintiffs incorporate and reference two articles that have been published since the above-referenced pleadings were submitted to the Court. *See* Exs. 1, 2, and 3 to Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts on *Daubert* Grounds and for Summary Judgment on Causation Grounds (ECF #13916). Plaintiffs incorporate and attach here the following articles that have been published since the above-referenced pleadings were submitted to the Court. See. Ex. 1, Zhang, *et al.*, *Exposure to Glyphosate-Based Herbicides and Risk/or Non-Hodgkin lymphoma: A Meta-Analysis and Supporting Evidence,* Mutation Research (2019); Ex. 2, Wang, *et al.*,

*Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice*, Journal of Hematology and Oncology (2019).

  By incorporating by reference prior filings and attaching them to this pleading, Plaintiffs are in no way waving any arguments raised therein.

DATED: October 19, 2021

                Respectfully submitted,

                /s/William R. Sutton
                Rhon E. Jones (JON093)
                William R. Sutton (SUT013)
                BEASLEY, ALLEN, CROW,
                METHVIN, PORTIS & MILES, P.C.
                218 Commerce Street
                Montgomery, AL 36104
                Telephone: (334) 269-2343
                Fax: (334) 954-7555
                rhon.jones@beasleyallen.com
                william.sutton@beasleyallen.com

                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of October, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM//ECF Filing System, which shall send electronic notification to counsel of record.

      /s/ William R. Sutton
      William R. Sutton