Rhon E. Jones (JON093)
rhon.jones@beasleyallen,.com
William R. Sutton (SUT013)
william.sutton@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Phone: (334) 269-2343
Fax: (334) 954-7555

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **DECLARATION OF WILLIAM R. SUTTON IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |
| *Randall Dean Seidl v Monsanto Co.,* Case No. 3:17-cv-00519-vc | |

## DECLARATION OF WILLIAM R. SUTTON

I, William Sutton, declare as follows:

1.     I am an attorney at Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. I am a member of good standing of the Bars of the States of Alabama and Georgia. I am one of the attorneys representing Plaintiff Randall Seidl. I respectfully submit this declaration in support of

Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Experts Under Rule 702 and For Summary Judgment on Causation Grounds. Except otherwise noted, I have personal knowledge of the facts set forth herein, and could testify competently to them if called upon to do so.

2. Annexed hereto as Exhibit 1 is a true and correct copy of Zhang, et al., *Exposure to Glyphosate-Based Herbicides and Risk/or Non-Hodgkin lymphoma: A Meta-Analysis and Supporting Evidence,* Mutation Research (2019).

3. Annexed hereto as Exhibit 2 is a true and correct copy of Wang, *et al.*, *Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice*, Journal of Hematology and Oncology (2019).

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: October 19, 2021

Respectfully submitted,

/s/William R Sutton
Rhon E. Jones (JON093)
William R. Sutton (SUT013)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM//ECF Filing System, which shall send electronic notification to counsel of record.

/s/ William R. Sutton
William R. Sutton