UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL NO. 2741 |
| ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NO. 3:16-md-02741-VC |
| This document relates to: | |
| Renae L. Kirsch, Executrix of the Estate of John C. Kirsch, deceased, et al. v. Monsanto Co., Case No. 3:18-cv-00064-VC | |

**PLAINTIFF'S MOTION FOR APPROVAL OF PETITION TO COMPROMISE**

1. On September 20, 2021, Plaintiff filed an Administrative Motion to File Under Seal along with a copy of the Petition for Approval of Compromise of a Wrongful Death/Survival Action pursuant to 20 Pa. C.S.A. Section 3323 and proposed order in the above captioned action.

2. The Petition to Compromise and related exhibits sought to be sealed were filed at docket 13-4.

3. The Administrative Motion to File Petition for Approval of Compromise Under Seal, was granted by the court by order dated October 13, 2021.

4. Plaintiff attaches hereto a redacted proposed order with the settlement amount and allocation of the settlement proceeds redacted.

5. Plaintiff files this Motion for Approval of the Petition to Compromise and respectfully requests this Honorable Court to approve the compromise of the Wrongful Death/Survival Action pursuant to the Petition for Approval of Compromise filed under seal.

WHEREFORE, plaintiff, Renae L. Kirsch, Executrix of the Estate of John C. Kirsch, deceased, respectfully requests that this Motion for Approval of the Petition to Compromise be granted to complete the settlement of the above captioned action.

Dated:  October 20, 2021               By: _____
                                            Daniel E. P. Bausher / Atty ID #29980
                                            STEVENS & LEE
                                            111 North Sixth Street
                                            Reading, PA 19603
                                            Phone:  (610) 478-2207
                                            Fax:  (610) 988-0802
                                            Email:  daniel.bausher@stevenslee.com

                                            Jeffrey D. Bukowski / Atty ID #76102
                                            Smith / Bukowski
                                            14133 Kutztown Road
                                            Fleetwood, PA 19522-1300
                                            Phone:  (610) 685-1600
                                            Fax:  (610) 685-1300
                                            Email:  jbukowski@smithbukowski.com

                                            *Attorneys for the Plaintiff*