# Attachment

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 2741 |
| | : | |
| ROUNDUP PRODUCTS LIABILITY LITIGATION | : | CASE NO. 3:16-md-02741-VC |
| | : | |
| This document relates to: | : | |
| | : | |
| Renae L. Kirsch, Executrix of the Estate of John C. Kirsch, deceased, et al. v. Monsanto Co., Case No. 3:18-cv-00064-VC | : | |

**ORDER**

AND NOW, this ____ day of _____, 2021, IT IS HEREBY ORDERED that the compromise of the wrongful death/survival action for a total of $_____ is approved and the proceeds from such settlement are authorized to be paid as follows:

| | |
|---|---|
| To: Petitioner, Renee L. Kirsch | $____ |
| To: SCIO Health Analytics on behalf of the Capital Blue Cross subrogation lien | $____ |
| To: Stevens & Lee, counsel fees | $____ |
| To: Stevens & Lee, P.C., litigation expenses | $____ |
| To: Smith Bukowski LLC, counsel fees | $____ |
| To: Common Benefit Fund of Plaintiffs' Executive Committee (8% of settlement amount) | $____ |

_____
Vince Chhabria
United States District Judge

3

SL1 1716833v1 111294.00001