UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 2741 |
| | : | |
| ROUNDUP PRODUCTS LIABILITY LITIGATION | : | CASE NO. 3:16-md-02741-VC |
| | : | |
| This document relates to: | : | |
| | : | |
| Renae L. Kirsch, Executrix of the Estate of John C. Kirsch, deceased, et al. v. Monsanto Co., Case No. 3:18-cv-00064-VC | : : : : | |

**CERTIFICATE OF SERVICE**

    I, DANIEL E. P. BAUSHER, ESQUIRE, certify that on this date, I served a certified true and correct copy of the foregoing Plaintiff's Motion for Approval of Petition to Compromise filed in this matter upon the following individuals and interested parties by United States first class mail, postage prepaid, and by e-mail, addressed as follows:

    Hollingsworth LLP
    Joe G. Hollingsworth, Esq.
    Eric G. Lasker, Esq.
    1350 I Street, NW
    Washington, DC  20005
    email: jhollingsworth@hollingsworthllp.com
    email: elasker@hollingsworthllp.com

    Joseph H. Blum, Esquire
    Shook, Hardy & Bacon LLP
    Two Commerce Square
    2001 Market Street, Suite 3000
    Philadelphia, PA  19103
    email: JBLUM@shb.com

    John P. Fedorko, Esquire
    EXL Service
    111 Ryan Court
    Suite 300
    Pittsburgh, PA  15205
    email: John.Fedorko@exlservice.com

Pennsylvania Department of Revenue
Wrongful Death/Survival Action Request
PA Department of Revenue
Inheritance Tax Division
P.O. Box 280601
Harrisburg, PA  17128-0601
U.S. mail and email:  RA-WDSAsettlement@pa.cgov

Brandon J. Kirsch
6 Antietam Drive
Birdsboro, PA  19508

Jessica D. Kirsch
6 Antietam Drive
Birdsboro, PA  19508

_____
Daniel E. P. Bausher, Esquire

Date:  October 20, 2021

2