| | |
|---|---|
| **WILKINSON STEKLOFF LLP** | **COVINGTON & BURLING LLP** |
| Brian L. Stekloff (*pro hac vice*) | Michael X. Imbroscio (*pro hac vice*) |
| (bstekloff@wilkinsonstekloff.com) | (mimbroscio@cov.com) |
| Rakesh Kilaru (*pro hac vice*) | One City Center |
| (rkilaru@wilkinsonstekloff.com) | 850 10th St. NW |
| 2001 M St. NW | Washington, DC 20001 |
| 10th Floor | Tel: 202-662-6000 |
| Washington, DC 20036 | |
| Tel: 202-847-4030 | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| Fax: 202-847-4005 | K. Lee Marshall (CA Bar No. 277092) |
| | (klmarshall@bclplaw.com) |
| **HOLLINGSWORTH LLP** | Three Embarcadero Center, 7th Floor |
| Eric G. Lasker (*pro hac vice*) | San Francisco, CA 94111 |
| (elasker@hollingsworthllp.com) | Tel: 415-675-3400 |
| 1350 I St. NW | Fax: 415-675-3434 |
| Washington, DC 20005 | |
| Tel: 202-898-5843 | Jed P. White (CA Bar No. 2392339) |
| Fax: 202-682-1639 | (jed.white@bclplaw.com) |
| | 120 Broadway, Suite 300 |
| | Santa Monica, CA 90401 |
| | Tel: 310-576-2100 |
| | Fax: 310-576-2200 |

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Spector, et al. v. Monsanto, Co.*, No.3:20-cv-05532 | **REPLY DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT** |
| | **Hearing:** |
| | Date: TBD |
| | Time: TBD |
| | Place: Courtroom 4 |

1    I, Jed P. White, hereby declare as follows:

2    1.    I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for
3 defendant Monsanto Company ("Monsanto").  I make this declaration in support of Monsanto's
4 Reply in Support of its Motion for Summary Judgment on all claims.  I make this declaration based
5 on my personal knowledge and, if called as a witness, I would and could testify competently to these
6 matters.

7    2.    Annexed hereto as Exhibit 1 are true and correct excerpts of the deposition transcript
8 of Plaintiff Beth Spector.

9    I hereby declare under penalty of perjury that the facts set forth herein are true and correct.
10 Executed this 20th day of October 2021, in Santa Monica, California.

/s/ Jed P. White
Jed P. White

1

WHITE REPLY DECLARATION IN SUPPORT OF MONSANTO'S MOTION FOR SUMMARY JUDGMENT
*SPECTOR, ET AL. V. MONSANTO, CO.*, NO. 3:20-CV-05532

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2386. My email address is raul.morales@bclplaw.com.

On October 20, 2021, I served the foregoing document(s), described as: **REPLY DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT** on each interested party in this action, as follows:

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING:  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court, or by another manner as authorized by FED. R. CIV. P. 5.

Executed on October 20, 2021, at Santa Monica, California.

☒ FEDERAL:  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Raul Morales*
Raul Morales