EXHIBIT 1

EXHIBIT 1

Beth Spector

```
 1                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2

 3

 4

    IN RE: ROUNDUP PRODUCTS
 5  LIABILITY LITIGATION

 6  This document relates to:     ) MDL No. 2741
    Beth Spector and Chuck Spector)
 7  wife and husband,             ) Case No. 16-md-02741-VC
    v. Monsanto Company           )
 8  Case No. 3:20-cv-05532        )

 9

10

11               TUESDAY, FEBRUARY 2, 2021

12         Videotaped deposition of Beth Spector,

13  conducted at the 1500 Gateway Boulevard, Suite 202,

14  Boynton Beach, Florida, 33426, commencing at 9:11 a.m.,

15  on the above date, before Dianne N. Sarkisian, Certified

16  Shorthand Reporter and Registered Professional Reporter.

17

18             GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
19                   deps@golkow.com

20

21

22

23

24

25
```

```
 1   APPEARANCES:
 2          MARC G. BRECHER, ESQUIRE
            Wapner Newman
 3          2000 Market Street
            Suite 2750
 4          Philadelphia, Pennsylvania  19103
            (215) 569-0900
 5          brecherm@wnwlaw.com
 6              Appearing on behalf of the Plaintiffs.
 7
 8
            MIHAI M. VRASMASU, ESQUIRE
 9          Shook, Hardy & Bacon, LLP
            201 South Biscayne Boulevard
10          Miami Center, Suite 3200
            Miami, Florida  33131
11          (305) 358-5171
            mvrasmasu@shb.com
12
                Appearing on behalf of the Defendant.
13
14   ALSO PRESENT:
15          Edwin Aragon, Video Technician
            Charles Spector
16
17
18
19
20
21
22
23
24
25
```

Beth Spector

```
 1                          INDEX
 2    Witness                                      Page
      Beth Spector
 3
 4    DIRECT EXAMINATION
      BY MR. VRASMASU:                              5
 5
 6
 7
                           EXHIBITS
 8
 9  Exhibit                                        Page
    (Exhibits attached to transcript.)
10
      DEFENDANT'S EXHIBIT 1, DEFENDANT              16
11    MONSANTO COMPANY'S NOTICE TO TAKE
      ORAL DEPOSITION OF PLAINTIFF BETH
12    SPECTOR
13    DEFENDANT'S EXHIBITS, 2-5,                   125
      PHOTOGRAPHS
14
      DEFENDANT'S EXHIBIT 6, PLAINTIFF FACT        245
15    SHEET
16    DEFENDANT'S EXHIBIT 7, FIRST AMENDED         245
      PLAINTIFF FACT SHEET
17
      DEFENDANT'S EXHIBIT 8, CIVIL ACTION          252
18    COMPLAINT AND DEMAND FOR JURY TRIAL
19
20
21
22
23
24
25
```

Beth Spector

```
 1   Boynton Beach, Florida
 2   Tuesday, February 2, 2021
 3   9:11 a.m.
 4                         ***
 5           VIDEO TECHNICIAN:  We are now on the
 6   record.  The time is 9:11 a.m.  Today's date is
 7   February 2nd, 2021.  This is the video deposition
 8   of Beth Spector, in the matter of Beth Spector and
 9   Charles Spector, wife and husband, versus Monsanto
10   Company.  The videographer is Edwin Aragon.  The
11   court reporter is Dianne Sarkisian.  We are on
12   behalf of Golkow Litigation Services.  This video
13   deposition is taking place at 1500 Gateway
14   Boulevard, Suite 220, Boynton Beach, Florida,
15   33426.
16           Now, Counsel, please identify yourself
17   and state whom you represent.
18           MR. BRECHER:  Marc Brecher for Beth
19   Spector and Chuck Spector.
20           MR. VRASMASU:  Good morning.  My name is
21   Mihai Vrasmasu with Shook, Hardy & Bacon for
22   Defendant, Monsanto.
23           VIDEO TECHNICIAN:  Would the court
24   reporter please swear in the witness.
25           COURT REPORTER:  Ma'am?
```

Beth Spector

```
 1                 THE WITNESS:  Yes.
 2                 COURT REPORTER:  Raise your right hand,
 3      please.
 4                 (Witness complied.)
 5                 COURT REPORTER:  Do you swear, the
 6      testimony you're about to give is the truth, the
 7      whole truth, and nothing but the truth?
 8                 THE WITNESS:  I do.
 9                 COURT REPORTER:  Thank you, ma'am.
10                      BETH SPECTOR,
11      was thereupon called as a witness herein, and after
12      having first been duly sworn or affirmed to testify
13      to the truth, was examined and testified as follows:
14                    DIRECT EXAMINATION
15   BY MR. VRASMASU:
16          Q.   Good morning, Ms. Spector.
17          A.   Good morning.
18          Q.   As I mentioned before we started, my
19      name is Mihai.  I'll be taking your deposition
20      today, and I represent the Defendant, Monsanto.
21      Do you understand?
22          A.   Yes.
23          Q.   Would you please state and spell your
24      full name for the record?
25          A.   My name Beth, B-e-t-h; Spector,
```

