| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel:  202-847-4030<br>Fax: 202-847-4005<br><br>**HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel:  202-898-5843<br>Fax: 202-682-1639 | **COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel:  202-662-6000<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>K. Lee Marshall (CA Bar No. 277092)<br>(klmarshall@bclplaw.com)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Tel:  415-675-3400<br>Fax: 415-675-3434<br><br>Jed P. White (CA Bar No. 2392339)<br>(jed.white@bclplaw.com)<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Tel:  310-576-2100<br>Fax: 310 -576-2200 |

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>*David Schaffner, Jr. and Theresa Sue Schaffner v. Monsanto Co.,* Case No. 3:19-cv-07526-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE PLAINTIFFS' SPECIFIC CAUSATION EXPERT DR. RON SCHIFF ON RULE 702 GROUNDS** |

**DECLARATION OF JED P. WHITE**

I, Jed P. White, declare as follows:

1.  I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendants Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in Support of Monsanto Company's Reply Brief in Support of Motion to Exclude Plaintiffs' Specific Causation Expert Dr. Ron Schiff on Rule 702 grounds. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2.  Attached hereto as **Exhibit 10** is a true and correct copy of Dr. Ron Schiff's expert report in the matter *Gary Mellow v. Berryman Products Inc., et. al.*, Case No. RG19045434 (Sup. Ct., Alameda County), dated May 6, 2021.

3.  Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from IARC Monographs on The Evaluation of Carcinogenic Risks to Humans, *Chemical Agents and Related Occupations*, Volume 100 F (2012).

4.  Attached hereto as **Exhibit 12** is a true and correct copy of an article published by Dana Loomis, et. al. entitled *Carcinogenicity of benzene*, which was published in Lancet Oncology Volume 18, and is dated December 2017.

5.  Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from IARC Monographs on The Evaluation of Carcinogenic Risks to Humans, *Benzene*, Volume 120 (2018).

I hereby declare under penalty of perjury under the laws of the State of California and the United States of California that the foregoing is true and correct.

Executed October 20, 2021, at Santa Monica, California.

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of October, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Jed P. White