# **EXHIBIT 10**

RON D. SCHIFF, M.D., Ph.D.

Schiff Biomedical Consulting
6625 Stonington Drive
Tampa, Florida 33647

813-978-8327

Florida Medical License ME0066534

Certified by the American Board of Internal Medicine
in Internal Medicine, Medical Oncology,
and Hematology

May 6, 2021.

Andrew J. DuPont, Esq.
Locks Law Firm
The Curtis Center
601 Walnut Street, Suite 720 East
170 S. Independence Mall West
Philadelphia, PA  19106

Re: Gary Melloway *v.* Berryman Products, Inc., *et al.*

Dear Mr. DuPont,

The following summarizes my background, qualifications to serve as an expert witness, methodology, factual review, and opinions in the above-referenced case:

## BIOGRAPHICAL

I attended college at Northwestern University in Evanston, Illinois between 1970 and 1973, graduating with a B.A. in Biological Sciences and Psychology. I attended medical school and graduate school at Saint Louis University in St. Louis, Missouri from 1973 until 1980, graduating with a Ph.D. in Molecular and Cellular Biology in 1979 and an M.D. in 1980. During my final year of medical school, I completed a one-year post-doctoral fellowship in Molecular and Cellular Biology. I then completed an internship and residency in Internal Medicine at Northwestern University Medical Center in Chicago between 1980 and 1983. I also completed a

subspecialty fellowship in Medical Oncology and Hematology at Memorial Sloan-Kettering Cancer Center in New York from 1983 until 1986.

Once my training was completed, I served as a faculty member in the Department of Medicine, Division of Hematology/Oncology, at the Medical University of South Carolina in Charleston from 1986 until 1992. Subsequently, I was in private practice in Medical Oncology and Hematology in Charleston from 1992 until 1994. In July 1994, I relocated to Tampa, Florida, where I was in private practice in Medical Oncology and Hematology until I retired in May 2015. During my time in Tampa, I served as the Chair of the Cancer Committee at University Community Hospital and its successor, Florida Hospital Tampa, from January 1995 until April 2014.

I am Board-certified by the American Board of Internal Medicine in Internal Medicine (1983), Medical Oncology (1985), and Hematology (1988).

I established Schiff Biomedical Consulting for continuation of my medicolegal work in early 2011, and serve as its principal.

Additional biographical information is provided in my curriculum vitae.

## EXPERT QUALIFICATIONS

Based on my background, training, and experience, I present myself as an expert in medical oncology and hematology, and in related applications of molecular and cellular biology, in which I have also earned a doctoral degree. Medical oncology and hematology, which are subspecialties of internal medicine, encompass the causes, disease mechanisms, diagnosis, staging, treatment, and prognosis of the various forms of cancer and of the disorders of the blood and bone marrow, respectively. Expertise in the causes and disease mechanisms of cancer and hematologic disorders applies not only to knowledge of the relevant biology, but also to the concept of causation in legal settings.

Medical oncologists and hematologists are trained in the biological (for example, genetic mutations), chemical (carcinogens), and physical (radiation) causes of cancer involving solid organs, the bone marrow, the blood, and the lymphatic system. Epidemiology, which is the study of the distribution and determinants of diseases in populations, is an important component of training in cancer causation. Medical oncologists and hematologists must also have a detailed understanding of the molecular and cellular pathways by which a cancer develops, progresses, invades nearby tissues, and spreads via the lymphatic system to nearby lymph nodes and through the blood circulation to distant metastatic sites.

With respect to the present legal matter, my 29 years of clinical practice included the diagnosis and treatment of the full range of myeloid neoplasms, including acute myeloid leukemia. I am being compensated in this matter, although my compensation is not dependent upon the outcome. In reaching my conclusions, I have reviewed and relied upon a number of sources of information, including textbooks and published research articles, as well as upon my

background, training, and experience in medical oncology, hematology, and molecular and cellular biology. My biographical information and professional qualifications are summarized in the first section of the present report as well as in my curriculum vitae. As an adult medical oncologist and hematologist with an additional doctoral degree in molecular and cellular biology, I submit that my educational background, training, experience in the management of patients with acute myeloid leukemia, and familiarity with the medical literature substantiate my ability to serve as an expert witness in the Gary Melloway legal matter.

## METHODOLOGY

The procedures that I utilize in determining whether a causal relationship exists between exposure to an environmental agent and a disease, condition, or illness are the generally accepted scientific methods utilized by regulatory agencies and reported in peer-reviewed medical and scientific journals. This methodology is based upon established and accepted rules of scientific evidence, including assessment of the Hill criteria (1) as they apply to evaluation of causation, and the weight-of-evidence approach recommended by the National Research Counsel of the National Academy of Sciences and by the International Agency for Research on Cancer. I have also employed these methods when assessing disease causation in the clinical practice of medical oncology and hematology.

In reaching my opinions about general causation between exposure to a chemical agent, and the development of a disease, I apply the generally accepted Hill criteria (1) for analyzing causation, including strength and consistency of association, dose (or exposure)-response, temporality, biological plausibility, specificity, coherence, availability of animal or other experimental models, and analogy to previously unexplained exposure-outcome findings in different clinical and experimental systems. In reaching my opinions about specific causation, I consider the relevant exposure, or "dose," of the chemical agent, and whether or not that dose has been associated with the disease in the medical and scientific literature. As part of this process I perform a differential etiological analysis, considering evidence for alternative or competing causes.

## FACTUAL REVIEW

At your request, I have reviewed all of the medical records provided to me concerning Mr. Gary Melloway, date of birth 6/19/53, and the diagnosis and treatment of his blood and bone marrow disorder, along with the Plaintiff's Complaint for Damages for Personal Injuries and the report of Dr. Rachael Jones, Plaintiff's industrial hygiene expert. All of these documents were sent to me by your office. I have formed opinions regarding the information disclosed therein.

Mr. Melloway was 58 years old when a comprehensive metabolic panel (CMP) and direct bilirubin were obtained on April 24, 2012, representing his earliest available medical records: The results were normal.

On May 31, 2019, Mr. Melloway was evaluated at Family and Internal Medicine in Placerville, California for decreased energy for three weeks, generalized weakness, a single acute

episode of hematochezia (bright red blood in the stool), a recurring skin lesion on the left thigh distally, and a decreased appetite for five days. He had evidently lost ten pounds to a current weight of 140 pounds. The skin lesion had been present for five years and was described as irritating, pruritic, and scaly. There were no known allergies. Mr. Melloway's only medication was Advil as needed for lower back pain. Past medical history and review of systems were significant for hypoglycemia, hypercholesterolemia, and sacral pain. The sacral pain had decreased in frequency and was now only occasional. The family history was apparently negative for hematopoietic and lymphoid malignancies. Mr. Melloway was widowed, employed as an auto mechanic, and smoked cigarettes. Physical examination revealed a height of 5 feet 5 inches, a weight of 140 pounds 8 ounces, a BMI of 23.38 kg/sq m, possible jaundice, multiple ecchymoses (bruises) on the upper extremities, a 1-cm skin lesion on the left thigh suggestive of a seborrheic keratosis, and diffusely decreased breath sounds. The skin lesion on the left thigh was treated with liquid nitrogen.

On June 3, 2019, stool occult blood testing was positive. CBC values included hemoglobin 8.1, hematocrit 24.3, MCV 100.4, WBC 15.9, and platelets 38. The WBC differential was 14 segmented neutrophils, 14 lymphocytes, 69 monocytes, 2 basophils, and 1 promyelocyte; there was one nucleated red blood cell per 100 white blood cells. A CMP revealed albumin 3.0 (normal range 3.2 to 4.7), but no other significant abnormalities. A lipid panel included a low HDL cholesterol of 22 (normal range at least 40), an elevated LDL cholesterol of 111 (normal range less than 100), and an elevated total cholesterol:HDL cholesterol ratio of 6.9 (normal range 2.0 to 5.0). The free T4 was 1.0 and the TSH 1.70. A hepatitis C virus antibody screen was negative.

On June 13, 2019, CBC values included hemoglobin 5.6, hematocrit 16.9, MCV 99.4, WBC 16.7, and platelets 21. The WBC differential was 12 segmented neutrophils, 16 lymphocytes, and 72 monocytes; there were 1.6 nucleated red blood cells per 100 white blood cells. Iron studies included serum iron 166, TIBC 238, transferrin saturation 70%, transferrin 160, and ferritin 301. The vitamin B12 was greater than 1500 (normal range 180 to 914) and the serum folate 5.8 (normal range 5.9 to 20.0). Mr. Melloway was evaluated at the Marshall Medical Emergency Department for progressive anemia along with thrombocytopenia and occult rectal bleeding. It was noted that he had been treated with iron and pantoprazole (Protonix) since the previous week. His only complaints were weakness and mild or even minimal fatigue. He had recently quit smoking with the assistance of a nicotine patch. Physical examination revealed stabilization of his weight at 140 pounds and dark stool which tested positive for occult blood, but was otherwise normal. Repeat CBC values included hemoglobin 4.7, hematocrit 13.8, MCV 97.9, WBC 18.9, and platelets 18. The WBC differential was 1 band, 9 segmented neutrophils, 8 lymphocytes, 73 monocytes, 3 eosinophils, 4 basophils, and 2 promyelocytes; there was one nucleated red blood cell per 100 white blood cells. A pathologist's review of the peripheral smear revealed 46% blasts, consistent with acute myeloid leukemia (AML), with a few demonstrating monocytic differentiation, and rare Auer rods. The reticulocyte count was 1.01%. Coagulation studies included PT 16.3 with an INR of 1.40, APTT 25.4, fibrinogen 391, and D-dimer 590 (normal range 200 to 230). Blood chemistry values included LDH 608 (normal range 98 to 192) and uric acid 5.7. Repeat iron studies included serum iron 167, TIBC 243, transferrin saturation 69%, transferrin 163, and ferritin 344 (normal range 24 to 336). Initial treatment

included the administration of two units of packed red blood cells and one unit of platelets. The platelet transfusion was complicated by the development of pruritus (itching), for which diphenhydramine (Benadryl) was administered intravenously.

Mr. Melloway was transferred to the University of California at Davis from June 13 until July 17, 2019 for further evaluation and management of apparent AML. Flow cytometric analysis of the peripheral blood revealed 68% myeloblasts expressing CD34 (small subset), CD117, partial dim CD7, dim CD11c, CD13, CD33, CD38, CD123, HLA-DR, and myeloperoxidase. FISH analysis of the peripheral blood revealed no evidence of the t(15;17) translocation associated with acute promyelocytic leukemia. On June 14, 2019, CBC values included hemoglobin 7.7, hematocrit 23.0, MCV 89.9, WBC 15.0 with 19.8% neutrophils and 60.4% blasts, and platelets 52. A pathologist's review of the peripheral smear identified hypogranular and occasional hyposegmented neutrophils and confirmed the presence of numerous blasts and rare Auer rods. Bone marrow aspiration and biopsy revealed a markedly hypercellular (approximately 95%) specimen with decreased multilineage maturation, dysplastic changes in the erythroid and granulocytic lineages including occasional irregular nuclear contours and rare nuclear budding in the erythroid lineage and occasional hypogranular neutrophils, sheets of blasts comprising 61.6% of bone marrow cellularity, adequate iron stores with no ringed sideroblasts, and mildly increased reticulin fibrosis. Immunohistochemical staining of the bone marrow biopsy identified a blast population expressing CD34 and CD117. Flow cytometric analysis of the bone marrow aspirate yielded findings identical to the flow cytometric analysis of the peripheral blood on the previous day. Cytogenetic analysis of the bone marrow aspirate demonstrated a normal male karyotype. FISH analyses of the bone marrow aspirate revealed no evidence of a favorable-risk t(8;21) translocation or CBFB (16q22) rearrangement, nor of a non-favorable-risk inversion of chromosome 3/t(3;3) translocation, 5q- deletion, monosomy 5, 7q-deletion, monosomy 7, trisomy 8, t(15;17) translocation, 17 p- deletion (TP53 mutation), t(6;9) translocation, ETV6 rearrangement, or KMT2A (mixed-lineage leukemia) rearrangement. However, a myeloid molecular profile of the bone marrow aspirate, obtained by next-generation sequencing, demonstrated mutations in the FLT3 (two mutations, both of the tyrosine kinase domain or TKD type; there was no internal tandem duplication or ITD mutation), NPM1, and SMC3 genes. An echocardiogram showed a left ventricular ejection fraction of 60%. HLA typing was obtained in anticipation of allogeneic stem cell transplantation (in which the stem cells are donated to the patient by another individual), and a peripherally inserted central catheter (PICC) was placed in the right upper extremity. Mr. Melloway was treated with induction chemotherapy for his AML with idarubicin (Idamycin) daily for three days and standard-dose cytarabine (ara-C, Cytosar-U) by continuous intravenous infusion daily for seven days between June 19 and June 26, 2019. Midostaurin (Rydapt) was administered twice daily for 14 days from June 27 until July 11, 2019. Allopurinol (Zyloprim) was administered in an effort to prevent tumor lysis syndrome. Anti-emetic medications were administered prophylactically and on an as-needed basis. Antimicrobial agents administered prophylactically or in response to episodes of neutropenic fever included cefepime (Maxipime), vancomycin (Vancocin), levofloxacin (Levaquin) metronidazole (Flagyl), isavuconazonium (Cresemba), and acyclovir (Zovirax). Until his blood counts recovered, Mr. Melloway required frequent, even daily or near-daily, transfusions of packed red blood cells and platelets to compensate for severe anemia and thrombocytopenia. Mr. Melloway's course was also complicated by the development of an

apparent drug rash, attributed to either cefepime or cytarabine.  On June 25, 2019, one of three blood cultures grew S. viridans.  On June 26, 2019, coagulation studies included PT 12.2 with an INR of 1.25, APTT 25.5, fibrinogen 338, and D-dimer 246.  One of three blood cultures grew S. haemolyticus, possibly representing a skin contaminant, which was methicillin-resistant.  A stool specimen tested negative for C. difficile toxin.  On July 2, 2019, CBC values included hemoglobin 7.4, hematocrit 21.5, MCV 86.1, WBC 0.6 with 10.7% neutrophils, and platelets 29.  Blood cultures were negative.  A day-14 bone marrow aspirate and biopsy were hypocellular (10%), with markedly reduced trilineage hematopoiesis, no evidence of excess blasts, adequate iron stores without ringed sideroblasts, and focal mild reticulin fibrosis.  Immunohistochemical staining of the bone marrow biopsy revealed approximately 1% blasts expressing CD34 and rare immature cells expressing CD117.  Flow cytometric analysis of the bone marrow aspirate also revealed no evidence of excess blasts.  On July 3, 2019, an EKG showed sinus rhythm with occasional ventricular ectopic activity and a non-specific repolarization abnormality.  On July 4, 2019, Mr. Melloway required evaluation for fever.  A urinalysis revealed small occult blood, 2 red blood cells, and less than 1 white blood cell.  Blood cultures were negative.  A single-view chest x-ray revealed a right-sided PICC terminating in the lower superior vena cava and atherosclerotic calcification of the aorta.  On July 6, 2019, coagulation studies included PT 13.3 with an INR of 1.36, APTT 28.6, fibrinogen 258, and d-dimer 346 (normal range up to 230).  A CT scan of the abdomen and pelvis was obtained as part of an evaluation for gastrointestinal bleeding and revealed a cyst in the left liver lobe, three small arterially hyperenhancing foci in the right liver lobe inferiorly, two additional low-density lesions too small to characterize, non-specific trace pericholecystic fluid, calcified splenic granulomas, atherosclerotic calcification of the aorta and its branches, a small focal blush in the cecum on the arterial phase that increased slightly on the portal venous phase consistent with active extravasation of contrast, and mild colonic diverticulosis.  A superior mesenteric arteriogram confirmed the presence of contrast extravasation in the region of the cecum.  A cecal branch was embolized at the site of the extravasation.  On July 16, 2019, CBC values included hemoglobin 9.2, hematocrit 26.6, MCV 87.5, WBC 2.5 with 1.0% bands and 66.3% segmented neutrophils, and platelets 429.  Abnormal blood chemistry values were limited to glucose 194, albumin 2.8 (normal range 3.2 to 4.6), and total protein 5.6 (normal range 6.3 to 8.3).  On July 17, 2019, the day of discharge, a bone marrow aspirate and biopsy were normocellular (30 to 40%), with trilineage maturation, no excess blasts (2.8%), increased iron stores without ringed sideroblasts, and mild reticulin fibrosis.  Flow cytometric analysis of the bone marrow aspirate revealed no evidence of excess blasts.  Cytogenetic analysis of the bone marrow aspirate showed a normal male karyotype.  A myeloid molecular profile of the bone marrow aspirate, obtained by next-generation sequencing, revealed no evidence of mutations.  These results were consistent with remission in the bone marrow, although the blood counts still had not recovered fully.  Discharge medications included midostaurin 50 mg twice daily with meals on days 8 through 21 of each 28-day cycle, ferrous sulfate 325 mg twice daily, and vitamin C 500 mg twice daily.

