## **EXHIBIT 11**

IARC MONOGRAPHS

# CHEMICAL AGENTS AND RELATED OCCUPATIONS

VOLUME 100 F
A REVIEW OF HUMAN CARCINOGENS

IARC MONOGRAPHS
ON THE EVALUATION
OF CARCINOGENIC RISKS
TO HUMANS



International Agency for Research on Cancer
World Health Organization

# BENZENE

Benzene was considered by previous IARC Working Groups in 1981 and 1987 (IARC, 1982, 1987). Since that time new data have become available, which have been incorporated in this *Monograph,* and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agent

*Chem. Abstr. Serv. Reg. No.*: 71–43–2
*Chem. Abstr. Serv. Name*: Benzene
*IUPAC Systematic Name*: Benzene



C6H6
Relative molecular mass: 78.1
From O'Neil (2006) and Lide (2008), unless otherwise stated
*Description*: Clear, colourless, volatile, highly flammable liquid
*Solubility*: Slightly soluble in water; miscible with acetone, chloroform, diethyl ether and ethanol; soluble in carbon tetrachloride
*Octanol/water partition coefficient*: log $K_{ow}$, 2.13 (Hansch *et al.*, 1995)
*Conversion factor*: ppm = 0.313 × mg/m³

### 1.2 Uses

Historically, benzene has been used as a component of inks in the printing industry, as a solvent for organic materials, as starting material and intermediate in the chemical and drug industries (e.g. to manufacture rubbers, lubricants, dyes, detergents, pesticides), and as an additive to unleaded gasoline (NTP, 2005; ATSDR, 2007; Williams *et al.*, 2008).

The primary use of benzene today is in the manufacture of organic chemicals. In Europe, benzene is mainly used to make styrene, phenol, cyclohexane, aniline, maleic anhydride, alkylbenzenes and chlorobenzenes. It is an intermediate in the production of anthraquinone, hydroquinone, benzene hexachloride, benzene sulfonic acid and other products used in drugs, dyes, insecticides and plastics (Burridge, 2007). In the United States of America, the primary use of benzene is in the production of ethylbenzene, accounting for 52% of the total benzene demand in 2008. Most ethylbenzene is consumed in the manufacture of styrene, which is used in turn in polystyrene and various styrene copolymers, latexes and resins. The second-largest use of benzene in the United States of America (accounting for 22% of demand) is in the manufacture of cumene (isopropylbenzene), nearly

and mutations that are on the causal pathway to these malignancies. For childhood ALL and AML it has been shown that the disease is usually initiated *in utero*, since leukaemic translocations and other genetic changes have been detected in blood spots collected at birth (Wiemels *et al.*, 1999; Wiemels *et al.*, 2002; Greaves & Wiemels, 2003; McHale *et al.*, 2003). Thus, exposure of the mother, and perhaps even the father, to benzene could be just as important as exposure of the child in producing childhood AML and ALL, as has been suggested in several epidemiological studies (van Steensel-Moll *et al.*, 1985; McKinney *et al.*, 1991; Shu *et al.*, 1999; Scélo *et al.*, 2009). Supporting this hypothesis is an animal study demonstrating that *in utero* exposure to benzene increases the frequency of micronuclei and DNA recombination events in haematopoietic tissue of fetal and post-natal mice (Lau *et al.*, 2009). Another study showed that oxygen radicals play a key role in the development of *in utero*-initiated benzene toxicity through disruption of haematopoietic cell-signalling pathways (Badham & Winn, 2010). These studies support the idea that genotoxic and non-genotoxic events following exposure to benzene may be initiators of childhood leukaemia *in utero*.

### 4.2.4 Mechanisms of lymphoma development

#### (a) General

Lymphoma is a cancer of the immune system that includes over 40 malignant diseases originating from B- and T-lymphocytes and natural killer (NK) cells (Swerdlow *et al.*, 2008). It is therefore not surprising that functional disorders of immune-system cells are associated with a risk for malignant transformation. Immune deficiency is one of the strongest known risk factors for non-Hodgkin lymphoma (NHL) (Hartge & Smith, 2007). The risk for NHL increases with the degree of immune deficiency, and there is no evidence of a threshold (Grulich *et al.*, 2007).

Thus, even modest immunosuppression, especially at the local level, may increase the risk for lymphoma.

