# **EXHIBIT 12**



# Carcinogenicity of benzene

Published **Online**
October 26, 2017
http://dx.doi.org/10.1016/
S1470-2045(17)30832-X

For more on the **IARC Monographs** see http://monographs.iarc.fr/

**Upcoming meetings**
March 20–27, 2018, Volume 121: Styrene, styrene-7,8-oxide, and quinoline
June 5–12, 2018, Volume 122: Isobutyl nitrite, β-picoline, and some acrylates

**IARC Monograph Working Group Members**
R Vermeulen (Netherlands)—Meeting Chair; I Linhart (Czech Republic); O Raaschou-Nielsen (Denmark); P Guénel (France); A Seidler (Germany); R Andreoli, F Belpoggi, S Fustinoni (Italy); Y Hirabayashi, H Tsuda (Japan); D-H Koh (South Korea); J Kirkeleit (Norway); N B Hopf (Switzerland); P Vineis (UK); W A Chiu, J E French, J Huff (did not attend), J Jinot, D M Reif, D B Richardson, D Ross, N Rothman, K Salazar, S Silver, E Symanski, R Thomas, L Zhang (USA)

*Declaration of interests*
The Working Group Members declare no competing interests.

**Invited Specialists**
D C Glass (Australia)

*Declaration of interests*
Funding for Petroleum Industry and firefighting Agencies

**Representatives**
R Flores-Munguia, for the National Cancer Institute, USA; A L Larentis, for the Oswaldo Cruz Foundation, Brazil; M K Lim, for the National Cancer Center, South Korea; E Y Park, for the National Cancer Center, South Korea; M Sarpa de Campos Mello, for the National Cancer Institute, Brazil

*Declaration of interests*
All representatives declare no competing interests.

**Observers**
Richard H Adamson, for the American Beverage Association, USA; P J Boogaard, for the Aromatics Producers Association, Belgium; A Forrest, for the Manitoba Professional Firefighters Association, Canada; T K Grimsrud, for the Cancer Registry of Norway, Norway; S Hays, for the American

In October, 2017, a Working Group of 27 scientists from 13 countries met at the International Agency for Research on Cancer (IARC) in Lyon, France, to finalise their evaluation of the carcinogenicity of benzene. This assessment will be published in Volume 120 of the *IARC Monographs*.[1]

Benzene, an aromatic hydrocarbon, is a ubiquitous air pollutant, arising mostly from anthropogenic sources, notably combustion. It is a component of gasoline, vehicle exhaust, industrial emissions, and tobacco smoke, and was used historically as a solvent in industry and consumer products. The uses of benzene as a solvent are now restricted in many countries, but it is still produced in high volumes for use primarily as a chemical intermediate. Occupational exposure to benzene can occur in diverse industries, including petroleum, chemical production, and manufacturing, and in some countries still occurs in industries where high levels were observed historically, such as shoemaking, painting, printing, and rubber manufacturing. The population at large can be exposed to benzene in polluted air and water and through the use of benzene-containing products. Benzene concentrations in workplace and outdoor air have declined over time; the Working Group noted concentrations less than 3·00 and 0·005 mg/m³ in workplace and outdoor air, respectively, in high-income countries, but higher levels have been reported in some low-income and middle-income countries.

Benzene has been classified as carcinogenic to humans (IARC group 1) since 1979, on the basis of sufficient evidence that it causes leukaemia.[2] This evaluation was reaffirmed specifically for acute myeloid leukaemia (AML) and acute non-lymphocytic leukaemia in 2009;[3] positive associations with acute lymphocytic leukaemia, chronic lymphocytic leukaemia, multiple myeloma, and non-Hodgkin lymphoma were also recognised at that time. The present evaluation was undertaken to review new epidemiological and mechanistic evidence as well as to explore the potential to characterise quantitative relationships for cancer risk and for biological endpoints related to cancer mechanisms.

The current Working Group confirmed the carcinogenicity of benzene on the basis of sufficient evidence in humans, sufficient evidence in experimental animals, and strong mechanistic evidence. The Working Group focussed its review of epidemiological studies on those in which occupational or environmental exposure to benzene was specifically identified. Important new evidence came from several large occupational cohort studies.[4–6] In adult humans, benzene causes acute non-lymphocytic leukaemia, including AML. The previous observations of limited evidence for chronic lymphocytic leukaemia, multiple myeloma, and non-Hodgkin lymphoma were also confirmed. New data were also available from several recent studies that showed positive associations between AML in children and environmental exposure to benzene.[7,8] Positive associations with exposure to benzene were also observed for chronic myeloid leukaemia and for lung cancer in several studies. Small minorities of the Working Group concluded that the evidence of carcinogenicity was inadequate for lung cancer and sufficient for non-Hodgkin lymphoma.

