# **EXHIBIT 13**

# IARC MONOGRAPHS



# BENZENE
## VOLUME 120

IARC MONOGRAPHS
ON THE EVALUATION
OF CARCINOGENIC RISKS
TO HUMANS

International Agency for Research on Cancer
World Health Organization

Table 2.1 Occupational cohort studies of exposure to benzene and leukaemia subtypes in adults

| Reference, location, enrolment/ follow-up period, study design | Population size, description, exposure assessment method | Organ site | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Schnatter et al. (2012) Australia, Canada, UK 1981–2006 (Australia), 1964–1994 (Canada), 1950–2005 (UK) Nested case–control | Cases: 370 diagnoses based on incidence and mortality data (hospital records, cancer registries, death certificates) Controls: 1587, 5 age-matched (Australia) or 4 age- and company-matched (Canada and UK) controls selected using incidence density-based sampling Exposure assessment method: quantitative measurements; exposure assessment was conducted at the job/worksite/era level, based on routinely collected industry exposure measurements; work history was collected from company records (Canada and UK) or through interview and company records (Australia) | Leukaemia (AML) | Cumulative exposure tertiles (ppm-yr) | | | NR | Exposures are relatively low; MDS (potentially previously reported as AML) may be the more relevant health risk for such low exposure; strongest suggestion of a risk of MPD is for the exposure time window 2–20 yr (reported in Glass et al., 2014); based on limited data, smoking was unlikely to be a confounder Strengths: large study size; review of diagnosis by haematopathologists; re-assessment of exposure across the three studies Limitations: smoking data were incomplete |
| | | | ≤ 0.348 | 20 | 1.00 | | |
| | | | 0.348–2.93 | 19 | 1.04 (0.50–2.19) | | |
| | | | > 2.93 | 21 | 1.39 (0.68–2.85) | | |
| | | Leukaemia (CML) | Cumulative exposure tertiles (ppm-yr) | | | NR | |
| | | | ≤ 0.348 | 4 | 1.00 | | |
| | | | 0.348–2.93 | 16 | 5.04 (1.45–17.50) | | |
| | | | > 2.93 | 8 | 2.20 (0.63–7.68) | | |

Table 2.1 (continued)

| Reference, location, enrolment/follow-up period, study design | Population size, description, exposure assessment method | Organ site | Exposure category or level | Exposed cases/deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Collins et al. (2015) USA 1940–2009 Cohort | 2266 workers exposed to benzene at a chemical plant Exposure assessment method: quantitative measurements; job titles were assigned to exposure categories by an industrial hygienist, based on IH measurements (JEM) | Leukaemia (AML); C92.0 | Cumulative exposure (ppm-yr) 0–3.9 4.0–24.9 ≥ 25 Trend test P value, 0.88 | 0 3 2 | 0 (0–2.50) 1.87 (0.39–5.47) 1.39 (0.17–5.03) | Age, race, sex | Third update of the Dow Chemical plant retrospective cohort; one death for MDS, which was reported from the high-exposure group (SMR, 25.05; 95% CI, 0.63–139.58) Strengths: extensive benzene exposure monitoring; complete work history information; periodic medical examination at workplace; long and complete follow-up Limitations: mortality study based on death certificates |

Table 2.1 (continued)

