# EXHIBIT 1

Ira Vosper

```
 1           UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF CALIFORNIA

 2

                  - - - - -

 3

 4   IN RE:  ROUNDUP PRODUCTS    MDL No. 2741

     LIABILITY LITIGATION        Case No.

 5                               MDL No. 3:16-md-02741-VC

 6   This document relates to:

 7   VOSPER, et al. v.

     MONSANTO COMPANY

 8

 9                  - - - - -

10

             Wednesday, March 17, 2021

11

12                  - - - - -

13           Remote Video-Recorded Deposition of IRA

14   VOSPER, conducted at the location of the witness in

15   Malvern, Pennsylvania, commencing at 9:34 a.m., by

16   and before Robin L. Clark, Registered Professional

17   Reporter and Notary Public in and for the

18   Commonwealth of Pennsylvania.

19                  - - - - -

20

21

22

23

24
```

```
 1    REMOTE APPEARANCES:

 2

 3              LaBLETTA WALTERS, LLC
                BY:  CHRISTIAN LaBLETTA, ESQ.
 4              200 Barr Harbor Drive, Suite 400
                Conshohocken, Pennsylvania 19428
 5              610-828-3339
                clabletta@lablettawalters.com
 6                       For the Plaintiffs

 7

 8              SHOOK, HARDY & BACON, L.L.P.
                BY:  HOLLY PAULING SMITH, ESQ.
 9              and JOSHUA TAYLOR, ESQ.
                2555 Grand Boulevard
10              Kansas City, Missouri 64108
                816-474-6550
11              hpsmith@shb.com
                        For the Defendant
12

13    ALSO PRESENT:

14              BRIAN McGEE, VIDEOGRAPHER

15              ANDREA VOSPER

16                       - - - - -

17

18

19

20

21

22

23

24
```

Ira Vosper

```
 1                   I N D E X
 2   WITNESS                            PAGE
 3   IRA VOSPER
       BY MS. SMITH:                  6, 401
 4     BY MR. LaBLETTA:                 360
 5
 6                 E X H I B I T S
 7   NUMBER          DESCRIPTION        MARKED
 8   Vosper
 9   Exhibit 1     Notice of Deposition     31
10   Exhibit 2     Google Map of 12 Jones Lane   223
11   Exhibit 3     1050 Partridge Lane Google   238
                   Map
12
     Exhibit 4     Rinox/Techo-Bloc Photograph   248
13
     Exhibit 5     Plaintiff Fact Sheet    339
14
     Exhibit 6     Complaint               344
15
16
17
18
19
20
21
22
23
24
```

Ira Vosper

```
 1              DEPOSITION SUPPORT INDEX

 2

                      - - - - -

 3

 4   Direction to Witness Not to Answer

 5   Page  Line

 6   NONE

 7   Request for Production of Documents

 8   Page  Line

 9   NONE

10   Question Marked

11   Page  Line

12   NONE

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                      THE VIDEOGRAPHER:  We are

 2            now on the record.  My name is Brian

 3            McGee.  I am a videographer for Golkow

 4            Litigation Services.  Today's date is

 5            March 17, 2021, and the time is

 6            9:34 a.m.

 7                      This remote video deposition

 8            is being held in the matter of Roundup,

 9            Vosper v. Monsanto Company, for the

10            United States District Court, Northern

11            District of California.  The deponent

12            is Ira Vosper.

13                      All parties to this

14            deposition are appearing remotely and

15            have agreed to the witness being sworn

16            in remotely.  Due to the nature of

17            remote reporting, please pause briefly

18            before speaking to ensure all parties

19            are heard completely.  Will counsel

20            please identify themselves.

21                      MR. LaBLETTA:  Christian

22            LaBletta, counsel for Ira Vosper and

23            Andrea Vosper.  The law firm of

24            LaBletta and Walters.
```

