**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

**THE PIORKOWSKI LAW FIRM, PC**
Joseph D. Piorkowski, Jr.
(jpiorkowski@lawdoc1.com)
1800 K Street, NW, Suite 1000
Washington, DC 20006
Tel:  202-257-7662

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION _____ *Carl and Karen Savory, husband and wife* v. Monsanto Company Case No. 3:20-cv-02403 | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DECLARATION OF ERIC G. LASKER IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT MARC BRAUNSTEIN ON RULE 702 GROUNDS** |

**DECLARATION OF ERIC G. LASKER**

I, Eric G. Lasker, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Hollingsworth LLP, counsel of record for Defendants Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto Company's reply in support of motion to exclude Plaintiff Carl Savory's specific's causation expert Dr. Marc Braunstein on Rule 702 grounds. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the deposition of Dr. Marc Braunstein taken in the matter *Thomas v. Monsanto,* 3:20-cv-08051-VC, dated August 17, 2021.[1]

3. Attached hereto as **Exhibit 10** is a true and correct copy of Dr. Marc Braunstein's expert report in the above-captioned matter, dated June 25, 2021.

4. Attached hereto as **Exhibit 11** is a true and correct copy of the deposition of Dr. Marc Braunstein taken in the above-captioned matter, dated August 18, 2021.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed October 20, 2021, in Washington, DC.

/s/ Eric G. Lasker

---

[1] For ease of reference, we have attached those pages of the deposition transcript referenced in Monsanto's Reply. For the full deposition transcript, *see* Decl. of Jed P. White in Support of Monsanto Co.'s Mot. to Exclude Pls.' Specific Causation Experts Dr. Marc Braunstein and Dr. Ronald Kendall on Rule 702, ECF No. 13786 at Ex. 2, Braunstein *Thomas* Dep.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of October, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Eric G. Lasker*