# EXHIBIT 9

```
 1   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 2   ------------------------------------------------X
     This document relates to:
 3

     Troy Wilson Thomas and Josephine
 4   Ventura, husband and wife,
     v. Monsanto Company
 5   Case No. 3:20-cv-08051-VC
 6                                              .
     ------------------------------------------------X
 7

 8

 9           TUESDAY, AUGUST 17, 2021
10       VIDEOTAPED DEPOSITION of Marc J.
11   Braunstein, M.D., conducted at the Inn at
12   Great Neck, 30 Cutter Mill Road, Great Neck,
13   New York, commencing at 9:05 a.m., on the
14   above date, before Nicole Veltri, Registered
15   Professional Reporter and Certified Realtime
16   Reporter.
17
18
19
20
21
22
23
24
```

```
 1   A P P E A R A N C E S:
 2
     WAPNER, NEWMAN, BRECHER & MILLER, PC
 3        Attorneys for the Plaintiffs
          2000 Market Street, Suite 2750
 4        Philadelphia, Pennsylvania 19103
          BY: JARAD L. SILVERSTEIN, ESQ.
 5        jsilverstein@wapnernewman.com
 6
     THE PIORKOWSKI LAW FIRM, PC
 7        Attorneys for the Defendant
          MONSANTO COMPANY
 8        1800 K Street, NW, Suite 1000
          Washington, DC, 20006
 9        BY: JOSEPH D. PIORKOWSKI, JR., ESQ.
          JPiorkowski@PiorkowskiLaw.com
10
11   NELSON MULLINS
          Attorneys for the Defendant
12        MONSANTO COMPANY
          1320 Main Street, 17th Floor
13        Columbia, South Carolina 29201
          BY: ELAINE YAP, ESQ.
14        elaine.yap@nelsonmullins.com
15
16
     ALSO PRESENT:
17   DANNY ORTEGA: Legal Videographer
18        *    *    *
19
20
21
22
23
24
```

1 whether they cause.  In other words, when I
2 think of cause I think that if you have
3 this.  You're very likely to develop the
4 disease.  I would consider them more risk
5 factors.  In other words, you have it.  It's
6 a potential risk that increases.
7     Q.   What autoimmune diseases do you
8 regard as being risk factors for the
9 development of non-Hodgkin's lymphoma?
10     A.   I would say the most -- two that
11 are most common are rheumatoid arthritis and
12 lupus, systemic lupus; but I believe also
13 others such as Sjogren's disease could be a
14 risk factor.
15     Q.   Do you know whether psoriatic
16 arthritis is a risk factor?
17     A.   I'm not sure.
18     Q.   With respect to rheumatoid
19 arthritis and systemic lupus, are they
20 associated with a particular type of
21 non-Hodgkin's lymphoma; or is that a general
22 association of --
23     A.   I believe it's a general
24 association.  They may have been associated

1 more with one particular type, but I believe
2 it's a general association.
3     Q.   Is the idea with autoimmune
4 diseases -- is the understanding among
5 oncologists -- let me start over.
6         Is it your understanding as an
7 oncologist that the mechanism behind
8 autoimmune diseases potentially causing
9 non-Hodgkin's lymphoma is that the
10 autoimmune disease provides chronic
11 antigenic stimulation?
12         MR. SILVERSTEIN:  Objection to the
13     form.
14     A.   Well, I'm not sure if it
15 necessarily causes the lymphoma.  It
16 increases the risk.  I would agree in part
17 due to modification of the immune system.
18     Q.   Is it correct that autoimmune
19 diseases including rheumatoid arthritis and
20 lupus do cause chronic antigenic stimulation
21 of the immune system?
22     A.   Again, I'm not an expert in
23 autoimmune diseases; but autoimmune diseases
24 in part deal with hematology because some

1  intimately familiar.  I don't prescribe them
2  often but, yes.
3       Q.   And they're referred to NSAIDs as
4  a class?
5       A.   Oh, yes.  I'm familiar with
6  NSAIDs, yes.
7       Q.   Are you aware of any medical
8  literature indicating that NSAIDs have been
9  associated with non-Hodgkin's lymphoma?
10      A.   I'm not aware of literature on
11 that.
12      Q.   Are you aware of any literature
13 looking at acetaminophen and whether it's
14 associated with non-Hodgkin's lymphoma?
15      A.   No, sir.
16      Q.   Are you aware of any literature on
17 tricyclic antidepressant medications and
18 association with non-Hodgkin's lymphoma?
19      A.   I don't prescribe them.  I'm not
20 familiar; I'm sorry.
21      Q.   Whether you prescribe them or not
22 though, if a medication had an association,
23 that would still be relevant to you?
24      A.   That is a fair point.  I agree

