# EXHIBIT 10

June 25, 2021

Jarad L. Silverstein, Esquire
Wapner Newman Attorneys at Law
2000 Market Street, Suite 2750
Philadelphia, PA 19103

**Re: Carl Savory *v.* Monsanto**

Dear Mr. Silverstein,

Thank you for the opportunity to review the confidential materials involving the case of Mr. Carl Savory *v.* Monsanto, and to offer my expert opinion as you requested as it applies to causation of Roundup and his diffuse large B cell lymphoma (DLBCL). In this regard, I have reviewed the records you provided, including outpatient clinic encounter notes from his various medical doctors, Mr. Savory's and his wife's deposition transcripts, and his plaintiff fact sheet (see section 3 below). As you are aware, I have no personal or professional relationship with the plaintiff or defendant involved in this case, and I have no conflicts of interest to report. I have never had any litigation brought upon me in either a personal or professional manner, disciplined professionally, or had my license suspended. Please see below as well as my attached CV for details regarding my background. As is customary, my time has been compensated by your law firm for preparing this report (see section 8), however the opinions expressed herein are based on my objective review of the case records and my compensation is not dependent of the outcome of this case. I have no stake in the outcome of the legal proceedings surrounding this case, and I am not aware of the details of any damages you and your client are seeking. In this role as an expert witness, I abide by the highest ethical standards of my profession, and I take this role seriously.

The following report summarizes my background and qualifications to serve as an expert witness in this case, as well as the methodology, factual review, and opinions regarding this case. All the opinions expressed below are to a reasonable degree of scientific and medical certainty. The opinions expressed herein are solely my own and do not represent those of my employer, NYU Langone Health, nor do they reflect professional advice that may transpire between me and my patients during routine clinical practice; these opinions are restricted to the facts of the case of Mr. Carl Savory. Also please note that as required by my academic institution, I must disclose my participation and compensation as an expert witness. I also reserve the right to amend, supplement, or revise the opinions contained in this report and to offer additional opinions should new information become available to me, as well as to respond to the opinions and testimonies of Monsanto's experts.

1. **Background**

I am a physician duly licensed to practice medicine in the State of New York (license number 266441). I attended Brooklyn College on a full-tuition scholarship, where I earned a B.S. in biology and performed research on cell division. I next spent a year as a post-baccalaureate fellow in the National Institutes of Health Academy studying the nephrotoxic effects of chemotherapy. I then received my M.D. and Ph.D. degrees from SUNY Downstate Medical Center, completed an internal medicine residency at Northwell Health, and did my adult hematology/oncology fellowship training at NYU Langone Medical Center. I am triple board certified by the American Board of Internal Medicine in internal medicine, hematology, and medical oncology. I have a graduate degree in molecular and cellular biology, having defended a thesis project involving the immunobiology of the bone marrow microenvironment of the blood cancer multiple myeloma, a cancer of mature B cells called plasma cells. My thesis worked was awarded the prestigious Robert F. Furchgott Award for distinction in graduate research.

I am currently Assistant Professor of Medicine at NYU Langone Hospital—Long Island, NYU Perlmutter Cancer Center, part of NYU Langone Health. I serve as Program Director of our hematology/oncology fellowship training program, where I have taught numerous medical students, residents, and fellows on the management of B-cell malignancies and related disorders. I have served in this position for more than 3 years, and prior to this was a fellow at NYU Langone Medical Center, an institution which has consistently ranked among the top 10 medical schools in the nation. In my current role, I also serve on the committee that led to the inception of the NYU Long Island School of Medicine in 2018, and am course Co-Director of the Hematology organ system block for the medical school. I have received multiple awards for Teacher of the Year from my fellowship program. In line with my role as an educator, I was selected by the American Society of Hematology (ASH) to be part of the ASH Medical Educators Institute. I am actively involved in professional societies and am a member of ASH, serving as a junior grant reviewer, American Society of Clinical Oncology (ASCO), where I volunteer on several committees as shown in my CV, American Society for Transplantation and Cellular Therapy (ASTCT), American College of Physicians, where I serve on the Early Career Taskforce, and the New York Academy of Medicine.

My clinical and research focus is on B-cell malignancies, specifically B-cell lymphomas, plasma cell dyscrasias, and related disorders, which comprise most of my active clinical practice. I am also part of the Blood and Marrow Transplant team at NYU Perlmutter Cancer Center and am involved in hematopoietic stem cell transplantations for both lymphomas and multiple myeloma. I have extensive experience in diagnosing and treating non-Hodgkin lymphomas (NHL), including commons histologic subtypes such as diffuse large B-cell lymphoma (DLBCL) and follicular lymphoma (FL), as well as less common subtypes. I work with an inter-professional team along with other experts in lymphoma and multiple myeloma, nurses, advanced practice practitioners, social workers, and other support staff, and am generally familiar with their scope of practice. My research career is aimed at furthering the understanding of blood cancers and improving treatment approaches, as well as advancing medical education. I am principal investigator on several clinical trials in multiple myeloma and have original publications, abstracts/presentations, and reviews in this field, as shown in my CV. In my personal time I serve as a volunteer Vice-Chair of the Long Island chapter of the Leukemia and Lymphoma Society, in which I engage in the scientific and philanthropic mission of the organization. Additional information on my background is provide in my attached CV.

2. **Expert Qualifications and Methodology**

Based on my background, training, and clinical and research experience, for this case review I present myself as an expert in medical oncology and hematologic malignancies, as well as in related applications of molecular and cellular biology, in which I have also earned a doctoral degree. Expertise in these areas entails detailed knowledge and understanding of the pathogenesis, causes, and mechanisms of cancer, including hematologic malignancies, as well as the clinical diagnosis, staging, prognosis, treatment, supportive care, and surveillance related to these diseases.

Hematology and medical oncology, in which I am board certified, are subspecialities of internal medicine which require training in the biological, chemical, and physical causes of cancer involving solid organs, blood, bone marrow, and the lymphatic system. With respect to the present case review, my research background and clinical practice involved in the management of B-cell malignancies, including NHL, and in particular, my expertise in reviewing the literature, support my ability to serve as an expert witness. In reaching my conclusions, I have reviewed and relied upon several sources of information, including published research articles, textbooks, prior expert reviews related to glyphosate as referenced, as well as my background and experience in hematology, medical oncology, and molecular and cellular

biology. I submit that my background and experience, as well as familiarity and expertise evaluation the medical literature, support my ability to serve as an expert witness in this legal matter.

To determine whether a causal relationship exists between exposure to Roundup and DLBCL, I have reviewed the substantial medical literature, including primary literature and reviews accessible from the National Library of Medicine and textbooks where referenced, examining the association between exposure to Roundup, a glyphosate-based formulation as discussed in section 6. I have also reviewed prior expert witness testimonials including Seidl vs Monsanto Company, Cervantes vs Monsanto Company, Schfer vs Monsanto, and general causation reports by Dr. Chadhi. Nabhan (Case no. 16-md-02741-VC) and Dr. Beate Ritz (Case no. 16-md-02741-VC). In reaching my opinions, I employed my background in interpretation of scientific literature, scientific methodology, as well as understand of medical history taking and medical decision making, hematologic malignancies, and molecular and cellular biology.

### 3.  Materials Reviewed

For this review, I was provided the following records related to Mr. Savory's case:

- The Plaintiff Fact Sheet completed by Mr. Savory.
- Outpatient records from Mr. Savory's oncologist Dr. Anthony Magdalinksi from September 2019 to April 2020.
- Outpatient records from Mr. Savory's internist Dr. Alfred Vasta from February 2010 through March 2020, and associated imaging reports as noted in my summary.
- Outpatient records from Mr. Savory's rheumatologist Dr. Robert Moidel from June 2014 through December 2014.
- Outpatient records from Mr Savory's radiation oncologist Dr. Martin Hightower from November 2019 through December 2019
- Upper Bucks Orthopedics notes from November 2013 to January 2020.
- The deposition transcript of Carl Savory and his wife Karen Savory on June 22, 2020.

