# EXHIBIT 16

```
 1   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 2   ------------------------------------------------X
     This document relates to:
 3
     Troy Wilson Thomas and Josephine
 4   Ventura, husband and wife,
     v. Monsanto Company
 5   Case No. 3:20-cv-08051-VC
 6                                         .
     ------------------------------------------------X
 7
 8
 9          TUESDAY, AUGUST 17, 2021
10       VIDEOTAPED DEPOSITION of Marc J.
11   Braunstein, M.D., conducted at the Inn at
12   Great Neck, 30 Cutter Mill Road, Great Neck,
13   New York, commencing at 9:05 a.m., on the
14   above date, before Nicole Veltri, Registered
15   Professional Reporter and Certified Realtime
16   Reporter.
17
18
19
20
21
22
23
24
```

```
 1   A P P E A R A N C E S:
 2
     WAPNER, NEWMAN, BRECHER & MILLER, PC
 3       Attorneys for the Plaintiffs
         2000 Market Street, Suite 2750
 4       Philadelphia, Pennsylvania 19103
         BY: JARAD L. SILVERSTEIN, ESQ.
 5       jsilverstein@wapnernewman.com
 6
     THE PIORKOWSKI LAW FIRM, PC
 7       Attorneys for the Defendant
         MONSANTO COMPANY
 8       1800 K Street, NW, Suite 1000
         Washington, DC, 20006
 9       BY: JOSEPH D. PIORKOWSKI, JR., ESQ.
         JPiorkowski@PiorkowskiLaw.com
10
11   NELSON MULLINS
         Attorneys for the Defendant
12       MONSANTO COMPANY
         1320 Main Street, 17th Floor
13       Columbia, South Carolina 29201
         BY: ELAINE YAP, ESQ.
14       elaine.yap@nelsonmullins.com
15
16
     ALSO PRESENT:
17   DANNY ORTEGA: Legal Videographer
18       *    *    *
19
20
21
22
23
24
```

1 first-degree relative with any hematologic
2 malignancy, which would include
3 non-Hodgkin's lymphoma, multiple myeloma, so
4 forth?
5     A.   In this case, I was referring to
6 non-Hodgkin's lymphoma -- a first-degree
7 relative with non-Hodgkin's lymphoma.
8     Q.   Did you know whether there's data
9 in the medical literature suggesting that a
10 family history of any type of cancer in a
11 first-degree relative is a risk factor for
12 non-Hodgkin's lymphoma?
13     A.   Well, I've read the defense report
14 that mentioned about prostate cancer, for
15 example; so I've seen some literature from
16 that that I was not as familiar with because
17 typically we're looking at first-degree
18 relatives with non-Hodgkin's lymphoma as a
19 risk factor in clinic.  But there's
20 literature that exists, yes.
21     Q.   Do you have an opinion as to
22 whether first-degree relatives with cancer
23 other than non-Hodgkin's lymphoma, whether
24 that presents a risk of an increased risk of

1  A. Okay.

2  Q. Would you agree with me that
3 there's not a consensus in the medical
4 profession that glyphosate causes
5 non-Hodgkin's lymphoma?

6  A. I would agree that the literature
7 is -- the literature is not definitive on
8 that; and, therefore, that leads the debate.

9  Q. Well, not only is it not
10 definitive, there's a number of individuals
11 who have strongly staked out the position
12 that glyphosate does not cause non-Hodgkin's
13 lymphoma, correct?

14  MR. SILVERSTEIN: Objection to the
15  form.

16  A. I am not aware of which
17 individuals you're referring to; but I would
18 say, you know, based on different things
19 I've read, there are differences in
20 opinions. So, you know, it clearly --
21 there's debate about this; so I would
22 concede that there is debate in the field in
23 general and in the world about the status of
24 glyphosate as a carcinogen.

1	Q.   It's fair to characterize it as
2	controversial?
3		MR. SILVERSTEIN:  Objection to
4	form.
5	A.   Well, it's not; controversial is
6	necessarily a term we use frequently in
7	literature.  I mean, controversy may be
8	argumentive in a way whereas debate, you
9	know, it's debatable how you interpret the
10	literature.  If you want to call it
11	controversial, sure.
12	Q.   When we were talking earlier, you
13	were alluding to people who had different
14	views of the literature as differing in your
15	assessment of how they understood the
16	science.  Do you recall that discussion?
17	A.   I think that's part of -- yes, I
18	think that's part of science in general.
19	Q.   And do you think that with respect
20	to the question of whether glyphosate can
21	cause non-Hodgkin's lymphoma, that
22	reasonable scientific minds can differ?
23	A.   I think they do in this case, yes.
24	Q.   I want to turn to -- hang on one

1   were based on very small numbers, four cases
2   and two controls; is that right?
3        A.   What do you mean by very small
4   numbers?
5        Q.   There are four cases and two
6   controls.
7        A.   Yes.
8        Q.   And the Cocco study did not find a
9   statistically significant increased risk of
10  non-Hodgkin's lymphoma in glyphosate users,
11  correct?
12       A.   Yes.
13       Q.   So to summarize what we've gone
14  over in Table 1 in your report, out of the
15  six case-control studies that we've
16  reviewed, five and a half of them either
17  showed no statistically significant
18  increased risk of NHL in ever users of
19  glyphosate or showed no statistically
20  significant increased risk when adjusted for
21  other pesticides; is that correct?
22       A.   When you look into the results by
23  certain analyses like the multivariate
24  analyses, that is correct.

