EXHIBIT 17

1   UNITED STATES DISTRICT COURT

    NORTHERN DISTRICT OF CALIFORNIA

2   ------------------------------------------X

    IN RE:  ROUNDUP PRODUCTS     MDL No. 2741

3   LIABILITY LITIGATION         Case No.

                       MDL No 3:16-md-02741-VC

4   This document relates to:

    Beth Spector and Chuck Spector, wife

5   and husband, v. Monsanto Company

    Case No. 3:20-cv-05532                          .

6   ------------------------------------------X

7

8

9            WEDNESDAY, AUGUST 18, 2021

10      VIDEOTAPED DEPOSITION of Marc J.

11   Braunstein, M.D., conducted at the Inn at

12   Great Neck, 30 Cutter Mill Road, Great Neck,

13   New York commencing at 11:28 a.m., on the

14   above date, before Nicole Veltri, Registered

15   Professional Reporter and Certified Realtime

16   Reporter.

17

18

19

20

21

22

23

24

Marc U. Braunstein, M.D.

```
 1   A P P E A R A N C E S:

 2

     WAPNER, NEWMAN, BRECHER & MILLER, PC
 3       Attorneys for the Plaintiffs
         2000 Market Street, Suite 2750
 4       Philadelphia, Pennsylvania 19103
         BY: JARAD L. SILVERSTEIN, ESQ.
 5

 6

     THE PIORKOWSKI LAW FIRM, PC
 7       Attorneys for the Defendant
         MONSANTO COMPANY
 8       1800 K Street, NW, Suite 1000
         Washington, DC, 20006
 9       BY: JOSEPH D. PIORKOWSKI, JR., ESQ.
10

11

12

13

     ALSO PRESENT:
14   DANNY ORTEGA: Legal Videographer
15       *    *    *
16

17

18

19

20

21

22

23

24
```

Marc J. Braunstein, M.D.

```
 1              VIDEOGRAPHER:  We are now on the

 2       record.  My name is Danny Ortega and

 3       I'm the legal videographer for Golkow

 4       Litigation Services.  Today's date is

 5       August 18th, 2021; and the time is

 6       11:28 a.m.  This video deposition is

 7       being held at 30 Cutter Mill Road,

 8       Great Neck, New York, in the matter of

 9       Roundup, Beth Spector and Chuck

10       Spector, wife and husband, versus

11       Monsanto Company, for the United States

12       District Court Northern District of

13       California.

14           Deponent today is Marc J.

15       Braunstein, MD.  Counsel, please

16       identify yourselves for the record.

17           MR. SILVERSTEIN:  Jarad

18       Silverstein of Wapner Newman on behalf

19       of the plaintiffs.

20           MR. PIORKOWSKI:  Joseph

21       Piorkowski, Piorkowski Law Firm, on

22       behalf of Monsanto.

23           VIDEOGRAPHER:  Will the court

24       reporter please swear in the witness.
```

1    M A R C   J.   B R A U N S T E I N, called as a

2    witness, having been first duly sworn by a

3    Notary Public of the State of New York, was

4    examined and testified as follows:

5    EXAMINATION BY

6    MR. PIORKOWSKI:

7        Q.    Good morning.

8        A.    Your microphone.

9        Q.    Oh, sorry.

10            Good morning again, Dr.

11   Braunstein.

12       A.    Good morning.

13       Q.    This is the third of three

14   depositions that we're taking in three cases

15   in which you've been designated as an expert

16   on behalf of plaintiffs by Mr. Silverstein,

17   correct?

18       A.    Yes.

19       Q.    You've testified; we've spent a

20   lot of time in the previous couple

21   depositions talking about general issues,

22   and we're going to agree to allow that

23   testimony to be used in this case as well

24   without having to go through it all again.

```
1        A.    Where indicated, sure.  I agree.

2        Q.    Additionally, we're agreeing to

3    start marking exhibits with where we left

4    off in the last deposition to just make

5    everything clear; so we're going to be going

6    with Exhibit 24.

7        A.    Okay.

8              (Whereupon, the aforementioned Dr.

9         Braunstein's expert report for Spector

10        case was marked as Braunstein Exhibit

11        24 for identification as of this date

12        by the Reporter.)

13        Q.    And I've handed you what I've

14    marked as Exhibit 24.  Is this a copy of

15    your report in this case?

16        A.    Yes, sir, it is.

17        Q.    And in section three of this

18    report, you list certain materials that you

19    reviewed; do you see that?

20        A.    I do.

21        Q.    And the materials that you

22    reviewed are the materials that are specific

23    to Beth Spector's case, correct?

24        A.    That's correct.  I believe there
```

Marc O. Braunstein, M.D.

```
 1   was a deposition from her husband, Chuck

 2   Spector, but the materials were related to

 3   her case.

 4        Q.   Right.

 5             Her husband's deposition is listed

 6   there, right?

 7        A.   Yes, it is.

 8        Q.   And the subject of her husband's

 9   deposition was her case, right?

10        A.   Correct, yes.

11        Q.   And so you reviewed the outpatient

12   records of Dr. Shuster, correct?

13        A.   Yes, I did.

14        Q.   And you reviewed the deposition

15   transcript of Dr. Shuster, correct?

16        A.   Yes, sir.  That's correct.

17        Q.   And Dr. Shuster is her oncologist

18   at Penn, correct?

19        A.   That's correct, yes.

20        Q.   And you also reviewed outpatient

21   records of Dr. Michael Philips (phonetic),

22   correct?

23        A.   That's correct, yes.

24        Q.   Okay.
```

1          Did you review the records from

2   her original diagnosis?

3       A.   You mean at the time she was

4   originally diagnosed?

5       Q.   Yes.

6       A.   Only to the extent it was listed

7   in Dr. Shuster's notes.  In other words,

8   what he gathered from her original

9   diagnosis.

10      Q.   Have you reviewed any records from

11   any of her pulmonologists?

12      A.   If they were not included in the

13   list here, I did not review it, no.

14      Q.   So this is a comprehensive list of

15   all the things that you reviewed specific to

16   Ms. Spector's case?

17      A.   As far as I recall, yes.

18      Q.   I wanted to ask you, Figure 1, --

19      A.   Yes.

20      Q.   -- is that something that you

21   designed and drew up; or is that

22   something --

23      A.   No.  As I say here, it's copied

24   from a reference, Reference 3.  It's kind of

1   a nice diagram of the different types of

2   non-Hodkin's lymphoma.

3        Q.   Reference 3 is Kuppers?

4        A.   Let me check.  Yes, that's it.

5        Q.   I wanted to ask, what is the SEER

6   database?

7        A.   SEER database, it's essentially a

8   surveillance program where they compiled

9   data on patients with different types of

10   cancers and some associated statistics about

11   that cancer; so it's a database,

12   essentially.

13        Q.   Is it a federal government

14   database?

15        A.   I believe it's run through the

16   National Cancer Institute so, yes.

17        Q.   And, in fact, when we were talking

18   originally yesterday about your CV, you had

19   a new publication that was focused on the

20   SEER database?

21        A.   That's right.

22        Q.   Now, on -- in your reference list

23   here, there's a -- number seven is a

24   reference to the SEER database?

