# EXHIBIT 9

```
 1                 UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3  IN RE:  ROUNDUP PRODUCTS LIABILITY     MDL No.  2741

 4  LITIGATION

 5                                    Case No. 3:16-md-02741-VC

 6  This document relates to:          DEFENDANT MONSANTO

                                       COMPANY'S SECOND AMENDED

 7  Blair, et al. V. Monsanto Company   NOTICE TO TAKE ORAL AND

    Case No. 3:19-cv-07984-VC          VIDEOTAPED DEPOSITION OF

 8                                      PLAINTIFF JOSEPH MATTHEW

                                       BLAIR

 9

10      Oral and videotaped deposition of JOSEPH MATTHEW BLAIR,

11  called by Defendant, at the law office of Jones & Odom, LLP,

12  2124 Fairfield Avenue, Shreveport, Louisiana  71104, commencing

13  at approximately 8:59 AM, on the 23rd day of April, 2021, and

14  concluded on the same date.

15

16

17

18

19

20

21

22

23

24  Reported by:

25  Cena Rustvold, RPR, CCR
```

Joseph Matthew Blair

```
 1    APPEARANCES:

 2

 3

 4

 5        FOR THE PLAINTIFFS; JOSEPH MATTHEW BLAIR and TIARA SMITH
          BLAIR:

 6

              MR. J. MARSHALL JONES
 7            MR. CURTIS JOSEPH
              Jones & Odom, LLP
 8            2124 Fairfield Avenue
              Shreveport, Louisiana  71104
 9            Marshall.jones@jodplaw.com
10

11        FOR THE DEFENDANT; MONSANTO COMPANY:

12            MS. JANE BARTLEY
              Shook, Hardy & Bacon, LLP
13            2555 Grand Blvd.
              Kansas City, MO  64108
14            Jbartley@shb.com

15

16

17

18

19

20    ALSO PRESENT:  Tiara Smith Blair
                       Shawn Royston, Videographer
21

22

23

24

25
```

Joseph Matthew Blair

```
 1                        INDEX

 2   WITNESS NAME:  JOSEPH MATTHEW BLAIR

 3        Examination by Ms. Bartley ----------------- Page    5

 4

 5

 6                       EXHIBITS

 7   EXHIBIT 1      (Consisting of 6 pages)

     Notice of Deposition ---------------------------- Page    7

 8

     EXHIBIT 2      (Consisting of 10 pages)

 9   Plaintiff Fact Sheet ---------------------------- Page    8

10   EXHIBIT 3      (Consisting of 14 pages)

     Responses to Interrogatories -------------------- Page   15

11

     EXHIBIT 4      (Consisting of 22 pages)

12   Settlement Agreement ---------------------------- Page   59

13   EXHIBIT 5      (Consisting of 3 pages)

     Chemical List ----------------------------------- Page   70

14

     EXHIBIT 6      (Consisting of 2 pages)

15   Hematology/Oncology Progress Note --------------- Page  136

16

17

18

19

20

21   Reporter's Certificate -------------------------- Page  164

22

23

24

25
```

Joseph Matthew Blair

```
1                  S T I P U L A T I O N S

2

3         It is stipulated and agreed by and between counsel for the

4    parties that the deposition of JOSEPH MATTHEW BLAIR, is hereby

5    taken under Rule 30 of the Federal Rules of Civil Procedure, in

6    accordance with law, pursuant to notice;

7         That the formalities, such as reading, signing, sealing,

8    certification, and filing, are NOT specifically waived;

9         That all objections, save those as to the form of the

10   questions, are hereby reserved until such time as this

11   deposition, or any part thereof, may be used or sought to be

12   used in evidence.

13                        *    *    *

14        Cena Rustvold, Certified Court Reporter, in and for the

15   State of Louisiana, officiated in administering the oath to the

16   above-named witness.

17                        *    *    *

18

19

20

21

22

23

24

25
```

Joseph Matthew Blair

```
 1                    VIDEOGRAPHER:  We are now on the record.  My

 2    name is Shawn Royston.   I am the Videographer for Golkow

 3    Litigation Services.  Today's date is April 23rd, 2021, at 8:59

 4    AM.  This video deposition is being held in Shreveport,

 5    Louisiana in the matter of Blair, et al versus Monsanto

 6    Company, Case Number 3:16-md-02741-VC, for the United States

 7    District Court Northern District of Louisi -- California.

 8         The Deponent is Joseph Matthew Blair.  Counsel will be

 9    noted on the stenographic record.  The Court Reporter is Cena

10    Rustvold, and now will swear in the witness.

11                         JOSEPH MATTHEW BLAIR

12              ███████████████████████  JEFFERSON, TEXAS

13         After having been first duly sworn by the Certified Court

14    Reporter was examined and testified as follows:

15         (VIDEOTAPED DEPOSITION COMMENCED AT 8:58 AM)

16         EXAMINATION BY

17    MS. BARTLEY:

18         Q.  Can you, please, state your full name?

19         A.   Joseph Matthew Blair.

20         Q.   Okay.  Mr. Blair, your counsel, as I stated before

21    the deposition, produced the transcript from your deposition in

22    your worker's compensation case against your employer EDKO, and

23    I've reviewed that testimony.

24         Other than that deposition for your worker's compensation

25    claim, have you ever been deposed before?
```

```
 1        A.    No, ma'am.

 2        Q.    Okay.  So, just a couple of real quick reminders.

 3   You understand that you're under oath to tell the truth today,

 4   just as if you were testifying in a courtroom?

 5        A.    Yes.

 6        Q.    Okay.  So, I want you to let me know if you don't

 7   understand any of my questions and I'll do my best to rephrase

 8   them for you, okay?

 9        A.    Okay.

10        Q.    If you answer my question, I'm going to assume that

11   you understood it.  Is that fair?

12        A.    Yes, ma'am.

13        Q.    Okay.  So, I want you to also let me know if you need

14   to take a break at any point today and I'll be happy to

15   accommodate you.  The only thing I ask is that if there's a

16   question pending, I'm going to ask you to go ahead and provide

17   your answer to that question and then we'll go ahead and take

18   that break, okay?

19        A.    Okay.

20        Q.    All right.  Is there any reason at all, such as for

21   example, a medication, or a health condition, anything at all

22   that would impair your ability to understand my questions or to

23   give accurate and complete responses today?

24        A.    No.

25        Q.    Okay.  Now, I'm going to be asking you some questions
```

1    today and we're going to be going back in time a little bit.

2    And understandably the more time passes, the hazier our

3    memories become.  What I'm going to be asking you for at times

4    today are your best estimations or your best recollections.  I

5    don't want you to guess or to speculate on anything.  But if

6    you do have a memory, I -- I -- I am entitled to your best

7    recollections and your best estimates.

8        Do you understand the difference between guessing and

9    speculating and providing your best estimates and your best

10   recollections?

11       A.   Yes.

12            MS. BARTLEY:  Okay.  Just one housekeeping

13   matter.  I note for the record that Mont -- excuse me, Monsanto

14   continues to receive some records from medical providers who

15   have treated Mr. Blair, as well as other types of records.

16   Monsanto therefore reserves its rights to continue the

17   deposition of Mr. Blair passed today's date based on additional

18   records being made available.

19       One other housekeeping matter for the record, I'm going to

20   ask the Court Reporter to mark as Exhibit Number 1, today's

21   Deposition Notice.

22            (Exhibit 1 marked for identification)

23   BY MS. BARTLEY:

24       Q.   Mr. Blair, this is just a Notice for today's

25   deposition.

1       A.    Okay.

2       Q.    And it's just got like the logistical arrangements

3   for today's deposition, the date and the time and where we were

4   to appear.  And it also, at the end, has a list of documents

5   that we asked you to take a look around for and see if you had

6   anything that was responsive.

7       Now, your Counsel did produce a number of documents, along

8   with your Plaintiff's Fact Sheet.  So, I'm just going to ask

9   you generally, did you locate any additional documents that

10  were responsive to this list and bring anything else with you

11  to today's -- to today's deposition?

12      A.    No.

13      Q.    Okay.  You can go ahead and set that aside then.  And

14  the other thing I'll do, as a housekeeping matter, is mark for

15  today your Plaintiff's Fact Sheet. There you go.  And so, I'll

16  ask the Court Reporter to mark this as Exhibit Number 2.  And

17  if you'll just take that and kind of flip through that, sir, do

18  you recognize that document?

19              (Exhibit 2 marked for identification)

20      A.    (Witness perusing document)  Yes.

21  BY MS. BARTLEY:

22      Q.    Okay.  And if you'll just turn really quickly to the

23  back, the very end, last page, Page 11.  Is that your signature

24  on Page 11 of the Plaintiff's Fact Sheet?

25      A.    Yes.

Joseph Matthew Blair

1      Q.   Okay.  And when you signed the Plaintiff's Fact

2   Sheet, did you understand you were signing the declaration

3   under penalty of perjury?

4      A.   Yes.

5      Q.   And when you signed the Plaintiff's Fact Sheet, did

6   you understand that the information provided was true and

7   correct to the best of your knowledge, information and belief?

8      A.   Yes.

9      Q.   And did you read and confirm that everything being

10   stated in the Fact Sheet was true before you signed it?

11      A.   Yes.

12      Q.   Okay.  Now, did you prepare the Plaintiff's Fact

13   Sheet?

14      A.   No.

15      Q.   You didn't prepare it?

16      A.   No.

17      Q.   Okay.  So, can you tell me how -- how this -- how

18   this document was prepared, to your knowledge?

19      A.   I just gave facts -- I just gave facts and somebody

20   else made it.

21      Q.   Okay.  So, did you have -- have some assistance

22   preparing this document?

23      A.   Yes.

24      Q.   Okay.  So.  You provided the information and somebody

25   else prepared it or filled -- and filled it in, --

Joseph Matthew Blair

```
 1        A.   Yes.

 2        Q.   -- physically filled it in?

 3        A.   Yes, ma'am.

 4        Q.   Do you know who did that?  Let me ask you this.  Was

 5   it one of your legal representatives, someone from your

 6   lawyer's office?

 7        A.   Yeah, it would have to have been.  Yes, ma'am.

 8        Q.   Okay.  And was that just over the phone that you

 9   provided those answers?

10        A.   In person.

11        Q.   In person you did that?

12        A.   Yes.

13        Q.   Okay.  Did you consult any documents or -- or any

14   other materials or any other person, besides your legal

15   representatives in order to complete the Fact Sheet?

16        A.   No.

17        Q.   Okay.  Okay.  So, we're going to -- these documents,

18   these exhibits, with the exhibit stickers on them, at the end

19   of the deposition, you'll leave those with the Court Reporter.

20   But for now, you won't really need the Notice, but for now the

21   Plaintiff's Fact Sheet we'll leave in front of you, so that if

22   it's useful for you to consult it today, to look anything up,

23   you sure can do that, if it's helpful, okay?

24        A.   Okay.

25        Q.   All right.  Now, did you do anything to prepare for
```

Joseph Matthew Blair

1    today's deposition?

2         A.   No, ma'am.

3         Q.   I'm sorry.  I didn't hear you.

4         A.   No, ma'am.

5         Q.   Okay.

6              MR. JONES:  What was the question?  I'm sorry I

7    was --

8              MS. BARTLEY:  Did he do anything to prepare for

9    today's deposition and his answer was no.

10   BY MS. BARTLEY:

11        Q.   Okay.  Have you attended any other depositions in the

12   Roundup litigation?

13        A.   Yes, my workman's comp.  Yeah.

14        Q.   Just your -- your own worker's comp deposition?

15        A.   Yes.

16        Q.   Okay.  Any others?

17        A.   No.

18        Q.   All right.  And then have you read any other

19   deposition testimony or trial transcripts in the Roundup

20   litigation?

21        A.   Just the workman's comp.

22        Q.   Just your own transcript?

23        A.   Uh-huh.  (Nods head affirmatively)

24        Q.   Okay.  Okay.  So, now we're just going to turn our

25   attention then to -- to some background questions, okay.

Joseph Matthew Blair

```
 1      A.   Okay.

 2      Q.   And what's your date of birth?

 3      A.   ████████████

 4      Q.   And so, does that make you 24 years old today?

 5      A.   Yes.

 6      Q.   All right.  And where were you born?

 7      A.   In Bossier City, Louisiana.

 8      Q.   Louisiana, okay.  So, generally, in what area did you

 9  grow up?

10      A.   Bossier until I was about six and then I moved to

11  Jefferson, Texas.

12      Q.   Jefferson, Texas?

13      A.   Yes, ma'am.

14      Q.   All right.  And where did you attend high school?

15      A.   In Jefferson, Texas.

16      Q.   What was the name of the high school?

17      A.   Jefferson High School.

18      Q.   Okay.  And did you graduate from high school?

19      A.   Yes.

20      Q.   All right.  And what year did you graduate from high

21  school?

22      A.   2014.

23      Q.   And did you attend any college, technical school, or

24  any -- anywhere -- strike that.

25           Did you go any -- one more time.  Strike that.
```

Joseph Matthew Blair

```
 1        Did you attend any college courses or any technical

 2   schools after high school?

 3        A.   No.

 4        Q.   Okay.  Do you have any medical training?

 5        A.   No.

 6        Q.   Do you have any legal training?

 7        A.   No.

 8        Q.   Okay.  Now, other than your lawsuit against Monsanto,

 9   have you ever been involved in any other civil lawsuits, either

10   as a Plaintiff or as a Defendant?

11        A.   No.

12        Q.   Okay.  Have you ever filed for bankruptcy?

13        A.   No.

14        Q.   Now, have you ever been charged with committing a

15   crime?

16             MR. JOSEPH:  Objection.  Go ahead.

17        A.   Yes, but then again no.  It was dropped off -- it was

18   off -- it was taken off my record, so --

19   BY MS. BARTLEY:

20        Q.   Okay.  What were you charged with?

21             MR. JOSEPH:  The objection is continuing.

22        A.   It was assault.

23   BY MS. BARTLEY:

24        Q.   Okay.  What year was that?

25        A.   2016.
```

Joseph Matthew Blair

```
1        Q.   Okay.  And --

2        A.   That's it.

3        Q.   I'm sorry?

4        A.   I said that's it.

5        Q.   In 2016?

6        A.   Yes.

7        Q.   And who were you charged with assaulting?

8        A.   My wife.

9        Q.   Okay.  And you said it was taken off your record?

10       A.   Yes.

11       Q.   At the time however, did you plead guilty?

12       A.   Not guilty.

13       Q.   You pled not guilty?

14       A.   (Nods head affirmatively)

15       Q.   Okay.  Now, did you -- you paid a fine though,

16  correct?

17       A.   Yes.

18       Q.   So, when -- even though you pled not guilty, were you

19  convicted?

20       A.   I just had -- did probation and it was expunged.  I

21  don't know the word for it.  It was -- it was suppose to be

22  taken off my record after I completed probation.  I didn't -- I

23  just paid for probation.  I didn't pay for the fine.  They just

24  gave me six months probation.

25       Q.   Okay.  So, let me go ahead and mark your
```

Joseph Matthew Pfaff

```
 1    Interrogatory Responses in response to your worker's comp

 2    matter, and I'm going to mark these as Exhibit Number 3.  And

 3    then I'm going to ask you to turn to Page 11.  Sorry -- no,

 4    you're fine.

 5        Did you indicate on -- in your answer on Page 11, on your

 6    answer to Interrogatory Number 21, that you were arrested in a

 7    domestic situation in Jefferson, Texas, and that you paid a

 8    fine of $700.  You performed community service and then you

 9    were placed on six months probation.  Is that -- is that an

10    accurate statement there?

11             (Exhibit 3 marked for identification)

12        A.  Yes.

13   BY MS. BARTLEY:

14        Q.  Okay.  So, tell me what happened at -- at the time

15    that you were arrested in 2016.

16        A.  We had an argument in a -- in the McDonald's parking

17    lot and I tried to take her shoes -- her shoes away that I

18    bought her and I pushed her.

19        Q.  You tried to take her shoes that you bought her and

20    you pushed her?

21        A.  Yes.

22        Q.  Okay.  Now, were you living together at the time?

23        A.  No.

24        Q.  Okay.  And were you married at the time?

25        A.  Yes.
```

Joseph Matthew Bfafr

```
 1        Q.   Okay.  So, the extent of the assault was that you

 2   pushed her?

 3        A.   Yes.

 4        Q.   Okay.  Have there been any other domestic situations?

 5        A.   No.

 6        Q.   Okay.  Any other crimes that you've been charged

 7   with?

 8                  MR. JOSEPH:  Objection.

 9        A.   No.

10   BY MS. BARTLEY:

11        Q.   Okay.  And what is your current address?

12        A.   ████████████████         Jefferson, Texas.

13        Q.   Okay.  And how long have you lived there?

14        A.   My whole life.

15        Q.   Okay.  And who lives with you currently at that

16   address?

17        A.   My father and my stepmother.

18        Q.   And what is your father's name?

19        A.   ████████████

20        Q.   And your stepmother's name?

21        A.   ██████████

22        Q.   One more time on the first name.

23        A.   ██████████

24        Q.   ██████

25        A.   ███████████
```

Joseph Matthew Braff

```
1      Q.    ████  okay.  Thank you.  And anyone else live -- live

2   there with you?

3      A.    My brothers and sisters.

4      Q.    And how many brothers and sisters do you have total?

5      A.    I just one -- one brother and one sister.

6      Q.    Okay.  And what's your brother's name?

7      A.    ███████████████

8      Q.    ██████████████

9      A.    ███████████████

10     Q.    Okay.  And how old is ████████?

11     A.    16.

12     Q.    All right.  And your sister's name?

13     A.    ███████████████

14     Q.    And how -- how old is ████████?

15     A.    I believe she's 12.

16     Q.    Okay.  And anyone else live with you at that address?

17     A.    No.

18     Q.    So, does ██████ live with you at that address?

19     A.    No.

20     Q.    Is there a reason why ██████ is not living with you at

21  that address?

22     A.    She stays with her mother closer to the school for

23  our daughter.

24     Q.    So, closer to what school?

25     A.    Jefferson -- Jefferson Elementary or PreK.
```

Joseph Matthew Braff

```
 1        Q.   So, I want to make sure I understand.  The reason why

 2   she is not living with you is because --

 3        A.   She -- her mom stays right beside the school, so it's

 4   convenient for her to take her -- our daughter to school every

 5   morning and pick her up.

 6        Q.   Any other reasons why she's not living with you?

 7        A.   Me being unfinancially stable.

 8        Q.   Any other reasons why she's not staying with you?

 9        A.   No.

10        Q.   Okay.  And when did you move into the house at ▆▆▆

11   ▆▆▆▆▆▆▆?

12        A.   When I was five.

13        Q.   Five, okay.  And before that, where did you live?

14        A.   Swan Lake.  Swan Lake Apartments --

15        Q.   Okay.

16        A.   -- in Bossier City.

17        Q.   And how long did you live at that address?

18        A.   From when I was born to when I turned five --

19        Q.   Okay.

20        A.   -- and moved to Jefferson.

21        Q.   Do you happen to remember the -- the actual mailing

22   address at the Swan Lake Apartments where you lived?

23        A.   No, ma'am.

24        Q.   Okay.  All right.  If you'll grab Exhibit Number 2,

25   your Plaintiff's Fact Sheet, and we're -- we're going to use
```

Joseph Matthew Blair

1   that as a guide to go over your past employment.  And turn to

2   Page 2, I think it is.  Okay.  Do you see in the middle of the

3   page the chart that lists your prior employers there?

4        A.   Yes.

5        Q.   Okay.  So, I'm going to use some information that --

6   that you provided to us in your worker's compensation

7   transcript to -- to move through this as quickly as we can.

8   So, I understand -- and just correct me if I'm wrong.  Do I

9   understand correctly that your first job was at Big Pines Lodge

10  in Uncertain, Texas working as busboy?

11       A.   Yes.

12       Q.   Okay.  And that was in Uncertain, Texas for one year,

13  from 2012 to 2013; is that correct?

14       A.   Yes.

15       Q.   And I think you explained in your prior testimony in

16  the worker's comp matter that you washed dishes and cleaned

17  tables; is that correct?

18       A.   Yes.

19       Q.   Did you have any other responsibilities at Big Pines

20  Lodge?

21       A.   No.

22       Q.   And do I understand correctly that you were part time

23  because you were -- you were 16 and you had that job while you

24  were still in high school?

