# EXHIBIT 1

```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS LIABILITY  )MDL No. 2741
     LITIGATION,                        )Case No.
 5   _____  )MDL No. 3:16-md-02741-VC
                                        )
 6   This document relates to:          )
                                        )
 7   Thomas, et al. v. Monsanto Company )
     Case No. 3:20-cv-08051-VC          )
 8   _____  )

 9

10

11

12

13         VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

14                        TROY THOMAS

15                      LAS VEGAS, NEVADA

16                   FRIDAY, JANUARY 29, 2021

17

18

19

20

21

22

23

24         REPORTED BY: JOHANNA VORCE, CCR NO. 913

25
```

```
 1              DEPOSITION OF TROY THOMAS, taken remotely via Zoom
 2   videoconference, on Friday, January 29, 2021, at 9:09 a.m.,
 3   before Johanna Vorce, Certified Court Reporter, in and for
 4   the State of Nevada.
 5
 6   REMOTE APPEARANCES:
 7     For the Plaintiffs:
 8           WAPNER NEWMAN WIGRIZER BRECHER & MILLER, P.C.
 9           JARAD L. SILVERSTEIN, ESQ.
             2000 Market Street
10           Suite 2750
             Philadelphia, PA 19103
11           (215) 569-0900
             jsilverstein@wapnernewman.com
12
13     For the Defendant:
14           SHOOK, HARDY & BACON L.L.P.
15           ANTHONY R. MARTINEZ , ESQ.
             JENNIFER BLUES KENYON, ESQ.
16           STEPHANIE S. MCGRAW, ESQ.
             MIHAI M. VRASMASU, ESQ.
17           2555 Grand Boulevard
             Kansas City, MO 64108
18           (816) 474-6550
             amartinez@shb.com
19
20     Also Present:
21           RYAN WONG, the videographer
22           JOSEPHINE VENTURA
23
24
25
```

```
 1                      I N D E X

 2

 3   WITNESS:  TROY THOMAS

 4

 5   EXAMINATION                                    PAGE

 6   By Mr. Martinez                                  6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         TROY THOMAS

 2           Thomas, et al. vs. Monsanto Company, et al.

 3                    Friday, January 29, 2021

 4                   Johanna Vorce, CCR No. 913

 5

 6                             EXHIBITS

 7

 8    NUMBER                                             MARKED

 9

10    Exhibit 1  Plaintiff Fact Sheet,                     20

11               Confidential-TThomas-PFS-000024 through

12               Confidential-TThomas-PFS-000036

13    Exhibit 2  First Amended Notice to Take Oral and    22

14               Videotaped Deposition of Plaintiff Troy

15               Wilson Thomas

16    Exhibit 3  T. Thomas Home Photos                    33

17    Exhibit 4A Google Maps 112 Lewis St.                34

18    Exhibit 4B Google Maps 115 Lewis St.                34

19    Exhibit 5  Google Maps 7546 Stetson Bluff Ave.      57

20    Exhibit 6  Google Maps 17344 W Lilac St.            71

21    Exhibit 7  Google Maps 395 Grassy Pines Ct.         86

22    Exhibit 8  Google Maps 5115 N 148th Ave.            86

23    Exhibit 9  Civil Action Complaint and Demand for   127

24               Jury Trial

25
```

```
 1                LAS VEGAS, NEVADA; FRIDAY, JANUARY 29, 2021

 2                              9:09 A.M.

 3                               -oOo-

 4             (The Court Reporter was relieved of her duties

 5   under NRCP 30(b)(5).)

 6             THE VIDEOGRAPHER:  We are now on the record.

 7             My name is Ryan Wong.  I'm a videographer for

 8   Golkow Litigation Services.

 9             Today's date is January 29th, 2021, and the time

10   is 9:09 a.m.  This remote video deposition is being held in

11   the matter of Roundup Products Liability Litigation for the

12   Superior -- sorry, for the United States District Court,

13   Northern District of California.

14             The deponent is Troy Thomas.

15             All parties to this deposition are appearing

16   remotely and have agreed to the witness being sworn in

17   remotely.

18             Due to the nature of remote reporting, please

19   pause briefly before speaking to ensure all parties are

20   heard completely.

21             Will counsel please identify themselves for the

22   record?

23             MR. SILVERSTEIN:  Jarad Silverstein of the law

24   firm Wapner, Newman, Brecher & Miller, on behalf of the

25   plaintiffs Troy Thomas and Josephine Ventura.
```

```
 1            MR. MARTINEZ:  Anthony Martinez for defendant
 2   Monsanto.
 3            THE VIDEOGRAPHER:  The court reporter is Johanna
 4   Vorce and will now swear in the witness.
 5   Whereupon,
 6                         TROY THOMAS,
 7   having been first duly sworn to testify to the truth, was
 8   examined and testified as follows:
 9            MR. MARTINEZ:  Are we ready?
10            THE COURT REPORTER:  You may begin.
11                          EXAMINATION
12   BY MR. MARTINEZ:
13       Q.   Could you please state your name for the record?
14       A.   Troy Thomas.
15       Q.   Mr. Thomas, my name is Anthony Martinez.  We met
16   just now virtually.  We're doing this deposition, as the
17   videographer said, virtually via Zoom because of the
18   COVID-19 pandemic.  Even though we're doing this via Zoom
19   virtually, I still want to go over some of the basic ground
20   rules of a deposition and treat them as if we were doing
21   this deposition in person.
22            Do you understand that?
23       A.   I do.
24       Q.   Have you given a deposition before?
25       A.   I have not.
```

