**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

**THE PIORKOWSKI LAW FIRM, PC**
Joseph D. Piorkowski, Jr.
(jpiorkowski@lawdoc1.com)
1800 K Street, NW, Suite 1000
Washington, DC 20006
Tel:  202-257-7662

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Carl and Karen Savory, husband and wife* v. Monsanto Company<br>Case No. 3:20-cv-02403 | **DECLARATION OF ERIC G. LASKER IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE PLAINTIFFS' EXPERT RONALD KENDALL ON RULE 702 GROUNDS** |

DECLARATION OF ERIC G. LASKER ISO MONSANTO'S REPLY ISO ITS MOT. TO EXCLUDE
TESTIMONY OF PLS.' EXPERT RONALD KENDALL

**DECLARATION OF ERIC G. LASKER**

I, Eric G. Lasker, declare as follows:

1.      I am an attorney at law admitted to practice before all of the courts in the state of California.  I am an attorney with the law firm Hollingsworth LLP, counsel of record for Defendants Monsanto Company ("Monsanto") in the above-referenced action.  I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto Company's reply in support of motion to exclude Plaintiff Carl Savory's specific's causation expert, Dr. Ronald Kendall, on Rule 702 grounds.  Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2.      Attached hereto as **Exhibit 15** is a true and correct copy of the expert report of Dr. Ronald Kendall in the above-captioned matter, dated April 29, 2021.

3.      Attached hereto as **Exhibit 16** is a true and correct copy of the report of Dr. William Sawyer in the matter of *Schafer v. Monsanto,* 3:19-cv-02169, dated January 22, 2021.

4.      Attached hereto as **Exhibit 17** is a true and correct copy of Plaintiff's Expert Disclosures - General Causation, dated June 29, 2021.

5.      Attached hereto as **Exhibit 18** is a true and correct copy of Plaintiff's R.26 Specific Causation Expert Disclosures, dated June 29, 2021.

6.      Attached hereto as **Exhibit 19** is a true and correct copy of the deposition of Dr. Ronald Kendall taken in the above-captioned matter, dated September 1, 2021.

7.      Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the deposition of Dr. Ronald Kendell taken in the matter *Spector v. Monsanto,* 3:20-CV-05532, dated August 26, 2021.[1]

---

[1] For ease of reference, we have attached those pages of the deposition transcript referenced in Monsanto's Reply.  For the full deposition transcript, *see* Decl. of Eric Lasker in Supp. of Def. Monsanto Co.'s Mot. to Exclude Pl.'s Specific Causation Expert Dr. Ronald Kendall, ECF No. 13793 at Lasker Decl. Ex. 2, Kendall *Spector* Dep.

DECLARATION OF ERIC G. LASKER ISO MONSANTO'S REPLY ISO ITS MOT. TO EXCLUDE
TESTIMONY OF PLS.' EXPERT RONALD KENDALL

1    8.    Attached hereto as **Exhibit 21** is a true and correct copy of the discovery deposition

2    of Plaintiff Carl Savory, dated June 22, 2020.

3    9.    Attached hereto as **Exhibit 22** is a true and correct copy of the deposition of Dr.

4    Ariel Teitel taken in the above-captioned matter, dated August 10, 2021.

5    10.    Attached hereto as **Exhibit 23** is a true and correct copy of the deposition of Dr.

6    Marc Braunstein taken in the above-captioned matter, dated August 18, 2021.

7    I hereby declare under penalty of perjury under the laws of the State of California and the

8    United States of America that the foregoing is true and correct.

9    Executed October 20, 2021, in Washington, DC.

10    _/s/ Eric G. Lasker_

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ERIC G. LASKER ISO MONSANTO'S REPLY ISO ITS MOT. TO EXCLUDE
TESTIMONY OF PLS.' EXPERT RONALD KENDALL

1

**CERTIFICATE OF SERVICE**

2

3          I HEREBY CERTIFY that on this 20th day of October, 2021, a copy of the foregoing was

4     filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all

5     appearing parties of record.

6
                                                            _/s/ Eric G. Lasker_____
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE