# EXHIBIT 20

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
 3   IN RE:  ROUNDUP PRODUCTS      MDL No. 2741
     LIABILITY LITIGATION
 4   _____
 5   SPECTOR V. MONSANTO, CO.,    *
     Case no. 3:20-cv-05532       *
 6   _____
 7
     ****************************************************
 8
              REMOTE VIDEOTAPED DEPOSITION OF
 9                RONALD J. KENDALL, Ph.D.
                     AUGUST 26, 2021
10
     ****************************************************
11
12
13
14
15
16            DEPOSITION of RONALD J. KENDALL,
17   Ph.D., produced as a witness at the instance of the
18   Defendant, and duly sworn, was taken in the
19   above-styled and numbered cause on the 26th day of
20   August, 2021, from 9:02 a.m. to 3:52 p.m., before
21   Christy R. Sievert, CSR, RPR, in and for the State
22   of Texas, reported remotely by machine shorthand,
23   pursuant to the Federal Rules of Civil Procedure and
24   the provisions stated on the record or attached
25   hereto.
```

```
 1                A P P E A R A N C E S
 2                  (Appearing remotely)
 3
 4   FOR THE PLAINTIFF:
 5     MR. MARC G. BRECHER
       Wapner Newman
 6     2000 Market Street, Suite 2750
       Philadelphia, Pennsylvania  19103
 7     Phone:    267-281-5128
       E-mail:   mbrecher@wapnernewman.com
 8
 9   FOR THE DEFENDANT:
10     MR. JOHN M. KALAS
       MS. DEVARATI DAS
11     Hollingsworth, LLP
       1350 I Street, NW
12     Washington, DC 20005
       Phone:    202-898-5800
13     E-mail:   jkalas@hollingsworthllp.com
                 ddas@hollingsworthllp.com
14
15   ALSO PRESENT:
16     COLIN COUGHENOUR, Videographer
17
18
19
20
21
22
23
24
25
```

 1    glyphosate has a role in cell damage,

 2    particularly -- particularly effects on the DNA;

 3    however, I will not speak to glyphosate individually

 4    as carcinogen as I will speak to glyphosate-based

 5    herbicides.

 6         Q.   Okay.  So if I understand correctly, tell

 7    me if I'm wrong because I'm trying to make sure I

 8    understand, you will tell the jury glyphosate-based

 9    herbicides are a carcinogenic as a mixture, but you

10    will not tell the jury glyphosate by itself is

11    carcinogenic individually; is that fair?

12         A.   Yes.

13         Q.   Okay.  Will you tell the jury the

14    surfactants used in glyphosate in and of

15    themselves -- excuse me.  Let me rephrase that.

16    Strike the question.

17              Will you tell the jury the surfactants

18    used glyphosate-based herbicides in and of

19    themselves are carcinogenic?

20         A.   No.

21         Q.   Okay.  Have you published a peer reviewed

22    article on the purported toxic effects of inert

23    herbicide ingredients?

24         A.   No, but I've considered it professionally

25    for 40 years.  I've been doing pesticide studies

1  that since we're going into that question.
2          What is exposure?
3     A.   Exposure is when one comes into contact
4  with a substance, that that substance can either
5  contaminate you, enter your body, or exert toxic
6  effects.
7     Q.   Okay.  And is exposure different than
8  internal dose?
9     A.   Yes.
10    Q.   What is an internal dose?
11    A.   An internal dose is the transfer of a
12 substance internally into the organism of interest
13 such that that substance can exert toxic effects on
14 certain target receptors, such as the liver, the
15 lung, or the blood.
16    Q.   Okay.  And so in order for a compound to
17 cause cancer, for instance, you need an internal
18 dose of that compound, not just an exposure, fair?
19    A.   Fair.
20    Q.   Okay.  Now, turning back to the dermal
21 point for a moment.  Have you ever heard of
22 something called the stratum corneum?
23    A.   Yes.
24    Q.   What is the stratum corneum?
25    A.   It's a component of your skin.  It's the --

1  carcinogenic to humans?

2      A.   "Not likely to be carcinogenic in humans"
3  does not say it is not carcinogenic in humans.  It
4  is not likely, which is a far different conclusion
5  than saying it is not carcinogenic in humans.  So I
6  don't disagree with what they say because I know why
7  they say it, because there's still some question
8  about this.  That's why they use "not likely."

9      Q.   Is there any classification below "not
10 likely" where EPA can say "not carcinogenic in
11 humans"?  Is there that classification in the regs?

12     A.   They say "not carcinogenic."

13     Q.   Okay.  Okay.  If that's your position on
14 the regulations, that's fine.

15          How about this, EPA elsewhere in this
16 document -- and we can find it if you need to, but
17 in some ways -- anyway, we can find it if we need
18 to.

19          EPA elsewhere in that document talks about
20 the fact that glyphosate is not genotoxic.  Do you
21 disagree with that statement?

22     A.   I think there's a lot of controversy on
23 that subject because there -- okay.  Glyphosate and
24 then glyphosate formulation.  Okay.  Glyphosate,
25 based on what I've seen, is not as genotoxic as the

```
 1   formulation in terms of the ability to induce

 2   oxidative stress, particularly, or to induce any

 3   genetic damage.  So the formulation is more potent

 4   in that -- in that particular context.

