EXHIBIT 21

Carl Savory

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
 3       IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION
 4    This document relates to:   : MDL No. 2741
                                   :
 5    Carl Savory and Karen        :
      Savory, husband and wife     :
 6    v. Monsanto Co.,             : Case No. MDL No.
      Case No. 3:20-cv-02403-VC    : 3:16-md-02741-VC
 7
 8
                             - - -
 9
                     Monday, June 22, 2020
10
                             - - -
11
12         Videotaped deposition of CARL SAVORY
      taken at the SpringHill Suites by Marriott
13    Quakertown, 1930 John Fries Highway, Quakertown,
      Pennsylvania, on the above date, commencing at
14    10:26 a.m. before Lauren A. Buchak, Registered
      Merit Reporter and Certified Realtime Reporter.
15
16
17
18
19
20
21
22
23            GOLKOW LITIGATION SERVICES
24        877.370.3377 ph | 917.591.5672 fax
25              deps@golkow.com
```

Carl Savory

```
 1      APPEARANCES:

 2              WAPNER NEWMAN
                By: JARAD L. SILVERSTEIN, ESQUIRE
 3              2000 Market Street, Suite 2750
                Philadelphia, PA  19103
 4              215-569-0900
                silversteinj@wnwlaw.com
 5              -- For the Plaintiffs

 6              SHOOK, HARDY & BACON, LLP
                By: MATHEW L. LARSEN, ESQUIRE
 7              2555 Grand Boulevard
                Kansas City, Missouri  64108
 8              816-474-6550
                mlarsen@shb.com
 9              -- For the Defendant

10

11

12

13      ALSO PRESENT:

14              Kelly Boyd - Videographer

15

16

17

18

19

20

21

22

23

24

25
```

1                    INDEX TO WITNESSES
2
   WITNESS                              PAGE
3
   CARL SAVORY
4
      By Mr. Larsen                     8
5
6
7
                    INDEX TO EXHIBITS
8
9                                       PAGE
   EXHIBIT          DESCRIPTION         MARKED
10
   Exhibit-1        Notice of Deposition     28
11
   Exhibit-2        Photograph               73
12
   Exhibit-3        Photograph               90
13
   Exhibit-4        Photographs              99
14
   Exhibit-5        Photograph              101
15
   Exhibit-6        Bucks County Parcel and
16                  Flood Plane Viewer      112
17 Exhibit-7        Photograph              128
18 Exhibit-8        Photograph              129
19 Exhibit-9        Photograph              130
20 Exhibit-10       Photograph              131
21 Exhibit-11       Photograph              132
22 Exhibit-12       4/5/16 Grand View Hospital
                    Medical Record          173
23
   Exhibit-13       6/11/14 Academic Urology
24                  Medical Record          175
25

Carl Savory

1                  INDEX TO EXHIBITS

2

                                                           PAGE

3    EXHIBIT           DESCRIPTION            MARKED

4    Exhibit-14      Civil Action Complaint     204

5    Exhibit-15      Plaintiff Fact Sheet       206

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Carl Savory

```
 1              DEPOSITION SUPPORT INDEX

 2   Directions to Witness Not to Answer

 3   PAGE            LINE

 4

 5   Request For Production of Documents

 6   PAGE            LINE

 7

 8

     Stipulations

 9

     PAGE            LINE

10

11

12   Questions Marked

13   PAGE            LINE

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1              THE VIDEOGRAPHER:  We're now on

2         the record.  My name is Kelly Boyd.  I'm

3         a video specialist for Golkow Litigation

4         Services.  Today's date is June the 22nd,

5         2020, and the time is 10:26 a.m. as

6         indicated.

7              This deposition is being held in

8         Quakertown, Pennsylvania in the matter of

9         Carl Savory and Karen Savory, husband and

10        wife, plaintiffs, versus Monsanto

11        Company, case number 3:20-cv-02403-VC, in

12        the United States District Court,

13        Northern District of California, case

14        number MDL 3:16-md-02741-VC.  The

15        deponent is Carl Savory.

16             At this time, will counsel please

17        identify themselves for the record.

18             MR. SILVERSTEIN:  Good morning.

19        My name is Jarad Silverstein from the law

20        firm of Wapner, Newman, Wigrizer, Brecher

21        and Miller on behalf of the plaintiffs,

22        Carl and Karen Savory.

23             MR. LARSEN:  Good morning.  Mat

24        Larsen with the law firm of Shook, Hardy

25        and Bacon on behalf of defendant,
```

Carl Savory

 1          Monsanto Company.

 2               THE VIDEOGRAPHER:  The court

 3          reporter is Lauren Buchak.  She will now

 4          swear in the witness.

 5                         *  *  *

 6               CARL SAVORY, after having been

 7          duly sworn or affirmed, was examined and

 8          testified as follows:

 9                         *  *  *

10               MR. LARSEN:  Good morning, Mr.

11          Savory.  My name is Mat Larsen as I just

12          identified myself on the record.  I'm one

13          of the lawyers for the Monsanto Company

14          in this lawsuit that you filed.  Just,

15          before we get going, I just want to make

16          a quick statement for the record.

17               I note for the record that

18          Monsanto continues to receive records

19          from medical providers who have treated

20          Mr. Savory and other types of records.

21               Therefore, we reserve our right

22          to continue the deposition past today

23          based on additional records being made

24          available.

25                         *  *  *

Carl Savory

```
 1                    EXAMINATION
 2  BY MR. LARSEN:
 3         Q.    Mr. Savory, please state your
 4  full name and home address for the record.
 5         A.    Carl Savory, ███████████████
 6  ██████████████   ████████
 7         Q.    All right.  Have you had your
 8  deposition taken before, like we're doing here
 9  today?
10         A.    This is the first deposition.
11         Q.    Great.  So let me go over just a
12  couple ground rules so that it goes kind of as
13  efficiently and cleanly as possible today.  I'll
14  be asking you a number of questions today, and if
15  you do not hear or understand my question, will
16  you ask me to repeat it or rephrase it?
17         A.    Remember, I'm a little hard of
18  hearing.
19         Q.    Okay.
20         A.    So...
21         Q.    That's a really good point.  So I
22  will speak up.  I don't want you to think I'm
23  yelling at you, and if I'm talking too loud, you
24  or your lawyer can ask me to take it down a notch
25  as well.  Is that fair?
```

Carl Savory

```
1              A.      Yes.
2              Q.      Okay.  And as you see, to your
3      right, there's a court reporter who's taking down
4      everything that you say, everything that I say,
5      everything that your lawyer says.  And even
6      though we have a video as well, it's important
7      for our written record that we have affirmative
8      answers.
9                      And what I mean by that is, even
10     if you shake your head or nod your head, in
11     normal human communication, we understand what
12     you're -- what that means, but on a written
13     record it's not so clear.  So I may prompt you
14     for a yes or a no if you're just giving me some
15     kind of shaking or nodding of the head or an
16     uh-huh or uh-uh.  Is that fair?
17             A.      Yes.
18             Q.      Okay.  And you said you're a
19     little hard of hearing.  If by chance you don't
20     hear my question, all of it, or you don't
21     understand it, will you ask me to rephrase or ask
22     it again?
23             A.      Yes.  I can do that.
24             Q.      Great.  Great.  It's also
25     important, so that we have a clean record today,
```

Carl Savory

1  that we don't talk over each other.  In normal

2  everyday communication we cut each other off all

3  the time, and it's not rude, not a big deal.

4           And so far you're doing a great

5  job, but during this deposition today, even if

6  you think you know where I'm going with the

7  question, wait.  Let me finish my question, and

8  then I will also wait and let you finish your

9  answer, and it will be a lot easier for our court

10 reporter if we don't talk over each other.  Is

11 that fair?

12      A.    Yes.

13      Q.    Also, if you need a break, please

14 just let me know.  If there is -- if you need to

15 stand up and stretch your legs or whatever, I'm

16 more than happy to take a break to make this as

17 comfortable for you as possible.

18           If there is a question

19 pending -- if there's a question pending, I'd ask

20 that you answer that question, but then I'm happy

21 to go off the record and take a break at your

22 convenience today.  Is that fair?

23      A.    Yes.

24      Q.    And do you understand that you

25 are testifying today under oath just as if we

Carl Savory

```
1    were in a courtroom with a judge and a jury

2    sitting here?

3            A.      Okay.

4            Q.      And you understand that you're

5    testifying under oath today?

6            A.      Yes.

7            Q.      Okay.  Is there anything we can

8    do to make you more comfortable with your right

9    arm?

10           A.      No.

11           Q.      Okay.  Is that part of the

12   arthritis that you have, or what was the cause of

13   your right arm having some pain and not being as

14   mobile?

15           A.      Partial reconstruction of the

16   shoulder.

17           Q.      And when did that happen?

18           A.      November 16th I went in, so maybe

19   a day or two later.

20           Q.      Of 2019?

21           A.      This year.

22           Q.      Okay.  So just six, seven months

23   ago?

24           A.      Wait a minute.  Yeah.  '19.

25   Yeah.
```

Carl Savory

```
1            Q.     Okay.  All right.  And, Mr.
2    Savory, have you taken any medication within the
3    last 48 hours that might affect your ability to
4    testify completely and accurately today?
5            A.     I don't know how to answer it.
6            Q.     Have you taken any medications in
7    the last 48 hours?
8            A.     Yes.
9            Q.     Are they any medications that
10   affect your ability to listen and to understand
11   questions and to think clearly?
12           A.     Not to my knowledge.
13           Q.     Have you consumed any alcohol
14   within the last 24 hours?
15           A.     No.
16           Q.     As you sit here today, is there
17   any reason that you believe why you would not be
18   able to testify completely and accurately today?
19           A.     No.
20           Q.     And, sir, what is your date of
21   birth?
22           A.     ███████████
23           Q.     Math is not my strong suit.
24           A.     ████████████████
25           Q.     So you're ██?
```

Carl Savory

```
 1              A.      Sixty-five.

 2              Q.      Sixty-five.  See, I told you math

 3    is not my strong suit.  Sixty-five.  Thank you.

 4                      And where were you born?

 5              A.      Philadelphia.

 6              Q.      And why don't you just kind of go

 7    through kind of your high school, you know, kind

 8    of where you grew up, where you went to high

 9    school, and then we'll stop at where you kind of

10    had your first full-time job.

11              A.      Born in Nazareth Hospital, lived

12    in Croyden, PA.  From there, Mayfair.  From

13    there, Northeast Philly.  From there, Neshaminy

14    Valley.

15              Q.      And then what was your first job

16    out of high school?

17              A.      Carpentry.  Home building.

18              Q.      Did you attend any kind of

19    college or technical school after high school?

20              A.      Yes.

21              Q.      What college or technical school

22    did you attend?

23              A.      United States Navy.

24              Q.      So was that --

25              A.      Basic electronics, electricity.
```

Carl Savory

1  Pennco Tech, electronics.

2          Q.      Anywhere else?

3          A.      Just some college courses for

4  radiology but never completed 'cause I couldn't.

5          Q.      And how come you couldn't?

6          A.      'Cause it was six days a week and

7  7:00 to 3:30, and I couldn't work, so I couldn't

8  put -- I couldn't work.

9          Q.      Were the radiology courses

10 associated with the Navy or just something you

11 did separately?

12         A.      Separately.

13         Q.      And what did you want to do

14 with -- why did you take those radiology courses?

15         A.      Job security.

16         Q.      What kind of job were you looking

17 for?

18         A.      Radiology.

19         Q.      As in, in a hospital, that type

20 of thing, or a different type of radiology?

21         A.      It could be hospital.  It could

22 be private practice.

23         Q.      All right.  So you mentioned

24 carpentry and also the U.S. Navy.  After you

25 graduated from high school, did you go into the

Carl Savory

1    Navy, or did you start working as a carpenter?

2              A.      Working.

3              Q.      And why don't you describe what

4    you did as a carpenter, where you went to work?

5              A.      Build homes, residential homes,

6    did the framework.

7              Q.      Would that framing of residential

8    homes involve measuring and cutting two by fours

9    and other type of wood in order to frame, you

10   know, part of a wall or a window?

11             A.      Yes.

12             Q.      How often would you -- would you

13   saw wood and work with wood that way?

14             A.      All day long.

15             Q.      How long did you work framing

16   residential homes?

17             A.      'Til 2001.

18             Q.      And what year did you graduate

19   from high school?

20             A.      '73.

21             Q.      So you worked framing from '73 to

22   2001?

23             A.      (Witness nodded head.)

24                     MR. SILVERSTEIN:  Is that a yes?

25             Q.      That's a yes, right?

Carl Savory

```
 1              A.     Yes.
 2              Q.     Okay.  That's a good example of a
 3    time where your lawyer or one of us may prompt
 4    you.
 5                     Did you ever own your own
 6    business or work for others?
 7              A.     Worked for others.
 8              Q.     And during that time, from 1973
 9    to 2001, did you work using hand saws and
10    electric saws in order to cut wood, shape wood
11    and that type of thing?
12              A.     Yes.
13              Q.     What type of personal protective
14    equipment, if any, did you use while you were
15    framing homes from 1973 to 2001?
16              A.     Long pants, long sleeve shirts,
17    safety glasses.
18              Q.     Steel-toed boots?
19              A.     Oh, yes.  Work boots.
20              Q.     Gloves or not?
21              A.     Wintertime.
22              Q.     So if it was cold, you'd wear
23    gloves?
24              A.     (Witness nods head.)
25              Q.     That's a yes, right?
```

Carl Savory

1          A.      Yes.

2          Q.      Did you ever wear a mask?

3          A.      No.

4          Q.      Now, I was able to -- I framed

5    houses one summer as a summer job, and I think a

6    lot of people know what's involved with doing

7    residential construction and framing houses, but

8    for members of the jury who may not understand

9    what you do on a daily basis when you're working

10   to, you know, frame homes, why don't you describe

11   what framing a house means and what types of job

12   duties you did?

13         A.      Take the wood, cut it to size,

14   nail it together.

15         Q.      And that would be to form the

16   inside, right, of the house?  The studs and --

17         A.      There's different parts to a

18   house.  You know, you have the deck, the

19   bridging, the flooring, the walls, the ceiling

20   joists, and for second floor, second floor walls.

21   At that time, studs had to be cut down.

22         Q.      And that's the type of work that

23   you would do is cut down the studs and then put

24   things together on different areas of the house?

25         A.      Hanging wood that had to be cut

Carl Savory

```
1   to size for headers, studs, top plates, plywood

2   for flooring.  It all has to be cut at one time

3   or another.

4           Q.    And that's what you would do,

5   right?

6           A.    Uh-huh.

7                 MR. SILVERSTEIN:  Yes?

8           A.    Yes.

9           Q.    And then you'd nail it together

10  or sometimes wood glue or whatever to get it

11  together, right?

12          A.    Yes.

13          Q.    Did you have any other full-time

14  jobs between 1973 and 2001 other than working as

15  a carpenter framing homes?

16          A.    No.

17          Q.    Any part-time jobs?

18          A.    No.

19          Q.    And were you the member of any

20  type of union?

21          A.    Yes.

22          Q.    What union was that?

23          A.    1073.

24          Q.    A carpenter's union, I assume?

25          A.    Yes.
```

Carl Savory

```
1              Q.      Now, when did you go into the
2   Navy?
3              A.      February '76.
4              Q.      So three years after graduating
5   from high school, more or less?
6              A.      I believe I was 21.
7              Q.      How long did you serve in the
8   Navy?
9              A.      'Til 1980.
10             Q.      What were your job
11  responsibilities in the Navy?
12             A.      Electrician.
13             Q.      Describe, please, what types of
14  things you would do as an electrician in the
15  Navy.  What you worked on, where you worked, that
16  type of thing.
17             A.      Aboard ship, change light bulbs,
18  change fuses, find shorts where a circuit didn't
19  work.  That's it.
20             Q.      Why did you leave the Navy in
21  1980?
22             A.      My stint was up.
23             Q.      Why did you decide to join the
24  Navy in the first place?
25             A.      Work was slow, and I guess
```

Carl Savory

```
 1   following in my father's footsteps.

 2          Q.      He served in the Navy as well?

 3          A.      Yes.

 4          Q.      Did you have any type of medical

 5   training when you were in the Navy?

 6          A.      No.

 7          Q.      When you were in the Navy, did

 8   you work with any type of chemicals?

 9          A.      No.

10          Q.      So any pesticides or

11   insecticides, anything like that?

12          A.      No.

13          Q.      When you were working in the

14   Navy, were you ever exposed to gasoline or diesel

15   fuel?

16          A.      No.

17          Q.      When you worked as an electrician

18   in the Navy, did you use any type of personal

19   protective equipment?

20          A.      Only what was required.

21          Q.      Which was what?

22          A.      Steel-tipped boots.

23          Q.      Any gloves or a mask?

24          A.      No.

25          Q.      Now, when you were in the Navy,
```

Carl Savory

```
 1   did you work around any type of hazardous

 2   materials?  And if you ask me what hazardous

 3   materials is, I don't have a specific definition

 4   for it.  Just whatever in your mind you think a

 5   hazardous material is, did you work around any

 6   such materials while working in the Navy?

 7        A.    No.

 8        Q.    Any workplace injuries while you

 9   were in the Navy?

10        A.    No.

11        Q.    And I'm going to go through kind

12   of the same type of questions quickly when you

13   were working as a carpenter.  Did you work with

14   any chemicals in the workplace?

15        A.    No.

16        Q.    So you didn't, like, refinish

17   floors, any paint thinner, things like that?

18        A.    No.  I was not in that area.

19        Q.    And no pesticides or

20   insecticides?

21        A.    No.

22        Q.    Did you work around any gasoline

23   or diesel fuel as a framer?

24        A.    No.

25        Q.    Any other hazardous materials?
```

Carl Savory

```
 1            A.      No.

 2            Q.      Did you ever have any workplace

 3    injuries while you were working as a carpenter?

 4            A.      Yes.

 5            Q.      Can you describe those, please?

 6            A.      Cut my thumb.

 7            Q.      Did you have to take some time

 8    off work?

 9            A.      Yes.

10            Q.      Do you remember how long?

11            A.      Two weeks.  Week and a half.

12            Q.      Did you ever take medical leave

13    while working as a carpenter?

14            A.      No.

15            Q.      So why did you stop working in

16    2001 as a carpenter?

17            A.      Rheumatoid arthritis.

18            Q.      For the members of the jury, why

19    don't you describe, please, what rheumatoid

20    arthritis is?

21            A.      It's advanced arthritis.  It

22    attacks the bone joints.

23            Q.      Did any -- did you see a doctor

24    for it?

25            A.      Yes.
```

Carl Savory

```
 1            Q.      Which doctor did you see for your
 2    rheumatoid arthritis?
 3            A.      I don't recall.
 4            Q.      Did the doctor do anything to
 5    treat the arthritis?
 6            A.      Not really.
 7            Q.      And why was that?  Because there
 8    wasn't a treatment, or just why didn't they treat
 9    it?
10            A.      I was mostly an experiment for
11    him where he could write it all down each time I
12    went to see him, the symptoms and how I reacted,
13    too.  As far as medication, I've never gotten any
14    from him.  It was $3,000 a month for medication.
15    I couldn't afford it.
16            Q.      Did you have health insurance at
17    the time?
18            A.      No.
19            Q.      Have you -- has the rheumatoid
20    arthritis gotten any better since then?
21            A.      No.  Dermatologist got me
22    rheumatoid arthritis medication for nothing.
23            Q.      As in he got it for you without
24    cost?
25            A.      Yes.
```

Carl Savory

1          Q.      When did you start taking that

2    medication?

3          A.      Five years ago.  Six years.

4          Q.      And has it helped?

5          A.      I can't really recall.

6          Q.      Has it helped?

7          A.      Yes.

8          Q.      Great.  In 2001, when you started

9    suffering from this rheumatoid arthritis, was it

10   in certain areas -- was it focused on certain

11   areas of your body?

12         A.      The bone joints.

13         Q.      All over or, like, upper body

14   versus lower body or...?

15         A.      Legs, arms, hands, shoulders.

16         Q.      Has any doctor told you what the

17   cause of that rheumatoid arthritis was?

18         A.      They don't know.

19         Q.      And did you go on disability in

20   2001?

21         A.      No.

22         Q.      Did you at any time file for

23   disability after that?

24         A.      Yes.

25         Q.      When?

Carl Savory

```
1              A.      About four years later.

2              Q.      Why did you decide to wait four

3    years before filing for disability in 2005?

4              A.      Disbelief that I could never go

5    back to work again.

6              Q.      Was your wife working during that

7    period of time to help sustain the household?

8              A.      Yes.

9              Q.      Where was she working?

10             A.      At a bank.

11             Q.      And was your disability claim

12   approved in 2005?

13             A.      Yes.

14             Q.      And you've been on disability

15   ever since?

16             A.      Yes.

17             Q.      Describe how this rheumatoid

18   arthritis has affected your quality of life, if

19   you can think about your quality of life before

20   2001 and then since 2001 because of the

21   rheumatoid arthritis.

22             A.      Repeat the question, please.

23             Q.      Sure.  Happy to.  If you think

24   about your quality of life and what you are able

25   to do and not able to do because of the
```

Carl Savory

1   rheumatoid arthritis, describe for the jury how

2   the rheumatoid arthritis has affected your

3   quality of life and what you're able to do?

4            MR. SILVERSTEIN:  Just note my

5       objection to the form.  He's asking you

6       only about the rheumatoid arthritis, how

7       that's affected you, not the other issues

8       that you may have.

9       Q.    Correct.  Just the rheumatoid

10  arthritis.

11      A.    Your bone joints get sore.  Like

12  one day you can't hardly walk.  The next day you

13  can.  Hands, holding stuff.  Yeah.  It affects

14  your quality.  I don't know how to -- I really

15  can't describe it.

16      Q.    Before you suffered from

17  rheumatoid arthritis, you were able to work full

18  time, right?

19      A.    Yes.

20      Q.    And then after you started

21  suffering from it more in 2001 and later, you

22  were not able to work full time, right?

23      A.    No.

24      Q.    Were you less mobile after you

25  started suffering from rheumatoid arthritis in

Carl Savory

```
 1    2001?

 2            A.      Yes.

 3            Q.      You weren't able to move as

 4    easy -- excuse me.  You weren't able to move as

 5    easily, correct?

 6            A.      Yes.

 7            Q.      I'm going to kind of change gears

 8    for a few minutes.  You testified earlier that

 9    this is your first deposition, right?

10            A.      Yes.

11            Q.      Have you ever testified in trial

12    before?

13            A.      No.

14            Q.      Have you ever been involved in a

15    civil lawsuit as a plaintiff or a defendant?

16            A.      No.

17            Q.      Have you ever filed for

18    bankruptcy?

19            A.      No.

20            Q.      And I do need to ask a few of

21    these questions.  Have you ever been arrested

22    before?

23            A.      No.

24            Q.      Ever been charged with committing

25    a crime?
```

Carl Savory

```
 1              A.     No.

 2              Q.     All right.  Throughout the day

 3      today, there are a few documents I'm going to

 4      mark as exhibits that I will hand you.

 5                     MR. LARSEN:  I'm marking as

 6              Exhibit-1 the notice to take

 7              the -- notice to take your deposition.

 8              Here, I can give him the exhibit copy.

 9                     MR. SILVERSTEIN:  That's fine.

10              He can have that.  If you want to just

11              put all the exhibits so she has them.

12                     MR. LARSEN:  Great.

13                     MR. SILVERSTEIN:  Unless he needs

14              to see it, and that's the only copy.

15                     MR. LARSEN:  Okay.  Sounds good.

16              Thank you.

17                     (Whereupon, a document was marked

18              for identification as Exhibit No. 1.)

19      BY MR. LARSEN:

20              Q.     So if you'll look at Exhibit-1,

21      please.  This is titled Defendant Monsanto

22      Company's Notice to Take Oral and Videotaped

23      Deposition of Plaintiff Carl Savory.

24                     Have you seen this document

25      before?
```

Carl Savory

```
 1              A.       No.

 2              Q.       Now, before your deposition

 3     today, were you asked to collect any documents to

 4     bring with you or produce before the deposition?

 5              A.       For the deposition?

 6              Q.       Let me just ask it this way.

 7     Have you done -- have you searched for any

 8     documents relating to this lawsuit and provided

 9     those to your attorneys to give to us?

10              A.       Only what the attorney requested.

11              Q.       Okay.  And so I've looked at

12     documents you produced, which I believe you've

13     given your lawyers some medical records, right?

14              A.       Yes.

15              Q.       Okay.  And some pictures?

16              A.       Yes.

17              Q.       Are there any types of documents

18     that you searched for but couldn't find?

