EXHIBIT 23

Marc J. Braunstein, M.D.

```
 1    UNITED STATES DISTRICT COURT

      NORTHERN DISTRICT OF CALIFORNIA

 2    -------------------------------------------X

      IN RE:  ROUNDUP PRODUCTS       MDL No. 2741

 3    LIABILITY LITIGATION           Case No.

                          MDL No 3:16-md-02741-VC

 4    This document relates to:

      Carl and Karen Savory, husband

 5    and wife, v. Monsanto Company

      Case No. 3:20-cv-02403-VC                        .

 6    -------------------------------------------X

 7

 8

 9             WEDNESDAY, AUGUST 18, 2021

10       VIDEOTAPED DEPOSITION of Marc J.

11    Braunstein, M.D., conducted at the Inn at

12    Great Neck, 30 Cutter Mill Road, Great Neck,

13    New York commencing at 9:03 a.m., on the

14    above date, before Nicole Veltri, Registered

15    Professional Reporter and Certified Realtime

16    Reporter.

17

18

19

20

21

22

23

24
```

```
 1    A P P E A R A N C E S:

 2

      WAPNER, NEWMAN, BRECHER & MILLER, PC
 3        Attorneys for the Plaintiffs
          2000 Market Street, Suite 2750
 4        Philadelphia, Pennsylvania 19103
          BY: JARAD L. SILVERSTEIN, ESQ.
 5

 6

      THE PIORKOWSKI LAW FIRM, PC
 7        Attorneys for the Defendant
          MONSANTO COMPANY
 8        1800 K Street, NW, Suite 1000
          Washington, DC, 20006
 9        BY: JOSEPH D. PIORKOWSKI, JR., ESQ.
10

11

12

13

      ALSO PRESENT:
14    DANNY ORTEGA: Legal Videographer
15        *    *    *
16

17

18

19

20

21

22

23

24
```

Marc J. Braunstein, M.D.

```
 1              VIDEOGRAPHER:  We are now on the

 2         record.  My name is Danny Ortega, and

 3         I'm the legal videographer for Golkow

 4         Litigation Services.  Today's date is

 5         August 18, 2021, and the time is

 6         9:03 a.m.  This video deposition is

 7         being held at 30 Cutter Mill Road,

 8         Great Neck, New York, in the matter of

 9         Roundup, Carl Savory and Karen Savory

10         versus Monsanto Company, the United

11         States District Court Northern District

12         of California.

13              The deponent today is Marc J.

14         Braunstein, MD.  Counsel, please

15         identify yourselves for the record.

16              MR. SILVERSTEIN:  Jarad

17         Silverstein of Wapner Newman on behalf

18         of the plaintiffs.

19              MR. PIORKOWSKI:  Joseph

20         Piorkowski, The Piorkowski Law Firm on

21         behalf of Monsanto.

22              VIDEOGRAPHER:  Will the court

23         reporter please swear in the witness.

24    M A R C   J.   B R A U N S T E I N, called as a
```

```
 1    witness, having been first duly sworn by a

 2    Notary Public of the State of New York, was

 3    examined and testified as follows:

 4    EXAMINATION BY

 5    MR. PIORKOWSKI:

 6         Q.   Good morning, Doctor.

 7         A.   Good morning.  How are you?

 8         Q.   So yesterday we took your

 9    deposition in the Thomas case and that

10    included a lot of questions about generic

11    matters.

12         A.   Yes.

13         Q.   Do you recall that?

14         A.   Yes, sir.

15         Q.   Anything that you testified about

16    yesterday that you feel you need to correct?

17         A.   Not necessarily correct, but at

18    the time I didn't recall -- you asked about

19    geography.

20         Q.   Yes.

21         A.   And I'm sure you're aware there

22    are geographic differences in incidents of

23    non-Hodkin's lymphoma.  Certain areas that

24    are endemic like Burkitt lymphoma in Africa
```

Marc G. Braunstein, M.D.

```
 1    or diffuse large B-cell lymphoma which is

 2    more common in industrialized nations

 3    including North America.

 4         Q.   Thank you.

 5              Is that something you just

 6    remembered last night or you looked up or

 7    what?

 8         A.   It's something that I looked up

 9    just to refresh my memory.

10         Q.   Okay.

11              Within the United States, are

12    there geographic differences of any

13    consequences with respect to NHL?

14         A.   No.

15         Q.   Any other additions or

16    corrections?

17         A.   That's it.  Thank you.

18         Q.   So what we're going to do today is

19    primarily focus on Mr. Savory.  I have some

20    general questions to finish up with; and

21    then we'll get into Mr. Savory specifically,

22    okay?

23         A.   Sure.

24         Q.   So one thing I wanted to be clear
```

Marc G. Braunstein, M.D.

```
1    about is, we talked yesterday about a number

2    of references that were in your report in

3    the Thomas case, which was Exhibit 1.  Do

4    you recall that?

5         A.   Yes.

6         Q.   And as I look at your other

7    reports, the numbering of some of those

8    references needs to have changes probably

9    because additional articles are added in

10   about additional matters; does that sound

11   correct?

12        A.   Yes.  That's perfectly reasonable.

13        Q.   Let me ask you this so we don't

14   have to go through sort of side by side, are

15   there any articles about the generic issues

16   like the relationship between glyphosate and

17   non-Hodkin's lymphoma that you included in

18   your Savory report that you did not include

19   in your Thomas report?

20        A.   I don't really recall, you know, I

21   haven't necessarily compared them.  I do

22   know the numbers, references are different.

23   There may have been specific references to

24   their individual history but not necessarily
```

Marc G. Braunstein, M.D.

```
1    to glyphosate.

2         Q.   I understand there are different

3    issues in Mr. Savory's case, like there are

4    autoimmune issues, for example?

5         A.   Yes.  They're different

6    individuals.

7         Q.   I'm not really asking about that.

8    I'm just trying to make sure there aren't

9    additional general papers in the Savory

10   report or the Spector report that were not

11   in the Thomas report?

12        A.   There may have been a genotoxicity

13   study I may have added in to Savory; but I

14   don't recall, you know, comparing the two

15   documents.

16        Q.   So as you recall your testimony

17   today, and correct me if I misstate this,

18   you did review the IARC Monograph -- IARC

19   112 Monograph section that dealt with

20   glyphosate, correct?

21        A.   Correct.

22        Q.   And you also had on your list of

23   references 2016 publication by the EPA,

24   correct?
```

Marc C. Braunstein, M.D.

```
 1        A.    Correct.

 2        Q.    And I believe you said you didn't

 3   review the EPA documents closely; is that

 4   fair?

 5        A.    Yes.

 6        Q.    Part of the reason is because when

 7   you read some of the other references like

 8   Dr. Portier's paper, they explained to you

 9   the difference between the IARC assessment

10   and the EPA assessment?

11        A.    Yes.

12        Q.    I'm going to hand you what I've

13   marked as Exhibit 18.

14             (Whereupon, the aforementioned Dr.

15        Braunstein's expert report for Carl

16        Savory was marked as Braunstein Exhibit

17        18 for identification as of this date

18        by the Reporter.)

19             MR. PIORKOWSKI:  And also just for

20        the written record, plaintiff's counsel

21        and I have agreed that we're going to

22        start numbering exhibits continuously

23        based on the deposition yesterday to

24        avoid confusion; so we're starting with
```

1       Exhibit 18 today.

2           THE WITNESS:  I understand.

3       Q.   Now, Exhibit 18 is your report in

4   this case, correct?

5       A.   For Mr. Savory's case, yes.

6       Q.   For Mr. Savory's case, correct.

7           Now, if you turn to page 13,

8   there's a paragraph, second paragraph starts

9   in 2019; do you see that?

10      A.   Yes.

11      Q.   And the last sentence there is the

12  only substantive reference to the EPA that I

13  see in your report; and it says, the EPA

14  also reviewed this issue and found that

15  glyphosate is not likely to be carcinogenic

16  in humans.  However, criticisms of the EPA

17  review include that it placed excessive

18  weight on assays performed in bacteria and

19  on industry-sponsored studies that were not

20  available for review by IARC; is that

21  correct?

22      A.   Yes.  That's what it says.

23      Q.   And that statement is actually in

24  all three reports, correct?

Marc O. Braunstein, M.D.

```
 1          A.    I would have to take a look; but

 2     if you've read it, I take your word for it,

 3     yes.

 4          Q.    There's no reason it would be in

 5     one and not another?

 6          A.    Not -- I mean, not that I'm aware

 7     of.

 8          Q.    And when you say criticisms of the

 9     EPA review, are you talking -- are you

10     making criticisms yourself; or are you

11     referring to someone else's criticisms?

12          A.    In the literature, others'

13     criticisms.

14          Q.    Is that Dr. Portier?

15          A.    That's one of them, yes.

16          Q.    And Dr. Benbrook?

17          A.    That's another one.

18          Q.    And Dr. Weissenburger?

19          A.    That's the third one.

20          Q.    Are you offering any opinions

21     about whether EPA followed its own

22     methodology in conducting its assessment in

23     this case?

24          A.    When you say filed --
```

Marc O. Braunstein, M.D.

```
1        Q.    Followed.

2        A.    Followed it's own methodology, can

3   you be a little bit more specific.

4        Q.    Well, you understand that the EPA

5   has an ongoing evaluation of pesticides; and

6   it has a specific method and a specific set

7   of guidelines that it has to follow in

8   evaluating pesticides generally; you

9   understand that?

10       A.    I understand that, yes.

11       Q.    And are you offering any opinions

12  that -- with respect to their evaluation of

13  glyphosate that they failed to adhere to

14  those methods?

15       A.    Well, you know, as I said, I

16  didn't review it thoroughly; so I'm not

17  offering any opinions today or in my report.

18  But if additional information becomes

19  available or if you're telling me that

20  something critical was overlooked in that

21  regard, I can review it further and offer

22  testimony at that time.

23       Q.    As you sit here today, you have no

24  plan to offer any testimony about that?
```

Marc O. Braunstein, M.D.

```
 1        A.    Yes, correct.

 2        Q.    And no plan to offer any criticism

 3   of the EPA; is that correct?

 4        A.    I'm not here to criticize anyone

 5   in particular; but we may compare and

 6   contrast the analysis, yes.

 7        Q.    Okay.

 8              And when you say we may compare

 9   and contrast the analysis, what you're

10   referring to is, you may compare and

11   contrast EPA's analysis with IARC's

12   analysis; is that what you're talking about?

13        A.    Well, I think -- I mean, you

14   raised a good point there that it's

15   important to look at this from different

16   perspectives, both from the plaintiffs and

17   defense and as well as different

18   organizations because the data yesterday

19   used the word controversial.  The data are

20   debatable to compare and contrast.

21        Q.    I'm going to hand you what I've

22   marked as Exhibit 19 (handing).

23              (Whereupon, the aforementioned EPA

24        Proposed Interim Registration Review
```

```
 1        Decision was marked as Braunstein

 2        Exhibit 19 for identification as of

 3        this date by the Reporter.)

 4        Q.   You have not reviewed that

 5   previously, right?

 6        A.   I have not.

 7        Q.   And this is three years later in

 8   time than the one document you did look at,

 9   right?

10        A.   It's April of 2019 so, yes.

11        Q.   And this is an EPA proposed

12   interim registration review decision,

13   correct?

14        A.   That's what it says in the title,

15   yes.

16        Q.   So I want to just direct your

17   attention to a couple of things.

18        A.   Sure.

19        Q.   If you look on page three, --

20        A.   Okay.

21        Q.   -- it says, you see the paragraph

22   that begins with FIFRA?

23        A.   Yes.

24        Q.   The second sentence says, all
```

