EXHIBIT 15

Jarad L. Silverstein, Esq.
jsilverstein@wapnernewman.com
Wapner Newman, Attorneys at Law
2000 Market Street, Suite 2750
Philadelphia, PA 19103
215-569-0900

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IN RE: ROUNDUP® PRODUCTS LIABILITY LITIGATION**

BETH SPECTOR AND CHUCK SPECTOR, WIFE AND HUSBAND          CASE NO. 3:20-CV-05532

v.

MONSANTO COMPANY                                         **DECLARATION OF RONALD J. KENDALL, PH.D.**

1

**DECLARATION OF RONALD J. KENDALL, PH.D.**

I, Ronald J. Kendall, Ph.D., declare:

1.   I am currently Professor of Environmental Toxicology at Texas Tech University and have held Professorial status for 41 years. In addition, I am founding Director and Director Emeritus of The Institute of Environmental and Human Health and founding Department Chairman of the Department of Environmental Toxicology at Texas Tech University. I am a Charter Member of the global Society of Environmental Toxicology and Chemistry (SETAC) and have served as President. I was elected a Science Fellow in SETAC in 2017, which represents high-level leadership in the field of environmental toxicology. In addition, I have served on the Editorial Board and/or as Editor of the scientific journal Environmental Toxicology and Chemistry for over 30 years. I previously served as Chairman of the Environmental Protection Agency Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) Scientific Advisory Panel. I currently serve as Member of the Clean Air Scientific Advisory Committee, United States Environmental Protection Agency. In addition, I have served on the National Academy of Sciences Committee on Superfund Site Assessment and Remediation in the Coeur d'Alene River Basin. I have personally published many books and peer-reviewed scientific publications on the effects of toxic substances related to environmental and human health. Unless otherwise specified, the facts set forth in this Work in Progress are within my personal and/or professional knowledge and, if called as a witness, I could and would competently testify to these facts. I submit my *Curriculum vitae* **(Exhibit 1)** to support any qualification to make this Work in Progress.

2.   I was retained in this matter to evaluate Plaintiffs Beth Spector, an individual that used the product, Roundup®, containing the active ingredient, glyphosate, for decades at her residence and subsequently developed non-Hodgkin's lymphoma, a human cancer. In addition, Plaintiff Spector alleges that Defendant Monsanto did not inform and/or put on the label of Roundup® that this product could cause cancer and, in fact, was a probable human carcinogen. This subsequently has caused in the life of Beth Spector the development of non-Hodgkin's lymphoma cancer as well as a great deal of pain and suffering for herself and Plaintiff Chuck Spector, her husband, in the development, treatment, and long-term experience in dealing with non-Hodgkin's lymphoma disease. Based upon my background in environmental health and toxicology, I have reviewed the available data provided to me by legal counsel as well as my own scientific research and 41 years of experience to evaluate responses in terms of

_____

human health and environmental health from toxic substances exposure and in this case, Roundup® exposure. I also thoroughly reviewed depositions of Beth and Chuck Spector in my own research related to the implications of the active ingredient glyphosate in Roundup®, which we now know is a probable human carcinogen in a widely used herbicide marketed by Monsanto (Jameson 2017; Ritz 2017). I will submit the list of materials considered in making this Report **(Exhibit 2)**. This list does not include the body of scholarly materials considered. I reserve the right to supplement this report should new materials become available.

**Background of Plaintiff Beth Spector Case**

3.   Plaintiff Background Summary – Beth Burstein Spector was born in Philadelphia, PA on ███████ ████ and is currently 68 years old. She is married to Chuck Spector and has lived in Meadowbrook, PA since April 1979 to the present. Based on Plaintiff Spector's deposition, the couple had three children.

**Non-Hodgkin's Lymphoma (NHL) Diagnosis and Pathology**

4.   Plaintiff Spector was diagnosed with non-Hodgkin's lymphoma (NHL) in April 2007 after she began experiencing symptoms of NHL earlier in March 2007. Her supporting physician was Dr. Steven J. Schuster of Philadelphia, PA from 2007 to the present. He is her oncologist for NHL. In fact, Plaintiff Spector was admitted to Abington Hospital in Abington, PA for pneumonia in April 2007 and subsequent analysis of pleural fluid led to the diagnosis of NHL. The primary oncologist who has treated Plaintiff Spector for NHL is Dr. Steven J. Schuster, M.D., of the University of Pennsylvania. Plaintiff Spector has been diagnosed with diffuse large B cell NHL. Plaintiff Beth Spector admits the use of Roundup® beginning in 1980 and used it for decades. In fact, according to Plaintiff Spector's deposition, she used Roundup® weedkiller from 1980 through 2019 on a weekly or bi-weekly basis at her residence in Meadowbrook, PA, utilizing a hand sprayer.