Beth Spector

1         VIDEO TECHNICIAN:  Going off the record.
2     The time is 11:32 a.m.
3         (Recess taken at 11:32 a.m.)
4         (Back on the record at 11:42 a.m.)
5         VIDEO TECHNICIAN:  Going back on the
6     record.  The time is 11:42 a.m.
7  BY MR. VRASMASU:
8         Q.  Now, before we took our break we were
9     talking about the specific Roundup products that
10    you recall.  And let me ask you this now, ma'am:
11    Do you ever recall seeing any advertisements for
12    Roundup?
13        A.  Probably.  That's why I knew that it was
14    a good product.
15        Q.  Do you remember when you may have seen
16    such advertisements?
17        A.  No.
18        Q.  You don't know if it was on TV, in
19    print, anything like that?
20        A.  I imagine it was both.
21        Q.  But you don't know, for sure?
22        A.  I don't know, for sure.
23        Q.  Do you remember when you may have seen
24    Roundup advertisements?
25        A.  No.

Beth Spector

1        Q.   Do you remember the contents of any
2   specific Roundup advertisement that you may have
3   seen?
4        A.   No.  Other than, I -- I'm sure I felt it
5   was a great product and I used it with confidence
6   and sprayed a lot.  It was my go-to.
7        Q.   Okay.
8        A.   Weeds: Roundup.
9        Q.   As you sit here today, you don't have
10  any specific recollection of any advertisements
11  you may have seen?
12       A.   Well, I read magazines and watch TV and
13  I imagine -- and, and seeing it in stores.  You
14  know, walking through Target or buying flowers.
15       Q.   Sure, and we'll get to that just in a
16  second, but just specifically as far as
17  advertisements go, you don't remember any specific
18  contents of advertisements, right?
19       A.   No.
20       Q.   Did you ever purchase Roundup or was it
21  purchased by your husband?
22       A.   It was purchased by my husband.  I can't
23  say that I never purchased it, but no, he took
24  care of all of that.
25       Q.   Did anyone ever recommend to you that

```
 1      you use Roundup?
 2           A.   I don't recall.
 3           Q.   You've never used any Roundup products
 4      in connection with any of your employment,
 5      correct?
 6           A.   Correct.
 7           Q.   Now, you mentioned that Roundup was a
 8      good product for killing weeds?
 9           A.   Correct.
10           Q.   What other reasons besides killing weeds
11      did you rely on herbicides like Roundup for?
12           A.   Nothing.
13           Q.   Did you find Roundup was effective at
14      killing weeds?
15           A.   Yes.
16           Q.   Were you pleased with how it killed
17      weeds?
18           A.   I was, yes.
19           Q.   If you did not have a product like
20      Roundup, how would you have had to have gone about
21      killing weeds?
22           A.   I would have had to pull them out.
23           Q.   It would have...
24           A.   And it was much easier to use Roundup,
25      to just spray them, than sit there and pull them
```

```
 1                    CERTIFICATE OF OATH
 2
 3   THE STATE OF FLORIDA)
 4   COUNTY OF MIAMI-DADE)
 5
 6            I, Dianne N. Sarkisian, CSR, Certified
 7   Shorthand Reporter, in my capacity as a Notary Public of
 8   the State of Florida at Large, authorized to administer
 9   oaths on this 2nd day of February 2021, at 9:11 AM,
10   certify that BETH SPECTOR personally appeared before me
11   and took an oath or affirmation for the purpose of
12   giving testimony in the above-entitled matter.
13
14
15
16            _____
17            Dianne N. Sarkisian
              Notary Public - State of Florida
18            My Commission No. GG 959678
              Expires:  02-18-2024
19
20
21
22
23
24
25
```

```
 1                CERTIFICATE OF REPORTER

 2

 3    THE STATE OF FLORIDA)

 4    COUNTY OF MIAMI-DADE)

 5

 6               I, DIANNE N. SARKISIAN, CSR, Certified

 7    Shorthand Reporter, and Notary Public of the State

 8    of Florida, do hereby certify that I was authorized

 9    to and did stenographically report the deposition

10    of CHARLES SPECTOR; that a review of the transcript

11    was waived; and that pages 1 through 278 is a true

12    record of the foregoing transcript.

13               I FURTHER CERTIFY that I am not a

14    relative nor employee of any counsel, nor any of

15    the parties in said suit, nor am I financially

16    interested in the action.

17               DATED this 9th day of February, 2021, at

18    Miami; Miami-Dade County, Florida.

19

20

21
                                 _____
22                               Dianne N. Sarkisian

                                 Certified Court Reporter
23

24

25
```