At the time of his first outpatient follow-up visit to Dr. Brian Jonas, a medical oncologist and hematologist, at UC Davis Cancer Center Clinic on July 24, 2019, Mr. Melloway was asymptomatic.  He was noted to have received pegfilgrastim (Neulasta) on day 12 of treatment with midostaurin, with plans to do the same during subsequent cycles.  Reference was made to a history of mild aortic stenosis and to possible benzene exposure.  Physical examination was

significant for a weight of 137 pounds 2 ounces, poor dentition, a grade III/VI systolic ejection murmur, and a PICC in the right upper extremity, but was otherwise normal. CBC values included hemoglobin 10.7, hematocrit 31.4, MCV 92.7, WBC 5.0 with 59.9% neutrophils, and platelets 640. CMP values included glucose 65, albumin 3.0, and total protein 5.8; there were no other significant abnormalities. Dr. Jonas referred to the subtype of Mr. Melloway's leukemia as AML with NPM1 mutation and acknowledged the achievement of a complete remission as documented by the bone marrow examination on July 17, 2017, although noting that the possibility of minimal residual disease (MRD) had not been definitively ruled out as quantitative RT-PCR for NPM1 had not been obtained. He made note of prior benzene exposure. Dr. Jonas projected a three-year overall survival after complete remission of 72% without transplant, 74% with an allogeneic stem cell transplant in first complete remission, and 75% with an allogeneic stem cell transplant after relapse. Citing favorable-risk disease, allogeneic stem cell transplantation in first complete remission was deferred in favor of four cycles of intermediate-dose cytarabine plus midostaurin, to begin on July 29, 2019, followed by maintenance therapy with midostaurin.

Mr. Melloway was indeed readmitted to UC Davis from July 29 until August 3, 2019 to receive the first of four planned cycles of consolidation chemotherapy with intermediate-dose cytarabine. It was noted that Mr. Melloway had been taking levofloxacin since July 28, 2019. Admission CBC values included hemoglobin 10.8, hematocrit 31.8, MCV 93.2, WBC 5.3 with 60.5% neutrophils, and platelets 324. Coagulation studies included PT 10.1 with an INR of 1.02, APTT 31.9, fibrinogen 338, and D-dimer less than 150; all of these values were normal. Blood chemistry values included albumin 3.0 and total protein 5.5; there were no other significant abnormalities, with a normal LDH of 127 and uric acid of 4.5. On July 30, 2019, an EKG showed sinus bradycardia, but was otherwise normal. Intermediate-dose cytarabine chemotherapy was administered on July 30, August 1, and August 3, 2019. After a single-view chest x-ray on July 31, 2019 showed that the right upper extremity PICC terminated at the confluence of the brachiocephalic vein and superior vena cava, the catheter was immediately changed. The new catheter required repositioning on the following day. On August 2, 2019, CBC values included hemoglobin 10.8, hematocrit 32.2, MCV 95.6, WBC 5.6 with 77.0% neutrophils, and platelets 235. CMP values included albumin 3.1 and total protein 5.6; there were no other significant abnormalities.

On August 5, 2019, CBC values included hemoglobin 10.4, hematocrit 30.2, MCV 94.4, WBC 4.6 with 75.1% neutrophils, and platelets 147. CMP values included BUN 27 (normal range 8 to 22) with a normal creatinine of 0.74, albumin 3.1, and total protein 5.4; there were no other significant abnormalities.

On August 8, 2019, Mr. Melloway weighed 137 pounds 9.1 ounces, corresponding to a BMI of 23.2 kg/sq m. CBC values included hemoglobin 10.3, hematocrit 30.5, MCV 93.7, WBC 2.7 with 66.0% neutrophils, and platelets 65. CMP values included BUN 23 with a normal creatinine of 0.90 and total protein 5.8; there were no other significant abnormalities, the albumin having normalized to 3.2. Administration of midostaurin and pegfilgrastim were being continued with each chemotherapy cycle.

On August 12, 2019, Mr. Melloway weighed 139 pounds 8.8 ounces, corresponding to a BMI of 23.54 kg/sq m.  CBC values included hemoglobin 9.6, hematocrit 28.2, MCV 93.1, WBC 1.9 with 66.8% neutrophils, and platelets 4.  A CMP was normal except for total protein 5.9.  A platelet transfusion was administered.

Mr. Melloway was admitted to Marshall Medical Center from August 13 until August 16, 2019 for evaluation and management of neutropenic fever, with a temperature of 101.3° at home immediately prior to admission.  Other complaints included chills, generalized weakness, and a mild headache.  There were no localizing symptoms of infection.  His weight was 140 pounds, corresponding to a BMI of 23.30 kg/sq m.  Admission physical examination was normal except for tachycardia at a rate of 105/min in the Emergency Department.  CBC values included hemoglobin 9.1, hematocrit 26.7, MCV 92.7, WBC 1.3 with 21.4% neutrophils, and platelets 23.  However, a pathologist's review of the peripheral smear yielded a WBC differential of 2 segmented neutrophils, 60 lymphocytes, 8 atypical lymphocytes, 22 monocytes, 2 eosinophils, 4 metamyelocytes, and 2 myelocytes.  A urinalysis was normal except for haziness.  A CMP revealed no significant abnormalities, with the total protein having normalized to 6.0.  Blood cultures were negative.  A chest x-ray revealed a PICC extending from the right upper extremity to the distal superior vena cava near the right atrium, and was otherwise normal.  Treatment included the administration of intravenous hydration fluids, cefazolin and subsequently cefepime, and filgrastim (Neupogen), while prophylactic levofloxacin, isavuconazonium, and acyclovir were continued.  EKG monitoring during Mr. Melloway's hospitalization showed episodes of ventricular and supraventricular tachycardia.  On August 16, 2019, CBC values included hemoglobin 8.0, hematocrit 23.8, MCV 93.3, WBC 58.0, and platelets 96.  CMP values included albumin 3.0 and total protein 5.5; there were no other significant abnormalities.him

On August 19, 2019, CBC values included hemoglobin 9.9, hematocrit 29.2, MCV 92.0, WBC 44.3 with 82.7% neutrophils, and platelets 253.  A CMP was normal except for alkaline phosphatase 169 (normal range 35 to 115), with the albumin having normalized to 3.6 and the total protein to 6.4.

On August 22, 2019, CBC values included hemoglobin 9.8, hematocrit 28.5, MCV 92.3, WBC 20.7, and platelets 445.  The WBC differential was 9 bands, 72 segmented neutrophils, 5 lymphocytes, 6 monocytes, 1 eosinophil, 4 myelocytes, and 3 promyelocytes; there were 3 nucleated red blood cells per 100 white blood cells.  CMP values included alkaline phosphatase 122; there were no other significant abnormalities.

On August 23, 2019, Mr. Melloway was asymptomatic except for increased sensitivity to sunlight and left-sided back pain likely due to sleeping position.  He reported that he had quit smoking in June 2019.  His weight was 134 pounds 14.7 ounces.  Physical examination revealed poor dentition and a grade III/VI ejection murmur, but was otherwise normal.

On August 26, 2019, CBC values included hemoglobin 10.4, hematocrit 30.5, MCV 94.4, WBC 9.5 with 84.2% neutrophils, and platelets 484.  A CMP revealed total protein 6.2; there were no other significant abnormalities.

Mr. Melloway was readmitted to UC Davis from August 29 until September 3, 2019 to receive the second of four planned cycles of consolidation chemotherapy with intermediate-dose cytarabine. Admission CBC values included hemoglobin 11.3, hematocrit 34.0, MCV 95.6, WBC 10.9 with 96.8% neutrophils, and platelets 425. Blood chemistry values were normal except for glucose 136; there were no other significant abnormalities, with a uric acid of 5.0. T. pallidum IgG/IgM antibodies and Toxoplasma IgG antibodies were negative. A respiratory virus panel was positive for rhinovirus/enterovirus. Herpes simplex virus-I and herpes simplex virus-II IgG antibodies were negative. An Epstein-Barr virus antibody profile included nuclear antigen IgG antibody positive, early antigen IgG antibody positive, viral capsid antigen IgG antibody positive, and viral capsid antigen IgM antibody negative, together consistent with recent infection. HTLV-I/II antibodies were negative. A single-view chest x-ray revealed atherosclerotic calcification of the aorta, degenerative changes involving the spine, and projection of the PICC within the distal superior vena cava. On August 30, 2019, bone marrow aspiration and biopsy revealed mild hypocellularity (approximately 30%) with adequate trilineage hematopoiesis, 0.5% blasts, adequate iron stores without ringed sideroblasts, and mild reticulin fibrosis. Immunohistochemical staining of the biopsy specimen demonstrated no evidence of an abnormal cell population. Flow cytometric analysis of the bone marrow aspirate revealed no evidence of excess blasts. Cytogenetic analysis of the bone marrow aspirate demonstrated a normal male karyotype. Molecular genetic analysis of the bone marrow aspirate revealed no evidence of NPM1 (for MRD) or FLT3 mutations. Intermediate-dose cytarabine chemotherapy was administered on August 30, September 1, and September 3, 2019. On September 2, 2019, CBC values included hemoglobin 9.9, hematocrit 28.2, MCV 95.5, WBC 5.0 with 94.9% neutrophils, and platelets 235. CMP values included BUN 24 with a normal creatinine of 1.02, glucose 150, albumin 3.0, and total protein 5.5; there were no other significant abnormalities.

On September 5, 2019, CBC values included hemoglobin 10.0, hematocrit 29.2, MCV 96.4, WBC 4.7 with 86.4% neutrophils, and platelets 156. CMP values included BUN 24 with a normal creatinine of 0.79 and total protein 5.8; there were no other significant abnormalities, with the glucose having normalized to 83 and the albumin to 3.3.

On September 9, 2019, Mr. Melloway's weight was 136 pounds 11 ounces, corresponding to a BMI of 22.75 kg/sq m. CBC values included hemoglobin 9.3, hematocrit 26.8, MCV 95.7, WBC 1.7 with 51.4% neutrophils, and platelets 34. CMP values included total protein 6.1; there were no other significant abnormalities, with the BUN having normalized to 13.

On September 12, 2019, Mr. Melloway weighed 136 pounds 3.9 ounces. CBC values included hemoglobin 8.9, hematocrit 25.5, MCV 95.5, WBC 1.7, and platelets 6. A CMP was normal except for total protein 6.1. A platelet transfusion was administered.

On September 16, 2019, CBC values included hemoglobin 7.9, hematocrit 23.5, MCV 95.5, WBC 34.1, and platelets 27. The WBC differential was 10 bands, 53 segmented neutrophils, 11 lymphocytes, 16 monocytes, 2 eosinophils, and 8 promyelocytes; there was one nucleated red blood cell per 100 white blood cells.. CMP values included alkaline phosphatase

142 (normal range 38 to 126); there were no other significant abnormalities, with the total protein having normalized to 6.4. A transfusion of two units of packed red blood cells was administered on the following day.

On September 19, 2019, CBC values included hemoglobin 10.4, hematocrit 31.0, MCV 96.0, WBC 38.1, and platelets 71. The WBC differential was 6 bands, 57 segmented neutrophils, 9 lymphocytes, 1 atypical lymphocyte, 13 monocytes, 7 metamyelocytes, and 7 myelocytes. CMP values included alkaline phosphatase 146; there were no other significant abnormalities.

On September 20, 2019, Mr. Melloway complained of an intermittent dry cough occurring only at his home in the mountains. He weighed 136.91 pounds, corresponding to a BMI of 22.13 kg/sq m, also recorded as 136 pounds 14.5 ounces, corresponding to a BMI of 22.08 kg/sq m. Physical examination was unchanged compared with that reported on August 23, 2019.

On September 23, 2019, CBC values included hemoglobin 10.8, hematocrit 32.2, MCV 96.4, WBC 19.8, and platelets 214. The WBC differential was 4 bands, 80 segmented neutrophils, 2 lymphocytes, 12 monocytes, 1 myelocyte, and 1 promyelocyte; there was one nucleated red blood cell per 100 white blood cells. CMP values included alkaline phosphatase 129; there were no other significant abnormalities.

On September 26, 2019, CBC values included hemoglobin 10.7, hematocrit 31.7, MCV 97.5, WBC 13.4 with 82.2% neutrophils, and platelets 281. A CMP was normal, with the alkaline phosphatase having normalized to 105.

Mr. Melloway was readmitted to UC Davis from September 30 until October 5, 2019 to receive the third of four planned cycles of consolidation chemotherapy with intermediate-dose cytarabine. Admission CBC values included hemoglobin 10.6, hematocrit 32.5, MCV 99.1, WBC 6.9 with 78.0% neutrophils, and platelets 307. A CMP was normal except for glucose 153. Intermediate-dose cytarabine chemotherapy was administered on September 30, October 2, and October 4, 2019. On October 4, 2019, CBC values included hemoglobin 9.9, inadequate 29.0, MCV 98.4, WBC 7.0 with 96.9% neutrophils, and platelets 229. CMP values included glucose 151, albumin 2.9, and total protein 5.5; there were no other significant abnormalities.

On October 7, 2019, CBC values included hemoglobin 9.8, hematocrit 29.7, MCV 100.3, WBC 4.0 with 78.2% neutrophils, and platelets 139. CMP values included glucose 150 and total protein 5.8; there were no other significant abnormalities, with the albumin having normalized to 3.3..

On October 10, 2019, CBC values included hemoglobin 9.4, hematocrit 28.2, MCV 99.6, WBC 2.6 with 62.6% neutrophils, and platelets 68. A CMP revealed no significant abnormalities, with the glucose having normalized to 98 and the total protein to 6.0.

On October 11, 2019, Mr. Melloway weighed 136 pounds 0.4 ounce, corresponding to a BMI of 22.64 kg/sq m.