It is well recognized that lymphomas, like other tumours, develop according to a multistep pathogenic process (Smith *et al.*, 2004). Clonal progression of an initiated cell to a clone of highly malignant cells is well documented. Natural selection of clones already present within oligoclonal expansions gives rise to true monoclonal lymphomas. Thus, it is possible to make generalizations about the type of molecular mechanism responsible for each of the stages involved in lymphomagenesis. For example, a cell may become initiated and genetically unstable through errors in recombination and DNA repair, which could be spontaneous or induced by an exogenous chemical agent. Other early molecular events often inhibit apoptosis and lead to the expansion of an intrinsically genetically unstable population of cells, which is at risk for additional genetic events and tumour progression. An example is the t(14;18) chromosome translocation associated with B-cell lymphoma 2 gene *BCL2* dysregulation, which inhibits apoptosis (Cimmino *et al.*, 2005; Thomadaki & Scorilas, 2006). Normally, one of the key protectors against the selection and progression of malignant clones of cells into full-blown lymphoma is local immunosurveillance in which activated T-cells kill the mutated clones. It is generally accepted that if this immunosurveillance is no longer intact, e.g. in immuno-suppressed individuals, then the malignant cells divide and grow rapidly, collecting more mutations to become aggressive, rapidly growing tumours.

#### (b) Mechanisms of benzene-induced lymphoma development

From the discussion above, there are at least two probable mechanisms by which exposure to benzene could enhance the incidence of lymphoma, i.e. by inducing chromosome rearrangements associated with NHL, and through

immunosuppression leading to decreased immunosurveillance.

Benzene is well known to produce multiple cytogenetic abnormalities in lymphocytes (Tough & Brown, 1965; Forni, 1971, 1979; Picciano, 1979; Smith & Zhang, 1998; Zhang et al., 2002). Further, benzene induces specific chromosomal changes associated with NHL in human lymphocytes (Zhang et al., 2007). Fluorescence in situ hybridization (FISH) analysis showed increased levels of t(14;18) and del(6q) in benzene-exposed workers, but the higher levels of t(14;18) could not be confirmed in a follow-up study by use of real time-PCR (polymerase chain reaction) (McHale et al., 2008). This may be because the PCR method only detected 50% of t(14;18) translocations or that the FISH method detects non-functional as well as functional translocations. Reduced immunosurveillance is another potential mechanism of NHL induction by benzene. The importance of T-cell immunosurveillance in preventing B-cell neoplasia is well established and is carried out by activated cytotoxic T lymphocytes. The toxic effects of benzene on T-cells is well documented and there appears to be a selective effect on $CD4^+$ T-lymphocytes resulting in a lowering of the $CD4^+/CD8^+$ ratio (Lan et al., 2004). This immunosuppressive pattern is similar to the early onset of acquired immuno-deficiency syndrome (AIDS), and although it is not as severe it may be associated with an increased risk for NHL (Grulich et al., 2007). Thus, benzene, like other leukaemogens including alkylating agents, topoisomerase inhibitors, and ionizing radiation, may cause NHL through a combination of immunosuppression and DNA double-strand break induction that leads to illegitimate recombination and chromosome rearrangements in lymphoid cells.

Thus, the biological plausibility of benzene as a cause of lymphoproliferative disorders has been strengthened in recent years. There are additional studies demonstrating that benzene produces lymphomas in laboratory animals, and a recent study showing that it does so simultaneously with AML in *Tp53*-deficient mice (Kawasaki et al., 2009). Multiple studies show that it produces genotoxicity in the lymphocytes of exposed humans. Accordingly, there is considerable support for the notion that it is biologically plausible for benzene to cause human lymphatic tumours.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of benzene. Benzene causes acute myeloid leukaemia/acute non-lymphocytic leukaemia.

Also, a positive association has been observed between exposure to benzene and acute lymphocytic leukaemia, chronic lymphocytic leukaemia, multiple myeloma, and non-Hodgkin lymphoma.

There is *sufficient evidence* for the carcinogenicity of benzene in experimental animals.

There is strong evidence that benzene metabolites, acting alone or in concert, produce multiple genotoxic effects at the level of the pluripotent haematopoietic stem cell resulting in chromosomal changes in humans consistent with those seen in haematopoietic cancer. In multiple studies in different occupational populations in many countries over more than three decades a variety of genotoxic changes, including chromosomal abnormalities, have been found in the lymphocytes of workers exposed to benzene.

Benzene is *carcinogenic to humans (Group 1)*.

## References

Abdulkarim K, Girodon F, Johansson P et al. (2009). AML transformation in 56 patients with Ph- MPD in two well defined populations. *Eur J Haematol*, 82: 106–111. doi:10.1111/j.1600-0609.2008.01163.x PMID:19134023

Adegoke OJ, Blair A, Shu XO et al. (2003). Occupational history and exposure and the risk of adult leukemia in