In male and female mice, several whole-body inhalation studies (eg, the study by Farris and colleagues[9]) reported the induction of tumours of the haematopoietic and lymphoid tissues, Zymbal gland carcinoma, squamous cell carcinoma of the preputial gland, forestomach squamous cell carcinoma, and lung adenoma. There were four oral administration studies (by gavage; eg, studies by The National Toxicity Program[10] and Maltoni and colleagues[11]) and two intraperitoneal injection studies in male and female mice. The oral administration studies reported the induction of tumours of the haematopoietic and lymphoid tissues, lung alveolar or bronchiolar adenoma and carcinoma, hepatocellular adenoma and carcinoma, squamous cell carcinoma of the Zymbal gland, adenoma and carcinoma of the Harderian gland, preputial gland carcinoma, ovarian tumours, malignant mammary gland tumours in females only, forestomach squamous cell tumours, and pheochromocytoma of the adrenal gland. In one intraperitoneal injection study, the offspring of injected dams developed liver tumours and tumours of the haematopoietic and lymphoid tissues.[12]

Four oral administration studies (by gavage) in male and female rats,[10,11] and one whole-body inhalation study in pregnant female rats and their male and female offspring[11] have been published. Benzene caused tumours of the haematopoietic and lymphoid tissues, Zymbal gland carcinoma, oral cavity squamous cell carcinoma, and forestomach carcinoma in situ in gavage studies and in the offspring after inhalation. Hepatocellular carcinomas were induced in offspring in the inhalation study, and skin carcinoma and endometrial stromal polyps were induced in gavage studies.

In several studies using three different genetically modified mouse models of different genetic backgrounds, benzene induced tumours of the haematopoietic and lymphoid tissues by oral administration, whole-body inhalation, or skin application; benzene also caused sarcomas of the subcutis in one oral administration study and skin papillomas in two skin application studies.

Benzene is easily absorbed, widely distributed, and extensively metabolised, yielding a complexity

of reactive electrophiles via multiple metabolic pathways in various tissues, including bone marrow. It exhibits many of the key characteristics of carcinogens.[13] In particular, strong evidence, including in exposed humans, shows that benzene is metabolically activated, induces oxidative stress, is genotoxic, is immunosuppressive, and causes haematotoxicity. In addition, strong evidence from experimental studies shows that benzene causes genomic instability, inhibiting topoisomerase II; modulates receptor-mediated effects relevant to aryl hydrocarbon receptor, and induces apoptosis.

In benzene-exposed humans, epoxide-protein and benzoquinone-protein adducts are formed in blood. Additionally, benzene induces oxidative stress in exposed humans, human cells, and mouse bone marrow. In studies of occupationally exposed humans, benzene induces oxidative DNA damage, DNA strand breaks, gene mutations, chromosomal aberrations, and micronuclei. Specific cytogenetic changes induced in exposed humans include aneuploidy, translocations, and various other structural chromosome changes. In the bone marrow of experimental animals exposed in vivo, benzene induces DNA adducts, chromosomal aberrations, and micronuclei. Similarly, in human cells in vitro, benzene or its metabolites induce DNA adducts, DNA damage, and chromosomal aberrations.

Many studies in exposed humans have demonstrated haematotoxicity, ranging from decreased white blood cell counts at lower exposures to aplastic anaemia and pancytopenia at higher exposures. Benzene-induced haematotoxicity is associated with future risk of developing haematological malignancy or related disorders. Although no human studies of benzene exposure directly examined changes in immune function, multiple experimental animal studies demonstrate haematotoxicity and consistent immunosuppressive effects on humoural and cell-mediated functional assays.

The Working Group investigated the shape and slope of the exposure–response function for AML in metaregression analyses of six published occupational cohort studies with suitable data. The relationship of benzene exposure with the log relative-risk was well described by a linear model. The slope was moderately sensitive to whether a cohort study of rubber hydrochloride workers, which had the highest exposure estimates, was included in the model. In the majority of human studies that reported exposure–response information for benzene and endpoints relevant to the key characteristics of carcinogens (ie, micronuclei,[14] chromosomal aberrations,[15] and leukocyte counts,[16] an exposure–response gradient was reported.

We declare no competing interests.