| Reference, location, enrolment/ follow-up period, study design | Population size, description, exposure assessment method | Organ site | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Stenehjem et al. (2015) Norway 1965–1999/1999–2011 Cohort | 24 917 male petroleum workers; offshore oil industry workers for at least 20 days during 1965–1999, all men, extracted from a cohort who responded to a survey conducted with postal questionnaires Exposure assessment method: quantitative measurements; a JEM was developed using monitoring data and job-specific information, giving semiquantitative estimates; JEM scores converted into corresponding ppm values | Leukaemia (myeloid): ICD-10 (codes C92, D45–7) | Cumulative exposure tertiles (ppm-yr) | | | Age, benzene exposure from other work, ever daily smoker | Nested case–cohort study based on an updated cohort of Norwegian offshore workers; evidence of dose-related patterns for cumulative exposure, exposure intensity and peak exposures for AML; weak links with duration; risks are higher for those with first exposure before 1980 Strengths: prospective case–cohort design; data from Cancer Registry of Norway ensure a high degree of completeness; independent exposure estimates developed for this cohort; analyses adjusted for some confounders Limitations: potential recall bias for distant occupations (non-differential); individual differences in exposure within each occupational group could not be taken into account |
| | | | T1 (< 0.001–0.037) | 5 | 1.12 (0.31–4.01) | | |
| | | | T2 (> 0.037–0.123) | 4 | 1.12 (0.30–4.23) | | |
| | | | T3 (0.124–0.948) | 6 | 2.24 (0.65–7.71) | | |
| | | | Trend test P value, 0.188 | | | | |
| | | Leukaemia (AML): ICD-10 (code C92.0) | Cumulative exposure tertiles (ppm-yr) | | | Age, benzene exposure from other work, ever daily smoker | |
| | | | T1 (< 0.001–0.037) | 2 | 1.40 (0.18–11.00) | | |
| | | | T2 (> 0.037–0.123) | 1 | 0.85 (0.08–9.29) | | |
| | | | T3 (0.124–0.948) | 5 | 4.85 (0.88–27.00) | | |
| | | | Trend test P value, 0.052 | | | | |
| | | NHL (CLL): ICD-10 (codes C83.0, C91.1) | Cumulative exposure tertiles (ppm-yr) | | | Age, benzene exposure from other work, ever daily smoker | |
| | | | T1 (< 0.001–0.037) | 4 | 6.23 (0.71–54.00) | | |
| | | | T2 (> 0.037–0.123) | 2 | 3.08 (0.28–34.00) | | |
| | | | T3 (0.124–0.948) | 5 | 6.74 (0.75–60.00) | | |
| | | | Trend test P value, 0.212 | | | | |

Table 2.1 (continued)

| Reference, location, enrolment/ follow-up period, study design | Population size, description, exposure assessment method | Organ site | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Rhomberg et al. (2016) USA 1940–1996 Cohort | 1696 workers from three rubber manufacturing plants (Pliofilm) for at least 1 d Exposure assessment method: quantitative measurements; updated benzene exposure estimates based on job classifications, reconstructed by additional interviews of former workers | Leukaemia (AML) | Cumulative exposure quintiles (ppm-yr) | | | NR | One of many re-evaluations of the Pliofilm cohort; evidence of a threshold effect and relevant exposure window (exposure within 10 yr of cancer onset appeared to be most relevant) Strengths: re-evaluated benzene exposure estimates based on quintiles Limitations: mortality-based; no control for potential confounders; low number of cases; no new cases; exposure reassessment for this cohort was based on few additional data and was supported by the chemical industry; elevated estimates increase the likelihood of observing an apparent threshold |
| | | | < 1.55 | 0 | 0 (0–8.88) | | |
| | | | 1.55–6.33 | 0 | 0 (0–8.68) | | |
| | | | 6.34–20.24 | 0 | 0 (0–8.57) | | |
| | | | 20.25–80.10 | 0 | 0 (0–7.53) | | |
| | | | > 80.11 | 6 | 10.11 (3.71–22.01) | | |

Table 2.1  (continued)