Ira Vosper

```
 1                    MS. SMITH:  Holly Smith,

 2          counsel for Monsanto from Shook, Hardy

 3          & Bacon, Kansas City office.

 4                    MR. TAYLOR:  Joshua Taylor,

 5          counsel for Monsanto.  Shook, Hardy &

 6          Bacon, Kansas City office.

 7                    THE VIDEOGRAPHER:  The court

 8          reporter is Robin Clark and will now

 9          swear in the witness.

10                    THE STENOGRAPHER:  Do you

11          want to raise your right hand, please?

12          Do you swear the testimony you are

13          about to give in this deposition will

14          be the truth, the whole truth, and

15          nothing but the truth, so help you God?

16                    THE WITNESS:  I do.

17                    - - - - -

18          IRA VOSPER, having been duly sworn,

19          was examined and testified as follows:

20                    - - - - -

21  BY MS. SMITH:

22          Q.   Good morning, Mr. Vosper.  My name,

23  as you just heard, is Holly Smith and we'll get

24  to spend some quality time here today.  And
```

Ira Vosper

```
 1          Q.   Other bosses or supervisors over

 2   the years at any of these places?

 3          A.   Well, when I got to Grinnell -- or

 4   sorry, when I got to Rinox, I reported,

 5   basically, to a board of owners.  I had, you

 6   know, basically 100 percent control.  I mean, I

 7   would get big decisions approved by the board.

 8          Q.   And how many employees were working

 9   under you at Rinox?

10          A.   We got up to about 80 or 90.

11          Q.   And what was the square footage

12   when it was Rinox in terms of manufacturing

13   space?

14          A.   The same as it is now.

15          Q.   At the Douglassville facility?

16          A.   Yes.

17          Q.   Okay.  And since being at

18   Techo-Bloc, any other supervisors or bosses?

19          A.   When I first joined Techo-Bloc in

20   2012, I reported to Mike Nadeau who I had

21   worked with in high school at Grinnell.  He had

22   moved to Techo-Bloc.

23          Q.   In high school, any other jobs

24   apart from working -- let me ask first.  Fair
```

Ira Vospel

1    to assume in high school, you were working

2    part-time at Grinnell?

3           A.   Yes.

4           Q.   Would you, in the summertime, would

5    you work for full-time?

6           A.   I'm sorry, in high school, I wasn't

7    working at Grinnell.  In college in the

8    summers, I did part-time at Grinnell.

9           Q.   Okay.  So summers, college only.

10   In high school, any jobs?

11          A.   Yes, I worked, I worked at

12   Hoffmann-LaRoche one summer.  And I worked

13   in -- and then, I believe, my senior year, I

14   started working for them -- no, sorry, let me

15   back up.  I worked for Farmstead Golf Course in

16   high school part-time.  And then I worked a

17   couple of summers at the Sussex County

18   Municipal Utilities Authority.

19          Q.   All that was in high school?

20          A.   I believe the -- can I call it

21   landfill, Sussex County Municipal Utilities

22   Authority, I believe that was freshman year of

23   high -- or of college and senior year of high

24   school.  So right as I was, you know,

Ira Vosper

1  graduating high school and going into college.

2        Q.   And so was it just a summer job or

3  was it job that you worked during your senior

4  year more in the summer and then while you were

5  taking classes your freshman year in college?

6        A.   Sorry, in the summers, so from, you

7  know, in college, you start the beginning of

8  May and end in late August or whenever football

9  started then.  And then in high school, I think

10  we didn't get out until June.  So it was a

11  little shorter.  When I worked at Farmstead, I

12  would work during the school week part-time.

13        Q.   And what grades were you when you

14  worked at Farmstead?

15        A.   I think the end of sophomore year

16  into junior year.  I got my driver's license

17  sophomore year.

18        Q.   So was the golf job, was that the

19  very first job you ever had?

20        A.   Let's see, official --

21        Q.   Yeah, not carrying the kegs into

22  the keg party.

23        A.   I've always worked my whole life

24  and I guess, you know, I did a lot of, like,

1    side cash jobs, you know, since I was almost a

2    freshman in high school.

3              Q.    Like paper routes, that kind of

4    thing?

5              A.    No, always doing something, like,

6    typically with landscaping or cleaning

7    something up or something of that nature,

8    digging post holes, putting in fences.  Always

9    physical and always outside typically, most all

10   my jobs back then.