1  first-degree relative with any hematologic
2  malignancy, which would include
3  non-Hodgkin's lymphoma, multiple myeloma, so
4  forth?
5      A.   In this case, I was referring to
6  non-Hodgkin's lymphoma -- a first-degree
7  relative with non-Hodgkin's lymphoma.
8      Q.   Did you know whether there's data
9  in the medical literature suggesting that a
10 family history of any type of cancer in a
11 first-degree relative is a risk factor for
12 non-Hodgkin's lymphoma?
13     A.   Well, I've read the defense report
14 that mentioned about prostate cancer, for
15 example; so I've seen some literature from
16 that that I was not as familiar with because
17 typically we're looking at first-degree
18 relatives with non-Hodgkin's lymphoma as a
19 risk factor in clinic.  But there's
20 literature that exists, yes.
21     Q.   Do you have an opinion as to
22 whether first-degree relatives with cancer
23 other than non-Hodgkin's lymphoma, whether
24 that presents a risk of an increased risk of

1    A.   Okay.
2    Q.   Would you agree with me that
3 there's not a consensus in the medical
4 profession that glyphosate causes
5 non-Hodgkin's lymphoma?
6    A.   I would agree that the literature
7 is -- the literature is not definitive on
8 that; and, therefore, that leads the debate.
9    Q.   Well, not only is it not
10 definitive, there's a number of individuals
11 who have strongly staked out the position
12 that glyphosate does not cause non-Hodgkin's
13 lymphoma, correct?
14         MR. SILVERSTEIN:  Objection to the
15    form.
16    A.   I am not aware of which
17 individuals you're referring to; but I would
18 say, you know, based on different things
19 I've read, there are differences in
20 opinions.  So, you know, it clearly --
21 there's debate about this; so I would
22 concede that there is debate in the field in
23 general and in the world about the status of
24 glyphosate as a carcinogen.

1    Q.   It's fair to characterize it as
2  controversial?
3         MR. SILVERSTEIN:  Objection to
4    form.
5    A.   Well, it's not; controversial is
6  necessarily a term we use frequently in
7  literature.  I mean, controversy may be
8  argumentive in a way whereas debate, you
9  know, it's debatable how you interpret the
10 literature.  If you want to call it
11 controversial, sure.
12   Q.   When we were talking earlier, you
13 were alluding to people who had different
14 views of the literature as differing in your
15 assessment of how they understood the
16 science.  Do you recall that discussion?
17   A.   I think that's part of -- yes, I
18 think that's part of science in general.
19   Q.   And do you think that with respect
20 to the question of whether glyphosate can
21 cause non-Hodgkin's lymphoma, that
22 reasonable scientific minds can differ?
23   A.   I think they do in this case, yes.
24   Q.   I want to turn to -- hang on one

1  were based on very small numbers, four cases
2  and two controls; is that right?
3      A.  What do you mean by very small
4  numbers?
5      Q.  There are four cases and two
6  controls.
7      A.  Yes.
8      Q.  And the Cocco study did not find a
9  statistically significant increased risk of
10 non-Hodgkin's lymphoma in glyphosate users,
11 correct?
12     A.  Yes.
13     Q.  So to summarize what we've gone
14 over in Table 1 in your report, out of the
15 six case-control studies that we've
16 reviewed, five and a half of them either
17 showed no statistically significant
18 increased risk of NHL in ever users of
19 glyphosate or showed no statistically
20 significant increased risk when adjusted for
21 other pesticides; is that correct?
22     A.  When you look into the results by
23 certain analyses like the multivariate
24 analyses, that is correct.

1    Q.   And of those six studies, and I
2  asked you this earlier, but we haven't gone
3  through the other ones, but the only study
4  that showed statistically significant
5  increased risk of non-Hodgkin's lymphoma in
6  ever users that adjusted for other
7  pesticides was the logistic regression
8  analysis in De Roos 2003, correct?
9    A.   That's correct in adjustments.
10   Q.   Now, the Pahwa study, which we've
11 alluded to but I don't think we've marked it
12 yet.
13        (Whereupon, the aforementioned
14     Pahwa article entitled, "Glyphosate Use
15     and Associations with Non-Hodkin
16     Lymphoma Major Histological Sub-types:
17     Findings from the North American Pooled
18     Project" was marked as Braunstein
19     Exhibit 14 for identification as of
20     this date by the Reporter.)
21   Q.   I've handed you what I've marked
22 as Exhibit 14 (handing).  This is the same
23 paper we discussed before that includes data
24 from both McDuffie and De Roos 2003.