### 4.  Factual Case Review

For reference, below is a list of physicians included in the records I reviewed whom have taken care of Mr. Savory:

- Dr. James Bumgardner: Orthopedic surgeon
- Dr. Jerome Burk: Gastroenterologist
- Dr. Jeffrey Gordon: Urologist
- Dr. Martin Hightower: Radiation Oncologist
- Dr. Anthony Magdalinksi: Medical oncologist
- Dr. Robert Moidel: Rheumatologist
- Dr. Alfred Vasta: Primary care doctor

Based on my review of the records, drawing primarily from Dr. Vasts's and Dr. Hightower's notes, as well as deposition records, Mr. Savory is a Caucasian male born ███████████ He has a medical history of viral hepatitis C diagnosed in 1990 treated successfully with one year of interferon, a cerebral vascular accident ("mild stroke" per the deposition transcript) in February 2019 after which he was started on aspirin and atorvastatin, mild asthma, benign prostatic hypertrophy treated by Dr. Gordon with tamsulosin, hypertension treated with enalapril and verapamil, rheumatoid arthritis diagnosed in 2001 treated with anti-inflammatory agents (apremilast as well as tofacitinib for 5-10 years before stopped prior

to starting chemotherapy for his lymphoma in 2020), rosacea treated at times with topical antibiotics, reactive gastropathy (negative for *H. pylori*) and sigmoid/rectal tubular adenomas, respectively, on upper endoscopy and colonoscopy March 10, 2010, onychomycosis of the thumbnails treated with efinaconazole by dermatologist Dr. Daniel Shrager July 21, 2015, and stage IV diffuse large B cell lymphoma (DLBCL), a type of non-Hodgkin lymphoma, diagnosed in September 2019 at age 65. He has had no other prior cancers. He is a former US Navy veteran where he worked as a ship electrician, and he then worked a carpenter in Philadelphia between 1979-2001, after which he stopped due to his rheumatoid arthritis. He is obese with a BMI above 30. His mother died from gastric cancer in 1999. His father had prostate cancer.

Regarding exposures, Mr. Savory is a former tobacco smoker since age 13, with a 30 pack-year smoking history. He also reported using latex paint for indoor painting, and most recently in 2004, he did woodworking at home (such as wainscotting, as noted by his wife in her deposition), and had stone dust exposure from prior work, associated with yearly bronchitis, as noted in Mr. Savory's deposition. Mr. Savory reported using Roundup Weed and Grass killer ready mix for a prolonged period of 29 years between 1990-2019, using it 2-3 times per week in spring and summer months, more so in the summer. He used both the ready mix solution and concentrate. He used the Roundup sprayer on a large area over his residential property and easement in Quakertown, PA. He reported spraying Roundup on vegetables that he and his family consumed. He indicated that he did not wear any specific protective gear indicated on the label, but that he did wear protective clothes, work boots, long pants, and a long sleeve shirt, but did not wear gloves or a mask. He noted that he got Roundup on his skin, mouth, and face, and would subsequently wash it off immediately.

Regarding his DLBCL, which is the focus on this expert review, his symptoms began in August 2019 after reporting hip pain to Dr. Vasta, subsequently identified by Dr. Bumgardner as hip and shoulder lesions on imaging. He began seeing Dr. Bumgardner November 6, 2013 for worsening bilateral knee pain and stiffness, for which he was taking ibuprofen with relief. X-rays done at that time showed moderate joint space narrowing. He was seen again November 12, 2015, with moderate right hip, lower back, and buttock pain. He went to an ER prior to the next visit July 26, 2019 for acute right shoulder pain and received a right knee steroid injection. On August 14, 2019 he was seen again by Dr. Bumgardner for right shoulder pain and concern for rotator cuff tear, and Dr. Bumgardner ordered an MRI of the right shoulder. In addition on September 26, 2019, Mr. Savory reported difficult raising his right arm overhead. He also noted that he intentionally lost 10lb over past the prior month while on a diet. MRI of the right shoulder on September 24, 2019 showed a large area of pathologic bone marrow within the proximal humeral head with a fracture eroding through the lateral cortex into the soft tissue. He was referred to medical oncologist Dr. Magdalinksi after a CT-guided biopsy of the right humerus on October 9, 2019 was consistent with involvement with DLBCL, with molecular testing showing myc amplification (a cancer promoting gene) but no translocation of chromosome 8 to 14 which would have otherwise suggested Burkitt lymphoma, a different subtype of NHL.

Blood work from July 2nd, 2014 showed normal complete blood count (CBC) and comprehensive metabolic profile (CBC), but elevated CCP IgG and CRP, which are associated with rheumatoid arthritis, for which he followed with Dr. Robert Moidel. Blood work on September 30, 2019 showed a normal beta-2 microglobulin of 1.7 (a non-specific marker of lymphoma activity). I did not see a reported lactate dehydrogenase (LDH) in the chart, as this is another non-specific marker of lymphoma that can be used for prognostic purposes.

A PET/CT scan (which looks the extent of involved lymph nodes in lymphoma) done on October 18, 2019 showed a destructive lesion in Mr. Savory's right proximal humerus with cortical destruction and breakthrough with other areas of lucency which appeared to represent a nondisplaced pathologic (i.e. malignant) fracture; a hypermetabolic focus in the left tonsillar region SUV 5.9 (this is a measure of

activity of the lymphoma related to the normal liver activity which had a baseline value of 3.7), focal hypermetabolic activity of the anal verge (clinical correlation was recommended); a hypermetabolic lytic lesion of left femoral neck extending across the diameter of the medullary cavity, with no obvious fracture or cortical breakthrough; there was potential for pathologic fracture per the report.

MRI of the left hip on November 7, 2019 showed an enhancing mass of the proximal left femur occupying nearly the entire width of the left femoral neck (the right hip was reported as being normal). On visit with Dr. Bumgardner November 14, 2019, Mr. Savory elected to undergo multiple surgeries including left total hip replacement on November 19, 2019 for impending fracture, and right shoulder hemiarthroplasty on November 22, 2019. During the time of his work up and surgeries, Mr. Savory required narcotics for cancer pain, including tramadol, MS contin, and dilaudid, which he had not previously required for his rheumatoid arthritis pains.

After his surgeries, Mr. Savory saw Dr. Hightower who delivered radiation to the left hip, right shoulder, and cervical spine (at a dose of 30 Gy to C4-C7, 20 Gy to the right humerus, and 20 Gy to left hip) between November 22, 2019 and December 2, 2019. Prior to chemotherapy, on November 14, 2019 an echocardiogram showed normal heart ejection fraction of 63.7%.

After completing radiation treatment, a PET/CT scan on January 6, 2020 showed new sites of disease at left palatine tonsil, left humerus, and right submandibular gland with new sites at the bilateral adrenal glands, and a right ischial lesion. He underwent port placement and started standard first-line RCHOP (described below in section 5) on January 5, 2020 for a typical total course of 6 cycles. CT of the chest, abdomen, and pelvis with intravenous contrast on March 17, 2020 showed no abnormally enlarged axillary lymph nodes, no definite nodules in the adrenal glands, and a lucent bone lesion in the left humerus was not well seen but appeared grossly stable. Per Mrs. Savory's deposition July 9, 2020, his last PET/CT scan showed remission.

## 5.  Case Discussion and Opinions

1)  Diffuse large B cell lymphoma diagnosis and staging

The approach to cancer assessment includes attention to diagnosis, staging, prognostication, treatment, and surveillance. Mr. Savory's diagnosis was confirmed as diffuse large B cell lymphoma (DLBCL), which is the most common type of blood cancer in the United States, and the most common type of non-Hodgkin lymphoma (NHL) in the United States.[1] DLBCL accounts for up to 35% of all NHL and has an estimated incidence of 7 cases per 100,000 people.[2] The median age at diagnosis is 64 years with a male predominance with 55% of cases occurring in men.[3] There are racial differences in the incidence of DLBCL, with Caucasians having higher rates that other races at a rate of 21 per 100,000 cases.[3]

DLBCL is thought to arise from maturation arrest and multistep malignant transformation of mature B cells in the germinal center of a lymph node (Figure 1). B cells are humoral immune cells that normally traverse from the bone marrow through lymph nodes in order to become more mature and produce antibodies specifically to mount an immune response against infections.[4] A tissue biopsy is required to make the diagnosis of DLBCL, by distinguishing the architecture of the germinal center with large cells as the name implies, and identifying the immunohistochemical staining pattern that distinguishes DLBCL from other histologic subtypes of NHL. While DLBCL is most commonly found in lymph nodes, it can also grow in bone marrow, bone, as well as extra-nodal sites such as the liver.