1      Q.    And of those six studies, and I
2   asked you this earlier, but we haven't gone
3   through the other ones, but the only study
4   that showed statistically significant
5   increased risk of non-Hodgkin's lymphoma in
6   ever users that adjusted for other
7   pesticides was the logistic regression
8   analysis in De Roos 2003, correct?
9      A.    That's correct in adjustments.
10     Q.    Now, the Pahwa study, which we've
11  alluded to but I don't think we've marked it
12  yet.
13          (Whereupon, the aforementioned
14      Pahwa article entitled, "Glyphosate Use
15      and Associations with Non-Hodkin
16      Lymphoma Major Histological Sub-types:
17      Findings from the North American Pooled
18      Project" was marked as Braunstein
19      Exhibit 14 for identification as of
20      this date by the Reporter.)
21     Q.    I've handed you what I've marked
22  as Exhibit 14 (handing).  This is the same
23  paper we discussed before that includes data
24  from both McDuffie and De Roos 2003.

1    A.    That's correct.  That was the
2  first one.
3    Q.    And you talked about the fact in
4  De Roos 2003, they used two different
5  methods by which to evaluate the use of
6  other pesticides, correct?
7    A.    Correct.
8    Q.    So my question to you is, here
9  they're describing the method that they're
10 using for adjusting for use of other
11 pesticides, correct?
12   A.    Yes.
13   Q.    Okay.
14         And it's essentially a two-step
15 process.  Basically saying step one being is
16 the pesticide correlated with glyphosate
17 use, and the second one being is there some
18 scientific basis to suggest that the
19 pesticide is associated with non-Hodgkin's
20 lymphoma risk; is that a fair summary?
21   A.    Well, yes.  They combine studies
22 and use the analysis to try to use
23 confounding variables.
24   Q.    My question to you is, from your

1  there's a basis for suggesting that the
2  other pesticide could affect the outcome?
3      A.  Well, those are two really
4  important questions; so I agree, they may
5  want to examine that.
6      Q.  Just saying it's a sensible
7  approach from your vantage point as a
8  clinician; is that fair?
9      A.  It's a sensible approach to use a
10 particular statistical approach to try to
11 combine studies.  They're may be more than
12 one approach, but I think it's reasonable.
13     Q.  Then it goes on to say that,
14 quote, in the herbicides 2,4-D -- I'm not
15 going to try to read the whole thing.
16     A.  Right.
17     Q.  And Dicamba as well as the
18 insecticide malathion, met both criteria and
19 were, therefore, included in the more fully
20 adjusted secondary logistic regression
21 models, correct?
22     A.  Okay.  We'll take it at the
23 author's word, yes.
24     Q.  Now, in Table 2, it shows the

1  results of ever use glyphosate and under
2  OR -- odds ratio B, odds ratio B included
3  adjustment for those three other pesticides
4  that met those two criteria that we just
5  discussed, correct?
6       A.   Yes.  They adjusted for it says
7  age, sex, state, province, lymphatic or
8  hematopoietic cancer, first-degree relatives
9  use of a proxy responding or use of any
10 personal protective equipment or use of
11 other pesticides.
12      Q.   Specifically, three other
13 pesticides?
14      A.   The ones we mentioned, yes.
15      Q.   And when they did that analysis,
16 there was no statistically significant
17 increased risk of non-Hodgkin's lymphoma
18 overall for ever use of glyphosate, correct?
19      A.   Correct.  Just actually when
20 you're looking at -- let me rephrase that.
21 For the ever -- ever use glyphosate there
22 was an odds ratio of 1.43 that was
23 statistically significant for NHL overall;
24 and for diffuse large B-cell lymphoma for

1  ever use, there was also a statistically
2  significant odds ratio of 1.6.
3      Q.  But my question was about the
4  adjusted odds ratio.
5      A.  Oh, I'm sorry.  For B, you're
6  correct.  For those there were no confidence
7  intervals that were statistically
8  significant.  Sorry.
9      Q.  And each and every one of the
10 subtypes that were analyzed also did not
11 show statistically significant increase for
12 ever use of glyphosate, correct?
13     A.  When they broke it into different
14 types of NHL, that's correct.
15     Q.  Yes.
16         Now, in your report on page 11 you
17 say in the last sentence on the page, for
18 example, the North American Pooled Project
19 study in 2019 of glyphosate use and
20 non-Hodgkin's lymphoma was also published
21 and demonstrated that glyphosate exposure
22 for greater than two days per year resulted
23 in a significant twofold increased risk for
24 DLBCL; and then you give the odds ratio and

1  confidence intervals, correct?
2         A.    Correct.
3         Q.    Now, I want to direct your
4  attention to the discussion section that
5  appears on 606.
6         A.    Okay.
7         Q.    And you see it's middle of the
8  paragraph.  It says although there is a
9  statistically significant association
10 between ever glyphosate use and
11 non-Hodgkin's lymphoma overall, this
12 association was attenuated and became no
13 longer statistically significant when
14 adjusted for recorded use of 2,4-D Dicamba
15 and malathion.  Did I read that correctly?
16        A.    Yes, you did.
17        Q.    That's what we just discussed a
18 minute ago?
19        A.    I agree, yes.
20        Q.    Then it goes on to say, however,
21 the significant excess risk among those who
22 reported use of glyphosate for greater than
23 or equal to two days per year was not
24 eliminated by adjustment for other