Marc U. Braunstein, M.D.

```
 1        A.   That's correct actually, yes.

 2        Q.   And what's the purpose, it looks

 3   like it says follicular?

 4        A.   Yes.  That's correct.

 5        Q.   And why were you looking at data

 6   on follicular for this case?

 7        A.   Right.  Let me just go to where I

 8   referenced it so I know the context.  Oh,

 9   because although she did not have diagnosis

10   of follicular, she had a diagnosis of

11   marginal zone lymphoma, there isn't a

12   breakdown of marginal zone lymphoma by the

13   SEER database.  So the closest thing in

14   terms of low-grade lymphomas, which

15   follicular lymphoma and marginal zone

16   lymphoma are in that category, would be

17   follicular lymphoma; so it was used as an

18   analogy, but I would conceive that they're

19   different entities.

20        Q.   I just want to make sure I

21   understand what you're saying.  You're

22   saying the SEER database doesn't have a

23   separate breakdown for marginal zone

24   lymphoma?
```

Marc U. Braunstein, M.D.

```
 1       A.   Not as far as I'm aware in this

 2   case I could figure like this about

 3   different stages.

 4       Q.   And is follicular lymphoma from

 5   your vantage point the closest subtype to

 6   marginal zone lymphoma?

 7       A.   It's hard to define closest, but

 8   they're both in the lymphomas; so they would

 9   be in that same bucket but -- and they're

10   both B-cell lymphomas.

11       Q.   And, similarly, reference 12, what

12   is reference 12?

13       A.   Reference 12 -- oh, that's

14   something called the GELF criteria.  I

15   didn't give the original reference to that

16   study.  I gave a calculator because I

17   figured that would be more visual in terms

18   of the numbers that go into calculating

19   this, but essentially it is a series of

20   consensus criteria about what factors you

21   would find in an individual that would

22   prompt you to start treatment in a patient

23   with a low grade lymphoma.

24       Q.   And, again, this appears to be
```

```
 1   related to follicular?

 2       A.   Yes.  But it can be applied to all

 3   low-grade lymphomas.

 4       Q.   I see.

 5            And, similarly, Reference 13 is

 6   your first follicular lymphoma involving

 7   therapeutic strategies?

 8       A.   That's correct.

 9       Q.   And for what purpose are you

10   relying on Reference 13?

11       A.   Let me see (perusing).  That was a

12   reference to the use of rituximab, which I

13   knew she was treated for in low-grade

14   lymphomas.  So, again, it doesn't apply to

15   her subtype; but it applies to the use of

16   rituximab as a single agent in low-grade

17   lymphomas.

18       Q.   Okay.

19            Is Exhibit -- at the time you

20   prepared your report, in June of 2021, did

21   you attempt to include all the opinions that

22   you intend to offer at the time of trial in

23   the report?

24       A.   Yes.
```

Marc U. Braunstein, M.D.

1      Q.   And did you attempt to include in

2   your report explanation of the bases for the

3   opinions?

4      A.   Yes, sir.

5      Q.   And with respect to Ms. Spector,

6   are you awaiting any additional information

7   at this time?

8      A.   Only updates on her status

9   otherwise, no.

10      Q.   And at the time you signed her

11   report, it was complete?

12      A.   I believe so, yes.

13      Q.   Have you had a chance to review

14   your report in the past couple days?

15      A.   Yes.

16      Q.   And based on your review, are

17   there any substantive errors that need to be

18   corrected?

19      A.   I don't believe so.

20      Q.   With the exception of perhaps

21   typographical errors, the report is

22   accurate?

23      A.   Yes.

24      Q.   I'm going to hand you what I

1    marked Exhibit 25.  This is a Notice of

2    Deposition for deposition today, correct?

3         A.   Correct.

4              (Whereupon, the aforementioned

5         Defendant Monsanto Company's Notice to

6         Take Oral and Videotaped Deposition of

7         Dr. Marc Braunstein was marked as

8         Braunstein Exhibit 25 for

9         identification as of this date by the

10        Reporter.)

11        Q.   Note says one o'clock, but we

12   agreed to move it back to 11:30.

13        A.   Fair enough.

14        Q.   If you can, take a look at the

15   request for production.

16        A.   Okay.

17        Q.   The request number one and two

18   call for billing records and invoices.  Is

19   it correct that we -- the only billing

20   records and invoices that you have were

21   produced yesterday and marked as Exhibit 5?

22        A.   Yes.  They were all in one

23   invoice.

24        Q.   And we talked yesterday about

Marc U. J. Braunstein, M.D.

1    additional work you've done in the Spector

2    case and your time estimates.  That still

3    holds true today?

4         A.    Correct.

5         Q.    Did you spend time last night

6    preparing for this deposition today?

7         A.    To the extent that I just reviewed

8    the salient facts about her history.

9         Q.    At the end of your report,

10   beginning on page 14 through page 19, there

11   are several references included, correct?

12        A.    That's correct.

13        Q.    Are there any documents or studies

14   or other materials which you intend to rely

15   on in this case other than the references

16   and the materials listed in paragraph three

17   of your report?

18        A.    Other than -- I'm sorry, other

19   than the references in entirety in the final

20   section of my report or just in paragraph --

21   I think I miss --

22        Q.    Let me start over.

23        A.    I'm sorry.

24        Q.    So paragraph three of your report

1    talks about the materials specific to

2    Ms. Spector, --

3         A.    Correct.

4         Q.    -- right?

5         A.    Yes.

6         Q.    So if we put together the

7    materials that we list in paragraph three

8    and the references at the end of your

9    report, --

10        A.    Got it.

11        Q.    -- does that -- is that the sum

12   total of documents and materials upon which

13   you rely for your opinions?

14        A.    Notwithstanding any new

15   information or anything I glean from the

16   defense experts' reports, this is the extent

17   to what I used that I will make my opinions,

18   yes.

19        Q.    That's what you used at the time

20   you finalized your report in June?

21        A.    That's right.

22             MR. SILVERSTEIN:  We established

23        yesterday that the IARC Monographs that

24        he relied upon was not listed in his

1       materials, but that was in error; but

2       that is another --

3       A.   Alluded to.

4            MR. PIORKOWSKI:  Yes.  That's

5       fine.

6       Q.   With that addition, there's no

7  other materials that you're aware of?

8       A.   No.

9       Q.   You need to say --

10      A.   I'm sorry, no.  There were no

11  other materials, I'm sorry.

12      Q.   Number five your curriculum vitae

13  we already marked as Exhibit 3, and number

14  six not applicable.

15           In your professional practice as

16  an oncologist, have you had occasion -- let

17  me back up.  Is it correct that pulmonary

18  MALT, M-A-L-T, is a relatively rare form of

19  non-Hodkin's lymphoma?

20      A.   It's not the most common, so it's

21  rarer than the most common; and it's not the

22  most common indolent.