25       A.   Yes.

Joseph Matthew Blair

```
 1        Q.   Okay.  Do you remember what you were paid while you

 2   worked at Big Lines -- Big Pines Lodge?

 3        A.   Minimum wage.

 4        Q.   Do you know what it was at the time?

 5        A.   $7.25.

 6        Q.   $7.25 an hour?

 7        A.   Yes.

 8        Q.   Okay.  All right.  Your next job, I think, was at

 9   Blackburn Syrup in Jefferson, Texas.  Do I understand correctly

10   that you worked there for two years, from 2014 to 2015?

11        A.   Yes.

12        Q.   And do I understand that your primary responsibility

13   was stacking boxes of the jars as they came off the conveyor

14   belt?

15        A.   Yes.

16        Q.   Did you have any other job responsibilities while you

17   were at Blackburn Syrup?

18        A.   No.

19        Q.   And did you start that job right after finishing high

20   school?

21        A.   Yes.

22        Q.   Okay.  And so, was that full-time?

23        A.   Yes.

24        Q.   And do you remember what you were paid at Blackburn

25   Syrup?
```

Joseph Matthew Blaff

```
 1        A.    $11 an hour.

 2        Q.    Okay.  And why did your employment at Blackburn end?

 3        A.    I found better job offers.

 4        Q.    And what was the better job offer that you -- offer

 5   or offers that you found?

 6        A.    The mall, working at the shoe store.

 7        Q.    Working at the shoe store at Journey's?

 8        A.    Yes.

 9        Q.    Okay.  And the next one you listed there was

10   Journey's at the Longview Mall; is that correct?

11        A.    Yes.

12        Q.    Okay.  And that was in Longview, Texas?

13        A.    (Nods head affirmatively)

14        Q.    Do I understand from your prior testimony that you

15   actually worked there for three months, between the years of

16   2015 to 2016?

17        A.    Yes.

18        Q.    Okay.  And your job was selling shoes?

19        A.    Yes.

20        Q.    Did you have any other job responsibilities while you

21   worked at Journey's?

22        A.    No.

23        Q.    And was that full-time?

24        A.    Yes.

25        Q.    Do you remember what you were paid at Journey's?
```

Joseph Matthew Blair

```
 1        A.    $8.25.

 2        Q.    $8.25?

 3        A.    (Nods head affirmatively)

 4        Q.    Is -- okay.  And why did your employment at Journeys

 5   end?

 6        A.    I moved to my mother's house.

 7        Q.    How long did you live at your mother's house?

 8        A.    Until I got my job at EDKO.

 9        Q.    Okay.  So, what I'm going to do, just as a time

10   saver, I'm going to streamline and group your -- these three

11   jobs prior to EDKO together and ask questions about all three

12   of them.  And if we need to separate them out, we can.  But I'm

13   just trying to save some time, okay.

14        A.    Okay.

15        Q.    So, all of my next couple of questions are about

16   these first three jobs, all right.

17        A.    Okay.

18        Q.    For any of these jobs; at Big Pines Lodge, Blackburn

19   Syrup, or at the shoe store, is -- was -- is Journey's the name

20   of the shoe store?

21        A.    Yes.

22        Q.    Okay.  So, for these three jobs did you -- did you

23   always -- were those all day jobs, or did you ever work at

24   night?

25        A.    All day jobs.
```

Joseph Matthew Pfaff

```
 1        Q.   Okay.  Now, for any of those three jobs, did you ever
 2   work with any chemicals in the workplace?
 3        A.   No.
 4        Q.   Okay.  And for any of those jobs, did you work with
 5   any -- any hazardous materials that you know of in the
 6   workplace?
 7        A.   No.
 8        Q.   Okay.  For any of those three jobs, did you ever have
 9   any workplace injuries in the --
10        A.   No.
11        Q.   -- at the work -- strike that.
12        Did you ever have any workplace injuries at any of those
13   three jobs?
14        A.   No.
15        Q.   Okay.  And did you ever take any medical leave at any
16   of those three jobs?
17        A.   No.
18        Q.   Okay.  So, now we're going to talk a little bit more
19   about EDKO and your -- your work with Roundup there in a
20   minute, but I do just want to ask a couple of background
21   questions at EDKO.
22        Your next job was at EDKO after Journey's; is that right?
23        A.   Yes.
24        Q.   Now, on your Plaintiff's Fact Sheet, you mentioned
25   that you worked in Texas, Arkansas, and Louisiana.  But one
```

Joseph Matthew Bratr

```
 1   question I have was:  Was there kind of a home base, like a

 2   place where you started off, kind of reported for work?

 3        A.   Yes.

 4        Q.   Where was that located?

 5        A.   The main office branch in Shreveport.

 6        Q.   Okay.  So, the main office is right here in

 7   Shreveport?

 8        A.   Yes.

 9        Q.   What's the address?  Do you know?

10        A.   I have no idea.

11        Q.   Okay.

12        A.   I think it's Haygood Road.

13        Q.   Can you spell Haywood?

14        A.   Haygood.

15        Q.   Haygood?

16        A.   H-a-y-g-o-o-d.

17        Q.   All right.

18        A.   But they've moved since then.

19        Q.   All right.  So, they're no longer at that address?

20        A.   No.

21        Q.   All right.  But at the time that's where they were

22   located?

23        A.   Yes.

24        Q.   All right.  And so when you referred in your worker's

25   comp transcript to having like meetings and like safety
```

Joseph Matthew Blair

```
 1    meetings, is that where those meetings were held?

 2         A.   Yes.

 3         Q.   All right.  And do I understand that your -- your

 4    dates of employment at EDKO were September 16th of 2016 through

 5    November 9th of 2018?

 6         A.   Yes.

 7         Q.   So, it was a little over two years?

 8         A.   Yes.

 9         Q.   All right.  And I believe you testified, in your

10    earlier deposition, that your title was Spray Hand until about

11    four months before your last day and then you became an

12    Operator; is that right?

13         A.   Yes.

14         Q.   Okay.  And so that would have been about July of

15    2018, that you became an Operator?

16         A.   Yes.

17         Q.   Does that sound right?

18         A.   Yes.

19         Q.   Okay.  And when you became an Operator, is that

20    considered a promotion?

21         A.   Yes.

22         Q.   Okay.  So, did you get a -- a pay increase with the

23    job of Operator?

24         A.   Yes.

25         Q.   Okay.  So, did you ever have any other job titles,
```

```
 1    besides Spray Hand or Operator at EDKO?

 2         A.   No.

 3         Q.   All right.  Were you always full time at EDKO?

 4         A.   Yes.

 5         Q.   All right.  And were you paid -- what were you paid

 6    as a Spray Hand?

 7         A.   $10.

 8         Q.   $10 an hour?

 9         A.   Yes.

10         Q.   And what were you paid as an Operator?

11         A.   $11.

12         Q.   Okay.  All right.  Now, for your work at EDKO, were

13    you -- did you work during the day or did you ever work at

14    night?

15         A.   During the day.

16         Q.   Okay.  So, you never worked at night?

17         A.   We -- we worked til nighttime.

18         Q.   Sometimes it kind of went in to the evenings?

19         A.   Yes.

20         Q.   But did you ever work overnight?

21         A.   No.

22         Q.   Okay.  Now, obviously we're going to talk about

23    Roundup and other herbicides in a -- in a minute.  So, other

24    than the herbicides, which you -- which we understand that you

25    applied, do you know if you worked with any other chemicals in
```

Joseph Matthew Braff

```
 1    the workplace while you were at EDKO?

 2         A.    Pinnacle, Opensight and Arson.

 3         Q.    Okay.  And I'm going to ask you about those in just a

 4    moment.  Any other chemicals that you know of besides those

 5    three?

 6         A.    No.

 7         Q.    Okay.  And other than those three and the herbicides,

 8    do you know if you worked with any other hazardous materials

 9    while you worked at EDKO?

10         A.    No.

11         Q.    Okay.  And we're going to talk about, obviously, your

12    lymphoma diagnosis in a minute.  But, did you ever have any

13    workplace injuries while you were at EDKO?

14         A.    No.

15         Q.    And again, we'll talk about lymphoma in a moment.

16    But, did you ever take any other medical leave while you were

17    at EDKO?

18         A.    No.

19         Q.    Okay.  And who -- I want to confirm the names of any

20    supervisors that you had at EDKO.

21         A.    ████████████████

22         Q.    Is that ████████████████?

23         A.    Yes.

24         Q.    Okay.  And I understand from your other transcript

25    that safety meetings were typically hosted by ████████████; is
```

Joseph Matthew Braff

```
1    that right?
2         A.   Yes.
3         Q.   So, what was the relationship or -- or the titles
4    between ███████████ and ███████████?
5         A.   ███████████ was a General Manager.
6         Q.   Okay.
7         A.   And ████ was the Supervisor.
8         Q.   And so, was one higher in rank than the other?
9         A.   Yes.
10        Q.   Who was higher?
11        A.   ███████████.
12        Q.   Okay.  So, was ████ a -- a -- a Supervisor over ████?
13        A.   Yes.
14        Q.   All right.  So, if you'll pull up Exhibit Number 3,
15   the Interrogatories, I wanted to ask you about some witnesses
16   that you listed on -- I think it's on Page 2.  Before we do
17   that, who are the folks as of this moment that you remember
18   working with most often?
19        A.   ████████████████████████████████
20   ███████████████████████████
21        Q.   Okay.  So, we've got ███████████ is on your
22   Interrogatory Witness List and ███████████ you've -- you've
23   already explained on your Interrogatory Witness List, and ████
24   ████ as well.
25        So, tell me about ███████████.  Is it ███████████?
```

Joseph Matthew Blair

```
 1        A.   Uh-huh.   (Nods head affirmatively)

 2        Q.   Okay.  And what was his -- his job or title while you

 3   were there?

 4        A.   He was Operator.

 5        Q.   Okay.  Did you work with him when he was an Operator?

 6        A.   No.

 7        Q.   Okay.  So, he -- he was on another crew?

 8        A.   Yes.

 9        Q.   Okay.  So, when you would -- when you would go out

10   like on a four-man crew, you -- you would often work with him

11   but he just was never your Operator?

12        A.   No, he would -- he would go to a different location,

13   but we'd all leave from the Shreveport office at the same time.

14        Q.   Okay.  But were you ever -- was he ever in proximity

15   with you while you were working?

16        A.   Yes.

17        Q.   Okay.  So, you -- you would be there together but he

18   -- but he never served as your Operator?

19        A.   No.

20        Q.   Okay.  All right.  So, would he have observed you

21   working?

22        A.   Yes.

23        Q.   Okay.  All right.  And then ██████ was -- is his

24   first name ██████?

25        A.   Yes.
```

Joseph Matthew Blair

```
 1        Q.   Okay.  And what -- and what role did ████████
 2   play?
 3        A.   Operator.
 4        Q.   All right.  Did he ever serve as your Operator?
 5        A.   Yes.
 6        Q.   Okay.  When did he serve as your Operator?
 7        A.   During my training to become an Operator.
 8        Q.   Did he train you to become an Operator?
 9        A.   Yes.
10        Q.   Okay.  And is ████ -- is that first name or last
11   name?
12        A.   That's first name.
13        Q.   Okay.  Do you know what ██████ last name is?
14        A.   No.
15        Q.   Okay.  And so, who -- who is he and what was his
16   role?
17        A.   He was my Operator.
18        Q.   He was your Operator while you were a Spray Hand?
19        A.   Yes.
20        Q.   Okay.  Do you know if any of these folks are still
21   with the company?
22        A.   ██████████, he's a higher up in the company now.
23        Q.   All right.
24        A.   And ██████████.
25        Q.   Okay.  You think all the others are still -- are gone
```

Joseph Matthew Bialik

```
 1    now?

 2         A.   Yes, all of them are gone.

 3         Q.   Okay.  Are you in contact with any of these folks

 4    anymore?

 5         A.   Yes.

 6         Q.   Who are you still in contact with?

 7         A.   All of them.

 8         Q.   All of the folks listed?

 9         A.   Yes.

10         Q.   Okay.  And when you say you're in contact with them,

11    how often -- how often do you speak with them?

12         A.   Maybe -- it depends on who it is.  ██████████  and

13    ██████, every once in a while, like maybe once every three

14    months.  And the other -- the other ones I talk to all the

15    time.

16         Q.   And when you say you talk to them, how do you talk to

17    them?  Like through social media or -- or you meet up at the

18    bar, or tell me what's your -- what's the nature of your

19    contact?

20         A.   In person, text message, social media.

21         Q.   All of the above?

22         A.   Yes.

23         Q.   Okay.  All right.  Now so, continuing on the list of

24    your employment, I understand that you've -- you've worked and

25    had some jobs since your Fact Sheet was completed; is that
```

Joseph Matthew Bralff

1   right?

2       A.   Yes.

3       Q.   Okay.  So, let's briefly list those jobs.  Is it

4   accurate that your first job after EDKO was UPS?

5       A.   Yes.

6       Q.   Okay.  So, the first one after EDKO was the UPS in --

7   was it Bossier City?  Did I say that right?

8       A.   Bossier, yeah.

9       Q.   Bossier City.  Sorry.  In November of '19, in

10  November of 2019 for one month?

11      A.   Yes.

12      Q.   Okay.  And that was an in-store customer service job,

13  mailing packages?

14      A.   Yes.

15      Q.   Helping them with their customer service needs; is

16  that right?

17      A.   Yes.

18      Q.   And that was full-time?

19      A.   Yes.

20      Q.   And you were paid $8 an hour; is that right?

21      A.   Yes.

22      Q.   Okay.  And why did that employment end?

23      A.   I couldn't -- my body couldn't handle it.

24      Q.   Okay.  And can you describe to me what were you

25  experiencing?

Joseph Matthew Braff

1       A.   Yeah.  My knees were aching.  My body was aching.  My

2   feet were starting to swell up and had pus coming out of them,

3   out of the toenails.

4       Q.   And what was your understanding of what was causing

5   that, the --

6       A.   Side effects from chemo and radiation.

7       Q.   Did any doctor tell you that that -- that was a side

8   effect from chemo and radiation?

9       A.   Yes.

10      Q.   What doctor told you that?

11      A.   Dr. Katz.

12      Q.   Okay.  And did you see -- did you see Dr. Katz at the

13  time that that was happening, or was that something that he --

14  he warned you about ahead of -- in advance of chemo?

15      A.   No, I didn't see him at the time.  I seen him a

16  couple months later down the line.

17      Q.   Okay.  When did you see Dr. Katz later down the line?

18      A.   Like maybe six months ago.

19      Q.   You saw him six months ago?

20      A.   From today, yeah.

21      Q.   Dr. Katz?

22      A.   And Dr. Patel.

23      Q.   All right.  You saw both Katz and Patel six months

24  ago?

25      A.   Yes, for an annual check up.

Joseph Matthew Bfaff

1      Q.    Okay.  And did you describe these symptoms to Dr.

2   Katz at that time?

3      A.    Yes.

4      Q.    And what did Dr. Katz say?

5      A.    He said it was side effects and it was normal.

6      Q.    Okay.  Did you describe these side effects to Dr.

7   Patel?

8      A.    Yes.

9      Q.    And what did Dr. Patel say?

10     A.    Same thing.

11     Q.    Okay.  My understanding is that your next job after

12   that was a UPS in Shreveport in December of 2019, for about one

13   month; is that right?

14     A.    Yes.

15     Q.    But for that position it was a -- a driver position

16   and you were paid $21 an hour?

17     A.    Yes.

18     Q.    Okay.  And for what reason did that position end?

19     A.    It was seasonal.

20     Q.    Okay.  Now, have you had any employment since that

21   position?

22     A.    No.

23     Q.    None?

24     A.    No.

25     Q.    Okay.  Have you applied for any position since that

Joseph Matthew Blair

1    one?

2         A.    Yes.

3         Q.    Okay.  And so do you feel that you are able to work?

4         A.    Yes.

5         Q.    Okay.  And so why haven't you -- what's your

6    understanding as to why you haven't worked since -- since that

7    last UPS job?

8         A.    COVID.

9         Q.    Okay.  So, I want to make sure I understand your

10   COVID response.  Is -- well, elaborate on your COVID response,

11   if you don't mind.

12        A.    With my immune system being so low, I got to pick and

13   choose what jobs I can, you know, work with.

14        Q.    So, have jobs been offered to you that you've had to

15   turn down?

16        A.  No.

17        Q.    So, what types of jobs are you applying for then?

18        A.    Just door Dash, I did security, you know, tried to do

19   a security job at the boat.  I tried to get back at UPS, the

20   Shreveport Branch, and that's about it.

21        Q.    Okay.  So, with COVID and concerns about your immune

22   system, these are jobs you've applied for like Door Dash and

23   security on a boat.  And you're talking about like a -- like a

24   casino?

25        A.    Uh-huh.  (Nods head affirmatively)

Joseph Matthew Blair

1      Q.   Okay.  And UPS.  But you weren't able to secure

2  employment at those places?

3      A.   No.  I've recently tried to do a Door Dash and that's

4  my recent one, and I'll probably do that.

5      Q.   So, when you say you'll probably do that --

6      A.   Yeah.

7      Q.   -- that position is available for you?

8      A.   Yes, ma'am.

9      Q.   Okay.  How long has that position been available for

10  you?

11      A.   For -- I just got the card like two days ago.

12      Q.   What do you mean you just got the card?

13      A.   You really don't -- they don't really hire you.  They

14  just -- they just send you a card so you can make deliveries.

15  You just deliver food to people --

16      Q.   Okay.

17      A.   -- and that's it.

18      Q.   So, when was -- would have been the first time that

19  you would have been able to do Door Dash deliveries?

20      A.   Today or -- well, yesterday.

21      Q.   But you could have -- you could have been doing Door

22  Dash during whole pandemic, if you wanted to?

23      A.   Yes.  I didn't find out about it until recently.

24      Q.   Okay.  So, you just weren't aware of that

25  opportunity?

Joseph Matthew Blair

```
 1        A.    Yes.

 2        Q.    Okay.  So, I'm going to just group together the two

 3   jobs that you have held since EDKO, just to streamline, to make

 4   it easier.  If we need to separate it, we can.  So, your two

 5   jobs at UPS, for any reason would you have worked with any

 6   chemicals at either of those two jobs?

 7        A.    No.

 8        Q.    Would you have worked with any hazardous materials in

 9   either of those two jobs?

10        A.    No.

11        Q.    Did you ever have any workplace injuries at either of

12   the two UPS jobs?

13        A.    No.

14        Q.    And did you take any medical leave while you were

15   working at the UPS jobs?

16        A.    No.

17        Q.    Okay.  Other than the EDKO worker's compensation

18   claim, have you ever filed any other worker's compensation

19   claim?

20        A.    No.

21        Q.    Now, on the EDKO worker's compensation claim, what

22   was the outcome of that claim?

23        A.    We settled.

24        Q.    And what was the settlement?

25        A.    I believe it was $75,000.
```

Joseph Matthew Blair

```
 1        Q.   Okay.  And did you receive payment for that?

 2        A.   Yes.

 3        Q.   Okay.  Now, I want to make sure I understand the

 4   results of that.  Did you just receive a lump sum payment of

 5   $75,000?

 6        A.   Yeah.

 7        Q.   Okay.  Now, did EDKO or its insurer ever pay any of

 8   your medical bills related to your lymphoma?

 9        A.   Yes.

10        Q.   Okay.  So, do you have any outstanding medical bills

11   related to your lymphoma?

12        A.   No.

13        Q.   Okay.  Do you have any outstanding out-of-pocket

14   medical expenses related to your lymphoma?

15        A.   No.

16        Q.   So, did the insurer pay your medical bills on top of

17   the $75,000?

18        A.   Yes.

19        Q.   Okay.  Did the -- in terms of that settlement

20   package, was the $75,000 -- did they also pay your attorneys

21   fees?

22        A.   Yes.

23        Q.   Okay.  As part of that settlement package, did they

24   --

25             MR. JOSEPH:  Excuse me, Counselor.
```

```
 1                    MS. BARTLEY:  Yeah.

 2                    MR. JOSEPH:  If I will, just to streamline

 3    things, --

 4                    MS. BARTLEY:  Yeah.

 5                    MR. JOSEPH:  -- the insurer and the employer did

 6    pay the medical bills but they placed a lien.  So, he's

 7    obligated to reimburse them.  And the attorney fees, by virtue

 8    of worker's comp, was 20 percent of the total $75,000 lump sum

 9    settlement.

10                    MS. BARTLEY:  Twenty percent of $75,000?

11                    MR. JOSEPH:  Yes, ma'am.

12                    MS. BARTLEY:  And is the lien up to $75,000?

13                    MR. JOSEPH:  The lien was up to total of the

14    meds --

15                    MR. JONES:  Which was much more significant --

16                    MR. JOSEPH:  Yeah.

17                    MR. JONES:  I'm not sure of the number but I'll

18    -- you asked, I'll get it for you, the 20 percent is set by

19    Louisiana Workman's Comp statute.

20                    MS. BARTLEY:  Well, I want to make sure we're --

21    we're -- we're making a distinction between the -- the

22    settlement of $75,000 and the lien on the meds, right?

23                    MR. JONES:  They paid all of the outstanding

24    meds and then --

25                    MS. BARTLEY:  The group health insurer paid?
```

Joseph Matthew Blair

```
 1                MR. JONES:  Yes, the workman's comp health

 2    insurer.

 3                MS. BARTLEY:  Okay.

 4                MR. JONES:  And they obtained a lien to get

 5    reimbursed if he is successful in settling or getting a

 6    judgment in the personal injury action, and the lien is still

 7    out there.  I don't know how much for --

 8                MR. JOSEPH:  IT might have been up to $150,000.

 9                MR. JONES:  Counsel, my recollection is the

10    medical bills were less than $150,000.

11        Is that -- what's your recollection?

12                MR. JOSEPH:  I think the meds were closer to

13    like $300,000 and the lien -- I think the lien may have been up

14    to $150,000.  Do you need this?

15                MS. BARTLEY:  Yeah.  I'm going to go ahead and

16    mark as -- here is the master.

17                BY MS. BARTLEY:  I'm going to go ahead and mark

18    as Exhibit Number 4.  And Mr. Blair, that's just the settlement

19    package.  If I'm not mistaken, I'm looking at Page 3, halfway

20    down the page, before the paragraph numbered 8, the last four

21    lines; does it not indicate that EDKO and its insurer also

22    agree to waive their rights to all but $75,000 of any proceeds

23    that Blair may receive in any third party tort action arising

24    out of his exposure to Roundup?

25                MR. JOSEPH:  Correct, waive all except
```

Joseph Matthew Blair

```
 1   seventy-five.

 2               MS. BARTLEY:  Waive all except seventy-five?

 3               MR. JOSEPH:  That -- I think that's correct,

 4   yes.

 5               MS. BARTLEY:  Waive their rights to all except

 6   seventy-five.  So, the maximum lien would be seventy-five?

 7               MR. JOSEPH:  No.

 8               MS. BARTLEY:  Okay.  You're reading that

 9   differently?

10               MR. JOSEPH:  I think -- yeah.  That's -- where

11   are you?

12               MS. BARTLEY:  On Page 3, right above the eight.

13               MR. JOSEPH:  Okay.  Correct.

14               MS. BARTLEY:  Am I correct?

15               MR. JOSEPH:  Yes, ma'am.

16               MS. BARTLEY:  Okay.

17               MR. JOSEPH:  I thought it was more than that but

18   that's the --

19   BY MS. BARTLEY:

20       Q.   Okay.  So, Mr. Blair, the other thing I wanted to

21   know was:  Did EDKO or its insurer also pay you for any sick

22   pay or any disability pay for the time that you had to take off

23   when you became ill?

24       A.   No.

25       Q.   No.  Okay.  Did EDKO or its shin insurer ever pay for
```

Joseph Matthew Blair

1    any vocational rehabilitation services or physical therapy

2    services?