Troy Thomas

```
 1      A.   I don't know.
 2      Q.   Do you think you would have used more than three
 3  in a season?
 4      A.   I couldn't definitively give you a yes-or-no
 5  answer.
 6      Q.   Okay.  So sitting here today, you don't know how
 7  much Roundup you would have used in a particular season --
 8      A.   No.
 9      Q.   -- at the Massachusetts property?
10      A.   I do not.
11      Q.   When you were using Roundup, how long would it
12  take you to -- to apply it?
13      A.   I would say typically about an hour or so.
14      Q.   Were you doing other yard work during that time or
15  exclusively Roundup?
16      A.   I -- typically, my routine was I would do the
17  weeds first, so that would probably be about an hour's worth
18  of just spraying the weeds, and then I would do other work.
19      Q.   How often would you spray Roundup at this
20  property?
21      A.   I mostly --
22      Q.   Go ahead.
23      A.   I mostly did yard work on the weekends, so every
24  weekend or as needed.
25      Q.   And did Roundup work at killing the weeds?
```

 1      A.    For the most part, yes.

 2      Q.    When you said you used Roundup on the driveway,

 3  would you spot spray or would you do the whole perimeter?

 4      A.    So if there were weeds that popped up on the -- on

 5  the driveway itself, those.  And then typically for

 6  preventative measures, I would go around the driveway.

 7      Q.    And would you only have to go around the driveway

 8  once per season?

 9      A.    No.  I would do it frequently.

10      Q.    What was the reason for doing it frequently?

11      A.    Just to prevent them from popping up.

12      Q.    So there were no weeds there, but you still

13  sprayed it?

14      A.    Yeah.  If -- like, again, if they popped up

15  through the driveway, I would spray them.  But I would also

16  spray to prevent them from popping up, yes.

17      Q.    Were there areas of this house that you would

18  spray routinely versus just spot spraying --

19      A.    Yes.

20      Q.    -- other than the dri- -- the perimeter of the

21  driveway?