 5          So I -- I -- I'll leave it at that.

 6      Q.  I'm not sure if you answered my question

 7   now.  So I just want to make sure I understand your

 8   position on this.

 9          Do you disagree with EPA when they state

10   glyphosate is not genotoxic?

11      A.  I think that's a debatable answer based on

12   where we are today.  And in terms of -- it's

13   according to how we classify genetic toxicity as far

14   as potency.  And I think it's debatable.

15      Q.  Okay.  Now, you mentioned formulated

16   products.  I'm going to mark as exhibit -- well, let

17   me ask you this, can you go through one more

18   document, or do you need a break?  We've gone

19   50 minutes or so.

20      A.  Either way.

21      Q.  Okay.

22      A.  You know, five minutes would be great, or

23   we can go through another document.

24      Q.  Sure.  Yeah, I think I can do this one in

25   five minutes.  Give me one second.
```

1  Japanese, the EFSA, the European Chemicals Agency,
2  and the JMPR.  Are you aware there have been
3  evaluations by those agencies?
4      A.  I am.
5      Q.  Okay.  Are you aware all of those agencies
6  have classified glyphosate as not carcinogenic?
7      A.  I'm aware of some of them, yes.
8      Q.  Okay.  And assuming all those agencies have
9  classified glyphosate as not carcinogenic, I take it
10 you would not agree or disagree with those agencies
11 as well?
12     A.  I think it's a debatable issue.
13     Q.  Okay.  And, again, you have not reviewed,
14 to your knowledge, all of the material that those
15 agencies have reviewed in reaching their decisions,
16 right?
17     A.  I suspect all of those agencies haven't
18 reviewed all the other materials of the other
19 agencies in reaching those decisions either.  So the
20 answer is no.
21     Q.  Okay.  Is there an agency on earth,
22 including the IARC, that has classified
23 glyphosate-based herbicides, in other words, the
24 formulated product, as carcinogenic?
25     A.  No.

1    A.   I thought the Zhang study was very well
2  done, and it was a strong analysis.  And what they
3  really said, which made a lot of sense, was that as
4  you work your way up the dose response curve to the
5  more exposed individuals, the statistical
6  significance became stronger.  And that seems to
7  make sense because when you get to the lower dose
8  levels, it's much more difficult to detect effects,
9  that they occurred because sometimes the subtlety of
10  the response at low dose levels.
11        So that seemed to make sense to me as they
12  presented that data, which I thought was very well
13  presented.  So, again, it's -- there's a lot of
14  debate in all of this and -- and, of course, these
15  studies do reflect different outcomes, which is not
16  surprising because of the -- the very complex issues
17  we're talking about here.
18     Q.   What is the threshold internal dose at
19  which somebody is at risk of NHL from glyphosate
20  exposure?
21     A.   That hasn't been determined yet.
22     Q.   Okay.  Now, you brought up dose there.  And
23  I just want to get a sense, if we can, of what dose
24  Ms. Spector may have been exposed to when she was
25  applying Roundup.

```
 1    like a very, very small amount over -- over seven
 2    days or over a month daily.  It's about irregular
 3    exposures that are occurring in a chronic scenario
 4    over not days and months but years and decades.
 5         Q.   Okay.  Is there any regulatory -- go ahead.
 6         A.   If you put all of that together, it's much
 7    more difficult to evaluate that chronicity when
 8    you're looking at the subtleties of how some of
 9    these chemicals behave.
10              And as -- as we -- as I discussed earlier,
11    there are various epidemiological studies that show
12    no association between Non-Hodgkin's lymphoma and
13    glyphosate, yet there are others that do show
14    associations.  And this is exactly what I'm talking
15    about based on the people you're measuring, the
16    types of measurements being taken, how the data are
17    being analyzed, how studies are being applied to --
18    to looking at these questions.
19              And so as I look at the whole spectrum of
20    the weight-of-the-evidence, we can -- we can discuss
21    these numbers and these -- these dose levels, but at
22    the same time we're talking about something that
23    poses, in my opinion, biological plausibility for a
24    carcinogenic response.  And we haven't really
25    defined yet in that whole area of theory as what --
```

```
 1   what are the threshold levels for carcinogenic
 2   response.  What are they?  We don't know.
 3           That's -- that evolves with the person
 4   involved, the stress factor, any immune system
 5   impairment, any factors that could be involved,
 6   whether you're pregnant or not or whether you're
 7   having confounding factors like smoking.  So I could
 8   go on and on.
 9           So from my perspective, one has to look at
10   Ms. Spector's exposure in the context of the case,
11   her health, what are the confounding factors and so
12   on.
13       Q.  Okay.  Thank you for that answer.
14           Returning to I think what I was asking
15   about, is there any regulatory value on earth that
16   would suggest that somebody exposed to
17   .006 milligrams per kilogram in a given day is at a
18   human health risk?
19       A.  I'm not aware of it.
20       Q.  Okay.  And just to be clear, because you
21   mentioned about these acute exposures, glyphosate
22   does not bioaccumulate the way a substance like
23   perfluorinated chemicals might?
24       A.  It -- it does not in the human body.
25       Q.  Okay.
```