19              A.       No.

20              Q.       And if you look on page 2 of this

21     document, there's a section titled, about

22     two-thirds of the way down, Document Requests,

23     and there are, I guess, 12 separate requests of

24     types of documents that we asked you to search

25     for and produce if they were in existence before
```

Carl Savory

1   the deposition today.  I am not going to go and

2   read every single one of these 12.  I'm just

3   going to kind of generalize a few of these

4   categories of documents.

5              The first request, and a few

6   others, ask for any type of documents that relate

7   to your application or purchase of any type of

8   pesticide, not just Roundup.  Are you aware of

9   any of those types of documents?

10        A.    I don't know how to answer.

11        Q.    Do you have --

12        A.    I was asked, but there's none

13   available.

14        Q.    All right.  So you don't have any

15   receipts of any of your Roundup purchases?

16        A.    Any receipts that I have have

17   faded out, and you can't read them.

18        Q.    And any receipts of any kind of

19   purchasing of any type of pesticides or

20   herbicides?

21        A.    No.

22        Q.    Have you ever had any type of

23   training relating to the application of any type

24   of pesticides or herbicides?

25        A.    No.  Just instructions on the

Carl Savory

1    container of pesticide.

2           Q.    Now, it's my understanding you

3    were diagnosed with Non-Hodgkin's lymphoma in

4    September of 2019, correct?

5           A.    I believe that's...

6           Q.    Did you keep any type of diary or

7    journal or calendar or notes relating to your

8    cancer diagnosis and treatment?

9           A.    The doctor.

10          Q.    Okay.  So the doctor has medical

11   records, right?

12          A.    Yes.

13          Q.    But did you personally take or

14   keep any kind of notes or diary or journal?

15          A.    No.

16          Q.    Okay.  If you know, did your wife

17   keep any kind of a diary or journal or calendar

18   with respect to your cancer treatment and

19   diagnosis?

20          A.    Not to my knowledge.

21          Q.    Have you had any type of written

22   communication with any of your health care

23   providers regarding your cancer diagnosis?  Any

24   kind of emails or text messages?

25          A.    No.

Carl Savory

1          Q.     Have you had any type of written

2   communication, whether as an email or text or

3   anything else, with anyone about Roundup or

4   Monsanto or this lawsuit other than any

5   communications you may have had with your lawyer?

6          A.     No.

7          Q.     Do you have any medical bills

8   with respect to your cancer diagnosis and

9   treatment that you have not provided to your

10   lawyer?

11          A.     Repeat that.

12          Q.     Sure.  Medical bills.  Do you

13   have any medical bills in your possession at home

14   somewhere that you have not yet given to your

15   lawyer?

16          A.     Yes.

17          Q.     And I'll work with your lawyer to

18   get those, but will you provide those medical

19   bills to your lawyer?

20          A.     Yes.

21          Q.     And have you had any kind of

22   written communications with the United States

23   Environmental Protection Agency or any other type

24   of Pennsylvania state or county agency with

25   respect to application of Roundup or any other

1    pesticides or herbicides?

2           A.      No.

3           Q.      As you sit here today, can you

4    think of -- when I say the allegations in your

5    lawsuit, you think about what you're claiming

6    here.

7                   As you sit here today, can you

8    think of any documents that may relate to your

9    claims against Monsanto with respect to your

10   cancer that you have not yet given to your lawyer

11   other than medical bills?

12          A.      Not to my knowledge.

13          Q.      Now, we'll get into your Roundup

14   application and how you used it in a bit, but do

15   you do any type of farming activities on your

16   property?

17          A.      I used to.

18          Q.      And did --

19          A.      Yes.

20          Q.      All right.  And did you use

21   Roundup in your farming areas, you know, where

22   your crops were and things like --

23          A.      No.

24          Q.      Okay.  So you did not use Roundup

25   with respect to any of your farming activities.

Carl Savory

1    Is that true?

2              A.     I did not use, you say?

3              Q.     I asked a bad question.  I just

4    want to know if you used Roundup in relation to

5    any of your farming activities?

6              A.     No.

7              Q.     What type of farming activities

8    did you have?

9              A.     I grew corn for two years.  Then

10   I had the garden, fruits and vegetables.

11             Q.     How big was the garden?

12             A.     14 by 36.

13             Q.     So it was more of a personal

14   garden, not something you did as a business.  Did

15   you sell any of the fruits or vegetables?

16             A.     Yes.

17             Q.     And who did you sell them to?

18             A.     Repeat that question.

19             Q.     Yeah.  No.  No.  And maybe I

20   asked a bad question.  Was it more of a personal

21   garden for you and your --

22             A.     Yes.

23             Q.     Okay.  You and your family to eat

24   the fruits and vegetables, right?

25             A.     Yes.

Carl Savory

```
 1              Q.     You did not sell those vegetables
 2    to others, or fruit?
 3              A.     No.
 4              Q.     All right.  What did you do to
 5    prepare for your deposition today?  And I'm not
 6    getting into specific communications you had with
 7    your lawyer.  You can say, hey, we met for an
 8    hour, whatever it is.  I'm not asking what you
 9    talked about.  I just want to know in general
10    what you did to prepare for today's deposition?
11              A.     Nothing.
12              Q.     Did you meet with your lawyer at
13    all?
14              A.     Yes.
15              Q.     For about how long?
16              A.     Half hour, 45 minutes, maybe.
17              Q.     Today or earlier than today?
18              A.     I'm guessing maybe a week ago.  I
19    can't really recall how long ago.
20              Q.     Is that the only time that you
21    had met?
22              A.     No.
23              Q.     Was anyone else present beside
24    you and your lawyer when you guys met?
25              A.     Yeah.  There was another man
```

Carl Savory

```
 1   there.  Another lawyer.

 2          Q.     Okay.  From his law office.  Was

 3   your wife there with you?

 4          A.     No.  She stayed out.

 5          Q.     Did you review any documents

 6   while you were preparing?

 7          A.     What do you mean by documents?

 8          Q.     Did you review any kind of

 9   documents when you were working with your lawyer

10   to prepare for your deposition?

11          A.     Review?  No.

12          Q.     Now, you may be aware that in

13   this Roundup litigation there's been a number of

14   depositions like this one today, and there's been

15   a few trials.  Have you attended any depositions

16   in this Roundup litigation?

17          A.     No.

18          Q.     Have you read any -- as I

19   mentioned earlier, a court reporter is

20   transcribing everything we all say, and it's

21   called a deposition transcript.

22                 Have you read any deposition

23   transcripts in this Roundup litigation?

24          A.     No.

25          Q.     Have you read any of the
```

Carl Savory

1    transcripts from any of the trials?

2         A.    No.

3         Q.    Have you read any news articles

4    about any of the trials?

5         A.    No.

6         Q.    Now, I had a chance to go through

7    the medical records from your treating physicians

8    that have been produced to us so far, and I want

9    to set your treating physicians aside, right?

10   You go to certain doctors to assist you with your

11   current medical conditions, but apart from your

12   treating physicians, have you met with any

13   doctors or experts that were hired by your

14   lawyers?

15        A.    No.

16        Q.    Have you spoken to any doctors or

17   experts that were hired by your lawyers?

18        A.    No.  It's not COVID.  Trust me.

19   It's a chemotherapy and radiation cough.

20        Q.    I appreciate that.  I'm not

21   worried about, but thank you for clarifying.

22               So you mentioned your current

23   address.  How long have you lived at that

24   address?

25        A.    1987.

```
1              Q.      And I did not write down the
2      address.  What street is that on?
3              A.      Street?  Doerr, D-O-E-R-R, Road.
4              Q.      And where did you live before the
5      home on ██████████
6              A.          ██████████
7              Q.      How long did you live at that
8      address?
9              A.      I guess two to three years.
10             Q.      And did you use Roundup at any
11     properties other than the property on ██████████?
12             A.      No.
13             Q.      That makes things easier today
14     and will make things go a little quicker since
15     we're focusing on one property.
16                     All right.  What are your current
17     sources of income?
18             A.      Social Security disability.
19             Q.      And you testified a little bit
20     ago that your wife worked for a bank.  Is she
21     still working?
22             A.      Not at the bank.
23             Q.      Where does she work now?
24             A.      Lowe's.
25             Q.      As in Lowe's Home Improvement
```

Carl Savory

```
1    Center?

2           A.     Yes.

3           Q.     Great.  What does she do at

4    Lowe's?

5           A.     Cashier.

6           Q.     How long has she been at Lowe's?

7           A.     I can't recall.  Six years.  Ten

8    years.  I can't recall.

9           Q.     That's okay.  Somewhere between

10   six and ten years.  That's fair.  Did she work at

11   the bank before that or another job before

12   Lowe's?

13          A.     Bank.

14          Q.     Was she a cashier at the bank or

15   a teller?

16          A.     Teller.

17          Q.     How long did she work as a

18   teller?  Just your best ballpark estimate.

19          A.     Wow.  I can't recall.

20          Q.     A long time?

21          A.     Yes.

22          Q.     All right.  I'm good with a long

23   time.  Has she had any kind of medical or legal

24   training?

25          A.     Medical?
```

Carl Savory

```
 1            Q.     Your wife, has she had any kind
 2    of medical or legal training?
 3            A.     No.
 4            Q.     When did you get married?  What
 5    year?
 6            A.     1981.
 7            Q.     Do you have any children?
 8            A.     No.
 9            Q.     I'm sorry.  And your wife's name,
10    I forgot.  It's on the front of the caption.
11    What's your wife's name?
12            A.     Karen, with a K, A-R-E-N.
13            Q.     And have you been married to
14    Karen continuously from 1981 to the present?
15            A.     Yes.
16            Q.     So your current social -- excuse
17    me.  Strike that.  I'll start over.
18                   So if I understand correctly,
19    your current sources of income are Social
20    Security disability and her income from Lowe's.
21    Is that true?
22            A.     And her Social Security.
23            Q.     About how many hours does she
24    work a week at Lowe's?
25            A.     Part time.
```

Carl Savory

```
 1              Q.      So a little while ago we talked
 2    about your work in the Navy and work as a
 3    carpenter.  Just, since then, have you thought of
 4    any other full-time or part-time jobs that you
 5    had from when you graduated high school until you
 6    were not able to work any longer in 2001?
 7              A.      Repeat.
 8              Q.      Sure.  We've talked about your
 9    employment as a carpenter framing houses and also
10    for the U.S. Navy.  Are there any other jobs,
11    whether it's part time or full time, that you've
12    had since high school that we have not yet
13    discussed?
14              A.      No.
15              Q.      Did you do any kind of work
16    during high school?
17              A.      Yes.
18              Q.      What type of jobs did you have
19    during high school?
20              A.      Laborer for my father.
21              Q.      And what type of labor are you
22    talking about?
23              A.      Bricklayer.
24              Q.      Is that what he did for a living?
25              A.      Yes.
```

Carl Savory

1          Q.      And you did that in Philadelphia?

2          A.      Yes.

3          Q.      As a bricklayer, did you work

4    with any type of chemicals?

5          A.      No.

6          Q.      Would you have to -- and I

7    apologize for my ignorance with respect to

8    bricklaying, but in order to form the bricks or

9    get them to the right size, would you have to do

10   any type of cutting or sanding or anything like

11   that?

12         A.      That's the bricklayer's job.

13         Q.      To do that type of thing, to cut

14   and sand, right?

15         A.      To cut, yes.

16         Q.      And did you do that when you were

17   working for your father?

18         A.      No.  He did all the cutting.

19         Q.      You just actually helped him lay

20   the bricks where they needed to go?

21         A.      No.  I carried the bricks to him.

22         Q.      All right.  That's fair.  And

23   when you were working doing framing, did that

24   also involve sanding as well?  We talked about

25   the cutting, but did it involve sanding, also?

Carl Savory

```
 1            A.     No.

 2            Q.     Have you ever filed a workers'

 3   compensation claim for accidents or any injury in

 4   the workplace?

 5            A.     Yes.

 6            Q.     How many?

 7            A.     I recall one for my ankle.

 8            Q.     Any ballpark estimate on the date

 9   of that?

10            A.     I don't recall.

11            Q.     And was that when you were doing

12   carpentry?

13            A.     Yes.

14            Q.     And was it approved?

15            A.     Didn't get that far.

16            Q.     How come?

17            A.     It was only, like, a week, week

18   and a half.

19            Q.     Have you ever been denied any

20   life insurance?

21            A.     No.

22            Q.     Do you have life insurance?

23            A.     I believe my wife has something.

24   I'm not sure.

25            Q.     On you or on her or on both of
```

Carl Savory

1    you?

2            A.      Both.

3            Q.      But you're not aware of any time

4    where you've applied for life insurance and got

5    denied for any reason?

6            A.      No.  I believe she has insurance

7    for both at work, but she doesn't tell me that

8    kind of stuff.

9            Q.      Now, we talked about your

10   military service for, it seemed like, about four

11   years.  Did you do any service in the reserves

12   after that, or when you were done, you were done?

13           A.      When I was done, I was done.

14           Q.      Did you serve in any combat

15   zones?

16           A.      No.

17           Q.      Where did you serve during that

18   four-year period of time?

19           A.      Charleston, South Carolina; Rota,

20   Spain.

21           Q.      And you spent some time on some

22   ships, you said, right?

23           A.      Spent some time?

24           Q.      When you were in the Navy, did

25   you spend some time offshore on some ships?

Carl Savory

1          A.      Offshore from the ship?

2          Q.      Offshore on a ship, on a boat.

3   Did you spend time --

4          A.      Rephrase that.

5          Q.      Yeah.  Yeah.  No.  I'm sorry.  If

6   I'm asking a bad question, I'm happy to re-do it.

7                  I'm just wondering if when you

8   worked in the Navy, were you always on land, or

9   did you ever work on any of the boats that were

10  out in the ocean somewhere?

11         A.      I was aboard ship, and that's

12  where I worked.

13         Q.      Okay.  All right.  Changing

14  gears.  Let's talk for a few minutes about any

15  hobbies or activities.  Do you have any hobbies

16  or activities that you do on a regular basis?

17                 MR. SILVERSTEIN:  Currently?

18                 MR. LARSEN:  Yes.

19                 THE WITNESS:  No.

20  BY MR. LARSEN:

21         Q.      Are you a member of any local

22  organizations, clubs or civic organizations,

23  anything like that?

24         A.      The union, carpenter's union.

25         Q.      And what do you still do with

Carl Savory

1   them?

2            A.      Nothing.   I'm -- how do they put

3   it?   Disabled, I guess you could say.

4            Q.      But you maintain a membership

5   with them?

6            A.      Yes.

7            Q.      Do you get together for meetings

8   or for social outings or to get drinks or

9   anything like that?

10           A.      No.

11           Q.      And I'm talking currently.   Do

12  you and your wife enjoy doing any kind of

13  vacationing or travel?

14           A.      No.

15           Q.      What do you do for fun, you and

16  your wife, or if you just need some time off,

17  what do you guys enjoy doing together?

18           A.      Nothing.

19           Q.      As in you don't go places, or do

20  you just kind of enjoy hanging out and grilling

21  some meat or just anything that you enjoy doing?

22           A.      She goes to work, comes home.

23  That's it.

24           Q.      And in the evenings, do you watch

25  TV together or have a drink together or anything?

Carl Savory

```
 1              A.      No.

 2              Q.      What type of activities do you

 3     enjoy doing just on your own then?

 4              A.      Playing bass, but I can't do that

 5     anymore.

 6              Q.      As in bass guitar?

 7              A.      Yes.  Four string electric

 8     fingerboard.

 9              Q.      Wow.  When was the last time you

10     were able to play the bass?

11              A.      Before September when I was

12     diagnosed.

13              Q.      So after 2001 with your

14     rheumatoid arthritis, you were still able to

15     play?

16              A.      Yes.

17              Q.      And then you were diagnosed in

18     September of 2019, and at what point were you not

19     able to play any longer?

20              A.      I cannot recall the time period,

21     but it was when my shoulder started to go, so

22     September.  July, August, September, I guess.

23     Like July, August, maybe, 2019, to the best of my

24     knowledge.

25              Q.      And when you say your shoulder
```

Carl Savory

1  started to go, describe what happened to your

2  shoulder?

3          A.     I got pain in the shoulder.  I

4  couldn't move it.  Certain positions I couldn't

5  hold it.

6          Q.     And did any doctor tell you what

7  the cause of that pain was?

8          A.     After x-rays, yes.

9          Q.     And what did they say?

10          A.     You have bone cancer.

11          Q.     And was there any kind of -- and

12  that's when you were diagnosed with Non-Hodgkin's

13  lymphoma around that time?

14          A.     After testing, yes.

15          Q.     And did they describe it as bone

16  cancer or as Non-Hodgkin's lymphoma, if you

17  recall?

18          A.     Non-Hodgkin's lymphoma, stage

19  four.

20          Q.     Which doctor, if you recall the

21  name, was the doctor who diagnosed you?

22          A.     Dr. Mennich.

23          Q.     Is Dr. Mennich an orthopedist who

24  was going to be working on your shoulder?

25          A.     He said I have cancer, but he

Carl Savory

```
 1   didn't say what type.

 2            Q.     Do you remember which doctor told

 3   you the type?

 4            A.     Dr. Magdalinski.

 5            Q.     What kind of doctor is Dr.

 6   Minnich?

 7            A.     Bones.

 8            Q.     And Dr. Magdalinski is an

 9   oncologist?

10            A.     Oncologist, cancer, yes.

11            Q.     And was Dr. Magdalinski your main

12   treating oncologist who issued -- who

13   administered your chemotherapy and so forth?

14            A.     Yes.

15            Q.     Who performed the surgery on your

16   shoulder?

17            A.     Hurley.  Dr. Hurley.  There's one

18   for the shoulder and one for the hip.  The hip

19   guy, I forget.  The shoulder guy, I believe it's

20   Dr. Hurley.  I'd have to look at medical records

21   to find out who it is or ask.

22            Q.     What happened to your hip?

23            A.     Deterioration of the bone from

24   the Non-Hodgkin's.  Same as the shoulder.

25            Q.     And the doctor told you that he
```

Carl Savory

```
 1    or she believed that the reason for the
 2    deterioration of the bone in your hip was the
 3    Non-Hodgkin's lymphoma?
 4            A.    Yes.
 5            Q.    Did Dr. Minnich or Dr. Hurley
 6    tell you that -- are they both male?  I was going
 7    to say he or she, but I don't know if they're
 8    male or female.
 9            A.    Yeah.
10            Q.    They're both males?
11            A.    Yes.
12            Q.    Okay.  Did Dr. Minnich or Dr.
13    Hurley tell you that he believed the issues with
14    your shoulder were due to the Non-Hodgkin's
15    lymphoma?
16            A.    Dr. Magdalinski.
17            Q.    When did your hip start bothering
18    you?
19            A.    Before the shoulder.  I believed
20    it was the hernia patch, and I seen Dr. Coyle.
21    He says the hernia patch is fine, and then so
22    many months later, the shoulder went.
23            Q.    Would you say your hip started
24    bothering you earlier in 2019, or are we talking,
25    like, years earlier?
```

```
 1              A.      2019.  I'd have to look up
 2  medical records or call the doctor and ask him to
 3  get dates.
 4              Q.      Sure.  And that's fair.  And if
 5  you don't remember a date, please, by all means,
 6  just tell us you don't remember.
 7                      Was there anything you enjoyed
 8  doing besides playing bass before your -- you
 9  said your shoulder went out in July or August of
10  2019.  Did you enjoy gardening or going for walks
11  or anything else?
12              A.      No.
13              Q.      So are you able to help around
14  the house with any kind of outdoor or indoor
15  household chores?
16              A.      Outdoor.
17              Q.      What type of outdoor chores do
18  you do now?
19              A.      None.
20              Q.      So who -- I assume the lawn has
21  to be mowed and things like that.  Who mows the
22  lawn?
23              A.      A friend comes over.
24              Q.      And what does this friend do
25  outdoors for you?
```

Carl Savory

1          A.     Cuts the grass, weed eats, blows

2    the debris away.

3          Q.     Rakes leaves if it's needed?

4          A.     It hasn't gotten to there yet.

5          Q.     And this friend has been doing

6    this work for you since when?

7          A.     Spring.

8          Q.     Of this year?

9          A.     Yes.  That's when the grass

10   starts growing.

11         Q.     And were you able to do the

12   outdoor chores, the mowing, the weed eating, the

13   blowing the debris, were you able to do that

14   before your shoulder started bothering you in

15   July or August of 2019?

16         A.     Yes.

17         Q.     Has this friend sprayed Roundup

18   or any other kind of weed control product on your

19   property --

20         A.     No.

21         Q.     -- this year?

22                Has anyone else?

23         A.     Not to my knowledge.

24         Q.     And does your wife take care of

25   the indoor chores?

Carl Savory

```
 1              A.    Yes.  Texas Eastern sprayed the
 2  field with -- man, was that, like -- that was,
 3  like, two years ago, maybe.  They did work, and I
 4  complained.  They come out, and they sprayed the
 5  whole field.  I smelt that stuff for, like, a
 6  week.
 7              Q.    Do you know what they sprayed
 8  with?
 9              A.    Roundup.  I inquired if it was an
10  unnatural or what, and the man spraying says
11  Roundup.
12              Q.    And what -- what was the purpose
13  of their spraying?  Why did they do it?
14              A.    They planted ryegrass that grows
15  four foot high, and it takes over everything, and
16  I told them, I don't want it.  Get rid of it, but
17  I didn't know they were going to do that.
18              Q.    Did you ask them to plant that
19  ryegrass?
20              A.    No.  They come out, and
21  they -- they put the seed down, and then
22  afterwards you find out what they put down, but
23  they'll hand you a bag that says Kentucky
24  bluegrass.  Here's what we put down.  Yeah.
25  Uh-huh.
```

Carl Savory

1          Q.      So you asked them to plant for

2   you.  You just didn't know what they were going

3   to plant?

4          A.      I didn't ask them to plant

5   nothing.  They just went and did it.

6          Q.      And who is this?  Texas Eastern?

7          A.      Yeah.  Texas Eastern gas company.

8          Q.      Now, do they have an easement on

9   your property, or why were they on your property

10  in the first place?

11         A.      Yeah.  It's an easement.

12         Q.      What type of easement do they

13  have?

14         A.      Gas.

15         Q.      Like, for gas lines?

16         A.      It's liquid.  Oil.  I'm not sure.

17         Q.      Is there, like, a pipe running

18  through your property or underground?

19         A.      Yes.  There's a pipe three foot

20  down.

21         Q.      Do you know about how many feet

22  it is that runs on your property?

23         A.      I never calculated it.

24         Q.      So, just so I understand, they

25  have an easement, and so on the easement they

Carl Savory

1    planted some ryegrass, but then you said you

2    didn't want it, so they came back and sprayed

3    Roundup in that area?

4         A.    Yes.

5         Q.    Now, what's your best estimate of

6    how large that area is?  Are you talking, like,

7    it's half an acre or quarter of an acre or a full

8    acre?  What are we talking about?

9         A.    I would guess maybe a quarter.

10   It's gonna -- like 75, 80 feet wide by a

11   hundred-and-some feet long.

12        Q.    Do you remember what year that

13   was?

14        A.    No.  I can't recall.

15        Q.    Was it before your shoulder got

16   bad?

17        A.    Oh, yes.

18        Q.    So would your best estimate be --

19   I mean, are we talking, like, two years ago or,

20   like, ten years ago?

21        A.    I would say two, three, I would

22   believe.  It could be four.

23             MR. SILVERSTEIN:  Do you want to

24        take a break for a minute?  Are you good?

25             THE WITNESS:  Yeah.  I'm good.

Carl Savory

```
 1   BY MR. LARSEN:

 2        Q.     I'm going to hand you a

 3   number -- we'll mark these at some point.

 4   Actually, let's wait, and we'll do that at a

 5   break.

 6              At a break I'm going to hand you

 7   some of the pictures that were taken of your

 8   property, and I'd like us to mark off where that

 9   easement is, but I'll set that aside so you don't

10   waste time looking through them right now.

11              Do you have any animals on the

12   property?  Any pets?

13        A.     Pets?  Yes.

14        Q.     What do you have?

15        A.     Two cats and a dog.

16        Q.     And are you able to still help

17   take care of them, whether it's feeding and so

18   forth?

19        A.     Karen.

20        Q.     She does all of that?

21        A.     (Witness nods head.)

22        Q.     Do you take the dog for a walk or

23   does she, or does the dog just run around because

24   your property is plenty big and gets exercise?

25        A.     The dog is leashed, and she does
```

Carl Savory

1    that.

2              Q.      Before your shoulder got bad in

3    about July of 2019, did you help around the house

4    with the indoor chores?

5              A.      She does the inside.  I do the

6    outside.

7              Q.      And you're able to --

8              A.      But if a cabinet door breaks or

9    something, either I have somebody fix it or I do

10   it myself.

11             Q.      And until about July or August of

12   2019, you were able to handle all of the outside

13   chores?

14             A.      Yes.  2018, I was doing it, and

15   nine -- '20 -- yeah.  '19, I was up -- yeah.

16   '19, I did it the summer there, and it came in

17   the winter, and it came into spring, and I did a

18   little bit but not much.  I was letting the

19   property go because of the shoulder and stuff,

20   lifting weight.

21             Q.      And so this year, really, from

22   this spring --

23             A.      Actually, it was my hip that I

24   slowed down a lot, and I was letting the property

25   go.  I did minimum.

Carl Savory

```
 1              Q.     And that was the end of last

 2    year, beginning --

 3              A.     This year.  Yeah.  Last year and

 4    this year.

 5              Q.     And is the reason you let your

 6    property go mostly due to your shoulder or your

 7    hip?

 8              A.     The hip.

 9              Q.     And did you say it's your right

10    or your left hip?

11              A.     Left.

12              Q.     What's your wife's date of birth?

13              A.     ███████████

14              Q.     And you've lived together

15    throughout your entire marriage?

16              A.     Oh, yes.

17              Q.     Did she go with you to your

18    medical appointments?  And when I say medical

19    appointments, I'm referring to appointments

20    relating to your Non-Hodgkin's lymphoma diagnosis

21    and treatment.

22              A.     Yes.  Doctors, yes.  She did.

23              Q.     Did you have any prior marriages?

24              A.     Yes.

25              Q.     And who were you married to
```

Carl Savory

1    previously?

2           A.    Sue.

3           Q.    What was -- just, when were you

4    married to her?  What dates?  Just the year is

5    fine.

6           A.    I went in the service February

7    '76, so, I guess, '75 to middle of '76, and that

8    ended that.

9           Q.    Going back to Texas Eastern doing

10   some work on your property.  Do you recall if

11   they gave you any documentation of the work they

12   did in that easement --

13          A.    No.

14          Q.    -- when they planted the grass --

15          A.    Excuse me.  I'm sorry.  Finish

16   your question.  Sorry.

17          Q.    Yeah.  Thank you.  Do you recall

18   them giving you any type of documentation of what

19   they did when they planted and then sprayed

20   Roundup afterwards?

21          A.    No.

22          Q.    And you know they sprayed Roundup

23   because you said one of the workers told you

24   that?

25          A.    The man who was spraying, I asked

Carl Savory

```
1   him.