Marc O. Braunstein, M.D.

```
1    pesticides distributed or sold in the United

2    States must be registered by the EPA based

3    on scientific data showing that they will

4    not cause unreasonable risks to human health

5    or to the environment when used as directed

6    on the product label.

7         A.   I see that, yes, correct.

8         Q.   Is that your understanding?

9         A.   I'm sorry, sir.  Understanding in

10   terms of how I read that sentence or --

11        Q.   No.  Is that your understanding of

12   the facts surrounding -- the fact that

13   pesticides in order to be distributed or

14   sold, they must be registered by the EPA?

15        A.   I'm not really familiar with the

16   regulations for selling pesticides.

17        Q.   Fair enough.

18             Let me ask you to turn to page

19   seven for a minute.

20        A.   Sure.  Okay.

21        Q.   You see the section that says

22   comments about EPA's cancer evaluation?

23        A.   I see the next to last paragraph,

24   comments received.
```

Marc O. Braunstein, M.D.

```
 1        Q.    The heading I was talking about.

 2        A.    I'm sorry.  Yes, I see that.

 3        Q.    And we're going to look at a

 4   couple of these comments in a minute.

 5        A.    Sure.

 6        Q.    Do you understand, do you have an

 7   understanding of what the notice and comment

 8   procedure is for regulatory agencies?

 9        A.    No, sir.

10        Q.    Let me just start at the -- under

11   comments about EPA's cancer evaluation.  You

12   see it says, many commentators [sic]

13   expressed disagreement with the EPA's cancer

14   conclusion citing the International Agency

15   for Research on Cancer, parenthesis, IARC's

16   2015 classification of glyphosate as

17   probably carcinogenic to humans, quote,

18   unquote.  Comments were also received

19   regarding the EPA's weight of evidence

20   evaluation of the animal carcinogenecity

21   data; do you see that?

22        A.    Yes.  I see that.

23        Q.    Do you know what they're talking

24   about when they're talking about commenters?
```

Marc O. Braunstein, M.D.

```
1          A.   I am not certain, no.

2          Q.   Do you see underneath where it

3     says EPA response?

4          A.   Are we still --

5          Q.   Yes.

6          A.   Yes.

7          Q.   Then it says, the EPA conducted an

8     independent evaluation of the carcinogenic

9     potential of glyphosate and has determined

10    that glyphosate is, quote, not likely to be

11    carcinogenic to humans.  Did I read that

12    correctly?

13         A.   Yes.

14         Q.   Do you have any basis to dispute

15    that that is what the EPA's independent

16    evaluation of glyphosate demonstrated?

17         A.   Well, this is the statement

18    they're making and it's their report so, no,

19    I do not.

20         Q.   It goes on to say, the agency's

21    cancer classification is based on a thorough

22    weight of the evidence, review of all the

23    relevant data and is in accordance with the

24    agency's 2005 guidelines for carcinogen risk
```

Marc O. Braunstein, M.D.

```
 1    assessments.  Did I read that correctly?

 2         A.   Yes.

 3         Q.   Are you familiar with the

 4    guidelines for carcinogen risk assessment?

 5         A.   I'm not familiar with that

 6    document, no.

 7         Q.   When I mentioned they have

 8    procedures or methodology for evaluating

 9    carcinogenicity of a substance, that's what

10    I was alluding to as their guidelines that

11    set forth how they're going to be evaluating

12    that.

13         A.   Okay.

14         Q.   But that's not a document you're

15    familiar with, right?

16         A.   No.

17         Q.   Okay.

18              Now, it says the agency presented

19    its draft cancer evaluation to the FIFRA

20    Scientific Advisory Panel, SAP, in December

21    2016.

22         A.   Okay.

23         Q.   Do you know what the Scientific

24    Advisory Panel is?
```

Marc O. Braunstein, M.D.

```
 1        A.   I do not.

 2        Q.   Do you know whether that's made up

 3   of independent scientists who are not EPA

 4   employees?

 5        A.   I do not.

 6        Q.   It says, although the SAP did not

 7   reach consensus on several questions, none

 8   of the panelists believe that glyphosate

 9   should be classified as, quote, likely to be

10   carcinogenic to humans or carcinogenic to

11   humans; did I read that correctly?

12        A.   Yes, sir.

13        Q.   And you go down to the bottom, it

14   talks about EPA's assessment of how their

15   evaluation compares to IARC's; do you see

16   that?

17        A.   I see in the bottom paragraph,

18   yes, where it talks about --

19        Q.   It says EPA's cancer evaluation is

20   more robust than IARC's evaluation; is that

21   what it says?

22        A.   Yes.

23        Q.   It says IARC's evaluation only

24   considers data that have been published or
```

Marc O. Braunstein, M.D.

 1   accepted for publication in the openly

 2   available scientific literature.  As a

 3   result, IARC only considered a subset of the

 4   studies included in the EPA's evaluation.

 5   For instance, IARC concluded -- IARC only

 6   considered eight animal carcinogenicity

 7   studies while the agency used 15 acceptable

 8   carcinogenicity studies in its evaluation;

 9   did I read that correctly?

10        A.   Yes.

11        Q.   Do you have any reason to dispute

12   that?

13        A.   Not numerically if that's what it

14   says, no.

15        Q.   If you turn to page eight, it says

16   the agency's cancer evaluation for

17   glyphosate is also more transparent.  EPA's

18   draft evaluation was presented to a FIFRA

19   SAP, which stands for Scientific Advisory

20   Panel, for external peer review.  Do you

21   know what external peer review means?

22        A.   I can't be certain what they're

23   referring to, but I would assume it means

24   individuals that were not involved in the

Marc O. Braunstein, M.D.

```
 1   initial review.

 2        Q.   Okay.

 3             And from your vantage point is

 4   having external peer review of a

 5   controversial scientific conclusion a good

 6   thing?

 7        A.   In general, yes.

 8        Q.   Okay.

 9             And it says EPA solicited public

10   comment on the carcinogenic potential of

11   glyphosate as part of the SAP process which

12   is well documented with an agenda

13   transcript, meeting notes, and final SAP

14   report, correct?

15        A.   Yes.  That's what it says.

16        Q.   And then it says EPA responded to

17   the SAP report, addressed panel

18   recommendations, and made revisions to its

19   cancer assessment that were transparent and

20   provided to the public, correct?

21        A.   Yes.

22        Q.   And then it says, it goes on to

23   say, EPA also solicited public comment on

24   its full health and ecological risk
```

Marc O. Braunstein, M.D.

```
 1    assessment for glyphosate in February 2018,

 2    correct?

 3         A.    Yes.   That's correct.

 4         Q.    And so when I was referring to the

 5    notice and comment process, you understand

 6    that EPA's conclusions before they were

 7    finalized were made public tentatively; and

 8    the public was invited to comment on them?

 9         A.    I understand from reading this,

10    yes.

11         Q.    That relates back to what we were

12    looking at on the previous page where it

13    says many commenters expressed disagreement?

14         A.    They're referring to the public

15    comments.

16         Q.    The noticing comments?

17         A.    Yes.

18         Q.    Okay.

19               Then it goes on to say in

20    contrast, IARC meetings are not accessible

21    to the public.   Its deliberations are

22    closed.   Its process does not allow for

23    public comments to be submitted for

24    consideration.   There are no materials
```

Marc O. Braunstein, M.D.

1    provided in advance of the meeting, and

2    IARC's reports are final without an external

3    peer review.  Did I read that correctly?

4        A.   Yes, sir.

5        Q.   Do you have any reason to believe

6    that those statements are inaccurate?

7        A.    Well, the statements are being

8    made in this report; but I have no reason to

9    believe that those elements were untrue.

10       Q.   Okay.

11            And then the EPA goes on to say

12   the EPA has not identified any new

13   information received during the public

14   comment period which ended on April 30th,

15   2018, that would result in changes to the

16   conclusion of its cancer assessment,

17   correct?

18       A.   Yes.

19       Q.   And they go on to say the agency's

20   cancer conclusion is consistent with other

21   regulatory agencies and international

22   organizations including the Canadian Pest

23   Management Regulatory Agency, the Australian

24   Pesticide and Veterinary Medicine Authority,

Marc O. Braunstein, M.D.

1    the European Food Safety Authority, the

2    European Chemicals Agency, the German

3    Federal Institute for Occupational Safety

4    and Health, the Joint FAO/WHO Meeting and

5    Pesticide Residues, the New Zealand

6    Environmental Protection Authority, and the

7    Food Safety Commission of Japan.  Did I read

8    that correctly?

9         A.   Yes.

10        Q.   Are you aware that those other

11   regulatory authorities had considered the

12   carcinogenicity of glyphosate and reached a

13   conclusion similar to the EPA?

14        A.   I think yesterday we touched on

15   the European Food Safety Authority, but I

16   wasn't aware of all of these other ones.

17        Q.   Are you aware of the regulatory

18   agency of any country that has made a

19   determination that glyphosate is

20   carcinogenic?

21        A.   I haven't reviewed every country,

22   so I can't be certain; but I'm not aware of

23   any one in particular.

24        Q.   Are you familiar with a consent of

Marc O. Braunstein, M.D.

```
 1   latency?

 2        A.   Yes.

 3        Q.   What is latency?

 4        A.   Generally it means that there is a

 5   lag time between an initial event and its

 6   consequence.

 7        Q.   By an initial event, what are you

 8   referring to?

 9        A.   The initial event that will

10   eventually lead to the consequence but not

11   immediately.

12        Q.   So what does it mean in the

13   context of non-Hodkin's lymphoma when

14   somebody talks about a latency period?

15        A.   Going by that definition, it would

16   mean there was some initial event that

17   precipitated the non-Hodkin's lymphoma but

18   not immediately.  There was sometime

19   between.

20        Q.   For things that are -- for factors

21   that are recognized to be causes of

22   non-Hodkin's lymphoma, are there understood

23   lag times for each stimulus, if you will?

24        A.   There's literature on certain
```

1    exposures such as organic chemicals like

2    benzene --

3              (Reporter clarification.)

4         A.   (continuing) Organic chemicals

5    like products that have demonstrated a

6    certain lag time -- latency rather.

7         Q.   For non-Hodkin's lymphoma

8    specifically?

9         A.   Yes.

10        Q.   What about for infectious

11   etiologies?

12        A.   For infectious etiologies, I am

13   not aware.

14        Q.   Do you know if it varies by -- in

15   other words, is H. pylori different from

16   Epstein-Barr virus?

17        A.   I'm unaware if there's a

18   difference.

19        Q.   Do you have any understanding of

20   what latency period is, let's say, from an

21   initial H. pylori infection until the

22   development of MALT in the stomach?

23        A.   I'm sorry.  I can't give you an

24   exact time period.

Marc O. Braunstein, M.D.

```
 1        Q.    Is there a range that's

 2    understood?

 3        A.    The only one I'm aware of is for

 4    benzene that I'm aware of -- I've seen

 5    literature between ten and thirty years.

 6        Q.    Benzene exposure ten and thirty

 7    years?

 8        A.    The range, yes.

 9        Q.    I'll hand you what I've marked as

10    Exhibit 20.

11             (Whereupon, the aforementioned

12        Tarazona article entitled, "Glyphosate

13        Toxicity and Carinogenicity: A Review

14        of the Scientific Basis of the European

15        Union Assessment and Its Differences

16        with IARC was marked as Braunstein

17        Exhibit 20 for identification as of

18        this date by the Reporter.)

19        Q.    And Exhibit 20, I'm not sure what

20    number it is on your --

21        A.    I think you gave me two copies.

22        Q.    I'm sorry.

23             I'm not sure what number it is;

24    but I believe this is one of the papers
```

Marc O. Braunstein, M.D.

1    that's on your list of references, correct?

2        A.    Yes.

3        Q.    And you've reviewed this paper?

4        A.    Yes.

5        Q.    If you turn back to the -- do you

6    know who the authors of this article are?

7        A.    I mean, I only know from their

8    author affiliations here; but they're part

9    of the European Food Safety Administration.

10       Q.    Does it say that the author's

11   declare a non-competing financial interest?