She was initially diagnosed with marginal zone lymphoma of the lung in March 2007, when she presented with Haemophilus influenza pneumonia and an associated right pleural effusion. Flow cytometry confirmed B cells, CD19, CD20 positive, and negative for CD 5 and CD10. She was treated with Augmentin, but a follow-up chest CT showed dense bilateral consolidation. Bronchoscopy confirmed MALT lymphoma with microbiology showing MAI (10 colonies). She was treated with a single four-week

course of rituximab monotherapy in 2007. She also received treatment with Biaxin for MAI without change on CT. Table 1 summarized Beth Spector's medical history from 2001 to the present.

**Table 1: Summary of Beth Spector's Medical History**

| Date | Provider | Event |
|------|----------|-------|
| 01/04/01 | Dr. Barry Cooper | Initial PCP visit - med hx + breast implants in 1990, mild anemia; pre-op consult for arthroscopic knee surgery |
| 04/2003 | Booth Bartolozzi | Right total hip replacement for osteoarthritis |
| 09/17/03 | Dr. Barry Cooper | 3 days of non-productive cough |
| 12/26/05 | Dr. Barry Cooper | 2 weeks of non-productive cough, keeping her awake at night. Occasional wheezing |
| 05/18/06 | Dr. Barry Cooper | Cough, chest congestion – Z-PAK |
| 03/14/07 | Dr. Barry Cooper | Several days of constant cough (began approx. 03/10/07) |
| 03/19/07 | Dr. Barry Cooper | Cooper d/w Dr. Snyder (pulm) about admitting patient to hospital for pneumonia, get CT chest and consult pulm for thoracentesis |
| 03/19/07 to 03/23/07 | Abington Memorial Hospital | Admitted – dx pneumonia<br><br>Large right pleural effusion: underwent thoracentesis 04/20/07<br><br>Pleural fluid sent to pathology<br><br>Abington Pathology 03/27/07: Malignant lymphoma, diffuse large B-cell |
| 04/03/07 | Dr. Ward – Abington Pulmonary & Critical Care | Informed Beth on this date of her pathological diagnosis of lymphoma found on pleural fluid |
| 04/06/07 | Dr. Stephen Schuster | Initial ONC visit with Dr. Schuster re: newly diagnosed B-cell lymphoma |
| 04/06/07 | Fox Chase Cancer Center – Mitchell Smith, M.D. | Initial ONC visit at Fox Chase re: newly diagnosed B-cell lymphoma |
| 04/12/07 | Penn Pathology | Cytopathology Report of pleural fluid that was collected on 03/20/07 |
| 04/21/07 | Holy Redeemer | Chest XR + bilateral pneumonia |
| 05/16/07 | Penn | Bronchial washing; lymphoma present |
| 05/21/07 | Dr. Daniel Sterman | Chronic multifocal pneumonia related to her lymphoma; patient agreed to bronchoscopy |
| 06/01/07 | Hospital of the Univ of Penn | Chest XR – 40-50% right pneumothorax which required placement of a pneumothorax catheter |
| 06/05/07 to 06/26/07 | Hospital of the Univ of Penn | Four rounds of Rituxan administered IV; approx. 2-3 hours per session |