On October 13, 2019, Mr. Melloway was evaluated at the Marshall Medical Center Emergency Department for an acute recurrence of rectal bleeding, possibly associated with diarrhea. At that time, Mr. Melloway acknowledged that he was still smoking "socially." Physical examination revealed a weight of 140 pounds, pallor, and the presence of occult blood in the stool, but was otherwise normal. CBC values included hemoglobin 8.4, hematocrit 25.3, MCV 98.8, WBC 3.0 with 71.8% neutrophils, and platelets 9. The PT was 12.9 with an INR of 1.11. CMP values included BUN 22 with a normal creatinine of 0.86; there were no other significant abnormalities. A platelet transfusion was administered. Mr. Melloway was transferred to Sutter Roseville Medical Center in Roseville, California from October 13 until October 18, 2019 for further evaluation and management of rectal bleeding, now described as hematochezia. Mr. Melloway related a history of colon polyps and diverticulosis, and complained of tooth loss while receiving chemotherapy. His weight was 133 pounds 3.2 ounces. Admission physical examination was normal. CBC values included hemoglobin 6.4, hematocrit 19.6, MCV 102, WBC 2.0, and platelets 76. CMP values included glucose 142, albumin 2.8, and total protein 5.4; there were no other significant abnormalities, with the BUN having normalized to 16. A transfusion of packed red blood cells was administered. Midostaurin was held and filgrastim (Neupogen) administered to facilitate white blood cell and neutrophil recovery. On October 14, 2019, a chest x-ray showed no evidence of acute cardiopulmonary disease. Additional packed red blood cell and platelet transfusions were administered on October 15, 2019, after another recurrence of rectal bleeding. The rectal bleeding resolved with blood product support. On October 17, 2019, a BMP demonstrated no significant abnormalities, with the glucose having normalized to 97. A final platelet transfusion was administered. On October 18, 2019, the day of discharge, CBC values included hemoglobin 9.4, hematocrit 28.4, WBC 21.2, and platelets 109.

On October 21, 2019, CBC values included hemoglobin 9.5, hematocrit 28.9, MCV 96.0, WBC 40.5, and platelets 88. The WBC differential was 9 bands, 57 segmented neutrophils, 9 lymphocytes, 7 monocytes, 7 myelocytes, and 11 promyelocytes. CMP values included alkaline phosphatase 127; there were no other significant abnormalities, with the albumin having normalized again to 3.4 and the total protein to 6.7.

On October 24, 2019, CBC values included hemoglobin 9.5, hematocrit 28.9, MCV 95.1, WBC 23.5, and platelets 121. The WBC differential was 5 bands, 71 segmented neutrophils, 7 lymphocytes, 7 monocytes, 1 eosinophil, 5 metamyelocytes, and 4 myelocytes; there were two nucleated red blood cells per 100 white blood cells. CMP values included alkaline phosphatase 131; there were no other significant abnormalities.

On October 28, 2019, CBC values included hemoglobin 10.3, hematocrit 31.4, MCV 97.5, WBC 12.8, and platelets 212. The WBC differential was 83 segmented neutrophils, 11 lymphocytes, 1 metamyelocyte, 1 myelocyte, and 4 promyelocytes. A CMP was entirely normal, with the alkaline phosphatase having normalized to 99.

On October 30, 2019, Mr. Melloway was asymptomatic. There had been no further recurrence of rectal bleeding. His weight was 136 pounds 14.5 ounces. Once again, physical examination was normal except for poor dentition and a grade III/VI ejection murmur.

●                          ●

On October 31, 2019, CBC values included hemoglobin 10.5, hematocrit 31.8, MCV 99.7, WBC 8.5, and platelets 236. The WBC differential was 1 band, 84 segmented neutrophils, 6 lymphocytes, 7 monocytes, 1 basophil, and 1 myelocyte; there was one nucleated red blood cell per 100 white blood cells. A CMP was again normal.

Mr. Melloway was readmitted to UC Davis from November 4 until November 9, 2019 to receive the fourth and final planned cycle of consolidation chemotherapy with intermediate-dose cytarabine. Admission CBC values included hemoglobin 10.0, hematocrit 29.4, MCV 97.8, WBC 7.0 with 72.4% neutrophils, and platelets 211. CMP values included glucose 140, albumin 3.0, and total protein 5.5; there were no other significant abnormalities. Intermediate-dose cytarabine chemotherapy was administered on November 5, November 7, and November 9, 2019. On November 8, 2019, CBC values included hemoglobin 10.0, hematocrit 29.4, MCV 97.6, WBC 4.8 with 74.4% neutrophils, and platelets 180. CMP values included albumin 3.0 and total protein 5.6; there were no other significant abnormalities, the glucose having decreased to 104. On the day of discharge, Mr. Melloway weighed 145 pounds 15.1 ounces, corresponding to a BMI of 24.29 kg/sq m.

On November 11, 2019, CBC values included hemoglobin 9.8, hematocrit 29.6, MCV 101.0, WBC 8.2, and platelets 134. The WBC differential was 83 segmented neutrophils, 14 lymphocytes, and 3 monocytes. A CMP revealed no significant abnormalities, with the albumin having normalized to 3.5 and the total protein to 6.1.

On November 14, 2019, CBC values included hemoglobin 9.4, hematocrit 28.8, MCV 100.7, WBC 4.0 with 71.5% neutrophils, and platelets 69. Another CMP demonstrated no significant abnormalities.

On November 15, 2019, Mr. Melloway weighed 137 pounds 2 ounces, corresponding to a BMI of 22.82 kg/sq m.

On November 17, 2019, Mr. Melloway was evaluated at the Marshall Medical Center Emergency Department for another recurrence of hematochezia. It was noted that he had received a blood product transfusion on the previous day, but the details and corresponding blood counts were not reported. Mr. Melloway weighed 140 pounds. Physical examination was normal. CBC values included hemoglobin 7.9, hematocrit 24.3, MCV 100.4, WBC 3.2 with 73.3% neutrophils, and platelets 18. A BMP revealed no significant abnormalities. Treatment included the administration of tranexamic acid (Cyklokapron) and packed red blood cell and platelet transfusions. The platelet transfusion was complicated by the development of a pruritic rash. Post-transfusion CBC values included hemoglobin 8.2, hematocrit 24.0, MCV 96.0, WBC 3.0, and platelets 106.

On November 18, 2019, Mr. Melloway weighed 140 pounds 6.9 ounces, corresponding to a BMI of 22.67 kg/sq m. CBC values included hemoglobin 9.3, hematocrit 26.2, MCV 92.2, WBC 1.7, and platelets 76. CMP values included total protein 6.1; there were no other significant abnormalities.

On November 21, 2019, CBC values included hemoglobin 9.6, hematocrit 28.5, MCV 94.1, WBC 2.8, and platelets 37. The WBC differential was 13 bands, 21 segmented neutrophils, 44 lymphocytes, 14 monocytes, 2 eosinophils, 1 basophil, and 5 metamyelocytes. CMP values included glucose 139; there were no other significant abnormalities, with the total protein having normalized again to 6.5.

On November 25, 2019, CBC values included hemoglobin 9.5, hematocrit 28.8, MCV 96.0, WBC 21.5, and platelets 26. The WBC differential was 3 bands, 69 segmented neutrophils, 6 lymphocytes, 13 monocytes, 1 myelocyte, and 8 promyelocytes. CMP values included alkaline phosphatase 137; there were no other significant abnormalities, the glucose having decreased to 114.

On November 26, 2019, a platelet transfusion was administered.

On November 27, 2019, CBC values included hemoglobin 9.2, hematocrit 28.2, MCV 96.6, WBC 15.4, and platelets 100. The WBC differential was 5 bands, 68 segmented neutrophils, 6 lymphocytes, 13 monocytes, 5 metamyelocytes, and 3 myelocytes. CMP values included alkaline phosphatase 128; there were no other significant abnormalities.

On December 2, 2019, CBC values included hemoglobin 9.7, hematocrit 29.7, MCV 97.4, WBC 11.3 with 79.8% neutrophils, and platelets 172. CMP values included glucose 154; there were no other significant abnormalities, with the alkaline phosphatase having normalized again to 104.

On December 4, 2019, Mr. Melloway weighed 139 pounds 15.9 ounces, corresponding to a BMA of 22.74 kg/sq m. Bone marrow aspiration and biopsy revealed a normocellular (30-40%) specimen with adequate trilineage hematopoiesis exhibiting normal maturation, 1.6% blasts, increased iron stores without ringed sideroblasts, and no evidence of reticulin fibrosis. Immunohistochemical staining of the biopsy specimen demonstrated no evidence of excess blasts or any abnormal cell population. Flow cytometric analysis of the bone marrow aspirate also revealed no evidence of excess blasts or any abnormal cell population. Cytogenetic analysis of the bone marrow aspirate demonstrated a normal male karyotype. Molecular genetic analysis of the bone marrow aspirate revealed no evidence of NPM1 (for MRD), FLT3, or any other AML-associated mutation.

On December 5, 2019, CBC values included hemoglobin 10.0, hematocrit 30.7, MCV 99.7, WBC 6.9, and platelets 190. The WBC differential was 1 band, 78 segmented neutrophils, 9 lymphocytes, 11 monocytes, and 1 myelocyte. CMP values were normal except for glucose 136.

On December 9, 2019, CBC values included hemoglobin 10.3, hematocrit 31.7, MCV 101.6, WBC 7.0 with 76.6% neutrophils, and platelets 182. A CMP was normal except for glucose 119.

On December 11, 2019, Mr. Melloway complained of anxiety and "chemo brain," the

latter of which he characterized as forgetfulness. He weighed 143 pounds 4.8 ounces. Abnormal physical findings were once again limited to poor dentition and a grade III/VI ejection murmur. Maintenance therapy with midostaurin twice daily for one year was to be initiated. Lorazepam (Ativan) was prescribed as needed for anxiety.

On December 23, 2019, CBC values included hemoglobin 12.1, hematocrit 36.5, MCV 104.6, WBC 8.9 with 76.9% neutrophils, and platelets 217. CMP values were normal except for glucose 138.

On January 6, 2020, CBC values included hemoglobin 13.5, hematocrit 41.1, MCV 104.1, WBC 9.5 with 77.6% neutrophils, and platelets 196. A CMP revealed no significant abnormalities, the glucose having decreased to 102.

On January 8, 2020, Mr. Melloway's complaints included awakening at night, for which he was taking lorazepam, and persistent "chemo brain." The initiation of maintenance midostaurin administration in December 2019 was complicated by gastric sensitivity to certain foods. His weight was 145 pounds 4.5 ounces, corresponding to a BMI of 23.45 kg/sq m. Physical examination was unchanged. The PICC was removed and antimicrobial prophylaxis with levofloxacin, isavuconazonium, and acyclovir discontinued.

On February 7, 2020, Mr. Melloway reported that his "chemo brain" was improving. He stated that he was uncomfortable returning to his employment as an auto mechanic because of the potential chemical exposure. His weight was 146 pounds 9.7 ounces, corresponding to a BMI of 24.72 kg/sq m. Physical examination remained unchanged. CBC values included hemoglobin 15.0, hematocrit 44.5, MCV 101.4, WBC 5.1 with 70.4% neutrophils, and platelets 226. A CMP was entirely normal, including a glucose of 86. Molecular genetic MRD analysis of the peripheral blood revealed no evidence of an NPM1 mutation.

On February 21, 2020, Mr. Melloway's primary healthcare provider reported that he had undergone a colonoscopy on June 17, 2019, during his initial hospitalization at UC Davis, with the examination revealing multiple benign-appearing polyps throughout the colon. He complained of fatigue, short-term memory impairment, anxiety, and stress. Mr. Melloway indicated that litigation on his behalf concerning occupational benzene exposure had been initiated, and that he would be required to give a deposition lasting seven or eight days as part of that lawsuit. Mr. Melloway weighed 148 pounds 4.8 ounces, corresponding to a BMI of 25.01 kg/sq m. Physical examination was reported to be normal. Citalopram (Celexa) was prescribed for further management of his anxiety.

On March 6, 2020, CBC values included hemoglobin 15.0, hematocrit 44.4, MCV 100.0, WBC 6.1 with 70.3% neutrophils, and platelets 221. Another CMP was normal. Molecular genetic MRD analysis of the peripheral blood again revealed no evidence of an NPM1 mutation.

On April 14, 2020, CBC values included hemoglobin 14.7, hematocrit 44.6, MCV 97.2, WBC 5.5 with 61.6% neutrophils, and platelets 231. A CMP revealed no significant abnormalities.

On May 20, 2020, CBC values included hemoglobin 14.1, hematocrit 42.1, MCV 96.6, WBC 6.0 with 67.6% neutrophils, and platelets 246. A CMP was completely normal.

On June 17, 2020, CBC values included hemoglobin 14.3, hematocrit 43.3, MCV 96.0, WBC 4.8, and platelets 224. The WBC differential was 2 bands, 65 segmented neutrophils, 23 lymphocytes, 5 monocytes, 3 eosinophils, 1 basophil, and 1 myelocyte. CMP values included total protein 6.1; there were no other significant abnormalities. Molecular genetic MRD analysis of the peripheral blood once again revealed no evidence of an NPM1 mutation.

Mr. Melloway was readmitted to Marshall Medical Center through the Emergency Department from July 29 until July 30, 2020 for evaluation and management of an intermittent right temporoparietal headache, mild postural and/or movement-associated false vertigo, confusion, and anxiety, evidently for four days. The headache was described as very slight. He also complained of difficulty with comprehension, attention span, memory, and communication. Mr. Melloway weighed 140 pounds, corresponding to a BMI of 22.60 kg/sq m. Physical examination, including neurologic examination by a consulting neurologist, was normal. Admission CBC values included hemoglobin 14.1, hematocrit 40.6, MCV 91.9, WBC 6.3 with 77.7% neutrophils, and platelets 218. The erythrocyte sedimentation rate was normal at 7. The PT was 11.4 with an INR of 0.97. A urinalysis revealed ketones 5 and small occult blood, although there were only three red blood cells and fewer than one white blood cell. CMP values included glucose 111 and calcium 10.3; there were no other significant abnormalities. RT-PCR analysis for SARS-CoV-2 was negative. A CT scan of the head without contrast administration revealed diffuse and patchy periventricular and deep white matter chronic small-vessel ischemic changes, central mass-like prominence of the posterior nasopharyngeal soft tissues with associated calcifications, and atherosclerotic calcification in the anterior and posterior circulations. By July 30, 2020, the confusion had resolved. An MRI scan of the brain confirmed the presence of diffuse and patchy periventricular and deep white matter chronic small-vessel ischemic changes and also demonstrated mucosal thickening of the ethmoid air cells, but revealed no evidence of a nasopharyngeal structural abnormality. Discharge medications included meclizine (Antivert) and diazepam (Valium).

On August 4, 2020, Mr. Melloway reported near-constant anxiety due to his leukemia. He noted that previous treatment with citalopram had been ineffective and that lorazepam was sedating, while the recently prescribed diazepam relieved both his anxiety and chronic lower back pain. Mr. Melloway weighed 148 pounds 11.2 ounces, corresponding to a BMI of 23.64 kg/sq m. Physical examination was normal.

On August 18, 2020, Mr. Melloway returned to the Marshall Medical Center Emergency Department, this time for evaluation and management of right foot pain for one day. Associated symptoms included joint swelling and difficulty walking. Mr. Melloway weighed 150 pounds. Physical examination revealed erythema, swelling, and tenderness at the right first metatarsophalangeal joint, but was otherwise normal. A clinical diagnosis of gout was established and treatment with colchicine and indomethacin initiated.