*Dana Loomis, Kathryn Z Guyton, Yann Grosse, Fatiha El Ghissassi, Véronique Bouvard, Lamia Benbrahim-Tallaa, Neela Guha, Nadia Vilahur, Heidi Mattock, Kurt Straif, on behalf of the International Agency for Research on Cancer Monograph Working Group*
International Agency for Research on Cancer, Lyon, France

### References

1. IARC. Benzene. *IARC Monogr Eval Carcinog Risks Hum*, vol 120 (in press).
2. IARC. Chemicals and industrial processes associated with cancer in humans: an updating of IARC monographs volumes 1 to 20. *IARC Monogr Eval Carcinog Risks Hum* 1979; suppl 1: 15.
3. IARC. A review of human carcinogens Part F: chemical agents and related occupations. *IARC Monogr Eval Carcinog Risks Hum* 2012; **100F:** 249–94.
4. Stenehjem JS, Kjærheim K, Bråtveit M, et al. Benzene exposure and risk of lymphohaematopoietic cancers in 25 000 offshore oil industry workers. *Br J Cancer* 2015; **112:** 1603–12.
5. Linet MS, Yin SN, Gilbert ES, et al. A retrospective cohort study of cause-specific mortality and incidence of hematopoietic malignancies in Chinese benzene-exposed workers. *Int J Cancer* 2015; **137:** 2184–97.
6. Schnatter AR, Glass DC, Tang G, Irons RD, Rushton L. Myelodysplastic syndrome and benzene exposure among petroleum workers: an international pooled analysis. *J Natl Cancer Inst* 2012; **104:** 1724–37.
7. Houot J, Marquant F, Goujon S, et al. Residential proximity to heavy-traffic roads, benzene exposure, and childhood leukemia-the GEOCAP study, 2002–2007. *Am J Epidemiol* 2015; **182:** 685–93.
8. Janitz AE, Campbell JE, Magzamen S, Pate A, Stoner JA, Peck JD. Benzene and childhood acute leukemia in Oklahoma. *Environ Res* 2017; **158:** 167–73.
9. Farris GM, Everitt JI, Irons RD, Popp JA. Carcinogenicity of inhaled benzene in CBA mice. *Fundam Appl Toxicol* 1993; **20:** 503–07.
10. National Toxicology Program. NTP toxicology and carcinogenesis studies of benzene (CAS no. 71–43–2) in F344/N rats and B6C3F1 mice (Gavage studies). *Natl Toxicol Program Tech Rep Ser* 1986; **289:** 1–277.
11. Maltoni C, Ciliberti A, Cotti G, Conti B, Belpoggi F. Benzene, an experimental multipotential carcinogen: results of the long-term bioassays performed at the Bologna Institute of Oncology. *Environ Health Perspect* 1989; **82:** 109–24.
12. Badham HJ, LeBrun DP, Rutter A, Winn LM. Transplacental benzene exposure increases tumor incidence in mouse offspring: possible role of fetal benzene metabolism. *Carcinogenesis* 2010; **31:** 1142–48.
13. Smith MT, Guyton KZ, Gibbons CF, et al. Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. *Environ Health Perspect* 2016; **124:** 713–21.
14. Zhang GH, Ji BQ, Li Y, et al. Benchmark doses based on abnormality of WBC or micronucleus frequency in benzene-exposed Chinese workers. *J Occup Environ Med* 2016; **58:** e39–e44.
15. Zhang L, Lan Q, Ji Z, et al. Leukemia-related chromosomal loss detected in hematopoietic progenitor cells of benzene-exposed workers. *Leukemia* 2012; **26:** 2494–98.
16. Lan Q, Zhang L, Li G, et al. Hematotoxicity in workers exposed to low levels of benzene. *Science* 2004; **306:** 1774–76.

Petroleum Institute, USA; P F Infante, Peter F Infante Consulting, LLC, USA; V-P Parkkinen, C Wallmann, for the University of Kent, UK

*Declaration of interests*
RHA reports expenses from the American Beverage Association. PJB reports employment by Shell International BV; is a member of the Dutch Health Council, serving on the Dutch Expert Committee on occupation safety and the committee for the evacuation of carcinogenic substances; and is a member of the scientific committee on occupational exposure levels of the European Commission. SH was paid by the American Petroleum Institute. PFI declares testimony in product liability cases. All other observers declare no competing interests.

*IARC Secretariat*
L Benbrahim-Tallaa; V Bouvard; R Carel; F El Ghissassi; Y Grosse; N Guha; K Z Guyton; A Hall; R Khlifi; D Loomis; H Mattock; K Straif; N Vilahur

*Declaration of interests*
All secretariat declare no competing interests.

For the **Preamble to the IARC Monographs** see http://monographs.iarc.fr/ENG/Preamble/index.php

For **IARC declarations of interests** see http://monographs.iarc.fr/ENG/Meetings/vol120-participants.pdf