| Reference, location, enrolment/follow-up period, study design | Population size, description, exposure assessment method | Organ site | Exposure category or level | Exposed cases/deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Ireland et al. (1997) USA 1940–1977 through 1991 Cohort | 4172 hourly male chemical plant workers who began employment during 1940–1977 Exposure assessment method: expert judgement; benzene-using departments: nitrobenzene, phenol, chlorobenzene, muriatic acid, and alkylbenzene production; most exposures estimated by IH judgement with information on process changes | Leukaemia: all (AML, ALL, CML, CLL) ICD-8 (codes 204–207) | Cumulative exposure (ppm-mo) | | | Age | Cumulative exposures were low compared with rubber hydrochloride cohort Strengths: examined exposure categories and number of days with peak exposures Limitations: collection of exposure data began in 1980 when only chlorobenzene and muriatic acid departments were still running, so most exposure assignments were estimated by industrial hygienists (including during 1940s–1950s, when exposure data were very sparse); death certificates were the primary ascertainment source; some leukaemias likely missed or misclassified; possibility of exposure to contaminants in coal-tar-derived benzene used at facility; benzene exposures for maintenance workers could not be estimated |
| | | | Unexposed | 5 | 1.1 (0.4–2.6) | | |
| | | | < 12 | 2 | 2.5 (0.3–8.9) | | |
| | | | 12–72 | 0 | 0 (0–5.4) | | |
| | | | ≥ 72 | 3 | 4.6 (0.9–13.4) | | |
| | | Leukaemia: acute nonlymphatic | Cumulative exposure (ppm-mo) | | | Age | |
| | | | Unexposed | 2 | 1.4 (0.2–5.0) | | |
| | | | < 12 | 1 | 3.7 (0.1–20.6) | | |
| | | | 12–72 | 0 | 0 (0–44.1) | | |
| | | | ≥ 72 | 1 | 4.5 (0.1–25.3) | | |
| | | NHL (CLL) | Cumulative exposure (ppm-mo) | | | Age | |
| | | | Unexposed | 1 | 1.0 (0–5.5) | | |
| | | | < 12 | 1 | 5.9 (0.1–32.6) | | |
| | | | 12–72 | 0 | 0 (0–24.7) | | |
| | | | ≥ 72 | 1 | 6.7 (0.2–37.7) | | |
| | | Multiple myeloma | Cumulative exposure (ppm-mo) | | | Age | |
| | | | Unexposed | 1 | 0.5 (0–2.8) | | |
| | | | < 12 | 0 | 0 (0–10.1) | | |
| | | | 12–72 | 2 | 6.8 (0.8–2.5) | | |
| | | | ≥ 72 | 1 | 3.7 (0.1–20.1) | | |
| | | Hodgkin lymphoma | Cumulative exposure (ppm-mo) | | | Age | |
| | | | Unexposed | 0 | 0 (0–3.3) | | |
| | | | < 12 | 0 | 0 (0–16.8) | | |
| | | | 12–72 | 0 | 0 (0–21.4) | | |
| | | | ≥ 72 | 0 | 0 (0–27.4) | | |

Table 2.1 (continued)

| Reference, location, enrolment/ follow-up period, study design | Population size, description, exposure assessment method | Organ site | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Linet et al. (2015) China, 12 cities 1972–1987/1972–1999 Cohort | 73 789 benzene-exposed and 35 504 unexposed Chinese workers; spray and brush painting (coatings), rubber, chemical (including pharmaceutical manufacturing), shoemaking, and other (including printing and insulation) industries Exposure assessment method: records; workers dichotomized (benzene-exposed/unexposed) based on job titles and factory records of use of benzene-containing materials | Pharynx (nasopharynx): ICD-8 (code 147) | Exposed | 29 | 1.9 (0.9–4.3) | Sex, attained age, attained calendar year | Update of the NCI-CAPM cohort; supersedes Yin et al. (1996a), Hayes et al. (1996); lag 2 yr for HLD, 10 yr for all other outcomes; no unexposed incident cases available for CLL Strengths: large sample size; follow-up of 28 yr Limitations: exposure dichotomized to exposed/ unexposed only (no further classification); wide range of industrial processes included; limited control for confounders |
| | | Stomach/gastric cancer | Exposed | 211 | 1.0 (0.8–1.3) | Sex, attained age, attained calendar year | |
| | | NHL (B-cell lymphoma): ICD-8 (codes 202–202); lymphomas and Hodgkin lymphoma | Exposed | 31 | 4.0 (1.6–13.4) | Sex, attained age, attained calendar year | |
| | | NHL (B-cell lymphoma): ICD-9 (codes 202–202); lymphomas and Hodgkin lymphoma | Exposed | 31 | 3.2 (1.4–9.4) | Sex, attained age, attained calendar year | |
| | | NHL (B-cell lymphoma): ICD-9 (codes 202, 202) | Exposed | 30 | 3.9 (1.5–13.2) | Sex, attained age, attained calendar year | |
| | | Multiple myeloma: ICD-9 (code 20) | Exposed | 1 | 0.12 (0.01–0.96) | Sex, attained age, attained calendar year | |
| | | Leukaemia: ICD-9 (codes 204–208) | Exposed | 60 | 2.5 (1.4–4.9) | Sex, attained age, attained calendar year | |
| | | Leukaemia (lymphoid): ICD-9 (codes 204.0, 204.1, 204.2) | Exposed | 10 | 5.4 (1.0–99.3) | Sex, attained age, attained calendar year | |