11             Q.    In terms of a paycheck-type job

12   though, was the golf course your first one

13   where you got a standard --

14             A.    I believe so, yeah.

15             Q.    And that it sounds like was during

16   the school year part-time as well as the summer

17   between your --

18             A.    Yeah, it was on -- it was more

19   during the school year and that the spring.  I

20   would do something things in the summer, but

21   then I got some other, like, like, other jobs

22   that paid more cash to do, like, like, I did

23   fence posts for a while.  You know, like,

24   short, couple of week jobs for cash.

```
 1          Q.    Would you be hired by somebody to
 2    do that -- well, that sounds --
 3          A.    A lot of family friends and things
 4    like that.  Like, my grandparents owned a big
 5    farm close to our farm, so I would go there and
 6    work for them.
 7          Q.    When you were employed by Farmstead
 8    Golf, what was your job title?
 9          A.    So I would do two different things.
10    On the -- I forget whether it was Saturdays or
11    Sundays, in the mornings, we would clean up
12    the, like, sandboxes, the sandpits, rake them
13    and pull weeds and that.  And then around the
14    tee boxes too, we would do, like, just, like,
15    clean up and fix the mulch and, you know,
16    definitely going after weeds.  And then I would
17    also during the week at nighttime, I would wash
18    dishes.
19          Q.    I'm not entirely clear what years
20    it was that you were working at the golf
21    course, was it just your sophomore/junior year?
22          A.    And it was the shortest probably
23    job that I've had.  Like it didn't -- and it
24    was on and off, you know.  When you're in high
```

 1   school and you're playing sports and stuff,

 2   like, you know, you would work two days this

 3   week in the evenings, then you'd work a

 4   Saturday.  It wasn't very consistent.

 5        Q.   So not even what you would call

 6   part-time job, more of like a part-time

 7   part-time job?

 8        A.   A high school part-time job.

 9        Q.   And when you were doing the work on

10   the course, the cleanup around the tee box, the

11   cleaning, the raking of the sandpits, were you

12   personally using and applying any products?

13        A.   Yeah, on a few occasions, we would

14   spray the weeds and then we would either pull

15   them the next week or someone else would pull

16   them if you couldn't get them out.

17        Q.   So you would spray it a week and

18   then you would come back a week later and pull

19   out a dead weed or describe for us --

20        A.   Yes, if you couldn't get the weed

21   out by the root, you know, you would spray it

22   and then it would come out easier in a couple

23   of days.  But sometimes, I was pulling weeds,

24   which I assume were sprayed, because they were

1    brown.

2         Q.   And did you yourself sometimes

3    actually apply the spray?

4         A.   Yes.

5         Q.   Okay.  So tell me about what spray

6    you used and what it, you know, what kind of

7    container it was in.

8         A.   I just remember a hand pump and I

9    only really remember kind of around the

10   sandboxes.

11        Q.   And when you say a hand pump, are

12   you talking, like, a Windex bottle where you're

13   just --

14        A.   No, I don't know that I've ever

15   seen Roundup in a Windex bottle.

16        Q.   Okay.

17        A.   You know, it's typically in, like,

18   like, a 1 gallon or 1-gallon plus container

19   with the little wand on it.  That -- that's all

20   I remember very briefly there.  My work there,

21   out of all my work, that was probably the most

22   brief work experience as far as timing.  There

23   wasn't -- there was only a couple of, you know,

24   possible applications there that -- I didn't

Ira Vosper

```
 1   we're inventorying the right things in the

 2   displays so that people had it right there so

 3   they can buy it as soon as they see it.  And,

 4   you know, I haven't been in the Home Depot

 5   selling in a while, but, you know, almost every

 6   weekend, they had, like, a different thing that

 7   they wanted to promo.  So they would want to

 8   promo this size block this month, so you would

 9   go and kind of put that in the front and then,

10   like, a couple of months later, they would want

11   to promo this thing and so you kind of had

12   to -- you had to change it a lot for what they

13   wanted and then to make sure you're getting

14   your sales.

15        Q.   What were the brand names of the

16   Grinnell pavers or products that you sold?

17        A.   Being in this business so long,

18   you're going to test me.  Our biggest color was

19   multi-color, we sold Diamond Pro, Windsor, you

20   know, Holland Stone.  I'm just rattling off --

21        Q.   Well, let me clarify.  Was Grinnell

22   the product name?  Like, so when people would

23   go and purchase it, was Grinnell what was

24   written on the box and it would have a color or
```