1    A.    That's correct.  That was the
2    first one.
3    Q.    And you talked about the fact in
4    De Roos 2003, they used two different
5    methods by which to evaluate the use of
6    other pesticides, correct?
7    A.    Correct.
8    Q.    So my question to you is, here
9    they're describing the method that they're
10   using for adjusting for use of other
11   pesticides, correct?
12   A.    Yes.
13   Q.    Okay.
14         And it's essentially a two-step
15   process.  Basically saying step one being is
16   the pesticide correlated with glyphosate
17   use, and the second one being is there some
18   scientific basis to suggest that the
19   pesticide is associated with non-Hodgkin's
20   lymphoma risk; is that a fair summary?
21   A.    Well, yes.  They combine studies
22   and use the analysis to try to use
23   confounding variables.
24   Q.    My question to you is, from your

1  there's a basis for suggesting that the
2  other pesticide could affect the outcome?
3      A.   Well, those are two really
4  important questions; so I agree, they may
5  want to examine that.
6      Q.   Just saying it's a sensible
7  approach from your vantage point as a
8  clinician; is that fair?
9      A.   It's a sensible approach to use a
10 particular statistical approach to try to
11 combine studies.  They're may be more than
12 one approach, but I think it's reasonable.
13     Q.   Then it goes on to say that,
14 quote, in the herbicides 2,4-D -- I'm not
15 going to try to read the whole thing.
16     A.   Right.
17     Q.   And Dicamba as well as the
18 insecticide malathion, met both criteria and
19 were, therefore, included in the more fully
20 adjusted secondary logistic regression
21 models, correct?
22     A.   Okay.  We'll take it at the
23 author's word, yes.
24     Q.   Now, in Table 2, it shows the

1  results of ever use glyphosate and under
2  OR -- odds ratio B, odds ratio B included
3  adjustment for those three other pesticides
4  that met those two criteria that we just
5  discussed, correct?
6       A.   Yes.  They adjusted for it says
7  age, sex, state, province, lymphatic or
8  hematopoietic cancer, first-degree relatives
9  use of a proxy responding or use of any
10 personal protective equipment or use of
11 other pesticides.
12      Q.   Specifically, three other
13 pesticides?
14      A.   The ones we mentioned, yes.
15      Q.   And when they did that analysis,
16 there was no statistically significant
17 increased risk of non-Hodgkin's lymphoma
18 overall for ever use of glyphosate, correct?
19      A.   Correct.  Just actually when
20 you're looking at -- let me rephrase that.
21 For the ever -- ever use glyphosate there
22 was an odds ratio of 1.43 that was
23 statistically significant for NHL overall;
24 and for diffuse large B-cell lymphoma for

1  ever use, there was also a statistically
2  significant odds ratio of 1.6.
3     Q.  But my question was about the
4  adjusted odds ratio.
5     A.  Oh, I'm sorry.  For B, you're
6  correct.  For those there were no confidence
7  intervals that were statistically
8  significant.  Sorry.
9     Q.  And each and every one of the
10 subtypes that were analyzed also did not
11 show statistically significant increase for
12 ever use of glyphosate, correct?
13    A.  When they broke it into different
14 types of NHL, that's correct.
15    Q.  Yes.
16        Now, in your report on page 11 you
17 say in the last sentence on the page, for
18 example, the North American Pooled Project
19 study in 2019 of glyphosate use and
20 non-Hodgkin's lymphoma was also published
21 and demonstrated that glyphosate exposure
22 for greater than two days per year resulted
23 in a significant twofold increased risk for
24 DLBCL; and then you give the odds ratio and

```
 1   confidence intervals, correct?
 2        A.    Correct.
 3        Q.    Now, I want to direct your
 4   attention to the discussion section that
 5   appears on 606.
 6        A.    Okay.
 7        Q.    And you see it's middle of the
 8   paragraph.  It says although there is a
 9   statistically significant association
10   between ever glyphosate use and
11   non-Hodgkin's lymphoma overall, this
12   association was attenuated and became no
13   longer statistically significant when
14   adjusted for recorded use of 2,4-D Dicamba
15   and malathion.  Did I read that correctly?
16        A.    Yes, you did.
17        Q.    That's what we just discussed a
18   minute ago?
19        A.    I agree, yes.
20        Q.    Then it goes on to say, however,
21   the significant excess risk among those who
22   reported use of glyphosate for greater than
23   or equal to two days per year was not
24   eliminated by adjustment for other
```