Figure 1. Development of B cell lymphomas during B cell differentiation. DLBCL subtypes include germinal center B cell (GCB) and activated B cell (ABC). Figure is from reference [5]



Among the many subtypes of NHL, which can be generally grouped into indolent or slowly growing or aggressive types, DLBCL is an aggressive lymphoma. The terminology distinguishing these subtypes of NHL and their diagnostic criteria are derived from the 2016 World Health Organization (WHO) classification of tumors of hematopoietic and lymphoid tissue.[6]

DLBCL is an aggressive NHL with heterogenous clinical behavior reflected in gene expression profiling of the malignant B cells as identified on biopsy using immunohistochemical staining of B cells to determine "cell-of-origin" molecular subgroup  as either germinal center B cell (GCB) subtype or activated B cell (ACB).[7] The ABC subtype has been shown to have an inferior outcome compared with the GCB type, with a higher rate of relapse.[8] Likewise, certain mutations within the B cells involving translocations of cancer-promoting oncogenes that lead to their activation, can cause a more aggressive presentation. These so called "double hit lymphomas" involving translocations of the malignant MYC gene with either anti-cell death genes BCL2 or BCL6 represent approximately 10% of DLBCL and have a very high treatment failure rate.[8]

The stage of a cancer provides information about the distribution and extent of the disease within the body, and often forms the basis to subsequently estimate prognosis, determine the optimal management, and apply evidence from clinical studies to individual patients. The stage of Mr. Savory's DLBCL was established by imaging done around the time of his initial biopsy. By my assessment, Mr. Savory's DLBCL stage (according to the conventional Ann Arbor staging system) at diagnosis was IVA, with bone involvement (stage IV), and absence of B symptoms (A). Stage IV DLBCL accounts for 34% of all cases (Figure 2).

Figure 2. Breakdown of DLBCL incidence by stage. Figure is from reference [9].



2)  Prognosis

Prognosis in oncology, which is the ability to predict an outcome such as time to relapse (i.e. progression-free survival, PFS) or time to death (i.e. overall survival, OS) is typically based on prognostic scoring systems derived from population-based data to produce estimates, often expressed as median values, that can be applied to individual patients. Prognostic estimates are not meant to pinpoint the exact time when a patient will have a prognostic event, but rather provide an expectation for the typical course of a disease. As such, some patients can have either a shorter or longer survival than estimated by prognostic measures. These prognostic systems are expected to evolve over time, and prognosis can improve more drastically as revolutionary discoveries regarding pathogenesis, detection, and/or treatment occur.

Mr. Savory's prognosis can be estimated both by his NHL stage, as well as by a prognostic system called the International Prognostic Index (IPI), described below. The 5-year survival for DLBCL in the U.S is 64%, but this decreases with higher stage disease: 74% with stage I, 74% with stage II, 64% with stage III, and in the case of Mr. Savory, 53% with stage IV.[9] The IPI score takes into account additional measures, including age less than or greater than 60, performance status (a means of quantifying daily functioning), LDH (a marker of lymphoma activity), number of extranodal sites, and stage.[10] While I did not find an LDH value in my review of the records, Mr. Savory's IPI score assuming his LDH was normal would be 2, estimating a 5-year survival of 51%, and 4-year progression-free survival of 80% (53% if LDH was elevated); however, this system does not take into account higher risk features such as ABC cell or origin or double-hit lymphomas that would confer a worse prognosis. Fortunately, Mr. Savory appears to be in remission with standard RCHOP chemotherapy (described below), as far as the last reported PET/CT scan following 6 cycles of treatment (Records beyond April 2020 have not been presented to me). This is not unexpected considering that 50-60% of patients will achieve complete remission with initial therapy.{Liu, 2019 #152} While Mr. Savory is considered to be in remission, he is still at risk for relapse and sustained remission at 24 months is a predictor of longer term remission.{Maurer, 2018 #823}

3) Treatment

In contrast to indolent NHLs, in the case of the more aggressive (i.e. proliferative) nature of DLBCL, all patients require treatment regardless of stage or death is likely to ensue due to progressive organ involvement, reduced blood counts, infection, and/or organ failure.[12] Initially, Mr. Savory's CBC and CMP were unremarkable, and he appeared to be fit for treatment, including with normal systolic heart function required for standard RCHOP chemotherapy. His main symptom was pain related to impending fractures due to his DLBCL involving multiple bony sites, for which he underwent surgical repair and radiation in November – December 2019. Surgery is not part of the treatment for most DLBCL and is rarely indicated for example when there is a risk for bone fracture or organ compression from a lymph node. Radiation therapy is a local procedure that is meant to destroy cancer cells using radiation that leads to B cell death at particular locations where at which the radiation beam is aim. Though radiation is extremely valuable for symptom control, it does not deliver systemic therapy required to cure DLBCL, and thus Mr. Savory subsequently started chemotherapy in January 2020.

The standard first line regimen used to treat DLBCL is 6-8 cycles of RCHOP given every 3 weeks to allow for rest and recovery between cycles.[13] This is a 5-drug regimen of intravenous immunotherapy with the monoclonal antibody rituximab (acts against CD20 expressing B cells), intravenous cytotoxic chemotherapy including cyclophosphamide, doxorubicin, and vincristine, as well as prednisone, an oral corticosteroid which causes apoptosis of B cells. On average, this regimen is expected to produce complete remissions in approximately 76% of patients and about 50% survival at 10 years.[13] and is supported by recommended by consensus organizations that publish guidelines such as the National Comprehensive Cancer Network (NCCN).[14] While prophylactic therapy targeting the central nervous system (i.e. intrathecal chemotherapy) might be considered given the suggestion of adrenal involvement on Mr. Savory's PET/CT, in my opinion, the treatment approach that Mr. Savory was given with RCHOP for 6 cycles has been appropriate, entirely justifiable, and medically necessary.

4) Complications of Mr. Savory's lymphoma and its treatment

Both DLBCL and its treatment can produce complications, including psychological distress, physical symptoms such as fatigue or pain, immunocompromise, infections, and reduced quality of life. Short term side effects include but are not limited to alopecia, fatigue, reduced blood counts and risk for infection, and nausea, and potential long term side effects include cardiac dysfunction, secondary malignancies, and neuropathy. In general, RCHOP is reasonably well-tolerated without life-threatening complications. However, this regimen is immunosuppressive and can limit the ability to mount an immune response to infections as well as vaccination, which is perhaps even more relevant in the setting of the ongoing COVID-19 pandemic.[15]

5) Exposures

Mr. Savory is a former smoker with a 30 pack-year smoking history. He drinks beer occasionally 2-3 times per week, but not excessively. He also was a Navy veteran working as an electrician on ships and did carpentry work including in his residence. In my review of Mr. Savory's records and deposition testimony, it is noted that he was exposed to Roundup over a 29 year period from 1990-2019, primarily used in spray form during spring and summer on a large area, including over fruit he ingested, and over his residential property and easement in Quakertown, PA. Therefore his exposure included inhalation, topical, and gastrointestinal contact with Roundup. In his deposition report, he noted that he did not use protective equipment such as gloves, goggles, or other protective clothing. It is clear that Mr. Savory's exposure to Roundup has been substantial.