23      Q.   In your professional capacity as

24  an oncologist, have you had occasion to take

Marc U. Braunstein, M.D.

```
 1   care of patients who were diagnosed with

 2   pulmonary MALT?

 3        A.   I have.

 4        Q.   On about how many occasions?

 5        A.   Five cases.

 6        Q.   Five cases over the course of your

 7   professional career?

 8        A.   Yes.

 9        Q.   Did any of those cases involve

10   patients who had bronchiectasis?

11        A.   Not that I'm aware.

12        Q.   Did any of those cases involve

13   patients who had Mycobacterium avium,

14   A-V-I-U-M, infection?

15        A.   I don't recall, you know, because

16   these are rare cases.  Sometimes they're

17   more striking features, but I don't recall

18   anything about Mycobacterium.

19        Q.   What are the major causes of

20   pulmonary MALT lymphoma?

21        A.   I'm not aware of specific causes

22   for pulmonary MALT lymphoma.

23        Q.   When you say you're not aware of

24   any causes of pulmonary MALT lymphoma, does
```

Marc U. Braunstein, M.D.

```
 1    that mean you're aware of causes of other

 2    kinds of MALT lymphoma?

 3         A.   That's right.  Yesterday we talked

 4    about H. pylori and gastric MALT lymphoma.

 5    We talked about the chlamydial infection and

 6    ocular lymphoma, marginal zone, MALT

 7    lymphoma.  We talked about certain -- well

 8    we didn't talk about them, but there are

 9    also certain types of GI infections that

10    could cause intestinal MALT lymphomas.

11         Q.   Are -- comparatively to other

12    forms of non-Hodkin's lymphoma, are MALT

13    lymphomas often associated with an

14    infectious etiology?

15              MR. SILVERSTEIN:  Object to the

16         form.

17         A.   Well, we previously talked about

18    hepatitis C and diffuse large B-cell

19    lymphoma; so I don't necessarily weigh it as

20    more or less than the other.  It's just that

21    some are and some are not, but I don't weigh

22    that necessarily.

23         Q.   I mean, maybe I asked a bad

24    question.  Let me try to rephrase it.
```

Marc U. Braunstein, M.D.

```
 1                I'm not asking whether infections

 2    can only lead to MALT; but what I'm asking

 3    is that if you took a hundred patients with

 4    non-Hodkin's lymphoma and tried to ascertain

 5    the etiology and you took a hundred patients

 6    with MALT and you tried to ascertain the

 7    etiology, are infectious etiologies more

 8    common with respect to MALT lymphoma as

 9    opposed to non-Hodkin's lymphoma generally?

10         A.   You know, many times when we're

11    talking about infectious etiologies like

12    H. pylori or chlamydial infection, those are

13    more commonly described in the context of

14    MALT lymphomas.  I will give you that, yes.

15         Q.   Is there a reason why based on the

16    pathophysiology and -- well, let me back up

17    and try this over again.

18                Do you have an understanding of

19    why with respect to any kind of MALT

20    lymphoma, not necessarily pulmonary, an

21    infectious etiology can bring about

22    pathophysiologically a non-Hodkin's

23    lymphoma?

24         A.   It's along the lines of some of
```

Marc U. Braunstein, M.D.

1    the things we've been talking about about

2    the immune system.  My understanding is that

3    chronic antigen stimulation on B-cells can

4    cause them to become malignant.

5         Q.   And is that a generally accepted

6    principle in oncology?

7         A.   It's the prevailing theory.

8         Q.   Now, feel free to refer back to

9    your report.

10        Now, Ms. Spector was originally

11   diagnosed in March 2007 with her pulmonary

12   marginal zone lymphoma, correct?

13        A.   That's correct.

14        Q.   And at the time she presented, is

15   it correct that she had multiple medical

16   problems related to her lungs?

17        MR. SILVERSTEIN:  Objection to the

18        form.

19        A.   From what I gathered, she sort of

20   almost simultaneously had other lung issues

21   at the time, yes.

22        Q.   What's your understanding of what

23   other lung issues she had simultaneously?

24        A.   So let me have a look in my

Marc C. Braunstein, M.D.

```
 1    report.

 2         Q.   As I said, take your time and feel

 3    free to refer to your report or whatever

 4    else you need.

 5         A.   I believe it's also in Dr.

 6    Metersky's (phonetic) report.  He kind of

 7    goes into that more thoroughly; but -- so

 8    she had -- well, she had pneumonia at the

 9    time in March 2007.

10         Q.   Okay.

11         A.   And, again, just so I'm answering

12    correctly, this is at or before the time of

13    her diagnosis, not subsequent to it?

14         Q.   Yes.

15         A.   Yes.  Give me one minute.

16         Q.   Like I said, take your time.  I'm

17    more interested in getting the answer.

18         A.   So that's what I have in my

19    report.  Again, I can look in more detail in

20    Dr. Metersky's report.

21         Q.   That's fine.

22              You said she had pneumonia.  Did

23    she have bilateral pneumonia?

24         A.   Let me see if I wrote down
```

Marc U. Braunstein, M.D.

```
 1   specifically.  I wrote severe pneumonia, but

 2   I don't recall if it was bilateral on both

 3   sides.

 4        Q.   And do you recall whether they

 5   identified any pathogenic agents that was

 6   related to the pneumonia?

 7        A.   I wrote that she had hemophilus

 8   influenza pneumonia.

 9        Q.   You wrote that she had hemophilus

10   influenza --

11        A.   Yes, correct.

12        Q.   Was she also positive for

13   Mycobacterium avium?

14        A.   She was positive when they did a

15   bronchoscopy.  They did find MAI in fluid.

16        Q.   MAI, meaning what?

17        A.   Just like you said, Mycobacterium

18   avium.

19        Q.   And have you encountered

20   Mycobacterium avium infections in your --

21   previously in your professional capacity?

22        A.   I've seen it in various settings,

23   not necessarily always with lymphoma; but,

24   yes, in the general medicine, yes.
```

Marc O. Braunstein, M.D.

1    Q.    Have you seen it in

2    immunocompromised patients?

3    A.    I can't think specifically; but,

4    yes, I've seen it in patients who may have

5    other immune disorders, yes.

6    Q.    Is it a particularly common

7    infection in patients who are

8    immunocompromised?

9    A.    I am not an expert in this area.

10   I'm not sure.

11   Q.    Do you know whether patients with

12   HIV are often treated prophylactically to

13   prevent them from getting avium infections?

14   A.    I believe they are, yes.  In a

15   certain degree of their HIV infection in

16   terms of their T-cell count and their --

17           (Reporter clarification.)

18   A.    (continued) And their viral load.

19   Q.    Now, there came a point where she

20   was diagnosed as having bronchiectasis?

21   A.    Yes.

22   Q.    Do you know whether she was

23   diagnosed with bronchiectasis at the time

24   that she was first diagnosed in March of

Marc O. Braunstein, M.D.

```
 1   2007, or was the diagnosis of bronchiectasis

 2   sometime after that?

 3        A.   I don't recall in my report.  I

 4   have it was noted on imaging in May 2018,

 5   but I don't recall if there was evidence

 6   before that.

 7        Q.   Now, when she presented in March

 8   2007, her initial treatment was with

 9   antibiotics, correct?

10        A.   Yes.  That's correct.

11        Q.   Do you remember which antibiotics?

12        A.   Let me have a look.  I don't have

13   it listed here.

14        Q.   But as indicated in your report,

15   after she was treated with antibiotics, her

16   infection resolved, correct?

17        A.   Yes.  That's what I have.

18        Q.   Now, it has, the next sentence

19   says initial analysis of the pleural fluid

20   suggested large cell lymphoma, the subtype

21   of non-Hodkin's lymphoma.  However,

22   bronchoscopy showed a different subtype of

23   NHL read initially as a type of small B-cell

24   lymphoma, correct?
```

1       A.   Yes.   This appeared to cause some

2   confusion in the notes.

3       Q.   Is there any confusion in your

4   mind now as to what her correct diagnosis

5   is?

6       A.   Well, they did -- they did another

7   biopsy after that with a bronchoscopy; and

8   the diagnosis was marginal zone lymphoma, so

9   I think that's pretty clear.

10      Q.   All right.   When her -- let me go

11  back a couple of sentences.

12           You said she presented with

13  hemophilus influenza pneumonia, correct?