3         A.    No.

4         Q.    Okay.  And did EDKO or any -- or their insurer ever

5    reimburse you for any non-medical out-of-pocket expenses?

6         A.    No.

7         Q.    Okay.  And I just wanted to confirm, do you have any

8    additional paperwork related to your claims against EDKO or

9    their insurer that you haven't already produced?

10        A.    No.

11        Q.    Okay.  Now, have you ever then applied for disability

12   through either the Social Security Administration or any other

13   agency?

14        A.    Have I applied for it?

15        Q.    Right.

16        A.    Yes.

17        Q.    You did.  Okay.  And when did you apply for

18   disability?

19        A.    It was about six months before the workman's comp

20   settlement, maybe eight -- eight months.  I'm not too sure.

21        Q.    Six months before the settlement?

22        A.    Uh-huh.  (Nods head affirmatively)

23        Q.    Okay.  And did you apply through the Social Security

24   Administration?

25        A.    Yes.

Joseph Matthew Blair

```
 1        Q.   Okay.  And so I just want to make sure.  You didn't

 2   apply through disability through any other like insurance

 3   agency?

 4        A.   No.

 5        Q.   Okay.  And did you have counsel assisting you on that

 6   application?

 7        A.   No.

 8        Q.   Okay.  And what was the outcome, if -- if -- if it --

 9   have you received a response to that application?

10        A.   Yes.

11        Q.   And what was the outcome of your Social Security

12   Disability application?

13        A.   It was denied.

14        Q.   Okay.  And what was basis of the denial?  What did

15   they say?

16        A.   They said that -- so, I -- or they didn't see

17   anything stopping me from working or -- or something like that.

18             MS. BARTLEY:  And I'll go ahead and -- I'll go

19   ahead and place a request on the record for the Social Security

20   application and all of the paperwork related thereto.

21   BY MS. BARTLEY:

22        Q.   Mr. Blair, currently what are your sources of income?

23        A.   My settlement offer.

24        Q.   Okay.  Anything else?

25        A.   No.
```

Joseph Matthew Blair

```
1         Q.   And so you rely on other persons to help you in

2    meeting your financial needs?

3         A.   No.

4         Q.   Okay.  So, now have you ever applied for and been

5    denied life insurance?

6         A.   No.

7         Q.   Okay.  Have you ever applied for and been denied

8    medical insurance?

9         A.   I believe so.

10        Q.   Okay.  So, who -- who did you -- what company did you

11   apply for medical insurance with?

12        A.   I'm not too sure.  I'm not the one who did it.

13        Q.   Who did that for you?

14        A.   My stepmother.

15        Q.   Your stepmother.  And do you know when she applied

16   for life -- or excuse me, medical insurance?

17        A.   No.

18        Q.   Okay.  But your understanding was that the

19   application was denied?

20        A.   Yes.

21        Q.   Okay.  And do you recall how long ago that was?

22        A.   When I first started going through cancer.

23        Q.   So, do you -- do  you have like Medicaid or --

24        A.   Yeah.

25        Q.   -- Medicare right now?
```

Joseph Matthew Blair

```
 1        A.   I have Medicaid.

 2        Q.   Medicaid?

 3        A.   Yes.

 4        Q.   Okay.  And when did you -- when were you -- when did

 5   you become eligible or accepted by Medicaid?

 6        A.   Like a couple months after the settlement.

 7        Q.   Okay.  Have you ever served in the military?

 8        A.   No.

 9        Q.   What hobbies or activities do you enjoy doing on a

10   regular basis?

11        A.   Just hanging out with my kids.

12        Q.   What else?

13        A.   And playing games.

14        Q.   What kind of games?

15        A.   Video games.

16        Q.   What else?

17        A.   That's it.

18        Q.   Okay.  So, when you're hanging out with the kids,

19   what do you guys like to do?

20        A.   Just play with toys and stuff and draw.

21        Q.   And what video games do you play?

22        A.   Computer games.

23        Q.   Like World War Craft or am I showing my age here?

24        A.   No.  Fortnite --

25        Q.   Yeah.
```

Joseph Matthew Blair

```
 1        A.    -- and Call of Duty.

 2        Q.    So, do you -- do you exercise at all, or do you enjoy

 3   any sports or --

 4        A.    Yes, I exercise.

 5        Q.    What do you do for exercise?

 6        A.    I run on the treadmill.

 7        Q.    Anything else you do for exercise or sports?

 8        A.    And jump rope and -- and ab workouts and stuff.

 9        Q.    Ab workouts?

10        A.    And pushups.

11        Q.    Okay.  So, how often do you run on the treadmill?

12        A.    Every day.

13        Q.    How far do you go on the treadmill?

14        A.    I wake up and walk two miles and then before I go to

15   bed, I run a mile.

16        Q.    Okay.  What about jump rope; how often do you jump

17   rope?

18        A.    Every morning.

19        Q.    For how long?

20        A.    Like 40 jump ropes.

21        Q.    Forty jumps?

22        A.    Uh-huh.  (Nods head affirmatively)

23        Q.    Okay.  And then abs and the pushups; how much do you

24   do of that?

25        A.    30.
```

Joseph Matthew Blair

```
 1        Q.   Every day?

 2        A.   In the morning and 30 at night, so 60 every day.

 3        Q.   Thirty abs and then -- 30 abs in the morning, 30 abs

 4   at night.  And then pushups?

 5        A.   Yes.

 6        Q.   Same?

 7        A.   Yes.

 8        Q.   Okay.  What about vacations, travel?

 9        A.   No.

10        Q.   Not at all?

11        A.   Nothing.

12        Q.   In the last 10 years, have you taken any vacations or

13   traveled anywhere?

14        A.   Yeah, before I got sick.

15        Q.   Okay.

16        A.   We use to go to the zoo, Six Flags, Hot Spring --

17   Magic -- Magic Springs.  And that's about it.

18        Q.   Okay.  Haven't gone anywhere since you got sick?

19        A.   No.

20        Q.   Okay.  What zoo did you go to?  Where is that at?

21        A.   In Dallas.

22        Q.   Okay.  And Six Flags; is that Dallas?

23        A.   Yes.

24        Q.   And Magic Springs is where?

25        A.   In Hot Springs, Arkansas.
```

Joseph Matthew Blair

```
 1        Q.    Hot Springs, Arkansas.  All right.  And are you a

 2   do-it-yourselfer?  Are you somebody who could do -- does like

 3   home repairs?

 4        A.    No.

 5        Q.    Like do you change your own oil?

 6        A.    Oh, yeah.  Yeah.

 7        Q.    You do that?

 8        A.    Yeah.

 9        Q.    You change your own antifreeze?

10        A.    Yes.

11        Q.    Any other automotive repair that you do yourself?

12        A.    My brakes.

13        Q.    You do your own brakes?

14        A.    Yeah.

15        Q.    Like do you -- around the house, do you -- if

16   something needs painted, do you do it yourself, like the house?

17        A.    Yes.

18        Q.    Or internal rooms in the house you paint?

19        A.    Yes.

20        Q.    How often do you paint something at the house?

21        A.    When it needs to be painted, maybe once every five

22   years.

23        Q.    Okay.  Do you do wood working?

24        A.    No.

25        Q.    Do you have any animals?
```

Joseph Matthew Blaff

```
 1      A.   No.

 2      Q.   Now, do you ever use pesticides at your home?

 3      A.   No.

 4      Q.   Have you ever had your property sprayed with

 5   pesticides?

 6      A.   No.

 7      Q.   Have you ever used Rodenticides at your home?

 8      A.   No.

 9      Q.   Have you ever had home sprayed by a pest control

10   agent for any types of insects or pests?

11      A.   No.

12      Q.   Now, are you currently married?

13      A.   Yes.

14      Q.   Okay.  And your wife's full name?

15      A.   ██████████████████.

16      Q.   ██████████████████?

17      A.   Yes.

18      Q.   Okay.  And when were you married?

19      A.   February 27th, 2016.

20      Q.   Okay.  So, are you sure it wasn't 2017?

21      A.   Yeah, it might have been '17.

22      Q.   Okay.

23           MR. JOSEPH:  You know she's in the room, right?

24      A.   Yeah.

25           MR. JOSEPH:  You better get that one right.
```

Joseph Matthew Blair

```
 1              MS. BARTLEY:  She's allowed to speak up.  Was it

 2    2017?

 3              MRS. BLAIR:  (Nods head affirmatively)

 4    BY MS. BARTLEY:

 5        Q.   And so in 2016, at the McDonald's, were you --

 6        A.   Oh, yeah.  We weren't married then.

 7        Q.   Okay.  All right.  So, I want to capture the years

 8    that you shared a residence then or the time that you shared a

 9    residence.  Did you live together before you got married?

10        A.   No.

11        Q.   So, in February of 2017, that's when you first

12    started living together?

13        A.   We've never lived together?

14        Q.   You've never lived together?

15        A.   No.

16        Q.   Okay.  Okay.  And what's ▇▇▇▇ occupation or what

17    does she do for a living?

18        A.   Full-time mother.

19        Q.   Full-time mom.  Okay.

20        A.   Yeah.

21        Q.   And does ▇▇▇▇ go with you to medical appointments

22    generally?

23        A.   The ones she's allowed to go to.

24        Q.   When she's allowed to?

25        A.   Yeah.
```

Joseph Matthew Blair

```
1        Q.   Like before pandemic you mean?

2        A.   Well, when I was going through chemo, she was

3   pregnant, so she couldn't go.

4        Q.   Okay.  So, when she -- and I'm not familiar with

5   that.  So, pregnant women aren't allowed to go into --

6        A.   No.

7        Q.   -- chemo appointments?

8        A.   No.

9        Q.   I didn't realize that.  Okay.  Okay.  Other than the

10  chemo appointments, did she go with you to the doctor

11  appointments generally or --

12       A.   Yeah, doctor check ups.

13       Q.   Doctor check ups, okay.  Do you have any prior

14  marriages?

15       A.   No.

16       Q.   Okay.  And do you have children?

17       A.   Yes.

18       Q.   How many children?

19       A.   Three.

20       Q.   Three children.  Okay.  Okay.  Let's start with your

21  oldest child.  What's -- how old is your oldest child?

22       A.   Six.

23       Q.   All right.  And what's your oldest child's name?

24       A.   ███████████.

25       Q.   A girl?
```

Joseph Matthew Blair

```
1      A.   Yes.

2      Q.   All right.  And what's your second child?

3      A.   ████████████████.

4      Q.   Spell -- spell the first name.

5      A.   ████████.

6      Q.   A daughter?

7      A.   Yes.

8      Q.   And how old is ████ now?

9      A.   She'll be two in May.

10     Q.   Okay.  And your third child?

11     A.   ██████████████.

12     Q.   A son?

13     A.   Yes, ██████████.

14     Q.   Okay.  And when was -- how old is ████?

15     A.   One and a half months old.

16     Q.   One and a half months.  Okay.  So, █████ birth --

17  let's see.  ██████ birthday is what?

18     A.   ████████████████.

19     Q.   Okay.  And ██████ birthday -- am I saying it right?

20  ████?

21     A.   Yeah.

22     Q.   ████████ birthday is when?

23     A.   ██████████████.

24     Q.   Okay.  And what is ████████ birthday?

25     A.   ██████████████.
```

Joseph Matthew Blair

```
1        Q.    Okay.  And so, do any of the children live with you?

2        A.    No.

3        Q.    Okay.  And where do the children reside?

4        A.    With their mother.

5        Q.    Have they always lived with their mother?

6        A.    Yes.

7        Q.    Okay.  Do any of your family members have legal

8   training?

9        A.    No.

10       Q.    Do any of your family member have medical training?

11       A.    No.

12       Q.    Do any of your family members ever -- have any of

13   your family members, to your knowledge, ever used Roundup or

14   glyphosate based products?

15       A.    No.

16       Q.    Do any of your neighbors or close friends have

17   knowledge of the facts relevant to this lawsuit?

18       A.    No.

19       Q.    Okay.  Do any of neighbors or close friends have

20   medical training?

21       A.    No.

22       Q.    Do any of your neighbors or close friends have a job

23   in the legal profession?

24       A.    No.

25       Q.    Do any of your neighbors use Roundup that you know
```

Joseph Matthew Blair

```
 1   of?

 2        A.   No.

 3        Q.   Okay.  All right.  Now, according to your Plaintiff's

 4   Fact Sheet you used -- your use of Roundup was solely work

 5   related, right?  In other words, you never used it for personal

 6   use; is that right?

 7        A.   Yes.

 8        Q.   Okay.  And according to your Plaintiff's Fact Sheet,

 9   you always used a concentrated product that needed to be mixed;

10   is that right?

11        A.   Yes.

12        Q.   Now, do you know the specific name of the concentrate

13   product that you used?

14        A.   Yeah, it was Roundup.

15        Q.   Right.  But Roundup has number of different

16   concentrate products.  Do you know the specific one you used?

17   Do you know the name of it?

18        A.   Roundup Pro, I believe.

19        Q.   Roundup Pro?

20        A.   Yeah, Roundup Pro concentrate.

21        Q.   Okay.  Can you describe the container that it came

22   in?

23        A.   It was white with a Roundup label.  It was a two and

24   a half gallon jug.

25        Q.   It was two and a half gallon and it was white with a
```

Joseph Matthew Blaff

1    what label?

2        A.   With a Roundup label on it.

3        Q.   Okay.

4        A.   A sticker.

5        Q.   Were was the opening located on the jug?

6        A.   On the top.

7        Q.   Okay.  Now, at EDKO, just to confirm, were you at all

8    involved in the decision to purchase Roundup as opposed to,

9    let's say, a competitor product?  Were you the one that said

10   let's buy Roundup?

11       A.   No.

12       Q.   Okay.  And were you involved in physically purchasing

13   the product?

14       A.   No.

15       Q.   Okay.  So, who at EDKO handled the purchasing in

16   terms of the Roundup?

17       A.   I guess the owners.

18       Q.   Okay.  So, there wasn't like a purchasing agent that

19   you know of that had the -- the -- that placed and handled the

20   orders?  Do you know?

21       A.   I believe they had -- the next door -- the building

22   next door is who they went to -- went through to get it.

23       Q.   Like a different vender next door, a different --

24       A.   Yeah.

25       Q.   -- company?

Joseph Matthew Braff

```
 1        A.   Yeah.  They -- they got -- went through them to buy

 2   it.

 3        Q.   Okay.  Do you know what the name of that company was

 4   called?

 5        A.   Not off the top of my head no.

 6        Q.   Okay.

 7             MR. JONES:  I can help you.  Specialty Chemical.

 8        A.   Yeah.

 9   BY MS. BARTLEY:

10        Q.   Specialty Chemical.  So, to your knowledge, the

11   owners contracted with Specialty Chemical which was next door

12   at the time?

13        A.   Yes.

14        Q.   Okay.  Now, before you started working at EDKO in

15   2016, do you recall ever seeing any specific advertisements

16   about Roundup?

17        A.   Before I worked -- started working at --

18        Q.   Before?

19        A.   No.

20        Q.   All right.  Now, at work do you remember your

21   employer having any safety postings displayed?

22        A.   Of -- of Roundup?

23        Q.   Or the application of Roundup, any -- anything at all

24   related to Roundup or the application of Roundup?

25        A.   No.
```

Joseph Matthew Blair

```
 1        Q.   Okay.  And so, I understand that you weren't involved
 2   in the -- strike that.
 3        Did you ever read the label of the Roundup product you
 4   used?
 5        A.   Yes.
 6        Q.   Okay.  So, when would you have read the label?
 7        A.   When I was bored and mixing it.
 8        Q.   When you what?
 9        A.   When I was bored and mixing the -- making the mix.
10        Q.   When you were bored?
11        A.   Yes.
12        Q.   And when you mix it?
13        A.   Yeah.
14        Q.   Okay.
15        A.   Just I wasn't doing nothing, I was mixing it.  I was
16   sitting there waiting for the tank to fill up with the water.
17        Q.   Okay.  So, would you have read it every time you
18   mixed the tank?
19        A.   No.
20        Q.   Just occasionally when you mixed it?
21        A.   Yeah.
22        Q.   Can you describe for me what the label looked like?
23        A.   It was a white label with a green -- and I want to
24   say it had green and blue on it, the Roundup letters.
25        Q.   The Roundup letters were green and blue?
```

Joseph Matthew Bravi

```
 1      A.   Yes.

 2      Q.   Okay.

 3      A.   Yes.

 4      Q.   What was the shape of the label?

 5      A.   It was just wrapped around the -- the entire jug.

 6      Q.   It wrapped around the jug?

 7      A.   Uh-huh.  (Nods head affirmatively)

 8      Q.   So, do you remember the size of it?

 9      A.   Yeah, it was a two and a half gallon jug?

10      Q.   The size of the label?

11      A.   Oh, the size of the label.  It was maybe like three

12   inches --

13      Q.   Okay.

14      A.   -- long.

15      Q.   So, it just wrapped around once?

16      A.   Yeah.

17      Q.   Okay.

18      A.   Can I take a little break real quick?

19           MS. BARTLEY:  You bet you.  So, we'll go off the

20   record.

21           VIDEOGRAPHER:  We're going to go off the record.

22   The time is 9:59 AM.

23           (At this time a recess was had from

24           9:59 AM to 10:05 AM)

25   BY MS. BARTLEY:
```

Joseph Matthew Blair

1       Q.   Mr. Blair, right before took a break, we were talking

2   about the instances where you would have looked at the label.

3   When you did look at the label, would you have read it cover to

4   cover?

5       A.   Yes.

6       Q.   You read every -- every part of the cover?

7       A.   Yes.

8       Q.   I'm sorry.  Every part of the label?

9       A.   Yes.

10       Q.   Okay.  Now, in terms of your application of Roundup,

11   on your Plaintiff's Fact Sheet, you indicated and I'm looking

12   at Page 8 of the Plaintiff's Fact Sheet, if that helps.

13   It's exhibit -- what is that?  Exhibit 2?

14              MR. JOSEPH:  Yes.

15              MS. BARTLEY:  Okay.  And I want to make sure I

16   didn't neglect to do so.  If I did neglect to do so, I wanted

17   to make sure that that settlement package was marked as Exhibit

18   4, I think I did.

19              (Exhibit 4 marked for identification)

20              MR. JOSEPH:  Yes.

21   BY MS. BARTLEY:

22       Q.   On the Plaintiff's Fact Sheet, on Page 8, you

23   indicated -- and I just want to make sure I have a good

24   appreciation or a good picture of how you applied Roundup on

25   the -- on the job at EDKO.

Joseph Matthew Braff

1        And on Page 8 you indicate that would EDKO LLC has a

2    contract to kill trees on utility ropes.  So, you're going to

3    have to help me.  I'm just not familiar with the industry.

4        A.   Okay.

5        Q.   Help me picture what exactly is it that you hired to

6    spray Roundup on?  What do you mean by, for example, by utility

7    rows?  What -- what were you spraying?

8        A.   High lines, transmission electricity --

9        Q.   Power lines?

10       A.   Power lines.

11       Q.   Okay.

12       A.   The big ones.

13       Q.   Okay.

14       A.   We would -- we would get on a machine and go down,

15   like if the woods had grown up, we'd go through them and spray

16   them and kill all the trees underneath the power lines.  So,

17   they wouldn't damage or catch fire and cause, you know, harm to

18   electricity.

19       Q.   Okay.  And --

20       A.   Yeah.

21       Q.   And so you -- you would follow along the power lines,

22   and if there were trees that were going up in to the power

23   lines, your -- you would spray those trees that were growing

24   close to the power lines?