22      A.    The sidewalk -- well, yes, the -- the walkway, the

23  sidewalk, or the walkway there, down along the -- the street

24  and then --

25      Q.    There's a sidewalk by the street; is that what

```
 1   you're saying?
 2       A.   No.  The -- just the street area.  I don't know if
 3   there's a sidewalk there now, but there wasn't a sidewalk
 4   when I lived there.
 5            And then in the -- in the back side of the house
 6   along the -- along the deck or underneath the deck area.
 7       Q.   You would do that every weekend?
 8       A.   I wouldn't say every weekend I would do that, but
 9   I did yard work every weekend.  So maybe it was every other
10   weekend I would spray.  It -- it -- it's hard to tell.
11       Q.   Do you know, sitting here today, how often you
12   would have sprayed the -- those areas for preventative
13   measures --
14       A.   I couldn't --
15       Q.   -- or would you be guessing?
16       A.   I couldn't definitively say how frequently.
17       Q.   Could you say how frequent you did spot spraying
18   for weeds that just popped up?
19       A.   That -- that would be at least every weekend or as
20   needed.
21       Q.   How long would it take you to do spot spraying?
22       A.   Not long.  Maybe 10, 15 minutes.
23       Q.   So the hour you mentioned was only if you were
24   doing the preventative measures of going around the driveway
25   or -- or the deck or the walkway?
```

```
 1      A.   And -- and throughout the yard, yes.
 2      Q.   Okay.  What did you wear while you were applying
 3 Roundup?
 4      A.   Nothing special.  Typically, I -- I usually wore
 5 boots.  And then most of the time, depending on where we
 6 were, long pants, long sleeves.
 7      Q.   Would you wear any eye protection?
 8      A.   Other than sunglasses, no.
 9      Q.   Any type of hat?
10      A.   Occasionally, yes.
11      Q.   At this Massachusetts property, would you wear a
12 hat?
13      A.   Occasionally, yes.
14      Q.   Any -- did you wear gloves?
15      A.   Typically, yes.
16      Q.   When you say "typically," was this 90 percent of
17 the time?  95 percent of the time?
18      A.   When I did yard work, I usually wore gloves.  But
19 I couldn't say 100 percent of the time that I did.
20      Q.   Okay.  More than 90 percent of the time then?
21      A.   I couldn't say.  I typically did, but I
22 couldn't --
23      Q.   It was your practice -- it was your practice to
24 wear gloves, correct?
25      A.   Most of the time, yes.
```

```
 1      Q.   And not just at the Massachusetts property, but
 2   all the properties that you applied Roundup?
 3      A.   Yes.
 4      Q.   And was it your practice to wear boots at -- when
 5   you applied Roundup at all your property?
 6      A.   Yes.
 7      Q.   Was it your practice to wear long sleeves and --
 8   and long pants when you applied Roundup?
 9      A.   It depend -- it would depend on the weather.  I --
10   I -- it would depend on the weather.
11      Q.   What would be the reason for not wearing long
12   sleeves or long pants?
13      A.   In -- it's -- it would be temperature.  If it was
14   prob- -- over 100 degrees, then I wouldn't.
15      Q.   What would you wear if -- if it was over
16   100 degrees?
17      A.   Shorts.
18      Q.   Long sleeve shirt or different type of shirt?
19      A.   Probably a T-shirt.
20      Q.   Still wear shoes that covered your toes, or would
21   you wear something else?
22      A.   No.  I'd still wear boots.
23      Q.   Okay.  What other type of yard work did you do on
24   this property other than Roundup?
25      A.   Cut the grass, trim the bushes, and rake the
```

```
 1   leaves, just general yard maintenance.
 2       Q.   You mentioned that you purchased this Roundup at
 3   Home Depot, correct --
 4       A.   Correct.
 5       Q.   -- in Massachusetts?
 6       A.   Correct.
 7       Q.   And you said it was recommended to you -- by
 8   somebody to you.
 9            Was it an employee or -- who -- who recommended it
10   to you?
11       A.   Yeah.  Just an employee working in the area.
12       Q.   A Home Depot employee?
13       A.   Yes.
14       Q.   And wouldn't -- you wouldn't -- do you remember
15   going in there and specifically asking, you know, what works
16   best for killing weeds?
17       A.   Yes.
18       Q.   And they told you Roundup?
19       A.   Correct.
20       Q.   And that was your reason for buying Roundup,
21   initially; is that right?
22       A.   Yes.
23       Q.   It wasn't because of an advertisement that you
24   saw, correct?
25       A.   No.
```

```
 1      Q.   Some type of billboard or something, some
 2   promotional material, correct?
 3      A.   No.
 4      Q.   Okay.  Just because the Home Depot employee told
 5   you about it; is that correct?
 6      A.   Recommended it, yes.
 7      Q.   Do you remember how you purchased it?  Was it
 8   cash?  Credit card?
 9      A.   I do not recall.
10      Q.   Well, do you remember how you typically would
11   purchase stuff at Home Depot?  Would it be cash or credit
12   card?
13      A.   Probably cash.
14      Q.   What other stuff would you have bought at -- at
15   Home Depot other than Roundup?
16      A.   Maybe hedge trimmers or rake, shovel.  I think
17   that was probably just normal stuff for yard work.  Trash
18   bags, trash cans, things of that nature.
19      Q.   Where did you store the Roundup that you used at
20   this particular property?
21      A.   In the garage.
22      Q.   Do you remember reading the label on that Roundup
23   bottle at the Massachusetts property?
24      A.   No, I do not.
25      Q.   So sitting here today, you don't know what that
```

```
 1                    REPORTER'S CERTIFICATE

 2   STATE OF NEVADA  )

                      )  SS

 3   COUNTY OF CLARK  )

 4            I, Johanna Vorce, Certified Court Reporter, do

 5   hereby certify:

 6            That I remotely reported the taking of the

 7   videoconference deposition of the witness, TROY THOMAS,

 8   commencing on Friday, January 29, 2021, at 9:09 a.m.

 9            That prior to being examined, the witness was by

10   me duly sworn to testify to the truth.

11            That I thereafter transcribed my shorthand notes,

12   and the typewritten transcript of said deposition is a

13   complete, true, and accurate transcription of said shorthand

14   notes.

15            That a request has not been made to review the

16   transcript.

17            I further certify that I am not a relative or

18   employee of an attorney or counsel of any party involved in

19   said action, nor a relative or employee of the parties

20   involved, nor a person financially interested in said

21   action.

22            Dated this 9th day of February, 2021.

23

24                                    _____
                                      Johanna Vorce, CCR No. 913

25
```