2          Q.     And you didn't get his name, did

3   you?

4          A.     No.  Texas Eastern hired him from

5   somewhere in the area.

6          Q.     And you don't know what company

7   that guy worked for?

8          A.     To my knowledge, no.

9          Q.     Do you have any siblings or

10  in-laws in the area?

11         A.     No.

12         Q.     Do you know if any of your family

13  members -- and I'm talking your wife's family or

14  your family.  If you know, do you know if any of

15  them used Roundup or any glyphosate-based

16  products?

17         A.     Not to my knowledge.

18         Q.     And what's the name of the

19  gentleman who comes and does your outdoor work

20  for you right now?

21         A.     Dave.

22         Q.     And what's Dave's last name?

23         A.     I can't pronounce it.

24         Q.     Can you spell it?

25         A.     Hollenbaugh.  Hollenbach.
```

Carl Savory

```
 1              Q.      Have you known Dave for a while?
 2              A.      Yes.
 3              Q.      About how many years?
 4              A.      I guess over ten.  Then there's
 5    Kevin Danner.
 6              Q.      Are they separate neighbors who
 7    help you out with your work?
 8              A.      They're friends, not neighbors.
 9              Q.      If you know, do you know if Dave
10    or Kevin use Roundup on their own properties?
11              A.      Not to my knowledge.
12              Q.      Have you ever asked, or you just
13    don't know one way or the other?
14              A.      I don't believe that either one
15    uses anything like that.
16              Q.      If you know, do you know if
17    either of them have had cancer before?
18              A.      Not to my knowledge.  No.
19              Q.      If you know, do any of your
20    neighbors or any close friends use currently
21    Roundup or any glyphosate-based products?
22              A.      No.
23              Q.      Do you know if any of your
24    neighbors or close friends have used Roundup in
25    the past?
```

Carl Savory

1          A.     No.  Not to my recollection or

2     knowledge.

3          Q.     Now, just talking about kind of

4     your normal shopping habits.  Where do you

5     typically go to shop for household goods, you

6     know, whether it's food and cleaning products,

7     things like that?

8          A.     Redner's, BJ's, Giant.

9          Q.     Are those more local

10    establishments?

11         A.     Yes.

12         Q.     What type of stores are they?

13    Since I'm not from the area, I just don't know.

14         A.     Giant is a supermarket.  Redner's

15    is a supermarket.  And BJ's is food, household

16    items.

17         Q.     Kind of like a smaller version of

18    a Walmart?

19               MR. SILVERSTEIN:  More like Sam's

20         Club.

21               MR. LARSEN:  Okay.  Thank you.

22               THE WITNESS:  You read my mind.

23    BY MR. LARSEN:

24         Q.     Do you ever shop at Target or

25    Walmart, places -- or Lowe's, even, since your

Carl Savory

1  wife works there?

2         A.    Lowe's.  I don't use Target.  I

3  stay out of Walmart.

4         Q.    Any particular reason?

5         A.    I can't answer that.

6         Q.    And when you buy products at

7  these stores that you're referring to, do you

8  typically use cash or credit card or, you know,

9  like, your debit card?  How do you pay for most

10  items?

11         A.    Debit or cash.

12         Q.    So let's talk about your decision

13  to buy Roundup.  What's the name of the Roundup

14  product that you used, if you recall?

15         A.    Roundup Weed and Grass Killer.

16         Q.    Now, I've seen a picture that

17  you -- that your lawyer produced to us of a

18  Roundup container.  Is that the only type of

19  Roundup?  There's different products.

20         A.    No.

21         Q.    There's different Roundup

22  products.  Is that Roundup Weed and Grass Killer

23  the only product you've ever used?

24         A.    No.

25         Q.    What was the -- if you recall,

Carl Savory

```
1    the first Roundup product that you bought?
2          A.     Two-gallon jug.
3          Q.     So it was a concentrate?
4          A.     I can't recall, but afterwards, I
5    started buying the concentrate.
6          Q.     So this two-gallon jug, if you
7    remember, was it more of a -- the ready mix
8    solution, or did you have to add water to it?
9          A.     Ready mix.
10         Q.     Do you remember when you bought
11   that?  What year?
12         A.     I started buying the stuff in the
13   '90s.
14         Q.     Now, to the best of your
15   recollection, would that have been closer to 1990
16   or closer to 1999?
17         A.     Early 1990s.
18         Q.     And why do you say that?
19         A.     Because that's when I started
20   using it.
21         Q.     And you moved to the property on
22   ▮▮▮▮▮▮▮▮ in eighty --
23         A.     Seven.
24         Q.     -- seven.
25                What did you do for the first
```

Carl Savory

1   three years you were there for weed control?

2          A.      By hand.

3          Q.      That wasn't very easy, was it?

4          A.      No.

5          Q.      And you -- then you purchased a

6    two-gallon jug some time in the early '90s?

7          A.      Yeah.  I was using the two gallon

8    and spraying it.

9          Q.      Describe what the jug looked like

10   and how you would spray it?

11         A.      I bought it with a hand sprayer.

12         Q.      So it was kind of a pump --

13         A.      Yes.

14         Q.      -- that you'd hold, right?

15         A.      Uh-huh.

16         Q.      And then it had, like, a hose

17   connected to a wand.  Is that right?

18         A.      Yes.

19         Q.      And then you would spray the

20   Roundup?

21         A.      Uh-huh.

22         Q.      That's a yes, right?

23         A.      Yes.

24         Q.      Why did you decide to buy Roundup

25   for the first time?  If you can think back to

Carl Savory

 1    that very first purchase, why did you decide to

 2    go out and buy Roundup?

 3          A.     Roundup kills grass and weeds.

 4    Picked it up off the shelf.

 5          Q.     Had anyone suggested it to you or

 6    you just --

 7          A.     No.

 8          Q.     -- or were you just at the store

 9    looking for something, and you saw it?

10          A.     At the store and seen it.

11          Q.     Do you remember where you bought

12    it for the first time?

13          A.     I would believe it would be Home

14    Depot.

15          Q.     Is it a Home Depot in Quakertown

16    or where?

17          A.     There's one in Souderton.

18          Q.     Do you remember what color the

19    container was?

20          A.     Mostly white, I guess.

21          Q.     So before you bought Roundup for

22    the first time in the early '90s, do you recall

23    having seen any type of an advertisement for it,

24    or you just basically saw it there at Home Depot

25    on the shelf and decided to buy it?

Carl Savory

```
1              A.      On the shelf and bought it.

2              Q.      You don't recall any

3      advertisement you saw before that?

4              A.      No.

5              Q.      Do you recall reading the label

6      before you bought it?

7                      MR. SILVERSTEIN:  The first time

8              he bought it?

9                      MR. LARSEN:  Right.  The first

10             time.

11                     THE WITNESS:  After I bought it,

12             I brought it home and read the label.

13     BY MR. LARSEN:

14             Q.      Before you used it the first

15     time?

16             A.      Yes.

17             Q.      What do you recall -- what do you

18     recall reading on the label before you used it

19     the first time?

20             A.      Don't use it around pets,

21     gardens, vegetable gardens and such.

22             Q.      Do you recall any other type of

23     hazard statements or instructions with regarding

24     to medical care, if you get it on you or anything

25     like that?
```

Carl Savory

1      A.      If you get it on you, wash it

2  off.   If you drink it, call the number on there.

3      Q.      Do you remember any other type of

4  hazard-related statements on the label?

5      A.      It was pets, watch the pets, keep

6  away from vegetables.   I'm not sure if it said

7  wear protective clothing or not, but that's a

8  natural thing to do.

9      Q.      Did you wear any kind of

10  protective clothing when you used it the first

11  time?

12      A.      Always.

13      Q.      What did you wear?

14      A.      Long pants, boots, long sleeve

15  shirt, a hat.

16      Q.      When you say long pants, like if

17  we're talking about the fabric, are we talking

18  about jeans?

19      A.      Dungarees.

20      Q.      Dungarees.   What type of boots?

21      A.      (No response.)

22      Q.      What type of boots?

23      A.      Work boots.

24      Q.      Does that mean leather work

25  boots?

Carl Savory

```
 1            A.      Yes.  The 12-inch high.

 2            Q.      What type of fabric was the long

 3    sleeve shirt?

 4            A.      Flannel.

 5            Q.      Like a baseball cap or another

 6    type of hat?

 7            A.      Ball cap, yeah.

 8            Q.      Do you recall what color the

 9    label was on that first Roundup product that you

10    purchased?

11            A.      No.

12            Q.      And then at some point you

13    switched over to a concentrate?

14            A.      Yes.  The two-gallon jugs didn't

15    cut it, so I bought the concentrate and went

16    further.

17            Q.      Do you recall the container that

18    the concentrate was in?

19            A.      About this big.  It's the only

20    size.  And I believe sometimes there was the

21    bigger one if they had it.  I really can't

22    recall.

23            Q.      If you can remember back to when

24    you bought the ready mix solution, did you do

25    that -- did you buy the ready mix for a full year
```

Carl Savory

1   and then moved to concentrate or just the first

2   time to Home Depot or what?

3          A.      From what I can recall, I bought

4   it a few times, and then I switched to

5   concentrate.

6          Q.      Where did you buy the

7   concentrate?

8          A.      It would be Home Depot.  I'm not

9   sure if I bought any at Farm and Family if they

10  had it.  And after that, Lowe's.

11         Q.      Was that the Home Depot in

12  Souderton?

13         A.      Yes, or I forget if it was -- I

14  think there's one in Northeast Philly, because I

15  used to travel back and forth a lot.

16         Q.      Where is the Farm and Family?

17         A.      It was in Quakertown.

18         Q.      Then it went out of business?

19         A.      Yes.

20         Q.      Do you recall when?

21         A.      No.

22         Q.      And what about -- where's the

23  Lowe's located?

24         A.      Quakertown.

25         Q.      If you can think back to the

Carl Savory

1    whole period of time in which you were purchasing

2    Roundup, about how often would you buy it at Home

3    Depot versus, you know, Farm and Family versus

4    Lowe's?  Is there a way to say, hey, from this

5    period of time it was generally at Home Depot,

6    and then I moved here, and then I moved there?

7             A.    No.

8             Q.    So it was just more of a

9    scattershot approach where you purchased it?

10            A.    Yes.  Closest -- well, it was

11   Home Depot, and then Lowe's come along, and

12   they're closer, so I went there.

13            Q.    And when you purchased the

14   Roundup at Home Depot or Lowe's, would you

15   typically use cash or your debit card or a credit

16   card?

17            A.    Cash at that time.

18            Q.    Were you part of any kind of a

19   rewards program where you could type in your

20   phone number and get credit --

21            A.    No.

22            Q.    -- for what you were purchasing?

23                  And did you happen to save any of

24   the receipts for any of those purchases?

25            A.    The receipts faded out, so

Carl Savory

1     there's nothing on there.

2           Q.     But you did save them?

3           A.     I would hold them, and then

4     they'd fade out, and they got trashed.

5           Q.     So once you started buying the

6     concentrate, about how many containers would you

7     purchase per year?

8           A.     One, sometimes two.

9           Q.     Can you describe what color those

10    containers were?

11          A.     Basically, white with writing on

12    them.  I don't recall the colors.  I didn't pay

13    attention to the colors.

14          Q.     Do you remember what the label

15    looked like?

16          A.     It said Roundup concentrate or

17    concentrate Roundup, so I guess my answer would

18    be no.

19          Q.     And you'd purchase about one to

20    two containers a year?

21          A.     Yes.  Sometimes.  Depending on

22    the growing season.  Sometimes the weeds go nuts,

23    and then I get poison ivy, and that's really hard

24    to kill.  And there's a few other weeds that are

25    really hard to kill, so I had to buy extra.

Carl Savory

1    Q.    So there may have been a few

2  years where you bought more than two containers a

3  year?

4    A.    I don't think I went past two,

5  but -- that I recall, but I might have.

6    Q.    And how big would you say these

7  containers are?  Like a quart, or do you remember

8  about how many ounces they were?

9    A.    I would -- can I guess 16?

10    Q.    So your best guess would be about

11  16-ounce containers?

12    A.    Yeah.  If I could see containers,

13  I could say yeah, that's the size, and then you

14  can look the ounces up.

15            MR. LARSEN:  I'm going to mark as

16        Exhibit-2 a picture that was sent to us

17        from your lawyer.

18            (Whereupon, a document was marked

19        for identification as Exhibit No. 2.)

20  BY MR. LARSEN:

21    Q.    Do you recognize that photo?

22    A.    Yes, I do.

23    Q.    Now, that would be the Roundup

24  ready mix solution, correct?

25    A.    Yes.  It doesn't kill the grass.

Carl Savory

1      Q.     And so this is -- what's depicted

2  in Exhibit-2 is not the Roundup concentrate

3  container that you were referring to, right?

4      A.     Correct.

5      Q.     Okay.  When did you start

6  purchasing the container of Roundup, the type

7  that's shown in Exhibit-2?

8      A.     Two years ago.  I used it two

9  years in a row on the lawn.  Cabbage weed is very

10 hard to kill, and the milk thistle, I think it's

11 called.  Milk weed or something.

12     Q.     Would you say that the product

13 that you purchased -- if you think about the

14 entire time you used Roundup, would you say that

15 the product you purchased the most often was the

16 concentrate that it was in that about 16-ounce

17 container?

18     A.     Run that by me again.

19     Q.     Sure.  Yeah.  So you testified

20 earlier that when you first purchased Roundup, it

21 was in a two-gallon ready mix jug, right?

22     A.     Uh-huh.

23     Q.     That's a yes, right?

24     A.     Yes.

25     Q.     Good.  And then in Exhibit-2 we

Carl Savory

```
1    see another -- we see another ready mix product,

2    correct, in Exhibit-2?

3            A.     (Witness indicating.)

4            Q.     Yes.

5            A.     Yes.

6            Q.     Okay.  And then you've also

7    testified about a Roundup concentrate that came

8    in about a 16-ounce container, and you don't have

9    a photo of that, those containers, right?

10           A.     Those containers, when the

11   product's gone, they're cleaned out and disposed

12   of properly.

13           Q.     And would you say that that

14   16-ounce Roundup concentrate product is the

15   product you purchased the most often when you

16   think about all the Roundup you purchased from

17   the early '90s --

18           A.     Yes.

19           Q.     -- to 2019?

20           A.     Yes.

21           Q.     Okay.  And in that Roundup

22   concentrate container, as you sit here today, you

23   don't remember what the label looked like, do

24   you?

25           A.     No.
```

Carl Savory

1        Q.      And you don't remember any of the

2   hazard statements or precautionary measures

3   language that would have been on that

4   container -- I'm sorry, on that label, right?

5        A.      As I said before, pets, gardens,

6   precautionaries.  Don't drink it.  If you do,

7   call this number.  If you get it in your eyes,

8   wash it out, or your face, wash.

9        Q.      Let me ask you:  Are you okay for

10  just a couple more minutes along these lines, and

11  then we'll take a break before switching gears.

12  Is that all right?

13       A.      Yes.

14       Q.      Okay.  I'm happy to take a break

15  now, but I can kind of finish a topic, if that's

16  all right.

17              And then if I understood you

18  correctly, the Roundup concentrate you'd buy one

19  to two containers a year depending on the growing

20  season and how bad the weeds were, right?

21       A.      Yes.

22       Q.      Do you recall how much those

23  Roundup concentrate containers cost?

24       A.      No.

25       Q.      Are you aware that generic forms

Carl Savory

1    of Roundup hit the market in the early 2000s?

2         A.    Am I aware?

3         Q.    Yeah.  Did you know that?

4         A.    No.

5         Q.    Okay.

6         A.    Generic form?  I don't

7    understand.

8         Q.    Okay.  So to give you an example.

9    We can buy bread that is a certain -- I'm not

10   even coming up with a good brand.  I don't even

11   remember what kind of brand of bread my family

12   eats.

13            So let's say there's -- are you

14   familiar with, generally speaking, generic

15   products, how you have a brand name product, like

16   a brand name sour cream, but then there's also

17   maybe a store brand or a generic form of sour

18   cream.  Is that --

19        A.    Yes.  I understand.

20        Q.    So that's what -- that's what I'm

21   talking about when I'm talking about a generic

22   product.  Let's think about medication.  We

23   have -- I take DayQuil if I have a cold, but the

24   generic form of DayQuil is cheaper, so I take

25   generic DayQuil.

Carl Savory

1          A.     Okay.

2          Q.     So that's what I'm talking about

3    with the generic.  Were you aware that in the

4    early 2000s a generic type of Roundup hit the

5    market?

6          A.     No.

7          Q.     So you weren't aware that there

8    was a generic form of Roundup made by other

9    companies that was less expensive than the actual

10   Roundup branded product?

11         A.     No.

12         Q.     Is it possible that when you were

13   at Home Depot or Lowe's or Farm and Family that

14   if you saw a generic form of Roundup that said it

15   worked the same on the label, is it possible that

16   you would have purchased the generic form as

17   opposed to the Roundup branded product?

18              MR. SILVERSTEIN:  Objection to

19         form.  You can answer.

20              THE WITNESS:  Pardon?

21              MR. SILVERSTEIN:  You can answer.

22              THE WITNESS:  I just bought

23         Roundup.  I would look at other products

24         and see ingredients, but Roundup had the

25         best ingredients -- I mean, percentage

Carl Savory

```
1              that I thought.  I personally thought,

2              yeah, the Roundup would be the best.

3   BY MR. LARSEN:

4         Q.    Do you ever recall trying another

5   product to see if it worked as well as Roundup

6   and was maybe less expensive?

7         A.    No.  Once you get something that

8   works, stick with it.

9         Q.    And you don't currently have any

10  containers of that Roundup concentrate sitting

11  around your house or your garage anywhere?

12        A.    As I said, once they're empty,

13  they're disposed of properly.

14        Q.    Every time you purchased a

15  new -- strike that.  Let me start over to kind of

16  give you some context.

17              You testified earlier that

18  you -- when you first purchased Roundup, you read

19  the label before you used it the first time.  Did

20  you continue to read the label every time you

21  used Roundup after that, or did there come a

22  point where you felt like you knew what you were

23  doing, and so you didn't need to read it?

24        A.    I would re-read.

25        Q.    And what portion of the label did
```

Carl Savory

1    you focus on when you would re-read it?

2          A.     The weeds it killed, the

3    precautionary for pets and vegetables, safety,

4    disposal and the -- if you drink it, call this

5    number.

6          Q.     And do you recall any other

7    language or anything else regarding the label

8    that you have not testified to already?

9          A.     Not that I recall.

10         Q.     Did you ever have to read the

11   mixing instructions when you bought the

12   concentrate to understand how much Roundup --

13         A.     Yes.

14         Q.     -- to water?

15                Do you recall what the -- what

16   the concentration was of the amount of Roundup to

17   a gallon of water?

18         A.     No.

19         Q.     But you did read the mixing

20   instructions?

21         A.     Yes.  I would mark it on the

22   bottle so much per gallon, 'cause year to year I

23   would forget.  Also, they might have changed the

24   product and its mixing formula.

25                MR. LARSEN:  All right.  I think

Carl Savory

1           this would be a good time to take a

2           break.  We've been going about an hour

3           and a half.  Can we go off the record?

4                THE VIDEOGRAPHER:  This concludes

5           disk one in the deposition of Carl

6           Savory.  Going off record at 12:01 to

7           change media.

8                (A short break was taken.)

9                THE VIDEOGRAPHER:  The time is

10          12:54.  We're back on the video record.

11          This is the beginning of disk number two

12          in the deposition of Carl Savory.

13   BY MR. LARSEN:

14          Q.    All right.  Good afternoon, Mr.

15   Savory.  Let's talk about your Roundup use, and

16   you testified earlier that you started using it

17   in the early '90s, but you couldn't recall in

18   exactly what year.  Is that correct?

19          A.    True.

20          Q.    And when was the last time you

21   used Roundup?

22          A.    I believe it would be last

23   summer.  I used this stuff.

24          Q.    So the summer of --

25          A.    And also the concentrate for

Carl Savory

1   around the weeds in the field and stuff.

2        Q.      So the summer of 2019, right?

3        A.      Uh-huh.

4        Q.      Yes?

5               MR. SILVERSTEIN:  Yes?

6        A.      Yes.

7        Q.      And in the summer of 2019 you

8   used the ready mix product that's depicted in

9   Exhibit-2 and also some concentrate on other

10  areas.  Is that right?

11       A.      Both?

12       Q.      Yes.

13       A.      Yes.

14       Q.      And you've only used Roundup

15  between that period of time from the early '90s

16  to 2019 at your property on ███████, correct?

17       A.      Yes.

18       Q.      So thinking back to when you

19  first started using Roundup in the early '90s

20  until last summer, how often did you use Roundup

21  each year?  About how many times a year?

22       A.      How many times a year?

23       Q.      Right.

24       A.      I can't recall that, but I can

25  recall that I do a section at a time.  So within

Carl Savory

1  a week, two, three times a week, maybe four times

2  a week because I hit sections, because it's too

3  much to do it all at once.

4       Q.    Right.  Okay.  So maybe we'll

5  break it down this way, and we'll go -- we'll

6  look at this, a picture here in a minute of your

7  property and go into where you sprayed, but you

8  said a couple times a week.  Would that start in

9  the spring?

10       A.    Yeah.  When them weeds started

11  coming out.

12       Q.    Okay.  So during the spring, on a

13  yearly basis, about how many times a week or a

14  month would you use Roundup during the spring?

15       A.    The only way I can answer that

16  is, in the concentrate, how many gallons does it

17  make?  And I sprayed that many gallons, and it

18  would be two gallons at a time.  So I'd use two

19  gallons and then take a day or two break and then

20  use another two gallons, and I'd keep going.

21       Q.    And how often did you do that

22  during the spring?

23       A.    As much as needed.

24       Q.    So would you maybe spray a couple

25  times during one week and then take the next week

Carl Savory

1    or two off, or was it a weekly thing?

2        A.    Oh, I'd spray two, three times

3    and then take some time off.  Then when others

4    cropped up, spray again.

5        Q.    And then the second time around

6    it would take you less time, wouldn't it, because

7    it was more spot spraying?

8        A.    Second time around?  I might have

9    not hit some areas, so...

10       Q.    And then during the summer, about

11   how often did you use Roundup?

12       A.    How many gallons does concentrate

13   make?  A 16 ounce?

14       Q.    Well, I'm not here to -- when I

15   say I'm not here to answer your questions, I

16   don't mean that in a rude way by any stretch.

17       A.    I understand.

18       Q.    But I'm just trying to get what

19   your -- you know, your memory is, and if you

20   can't remember exactly, that's fine.  I'm just

21   trying to get a sense of really how often you

22   would spray in the spring?  In the summer?

23       A.    It would be three times, four

24   times between spring and coming into fall.

25       Q.    Three to four times a week or

Carl Savory

1  three to four times a month between spring and

2  fall?

3          A.      May, June, July, August.

4          Q.      And you would do it about three

5  to four times total between May and August.  Is

6  that right?

7          A.      In May I'd do a section, do a

8  section, do a section, and then whenever more

9  cropped up, I'd do another section, another

10  section, another section.  There's three times.

11  There's six times.  It might have been 12 times a

12  summer I've used it.

13          Q.      Okay.  That's fair.  So, more or

14  less, it would be about -- you'd spray Roundup

15  about 12 different times between May and August?

16          A.      A guesstimate, yes.

17          Q.      And let's -- if you were to do it

18  about 12 times, what's your best estimate on how

19  long it would take you each time?  And I'm sure

20  it's not the same down to the minute, but just

21  ballpark kind of a range that it would take you

22  each time?

23          A.      I can't recollect.  I have no

24  idea.

25          Q.      Any way to --

Carl Savory

1           A.      I mean, I might have stopped and

2    took a break.  I don't know.

3           Q.      So there's no way to say it was

4    an hour's worth of spraying or two hours or less?

5    You just don't know because you were doing other

6    work and other things?

7           A.      Well, I know there would be a

8    minimum of an hour, I would say.  I mean, I've

9    been cutting that grass for 20-some years or

10   more.  Ask me how long it takes to cut the lawn.

11          Q.      How long does it take you to cut

12   the lawn?

13          A.      I have no idea.

14          Q.      All right.  Because you may do

15   other things while you're cutting, right?

16          A.      Yeah.

17          Q.      And if you're saying it took you

18   about a minimum of an hour each of those 12

19   times, would that involve the mixing of the

20   Roundup as well?

21          A.      Yeah.

22          Q.      And, also, if you ran out and had

23   to go back to your shed or wherever you did it

24   and mix, that would include mixing some more as

25   well, right?

Carl Savory

1        A.      Well, then I'm into more than an

2    hour.

3        Q.      But your best guesstimate would

4    be about an hour each of those 12 times?

5        A.      Yeah.  It could be an hour and a

6    half.  I never timed it.  You do yard work.  You

7    go out, and you do it.  Sun's up, you do it.

8    Sun's down, you stop.

9        Q.      And when you were out doing yard

10   work, it wasn't just spraying Roundup.  You were

11   mowing the grass.  What other type of yard work

12   would you be doing?

13       A.      Well, I would spray the Roundup,

14   and then maybe the next day or two days later I

15   would cut the grass.  And then I'd cut, and then

16   the next day I'd weed eat half, and then I'd weed

17   eat more, you know, where I couldn't spray and

18   stuff.

19       Q.      Mr. Savory, how tall are you?

20       A.      I don't know.  I've gotten

21   shorter.  5'8", 5'7", somewhere in there.

22       Q.      And what's your current weight?

23       A.      197.

24       Q.      And I'm just going to ask you to

25   approximate.  If you can think about from the

Carl Savory

1    early '90s to when you quit using Roundup in

2    2019, did you have any large fluctuations in

3    weight, or what would you say your weight would

4    have been between the early '90s and, say, the

5    summer of 2019?  And if you want to give me a

6    ballpark from X to Y, that's fine, too.

7            A.     I was playing ice hockey.  I was

8    165, and that ended in '87.  Then I gained

9    weight.  So I figure I'll give a guess at, like,

10   180 up to 227.

11           Q.     Do you recall what year you

12   weighed 227?

13           A.     Last year and the beginning of

14   this year.

15           Q.     And then you dropped --

16           A.     No.  Last year.  I keep

17   forgetting that I went into the hospital the

18   19th, November 2019.  I keep forgetting.  Yes.

19           Q.     And then you dropped weight since

20   then?

21           A.     Yes.  I went down to 193.

22           Q.     And that kind of 200 to 227, was

23   that -- was that probably closest to your weight,

24   say, in the 2000s, or did you, you know, get up

25   to 227 closer to November of 2019?

Carl Savory

1          A.      It was kind of like four, five

2   pounds a year, and then I minimized it.  Less

3   intake, food.

4          Q.      And when did you do that?

5          A.      Huh?

6          Q.      When did you start

7   doing -- having, you know, less intake of food?

8          A.      When I hit 227.

9          Q.      And when did you first hit 227,

10  if you remember?

11         A.      Last year some time.

12         Q.      All right.  Let's talk about the

13  Roundup concentrate that you used.  Describe what

14  you did to mix it.  So you'd take the

15  concentrate, and then how did you --

16         A.      Read the label, the amount for

17  two gallons, pour it into a measuring cup and

18  then pour it into the container.  Put the water

19  in the container, then put the concentrate in and

20  then cleaned the cup, pour that in, dilute the

21  concentrate in the cup.

22         Q.      And what type of container did

23  you use to actually spray or apply the Roundup?

24         A.      Do you have a picture?  It's a

25  pump sprayer.  It's a two-and-a-half gallon pump

Carl Savory

1    sprayer.  It should be one of these next to it.

2                    MR. LARSEN:  I'm marking as

3            Exhibit-3 a picture that was produced to

4            us.

5                    (Whereupon, a document was marked

6            for identification as Exhibit No. 3.)

7                    THE WITNESS:  Yeah.  That's it.

8            Chapman, is it?

9    BY MR. LARSEN:

10           Q.    All right.  So does that show the

11   two-and-a-half gallon pump spray that you're

12   referring to?

13           A.    Yes.  It's the only one I have.

14           Q.    And is that the exact same pump

15   spray that you had from the early '90s until

16   2019?

17           A.    Yes, it is.

18           Q.    That's nice.  It lasted a long

19   time.

20           A.    If you take care of your

21   equipment, everything.

22           Q.    Excellent.  And it looks like it

23   has a pump there on it so that would -- so you'd

24   pump it, right?

25           A.    Yes.

Carl Savory