12       A.    If you read it, I would -- it's

13   usually --

14       Q.    I'm sorry -- yes.  Turn to page

15   2,740.

16       A.    It's usually listed at the end;

17   and, yes, they say that.

18       Q.    So the authors are staff personnel

19   of the European Food Safety Administration

20   and the German Federal Institute for Risk

21   Assessment?

22       A.    Correct.

23       Q.    And they declare no competing

24   financial interest, correct?

1        A.    Yes.  That's what it says.

2        Q.    There's no indication they're

3   serving as expert witnesses for either side

4   of this litigation, right?

5        A.    I mean, I wouldn't know from the

6   manuscript unless they stated that; so I'm

7   not sure.

8        Q.    Is that something that you would

9   generally expect an author to disclose if

10   they were working as an expert witness in

11   litigation?

12             MR. SILVERSTEIN:  Objection to

13        form.

14        A.    Typically what I see in the

15   disclosure section is any competing

16   financial interests.  You don't -- the

17   offers do not typically include expert

18   witness work though they may include other

19   perceived conflicts of interest.

20        Q.    Well, if you were -- if you were

21   going to publish a paper yourself on

22   glyphosate and non-Hodkin's lymphoma, would

23   you feel it appropriate to disclose the fact

24   that you were working as an expert on behalf

Marc O. Braunstein, M.D.

```
1    of the one of the parties?

2        A.   It's a broad question.  I think if

3    you're asking is it important to --

4    ethically to disclose everything that could

5    potentially compromise your opinion and bias

6    it, yes.  Hypothetically in that scenario,

7    it depends what the journal requested

8    sometimes; but, yes, you want to present

9    yourself as unbiased.

10       Q.   And in the absence of that

11   information, you would have no way to know

12   if someone was serving as an expert in

13   litigation, correct?

14       A.   I'm not sure how you go about

15   telling someone certain aspects unless it's

16   in the popular press or you heard it

17   somewhere.

18       Q.   Exactly.

19            So if you're reading an article

20   and the article is authored by somebody

21   who's an expert in litigation and it doesn't

22   say that in the disclosure section, you as

23   the reader have no way of knowing that,

24   right?
```

Marc O. Braunstein, M.D.

1          A.    That's fair, yes.

2          Q.    So going back to the Tarazona

3    paper, on page one you see about halfway

4    down the abstract, it says this review

5    presents the scientific basis of the

6    glyphosate health assessment conducted

7    within the EU renewal process and helps

8    explain the differences in the

9    carcinogenicity assessment with IARC?

10         A.    Yes.

11         Q.    And so what these authors are

12   doing is trying to provide the reader with

13   some understanding of why the European union

14   reached one conclusion and IARC reached a

15   different conclusion; is that fair?

16              MR. SILVERSTEIN:   Objection to

17        form.

18         A.    I mean, I agree that's what

19   they're stating there, yes.

20         Q.    Fair.

21              And further down it says the EU

22   assessment did not identify carcinogenicity

23   hazard, correct?

24         A.    Yes, correct.

Marc O. Braunstein, M.D.

```
1        Q.   Now, I want to ask you to turn to

2   page 2,727; and you see where it says under

3   human evidence?

4        A.   Yes.

5        Q.   It says IARC (2015) offered the

6   most up-to-date review of human

7   epidemiologic studies on glyphosate.

8   Positive evidence regarding an association

9   between exposure to glyphosate and

10  non-Hodkin's lymphoma, observed in some

11  case-control studies but not confirmed by

12  cohort studies, was considered by IARC -- it

13  was considered sufficient by IARC to

14  conclude on a limited evidence in humans; is

15  that what it says?

16       A.   Yes, sir.

17       Q.   We were talking about this

18  yesterday.  I think we were talking about

19  the fact that IARC reached three different

20  subconclusions, one on the human evidence,

21  one on the animal studies, and one on

22  mechanistic studies, correct?

23       A.   Yes.

24       Q.   And you understand that the
```

1   conclusion that IARC reached about the human

2   studies is that there is limited evidence,

3   correct?

4       A.   Yes.  And they labeled it in a

5   category to -- category two as such that

6   there is strong evidence in animals but

7   limited in humans.

8       Q.   And you see where the next

9   sentence says, quote, limited evidence is

10  defined as a positive association observed

11  between exposure to the agent and cancer,

12  for which a causal interpretation is

13  considered to be credible but chance bias or

14  confounding could not be ruled out with

15  reasonable confidence?

16      A.   I see that, yes.

17      Q.   Do you understand that to be

18  IARC's own definition of what limited

19  evidence means?

20      A.   Yes.

21      Q.   So IARC is concluding that with

22  respect to the epidemiological data, that

23  the -- whatever observed associations cannot

24  be ruled out with reasonable confidence

1    as -- I'm sorry, let me start over.

2            IARC is saying that chance bias

3    and confounding cannot be ruled out with

4    reasonable confidence is the explanation for

5    those associations, correct?

6        A.   Well, they're qualifying that

7    statement to give them some -- I think to

8    give them some wiggle room should more data

9    come out to refute the IARC.

10           (Reporter clarification.)

11       A.   (continued) To refute their

12   initial conclusion so --

13       Q.   Who are you talking about, IARC?

14       A.   Yes.

15       Q.   They're trying to give themselves

16   wiggle room you're saying?

17       A.    In other words, the data evolved;

18   and as more data becomes available, they may

19   show their data to or to not be confounding

20   by other factors.

21       Q.   Okay.

22           But they also have the option to

23   go back and re-evaluate the data, right?

24       A.   I assume.  I mean, they're

1    scientists; and they want to be definitive.

2         Q.   So do you see on -- if you turn to

3    page 2,738, --

4         A.   Yes.  Okay.

5         Q.   -- you see it says under evidence

6    in humans about halfway down the paragraph,

7    the same weak evidence in humans for the

8    carcinogenicity of glyphosate was

9    interpreted differently by IARC and EFSA,

10   right?

11        A.   I see that, yes.

12        Q.   It says IARC considered the

13   association between exposure to glyphosate

14   and non-Hodkin's lymphoma as "limited

15   evidence in humans"; while the EU

16   assessment -- while in the EU assessment,

17   most experts considered the evidence as very

18   limited and insufficient for triggering

19   classification, correct?

20        A.   Yes.

21        Q.   So what that is saying is that

22   there's a difference of scientific opinion

23   between IARC and the European Union with

24   respect to interpretation of the human

1    epidemiological data?

2         A.   They -- in this paragraph they're

3    saying -- my interpretation, and correct me

4    if you disagree, they assess the quality of

5    the data as being stronger or weaker; and

6    the European organizations found that it was

7    more limited.

8         Q.   Weaker compared to IARC had

9    assessed?

10        A.   Well, their terminology is

11   limited.  I say weaker, so that's how I

12   would say -- perhaps I would say they feel

13   it's limited.  They felt there was less

14   strength to make a conclusion.  I wouldn't

15   say the studies themselves were necessarily

16   weaker.

17        Q.   Well, the evidence overall is what

18   they're talking about?

19        A.   It's limited they say.  There

20   wasn't sufficient strength or weight of

21   evidence is how I interpreted that

22   statement.

23        Q.   But limited is IARC's words,

24   right?

Marc O. Braunstein, M.D.

```
 1        A.   Yes.  That's correct.

 2        Q.   EU is saying that most experts

 3   consider the evidence very limited and

 4   insufficient for treatment classification,

 5   correct?

 6        A.   I agree, yes.

 7        Q.   I'm going to hand you what I've

 8   marked as Exhibit 21 (handing).

 9             (Whereupon, the aforementioned

10        Crump article entitled, "Accounting for

11        Multiple Comparisons in Statistical

12        Analysis of the Extensive Bioassay Data

13        on Glyphosate" was marked as Braunstein

14        Exhibit 21 for identification as of

15        this date by the Reporter.)

16        A.   Thank you.

17        Q.   Is this a paper that you reviewed

18   or considered?

19        A.   I have to look back at my

20   references but it's not --

21        Q.   Take a second if you need to.

22        A.   Yes.  Let me take a look at my

23   references again.  I may have referenced it

24   but I want to double-check.  I don't see it
```

Marc O. Braunstein, M.D.

1    here in my references.

2         Q.   Let me represent to you this is a

3    paper published by Crump, et al, in 2020.

4         A.   In 2020, yes.

5         Q.   And one of the things that I think

6    you said you looked at, and correct me if --

7    I don't want to misstate what your testimony

8    is.  I think you said you looked at the

9    reviews of the animal studies that were

10   contained in the IARC Monographs?

11        A.   Correct.

12        Q.   And also to some extent the

13   reviews of animal studies that were

14   contained in Dr. Portier's articles?

15        A.   And the other two you mentioned as

16   well.

17        Q.   And Dr. Benbrook and

18   Weissenburger's articles?

19        A.   Correct.

20        Q.   But you didn't look at the animal

21   studies themselves, right?

22        A.   There were a few in my references

23   that were other authors reviewed those as

24   well; but I didn't go individually through

Marc O. Braunstein, M.D.

```
 1   the studies, no.

 2        Q.   Okay.

 3             And Dr. Crump's article is talking

 4   about -- is trying to explain the

 5   discrepancy between IARC's finding and their

 6   own finding with respect to animal studies.

 7   Now, let me just ask you, I know you said

 8   you're not an epidemiologist or

 9   biostatistician, right?

10        A.   Correct.

11        Q.   But you have been involved in

12   studies in your professional capacity to

13   some extent, right?

14        A.   Yes.

15        Q.   Are you familiar with the general

16   concept of needing to make adjustments when

17   you do multiple comparisons?

18        A.   I'm familiar with the general

19   statistical approach to account for multiple

20   variables.  I'm not intimately familiar with

21   methodology used to do that.

22        Q.   Sure.

23             And I'm not asking you about the

24   methodology.
```

Marc O. Braunstein, M.D.

1        A.    I understand.

2        Q.    I'm just saying in general, are

3   you familiar with the concept that when

4   you're doing, you know, ten comparisons, you

5   need to make statistical adjustment compared

6   to if you're just looking at one end point?

7        A.    Well, in some of the papers we

8   went through yesterday that you submitted as

9   exhibits used multivariate analyses.  That's

10  the kind of thing I think you're talking

11  about or --

12       Q.    I think that's a little different.

13  The multivariate analysis had to do with

14  adjusting for confounding factors.

15       A.    I understand.

16       Q.    So this has to do with when you

17  are making -- if you're doing a study and

18  you're making -- well, let me back up a

19  second.

20             You understand in general when you

21  use a 95 percent confidence interval, what

22  that means is, there's a five percent chance

23  that the result is -- or there's a five

24  percent chance the result is just due to

Marc O. Braunstein, M.D.

1    chance; is that fair?

2         A.   Well, I think there's a five

3    percent chance that the rate -- that you

4    wouldn't obtain values within that range of

5    the confidence interval.

6         Q.   Right.

7              That the true value lies outside

8    the confidence intervals?

9         A.   Right.  And the data would not fit

10   that conclusion.

11        Q.   And, you know, in general, the

12   risk of that happening just mathematically

13   is one in 20, right?

14        A.   Yes.

15        Q.   Now, if instead of doing one --

16   looking at one data point, if you're looking

17   at a hundred data points, then if you have a

18   one in 20 risk of having a positive finding,

19   you might expect there to be five positive

20   findings just on the basis of chance; is

21   that fair?

22        A.   Yes.  I agree with the amount,

23   yes.

24        Q.   So what the multiple comparison

Marc O. Braunstein, M.D.

1    analysis is saying is that you have to make

2    some adjustments to the statistics when

3    you're conducting multiple comparisons,

4    okay?

5        A.   Okay.

6        Q.   In animal studies you understand

7    that by definition they involve multiple

8    comparisons.  You're comparing genders.