_____
DECLARATION OF RONALD J. KENDALL, Ph.D.

| 11/26/07 | Hospital of the Univ of Penn | CT Chest – no evidence of growth or change in the lymphomatous areas or the tree-in-bud |
|---|---|---|
| 01/28/08 | Dr. Stephen Schuster | Immunoglobulin G – 703 mg/dL (normal range) |
| 04/29/08 | Hospital of the Univ of Penn | Chest CT – large areas of consolidation in the anterior segment of the RUL and poster segment of the LLL which have been previously suspected to represent lymphoma. These contain multiple areas of traction bronchiectasis and are little changed when compared with films from 05/08/07 |
| 03/18/09 | Dr. Stephen Schuster | Chest XR in office – new large LLL infiltrate |
| 04/27/09 | Dr. Stephen Schuster | Chest CT – consolidation with associated cystic and cicatricial bronchiectasis within RUL and median LLL |
| 10/24/10 | Dr. Stephen Schuster | Chest XR done in office showed b/1 paramediastinal and RUL radiation fibrosis with bronchiectasis |
| 11/11/10 | Hospital of the Univ of Penn | CT Chest – new right lower lobe nodules compared to 11/2009 |
| 07/19/11 | Hospital of the Univ of Penn | CT Chest – new multifocal b/1 pulmonary consolidation, probable pneumonia, including opacification of previously seen regions of RML cystic bronchiectasis and peribronchial cysts related to underlying pulmonary fibrosis<br>Hospitalized at Penn |
| 07/28/11 | Dr. Barry Cooper | Recurrent pneumonia secondary to damaged lung from lymphoma |
| 10/10/11 | Dr. Stephen Schuster | Immunoglobulin G – 722 mg/dL (normal range) |
| 04/24/13 | Hospital of the Univ of Penn | CT Chest – constellation of findings suggest end state parenchymal destruction, presumably post inflammatory sequela |
| 12/03/13 | Dr. Michael Phillips | Initial visit with Allergist/Immunologist Dr. Michael Phillips |
| 08/06/14 | Dr. Michael Phillips | Start Hizentra for bronchiectasis |
| 05/13/15 | Hospital of the Univ of Penn | CT Chest- increased soft tissue in the region of RUL and LLL airspace opacities and bronchiectasis, suspicious for slowly progressed pulmonary lymphoma |
| 10/15/15 | Hospital of the Univ of Penn | Stable RUL and LLL perihilar opacities with associated bronchiectasis – recurrent or chronic infection |
| 11/17/16 | Hospital of the Univ of Penn | CT Chest – stable pulmonary scarring |
| 04/24/17 | Hospital of the Univ of Penn | CT Chest – interval development of acute inflammatory changes including apparent lingular and bilateral lower lobe bronchiolitis with peripheral right lower lobe consolidation |
| 05/24/17 | Dr. Stephen Schuster | Became sick 7 weeks ago with symptoms of pneumonia |
| 06/14/17 | Dr. Michael Phillips | Visit s/p prolonged bronchitis, cough with diagnosis of pneumonia, Augmentin for 10 days then Doxycycline for a month |
| 01/19/18 | Dr. Stephen Schuster | Persistent cough x 1 month |

| 01/28/18 | Dr. Stephen Schuster | Productive cough developed, different from her chronic cough<br><br>Repeated order for 14 days Augmentin followed by 7 days doxycycline |
| --- | --- | --- |
| 05/30/18 | Hospital of the Univ of Penn | CT Chest – unchanged consolidation in the RUIL and RMLs, with adjacent bronchiectasis |
| 08/22/18 | Hospital of the Univ of Penn | PET/CT scan – Dense, almost complete consolidation of the RUL/RML and superior segment of the LLL, with associated bronchiectasis and multiple patchy areas of increased radiotracer uptake |
| 09/26/18 | Dr. Michael Phillips | Concern for lymphoma activation b/c of almost complete consolidation of the right upper and middle lobes with associated bronchiectasis<br>Immunoglobulin G – 724 mg/dL (normal range) |
| 01/29/20 to 02/04/20 | Boca Raton Hospital | Admitted for SOB c/w pneumonia/bronchiectasis exacerbation. Sputum culture was c/w an ESBL Pseudomonas. Requires supplemental O2 |
| 02/13/20 | Dr. Heather Kessler-Reyes | Initial clinic visit as hospital f/u<br><br>Dr: Beth has been told that her bronchiectasis was believed to be a sequelae of NHL<br><br>Dr: She has had pneumonia multiple times over the last several years which has contributed to progression of her bronchiectasis<br><br>Recently started on Breo<br><br>Denies ever smoking, no personal or family history of lung disease, denies occupational exposure to dust or fumes |
| 03/02/20 | Dr. Heather Kessler-Reyes | Without supplemental O2 her pulse ox is dropping to low 80s |
| 05/14/20 | Boca Raton Hospital | Chest CT- bilateral bronchiectasis |

**History of Tobacco, Alcohol, and Drug Use**

Ms. Spector denies tobacco use throughout her life, except for a short time of cigarette smoking while she was a teenager, which she clarified in her deposition. In addition, Ms. Spector indicated very limited alcohol use, which might consist of only a couple of glasses of wine during the week. During her deposition, she indicated no use of illegal drugs.