At the time of outpatient Neurology follow-up on August 27, 2020, Mr. Melloway

reported that he had had no further episodes of confusion. He had discontinued taking diazepam, and felt significantly better thereafter. There were no new neurologic symptoms. Mr. Melloway weighed 143 pounds 6.4 ounces, corresponding to a BMI of 23.15 kg/sq m. neurologic examination was intact. No further neurologic intervention was recommended.

Unfortunately, molecular genetic MRD analysis of the peripheral blood for the presence of an NPM1 mutation was positive on September 25, 2020.

On October 7, 2020, CBC values included hemoglobin 13.3, hematocrit 39.3, MCV 96.2, WBC 2.7, and platelets 123. The WBC differential was 3 bands, 70 segmented neutrophils, 17 lymphocytes, 9 monocytes, and 1 blast. A bone marrow aspirate and biopsy were hypocellular (approximately 15%), with trilineage hypoplasia, occasional (less than 5%) dysplastic erythroid cells, some dysplastic megakaryocytes as well, approximately 10% blasts, increased iron stores without ringed sideroblasts, and mild reticulin fibrosis. Immunohistochemical staining of the biopsy specimen revealed expression of CD34 by approximately 1% of cells and CD117 by approximately 10% of cells (dim). Flow cytometric analysis of the bone marrow aspirate demonstrated expression of CD117, CD34 (small subset), CD13, CD33, CD38, CD123, HLA-DR, myeloperoxidase, CD15 (subset), CD19 (subset), and TdT (subset), corresponding to a blast population comprising approximately 19% of the total cells. Cytogenetic analysis of the bone marrow aspirate identified a normal male karyotype. Molecular genetic MRD analysis of the bone marrow aspirate for the presence of an NPM1 mutation was positive in 5.5%.of cells. A myeloid molecular profile of the bone marrow aspirate, obtained by next-generation sequencing, confirmed the presence of an NPM1 mutation, but revealed no evidence of other mutations.

Bone marrow aspiration was repeated on October 16, 2020; documentation of the reason is unavailable. CBC values included hemoglobin 13.3, hematocrit 39.5, MCV 95.9, WBC 2.1 with 65.0% neutrophils, and platelets 105. The bone marrow aspirate revealed normal erythroid maturation, granulocytic hypoplasia with normal maturation, megakaryocytic dysplasia, 14 or 15% blasts, increased iron stores without ringed sideroblasts, and focal reticulin fibrosis. Immunohistochemical staining of a clot section prepared from the aspirate demonstrated expression of CD34 in less than 5% of cells, CD117 in less than 5% of cells, myeloperoxidase, and E-cadherin in scattered erythroid precursors.

Mr. Melloway was readmitted to UC Davis from October 20 until November 25, 2020 for further evaluation and management of relapsed AML, including clinical trial participation. On October 22, 2020, an echocardiogram showed borderline concentric left ventricular hypertrophy with a left ventricular ejection fraction of 60%, indeterminate left ventricular diastolic dysfunction, borderline aortic valvular sclerosis, mild aortic valve stenosis, mild mitral annular calcification, and mild thickening of the anterior mitral valve leaflet. Investigational treatment consisted of uproleselan or placebo on days 1 through 8, plus the combination of fludarabine (Fludara) and cytarabine on days 2 through 6 and idarubicin on days 2 through 4. Pulmonary function tests were obtained on October 27, 2020 in anticipation of eventual stem cell transplantation; the results are unavailable. Chemotherapy was complicated by an episode of neutropenic fever on November 3, 2020, during which he became dizzy and fell, and episodes of gastrointestinal bleeding. Blood cultures on November 3, 2020 grew Fusobacterium species and

Streptococcus anginosus. A chest x-ray was unremarkable. Antimicrobial therapy included cefepime, levofloxacin, vancomycin, metronidazole (Flagyl), and posaconazole (Noxafil). The gastrointestinal bleeding was characterized by multiple episodes of hematochezia from October 29 until October 31, 2020. A CT scan of the abdomen and pelvis on November 1, 2020 revealed diverticulosis of the sigmoid colon but no evidence of active gastrointestinal bleeding. Management included the administration of pantoprazole (Protonix) and platelet transfusions, with resolution. Almost certainly, Mr. Melloway also required packed red blood cell transfusions during his hospitalization, but documentation is unavailable. On November 4, 2020, a CT scan of the head was negative. On November 9, 2020, blood cultures were negative. Lightheadedness recurred briefly on November 17, 2020. At the time of discharge, Mr. Melloway weighed 142 pounds 10.2 ounces, corresponding to a BMI of 23.03 kg/sq m. Physical examination was normal, although a grade II/VI systolic murmur best heard at the right upper sternal border had been previously noted. CBC values included hemoglobin 11.0, hematocrit 31.8, MCV 91.0, WBC 2.5, and platelets 338. An automated WBC differential included 1.0% bands, 59.0% segmented neutrophils, and 1.0% blasts. CMP values included albumin 3.0 and total protein 5.6; there were no other significant abnormalities. A bone marrow aspirate and biopsy were normocellular (approximately 20 to 30%), with relative erythroid hyperplasia, rare erythroid dysplastic changes, normal granulocytic maturation, adequate megakaryocytes with unremarkable morphology, approximately 1% blasts, increased iron stores with rare ringed sideroblasts, and no evidence of reticulin fibrosis. Immunohistochemical staining of the biopsy specimen revealed expression of CD34 by fewer than 1% of the cells, reflecting the low proportion of blasts. Flow cytometric analysis of the bone marrow aspirate revealed no evidence of excess blasts (approximately 1 to 2%) or any other abnormal cell population. Cytogenetic analysis of the bone marrow aspirate demonstrated a normal male karyotype. Molecular genetic analysis of the bone marrow aspirate revealed no evidence of NPM1, FLT3, or any other AML-associated mutation.

On December 7, 2020, CBC values included hemoglobin 12.6, hematocrit 37.4, MCV 94.7, WBC 4.2 with an absolute neutrophil count of 3.1, and platelets 280. A CMP was normal, with the albumin having normalized to 3.6 and the total protein to 6.4.

On December 8, 2020, Mr. Melloway was referred to Dr. Mehrdad Abedi of the Bone Marrow Transplantation Unit at UC Davis Medical Center for consideration of stem cell transplantation; the consultation took place by video visit. At that time, Mr. Melloway complained of only fatigue; he was otherwise asymptomatic. It was noted that Mr. Melloway had received eleven cycles of maintenance midostaurin chemotherapy at intervals of approximately four weeks, with starting dates between December 12, 2019 and September 23, 2020. It was also noted that molecular genetic MRD analysis of the bone marrow aspirate from November 25, 2020 for the NPM1 mutation was "weak positive," although documentation of that result is unavailable. Mr. Melloway's only current antimicrobial medication was posaconazole. It was concluded that the results of the bone marrow examination on November 25, 2020 were consistent with a second complete remission. A recommendation was made to proceed with stem cell transplantation.

On December 9, 2020, Mr. Melloway acknowledged malaise, but had no specific symptoms. He weighed 145 pounds 8.1 ounces, corresponding to a BMI of 23.48 kg/sq m.

Physical examination was normal.

On December 10, 2020, Mr. Melloway reported having lost about ten teeth during chemotherapy. Blood bank testing in anticipation of allogeneic hematopoietic stem cell transplantation was performed.

On December 15, 2020, Mr. Melloway underwent psychosocial screening in anticipation of allogeneic stem cell transplantation.

On December 21, 2020, a CT scan of the sinuses without contrast administration revealed mild chronic-appearing paranasal sinus disease, most prominent in the frontal and ethmoid sinuses with opacification of the frontal recesses and right sphenoethmoidal recess. There was no air-fluid level to suggest acute sinusitis. A CT scan of the chest, abdomen, and pelvis demonstrated a left thyroid nodule, a few calcified nodules in the right lobe and isthmus of the thyroid, a left-sided PICC terminating at the junction of the superior vena cava and right atrium, a 1.0 x 1.0 x 1.0-cm groundglass nodule in the right upper lobe with a 0.3 x 0.5-cm solid component, a 0.3-cm nodule in the right middle lobe and another in the right lower lobe, calcified nodules in the left lower lobe, apical fibrosis and/or atelectasis bilaterally, dependent atelectasis, an anterior mediastinal lymph node apparently measuring 1.23 x 0.9 cm, a small hiatal hernia, moderate atherosclerotic calcification of the coronary arteries, atherosclerotic calcification of the aorta and its branches with associated mural thrombus distally, a 1.9-cm area of patchy low density in the dome of the left liver lobe in the subcapsular region, a 2.0-cm exophytic low-density lesion in the left liver lobe, multiple scattered sub-cm low-density liver lesions, calcified splenic granulomas, and embolization coils in the right lower abdominal quadrant.

On December 23, 2020, Mr. Melloway was evaluated by Dr. Megan Daly, a radiation oncologist at UC Davis, in anticipation of radiation therapy immediately prior to allogeneic stem cell transplantation. Active complaints included memory impairment and episodes of severe anxiety. Mr. Melloway weighed 143 pounds 15.4 ounces. Physical examination was normal. Haploidentical stem cell transplantation was planned for January 7, 2021, preceded by a preparative regimen of fludarabine, cyclophosphamide (Cytoxan), and total body irradiation (TBI). The TBI was to be administered as a single fraction of 200 cGy on January 6, 2021, one day prior to the transplant.

On December 29, 2020, Mr. Melloway reported that his strength and previous complaint of "chemo brain" were improving. He weighed 144 pounds 6.4 ounces, corresponding to a BMI of 23.21 kg/sq m. Physical examination remained normal. Allogeneic stem cell transplantation was postponed because of Mr. Melloway's poor dentition, and consolidation chemotherapy scheduled prior to dental extractions.

On January 5, 2021, Mr. Melloway complained of persistent "chemo brain," but was otherwise asymptomatic; his energy had returned to normal. Mr. Melloway weighed 141 pounds 8.6 ounces, corresponding to a BMA of 22.84 kg/sq m. Physical examination was normal. CBC values included hemoglobin 14.0, hematocrit 42.0, MCV 96.2, WBC 5.4 with 80.5% neutrophils,

and platelets 179. A CMP showed no significant abnormalities. As Mr. Melloway considered dental extractions cost-prohibitive, he was instead treated with amoxicillin-clavulanate (Augmentin) and chlorhexidine rinses for periodontal disease with plans to proceed with allogeneic stem cell transplantation as soon as possible.

On January 13, 2021, CBC values included hemoglobin 13.9, hematocrit 42.4, WBC 3.3, and platelets 156. A bone marrow aspirate and biopsy were hypocellular (approximately 20%), with adequate trilineage hematopoiesis with normal maturation, approximately 1% blasts, increased iron stores without ringed sideroblasts, and focal mild reticulin fibrosis. Immunohistochemical staining of the biopsy specimen revealed expression of CD34 by approximately 1% of the cells, reflecting the low proportion of blasts. Flow cytometric analysis of the bone marrow aspirate revealed no evidence of excess blasts (less than 1% of cells expressing CD34, CD117, and HLA-DR) or any other abnormal cell population. However, review of the flow cytometry data at the University of Washington Medical Centers identified an abnormal myeloblast population expressing CD19 (minor subset), CD13 (increased), CD33 (increased), CD34 (decreased to absent), CD123 (increased), and HLA-DR (variably decreased), and representing 0.3% of the white blood cells present. This immunophenotype was described as similar to that identified previously, consistent with persistent or recurrent AML. Cytogenetic analysis of the bone marrow aspirate demonstrated a normal male karyotype.

On January 18, 2021, CBC values included hemoglobin 14.1, hematocrit 42.4, WBC 3.3, and platelets 150. CMP values included total protein 6.1; there were no other significant abnormalities. Flow cytometric analysis of the peripheral blood for purposes of MRD detection at the University of Washington revealed no evidence of an abnormal myeloblast population.

On January 19, Mr. Melloway weighed 143 pounds 8.3 ounces, corresponding to a BMI of 23.16 kg/sq m. Insurance communications indicated that the donor stem cell harvest had taken place on January 14, 2021 with Mr. Melloway's preparative regimen to begin on February 2 and the stem cell transplant to be infused on February 9.

On January 22, Mr. Melloway was readmitted to UC Davis to undergo haploidentical allogeneic hematopoietic stem cell transplantation from his daughter. However, he reported the development of a rash on the right side of the scalp and right eyelid five days earlier. Mr. Melloway weighed 144 pounds 10 ounces, corresponding to a BMI of 23.35 kg/sq m. Physical examination revealed a rash in the above-noted distribution with a small vesicle or pustule on the right eyelid, the previously noted poor dentition, and the interval insertion of a right internal jugular central venous access catheter, but was otherwise normal. The rash was considered suspicious for varicella-zoster virus reactivation. A tunneled central venous access catheter was inserted. Following Dermatology consultation, Mr. Melloway was treated for presumed zoster with intravenous valacyclovir (Valtrex) and the stem cell transplant was postponed further. Accordingly, he was discharged from the hospital.

On January 26, Mr. Melloway weighed 141 pounds 15.6 ounces, corresponding to a BMI of 23.09 kg/sq m.

On January 28, Mr. Melloway reported continued healing of the zoster lesions and was otherwise asymptomatic. He weighed 142 pounds 10.2 ounces, corresponding to a BMI of 23.2 kg/sq m. Physical examination revealed a single residual crusted lesion; the other lesions had resolved and the physical examination was otherwise normal. CBC values included hemoglobin 14.7, hematocrit 42.4, MCV 94.5, CBC 4.6 with 1.0% bands and 73.5% segmented neutrophils, and platelets 175. Treatment with intravenous valacyclovir on an outpatient basis was continued, and readmission to the hospital for stem cell transplantation was planned for the following week if there was further improvement in the zoster.

On February 3, Mr. Melloway reported improvement in the rash. Physical examination demonstrated crusting of the rash, and was otherwise normal. Once again, treatment with intravenous valacyclovir on an outpatient basis was continued, and readmission to the hospital for stem cell transplantation was planned for the following week if there was further improvement in the zoster.

The most recent medical records available for Mr. Melloway are from an outpatient visit to Dr. Abedi at the Bone Marrow Transplant Clinic on February 5. At that time, Mr. Melloway was asymptomatic. Physical examination was normal, although examination of the skin was not reported. Although non-myeloablative chemotherapy had been planned for Mr. Melloway's preparative regimen, the finding of MRD on flow cytometric analysis of the most recent bone marrow aspirate on January 13, 2021 resulted in a change in the treatment plan to include a reduced-intensity thiotepa-based regimen.

If Mr. Melloway has already undergone pretransplant "conditioning" chemotherapy, with or without TBI, and haploidentical allogeneic hematopoietic stem cell transplantation from his daughter, documentation is unavailable.

OPINIONS

1. Diagnosis. A diagnosis of acute myeloid leukemia (AML) with mutated NPM1 was established by bone marrow aspiration and biopsy, including molecular profiling of the bone marrow aspirate, on June 14, 2019. Mr. Melloway's severe anemia and thrombocytopenia; leukocytosis; large proportion of circulating blasts; and bone marrow findings, also including a large proportion of blasts and the presence of an NPM1 mutation, were entirely consistent with this diagnosis (2, 3). The terminology designating this subtype of AML, and its diagnostic criteria, reflect the 2016 World Health Organization (WHO) classification of hematopoietic and lymphoid neoplasms (2, 3). Although molecular profiling of Mr. Melloway's bone marrow aspirate demonstrated mutations in the FLT3 (two TKD mutations) and SMC3 genes in addition to the NPM1 mutation, these other mutations do not confer the status of distinct AML subtypes in the current WHO classification (2, 3).