Table 2.1  (continued)

| Reference, location, enrolment/ follow-up period, study design | Population size, description, exposure assessment method | Organ site | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Linet et al. (2015) (cont.) | | Leukaemia (ALL): ICD-9 (code 204.0) | Exposed | 18 | 4.5 (0.8–83.9) | Sex, attained age, attained calendar year | |
| | | Leukaemia (myeloid): ICD-9 (codes 205, 206) | Exposed | 39 | 2.2 (1.1–4.6) | Sex, attained age, attained calendar year | |
| | | Leukaemia (AML): ICD-9 (codes 205.0, 206.0, 207.0, 207.1, 207.2) | Exposed | 26 | 2.1 (0.9–5.2) | Sex, attained age, attained calendar year | |
| | | Leukaemia (CML): ICD-9 (codes 205.1, 205.2) | Exposed | 13 | 2.5 (0.8–10.7) | Sex, attained age, attained calendar year | |
| | | Leukaemia: acute, NOS, ICD-9 (code 208.0) | Exposed | 6 | 3.5 (0.6–66.1) | Sex, attained age, attained calendar year | |
| | | Leukaemia: NOS, ICD-9 (codes 208.8, 208.9) | Exposed | 5 | 2.4 (0.4–44.4) | Sex, attained age, attained calendar year | |
| | | NHL (CLL): ICD-9 (codes 204.1, 204.2) | Exposed | 2 | NR | Sex, attained age, attained calendar year | |
| | | NHL (CLL): ICD-9 (codes 204.1, 204.2) | Exposed | 2 | NR | Sex, attained age, attained calendar year | |

Case 3:16-md-02741-VC   Document 14064-5   Filed 10/20/21   Page 10 of 15

IARC MONOGRAPHS – 120

Table 2.1 (continued)

| Reference, location, enrolment/ follow-up period, study design | Population size, description, exposure assessment method | Organ site | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Kirkeleit et al. (2008) Norway 1981–2003 Cohort | 27 919 offshore petroleum workers registered to the Norwegian registry of employers and employees, and 366 114 matched controls from the general working population Exposure assessment method: other; location of work and job category | Leukaemia (ALL): ICD-9 (code 204.0) | Exposed in upstream offshore workers | 1 | 2.20 (0.30–16.60) | Sex, age, year of first exposure, education | |
| | | Leukaemia (AML) | Exposed in upstream offshore workers | 6 | 2.89 (1.25–6.67) | Sex, age, year of first exposure, education | |
| | | Leukaemia (CML) | Exposed in upstream offshore workers | 1 | 1.44 (0.19–10.70) | Sex, age, year of first exposure, education | |
| Guénel et al. (2002) France 1978–1989 Nested case–control | Cases: 72 identified among male workers Controls: 285 controls matched to the cases by year of birth Exposure assessment method: expert judgement; JEM developed from expert judgement | Leukaemia (ALL): ICD-9 (code 204.0) | Exposure (benzene unit-yr) Never > 0 to < 5.5 > 5.5 Trend test P value, 0.16 | 9 1 2 | 1.0 0.6 (0.1–5.3) 3.3 (0.3–43.3) | Age matched | |