Ira Vosper

```
 1   were there different, was it, like, Home Depot

 2   brand or --

 3        A.   No, neither.

 4        Q.   Okay.  Educate me.

 5        A.   So Grinnell, we were the

 6   manufacturers, right, and the representative,

 7   but every shape had a name and every shape had

 8   different colors.  So it could be shape

 9   diamond, color multi-color.  And, you know,

10   they knew the brand name, but they were buying

11   the shape and the color that they wanted like

12   you would tile.

13        Q.   But the brand name was Grinnell; is

14   that correct?

15        A.   Right, correct.

16        Q.   Okay.  And when you set up these

17   displays at Home Depot, were they inside or

18   outside or both?

19        A.   Both.  More, more in their outside

20   areas than inside.

21        Q.   And when you would maintain them,

22   tell me, talk a little bit more about you would

23   do to maintain them?

24        A.   Well, the number one thing that
```

Ira Vosper

1    would happen to them would be weeds growing up

2    so we're, you know, killing the weeds and

3    pulling and, you know, the weeds were the

4    hardest things in the displays back then.  We

5    didn't -- a lot of times, we wouldn't put the

6    sand in between because in the outside flat

7    ones, if you wanted to change it in six months,

8    like, it was kind of easier to just leave the

9    sand out of the display, but then the weeds

10   would grow even worse.  So, you know, Home

11   Depot was, and I'm sure they don't operate this

12   way now, but if you needed anything to work on

13   your display or fix anything, it was at the

14   disposal, you would just give me the SKU number

15   of what you needed, you would go over to the

16   shelf, they would mark it down as point of

17   purchase sales and it was at your disposal.

18   And there was really -- it was an open book.

19   So if you wanted to prop something up with wood

20   and screws, we would have the drills, but you

21   would just go get the screws and the wood.

22   They would bar code scan it and then just mark

23   it down and, you know, that's how you could get

24   your Roundup, your -- anything you needed for

Ira Vosper

1    your displays, that's how it was done.

2         Q.   So when you would use Roundup on a

3    display, it sounds like you didn't walk into

4    the store with your own bottle; is that

5    correct?

6         A.   No, not at Home Depots at all.

7         Q.   And when you would use it on a

8    display, like, how large are these displays?

9         A.   It really, it can depend on if

10   you're in a city, you know -- well, you're not

11   from, like, Jersey City.  If you're in Jersey

12   City Home Depot, it's a lot tighter.  If you're

13   out in the farm country, you know, you might

14   have, you know, a 1500 square foot display in

15   the ground.

16        Q.   And assuming you were using Roundup

17   on that display that day, you would go over,

18   you would take some off the shelf, you'd bar

19   code it, they would know you're using it, you

20   would have, presumably you would have some left

21   over?

22        A.   Yeah.  And you could leave it by

23   your display.  More often times, it was never

24   there when you went back.  Because Home Depot

Ira Vosper

```
 1   themselves would -- because they would maintain

 2   their flower beds and stuff like that around

 3   these things, so, you know, their workers were

 4   using it too.

 5        Q.   Did you ever just borrow from the

 6   workers and say, hey, can I use, you know, your

 7   spray and not --

 8        A.   I'm sure I have, yes.

 9        Q.   Okay.  And then how often would you

10   say on these visits you would actually use

11   Roundup, and I'm talking specifically to Home

12   Depot?

13        A.   Like each Home Depot -- I guess I'm

14   not sure I understand your question.  Like --

15        Q.   So this --

16        A.   At each store or, like, every day?

17        Q.   Right.  So let me ask it this way.

18   Your -- geographically, a lot of these

19   locations are Northeast, correct?

20        A.   Yes.

21        Q.   So were these displays that were

22   outdoors, ones that were kind of set up kind of

23   spring to fall, but not in the late fall to,

24   you know, early, early spring?
```

Ira Vosper

1   partner with.

2       Q.   And is that what led to the

3   formation of Rinox?

4       A.   It happened very quickly, yes.

5       Q.   And how was the name Rinox picked?

6       A.   The owner in Canada had one

7   location called Rinox and he picked it.

8       Q.   And so from -- what year was it

9   that you made this pitch?

10      A.   I started making the pitch 2003.

11      Q.   So 2002 to 2003, you're an outside

12  sales rep.  2003, you make the pitch, but you

13  continue being --

14      A.   Wait a second, your dates are wrong

15  there.

16      Q.   Okay.  Correct me.  You went to H&K

17  in 2002, correct -- or March 2003?

18      A.   Correct.

19      Q.   Gotcha.  And at what point did your

20  actual title change away from sales rep to

21  something else?