6)   Etiology and risk factors for the development of diffuse large B cell lymphoma

(a)   General risk factors

In general, cancer is caused by inherited or acquired defects, most often originating in DNA, resulting in one or more mutations that lead a normal cell to develop a proliferative advantage and/or arrest of its normal development, leading to organ dysfunction. DNA is the genetic material within each cell that regulates the biological functions of that cell, and ultimately that tissue/organ in which the cell exists. In hematologic malignancies such as DLBCL, organ dysfunction can manifest in the form of bone marrow compromise and resultant alterations in normal blood counts, bone lesions, immunocompromise and increased risk for infections, systemic inflammation with constitutional symptoms, such as fevers, night sweats, and/or weight loss, or symptoms related to the anatomic location(s) of the lymphoma.

The etiology of lymphoma includes a heterogeneity of risk factors by subtype.[16] Recognized risk factors for the development of NHL include age over 65, male gender, white ethnicity, obesity, geographic location, inherited or acquired immunodeficiency, certain autoimmune disorders, specific infections (e.g. HIV), prior chemotherapy, certain medications such as immunosuppressants, occupational or environmental exposures, such as benzene, tobacco smoke, and a family history of hematologic malignancy.[17]

Genes that promote cancer development are called oncogenes, and those that suppress cancers are called tumor suppressor genes. Cancer often results from mutations in these genes that result in either over-expression of an oncogene, reduced expression of a tumor suppressor genes, or both. While most cancers are acquired, inherited or familial cancer syndromes are typically related to mutations in these genes. DLBCL does not occur with a familial pattern outside of rare hereditary syndromes that includes additional cancer types.[18] As such, it is not surprising that Mr. Savory reported no family history of hematologic malignancies. His ███ had gastric cancer and ███ had prostate cancer, but these are not necessarily suggestive of a family pattern and are not related in a hereditary pattern to Mr. Savory's risk for DLBCL. DLBCL is a multistep disease, requiring additional genomic insults to develop into the fully malignant phenotype over time.[19] Unlike other malignancies, such as colon cancer, there are no screening test or preventive measures at present to circumvent the development of DLBCL. Woodworking and electrical work, as reported in Mr. Savory's history, do not appear to have an association with DLBCL.[20]

(b)   Smoking

Mr. Savory had a smoking history and his ███ also smoked cigarettes. Considering that cigarette smoking contributes to many cancers, such as lung and pancreatic cancer, one might instinctively attribute tobacco smoking to the development of NHL, however cigarette smoking appears to have little to no strong association with B-cell NHL.[21, 22] A meta-analysis of 50 studies reported that smoking was potentially associated with a higher risk NHL, primarily T-cell NHL.[23] In addition, while second-hand exposure to tobacco smoke is not associated with NHL overall, in one study it was associated with a lower risk of DLBCL.[24]

(c)   Obesity

Mr. Savory is noted to be obese. Nearly all the evidence linking obesity to cancer risk comes from large cohort investigations, which are observational studies. Obesity is associated with chronic, low-grade inflammation, and specific immune modulations including changes in inflammation that may predispose to NHL.[25] Several studies have found a significant positive association between

obesity and NHL risk,[26, 27] whereas others reported no association with increased body mass index or central obesity.[28-30]. Excess risk of DLBCL was linked to morbid obesity with BMI over 40 (relative risk 1.2-1.4), much higher than Mr. Savory whose BMI was between 30-33.[25, 30]

(d)  Hepatitis C

Mr. Savory had a history of treated hepatitis C. Active hepatitis C has a known association with certain NHL, primarily indolent lymphomas such as marginal zone lymphomas, though it can be associated with transformed DLBCL that originates from lower grade, indolent lymphomas.[31] Hepatitis C-positive DLBCL tends to present with extranodal manifestations.[32] Given that Mr. Savory's hepatitis C was treated decades prior to his DLBCL diagnosis, that his viral load was undetectable per Dr. Burke's notes, and that Mr. Savory had no extranodal involvement, it is my opinion that this the remote history of hepatitis C was not a substantial factor to the development of, and to a reasonable degree of medical certainty, not a cause of his lymphoma.

(e)  Rheumatoid arthritis

Mr. Savory is noted to have a history of rheumatoid arthritis, an autoimmune disease primarily affecting the joints. The overall incidence of malignancy in patients with rheumatoid arthritis is similar to that of the general population, with a risk of 5-10%.[33] While studies suggest a 2-fold increase in the risk of lymphoma with rheumatoid arthritis,[34] the prevalence of autoimmune disease in DLBCL remains unclear.[35]. Data have been inconsistent between studies and it is not clear if this is an effect of differences in study designs, study population characteristics, or the definitions and inclusion criteria that have been used.[36] Mr. Savory's rheumatoid arthritis was controlled with anti-inflammatory agents, not requiring immunomodulatory biologic agents or major changes in his treatment regimen for progressive arthritis, and in my opinion was not a substantial factor to the development of, and to a reasonable degree of medical certainty, not a contributor to his lymphomagenesis.

(f)  Lymphoma caused by Roundup

While I defer a detailed discussion of the association between Roundup and NHL to general causation experts, below I will highlight those aspects which would be of relevance to clinicians, notably medical oncologists and hematologists caring for patients with NHL. I have reviewed prior expert witness reports, medical literature, and reliance materials provided to me by Ms. Savory's counsel. This report is not meant to be an exhaustive review of the literature, but will focus primarily on NHL, and in particular DLBCL.

Mutagenic chemical exposure can have multiple genotoxic and pathogenic effects on cells, particularly blood cells such as B-cells, since these are cells that are normally proliferative and, during their normal physiologic development, undergo DNA rearrangement as noted above. This process can lead to abnormal mutations and can be precipitated by exposure to mutagens.[37] In additional to producing mutations, mutagenic exposures can directly enhance cell replication and survival, further promoting the neoplastic process and potentially inciting malignancy.[38] Repeated exposure to such agents can be cumulative and increase the risk of evolution of sequential cellular changes, ultimately leading to tumor progression and malignancy, such as DLBCL.[39]

Some experts might argue that since multiple environmental encounters occur throughout life, such as food or sun exposure, that these can make individuals susceptible to mutagens, that the carcinogenesis of NHL is multifactorial, and therefore consideration of prior exposures to potential mutagens such as Roundup is unsubstantiated since it is difficult to directly link particular risk factors

with lymphomagenesis through animal toxicology studies, epidemiologic studies, or mechanistic studies in cellular models. I fundamentally disagree with these premises. Identifying potential environmental carcinogens has the potential to inform individuals who have been exposed to those agents about their risks, as well as inform the population at large to take population measures to avoid toxic exposures.

The first question that needs to be addressed is: what is the scientific approach to identifying a substance such as glyphosate as a carcinogen? In addition, since lymphoma does not occur in all exposed individuals due to factors such as varying exposure rates, bias in recalling exposure, or other confounding factors such as multiple toxic exposures, the next question is: if glyphosate is proven to be a carcinogen, how does one demonstrate a causal link to certain cancers?

To address the first question, the most direct way to determine if a substance is a carcinogen in humans is to purposefully expose individuals to a substance and observe whether they develop cancer, which obviously is grossly unethical. Of note, even under those hypothetical circumstances, one would have to test the substance on a large enough sample size to have the statistical power to prove that the outcome (i.e. cancer) was related to the exposure and not due to chance. Rather than intentionally and inappropriately exposing people to a potential carcinogen, researchers use models such as cell cultures or animal models to test the carcinogenic effect of a substance, or they rely on epidemiologic data compiled from human populations who were exposed. The following sections discuss the data linking Roundup to lymphoma based on mechanistic, animal, and epidemiological data, and subsequently I will discuss the evidence using guidelines for general causation based on the Bradford Hill criteria to determine whether Roundup is a causal factor for the development of NHL.[40, 41]