14      A.   Yes.

15      Q.   A right pleural effusion?

16      A.   Correct.

17      Q.   Could you describe just for the

18  benefit of the jury what a pleural effusion

19  is?

20      A.   Yes.   In the report I say fluid

21  accumulated in the space around her lung.

22  There's a space between the chest wall and

23  the lung itself, and fluid can accumulate in

24  that space that's normally filled with air

Marc U. Braunstein, M.D.

1    to help the lung expand.

2        Q.    Okay.

3              And when fluid accumulates in that

4    space, that's referred to as pleural

5    effusion?

6        A.    That's correct.

7        Q.    And she had a pleural effusion on

8    the right side?

9        A.    Yes.

10       Q.    Okay.

11             Is there any indication she had a

12   pleural effusion on the left side?

13       A.    No.

14       Q.    Now, when you're referring to the

15   initial analysis of the pleural fluid, was

16   that the analysis of pleural fluid that was

17   taken back in March of 2007?

18       A.    At that time, yes.

19       Q.    Did her -- did she present with a

20   well-defined or well-demarcated mass on any

21   of her imaging studies in March 2007?

22       A.    Well, the CT -- the CAT scan of

23   her chest showed dense infiltrates with lung

24   necrosis and the pleural effusion.

Marc U. Braunstein, M.D.

1     Q.   Okay.

2          But dense infiltrates, the term

3     that they used to describe that is

4     consolidation, right?

5     A.   Yes.

6     Q.   Okay.  And consolidation is a

7     separate finding from observing a

8     well-demarcated mass, correct?

9     A.   That is fair to say, yes.

10    Q.   And she did have consolidation on

11    her imaging studies, correct?

12    A.   Yes.  Bilateral, yes.

13    Q.   And she did not have a

14    well-demarcated mass on her imaging studies,

15    correct?

16    A.   I would say, yes, I think that's

17    what led to some of the difficulty making

18    the diagnosis.

19    Q.   Okay.

20         Now, you mentioned she was treated

21    with antibiotics; and her infection

22    resolved.  Did the consolidation on her

23    imaging studies resolve?

24    A.   I don't believe so because she had

Marc O. Braunstein, M.D.

1    subsequent imaging that showed in my notes

2    it says or my report that there was no

3    substantial resolution of the right upper

4    lobe, right middle lobe, and central left

5    lower destructive lesions.

6        Q.   Say that again one more time.

7        A.   The follow-up CT scan after

8    resolution of her pneumonia showed no

9    substantial resolution of the right upper

10   lobe, right middle lobe, and central left

11   lower -- it should say lobe or left lower

12   destructive lesions.  That was per the

13   radiology report.

14       Q.   What is the -- the term

15   destructive lesions, what do you understand

16   that to mean?

17       A.   Well, when the radiologist

18   indicates that, I take it to mean some

19   pathologic alteration of the lung tissue.

20       Q.   And is that bronchiectasis?

21       A.   Not as I understand it.

22   Bronchiectasis is in a different area of the

23   lung tissue, in the lower parts of the lung

24   (indicating) that this is indicating in the

1    lower parts of the lung.  Bronchiectasis I

2    understand to be higher up in the lung.

3         Q.    So how is it that when she was

4    treated with antibiotics they knew that her

5    infection resolved if the consolidation

6    didn't resolve?

7         A.    I defer that to the radiologist.

8    I'm not sure.  I mean, that's what the

9    radiology report said.  I don't know if it

10   was a combination of that clinically; some

11   of her symptoms improved.

12        Q.    So the bronchoscopy was done on

13   which side; do you remember?

14        A.    Let me see if I got it down.

15        Q.    Actually, let me rephrase that.

16   That's a bad question.

17              As part of the bronchoscopy, they

18   did a biopsy, correct?

19        A.    Well, they took pleural -- they

20   took fluid; but typically when you -- yes.

21   They did a biopsy as well, and I'm not sure

22   which side.  In my report I didn't list

23   which side.

24        Q.    So what's -- terminology-wise,

Marc U. Braunstein, M.D.

```
1   what's the difference between BALT, B-A-L-T,

2   and pulmonary MALT; or are they

3   interchangeable?

4          (Reporter clarification.)

5      Q.   (continued) BALT, B-A-L-T, and

6   pulmonary MALT, M-A-L-T.

7      A.   Just to go back for a second, I do

8   see that the right upper lobe, there was a

9   transbronchial biopsy; so the difference

10  between the BALT and a MALT lymphoma --

11  they're both from the lung tissue, and I

12  would -- I treat them similarly in terms of

13  their presentation, in terms of their

14  indolent nature.  I'm not sure there's

15  necessarily an anatomical difference between

16  them.  They're both involving the lung.

17     Q.   Do you have an understanding of --

18  is your understanding that pulmonary MALT

19  causes pneumonia?

20     A.    I don't know if that is a

21  correlation.  I would -- I would cause it

22  that -- it's possible that if you have any

23  process in your lung, it could make your

24  lung susceptible to infection; but I don't
```

```
 1   know that's necessarily a known association.

 2      Q.   And is it true that having the

 3   lung infection could potentially cause

 4   pulmonary MALT?

 5      A.   Not that I'm aware in terms of the

 6   consensus, the signed consensus or clinical

 7   consensus that people who have lung

 8   infections like pneumonia are prone to

 9   MALTs, not that I'm aware of.

10      Q.   So when I was asking about the

11   causes of MALT, pulmonary MALT, that's just

12   an area where nobody has any idea what

13   causes it?

14          MR. SILVERSTEIN:   I'm sorry, can

15      you repeat that?  I didn't hear it.

16          (Whereupon, the referred to

17      question was read back by the

18      reporter.)

19      A.   I don't know if anybody has an

20   idea or not, but I'm not aware.

21      Q.   Well, that's a -- let me frame

22   that to be a better question.

23          To the best of your knowledge as

24   an oncologist, is there an understanding
```

Marc U. Braunstein, M.D.

1    among the oncology community about whether

2    there are specific known causes of pulmonary

3    MALT?

4         A.   I don't know.

5         Q.   So to go back, you mentioned that

6    there was a transbronchial biopsy on the

7    right, correct?

8         A.   In May 2007, yes.

9         Q.   Which was two months after her

10   original presentation?

11        A.   Correct.

12        Q.   And at that time, that biopsy led

13   to the diagnosis of pulmonary MALT?

14        A.   Yes.  That's correct.

15        Q.   And the pathological -- there are

16   some pathological differences between the

17   results of that biopsy and the results of

18   overseeing pleural effusion in March of

19   2007, correct?

20        A.   Yes, that's correct.

21        Q.   That's what led to this slight

22   conflict among the pathologists about the

23   diagnosis?

24        A.   Yes.  That's correct, I agree.

Marc U. Braunstein, M.D.

1    Q.   In general, is a transbronchial

2  biopsy viewed as a more reliable source of

3  information as opposed to looking at

4  cytology for pleural effusion?

5    A.   To the best of my knowledge, you

6  know, the more tissue you can get, more

7  solid tissue to look at the architecture of

8  the organ of the tissue and compare it to

9  what you would expect from the normal tissue

10  to see if there are abnormal cells there,

11  the more reliable your result is; and

12  typically we're going to get more solid

13  tissue from a transbronchial biopsy than a

14  pleural cytology.

15    Q.   Fair enough.

16       Are you aware of her ever having a

17  biopsy of her left lung?

18    A.   Let me have a look at her report.

19  I don't see it in my report.

20    Q.   It's not a trick.  I'm not

21  aware --

22    A.   I just want to make sure I'm

23  clear.