25       A.   Yes.

Joseph Matthew Blair

```
 1        Q.   Okay.  Got you.  And -- and -- so, you -- you
 2   followed along the -- kind of the right-of-way, so to speak,
 3   the land that the power company's have the -- the rights to.
 4   And you would just follow power lines along in -- is it a truck
 5   or a tractor?
 6        A.   It's a skidder.  It's a -- it was like a tractor but
 7   it's a little bit bigger.
 8        Q.   Okay.
 9        A.   They use it to cut down trees.  But they took all the
10   cutting equipment off and put a cage on the back and had one
11   person drive it and the other person drive it on the other
12   side, and then they -- they would just go killing the wood line
13   and the trees that were in the middle --
14        Q.   Okay.
15        A.   -- that were threats to the transmission line.
16        Q.   And so, are you -- are you killing the whole -- is
17   your goal to kill the entire tree or just take -- get rid of
18   certain branches?  How does that work?
19        A.   Well, if it's in the middle, we kill the whole the
20   tree.  If it's on the side, we would trim -- trim the tree down
21   and kill the -- like the -- the thread.  We want the line as
22   clear as possible.  So, if a limb is hanging over into the
23   right-of-way, we'd spray it and kill it.
24        Q.   Okay.  So, have we kind of discussed all aspects of
25   what your job was, in terms of what you were expected to spray?
```

Joseph Matthew Blair

```
1         A.   Yes.

2         Q.   Okay.  So, I understand that your job, while you were

3    a spray hand, involved you kind of standing -- was it on the

4    side of the skidder?  Where was -- where was the cage at?

5         A.   In the very back.

6         Q.   In the very back.  Okay.  And then generally does the

7    Operator do the driving and the Spray Hand does the spraying

8    generally?

9         A.   Yes.

10        Q.   Okay.  And in your Fact Sheet, on Page 8, you

11   describe the mechanism by which the Spray Hand applied Roundup

12   was with a high pressure hose; is that right?

13        A.   Yes.

14        Q.   And is that connected to a tank?

15        A.   Yes.

16        Q.   Okay.  And where is the tank located?

17        A.   In between the Driver and the Spray Hand.

18        Q.   Okay.  And how big is the tank?

19        A.   250 gallons to 500 gallons.

20        Q.   So, what do you mean?  Certain skidders have

21   different size tanks?

22        A.   Yes.

23        Q.   So, it was either one or the other?  Either a 250

24   gallon or a 500 gallon?

25        A.   Yes.
```

Joseph Matthew Braff

```
1        Q.    Okay.  And then how long was the hose?

2        A.    It was maybe a football length, so 100 yards.

3        Q.    The hose was 100 yards?

4        A.    Uh-huh.  (Nods head affirmatively)  Well, it rolled

5   up, so you could unroll it from --

6        Q.    So, did you -- did you ever use the hose outside of

7   the cage?

8        A.    Yes.

9        Q.    Okay.  So, sometimes you got out of the cage and --

10  and walked?

11       A.    Yes.

12       Q.    Okay.  What would be the occasion where you got

13  outside of the cage and walked?

14       A.    If it was real swampy and there was a lot of water.

15       Q.    And so the -- that skidder couldn't get down in to

16  certain areas?

17       A.    So, we'd have to walk through the water.

18       Q.    Okay.  Got you.  And so what's your best estimate as

19  to how long you would spray per day?

20       A.    We'd start at 7:00.  We'd get to the line about 7:30.

21  We'd start spraying at 7:30.  Sometimes we wouldn't stop until

22  about 6:00, sometimes 7:00, so --

23       Q.    And you take a lunch break?

24       A.    Yeah, we take a lunch break whenever our tank would

25  empty, so around 12:00 or 1:00.  And it's only a 30-minute
```

Joseph Matthew Brafff

```
1    lunch break.

2         Q.   Okay.  And so that one tank would last you until

3    lunch?

4         A.   No, we'd have to fill it up.

5         Q.   How many times did you refill that tank?

6         A.   Three to four times a day.

7         Q.   But would it depend on if you were doing a 250-gallon

8    tank versus a 500-gallon tank?

9         A.   Yes, the 250-gallon tank was filled up, you'd have --

10   you'd have to fill it up more.

11        Q.   Okay.  So, how many times would you refill a

12   250-gallon tank?

13        A.   About six.

14        Q.   Okay.  And how many times would you refill a

15   500-gallon tank?

16        A.   Three to four.

17        Q.   Okay.  And then we're going to talk about this in a

18   minute.  But you -- you in your transcript you talk about that

19   you would have to do repairs on an almost daily basis, right?

20        A.   Yes.

21        Q.   How much out of your day would you typically spend

22   doing repairs?

23        A.   About 30 minutes, 30 to 40 minutes.

24        Q.   Every day?

25        A.   Yes.
```

Joseph Matthew Blair

```
 1        Q.   Okay.  And then would you take other breaks during

 2   the day?

 3        A.   Water breaks or to fill it -- to fill up the tanks

 4   would -- that would be considered a break and we drink water

 5   then.

 6        Q.   Okay.  Any other times when you were not spraying?

 7        A.   No.

 8        Q.   Okay.  And then you also testified, I think, that you

 9   were only spraying Roundup during the warmer months, right?

10        A.   Yes.

11        Q.   Okay.  And during the colder months, you were

12   spraying another product called Basal?

13        A.   Yes.

14        Q.   Okay.  And the -- was that generally December,

15   January and February, I believe you testified that you were

16   spraying Basal?

17        A.   Yes.

18        Q.   Okay.  And then earlier, and you mentioned this

19   earlier in the deposition, you also used, at certain locations,

20   I believe was your testimony, you used products including;

21   Pinnacle, Arsenal and Opensight, right?

22        A.   Yes.

23        Q.   Now, on those locations where you needed to use those

24   products, did you use those products instead of Roundup?

25        A.   No.
```

Joseph Matthew Pfaff

```
 1        Q.   This was in addition to Roundup?

 2        A.   Yes.

 3        Q.   Okay.  And Arsenal you used if you were near water?

 4        A.   Yes.

 5        Q.   Okay.  So, can you give me your best estimate, like

 6   on average, to the best of your ability, how many days out of

 7   the month would you add Arsenal to using Roundup?

 8        A.   Maybe three times.

 9        Q.   Three days a month?

10        A.   Yeah.

11        Q.   Okay.  And then Opensight; you would use anytime you

12   were working around animals, right?

13        A.   Yes.

14        Q.   Can you give me your best estimate of how many days

15   out of a month that you would add Opensight to your -- to your

16   application?

17        A.   About maybe 10, 15.

18        Q.   Ten to 15 days a month?

19        A.   Yes.

20        Q.   And then Pinnacle; I understand you used that when

21   you needed it to -- needed to help to get it to stick to trees?

22        A.   Yes.

23        Q.   So, help me understand that.  Under what

24   circumstances did you need help to get -- to get it to stick to

25   trees?
```

Joseph Matthew Blair

```
 1        A.   We've always used Pinnacle to help it -- so, every

 2   time we fill up, we put Pinnacle in it.  It just helps it -- it

 3   helps with the stickage of -- of the Roundup, to make sure it

 4   sticks to it and kills it and it does what it's suppose to do.

 5        Q.   So, every time you applied Roundup, you were also

 6   using Pinnacle?

 7        A.   Yes.

 8        Q.   Okay.  Every day of the month?

 9        A.   Yes.

10        Q.   That you worked, okay.  Okay.  Now, my understanding

11   of your -- actually this was in your interrogatory responses.

12   My understanding of your schedule is that you worked two weeks

13   on and two days off; is that right?

14        A.   Yes.

15        Q.   So, you worked 14-day shifts; is that right?

16        A.   Every day except Sunday.

17        Q.   Okay.  So, during those two weeks you didn't go home

18   at night?

19        A.   No.

20        Q.   Okay.  Because you were working out of town;is that

21   right?

22        A.   Yes.

23        Q.   All right.  And the -- did you just work in the three

24   states:  Texas, Arkansas, and Louisiana?

25        A.   Yes.
```

Joseph Matthew Braff

```
1          Q.   Can you give me your best breakdown of percentage

2     wise, during those two years that you were working at EDKO,

3     what percentage of the time were you working in Texas versus

4     Arkansas versus Louisiana?

5          A.   Texas was about 70 percent.

6          Q.   Okay.

7          A.   And Arkansas was about 25.

8          Q.   Okay.

9          A.   And Louisiana was the other five.

10         Q.   Okay.  And when you would start the 14-day shift, how

11    far away were you driving to get to some of these locations

12    where you would start your -- your spray route?

13         A.   About 30 minutes.

14         Q.   So, just 30 minutes to get there?

15         A.   Yeah, 30 to 15 minutes.

16         Q.   And -- and so I just want -- I want to make sure I

17    understand then.  You mean you would just start a route but

18    then it would take you further away from home?

19         A.   Well, we -- we would be staying at the hotels.  And

20    the further along you got, we would pack up and go to another

21    hotel --

22         Q.   Okay.

23         A.   -- closer to --

24         Q.   Oh.  So, you're not staying in the same hotel.

25    You're in --
```

Joseph Matthew Braff

```
1          A.   No.

2          Q.   -- a different hotel every night?

3          A.   Yeah.

4          Q.   Got you.  Okay.

5          A.   Sometimes.  But sometimes you're in the same hotel

6     for like weeks.

7          Q.   Okay.  So, what I was trying to figure out then is:

8     Is Day 1 and Day 14 a travel day for you?

9          A.   Yes.

10          Q.   Okay.  So, it's only Day 2 through Day 13 that are

11     spraying days?

12          A.   But Day 1, we'll get out there and travel, get our

13     hotel rooms and then spray still.

14          Q.   You might get some spraying in on Day 1?

15          A.   Yeah.  And then on the Day 14, we would spray about

16     two tanks out and then go home.

17          Q.   Okay.

18          A.   We wouldn't work the whole day.

19          Q.   All right.

20          A.   So, we wouldn't be spraying.  On them two days, we

21     wouldn't spray the full day.  We'd spray half a day.

22          Q.   Okay.  And you mentioned before you took -- you

23     always took Sundays off?

24          A.   Yes, ma'am.

25          Q.   Even if it fell within your 14-day shift?
```

Joseph Matthew Braff

```
1        A.    Yes.

2        Q.    And --

3        A.    Everybody -- everybody took Sundays off.

4        Q.    Okay.  And you took some vacations during those two

5   years that you were working for EDKO?

6        A.    Yes, I had two weeks paid vacation for each year.

7        Q.    Two week paid vacation each year.  And you took those

8   weeks off?

9        A.    Well, it was a one week per year, but I had two weeks

10  for two years.  So, yeah, I took just two weeks off in two

11  years.

12       Q.    Okay.  One week off per year?

13       A.    Yes.

14       Q.    Okay.  Okay.  And ultimately, I'm going to mark as

15  Exhibit Number 5, this was marked as an exhibit during your

16  Worker's Comp deposition.  And if you'll turn to the -- I guess

17  it's the third page really, I just kind of wanted to focus on,

18  and I just wanted to make sure I was kind of clear on this.

19       Ultimately, if we wanted to get records of what product

20  you applied and how much you applied every day when you were

21  working at EDKO, am I correct that there were -- that you had

22  to complete, just at the top of this page, there's a heading or

23  a title of the words Application Record.  Am I correct that the

24  Application Records were completed every day at EDKO?

25             (Exhibit 5 marked for identification)
```

Joseph Matthew Pfaff

```
1        A.   Yes.

2   BY MS. BARTLEY:

3        Q.   And are these forms -- do they include the names of

4   the individuals that applied the product that day?

5        A.   Yes.

6        Q.   And these forms; they would indicate how much was

7   mixed and how much was applied each day; is that right?

8        A.   Yes.

9        Q.   And if we look at this page, it's got kind of a Bates

10  Stamp in the lower right-hand corner of 488, that's the page

11  I'm referring to.  Do you see that page?

12       A.   Oh, yes.

13       Q.   Okay.  It's the third page.  So, if we look at this

14  just as an example, when they refer, for example, to Tank 3 and

15  they reference 15 gallons mixed and nine gallons sprayed, are

16  they including the water when they're referring to the total in

17  gallons?

18       A.   Well, this is Basal.

19       Q.   Right.

20       A.   Yeah.  So, --

21       Q.   Oh.  So, there's no -- there's no water mixed in?

22       A.   No, ma'am.

23       Q.   So, it's just Basal?

24       A.   Yes, ma'am.

25       Q.   All right.  When you would have filled out a form
```

1    like this for Roundup, and you -- you would complete it in

2    terms of gallons mixed and gallons sprayed, would it include --

3    would gallons mixed include water or just the product itself?

4         A.   Water too.

5         Q.   Water too.  Okay.  Very good.  And --

6         A.   Well, they would have -- they would have the gallons

7    of -- you would write the -- what you put in, say Roundup, and

8    you'd put how many gallons of Roundup you would put in it.

9         Q.   Okay.

10        A.   And then it -- out to the side, it would have like a

11   500 -- you could put 500-gallon tank.

12        Q.   Okay.

13        A.   And so, yeah, so I guess it would be gallons per

14   Roundup.

15        Q.   All right.  And then on these forms you also

16   specified the exact product that was mixed and applied that

17   day, right?

18        A.   Yes.

19        Q.   And you also specify the area in acres that you would

20   have covered, correct?

21        A.   Yes.

22        Q.   And is the correct term, if we wanted to ask for

23   these documents, is the correct term for these forms; are they

24   just referred to like internally at EDKO, are they referred to

25   as Application Records?

```
1        A.   Safety Sheets.

2        Q.   Safety Sheets, okay.  And was the information from

3   the forms provided to Kyle Pimberton?

4        A.   Yes.

5        Q.   And do I understand from your earlier testimony that

6   they would -- they would -- this information was then given to

7   Ford Stinson?

8        A.   Yes.

9        Q.   And ultimately was the information from these forms

10  entered into the computer or into a database?

11       A.   Yes.

12       Q.   And are you able to give me, just your best estimate

13  of, on average, how much Roundup you would spray per day?

14       A.   Thirty-seven to 40 gallons.

15       Q.   Thirty-seven to 40 gallons?

16       A.   Yes.

17       Q.   Now, I want to make sure I -- I have a clear

18  understanding.  When you're saying 37 to 40 gallons, are you

19  talking about just gallons of the Roundup product before mixing

20  it with water?

21       A.   Yes.

22       Q.   Okay.  Now, what is your height?

23       A.   5'11".

24       Q.   5'11"?

25       A.   Yes.
```

Joseph Matthew Blair

1      Q.   Okay.  And what is your weight?

2      A.   250.

3      Q.   And would your height have changed at all since you

4   first started using Roundup?

5      A.   No.

6      Q.   Okay.  And has your weight changed since you first

7   started using Roundup?

8      A.   Yes.

9      Q.   Okay.  So, has there been any large fluctuations in

10   your weight during any of the years since you started using

11   Roundup?

12      A.   Yes.

13      Q.   Tell me generally, if you could, how -- how has your

14   weight changed since you first started using Roundup?

15      A.   When I first started working for EDKO, I was 180

16   pounds.

17      Q.   Okay.

18      A.   Yeah, 180.

19      Q.   So, in two thousand and --

20      A.   -- sixteen --

21      Q.   -- sixteen, you were 180?

22      A.   Yes.

23      Q.   Okay.  And then --

24      A.   When I first started realizing -- I -- through the

25   year, the second year, I picked up like 30 pounds in three

Joseph Matthew Blair

```
 1    months.

 2        Q.   Okay.  So, in 2017, you were about 210?

 3        A.   Oh, no.  I was about two -- 230 to 240.

 4        Q.   230 to 240.  Okay.  So, what about in 2018, when you

 5    were diagnosed?

 6        A.   I was about 260.

 7        Q.   260, okay.  And then currently you're about 250?

 8        A.   Yes.

 9        Q.   So, you've lost about 10 pounds since you were

10    diagnosed?

11        A.   Yes.

12        Q.   Okay.  Do you know what percentage of Glyphosate was

13    in the Roundup product that you used?

14        A.   Not off the top of my head, no.

15        Q.   Do you know what percentage that you diluted before

16    you applied it?

17        A.   No, not off top of my head.

18        Q.   So, do -- do you know what the ratio was that you --

19    you used when you mixed it?  What was the ratio you did?

20        A.   I know we -- we did five jugs of two and a half

21    Roundup jugs, five of them.  And then we would mix that into

22    the 500-gallon tank.  So, I don't --

23        Q.   So, you took five Roundup jugs and then you filled

24    the 500-gallon with water?

25        A.   Uh-huh.  (Nods head affirmatively)
```

Joseph Matthew Blair

```
 1        Q.   Okay.

 2        A.   It was probably four and a half, but we used five

 3   jugs and we used a half of that fifth just for --

 4        Q.   Sorry.  I'm not following you.

 5        A.   We would use four full jugs and then that fifth jug

 6   would be a half a jug.  We wouldn't pour it all, the whole

 7   fifth jug in there.

 8        Q.   Okay.  So, four and a half jugs of 2.5 gallons; is --

 9        A.   Uh-huh.  (Nods head affirmatively)

10        Q.   -- that right?

11        A.   Yes.

12        Q.   Four and a half jugs of 2.5 gallons and then you

13   would fill the 500-gallon tank?

14        A.   Yes.

15        Q.   Okay.  All right.  And then, so did you -- did you

16   literally mix it in the tank itself?

17        A.   Uh-huh.  (Nods head affirmatively)

18        Q.   Okay.  And then how did you mix it?

19        A.   Oh, we had a water tank and we put the water hose to

20   -- to the tank on our skidder and it was high pressurized.  And

21   as you pour the mix in, it would be pouring in and mixing in

22   itself.

23        Q.   So, you just had a high pressure water hose?

24        A.   Yeah.  It was like a firemen hose kind of.

25        Q.   Okay.  Did you wash your hands after mixing it?
```

Joseph Matthew Blair

```
 1        A.   Yes.

 2        Q.   Every time?

 3        A.   Yes.

 4        Q.   Why?

 5        A.   Because your hand would be sticky.

 6        Q.   Did you ever spill the product on yourself while

 7   mixing it?

 8        A.   Yes.

 9        Q.   Okay.  How often?

10        A.   Almost all the time.  It would splash back and get on

11   you.

12        Q.   So, did anyone else ever mix the product for you?

13        A.   No.

14        Q.   Even after you became an Operator?

15        A.   No.

16        Q.   You always mixed the product when you were an

17   Operator?

18        A.   Yes.

19        Q.   Okay.  So, we've kind of talked about the mechanism

20   you guys used with the tank and stuff.  I just want to confirm.

21   You -- I mean in your role at EDKO, you never used, for

22   example, a backpack sprayer with Roundup?

23        A.   No.

24        Q.   Okay.  You used a -- you used a backpack with Basal?

25        A.   Basal, yeah.
```

Joseph Matthew Blair

```
 1        Q.   Okay.  And you never used like a pump-and-go sprayer?

 2        A.   No.

 3        Q.   Okay.  And you never used like a boom sprayer?

 4        A.   No.

 5        Q.   Okay.

 6        A.   Not while I was there.  They had them though.

 7        Q.   They had them but you didn't use them?

 8        A.   Yeah.

 9        Q.   Okay.  So, now on that tank sprayer; did you ever

10   receive any training on how to use Roundup with the tank

11   sprayers?

12        A.   Yeah, I was taught how to spray.

13        Q.   Who taught you how to spray?

14        A.   Kyle Pimberton and --

15        Q.   Tell --

16        A.   -- Mason.

17        Q.   Tell me about what you remember about the training.

18        A.   He just said you would aim at the tops of the trees

19   and work your way down and go with the wind.  And, you know,

20   try to -- let the wind carry itself and help it to apply to the

21   trees.  You just want to spray the tops of it and let it rain

22   down top on the bottom, from top to bottom.

23        Q.   And what do you mean by go with the wind?

24        A    The -- the wind would spray -- I mean the wind would

25   pick up and blow it a certain way and you would want to use the
```

Joseph Matthew Blair

```
 1    wind to your advantage to get to certain spots you couldn't

 2    get.

 3         Q.   Okay.  So, do I understand correctly that you wanted

 4    to use the wind to get it on the trees.  So, you -- you wanted

 5    to read the wind, so to speak?

 6         A.   Yeah.

 7         Q.   Okay.  Okay.  I understand from your earlier

 8    testimony that you had two different types of nozzles on the

 9    hose?

10         A.   Yes.

11         Q.   Okay.  One was a long pistol?

12         A.   Yes.

13         Q.   And -- well, -- well, sorry.  One was a long -- a

14    longer gun and one was a pistol; is that right?

15         A.   Yes.

16         Q.   And -- but both of them you believe had the same

17    range?

18         A.   Yes.

19         Q.   Okay.  Did both of them have -- have the ability to

20    adjust the PSI?

21         A.   That was on the machine.

22         Q.   Okay.

23         A.   Yeah.

24         Q.   So, did either of the nozzles have any ability to

25    adjust the pressure on the nozzle itself?
```

Joseph Matthew Pfaff

```
1        A.   The handle you could make it -- pump it down all the

2   way and let it spray out.

3        Q.   Okay.

4        A.   And then, you know, you could ease up on how -- this

5   is just like a water hose.

6        Q.   Okay.

7        A.   And that's how it -- that's just how it worked.

8        Q.   So, other than just the -- how -- how much pressure

9   you used with your hand, there were no other adjustments on --

10       A.   No.

11       Q.   -- the nozzles?

12       A.   No.

13       Q.   Okay.  So, the PSI just -- was only on the machine?

14       A.   Yes.

15       Q.   Okay.  Got you.  So, either of those nozzles, was

16   either of them a low drift nozzle?

17       A.   No.

18       Q.   Okay.  Was either of them a solid stream nozzle?

19       A.   Yes.  I would say it was solid -- yeah, it was -- it

20   just poured out -- or shot out.  Yeah, I would say.

21       Q.   Were both of them solid stream nozzles?

22       A.   Yes.

23       Q.   Okay.  Can you give me an esti -- your best estimate

24   how much of the time was spent walking beside the skidder

25   versus in the cage?
```

Joseph Matthew Blair

```
1        A.   Maybe an hour.

2        Q.   An hour out of every day?

3        A.   Uh-huh.  (Nods head affirmatively)  Yes.

4        Q.   And how fast was the skidder being driven, generally,

5   on average?

6        A.   Maybe two miles per hour.

7        Q.   Okay.  And did you calibrate the sprayer?

8        A.   Yes.

9        Q.   How often did you calibrate the sprayer?

10       A.   Not often.  It stayed on one -- one level and nobody

11   touched it.

12       Q.   So, what does how often mean?

13       A.   Never.

14       Q.   Never.  So, you didn't calibrate the sprayer?

15       A.   No, it would just stay on -- we just put it -- it

16   just had one level we would -- we would keep it on and just

17   keep it like that.

18       Q.   Okay.  So, do you know the rate at which it sprayed?

19       A.   No.

20       Q.   Do you know how many gallons per acre?

21       A.   Not off the top of my head, no.

22       Q.   Before you started mixing Roundup in the tanks, did

23   you clean the nozzle on the sprayer with water?

24       A.   When it got dirty.

25       Q.   How often was that?
```

Joseph Matthew Blair

```
1        A.    Maybe like every time it got dropped in the mud, not

2    often.

3        Q.    Can you give me your best estimate of how -- how

4    often not often is?

5        A.    Maybe once a week.

6        Q.    Okay.  And before you started spraying Roundup, did

7    you rinse the -- the spray tank?

8        A.    No.

9        Q.    Did you press -- pressurize the sprayer?

10       A.    What -- what are you -- pressurize the sprayer?  I

11   don't believe so.

12       Q.    Okay.

13       A.    I don't know.

14       Q.    Did you clean the spraying equipment each time before

15   mixing it with -- before mixing the Roundup?

16       A.    No.

17       Q.    Okay.  After you were done applying Roundup through

18   the tank sprayer, did you clean the nozzle with water?

19       A.    No.

20       Q.    Did you rinse the spray tank thoroughly?

21       A.    No.

22       Q.    How soon -- strike that.  Did you ever have a license

23   for herbicide application?

24       A.    No.

25       Q.    Have you received any training about the use,
```

Joseph Matthew Braff

```
1    handling or supervision of pesticide application?

2         A.   Yes.

3         Q.   And was that just from the training that you

4    mentioned from Kyle?

5         A.   Yes.  Yes, he showed me --

6         Q.   And --

7         A.   -- how to spray it.  Yes.

8         Q.   And how long did that training last?

9         A.   Like 30 minutes.

10        Q.   Was there any training specific to Roundup?

11        A.   No.

12        Q.   And when you applied Roundup, how did it come out of

13   the bottle?  Like, for example, was it a stream?

14        A.   Yeah.

15        Q.   And when you were applying Roundup, how far away was

16   the tip of the nozzle from the trees that you were trying to

17   target?

18        A.   About 40 to 60 feet.

19        Q.   Were you generally careful only to spray Roundup

20   where you intended to kill your targets?

21        A.   Yes.

22        Q.   And you didn't apply it nonstop, right, because that

23   would unnecessarily kill other things?

24        A.   Yes.

25        Q.   And would you have avoid -- generally avoided windy
```

Joseph Matthew Blaff

```
 1    days when you were spraying so that the product only killed

 2    your targets?

 3         A.   Yes.

 4         Q.   And was there a rule in place at EDKO, such as you

 5    didn't spray if the winds exceeded like nine miles per hour?

 6         A.   Yes.

 7         Q.   And I assume you wouldn't spray -- spray directly

 8    into the wind, right?

 9         A.   Yes.

10         Q.   And generally, when the weather dropped below 50

11    degrees, is that when you would have stopped applying Roundup

12    and applied the Basal instead?

13         A.   Yes.

14         Q.   Were you careful to do everything you could to hit

15    your intended target?

16         A.   Yes.

17         Q.   And were you careful to do everything you could to

18    avoid any drifting of the Roundup?

19         A.   Yes.

20         Q.   Would -- did you find that the product worked well?

21         A.   Yes.

22         Q.   Were you aware of any instances where the product

23    killed any vegetation that you didn't intend for it to kill?

24         A.   Yes.

25         Q.   When did -- when did that occur?
```

Joseph Matthew Blair

1       A.   When it would be windy and the wind would pick it up.

2       Q.   All right.  How often did that occur?

3       A.   Maybe -- almost every day.

4       Q.   How did you find out that it killed vegetation you

5    didn't intend to kill?