```
1              Q.     And then it's got a hose with a
2    wand attached?
3              A.     Yes.
4              Q.     Did you -- what did you wear
5    clothing-wise while you were mixing the Roundup?
6              A.     Protective clothes, work boots,
7    long pants, long sleeve shirts.
8              Q.     Did you wear gloves?
9              A.     No.
10             Q.     What about any safety goggles?
11             A.     No.
12             Q.     And no mask?
13             A.     No.
14             Q.     And during the entire time that
15   you were mixing the Roundup, and you said long
16   pants, work boots, long sleeve shirt.  We talked
17   earlier that it was -- was it always
18   dungaree-type pants?
19             A.     Yes.
20             Q.     Even during the summer?
21             A.     Yes.
22             Q.     Okay.  And when you would spray,
23   did you also wear long dungaree pants?
24             A.     Yes.
25             Q.     And that was the entire time from
```

Carl Savory

1    the early '90s to 2019?

2          A.    Yes.  If it was 90 degrees out, I

3    might have used a short sleeve tee, pocket tee.

4          Q.    How often would you have used a

5    short sleeve T-shirt to spray?

6          A.    When the temperature got up past

7    90.

8          Q.    A couple times a summer?

9          A.    I would -- I don't recollect, but

10   I would guess, yes.

11         Q.    Was it a cotton-type shirt, or

12   what type of shirt was it?

13         A.    Yeah.  Cotton.

14         Q.    And when you used the long sleeve

15   shirt, you testified earlier, if I heard

16   correctly, that it was a flannel shirt?

17         A.    Uh-huh.

18         Q.    That's a yes, right?

19         A.    Yes.

20         Q.    Great.  And then you would use

21   leather work boots?

22         A.    Yes.

23         Q.    And that's the clothing you wore

24   whether you were mixing or applying the Roundup,

25   correct?

Carl Savory

```
 1              A.      Yes.

 2              Q.      And while you were applying

 3     Roundup, did you ever use gloves or a mask?

 4              A.      No.  From what I recall, it

 5     didn't say so on the jug.

 6              Q.      So after you were done mixing the

 7     Roundup and putting it into the two-and-a-half

 8     gallon sprayer, would you wash your hands with

 9     soap and water?

10              A.      I wash my hands off with water.

11     Cold water is always recommended.

12              Q.      Do you ever recall a situation

13     which you spilled the Roundup concentrate on

14     yourself while you were mixing it?

15              A.      No.

16              Q.      Do you ever recall any situation

17     where the Roundup concentrate splashed on any

18     part of your body, on your skin while you were

19     mixing it?

20              A.      No.

21              Q.      And then when you were done

22     mixing, you'd wash up with cold water?

23              A.      Yes.

24              Q.      Did you have a shed, or where did

25     you do the mixing?
```

Carl Savory

1          A.      Right outside the garage.

2          Q.      With, just, like a garden hose?

3          A.      Right there, and the garden hose

4    comes around there.  Understand that I had a

5    procedure.  What's the word I want to use?  It's,

6    like, contamination.  You're handling

7    contaminated product.  You got to be very careful

8    how you use it.  It just wasn't spill, splash,

9    splash.  No.  It's -- sort of handled like

10   working in a bio lab.  It has to be handled

11   correctly.

12         Q.      And that's the way you handled

13   the Roundup concentrate?

14         A.      Yes.

15         Q.      Describe that procedure that you

16   would go through to make sure that you were

17   appropriately handling the Roundup concentrate

18   while you were mixing it?

19         A.      Remove the cap, pour it into the

20   measuring cup.  If there's any drip on the

21   bottle, that gets wiped off.

22         Q.      And when you --

23         A.      Lid back on, and then you'd pour

24   it down the center of the sprayer.

25         Q.      What would you wipe off the

Carl Savory

1    bottle with if there was any kind of a drip?

2           A.     Paper towel.  Actually, I used a

3    couple paper towels so it don't soak through to

4    me.

5           Q.     So you did everything you could

6    to keep the Roundup concentrate from getting on

7    your hands and other parts of your body, right?

8           A.     And on the ground and all over

9    the sprayer.  It's poured directly down the

10   center into the water.

11          Q.     All right.  So let's -- we talked

12   about the -- oh, and then how would you agitate

13   it?  Would you take it and shake it or

14   just -- how would the concentrate and the water

15   mix after you put the water into the sprayer?

16          A.     Put the water in, put the Roundup

17   in, close it up and just shake it as you walk.

18          Q.     And then you were careful that it

19   wouldn't spill or leak while you were shaking,

20   right?

21          A.     Oh, that lid was tight.  I don't

22   want it leaking on me.

23          Q.     And you testified that the

24   sprayer that's depicted in Exhibit-3 is the only

25   sprayer that you ever used to apply the Roundup,

Carl Savory

1    in addition to the times in which you used that

2    ready mix product where it was the actual Roundup

3    bottle with the hose and wand, right?

4            A.      Yeah.   From what I recall, not

5    all these Roundups come with the sprayer.

6            Q.      And if they didn't, then you'd

7    put it into the spray container?

8            A.      I'd dump it into the tank

9    sprayer.

10           Q.      And that's a tank sprayer that

11   you would hold in one hand and then spray with

12   the other hand, right?

13           A.      Yes.

14           Q.      Now, which hand would you hold

15   the container and which hand would you spray

16   with?

17           A.      I'm ambidextrous.

18           Q.      Okay.   So you didn't focus on

19   always spraying with either your right or your

20   left hand?

21           A.      When the one arm got tired, it

22   went in the other arm.

23           Q.      So if you can think back to when

24   you would spray with this tank sprayer, where was

25   the wand in relation to your body, if you can

Carl Savory

1    think back to when you would spray?

2            A.     Out in front.

3            Q.     So you'd spray out in front about

4    waist high or lower than that?

5            A.     Oh, geez.  You got the tank.  You

6    got this here, up, down, down, spray the weeds,

7    hold it up and spray way out, down.

8            Q.     Okay.  So it looks like you would

9    spray kind of waist and down, but then you'd also

10   spray out at times?

11           A.     When I wanted a far reach, I'd

12   reach like this.

13           Q.     And for what type of weeds were

14   you trying to get with the far reach?

15           A.     I have no idea what they're

16   called.

17           Q.     And was that in the wooded area,

18   generally?

19           A.     There's -- yeah.  The wooded area

20   around the grass line.  Wherever the grass is at,

21   I got to do back because those weeds will grow

22   right out.

23           Q.     Now, if you were spraying near

24   the grass line, you would spray more in a

25   downward direction so that it wouldn't drift onto

Carl Savory

1    your grass, right?

2           A.     Oh, yeah.

3           Q.     Okay.  So what areas of your

4    property would you spray more in a directly

5    outward direction as opposed to a downward

6    direction?

7           A.     Where my driveway ends, you go

8    into the woods, but you really can't walk down

9    there, so I'd spray it there, and then later on

10   I'd have to walk around and spray in.  So you're

11   spraying in.  You get so far.  Then you got to

12   walk around and get the other half, because you

13   can't get through this area unless you like

14   sticker bushes.

15          Q.     Would you say -- if you think

16   back to when you were spraying, would you say

17   that the majority of the time you were spraying

18   kind of about waist high and below in a downward

19   direction?

20          A.     Yeah.

21          Q.     And then just on occasion, if you

22   needed to have it more far-reaching, you'd kind

23   of put it straight out and spray straight out?

24          A.     Yes.

25          Q.     All right.

Carl Savory

```
 1                 MR. LARSEN:  I'm going to enter

 2            as Exhibit-4, so we have them in the

 3            record, a compilation of photos that were

 4            produced to us of Mr. Savory's property

 5            located on ███████████.

 6                 (Whereupon, a document was marked

 7            for identification as Exhibit No. 4.)

 8     BY MR. LARSEN:

 9         Q.    I don't need you, Mr. Savory, to

10     go into detail on these photos.  I got another

11     photo we're going to get into detail on, but if

12     you could just take a quick look at the photos

13     that are marked as a compilation as Exhibit-4 and

14     just confirm if those are aerial photos of your

15     property at ███████████, that would be great.

16         A.    If these are aerial photos?

17         Q.    Yep.

18         A.    Yes.

19         Q.    And if you could just flip

20     through.

21         A.    I've seen these.  Yep.  That's

22     good.  There's the house.  Yep.  That's good.

23     And it shows the easement here.  That's the shed

24     side.  Yep.  This is the other side.  This would

25     be the east side.  The driveway runs north and
```

Carl Savory

```
 1    south.  It's two degrees off.  So this shows

 2    mostly the east and some west.  This here is

 3    showing 50/50 east/west and the north side, which

 4    I spray underneath these trees here.  There's

 5    areas I spray.

 6            Q.    Great.  And I've got a separate

 7    aerial photo we're going to get into where you

 8    sprayed.

 9            A.    Here's a very good photo.  All

10    the way down the easement here, both sides.

11    This -- yeah.  Both sides.

12                  MR. SILVERSTEIN:  He wants to

13            know -- he just wants to know if it's

14            your property.  He wants to confirm that

15            each photo is representative of your

16            property.

17                  THE WITNESS:  Yes.

18    BY MR. LARSEN:

19            Q.    Okay.  So --

20            A.    Sorry about that.

21            Q.    No.  No.  No.  That's fine.  So

22    all of the aerial photos in Exhibit-4 are

23    accurate representations of your property,

24    correct?

25            A.    Yes.
```

Carl Savory

1          Q.     And is this also what your -- has

2    your property line or description changed at all

3    from the early '90s to the present?

4          A.     Uh-uh.

5          Q.     That's a no, right?

6          A.     No.

7          Q.     Okay.  So the way -- if these

8    were just taken recently, these photos shown in

9    Exhibit-4, your property looked basically the

10   same back in the early '90s and up 'til

11   2000 -- or up to the present just given the time

12   of year.  The trees could be different, you know,

13   have less leaves or something, but other than

14   that, they're the same, right?

15         A.     Yes, but the ground view you

16   can't see, underneath the trees.

17         Q.     Sure.

18                (Whereupon, a document was marked

19         for identification as Exhibit No. 5.)

20   BY MR. LARSEN:

21         Q.     I'm going to hand you an aerial

22   photo of your property marked as Exhibit-5, and

23   we'll kind of go through this slowly so I can

24   understand where you sprayed and where the

25   easement is and things like that.

Carl Savory

1                    I have a pen that I'm going to

2    give you, a Sharpie, but we'll mark this slowly

3    as we go just so it's clear for the record.  All

4    right?

5                    So, first of all, if you'll take

6    a look at Exhibit-5, and is that an aerial photo

7    of your property on ██████████

8         A.    Yes.

9         Q.    So what type of property is it?

10   How many acres is your property?

11        A.    3.337.

12        Q.    And it's residential, right?

13        A.    Agricultural, yes.

14        Q.    Now, on your property you

15   have -- why don't you describe what's on it.  You

16   have your home, right?

17        A.    Uh-huh.

18        Q.    That's a yes, right?

19        A.    Yes.

20        Q.    Okay.  Any other structures?

21        A.    There's a shed, 12-by-18 shed,

22   and an old chicken coop.

23        Q.    Do you still use the chicken

24   coop?

25        A.    No.  They went years ago.

Carl Savory

```
1            Q.      How big is your home?  If you
2     know, just the square footage, more or less?
3            A.      About 3,000.
4            Q.      And you said you have just kind
5     of a residential garden that you and your wife
6     keep up, right?
7            A.      We stopped growing in there years
8     ago.
9            Q.      And then I see as part of that
10    3.37 acres, it looks to me from the photo that a
11    substantial amount of it is wooded area, correct?
12           A.      Yeah.  I'd say 60 percent wooded,
13    and the rest is green grass.
14           Q.      And it's that green grass that
15    you would mow, right?
16           A.      Yes.
17           Q.      And then what parts would you
18    weed eat?  Obviously, around the edges of the
19    grass, but would you weed eat other areas?
20           A.      Aw, man.
21           Q.      You don't need to show me on
22    there.  Just describe them.
23           A.      The driveway.  That's 600 foot
24    long, both sides, around the house, around the
25    shed, around the garden, around along the -- what
```

Carl Savory

1  I call the rock line, which is the edge of the

2  easement.  What Roundup didn't take care of, I

3  used the weed eater.

4        Q.     And the wooded area, does it have

5  any use other than it just looks nice because

6  it's a nice wooded area?

7        A.     It's just wooded.

8        Q.     All right.  Is there any part of

9  your property that's not depicted on Exhibit-5?

10        A.     On this?

11        Q.     Yes.

12        A.     Yeah.  You can see the septic bed

13  here, a piece of the septic bed, but this goes

14  all the way down and up.

15        Q.     Okay.  And about how much further

16  does it go down?

17        A.     Where's the point at?  From here,

18  435 feet down to here, and this point here, it's

19  60/125, a 60-foot marker and a 125 marker.

20        Q.     Before I mark anything

21  separately, let me ask you:  Does this one that

22  I'm showing you contain that area that you were

23  saying is missing from Exhibit-5, or does that

24  still not contain it, either?

25        A.     That's his pool, so your 60/125

Carl Savory

1   right about there, which is right about here.

2   And here's his pool right here, and there's a

3   property marker right here.  And that's 125, plus

4   60, but there's a total of 425 feet.

5            Q.     Okay.

6            A.     Or is it 500 and some?

7            Q.     So it sounds like --

8            A.     512.

9            Q.     So it sounds like on Exhibit-5

10  there's about three or so hundred feet that's not

11  depicted.  Is that true?

12           A.     From what I see, yes.

13           Q.     And is that all wooded area?

14           A.     Yes.  Except the septic bed here

15  and the paths that I cut through the woods.

16           Q.     And that, say, 300 or so feet

17  that's not depicted on Exhibit-5, is that an area

18  where you also sprayed Roundup?

19           A.     No.  That's left for the animals

20  and stuff.

21           Q.     All right.  So -- okay.  So does

22  Exhibit-5 -- let me see if I can ask it this way

23  just to kind of lock in where you sprayed the

24  Roundup.

25                  Are there any areas of your

Carl Savory

1  property where you sprayed Roundup that are not

2  shown in Exhibit-5?

3         A.     Around the septic bed, the other

4  half of the septic bed.  That one doesn't have it

5  in there.  Here's a piece of the septic bed here,

6  and then here's another piece of septic bed.

7         Q.     How large is the septic bed?

8         A.     I believe it's 125 by 90.  It's

9  actually two septic beds in one, and there's the

10 one septic bed, and when that goes bad, the other

11 is cleared for a second one.

12        Q.     And you would spray in the septic

13 bed?

14        A.     I would spray all around that

15 septic bed.

16        Q.     Is there any other portion of

17 your property where you sprayed Roundup other

18 than about half of the septic bed that is not

19 shown on Exhibit-5?

20        A.     The easement lines.  Up under

21 these trees I would spray it.

22        Q.     Hold on.  Sorry.  I'm not trying

23 to be rude.  I want to get into that, but I'm

24 just curious.  If you look just at Exhibit-5 --

25        A.     Okay.

Carl Savory

1          Q.      -- other than about half of the

2    septic bed, is there any other part of your

3    property where you used Roundup that is not shown

4    in Exhibit-5 other than about half of the septic

5    bed?

6          A.      No.

7          Q.      Okay.  So I think we've got a

8    good, clear picture.  I'm going to take this back

9    and put it -- thank you -- back in Exhibit-4.

10   Now --

11         A.      That's all done.  That's done.

12   The driveway is done, and under there is done and

13   around here.

14                 MR. SILVERSTEIN:  Just wait for a

15         question, Carl.  He's going to ask you

16         another question.

17         A.      I'm sorry.

18         Q.      No.  No.  No.  I am totally fine

19   with having you look through that and think

20   about, you know, whether it's all there.  Just

21   anything you say out loud, which is fine, the

22   court reporter is going to write down.

23                 Okay.  It looks to me that maybe

24   somebody else's property is also depicted on that

25   picture.  Is there an area in Exhibit-5 where

Carl Savory

1    your property stops and someone else's starts?

2           A.      That's Brian's property, and

3    that's Dave Adams' property, and I have an

4    ingress/egress driveway, which I own.

5           Q.      Okay.

6           A.      And the driveway from the street

7    to here is 618 feet.

8           Q.      Got it.  Okay.  So let's do this.

9    Is the way this map is oriented with the exhibit

10   sticker -- you'll see the Exhibit-5 is in the

11   bottom right corner.  Is that oriented where

12   north is straight up or not?

13          A.      North is this way.  This driveway

14   is two degrees off north.

15          Q.      So I'm going to write on this an

16   N with an arrow just so we can orient ourselves,

17   but -- so if I do an arrow -- I'll do it, but if

18   I do an arrow right there, is that north about

19   right?  Or you can do it, too, if you'd like to.

20   I'm happy to have you do a little arrow which way

21   is pointing north.

22          A.      This is north.  South.

23          Q.      North is this way?

24          A.      Yes.

25          Q.      All right.  So if I do an arrow

Carl Savory

1    like this?

2              A.      Yeah.  You're pretty close.

3              Q.      Okay.

4              A.      The driveway does curve, but in

5    this section here, it's two degrees off of north.

6              Q.      Sure.  That's helpful.

7              A.      So you just follow this driveway,

8    and you're going north.

9              Q.      Excellent.  And, for the record,

10   we're talking about the driveway that looks like

11   it connects two wooded areas.

12             A.      It goes underneath the trees.

13   Yeah.  The driveway comes down, and then it's

14   right here again.  So you go the driveway.

15   There's the -- that's before the street.

16             Q.      All right.  So let me see if I

17   can have you do this.  And you can move the map

18   to orient yourself however you want, but could

19   you -- on this side of the map where you said you

20   pointed out where those other guys' properties

21   are, can you kind of take this pen and kind of

22   draw a line where their property versus yours?  I

23   just want to kind of cut off their property so we

24   know which is yours on this map.

25             A.      I can get you close.

Carl Savory

1          Q.      Yes.  I understand we can go

2    do --

3          A.      You want me to mark it?

4          Q.      Yes, please.  And we can

5    obviously go to a property description.  I just

6    want as close as you can get so that we

7    understand what's your property and what's not.

8          A.      This is Dave's, and then he runs

9    back up this way.  This is Bartholomew.  This is

10   Brian on that side.  That's Dave.  And Brian runs

11   up around here, and then my property line runs

12   down.

13         Q.      Great.  And then can you take it

14   to the end of that paper?

15         A.      Yeah.  That's his house.

16         Q.      Just an approximate is fine.

17         A.      If that's the point, then his

18   property runs like this.  How exact does that

19   work?

20                 MR. LARSEN:  Can we go off the

21         record for a minute?  Is that okay?

22                 MR. SILVERSTEIN:  Sure.  Yeah.

23                 THE VIDEOGRAPHER:  The time is

24         1:30.  We are going off video record.

25                 (A discussion was held off the

Carl Savory

```
 1              record.)
 2                   THE VIDEOGRAPHER:  The time is
 3         1:40.  We're back on the video record.
 4    BY MR. LARSEN:
 5         Q.    Mr. Savory, you can keep those in
 6    front of you.  I just want to note a couple
 7    things for the record that we did off the record.
 8                   We discussed that Exhibit-5 shows
 9    your property at ████████, all 3.37 acres,
10    except for part of the septic bed.  I think you
11    testified about half of it is cut off of that
12    picture, but other than that, Exhibit-5 depicts
13    the property that you own on ████████, correct?
14         A.    Depicts the property?
15         Q.    That you own on ████████?
16         A.    Yes.
17         Q.    Great.  And there are some blue
18    lines in different areas of Exhibit-5, and those
19    are blue lines that you drew, or I might have
20    drawn one or two, on Exhibit-5 that show the
21    outline of the -- on Exhibit-5 of what property
22    is yours and what may be owned by other people,
23    correct?
24         A.    Yes.
25         Q.    Great.
```

Carl Savory

```
 1                    (Whereupon, a document was marked

 2            for identification as Exhibit No. 6.)

 3  BY MR. LARSEN:

 4            Q.     And Exhibit-6 is titled Bucks

 5  County Parcel and Flood Plane Viewer, and you

 6  have circled parcel number 23-007-170, and you

 7  circled that with red pen because that is a

 8  parcel view of your property, correct?

 9            A.     Yes.

10            Q.     And on that view, since you own

11  this driveway also that connects your property to

12  the road, you wrote driveway in red where that

13  area is on Exhibit-6, correct?

14            A.     That's my handwriting.  Yes.

15            Q.     And about how long is that

16  driveway?

17            A.     From the road?

18            Q.     Yes.

19            A.     All the way to here is 618 feet,

20  from here all the way.  It's 435 just before the

21  lay, and then it's another 125, and then there's

22  another portion.  So it's right before the lay.