9    You're comparing across doses.  You're

10   comparing pairwise analyses versus trend

11   analyses.  There are several different

12   comparisons that you're making for any given

13   test; is that consistent with your

14   understanding?

15       A.   Well, I understand there may be

16   different comparisons you do in animal

17   studies; but the group of the animals may

18   not have any variables between them in terms

19   of their sex or, you know, breed or anything

20   like that.

21       Q.   You see in the bottom of the

22   abstract it says the main cause for

23   discrepancy between IARC's finding and ours

24   appears to be that IARC did not account for

Marc O. Braunstein, M.D.

```
 1    the large number of tumor responses analyzed

 2    and the increased likelihood that several of

 3    these would show statistical significance

 4    simply by chance?

 5         A.   I'm just curious when I say ours,

 6    the authors are talking about their

 7    individual study or --

 8         Q.   Yes.

 9         A.   -- EPA or -- okay.  Yes, I see

10    that.

11         Q.   Let me ask you just from your own

12    understanding because as I said, I

13    understand you explained yesterday your

14    background and in terms of interpreting

15    animal studies; but is -- from your

16    knowledge in terms of Table 3 for a second,

17    you remember yesterday when you were talking

18    about the Andreotti paper we talked about

19    the fact they didn't just look at

20    non-Hodkin's lymphoma, but they looked at a

21    variety of different cancers, right?

22         A.    Right.  And a variety of

23    non-Hodkin's lymphoma.

24         Q.    And then a breakdown of
```

Marc O. Braunstein, M.D.

```
 1   non-Hodkin's lymphomas, right.

 2              Now, and -- so do you see over on

 3   the far right there's a column that says

 4   cited by IARC?

 5        A.   Yes, sir.

 6        Q.   And if you look at the tumors that

 7   are in here that are listed as being cited

 8   by IARC, they include hemangiosarcoma, a

 9   liver hepatocellular adenoma, a renal tubule

10   adenoma --

11        A.   Yes.

12        Q.   -- and the thyroid glands adenoma,

13   correct?

14        A.   Yes.  I see that.

15        Q.   Are you aware of -- are you aware

16   of any data that suggests that glyphosate

17   causes any kind of liver cancer?

18        A.   In humans?

19        Q.   In humans.

20        A.   No.

21        Q.   How about thyroid cancer?

22        A.   I'm not aware.

23        Q.   How about renal tubule cancer?

24        A.   I am only aware that the studies
```

1    that have shown an association or

2    relationship that have been with

3    non-Hodkin's lymphoma.

4        Q.   And hemangiosarcoma, any data on

5    that?

6        A.   No.

7        Q.   Is it your understanding that when

8    animals show -- even assuming for the sake

9    of discussion that there was a positive

10   finding of hepatocellular adenoma or renal

11   tubular adenoma, that that's a basis for

12   suggesting that the substance causes

13   non-Hodkin's lymphoma in humans?

14            MR. SILVERSTEIN:   Objection to

15       form.

16       A.   Well, I think that there's

17   differences between animals and humans; and,

18   obviously, if the studies that IARC quoted

19   showed non-Hodkin's lymphoma, then that

20   would strengthen the weight of their

21   conclusion.  But the fact that they're using

22   studies that did not show non-Hodkin's

23   lymphoma, it doesn't necessarily add to the

24   strength of data that there's a relationship

Marc O. Braunstein, M.D.

1    between glyphosate and non-Hodkin's lymphoma

2    because they're not non-Hodkin's lymphomas.

3        Q.   Okay.

4             Couple of -- I just want to touch

5    briefly on -- at the end of your report; and

6    I think, again, this is probably part of all

7    three of your reports.

8        A.   Yes.

9        Q.   There's a section where you talk

10   about the Bradford Hill criteria?

11       A.   Yes.  I touched on that.

12       Q.   And the Bradford Hill criteria,

13   you use those when there's an association

14   that's been observed and you're trying to

15   determine whether that association is causal

16   or not; is that fair?

17       A.   That's my understanding how it's

18   used.

19       Q.   All right.

20            Now, I just want to ask you about

21   a couple of considerations.  One is

22   specificity, okay?

23       A.   Okay.

24       Q.   Now, specificity has to do with

1    whether an exposure causes a specific

2    disease, right?

3          A.    In the context of Bradford Hill,

4    we use specificity in terms of tests and

5    relationship; but in this context, yes.

6          Q.    Yes.  I'm talking about in the

7    context of Bradford Hill.

8          A.    I understand, yes.

9          Q.    So, for example, H. pylori is

10   specific, if you will, for gastric MALT; is

11   that right?

12         A.    Well, it's also specific for other

13   things like we talked yesterday about

14   gastric carcinoma; but, yes, it would be

15   specific in the context of when you have

16   gastric MALT, it's not surprising to find

17   H. pylori.  So there's a specificity there,

18   yes.

19         Q.    Right.

20               And H. pylori is not associated

21   with follicular carcinoma or DLBCL, correct?

22         A.    Not to my knowledge in gastric

23   DLBCL, no.

24         Q.    All right.

```
 1              Well, so if the association that's

 2    being drawn is an association with all forms

 3    of non-Hodkin's lymphoma, not just one

 4    subtype, does that meet the criteria for

 5    specificity in your view?

 6         A.   Can you repeat the question again?

 7         Q.   Right.

 8         A.   You're asking about non-Hodkin's

 9    lymphoma as a whole.

10         Q.   If the association, if the

11    purported association is with all

12    non-Hodkin's lymphoma, and we've already

13    established that there are 50 different

14    subtypes of non-Hodkin's lymphoma, correct?

15         A.   Maybe even more than that.

16         Q.   Even more than that.

17              The association is with NHL

18    generally and not any specific subtype, then

19    that does not meet the criteria of

20    specificity as it's contemplated in the

21    Bradford Hill material, correct?

22              MR. SILVERSTEIN:  Objection to

23         form.

24         A.   I would say unless there were data
```

Marc O. Braunstein, M.D.

1    supporting all 60 of them in specific ways,

2    then --

3             (Reporter clarification.)

4        A.   (continuing) Unless there were

5    data supporting all 60 of them then, no, I

6    agree with you.

7        Q.   One other thing I wanted to ask

8    you about had to do with we talked yesterday

9    at a great length about the case-control

10   studies.

11       A.   Correct.

12       Q.   We went through and showed that

13   with the exception of De Roos 2003, all six

14   of the case-control studies that were listed

15   in Table 1 of your report did not show a

16   statistically significant increased risk of

17   non-Hodkin's lymphoma for ever users of

18   glyphosate when the data were adjusted for

19   use of other pesticides; is that correct?

20       A.   Yes.  I agree with you.

21       Q.   Similarly we talked about the

22   Pahwa study which also showed no

23   statistically significant increased risk of

24   NHL in ever users of glyphosate when the

1    data were adjusted for use of other

2    pesticides, correct?

3         A.   I agree, yes.

4         Q.   And we also talked about the

5    Agricultural Health Study which showed no

6    increased risk of NHL in ever users of

7    glyphosate, correct?

8         A.   Yes.  That was their conclusion.

9         Q.   So if we're looking at

10   consistency, which is one of the Bradford

11   Hill criteria, one -- is it fair to say that

12   one consistent finding from the body of

13   primary studies is that there's not a

14   statistically significant increased risk of

15   non-Hodkin's lymphoma in ever users of the

16   glyphosate when the data are adjusted for

17   use of other pesticides?

18             MR. SILVERSTEIN:  Objection to

19        form.

20        A.   So in the epidemiological data,

21   there were differences in conclusions

22   between the studies, yes, I would say

23   there's difference in consistency there

24   between epidemiology.

Marc O. Braunstein, M.D.

1          Q.    There are differences?

2          A.    There are differences in their

3    conclusions, yes, when you look at the data.

4          Q.    So what I'm asking you though is,

5    is the conclusion that for ever use of

6    glyphosate that there's not a statistically

7    significant increased risk of non-Hodkin's

8    lymphoma when the data are adjusted for use

9    of other pesticides, is that a consistent

10   conclusion across the studies?

11             MR. SILVERSTEIN:  Objection to

12        form.

13        A.    In the studies we reviewed?

14        Q.    Yes.

15        A.    That was a common conclusion when

16   they made the adjustments in human studies.

17        Q.    Okay.

18             So let me turn back to Exhibit 18,

19   if we could.

20        A.    That's the Savory --

21        Q.    That's your report, yes, sir.

22   Okay.

23             So with respect to Exhibit 18 and

24   with respect to Mr. Savory, some of these

Marc D. Braunstein, M.D.

1    questions might sound familiar because --

2         A.    Absolutely.

3         Q.    The same thing.  But did you

4    attempt to include all the opinions that you

5    intend to offer at the time of trial in your

6    report?

7         A.    Notwithstanding the defense

8    experts' reports that I've had limited time

9    to review, yes, within the context of my

10   report.

11        Q.    As of the time that you completed

12   your report, this contained all the opinions

13   you intended to give at the time of trial?

14        A.    Yes.

15        Q.    With respect to Mr. Savory, are

16   you awaiting any additional information?

17        A.    I mean, I suppose there may be

18   some additional information that transpires,

19   for example, hopefully he won't have any new

20   disease; but I'm not awaiting that.  But if

21   there are any updates, I suppose; otherwise,

22   no.

23        Q.    I mean, we always have to leave

24   the door open for new developments.

Marc O. Braunstein, M.D.

```
 1        A.   Of course.  Agreed.

 2        Q.   Absent that, you have no basis to

 3   at least as of the time you issued your

 4   report that this was viewed as complete?

 5        A.   I think that's correct.

 6        Q.   And, similarly, when did you last

 7   read over your report?

 8        A.   Within the past week.

 9        Q.   And is there anything that needs

10   to be added or corrected to make it

11   accurate?

12        A.   There may have been one or two

13   typographical errors, but nothing

14   substantial.

15        Q.   Nothing substantive?

16        A.   No.

17        Q.   Handing you Exhibit 22 (handing),

18   which is the Notice of Deposition.

19             (Whereupon, the aforementioned

20        Defendant Monsanto Company's Notice to

21        Take Oral and Videotaped Deposition of

22        Dr. Marc Braunstein was marked as

23        Braunstein Exhibit 22 for

24        identification as of this date by the
```

Marc O. Braunstein, M.D.

```
 1        Reporter.)

 2        Q.    If you turn to the request for

 3   documents portion.

 4        A.    Okay.

 5        Q.    I believe we've talked about

 6   number one and number two yesterday; is that

 7   correct?

 8        A.    That's correct.

 9        Q.    And you produced an invoice that

10   we marked as Exhibit 5 that in part included

11   the time billed for Mr. Savory?

12        A.    Correct.

13        Q.    And we also talked about the work

14   you've done since then, since your report?

15        A.    Correct.

16        Q.    Did you do any additional work

17   last night in terms of preparing for

18   Mr. Savory?

19        A.    I just reviewed my report, some

20   details about his history.

21        Q.    And the same question with respect

22   to references.  Are all of the references

23   that you either planned to rely upon to

24   support your opinions or that you considered
```

Marc U. Braunstein, M.D.

1    in forming your opinions listed at the end

2    of this report?

3         A.   As of the time of the report, yes,

4    unless new information becomes available.

5         Q.   Number five you already provided

6    yesterday; and number six there's no

7    response to that, right?

8         A.   Correct.

9         Q.   You've never examined Mr. Savory,

10   correct?

11        A.   I've never met him.

12        Q.   You're not his doctor now; never

13   have been, correct?

14        A.   No.  That's correct.

15        Q.   Never spoken to him on the phone?

16        A.   That's correct.

17        Q.   Have you ever spoken to Dr.

18   Moidel?

19        A.   I have not.

20        Q.   Have you ever spoken to any of

21   Mr. Savory's other treating physicians?

22        A.   No, sir.

23        Q.   Have you discussed this case with

24   any of your colleagues?