6

**Employment History**

From approximately 1979 until 2009, Plaintiff Spector was a housewife and raising three children. She also took care of most of the household duties, particularly inside the house, but as well as weed management of the outside of the house. She went to work for a company, Jetspring, LLC, of Radnor, PA from 2009 to the present as a supervisor of client relations and supervision of chat agents. All of this work period was implemented from home.

**DEPOSITION OF BETH SPECTOR, FEBRUARY 2, 2021**

5.  Ms. Beth Spector began using Roundup® grass and weed killer residentially in approximately 1980.

She first acquired Roundup® in 1980, when it was purchased by her husband locally. They resided in Meadowbrook, PA at that time and she would regularly treat the weeds in the yard using a hand sprayer containing Roundup®. She would apply Roundup® multiple times per week, particularly in the months of June, July, August, and September on her property (see photographs below).

7

**Figure 1. Photographs of the Spector property in Meadowbrook, PA**





DECLARATION OF RONALD J. KENDALL, Ph.D.





9





10



Ms. Spector continued to apply Roundup® from approximately 1980 through 2019. She indicated that she acquired the Roundup® through purchases made by her husband, Chuck Spector, who admitted in his deposition that occasionally he might utilize individual hand bottles of Roundup® weed killer, but oftentimes would utilize concentrate Roundup® and mix with water in a larger application vessel and transfer this to the bottle hand sprayer for Ms. Spector's use when she ran out. In addition, Ms. Spector said it was much easier for her to handle the hand sprayer of Roundup® than a larger tank sprayer with an application spray wand. After review of the photos presented in Figure 1, the Spector residence included a large area of different types of vegetation interfaced with an outdoor pool, ornamental rocks, and driveway, all needing weed spray application by Ms. Spector.

**Personal Protective Equipment (PPE)**

Ms. Spector stated in her deposition that during the course of the application of Roundup®, she did not use specific personal protective equipment (PPE) except maybe a long-sleeved shirt, long pants, and sneakers. She did indicate the use of garden gloves on occasion and after spraying of Roundup® for periods of time, maybe half an hour or so, she would come in and wash her hands, and maybe recycle

_____
DECLARATION OF RONALD J. KENDALL, Ph.D.

the clothes for washing at the end of the day. She indicated that her impression was that the Roundup® spray was safe and no special precautions needed to be taken related to protecting herself while spraying, outside of just washing her hands.

**Potential Confounding Exposures**

Tables 2 and 3 summarize workplace and medical checklists, including conditions, procedures, and medications, all of which could lead to confounding toxicological exposures, in addition to Roundup® containing the active ingredient glyphosate.

**Table 2. Workplace Checklist for Plaintiff Beth Spector**

| Industry | Yes | No |
|---|---|---|
| Car Mechanic | | X |
| Cleaning/Maid Service | | X |
| Electrician | | X |
| Farming/Agricultural | | X |
| Hairdressing | | X |
| Handled fission products | | X |
| Handled jet propellant | | X |
| Handled solvents | | X |
| Horticultural | | X |
| Hospitals/Clinics | | X |
| Landscaping | | X |
| Metal working | | X |
| Painting | | X |
| Pest exterminator | | X |
| Pesticide use | | X |
| Petroleum refinery | | X |
| Rubber factory | | X |
| School teacher | | X |
| Textile | | X |

_____
DECLARATION OF RONALD J. KENDALL, Ph.D.

| | | |
|---|---|---|
| Woodworking | | X |
| X-radiation or gamma-radiation (regular exposure) | | X |

**Table 3. Medical Checklist for Plaintiff Beth Spector**

| Condition, Procedure, or Medication | Yes | No |
|---|---|---|
| Diabetes | | X |
| Obesity | | X |
| Auto-immune diseases | | X |
| Epstein Barr | | X |
| Ulcers | | X |
| Celiac disease | | X |
| Hepatitis C | | X |
| Eczema | | X |
| Radiation | | X |
| Smoking | | X |
| Lupus | | X |
| Rheumatoid arthritis | | X |
| Organ, stem cell, or other transplant | | X |
| Immunosuppressive medications | | X |

**Summary of Exposure Factors, Application Frequencies, and Durations**

Ms. Spector generally sprayed her property multiple times per week, particularly during the summer months of June, July, August, and September based upon deposition and Plaintiff Fact Sheet. She began implementing this outdoor spraying routine with Roundup® in approximately 1980. At a minimum, she sprayed Roundup® once/week for four months each year over 27 years when she was diagnosed with NHL.