Mr. Melloway's diagnosis of AML with mutated NPM1 was acknowledged by Dr. Jonas at Mr. Melloway's first outpatient follow-up visit on July 24, 2019, after the hospitalization during which his acute leukemia was diagnosed and he received induction chemotherapy for the newly diagnosed AML. The AML subtype defined by an NPM1 mutation constitutes a relatively

new category. It did not exist or, more correctly, was not formally recognized prior to the WHO reclassifications of hematopoietic malignancies in 2008 and 2016, when "recurrent genetic abnormalities," WHO's term for cytogenetic and molecular abnormalities identified by analysis of the peripheral blood and/or bone marrow, were first incorporated into the classification methodology for acute leukemia (2-4).

It is also noted that Mr. Melloway's peripheral blood and bone marrow exhibited findings suggesting that his AML may have arisen from a pre-existing myelodysplastic syndrome (MDS). Mr. Melloway's circulating red blood cells were mildly or at least borderline-enlarged on June 3 and June 13, 2019, prior to his first packed red blood cell transfusion, which was administered on the latter date. A pathologist's review of the peripheral smear on June 14, 2019 also identified hypogranular and occasional hyposegmented neutrophils, while bone marrow aspiration and biopsy on the same date revealed dysplastic changes in the erythroid and granulocytic lineages including occasional irregular nuclear contours and rare nuclear budding in the erythroid lineage and occasional hypogranular neutrophils. Such morphologic (cellular structural) abnormalities are characteristic of the myelodysplastic syndromes and, when occurring in AML, form the basis of the WHO subtype known as AML with myelodysplasia-related changes (2-4). Assignment of an individual case to this subtype generally requires evidence of blood count abnormalities for at least three months prior to the diagnosis of AML (4); this is not possible in Mr. Melloway's case, as his earliest available blood counts were obtained on June 3, 2019, just eleven days prior to the diagnostic bone marrow examination. Regardless of all of these considerations, the WHO appears to give precedence to findings of "recurrent genetic abnormalities" over other diagnostic criteria in its classification of AML

The FLT3-TKD mutation, which occurs in 11 to 14% of patients with AML and normal cytogenetic findings, such as Mr. Melloway, may suggest therapeutic response to FLT3 inhibitors in terms of improved disease-free and overall survival, but is not otherwise independently prognostic (3, 5). An NPM1 mutation occurs in 25 to 35% of all patients with AML and in 45 to 64% of AML patients with normal cytogenetics (3, 5). In the absence of a cytogenetic abnormality and an FLT3-ITD mutation, as in Mr. Melloway's case, the NPM1 mutation may be associated with a favorable risk status and predict an improved outcome with high-dose induction chemotherapy compared with standard-dose induction chemotherapy (3, 5). An SMC3 mutation is not known to have prognostic significance with respect to overall or relapse-free survival or the probability of attaining a complete remission from chemotherapy (6).

2. <u>Treatment</u>. Unless contraindicated by coexisting serious medical illness or, in some cases, advanced age, it is strongly recommended that patients with AML begin treatment as soon as their diagnostic evaluation is complete. Examples of AML complications which may require brief delays in the initiation of chemotherapy in order to stabilize the patient include serious bacterial infections requiring immediate antibiotic administration, active bleeding, and severe or progressive tumor lysis syndrome. None of these contraindications to immediate chemotherapy was present at the time of Mr. Melloway's diagnosis. Therefore, after the insertion of a peripherally inserted central catheter (PICC) on June 14, 2019, Mr. Melloway was treated with induction chemotherapy for his AML with idarubicin (Idamycin) daily for three days and standard-dose cytarabine (ara-C, Cytosar-U) by continuous intravenous infusion daily for seven

days between June 19 and June 26, 2019. Midostaurin (Rydapt), an FDA-approved FLT3 inhibitor, was administered twice daily for 14 days from June 27 until July 11, 2019 because of the presence of the FLT3 mutations. Pegfilgrastim (Neulasta) was administered on day 12 of treatment with midostaurin to reduce the risk of infectious complications of chemotherapy-induced leukopenia and neutropenia. Allopurinol (Zyloprim) was administered in an effort to prevent tumor lysis syndrome. Anti-emetic medications were administered prophylactically and on an as-needed basis. Antimicrobial agents administered prophylactically or in response to episodes of neutropenic fever included multiple antibiotics and antifungal and antiviral agents.

On July 2, 2019, a day-14 bone marrow aspirate and biopsy were hypocellular with no evidence of excess blasts, signifying chemotherapy effect.

On July 17, 2019, a day-29 bone marrow aspirate and biopsy were normocellular, with trilineage maturation and no excess blasts. A myeloid molecular profile of the bone marrow aspirate, obtained by next-generation sequencing, revealed no evidence of mutations. These results were consistent with remission in the bone marrow, although the blood counts still had not recovered fully and the possibility of minimal residual disease (MRD) had not been definitively ruled out as quantitative RT-PCR for NPM1 in the bone marrow aspirate had not been obtained.

On July 24, 2019, at the time of Mr. Melloway's first outpatient follow-up after induction chemotherapy, Dr. Jonas projected a three-year overall survival after complete remission of 72% without transplant, 74% with an allogeneic stem cell transplant in first complete remission, and 75% with an allogeneic stem cell transplant after relapse. Citing favorable-risk disease, allogeneic stem cell transplantation in first complete remission was deferred in favor of four cycles of intermediate-dose cytarabine plus midostaurin, to begin on July 29, 2019, followed by maintenance therapy with midostaurin.

Mr. Melloway indeed received four cycles of consolidation chemotherapy with intermediate-dose cytarabine at intervals of four and one-half to five weeks between July 30 and November 9, 2019. The exact dates were from July 30 until August 3, 2019, from August 30 until September 3, 2019, from September 30 until October 4, 2019, and from November 5 until November 9, 2019. The administration of midostaurin continued with each chemotherapy cycle. Additionally, Mr. Melloway continued to receive pegfilgrastim on day 12 of each cycle of midostaurin. However, midostaurin was held during a hospitalization at Sutter Roseville Medical Center in Roseville, California from October 13 until October 18, 2019 for evaluation and management of recurrent rectal bleeding.

On August 30, 2019, a bone marrow aspirate and biopsy obtained immediately prior to the initiation of the second cycle of consolidation chemotherapy were mildly hypocellular, with adequate trilineage hematopoiesis and no excess blasts. Molecular genetic analysis of the bone marrow aspirate revealed no evidence of NPM1 (for MRD) or FLT3 mutations.

On December 4, 2019, a bone marrow aspirate and biopsy obtained nearly four weeks after the completion of the fourth and final cycle of consolidation chemotherapy were

normocellular, with adequate trilineage hematopoiesis and normal maturation, and no excess blasts. Molecular genetic analysis of the bone marrow aspirate revealed no evidence of NPM1 (for MRD), FLT3, or any other AML-associated mutation.

Maintenance therapy with midostaurin twice daily for one year was to be initiated on December 11, 2019.

Molecular genetic MRD analysis of the peripheral blood on February 7 and June 17, 2020 also revealed no evidence of an NPM1 mutation.

Unfortunately, molecular genetic MRD analysis of the peripheral blood for the presence of an NPM1 mutation was positive on September 25, 2020.

On October 7, 2020, a bone marrow aspirate and biopsy were hypocellular, with trilineage hypoplasia and 10 to 19% blasts. Molecular genetic MRD analysis of the bone marrow aspirate for the presence of an NPM1 mutation was positive in 5.5% of cells. A myeloid molecular profile of the bone marrow aspirate, obtained by next-generation sequencing, confirmed the presence of an NPM1 mutation, but revealed no evidence of other mutations. These results were consistent with a relapse of AML.

On October 16, 2020; a repeat bone marrow aspirate revealed 14 or 15% blasts, also indicative of AML relapse.

During a hospitalization at UC Davis from October 20 until November 25, 2020 for further evaluation and management of relapsed AML, Mr. Melloway received investigational chemotherapy for the relapse consisting of ulproleselan or placebo on days 1 through 8, plus the combination of fludarabine and cytarabine on days 2 through 6 and idarubicin on days 2 through 4.

On November 25, 2020, a bone marrow aspirate and biopsy were normocellular, with no evidence of excess blasts. Molecular genetic analysis of the bone marrow aspirate revealed no evidence of NPM1, FLT3, or any other AML-associated mutation.

On December 8, 2020, it was noted that Mr. Melloway had received eleven cycles of maintenance midostaurin chemotherapy at intervals of approximately four weeks, with starting dates between December 12, 2019 and September 23, 2020. It was also noted that molecular genetic MRD analysis of the bone marrow aspirate from November 25, 2020 for the NPM1 mutation was "weak positive," although documentation of that result is unavailable. It was concluded that the results of the bone marrow examination on November 25, 2020 were consistent with a second complete remission. A recommendation was made to proceed with stem cell transplantation.

Haploidentical hematopoietic stem cell transplantation was planned for January 7, 2021, preceded by a preparative regimen of fludarabine, cyclophosphamide, and total body irradiation (TBI). The TBI was to be administered as a single fraction of 200 cGy on January 6, 2021, one

day prior to the transplant.

However, on December 29, 2020, allogeneic stem cell transplantation was postponed because of Mr. Melloway's poor dentition, and consolidation chemotherapy scheduled prior to dental extractions.

As Mr. Melloway considered dental extractions cost-prohibitive, he was instead treated with amoxicillin-clavulanate (Augmentin) and chlorhexidine rinses for periodontal disease beginning on January 5, 2021 with plans to proceed with allogeneic stem cell transplantation as soon as possible.

On January 13, 2021, a bone marrow aspirate and biopsy at UC Davis were hypocellular, with adequate trilineage hematopoiesis and normal maturation, and no excess blasts. Flow cytometric analysis of the bone marrow aspirate revealed no evidence of excess blasts (less than 1% of cells expressing CD34, CD117, and HLA-DR) or any other abnormal cell population. However, review of the flow cytometry data at the University of Washington Medical Centers identified an abnormal myeloblast population expressing CD19 (minor subset), CD13 (increased), CD33 (increased), CD34 (decreased to absent), CD123 (increased), and HLA-DR (variably decreased), and representing 0.3% of the white blood cells present. This immunophenotype was described as similar to that identified previously, consistent with persistent or recurrent AML.

On January 18, 2021, flow cytometric analysis of the peripheral blood for purposes of MRD detection at the University of Washington revealed no evidence of an abnormal myeloblast population.

On January 19, insurance communications indicated that the donor stem cell harvest had taken place on January 14, 2021 with Mr. Melloway's preparative regimen to begin on February 2 and the stem cell transplant to be infused on February 9.

On January 22, Mr. Melloway was readmitted to UC Davis to undergo haploidentical allogeneic hematopoietic stem cell transplantation from his daughter. However, he had recently developed a rash on the right side of the scalp and right eyelid, which was considered suspicious for varicella-zoster virus reactivation. Mr. Melloway was treated for presumed zoster with intravenous valacyclovir (Valtrex) and the stem cell transplant was postponed further. Accordingly, he was discharged from the hospital.

On February 3, Mr. Melloway reported improvement in the rash. Readmission to the hospital for stem cell transplantation was planned for the following week if there was further improvement in the zoster.

The most recent medical records available for Mr. Melloway are from an outpatient visit to the Bone Marrow Transplant Clinic at UC Davis on February 5. Although non-myeloablative chemotherapy had been planned for Mr. Melloway's preparative regimen, the finding of MRD on flow cytometric analysis of the most recent bone marrow aspirate on January 13, 2021 resulted in

a change in the treatment plan to include a reduced-intensity thiotepa-based regimen.

If Mr. Melloway has already undergone pretransplant "conditioning" chemotherapy, with or without TBI, and haploidentical allogeneic hematopoietic stem cell transplantation from his daughter, documentation is unavailable.

Induction chemotherapy for Mr. Melloway's AML with the combination of idarubicin, standard-dose cytarabine, and midostaurin; four cycles of consolidation chemotherapy with intermediate-dose cytarabine and continued administration of midostaurin with each chemotherapy cycle; maintenance therapy with midostaurin after the completion of consolidation chemotherapy; investigational chemotherapy for relapsed AML consisting of ulproleselan or placebo plus the combination of fludarabine, cytarabine, and idarubicin; plans for allogeneic stem cell transplantation; and the supportive care and close clinical monitoring which Mr. Melloway has been undergoing have been appropriate, entirely justified, and medically necessary.

3. Disease status and prognosis. Serial CBCs, bone marrow examinations, and molecular analyses of the peripheral blood and bone marrow aspirates, enumerated above, have defined the status of Mr. Melloway's AML at various stages during his course. As discussed, induction chemotherapy commencing June 19, 2019 produced a complete remission documented by bone marrow aspiration and biopsy on July 17, 2019 demonstrating elimination of increased blasts from the bone marrow, normalization of the blood counts by July 29, 2019 except for persistent mild normocytic anemia (anemia with normal-sized red blood cells), and resolution of the NPM1 (for MRD) and FLT3 mutations first demonstrated by molecular genetic analysis of the bone marrow aspirate on August 30, 2019.

The complete remission was sustained through the entire period of consolidation chemotherapy and maintenance midostaurin administration, but ultimately proved to be short-lived, with MRD detected by molecular genetic analysis of the peripheral blood for the presence of the NPM1 mutation on September 25, 2020, just fifteen months after the initiation of induction chemotherapy. This demonstration of MRD heralded full AML relapse, as first documented by bone marrow aspiration and biopsy on October 7, 2020, less than two weeks later and fifteen and one-half months after induction chemotherapy began.

Investigational chemotherapy for the relapse began in late October 2020 and produced a second complete remission, as documented by bone marrow aspiration and biopsy on November 25, 2020, although molecular genetic MRD analysis of the bone marrow aspirate for the NPM1 mutation may have been "weak positive." Of additional concern was the subsequent detection of MRD by a different method. Review at the University of Washington of the flow cytometric analysis of a bone marrow aspirate obtained on January 13, 2021 identified an abnormal myeloblast population representing 0.3% of the white blood cells present. This immunophenotype was described as similar to that identified previously, consistent with persistent or recurrent AML.

Most recently, flow cytometric analysis of the peripheral blood for purposes of MRD detection at the University of Washington on January 18, 2021 revealed no evidence of an

abnormal myeloblast population.

While the findings from bone marrow aspiration and biopsy on November 25, 2020 and January 13, 2021 and flow cytometric analysis of the peripheral blood for purposes of MRD detection on January 18, 2021 meet the criteria for a complete remission qualified by findings of minimal residual disease, it must be noted that the most recent bone marrow examination (January 13, 2021) and peripheral blood flow cytometry (January 18, 2021) for which reports are available were performed less than three months after Mr. Melloway's investigational chemotherapy for relapsed AML. Further, documentation has been unavailable as to whether Mr. Melloway has undergone the planned allogeneic stem cell transplant. Therefore, long-term follow-up to determine the ultimate outcome of treatment is not yet available.

With respect to remission and survival data, the prognosis for patients with AML has several dimensions (3, 4). Current induction chemotherapy regimens produce complete remissions in 60 to 80% of patients aged 60 or younger; unfortunately, the proportion of older patients achieving complete remission is smaller, perhaps 35 to 55% (3, 4). Mr. Melloway was just days short of his 66th birthday when he was diagnosed with AML in June 2019.