**Table 2.1 (continued)**

| Reference, location, enrolment/ follow-up period, study design | Population size, description, exposure assessment method | Organ site | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Wong et al. (1993)<br>USA<br>1946–1985<br>Cohort | 18 135 employees with potential exposure to gasoline for at least 1 yr at land-based terminals ($n$ = 9026) or on marine vessels ($n$ = 9109)<br>Exposure assessment method: questionnaire | Leukaemia (ALL) | Land-based employees exposed to gasoline | 2 | 1.3 (0.1–4.5) | NR | |
| | | | Marine-based employees exposed to gasoline | 1 | 0.8 (0–4.4) | | |

ALL, acute lymphoblastic leukaemia; AML, acute myeloid leukaemia; CI, confidence interval; CLL, chronic lymphocytic leukaemia; CML, chronic myeloid leukaemia; d, day(s); HLD, haematopoietic, lymphoproliferative, and related disorders; ICD, International Statistical Classification of Diseases and Related Health Problems; IH, industrial hygiene; JEM, job-exposure matrix; MDS, myelodysplastic syndrome; mo, month(s); MPD, myeloproliferative disorder; NCI-CAPM, National Cancer Institute-Chinese Academy of Preventive Medicine; NHL, non-Hodgkin lymphoma; NOS, not otherwise specified; NR, not reported; ppm, parts per million; SMR, standardized mortality ratio; yr, year(s)

Table 2.4 Epidemiological studies of exposure to benzene and adult lymphoma in the general population

| Reference, location, enrolment/follow-up period, study design | Population size, description, exposure assessment method | Organ site | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Bassig et al. (2015) China (Shanghai) 1996–2000/until 2009 Cohort | 73 087 women only, aged 40–70 yr; Shanghai Women's Study (population-based), with 92.7% response rate Exposure assessment method: quantitative measurements; JEM that combined benzene measurements in factories (since 1954) plus questionnaire data and other information; probability and intensity of exposure assigned | NHL | Cumulative exposure (mg/m³)-yr) | | | Ever smoking, alcohol intake, BMI, education, age | Strengths: highly representative of the general female population in Shanghai; accurate data on exposure; accurate data from cancer registry on incident cancers (very low losses to follow-up) Limitations: only 24 NHL among the exposed |
| | | | Unexposed (reference) | 78 | 1.00 | | |
| | | | Ever exposed | 24 | 1.86 (1.17–2.96) | | |
| | | | Tertile 1: ≤ 35.2 | 3 | 0.92 (0.29–2.94) | | |
| | | | Tertile 2: 35.21–102.4 | 9 | 2.20 (1.10–4.41) | | |
| | | | Tertile 3: > 102.4 | 12 | 2.16 (1.17–4.00) | | |
| | | | Trend test P value, 0.006 for duration, 0.005 for cumulative exposure | | | | |
| Clavel et al. (1996) France 1980–1990 Case–control | Cases: 226 hairy cell leukaemia patients recruited in 18 French hospitals; only living cases included (60% of 368 eligible) Controls: 425 hospital-based, matched to cases by sex, birth date, admission date, residence; mainly from orthopaedic and rheumatology departments; response rate, 57% Exposure assessment method: expert judgement; JEM that assessed a score for ppm of exposure to benzene; exposure blindly assigned to cases and controls | NHL (HCL) | Unexposed | 189 | 1.0 | Matching variables age and sex, smoking status, residence, admission date | Strengths: large series of rare tumour; good exposure assessment Limitations: low response rate among controls; only living cases (prevalent) included, meaning potential source of bias |
| | | | Cumulative benzene exposure (ppm-yr) | | | | |
| | | | < 1 (score) | 15 | 0.7 (0.4–1.3) | | |
| | | | 1–5 (score) | 10 | 0.7 (0.3–1.4) | | |
| | | | ≥ 5 | 7 | 0.5 (0.2–1.2) | | |