22      A.   Sometime in 2004.  At that point, I

23  didn't really have titles anymore, because I

24  was the general manager of the new startup

Ira Vosper

```
1    company already.  But it wasn't, like, an

2    official stamped title.  I had to design and

3    build the land, get it approved by the town.

4         Q.   At a certain point, did you stop

5    going out and doing display work at different

6    locations?

7         A.   For the Anchor Wall Systems, Haines

8    & Kibblehouse, but that was commercial, so no,

9    I actually got back into it, because as Rinox,

10   we were more homeowner driven for homeowner,

11   like, renovations.

12        Q.   So at Haines & Kibblehouse when you

13   were going out and meeting with customers, were

14   you doing any construction and maintenance of

15   displays?

16        A.   No.  No, that's where I -- when I

17   was out with landscapers, I was kind of new to

18   that field, so I would kind of work out on

19   their construction sites to kind of gain a

20   rapport with them.  And they're the ones that

21   showed me how to use the backpacks.  That was

22   the first time I grabbed a backpack.

23        Q.   And when you refer to the backpack,

24   you're talking about a backpack sprayer?
```

Ira Vosper

```
 1          A.    Yes.

 2          Q.    Okay.  So tell me about the first

 3   time you used a backpack, do you remember that

 4   day?

 5          A.    Yeah, I think it was in King of

 6   Prussia and they were mulching and it was in

 7   the -- yeah, it was in the spring, probably of

 8   2003 there, and I literally, you know, was

 9   uncomfortable selling to them, because there

10   was -- these companies are so big and they

11   wouldn't, like, give you the time of the day.

12   So, you know, and I only did this a handful of

13   times that I know how to do a backpack and get

14   the -- and that they were using concentrate.

15   But, you know, I sprayed a couple of hours my

16   first time and then, like, I would give a guy a

17   hand at any time and pick it up and help him

18   for a little bit.

19          Q.    Did you say you only used a

20   backpack sprayer a couple of times?

21          A.    Yeah, it wasn't a majority of what

22   I ever did.  That was the only time I

23   personally did it myself, but, like, that's

24   what all the corporate landscapers are using,
```

Ira Vospel

1   you know, they have a fill truck and they're

2   going and filling up and using backpacks to

3   walk in and out of the gardens and all the

4   areas.

5           Q.   What did the backpack actually look

6   like?

7           A.   It has, like, a white container

8   where the liquid is, which is kind of up high.

9   There's -- there's, like, a press thing down

10  here and then a wand.  That's the best way I

11  can describe it.  I think they were orange and

12  the tanks were white maybe.

13          Q.   The wand --

14          A.   They were generic, if I had to

15  guess.

16          Q.   Okay.  I was going to ask that.

17  Was there any sort of, you know, label on it

18  where you could tell who made it?

19          A.   I don't remember and most of the

20  landscaper equipment guys commercially, their

21  stuff is really dirty.  Like, you know, you can

22  hardly tell their chainsaw brand.

23          Q.   So you weren't the one purchasing

24  the backpack, so you don't --

```
 1            A.    No, no, no, no.  And I'm not -- you

 2    know, my exposure there was just, like,

 3    learning it and then realizing that every time

 4    I'm around these guys, that's all they're doing

 5    is spraying on these corporate centers.

 6            Q.    And the wand was attached to the

 7    backpack, correct?

 8            A.    Yeah, it came out the back.  It

 9    was, like, yeah, out the back or side, I guess.

10            Q.    And it was about 2003 when you used

11    it; is that correct?

12            A.    Yeah.

13            Q.    Was it really just kind of as you

14    got to know the new business and then after

15    2003, you didn't use it again?

16            A.    Yeah, the backpacks, yes.  I didn't

17    do as much of the commercial kind of sales, you

18    know, from Rinox into Techo-Bloc.  There was

19    more of the homeowner, like, renovations rather

20    than, like, you know, the big corporate

21    centers.  We did some of them, but it wasn't

22    the majority.

23            Q.    And the corporate centers, when the

24    product was being applied, like, how was it
```

Ira Vosper

1    being used?

2          A.   They literally would just keep

3    shooting it as they're walking everywhere.  I

4    mean, every worker with a backpack on applying

5    it has a constant stream going out on the edge

6    of mulch beds, wherever there's weeds growing

7    in.  Definitely at all the concrete entrances

8    or paver entrances or anywhere in those areas.