(g)  Carcinogenic properties of glyphosate

Glyphosate is the active ingredient in Roundup, and as such as undergone substantial scientific investigations.[42] Glyphosate acts as a broad-spectrum herbicide by inhibiting 5-enolpyruvoylshikimate 3-phosphate synthase, an enzyme specific to plants and microorganisms that interferes with amino acid (i.e. nutrient) use, preventing them from growing and reproducing. It was first identified as an herbicide by Monsanto chemist John Franz in the early 1970s and distributed for weed control in 1974.[43] The use of glyphosate and glyphosate-based formulations (GBFs) in residential and commercial agriculture has expanded since then, including on genetically-modified plants that are insensitive to glyphosate, and is the most frequently used herbicide worldwide.[44] In addition to glyphosate, GBFs such as Roundup include a proprietary mix of surfactants, adjuvants, and co-formulants that increase absorption in soil, but can also increase absorption in skin or by inhalation.[39] Absorption through human skin into blood can occur in up to 24 hours after exposure of intact or damaged skin to glyphosate.[45, 46]

Exposure to glyphosate or GBFs can occur in the air from the spray form, in water, in food, or exposure when in close contact in residential areas where it is used in spray form. Biomonitoring of farmers showed that 60% had detectable levels of glyphosates in their urine on the day of application, and five times higher if gloves were not worn, as was the case with Mr. Savory who did not report using gloves when applying Roundup.[47] In a recent pilot study of 12 volunteers mixed and continuously spray-applied 16.3 gallons of a 0.96% glyphosate-containing solution for 100 min using a backpack sprayer, urinary glyphosate and total effective glyphosate levels were higher in the dermal exposure group than the inhalation exposure group, peaked within 6-hr following application.[48] Thus, individuals who apply GBFs can have significant biological exposures, leading to systemic uptake via blood absorption, and after damage to various organs, eventually urinary elimination.

11

Mechanistic studies done in cellular or animal models have been important in demonstrating that glyphosate and GBFs are genotoxic to human lymphocytes, which again are the normal counterpart of the cells that become cancerous in NHL.[49] While these are not equivalent to human metabolism, they are accepted tests to determine carcinogenicity. As such, the International Agency for Research on Cancer (IARC), a part of the World Health Organization (WHO), an authoritative body for the evaluation of carcinogenic hazards to humans, concluded in 2015 after extensive assessment of available studies, that GBFs are probably (i.e. more likely than not) carcinogenic to humans (group 2A of 3, meaning "Probably carcinogenic to humans"), primarily for NHL.[39] For example, a study in vitro (in a cell culture) of glyphosate showed a dose-dependent increase in chromosomal alterations compared with unexposed controls in lymphocytes, most likely because of oxidative stress and the generation of reactive oxygen species that are genotoxic.[50] Another study showed a significant increase in DNA helix breaks in human lymphocytes similar to those seen in human NHL, even when exposed to low doses of glyphosate (2.0 μM), with a significant dose-response effect.[37] These results demonstrate that glyphosate is genotoxic to human lymphocytes and have important epigenetic effects, even at low doses in some studies.

Animal models are often used as a surrogate for human exposure in order to determine carcinogenic properties of a substance, and are routinely used in preclinical studies to test the efficacy cancer drugs. Though these animal models are not a substitute for human studies, they offer valuable mechanistic data and are widely accepted as a scientifically valid approach to study the analogous effects of substances in humans. Data from animals studies in rats and mice have shown a carcinogenic potential for glyphosate and that that it causes NHL in mice.[51] A 2021 systematic review of 443 articles published between 1995 and 2020 on glyphosate, demonstrated that the most frequently observed effects of GBFs were endocrine disorders, oxidative stress, genotoxicity, and cytotoxicity, which can effect lymphocytes.[52]

    a. Epidemiological studies in human linking glyphosate to lymphoma

Epidemiological studies are used to capture data in humans order to make associations with conditions that are likely to occur due to exposures such as GBFs in large populations. Numerous epidemiologic studies of the relationship of glyphosate exposure to cancer in humans have been reported, and epidemiologic studies provide ample evidence for an association between exposure to GBFs and an increased risk of NHL.

Case-control epidemiologic studies compare an exposed group to a control or unexposed group. Among the 6 case-control of GBFs shown in Table 1 below, 5 showed an increased odds ratio, or likelihood, for NHL compared to controls. The one study that did not have an increased odds ratio had limited statistical power to make conclusions. These case-control studies were performed by experienced epidemiologists using widely accepted study designs and methods, and were published in peer-reviewed journals. For example, the North American Pooled Project (NAPP) study in 2019 of glyphosate use and NHL was also published and demonstrated that glyphosate exposure for greater than 2 days per year resulted in a significant 2-fold increased risk for the DLBCL (OR, 2.14; 95% CI, 1.07- 4.28).[53]

    Table 1. Epidemiologic Case-Control Studies of NHL and GBFs from Reference [42]

| | Reference/Location/ Time | Population Studied | Exposure Category | Exposed Cases | Risk Estimates (95% CI) | Covariants Controlled | Comments |
|---|---|---|---|---|---|---|---|
| 1. | McDuffie et al.[36] Canada 1991-1994 | 517 cases 1506 controls | Exposed ≤ 2 days/year > 2 days/year | 051 028 023 | 1.20 (0.83-1.74)* 1.0 (0.63-1.57) **2.12 (1.2-3.73)** | Age, province of residence | Cross-Canada study; *adjusted for significant medical variables |
| 2. | Hardell et al.[37] Sweden 1987-1992 | 515 cases 1411 controls | Exposed Univariate Multivariate | 08 008 | **3.04 (1.08-8.52)** 1.85 (0.55-6.20)* | Age, county, study site, vital status | *Adjusted for other herbicides; limited statistical power |
| 3. | De Roos et al.[38] Midwest USA 1979-1986 | 650 cases 1933 controls | Exposed | 036 | **2.1 (1.1-4.0)*** | Age, study site | *Adjusted for other pesticides |
| 4. | Eriksson et al.[39] Sweden 1999-2002 | 910 cases 1016 controls | Exposed ≤ 10 days > 10 days | 029 029 012 017 | **2.02 (1.1-3.71)** 1.51 (0.77-2.94)* 1.69 (0.70-4.07) **2.36 (1.04-5.37)** | Age, sex, year of enrollment | *Adjusted for other pesticides; odds ratios also increased for all NHL subtypes |
| 5. | Orsi et al.[40] France 2000-2004 | 244 cases 454 controls | Exposed | 012 | 1.00 (0.5-2.20) | Age, site, socioeconomic category | Limited statistical power; odds ratios increased for some NHL subtypes |
| 6. | Cocco et al.[41] Europe 1998-2004 | 2348 cases 2462 controls | Exposed | 004 | 3.10 (0.6-17.1)* | Age, sex, site, education | Six countries; *B-cell NHL; limited statistical power |

Abbreviations: CI = confidence interval; NHL = non-Hodgkin lymphoma.

References in above Table 1 are shown in  the reference section 9 below as: 36 above: [54], 37 above: [55], 38 above: [56], 39 above: [57], 40 above: [58], 41 above: [59].

The carcinogenic effects of glyphosate have been evaluated by several authoritative studies including those by the International Agency for Research on Cancer (IARC), the Agricultural Health Study (AHS), and the Environmental Protection Agency (EPA). As mentioned above, the concluded in 2015 after extensive assessment of available studies, that GBFs are probably carcinogenic to humans (group 2A), primarily for NHL.[39] The initial report of the AHS 42 did not find a significantly elevated risk for cancer overall, or for most of the cancer types including NHL.[60] However, considering a large increase in glyphosate used started in after 1996 after the introduction of glyphosate-resistant crops, which occurred during the latter part of the initial enrollment period of the study (1993-1997) and usage continued to increase dramatically during the follow-up period, the AHS study may have flaws in linking the exposure period to malignancy prior to the periods of more significant exposures.