24    Q.   Are you aware of any time during

Marc U. Braunstein, M.D.

```
 1   her treatment course when she had a tumor

 2   identified in either her right or left lung

 3   through imaging studies?

 4       A.   Not to the extent that I saw in

 5   any of the radiology reports and, you know,

 6   she had imaging done as well, not to the

 7   extent that I saw it labeled in the

 8   radiology reports.

 9       Q.   Did you have any understanding

10   of -- or opinion about in her case why at

11   the time of her original presentation she

12   had both pulmonary MALT and bilateral

13   pneumonia at the same time?

14       A.   We can hypothesize that like we

15   were talking before it's possible that if we

16   have any injury to your lung that you could

17   be more susceptible to pneumonia or

18   infection.

19       Q.   How would you determine if she

20   had -- if she had injury to her lung as a

21   result of MALT in March of 2007?

22       A.   Well, I would determine if she had

23   injury to her lung if they say she had some

24   kind of destructive lesions; but unless that
```

Marc U. Braunstein, M.D.

1    area correlated with the area in which the

2    tissue was obtained to show the MALT, I

3    don't think you could accurately correlate

4    that.

5         Q.   And to your knowledge, did she

6    have destructive lesions in her lung that

7    were correlated with her MALT in March of

8    2007?

9         A.   Let me have a look in March of

10   2007 (perusing).  It notes on the March 2007

11   CT scan that she had infiltrates which could

12   mean pneumonia; and, you know, the biopsy

13   with the bronchoscopy was done on the right

14   side.  But that doesn't necessarily mean

15   that it was biopsying the malignancy

16   although the pathology showed marginal zone

17   lymphoma from the right upper lobe, so I'm

18   not sure I can make that correlation in your

19   question.

20        Q.   Okay.

21             I'm going to hand you what I've

22   marked Exhibit 26 (handing).

23             (Whereupon, the aforementioned

24        Borie article entitled,

Marc U. Braunstein, M.D.

```
 1          "Lymphoproliferative Disorders of the
 2          Lung" was marked as Braunstein Exhibit
 3          26 for identification as of this date
 4          by the Reporter.)
 5      Q.   This is an article by Borie, et
 6  al, called Lymphoproliferative Disorders of
 7  the Lung?
 8      A.   Yes.
 9      Q.   Is this a paper with which you're
10  familiar?
11      A.   I don't recall offhand.  I don't
12  know if I referenced it in -- or part of it
13  in my report; but, no, I'm not familiar.
14      Q.   You see in the abstract on the
15  left side it says MALT lymphoma -- excuse
16  me, MALT lymphoma is the most common
17  pulmonary lymphoma?
18      A.   Yes.
19      Q.   And do you agree with that?
20      A.   Yes, I do.
21      Q.   It goes on to to say the disease
22  is slow growing, most often asymptomatic,
23  and revealed by chronic alveolar opacity on
24  radiography.  Is that consistent with your
```

Marc U. Braunstein, M.D.

```
 1   understanding of pulmonary MALT?

 2       A.   Yes.  I think so.

 3       Q.   Do you see over on page 158 it --

 4   under pulmonary MALT lymphoma, it says MALT

 5   is a lymphoid tissue that functions to

 6   defend the mucosa?

 7       A.   Yes.  I see it.

 8       Q.   What does that mean?

 9       A.   To be honest, I'm not exactly

10   sure --

11       Q.   Okay.  That's fine.

12       A.   -- what they're saying there.

13       Q.   Okay.

14            And you see it goes on to say,

15   functional B lymphocytes of MALT are memory

16   B-cells involved in immune responses.

17       A.   Yes.

18       Q.   MALT is physiologically absent

19   from the lung and initially recognized the

20   lungs with infections of an undetermined

21   nature?

22       A.   I see it, yes.

23       Q.   Is that consistent with your

24   understanding?
```

Marc U. Braunstein, M.D.

1       A.   Let me read it (perusing).  Is

2  that -- I don't necessarily agree with that.

3  I mean, you could have a MALT in the lungs

4  that does present pathophysiologically as a

5  mass in the lung.  I don't know what they

6  mean by physiologically absent; but, of

7  course, anything pathologic is not

8  physiologically present.  So I'm not sure I

9  agree with all of that statement.

10       Q.   Okay.

11            And down under etiology, do you

12  see where it says MALT lymphoma may be

13  considered a model of lymphoma driven by

14  chronic antigen stimulation whether from

15  autoantigens or a microbial origin?

16       A.   And they give a reference to that;

17  but, you know, that's a fair proposition.

18  It's a hypothesis.

19       Q.   Is that the -- as you called it

20  before -- the prevailing hypothesis?

21       A.   I think so.  In terms of when I

22  said that before, it was in the context of

23  infectious agents associated with marginal

24  zone lymphomas.

Marc U. Braunstein, M.D.

1      Q.   Right.

2      A.   Yes.

3      Q.   Okay.

4           What's your understanding of how

5    Ms. Spector was treated?  I'm referring to

6    with respect to her marginal zone lymphoma

7    and not her --

8      A.   The infection?

9      Q.   Yes.

10     A.   The way she was treated as a

11   single agent rituximab.  Once again, we

12   tried to target CD20 on B-cells.  One second

13   (perusing).  Yes, in June 2007 she was

14   treated with four weekly doses of rituximab.

15     Q.   Okay.

16           And is it your understanding that

17   the rituximab was successful?

18     A.   So if we can take a step back,

19   success of the treatment for any lymphoma

20   would be resolution of the findings on

21   imaging generally as well as you may do a

22   biopsy if there's anything remaining on the

23   imaging to show that there's no lymphoma

24   there; but in her case, after the Rituxan,

Marc U. Braunstein, M.D.

```
1    she still had findings on her lung.  But my

2    understanding would be that those were not

3    necessarily related to the lymphoma and are

4    making that assumption based on the fact

5    that she had subsequent infections, and

6    those lesions I believe were considered to

7    be infectious subsequent to her treatment.

8         Q.   So on what basis -- I'm going to

9    try to understand what you're saying.  You

10   were referring to the term consolidation

11   before as a imaging finding?

12        A.   Yes.

13        Q.   And are you saying she continued

14   to have consolidation after her treatment

15   with rituximab?

16        A.   Yes.  There's a CT -- a CAT scan

17   in May 2018 that noted consolidations.

18        Q.   So if there was continued

19   consolidation and one of the possible

20   explanations for the consolidation was

21   continued marginal zone lymphoma, how were

22   they able to determine that the rituximab

23   treatment was effective?

24        A.   I think, ultimately, if you want
```

to know if there's any remaining -- if there's any remaining lymphoma, based on some imaging finding, you need the tissue to confirm that.

Q. Okay.

And how do you get tissue?

A. Through a bronchoscopy in this case.

Q. And did they do that?

A. Let me just have another look in my report. I don't see that in my report.

Q. Is it your understanding that Dr. Shuster believed that that the rituximab was successful in causing a remission of the pulmonary MALT?

A. Only to the extent that if he listed in his progress notes that she didn't require additional treatment or she was in remission -- and I don't recall exactly what his wording was; I would have to look back at his chart -- then he would have considered her to be in remission.