6       A.   Our Supervisor would come out and show us pictures.

7       Q.   Okay.  And who -- and that was Kyle?

8       A.   Yes.

9       Q.   Okay.  So, I want to ask you about what you wore.

10      A.   Okay.

11      Q.   Okay.  Generally, would you have worn the exact same

12   clothing items when you were mixing as you did when you were

13   spraying?

14      A.   Yes.

15      Q.   Okay.  So, I'm going to ask -- combine those -- the

16   questions about mixing and spraying together.  If we need to

17   make any distinctions or if there's any distinctions that are

18   -- like, for example, I wore gloves while I was mixing but not

19   while spraying, will you let me know?

20      A.   Yes.

21      Q.   Otherwise, I'm going to combine the questions, okay?

22      A.   Okay.

23      Q.   Okay.  So, in terms of the shirts that you wore, can

24   you tell me did you wear long sleeve or short sleeve shirts?

25      A.   Long sleeve.

Joseph Matthew Bi841

```
1         Q.   Okay.  And were these shirts provided by your

2    employer?

3         A.   Yes.

4         Q.   Okay.  What fabric were they made of?

5         A.   Cotton.

6         Q.   Okay.  And in terms of the pants, what fabric of

7    pants were you wearing?

8         A.   Jeans.

9         Q.   Like denim?

10        A.   Yes.

11        Q.   Okay.  And long sleeve -- or did you ever wear

12   shorts?

13        A.   No, you never wore shorts.

14        Q.   Okay.  Denim jeans.  And do I understand that --

15   well, I think your testimony was you were told to wear

16   steel-toed boots.  Did you always wear steel-toed boots?

17        A.   Yes.

18        Q.   Okay.  And then what material would those boots have

19   been made out of?

20        A.   Leather.

21        Q.   Okay.  How often did you change or replace those

22   boots while you were working at EDKO?

23        A.   About once every year.

24        Q.   Okay.  So, you had two different pairs of boots

25   during the time that you worked there?
```

Joseph Matthew Blair

```
1        A.    Yes.

2        Q.    Okay.  Do you still have those boots?

3        A.    No.

4        Q.    Did you wear socks underneath the boots?

5        A.    Yes.

6        Q.    What was the material of the socks?

7        A.    Co -- cotton.

8        Q.    Okay.  Now, would you have worn gloves while you were

9    mixing and spraying Roundup?

10       A.    Yes.

11       Q.    Okay.  What kind of gloves did you wear?

12       A.    Elastic.

13       Q.    Rubber?

14       A.    Yeah.  You have the -- the mixing gloves would be the

15   long green gloves that came down to your forearm, the mixing

16   gloves.  And then the spraying gloves were just like car

17   mechanic gloves or leather gloves.

18       Q.    Okay.  So, while mixing them, you wore the long green

19   ones like the rubber gloves?

20       A.    Yes.

21       Q.    And did they go to your elbow?

22       A.    Yes.

23       Q.    Okay.  And then when you're spraying, you wore like

24   leather gloves?

25       A.    Yes.
```

Joseph Matthew Blair

```
 1        Q.   And how long were those gloves?

 2        A.   Just to your wrist.

 3        Q.   To your wrist, okay.  And what did you do with the

 4   gloves after you were finished mixing them?

 5        A.   Put them back in a storage thing, container.

 6        Q.   Put them back.  And so, did you reuse them?

 7        A.   Yes.

 8        Q.   Did you wash them at all?

 9        A.   Yes.

10        Q.   Okay.  You washed them before you put them back?

11        A.   Yes.

12        Q.   Okay.  What did you wash them with?

13        A.   Water.

14        Q.   Soap?

15        A.   No.

16        Q.   And what did you do with the gloves after you were

17   done spraying?

18        A.   Saved them, put them up in the back of the truck.

19        Q.   Did you wash them at all?

20        A.   No.

21        Q.   And so did you reuse them?

22        A.   Yes.

23        Q.   Okay.  Were they your personal gloves, the ones that

24   you used while you were spraying?  Were they only yours?

25        A.   Yes.
```

Joseph Matthew Blairr

```
1         Q.   Okay.  And so during the time that you worked at

2    EDKO, how often did you change the gloves?

3         A.   Maybe once every week.

4         Q.   So, you got a new pair of gloves every week?

5         A.   Yes.

6         Q.   Did you buy those gloves?

7         A.   No.

8         Q.   They were provided to you?

9         A.   Yes.

10        Q.   By EDKO?

11        A.   Yes.

12        Q.   And I understand -- now, did you at any point ever

13   have -- wear eyeglasses?

14        A.   Yes.

15        Q.   Okay.  So, I understand that you wore goggles while

16   you were mixing and spraying?

17        A.   Yes.

18        Q.   Okay.  Did you also have eyeglasses on then as well?

19        A.   Yes.

20        Q.   Okay.  So, you had eyeglasses and --

21        A.   Oh, no.  No, no.

22        Q.   Okay.

23        A.   I had just safety -- safety goggles then.

24        Q.   Okay.  So, no eyeglasses?

25        A.   Yes.  No.  No, eyeglasses.
```

Joseph Matthew Blair

```
1        Q.   Okay.  So, you had safety goggles on while y'all were

2   mixing and spraying?

3        A.   Yes.

4        Q.   Okay.  And can you kind of just -- the safety

5   goggles; were they plastic?  What material were they?

6        A.   Plastic.

7        Q.   Okay.  And just to confirm; did you ever wear any

8   kind of like a Tyvex suit on top of your clothes?

9        A.   No.

10        Q.   Okay.  Now, did you ever wear a mask while either

11   mixing or spraying Roundup?

12        A.   No.

13        Q.   And so even -- and I'm going to ask you about this in

14   just a minute.  I understand that you had a couple of meetings

15   at work where you talked about concerns about Roundup.  Even

16   after those meetings, did -- no one ever wore a mask while

17   mixing or -- or spraying Roundup?

18        A.   No.

19        Q.   Okay.  And then I understand you had a hard hat?

20        A.   Yes.

21        Q.   Did you wear your hard hat while mixing Roundup?

22        A.   Yes.

23        Q.   And did you wear a hard hat while applying Roundup?

24        A.   Yes.

25        Q.   Did you wear anything else while spraying -- while
```

 1   mixing or spraying Roundup that we haven't discussed?  So, an

 2   example might be did  you ever have on a jacket or a scarf or a

 3   handkerchief, anything like tall?

 4       A.   No.

 5       Q.   Do you still own any of the clothes or shoes that

 6   we've discussed?

 7       A.   No.

 8       Q.   Okay.  And after you finished applying or spraying

 9   Roundup for the day, what -- what did you do then?

10       A.   Went back to the hotel.

11       Q.   And then what in terms of your Roundup clothing?

12       A.   Oh, took a shower.

13       Q.   As soon as you got back to your hotel?

14       A.   Yeah, sometimes you had to wait for your roommate to

15   take one.

16       Q.   Okay.  And what did you wash with?

17       A.   Regular washing; Gain, Tide.

18       Q.   And would you have -- in terms of your shower, would

19   you have rinsed until you made sure you got everything off?

20       A.   Yes.

21       Q.   Okay.  Now, your clothing; because you're staying in

22   a hotel, right?

23       A.   Yes.

24       Q.   So, did you launder your clothes while you were out

25   on the road?

Joseph Matthew Pfaff

```
 1        A.   Yes.

 2        Q.   Okay.  How often did you do the laundry while you

 3   were out on the road?

 4        A.   They would supply us with two weeks worth of shirts.

 5   So, I -- I'd have to wash my pants because I only have like

 6   three or four pairs of pants.  So, every four days.

 7        Q.   Okay.  So, every four days you did the laundry?

 8        A.   Yes.

 9        Q.   But you're only washing your pants.  You're not

10   washing your shirts?

11        A.   Yeah.  I'm washing the dirty shirts too.

12        Q.   You're washing the dirty shirts too?

13        A.   Yeah.

14        Q.   So, in other words, you're doing the laundry like

15   every four days?

16        A.   Yes.

17        Q.   So, you're not -- so, in other words, at the end of

18   14 days, you're not bringing home dirty laundry?

19        A.   Well, yeah, I still -- I still have a little dirty

20   laundry.

21        Q.   But just a few days though?

22        A.   Yeah, --

23        Q.   Okay.

24        A.   -- a few days worth.

25        Q.   Okay.  And so you -- you basically -- you have to
```

1    kind of find a laundry mat or --

2        A.   Usually the hotels provide one.

3        Q.   Okay.  All right.  And when you're washing your

4    clothes, you said like Gain or -- the detergent that you're

5    using; it was one of your choices?

6        A.   Yes, ma'am.

7        Q.   Okay.  And what temperature did you wash your clothes

8    with?

9        A.   Cold.

10       Q.   Cold.  And so just to confirm.  Did your employer

11   provide you with any personal protective equipment while -- for

12   your use while you were handling Roundup?

13       A.   Just the hard hat, safety goggles, and -- and gloves,

14   and T-shirts -- or long sleeve shirts.

15       Q.   Okay.  Now, did you ever spill or spray Roundup on

16   your skin while you were applying it?

17       A.   Yes.

18       Q.   Okay.  How often would that happen?

19       A.   Almost every day.

20       Q.   Okay.  And give me the circumstances by which that

21   would occur?

22       A.   If I was spraying and the wind picked up, it would

23   blow it all back on me.  Or if the hose would bust and either

24   break off and spray it in my face, or just get me soak and wet

25   on my -- on my clothes.  When I'm mixing the tank, the water

Joseph Matthew Blair

1    would splash and come up out through the hole and splash on me.

2        Q.   Okay.  Let's tackle the last one first.  In terms of

3    while you were mixing the water would splash.  How large is the

4    -- what's the -- what do I want to use -- diameter across the

5    hole on the tank?

6        A.   I could probably put my head through it.

7        Q.   Okay.

8        A.   So, I --

9        Q.   So, it's --

10       A.   It's pretty big, so --

11       Q.   That's pretty big ---

12            MR. JOSEPH:  You got a big head.

13   BY MS. BARTLEY:

14       Q.   You can put your head through it.  I was picturing

15   something like smaller.

16       A.   It's a big tank.  It's a big steel tank, metal tank.

17       Q.   It's a steel metal tank?

18       A.   Yeah.

19       Q.   Okay.  So, again, just your best estimate of how --

20   how many inches apart is that opening that you're -- that

21   you're filling with water?

22       A.   Maybe -- maybe close to a foot.

23       Q.   Okay.

24       A.   Maybe 9 or 9 to 10.

25       Q.   Nine to 10 inches?

Joseph Matthew Bray

```
 1        A.   Yeah.

 2        Q.   All right.  And you're filling that with a

 3   pressurized water hose?

 4        A.   Yes.

 5        Q.   Okay.

 6        A.   And they're connected to the tank.  I'm not holding

 7   it.

 8        Q.   You're not holding it?

 9        A.   No, we have --

10        Q.   So, how --

11        A.   We had a thing connected to the tank and the water

12   would come from the water tank into the metal and then fill it

13   up at the bottom.  And it'll be spinning and you just pour the

14   chemical in there.

15        Q.   So, you -- you would -- knowing that it had the

16   potential to splash, would you -- would you use your best

17   efforts to stand back then?

18        A.   Yeah, I'd try to stand back and lean and pour it in,

19   but it was -- it was so pressurized and the pressure in there

20   with the water was -- and it's like a fire hose, so it comes --

21   you can't hold it.  If you hold it, it'd lift you up off the

22   ground.

23        Q.   When you're out on a site, where's -- where -- what

24   are you hooking this up to, to get the water?

25        A.   We -- one truck carries a water tank on the back of
```

```
1   their truck, on the trailer.  And then the other truck carries

2   just the cleaning and stuff.

3       Q.   And then before you go out to the site, do you just

4   -- you've already loaded up with -- with the two and a half

5   gallon jugs of Roundup before you ever go out on the road, so

6   to speak?

7       A.   No.  We -- we load up.  We'll get out there on -- on

8   location, which would be like in the middle of the woods and we

9   park and then we load up.  You wouldn't load it in the parking

10  lots or anything like that at the hotel.  That's where we park

11  at night.  Because the skidders -- you couldn't move the

12  skidders off of -- they're so big you can't, you know, just

13  park them.  You have to leave them underneath the line.

14      Q.   Okay.  So, you've got a -- a special truck that comes

15  out with water?

16      A.   Uh-huh.  (Nods head affirmatively)

17      Q.   And then is there another truck that comes out with

18  the -- with the product?

19      A.   Yeah.  We fill our -- the back of our truck up with

20  the chemicals.

21      Q.   Okay.  All right.

22      A.   So, -- the jugs.

23      Q.   And so, you obviously -- how often does that -- when

24  you're mixing that tank, how often do you fell like you got

25  splashed?
```

Joseph Matthew Bratt

```
1        A.   All the -- every time.

2        Q.   Okay.  And when that's splashing you, where on your

3   body is that touching you?

4        A.   Usually my face and my -- and my -- and my chest.

5        Q.   Face and chest.  Okay.  And you're talking about when

6   that hose busts and -- and -- and you mentioned your face and

7   your clothes get splashed.  How often did that occur that a

8   hose would break?

9        A.   Oh, at least once every week.

10       Q.   Once a week?

11       A.   Yeah, sometimes more than that.

12       Q.   Okay.  And you mentioned your face.  Where -- where

13  else on your body would you get splashed if that -- if that

14  hose would break?

15       A.   Oh, you'd get soak and wet pretty much.

16       Q.   If the hose breaks, you get soak and wet?

17       A.   Until you -- because you're stuck in a cage and the

18  hose is -- is still connected to the PSI and it's just flapping

19  back and forth.  You have to tell the Operator to stop driving

20  just to get down and turn the machine off.

21       Q.   All right.  So, is -- does that generally only break

22  when you're in a cage, not when you're walking?

23       A.   Yeah.  Yeah, generally.

24       Q.   Okay.  And so, soaking wet; that's your shirt, that's

25  your face.  Anywhere else?
```

Joseph Matthew Blaff

1      A.    Yeah, your pants would get soaked and your boots.

2      Q.    Okay.

3      A.    Just different areas, basically your whole body gets

4  wet.

5      Q.    Okay.  And then you say at the -- the first occasion

6  was when you're spraying and the wind picks up --

7      A.    Uh-huh.  (Nods head affirmatively)

8      Q.    -- and -- and blows back on you.

9      A.    Yeah.

10     Q.    How often did that occur?

11     A.    Every day.

12     Q.    Okay.  And where on your body generally would you --

13 would you feel that?

14     A.    Everywhere you don't have protection, so my -- my

15 face, my mouth area and my -- and it would come back and get

16 stuck to my shirt.  It made my shirt wet and my pants.

17 Sometimes it would get on my hard hat and it would get so wet

18 up there, it would rain down like a -- like it was raining

19 basically.

20     Q.    Okay.  And when you got this on your skin, what did

21 it feel like?  What was texture of it?

22     A.    It was real sticky.

23     Q.    And you mentioned that you -- you always had Pinnacle

24 with it, right?

25     A.    Yeah.  But it was sticky without the Pinnacle.

Joseph Matthew Blair

```
1        Q.    Okay.  And so would you be able to estimate for me,

2   on the occasions when you would have the splash from mixing it,

3   how much -- how much got on your body?

4        A.    Maybe almost -- are you saying just like -- just

5   getting splashed on?

6        Q.    If you can, yeah.

7        A.    Maybe one to two gallons.

8        Q.    From the splash from mixing it?

9        A.    Oh, from the --

10       Q.    From --

11       A.    From the mixing it, it would be about maybe a gallon

12   and a half.

13       Q.    A gallon and a half?

14       A.    Yeah.

15       Q.    It would splash out on your -- onto your body --

16       A.    Yes.

17       Q.    -- when you were mixing it?

18       A.    Well, no.  A half a gallon, I'm sorry.

19       Q.    A half a gallon.

20       A.    A half a gallon, yeah.

21       Q.    Okay.  A half a gallon.  And then when -- when a hose

22   bust, how much is your best estimate of how much got on your

23   body?

24       A.    Oh, maybe two or three gallons.

25       Q.    Two to three gallons?
```

Joseph Matthew Blair

```
 1        A.    Yeah.

 2        Q.    And then just from the spray, like if the wind hit

 3   that, how much -- how much -- what's your best estimate of how

 4   much is on your body then?

 5        A.    Throughout the whole day or just one time when it --

 6   it poured down on me?

 7        Q.    Let's do for a day.

 8        A.    For a day, probably a gallon.

 9        Q.    And that's -- that's again, that's -- that's --

10   that's mixed with water?

11        A.    Yeah.

12        Q.    Okay.  And, of course, you're also, in terms of what

13   you're feeling on your skin, you're -- this is the summer

14   months, so you're sweating, --

15        A.    Yes.

16        Q.    -- right?  Okay.  Now, were there -- after any of

17   these instances where it got on your skin, were there any

18   instances where it caused any irritation on your skin?

19        A.    Yes.

20        Q.    Okay.  How often did that happen?

21        A.    Just once.

22        Q.    When did that occur?

23        A.    When the hose busted on my face.  It busted right

24   here, underneath my eyes, where I had my goggles.  And it made

25   all this turn real red and like real hard.  (Indicating)
```

```
 1       Q.   Did the hose actually touch your face?

 2       A.   No.

 3       Q.   Okay.

 4       A.   The water from the hose sprayed out of the hose --

 5       Q.   Okay.

 6       A.   -- and it hit me in my face.

 7       Q.   Okay.  So, it was just the -- the water from the hose

 8  or the product -- was there product in it?

 9       A.   Yeah, the product and the water.  Yeah, the mix.

10       Q.   Okay.  The mix hit your face?

11       A.   Yes.

12       Q.   Okay.  And so, you got redness underneath --

13  underneath your gog -- your goggles?

14       A.   Yes.

15       Q.   Okay.  How long did that redness last?

16       A.   Two days.

17       Q.   Two days?

18       A.   Uh-huh.  (Nods head affirmatively)

19       Q.   Okay.  And that's the only time you recall that your

20  skin actually became irritated?

21       A.   Yes.

22       Q.   Did you seek any medical attention afterwards?

23       A.   No.

24       Q.   Okay.  So, on these occasions where you actually

25  sprayed yourself or -- or got -- where the product got on
```

Joseph Matthew Byalik

```
 1    yourself, would there be any forms at the company that would

 2    reflect these instances where the product got on your body?

 3    So, --

 4         A.   No.

 5         Q.   Okay.

 6         A.   No.

 7         Q.   So, as an example, anytime you had to stop work to do

 8    a repair job, would there be like, an example, of a form where

 9    time was taken where you had to shutdown and complete the

10    repair work?

11         A.   Yes.

12         Q.   There would be a form reflecting that?

13         A.   I believe we would put it on a safety -- safety

14    sheet.

15         Q.   Safety sheet, okay.

16         A.   It would say downtime and we'll -- we'll put from

17    when it started until we finished and got back up to running.

18         Q.   Okay.  So, that downtime would be reflected anytime

19    that -- that hose broke?

20         A.   Yeah, but now we didn't put it every time it

21    happened, just at -- at, you know, once -- you know, if the

22    boss was right there, then we'll do it.  We would do it.

23         Q.   If the boss was or wasn't there?

24         A.   If he was -- if he was out there on the scene, he

25    would, you know, tell us to write it down and --
```

Joseph Matthew Blair

1    Q.   Okay.

2    A.   -- put it in the notes.  But if he wasn't out there,

3    we wouldn't put -- it wouldn't get wrote down.