23  Yeah.  It's, like, 435 to here.  Then there's

24  another hundred and some and then another hundred

25  and some.
```

Carl Savory

1          Q.     Great.  All right.  A different

2    question before I have you start showing where

3    you sprayed, on Exhibit-5, where you applied

4    Roundup.  Off record you mentioned that Exhibit-5

5    shows a boat on a trailer?

6          A.     Yeah.

7          Q.     Is that your fishing boat, or

8    what kind of boat is that?

9          A.     It's a 12-foot aluminum boat.

10         Q.     And did you use it for fishing or

11   for what?

12         A.     My father used it for fishing.

13         Q.     So you've had it for a while?

14         A.     Since -- when did he die?  2009.

15         Q.     And have you used it to fish as

16   well since 2009?

17         A.     No.

18         Q.     So it's just sat there in your

19   driveway?

20         A.     Actually, it was up here under

21   the trees.  Then it was in the driveway, and now

22   it's there.

23         Q.     Before your father passed away,

24   did you ever go fishing with him?

25         A.     No.

Carl Savory

 1          Q.    And since 2009, you haven't used

 2    it to fish?

 3          A.    I have ocular rosacea.  It's not

 4    a good idea for me to be on the water.

 5          Q.    And why is that?

 6          A.    Sunshine makes the rosacea go

 7    wild.

 8          Q.    And the rosacea is a skin

 9    condition, right?

10          A.    Yes.

11          Q.    And has any doctor told you what

12    the cause of that skin condition is?

13          A.    I believe they're like, it's a

14    mystery.

15          Q.    All right.  Let's talk about --

16    using Exhibit-5, let's talk about all the areas

17    where you used to spray Roundup.  Describe -- we

18    might -- I might stop you to break things down,

19    but why don't you describe the general areas

20    where you used to spray Roundup.

21          A.    Around the septic.

22          Q.    And how big was the septic area?

23          A.    Either 125 by 90, I believe, or

24    60.  I think it was 90, I said.  I don't

25    remember.  I'd have to go measure.  Thirteen and

Carl Savory

1   13 is 26.

2          Q.      That's okay.

3          A.      I forget the exact width of it,

4   but I know it's 125 feet long.

5          Q.      Okay.  So you would spray the

6   septic bed area, about 125 by 90.  Where else did

7   you spray?

8          A.      Along the rock lines of the

9   easement north and south, and then there's

10  this -- you can see this area that was just cut.

11  I would spray into there.  I'd have to spray back

12  because the weeds would grow out.

13         Q.      Can you write easement where the

14  easement is, please?

15         A.      E-A-S-E-M-E-N-T?

16         Q.      Correct.  And that was generally

17  a grassy area?

18         A.      It was all weeds five, six foot

19  high.  I cleared it all.

20         Q.      When did you clear it all?

21         A.      A few years after I got there.

22  It got too much.  It was too much to spray and

23  get rid of weeds, so I just cut it with a mower.

24  Actually, I took a brush hog and cut it all down,

25  and I've been cutting it with a mower since.

Carl Savory

```
 1              Q.       And so you didn't spray that
 2    whole easement area.  You just sprayed the rock
 3    lines on the side of it?
 4              A.       After I got rid of the grass and
 5    stuff, yeah.  It was, like, two, three years.
 6    Then I started using the Roundup getting rid of
 7    these weeds.  Things are starting to come back
 8    here, so...
 9              Q.       Good.  Right.  And then you'd do
10    that a few different times during the summer?
11              A.       Well, one day I'd go out.  I'd do
12    the rock line, and then maybe a day or two later
13    I'd do underneath here.
14              Q.       Hold on before you go any
15    further.  When you say the rock line,
16    what's -- is it a rock line, and then there's
17    gravel or rock in between the rock line or grass
18    in between the rock line, or what are you talking
19    about?
20              A.       There's all granite rock all
21    through the easement.  They pushed it to the side
22    and made a line.
23              Q.       And in the middle of the easement
24    is just -- you said you used a brush hog and got
25    the weeds down, so it's just dirt?
```

Carl Savory

```
 1              A.     It's all grass.
 2              Q.     Okay.  You planted -- some grass
 3     was planted, and that was grass that you would
 4     then mow?
 5              A.     I've been mowing that, yeah.
 6     Yes.
 7              Q.     And so -- and then you would use
 8     the Roundup -- after you used the brush hog and
 9     got rid of all the weeds, you would use the
10     Roundup along the rock line on both sides of the
11     easement, correct?
12              A.     Yes.  Yes.
13              Q.     And what's the length of the
14     easement, if you can remember?
15              A.     Oh, wow.  That's 212 to there,
16     and then that's -- there's no measurements on
17     there.
18              Q.     Just your best estimate is fine.
19              A.     I would say a hundred -- I'd say
20     150 feet down this way.
21              Q.     So 150 feet --
22              A.     With 212 here, and then there's
23     this all the way down.
24              Q.     That's also part of the easement?
25              A.     If I can mark the easement, it
```

Carl Savory

1   might be easier for you.

2          Q.     Yeah.  Please.  Go ahead and mark

3   it.  Maybe just do it with, like, a dashed line

4   or something.

5          A.     Then it curves.  It goes down,

6   and this is part of the easement, too.  So you

7   can see the easement.

8          Q.     That's helpful.  Thank you.

9          A.     Now, I know from this point to

10  this point is 212 -- from what I recollect, this

11  is 212 feet.  If you want any reference, it's,

12  like, 70 feet from here to the shed.

13         Q.     Okay.  And then the lower half of

14  the easement was --

15         A.     So if you used that measurement,

16  you could -- probably, maybe.  I don't know.  I

17  don't know if it would work that way to get an

18  idea how long this is.

19                MR. SILVERSTEIN:  The number 150

20         that you gave, what was that in reference

21         to?

22                THE WITNESS:  That's from where

23         this easement starts here.

24  BY MR. LARSEN:

25         Q.     Okay.  So the width of it?

Carl Savory

```
1            A.      Going down.

2            Q.      So it looks just from

3    looking -- I don't want to put words --

4            A.      It's 125 feet, but there's

5    actually a little bit more, so it comes to 150

6    feet --

7            Q.      And that's the width?

8            A.      -- from -- yes.

9            Q.      Okay.  Just looking at what your

10   hands were doing as you were trying to describe

11   the 200 feet, it seems to me that from the middle

12   to the top of the page you said is about 212

13   feet, and then from that, where you started to

14   the bottom, is a little less than that.  Maybe

15   about a hundred, 150?

16           A.      This easement runs along, so from

17   here -- this property line here is 212 feet,

18   which goes from here down to here, and this

19   easement continues on.  He doesn't cut anything

20   there.

21           Q.      And you spray that entire

22   easement?

23           A.      At one time, yeah.

24           Q.      The entire time, from the early

25   '90s to 2019, or was there a time you stopped
```

Carl Savory

```
 1    spraying that easement?

 2          A.    The easement itself?

 3          Q.    Yeah.  The rock line along the

 4    easement.

 5          A.    I do both -- both sides to keep

 6    the weeds back, and then I do along this section

 7    here to keep the weeds back, but somebody came

 8    over and cut all this, so I don't have to spray

 9    it this year.  Of course, I stopped using the

10    sprayer.

11          Q.    And you've been spraying that

12    rock line along the side of the easement pretty

13    much every year from the early '90s to 2019?

14          A.    Yeah.

15          Q.    Okay.  Do you think the easement

16    may be any more than 400 feet in total length?

17                THE WITNESS:  You walked it.

18          What do you think?

19                MR. SILVERSTEIN:  I can't answer

20          the question.  Like he said, you give

21          your best estimate.  There's no right or

22          wrong answer when you're giving your best

23          estimate.

24                THE WITNESS:  I have no idea.

25                MR. SILVERSTEIN:  It's at least
```

Carl Savory

1          more than 212 feet.  Would you agree with

2          that?

3                    THE WITNESS:  That's just the one

4          side here.

5                    MR. SILVERSTEIN:  Right.

6                    THE WITNESS:  And then...

7    BY MR. LARSEN:

8          Q.    And is it about equal distance

9    from that one side that you're showing down to

10   the bottom?

11         A.    This is the 212 spot.  Then that

12   easement runs all the way down.  If I compare it

13   from the side of my driveway, I'd say it's at

14   least 600 feet from that point all the way up to

15   where I --

16         Q.    Okay.

17         A.    Bartholomew.  I don't know whose

18   property that is.

19         Q.    That's fine.  Okay.  So -- and,

20   again, I understand I'm just asking you to make

21   some -- I mean, I understand you're a carpenter,

22   so being very precise in measurements is

23   important.  I get it.

24                    But as you're sitting here today,

25   just in your mind, you're thinking it's probably

Carl Savory

1  about 600 feet from the top to the bottom of the

2  easement?

3          A.      Yeah.  Six to 700.

4          Q.      And when you would spray the

5  easement, you would be spraying that rock line,

6  so you'd be spraying in a downward direction as

7  you were walking along the easement?

8          A.      Uh-huh.

9                  MR. SILVERSTEIN:  Yes?

10         Q.      That's a yes, right?

11         A.      Yes.

12         Q.      All right.  So I have here that

13  you've sprayed the septic bed, the rock lines of

14  the easement.  Would you put a little S where the

15  septic bed is, please?  And I know only part of

16  it is on the map.

17         A.      (Witness indicating.)

18         Q.      Great.  And when you would spray

19  the septic bed, about how long would that take?

20         A.      It's in conjunction with

21  everything else.  I mean, sometimes I'd be down

22  there a half hour.  Sometimes I'd just do a

23  little bit, be down there 15, 20 minutes.

24         Q.      Is there any way for you to

25  approximate the amount of time it would take to

Carl Savory

```
 1   spray the entire easement/rock line?
 2          A.     A good hour, plus mixing.  Yeah.
 3   I'd be out there an hour and a half.
 4          Q.     Just to do the easement?
 5          A.     Yeah.
 6          Q.     How many containers would it take
 7   to do just the easement?  Could you get it done
 8   in one two-and-a-half gallon container?
 9          A.     No.  No.  I'd have to mix a few
10   of them up.
11          Q.     Like, as in two or three or what?
12          A.     I'd say at least three.  One,
13   two -- three or four.  Three to four.
14          Q.     And that would take you about an
15   hour to an hour and a half because you'd have to
16   mix and so forth?
17          A.     Yeah.  I would go with an hour
18   and a half, and I can't be accurate with that.
19   That's just --
20          Q.     That's okay.
21          A.     -- I think.
22          Q.     No.  I appreciate that.  And the
23   weeds that you were trying to kill along the rock
24   lines of the easement were weeds that were just
25   kind of growing up from the ground just growing
```

Carl Savory

1   up in the rocks?

2           A.      Yes.

3           Q.      Okay.  What other areas did you

4   spray on your property?  And I'm not going to

5   have you mark it yet until we talk about it,

6   please, with that pen.

7           A.      There's around here.

8           Q.      When you say around here, is that

9   around the house?

10          A.      So you can't see it, but you can

11  tell that there's green grass.  Well, there was

12  grass under here.  So I spray up along here, and

13  I spray here, and then this area gets sprayed.

14          Q.      Okay.  Hold on one sec.  So some

15  of that's woods.  Are you talking, like, a grass

16  area around the house?

17          A.      Underneath those trees, there's

18  weeds.

19          Q.      And you're talking about the

20  trees right next to the N with the arrow,

21  correct?

22          A.      Yes.

23          Q.      Okay.  And so you sprayed in that

24  wooded area by where the N and the arrow is?

25          A.      Yes.

Carl Savory

```
 1              Q.     All right.
 2              A.     And then there's this area here
 3     gets done.  You can see it's kind of all dead
 4     here because I've been dumping stuff, but in this
 5     area I spray.
 6              Q.     And that's another wooded area
 7     around the house, right?
 8              A.     Yes.
 9                     MR. SILVERSTEIN:  Between the
10              house and the driveway?
11                     THE WITNESS:  Between the shed
12              and there.
13     BY MR. LARSEN:
14              Q.     And you testified that you were
15     dumping some stuff.  What kind of stuff would you
16     dump out there?
17              A.     I have a shop vac.  Not a shop
18     vac.  A vac and chip, so the leaves would fall.
19     I'd suck them all up, and I would dump them in
20     this area here.  That's why that's all brown
21     right now.
22              Q.     So it's just leaves?
23              A.     To keep out, but now you can see
24     all the green popping up, so that would get
25     sprayed, and then that goes down in here a little
```

Carl Savory

1  bit because you can't see it, but there's a road

2  that goes back to a barn here.

3          Q.     Okay.

4          A.     And then this is the road going

5  down underneath the trees to the septic, so

6  there's an area here.

7          Q.     That area is right around where

8  that N and the arrow is?

9          A.     Yes.

10         Q.     And you'd spray that?

11         A.     And that's where the fire pit's

12  at.

13         Q.     And you'd spray around the fire

14  pit?

15         A.     Yes.  Yes.

16         Q.     Okay.  So it sounds like you've

17  talked about several different wooded areas

18  around the house and then that where you dumped

19  the leaves and then the fire pit, correct?

20         A.     I guess -- I guess so.  And then

21  there's underneath these trees.  If you looked at

22  land photos from the ground, it would probably

23  show you a little bit better.  It's hard.  This

24  is -- because here's the property line, and I --

25  yes.  The grass ends here, but I do this section

Carl Savory

1   here.

2           Q.    Okay.  And that's just on the

3   other side of the house?

4           A.    Yes.  That's the front of the

5   house.  Then the back of the house there's this

6   section.  And then there's the road, and there's

7   this section here because there's this

8   road -- access road, and then over here is a path

9   to get to the fire pit, so in between there it

10  gets sprayed.

11          Q.    Okay.  Are there other

12  general -- do you spray the driveway?

13          A.    I go down the left and right of

14  it.

15          Q.    And how far is the -- I'm sorry.

16  How long is the driveway?  You've told me, but I

17  didn't write it down.

18          A.    It's 618, but I figure I'd do

19  about 575 of it.

20          Q.    So 575 on one side, and then 575

21  on the other side, right?

22          A.    Yeah.  Yes.

23          Q.    And what's on the other side of

24  the driveway?  Is there grass?

25          A.    Woods.

Carl Savory

1      Q.      And so then you -- go ahead.

2      A.      Just woods.

3      Q.      All right.  So you'd spray in a

4    downward direction right along the driveway in

5    order to kill whatever weeds were encroaching on

6    the driveway?

7      A.      Yes.

8      Q.      Are there any other general areas

9    where you sprayed?

10     A.      Not that I can think of, no.

11             (Whereupon, a document was marked

12             for identification as Exhibit No. 7.)

13    BY MR. LARSEN:

14     Q.      These may be a little out of

15    order.  I apologize.  I'm going to hand you a

16    couple different photos that were also provided,

17    and I'm going to mark them actually as separate

18    exhibits.  And if you can just describe what each

19    of these photos depicts, that would be great.

20             So I'm showing you Exhibit-7.

21    What is that showing?

22     A.      That's the west side of

23    the -- that's the west side of the easement.

24    There's the whole easement there.

25     Q.      Okay.  And so that shows the

Carl Savory

1    grass area that's mowed.  Then it shows the rock

2    area where you would spray, or part of it?

3            A.    This gets cut.  This was just

4    cut.  That was all weeds there, and that just got

5    cut down.

6            Q.    Great.

7            A.    And you can see the weeds here.

8    The guy came over, and he mowed from the logs

9    over.  That's this little section here and up

10   here.  But I would spray all along here and then

11   up here to the coop and all along this rock line.

12           Q.    Okay.  Great.

13               (Whereupon, a document was marked

14           for identification as Exhibit No. 8.)

15   BY MR. LARSEN:

16           Q.    Exhibit-8, what is this showing?

17           A.    That's the westerly side.  I know

18   that's the east.  Why does that look like that?

19           Q.    And if you don't know the

20   direction, I'm not as concerned about it.  It

21   just helps us see what we're talking about.  Is

22   that the easement?

23           A.    Yes.  That's the easement.

24           Q.    Okay.  And then it shows the

25   woods on the outside of the easement?

Carl Savory

1        A.      And then -- yeah.  All along this

2   rock line.

3        Q.      What about --

4        A.      Now, see, this is part of the

5   neighbor's yard here, and I usually squirt a foot

6   there or so or two because them weeds come out

7   and slap you in the face when you're cutting.

8                (Whereupon, a document was marked

9          for identification as Exhibit No. 9.)

10  BY MR. LARSEN:

11       Q.      Exhibit-9, what does that show?

12       A.      That's the same view, but only

13  back further.

14       Q.      All right.  Showing part of the

15  easement?

16       A.      Yes.  This here, along here, is

17  that 212 feet.

18       Q.      Okay.  Which is --

19       A.      Which I marked on five here.

20       Q.      Got it.

21       A.      Which would be this here, and

22  then the property pin is down there and all along

23  this rock line, and then you hit the grass and

24  the driveway and then down here, and then this

25  section gets sprayed, too.

Carl Savory

```
 1                    (Whereupon, a document was marked

 2           for identification as Exhibit No. 10.)

 3    BY MR. LARSEN:

 4           Q.      All right.  Exhibit-10.  Sorry

 5    about that.

 6           A.      Yeah.  That's the easement.

 7           Q.      So that green grass-looking area

 8    is the easement?

 9           A.      Uh-huh.

10           Q.      That's a yes, right?

11           A.      Yes.  And there's the garden with

12    the rototiller in it.

13                    MR. LARSEN:  Did I identify the

14           exhibit number on that one?

15           A.      And when you look at this

16    picture, you can see all the rocks here.

17           Q.      And that's the rock line that you

18    were talking about?

19           A.      Yes.  You can depict a lot of

20    rocks and stuff here.

21           Q.      All right.

22           A.      And, actually, between --

23    underneath this garden you can really see the

24    rocks.  That's where they bulldozed all the rocks

25    to make this flat land so they could put their
```

Carl Savory

1   pipe in.

2          Q.    All right.  On Exhibit-10.

3   Great.

4                (Whereupon, a document was marked

5          for identification as Exhibit No. 11.)

6   BY MR. LARSEN:

7          Q.    And Exhibit-11 is just another

8   view of the easement, isn't it?

9          A.    Yeah.  That's from the west

10  looking east.  Yep.

11               MR. LARSEN:  Jarad, sorry I got

12          those out of order.

13               MR. SILVERSTEIN:  That's okay.

14               THE WITNESS:  Oh, yeah.  Yeah.

15          That was a lot of spraying.  I quit that

16          and cut it.

17  BY MR. LARSEN:

18         Q.    Now, did you also spray kind of a

19  line right around your house or around the shed

20  or not, or was that area you weed eated?

21         A.    Around the house, yes.  I do the

22  east side and the north side, which would be the

23  right -- looking at this picture, it would be the

24  right side of the house and the back of the

25  house, which then comes to -- I do this side of

Carl Savory

1    the house, underneath the porch here and up

2    around here, and then there's this here got done

3    to keep that back.

4         Q.    Can you describe -- so we're

5    going to kind of take a break from those pictures

6    for a minute.

7              Can you describe how the Roundup

8    came out of the wand?  What did the spray look

9    like?

10        A.    A little less than a stream.  It

11   wasn't full spray.  It wasn't stream.  It wasn't

12   full spray.  It was just a little bit.

13        Q.    So when you say full spray, kind

14   of like a full mist?  Is that a way of -- it was

15   not a full mist is what you're talking about?

16        A.    No.  It was not a full mist,

17   because when you spray, you could -- I wish this

18   arm would -- you can get it to spray like this

19   and out, but I never had that, and I never used

20   the straight.  It's just a little bit.

21        Q.    Somewhere in between the straight

22   line spray and a total mist, right, but closer to

23   kind of a straight line?

24        A.    Yeah.  I would say spraying it

25   would be, like, maybe two, two-and-a-half inches

Carl Savory

1    at its furthest point.

2           Q.      And were you careful to only

3    spray Roundup where you wanted to kill the weeds

4    or the other vegetation?

5           A.      Yes.

6           Q.      Because if you accidentally

7    sprayed some wanted vegetation, it would also

8    kill that, right?

9           A.      Oh, yeah.  I took the time to

10   grow stuff.  I don't want to spray it and kill

11   it.

12          Q.      Right.  So you were careful to

13   hit your intended target?

14          A.      Yes.

15          Q.      And you would general -- or you

16   said the majority of the time you would spray in

17   a downward direction, correct?

18          A.      Well, yeah.  I'm standing up, and

19   the weeds are down there.

20          Q.      Below your hip, so you'd spray in

21   a downward direction?

22          A.      Yes.  And then there's times when

23   I wanted to get a further reach.

24          Q.      And then you might have to spray

25   more kind of out?

Carl Savory

```
 1              A.     If I had to get a further reach,
 2    I'd just turn the nozzle a little bit, and it
 3    gave me a straight stream.  Then I could shoot
 4    out, like, 10, 15 feet.
 5              Q.     And then you'd hit -- again,
 6    straight to hit your intended target, whatever
 7    that weed was?
 8              A.     Yes.
 9              Q.     I'll give you a chance to get a
10    drink.  I won't ask you a question while you're
11    taking a drink if you need to drink a little
12    Gatorade.
13                     Do you recall any times in which
14    you sprayed vegetation that you accidentally
15    killed some plants or grass that you really
16    didn't want to kill?
17              A.     No.  Karen didn't holler at me
18    once.
19              Q.     So, generally speaking, when you
20    were spraying between -- I believe you testified
21    earlier between May and August.  Is that right?
22              A.     Yes.
23              Q.     Would you avoid certain type of
24    weather when you were spraying?
25              A.     Rain, wind.
```

Carl Savory

1      Q.      Why did you avoid rain?

2      A.      Washes it away.  Useless.

3      Q.      And why did you avoid the wind?

4      A.      To keep it from blowing back on

5  me.

6      Q.      So you did your best to only

7  spray -- or strike that.  I'll start over.

8      A.      Calm days is when you spray.  And

9  even then, you'll get a thermal, and it'll just

10  whoop up, and you might get some in your face,

11  which has happened to me a couple times.

12      Q.      But, generally speaking, you

13  would spray on calm days so that you could hit

14  your targets but then also not get it on

15  yourself, right?

16      A.      The idea of a calm day is not to

17  have it blow on me or anywhere else.

18      Q.      And do you recall any times in

19  which you were spraying and got some Roundup on

20  your skin?

21      A.      Yes.  A few times.

22      Q.      About how many times do you

23  remember?  You said just a couple?

24      A.      I guess every year I'd spray, I'd

25  get it.  I mean, even though there's calm days --

Carl Savory

1   you know anything about flying an airplane?

2   Early morning, late afternoon, 'cause in between

3   it's the thermals, and it's windy.  So you got to

4   do it certain times with no wind, but, still,

5   something comes along and makes just a little

6   gust.

7               And that's why I kept the spray

8   to, like, a two-and-a-half, maybe three-inch

9   diameter at its furthest point because if you

10  turn it back and you missed it, it really picks

11  up.  The wind picks it up really fast.  I mean,

12  it picks it up to where it goes all over you.

13       Q.     And you recall that it happened a

14  few times that the thermal picked it up, and you

15  got some on your skin?

16       A.     Yes.

17       Q.     And where do you recall getting

18  it on your skin?

19       A.     In the face.  And I even got to

20  taste it once.

21       Q.     And that was just one time?

22       A.     Yeah.  I got to taste it once.

23  That was it.

24       Q.     That time when you tasted it, do

25  you remember about when that was?  Was that kind

Carl Savory

```
1    of early on or more recent?

2           A.     That was some years ago.  I can't

3    recall.

4           Q.     Did you stop and go get a drink

5    or do anything or just keep working?

6           A.     Oh, I set it down, went and

7    washed my mouth out, washed my mouth out, washed

8    my mouth out, washed my face, washed my face.

9    Yeah.  I didn't like it.

10          Q.     Did you wash your face with soap

11   and water?

12          A.     Cold water.

13          Q.     And the other few times that you

14   got it on your face, did you stop right then and

15   go wash it off as well?

16          A.     Oh, yes.  You can't wait for it

17   to soak in.  You got to get it off right away.

18   Immediately.

19          Q.     And do you remember getting

20   Roundup, when you were applying it, on any other

21   parts of your body or just your face and your

22   mouth as you've just talked about?

23          A.     Face, mouth, and I guess some of

24   it wound up on my hand.

25          Q.     Was that very often?
```

Carl Savory

```
 1           A.      No.

 2           Q.      And if you got it on your

 3   hands --

 4           A.      I mean, I'd go out there.  I

 5   would go out.  I would spray and nothing.  Then

 6   maybe two or three times later I'd get some.

 7           Q.      And if you got it on your hands,

 8   would you stop right then and go wash off?

 9           A.      Oh, yeah.  You have to.  You

10   can't let it soak in.

11           Q.      Right.  So you'd wash with cold

12   water either on your face, your hands until you

13   didn't feel it on your skin any longer?

14           A.      I had the garden hose out there,

15   and I kept that energized for emergency of

16   getting splashed.

17           Q.      How did it feel when it got on

18   your hands or your face those few times that it

19   happened?

20           A.      Wet.

21           Q.      Was it sticky or just wet?

22           A.      Repeat.

23           Q.      Was there any kind of a

24   stickiness to it, or was it just wet?