Marc O. Braunstein, M.D.

```
 1        A.   I have not.

 2        Q.   Have you discussed it with anybody

 3   who is currently serving as an expert in

 4   this case?

 5        A.   No, sir.

 6        Q.   Is there any other person you've

 7   discussed it with other than counsel?

 8        A.   No, sir.

 9        Q.   Are you offering any opinions

10   about the accuracy or correctness of

11   Mr. Savory's cancer diagnosis?

12        A.   In my report, I believe I touched

13   on the pathology; but I'm making the

14   assumption in general that the pathological

15   diagnosis is correct, and I believe one of

16   the defense experts will confirm that as

17   well.

18        Q.   Did you look at the pathology

19   slides?

20        A.   I did not.

21        Q.   So when you were talking about the

22   pathology, you're talking about the report?

23        A.   Correct.  I wouldn't normally look

24   at the slides other than for educational
```

Marc O. Braunstein, M.D.

1   purposes.

2        Q.   Understood.

3             So you agree that the diagnosis

4   was correct?

5        A.   His diagnosis of diffuse large

6   B-cell lymphoma.

7        Q.   Are you offering any opinions on

8   any of his other diagnoses that were made by

9   other physicians outside of his oncologists?

10       A.   I touch on them.  I mean, in part,

11   yes.  I mean, I touch on them in the context

12   of evaluating his case.  I'm not going to

13   necessarily make statements about something

14   I'm not an expert in if we're talking about

15   his other conditions that are outside of my

16   field.

17       Q.   Are you offering any opinions

18   about his rheumatoid arthritis?

19            MR. SILVERSTEIN:  Objection to

20       form.

21       A.   Well, I may touch on that if asked

22   about it just in regards to how I assess

23   that as part of his history as far as his

24   risk for, you know, other conditions like

Marc O. Braunstein, M.D.

1    his lymphoma.

2         Q.   Okay.

3              You've reviewed Dr. Moidel's

4    records, right?

5         A.   Yes, I have.

6         Q.   Let me actually go back and make

7    sure I have a complete --

8         A.   Yes.  I've reviewed his records

9    from June 2014 to December 2014.

10        Q.   Okay.

11             And you saw that in those records

12   that were multiple diagnoses made by Dr.

13   Moidel of severe rheumatoid arthritis,

14   correct?

15        A.   I don't recall if he used severe,

16   but he did make the diagnosis.  He did

17   laboratory studies that are often in the

18   context of rheumatoid arthritis.

19        Q.   If every single note made the

20   diagnosis of severe under impression, is

21   that inconsistent with your recollection?

22        A.   I mean, if you read in the note --

23   I don't recall exactly right now; but if

24   that's what he wrote, often the documents

Marc O. Braunstein, M.D.

1    are consistent between notes.  And it would

2    be in all the notes, yes.

3        Q.    Are you offering any opinions with

4    respect to the appropriateness of the

5    medical treatment that Mr. Savory received

6    from his oncologist?

7        A.    Yes.   That's what's in my purview,

8    yes.

9        Q.    What's your opinion about the

10   appropriateness of the medical treatment he

11   received?

12       A.    Just a review --

13       Q.    Sure.

14       A.    So I believe he received RCHOP and

15   I -- so I agree with -- I agree with the

16   choice of therapy.   It's fairly standard for

17   this subtype of non-Hodkin's lymphoma.   I

18   did make a comment in my report about

19   prophylactic therapy, preventive therapy for

20   disease in the central nervous system.

21   Those data are somewhat debatable in the

22   literature; but in general, I agree that

23   this therapy would potentially be to cure

24   that he received.

Marc U. Braunstein, M.D.

```
 1        Q.    Is what you're saying it was

 2   discretionary whether to do that or not, but

 3   you don't disagree with the decision to do

 4   it?  I don't want to put words in your

 5   mouth.

 6        A.    No.  I understand.  I would say

 7   it's discretionary for the treating

 8   oncologist, yes.

 9        Q.    And I think you alluded to this

10   yesterday; but you can have -- there's

11   multiple ways sometimes to approach a

12   patient, all of which are within the

13   standard of care, right?

14        A.    It's kind of the art of oncology,

15   yes.

16        Q.    So you're not taking any issue

17   that this is outside the standard of care?

18        A.    I agree with that statement, yes.

19        Q.    Okay.

20              And are you offering any opinions

21   about the treatment that was rendered to him

22   by other specialists such as Dr. Moidel or

23   by his dermatologists?

24        A.    Well, he was, you know, we have to
```

Marc U. Braunstein, M.D.

```
1    take into account everything that he was

2    exposed to either through medications or

3    other factors; so I'm not necessarily

4    offering opinion on whether they were

5    appropriate or not in the context of those

6    other diseases that I don't treat.  But I

7    may offer an opinion about those diseases in

8    the context of the patient, of the person.

9         Q.   But you're not going to offer any

10   opinions that Dr. Moidel didn't treat him

11   aggressively enough or used the wrong

12   medication or anything of that nature?

13        A.   In the context of his rheumatoid

14   arthritis?

15        Q.   Yes.

16        A.   No.  I'm not offering.

17        Q.   Are you offering any opinions

18   critical of the manner in which his

19   dermatologists treated his psoriatic

20   arthritis?

21        A.   I am not.

22        Q.   Do you have an opinion about

23   Mr. Savory's prognosis?

24        A.   I did opine on that in the report.
```

Marc O. Braunstein, M.D.

```
1        Q.   Where is that?

2        A.   Sure.  That is going to be --

3        Q.   Page 7, I think?

4        A.   On page seven, prognosis, yes.

5        Q.   What is your opinion?

6        A.   Yesterday we talked about the

7   International Prognostic Index.  We can

8   apply that again in this context, so we

9   assessed Mr. Savory to have a Stage 4

10  disease.  So his five-year survival

11  according to this would be estimated to be

12  53 percent, and then we can also assess

13  the -- we talked about the progression-free

14  survival, the time he would be in remission

15  at four years, would be between 53 to

16  80 percent; and, again, it depends on

17  certain variables.  But those would be the

18  estimates I give for the prognosis.

19       Q.   That's five-year survival from now

20  or five-year survival from the time --

21  five-year disease free from now or from the

22  time of treatment?

23       A.   It would be the five-year survival

24  from the time of diagnosis.
```

Marc O. Braunstein, M.D.

```
 1        Q.    From the time of diagnosis, okay.

 2              What's your understanding of his

 3   current condition?

 4        A.    As of the time of my report, I

 5   understood that he was in remission.

 6        Q.    So with respect to Mr. Savory, I

 7   want to just go over the materials you

 8   reviewed.  Are all the materials you

 9   reviewed listed in -- I guess I'm a little

10   confused about the difference between number

11   three and number four here.  Are all the

12   materials listed you reviewed specific to

13   Mr. Savory listed in number three?

14        A.    For the purposes of the report,

15   yes.

16        Q.    So what is the number four

17   conclude?

18        A.    Four is the summary of his case,

19   but I listed because he had seen several

20   different doctors, I thought just for my

21   reference and perhaps the reader's reference

22   just to get all the needs of the different

23   doctors correct, not necessarily include the

24   materials reviewed as number three.
```

Marc O. Braunstein, M.D.

```
 1      Q.   I see.

 2           So all of the doctors' records in

 3   number four that you highlighted are all

 4   included in number three, in the materials

 5   listed in number three?

 6      A.   Let me just double-check that.  I

 7   believe so because I didn't necessarily list

 8   the doctor who just happened to be in the

 9   chart, mentioned in the chart so, yes.

10      Q.   Right.

11           So other things that you've looked

12   at since you issued your report include, I

13   believe, you made reference to Dr. Teitel or

14   Dr. Teitel; is that --

15      A.   Yes.  I believe he's the

16   rheumatologist.

17      Q.   Have you reviewed his report?

18      A.   I did.

19      Q.   Have you reviewed his deposition?

20      A.   No.  I have not seen -- I am not

21   aware of that.

22      Q.   And I think you said earlier that

23   you haven't spoken to him, right?

24      A.   I have not spoken to him.  That's
```

```
 1    Teitel, T-E-I-T-E-L.

 2         Q.   Yes.

 3              Are there any references listed in

 4    Dr. Teitel's report that you haven't spoken

 5    on previously that you went back and looked

 6    at?

 7         A.   I did take a look at some of the

 8    references that he put in his paper

 9    supporting some statements about

10    epidemiology.  They weren't necessarily in

11    my report.

12         Q.   Right.

13              Which ones did you look at?

14         A.   So let's have a look.  So under

15    number ten, this is Teitel's report, Simon,

16    Thompson, Gandhi, et al, paper, Arthritis

17    Research 2015.

18         Q.   Who is the first author?

19         A.   Simon.

20         Q.   Simon, okay.

21         A.   Really that's it.

22         Q.   That's the only one?

23         A.   (Witness nods head.)

24         Q.   Did looking at Dr. Simon's article
```

Marc O. Braunstein, M.D.

1    change any of your opinions?

2        A.   No.

3        Q.   Did reviewing Dr. Teitel's report

4    change any of your opinions?

5        A.   No.

6        Q.   Additionally, I think you had said

7    that you looked at some defense expert

8    reports; is that right?

9        A.   Yes.  I was given some free period

10   of time to review them in pretty detail.

11       Q.   What defense expert reports did

12   you review?

13       A.   This is from Dr. Reshef

14   (phonetic).

15       Q.   Okay.

16       A.   And Dr. Bagg (phonetic).

17       Q.   Do you know Dr. Reshef?

18       A.   I know of him.  We don't really

19   know each other personally.  We may have had

20   a conversation once long ago, but I've

21   never -- I don't know him personally.

22       Q.   What do you know of him?

23       A.   Well, from his qualifications

24   listed in his report, he's an associate

Marc O. Braunstein, M.D.

1    professor at Columbia University, an

2    oncologist, physician scientist.

3         Q.   Have you ever heard him give a

4    talk or relied on any of his research?

5         A.   I heard him give a talk before at

6    a meeting, like, a sponsored talk before at

7    a meeting.

8         Q.   Is it your understanding that Dr.

9    Reshef has an excellent representation

10   within the oncology field?

11            MR. SILVERSTEIN:  Objection to

12        form.

13        A.   I think his qualifications are

14   clearly exemplary.  I suppose I would say,

15   so certainly he's respected in my opinion.

16        Q.   Okay.

17            And Dr. Bagg, do you know him?

18        A.   Don't know him, no.

19        Q.   And he's a hematopathologist?

20        A.   That's what it says in his report

21   as Board Certified.

22        Q.   Do you know a hematopathologist

23   that you work with at your institution?

24        A.   Yes, I do.

```
 1        Q.    Who's that?

 2        A.    There are several.  There's a Dr.

 3   Arbini, A-R-B-I-N-I, that is the director, I

 4   believe.

 5        Q.    Are there any references you went

 6   back and looked a at having looked at Dr.

 7   Reshef's and Dr. Bagg's report?

 8        A.    Well, I don't feel like I had

 9   sufficient time to go through all of their

10   references; but I did look at -- yes, I did

11   look at some of their references in -- well,

12   specifically Dr. Reshef's in regard to when

13   he individually reviewed the patient's other

14   medical conditions outside of the lymphoma;

15   so, for example, the rheumatoid arthritis,

16   you know, again, I didn't review those in

17   detail.  I just wanted to see the literature

18   that he was referencing since it provides

19   sort of a counterargument, but I would have

20   to review them in more detail.

21        Q.    Okay.

22              As you sit here today, are you

23   planning to file an amended report to

24   address anything in Dr. Reshef's or Dr.
```

Marc O. Braunstein, M.D.

1   Bagg's reports?

2       A.   I like to have that ability if

3   necessary.

4       Q.   And what you're saying right now

5   is you just haven't had sufficient time to

6   review these reports?

7       A.   Correct.

8       Q.   And how much time did you spend

9   looking at the reports so far?