**NHL Latency Interval**

Based on her first reported exposure to Roundup®, Ms. Spector latency interval to date of diagnosis was approximately 27 years (1980-2007).

**Glyphosate Human NHL Studies**

6.   Toxicological evaluations and expert opinions with respect to dose, Roundup® exposure to humans causing NHL are based, in part, on six primary epidemiological studies that provide objective data of causation based on Bradford Hill criteria. Toxicological evaluation and ultimately opinion is supported in animal experimental evidence, in vitro human studies, and human epidemiological studies as summarized within this Report. Specifically, I have assessed dose response, latency period, biological plausibility (toxicological mechanisms), temporality, coherence (demonstrated by molecular-based studies), and animal studies as well as the strength of association and consistency with the toxicological mechanisms of Roundup® formulation ingredients, including glyphosate. I have used the six epidemiological studies which include McDuffie et al 2001, Eriksson et al 2008, Andreotti et al 2018, Leon et al 2019, Zhang et al 2019, and Pahwa et al 2019, primarily with respect to dose assessment.

My basic toxicological focus on these studies is on study design, exposure, and statistical power. I am using these study results in my toxicological assessment in conjunction with generally accepted, peer-reviewed studies on genotoxicity (including direct human studies), mechanisms of action (promotion, etc.), absorption, distribution, metabolism, and excretion, etc. In general, I have relied on studies that have documented the various aspects of the Bradford Hill criteria at or in excess of the 95% confidence threshold. Summaries of these six studies are provided next:

**Table 4. Summary of Epidemiological Studies**

| Study | Type of study | Exposure Parameters | |
|---|---|---|---|
| | | Metrics (Dose Intervals) | Cut-off between cases and controls |
| McDuffie, H. et al 2001 | Case control study of men in six Canadian provinces | Unexposed >0 days and ≤ 2 days >2 days/year | Cases were diagnosed with STS, HD, NHL, or MM between 09/01/1991 and 12/31/1994. Controls did not have NHL diagnoses. |
| Eriksson, M. et al 2008 | Case control study of men and women in Sweden | ≥1 and ≤10 days >10 days | Cases were newly diagnosed NHL patients aged 18-74 years. Controls were randomly selected from the population registry. |
| Andreotti, G. et al 2018 | Prospective cohort study of pesticide applications | Never use Quartiles ranging from 1 day to ≥108.5 days Tertiles ranging from 1 | Cases reported ever use of glyphosate. Reference subjects may have used any other pesticides |

_____

| | | day to ≥62.0 days | |
|---|---|---|---|
| Leon et al 2019 | Pooled analysis of three agricultural worker cohorts | Ever use | Cases reported ever use of glyphosate. Reference subjects may have used any other pesticides |
| Zhang, et al 2019 | Meta-analysis | Ever use | Six studies included in primary analysis; one cohort and five case-control |
| Pahwa, M et al 2019 | Case-control study | 2 days/year | Subjects handling glyphosate more than two days/year had an excess of DLBCL (OR 2.14, 95% Ci 1.07-4.28.) |

**Comparisons of Exposure Days to Human Epidemiological Studies**

7.    The results of the "exposure-day" calculations (based on estimated exposure Ms. Spector experienced while treating her property with Roundup®) indicate that Ms. Spector's cumulative exposures were above all of the exposure threshold metric cut-offs. That is, she exceeded the "ever use" threshold, the ">0 and ≤2 days" threshold, and the ">2 days per year" threshold, the "≥1 day ≤10 days" total threshold, and the ">10 days" total threshold exposed.

Putting this into a dose-metric context, Ms. Spector was exposed to glyphosate, the active ingredient in Roundup®, reasonably a minimum of 16 times per season (June – September) if she treated her residence and property at a minimum only once per week for a half hour or less. Therefore, over the period of 1980 to 2007 when Ms. Spector was diagnosed with non-Hodgkin's lymphoma, she had sprayed and been exposed to Roundup® a minimum of 432 days over that period of time (total 216 hours or 27 – 8 hour days total exposure). Thus, Ms. Spector was clearly within the range of exposure metrics for applicators as cited within the human epidemiological studies (Table 4) that revealed statistically significant increased NHL cases among glyphosate applicators.