On July 24, 2019, one week after bone marrow aspiration and biopsy had demonstrated a complete remission resulting from Mr. Melloway's induction chemotherapy, Dr. Jonas projected a three-year overall survival after complete remission of 72% without transplant, 74% with an allogeneic stem cell transplant in first complete remission, and 75% with an allogeneic stem cell transplant after relapse. The first two of these relatively optimistic population-based projections for patients with AML in first complete remission proved not to apply to Mr. Melloway in light of the particulars of his case, especially his relapse.

The concept of complete remission has been modified in recent years with the introduction of methods to detect minimal residual disease. Classically, complete remission is based on morphologic and numerical criteria, with normalization of the blood counts, restoration of normal hematopoiesis in the bone marrow, and reduction in the percentage of blasts in the bone marrow to less than 5%. As we have discussed, MRD, reflecting morphologically undetectable leukemia persisting after the attainment of complete remission, may be identified by flow cytometric and/or molecular analyses. It has become clear that patients in complete remission but with MRD are at high risk of leukemia recurrence and decreased overall survival relative to patients in complete remission but without evidence of MRD (3). It is therefore not surprising that molecular analysis of Mr. Melloway's peripheral blood detected MRD on September 25, 2020 after having been negative on February 7 and June 17, 2020, and that a full relapse of AML was first documented by bone marrow aspiration and biopsy on October 7, 2020, just 12 days after the initial detection of MRD.

It should be emphasized that for the subset of patients with AML in whom complete remission is achieved, only 20 to 40% are still alive and in continuous complete remission for more than five years, suggesting a probable cure (3, 5). The outcome is more favorable for younger patients and those presenting with a low white blood cell count (3). Neither of these favorable prognostic factors applies to Mr. Melloway, who, as noted, was nearly 66 years old at

the time of diagnosis and presented with an elevated white blood cell count of 15.9 on June 3, 2019, increasing further to 18.9 on June 13, 2019.

As previously discussed, Mr. Melloway's NPM1 mutation may be associated with a favorable risk status and his FLT3-TKD mutation may suggest a beneficial therapeutic response (improved disease-free and overall survival) to FLT3 inhibitors such as midostaurin, which he received in combination with standard induction and consolidation chemotherapy. Nonetheless, the complete remission produced by the induction chemotherapy he received lasted for only fifteen months until MRD was detected in the peripheral blood and just fifteen and one-half months until full relapse was manifest in the bone marrow.

Cytogenetic abnormalities constitute another, longer-established (compared with mutations detected by the techniques of molecular biology) group of important prognostic factors in patients with AML. Defined as abnormalities in the number or structure of chromosomes, cytogenetic abnormalities involve the gain or loss of entire chromosomes or deletions, duplications, translocations, or inversions within individual chromosomes. As is true for mutations associated with AML at the molecular level, the recurring cytogenetic abnormalities identified in patients with AML may be categorized as prognostically favorable, unfavorable, or neutral (3, 4). Although cytogenetic abnormalities are present in 50 to 60% of patients with AML (5), no cytogenetic abnormalities were detected in any of Mr. Melloway's bone marrow specimens.

Two groups of patients are known to have a poor prognosis for response to chemotherapy for AML and for survival (3, 4). One group is comprised of patients who develop AML after treatment with mutagenic (mutation-producing) chemotherapy drugs and/or radiation therapy for other malignancies or who have undergone prolonged treatment with chemotherapy for chronic immunologic disorders. The other poor-prognosis group consists of patients in whom AML has arisen by transformation of a pre-existing myelodysplastic syndrome. Mr. Melloway had not received chemotherapy or radiation therapy prior to the diagnosis of AML. As discussed earlier, the presence of a pre-existing myelodysplastic syndrome cannot be confidently ascertained in his case.

The prognosis is also poor for patients whose AML has already relapsed, such as Mr. Melloway. A second remission can be achieved in approximately 50% of patients in first relapse using chemotherapy comparable or greater in intensity than Mr. Melloway's induction regimen (3, 4). However, the duration of the first remission predicts the probability of attaining a second remission, with a 70% likelihood of achieving a second remission in patients whose first remission exceeded two years in duration, compared with only 15% if the first remission was shorter than six months (3). At fifteen and one-half months, Mr. Melloway's first remission was intermediate in duration. Overall, second remissions are usually brief, generally lasting four to eight months, and few patients (perhaps 10 to 15%) are cured, or even achieve durable remissions, after second-line chemotherapy (3, 4). The eventual duration of Mr. Melloway's second remission is unknown because only three and one-half months elapsed between the initiation of investigational chemotherapy for the treatment of his relapse in late October 2020 and the date of the most recent medical encounter for which records are available, February 5,

2021.  Further, allogeneic stem cell transplantation after a reduced-intensity preparative chemotherapy regimen has been planned, presumably to take place while Mr. Melloway is still in second remission--that is, if these events have not already transpired.

The poor prognosis for patients with relapsed AML treated with conventional chemotherapy provides the justification for hematopoietic stem cell transplantation. Outcomes are strongly correlated with the phase of the illness at the time of transplant, as 50 to 60% of patients may be cured if hematopoietic stem cell transplantation is performed during the first remission, compared with 30% of those who are transplanted at first relapse or in second remission (Mr. Melloway's situation, with these data conflicting with Dr. Jonas' projection of a three-year overall survival after complete remission of 75% with an allogeneic stem cell transplant after relapse) and only 15% of patients whose disease is refractory to conventional chemotherapy (3).  It must be noted that these statistics apply specifically to patients who received their transplant from an HLA-identical (completely tissue-matched) sibling (3); outcomes are compromised if there is a lesser degree of HLA compatibility, such as the 50% match between a parent and child, as is the case for Mr. Melloway's anticipated transplant using stem cells donated by his daughter.  Further, outcomes are best if patients are in complete remission on the basis of both morphologic criteria and MRD testing at the time of transplant, with relapse after transplantation more likely if MRD is detectable at the time of the transplant (3).  While allogeneic hematopoietic stem cell transplantation prolongs disease-free and overall survival relative to treatment with conventional chemotherapy, treatment-related mortality is higher as well (3).  The risk of complications increases with the age of the recipient, justifying the use of reduced-intensity chemotherapy regimens in conjunction with the transplant (3), as has been planned for Mr. Melloway.  The most important toxicity unique to allogeneic hematopoietic stem cell transplantation is graft-versus-host disease, and morbidity and mortality attributable to this complication increase in proportion to any tissue-typing mismatch between donor and recipient (3).

It is again worth noting that considerable prognostic uncertainty remains, as only three and one-half months elapsed between the initiation of investigational chemotherapy for the treatment of Mr. Melloway's relapse in late October 2020 and the date of the most recent medical encounter for which records are available, February 5, 2021, and as the status of the planned allogeneic stem cell transplant is unknown.

Overall, however, Mr. Melloway's prognosis must be regarded as poor, with unfavorable indicators including his age; his elevated white blood cell count at the time of presentation; the possibility that his AML arose from a pre-existing myelodysplastic syndrome; the relatively short duration of his first complete remission despite the administration of consolidation and maintenance chemotherapy; the fact of his relapse; and the absence of an HLA-identical donor, especially a sibling, for his planned allogeneic stem cell transplant.

It is a matter of common sense that a projected long-term disease-free survival of 30% after allogeneic stem cell transplantation does not represent a desirable outcome for a patient diagnosed with AML approaching age 66, and relapsed at age 67, as was the case for Mr. Melloway.

4. Complications of Mr. Melloway's AML and its treatment. AML and, separately, its treatment commonly produce complications which may be severe, producing symptoms, potentially compromising the survival and/or quality of life of the patient, and causing distress for the patient and family. In lieu of a general catalog of such complications, only those specifically experienced by Mr. Melloway, all of which have been discussed above, will be listed.

At the time of his presentation to Family and Internal Medicine in Placerville, California on May 31, 2019, Mr. Melloway complained of decreased energy, generalized weakness, a single acute episode of hematochezia, a decreased appetite, and a ten-pound weight loss. Physical examination revealed multiple ecchymoses on the upper extremities, which were attributable to marked thrombocytopenia

On June 3, 2019, stool occult blood testing was positive.

On evaluation at the Marshall Medical Emergency Department on June 13, 2019 for progressive anemia along with thrombocytopenia and occult rectal bleeding, Mr. Melloway reported weakness and mild or even minimal fatigue. Physical examination revealed dark stool which again tested positive for occult blood. Mr. Melloway received transfusions of two units of packed red blood cells and one unit of platelets. The platelet transfusion was complicated by the development of pruritus.

As most chemotherapy for AML must be administered intravenously, Mr. Melloway required insertion of a right-sided PICC on June 14, 2019 (removed on January 8, 2020), apparently a left-sided PICC in late October 2020, and a right internal jugular central venous access catheter on January 22, 2021. Central venous access devices require continuous maintenance. They must be flushed to prevent blood clotting, and the overlying dressing must be changed regularly. Besides local pain with insertion, the insertion and maintenance of a central venous access port or catheter are associated with risks of infection and bleeding as long as the device remains present, particularly in patients with low white blood cell and neutrophil counts or a low platelet count, respectively, whether due to disease or chemotherapy. Conversely, central venous access devices are also susceptible to clotting, which may progress to deep venous thrombosis of an upper extremity. Most importantly, the risk of infection of a central venous access device should be regarded as elevated in anyone who is immunocompromised, a condition which may be due to AML itself, chemotherapy, or even non-chemotherapeutic treatment for AML.

Complications of chemotherapy for AML include anemia, leukopenia, neutropenia, and thrombocytopenia, with their attendant risks of infection, bleeding, and requirement for transfusions. These low blood counts are universal, universally severe, and even life-threatening in patients treated with standard chemotherapy and in patients undergoing intensive chemotherapy and allogeneic stem cell transplantation.

Until his blood counts recovered from induction chemotherapy, Mr. Melloway required frequent, even daily or near-daily, transfusions of packed red blood cells and platelets to

compensate for severe anemia and thrombocytopenia.  Induction chemotherapy was also complicated by the development of an apparent drug rash, attributed either to the antibiotic cefepime or to cytarabine chemotherapy; blood cultures positive for S. viridans on June 25, 2019 and methicillin-resistant S. haemolyticus on June 26, 2019, although the clinical significance of these bacterial isolates was uncertain; an episode of culture-negative fever on July 4, 2019; and a recurrence of gastrointestinal bleeding attributed to a cecal source on the basis of a CT scan of the abdomen and pelvis and a superior mesenteric arteriogram and treated by embolization of a cecal artery.

Mr. Melloway continued to require transfusions of packed red blood cells and platelets while receiving four cycles of consolidation chemotherapy.  These transfusions were necessary during periods of anemia and thrombocytopenia, especially in conjunction with episodes of rectal bleeding, until his blood counts had recovered sufficiently.

After a single-view chest x-ray on July 31, 2019 during the first cycle of consolidation chemotherapy showed that Mr. Melloway's PICC terminated at the confluence of the brachiocephalic vein and superior vena cava, the catheter was immediately changed.  The new catheter required repositioning on the following day.

Mr. Melloway was admitted to Marshall Medical Center from August 13 until August 16, 2019 for evaluation and management of neutropenic fever complicating the first cycle of consolidation chemotherapy, with associated chills, generalized weakness, and a mild headache. There were no localizing symptoms of infection.

At the time of readmission to UC Davis from August 29 until September 3, 2019 to receive the second of four planned cycles of consolidation chemotherapy, serologic testing revealed evidence of rhinovirus/enterovirus and recent Epstein-Barr virus infections.

A transfusion of two units of packed red blood cells was administered on September 17, 2019.

On October 13, 2019, after receiving the third cycle of consolidation chemotherapy, Mr. Melloway was evaluated at the Marshall Medical Center Emergency Department for an acute recurrence of rectal bleeding, possibly associated with diarrhea.  Physical examination revealed pallor and the presence of occult blood in the stool.  A platelet transfusion was administered.  Mr. Melloway was transferred to Sutter Roseville Medical Center in Roseville, California from October 13 until October 18, 2019 for further evaluation and management of rectal bleeding, now described as hematochezia.  Mr. Melloway complained of tooth loss while receiving chemotherapy.  A transfusion of packed red blood cells was administered.  Additional packed red blood cell and platelet transfusions were administered on October 15, 2019, after another recurrence of rectal bleeding.  The rectal bleeding resolved with blood product support.  On October 17, 2019, a final platelet transfusion was administered.

On November 17, 2019, after receiving the fourth cycle of consolidation chemotherapy, Mr. Melloway was evaluated at the Marshall Medical Center Emergency Department for another

recurrence of hematochezia. It was noted that he had received a blood product transfusion on the previous day, but the details and corresponding blood counts were not reported. Treatment included the administration of tranexamic acid (Cyklokapron) and packed red blood cell and platelet transfusions. The platelet transfusion was complicated by the development of a pruritic rash.

On November 26, 2019, a platelet transfusion was administered.

On December 11, 2019, Mr. Melloway complained of anxiety and "chemo brain," the latter of which he characterized as forgetfulness.

The initiation of maintenance midostaurin administration in December 2019 was complicated by gastric sensitivity to certain foods.

On January 8, 2020, Mr. Melloway's complaints included awakening at night, for which he was taking lorazepam, and persistent "chemo brain." The PICC was removed and combination antimicrobial prophylaxis discontinued.

On February 21, 2020, Mr. Melloway complained of fatigue, short-term memory impairment, anxiety, and stress.

Mr. Melloway was readmitted to Marshall Medical Center through the Emergency Department from July 29 until July 30, 2020 for evaluation and management of an intermittent mild right temporoparietal headache; mild postural and/or movement-associated false vertigo; confusion; anxiety; and difficulty with comprehension, attention span, memory, and communication. Despite a neurologic evaluation including a CT scan of the head without contrast administration and an MRI scan of the brain, the cause of Mr. Melloway's neurologic symptoms was not conclusively determined.

On August 4, 2020, Mr. Melloway reported near-constant anxiety due to his leukemia. He noted that previous treatment with citalopram had been ineffective and that lorazepam was sedating.

On August 18, 2020, Mr. Melloway returned to the Marshall Medical Center Emergency Department, this time for evaluation and management of right foot pain with associated symptoms including joint swelling and difficulty walking. Physical examination revealed erythema, swelling, and tenderness at the right first metatarsophalangeal joint, but was otherwise normal. A clinical diagnosis of gout was established and treatment with colchicine and indomethacin initiated. Documentation of Mr. Melloway's uric acid level at that time and subsequently has not been available.

Investigational chemotherapy for relapsed AML during a hospitalization at UC Davis from October 20 until November 25, 2020 was complicated by an episode of neutropenic fever on November 3, 2020, during which he became dizzy and fell, and episodes of gastrointestinal bleeding. Blood cultures on November 3, 2020 grew <u>Fusobacterium</u> species and <u>Streptococcus</u>

anginosus. The gastrointestinal bleeding was characterized by multiple episodes of hematochezia from October 29 until October 31, 2020. Management included the administration of platelet transfusions, with resolution. Almost certainly, Mr. Melloway also required packed red blood cell transfusions during his hospitalization, but documentation is unavailable. Lightheadedness recurred briefly on November 17, 2020.

On December 8, 2020, Mr. Melloway complained only of fatigue. On the following day, he also acknowledged malaise

On December 10, 2020, Mr. Melloway reported having lost about ten teeth during chemotherapy.