Table 2.4  (continued)

| Reference, location, enrolment/follow-up period, study design | Population size, description, exposure assessment method | Organ site | Exposure category or level | Exposed cases/deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Orsi et al. (2010) France 2000–2004 Case–control | Cases: 244 NHL, 87 HD, 56 MM; hospital-based, men only (aged 20–75 yr); incident cases; response rate, 95% Controls: 456 mainly from orthopaedic and rheumatology departments, residing in hospital catchment area; matched by age, sex, centre; cancers excluded, as well as diseases related to occupation, alcohol, or smoking; response rate, 91.2% Exposure assessment method: expert judgement; job-specific questionnaires evaluated by chemical engineer; experts derived ppm estimates from previously published intensity measurement campaigns | NHL | All benzene, exposed vs unexposed | 94 | 1.0 (0.7–1.5) | Age, centre, socioeconomic status | Strengths: good exposure assessment by expert; very high response rate Limitations: hospital-based study |
| | | | Benzene > 1 ppm-yr | 70 | 1.4 (0.9–2.1) | | |
| | | | Pure benzene | 6 | 3.0 (0.8–11.2) | | |
| | | | Pure benzene, definite exposure | 5 | 3.4 (0.8–15.0) | | |
| | | | Latency 30 yr, pure benzene | 5 | 5.5 (1.0–30.7) | | |
| | | | High intensity of exposure | 4 | 2.6 (0.6–11.2) | | |
| | | | Same, diffuse large cell lymphoma | 4 | 7.2 (1.6–33.2) | | |

### Table 2.4 (continued)

| Reference, location, enrolment/follow-up period, study design | Population size, description, exposure assessment method | Organ site | Exposure category or level | Exposed cases/deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Wong et al. (2010b) Shanghai 2003–2008 Case–control | Cases: 649 hospital-based from 25 hospitals; response rate, 76% Controls: 1298 hospital-based controls matched by age and sex, with exclusion of blood malignancies; response rate, NR Exposure assessment method: expert judgement; exposure assessment conducted by experts by estimating ppm of exposure | NHL | Maximum exposure to benzene Score 1 Score 2 Score 3–4 Trend test $P$ value, 0.76 for maximum exposure, 0.80 for duration of exposure | 32 9 9 | 1.14 (0.73–1.78) 0.75 (0.35–1.64) 1.21 (0.53–2.76) | Age, sex, hospital | Limitations: hospital-based study |

BMI, body mass index; CI, confidence interval; HCL, hairy cell leukaemia; HD, Hodgkin disease; JEM, job-exposure matrix; MM, multiple myeloma; NHL, non-Hodgkin lymphoma; NR, not reported; ppm, parts per million; vs, versus; yr, year(s)

# 6. EVALUATION AND RATIONALE

## 6.1 Cancer in humans

There is *sufficient evidence* in humans for the carcinogenicity of benzene. Benzene causes acute myeloid leukaemia in adults.

Positive associations have been observed for non-Hodgkin lymphoma, chronic lymphoid leukaemia, multiple myeloma, chronic myeloid leukaemia, acute myeloid leukaemia in children, and cancer of the lung.

A small minority of the Working Group considered that benzene also causes non-Hodgkin lymphoma. A separate small minority considered that a positive association was not observed for cancer of the lung.

## 6.2 Cancer in experimental animals

There is *sufficient evidence* in experimental animals for the carcinogenicity of benzene.

## 6.3 Overall evaluation

Benzene is *carcinogenic to humans (Group 1)*.

## 6.4 Rationale

*Support for Group 1 from mechanistic data*

A Group 1 evaluation was supported by mechanistic data demonstrating that benzene exhibits many of the key characteristics of carcinogens. In particular, there is *strong* evidence, including in exposed humans, that benzene: is metabolically activated to electrophilic metabolites; induces oxidative stress and associated oxidative DNA damage; is genotoxic, inducing DNA damage and chromosomal changes; is immunosuppressive; and causes haematotoxicity.