9    That's where it's getting used the most, I

10   guess.

11         Q.   When you used it, again, you

12   didn't -- your understanding was that it was

13   Roundup, but you didn't actually at that point

14   see Roundup labeled on anything is that

15   accurate?

16         A.   I did not see Roundup labeled.

17         Q.   We're getting towards the lunch

18   hour.  We're going to take a break at some

19   point, because we've got a bit -- probably a

20   bit more to cover.  Do you want to take a lunch

21   break now, or do you want to keep going on a

22   little bit more?

23         A.   I'm fine.  So whatever you guys

24   want to do, I can work longer hours than most

Ira Vosper

```
 1   people here.  So whatever you want to do.

 2                  MR. LaBLETTA:  Well, Holly,

 3           you're doing all the work, so what do

 4           you need?  Do you need a full half

 5           hour?  Do you need 15 minutes, 20

 6           minutes?  I'm fine, so whatever you

 7           need.

 8                  MS. SMITH:  I think when we

 9           take a break and I'm fine, if it

10           doesn't need to be this moment,

11           probably 20, 25 minutes, something like

12           that.

13                  MR. LaBLETTA:  Uh-huh.  It's

14           up to you, Holly.  I mean I think we're

15           about -- I mean, halfway is probably a

16           good time to take a break if you think

17           you're about halfway.

18                  MS. SMITH:  Yeah, it's

19           always hard to kind of tell.

20                  MR. LaBLETTA:  Yeah, I know.

21   BY MS. SMITH:

22      Q.   Why don't we talk just a little bit

23   more about your work history and then we'll

24   take a break.
```

Ira Vosper

```
 1              So switching over to Rinox and

 2    Techo-Bloc, you said you went back to more

 3    individual customers as opposed to commercial

 4    clients, correct?

 5         A.   More at Rinox, yeah.  And my job

 6    title changed at Rinox.  I was in charge of

 7    sales, but I was in charge of production.  I

 8    was in charge of everything.

 9         Q.   I was going to say, it sounded like

10    you went more into management around that time

11    frame; is that accurate?

12         A.   I did.  But sales was our biggest

13    challenge as a startup company and, you know,

14    the first couple of years, I had to focus more

15    on that than -- after I built the factory, more

16    on that than I could in the factory in the

17    beginning.

18         Q.   Would you say that, you know,

19    earlier you gave me a couple estimates about

20    how much time you were spending doing display

21    work as opposed to other parts of your job

22    duty.  If we were to do a pie chart for the

23    different types of tasks that you were doing in

24    the time frame that Rinox got up and running,
```

Ira Vosper

1    around, like, 2004 going to 2012, I guess is

2    when -- when you're in the factory, it sounds

3    like you were the general manager at Rinox from

4    2004 to 2012.  Within that time frame, was it a

5    consistent pie chart or did the pie chart

6    shift?

7          A.    Constantly shifting.

8          Q.    So let's talk about --

9          A.    So when you're in charge of

10   everything, you don't have kind of, like, the

11   schedule that you did -- that I did at previous

12   companies, where I had, like, certain

13   objectives to meet.  I filled whatever hole

14   needed to be filled in a startup company.

15   Especially when it was my first time at a young

16   age with $14 million.

17         Q.    Given that you were taking on so

18   many more responsibilities in addition to

19   sales, did your use of Roundup in your

20   employment start to decrease, in terms of your

21   own personal hands-on time with Roundup?

22         A.    So in the front of our factory, we

23   built enormous displays, bigger than any dealer

24   would have, because we were trying to bring

1  dealers there to show them how great our

2  products were.  I would say our displays were

3  ten times the best dealer.  And we would change

4  sections out.  I mean, honestly, we got a

5  little desperate when the economy tanked in '07

6  there.  But, like, we would be killing the

7  weeds there on the displays, you know,

8  regularly.  We did have a landscape company

9  from Haines & Kibblehouse that took care of the

10  softscapes, and what I mean by that is the

11  non-concrete stuff.  So the flower beds, they

12  were spraying constantly.

13        Q.   But in terms of the hardscape,

14  Rinox handled it?

15        A.   Yeah, we did it mostly, mostly

16  ourselves.

17        Q.   How many employees did Rinox have

18  when it first got established?