In 2019, a meta-analysis of articles on human exposure to GBFs and risk of NHL was published.[61] The authors included an updated analysis from AHS [62] along with 5 case-control studies as shown in Table 1 above. The authors found that the overall risk of NHL was significantly increased by 41% in the GBF-exposed individuals (meta-RR 1.41, 95% CI, 1.3-1.75). The risk increased to 84% when the AHS was deleted from the analysis (meta-RR 1.84, 95% CI, 1.33-2.55). They also reviewed the available animal and mechanistic studies on the carcinogenic effects of glyphosate and GBFs and concluded that their findings support a compelling link between exposures to GBFs and an increased risk of NHL. However, with a median follow-up in this initial report of only 6.7 years, this was too short a time to detect a meaningful increase in NHL or other cancers associated with glyphosate.[42] The EPA also reviewed this issue and found that glyphosate is not likely to be carcinogenic in humans,[63] however criticisms of the EPA review include that it placed excessive weight on assays performed in bacteria, and on industry-sponsored studies that were not available for review by IARC.

To attempt to address why different agencies have reached different opposing conclusions, a number of reviews have been published.[64-66]   Industry-sponsored reviews have concluded that glyphosate and GBFs do not pose a genotoxic hazard, and explain the positive findings in the IARC assessment and their own analyses as owing to technical or methodologic issues, or cytotoxicity rather than genotoxicity.[42] The IARC found an association between NHL and glyphosate based on the available human evidence, including strong evidence of genotoxicity and oxidative stress for glyphosate, derived entirely from publicly available research.[67] Criticisms of the EPA and AHS studies included the lack of attention to important laboratory and mechanistic evidence of genotoxicity in human, and dismissal of key findings of possible carcinogenicity.[42] In conclusion, the epidemiologic studies provide ample evidence for an association between exposure to GBFs and an increased risk of NHL.

(h)   General causation

To determine whether Roundup is a causal factor for the development of NHL guidelines for general causation can be applied based on the Bradford Hill criteria for causation.[40] Experts use this scientific method in the review and evaluation of causation based on the guidelines set forth by Sir Austin Bradford Hill using a group of nine principles that can be useful in establishing epidemiologic evidence of a causal relationship between a presumed cause and an observed effect and have been widely used in public health research, as outlined below:

1. Strength of association: in reviewing the evidence, including animal, mechanistic, and epidemiologic studies cited above, glyphosate and GBFs clearly increase the risk of NHL, including DLBCL.

2. Consistency: while there is an ongoing debate about the weight of using one particular scientific study (e.g. animal models vs cell cultures), the studies mentioned above clearly show consistency in terms of the probability of GBFs increasing the odds of malignancy, including NHL.

3. Specificity: clearly individuals with long-term exposure to GBFs over time have a specific association with increased risk of malignancy, and the effects appear to be dose-related. Furthermore, when compared in case-control studies, individuals exposed to glyphosate were more likely to develop NHL than controls.

4. Temporality: epidemiologic studies have shown that exposure to GBFs increases the risk of NHL, and that this can occur with a latency period over decades.

5. Biological gradient: while below standard doses of glyphosate in Roundup have shown to promote cellular changes that can occur in NHL, clearly higher doses or prolonged exposures increase risk.

6. Plausibility: as reviewed above, chromosomal damage can occur with exposure to GBFs and this can be demonstrated in a mechanistic fashion when exposing either cell cultures or animals to glyphosate. Oxidative stress, DNA double strand breaks, and increased expression of lymphoma-promoting mutations have all been associated with glyphosate exposure to lymphocytes.

7. Coherence: when taking into account human studies of either cell cultures or epidemiologic data, the preponderance of data argue for a causative effect of GBFs on lymphomagenesis. The IARC reviewed these data in detail as noted above and concluded there was sufficient evidence to at the least link glyphosate to being a carcinogen.

8.  Experiment: as described above, using data from in vitro and in vivo studies, animal models, and retrospective epidemiologic studies from GBP exposures, there are clearly increased risk for NHL when human tissue is exposed to glyphosate and systemic absorption occurs.

9.  Analogy: while differences in GBP due to proprietary components such as surfactants may account for different latency periods in development of NHL, similar patterns of exposure lead to similar outcomes of malignancy.

## 6.  Conclusion

While I defer to general causation experts to debate the merits of the studies used to link chemicals in Roundup such as glyphosate to the development of NHL, in this case, Mr. Savory's other potential alternative risk factors for DLBCL, such as autoimmune disease, are weakly linked to the development of his DLBCL nearly 30 years from diagnosis. This evaluation provides coherent and compelling evidence that glyphosate and GBFs are more likely than not to be a cause of NHL in humans exposed to these agents. In this case of Mr. Savory, he had a long-standing exposure to Roundup over a 29 year period between 1990-2019, and developed an aggressive DLBCL, stage IVA, detected on work up for bone pain, and diagnosed in 2019 at age 65. Based on the above report, I conclude to a reasonable degree of medical certainty that Mr. Savory's aggressive NHL was caused by his Roundup exposure.

## 7.  Additional Matters

I have not testified in prior litigation or given prior depositions. My hourly rate for review of medical records, research on scientific literature, meetings, and report preparation is $350 per hour. My rate for deposition or testimonial is $3,500 per day.

## 8.  CV attached

Thank you for the privilege and opportunity to review this interesting case. Please let me know if I can be of further assistance.

Marc Braunstein, MD, PhD, FACP

## 9.  References

1.  Liu Y, Barta SK. Diffuse large B-cell lymphoma: 2019 update on diagnosis, risk stratification, and treatment. *Am J Hematol* 2019; **94**(5)**:** 604-616. e-pub ahead of print 2019/03/13; doi: 10.1002/ajh.25460

2.  Sehn LH, Salles G. Diffuse Large B-Cell Lymphoma. *N Engl J Med* 2021; **384**(9)**:** 842-858. e-pub ahead of print 2021/03/04; doi: 10.1056/NEJMra2027612

3.      Morton LM, Wang SS, Devesa SS, Hartge P, Weisenburger DD, Linet MS. Lymphoma incidence patterns by WHO subtype in the United States, 1992-2001. *Blood* 2006; **107**(1)**:** 265-276. e-pub ahead of print 2005/09/10; doi: 10.1182/blood-2005-06-2508

4.      Kumar V, Abbas AK, Aster JC, Robbins SL. *Robbins basic pathology*, 9th edn Elsevier/Saunders: Philadelphia, PA, 2013.

5.      Abla O, Attarbaschi A. Non-Hodgkin's Lymphoma in Childhood and Adolescence. In. 1st ed. Cham: Springer International Publishing : Imprint: Springer,, 2019. p 1 online resource (362 pages).

6.      Swerdlow SH, Campo E, Pileri SA, Harris NL, Stein H, Siebert R *et al.* The 2016 revision of the World Health Organization classification of lymphoid neoplasms. *Blood* 2016; **127**(20)**:** 2375-2390. e-pub ahead of print 2016/03/17; doi: 10.1182/blood-2016-01-643569

7.      Sandoval-Sus JD, Chavez J, Dalia S. A New Therapeutic Era in GCB and ABC Diffuse Large B-cell Lymphoma Molecular Subtypes: A Cell of Origin-Driven Review. *Curr Cancer Drug Targets* 2016; **16**(4)**:** 305-322. e-pub ahead of print 2015/10/31; doi: 10.2174/1568009615666151030102539

8.      Nowakowski GS, Czuczman MS. ABC, GCB, and Double-Hit Diffuse Large B-Cell Lymphoma: Does Subtype Make a Difference in Therapy Selection? *Am Soc Clin Oncol Educ Book* 2015**:** e449-457. e-pub ahead of print 2015/05/21; doi: 10.14694/EdBook_AM.2015.35.e449

9.      Database S. https://seer.cancer.gov/statfacts/html/dlbcl.html. In.

10.     Olszewski AJ, Winer ES, Castillo JJ. Validation of clinical prognostic indices for diffuse large B-cell lymphoma in the National Cancer Data Base. *Cancer Causes Control* 2015; **26**(8)**:** 1163-1172. e-pub ahead of print 2015/06/10; doi: 10.1007/s10552-015-0610-8

11.     Maurer MJ, Habermann TM, Shi Q, Schmitz N, Cunningham D, Pfreundschuh M *et al.* Progression-free survival at 24 months (PFS24) and subsequent outcome for patients with diffuse large B-cell lymphoma (DLBCL) enrolled on randomized clinical trials. *Ann Oncol* 2018; **29**(8)**:** 1822-1827. e-pub ahead of print 2018/06/14; doi: 10.1093/annonc/mdy203