Q. And to your knowledge was she given any additional treatment at that time?

Marc U. Braunstein, M.D.

```
 1        A.   Not to my knowledge.

 2        Q.   Is rituximab in your view an

 3   appropriate treatment for pulmonary MALT as

 4   a single agent?

 5        A.   Sure.  It's one of several

 6   options; so, yes, that is one of several

 7   options.

 8        Q.   Okay.

 9             Do you have an opinion about the

10   state of her pulmonary MALT following her

11   rituximab treatment?

12        A.   So if you're asking about whether

13   or not she was in remission, I would just

14   have to rely on her oncology notes and the

15   imaging; but it -- I will admit it is a

16   little bit complicated because as you

17   mentioned in the beginning, there was no one

18   single defined mass.  And subsequent to

19   that, she still had other pathologic

20   processes in her lung.

21        Q.   And is it your understanding that

22   the other pathological processes when you

23   made reference to that term, you were

24   talking about infections?
```

Marc U. Braunstein, M.D.

1      A.   That's how they were being

2  managed, so I rely on that in the notes.  I

3  should note here in my report, PET scan in

4  August 2018, they did.  The purpose of PET

5  scan is to look for lesions; but also

6  infectious etiologies can take them up and

7  in the report, they thought that whatever

8  they found on the PET scan was considered to

9  be infectious --

10           (Reporter clarification.)

11      A.   (continuing) What they found on

12  the PET scan was infectious, inflammatory,

13  or they said may represent pulmonary

14  lymphoma.

15      Q.   So how does -- if you're the

16  oncologist and you're in charge of managing

17  this case and you get a result like that,

18  how do you handle that if you don't know

19  whether this represents a recurrence of

20  disease or not?

21           MR. SILVERSTEIN:  Objection to

22      form.

23      A.   We talk to the radiologist to try

24  to clarify it; and like I was saying, I

Marc U. Braunstein, M.D.

1    think you have to have additional data to

2    try to lean one side or the other, whether

3    it's infectious or malignant; and typically

4    that involves getting tissue.

5         Q.   Do you know whether Dr. Shuster

6    did that?

7         A.   I don't.

8         Q.   What's your understanding of Ms.

9    Spector's situation today with respect to

10   her non-Hodgkin's lymphoma?

11        A.   You know, as we said, I don't

12   believe she got any further -- I don't know

13   that she got any further treatment other

14   than rituximab.

15        Q.   So is it your belief she's in

16   remission?

17        A.   I'm making that correlation that,

18   yes, if she didn't get additional treatment,

19   then either she's in remission or she was in

20   not a condition to receive treatment because

21   of her functional status or the status of

22   her lungs; but to my knowledge from the

23   notes, she didn't receive further treatment

24   because they were not planning to treat any

Marc U. Braunstein, M.D.

```
 1   active lymphoma.
 2        Q.   So you're making the inference
 3   that she's still in remission?
 4        A.   Yes.
 5        Q.   Do you have an opinion -- are you
 6   offering any opinion about her prognosis
 7   with respect to her lymphoma?
 8        A.   So, you know, again, there are
 9   ways to assess prognosis that are based on,
10   you know, common presentations; but you
11   ultimately have to apply it to an individual
12   person.  So in isolation if you say every
13   person who gets this type of lymphoma is
14   completely the same in terms of their
15   disease, you could apply those prognostic
16   indices so -- let me just go back to my
17   report.
18            I do have a section in my report
19   on prognosis, and we've been talking a good
20   amount about this IPI score.  There is one
21   that they have for MALT lymphomas; and that
22   can be applied though, again, you know, her
23   case has some unusual features in terms of
24   her presentation.  But if you apply that, we
```

Marc U. Braunstein, M.D.

```
 1    can try to produce an estimate of her

 2    prognosis.

 3          Q.   And are you able to do that?

 4          A.   Yes.  So in my report, we

 5    estimated, again, making an assumption for

 6    one of the laboratory values that goes into

 7    that calculation that the five-year event

 8    free survival, in other words, the timing

 9    remission would be 70 percent and her

10    overall survival between 56 and 93 percent.

11          Q.   For five years?

12          A.   Yes.

13          Q.   Five years from when?

14          A.   The diagnosis.

15          Q.   So she's already way past that?

16          A.   Correct, correct.  Yes, that's

17    correct.

18          Q.   So if we're asking the question

19    today in 2021, there's already a hundred

20    percent chance she's made the five-year

21    survival rate; is there a way to estimate

22    where she will be five years from now or ten

23    years from now based on any of the tools

24    that you're familiar with?
```

Marc U. Braunstein, M.D.

```
 1        A.    No.  I don't think they account
 2   for beyond that time frame in which the
 3   study collected data to create the scoring
 4   system.
 5        Q.    So really you're not able to offer
 6   any opinion about what will happen to her
 7   down the road at this point?
 8        A.    I don't think with regard to her
 9   lymphoma.
10        Q.    And are you planning to offer
11   opinions about any other aspect of her
12   prognosis besides the lymphoma?
13        A.    Well, I defer to Dr. Metersky
14   about her lung issues.
15        Q.    Okay.
16             So you're not planning to offer
17   any opinion about her lung disease in terms
18   of what lies ahead?
19        A.    No, I'm not.
20        Q.    Are you aware of any evidence that
21   when we started talking at the beginning of
22   the day yesterday, you told me you did some
23   basic research or glyphosate; do I remember
24   that?
```

Marc U. Braunstein, M.D.

```
1        A.   Basic literature research, yes.

2        Q.   Basic literature search, that's

3   what I mean.

4             In other words, you know, to look

5   up what the compound was and that sort of

6   thing.  Let me actually back up and ask a

7   different question.

8             What is an antigen?

9        A.   My understanding of an antigen is

10  it's something, could be a molecule, a

11  protein.  Could be a carbohydrate.  It's

12  something that binds to an antigen receptor.

13       Q.   Okay.

14            And in binding to an antigen

15  receptor, is it something that initiates an

16  immune response?

17       A.   It's generally referred to the

18  context of an immune response, yes, I agree

19  with that.

20       Q.   And are you aware of any data or

21  any scientific evidence that glyphosate is

22  antigenic?

23       A.   I vaguely recall some, reading

24  about its effects on immune cells in, you
```

Marc U. Braunstein, M.D.

1    know, cellular models; and that it can cause

2    some immune stimulation.  I can't recall the

3    references offhand, but I can provide them

4    after.

5        Q.   Is it your understanding that

6    glyphosate is not a protein, right?

7        A.   No, it's not.

8        Q.   And proteins are far and away the

9    main things that initiate immune response,

10   right?

11          MR. SILVERSTEIN:  Objection to

12       form.

13       A.   I think that's a general

14   realization.  There are many things that can

15   cause an immune response.  Proteins are

16   usually what stimulates receptors B-cells

17   physiologically.

18       Q.   When we were discussing the two

19   previous cases, I believe you said that you

20   were not offering any opinion about whether

21   the level of exposure to Roundup was

22   sufficient to cause non-Hodkin's lymphoma,

23   and you would defer it to Dr. Kendall for

24   that?

Marc U. Braunstein, M.D.

1    A.   In terms of the dose, correct.

2    Q.   Is that true also with respect to

3    this case?

4    A.   Yes.

5    Q.   Did -- what is lymphocytopenia?

6    A.   Lymphocytopenia is referring to

7    low lymphocyte counts.

8    Q.   And does it refer to low

9    lymphocyte -- you made reference before,

10   earlier in our discussions, to B-cells and

11   T-cells, right?

12   A.   That's correct.

13   Q.   Those are the two major categories

14   of lymphocytes?