4    Q.   Okay.  So, there were times that it occurred and you

5    didn't write it down?

6    A.   Yes.  My Operator didn't write it down.  Yes.

7    Q.   Okay.  So, how often was your boss on the scene when

8    you were working?

9    A.   Maybe once a -- once a week.

10   Q.   Okay.  What about would there be forms that would

11   reflect like when you had to purchase -- did you have go out

12   and buy a new hose, or did you -- would there be forms

13   reflecting that parts were purchased or exchanged to perform

14   those repairs?

15   A.   No, we'd have them already in our truck.

16   Q.   Okay.  What about did you ever fill out any kind of

17   incident or injury reports when -- when --

18   A.   No.

19   Q.   You never filled out anything like that?

20   A.   No.

21   Q.   Even after you had those meetings about concerns

22   about Roundup; did you ever fill out any kind of incident or

23   injury reports when you were sprayed with Roundup?

24   A.   No.  They told us not to worry about it because they

25   had a big meeting and the -- the higher ups told them there was

```
 1    nothing to worry about, --

 2         Q.   Okay.

 3         A.   -- so --

 4         Q.   So, who is they?

 5         A.   The -- Kyle Pimberton, the Supervisor, and the main

 6    guy, the General Manager, Ford Stinson.

 7         Q.   Okay.

 8         A.   And the guy who owns EDKO.  I don't know his name.

 9         Q.   Okay.  I'm going to follow up on that in just a sec.

10         A.   Okay.

11         Q.   Okay.  So, I'm just going to run down a list of some

12    other products and ask you if you recall ever using these,

13    okay?

14         A.   Okay.

15         Q.   Have you ever used a product called Eraser?

16         A.   No.

17         Q.   Buccaneer?

18         A.   No.

19         Q.   Envy?

20         A.   No.

21         Q.   Halex GT?

22         A.   No.

23         Q.   Flexstar GT?

24         A.   No.

25         Q.   Credit 41 Extra?
```

Joseph Matthew Blair

```
1       A.   No.

2       Q.   Tomahawk?

3       A.   No.

4       Q.   Okay.  Did the folks at EDKO every try generic

5  glyphosate products?  Generic Roundup basically?

6       A.   No, not while I was there.

7       Q.   Okay.  All right.  So, now we're going to turn our

8  attention to your medical history, your health history, okay.

9       A.   Okay.

10       Q.   So, I'm going to rundown a list of some medical

11  conditions and ask you if you've ever been diagnosed with them,

12  okay.

13       A.   Okay.

14       Q.   Well, first of all, did you ever have any serious

15  health conditions as a -- like a child, a teenager, or a young

16  adult, obviously other than your lymphoma?

17       A.   No.

18       Q.   Okay.  Did you ever have any prior cancers before

19  your lymphoma?

20       A.   No.

21       Q.   Okay.  Have you ever been diagnosed with any immune

22  deficiency disorders?

23       A.   No.

24       Q.   So, that could include, for example, like HIV, AIDS,

25  Lupus, colitis, or Crohn's Disease?
```

Joseph Matthew Blair

```
 1        A.   No.

 2        Q.   Okay.  You ever been diagnosed with Rheumatoid

 3    Arthritis?

 4        A.   No.

 5        Q.   Been diagnosed any other auto immune disease that you

 6    know of?

 7        A.   No.

 8        Q.   Okay.  Celiac Disease?

 9        A.   No.

10        Q.   Ulcers?

11        A.   No.

12        Q.   Eczema?

13        A.   No.

14        Q.   Psoriasis?

15        A.   No.

16        Q.   Hashimoto's Thyroiditis?

17        A.   No.

18        Q.   An organ transplant?

19        A.   No.

20        Q.   Okay.  A stem cell transplant?

21        A.   No.

22        Q.   Have you ever taken, other than with your lymphoma

23    potentially, any immunosuppresant medications?

24        A.   No.

25        Q.   Diabetes?
```

Joseph Matthew Blair

```
 1        A.   No.

 2        Q.   Epstein-Barr virus which is also known as

 3   mononucleosis?

 4        A.   No.

 5        Q.   Okay.  Hepatitis B?

 6        A.   No.

 7        Q.   Hepatitis C?

 8        A.   No.

 9        Q.   Have you ever struggled with obesity?

10        A.   No.

11        Q.   Have you ever been diagnosed with sleep apnea?

12        A.   No.

13        Q.   Inflammatory Bowel Disease?

14        A.   No.

15        Q.   Other than an occasional x-ray, have you ever been

16   exposed to radiation in your lifetime?

17        A.   No.

18        Q.   Do you have any medication allergies?

19        A.   No.

20        Q.   Do you know if you've ever had cysts, skin lesions or

21   benign tumors?

22        A.   No.

23        Q.   Have you ever had an adverse reaction to a vaccine?

24        A.   No.

25        Q.   Okay.  Now, have you ever had any hospitalizations,
```

Joseph Matthew Blair

1    prior to your lymphoma diagnosis?

2         A.   No.

3         Q.   There was a -- I saw records in your medical records

4    to a Quick Care.  Is that an urgent care place?

5         A.  Yeah.

6         Q.   Okay.  So, there was a -- you had some stomach pain,

7    diagnosed with Diverticulitis; is that right?

8         A.   Yeah, but I -- I don't think that was true.

9         Q.   You don't think you had Diverticulitis?

10        A.   No.

11        Q.   Okay.  What do you think the stomach pain was?

12        A.   I think it was something I ate.

13        Q.   Okay.

14        A.   Because they didn't -- at the hospital, didn't -- it

15   wasn't really a good hospital.

16        Q.   It was a what?

17        A.   It wasn't a good hospital.

18        Q.   Okay.

19        A.   I wanted to get out.  I think they were just trying

20   to get me out of there.

21        Q.   All right.  So, did you follow up with any physician

22   after that -- after that visit?

23        A.   No, I never had any more problem.

24        Q.   All right.  Are you currently -- strike that.  In

25   terms of your diet, is there anything that you can't eat or

Joseph Matthew Blair

```
 1   don't eat?

 2        A.   No.

 3        Q.   Okay.  And just generally how would you describe your

 4   diet?

 5        A.   Just -- I usually just eat chicken --

 6        Q.   Okay.

 7        A.   -- and that's it.

 8        Q.   Do you eat red meat than at all?

 9        A.   Yeah, sometimes, like a burger or something.

10        Q.   How often do you eat red meat?

11        A.   Like once a week.

12        Q.   Are you an alcohol drinker?

13        A.   No.

14        Q.   Not at all?

15        A.   No.

16        Q.   None?

17        A.   None.

18        Q.   Okay.  Have you ever smoked tobacco?

19        A.   No.

20        Q.   Okay.  So, have you ever used any other tobacco

21   products?

22        A.   No.

23        Q.   Do you smoke marijuana?

24        A.   No.

25        Q.   Have you ever?
```

Joseph Matthew Blair

```
 1        A.   No.

 2        Q.   Okay.  Have you ever used illegal drugs?

 3        A.   No.

 4        Q.   Have you ever had used legal drugs for a purpose

 5   other than intended?

 6        A.   No.

 7        Q.   Okay.  Do you currently take any prescription

 8   medications?

 9        A.   No.

10        Q.   How often to you get infections?  And that could be

11   sinus infections, ear infections, upper respiratory infections?

12        A.   Never.

13        Q.   Something -- is that anything you're prone to?

14        A.   No.

15        Q.   Okay.  Did you ever have Hepatitis A?

16        A.   No.

17        Q.   Okay.  Okay.  So, I'm going to ask you a -- just a

18   few questions about your family medical history.  And so these

19   questions would be limited to your biological relatives, just

20   your blood relatives, right.

21        A.   Yes.

22        Q.   So, stepmom, none of that counts, right.

23        A.   Yeah.

24        Q.   Do you know anyone in your family medical history, in

25   your family, that has had heart disease?
```

Joseph Matthew Blair

```
 1        A.    No.

 2        Q.    Any congenital disorders?

 3        A.    No.

 4        Q.    A skin disease?

 5        A.    No.

 6        Q.    Any developmental issues?

 7        A.    No.

 8        Q.    So, that could be Autism or anything like that?

 9        A.    Yeah.  No.

10        Q.    Okay.  Now, anyone that's a blood relative ever have

11   any form of cancer?

12        A.    No.

13        Q.    Okay.  And if you don't know the term, that's fine.

14   Do you have -- do you have any kind of Ashkenazy ethnic

15   background?

16        A.    What is that?

17        Q.    It -- it's just a --

18        A.    No.

19        Q.    Okay.  All right.  And your father's name is ████

20   ████, right?

21        A.    Yes.

22        Q.    And is he -- he's still living?

23        A.    Yes.

24        Q.    Okay.  And you've given me his address.  What's his

25   health currently like?  Does he have any significant health
```

Joseph Matthew Blair

1    issues?

2        A.   No.

3        Q.   Okay.  And you said he's never had any form of

4    cancer.  Has he ever had any health conditions related to his

5    immune system?

6        A.   No.

7        Q.   And is he someone that you talk with and share

8    information about your -- your health?

9        A.   Yes.

10       Q.   Okay.  And would he have ever attended any of your

11   medical appointments with you?

12       A.   Yes.

13       Q.   Okay.  And ███ was -- is your stepmother, right?

14       A.   Yes.

15       Q.   Okay.  And --

16       A.   My real mom's name is ███ too though.

17       Q.   Oh, okay.  So, let me ask you just about your -- your

18   stepmother first.

19       A.   Okay.

20       Q.   Would -- would your stepmother be someone that you

21   shared information with about your health?

22       A.   Yes.

23       Q.   And would she have attended any medical appointments

24   with you?

25       A.   No.

Joseph Matthew Blair

```
1        Q.   Okay.  Now, your -- your biological mother; what's

2   her current address?

3        A.   Oh, somewhere in Shreveport.  I'm not too sure.

4        Q.   Okay.

5        A.   ████████████.

6        Q.   Okay.  Does your mother, your biological mom, the --

7   your mother, ████ --

8        A.   Yeah.

9        Q.   -- your biological mom, ████ does she have any

10  significant health issues?

11       A.   No.

12       Q.   Okay.  And has she ever had any -- you said she's

13  never had cancer.  Did she ever have any conditions related to

14  her immune system?

15       A.   No.

16       Q.   How often do you see or talk to your mom -- your

17  biological mom?  I don't mean to diminish her by calling her

18  your biological mom.

19       A.   Yeah.

20       Q.   I know she's your mom but --

21       A.   I talk to her maybe twice a week.

22       Q.   Twice a week, okay.  And is she someone that you talk

23  to about your health conditions?

24       A.   No.

25       Q.   You don't really talk -- share that with her?
```

Joseph Matthew Blair

```
 1        A.   No.  She -- she worries too much, --

 2        Q.   Okay.

 3        A.   -- so --

 4        Q.   And would she have attended any medical appointments

 5   with you?

 6        A.   Yeah.  She attended my first doctor appointment where

 7   they told me I had cancer.  She never came -- I never let her

 8   come back to any other ones.

 9        Q.   Is there a reason for that?

10        A.   Because of how she acted.

11        Q.   How did she act?

12        A.   Oh, she just cried.

13        Q.   Okay.

14        A.   And I didn't that, so --

15        Q.   So, she -- she attended that meeting where you were

16   told your diagnosis?

17        A.   Yeah.

18        Q.   And your mother was there, okay.  Okay.  Now, you

19   mentioned -- I wanted to follow up.  You have a brother and a

20   sister, right?  Are those the only two siblings?

21        A.   No.  I have two brothers and three sisters.

22        Q.   Okay.  So, only one brother and one sister are

23   currently living with you?

24        A.   Yes.

25        Q.   Okay.  So, we talked about mad -- ████████ and I'm
```

Joseph Matthew Blair

```
 1    trying to get back to that page.

 2         A.    ████████

 3         Q.    ████████████████████    Now, they're pretty young.  Are

 4    -- are either of them ones that you've shared information with

 5    about your health?

 6         A.    No.

 7         Q.    And would either of them have attended any medical

 8    appointments with you?

 9         A.    No.

10         Q.    Did either of -- are they biological relatives, as

11    opposed to your stepmom's kids?

12         A.    Yeah, they're my stepmom's.  They're half brothers

13    and half sisters.

14         Q.    Half brothers, okay.  So, do either of them have any

15    significant health issues?

16         A.    No.

17         Q.    Okay.  And then I apologize.  I don't remember what

18    you said.  You have another brother?

19         A.    Yes.

20         Q.    And what's your other brother's name?

21         A.    ██████

22         Q.    ██████

23         A.    ██████

24         Q.    ██████

25         A.    Yeah.  ████████████████
```

```
 1        Q.   Okay.  And is he a blood relative?

 2        A.   Half.

 3        Q.   Half, okay.  And how old is ███?

 4        A.   14.

 5        Q.   14, okay.  So, where does ███ live then?

 6        A.   With my mother.

 7        Q.   With mom, okay.  And so is ███someone that you

 8   would have shared information with about your health?

 9        A.   No.

10        Q.   Would ███ have attended any medical appointments?

11        A.   No.

12        Q.   And does ███ have any significant health issues?

13        A.   No.

14        Q.   Okay.  And then you have two other sisters?

15        A.   Yes.

16        Q.   Okay.  What's your -- the next sister's name?

17        A.   ███

18        Q.   And how old is ███?

19        A.   She is 23.

20        Q.   23.  And is ███ a full or a half --

21        A.   A full.

22        Q.   A full, okay.  And where does ███ live?

23        A.   With my mom.

24        Q.   Okay.  Does ███ have any significant health

25   issues?
```

```
 1       A.   No.

 2       Q.   And -- and then what's your other sister's name?

 3       A.   █████████

 4       Q.   ████████

 5       A.   Yes.

 6       Q.   And is she a full sister?

 7       A.   No, half.

 8       Q.   Okay.  And where does she live?

 9       A.   With my mother.

10       Q.   Okay.  And how old is ████████?

11       A.   18, 19.

12       Q.   Okay.  And does ████████ have any significant health

13  issues?

14       A.   No.

15       Q.   Okay.  Now, do ████████ -- would ███████████████████,

16  would they be someone that you share information with about

17  your health?

18       A.   ████████.

19       Q.   ████████ you talk to?

20       A.   Yeah.

21       Q.   Okay.  And would ████████ or ████████ have ever attended

22  any medical appointments with you?

23       A.   ████████.

24       Q.   ████████, okay.  So, ████████ is someone that you talk to

25  about this stuff with then?
```

Joseph Matthew Blair

```
 1        A.    Yes.

 2        Q.    Okay.  What appointments would ▮▮▮▮ have gone to

 3   with you?

 4        A.    The same one my father went to.  I had to have -- oh,

 5   I can't -- I can't remember what it's called, a spinal -- a

 6   spinal tap, where they -- where they hammer the thing into your

 7   spine and get a chip -- chip off a piece of your bone.

 8        Q.    What was the purpose of that?

 9        A.    To make sure -- oh, it was bone marrow -- it was to

10   make sure I didn't have cancer in my bones.

11        Q.    Okay.  A -- a biopsy?

12        A.    Yeah.

13        Q.    And so your father and Jordan went to that one with

14   you?

15        A.    Yes.

16        Q.    Okay.  All right.  Now, what about any aunts or

17   uncles left -- well, let me go -- let me just go back to the

18   siblings.  Do you have any siblings -- do any siblings have any

19   immune deficiency conditions?

20        A.    No.

21        Q.    Okay.  Aunts and uncles; do you have any aunts and

22   uncles with any immune system deficiencies?

23        A.    No.

24        Q.    Okay.  Any aunts and uncles that you talk to about

25   your health?
```

Joseph Matthew Blair

```
 1        A.   No.

 2        Q.   Any aunts and uncles attend medical appointments with

 3   you?

 4        A.   No.

 5        Q.   Okay.  Grandparents.  What about the medical

 6   histories of your grandparents; are your grandparents still

 7   living?

 8        A.   Yes.

 9        Q.   All four of them?

10        A.   Yes.

11        Q.   Okay.  Any of grandparents have any immune deficiency

12   -- any immune diseases?

13        A.   No.

14        Q.   Okay.  What about any other notable health conditions

15   of your grandparents?

16        A.   No.

17        Q.   Okay.  Do any of your grandparents have any knowledge

18   relevant to your medical condition?

19        A.   Yes, my grandmother.

20        Q.   Which grandmother?

21        A.   My mom's mom.

22        Q.   Mom's mom.  What's her name?

23        A.   ████████████

24        Q.   I'm sorry, her last name.  ████████ --

25        A.   -- ████
```

Joseph Matthew Blair

```
1      Q.   ████████
2      A.   Yes, ma'am.
3      Q.   Okay.  So, you share information with her?
4      A.   Yeah.
5      Q.   Did she go to any medical appointments with you?
6      A.   Yes.
7      Q.   What appointments did she go to?
8      A.   My CAT Scans.
9      Q.   CAT Scans?
10     A.   My PET Scan.
11     Q.   PET Scans.  Okay.  And where does ████████████ live?
12     A.   Florida.
13     Q.   And what is ████████ last name?
14     A.   ████████
15     Q.   Where in Florida does your grandmother live?
16     A.   I'm not too sure.
17     Q.   Okay.  All right.  So, do you have any other
18  illnesses or medical conditions that we haven't already
19  discussed?
20     A.   Recently or -- well, I have a thyroid -- a problem
21  with my thyroid because of radiation.
22     Q.   Okay.  So, you currently have a problem with your
23  thyroid because of your -- the radiation that you got from your
24  lymphoma?
25     A.   Yes.
```

Joseph Matthew Blair

```
 1        Q.    Okay.  Tell me what about you're -- what you're

 2   experiencing?

 3        A.    Just hard -- having a hard time losing weight.

 4        Q.    Okay.  So, did you see a doctor who told you that it

 5   was your thyroid?

 6        A.    My doctor, Patel.

 7        Q.    Okay.  When did you get the news that -- that you had

 8   a problem with your thyroid?

 9        A.    Six months ago.

10        Q.    Okay.  Did he run some tests to determine that your

11   thyroid was not working properly?

12        A.    Yeah, my blood -- some blood tests.

13        Q.    Blood tests?

14        A.    Yeah.  He said my levels were not normal or where

15   they were suppose to be.

16        Q.    Okay.  And did he recommend any treatment for that?

17        A.    He did, he -- he told me to try some -- a month's

18   supply of pills.

19        Q.    Try one month's supply of pills?

20        A.    Yes, ma'am.

21        Q.    And did you do that?

22        A.    Yes, ma'am.

23        Q.    And what -- what did you experience?

24        A.    Nothing.

25        Q.    It didn't help?
```

```
1      A.   Not that I know of.

2      Q.   Okay.

3      A.   I have a checkup coming up, so I'll find out.

4      Q.   Okay.  When is that checkup?

5      A.   Should be sometime next month or this month.

6      Q.   Do you know the date?

7      A.   No, ma'am.

8      Q.   Okay.  Anything else, in terms of any other illnesses

9  or medical conditions, that you're -- that you're experiencing?

10     A.   No.

11     Q.   Okay.  Who was your main or primary health care

12  provider prior to the lymphoma diagnosis?

13     A.   I didn't have one.

14     Q.   Okay.  So, did you have any doctors that you saw on

15  a regular basis prior to lymphoma?

16     A.   No.

17     Q.   Okay.  And then are there any doctors that you see on

18  a regular basis now?

19     A.   No.

20     Q.   And so, on your Plaintiff's Fact Sheet you've listed

21  Dr. Katz and Dr. Patel.  And those are both Oncologists, right?

22     A.   Yes, ma'am.

23     Q.   So, are there any new providers that you've seen

24  recently related to your lymphoma?

25     A.   No.
```

Joseph Matthew Blair

1    Q.   Okay.  All right.  So, I just want to quickly walk

2  through your -- your diagnosis and your treatment of your

3  lymphoma.  You indicated on your Fact Sheet that first started

4  experiencing symptoms in the summer of 2018; is that right?

5    A.   Yes.

6    Q.   In the summer?

7    A.   Yes.

8    Q.   Okay.  And what were the symptoms that you

9  experienced?

10   A.   I would wake up every hour and have to pee.

11  Sometimes I'd pee on myself.  I would always, you know, no

12  matter what time I went to sleep; if I went to bed at like, say

13  3:00 in the afternoon and woke up at 7:00 in the morning and go

14  to work, I was always tired.  I felt like I never got sleep.  I

15  gained a lot of weight.  And I -- and I started snoring really

16  loud.  I couldn't really breathe in my sleep.  It got to a

17  point where I couldn't have a roommate.

18   Q.   Okay.

19   A.   And I was like just physically drained all the time.

20   Q.   Okay.  So, how long was it before you decided to go

21  see a doctor about your symptoms?

22   A.   About eight months.

23   Q.   Do you -- did the doctor order some tests when you

24  went to see him?