25           A.      It felt wet, but I didn't know
```

Carl Savory

1    the stickiness.  I didn't feel to see if it was

2    sticky.  It's just one of those things, you get

3    it on your face, you go get water.  You don't pay

4    attention to what's going on.

5          Q.    And when you were working during

6    the summer, would you also be sweating?

7          A.    Sometimes.

8          Q.    If it was hot?

9          A.    Most of the time I wasn't -- I

10   wouldn't be -- there was never sweat pouring down

11   my face when I sprayed it.  And the reason for

12   that is if there's any spray got on my clothes,

13   I'm going like this all the time.  So now I'm

14   wiping it back on my face unknowingly, so...

15         Q.    But do you remember any times

16   that your clothes got wet from spraying Roundup?

17         A.    Wet?  No.

18         Q.    Any of these times that you got

19   Roundup on your skin, do you recall having any

20   kind of a skin irritation?

21         A.    No.  If I did, I didn't recognize

22   it.  Being out in the woods, there's all kinds of

23   irritation stuff.

24         Q.    Poison ivy?

25         A.    Well, chiggers, poison ivy, you

Carl Savory

1  know, a lot of other stuff.

2        Q.      So we've talked about how you

3  sprayed these different areas of your property,

4  the septic bed, the rock lines of the easement,

5  the driveway, around the home.  And in these

6  wooded areas, did you spray -- I mean, there's a

7  lot of wooded areas on your property.  Did you

8  spray all of the wooded areas or just certain

9  wooded areas?

10        A.      Certain areas.

11        Q.      And about -- and how did you

12  determine which wooded areas you'd spray and

13  which ones you didn't?

14        A.      By the looks, the aesthetics, to

15  have it cleared and be able to look back down in.

16        Q.      And so the wooded -- did you have

17  to be -- was it also spot spraying, right,

18  because you didn't want to kill the trees and

19  other things out there?

20        A.      Oh, the one area, say, is, like,

21  40-foot round and just spray the whole thing.

22  The oak trees and stuff like that, I didn't spray

23  them, but I sprayed around them.

24        Q.      Right.  So you would kind of spot

25  spray even in the wooded areas to hit your -- the

Carl Savory

1    intended targeted weeds?

2           A.    Yes.

3           Q.    Can you put maybe just a little X

4    on the wooded -- I think I have a good idea of

5    the easement, the driveway, around the home.

6    Would you just put an X on the wooded areas where

7    you sprayed?

8           A.    This picture?

9           Q.    Yes, please.  Exhibit-5.

10          A.    Five?  There's the house.  It's

11   up in here.  There's that.  There's this area.

12   There's the path going down, so there's this

13   area.  As you can see here, you see how the trees

14   kind of -- and there's the road here.  The trees

15   go around in a circle?  All that gets sprayed.

16   And then down through in here gets sprayed.

17   Where else did I spray?  Should I mark this where

18   I sprayed?

19          Q.    Is that a wooded area?

20          A.    Yeah.

21          Q.    Okay.  Just put a little X there

22   if you'd like.

23          A.    And that shows I go around.

24          Q.    Great.  Thank you.

25                After you finished spraying, what

1 would you do?  If you're not finished with that,

2 then I'll wait.

3          A.    I hope I'm done with it.  I mean,

4 it's starting to get confusing now.

5          Q.    Okay.  Then we'll move on.  Let

6 me ask you a few more questions.  Then we can

7 maybe take a break and get up and stretch.

8                After you were done spraying

9 Roundup, what did you do?

10          A.    Cleaned up.  Cleaned the tank

11 sprayer out, spray one way so you don't get the

12 back splash on you.

13          Q.    Would you go shower off, or would

14 that be more of an end-of-the-day-type thing?

15          A.    Oh, then I washed my hands and

16 face when I got done.  Cleaned the tank sprayer,

17 had to be washed out, cleaned the hose out and

18 the tank sprayer and washed my hands and face and

19 then go take a shower.

20          Q.    And would you take a shower right

21 when you're done spraying Roundup or was it --

22 you mean at the end of the day when you're done

23 working in the yard?

24          A.    It might be a half hour, hour

25 later.  There might have been some days I skipped

Carl Savory

1     the shower.

2          Q.     What would you do with your

3     clothes that you were wearing after you were done

4     spraying?

5          A.     They came off and went in the

6     hamper.

7          Q.     And then they would be washed

8     before you'd wear them again?

9          A.     Yes.

10         Q.     Except for your boots wouldn't be

11    washed, right?

12         A.     Well, they wind up getting washed

13    when I was -- I'd wash them.  I'd squirt them.

14         Q.     So --

15         A.     Because I didn't need to bring

16    them in the house and the dog go over and start

17    licking them.

18         Q.     So each time you were done

19    spraying Roundup, you'd squirt your boots off?

20         A.     Yeah.  Bottom and around the top.

21    Mainly the bottoms and hit the top a little.

22    Because the boots I have, I put silicone spray on

23    there so nothing soaks in, so the water would

24    just run off and dry fast.  If you don't have the

25    silicone spray, the water soaks in.

Carl Savory

```
 1                    MR. LARSEN:  All right.  I think
 2          this is a good time to take a break.  Why
 3          don't we go off the record, take a break.
 4                    THE VIDEOGRAPHER:  The time is
 5          now 2:21.  We're going off video record.
 6                    (A short break was taken.)
 7                    THE VIDEOGRAPHER:  The time is
 8          2:35.  We're back on the video record.
 9  BY MR. LARSEN:
10          Q.    All right.  Mr. Savory, have you
11  ever spoken with anyone at Monsanto about how to
12  use Roundup?
13          A.    No.
14          Q.    Have you ever communicated with
15  any salesperson or sales rep from Monsanto?
16          A.    The beginning part I missed.
17  Could you repeat?
18          Q.    Sure.  Have you ever communicated
19  with any salesperson from Monsanto about Roundup?
20          A.    No.
21          Q.    Other than the Texas Eastern when
22  that guy told you he sprayed Roundup on your
23  property, have you ever had any other friend or
24  neighbor or any third party spray Roundup on your
25  property?
```

Carl Savory

```
 1              A.      Not to my knowledge.

 2              Q.      And can you say with certainty

 3    that you have not used any herbicide or

 4    pesticide, you know, for weed control on your

 5    property other than Roundup?

 6              A.      Only Roundup, yes.

 7              Q.      And you don't recall buying any

 8    other type of glyphosate-based product that

 9    was --

10              A.      No.

11              Q.      Okay.  So we've talked about a

12    lot of the outdoor-type work that you've done

13    around your property since the early '90s until

14    last year.  Did you pretty much do most of the

15    outside chores around the house, right?

16              A.      All the outside.

17              Q.      Did you do -- have you ever at

18    your property sprayed, you or your wife, for any,

19    like, bugs or rodents, that type of thing?

20              A.      Home Defense around the porch and

21    around the house.

22              Q.      And that's it?

23              A.      Yeah.  And that comes with a

24    wand.

25              Q.      How often would you spray the
```

Carl Savory

1    Home Defense?

2            A.      Springtime.   That's it.

3            Q.      And you'd just spray it around

4    the perimeter of your house?

5            A.      Uh-huh.

6            Q.      That's a yes, right?

7            A.      Yes.

8            Q.      And you -- okay.

9            A.      Sorry.

10           Q.      Do you change your own oil or do

11   any of the work on your vehicles?

12           A.      No.

13           Q.      So you've never, like, changed

14   the antifreeze or changed the oil or anything?

15           A.      I've changed the oil a couple

16   times when I was young.

17           Q.      And not since then?

18           A.      You know, 18, 21.

19           Q.      Have you done any kind of

20   painting of your house, whether outside or

21   inside?

22           A.      Yes.

23           Q.      How much painting have you done?

24           A.      A couple gallons' worth, I would

25   say.  Not much.

Carl Savory

1         Q.     Have you ever repainted the

2  outside of your house, or was that just the

3  inside?

4         A.     No.  Not the outside, no.

5         Q.     You had someone else do that?

6         A.     Yeah.

7         Q.     And you painted indoors a few

8  times?

9         A.     Yeah.  Paint the bathroom.

10        Q.     When was the last time you

11  painted the bathroom?

12        A.     About eight years ago.  Wait a

13  minute.  Excuse me.  Hold that.  2001.  Since

14  2004, I would say, around in there.  2003, 2004.

15        Q.     Was that the last time you did

16  any kind of painting inside the house?

17        A.     Yes.

18        Q.     Did you use any gloves or a mask

19  when you painted?

20        A.     It was all latex paint.  No.  Any

21  amount I was using, I wasn't worried about the

22  rubber infecting my lungs.

23        Q.     Have you done any refinishing of

24  furniture?

25        A.     No.

Carl Savory

```
 1          Q.      Have you refinished a wood floor
 2   or done any flooring?
 3          A.      No.
 4          Q.      No flooring?  Like you haven't
 5   laid tile or anything?
 6          A.      No.
 7          Q.      Any other type of home repairs?
 8          A.      Solder a pipe or two.
 9          Q.      When did you do that?
10          A.      That was when I had the trailer.
11   That would be in the late '90s.
12          Q.      And is it a trailer that you used
13   to go, like, camping in, or what do you mean by
14   the trailer?
15          A.      We used to live in a trailer.
16          Q.      On the property?
17          A.      Yes.
18          Q.      Okay.
19          A.      And then I had the house built.
20          Q.      So what year was the house built?
21          A.      We moved in December 2001.
22          Q.      And did you help build the house
23   at all?
24          A.      No.  I had a contractor do it.
25          Q.      Have you ever built any furniture
```

Carl Savory

```
 1    or done any other -- any kind of woodworking?

 2           A.     I built a little bench in high

 3    school.

 4           Q.     And that's about it?

 5           A.     Eleventh grade, yeah.

 6           Q.     And I'm putting your framing work

 7    aside because we've talked about that.  Have you

 8    ever -- is there any fencing on your property?  A

 9    wood fence?

10           A.     No.

11           Q.     Okay.  So have you done any kind

12    of sawing of wood on your property?  Again, we've

13    talked about your work as a framer, but around

14    your house, have you done any kind of sawing and

15    building that way?

16           A.     Yeah.  I saw -- yes.  Yes.

17           Q.     What kind of sawing work have you

18    done around the house -- or, excuse me, around

19    that property?

20           A.     I'd saw, like, a two by four or a

21    four by four for a piece of wood to block up.

22    That's it.

23           Q.     To block up what?

24           A.     (Witness indicating.)

25           Q.     To stack?
```

Carl Savory

1          A.     Put a bucket and a couple pieces

2   of that, and the boat trailer on top.

3          Q.     Got it.  And that was the only

4   time?

5          A.     Well, there's been other times,

6   but I just used the boat trailer as an example so

7   you would know what I was using the blocks for.

8          Q.     And that's about it.  I mean, so

9   how many times would you say you've done some

10  sawing work at the -- at your property from the

11  early '90s 'til the present?

12         A.     Maybe a dozen times.

13         Q.     And any of those times that you

14  were sawing wood, did you wear any kind of a face

15  mask or gloves?

16         A.     No.  You got to know which way

17  the wind is going.

18         Q.     So the dust blows away from you,

19  right?

20         A.     Yeah.  Yes.

21         Q.     In any of the framing work that

22  you did, were you ever told that you were around

23  any kind of asbestos?

24         A.     No.  New homes, no.

25         Q.     Do you have a fuel tank on your

Carl Savory

 1    property that you use to put fuel in your

 2    vehicles?  Like a diesel tank or a gas tank?

 3           A.    No.

 4           Q.    You know, just any kind

 5    of -- okay.  All right.

 6                 Let's talk about your medical

 7    history.  And I've been able to take a look at

 8    the medical records that have been produced so

 9    far, but I also, you know, want to get some of

10    your independent recollection of a few things.

11                 Have you ever been diagnosed with

12    any type of serious health condition as a child,

13    teenager or young adult?

14                 So let me take a step back.

15    We're obviously going to talk about your

16    Non-Hodgkin's lymphoma here in a few minutes, but

17    as a child, teenager or young adult, were you

18    ever diagnosed with any type of what you would

19    see as a serious health condition?

20           A.    No.

21           Q.    Have you had any kind of prior

22    cancer besides Non-Hodgkin's lymphoma?

23           A.    No.

24           Q.    Now, I did see in a few of your

25    medical records a reference to some skin cancer.

Carl Savory

1  Do you recall ever being diagnosed with any skin

2  cancer?

3          A.      That would be Dr. Shrager.  No.

4  Everything he did with me was non-cancerous.

5          Q.      Okay.

6          A.      Because he would take a sample

7  and send it out.

8          Q.      And it would come back --

9          A.      To my recollection, no.  No skin

10  cancer.

11          Q.      And what was that doctor's name?

12          A.      Dr. Shrager.

13          Q.      And he's a dermatologist?

14          A.      Yes.

15          Q.      So -- and what you're saying is

16  he would see some part -- something on your skin,

17  and he'd cut it out or take it out and then send

18  it off for a biopsy.  Is that what you're

19  referring to?

20          A.      Uh-huh.

21          Q.      And then each time it came back,

22  based on your understanding, as non-cancerous?

23          A.      Negative, yes.

24          Q.      Okay.  Do you remember the first

25  time he did that?

Carl Savory

```
 1              A.     No.
 2              Q.     Do you remember on what parts of
 3     your body he's kind of taken a little shaving or
 4     something and sent it off to be tested?
 5              A.     Wow.  Where did he take it from?
 6     I guess maybe my face.  I don't -- I don't
 7     remember.
 8              Q.     Do you know how many times he's
 9     done this?
10              A.     Two, maybe three times.
11              Q.     And you recall maybe your face,
12     but you don't know if it was on your arms or your
13     back or anywhere else?
14              A.     It wasn't my back or arms.  I
15     think -- I believe -- now, I can't guarantee --
16     it would be my facial area.
17              Q.     And you've been diagnosed with
18     rheumatoid arthritis, correct?
19              A.     Yes.
20              Q.     And that was in 2001?
21              A.     2001, 2002.
22              Q.     And you didn't start taking any
23     medication for that until a little more recently,
24     correct?
25              A.     Yes.
```

Carl Savory

```
 1           Q.      And do you remember the name of
 2    the medication you started taking?
 3           A.      Xeljanz.  There was two of them I
 4    was taking.  And the first one, I can't remember
 5    the name, but everybody who had RA started
 6    complaining about the medication, and he hooked
 7    me up with another medication that worked very
 8    well, which was the Xeljanz, I believe.
 9           Q.      And when you say "he," what
10    doctor are you referring to?
11           A.      Shrager.  The rheumatologist
12    couldn't get me nothing.
13           Q.      Who was your rheumatologist?
14           A.      Dr. Moidel.  But he used me as an
15    experiment.  Okay.  Okay.  What's this pain?
16    What's this pain?  What's this pain?  What's this
17    pain?  Okay.  If you fill out these papers, you
18    might be able to get medication.
19           Q.      And you said it was going to be
20    about $3,000 a month, so you just couldn't afford
21    it, right?
22           A.      The medication was, like, three
23    grand a month.  There was the shots, which was
24    three grand, and then the other one was, like,
25    2800.
```

Carl Savory

```
 1            Q.      And when did you start taking
 2    medication from Dr. Shrager for your rheumatoid
 3    arthritis?
 4            A.      I don't remember.
 5            Q.      A few years ago?
 6            A.      Oh, more than that.  More than
 7    that.
 8            Q.      Would your best recollection be,
 9    you know, five years ago?  A decade ago?  Just
10    your best recollection.
11            A.      Between five and ten.
12            Q.      And you're still taking it today?
13            A.      No.
14            Q.      When did you quit taking it?
15            A.      When I went in the hospital, they
16    gave me radiation and all the pills.  I felt
17    nothing.  Through chemotherapy, I still don't
18    feel nothing.
19            Q.      So toward the end of last year
20    you quit taking it?
21            A.      Uh-huh.
22                    MR. SILVERSTEIN:  Is that a yes?
23            A.      Yes.  Pardon, monsieur.
24            Q.      Have you ever been diagnosed with
25    celiac disease?
```

Carl Savory

```
 1            A.     Repeat.

 2            Q.     Celiac disease.  And if you don't

 3   know what it is, you've probably never been

 4   diagnosed with it.  So I'm going to go through

 5   kind of a laundry list here.

 6            A.     No.

 7            Q.     Okay.  Have you ever been

 8   diagnosed with any ulcers?

 9            A.     No.

10            Q.     What about eczema?

11            A.     No.

12            Q.     We talked about the -- I'm going

13   to pronounce it incorrectly.  Rosacea?

14            A.     Rosacea.

15            Q.     Thank you.  Rosacea is a skin

16   condition, right?

17            A.     It comes from the sun, yes.

18            Q.     And when did you get diagnosed

19   with rosacea?

20            A.     A few years ago.

21            Q.     And was it Dr. Shrager who

22   diagnosed you with it?

23            A.     Yes.

24            Q.     Did he say it was from the sun?

25            A.     Yes.  You can't be out in the
```

Carl Savory

1    sun.

2            Q.    Was it mainly on your face or

3    anywhere else?

4            A.    Face.  There might be remnants of

5    a little brown here.  That comes from it.

6            Q.    Did he give you some medication

7    for it?

8            A.    Doxycycline.

9            Q.    Are you still taking that today?

10           A.    Ever since I went into the

11   hospital, all that stopped.

12           Q.    Have you ever had any psoriasis?

13           A.    No.

14           Q.    No organ transplants, right?

15           A.    No.

16           Q.    Have you ever been diagnosed with

17   diabetes?

18           A.    No.

19           Q.    What about Epstein-Barr virus?

20           A.    No.

21           Q.    Hepatitis B?

22           A.    No.

23           Q.    Hepatitis C?

24           A.    Yes.

25           Q.    When were you diagnosed with

Carl Savory

1  that?

2          A.      I would say in, like, 1990.

3          Q.      Do you recall what doctor

4  diagnosed you?

5          A.      Man, what's his name?  Dr. Jerome

6  Burke.

7          Q.      Is he just kind of a regular

8  family doctor?

9          A.      No.

10         Q.      What kind of doctor is he?

11         A.      Whatever the new name is for

12  proctologist.

13         Q.      I didn't know they have a new

14  name.  Okay.

15         A.      But, yeah.  Inter -- man.

16         Q.      That's okay.  All right.

17                 MR. SILVERSTEIN:  GI.

18         Q.      Gastro --

19         A.      Introgasterologist or something.

20         Q.      Yeah.  Probably a GI doc.  All

21  right.

22                 So what led you to go see him and

23  that diagnosis?  How were you feeling?  What

24  issues were you having?

25         A.      I don't recollect, but I know I

Carl Savory

1   went to him, and he took a blood test, and he

2   told me.

3          Q.     And did he put you on some

4   medication?

5          A.     Interferon.

6          Q.     How long did you take that?

7          A.     The injections were for a year.

8   Self injection.

9          Q.     And then did that take care of

10  it?

11         A.     It's all gone.

12         Q.     And were you ever diagnosed with

13  hepatitis C ever again?

14         A.     No.  I get a blood test once a

15  year.  Full panel.  Nothing.

16         Q.     Good.  Have you ever had a doctor

17  recommend that you lose weight or change your

18  diet or exercise more?

19         A.     No.

20         Q.     Is your primary care physician

21  Dr. Vastra?

22         A.     Dr. Alfred Vasta.

23         Q.     Vasta.

24         A.     V-A-S-T-A.

25         Q.     And he's your primary care

Carl Savory

```
 1   physician?

 2          A.     Yes.

 3          Q.     How long have you been seeing Dr.

 4   Vasta?

 5          A.     I would say -- let's see, '87.

 6   I'd say '92, '95, somewhere in there.

 7          Q.     And is he still your primary care

 8   physician today?

 9          A.     Yes.

10          Q.     Do you have any kind of a

11   relationship with Dr. Vasta outside of just him

12   being your doctor?  And what I mean by that is, a

13   social relationship.  You're neighbors, you're

14   friends or anything like that?

15          A.     No.

16          Q.     Have you ever had any

17   inflammatory bowel disease?

18          A.     No.

19          Q.     Now, you talked about radiation.

20   You received some radiation treatment after your

21   cancer diagnosis, correct?

22          A.     Yes.

23          Q.     To your knowledge, were you ever

24   exposed to radiation before that?

25          A.     No.
```

Carl Savory

```
 1              Q.      Any time when you were with the

 2      Navy?

 3              A.      No.

 4              Q.      Are you allergic to any

 5      medication?

 6              A.      No.

 7              Q.      Do you know if you ever had an

 8      adverse reaction to a vaccine?

 9              A.      No.

10              Q.      Prior to your Non-Hodgkin's

11      lymphoma diagnosis, did you have any

12      hospitalizations?

13              A.      Yes.

14              Q.      For what?

15              A.      February 2019 I had a mild

16      stroke.

17              Q.      How long were you in the

18      hospital?

19              A.      Twenty-four hours.

20              Q.      So describe what happened.  How

21      did you know you had a stroke and describe what

22      happened after that?

23              A.      I walked back into -- came from

24      outside into the kitchen and stood by the

25      countertop, and I'm like -- my left leg and arm,
```

Carl Savory

1    I was like, what's wrong?  And my subconscious

2    mind said, you had a stroke.  And it gave you a

3    feeling of, like, it fell asleep.  You know, it

4    gives you that slight feeling of falling asleep.

5    And I drove myself to the hospital, and they

6    tested me and said, yeah.  You had a mild stroke.

7           Q.    And they kept you for 24 hours?

8           A.    In the bed laying down at a

9    certain angle.

10          Q.    Did you take any medication?

11          A.    A baby aspirin every day now.

12          Q.    How would you describe your

13   health generally before your Non-Hodgkin's

14   lymphoma diagnosis?

15          A.    Good.  I was doing very well.

16          Q.    Now, you were on disability,

17   right, at the time?

18          A.    Yes.

19          Q.    And that was because of your

20   rheumatoid arthritis?

21          A.    Uh-huh.

22          Q.    That's a yes, right?

23          A.    Yes.

24          Q.    But other than your rheumatoid

25   arthritis, you felt like you were pretty healthy?

Carl Savory

1    A.    Yes.

2    Q.    And before your cancer diagnosis,

3  you were working in the yard and so forth?

4    A.    Yes.  Rheumatoid arthritis, some

5  days I wasn't too good, and then other days I

6  felt great, but all around, generally, I felt I

7  was in good health.  And the rheumatoid arthritis

8  did limit me to weight-lifting me and how much I

9  did.

10    Q.    So speaking of exercise now,

11  currently, do you exercise on any kind of a

12  regular basis?  Go for a walk or lift any weights

13  or anything?

14    A.    Right now, I'm in physical

15  therapy for my shoulder and hip.

16    Q.    Before your cancer diagnosis in

17  2019, did you have any kind of a regular exercise

18  program?

19    A.    No.

20    Q.    Did you do anything where you'd

21  go on a walk or lift some weights or -- every

22  once in a while?

23    A.    I was active.  You know, when I

24  lifted, I could, and when I could, I lifted, so

25  it was just normal everyday activity.

Carl Savory

1      Q.      But no exercise regimen where you

2  would, you know, walk a certain amount that day

3  or go for a run or lift weights, nothing like

4  that?

5      A.      No.

6      Q.      Just being active and outdoors

7  and working, right?

8      A.      Yes.

9      Q.      Speaking of diet, is there

10  anything that you can't or don't eat presently?

11      A.      As in like and dislike?

12      Q.      No.  That's a good clarification.

13  No.  Is there any food -- not just because you

14  like it or don't like it.  Is there anything that

15  you choose not to eat because of, you know, you

16  want to stay healthier or just in general,

17  anything that you can't or don't eat?

18      A.      Yes.

19      Q.      Like what?

20      A.      I read the box.  After so many

21  chemicals, I won't eat it.

22      Q.      So what type of foods do you stay

23  away from?

24      A.      Anything with monosodium

25  glutamate, high fats, you know, 20 grams of fat

Carl Savory

1  in a piece of sausage, I won't even touch it.

2  And then, of course, there's the chemicals, like

3  sodium nitrate, et cetera, et cetera.  I've been

4  buying stuff that's more natural without that.

5          Q.     When did you start reading the

6  boxes and focusing on buying more natural?

7          A.     Oh, about 15 years ago, maybe.

8  If you remember when there was a big thing about

9  monosodium glutamate, it was all over the news

10  and everything.  Well, that's when I started, so

11  whenever that happened.

12          Q.     So, off the top of my head, I'm

13  not remembering that.  So what type of food do

14  you stay away from because of that?

15          A.     You can get the same food with or

16  without.  And if it has it, I don't eat it.

17  Anything within the first two or three

18  ingredients it says -- what kind of sugar is it?

19  A certain sugar I don't eat it.  I don't buy it.

20          Q.     Okay.  So describe just kind of

21  your normal diet on a daily basis.  Just kind of,

22  in general, what do you eat for breakfast, lunch

23  and dinner?

24          A.     Breakfast, coffee.  Lunch, turkey

25  or whatever, meatballs or something around the

Carl Savory

```
1   house, chicken if there's any.

2          Q.    Dinner?

3          A.    I ate that at lunch.

4          Q.    Okay.  And then what about

5   dinner?

6          A.    Nothing.

7          Q.    So you don't --

8          A.    Rarely do I eat dinner.  If I

9   skip lunch, I'll eat dinner.

10         Q.    And for breakfast, you don't eat

11  other than coffee -- other than drinking some

12  coffee?

13         A.    Yeah.  Just have a cup of coffee.

14         Q.    And so it sounds like lunch is

15  kind of your larger meal for the day?

16         A.    I would say so, yes.

17         Q.    And has this been the same over

18  the last five years, or has this diet of yours

19  changed at all?

20         A.    My diet's been changing as I've

21  been getting older, so I would say yeah.  Maybe

22  ten years ago I started, and it keeps changing.

23         Q.    Did you have the same basic type

24  of diet in 2019 before you were diagnosed with

25  Non-Hodgkin's lymphoma?
```

Carl Savory

```
 1              A.      Yeah.  Yes.  No.

 2              Q.      Has your diet changed at all

 3   since last September or October?

 4              A.      Yes.

 5              Q.      How?

 6              A.      With chemotherapy, nothing tastes

 7   right.

 8              Q.      Is it still that way?

 9              A.      It's starting to get to where I

10   can taste correctly.

11              Q.      So as time has progressed, your

12   sense of taste has come back?

13              A.      It is coming back, yes.

14              Q.      Do you drink alcohol?

15              A.      No.

16              Q.      Have you ever drank alcohol?

17              A.      Yes.

18              Q.      Describe your general alcohol

19   usage over your adult life.  I mean, I don't need

20   you to go year by year, but just, in general, if

21   there's been a time that you drank more than

22   other years, you know, times of your life, just

23   give us a general idea.

24              A.      I was always kind of mild about

25   it.  A couple beers here or there.  It wasn't a
```

Carl Savory

```
 1   daily routine.

 2           Q.      And in 2019, before you were

 3   diagnosed, were you drinking, you know, a few

 4   beers here and there?

 5           A.      A couple of times a week I'd go

 6   down the pub and have a pint, sometimes two.

 7           Q.      And has that changed since you

 8   were diagnosed with cancer?

 9           A.      Yeah.  Nothing.  I don't have

10   any.  No alcohol anymore.

11           Q.      Do you currently smoke

12   cigarettes?

13           A.      No.

14           Q.      Have you ever?

15           A.      Yes.

16           Q.      When did you start smoking

17   cigarettes?

18           A.      I don't recall.

19           Q.      Did you smoke them, like, in the

20   Navy or later on, or what's your best estimate?

21           A.      Well, yeah.  In the Navy we'd

22   smoke, yes.

23           Q.      Did you smoke before the Navy, or

24   is that when you started?

25           A.      Before the Navy.  I guess late
```

Carl Savory

```
 1    high school.
 2                 THE VIDEOGRAPHER:  Ten minutes of
 3         media.
 4         Q.     So in your -- in those years
 5    after high school and into the Navy, about how
 6    many cigarettes were you smoking per day?
 7         A.     Half a pack, three-quarters.
 8         Q.     And how long did that continue
 9    until you smoked either more or less than that?
10         A.     I smoked for, like, 12 years.
11    Then I quit.
12         Q.     So about what year would you say
13    you quit?
14         A.     High school, 17, about 30 years
15    old.  I'm 65 now, so it would be 35 years ago.
16         Q.     So from about 17 to 30 you smoked
17    about a half or three-quarters of a pack per day?
18         A.     Yes.
19         Q.     Have you smoked any cigarettes
20    since you were 30?
21         A.     Yeah.  For about a couple months,
22    and then I stopped again.
23         Q.     When did that start?
24         A.     '99, 2000.
25         Q.     How much were you smoking then,
```

Carl Savory

```
 1    from '99 to 2000?