10      A.   They were provided to me about a

11  week ago; and, you know, everything else in

12  preparation for today, maybe an hour for

13  each report.

14      Q.   So can you -- and feel free to

15  refer to your report, can you give me your

16  understanding of the salient details of

17  Mr. Savory's medical history as it applies

18  to his arthritis complaints and anything

19  else that you might view as being

20  potentially relevant to the issues in this

21  case?

22      A.   Well, I can tell you what I

23  ascertained about in the charts.  He had the

24  diagnosis of rheumatoid arthritis.  As you

Marc O. Braunstein, M.D.

```
 1    know, he was following Dr. Moidel.  That was

 2    diagnosed in 2001 from what I saw; and at

 3    times he was treated more recently, I think

 4    in 2014.  Dr. Teitel dived a little bit

 5    deeper into those details, but he was

 6    treated with antiinflammatory agents for his

 7    rheumatoid arthritis.  Also point -- I think

 8    Dr. Reshef pointed this out too, some of his

 9    laboratory markers for rheumatoid arthritis

10    were elevated.

11        Q.    What are the laboratory markers of

12    rheumatoid arthritis?

13        A.    The ones that were mentioned

14    were -- they're antibodies because it's an

15    autoimmune disease, so CCP is one of them.

16        Q.    Is rheumatoid factor one of them?

17        A.    That is one of them, yes.

18        Q.    Are there also nonspecific

19    indicators of inflammation that are used to

20    follow patients with rheumatoid arthritis?

21        A.    Again, there may be ones I'm not

22    familiar with; but from my medical

23    background in general medicine, you know,

24    we -- there are other markers such as DSR,
```

Marc O. Braunstein, M.D.

```
 1    CRP.  Those are nonspecific for rheumatoid

 2    arthritis, but they can go up in the setting

 3    of an inflammatory state; and then in the

 4    rheumatoid arthritis section of my

 5    consideration, I wrote that his rheumatoid

 6    arthritis was controlled with

 7    anti-inflammatory agents.  That's it.

 8         Q.   That's it?

 9         A.   That's all the history that I

10    wrote.

11         Q.   So are you aware that he was

12    diagnosed with hepatitis C at some point?

13         A.   Yes.

14         Q.   When was that?

15         A.   I have to look in my report.  I

16    think I do say the exact time.  Let me just

17    get the date.

18         Q.   Yes.  Feel free to look at your

19    report.

20         A.   Thank you.

21              MR. SILVERSTEIN:  Page three.

22         A.   So page three he was diagnosed in

23    1990.

24         Q.   And when was he -- was he treated
```

Marc O. Braunstein, M.D.

```
 1   for that?

 2       A.   He was treated with something

 3   called interferon, I-N-T-E-R-F-E-R-O-N.

 4       Q.   When was he treated?

 5       A.   Around the time he was diagnosed.

 6       Q.   1990?

 7       A.   In the 1990s is how I understand

 8   it.

 9       Q.   And if the record shows he wasn't

10   treated for his hepatitis until 2003, would

11   that be inconsistent with your recollection?

12       A.   It would be, and maybe I'm

13   incorrect then.  Maybe I was -- if it's

14   documented -- I didn't document in my report

15   the exact date, but it's conceivable I was

16   incorrect of the exact date; but he was

17   treated, in essence, many years before his

18   diagnosis of non-Hodkin's lymphoma.

19       Q.   Do you have an understanding of

20   for how many years he had active hepatitis C

21   before he was treated?

22       A.   I do not.

23       Q.   Do you know whether he was

24   experiencing joint pain prior to the time he
```

Marc O. Braunstein, M.D.

1    was treated for his hepatitis C; is that

2    consistent with your recollection?

3        A.   I believe he had a history of

4    rheumatoid arthritis, so it would be

5    consistent with his history.

6        Q.   Do you have an understanding of

7    whether Mr. Savory was on disability, Social

8    Security Disability?

9        A.   I don't know if he was on --

10           MR. SILVERSTEIN:  Object to the

11       form.

12       A.   -- Social Security.

13           MR. PIORKOWSKI:  Sorry?

14           MR. SILVERSTEIN:  Objection to the

15       form.

16           MR. PIORKOWSKI:  What's the basis?

17           MR. SILVERSTEIN:  When?

18           MR. PIORKOWSKI:  At any point.

19       Q.   Do you have an understanding of

20   whether he was on Social Security Disability

21   at any point?

22       A.   I remember reading maybe in my

23   report that he stopped working around the

24   early 2000s because of the RA.

Marc U. Braunstein, M.D.

1        Q.    Did you read his deposition?

2        A.    I did.

3        Q.    Do you know -- and the reason he

4    stopped working was related to his

5    arthritis?

6        A.    That's what I recall reading.

7        Q.    And that was approximately what,

8    18 years before his diagnosis?

9        A.    Approximately, yes.

10       Q.    Before his diagnosis of

11   non-Hodkin's lymphoma?

12       A.    Agreed.

13       Q.    So in evaluating Mr. Savory's

14   case, and I'm not asking you for your

15   conclusions here, I'm asking you for your

16   considerations.  When you were evaluating

17   the case, what possible causes of

18   non-Hodkin's lymphoma did you consider in

19   this case?

20       A.    So in my report, we talk in

21   section five about different potential risk

22   factors.  So one was his history of smoking.

23   Another was his obesity.  Another was his

24   rheumatoid arthritis, and the third was his

Marc O. Braunstein, M.D.

```
 1   pesticide exposure.

 2        Q.   Smoking, obesity, rheumatoid

 3   arthritis?

 4        A.   And Roundup exposure.

 5             MR. SILVERSTEIN:  What was the

 6        last one?

 7        A.   Roundup exposure.

 8        Q.   Those are the four things you

 9   considered?

10        A.   Yes.

11        Q.   Did you consider hepatitis C

12   infection as a possible cause of his

13   non-Hodkin's lymphoma?

14        A.   Did I skip over that one?  Yes.

15   That was in my report as well.  I'm sorry.

16        Q.   Did you consider psoriatic

17   arthritis as a possible cause of his

18   non-Hodkin's lymphoma?

19        A.   I did not list it as one of my

20   considerations.

21        Q.   For any particular reason?

22        A.   Let's just go back to the history.

23   I don't think I gave it as much weight as

24   his other rheumatological conditions of
```

1    rheumatoid arthritis.  It looks like it was

2    treated by -- the psoriatic arthritis was

3    treated by a rheumatologist with topical

4    therapies.  My impression was that it wasn't

5    as systemic as his rheumatoid arthritis.

6         Q.   But it was closer in time to his

7    non-Hodkin's lymphoma diagnosis, correct?

8         A.   I don't recall the date of his

9    psoriatic arthritis diagnosis.

10        Q.   Did you consider -- are you

11   familiar with Xeljanz?

12        A.   I'm aware from the case.  I saw it

13   listed as one of his medications.

14        Q.   Are you aware of Xeljanz having --

15   well, let the train pass.

16             Is use of Xeljanz associated with

17   non-Hodkin's lymphoma?

18        A.   I am not aware of a clear

19   association that's been extensively studied

20   in the association.  You know, we talked

21   about it yesterday that many of the

22   immunosuppressants are used to treat

23   rheumatologic diseases, are considered risk

24   factors for non-Hodkin's lymphoma.  I'm not

Marc O. Braunstein, M.D.

1    specifically aware, and I probably defer to

2    the rheumatology experts in this case to

3    further delineate that.

4         MR. PIORKOWSKI:  Do you guys want

5    to take a quick break?

6         MR. SILVERSTEIN:  Let's take five.

7         VIDEOGRAPHER:  Time right now is

8    10:26 a.m.  We are off the record.

9         (Whereupon, a short recess was

10   taken.)

11        VIDEOGRAPHER:  Time right now is

12   10:36 a.m.  We're back on the record.

13   Q.   So we were just talking about the

14   different possible causes that you

15   considered as part of your analysis?

16   A.   Correct.

17   Q.   Smoking, is it your opinion that

18   smoking is not an established risk factor

19   for DLBCL?

20   A.   The literature that I reviewed

21   suggested that smoking was more likely to be

22   associated with T-cell non-Hodgkin's

23   lymphoma, not B-cell -- diffuse large B-cell

24   lymphoma.

Marc O. Braunstein, M.D.

1     Q.   Do you know whether follicular

2   carcinoma is associated with smoking?

3     A.   I didn't review it here for

4   follicular lymphoma.

5     Q.   And based on that, your conclusion

6   was that smoking didn't cause or contribute

7   to Mr. Savory's non-Hodgkin's lymphoma?

8     A.   That it wasn't a major

9   contributing factor.  That was my

10   conclusion.

11     Q.   When you say it wasn't a major

12   contributing factor, was it a minor

13   contributing factor?

14     A.   That's a fair question.  There is

15   literature to say that there may be an

16   association, but most of the literature I

17   saw did not conclude that.  So I would say

18   that it was not a minor -- in my opinion it

19   was not a -- it was not a contributing

20   factor.

21     Q.   At all?

22     A.   Yeah.

23     Q.   Does smoking, is it your

24   understanding that smoking impairs an

Marc O. Braunstein, M.D.

1    individual's immune response?

2        A.   I am not that familiar with the

3    data of all the causes of smoking, but it

4    does lead to several types of cancers; and

5    one mechanism of that may be through -- it's

6    affect on the immune system, so that's

7    conceivable.  But I'm not infinitely aware

8    of that.

9        Q.   You're saying you're not familiar

10   with the data of all the causes of smoking.

11       A.   Of all the smoking causes of

12   cancers.

13       Q.   Got it.

14            Now, Mr. Savory's body mass index

15   was consistently over 30 for the years, the

16   five years preceding his non-Hodkin's

17   lymphoma diagnosis, correct?

18       A.   Yes.

19       Q.   Do you have an understanding of

20   what the range was?

21       A.   In my report I estimated between

22   30 to 33.

23       Q.   Okay.

24            And we reviewed a couple of papers

Marc O. Braunstein, M.D.

1    on obesity yesterday, correct?

2         A.   Yes.   That's correct.

3         Q.   Indicating that DLBCL in

4    particular was associated with an increased

5    risk of non-Hodkin's -- an increased risk --

6    I'll start over.

7              We looked at a couple of papers

8    showing that DLBCL in particular, that the

9    risk of DLBCL was increased in patients who

10   have a BMI of 30 or above?

11        A.   That was the conclusion of those

12   papers, yes.

13        Q.   How are you able to exclude

14   obesity as contributing factor to

15   Mr. Savory's non-Hodkin's lymphoma?

16        A.   I don't think we can exclude it

17   entirely, but some of the studies I saw said

18   there was excess risk with even higher BMI

19   than his; but I agree with the studies we

20   looked at yesterday defined obesity as it is

21   with a BMI over 30, so it can't be a hundred

22   percent excluded.

23        Q.   Okay.

24              So let's talk a little bit about

1    rheumatoid arthritis.  Rheumatoid arthritis

2    is a well-accepted risk factor for

3    development of non-Hodkin's lymphoma,

4    correct?

5         A.   The literature I read said that

6    non-Hodkin's lymphoma and lung cancer are

7    increased with rheumatoid arthritis.

8         Q.   Okay.

9              But that's -- I'm actually asking

10   you not just from your -- not just from the

11   reading you did in connection with this

12   case?

13        A.   I see.

14        Q.   But that's a pretty basic point

15   that you probably learned back in medical

16   school, right?

17        A.   I see.  You're saying in general.

18        Q.   Yes.

19        A.   It's accepted that autoimmune

20   diseases are affiliated or associated with

21   certain non-Hodkin's lymphomas, yes.

22        Q.   Okay.

23             And it's not necessarily all

24   autoimmune disease; is that right?