**Evidential Considerations**

The following evidential factors are useful in formulating an objective toxicological assessment of Ms. Spector with regards to her Roundup® exposures and subsequent NHL diagnosis:

_____

A. **Diagnosis:** Ms. Spector was initially diagnosed with marginal zone lymphoma of the lung in March 2007, when she presented with Haemophilus influenza pneumonia and associated right pleural effusion. Flow cytometry confirmed B cell, CD19, and CD20, and negative for CD5 and CD10. Bronchoscopy confirmed MALT lymphoma with microbiology showing MAI (10 colonies).

B. **Prolonged Acute Exposure and Absorption:** For approximately 27 years, Ms. Spector applied ready-to-use containers of Roundup®. She was also exposed to drift from winds. She clarified in her deposition that she did not wear PPE equipment, except for a long-sleeve shirt and long pants. In reviewing the medical history of Ms. Spector, there was really no other clinical observation that predisposed her to develop non-Hodgkin's lymphoma, except the acute exposure and absorption of her long-term use of the product Roundup® containing the active ingredient glyphosate.

C. **Chronic Glyphosate Exposure:** As mentioned earlier, while applying Roundup®, Ms. Spector wore only a long-sleeved shirt, long pants, and permeable cloth sneakers. She stated in deposition that she did not wear other PPE equipment because she assumed Roundup® was a safe product since it was purchased from local stores by her husband.

D. **Dermal Absorption Rates Higher than Presented by Monsanto:** Dermal absorption rate for glyphosate ranges between 3% and greater upon exposure. Numerous other factors are known to increase skin absorption (George et al 2010).

E. **Lack of Personal Protective Equipment (PPE):** Ms. Spector was not instructed via the product label to wear personal protective equipment such as impermeable pants, boots, mask, long-sleeved shirt, face shield, and chemically resistant gloves, etc. She believed Roundup® was "safe" to use for many reasons and proceeded accordingly.

**Mechanism of Carcinogenicity**

8.   Ms. Spector's exposures are to Roundup® product, not to glyphosate alone. Roundup® and glyphosate have been demonstrated in several studies to repeatedly cause DNA damage with promotion by Roundup® being more damaging than glyphosate alone. Genotoxicity is the first stage in cancer

formation. Wozniak et al (2018) and other studies as referenced in this report further demonstrated that Roundup®, at a higher dose, was even able to impede the natural repair of damaged DNA (Casserett and Doull 2018).

A very important toxicological study is the George et al (2010) study that documented cancer promotion at relatively low dermal exposure doses in mice. The dose levels, when converted to human doses, are reasonably similar to that sustained by applicators (when applying the HED factor and the chemical absorption rate of 3%). More importantly, the test model employed DMBA (as found in cigarette smoke/tar). The primary carcinogen was dermally applied at low doses on the shaved skin of mice with no tumors produced unless glyphosate was also applied to the skin in which 40% of the animals developed tumors (2.8 tumors/animal). The mechanism of glyphosate carcinogenesis is important with respect to tumor promotion among smokers prior to the onset of NHL. The George et al (2010) study reveals substantial promotion (40% of the mice with tumors) with realistic concentrations of glyphosate as compared to that of applicators using HED methodology.

**Latency of non-Hodgkin's Lymphoma:** The compilation of peer-reviewed latency estimates demonstrates latency intervals within a typical range of 2 to 25 years. Based on Ms. Spector beginning to utilize Roundup® in 1980 and being diagnosed with non-Hodgkin's lymphoma in 2008 this represents a latency interval of approximately 27 years. It is noteworthy that studies by Eriksson et al (2008) found an increased effect estimate for subjects with more than 10 years of glyphosate exposure prior to diagnosis of NHL; thus, favoring a longer NHL latency interval.

**Scope of Exposure in Comparison to Epidemiological Studies:** Ms. Spector's exposure doses in units of duration and frequency were compared to the reference doses of six epidemiological studies. These studies included McDuffie et al (2001), Eriksson et al (2008), Andreotti et all (2018), Leon et al (2019), Pahwa et al (2019) and Zhang et al (2019).

_____
DECLARATION OF RONALD J. KENDALL, Ph.D.

The Zhang et al study is a meta-analysis design that included the most recent update of the Agricultural Health Study cohort published in 2018 along with five case-control studies. Ms. Spector's minimal exposure doses of 2 hours per month or 8 hours for the season over a 27-year period represents 216 exposure hours minimum, or 27 eight-hour exposure days right in the threshold exposure dose reported in epidemiological studies representing exposure timeframes causing an increase in NHL.