On December 21, 2020, a CT scan of the sinuses without contrast administration revealed mild chronic-appearing paranasal sinus disease. A CT scan of the chest, abdomen, and pelvis demonstrated a left-sided PICC terminating at the junction of the superior vena cava and right atrium, suggesting that the PICC had been inserted prior to the initiation of investigational chemotherapy for relapsed AML in late October 2020

On December 23, 2020, active complaints included memory impairment and episodes of severe anxiety.

On January 22, Mr. Melloway complained of a rash on the right side of the scalp and right eyelid. Physical examination confirmed the presence of a rash in the above-noted distribution with a small vesicle or pustule on the right eyelid, the previously noted poor dentition, and the interval insertion of a right internal jugular central venous access catheter. The rash was considered suspicious for varicella-zoster virus reactivation. A tunneled central venous access catheter was inserted in anticipation of allogeneic stem cell transplantation.

In total, Mr. Melloway underwent fourteen invasive procedures as required for the diagnosis and treatment of his AML during the period of time for which medical records are available. As discussed above, these were nine bone marrow examinations, insertion of two PICCs and a right internal jugular central venous access catheter, a colonoscopy, and a superior mesenteric arteriogram with embolization of a cecal artery.

5. Psychological effects. It is another matter of common sense, as well as personal and professional experience, that the diagnosis and treatment of malignant diseases, and the complications of malignancy and its treatment, are among the most stressful experiences that a person can undergo during his or her lifetime. As his medical records indicate, Mr. Melloway experienced severe anxiety, difficulty sleeping, and stress during his treatment for AML. Whether the prognosis is good, poor (as in Mr. Melloway's case), or somewhere in between, any new finding after a malignant disorder has been diagnosed raises the serious concern in a patient, the patient's family, and the medical team alike of recurrence or progression of the malignancy. The potentially devastating significance of each new or persistent symptom, change in a pre-existing symptom, new physical finding, new laboratory or imaging abnormality--and every new medical encounter related to the cancer--are lifelong sources of fear and anxiety in virtually every

person who has had cancer. Mr. Melloway's own history of anxiety, difficulty sleeping, and stress directly illustrates these realities.

6. Exposure. According to the report of Dr. Rachael Jones, Plaintiff's industrial hygiene expert, Mr. Melloway was exposed to benzene during 46 years of near-continuous full-time employment as an automotive technician (auto mechanic) between 1973 and his hospitalization in June 2019, at which time his AML was diagnosed and treatment initiated. During his career in automobile repair, he worked for multiple employers and frequently worked overtime. Benzene-containing or benzene-contaminated products to which he was exposed included brake cleaners, carburetor cleaners, lubricants, gasoline, other solvents, penetrating oil, parts washers, and rubber cement-containing tire repair glue. In performing certain aspects of his work, he wore gloves of various materials beginning in the 1990s and occasionally, for limited purposes, an N95 respirator/mask beginning in approximately 2010. Mr. Melloway was also exposed to benzene outside of his employment. Beginning in the 1960s, he used paint remover for woodworking and furniture refinishing and liquid and aerosol solvents and rubber cement-containing tire repair glue for automotive mechanical work at home. Exposure was both inhalational and transdermal, and must be regarded as extensive and often intensive. All further analysis of Mr. Melloway's benzene exposure is deferred to Dr. Jones.

7. Etiology: risk factors for the development of AML. Recognized risk factors for the development of AML include aging, exposure to benzene and its derivatives at levels above those in ambient air experienced by the general public, smoking (due at least in part to benzene in cigarette smoke), exposure to ionizing radiation or to certain chemotherapy drugs, employment in the petroleum industry where occupational chemical exposures are common, agricultural occupations in which there is exposure to solvents or other chemicals such as pesticides, and certain inherited mutations (including Down syndrome and syndromes involving defective DNA repair) and the blood and bone marrow disorders to which they predispose (3, 4). Some of these, such as inherited mutations or exposure to ionizing radiation or to certain chemotherapy drugs or other chemicals, are true causative factors or etiologic agents. Other risk factors, such as advanced age, are associated with an increased likelihood of developing AML but are not directly causative. The increased risk of developing AML with advancing age may, at least in some cases, reflect the acquisition and accumulation of predisposing mutations in hematopoietic stem cells or other cells in the bone marrow.

8. Benzene as a myeloid carcinogen. Benzene has been recognized as a myeloid (bone marrow) carcinogen (3, 7) since at least 1948 (8), with formal recognition by the International Agency for Research on Cancer (IARC) since 1979 (7). Early studies focused on AML, but the role of benzene in the causation of MDS has been recognized by IARC since 2009 (9). The role of benzene in the etiology of the myeloid neoplasms AML and MDS has been established through human epidemiology, animal, and mechanistic studies (7, 9) that together satisfy the Hill causation criteria (1).

9. Environmental exposure to benzene. IARC has reviewed the uses of benzene and the related issues of the sources, routes, and intensity of benzene exposure (7, 9). Benzene, the prototypical aromatic hydrocarbon, is perhaps best known as a chemical component of gasoline

and other fuels; notably, it has been used as an additive in unleaded gasoline for its octane-enhancing and anti-knock properties. Historically, benzene has been widely used as a solvent in industrial processes and the manufacture of consumer products, although use as a solvent is now restricted in many countries. However, the primary use of benzene currently is as a starting material or intermediate in the manufacture of organic chemicals required in the chemical and pharmaceutical industries. End-user products at present and in the past include industrial chemicals (such as styrene polymers, latex, and resins), drugs, plastics, rubber, pesticides, ink, dyes, paint, lubricants, and even shoes. Benzene also occurs in vehicle exhaust, industrial emissions, and tobacco smoke.

Benzene enters the body and is absorbed into the circulation through the lungs (inhalational route) or skin (transdermal route). While benzene is regarded as a ubiquitous air pollutant, the extent and intensity of exposure vary among individuals. Occupational and non-occupational exposures both play important roles in this variation.

In previous benzene litigation, a defense hematology expert cited an article authored by an eminent academic hematologist in 2008, who wrote, "Only a small proportion of blood cancers have a cause related to exogenous or environmental factors. The only blood cancer for which there is convincing scientific evidence of an avoidable environmental cause is AML (and the closely related disease myelodysplasia), and only in a minority of cases." The defense expert also emphasized the rarity of benzene-induced AML in developed countries in the modern era. These assertions, of course, are statistical in nature. AML is itself a relatively rare disorder. Whether a disease or a causal nexus between an environmental exposure and that disease is rare or common is of no consequence to a person thus afflicted.

10. Studies of etiology of AML with mutated NPM1 and other subtypes of AML. The definitions, classification, and nomenclature of the subtypes of AML involve complex concepts and are revised by pathologists, such as those of the World Health Organization, with regularity. With each revision, the interpretation of previously reported or in-progress studies involving a disease affected by that reclassification becomes problematic, and a new database of information regarding etiology, epidemiology, clinical characteristics, diagnosis, treatment, and clinical trial results often must be developed going forward.

These considerations help to explain why so little information may be available about reclassified or renamed disease entities, especially those that are uncommon. It is therefore no surprise that the cause or causes of a specific AML subtype, such as AML with mutated NPM1, remain unknown (or, more correctly, not explicitly documented in the literature), and why it may be necessary to rely for such information on studies of AML in general or, if it can be determined, the pre-existing disease categories from which a given AML subtype was derived.

Therefore, etiologic and epidemiologic data should be evaluated inclusively and cumulatively, rather than in the context of the frequently changing classification of subtypes. Additionally, as AML with mutated NPM1 is an uncommon disorder, an inclusive analysis is preferable to a focus on smaller studies of individual subtypes, whose statistical power is limited by the small number of patients with the particular disease subtype of interest.

11. Therapy-induced or secondary AML. Therapy-induced, therapy-related, or secondary AML refers to a subset of AML occurring with increasing frequency in patients with cancer who have been treated with mutagenic (mutation-producing) chemotherapy drugs or radiation, or in certain patients who have received prolonged treatment with chemotherapy for chronic immunologic disorders. In a report by the same defense hematology expert for previous benzene litigation, he cited two references supporting his statement that therapy-induced or secondary MDS, regardless of what particular mutagenic chemical initiated it, "is typically an aggressive illness commonly associated with easily demonstrable chromosomal aberrations and a poor survival." While the defense expert's description of the characteristics of therapy-induced or secondary MDS is correct, and applies equally to therapy-induced or secondary AML, his proposition that the identity of the offending chemical exposure does not matter is inconsistent with current understanding of therapy-induced MDS or AML. For example, the risk to a cancer survivor of developing chemotherapy-related MDS or AML correlates with the chemical class or classes of the chemotherapy drugs administered and the elapsed time since chemotherapy exposure (3, 4, 10, 11). Further, different chemotherapeutic agents may produce different patterns of chromosome abnormalities (3, 4, 11), reflecting different mechanisms of action of these drugs and thus different molecular pathways to the development of MDS and ultimately AML. Until proven otherwise, there is no reason to believe that benzene damages the blood-forming cells in the bone marrow in exactly the same way that cancer chemotherapy or radiation therapy does. It is also worth noting that benzene is certainly not a chemotherapy drug, and has no therapeutic applications whatsoever. As Mr. Melloway had never received any chemotherapy or radiation therapy prior to the diagnosis of his AML, any discussion of therapy-related or secondary MDS or AML would not be directly relevant to Mr. Melloway's situation.

12. Latency. The same defense hematology expert devoted five paragraphs of his report in a previous legal matter to the parameter of latency, which is the interval from a carcinogenic exposure to the onset of a neoplastic disorder caused by that exposure. He cited no fewer than eleven studies which reported that the risk of developing MDS or AML reaches a peak between five and fifteen years after benzene exposure. Interestingly, the defense expert acknowledged that the latent period (like the other parameters listed in our previous paragraph) may vary depending upon the specific chemical to which an individual was exposed, or whether the individual had instead been exposed to radiation. In the case of benzene, recent exposure, generally within ten years prior to diagnosis, has been reported to be associated with the greatest risk of developing MDS or AML.

However, the issue of latency in the development of a myeloid neoplasm following exposure to benzene has been controversial. According to one school of thought, any exposure more than fifteen years prior to the diagnosis of MDS or AML makes little or no contribution to the development of the bone marrow disorder. Several studies cited by the defense hematology expert in support of this proposition are relevant to Mr. Melloway's case. In a 1974 study of shoe workers in Turkey with intense chronic benzene exposure from working with adhesives in poorly ventilated environments, the duration of exposure to benzene prior to a diagnosis of leukemia ranged from one to fifteen years with a mean latency of 9.7 years (12). A large study of workers employed in a variety of industries and occupations in twelve cities in China found that the risk of developing AML or MDS (workers who developed AML and workers who developed

MDS were pooled for purposes of this analysis) was significantly increased for those who had been exposed to benzene within ten years prior to diagnosis, but not for those whose benzene exposure had occurred at least ten years before diagnosis (13). A study of leukemia risk after benzene exposure in rubber workers found that benzene exposures more than fifteen to twenty years in the past conveyed a smaller risk of leukemia mortality than more recent exposures (14). Latency data from a study of leukemia risk after benzene exposure in Australian petroleum industry workers showed that leukemia was most strongly associated with benzene exposures in the period fifteen years immediately prior to diagnosis, while exposures more than fifteen years before diagnosis contributed little to the risk (15). The authors of that study interpreted this finding to reflect the probability that workers exposed to benzene more than fifteen years before diagnosis continued to be exposed during the subsequent fifteen years and thus had both recent and remote exposure, as well as higher cumulative exposure, than the workers exposed only during the period of fifteen years immediately prior to diagnosis (15). The authors of an analysis of the causation of leukemia by benzene through the mechanisms of mutations, chromosomal translocations, and heritable epigenetic modifications of chromatin which do not affect the nucleotide sequence of DNA wrote that the latency period between exposure to benzene and the onset of AML ranges from four months to ten years (16). A general literature review and analysis of the occurrence of leukemia as an occupational disease in Germany indicated that the increased risk of leukemia observed after recent exposure to benzene decreases or disappears ten to fifteen years after benzene exposure has stopped (17). Finally, an updated mortality analysis of the well-documented Pliofilm factory cohort of benzene-exposed rubber workers in Ohio found that exposure within a ten-year period immediately prior to the development of AML appeared most relevant for leukemia induction, with the maximum risk in the first five years after last exposure and decreasing over time thereafter (18).

The opposing view is that even the earliest, most temporally remote benzene exposures contribute significantly to the risk of developing MDS or AML. Evidence from several sources supports this conclusion. In contrast to the latency findings for subjects in the large Chinese cohort who developed AML or MDS, the same study showed that the risk of developing non-Hodgkin lymphoma was significantly increased in workers whose benzene exposure had occurred at least ten years prior to diagnosis, but not in those whose exposure was more recent (13). The authors of the study suggested that this discrepancy reflected a difference in the rates at which benzene exposure causes these two groups of diseases to develop, although this hypothesis has not been independently tested (13). A study of French gas and electric utility workers demonstrated clearly increased risks of developing leukemia and significant exposure-response trends even after excluding benzene exposures within the two, five, or ten years preceding diagnosis (19). These findings of increased risks and significant trends for latency periods of two, five, or ten years after occupational exposure to benzene suggested that exposures more than ten years in the past at the time of diagnosis, although not specifically evaluated in this study, may play an important role in the causation of leukemia by benzene (19). Careful examination of the latency data from the study of leukemia risk in Australian petroleum industry workers indicates that risk was increased 34.12-fold in workers exposed to benzene within fifteen years prior to diagnosis, as compared with 6.18-fold for workers with latency periods in excess of fifteen years (15). While the odds ratio was indeed much higher for the group exposed more recently, the odds ratio for the group exposed more than fifteen years prior to diagnosis was still

markedly, and significantly, elevated (15). Interestingly, this criticism was actually articulated by authors of the earlier study of leukemia risk after benzene exposure in rubber workers, the findings from which were ostensibly supported by the results of the Australian petroleum industry study (20). The analysis of the genetic and epigenetic mechanisms by which benzene may cause leukemia did not include original latency data (16). In a pooled analysis of benzene exposure data and the development of certain lymphohematopoietic malignancies in petroleum industry workers in Australia, Canada, and the United Kingdom, restricting the analysis of exposures to two to fifteen years before diagnosis did not strengthen the exposure-response association between benzene exposure and the development of MDS relative to the association observed for all of the workers who developed MDS; it is noteworthy that the lead author of this study was himself employed by the petroleum industry (21).

Logic and even common sense would argue that genetic or heritable epigenetic damage to the DNA in bone marrow stem cells caused by exposure to ionizing radiation, chemotherapy, or other chemicals has the potential to become permanent (10, 22). This is, in fact, the reasoning behind the scientific consensus that the accumulation of acquired mutations and other forms of damage to DNA accounts for the increase in the incidence of many types of malignancies--not just MDS and AML--with aging. Alternatively, the authors of the international pooled analysis of the risk of developing MDS after benzene exposure in petroleum industry workers suggested that an age-related decline in immunocompetence may contribute to the gradual progression of benzene-induced bone marrow injury to full-blown MDS in individuals exhibiting a long latent period (21). However, one well-known exception to this principle is the decrease in the risk of developing lung cancer with the passage of time after smoking cessation (22). The present litigation confronts the question of whether the risk of developing AML similarly decreases with the passage of time after benzene exposure.