19        A.   I gave you a number of, like, 80,

20  but that was probably in 2007.  So, you know,

21  we added -- I added an employee at a time until

22  I got there.  You know, I was the only hiring

23  manager, so I never stopped to think about how

24  we got to 80 workers there.  I know I hired

Ira Vosper

1   them all, at the same time as doing everything

2   else, so I don't know.  I don't know how to

3   answer that.

4        Q.   Were you able to delegate the

5   actual application of Roundup to others so that

6   you could focus on more business-related

7   aspects of the job?

8        A.   Sometimes.  I mean anyone would if,

9   like, we had to take pride in what we looked

10  like.  So anyone would pull a weed, clean

11  something off, put Roundup on, like, anyone

12  would, you know, jump in and do it.  We all

13  were trying to make things better.

14       Q.   How many hours a week would you say

15  when you were at Rinox you were applying

16  Roundup?

17       A.   I probably did it once every two,

18  three weeks.  I didn't do it that -- the

19  displays, an hour.  I don't know.  You could

20  probably spray it in a hour.

21       Q.   So between 2004 to 2012, about

22  every two to three weeks, you would apply

23  Roundup for about an hour?

24       A.   That's when it would start growing

1   back, so, you know, you would be spraying,

2   like, trying to pull weeds.  And quite

3   honestly, I never walked over the thing

4   without -- in the morning, without trying to

5   make the thing better.  So my frequency of it

6   was not a -- it wasn't something I was thinking

7   about.  It was keeping it nice all the time.

8   You know, like, you know, it's not like you

9   feed your dog once a day or whatever it is and,

10   you know, that's what you do.  Like, you know,

11   we've got to sell product.  We've got to build

12   this company.  We've got to look great all the

13   time in everything we're doing and, like, that

14   was my obsession.

15        Q.   And I appreciate that.  I totally

16   hear what you're saying.

17        A.   I know -- yeah, sorry.

18        Q.   I can picture you kind of walking

19   in and going by the display and saying we

20   should do this or that differently, but I'm

21   also trying to get a sense of how much of it

22   would you say, hey, Bob, I was walking by the

23   display, I think we should do this and then Bob

24   or somebody else would do it versus you

Ira Vosper

1   actually --

2          A.   For the displays, I kind of

3   micromanaged it and took more pride in a lot of

4   that myself.  You know, especially at Rinox,

5   because it was my baby.  I, like, made sure

6   every corner of the place was perfect in that

7   regard for sales.  So, like, I would rarely

8   say, hey, someone else go do it when it came to

9   the way we looked.

10         Q.   Would you ever say, and I'm making

11  it Bob, you probably don't have anybody named

12  Bob, but Bob, I noticed there were some weeds

13  on the display, can you or somebody else get

14  out and there and spray it?  Or would you

15  always just say, I see weeds, I must be the one

16  and you go out and apply the Roundup?

17         A.    I remember being -- I don't

18  remember delegating very much in the regards of

19  the displays when we were Rinox.  I do remember

20  delegating, you know, to some of the customers

21  when we became Rinox, because I could not get

22  any -- I could not be everywhere.  So I did

23  visit customers frequently, especially on

24  weekends, when I didn't have, like, something

1   at the factory at the same time, or I did do

2   most of the local customers.  But and then it

3   was just, hey, make sure that display is good.

4   Hey, make sure we look perfect.  It wasn't,

5   like, do this on this block.  It was just we

6   need to look great, we have got to sell.  We

7   have this huge factory we've got to pay for,

8   and that was my directive.

9           Q.    So based on what you said earlier,

10  it sounds like every two to three weeks you

11  would spend about an hour applying Roundup

12  during this time frame; is that right?

13          A.    About.

14          Q.    And then when it transitioned over

15  to Techo-Bloc -- or Techo-Bloc, I keep trying

16  to put an N in there, when it switched to

17  Techo-Bloc, did that change or stay the same?

18          A.    Yes.  Yes.

19          Q.    How did it change?

20          A.    So I would say even at Rinox, like,

21  we were struggling financially and I got

22  cancer, so the owners wanted to sell, because I

23  couldn't, I couldn't be there.  I did less

24  work, you know, going through chemo treatments

Ira Vosper

1    and stuff in 2010 and even into '11, I was on

2    Rituxan, so although I worked a lot, I didn't

3    do as much physical, because of my -- where I

4    was.  Like I just wasn't able to.