12.     Armitage JO. My treatment approach to patients with diffuse large B-cell lymphoma. *Mayo Clin Proc* 2012; **87**(2)**:** 161-171. e-pub ahead of print 2012/02/07; doi: 10.1016/j.mayocp.2011.11.007

13.     Coiffier B, Lepage E, Briere J, Herbrecht R, Tilly H, Bouabdallah R *et al.* CHOP chemotherapy plus rituximab compared with CHOP alone in elderly patients with diffuse large-B-cell lymphoma. *N Engl J Med* 2002; **346**(4)**:** 235-242. e-pub ahead of print 2002/01/25; doi: 10.1056/NEJMoa011795

14.     NCCN. B-Cell Lymphomas. In, 2021.

15.     Lamure S, Dulery R, Delord M ea. High incidence of persistent COVID-19 among patients with lymphoma treated with B-cell depleting immunotherapy. *AACR Virtual Meeting* 2021; **Abstract S09-02.**;

16.     Morton LM, Slager SL, Cerhan JR, Wang SS, Vajdic CM, Skibola CF *et al.* Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin

Lymphoma Subtypes Project. *J Natl Cancer Inst Monogr* 2014; **2014**(48)**:** 130-144. e-pub ahead of print 2014/09/01; doi: 10.1093/jncimonographs/lgu013

17.  Thandra KC, Barsouk A, Saginala K, Padala SA, Barsouk A, Rawla P. Epidemiology of Non-Hodgkin's Lymphoma. *Med Sci (Basel)* 2021; **9**(1). e-pub ahead of print 2021/02/13; doi: 10.3390/medsci9010005

18.  Cerhan JR, Slager SL. Familial predisposition and genetic risk factors for lymphoma. *Blood* 2015; **126**(20)**:** 2265-2273. e-pub ahead of print 2015/09/26; doi: 10.1182/blood-2015-04-537498

19.  Kaushansky K, Lichtman M, Prchal J, Levi M, Burns L, Linch D (eds). *Williams Hematology, 10th Edition*, 2021.

20.  t Mannetje A, De Roos AJ, Boffetta P, Vermeulen R, Benke G, Fritschi L *et al.* Occupation and Risk of Non-Hodgkin Lymphoma and Its Subtypes: A Pooled Analysis from the InterLymph Consortium. *Environ Health Perspect* 2016; **124**(4)**:** 396-405. e-pub ahead of print 2015/09/05; doi: 10.1289/ehp.1409294

21.  Besson H, Brennan P, Becker N, Nieters A, De Sanjose S, Font R *et al.* Tobacco smoking, alcohol drinking and non-Hodgkin's lymphoma: A European multicenter case-control study (Epilymph). *Int J Cancer* 2006; **119**(4)**:** 901-908. e-pub ahead of print 2006/03/25; doi: 10.1002/ijc.21913

22.  Willett EV, Smith AG, Dovey GJ, Morgan GJ, Parker J, Roman E. Tobacco and alcohol consumption and the risk of non-Hodgkin lymphoma. *Cancer Causes Control* 2004; **15**(8)**:** 771-780. e-pub ahead of print 2004/10/01; doi: 10.1023/B:CACO.0000043427.77739.60

23.  Sergentanis TN, Kanavidis P, Michelakos T, Petridou ET. Cigarette smoking and risk of lymphoma in adults: a comprehensive meta-analysis on Hodgkin and non-Hodgkin disease. *Eur J Cancer Prev* 2013; **22**(2)**:** 131-150. e-pub ahead of print 2012/07/05; doi: 10.1097/CEJ.0b013e328355ed08

24.  Diver WR, Teras LR, Gaudet MM, Gapstur SM. Exposure to environmental tobacco smoke and risk of non-Hodgkin lymphoma in nonsmoking men and women. *Am J Epidemiol* 2014; **179**(8)**:** 987-995. e-pub ahead of print 2014/02/27; doi: 10.1093/aje/kwu016

25.  Larsson SC, Wolk A. Obesity and risk of non-Hodgkin's lymphoma: a meta-analysis. *Int J Cancer* 2007; **121**(7)**:** 1564-1570. e-pub ahead of print 2007/04/20; doi: 10.1002/ijc.22762

26.  Cerhan JR, Bernstein L, Severson RK, Davis S, Colt JS, Blair A *et al.* Anthropometrics, physical activity, related medical conditions, and the risk of non-hodgkin lymphoma. *Cancer Causes Control* 2005; **16**(10)**:** 1203-1214. e-pub ahead of print 2005/10/11; doi: 10.1007/s10552-005-0358-7

27.  Skibola CF, Holly EA, Forrest MS, Hubbard A, Bracci PM, Skibola DR *et al.* Body mass index, leptin and leptin receptor polymorphisms, and non-hodgkin lymphoma. *Cancer Epidemiol Biomarkers Prev* 2004; **13**(5)**:** 779-786. e-pub ahead of print 2004/05/26;

28.  Fernberg P, Odenbro A, Bellocco R, Boffetta P, Pawitan Y, Adami J. Tobacco use, body mass index and the risk of malignant lymphomas--a nationwide cohort study in Sweden. *Int J Cancer* 2006; **118**(9)**:** 2298-2302. e-pub ahead of print 2005/12/07; doi: 10.1002/ijc.21617

29. MacInnis RJ, English DR, Hopper JL, Giles GG. Body size and composition and the risk of lymphohematopoietic malignancies. *J Natl Cancer Inst* 2005; **97**(15)**:** 1154-1157. e-pub ahead of print 2005/08/04; doi: 10.1093/jnci/dji209

30. Willett EV, Morton LM, Hartge P, Becker N, Bernstein L, Boffetta P *et al.* Non-Hodgkin lymphoma and obesity: a pooled analysis from the InterLymph Consortium. *Int J Cancer* 2008; **122**(9)**:** 2062-2070. e-pub ahead of print 2008/01/02; doi: 10.1002/ijc.23344

31. Couronne L, Bachy E, Roulland S, Nadel B, Davi F, Armand M *et al.* From hepatitis C virus infection to B-cell lymphoma. *Ann Oncol* 2018; **29**(1)**:** 92-100. e-pub ahead of print 2017/10/19; doi: 10.1093/annonc/mdx635

32. Bachy E, Besson C, Suarez F, Hermine O. Hepatitis C virus infection and lymphoma. *Mediterr J Hematol Infect Dis* 2010; **2**(1)**:** e2010004. e-pub ahead of print 2010/01/01; doi: 10.4084/MJHID.2010.004

33. Simon TA, Thompson A, Gandhi KK, Hochberg MC, Suissa S. Incidence of malignancy in adult patients with rheumatoid arthritis: a meta-analysis. *Arthritis Res Ther* 2015; **17:** 212. e-pub ahead of print 2015/08/15; doi: 10.1186/s13075-015-0728-9

34. Ekstrom Smedby K, Vajdic CM, Falster M, Engels EA, Martinez-Maza O, Turner J *et al.* Autoimmune disorders and risk of non-Hodgkin lymphoma subtypes: a pooled analysis within the InterLymph Consortium. *Blood* 2008; **111**(8)**:** 4029-4038. e-pub ahead of print 2008/02/12; doi: 10.1182/blood-2007-10-119974

35. Morth C, Valachis A, Abu Sabaa A, Marshall K, Hedstrom G, Flogegard M *et al.* Autoimmune disease in patients with diffuse large B-cell lymphoma: occurrence and impact on outcome. *Acta Oncol* 2019; **58**(8)**:** 1170-1177. e-pub ahead of print 2019/05/28; doi: 10.1080/0284186X.2019.1619936

36. Klein A, Polliack A, Gafter-Gvili A. Rheumatoid arthritis and lymphoma: Incidence, pathogenesis, biology, and outcome. *Hematol Oncol* 2018; **36**(5)**:** 733-739. e-pub ahead of print 2018/06/05; doi: 10.1002/hon.2525