15   A.   This can be confusing.  There's

16   leukocytes and lymphocytes.  When the white

17   blood cell count is reported clinically,

18   leukocytes and lymphocytes are a type of --

19        (Reporter clarification.)

20   A.   (continuing) Lymphocytes are a

21   type of leukocyte.  I'm sort of talking out

22   loud, so I don't confuse this.  So among the

23   leukocytes, B- and T-cells would be the most

24   common ones.

Marc U. Braunstein, M.D.

```
 1        Q.   In the setting of lymphocytopenia,

 2   is lymphocytopenia typically B-cell or

 3   T-cell or mixed?

 4        A.   I'm not sure you -- we don't

 5   measure that clinically.  We don't parse it

 6   into B- or T-cells.  We just measure the

 7   total leukocyte count.

 8        Q.   So when the total leukocyte count

 9   is low, that's what you refer to as

10   lymphocytopenia?

11        A.   Correct.

12        Q.   And that may or may not correlate

13   with having leukocyte count that's --

14             (Reporter clarification.)

15        Q.   Let me try it again.

16             You can have lymphocytopenia

17   without having a low white count, correct?

18        A.   That is possible, yes.

19        Q.   And what is the effect of having

20   leukocytopenia?

21        A.   Of lymphocytopenia --

22   leukocytopenia?

23        Q.   Yes.

24        A.   That's a broad, you know, broad
```

Marc U. Braunstein, M.D.

1    answer.  You can have no effect or you can

2    have substantial effect with reduction in

3    the immune system's ability to fight

4    infections, for example.

5        Q.   And when you say it's a broad

6    answer, it can have no effect or a

7    substantial effect, does that depend on how

8    low the lymphocyte count is?

9        A.   I think it's multiple factorial.

10   It depends on the context of the individual,

11   if they have other immunodeficiencies or

12   other defects in their immune system; and to

13   some extent, you could probably correlate

14   the depth of the leukocytopenia and the

15   reduction in the patient's immune system's

16   response.

17       Q.   In other words, correlate the

18   absolute number of leukocytes with the

19   patient's ability to respond to infection?

20       A.   In a general way, not necessarily

21   in a linear way.

22       Q.   In a general way, are patients

23   with leukocytopenia more prone to

24   infections?

Marc U. Braunstein, M.D.

```
 1      A.   Yes.  I think not -- the response
 2   I would give is, not all patients with
 3   leukopenia or leukocytopenia have developed
 4   infections; but I would consider someone,
 5   somewhat, you know, immunocompromised and
 6   susceptible to infections if their white
 7   blood cell count were low.
 8      Q.   If the lymphocyte count or --
 9      A.   Yes.
10      Q.   -- the white blood cell count?
11      A.   Either actually.
12      Q.   And based on your review of the
13   records, does Ms. Spector have
14   leukocytopenia?
15      A.   I believe it was noted in the
16   chart.  I have to look back to confirm that.
17   I didn't necessarily write down the blood
18   counts in my report.  I would have to look
19   back; but if you found it and can identify
20   it, I would agree with, yes.
21      Q.   No.  I just wanted to see if you
22   were offering any opinion --
23      A.   I see.
24      Q.   -- with respect to whether she did
```

Marc U. Braunstein, M.D.

```
 1   or didn't have lymphocytopenia?

 2        A.   Sure.

 3        Q.   And it sounds like you're not --

 4        A.   I don't recall.

 5        Q.   What about what is

 6   hypogammaglobulinemia?

 7        A.   So I think the other day we

 8   touched a little bit on immunoglobulin

 9   levels and how we can measure the total

10   levels of different types of the most common

11   immunoglobulins or antibodies.  When those

12   become low, we call that -- when all of them

13   become low, we call that

14   hypogammaglobulinemia.  It's kind of

15   long-winded term.  Gammaglobulins are

16   antibodies.

17        Q.   Antibodies?

18        A.   Gammaglobulins are antibodies.  So

19   hypo means low.

20        Q.   And does the term

21   hypogammaglobulinemia refer, specifically,

22   to IGG antibodies; or does that term apply

23   more broadly to other antibodies as well?

24        A.   I don't know the technical
```

Marc U. Braunstein, M.D.

1  definition, but my understanding is other

2  antibodies as well.

3      Q.  Is hypogammaglobulinemia

4  considered a form of immunodeficiency?

5          MR. SILVERSTEIN:  Can you repeat

6      that?

7      Q.  Is hypogammaglobulinemia

8  considered a form of immunodeficiency?

9          MR. SILVERSTEIN:  Thank you.

10     A.  Essentially, yes.  If someone has

11 hypogammaglobulinemia they could be

12 considered to be immunodeficient.

13     Q.  Is lymphocytopenia considered a

14 form of immunodeficiency?

15     A.  As I said, to the extent that I

16 think they would be more prone or

17 susceptible to infections, I wouldn't

18 characterize it as a syndrome.  It's a

19 consequence --

20         (Reporter clarification)

21     A.  (continuing) Consequence of some

22 process that's causing it to be low.

23     Q.  Did -- based on your review of

24 Ms. Spector's records, did she have

1    hypogammaglobulinemia?

2        A.    I believe she did, yes.

3        Q.    Do you have an understanding of

4    what the cause of her hypogammaglobulinemia

5    is?

6        A.    In my assessment, I attributed it

7    to her treatment of rituximab.

8        Q.    So she has hypogammaglobulinemia

9    today, correct?

10       A.    As far as I can tell from the last

11   records I reviewed, yes.

12       Q.    And her treatment with rituximab

13   was more than a decade ago, correct?

14       A.    That's correct.

15       Q.    And does treatment -- are you

16   aware of any evidence that treatment with

17   rituximab can cause hypogammaglobulinemia

18   ten years down the road?

19       A.    I'm not aware if any of it is.  To

20   the extent that I haven't looked it up.

21       Q.    You use rituximab in your own

22   patients regularly, right?

23       A.    Yes, I do.

24       Q.    Have you had any patients to whom

Marc U. Braunstein, M.D.

```
 1    you've given rituximab who have had -- who

 2    developed hypogammaglobulinemia that lasted

 3    for ten years?

 4         A.    I have haven't been in practice

 5    that long, but I tell you I've inherited

 6    patients who have been on rituximab; and I

 7    would say the majority do not have

 8    hypogammaglobulinemia ten years out.

 9              MR. PIORKOWSKI:  Why don't we go

10         off the record?  Give me ten minutes.

11         I'll probably be able to finish about

12         ten, twenty, maybe less, okay?

13              MR. SILVERSTEIN:  Sure.

14              VIDEOGRAPHER:  Time right now is

15         12:41 p.m.  We are off the record.

16              (Whereupon, an off-the-record

17         discussion was held.)

18              VIDEOGRAPHER:  Time right now is

19         12:49 p.m.  We're back on the record.

20         Q.    So, Dr. Braunstein, I just wanted

21    to make sure I was clear; so similar to what

22    we did in our last deposition, what are the

23    potential causes of Ms. Spector's pulmonary

24    MALT lymphoma that you considered?
```

1      A.   Just going back to my report.  So

2  some of the things I listed were -- I

3  considered her smoking history.  She had a

4  very brief period of smoking as a teenager

5  and then her Roundup exposure.

6      Q.   And those are the only two

7  possible causes you considered?

8      A.   Those are the only two I

9  considered in my report, yes.

10      Q.   So in addition to the references

11  in your report and in the materials listed

12  in number three in your report, after you

13  filed your report, you've reviewed

14  additional materials I believe you said,

15  right?