25   A.   No, he told me that I had a -- he thought that my --

Joseph Matthew Blair

```
 1    my tonsils was -- are infected.  And so, he told me I needed

 2    surgery to get them removed.

 3         Q.   Actually, step back.  Who is the first doctor that

 4    you saw?

 5         A.   Whit -- Whitkins.

 6         Q.   Watkins?

 7         A.   Watkins, yeah.  Something like that.

 8         Q.   Something like that, okay.  And he thought it was

 9    tonsils first?

10         A.   Yes.

11         Q.   Okay.  And so, did you have your tonsils removed?

12         A.   Yes.

13         Q.   And then what happened after that?

14         A.   He called me on a Friday, after I had my tonsils

15    removed and he told me that I needed to come in Monday.  And

16    then I -- I came in and he told me that they found -- they ran

17    tests on my tonsils and found out it was cancer.

18         Q.   Okay.  Did they run some additional tests after that?

19         A.   Yeah.  I had to take PET Scans and CAT Scans and

20    blood work and everything like that.

21         Q.   Among those tests, to your knowledge, did they ever

22    run any type of genetic tests?

23         A.   I'm not too sure.

24         Q.   Okay.  And so, do I understand that you were

25    diagnosed with lymphoma in November of 2018?
```

Joseph Matthew Blair

```
1       A.   Yes.

2       Q.   And do you know which doctor made the diagnosis?

3       A.   Dr. Whitkin -- or Watkins.

4       Q.   Watkins, okay.

5       A.   Yeah.

6       Q.   All right.  Now, did anyone ever tell you what

7  subtype of non-Hodgkin's lymphoma you had?

8       A.   All I know is B-cell Lymphoma --

9       Q.   B-cell?

10      A.   -- non-Hodgkin's.

11      Q.   Okay.  Now, did any doctor or any health care

12 provider ever discuss with you the stage of your illness at the

13 time that you were diagnosed?

14      A.   Yeah, I was at a Stage 2.

15      Q.   Okay.  And what was your understanding of what that

16 meant?

17      A.   That -- I -- I could -- it was pretty bad.  It was --

18 it wasn't as bad as it could get but it was pretty bad.

19      Q.   All right.  So, did any health care provider make any

20 statements to you about your prognosis at the time you were

21 diagnosed?

22      A.   What do you mean?  Can you say it --

23      Q.   Well, --

24      A.   Can you like reword it?

25      Q.   Yeah.  So, at the time that you were diagnosed, when
```

Joseph Matthew Blair

```
 1   they -- when they first told you that you had it, what did they
 2   tell you about your prospects, about what your future looked
 3   like, your prognosis?  What did they tell you about your --
 4   your chances?
 5       A.   Oh, they said that -- that since I was so young, they
 6   -- they really didn't -- haven't seen anybody with this type of
 7   cancer and they really couldn't tell, you know, me anything.
 8   They said I was at risk for -- with just being so young and
 9   going through chemo, I was at risk for different types of
10   cancer down the line.
11       Q.   Okay.
12       A.   And there was no guaranty that the chemo and
13   radiation would get rid of my cancer.  It could come back.
14       Q.   Okay.  So, did any physicians ever tell you what the
15   cause of your lymphoma was?
16       A.   Yes.
17       Q.   Okay.  What told you what the cause of your lymphoma
18   was?
19       A.   Both of my doctors.  They didn't just come out and
20   say it.  They, you know, kind of hinted -- hinted it to -- to
21   me.  They asked what I did for a living because they were
22   curious because I was so young.  And they -- they said they'd
23   never seen anybody with that type of cancer before.  And I told
24   them.  And when they found out that I, you know, did -- that I
25   sprayed weed -- weed killers and killed trees.  And then they
```

Joseph Matthew Blair

```
 1    -- they -- they told me that if it was him, he would -- he

 2    would go see a lawyer.

 3         And then the other one told me have you heard about the

 4    lawsuit that was going on with that.  And he said I can't say

 5    nothing because legal reasons he said, but you -- you get --

 6    you'll catch my drift, you know.

 7         Q.   Okay.  So, you said both of your doctors hinted at

 8    it.  Which two doctors are you referring to?

 9         A.   Katz and Patel.

10         Q.   Okay.  So, which one said if it was him I'd go see a

11    lawyer?

12         A.   Patel.

13         Q.   Okay.  And which one said have you had about that

14    lawsuit, I can't say anything because of legal reasons?

15         A.   Dr. Katz.

16         Q.   Okay.  And so, neither of them, if I understand

17    right, came out and said I think Roundup caused your cancer; is

18    that correct?

19         A.   Not -- not to me.  I don't -- I don't -- did Dr. Katz

20    send a -- yeah, I think Dr. Katz ended up saying something

21    after he -- he was hired as a -- one of the per -- people -- I

22    can't -- don't remember the name of it.

23         Q.   Expert?

24         A.   Yeah, expert witness.  Yeah, one of those.

25         Q.   So, your understanding is that -- that Dr. Katz was
```

1    retained as an expert who will testify that --

2         A.   Yes.

3         Q.   -- that he believes that Roundup caused your cancer?

4         A.   Yes.

5         Q.   Okay.

6              MR. JONES:  Off the record.

7              VIDEOGRAPHER:  Going off the record.  The time

8    is 11:17 AM.

9              (At this time a recess was had from

10             11:17 AM to 11:31 AM)

11             VIDEOGRAPHER:  We're back on the record at 11:31

12   AM.

13   BY MS. BARTLEY:

14        Q.   At what point did you come to believe that your

15   lymphoma may be caused by Roundup?

16        A.   As soon -- well, about a day after I found out.

17        Q.   About a day after you found out what?

18        A.   That I had cancer and what type of cancer.  I looked

19   up what type of cancer I had and I read the -- everything.  And

20   I got to the point where it says commonly found in 60-year-old

21   men and that -- unless you had been exposed to high -- to high

22   quantities of weed killer.  And I said, well, that's what I do

23   for a living and so I was like --

24        Q.   And in your earlier testimony through your worker's

25   comp matter, you testified about a couple of meetings that held

Joseph Matthew Blair

```
1    at -- at EDKO.  The first one was you -- you talked about

2    coming back from Arkansas --

3         A.   Yeah.

4         Q.   -- and said you had all seen a commercial about

5    Roundup and then it was discussed at a meeting at work.  You --

6    you talked -- you said that they had had a meeting with AEP.

7    Can you tell me what AEP stands for?

8         A.   That's a -- the -- electr --

9              MR. JONES:  American Energy Producers.  It's a

10   --

11        A.   Electric Power Company.

12             MR. JONES:  -- a conglomerate that retained

13   EDKO.  They're the big utility that has the right-of-ways that

14   EDKO retains --

15             MS. BARTLEY:  Technically one of their clients?

16             MR. JONES:  Yes.

17             MS. BARTLEY:  Okay.  All right.

18             MR. JONES:  AEP provides utility service

19   throughout the three-state area.

20             MS. BARTLEY:  Okay.

21        A.   EDKO is contracted through AEP, so AEP is their boss.

22   BY MS. BARTLEY:

23        Q.   Okay.  Did anyone, other than the folks that we've

24   already discussed, -- were there any other folks that went with

25   you to any medical appointments, other than people we've
```

Joseph Matthew Blair

```
 1    already talked about?

 2        A.   My wife did.  I don't believe I said her --

 3        Q.   Okay.

 4        A.   -- but I -- I don't remember.  But yeah, my wife did.

 5    And have two cousins that came and ██████████, the guy I

 6    worked with.  He was my roommate at the time.

 7        Q.   Were there any specific appointments that your wife

 8    went to or did she go to numerous appointments?

 9        A.   I think she went to two.

10        Q.   Two appointments.  Which appointments did she go to?

11    Do they stand out for you?

12        A.   I think she went to the CAT Scan one with my

13    grandmother.  And I think there was another one, just a little

14    checkup.

15        Q.   Okay.  And your two cousins; what are their names?

16        A.   ██████████████████.

17        Q.   ███████?

18        A.   Yes, ma'am.

19        Q.   ██████████████████?

20        A.   Yes, ma'am.

21        Q.   Okay.  And where does ████████ live?

22        A.   In Bossier City.

23        Q.   Okay.  And which appointments would he have gone to?

24        A.   The appointment -- the appointment I had where I had

25    to do a bone marrow test again.  Because I was so young, they
```

Joseph Matthew Blair

```
 1    couldn't hammer the thing in my bone, so they had to put me to

 2    sleep.

 3         Q.   Okay.

 4         A.   So, I had to have another one.

 5         Q.   All right.  And who was the other cousin you

 6    mentioned?

 7         A.   ██████████████

 8         Q.   I'm sorry.  What was ████████ last name?

 9         A.   ███████

10         Q.   How do you spell ██████?

11         A.   ██████████

12         Q.   Okay.

13         A.   I think.

14         Q.   And what appointments did ██████ go with you to?

15         A.   A chemo treatment.

16         Q.   Just one?

17         A.   Yes, ma'am.

18         Q.   Okay.  And where does ██████ live?

19         A.   Nacogdoches.

20              MS. BARTLEY:  I'm going to trust that our Court

21    Reporter knows how to spell that.

22         A.   Yeah, that's -- I don't know how to spell it.

23    BY MS. BARTLEY:

24         Q.   Okay.  And ██████████████; what appointments did he

25    go with --
```

Joseph Matthew Blair

```
 1        A.   The same --

 2        Q.   -- go with you to?

 3        A.   The same one ██████████ went to.

 4        Q.   Okay.  And then you had earlier testified, in your

 5   other transcript, in your other deposition, that your treatment

 6   that was prescribed was three chemotherapy cycles and then it

 7   was either 15 or 18 radiation treatments.  Is that right?

 8        A.   Yes.

 9        Q.   Okay.  Do you remember for sure, at this point,

10   whether it was either 15 or 18 radiation?

11        A.   No.

12        Q.   Okay.  Any other treatment that was recommended for

13   your lymphoma that you recall at this time?

14        A.   No.

15        Q.   Okay.  And what can you tell me about how -- how --

16   how you tolerated your treatment?

17        A.   The first time, well, the chemo -- the first

18   treatment was horrible.  I had the worst feeling ever I felt in

19   my life.  It was really painful.  I end up getting a staph

20   infection in my lip.  I had to stay in the hospital for a week,

21   maybe four or five days.  I almost -- they said I could have

22   died or almost died from that infection.

23        Q.   And that hospital was?

24        A.   Willis-Knighton Bossier City.

25        Q.   All right.
```

Joseph Matthew Blair

1    A.   But they end up getting a little bit better, less

2  painful than the first one.  The first one I was throwing up.

3    Q.   Okay.

4    A.   You know, I could really feel my body tearing down.

5  I -- I guess I just got use to it a little bit.

6    Q.   Okay.

7    A.   And -- but it -- it was still very painful.

8    Q.   All right.

9    A.   My --

10    Q.   Now, --

11    A.   The radiation; I had a lot of sore throat.  I

12  couldn't swallow.  My mouth was real dry.  I also had another

13  infection.  It was in my tooth -- or my wisdom tooth.  I

14  couldn't do nothing about it.  They said I had to basically

15  just keep going.  They said there's nothing I could take due to

16  radiation.  Both doctors said that they'd -- they'd never seen

17  that before happen either, but they said I've also -- I'm also

18  the youngest person they've ever seen with.  So, they didn't

19  know what to expect.  He said the tooth thing was really

20  uncommon.

21    I ended up going back to see Dr. Wilkins -- Whitkins --

22    Q.   Watkins?

23    A.   Watkins.  He basically told me there was really

24  nothing they could do -- or he could do.  He told me just to --

25  just to pray that the infection didn't spread towards my jaw.

```
1        Q.   Okay.

2        A.   And luckily it didn't, but it was very painful.  But

3    other than that, I had problems with chewing, swallowing,

4    headaches, just soreness around my throat area.

5        Q.   And so, when -- when was the last test or scans

6    relate to your lymphoma that you had performed?

7        A.   Six months ago.

8        Q.   And what tests did you have performed six months ago?

9        A.   A CAT Scan and a blood -- blood test.

10       Q.   And what was the results of the CAT Scan?

11       A.   Everything looked fine.

12       Q.   And when they said everything look fine, can you be

13   more specific?  Did they -- did they see anything?

14       A.   They said they didn't see anything.  I'm good.  I was

15   pretty good.  You know, looked good, looked great.

16       Q.   Did they use the word remission or metabolic response

17   or anything like that?

18       A.   Yeah, they said I'm in -- I still got five -- I'm --

19   I'm five years in to remission -- or I got five years before

20   remission and I'm only like a year -- a year or two in to it.

21   So, --

22       Q.   Now, what did they say about five years?

23       A.   Oh, they -- they just said everything looked good.

24   They didn't say anything about it.  They just -- I just know I

25   was in five-year remission, after the treatment, the radiation
```

1   treatment, that's when it started.  But he said everything

2   looked great.

3        Q.   So, they said five years after the end of your

4   treatment what?

5        A.   That I -- that that's when my remission started or I

6   guess that's when the -- the, you know, five-year remission

7   starts.

8        Q.   They said if you make it to five years after the end

9   of your treatment --

10       A.   -- then you should be good.  It shouldn't come back

11   at all.

12       Q.   Okay.  And you have --

13       A.   Yeah.

14       Q.   And you are how far along now?

15       A.   I believe two years.

16       Q.   Okay.

17       A.   But I have to go get checked up every -- every --

18   twice a year.

19       Q.   Okay.  And so right now they want -- they have you

20   coming back twice a year?

21       A.   Uh-huh.  (Nods head affirmatively)

22       Q.   Okay.  So, if we -- I'm going to mark as Exhibit

23   Number 6, that record from -- from six months ago.  So, -- so,

24   this is that record from six months ago.  Do you see in the

25   upper left-hand corner where the Attending Physician is listed

Joseph Matthew Blair

```
 1   as Dr. Patel?

 2              (Exhibit 6 marked for identification)

 3        A.   Yes.

 4   BY MS. BARTLEY:

 5        Q.   And about an inch or so below that, the date of

 6   October 1st of 2020?

 7        A.   Yes.

 8        Q.   And so that would be a little more than six months

 9   ago, right?

10        A.   Yes.

11        Q.   And so what prompted this visit six months ago?

12        A.   Because I had -- I had just gotten Medicaid --

13        Q.   Just got --

14        A.   -- and I hadn't been back since I completed

15   treatment.

16        Q.   Okay.

17        A.   And I called to try to get back on track and go to my

18   meeting now that I had insurance.

19        Q.   Okay.  And then if you'll jump down to about halfway

20   down the page, do you see a heading kind of in bold, it says:

21   Reason For Visit?

22        A.   Yes.

23        Q.   Okay.  And it reads:  The patient returns for

24   scheduled follow up, his first since January of 2019.  That's

25   correct, right?
```

Joseph Matthew Blair

1      A.   Yes.

2      Q.   And it says:  He feels well today.  No complaints, no

3   fevers, nausea or fatigue.  That's consistent with what you

4   said earlier, right?

5      A.   Yes.

6      Q.   Okay.  And then jump down about two inches, under

7   where it says Review of Systems.  See that in bold?

8      A.   Okay.

9      Q.   And it says:  A 12-point review of systems was

10  obtained and is otherwise negative except for the following

11  pertinent positives.  No complaints today.  Is that -- is that

12  accurate?

13     A.   Yes.

14     Q.   Okay.  And then under -- down -- the last line on the

15  bottom, Musculoskeletal Examination reveals no acutely inflamed

16  joints, right?

17     A.   Yes.

18     Q.   So, the issue that you were having earlier, like when

19  you were working at UPS, symptoms of the joints, that's no

20  longer happening; is that right?

21     A.   No.

22     Q.   Okay.  And then under Lab Values, I don't see any

23  reference here to the issue with your thyroid on this

24  particular record.  Did you talk to -- did you see Dr. Patel

25  about your thyroid?

Joseph Matthew Blair

```
 1        A.   Yes, I ended up calling him.  He brought it up to me

 2   this meeting.  And then he said he was going to issue me pills.

 3   And I ended up calling him about two -- two weeks later because

 4   I didn't receive a call back on pills.  And he said he forgot,

 5   so he issued me pills that same day.

 6        Q.   Okay.  So, but this record, I don't see any reference

 7   to it -- to -- to any complaints leading to a discussion about

 8   your thyroid?

 9        A.   Yes, ma'am.  He came in and told me that everything

10   looked good except my thyroid level was at 5 and it was suppose

11   to be at a 4.

12        Q.   Your thyroid was at a 5 rather than a 4?

13        A.   Yes, ma'am.

14        Q.   Okay.  All right.  And under the Recommendation and

15   Plan, here it indicates that he informed you that there was no

16   evidence of a lymphomatous process.  And -- and you understood

17   that to mean what?

18        A.   That there was no cancer found.

19        Q.   Okay.  And that he asked you to come back in about

20   six months.  And so that would be, roughly, April or this

21   month, right?

22        A.   Yes.

23        Q.   And -- and that was -- that's consistent with what

24   you said that you've got an appointment coming up, right?

25        A.   Yes.
```

1      Q.   Okay.  And so, do I -- do I understand that you also
2   -- did you also see Dr. Katz six months ago?
3      A.   Yes, I -- I think the day before or the same day.
4      Q.   Okay.  So, there would be another record somewhere
5   with Dr. --
6      A.   Yeah.  I seen Dr. Katz first.
7      Q.   You saw Dr. Katz first?
8      A.   Yeah.
9      Q.   Okay.  Very good.  So, how did you find your lawyers
10  in -- in this lawsuit?
11     A.   My stepmom.
12     Q.   Your stepmom?
13     A.   Yeah.
14     Q.   And how did that come about?
15     A.   She had a friend that told her to try him.
16     Q.   A friend recommended him?
17     A.   Yeah, said she -- she saw and knew him or -- seen
18  him.  She knows everybody.
19     Q.   Are there particular things that you were able to do
20  prior to your lymphoma diagnosis that you're now no longer able
21  to do currently?
22     A.   Move around how I use to, jump and run.  Just really
23  my body is not what it use to be.
24     Q.   So, what prevents you from being able to jump and
25  run?

Joseph Matthew Blair

```
 1        A.   I have bad knee pains and my -- my body gets sore
 2   real easily and gets real weakened.
 3        Q.   Okay.  But you didn't report that to Dr. Patel in his
 4   record, right?
 5        A.   Yeah.  I tell him every time I see him.
 6        Q.   But he didn't document it in his record?
 7        A.   No.
 8        Q.   But you did tell him that?
 9        A.   Yes.
10        Q.   Okay.  Anything else that you can't do now?
11        A.   I can't draw like I use to.
12        Q.   You can't --
13        A.   -- draw.
14        Q.   Draw?
15        A.   Yeah.  I use to could draw for a long time.  I use to
16   like drawing.  And now when I draw and holding a pencil, my
17   hand cramps up real bad.
18        Q.   Okay.
19        A.   I didn't bring that up to him.
20        Q.   You did not?
21        A.   No.  I just thought it was, you know, regular or
22   normal.
23        Q.   So, how long is it after -- how long can you draw
24   before your hands starts cramping up?
25        A.   Maybe like three -- three or four minutes.
```

Joseph Matthew Blair

```
 1          Q.   Okay.  Anything else?

 2          A.   That's about it.

 3          Q.   Okay.  So, we talked about earlier that your medical

 4    bills have now been paid; is that right?

 5          A.   Oh, I -- also sometimes, here recently, when I'll --

 6    I'll -- I'll be, you know, fine one minute and then I -- I'll

 7    start walking and my head will just get like lightheaded and I

 8    get real dizzy but then I'll snap back.

 9          Q.   Okay.

10          A.   I haven't been able to bring that up to him though.

11          Q.   You have not raised that with any doctor?

12          A.   No, not yet.  I was going to bring that up next

13    meeting.

14          Q.   Okay.

15          A.   But that's it.

16          Q.   All right.  So, these three conditions you -- you

17    intend that you did discuss --

18          A.   The knee --

19          Q.   -- the knee pains?

20          A.   Yeah.  I bring that up every -- every meeting.

21          Q.   Okay.  But --

22          A.   I see -- every time I see him.  He tells me it's just

23    normal.  He says it's just side effects from radiation.  He

24    said that that's -- that's normal and I would have -- I'm going

25    to have that.
```

JOSEPH MATTHEW BLAIR

1        Q.   Okay.  But the other two you've never discussed with

2   any doctor?

3        A.   No.

4        Q.   Okay.  And then your medical bills have now been

5   paid, correct?

6        A.   Yes.

7        Q.   And you're -- and you don't have any out-of-pocket

8   expenses, correct?

9        A.   No.

10       Q.   And do I understand the total -- to total of your

11   medical bills related to lymphoma was --

12                 MS. BARTLEY:  Did you say $150,000 Counsel?

13                 MR. JOSEPH:  I think it was closer to almost

14   $300,000.

15                 MS. BARTLEY:  On --

16                 MR. JONES:  And if you ask, we'll find that

17   information.

18       A.   I think it was a little higher.

19                 MR. JONES:  Close to $300,000.

20                 MS. BARTLEY:  Okay.

21                 MR. JONES:  And again, as I told you, the

22   Workman's Comp insurer paid it immediately before or mediation

23   --

24                 MS. BARTLEY:  Okay.

25                 MR. JONES:  -- because --

1          MS. BARTLEY:  And so, are there -- are there

2    records of those -- the reimbursement claims?

3          MR. JOSEPH:  From the -- the Comp insurer?

4          MS. BARTLEY:  Well, just the -- the bills in

5    general, the --

6          MR. JOSEPH:  I think we provided all that.  I

7    think it's on the disk.

8          MS. BARTLEY:  Okay.  All right.

9          MR. JONES:  Yeah.  Everything we have in that

10   file, we made copies of and sent it to -- I don't remember your

11   partner's name.

12         MS. BARTLEY:  Okay.

13         MR. JONES:  And literally everything in that

14   file, y'all have things that you don't need or want, I'm sure.

15   BY MS. BARTLEY:

16       Q.   And so, but -- but your -- do I understand, Mr.

17   Blair, that you -- you are not out of pocket any -- any -- any

18   money; is that correct?

19       A.   Yes.

20       Q.   Okay.  And then on the Plaintiff's Fact Sheet there's

21   a question with regard to, on Page 9, Question D, with regard

22   to nonmedical out-of-pocket expenses.  And it just says -- it

23   hasn't been answered.  And I just wanted to double check that.