 2            A.      A pack every couple days.  It

 3    was, like, casual smoking.

 4            Q.      And then you quit again?

 5            A.      Yeah.

 6            Q.      Have you smoked at all since

 7    then, cigarettes?

 8            A.      No.

 9            Q.      What about cigars?

10            A.      Cigars?  When I was a teenager.

11            Q.      Anything since then?

12            A.      Uh-uh.

13            Q.      Do you currently use chewing

14    tobacco?

15            A.      No.

16            Q.      Have you ever used it?

17            A.      No.

18            Q.      Now, when you were -- strike

19    that.

20                    Do you use -- currently, do you

21    use any other type of tobacco product whether

22    it's a pipe, vaping, e-cigarettes?

23            A.      No.

24            Q.      Have you ever done any of those

25    things?
```

Carl Savory

```
 1          A.     I tried a pipe in the Navy, like

 2   the other Old Salts.

 3          Q.     Do you currently smoke marijuana?

 4          A.     No.

 5          Q.     Have you ever smoked marijuana?

 6          A.     Yes.

 7          Q.     About how many times?

 8          A.     A couple times, and I didn't like

 9   it.

10          Q.     When was the last time?

11          A.     Eleventh grade.  It was back

12   towards the end of the '60s when everybody

13   smoked.  I didn't particularly care for it.

14          Q.     So as I was going through some of

15   the medical records, I have one here from April

16   of 2016.

17                 THE VIDEOGRAPHER:  I'm going to

18          suggest, before we get into the medical

19          records, we change our disk.

20                 MR. LARSEN:  How much time do we

21          have?

22                 THE VIDEOGRAPHER:  About seven

23          minutes.

24                 MR. LARSEN:  I'm going to ask,

25          actually, just honestly one question or
```

Carl Savory

1           two questions on this record.

2                   THE VIDEOGRAPHER:  Okay.

3                   (Whereupon, a document was marked

4           for identification as Exhibit No. 12.)

5    BY MR. LARSEN:

6           Q.     So I'm showing you Exhibit-12,

7    which is a medical record from Grand View

8    Hospital from April 5th of 2016, and you're

9    welcome to look at whatever you want, but I'm

10   just curious about one issue on this.  It says

11   kind of right in the middle where it says

12   physician under HPI, do you see where it says

13   physician about halfway down?

14          A.     Yes.

15          Q.     On the second line, it says:

16   Continues smoking cigars.

17                 And this was from 2016, so were

18   you smoking cigars in 2016?

19          A.     I might have tried them.  I

20   don't -- I don't recollect.  Continues smoking

21   cigars?  No.  I don't continue smoking cigars.

22          Q.     So you don't know why that was

23   written or how that information would have gotten

24   to that doctor?

25          A.     I might have said it, but I

Carl Savory

1    didn't do it.

2          Q.     So you might have said you were

3    smoking cigars, but you weren't at that time?

4          A.     I might have tried smoking cigars

5    is what I was saying.  Continues smoking cigars.

6    No.  I don't continue smoking cigars.  Something

7    is wrong with this.

8          Q.     All right.  Why don't we go off

9    the record.

10          A.     So maybe whatever I said to him

11    he misunderstood or...

12                 MR. LARSEN:  Why don't we go off

13          the record and change the video.

14                 THE VIDEOGRAPHER:  The time is

15          3:07.  This is the end of disk number two

16          in the deposition of Carl Savory.  We're

17          going off record to change media.

18                 (A short break was taken.)

19                 THE VIDEOGRAPHER:  The time is

20          3:09.  We're back on the video record.

21          This is the beginning of disk three in

22          the deposition of Carl Savory.

23    BY MR. LARSEN:

24          Q.     Mr. Savory, I got another medical

25    record I'm going to show you, Exhibit-12.

Carl Savory

```
1                    (Whereupon, a document was marked

2           for identification as Exhibit No. 13.)

3    BY MR. LARSEN:

4           Q.    It's a record from Academic

5    Urology from June 11th of 2014.  If you'll look

6    at the second page of that, please.

7           A.    Now what did I do?

8           Q.    So under personal habits, which

9    is at the top, like three lines down, and this

10   is -- this was a letter sent to Dr. Vasta from a

11   Dr. Jeffrey Gordon.  Do you remember seeing Dr.

12   Gordon in 2014?

13          A.    No.

14          Q.    Okay.  Do you remember having

15   some issues with what they're calling urinary

16   urgency or urge incontinence, having to go to the

17   bathroom during the middle of the night?

18          A.    Yes.  I had prostate problems.

19          Q.    Okay.  And so do you remember

20   going to this Academic Urology for some prostate

21   issues?

22          A.    Alcohol, four drinks a day.  No.

23   I don't think so.  That's supposed to be maybe

24   four a week or something.  Current smoker, smokes

25   every day.  No.
```

Carl Savory

```
 1                MR. SILVERSTEIN:  You have to
 2         wait for his question.
 3         Q.    So let me ask you, we'll get to
 4   that in just a second, but do you remember going
 5   to Academic Urology for some prostate issues?
 6         A.    Yes.
 7         Q.    You just don't remember the name
 8   of the doctor you saw, which is fine.
 9         A.    Gordon?  Dr. Gordon?
10         Q.    Yes.  That's who signed this
11   medical -- this letter.  Do you remember seeing
12   Dr. Gordon?
13         A.    Oh, yeah.
14         Q.    Okay.
15         A.    The guy with the finger.
16         Q.    All right.  So under personal
17   habits, it says:  Smoking.  Patient is a current
18   smoker.  Smokes every day.
19                Is it your testimony that you
20   were not smoking every day in 2014?
21         A.    No.  I wasn't smoking every day
22   in 2014.  As I said earlier, I tried smoking
23   for -- what did I say?  I tried smoking again,
24   and I didn't like it.  That might have been at
25   the time.
```

Carl Savory

1          Q.     Do you recall, if you look a

2    couple lines below that, it says:  Was the

3    patient queried about smoking behavior?  Yes.

4    And then it says, under that:  Was the patient

5    counseled about smoking cessation?  And yes.

6               Do you remember Dr. Gordon

7    recommending that you quit smoking?

8          A.     He never told me to stop smoking.

9    Smokes every day.  No.  Oh, God, what's this guy

10   doing?

11         Q.     You can put that to the side.

12   Have you, sir, ever used any illegal drugs?

13         A.     Marijuana.

14         Q.     And we talked about that.

15   Anything else?

16         A.     No.  I might have tried it, but

17   high school days or before high school days.

18         Q.     There was a letter from Dr. Burke

19   to Dr. Vasta that stated that you may have used

20   some recreational cocaine in the past.  Do you

21   recall ever using cocaine?

22         A.     Well, let's get to the

23   nitty-gritty on that one.  I had hepatitis C, and

24   the only way you get it is if you're shooting

25   drugs, and I told him I never shot drugs, which I

Carl Savory

1  never did.  And then what?  Ten years later, oh,

2  it comes from here, not from just shooting drugs.

3          Q.    And I understand --

4          A.    So that exonerates me from that?

5          Q.    Sure.  And I'm not accusing.  I'm

6  just asking.

7          A.    And if the cocaine doesn't -- no.

8          Q.    Do you remember being diagnosed

9  with Lyme disease or being tested for Lyme

10 disease?

11         A.    Yeah.  Yes.

12         Q.    Do you remember it coming back

13 positive or negative, if you recall?

14         A.    I think -- I believe negative.

15         Q.    Have you ever used any legal

16 drugs for a purpose other than intended?

17         A.    No.

18         Q.    Do you currently take any

19 prescription meds?

20         A.    Yes.

21         Q.    What prescription meds do you

22 currently take?

23         A.    Tramadol.

24         Q.    And what's that for?

25         A.    Pain.

Carl Savory

1    Q.    In your shoulder and hip?

2    A.    Yes.  All the cancer medications

3 I stopped taking.

4    Q.    Any other prescription meds

5 you're currently taking?

6    A.    Enalapril, ten milligram, high

7 blood pressure.

8    Q.    Anything else?

9    A.    No.  Not that I remember.

10    Q.    What's your best estimate on how

11 long you've taken medication for high blood

12 pressure?

13    A.    Some years now.

14    Q.    I'm happy to give you a

15 copy -- can you not mark on that one, if you

16 don't mind, just because that's our -- that's our

17 exhibit copy is all.

18    A.    Okay.  Do you have another one?

19    Q.    Yeah.

20    A.    I have some discrepancies here.

21        MR. SILVERSTEIN:  We're not going

22        to get into any of that in this

23        deposition.

24        THE WITNESS:  Okay.  Well, I just

25        wanted to mark it and have a copy of it,

Carl Savory

1              so...

2                      MR. SILVERSTEIN:  Why don't we go

3              off the record for a minute.

4                      THE VIDEOGRAPHER:  The time is

5              3:16.  We're going off video record.

6                      (A short break was taken.)

7                      THE VIDEOGRAPHER:  The time is

8              3:18.  We're back on the video record.

9                      MR. LARSEN:  I just want to

10             clarify for the record.  I mistakenly

11             identified a medical record dated -- and

12             letter dated June 11th, 2014 from

13             Academic Urology written by Dr. Gordon.

14                     I mistakenly identified it as

15             Exhibit-12.  It's actually Exhibit-13,

16             and we have corrected that with the

17             exhibit sticker.

18     BY MR. LARSEN:

19             Q.    Mr. Savory, before your cancer

20     diagnosis, how often did you typically, in a

21     given year, get infections?  And I'm talking

22     about, you know, a sinus infection, an ear

23     infection, upper respiratory, things like that.

24             A.    None that I can recollect.  I

25     mean, I've had an earache a couple times.  That's

Carl Savory

1    about -- that I can remember.  What other

2    infections are you looking for?

3           Q.    Yeah.  Just any kind of ear

4    infections, sinus, upper respiratory?  Was it

5    something that happened on a yearly basis

6    generally throughout your adult life?

7           A.    Respiratory would be bronchitis

8    or asthma.  Yeah.  That I got from dust on the

9    job.

10           Q.    When did you start getting

11    treated for that?

12           A.    Oh, I've had asthma since Dr.

13    Tabliski (ph).  That was grade school.

14           Q.    But then you got -- would get

15    bronchitis at times from dust on the job?

16           A.    Yeah.  Yes.  It would be from

17    when they dropped stone because it's sterilized,

18    and I'd breathe in the dust, and that would

19    affect my lungs.

20           Q.    How often -- was that when you

21    were in grade school or when you were an adult

22    working doing --

23           A.    Adult working.

24           Q.    What do you mean by dropped

25    stone?

Carl Savory

```
 1            A.     Dump truck come in, drop stone,

 2  or there's stone on the job, and they're moving

 3  it with a backhoe, making dust.

 4            Q.     And that would irritate your

 5  lungs?

 6            A.     Yeah.

 7            Q.     How often did that happen on kind

 8  of a yearly basis?

 9            A.     For a while it was coming around

10  every fall.

11            Q.     When they dropped the stone, and

12  it would irritate your lungs?

13            A.     Yes.  And then other times, come

14  fall, I don't know what I did, but not from stone

15  particularly, but I would get bronchitis.

16            Q.     So you'd get bronchitis kind of

17  on a yearly basis?

18            A.     I haven't had bronchitis in a few

19  years now.

20            Q.     But until the last few years,

21  like when you were working on the job, you'd get

22  it about once a year or more than that?

23            A.     Usually in the fall I'd wind up

24  with bronchitis around Thanksgiving, something

25  right around there.  Why, I don't know.  That
```

Carl Savory

1    happened so many years and...

2            Q.      And how often would something

3    happen at work where they were dropping stone or

4    you would inhale other dust, and your lungs would

5    get irritated?

6            A.      The beginning part I missed.

7            Q.      Yeah.  So when you were working

8    doing framing, about how many times per year

9    would something happen at the job site, whether

10   it was a dump truck dropping stone or something

11   else that created dust and would irritate your

12   lungs, how often did that happen?

13           A.      Well, it's always going on

14   somewhere.  Mainly in housing, you're out in a

15   mud field, but after the project's been built so

16   much, then they start doing driveways and stone

17   work, road work, and if it came my way, I had to

18   be careful.

19           Q.      And is that something that would

20   happen, you know, once a week, once a month

21   or...?

22           A.      I don't recollect.

23           Q.      But it would happen on

24   occasion -- or scratch that.

25                   Whenever there was that type of

Carl Savory

1  work going on with cement and stone that if it

2  kicked up the dust, it would irritate your lungs?

3        A.    Yeah, but it would have to be

4  pretty thick.  I mean, it wasn't just, like, a

5  little passing puff.  Breathe it in, you could

6  taste it.

7        Q.    Are you able to give any kind of

8  frequency or approximation of frequency that that

9  would happen?

10       A.    No.  All I know is I stay away

11  from cement dust, lime, stone dust, dust with --

12  like from rust.

13       Q.    Did you ever go see a doctor from

14  breathing in any of that dust that you've been

15  talking about?

16       A.    When I got bronchitis.  You could

17  look up Alfred Vasta.  He'll tell you how many

18  times I've had it.

19       Q.    And were there other times that

20  you were on the job site and inhaled some cement

21  or stone or rust dust and it irritated you, but

22  you didn't go see the doctor?

23       A.    It might -- I breathed it in, but

24  it didn't affect me.  It depends on the amount or

25  so I figure.

Carl Savory

```
 1            Q.     Let's talk for a few minutes

 2    about your family medical history.  Is your

 3    ▮▮▮▮▮ still living?

 4            A.     No.

 5            Q.     You said he passed away in 2009,

 6    right?

 7            A.     Yes.

 8            Q.     Do you know the cause of his

 9    death?

10            A.     He had kidney failure, and he was

11    having problems with his lungs, and I believe he

12    had a heart attack.

13            Q.     Did he ever have cancer, if you

14    know?

15            A.     I'm not sure, but I heard that he

16    had prostate cancer.

17            Q.     Do you know how old he was when

18    he had it?

19            A.     No.

20            Q.     Did your ▮▮▮▮▮ smoke?

21            A.     No.

22            Q.     If you know, did your ▮▮▮▮▮ ever

23    use Roundup?

24            A.     My father and I were apart.

25            Q.     So you don't know if he used
```

Carl Savory

```
 1    Roundup or not?

 2           A.    It was a divorced family.  I

 3    lived with my mom.  I seen him on weekends, and,

 4    otherwise, it wasn't a good life between me and

 5    him, so I stayed away from him.

 6           Q.    So speaking of your mom, is she

 7    still living?

 8           A.    No.

 9           Q.    What year did she die?

10           A.    I believe 1999, and my dad was

11    2009.

12           Q.    Did your mom -- do you know what

13    her cause of death was?

14           A.    ██████████████.

15           Q.    Do you know if she had any other

16    type of cancer?

17           A.    No.  She did not.

18           Q.    If you know, did your mom --

19           A.    ████████████████████████████

20    ██████████████████████████ █

21    ███████████████████  ██████████

22    ████████████████████  █████████

23    █████████████

24           Q.    I'm sorry to hear that.  Do you

25    know if she ever used Roundup?
```

Carl Savory

```
1              A.      No.  She never did that stuff.

2              Q.      How would you describe her health

3    before she -- before that Christmas day dinner?

4              A.      She was in good health.

5              Q.      You're not aware of any

6    conditions she had related to her immune system

7    or anything?

8              A.      No.  My mom was secretive.  If

9    something was wrong, she didn't say.

10             Q.      Do you have any siblings?

11             A.      No.  My ████████ passed 2004.

12             Q.      Do you know if he ever had

13   cancer?

14             A.      He didn't have cancer.

15             Q.      What was his --

16             A.      He inhaled all that smoke on that

17   ██████████████████████████████, and that

18   messed his lungs up.  That's what shortened his

19   life.

20             Q.      And that's what caused his death

21   were problems with his lungs?

22             A.      Yeah.  I would say.  And then he

23   had high blood pressure, and he wouldn't take his

24   blood pressure medicine.

25             Q.      Did your ██████smoke?
```

Carl Savory

```
 1          A.      No.

 2          Q.      If you know, do you know if any

 3   of your aunts and uncles have had cancer?

 4          A.      ████████████████

 5          Q.      Which side is he on?

 6          A.      ████████  side.

 7          Q.      Your ████████████████?

 8          A.      Uh-huh.

 9          Q.      Is that right?

10          A.      Yes.

11          Q.      What kind of cancer did he have?

12          A.      I'm not really positive, but

13   there was something with the liver, and then he

14   got sick, and he went back in.  There was

15   something on his lung, so I don't know if he had

16   liver and lung cancer or just lung cancer,

17   whatever, but he died from cancer.

18          Q.      Do you know what year?

19          A.      Oh, no.  I forget.  My brother

20   wasn't alive.  He went in 2004.  I'd say within

21   the last six years, I would guess.

22          Q.      Just, if you know, did he ever

23   use Roundup, if you know?

24          A.      ████████████████?  No.  He don't touch

25   that stuff.
```

Carl Savory

```
1              Q.     Did your brother ever use it, if

2   you know?

3              A.     You're lucky to get him to wash a

4   dish.

5                     MR. SILVERSTEIN:  So is that a

6        no?

7              Q.     That's a no?  He never used

8   Roundup, to the best of your knowledge?

9              A.     No.

10             Q.     If you know, do you know if any

11  of your ████████████ were ever diagnosed with any

12  type of cancer?

13             A.     No.

14             Q.     You don't know one way or the

15  other, or they were never diagnosed with cancer?

16             A.     I have no idea.

17             Q.     Okay.

18             A.     We were not a tight family.  We

19  were all over, and nobody talked to each other.

20             Q.     So before we move to your

21  Non-Hodgkin's lymphoma diagnosis, are there any

22  other illnesses or medical conditions of yours

23  that we have not discussed that you believe are

24  significant?

25             A.     No.
```

Carl Savory

```
 1            Q.      So talking now about your

 2   Non-Hodgkin's lymphoma, when did you first start

 3   experiencing symptoms?

 4            A.      Early summer, I guess.

 5            Q.      And describe the symptoms,

 6   please.

 7            A.      That's right.  Dr. Coyle.  I

 8   thought my hernia -- you get the record from Dr.

 9   Vasta as to the date, but it was -- I believe it

10   was -- yeah.  It was after my stroke in '19.  I

11   was having problems in my groin here, and I

12   didn't know what it was, so I went to him, and he

13   didn't -- he didn't know.

14                    And then everything got let go.

15   I didn't see any more doctors or anything.  And

16   then I would put my arm up on the couch, this

17   arm, the right arm, and it got sore in here.  So

18   then that's when I went to Dr. Minnich, and he

19   gave me a shot.  I went back two weeks later.  He

20   took an x-ray, and that's when he told me, you

21   have cancer.

22            Q.      So did they -- was it a mass that

23   they found?

24            A.      The x-ray, I looked up images of

25   bone cancer, and -- 'cause it was in my shoulder.
```

Carl Savory

1    I looked at the images.  And when I went into his

2    office, the image was up on the screen, and I

3    knew right away I had cancer.  And he come in,

4    and I says, I got cancer.  He says, yes, you do.

5    Then he sent me to Magdalinski, and that's when

6    they figured out what I had.

7            Q.     And then they performed surgery

8    to remove the cancer from your shoulder?

9            A.     No.  The bone was so deteriorated

10   from the cancer eating the bone up, and also my

11   hip, that they were afraid that I was just going

12   to break apart, so they threw me in the hospital,

13   partial reconstruction shoulder and partial

14   reconstruction hip.

15                   And while I was there, Dr.

16   Hightower gave me radiation on the throat, the

17   hip.  What else?  He did three things.  There was

18   the hip, the throat and I think the shoulder.

19           Q.     How many radiation treatments did

20   you have?

21           A.     I'd say at least ten.

22           Q.     And did you receive chemotherapy

23   as well?

24           A.     After I got out of the hospital,

25   yes.  I started chemotherapy.

Carl Savory

```
 1              Q.     How long were you in the hospital

 2    receiving these radiation treatments?

 3              A.     I believe it was 17 days I was

 4    in.

 5              Q.     So if I understand correctly, you

 6    went to the hospital.  They did a partial

 7    reconstruction of your shoulder and hip, and then

 8    during that 17-day period you received radiation

 9    treatment?

10              A.     Yes.

11              Q.     Is it your understanding that

12    there was cancer in your hip as well?

13              A.     I didn't know until after the PET

14    test.

15              Q.     And so it's your understanding it

16    was in your shoulder and your hip, just those two

17    areas?

18              A.     Well, it was here.

19              Q.     Sorry.

20              A.     That's all I knew.

21              Q.     Okay.

22              A.     And then when I got out of the

23    hospital, I went to Dr. Magdalinski.  They gave

24    me the isotope and gave me the PET test.  And

25    when I looked at the images, blue and pink, I was
```

Carl Savory

1   lit up like a Christmas tree all over.

2          Q.     In different areas of your body?

3          A.     Yeah.  Shoulders, knees,

4   all -- you'd have to look and see it to believe

5   it.

6          Q.     And you started chemotherapy?

7          A.     Yes.

8          Q.     Did you say it's Magnalinski?

9          A.     Dr. Magdalinski.  Alliance

10  Oncology.

11         Q.     Is that in Quakertown?

12         A.     Grand View outpatient center.

13         Q.     How far is that from your house?

14         A.     Five miles, eight miles.

15         Q.     So Dr. Magdalinski started you on

16  chemotherapy?

17         A.     Yes.

18         Q.     How many rounds of chemo did you

19  do?

20         A.     I believe it was six.

21         Q.     Do you remember what month you

22  started?

23         A.     No.  I got out in December.  I

24  guess end of December, January.

25         Q.     When were you diagnosed?  What

Carl Savory

```
 1    month, if you remember, in 2019?

 2         A.    September.

 3         Q.    And then you had your surgery in

 4    November of 2019?

 5         A.    Yes.  Dr. Minnich.  The bone

 6    doctor.  He's the one that diagnosed me with it.

 7         Q.    And then I believe you said a Dr.

 8    Hurley actually performed the surgery, right?

 9         A.    Yes.

10         Q.    Did Dr. Minnich give you the

11    radiation?

12         A.    No.

13         Q.    Who did that?

14         A.    Dr. Hightower.

15         Q.    Do you believe that your doctors

16    provided you the best possible information and

17    treatment they could?

18         A.    Magdalinski?

19         Q.    All of them.  These doctors that

20    we've been talking about who diagnosed you with

21    the cancer and then treated you after, do you

22    believe they gave you the best possible

23    information and treatment?

24              MR. SILVERSTEIN:  Just note an

25         objection to form, but you can answer.
```

Carl Savory

```
 1           A.    Yes.

 2           Q.    Did any of your physicians ever

 3    tell you that they believed your cancer was

 4    caused by exposure to Roundup?

 5           A.    I believe Dr. Magdalinski.  I

 6    might have asked him, could it be from Roundup,

 7    or he mentioned it was from Roundup.  I forget.

 8           Q.    Did you -- did any of your other

 9    doctors ever tell you that they believed that

10    your cancer may have been caused by exposure to

11    Roundup?

12           A.    No.

13           Q.    And you believe Dr. Magdalinski

14    may have said that?

15           A.    I know there was a conversation.

16    Roundup came up.  And it was, yes, that comes

17    from -- the cancer you have comes from Roundup.

18    And I believe that would be with Dr. Magdalinski

19    because Dr. Minnich didn't say what type of

20    cancer I had.  He just said you have cancer.  You

21    got to go see the oncologist.

22           Q.    Did you ever ask Dr. Minnich what

23    he believed was the cause of your cancer?

24           A.    No.  I wasn't -- when I found

25    that out, I didn't think to ask those questions.
```

Carl Savory

1          Q.     Did you ever talk about the cause

2    with Dr. Vasta?

3          A.     No.  The only thing Dr. -- when

4    Dr. Vasta found out, the only thing he said to me

5    is, you've been having problems for years, and

6    here we go.  We hit the nail on the head, and

7    that's what it is, the cancer.

8          Q.     And you never asked him if he

9    thought that Roundup exposure may have caused

10   your cancer?

11         A.     Not to my recollection.

12         Q.     And you don't recall if Dr.

13   Magdalinski brought up Roundup or if you asked

14   him, and he responded?

15         A.     I'm not sure.  I just know it was

16   talked about, whether I asked him or he said to

17   me, hey, it's from Roundup, whatever.

18         Q.     Was your wife with you at the

19   appointment when Dr. Magdalinski talked to you

20   about Roundup?

21         A.     She came to every appointment

22   with him.

23         Q.     Have you talked to Dr.

24   Magdalinski about this lawsuit?

25         A.     No.

Carl Savory

1          Q.     Is it your understanding that

2    currently your cancer is in complete clinical

3    remission?

4          A.     That's what I was told.

5          Q.     Do you remember when you were

6    told that?

7          A.     Aw, man, I got it written at

8    home.  It was the 29th was my last radiation.  It

9    was three weeks before that.  May, June.  May

10   29th, I think it was, or it was either March or

11   May 29th.  I'd say -- I would say March.  No.

12   April -- March, April, May.  Oh, God.  April 29th

13   or something.

14         Q.     That's okay.

15         A.     I don't know.

16         Q.     That's all right.

17         A.     It was the 29th was the last

18   radiation.  That was the sixth one.

19         Q.     Just recently?

20         A.     He told me at the fifth one.

21         Q.     All right.  So I'm trying to

22   understand.  So you went through about ten

23   radiation treatments in the hospital, and then

24   you left the hospital and had six rounds of

25   chemo?

Carl Savory

1          A.       Radiation, I'm not sure the

2   amount.  You would have to look that up.

3          Q.       That's fine.

4          A.       The chemotherapy, I had six

5   sessions.

6          Q.       Okay.

7          A.       The fifth one he says -- I took a

8   PET test.  He says, you look clean, so we're

9   going to give you one more for good measure.

10          Q.       And it's your understanding that

11   as 'til now, it has not come back, correct?

12          A.       I just took a PET test last

13   Friday, and I see him the 24th.  I'll find out.

14          Q.       When did you come to believe that

15   your Non-Hodgkin's lymphoma may have been caused

16   by exposure to glyphosate or Roundup?

17          A.       The type cancer, it's the only

18   thing I used that would give it to me.

19          Q.       Did you believe that Roundup

20   exposure may have caused your cancer before you

21   spoke to Dr. Magdalinski or after that?

22          A.       I've been going through this for

23   a while, so I've had Non-Hodgkin's for a while.

24                   MR. SILVERSTEIN:  That wasn't his

25          question, though.  Listen to his

Carl Savory

1           question.

2           A.     I'm getting tired.  I'm sorry.

3           Q.     No.  No.  No.  That's fine.  And

4    we can certainly take a break.  I'm trying to

5    wrap up as quickly as I can.  I'm curious if you

6    personally began to believe that your cancer was

7    caused by Roundup exposure before you talked to

8    Dr. Magdalinski and had that conversation with

9    him, or was it his conversation with you that

10   caused you to believe that Roundup caused your

11   cancer?

12          A.     I had a thought that it was from

13   Roundup.  I thought it was from Roundup.  And

14   then talking to him, he conferred, you know.

15          Q.     And that thought that you had,

16   was that based on reading something and seeing

17   something?  How did that thought occur to you?

18          A.     I was talking -- I was talking to

19   my friend, and I told him what I had, and he

20   says, that comes from Roundup.  Oh, I don't know.

21          Q.     What friend is that?

22          A.     Kevin.

23          Q.     What's Kevin's last name?

24          A.     Danner.

25          Q.     I'm sorry.  Say that again.

Carl Savory

```
 1              A.    D-A-N-N-E-R.  Danner.  Kevin

 2    Danner.

 3              Q.    Do you remember when he told you

 4    that?