1          A.    From what I read, there were --

2    there are certain autoimmune diseases, for

3    example, Sjogren's disease where you have

4    dry eyes and dry mouth that are associated

5    with the glands in the mouth; and lymphoma

6    is in those glands, so there may be specific

7    ones.  But I agree, not all -- not

8    necessarily every single one of the every

9    other 60 or so of non-Hodkin's lymphomas.

10         Q.    I'm going to hand you what I

11   marked as Exhibit 23 (handing).

12              (Whereupon, the aforementioned

13         Smedby article entitled, "Autoimmune

14         and Chronic Inflammatory Disorders and

15         Risk of Non-Hodgkin Lymphoma by Subtype

16         was marked as Braunstein Exhibit 23 for

17         identification as of this date by the

18         Reporter.)

19         Q.    Is this a paper you reviewed in

20   connection with this case?

21         A.    I don't think it's one of my

22   references.  Let me check.  I'm just looking

23   at the author.  I don't see it in my

24   reference list.

Marc O. Braunstein, M.D.

```
 1        Q.    This is a paper by Smedby

 2    entitled, Autoimmune Anti-inflammatory

 3    Disorders and Risk of Non-Hodgkin Lymphoma

 4    by Subtype; do you see that?

 5        A.    Yes.

 6        Q.    And in the abstract in the front,

 7    it says under results, the risks of all NHL

 8    were increased in association with

 9    rheumatoid arthritis, correct?

10        A.    Yes.  That's what it says.

11        Q.    And it gives an odds ratio of 1.5

12    or confidence intervals of 1.1 to 1.9,

13    correct?

14        A.    That's correct.

15        Q.    And it actually goes on to also

16    talk about Sjogren's syndrome, which I

17    believe you mentioned previously, correct?

18        A.    Yes, sir.

19        Q.    And then also systemically lupus

20    erythematosus, which I think you mentioned

21    yesterday?

22        A.    That's another autoimmune disease,

23    yes.

24        Q.    And then it talks about celiac
```

Marc O. Braunstein, M.D.

```
 1   diseases?

 2        A.   Correct.

 3        Q.   And then you see a couple lines

 4   down, it says ever use of nonsteroidal

 5   anti-inflammatory drugs, systemic

 6   corticosteroids and selected

 7   immunosuppressants was associated with risk

 8   of NHL rheumatoid arthritis patients but not

 9   in subjects without rheumatoid arthritis,

10   correct?

11        A.   Yes.

12        Q.   And that's the term that they use

13   clinically there is confounding by

14   indication, right?

15        A.   Which term are you referring to?

16        Q.   Where it says ever use of

17   nonsteroidal anti-inflammatory drugs?

18        A.   And your question is that's

19   confounded by what?  I'm sorry.

20        Q.   Well, it's making the point that

21   when you looked at nonsteroidal

22   anti-inflammatories or corticosteroid

23   anti-inflammatories, there was an increased

24   risk of non-Hodkin's lymphoma in rheumatoid
```

Marc O. Braunstein, M.D.

1    arthritis patients; but when you looked at

2    use of those drugs not in rheumatoid

3    arthritis patients, there wasn't an

4    increased risk?

5         A.    That's what it's saying here, yes.

6         Q.    Right.

7               And usually when that situation

8    happens, what that means is that the

9    underlying disease is causing the risk, not

10   the medication, correct?

11        A.    I mean, I would have to look at

12   the details of the paper; but if they're

13   saying that the risk was associated between

14   the rheumatoid arthritis and taking the

15   nonsteroidal drugs but not in subjects

16   without rheumatoid arthritis, then it

17   eliminates the rheumatoid arthritis in my

18   understanding as a -- as the factor there.

19   In other words, I'm just a little unclear

20   what they're -- so they're saying ever use

21   of NSAIDs, systemic corticosteroids, and

22   selected immunosuppressants was associated

23   with risk --

24              (Reporter clarification.)

Marc O. Braunstein, M.D.

1      A.   (continued) Selected

2   immunosuppressants was associated with risk

3   of NHL in rheumatoid arthritis patients but

4   not in subjects without rheumatoid

5   arthritis, so that would mean that the

6   combination of the anti-inflammatory drugs

7   and rheumatoid arthritis contributed in some

8   way to the NHL.

9      Q.   And Mr. Savory was using high

10  doses of nonsteroidal anti-inflammatory

11  drugs?

12     A.   I don't recall the doses, but he

13  was using nonsteroidal anti-inflammatory.

14     Q.   He was using ibuprofen 800 BID; is

15  that a high dose?

16     A.   I would say that's higher than

17  the, you know, average dose for a headache.

18     Q.   And also during the period of time

19  that he was seeing Dr. Moidel, he was also

20  being prescribed systemic corticosteroids,

21  correct?

22     A.   I don't recall about the steroids.

23     Q.   Is Prednisone a systemic

24  corticosteroid?

Marc O. Braunstein, M.D.

```
 1        A.   Yes, sir.  I mean, oral

 2   Prednisone, not topical.

 3        Q.   Yes.  That's what I meant.

 4        A.   Correct, yes.

 5        Q.   If you turn to Table 2, please.

 6   Table 2 actually divides up the risk by

 7   subtype of NHL, correct?

 8        A.   Correct.

 9        Q.   So on the far left-hand column it

10   has all NHL 1.5 with a confidence interval

11   1.1 to 1.9 which is what we discussed that

12   was reported in the abstract, right?

13        A.   Yes.  That's correct.

14        Q.   But then for diffuse large B-cell,

15   which is what Mr. Savory has, the risk is

16   1.8 with a confidence interval of 1.2 to

17   2.6, correct?

18        A.   Yes.  That's what it says.

19        Q.   Are you aware of -- it's generally

20   true that the more severe rheumatoid -- the

21   more severe a patient's rheumatoid arthritis

22   is and the greater the patient's disease

23   burden related to rheumatoid arthritis is,

24   the higher the risk of non-Hodgkin's lymphoma
```

Marc O. Braunstein, M.D.

1   is; is that true?

2          MR. SILVERSTEIN:  Objection to

3      form.

4      A.   I mean, I'm not a rheumatologist;

5   and I believe in Dr. Reshef's report he

6   touched on that, but I don't remember what

7   his conclusion was.  But I'm not entirely

8   sure.

9      Q.   Well, here is my -- if we get into

10  a rheumatology issue that you feel is

11  outside your area of expertise, let me know;

12  but I'm asking you as an oncologist who

13  deals with B-cell lymphomas, do you have an

14  understanding with respect to rheumatoid

15  arthritis as a risk factor, whether severe

16  rheumatoid arthritis has a greater risk of

17  developing NHL compared to mild or moderate

18  rheumatoid arthritis?

19         MR. SILVERSTEIN:  Object to the

20     form.

21     A.   Well, I wouldn't know of the

22  grading of rheumatoid arthritis, of how you

23  would grade it as severe or mild or moderate

24  if that's how it's graded; so if I don't

Marc U. Braunstein, M.D.

1    know how to grade it, then I wouldn't

2    necessarily know in practice how to

3    associate that.  But I'm not familiar with

4    the literature about grade and association.

5         Q.   So -- just so I'm clear on what

6    you agree on and what you disagree on, you

7    agree that patients who have a diagnosis of

8    rheumatoid arthritis are at an increased

9    risk of developing non-Hodkin's lymphoma

10   comparatively to patients who do not have

11   rheumatoid arthritis; is that correct?

12        A.   There is literature including what

13   you just presented to suggest that, yes.

14        Q.   Do you know of any -- are you

15   aware of any literature that suggests the

16   contrary?

17        A.   I have to look into it.  I'm not

18   aware offhand.

19        Q.   And you make -- you allude in your

20   report to studies suggesting a twofold

21   increased risk of lymphoma in patients with

22   rheumatoid arthritis, correct?

23        A.   That's correct.

24        Q.   Is that your best understanding of

Marc U. Braunstein, M.D.

1    what the literature shows?

2        A.   That was one study that I alluded,

3    so that was one understanding of it.

4        Q.   So how are you able to exclude

5    rheumatoid arthritis as a contributing

6    factor to Mr. Savory's non-Hodgkin's

7    lymphoma?

8        A.   There's no test to say that this

9    was the -- this was a contributing factor,

10   so it can't be entirely excluded.

11       Q.   We'll come back to Roundup

12   exposure in a minute.  So hepatitis C we

13   agree is a recognized cause of non-Hodgkin's

14   lymphoma, correct?

15       A.   There are associations with it and

16   a diffuse large B-cell lymphoma is the most

17   common non-Hodgkin's lymphoma; and it's been

18   associated with hepatitis C.

19       Q.   Okay.

20            And do you know what the latency

21   period is between exposure for -- exposure

22   to active hepatitis C and development

23   non-Hodgkin's lymphoma with respect to --

24       A.   I don't know the exact range, no.

Marc O. Braunstein, M.D.

1      Q.   Do you know if it's ten years, 20

2  years?

3      A.   I'm not sure.

4      Q.   And I think you said earlier you

5  don't know for how long Mr. Savory had

6  active hepatitis C?

7      A.   From what I understood, after he

8  was treated with the interferon, it was no

9  longer active; so if we're saying that was

10  either in 1990 or 2003 or so, it was still

11  many years before his development of

12  non-Hodkin's.

13      Q.   Right.

14           But I think you said earlier that

15  he was diagnosed in 1990?

16      A.   That's correct.

17      Q.   And if he was treated in 2003,

18  then he could have had active hepatitis for

19  more than a decade?

20      A.   I think that's a fair conclusion,

21  yes.

22      Q.   And the fact that he didn't

23  develop non-Hodkin's lymphoma until

24  whatever, 16 years later, you can't exclude

Marc U. Braunstein, M.D.

1    hepatitis C if you don't know what the

2    latency period is; is that right?

3         A.   I suppose it depends how you

4    define the latency period for hepatitis C

5    from the time of diagnosis to the time of

6    treatment or from the time of treatment to

7    the time of the effect of, you know,

8    non-Hodkin's lymphoma; but if -- I would say

9    if you don't know the latency, then you

10   wouldn't be able to judge that.

11        Q.   Okay.

12             And Xeljanz, which we talked

13   about, you said that you considered that --

14   did you say you considered that as a

15   possible cause or not?

16        A.   I didn't specifically consider it.

17        Q.   Okay.

18             And you didn't because you weren't

19   aware of any clear associations that --

20        A.   Right.

21        Q.   -- that's been extensively

22   studied?

23        A.   Right.

24        Q.   Any other causes besides -- I know

Marc O. Braunstein, M.D.

1    you had Roundup exposure.  We'll talk about

2    that in a second.  Any other causes besides

3    Roundup exposure that you looked at?

4         A.   Just the ones we spoke about.

5         Q.   Okay.

6              So we're not going to rehash all

7    of the sort of general stuff we talked about

8    yesterday with respect to the glyphosate;

9    but I did want to ask you some some things

10   about you did say you read Mr. Savory's

11   deposition, correct?

12        A.   I read it in preparation for the

13   report, yes.

14        Q.   I want to ask you about two

15   things.  He talks about two different

16   activities that he did with respect to

17   Roundup exposure.  One activity was mixing

18   it, and one activity was spraying it; do you

19   recall that?