**Summary and Conclusions**

9.   My toxicological assessment of the current Plaintiff Beth Spector case involving exposure to Roundup® herbicide and her associated development of NHL includes my assessment of human epidemiological studies already discussed, strength of association, the dose/response, and coherence of the six primary studies and the studies of various chemical formulants and additives found in the Roundup® product as well as experimental evidence, including absorption, distribution, (i.e., measurement in bone marrow), metabolism and excretion (ADME) and the various mechanisms of carcinogenesis (including genotoxicity, impairment of DNA repair mechanisms, and promotion). Additionally, I have addressed dermal absorption, the manner and the degree to which Roundup® may penetrate the skin, and the lack of adequate PPE. I have carefully reviewed Ms. Spector's medical history as demonstrated in this current Expert Report. I have carefully examined Ms. Spector's history for any potential confounding toxicological factors, and there were none.

Based on the findings of applicable studies as noted herein and on the basis of sufficient exposure, dose, duration, and episodic exposures to Roundup® consistent with human exposure durations in the epidemiological studies, it is my opinion, to reasonable scientific and toxicological certainty, that Ms. Spector's calculated 8-hour exposure doses of 27- 8 hour days to Roundup® over a period of 27 years was a substantial contributing factor to her development and subsequent diagnosis of her diffuse large B cell non-Hodgkin's lymphoma.

I declare under penalty of perjury, under the law of the State of California that the foregoing is true and correct.

18

Executed this 29th day of April 2021 in Ransom Canyon, Texas.

_____
Ronald J. Kendall, Ph.D.

_____
DECLARATION OF RONALD J. KENDALL, Ph.D.

**Materials Reviewed**

Beth Spector and Chuck Spector v. Monsanto Company, Civil Action Complaint and Demand for Jury Trial in the United States District Court for the Eastern District of Pennsylvania, filed July 15, 2020, pages 1-40.

First Amended Plaintiff Fact Sheet dated November 13, 2020.

Progress Notes by Dr. Stephen J. Schuster, Penn Medicine

Deposition of Charles Spector, United States District Court, Northern District of California, dated February 2, 2021.

Deposition of Beth Spector, United States District Court, Northern District of California, dated February 2, 2021.

Medical Records (Complete Office Chart) of Beth Spector provided by Michael Phillips, M.D., Allergy PMUC, Penn Medicine, Philadelphia, PA.

Medical Records of Beth Spector provided by Seth O. Krum, DO, Pennsylvania Orthopaedic Associates, Huntingdon Valley, PA.

Medical Records of Beth Spector provided by Heather Kessler-Reyes, M.D., Pulmonary and Sleep Associates of South Florida, Boca Raton, FL.

**References Reviewed and Considered**

Andreotti, G., Koutros, S., Hofmann, J.N., Sandler, D.P., Lubin, J.H., Lynch, C.F., Lerro, C.C., De Roos, A.J., Parks, C.G., Alavanja, M.C., Silverman, D.T. 2018. Glyphosate use and cancer incidence in the agricultural health study. Journal of the National Cancer Institute. 110(5):djx233.

Casarett and Doull's Toxicology: The Basic Science of Poisons, Ninth Edition. 2018, pp. 1648.

Eriksson, M., Hardell, L., Carlberg, M., Akerman, M. 2008. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. International Journal of Cancer. 123:1657-1663.

George, J., Prasad, S., Mahmood, Z., Shukla, Y. 2010. Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach. Journal of Proteomics. 73:951-964.

_____
DECLARATION OF RONALD J. KENDALL, Ph.D.

Jameson, Dr. Charles W. Expert Report in Support of General Causation on Behalf of Plaintiffs in the United States District Court, Northern District of California. Date Filed 10/06/2017.

McDuffie, H.H., Pahwa, P., McLaughlin, J.R., Spinelli, J.J., Finchman, S., Dosman, J.A., Robson, D., Skinnider, L.F., Choi, N.W. 2001. Non-Hodgkin's lymphoma and specific pesticide exposures in men: Cross-Canada study of pesticide and health[1]. Cancer Epidemiology, Biomarkers & Prevention. 10:1155-1163.

Pahwa, M., Freeman, L.E.B., Spinelli, J.J., Blair, A., McLaughlin, J.R., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Pahwa, P., Dosman, J.A., Demers, P.A., Harris, S.A. 2019. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: Findings from the North American Pooled Project. Scandinavian Journal of Work, Environment & Health. 45(6):600-609.