A brief but insightful review article (22) addresses and attempts to explain the conflicting data concerning latency in the causation of myeloid malignancies by benzene. If the risk of developing a myeloid malignancy truly decreases with the passage of time after benzene exposure, possible explanations include the short biological half-life of benzene; the operation of efficient molecular mechanisms to repair DNA damage caused by benzene; and the availability of apoptosis, defined in this context as the programmed, orderly death of damaged cells. However, the review article notes that DNA repair mechanisms may be unable to reverse all of the damage caused by benzene exposure, allowing some of the damage to become permanent.. A dramatic example of this scenario would occur if benzene directly damaged one or more of the genes encoding enzymes responsible for DNA repair--of which there are more than one hundred.

Genetically determined individual differences in the susceptibility to leukemia in general raise the possibility of individual differences in the susceptibility to myeloid malignancies resulting specifically from benzene exposure, which would allow for the observed variability in the latent period between exposure and disease. Since myeloid malignancies are often fatal after a clinical course of only a few months to a few years, progressive depletion of members of a cohort who are more susceptible than other cohort members to the toxic effects of benzene would have the effect of excluding individuals with benzene exposure in the remote past from statistical analysis (22). While the actual latent period for disease development in the excluded individuals

might well be less than ten to fifteen years, the loss due to death of individuals with earlier exposures would result in the artifactual--and false--lowering of the apparent risk of disease development for the long-latency group, and for the exposed cohort as a whole (22). Finally, DNA repair takes place very soon after a mutation is created by a genotoxic exposure. If the repair mechanism fails, the mutation becomes irreversibly established with the very next round of DNA replication, while larger-scale damage to the genetic material, such as chromosomal translocations or large deletions, cannot be repaired at all (22). In parallel to other malignancies which develop with or without a toxic environmental exposure, the development of myeloid malignancies due to benzene exposure in individuals who are not especially susceptible to the toxic effects of benzene likely reflects the outcome of a multistep process in which harmful mutations are accumulated over a prolonged period, possibly decades, with early benzene-induced mutations being contributory (22).

Two additional points must be kept in mind when assessing the data concerning the effect of latency on the risk of developing myeloid malignancies after benzene exposure. First, most of the studies focus on AML or on broad categories of lymphohematopoietic malignancies. Only the international pooled study of petroleum industry workers (21) included a targeted analysis of individuals who developed MDS. Second, evolving regulatory restrictions have progressively reduced occupational benzene exposure since the 1970s in many countries. This is reflected in the epidemiologic studies, in which individuals exposed to benzene in the remote past likely experienced higher levels of exposure than individuals exposed more recently. The effect of this factor on the contribution of latency to the risk of developing AML or MDS after benzene exposure must be regarded as uncertain, and will require dedicated investigation in the future. Overall, the effect of the length of the exposure-to-disease latent period on the risk of developing AML or MDS after exposure to benzene remains to be clarified. Certainly, concluding that there is little or no increase in risk if the latent period exceeds ten to fifteen years cannot be justified on the basis of the epidemiologic observations and theoretical considerations which we have discussed. In fact, a 2018 review article (23) devoted to the quantitative assessment of the risk of developing MDS after benzene exposure and coauthored by the lead author of the international pooled analysis of petroleum industry workers (21) concluded that "the latency for benzene-induced MDS needs to be further investigated in a more systematic way from a biological perspective. Before a final conclusion could be drawn about benzene-MDS latency, we recommend not excluding any period of previous exposure from risk calculations" (23).

As noted earlier, Mr. Melloway was occupationally exposed to benzene and benzene-containing products during 46 years of near-continuous full-time employment as an automotive technician (auto mechanic) between 1973 and his hospitalization in June 2019. Mr. Melloway also had non-occupational exposure to such substances in the performance of woodworking, furniture refinishing, and automotive mechanical work beginning in the 1960s. Mr. Melloway's AML was thus diagnosed some fifty years after his earliest known non-occupational exposure to benzene, but immediately after his last known occupational exposure. Obviously, this falls well within the peak incidence range for the interval between exposure and disease attested even by the published studies which have reported that recent benzene exposures are of greatest importance in predisposing individuals to the development of MDS or AML. For all of the reasons presented above, considerations of latency cannot be cited to dismiss our opinion that,

more likely than not, Mr. Melloway's benzene exposure caused or contributed to cause his AML.

13. <u>Differential etiology of Mr. Melloway's AML</u>. As discussed previously, acknowledged risk factors for the development of AML include aging, exposure to benzene and its derivatives at levels above those in ambient air experienced by the general public, smoking (due at least in part to benzene in cigarette smoke), employment in the petroleum industry where occupational chemical exposures are common, agricultural occupations in which there is exposure to solvents or other chemicals such as pesticides, certain inherited mutations (including Down syndrome and syndromes involving defective DNA repair) and the blood and bone marrow disorders to which they predispose, exposure to ionizing radiation, and prior treatment with certain chemotherapy drugs (3, 4). Mr. Melloway was nearly 66 years old at the time of diagnosis of his AML. His medical records provide no evidence of a predisposing family history or specific genetic syndrome. Pertinent environmental exposures are limited to benzene, other industrial chemicals, and smoking, with no history of exposure to ionizing radiation, chemotherapy, or other carcinogenic agents.

14. <u>Conclusion</u>. Mr. Melloway was nearly 66 years old when he was diagnosed on June 14, 2019 with AML with mutated NPM1. He was initially treated with induction chemotherapy for his AML with idarubicin (Idamycin) daily for three days and standard-dose cytarabine (ara-C, Cytosar-U) by continuous intravenous infusion daily for seven days between June 19 and June 26, 2019. Midostaurin (Rydapt), an FDA-approved FLT3 inhibitor, was administered twice daily for 14 days from June 27 until July 11, 2019 because of the presence of the FLT3 mutations. Induction chemotherapy produced a complete remission documented by a day-29 bone marrow aspirate and biopsy on July 17, 2019 demonstrating elimination of increased blasts from the bone marrow, normalization of the blood counts by July 29, 2019 except for persistent mild normocytic anemia (anemia with normal-sized red blood cells), and resolution of the NPM1 and FLT3 mutations first demonstrated by molecular genetic analysis of the bone marrow aspirate on August 30, 2019.

Mr. Melloway subsequently received four cycles of consolidation chemotherapy with intermediate-dose cytarabine at intervals of four and one-half to five weeks between July 30 and November 9, 2019. The administration of midostaurin continued with each chemotherapy cycle, although midostaurin was held during a hospitalization from October 13 until October 18, 2019 for evaluation and management of recurrent rectal bleeding. Thereafter, Mr. Melloway received eleven cycles of maintenance midostaurin chemotherapy at intervals of approximately four weeks, with starting dates between December 12, 2019 and September 23, 2020.

The complete remission was sustained through the entire period of consolidation chemotherapy and maintenance midostaurin administration, but ultimately proved to be short-lived, with minimal residual disease (MRD) detected by molecular genetic analysis of the peripheral blood for the presence of the NPM1 mutation on September 25, 2020, just fifteen months after the initiation of induction chemotherapy. This demonstration of MRD heralded full AML relapse, as first documented by bone marrow aspiration and biopsy on October 7, 2020, less than two weeks later and fifteen and one-half months after induction chemotherapy began.

●                              ●

Investigational chemotherapy for the relapse, consisting of ulproleselan or placebo on days 1 through 8, plus the combination of fludarabine and cytarabine on days 2 through 6 and idarubicin on days 2 through 4, began in late October 2020 and produced a second complete remission, as documented by bone marrow aspiration and biopsy on November 25, 2020, although molecular genetic MRD analysis of the bone marrow aspirate for the NPM1 mutation may have been "weak positive." Of additional concern was the subsequent detection of MRD by a different method. Review at the University of Washington of the flow cytometric analysis of a bone marrow aspirate obtained on January 13, 2021 identified an abnormal myeloblast population representing 0.3% of the white blood cells present. This immunophenotype was described as similar to that identified previously, consistent with persistent or recurrent AML.

Most recently, flow cytometric analysis of the peripheral blood for purposes of MRD detection at the University of Washington on January 18, 2021 revealed no evidence of an abnormal myeloblast population.

A reduced-intensity thiotepa-based chemotherapy regimen followed by haploidentical allogeneic hematopoietic stem cell transplantation from Mr. Melloway's daughter has been planned. However, if Mr. Melloway has already undergone the transplant, documentation is unavailable.

As discussed, considerable prognostic uncertainty remains: Only three and one-half months elapsed between the initiation of investigational chemotherapy for the treatment of Mr. Melloway's relapse in late October 2020 and the date of the most recent medical encounter for which records are available, February 5, 2021. Further, the status of the planned allogeneic stem cell transplant is unknown. Therefore, long-term follow-up to determine the ultimate outcome of treatment is not yet available.

Overall, Mr. Melloway's prognosis must be regarded as poor, with unfavorable indicators including his age; his elevated white blood cell count at the time of presentation; the possibility that his AML arose from a pre-existing myelodysplastic syndrome; the relatively short duration of his first complete remission despite the administration of consolidation and maintenance chemotherapy; the fact of his relapse; and the absence of an HLA-identical donor, especially a sibling, for his planned allogeneic stem cell transplant.

Mr. Melloway has experienced a number of complications of his AML and its treatment, among which the repeated neutropenic episodes, associated fevers and infections, and recurrent gastrointestinal bleeding were severe and even life-threatening. Mr. Melloway remains at risk for another recurrence of his AML, which would require additional treatment if he is medically able to tolerate it. Recurrence of the AML would be expected to compromise Mr. Melloway's survival. Lifelong psychological consequences of the diagnosis and treatment of cancer, and of the complications of the cancer and its treatment, are near-universal experiences in patients who have been treated for cancer, and have been manifested in Mr. Melloway's case by severe anxiety, difficulty sleeping, and stress during his treatment for AML.

Mr. Melloway has a history of intensive occupational exposure to benzene during 46

years of employment in automobile repair, as well as non-occupational exposure in woodworking, furniture refinishing, and automotive mechanical work at home beginning in the 1960s. Benzene is a recognized cause of myeloid neoplasms (MDS and AML) on the basis of human epidemiologic data and animal and mechanistic studies. It is my conclusion that, to a reasonable degree of scientific and medical certainty, exposure to benzene was a substantial factor in causing Mr. Melloway's acute myeloid leukemia.

All of these opinions are expressed to a reasonable degree of scientific and medical certainty. Please note that I reserve the right to amend the opinions contained in this report and to offer additional opinions should new information become available to me about Mr. Melloway's case.

Thank you for allowing me the opportunity to review this interesting case. Please let me know if I may be of further assistance.

Sincerely,

*Ron D. Schiff*

Ron D. Schiff, M.D., Ph.D.

REFERENCES:

1. Hill, A.B., 1965. The environment and disease: association or causation? Proc Royal Soc Med 58:295-300.

2. Swerdlow, S.H., E. Campo, N.L. Harris, *et al.*, 2017. *WHO Classification of Tumours of Hematopoietic and Lymphoid Tissues.* International Agency for Research on Cancer, Lyon, France.

3. Appelbaum, F.R. and R.B. Walter, 2020. The acute leukemias. In Goldman, L. and A.I. Schafer, eds., 2020. *Goldman-Cecil Medicine*, 26th edition. Elsevier, Philadelphia, pp 1211-7.

4. O'Donnell, M.R., 2010. Acute leukemias. In Pazdur, R., L.D. Wagman, K.A. Camphausen, and W.J. Hoskins, 2010. *Cancer Management: A Multidisciplinary Approach*, 13th edition. UBM Medica, London, pp 821-50.

5. Medinger, M. and J.R. Passweg, 2017. Acute myeloid leukaemia genomics. Br J Haematol 179:530-42.

●                              ●

6. Thol, F., R. Bollin, M. Gehlhaar, *et al.*, 2014.  Mutations in the cohesin complex in acute myeloid leukemia: clinical and prognostic implications.  Blood 123:914-20.

7. Loomis, D., K.Z. Guyton, Y. Grosse, *et al.*, 2017.  Carcinogenicity of benzene.  Lancet Oncology 18:1574-5.

8. American Petroleum Institute, 1948.  Toxicological review on benzene.  American Petroleum Institute, New York.

9. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, 2012.  Benzene.  In Chemical Agents and Related Occupations.  Volume 100F: A Review of Human Carcinogens.  Lyon, France, pp 249-94.

10. Steensma, D.P. and R.M. Stone, 2020.  Myelodysplastic syndrome.  In Goldman, L. and A.I. Schafer, eds., 2020.  *Goldman-Cecil Medicine*, 26th edition.  Elsevier, Philadelphia, pp 1204-11.

11. Garcia-Manero, G., A. List, H. Kantarjian, and J.E. Cortes, 2010.  Myelodysplastic syndromes.  In Pazdur, R., L.D. Wagman, K.A. Camphausen, and W.J. Hoskins, 2010.  *Cancer Management: A Multidisciplinary Approach*, 13th edition.  UBM Medica, London, pp 887-903.

12. Aksoy, M., S. Erdem, and G. DinCol, 1974.  Leukemia in shoe-workers exposed chronically to benzene.  Blood 44:837-41.

13. Hayes, R.B., M. Dosemici, S. Wacholder, *et al.*, 1997.  Benzene and the dose-related incidence of hematologic neoplasms in China.  J Natl Cancer Inst 89:1065-71.

14. Silver, S.R., R.A. Rinsky, S.P. Cooper, *et al.*, 2002.  Effect of follow-up time on risk estimates: A longitudinal examination of the relative risks of leukemia and multiple myeloma in a rubber hydrochloride cohort.  Am J Ind Med 42:481-9.

15. Glass, D.C., M.R. Sim, L. Fritschi, *et al.*, 2004.  Leukemia risk and relevant benzene exposure period--Re: Follow-up time on risk estimates, Am J Ind Med 42:481-9, 2002.  Am J Ind Med 45:222-3.

16. Morgan, G.J. and C.L. Alvares, 2005.  Benzene and the hemopoietic stem cell.  Chem Biol Interact 153-4:217-22.

17. Triebig, G., 2010.  Implications of latency period between benzene exposure and development of leukemia--a synopsis of literature.  Chem Biol Interact 184:26-9.

18. Rhomberg, L., J. Goodman, G. Tao, *et al.*, 2016.  Evaluation of acute nonlymphocytic leukemia and its subtypes with updated benzene exposure and mortality estimates: A lifetable analysis of the Pliofilm cohort.  J Occup Environ Med 58:414-20.

19. Guenel, P., E. Imbernon, A. Chevalier, *et al.*, 2002.  Leukemia in relation to occupational exposures to benzene and other agents: a case-control study nested in a cohort of gas and electric utility workers. Am J Ind Med 42:87-97.

20. Silver, S.R., R.A. Rinsky, S.P. Cooper, *et al.*, 2004.  Re: Effect of follow-up time on risk estimates: A longitudinal examination of the relative risks of leukemia and multiple myeloma in a rubber hydrochloride cohort.  Am J Ind Med 42:481-9, 2002.  Am J Ind Med 45:224-5.

21. Schnatter, A.R., D.C. Glass, G. Tang, *et al.*, 2012.  Myelodysplastic syndrome and benzene exposure among petroleum workers: An international pooled analysis. J Natl Cancer Inst 104:1724-37.

22. Straube, S., G.A. Westphal, and E. Hallier, 2010.  Comment on: Implications of latency period between benzene exposure and development of leukemia--A synopsis of literature. Chem Biol Interact 186:248-9.

23. Li, W. and A.R. Schnatter, 2018.  Benzene risk assessment: does new evidence on myelodysplastic syndrome justify a new approach?  Crit Rev Toxicol 48: 417-32.