5              So then when Techo-Bloc bought

6    us, I was to no longer be in sales anymore and

7    I have not done anything with sales since I

8    have been at Techo-Bloc.

9        Q.   When did --

10       A.   So our displays, we don't sell and

11   it's not as big of a deal to look great in our

12   sales kind of -- or in how we sell to the

13   customers.  Almost all our display work is at

14   the dealers and we have display teams and I

15   don't manage that and I don't really know what

16   they do.  I'm production now.  But we would

17   always keep Roundup, because the front of our

18   building still has pavers and, you know, but I

19   didn't as often spray it there.  One of my old

20   maintenance guys used to do it, but people took

21   pride in what we looked like at Techo-Bloc and

22   would just kind of go out and spray it and then

23   we did hire an outside landscape company.  They

24   were spraying -- they were spraying weed

1    killers, but that would be an assumption on

2    Roundup, because I never went and looked at it,

3    but they were spraying all the weeds in the

4    beds until I mandated in 2018, there's no more

5    Roundup on site.  And we got rid of everything.

6         Q.    And that brings us to the

7    discussion we had earlier when we talked about

8    disposal, correct?

9         A.    Yeah, I don't -- yeah, I told them

10   all to get rid of it.  And but I was going

11   through chemo at the time.  I would work in

12   between chemo treatments, like, three hours a

13   day.  And, I mean, I was in no condition to

14   even go throw something into a dumpster.  I

15   told the parts person don't ever bring it in

16   the building and throw it all away.

17        Q.    Okay.  And once it was Techo-Bloc

18   in 2012, you're in production now, not in

19   sales.  You said occasionally you would apply

20   some Roundup at the front of the store.  How

21   often would you estimate you actually were

22   applying Roundup at that point?

23        A.    Maybe once every two months or

24   something like that.  I did a lot more at that

Ira Vosper

```
 1              A.   I was too early to know anything.

 2              Q.   And so the first time you remember

 3  Roundup being used would be when you guys were

 4  on the Jones Lane address?

 5              A.   Yes.

 6              Q.   Okay.  And do you have any

 7  knowledge as to why your dad selected Roundup?

 8                        MR. LaBLETTA:  Objection.

 9         Asked and answered.  But you can answer

10         again.

11                        THE WITNESS:  He thought it

12         would do the best to kill the roots.

13  BY MS. SMITH:

14              Q.   Did he ever say he bought it

15  because he saw an advertisement?

16              A.   I don't recall.

17                        MR. LaBLETTA:  Object to the

18         form.  Yeah.  Go ahead.

19                        THE WITNESS:  What do I do

20         here?

21                        MR. LaBLETTA:  You can

22         answer.

23                        THE WITNESS:  Oh, I don't

24         recall.  We had one TV station, I
```

Ira Vosper

```
 1            don't -- I don't know advertising the

 2            same way back then.

 3   BY MS. SMITH:

 4            Q.   When you've selected Roundup, was

 5   it ever because of a commercial you saw or was

 6   it because of your own prior experience with

 7   it?

 8            A.   Well, more and more, like, as I got

 9   my own house, I would be paying more attention

10   to homeowner advertisements ever than before.

11   Normally, it was just around my business.  So I

12   do remember the western guy shooting things

13   like a gun slinger.  I mean I remember that.

14            Q.   Were you already using Roundup at

15   that point though?

16            A.   Yes.  And the only ad that might

17   have changed me was there was an extended

18   release one, I believe, that I had tried and I

19   didn't see the benefit after I did it.

20            Q.   So it was switching from one

21   Roundup product to another?

22            A.   Yes.

23            Q.   When you're in middle school, high

24   school, and you've talked about your dad would
```

 1                  C E R T I F I C A T I O N

 2

 3

 4          I HEREBY CERTIFY that the proceedings and

 5   evidence are contained fully and accurately in the

 6   stenographic notes taken by me upon the foregoing

 7   matter on March 17, 2021, and that this is a correct

 8   transcript of same.

 9

10

11

12

13          *Robin L. Clark*

14   _____

15          Robin L. Clark

16   Registered Professional Reporter

17

18

19

20

21              (The foregoing certification of this

22   transcript does not apply to any reproduction of the

23   same by any means unless under the direct control

24   and/or supervision of the certifying reporter.)