37. Suarez-Larios K, Salazar-Martinez AM, Montero-Montoya R. Screening of Pesticides with the Potential of Inducing DSB and Successive Recombinational Repair. *J Toxicol* 2017; **2017:** 3574840. e-pub ahead of print 2017/11/14; doi: 10.1155/2017/3574840

38. Kubsad D, Nilsson EE, King SE, Sadler-Riggleman I, Beck D, Skinner MK. Assessment of Glyphosate Induced Epigenetic Transgenerational Inheritance of Pathologies and Sperm Epimutations: Generational Toxicology. *Sci Rep* 2019; **9**(1)**:** 6372. e-pub ahead of print 2019/04/24; doi: 10.1038/s41598-019-42860-0

39. In: *Some Organophosphate Insecticides and Herbicides*: Lyon (FR), 2017.

40. Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med* 1965; **58:** 295-300. e-pub ahead of print 1965/05/01;

41. Hill AB. The environment and disease: association or causation? 1965. *J R Soc Med* 2015; **108**(1)**:** 32-37. e-pub ahead of print 2015/01/13; doi: 10.1177/0141076814562718

42.     Weisenburger DD. A Review and Update with Perspective of Evidence that the Herbicide Glyphosate (Roundup) is a Cause of Non-Hodgkin Lymphoma. *Clin Lymphoma Myeloma Leuk* 2021. e-pub ahead of print 2021/05/31; doi: 10.1016/j.clml.2021.04.009

43.     Steinrucken HC, Amrhein N. The herbicide glyphosate is a potent inhibitor of 5-enolpyruvyl-shikimic acid-3-phosphate synthase. *Biochem Biophys Res Commun* 1980; **94**(4): 1207-1212. e-pub ahead of print 1980/06/30; doi: 10.1016/0006-291x(80)90547-1

44.     Benbrook CM. Trends in glyphosate herbicide use in the United States and globally. *Environ Sci Eur* 2016; **28**(1): 3. e-pub ahead of print 2016/10/19; doi: 10.1186/s12302-016-0070-0

45.     Wester RC, Patel R, Nacht S, Leyden J, Melendres J, Maibach H. Controlled release of benzoyl peroxide from a porous microsphere polymeric system can reduce topical irritancy. *J Am Acad Dermatol* 1991; **24**(5 Pt 1): 720-726. e-pub ahead of print 1991/05/01; doi: 10.1016/0190-9622(91)70109-f

46.     Nielsen JB, Nielsen F, Sorensen JA. Defense against dermal exposures is only skin deep: significantly increased penetration through slightly damaged skin. *Arch Dermatol Res* 2007; **299**(9): 423-431. e-pub ahead of print 2007/09/21; doi: 10.1007/s00403-007-0788-z

47.     Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, Chapman P *et al.* Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. *Environ Health Perspect* 2004; **112**(3): 321-326. e-pub ahead of print 2004/03/05; doi: 10.1289/ehp.6667

48.     Pierce JS, Roberts B, Kougias DG, Comerford CE, Riordan AS, Keeton KA *et al.* Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup((R)). *Inhal Toxicol* 2020; **32**(8): 354-367. e-pub ahead of print 2020/09/08; doi: 10.1080/08958378.2020.1814457

49.     Tarazona JV, Court-Marques D, Tiramani M, Reich H, Pfeil R, Istace F *et al.* Response to the reply by C. J. Portier and P. Clausing, concerning our review "Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC". *Arch Toxicol* 2017; **91**(9): 3199-3203. e-pub ahead of print 2017/07/27; doi: 10.1007/s00204-017-2032-8

50.     Lioi MB, Scarfi MR, Santoro A, Barbieri R, Zeni O, Salvemini F *et al.* Cytogenetic damage and induction of pro-oxidant state in human lymphocytes exposed in vitro to gliphosate, vinclozolin, atrazine, and DPX-E9636. *Environ Mol Mutagen* 1998; **32**(1): 39-46. e-pub ahead of print 1998/08/26;

51.     Portier CJ. A comprehensive analysis of the animal carcinogenicity data for glyphosate from chronic exposure rodent carcinogenicity studies. *Environ Health* 2020; **19**(1): 18. e-pub ahead of print 2020/02/14; doi: 10.1186/s12940-020-00574-1

52.     Rezende ECN, Carneiro FM, de Moraes JB, Wastowski IJ. Trends in science on glyphosate toxicity: a scientometric study. *Environ Sci Pollut Res Int* 2021. e-pub ahead of print 2021/06/01; doi: 10.1007/s11356-021-14556-4

53. Pahwa M, Beane Freeman LE, Spinelli JJ, Blair A, McLaughlin JR, Zahm SH *et al.* Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. *Scand J Work Environ Health* 2019; **45**(6)**:** 600-609. e-pub ahead of print 2019/06/28; doi: 10.5271/sjweh.3830

54. McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA *et al.* Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. *Cancer Epidemiol Biomarkers Prev* 2001; **10**(11)**:** 1155-1163. e-pub ahead of print 2001/11/09;

55. Hardell L, Eriksson M, Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. *Leuk Lymphoma* 2002; **43**(5)**:** 1043-1049. e-pub ahead of print 2002/08/01; doi: 10.1080/10428190290021560

56. De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF *et al.* Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. *Occup Environ Med* 2003; **60**(9)**:** E11. e-pub ahead of print 2003/08/26; doi: 10.1136/oem.60.9.e11

57. Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *Int J Cancer* 2008; **123**(7)**:** 1657-1663. e-pub ahead of print 2008/07/16; doi: 10.1002/ijc.23589

58. Orsi L, Delabre L, Monnereau A, Delval P, Berthou C, Fenaux P *et al.* Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. *Occup Environ Med* 2009; **66**(5)**:** 291-298. e-pub ahead of print 2008/11/20; doi: 10.1136/oem.2008.040972

59. Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M *et al.* Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. *Occup Environ Med* 2013; **70**(2)**:** 91-98. e-pub ahead of print 2012/11/03; doi: 10.1136/oemed-2012-100845

60. De Roos AJ, Blair A, Rusiecki JA, Hoppin JA, Svec M, Dosemeci M *et al.* Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. *Environ Health Perspect* 2005; **113**(1)**:** 49-54. e-pub ahead of print 2005/01/01; doi: 10.1289/ehp.7340

61. Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. *Mutat Res* 2019; **781:** 186-206. e-pub ahead of print 2019/07/26; doi: 10.1016/j.mrrev.2019.02.001

62. Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, Lynch CF *et al.* Glyphosate Use and Cancer Incidence in the Agricultural Health Study. *J Natl Cancer Inst* 2018; **110**(5)**:** 509-516. e-pub ahead of print 2017/11/15; doi: 10.1093/jnci/djx233

63. (EPA) EPA. Glyphosate issue paper: evaluation of carcinogenic potential. 2016. https://www.epa.gov/sites/production/files/2016-09/documents/glyphosate_issue_paper_evaluation_of_carcincogenic_potential.pdf. 2017.

64. Benbrook CM. How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides? . *Environ Sci Eur* 2019; **31:** 2–16.

65.    Clausing P, Robinson C, Burtscher-Schaden H. Pesticides and public health: an analysis of the regulatory approach to assessing the carcinogenicity of glyphosate in the European Union. *J Epidemiol Community Health* 2018; **72**(8)**:** 668-672. e-pub ahead of print 2018/03/15; doi: 10.1136/jech-2017-209776

66.    Portier CJ, Armstrong BK, Baguley BC, Baur X, Belyaev I, Belle R *et al.* Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). *J Epidemiol Community Health* 2016; **70**(8)**:** 741-745. e-pub ahead of print 2016/03/05; doi: 10.1136/jech-2015-207005

67.    Guyton KZ, Loomis D, Grosse Y, El Ghissassi F, Benbrahim-Tallaa L, Guha N *et al.* Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. *Lancet Oncol* 2015; **16**(5)**:** 490-491. e-pub ahead of print 2015/03/25; doi: 10.1016/S1470-2045(15)70134-8