16      A.   I have the report from Dr.

17  Metersky.

18      Q.   Right.

19      A.   And the defense reports.

20      Q.   Okay.

21           So let's start with Dr. Metersky.

22  Did you review any of the references in Dr.

23  Metersky's report?

24      A.   There were only three references I

Marc O. Braunstein, M.D.

```
 1   see there, but I did not review them.

 2        Q.   Do you plan to review them?

 3        A.   Yes.

 4        Q.   And did Dr. -- in reviewing Dr.

 5   Metersky's report change your opinions in

 6   any way?

 7        A.   No.

 8        Q.   And you understand Dr. Metersky

 9   was deposed, right?

10        A.   I believe so, but I haven't seen

11   any record of that.

12        Q.   You haven't seen the deposition

13   transcript?

14        A.   I have not.

15        Q.   And then you also additionally

16   looked at the reports from Dr. Reshef and

17   Dr. Bagg (phonetic) ?

18        A.   In the limited amount of time I

19   browsed them, but I haven't looked in

20   detail; but I did spend more time -- a

21   little bit more time on Dr. Reshef's report.

22        Q.   Are there any -- are there any

23   references to articles that were in Dr.

24   Reshef's report that you've gone back and
```

1    looked up or reviewed?

2         A.   Let me just have a look.  I'm just

3    going to take a look at his report.  He has

4    a report for a different case, so I want to

5    make sure I review.

6         Q.   Yes.

7         A.   I believe the ████████████████

8    ██████  when he talked about her family history

9    and the ██████████████████    They were both

10   under the section on page seven for family

11   history.  I was curious about that.

12        Q.   So let me make sure I understand.

13   Those are two references that were listed in

14   Dr. Reshef's report that you went back and

15   looked at the underlying study?

16        A.   Correct.

17        Q.   And both of them deal with family

18   history of cancer as a risk?

19        A.   Correct.

20        Q.   But not just limited to family

21   history of hematological malignancy,

22   correct?

23        A.   I believe that's correct, yes.

24        Q.   And did the studies that he cited

1    support the opinion that you offered with

2    respect to family history of cancer being a

3    risk factor for non-Hodgkin's lymphoma?

4          MR. SILVERSTEIN:  Objection to

5       form.

6       A.   They supported his treatment in

7    his report, yes, that her family history of

8    a ███████ with melanoma could be supported by

9    the literature he cited.

10      Q.   I didn't mean to interrupt you.

11   If there were other references you looked

12   at, I want to give you the opportunity to?

13      A.   That's essentially it.  That's it.

14      Q.   As you sit here today, and I know

15   you said you haven't had a chance to review

16   it carefully, are there -- do you have plans

17   to offer an amended report to address any of

18   the specific opinions that Dr. Reshef raised

19   in his report?

20      A.   If given the opportunity, I may

21   just, you know, he raised a certain

22   hypotheses in his report, so, yes.

23      Q.   What hypotheses in particular are

24   you referring to?

Marc U. Braunstein, M.D.

1      A.   Such as primary immunodeficiency,

2  among the other parts of his report as well.

3  I mean, he may have a reference about other

4  exposures that may enlighten me and may want

5  to give a response.

6      Q.   Okay.

7           And have you formed an opinion

8  about primary immunodeficiency?

9      A.   No, I have not.

10     Q.   Okay.

11          Any other opinions that you have

12  as you sit here today with respect to Dr.

13  Reshef's report or Dr. Bagg's report?

14     A.   None that I can think of offhand.

15     Q.   Do you know -- I think at the time

16  of Dr. Shuster's deposition, he said he had

17  not heard from her since November of 2020;

18  is that your understanding?

19     A.   I don't recall, but I think that's

20  the last I have in my report.

21     Q.   What's the most recent medical

22  records you've seen from Dr. Shuster for

23  Ms. Spector?

24     A.   In my materials reviewed I have

Marc U. Braunstein, M.D.

```
 1   November 2020.

 2       Q.   So you haven't received any

 3   update --

 4       A.   I have not.

 5       Q.   -- updated visit reports since

 6   then?

 7       A.   I have not.

 8            MR. PIORKOWSKI:  Do you have any

 9       questions, Mr. Silverstein?

10            MR. SILVERSTEIN:  I do not.

11            MR. PIORKOWSKI:  Okay.  I think we

12       can call it a day.

13            THE WITNESS:  Thank you.

14            MR. PIORKOWSKI:  Thank you for

15       your time, and you're going to read and

16       sign this one as well?

17            THE WITNESS:  Of course.

18            MR. SILVERSTEIN:  Yes.  And I'll

19       take a copy of the transcript.

20            VIDEOGRAPHER:  Time right now is

21       12:57 p.m.  We are off the record.

22            (Whereupon, at 12:57 p.m., the

23       Examination of this witness was

24       concluded.)
```

```
 1            D E C L A R A T I O N

 2

 3        I hereby certify that having been first

 4    duly sworn to testify to the truth, I gave

 5    the above testimony.

 6

 7        I FURTHER CERTIFY that the foregoing

 8    transcript is a true and correct transcript

 9    of the testimony given by me at the time and

10    place specified hereinbefore.

11

12

13

                   _____

14                    MARC J. BRAUNSTEIN, M.D.

15

16

17    Subscribed and sworn to before me

18    this _____ day of _____ 20___.

19

20

      _____

21      NOTARY PUBLIC

22

23

24
```

I N D E X


| Witness | Page |
|---|---|
| Marc J. Braunstein, M.D. | |
| EXAMINATION BY | |
| MR. PIORKOWSKI | 4 |


E X H I B I T S

BRAUNSTEIN EXHIBITS:


| EXHIBIT | EXHIBIT | PAGE |
|---|---|---|
| 24 | Dr. Braunstein's expert report for Spector case | 5 |
| 25 | Defendant Monsanto Company's Notice to Take Oral and Videotaped Deposition of Dr. Marc Braunstein | 13 |
| 26 | Borie article entitled, "Lymphoproliferative Disorders of the Lung" | 35 |

1              C E R T I F I C A T E

2

3    STATE OF NEW YORK    )

                           :  SS.:

4    COUNTY OF SUFFOLK    )

5

6         I, NICOLE VELTRI, RPR, CRR, a Notary

7    Public for and within the State of New York,

8    do hereby certify:

9         That the witness whose examination is

10   hereinbefore set forth was duly sworn and

11   that such examination is a true record of

12   the testimony given by that witness.

13        I further certify that I am not related

14   to any of the parties to this action by

15   blood or by marriage and that I am in no way

16   interested in the outcome of this matter.

17        IN WITNESS WHEREOF, I have hereunto set

18   my hand this 18th day of August 2021.

19

20

21          NICOLE VELTRI, RPR, CRR

22

23

24

Marc U. Braunstein, M.D.

```
 1                - - - - - -

               E R R A T A

 2                - - - - - -

 3

 4   PAGE  LINE  CHANGE

 5   _____ _____  _____

 6       REASON:  _____

 7   _____ _____  _____

 8       REASON:  _____

 9   _____ _____  _____

10       REASON:  _____

11   _____ _____  _____

12       REASON:  _____

13   _____ _____  _____

14       REASON:  _____

15   _____ _____  _____

16       REASON:  _____

17   _____ _____  _____

18       REASON:  _____

19   _____ _____  _____

20       REASON:  _____

21   _____ _____  _____

22       REASON:  _____

23   _____ _____  _____

24       REASON:  _____
```