24   Do you have any nonmedical out-of-pocket expenses?

25       A.   No, ma'am.  No.

Joseph Matthew Blair

1    Q.   No.  Okay.  And then on that same page.  Are you --

2    you're seeking compensation for lost wages; is that right?

3    A.   Yes.

4    Q.   Okay.  And it asked you to provide a -- the total

5    number of days of lost work.  And you indicated plus or minus

6    18 months; is that right?

7    A.   Yes.

8    Q.   Okay.  So now, according to the record we just looked

9    at from Dr. Patel, he indicated that your treatment was

10   concluded before the end of March of 2019.  In other words,

11   from start to finish, your treatment was completed in under

12   four months.  So, do I understand your claim that it took an

13   additional 14 months after the conclusion of your therapy

14   before you felt like you were able to work?

15   A.   Yes.  I was -- I was very depressed and I wasn't

16   right mentally to even try to get a job.

17   Q.   Okay.  So, from your statement just now, did -- is it

18   your claim that it was more of an emotional issue --

19   A.   Yeah.

20   Q.   -- rather than a physical issue about --

21   A.   It was a -- it was a -- because I had a lot of fears.

22   Q.   Okay.

23   A.   So, I had a lot of fear.  I still have fear of cancer

24   but I had fear of going to the job and working all the time and

25   not seeing my family again.  And -- and, you know, working real

1  hard just to get cancer, you know, and getting -- getting real

2  sick again.

3      Q.   Okay.

4      A.   And so --

5      Q.   Okay.  So that additional 14 months was more of an

6  emotional issue rather than a physical inability to work; is

7  that right?

8      A.   And it -- and it was physical too.

9      Q.   Okay.

10     A.   I had problems with my -- my -- my knees and my

11 ankles and my -- you know, there was pus coming out of my toes.

12 I tried to -- you know, tried to work, work and everything.  I

13 just couldn't.

14     Q.   Okay.  So, how long did the physical issue last

15 though, before you were able to physically work?

16     A.   I mean it's -- it's still there.  I just -- you know,

17 I get through it now still.  I move around a lot better.

18 There's just jobs I can't do.  Like if -- if I have to stand on

19 my feet like 10 hours a day, I can't do it.

20     Q.   Okay.

21     A.   Because my -- my knees -- my knees and my -- they'll

22 -- they'll start cramping up real bad.

23     Q.   But earlier in the deposition I asked if that issue

24 still existed and you said no.  Do you remember that?

25     A.   Well, yeah, because I don't work now, so I wouldn't

Joseph Matthew Blair

```
 1    know.  I'm not on my feet 10 hours a day.

 2         Q.   Okay.  So, when did you feel like you were physically

 3    capable of going back to work for a full-time job?

 4         A.   Once I -- once I applied at the job at UPS.

 5         Q.   Okay.  So, from that point forward, you felt like you

 6    were physically capable of working a full-time job?

 7         A.   Yes.

 8         Q.   Okay.  And then -- but the 18 months, any -- any

 9    additional time passed that, there was -- it was due to an

10    emotional issue?

11         A.   Yes.

12         Q.   A fear -- just a fear of being away from your family?

13         A.   No.  I was just depressed.

14         Q.   Okay.

15         A.   I was real suicidal.

16         Q.   Okay.

17         A.   I was just -- just -- just going through a lot -- a

18    lot of things.

19         Q.   Okay.  In terms of your ability to return to work,

20    did you ever talk to any physicians about that?

21         A.   What do you mean?  If my doctors told me I could go

22    back to work?

23         Q.   Yeah.  During that time period, were you under the

24    care of any doctors?

25         A.   Oh, no.  I didn't have medical insurance.
```

Joseph Matthew Blaff

1    Q.   Okay.  So, were there any steps that you took to try

2    and resolve those issues during that time period?

3    A.   Yeah.  I was trying to make my body get use to it,

4    workout and try to get strong, make my body strong.

5    Q.   Okay.  So, in terms of the depression and the

6    suicidal thoughts, did you ever see any health care providers

7    with regard to that issue?

8    A.   No.

9    Q.   Okay.  And when did you first start experiencing

10   those issues, your depression and your suicidal thoughts?

11   A.   After radiation.

12   Q.   Okay.  And how long did that last?

13   A.   Almost a year.

14   Q.   And are you feeling any of those thoughts now?

15   A.   No.  I still have fear.  I'm still fearful but that's

16   all.  I'm not really depressed.

17   Q.   And you're fearful of what?

18   A.   Of getting cancer and not being around for my kids.

19   Q.   Okay.  Now, on your complaint, and your attorneys are

20   sure welcome to chime in here.  On your complaints, I'm not

21   seeing a claim for what we call loss of consortium.  So, I

22   wanted to -- in terms of that it affected your marital

23   relationship, intimacy issues, those kinds of things.  So, I

24   wanted to confirm with you as to whether you're bringing a

25   claim for loss of consortium?

Joseph Matthew Bratt

```
 1                MR. JONES:  I thought we had included a loss of

 2   consortium claim.

 3                MS. BARTLEY:  I didn't see it on there.  So, I

 4   just --

 5                MR. JONES: Maybe we didn't use the magic words,

 6   but --

 7                MS. BARTLEY:  Yeah.

 8                MR. JONES:  -- we'll amend that that --

 9                MS. BARTLEY:  You're intending to?

10                MR. JONES:  Yeah.

11                MS. BARTLEY:  Okay.

12                MR. JONES:  But we -- if we failed to adequately

13   say that because objectively I think there is a loss of

14   consortium --

15                MS. BARTLEY:  All right.

16                MR. JONES:  -- and you're going to hear about it

17   when you ask these questions.

18                MR. JONES:  I'll check the pleading.

19   BY MS. BARTLEY:

20       Q.   Okay.  So, can you describe to me the affect that

21   your lymphoma has impacted your marital relationship?

22       A.   Yeah.  It pretty much ruined it.

23       Q.   Can you elaborate on that for me?

24       A.   We were -- we were always fighting.  I was -- I

25   wasn't in the right head -- head space for -- to deal with it.
```

```
1    I just didn't have the energy for it.  I just, you know, wanted

2    to lay in bed all day and just sit in the dark.  And it really

3    impacted it when we lost our kid, that was really an upset too.

4    We -- we weren't -- I didn't -- intimate like we use to be.

5    Just everything -- everything how it use to be -- everything

6    that I use to do, I couldn't do no more.  You know, like go out

7    and -- and take her on dates.  And I just didn't feel like

8    doing it anymore.

9        Q.   You mentioned when you lost your kid?

10       A.   Yeah.

11       Q.   Tell me about -- what -- what do you mean by that?

12       A.   She -- well, she was pregnant and we ended up losing

13   our -- our -- it was -- we were having a boy --

14       Q.   Okay.

15       A.   -- and we lost our son.

16       Q.   All right.  So, when -- when was this pregnancy?

17   Between -- between -- between two of your other children?

18       A.   Well, -- no, this was the last one.  When I was going

19   through chemo, she was pregnant.  And that was -- that was real

20   hard because she had her problems with her pregnancy.  I

21   finished radiation about four or five months later, so I want

22   to say she got pregnant.  And we ended up losing our baby in

23   January, January 8th.

24       Q.   All right.  So, after -- after Demi was born, she got

25   pregnant?
```

Joseph Matthew Blair

```
1          A.    Again, yes, ma'am.

2          Q.    Okay.  And then she had a miscarriage?

3          A.    Yes.

4          Q.    Okay.

5          A.    She was 16 weeks.

6          Q.    Okay.  So, that miscarriage was difficult to deal

7    with?

8          A.    Yes.  Only because I felt like it was -- it was a big

9    part of my problem.  It was me and how I was acting.  And, you

10   know, I was not in the right head space and I was stressing her

11   out.  And I just wasn't myself anymore.

12         Q.    And now your decision not to live or share a

13   residence together, that -- that occurred before you ever

14   started working at EDKO, right?

15         A.    Yeah.  I was always out of town and there wasn't no

16   point in even trying to get a house together.

17         Q.    But before you started working at EDKO, you decided

18   not to share a residence together?

19         A.    Oh, yeah.  I didn't have a job or anything -- any --

20   anyway to pay for -- pay for it.

21         Q.    Okay.  And -- so, not sharing a residence must have

22   affected your intimacy as well, in terms of not living

23   together, right?

24         A.    Yeah.  I mean we -- we would see each other.  Like,

25   I'd go and stay at her mom's house and she'll come stay at my
```

1    dad's house.

2         Q.   Okay.  All right.  Who would have firsthand knowledge

3    of the evidence of the impact that your lymphoma has had on

4    your -- your relationship with ████?

5         A.   Besides ████?

6         Q.   Yeah.

7         A.   My mom, my dad.  Really everybody I'm around.  My

8    cousin.

9         Q.   Which cousin?

10        A.   ████████████.

11        Q.   Okay.  Have you ever had any type of marriage

12   counseling?

13        A.   No.

14        Q.   Have there ever been any restraining orders or

15   injunctions --

16        A.   No.

17        Q.   -- in your relationship?  Have either of you ever had

18   an affair or cheated on each other?

19        A.   No.

20        Q.   Okay.  In terms of the change in intimacy, it

21   lessened the frequency?

22        A.   Yeah.

23        Q.   Is that what you're saying?

24        A.   Yeah, by a lot.

25        Q.   Can you just -- can you just estimate for me what it

Joseph Matthew Blair

```
1    was before lymphoma, the frequency versus after?

2         A.   It was all the time before.  It was maybe like four

3    or five times a week.

4         Q.   Okay.

5         A.   And then it went to -- well, after chemo, we couldn't

6    do it -- do anything for -- we couldn't kiss or anything for

7    like months, the whole time I was doing chemo.  And it was kind

8    of -- I was scared to even -- try to even do anything after

9    chemo because I didn't -- I didn't want anything bad.  Because

10   I didn't know how it would work out.  I know -- I -- I had got

11   so use to not doing, you know, anything.  It kind of lead to

12   not doing anything like maybe once a month.

13        Q.   Okay.  And you couldn't kiss because of what?

14        A.   The chemo.

15        Q.   And why -- and why is that?  Because of --

16        A.   Saliva.  They said -- well, she was pregnant.  So,

17   she was in -- you know.

18        Q.   And so the doctors tell you not to kiss her?

19        A.   Yes, told me --

20        Q.   Okay.

21        A.   -- not to even touch her.

22        Q.   Okay.  But then did they tell you how from the chemo

23   that you could resume your -- your physical activities?

24        A.   I want to say, yeah, about maybe -- after chemo, I

25   think it was like a month or two -- two weeks -- two weeks to a
```

Joseph Matthew Blair

1    month.

2         Q.   Okay.  And then you did express in your Complaint,

3    some concerns with regard to your wife and potential exposure

4    to Roundup?

5         A.   Yes.

6         Q.   So, under what circumstances would your wife have

7    been exposed to Roundup?

8         A.   When I would come home or come back to the hotel, and

9    she would stay at the hotel with me, or her -- her and my

10   daughter.  I would be covered, soak and wet with Roundup, and

11   I'd, you know, give them a hug and everything and talk to them

12   until it was time to get my shower.

13        Q.   Okay.  So, how frequently did this happen that she

14   and her -- and your daughter would come to the hotel?

15        A.   Well, I mean maybe -- they probably -- they probably

16   stay every -- the two weeks out the -- out every two months.

17        Q.   I'm sorry.  How --

18        A.   Every other two months maybe they stayed two weeks.

19   And when I would come in, on a Friday when I'd come -- come

20   from work, I'd stop by and see them.  So, I mean I was seeing

21   her every time I would come.  And then she would stay at the

22   hotel with me maybe every two months for two weeks out of the

23   month.

24        Q.   So, every two months they would come.  And for the

25   entire two weeks you were working, they would be at the hotel?

Joseph Matthew Blair

```
 1        A.   Yeah.

 2        Q.   Okay.  And so your -- the exposure to Roundup would

 3   be what?

 4        A.   Just me being around them and covered in it, soak and

 5   wet, and just hugging on them and stuff.

 6        Q.   Okay.  So, you would come in from work and hug them

 7   in your clothes?

 8        A.   In my work clothes, yeah.

 9        Q.   But would you change --

10        A.   Yeah.

11        Q.   -- change as soon as you got home?

12        A.   No, I'd wait for -- to take a shower until my

13   roommate got out of the shower.

14        Q.   Okay.  So, it's just be that -- that hug and then you

15   would change --

16        A.   Yeah.

17        Q.   -- as soon as you could get into the shower?

18        A.   Yeah, I'd -- I'd hug them and be around them until it

19   was time to get in the shower.

20        Q.   Okay.  So, that kind of once-a-day hug?

21        A.   Yeah.

22        Q.   For those two weeks every two months?

23        A.   Uh-huh.  (Nods head affirmatively)  Or when I would

24   come in from out of town, I'd still be -- have it all over my

25   body.
```

Joseph Matthew Blair

```
1         Q.   Okay.

2         A.   And we'll probably -- I'll pick them out and we'll

3    probably go out and get something to eat.

4         Q.   Okay.

5         A.   And they'll just be around me the whole time, in my

6    clothes.

7         Q.   And are you just talking about the one daughter,

8    ████?

9         A.   ████, yeah.

10        Q.   Okay.

11        A.   And then the other one was conceived when I had

12   cancer.  I didn't know.  I didn't know that I had cancer at the

13   time she -- she was made.  And I'm also fearful for her because

14   I -- I had it and I didn't know.  I didn't want -- I don't want

15   anything to happen to her in the future, medical reasons.

16        Q.   How did your diagnosis affect ████?

17        A.   My relationship with her kind of changed.  I wasn't

18   able to do the things I use to could do.  I didn't really want

19   to hang out with her and do stuff, play with her like I use to.

20   And I had my cousins and stuff play -- try to take my spot and

21   do things.  She -- you know, I use to go and like run around

22   and go outside and play and take her to the park and other

23   things, like the movies.  And her birthday parties, I couldn't

24   do what I wanted to do because it was in public.  At that time,

25   I couldn't be around anybody.
```

Joseph Matthew Blairr

```
 1        Q.   Does -- does ███ have any health issues?

 2        A.   No.

 3        Q.   Okay.  Have you had ███ see any doctors to have any

 4   kind of screening tests done?

 5        A.   She'll probably know that question.

 6        Q.   Okay.

 7        A.   I'm not sure.  I don't think so though.

 8        Q.   Has ███ voiced any concerns or fears about her

 9   future health?

10        A.   No.

11        Q.   Now, you mentioned that you have some -- you have

12   some claims, in terms of your second daughter, ███.  Was ███

13   born full term?

14        A.   Yes.

15        Q.   Okay.  So, she wasn't born early or late, right?

16        A.   No.

17        Q.   Were there any complications with your wife's

18   pregnancy with her?

19        A.   No.

20        Q.   Were there any complications with your wife's

21   delivery with her?

22        A.   No.

23        Q.   Were there any immediate post-pregnancy complications

24   with her?

25        A.   No.
```

Joseph Matthew Blair

```
1        Q.   Does ███ have any health issues?

2        A.   No.

3        Q.   Okay.  And ███ wasn't born until after your therapy

4   was concluded, right?

5        A.   Yes.

6        Q.   And so, has -- have you any screening tests run on

7   ███?

8        A.   No.

9        Q.   And ███ would -- Demi's only one today, right?

10       A.   Yes.

11       Q.   And ███ wasn't born until after your work at EDKO

12  concluded, right?

13       A.   Yes.

14       Q.   And ███ doesn't speak yet, right?

15       A.   I mean she says little words here and there.

16       Q.   Okay.  But it's safe to say that she wouldn't have

17  expressed any fear or anxiety about her future health, right?

18       A.   No.

19       Q.   Have you had any communications with anyone at

20  Monsanto Company?

21       A.   No.

22       Q.   Okay.  Have you ever had any communications with

23  anyone at the Environment Protection Agency?

24       A.   No.

25       Q.   Have you had any communications with anyone at any
```

```
 1    other government agency about herbicides or pesticides?

 2        A.    No.

 3        Q.    Okay.  What social media platforms do you use or have

 4    accounts on?

 5        A.    Facebook, Snap Chat.

 6        Q.    Is that it?

 7        A.    And Instagram, yes.

 8        Q.    Okay.  No others?

 9        A.    Huh-uh.  (Shakes head negatively)

10        Q.    Okay.  What's your account name on Facebook?

11        A.    Just my name, Joseph Blair.

12        Q.    Okay.  And Instagram?

13        A.    Matthew_XX.

14        Q.    Okay.  And Snap Chat?

15        A.    Joseph Blair 1996.

16        Q.    Have you ever posted any content or any statement

17    whatsoever online or on any social media platform about your

18    lymphoma, Roundup, or this lawsuit?

19        A.    No.

20        Q.    Okay.  Have you joined any kind of a group online

21    related to lymphoma or Roundup?

22        A.    No.

23        Q.    Okay.  Does your wife use social media?

24        A.    Yes.

25        Q.    Okay.  Do you know if she's ever posted any con --
```

1    content anywhere online or on any social media platform about

2    lymphoma, Roundup, or this lawsuit?

3        A.   No.

4        Q.   Okay.  Do you know if she's joined any groups related

5    to lymphoma or Roundup?

6        A.   No.

7        Q.   Have you deleted any items from any social media

8    accounts or online since the filing of your lawsuit?

9        A.   No.

10               MS. BARTLEY:  Okay.  That's all I have.

11               MR. JOSEPH:  That's it.

12               VIDEOGRAPHER:  This is the end --

13               MS. BARTLEY:  Going off?

14               VIDEOGRAPHER:  We're going off the record.  The

15    time is 12:07 PM.

16               (VIDEOTAPED DEPOSITION CONCLUDED AT 12:07 PM)

17

18

19

20

21

22

23

24

25

```
 1                    WITNESS CERTIFICATE

 2

 3

 4

 5        I have read or have had the foregoing testimony read to me

 6   and hereby certify that it is a true and correct transcription

 7   of my testimony, with the exception of any attached corrections

 8   or changes.

 9

10

11

12                    _____

13                         JOSEPH MATTHEW BLAIR

14

15

16

17

18

19

20   PLEASE INDICATE

21   ( )  NO CORRECTIONS

22   ( )  CORRECTIONS;  ERRATA SHEET(S) ENCLOSED

23

24

25
```

Joseph Matthew Blair

```
 1   Deposition of:  Joseph Matthew Blair

 2   Deposition reported on:  April 23, 2021

 3                       CORRECTION SHEET

 4   PAGE        LINE       CORRECTION

 5   _____       _____      _____

 6                          _____

 7   Reason for Correction  _____

 8   _____       _____      _____

 9                          _____

10   Reason for Correction  _____

11   _____       _____      _____

12                          _____

13   Reason for Correction  _____

14   _____       _____      _____

15                          _____

16   Reason for Correction  _____

17   _____       _____      _____

18                          _____

19   Reason for Correction  _____

20   _____       _____      _____

21                          _____

22   Reason for Correction  _____

23   _____       _____      _____

24                          _____

25   Reason for Correction  _____
```

Joseph Matthew Blair

```
1                        REPORTER'S PAGE

2

3

4        I, Cena F. Rustvold, Certified Court Reporter in and for

5    the State of Louisiana, the officer, as defined in Rule 28 of

6    the Federal Rules of Civil Procedure and/or Article 1434(B) of

7    the Louisiana Code of Civil Procedure, before whom this

8    proceeding was taken, do hereby state on the Record:

9        That due to the interaction in the spontaneous discourse

10   of this proceeding, dashes (--) have been used to indicate

11   pauses, changes in thought, and/or talkovers; that same is the

12   proper method for a Court Reporter's transcription of

13   proceeding, and that the dashes (--) do not indicate that words

14   or phrases have been left out of this transcription;

15       That any words and/or names which could not be verified

16   through reference material have been denoted with the phrase

17   "(spelled phonetically)."

18

19

20

21                        _____

22                        Cena F. Rustvold, RPR, CCR

23                        Louisiana Certification # 97016

24                        National Certification RPR# 838104

25
```

JOSEPH MATTHEW BLAIR

```
 1                    REPORTER'S CERTIFICATE

 2

 3       This certification is valid only for a transcript

 4   accompanied by my original signature and original required seal

 5   on this page.

 6       I, Cena Rustvold, Certified Court Reporter in and for the

 7   State of Louisiana, as the officer before whom this testimony

 8   was administered, do hereby certify that JOSEPH MATTHEW BLAIR,

 9   after having been duly sworn by me upon authority of R.S.

10   37:2554, did testify as hereinbefore set forth in the foregoing

11   159 pages;

12       That this testimony was reported by me in the stenotype

13   reporting method; was prepared and transcribed by me or under

14   my personal direction and supervision, and is a true and

15   correct transcript to the best of my ability and understanding;

16       That the foregoing transcript has been prepared in

17   compliance with transcript format guidelines required by

18   statute or by rules of the Louisiana Certified Shorthand

19   Reporter Board; and that I am informed about the complete

20   arrangement, financial or otherwise, with the person or entity

21   making arrangements for deposition services; that I have acted

22   in compliance with the prohibition on contractual

23   relationships, as defined by the Louisiana Code of Civil

24   Procedure Article 1434 and in rules and advisory opinions of

25   the board;
```

Joseph Matthew Blair

1    That I have no actual knowledge of any prohibited

2   employment or contractual relationship, direct or indirect,

3   between a court reporting firm and any party litigant in this

4   matter, nor is there any such relationship between myself and a

5   party litigant in this matter;

6    That I am not of counsel, not related to counsel or the

7   parties herein, nor am I otherwise interested in the outcome of

8   this matter.

9

10

11

12    SUBSCRIBED AND SWORN TO on this the 30th day of

13   April, 2021.

14

15

16    _____

17    Cena F. Rustvold, RPR, CCR

18    Louisiana Certification # 97016

19    National Certification RPR# 838104

20

21

22

23

24

25