 5              A.    After I found out what type

 6    cancer I had.

 7              Q.    And have you done any independent

 8    research on your own, whether it's just googling

 9    it, looking at things online, anything like that,

10    to look at any connection that -- you know,

11    between --

12              A.    No.  I haven't looked that up.  I

13    just go by what the doctors say and what's told

14    to me.

15              Q.    So, in a nutshell, I don't want

16    to put words in your mouth.  You told Kevin what

17    type of cancer you had.  He suggested that

18    Non-Hodgkin's lymphoma comes from Roundup, and

19    then you talked to Dr. Magdalinski.  Is that

20    right?

21              A.    Yeah.  I guess.  Sounds right.

22              Q.    And then what caused you to call

23    a lawyer and file a lawsuit?

24              A.    I was prompted to.

25              Q.    By whom?
```

Carl Savory

1    A.    Kevin.

2    Q.    Did he give you the name of a

3    lawyer to call, or how did you get in touch with

4    your lawyer?

5    A.    He gave me the name.

6    Q.    Do you know if he's worked with

7    this law firm before?

8    A.    I asked him.  I says, well, do

9    you know any lawyers?  He goes, yeah.  I got this

10   here, and he told me to call.  So I called, and

11   here we are.

12   Q.    What are you claiming in this

13   lawsuit that Monsanto did wrong?

14   A.    What did they do wrong?  Made the

15   product and put it on the market and didn't tell

16   anybody anything, like in Vietnam.

17   Q.    What are you talking about?  What

18   do you mean like Vietnam?

19   A.    Agent Orange.  It's glyphosate

20   made by Monsanto.  It's all these years, nothing

21   said, nothing done.  And then over in Europe they

22   started having big problems with it, especially

23   in France.

24   Q.    And what's that belief based on?

25   A.    France 24 news and documentaries.

Carl Savory

1          Q.     Is that something you've seen

2     online or watched on TV, or what are you talking

3     about?

4          A.     France 24 news, I have the app

5     for it.  It's on TV, too.

6          Q.     Are you aware of the process that

7     Monsanto had to go through in order for Roundup

8     to be approved for use?

9          A.     No.  Is there a warning on the

10    jug that says can cause cancer?

11                MR. SILVERSTEIN:  Wait for a

12          question.

13                THE WITNESS:  Pardon?

14                MR. SILVERSTEIN:  Wait for the

15          question.  There was no question pending.

16    BY MR. LARSEN:

17          Q.     Have you done any research about

18    what the U.S. Environmental Protection Agency

19    says about the use of glyphosate?

20          A.     No.

21          Q.     What do you believe, if anything,

22    Monsanto should have done differently?

23                MR. SILVERSTEIN:  Objection to

24          the form.  You can answer.

25                THE WITNESS:  Pardon?

Carl Savory

```
 1                    MR. SILVERSTEIN:  You can answer.

 2                    THE WITNESS:  What could have

 3          Bayer done with the baby powder?

 4  BY MR. LARSEN:

 5          Q.    What are you talking about?

 6          A.    I don't know.

 7                    MR. SILVERSTEIN:  Do you want to

 8          take a break?

 9                    THE WITNESS:  I'm getting tired.

10          My back's hurting.

11                    MR. LARSEN:  I probably got about

12          15 to 20 minutes of questions left is

13          all.  So if you'd like to take a break,

14          I'm happy to take a five-minute break,

15          and then we can finish up.

16                    MR. SILVERSTEIN:  Let's take a

17          break.

18                    THE WITNESS:  Yes.

19                    THE VIDEOGRAPHER:  The time is

20          3:46.  We're going off the record.

21                    (A short break was taken.)

22                    THE VIDEOGRAPHER:  The time is

23          3:59.  We're back on the video record.

24                    MR. LARSEN:  Sorry for jumping

25          the gun.
```

Carl Savory

```
 1                    (Whereupon, a document was marked

 2            for identification as Exhibit No. 14.)

 3   BY MR. LARSEN:

 4            Q.    I've marked as Exhibit-14 the

 5   civil action complaint and demand by jury trial

 6   filed by you and your wife against the Monsanto

 7   Company.  And you can read whatever you want,

 8   obviously, but I also am just going to ask you

 9   one or two questions about one portion of this.

10                    Can you just tell me if you've

11   seen this document before?

12            A.    Anything that was given to me to

13   read, I don't really read.

14            Q.    Okay.

15            A.    I wouldn't know.

16            Q.    So as you --

17            A.    I'm a little dyslexic, and I read

18   something, and I read the same line three times

19   over.  Oh, well.

20            Q.    So, as you sit here today, you

21   don't recall ever having seen Exhibit-14 before?

22            A.    This paper?

23            Q.    Yes.

24            A.    I might have a copy at home.

25            Q.    But you don't recall ever having
```

Carl Savory

```
 1    read it before today?

 2          A.    I've never read it.  No.

 3          Q.    I just want to ask about one

 4    sentence.  If you look in that, there's a bolded

 5    underline that says introduction?

 6          A.    Yes.

 7          Q.    I'm sorry.  Yeah.  I did it

 8    double-sided.  And about four lines down, at the

 9    very end of the fourth line, there's a sentence

10    that states:  Defendant went as far as to

11    proclaim that the Roundup was, quote, safe as

12    table salt, end quote.

13                Do you see that sentence that I

14    just read?

15          A.    Yes.

16          Q.    And did anyone from Monsanto ever

17    tell you that Roundup was, quote, as safe as

18    table salt?

19          A.    As I said earlier, I had no

20    contact with Roundup.

21          Q.    And did you ever see any kind of

22    advertisement or hear an advertisement from

23    Monsanto where Roundup was described as, quote,

24    safe as table salt, end quote?

25          A.    I don't recollect.
```

Carl Savory

1          Q.     All right.  You can put that

2   document to the side.

3          A.     If I said that, I don't remember.

4          Q.     Or if you heard that or read

5   that, you just don't remember?

6          A.     Yes.

7          Q.     All right.  I'm going to hand you

8   one other document.

9                 (Whereupon, a document was marked

10          for identification as Exhibit No. 15.)

11                MR. SILVERSTEIN:  Is that the

12          fact sheet?  Okay.  You can put that

13          document aside, and he's going to hand

14          you another one.

15   BY MR. LARSEN:

16          Q.     So this is marked as Exhibit-15.

17   If you look at the second -- the first page is

18   just a cover page.  If you look at the second

19   page, it's called a plaintiff fact sheet, and it

20   has your name and address, and then it has

21   answers to a number of questions.

22                 Do you recall providing the

23   information contained in this plaintiff fact

24   sheet?

25          A.     What's in it?

Carl Savory

1      Q.      Well, if you scan it, there's

2  information pertaining to where you live, work

3  that you've done, your cancer diagnosis and some

4  other things.

5              Do you recall providing this

6  information to your lawyers, or did someone help

7  you fill this out, if you know?

8      A.      I would have gotten this

9  information.  I don't think anybody filled it out

10  for me from what I see.  This looks like -- it

11  looks like the answers I would give.

12      Q.      So you don't recall anyone

13  helping you fill this out?

14      A.      Nobody ever helped me fill this

15  out, no.

16      Q.      Okay.  And if you look at the

17  very last page, where it says declaration, is

18  that your signature?

19      A.      Yeah.

20      Q.      Okay.  I think there's a typo

21  here, but if not, I just want to make sure we're

22  clear.  If you'll look at page 7, just on the

23  bottom, it says page 7.

24              If you're at page 7, under

25  subsection B, as in boy:  When did you first

Carl Savory

1   begin using Roundup or other glyphosate-based

2   products?  And it says 1980.

3                Do you see that?

4        A.     I'm on page 7?

5        Q.     Yeah.  Yes, sir.  Down toward the

6   bottom of that page.

7        A.     That's a typo.

8        Q.     Okay.  That's what I wanted to

9   clear up, that you recall first having used

10  Roundup in the early '90s, not in 1980, correct?

11       A.     Yes.

12       Q.     Great.  And if you'll turn the

13  page, please, there's that table -- there's that

14  table where it says date of usage, and there's

15  three different columns, and it says 1990 to

16  2019, 1990 and then 1990 in all three columns.

17                As you sit here today, should

18  that say 1990 because you specifically recollect

19  that it was in 1990, or is it more accurate to

20  say the early '90s as we've talked about today

21  during the deposition?

22       A.     As I think of it, I mean, I can't

23  say 1990 definite.  I was -- when I said 1990, I

24  says, '87, '88, '89, that's a couple years after

25  I've been here.  I guess 1990 I started using it.

Carl Savory

1    It could have been '91, '92.

2         Q.    All right.

3         A.    I just said '90.

4         Q.    Thank you.

5         A.    Because I know it was a couple

6    years after I moved.  '87, '88, '89, '90, that's

7    three years after I've been there, and that's

8    when I figured I started using Roundup to clean

9    up.  It could have been '91, but I'll go with

10   '90.

11        Q.    And it doesn't -- I'm just asking

12   what your best recollection is.  If you don't

13   know that it's '90, and if it's early '90s, '91,

14   '92, that's fine.  I'm just asking you for what

15   your best testimony is as to when you started

16   using Roundup?

17        A.    Early '90s.

18        Q.    Great.  All right.  You can put

19   that document to the side.  I'm finished with

20   that one.

21             Have you had conversations with

22   any other plaintiffs who have filed lawsuits

23   against Monsanto with respect to Roundup?

24        A.    No.

25        Q.    Have you had discussions with

Carl Savory

1    anyone else about this lawsuit other than with

2    your lawyers?

3            A.      No.

4            Q.      Have you talked to your wife at

5    all about it?

6            A.      She knows it's there, but I

7    didn't talk to her about it.

8            Q.      And then have you talked to Kevin

9    about the lawsuit ever since he referred you to

10   your lawyers?

11           A.      There's nothing to discuss.

12           Q.      If you know --

13           A.      No.

14           Q.      Okay.  Are there particular

15   things that you claim that you were able to do

16   prior to your cancer diagnosis that you are now

17   no longer able to do?

18           A.      Oh, yeah.

19           Q.      Like what?

20           A.      Well, the hip replacement and the

21   shoulder replacement --

22           Q.      So what --

23           A.      -- has me limited.

24           Q.      In what way?

25           A.      Lifting weight, movement.

Carl Savory

```
 1              Q.      Any other type of activities that

 2    you were able to do beforehand that you're not

 3    able to do now?

 4              A.      Play bass guitar.

 5              Q.      We talked about that.  Anything

 6    else?

 7              A.      Cooking.

 8              Q.      So you used to cook sometimes?

 9              A.      I'm always cooking.

10              Q.      And can you still cook?

11              A.      Yeah, but not as long or as well

12    right now.

13              Q.      Is it getting better, your

14    ability to cook, as time passes and your shoulder

15    and your hip get stronger?

16              A.      My shoulder will never be the

17    same.  I'll never be able to lift the same amount

18    of weight.

19              Q.      Are you able to cook a little

20    more now than you were, say, at the end of last

21    year after your surgery?

22              A.      Oh, after surgery, I couldn't

23    even get in the kitchen.

24              Q.      Sure.  And, now, is your ability

25    to cook improving as time goes on?
```

Carl Savory

```
 1              A.      A little bit, yes.

 2              Q.      Is your ability to do outside

 3   work and outdoor chores improving as time goes

 4   on?

 5              A.      I haven't tried it yet.

 6              Q.      Do you plan to try it?

 7              A.      Yes.  I went to do something

 8   yesterday.  This arm prevented me from it, so...

 9              Q.      What was that that you were

10   trying to do?

11              A.      I'd rather not say, but...

12              Q.      Was it outdoor work?  If it's too

13   personal, I'm not asking you to tell me.

14              A.      It's not personal.  The

15   squirrel's been tearing up stuff, so I have a

16   little teeny kid's 22, and I couldn't lift it up.

17              Q.      You were trying to get rid of the

18   squirrel?

19              A.      Yes.  It's become a nuisance.

20   Otherwise, if they're good, I'm good.  When they

21   come in the garage and start eating the seeds and

22   stuff, that's, hey, whoa.

23              Q.      Are you seeking compensation for

24   medical bills in this lawsuit?

25              A.      I believe that's in the lawsuit
```

Carl Savory

```
 1    or was said to me.  It's like I got to trim the

 2    bushes on the driveway.  If you go look at my

 3    vehicle, you'll see scrapes down it because of

 4    the -- and I can't use the sheers to -- the

 5    loping sheers to cut it, so I'll have to hire

 6    somebody.

 7            Q.    And you're not seeking any lost

 8    wages, right, in this lawsuit because you were

 9    disabled at the time?

10            A.    Yes.

11            Q.    Okay.  Any out-of-pocket expenses

12    due to your cancer diagnosis and treatment that

13    you're seeking in this lawsuit?

14            A.    My medications.

15            Q.    Anything else?

16            A.    What else did I have?  I know

17    there's the medications.  I believe there's one

18    other thing.  I can't think of what it is.

19            Q.    Are you currently experiencing

20    any depression or anxiety or any other mental

21    health issues?

22            A.    I did, but it subsided.

23            Q.    And was this --

24            A.    But I still...

25            Q.    When did you start experiencing
```

Carl Savory

```
 1   some mental health issues?

 2          A.     After my sixth radiation -- or

 3   chemotherapy.  They had me so tore up and tore

 4   down mentally and physically that if I had a

 5   handgun, I was going to think about it.

 6          Q.     I'm sorry to hear that.

 7          A.     And now it's -- I've gotten over

 8   it.

 9          Q.     Did you see a doctor about it?

10          A.     No.

11          Q.     What did you do to get over it?

12          A.     My friend Kevin, I told him.  He

13   goes, look, you're going to get better.  You're

14   going to get better, so he helps me out

15   psychologically.  And then I get a little better.

16   He's like, see, I told you.  So he helps me out.

17          Q.     Have you ever seen any kind of

18   mental health care professional for any of

19   these --

20          A.     No.

21          Q.     -- any of this depression or

22   anxiety?

23          A.     No.  I never went to a head

24   shrink.

25          Q.     Have you ever taken any kind of
```

Carl Savory

```
1   medication to assist with any of these thoughts
2   and depression that you've had?
3           A.      No.  No.  No.  No.  No.  I'm not
4   a pill person.
5           Q.      And I apologize in advance for
6   the personal nature of this next line of
7   questioning, but based on the claims that you and
8   your wife are making in this lawsuit, I do have
9   to ask some -- a little more personal questions.
10                  Are you claiming that your
11  Non-Hodgkin's lymphoma diagnosis and condition
12  has impacted your marital relationship in any
13  way?
14          A.      Yeah.
15          Q.      In what way?
16          A.      It was a lot of work for her to
17  take care of me, but that's -- no.  She's got to
18  help me all the time.  I mean, it's a burden to
19  her, or it has become a burden, and I know by
20  some of the things she said to me sometimes, you
21  know.
22          Q.      Would you say that also
23  this -- what you've gone through with your cancer
24  has made your relationship stronger than it was
25  in the past?
```

 1          A.      Not for me.  She's more

 2    concerned.

 3          Q.      Has there --

 4          A.      But no.  It hasn't made

 5    her -- our relationship's been the same.  I mean,

 6    I don't mean to sound mean, but yeah.  It's kind

 7    of an awakening.  You know, he's got cancer.  Am

 8    I going to lose him or not, you know.  That put a

 9    lot of stress on her.

10          Q.      Have you become closer

11    emotionally because of this?

12          A.      No.

13          Q.      Just the same as before?

14          A.      Yeah.  For myself.  Then again,

15    I'm lying to myself, I would think.  It has made

16    me realize some things.

17          Q.      Like what?

18          A.      Our life together.  Being

19    together.

20          Q.      As in it's made you more grateful

21    for her?

22          A.      Yeah.  And towards life.

23          Q.      During the time that you and your

24    wife have been married, have you ever gone to

25    counseling or been separated for any period of

Carl Savory

```
 1   time?

 2          A.     No.

 3          Q.     And, again, here comes a few of

 4   the personal questions, and I apologize.  Either

 5   you or your spouse, have you ever had an affair

 6   that the other person is aware of?

 7          A.     No.

 8          Q.     Have there been any changes in

 9   the activities that you and your wife have done

10   for fun since you were diagnosed?

11          A.     We never really had those

12   activities.

13          Q.     Are you claiming that -- or

14   strike that.  I'll start over.

15                 Has your cancer diagnosis and

16   treatment affected your sex life in any way?

17          A.     Yes.

18          Q.     And explain how it's been

19   affected?

20          A.     When you're taking morphine, you

21   got -- what do they call it?  Erectile

22   dysfunction.  Yeah.  Morphine takes care of that

23   for you.  I believe they should give it to all

24   rapists.

25          Q.     So since -- when did you start
```

Carl Savory

1    taking the morphine?  When you were in the

2    hospital?

3         A.    Yes.

4         Q.    And that's when the -- had you

5    ever had any issues with erectile dysfunction

6    before that?

7         A.    No.

8         Q.    And since you have been out of

9    the hospital more recently this year, have you

10   still had issues with erectile dysfunction?

11        A.    Yes.

12        Q.    Are they -- are those issues

13   improving?

14        A.    I believe so, because I've been

15   cutting back on the morphine and the Dilaudid.

16        Q.    And so you're still taking

17   morphine now?

18        A.    Well, I stopped taking it.

19        Q.    When did you stop taking it?

20        A.    Been a couple weeks, that and the

21   hydromorphone, Dilaudid.

22        Q.    Which are both pain meds, right?

23        A.    Pardon?

24        Q.    Both of them for pain, pain

25   medication?

Carl Savory

1          A.     Yes.

2          Q.     And so over the last few weeks

3    since you've gone away from taking the pain

4    medication, the erectile dysfunction issues seem

5    to be improving?

6          A.     Yes.

7          Q.     And did you ever have any issues

8    at all with erectile dysfunction before you

9    started taking the morphine at the end of

10   September?

11         A.     No.

12         Q.     And have you ever talked to a

13   doctor about any of the erectile dysfunction

14   issues?

15         A.     No.  It's from the morphine.  I

16   mean, I was to the point, I knew my body wanted

17   morphine, and I had a choice:  Keep doing it or

18   not.  And by choice, I don't want to do it, so

19   I've been cutting back.  So I went from 45 -- 49

20   milligrams of morphine a day, and I got that down

21   to about zero now.

22         Q.     And so were there other side

23   effects that the pain meds were having on you

24   besides what we've already discussed?

25         A.     Yeah.  It has its effects.

Carl Savory

1          Q.     Like what kind of side effects

2    did that -- did those pain meds have on you?

3          A.     Passing the stool.

4          Q.     Made it more difficult?

5          A.     It makes it like concrete, so you

6    got to take stool softener, and even that's a

7    problem.

8          Q.     Any other side effects?

9          A.     Not that I could think of.  I

10   mean, it makes you lazy.  You don't want to do

11   nothing.  Thoughts change.  Your mind thinking

12   changes.

13         Q.     And the thoughts and the way your

14   mind thinks, is it starting to improve since

15   you've been off the pain meds?

16         A.     Yes.  I'm starting to get back to

17   normal or so I think.

18         Q.     Just a few more questions here.

19   You've never spoken or corresponded with anyone

20   associated with the Environmental Protection

21   Agency, correct, about Roundup?

22         A.     As I said, no.

23         Q.     And you've never spoken with

24   anyone with any state or other local agency about

25   Roundup use?

Carl Savory

 1          A.     No.

 2          Q.     And have you had any discussions

 3   with any doctors regarding this lawsuit?

 4          A.     No.

 5          Q.     And the only discussion you've

 6   had about Roundup, if I remember correctly, was

 7   the one discussion that you had with Dr.

 8   Magdalinski, correct?

 9          A.     Yes.  There was something said

10   there.  I'm not exactly sure what, but it came

11   down to, yes, it could come from Roundup.

12          Q.     And other than your treating

13   physicians, have you been examined by a doctor

14   recommended by your attorney?

15          A.     No.

16          Q.     Now, we've talked a lot about

17   your lawsuit, your Roundup use and your cancer

18   treatment and things like that.  Is there anyone

19   else who would have knowledge about your Roundup

20   use other than maybe your wife?

21          A.     No.  We live out in the woods on

22   three acres.  The neighbors all stick to

23   themselves, you know.

24          Q.     Do you have any social media,

25   like Facebook or Instagram or Twitter or

Carl Savory

```
 1    anything?

 2           A.     Facebook, I only use Messenger.

 3    Otherwise, Facebook, I don't even look at it.

 4           Q.     And have you communicated with

 5    anyone on Facebook about Roundup or about this

 6    lawsuit?

 7           A.     No.

 8           Q.     Do you have an email address?

 9           A.     Yes.

10           Q.     Have you sent any emails or text

11    messages to anyone or received any, other than

12    with your lawyers, that relate in any way to your

13    use of Roundup or your cancer or this lawsuit?

14           A.     No.

15           Q.     Have you ever posted any kind of

16    statement on social media or Facebook about your

17    cancer, or maybe when you were told that you were

18    in remission, did you post anything on Facebook?

19           A.     No.

20           Q.     If you know, does your wife have

21    a Facebook account?

22           A.     Yes.

23           Q.     Do you know if she's posted

24    anything about your cancer or your diagnosis or

25    treatment on her Facebook account?
```

Carl Savory

```
 1              A.      Not to my knowledge.

 2              Q.      Have you ever gone to any kind of

 3    chat rooms or even just comments online and

 4    posted anything about Monsanto or Roundup?

 5              A.      No.  Let me backtrack on one

 6    thing.

 7              Q.      Of course.

 8              A.      It has affected my urination,

 9    too, the medication.  I get -- like the

10    chemotherapy, there's some nights, every half

11    hour, 45 minutes I got to go to the bathroom all

12    night long, so -- and then it subsides.  Then it

13    comes back.  Then it subsides.

14                      Now, it's been subsiding because

15    the -- it's the strongest chemotherapy you could

16    use.  They call it the red devil.  I forget the

17    technical name, but that's clearing out.  It's

18    cleaning out of my body now.

19              Q.      Did Dr. Magdalinski tell you that

20    that frequent urination was a side effect?

21              A.      I haven't mentioned it.  I

22    haven't mentioned it to him.

23              Q.      Have you talked to any doctor

24    about that?

25              A.      No.
```

Carl Savory

```
 1              MR. LARSEN:  Sir, I appreciate
 2         your time.  I'm done, unless I need to
 3         ask any follow-up questions if your
 4         lawyer asks you anything, but thank you
 5         for your time today.
 6              THE WITNESS:  You're welcome.
 7              MR. SILVERSTEIN:  I don't have
 8         any questions at this time.  I know that
 9         we have a trial preservation deposition
10         scheduled for July 9th, so I will ask my
11         questions at that time.  Thank you.
12              THE VIDEOGRAPHER:  This concludes
13         the deposition of Carl Savory.  The time
14         is 4:24, and this is disk three of three.
15
16
17
18
19
20
21
22
23
24
25
```

Carl Savory

```
 1                 C E R T I F I C A T E
 2

 3

 4
                    I, Lauren Buchak, a Notary Public
 5     in and for the State of Pennsylvania, County of
       Montgomery, do hereby certify that the aforesaid
 6     testimony was taken before me, pursuant to
       notice, at the time and place indicated; that
 7     said deponent was by me duly sworn to tell the
       truth, the whole truth, and nothing but the
 8     truth; that the testimony of said deponent was
       correctly recorded in machine shorthand by me and
 9     thereafter transcribed under my supervision with
       computer-aided transcription; that the deposition
10     is a true and correct record of the testimony
       given by the witness; and that I am neither of
11     counsel nor kin to any party in said action, nor
       interested in the outcome thereof.
12

13

14
                    I certify that this is a true and
15     correct copy of the transcript of the deposition
       of CARL SAVORY, dated this 7th day of July, 2020.
16

17

18

19
              _Lauren Buchak_____
20            LAUREN BUCHAK
              Notary Public
21            My Commission Expires:  02/20/2024
22

23

24

25
```