20        A.   Yes, I do.

21        Q.   Do you remember with respect to

22   mixing it that he testified that when mixing

23   the product, he had a procedure because he

24   was always careful with a contaminated

Marc O. Braunstein, M.D.

```
1    product.  He said, quote, you got to be very

2    careful how you use it.  It has to be

3    handled correctly?

4         A.   I remember he said something along

5    those lines, yes.

6         Q.   And do you remember him saying

7    actually that he handled the concentrate

8    like he was, quote, working in a bio lab?

9         A.   I don't remember that exact line;

10   but if you're quoting it, then it was in

11   there.

12        Q.   And do you recall him saying that

13   after mixing the concentrate, he would wipe

14   the bottle with multiple paper towels so he

15   would not get it on his skin?

16        A.   Yes.  I vaguely remember that.

17        Q.   Do you remember him saying that he

18   did not remember ever splashing or --

19   spilling or splashing the product on the

20   skin or any part of his body while mixing?

21        A.   I remember in general he said he

22   took certain precautions.

23        Q.   Do you remember him saying that

24   after mixing a product, he would wash his
```

Marc O. Braunstein, M.D.

```
1    hands with cold water?
2         A.   Yes.  I remember something along
3    those lines.
4         Q.   Do you remember him saying that he
5    did everything he could not to get Roundup
6    on his hands or body or the ground or the
7    sprayer?
8         A.   Again, if you're quoting it, but I
9    don't remember the exact phrasing; but, yes,
10   if you're quoting it, I remember he said
11   something along those lines, yes.
12        Q.   And with respect to spraying as
13   opposed to mixing, do you remember him
14   saying that he always wore long pants,
15   leather boots, a shirt, and a ball cap?
16        A.   Yes.  I have something along those
17   lines in my report.
18        Q.   Do you remember him saying that he
19   did not spray Roundup on rainy or windy
20   days, that he sprayed on calm days so it
21   would not blow on him?
22        A.   Yes.
23        Q.   Do you remember him saying that
24   Roundup got on his skin a few times while he
```

Marc O. Braunstein, M.D.

1    was spraying; but when it did, he would wash

2    his hands and face immediately with cold

3    water until he could not feel it on his skin

4    any longer?

5        A.   Again, I remember something along

6    those lines, yes.

7        Q.   Do you remember him saying I had

8    the garden hose out there, and I kept that

9    energized for the emergency of getting

10   splashed?

11       A.   Again, I don't remember the exact

12   phrasing; but, yes, I mean, these are the

13   things that you're reading from in his

14   deposition, yes.

15       Q.   Okay.

16           Do you remember him saying there

17   was one occasion where the wind came up and

18   he got some Roundup in his mouth and tasted

19   it, but he immediately washed his mouth out

20   and his face with cold water?

21       A.   I remember that, yes.

22       Q.   Do you remember him testifying he

23   did not recall any instances in which his

24   clothes got wet because Roundup got on them?

Marc O. Braunstein, M.D.

```
 1        A.   Yes.

 2        Q.   And do you remember him saying

 3   that after spraying, he would clean the tank

 4   sprayer out and then wash his hands and face

 5   with cold water?

 6        A.   Again, vaguely.  But, yes, I

 7   remember he said something along those

 8   lines.

 9        Q.   Do you remember him saying he

10   would also spray his boots with water so he

11   wouldn't track Roundup into the house or

12   have the dog lick his boots?

13        A.   Yes.  I remember.

14        Q.   Fair to say that according to

15   Mr. Savory's own testimony, he was extremely

16   careful with respect to his use of Roundup?

17             MR. SILVERSTEIN:  Objection to

18        form.

19        A.   I think he took precautions, yes.

20   I don't know what extremely means, but he

21   took precautions.

22        Q.   So you understand that if this

23   case goes to trial, it gets tried by a jury?

24        A.   Yes, sir.
```

```
 1        Q.   And you understand that one of the

 2    things is that oftentimes jurors don't have

 3    very detailed scientific knowledge; do you

 4    understand that?

 5             MR. SILVERSTEIN:  Objection to

 6        form.

 7        A.   I understand that jurors may be

 8    selected from all walks of life.

 9        Q.   Fair enough.

10             But one thing jurors do bring to

11    the proceeding is common sense; is that

12    fair?

13             MR. SILVERSTEIN:  Objection.

14        A.   I would hope most people have

15    common sense; and when you select jurors,

16    you would assume they are able to listen if

17    that's what you mean and interpret things

18    that you present to them.

19        Q.   I just want to -- if we have a

20    juror who hears this evidence and says how

21    can it be that a person who gets Roundup on

22    him a few times and immediately washes it

23    off has enough exposure to get non-Hodkin's

24    lymphoma and puts that question to you, what
```

Marc C. Braunstein, M.D.

1    would you say?

2              MR. SILVERSTEIN:   Objection.

3         A.   So, you know, Dr. Kendall was also

4    involved in this case; and he gave his

5    expert opinion about the length of the

6    exposure, which is beyond mine.  And I think

7    one of the assumptions we have to make here

8    is that his exposure was within the

9    definition in certain other case-control

10   studies we reviewed yesterday of either

11   ever/never use or greater than two days or

12   ever/never use.

13        Q.   So Dr. Kendall's calculation, he

14   does some estimate of the number of days

15   total that he sprayed Roundup, right?

16        A.   Yes.  I have to go back into the

17   report to get the details but, yes.

18        Q.   Does it include any estimate of

19   how much Roundup got on his skin to your

20   understanding?

21        A.   Again, I would have to look at the

22   report for the details; but I don't recall.

23        Q.   Do you recall if it has any

24   estimate of how much he got inside his body?

Marc J. Braunstein, M.D.

```
 1        A.   I don't recall the -- those

 2   details that he estimated that, no.

 3        Q.   Are you going to be offering an

 4   opinion in this case that his actual

 5   exposure to glyphosate was sufficient to

 6   cause him to develop non-Hodkin's lymphoma

 7   to a reasonable degree of medical certainty?

 8        A.   Well, I would defer to Dr. Kendall

 9   for that; so I wouldn't necessarily give an

10   opinion about the exact extent.

11        Q.   Okay.

12             MR. PIORKOWSKI:  Let me -- can you

13        give me five minutes to look at my

14        notes and I think we're going to be

15        wrapping up Savory.

16             MR. SILVERSTEIN:  Great.

17             MR. PIORKOWSKI:  Let's go off the

18        record.

19             VIDEOGRAPHER:  Time right now is

20        11:03 a.m.  We are off the record.

21             (Whereupon, an off-the-record

22        discussion was held.)

23             VIDEOGRAPHER:  Time right now is

24        11:07 a.m.  We're back on the record.
```

```
 1        Q.    Doctor, does the length of time

 2   between the diagnosis of rheumatoid

 3   arthritis and the development of

 4   non-Hodkin's lymphoma make it more or less

 5   likely that the autoimmune disease is

 6   implicated in the -- as a cause of the

 7   non-Hodkin's lymphoma?

 8             MR. SILVERSTEIN:   Objection to

 9        form.

10        A.    I'm not sure it does because there

11   are studies that show a very short latency

12   period or time between the diagnosis and --

13   of the arthritis and the diagnosis of the

14   lymphoma.

15        Q.    So whether he was originally

16   diagnosed in 1990, 2000, or 2014, really

17   wouldn't make a difference in terms of

18   making it more or less likely that the

19   rheumatoid arthritis played a role; is that

20   fair?

21        A.    Well, except that the longer he

22   was with the disease and if it evolved and

23   you were exposed to other medications during

24   that time, that may or may not have
```

Marc J. Braunstein, M.D.

1    contributed in general terms for an

2    individual, that that could contribute; but,

3    yes, I agree it could be one year.  It could

4    be ten years.  The risk may be similar.

5         Q.   Do you have any opinion about

6    whether his use of nonsteroidal

7    anti-inflammatory medications contributed in

8    any way to the development of his

9    non-Hodkin's lymphoma?

10        A.   Well, I don't necessarily conclude

11   that they had a contributing factor.  I

12   don't conclude that they were a contributing

13   factor.

14        Q.   I think we talked about this

15   yesterday.  You have not gone back and

16   looked at the literature with respect to use

17   of nonsteroidal anti-inflammatory

18   medications as the risk factor for

19   non-Hodkin's lymphoma in connection with

20   your review of this case; is that right?

21        A.   Only the medications you've named

22   that this individual was taking.

23        Q.   And what did you look at with

24   respect to the medication?

Marc U. Braunstein, M.D.

```
 1       A.   The Xeljanz.

 2       Q.   I'm actually asking my question

 3  specifically with respect to NSAIDs as a

 4  class.

 5       A.   Oh, I'm sorry.  No, I did not.

 6            MR. PIORKOWSKI:  All right.  I

 7       have no more questions for the Savory

 8       deposition.

 9            MR. SILVERSTEIN:  I have no

10       questions on Mr. Savory.

11            MR. PIORKOWSKI:  So we'll have the

12       doctor read and sign.

13            MR. SILVERSTEIN:  Yes.  The doctor

14       will read and sign, and I want a copy

15       of this transcript.

16            VIDEOGRAPHER:  Time right now is

17       11:11 a.m.  We are off the record.

18            (Whereupon, at 11:11 a.m., the

19       Examination of this witness was

20       concluded.)

21

22                0    0    0    0

23

24
```

Marc J. Braunstein, M.D.

```
 1              D E C L A R A T I O N

 2

 3        I hereby certify that having been first

 4   duly sworn to testify to the truth, I gave

 5   the above testimony.

 6

 7        I FURTHER CERTIFY that the foregoing

 8   transcript is a true and correct transcript

 9   of the testimony given by me at the time and

10   place specified hereinbefore.

11

12

13

                 _____

14                   MARC J. BRAUNSTEIN, M.D.

15

16

17   Subscribed and sworn to before me

18   this _____ day of _____ 20___.

19

20

     _____

21     NOTARY PUBLIC

22

23

24
```

```
 1                 I N D E X

 2

 3   Witness                              Page

 4   Marc J. Braunstein, M.D.

 5

 6   EXAMINATION BY

 7   MR. PIORKOWSKI                         4

 8

 9              E X H I B I T S

10

11   BRAUNSTEIN EXHIBITS:

12

13   EXHIBIT            EXHIBIT           PAGE

14   18          Dr. Braunstein's expert    8
                 report for Carl Savory
15
     19          EPA Proposed Interim      12
16               Registration Review
                 Decision
17
     20          Tarazona article          26
18               entitled, "Glyphosate
                 Toxicity and
19               Carinogenicity: A
                 Review of the
20               Scientific Basis of the
                 European Union
21               Assessment and its
                 Differences with IARC
22
     21          Crump article entitled,   36
23               "Accounting for
                 Multiple Comparisons in
24               Statistical Analysis of
```

Marc U. Braunstein, M.D.

```
 1                      Data on Glyphosate"
 2   22                 Defendant Monsanto          52
                        Company's Notice to
 3                      Take Oral and
                        Videotaped Deposition
 4                      of Dr. Marc Braunstein
 5   23                 Smedby article             81
                        entitled, "Autoimmune
 6                      and Chronic
                        Inflammatory Disorders
 7                      and Risk of Non-Hodgkin
                        Lymphoma by Subtype
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Marc J. Braunstein, M.D.

```
 1              C E R T I F I C A T E

 2

 3   STATE OF NEW YORK    )

                          :  SS.:

 4   COUNTY OF SUFFOLK    )

 5

 6        I, NICOLE VELTRI, RPR, CRR, a Notary

 7   Public for and within the State of New York,

 8   do hereby certify:

 9        That the witness whose examination is

10   hereinbefore set forth was duly sworn and

11   that such examination is a true record of

12   the testimony given by that witness.

13        I further certify that I am not related

14   to any of the parties to this action by

15   blood or by marriage and that I am in no way

16   interested in the outcome of this matter.

17        IN WITNESS WHEREOF, I have hereunto set

18   my hand this 18th day of August 2021.

19

20

21           NICOLE VELTRI, RPR, CRR

22

23

24
```

```
 1                - - - - - -

                   E R R A T A

 2                - - - - - -

 3

 4   PAGE  LINE  CHANGE

 5   ____  ____  _____

 6       REASON: _____

 7   ____  ____  _____

 8       REASON: _____

 9   ____  ____  _____

10       REASON: _____

11   ____  ____  _____

12       REASON: _____

13   ____  ____  _____

14       REASON: _____

15   ____  ____  _____

16       REASON: _____

17   ____  ____  _____

18       REASON: _____

19   ____  ____  _____

20       REASON: _____

21   ____  ____  _____

22       REASON: _____

23   ____  ____  _____

24       REASON: _____
```