Ritz, Dr. Beate. Expert Report in Support of General Causation on Behalf of Plaintiffs in the United States District Court, Northern District of California. Date Filed 10/06/017.

Wozniak, E., Sicinska, P., Michaelowicz, J., Wozniak, K., Reszka, E., Huras, B., Zakrzewski, J., Bukowska, B. 2018. The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells – genotoxic risk assessment. Food and Chemical Toxicology. 120:510-522.

Zhang, L, Rana, I., Shaffer, R.M., Taioli, E., Sheppard, L. 2019. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutation Research – Reviews in Mutation Research. 781:186-206.

_____

**EXHIBIT 1**

*Curriculum vitae* of Ronald J. Kendall, Ph.D.

_____

**EXHIBIT 2**

List of Materials Reviewed

_____
DECLARATION OF RONALD J. KENDALL, Ph.D.

Andreotti, G., Koutros, S., Hofmann, J.N., Sandler, D.P., Lubin, J.H., Lynch, C.F., Lerro, C.C., De Roos, A.J., Parks, C.G., Alavanja, M.C., Silverman, D.T. 2018. Glyphosate use and cancer incidence in the agricultural health study. Journal of the National Cancer Institute. 110(5):djx233.

Beth Spector and Chuck Spector v. Monsanto Company, Civil Action Complaint and Demand for Jury Trial in the United States District Court for the Eastern District of Pennsylvania, filed July 15, 2020, pages 1-40.

Casarett and Doull's Toxicology: The Basic Science of Poisons, Ninth Edition. 2018, pp. 1648.

Deposition of Beth Spector, United States District Court, Northern District of California, dated February 2, 2021.

Deposition of Charles Spector, United States District Court, Northern District of California, dated February 2, 2021.

Eriksson, M., Hardell, L., Carlberg, M., Akerman, M. 2008. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. International Journal of Cancer. 123:1657-1663.

First Amended Plaintiff Fact Sheet dated November 13, 2020.

George, J., Prasad, S., Mahmood, Z., Shukla, Y. 2010. Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach. Journal of Proteomics. 73:951-964.

Jameson, Dr. Charles W. Expert Report in Support of General Causation on Behalf of Plaintiffs in the United States District Court, Northern District of California. Date Filed 10/06/2017.

McDuffie, H.H., Pahwa, P., McLaughlin, J.R., Spinelli, J.J., Finchman, S., Dosman, J.A., Robson, D., Skinnider, L.F., Choi, N.W. 2001. Non-Hodgkin's lymphoma and specific pesticide exposures in men: Cross-Canada study of pesticide and health[1]. Cancer Epidemiology, Biomarkers & Prevention. 10:1155-1163.

Medical Records (Complete Office Chart) of Beth Spector provided by Michael Phillips, M.D., Allergy PMUC, Penn Medicine, Philadelphia, PA.

Medical Records of Beth Spector provided by Seth O. Krum, DO, Pennsylvania Orthopaedic Associates, Huntingdon Valley, PA.

Medical Records of Beth Spector provided by Heather Kessler-Reyes, M.D., Pulmonary and Sleep Associates of South Florida, Boca Raton, FL.

Pahwa, M., Freeman, L.E.B., Spinelli, J.J., Blair, A., McLaughlin, J.R., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Pahwa, P., Dosman, J.A., Demers, P.A., Harris, S.A. 2019. Glyphosate use and

associations with non-Hodgkin lymphoma major histological sub-types: Findings from the North American Pooled Project. Scandinavian Journal of Work, Environment & Health. 45(6):600-609. Progress Notes by Dr. Stephen J. Schuster, Penn Medicine.

Ritz, Dr. Beate. Expert Report in Support of General Causation on Behalf of Plaintiffs in the United States District Court, Northern District of California. Date Filed 10/06/017.

Wozniak, E., Sicinska, P., Michaelowicz, J., Wozniak, K., Reszka, E., Huras, B., Zakrzewski, J., Bukowska, B. 2018. The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells – genotoxic risk assessment. Food and Chemical Toxicology. 120:510-522.

Zhang, L, Rana, I., Shaffer, R.M., Taioli, E., Sheppard, L. 2019. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutation Research – Reviews in Mutation Research. 781:186-206.

_____
DECLARATION OF RONALD J. KENDALL, Ph.D.