EXHIBIT 22



**Ran Reshef, MD MSc**

*Associate Professor*
Division of Hematology and Oncology,
Department of Medicine
Columbia University College of Physicians
and Surgeons
650 W. 168th Street, BB 1701C
New York, NY 10032
(T) 212 342 0530 (F) 212 342 0550

August 5, 2021

**Expert Report**

Re: Beth Spector v Monsanto Co.


I.      **Qualifications**

I graduated from the Sackler School of Medicine, Tel-Aviv University in Israel with an M.D. degree in 2003. As part of my training, I served as a Military Physician in the Israeli Defense Forces from 1999 to 2003. I then completed my residency in Internal Medicine in Israel in 2007, followed by a subspecialty fellowship in Hematology & Oncology at the University of Pennsylvania in Philadelphia, which I completed in 2009. I was certified by the Israeli Board of Internal Medicine in 2007 and by the Israeli Board of Hematology in 2010. I was licensed to practice medicine in Pennsylvania from 2007 to 2015 and maintain active licensure in New York since 2015. I also maintain a permanent Israeli license to practice medicine since 2003.

I am currently an Associate Professor of Medicine at Columbia University Irving Medical Center and serve as a faculty member of the Columbia University Vagelos College of Physicians & Surgeons, which is consistently ranked among the best medical schools in the nation. My administrative and research positions include the Director of Translational Research in the Blood and Marrow Transplantation and Cell Therapy Program; Medical Director of Cellular Immunotherapy; Principal Investigator at the Columbia Center for Translational Immunology (CCTI); and member of the Herbert Irving Comprehensive Cancer Center, which is one of 51 designated Comprehensive Cancer Centers in the U.S. that are supported by the National Cancer Institute. I hold hospital privileges at New-York Presbyterian Hospital, a non-profit academic medical center that is one of the largest in the world and has been ranked the 4th best hospital in the United States and 1st in the New York City metropolitan area by U.S. News & World 2020-2021 Report.

My research career has been dedicated to developing and improving treatment approaches to blood cancers using immunotherapies, including bone marrow transplants and engineered cell therapies. At Columbia CCTI, I am a principal investigator and direct a research lab in translational oncology that has extensive experience in cellular immunology and routinely uses animal models for studies in cancer. In this role, I guide students, fellows, technicians, and junior investigators in conducting research pertaining to cancer using animal models, in vitro experiments, and specimens from human cancers that we obtain from patients treated at our center. My lab has extensive collaborations with cancer researchers in other leading institutions, and I am a member of several professional organizations that are dedicated to advancing cancer research such as

COLUMBIA
COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

the American Society of Clinical Oncology and the American Society of Hematology. I have authored or co-authored more than 90 original publications related to cancer and hematology and have received research funding from the Leukemia and Lymphoma Society, National Cancer Institute, Conquer Cancer Foundation, Department of Defense, National Marrow Donor Program, and the American Society of Hematology.

My clinical practice is exclusively dedicated to treating patients with blood cancers such as lymphoma, leukemia, myeloma and related diseases. I have extensive experience in diagnosing and treating non-Hodgkin lymphoma (NHL), including both common subtypes such as diffuse large B-cell lymphoma (DLBCL) and follicular lymphoma (FL) and as well as less common subtypes such as marginal zone lymphoma (MZL). I have managed several hundred lymphoma patients over the course of my career and have discussed causes and risk factors for lymphoma with many of them. As a faculty member of one of the largest teaching hospitals in the country, I have also taught dozens of fellows, residents, and junior faculty members how to diagnose, treat and monitor lymphoma patients.

A copy of my CV which describes my qualifications with greater detail is attached as Exhibit A.

## II.      Summary of opinions

I hold all the opinions expressed in this report to a reasonable degree of medical probability. My opinions are based on my personal review of the documents listed in the attached list of Materials Considered, as well as my knowledge, skills, education, clinical and research experience and training. I have considered the plaintiff's fact sheets and complaint, medical and other records, deposition testimony of plaintiff, plaintiff's husband and plaintiff's treating physician, plaintiff's experts' testimony, and medical and scientific literature pertaining to matters in this litigation. I reserve the right to amend or supplement my opinions as further information and materials are made available to me.

A brief summary of my opinions is listed here:

A.  The totality of scientific evidence shows that glyphosate (including its various formulations) neither causes nor contributes to the development of non-Hodgkin lymphoma. Robust epidemiologic studies have demonstrated a lack of association with non-Hodgkin lymphoma generally or with marginal zone lymphoma specifically. In addition, as has been recognized by the United States Environmental Protection Agency (EPA) and numerous other governmental and regulatory agencies around the world, there are not sufficient data (human or otherwise) to establish that glyphosate is a carcinogen.

B.  Ms. Spector's lymphoma was not caused by or contributed to by her exposure to glyphosate. It was most likely caused by random genetic mutations. Current scientific evidence demonstrates that non-Hodgkin lymphoma is predominantly caused by naturally occurring genetic mutations that arise as a result of replicative errors rather than mutations related to environmental exposures.

C.  Plaintiff's expert opinions suffer from methodologic flaws including misapplication of epidemiologic data, selective consideration of data points, and failing to account for the fact that most cases of NHL occur independently of external exposures, and that specifically, extranodal marginal zone lymphoma is associated with infectious pathogens, but not chemical exposures. In addition, plaintiff's expert witnesses' claims that they ruled out all other potential risk factors to explain Ms. Spector's lymphoma except exposure to glyphosate are medically and scientifically flawed because they did not consider published scientific evidence

describing associations between other aspects of Ms. Spector's medical history and non-Hodgkin lymphoma.

### III. Beth Spector – medical history, lymphoma diagnosis, management and specific causality

Ms. Spector was ▮▮ years old in 2007 when she was diagnosed with marginal zone lymphoma – an uncommon type of NHL. Her medical records reveal that she had a past medical history of hyperlipidemia, allergic rhinitis, generalized anxiety disorder and orthopedic issues that were attributed to degenerative joint disease and required a total hip replacement and arthroscopic knee surgery. She quit smoking approximately 30 years prior to her diagnosis. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ At the time of her diagnosis, she had been on hormone replacement therapy and was taking a number of different supplements and vitamin preparations.

Ms. Spector presented to Abington hospital In March 2007 with productive cough, fever and chills that did not improve with azithromycin. She was found to have a bacterial pneumonia and a pleural effusion, which was sampled, and the cytology showed intermediate-large atypical lymphoid cells. Flow cytometry showed kappa-restricted intermediate-large B cells. These findings were thought to be consistent with a large B-cell lymphoma. Her symptoms improved with antibiotic therapy and a subsequent transbronchial biopsy from the right upper lobe of her lungs demonstrated a lymphoid infiltrate composed primarily of small cells, best classified as marginal zone lymphoma. This biopsy was later repeated at the University of Pennsylvania and showed similar findings, consistent with a diagnosis of extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue (MALT lymphoma), an uncommon indolent subtype of NHL. Neither biopsy showed evidence of a large cell lymphoma. Cultures from the bronchoscopy showed the presence of the atypical bacteria Mycobacterium avium-intracellulare (MAI), which is closely related to the bacteria that causes tuberculosis and frequently arises in immunocompromised individuals.

Ms. Spector sought advice from experts at Fox Chase Cancer Center and at the University of Pennsylvania and ultimately remained under the care of Dr. Stephen Schuster at Penn. Her disease was limited to the lungs and had not spread to other organs. This and her young age are favorable prognostic factors in marginal zone lymphoma, and she was treated in June 2007 with immunotherapy alone without chemotherapy in the form of 4 weekly doses of the anti-CD20 monoclonal antibody rituximab. This is an acceptable and common approach for this indolent and generally slow-growing lymphoma. Periodic CT scans since then show stable findings and she had no evidence of progressive lymphoma, as documented in Dr. Schuster's notes (last visit 11/11/20 in the records that were available for my review).

Ms. Spector had several respiratory infections documented in her primary care physician's notes prior to the lymphoma diagnosis (for example, 9/17/03, 12/26/05, 5/18/06), and several infectious episodes occurred following her lymphoma diagnosis, possibly attributed to bronchiectasis in several areas of her lungs. She was admitted in 2011 with a bacterial pneumonia with cultures growing Hemophilus influenzae and MAI again. In 2020 she was admitted again with a bacterial pneumonia caused by Pseudomonas. The frequency of these infections may have decreased after she started replacement therapy with immunoglobulins in 2014. Notably, her lung function remained fairly good following the lymphoma diagnosis and therapy. In 2013 and 2014, her pulmonary function tests showed only a minimal or "borderline" obstructive pattern.

**COLUMBIA**
Columbia University
IRVING MEDICAL CENTER

Pulmonary MZL is considered an indolent type of lymphoma that is highly responsive to therapy and, in asymptomatic patients, can even be left untreated for many years (**Joffe 2021**). Ms. Spector's lymphoma is not considered high risk based on the absence of disease spread to lymph nodes or sites outside the lungs and based on her young age. The MALT-International Prognostic Index (MALT-IPI) was developed for prognostication of MALT lymphoma patients and classifies patients based on age, Ann Arbor disease stage (ie, extent of disease spread) and LDH level (**Thieblemont 2017**). I was unable to find the LDH level at the time of diagnosis in her medical records, however, given that her age was <70 years and she had early-stage disease, her risk would be either low or intermediate, predicting a favorable event-free survival. Additionally, her disease has not progressed for at least 11 years following her initial therapy, indicating treatment success, and predicting an excellent prognosis.

In my opinion, Ms. Spector's exposure to glyphosate did not cause or contribute to the development of her marginal zone lymphoma. As is true with most lymphoma patients, it is not possible to identify one specific external cause, particularly as most lymphomas develop as a result of cumulative random mutations that develop over a person's lifetime. Moreover, it is not appropriate to list her risk factors and then attempt to use a process of elimination to isolate one of them as the culprit.

Cancer, including lymphoma, evolves in a highly complicated manner as a multi-step process, driven by random genetic mutations that accumulate over time. Specifically, several epidemiologic studies have demonstrated a lack of association between glyphosate and marginal zone lymphoma, and there is a lack of sufficient evidence to support causality. For example, the Agricultural Health Study, the largest prospective cohort study that monitored NHL in glyphosate users (**Andreotti 2018**), showed that there was a 2-fold <u>lower</u> percentage of MZL cases in glyphosate users than there were in non-users (0.02% compared to 0.04%), resulting in a rate ratio of 0.44 (95% CI 0.09, 2.17) for the heavy user group, rejecting the hypothesis that MZL is associated with glyphosate exposure.

Most other epidemiologic studies that have examined the association between glyphosate and NHL did not report specific analyses for MZL, most likely due to the rarity of this cancer and the fact that the term MZL to describe it became standard only in the mid 1990s. For example, the North American Pooled Project, a pooled analysis of case-control studies that looked at individual subtypes of NHL (**Pahwa 2019**), did not report on MZL specifically, but included a heterogeneous category of "Other" NHL, which cannot be used to draw any conclusions regarding any individual subtype. Other studies have analyzed NHL as a broad category of diseases, but frequently the inclusion of MZL has been minimal if any. For example, **Orsi 2009**, a case control study, included only 10 cases of MZL (of 491 cases in total). Similarly, in meta-analyses that were conducted to address the same question, there is no certainty of the number of MZL cases (if any) that were included. In summary, the epidemiologic studies collectively have never reported any increased risk of MZL associated with glyphosate use.

Regarding evaluation of risk factors, extrapolation to MZL from other subtypes of NHL is inappropriate due to the unique properties of this disease. It is clearly different from other subtypes of NHL, such as diffuse large B-cell lymphoma, follicular lymphoma, and small lymphocytic lymphoma, in its incidence rate, clinical presentation, morphology, cell of origin, typical anatomic location and typical genetic and molecular characteristics. Therefore, risk factors for MZL can only be determined by epidemiologic studies that separate MZL cases from other NHL patients and analyze them as a distinct group. Furthermore, MZL is a heterogeneous disease with 3 distinct subtypes that also have different genetic features, clinical presentations, and typical anatomic locations. Specific risk factors have been identified for each subtype, further demonstrating that

4

COLUMBIA
COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

these subtypes are distinct from each other and from the broader NHL group of diseases in their etiology and pathogenesis. Importantly, the known risk factors for *any* type of MZL do not include exposure to pesticides in general or to glyphosate specifically.

Extranodal MZL arises in mucosal tissues and is the most common form of MZL. The stomach is the most frequent site of involvement, followed by lacrimal glands, salivary glands, skin and lung (**Zucca 2003**, **Taddesse-Heath 2003, Alderuccio 2020**), which makes MZL in the lung a very uncommon type of NHL. Extranodal MZL is thought to be a consequence of chronic antigenic stimulation associated with infectious pathogens and autoimmune diseases (**Sanguedolce 2021**). Representative infections include Helicobacter pylori in the stomach, Chlamydia psitacci in the lacrimal glands and Borrelia burgdorferi in the skin. Importantly, only infectious exposures have been linked to extranodal MZL and there is no known association between exposure to chemicals (glyphosate or others) and any type of MZL. Splenic MZL is the second most common type of MZL and is associated with hepatitis C infection. Treatment of the above-mentioned infections is, in some patients, sufficient to eliminate the lymphoma, which is a highly unusual feature that distinguishes MZL from all other types of NHL. Infectious pathogens are not just specific causes of this NHL subtype, but they are also specific to individual locations (eg, H. pylori and the stomach). A similar pattern is seen with underlying autoimmune diseases, in which the lymphoma arises in the same site of autoimmune inflammation, for example Sjögren's syndrome, which causes inflammation and destruction of the lacrimal and salivary glands, is associated with MZL in the same sites. These unique risk factors underscore how incorrect it is to infer causality of MZL (or even MZL in a specific anatomic location) from studies that examined NHL broadly or only analyzed the more common NHL subtypes.

According to the American Cancer Society, an estimated number of 81,560 people will be diagnosed with non-Hodgkin lymphoma in the U.S. in 2021. According to the Leukemia & Lymphoma Society, 8% of NHL patients are diagnosed with MZL, which means that extranodal MZL is an uncommon type of NHL. Similar to other types of cancer, MZL is thought to be caused primarily by random mutations, rather than hereditary or environmental factors, although infections and autoimmune diseases are known to contribute to the risk for specific types of MZL. The reason for the high incidence of NHL in general is thought to be related to the process of DNA recombination that is unique to lymphocytes (in this case specifically B cells) in the course of their normal development, a process that sets them apart from other cells in the body. This process of random mutations serves an important immunological function in that it increases the diversity of B cells in our body to allow our immune system to react against a broad range of pathogens (i.e., bacteria, viruses, fungi). While it is critical for our survival, DNA recombination in lymphocytes increases the chance of chromosomal breaks, which may serve as a "first hit" in the causation of cancer. A single abnormality is generally insufficient to cause cancer, which generally occurs following a multi-step process and requires several mutations over the course of years. This process occurs independently of exposure to glyphosate-based herbicides and is further described in the section of this report that pertains to general causality.

There are several flaws in the methodology used to implicate glyphosate as the cause of Ms. Spector's MZL by plaintiff's experts. First, as noted above, it is not standard clinical practice to focus on risk factors as a cause of a patient's lymphoma, other than in unique cases where eliminating an infectious cause may help treat the cancer, as is the case for extranodal MZL in the stomach that is associated with Helicobacter pylori. Second, as noted above, MZL its subtypes are distinct forms of NHL, and the risk factors for each subtype of NHL must be identified individually by epidemiologic studies. It is erroneous to assume that exposure to glyphosate-based herbicides is a risk factor for MZL by extrapolating from epidemiologic studies purporting to show that such exposure increases the risk for NHL overall, particularly where the AHS

COLUMBIA
COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

specifically reported risk ratios below 1.0 for MZL. Third, and perhaps most important, there are several conditions that have been noted in the medical literature as being associated with an increased risk of NHL, which plaintiff's experts did not and cannot rule out in Ms. Spector's case. Of relevance to this case are the following:

1. **Primary immunodeficiency** – Several elements in Ms. Spector's medical records strongly support a diagnosis of an underlying immunodeficiency that may have predisposed her to developing NHL and may have caused bronchiectasis due to recurrent infections independent of her lymphoma diagnosis. This is supported by several pieces of evidence:

   a. At the time of her initial presentation on 3/19/07 Ms. Spector's blood lymphocyte count was 400/uL, significantly below the normal range for the Abington Hospital lab (1500-3200). Previous blood counts documented in her primary care physician's chart in 2001 and 2003 also show mild lymphopenia (13-21% of the total white blood cell count). Subsequent blood counts demonstrate persistent lymphopenia which cannot be explained by rituximab therapy because rituximab depletes B cells alone, which are a minor component of peripheral blood lymphocytes. For example, on 10/27/10 her absolute lymphocyte count was 400/uL, on 7/21/11 it was 370/uL, on 1/10/13 it was 600/uL, on 12/3/14 it was 630 and on 5/25/16 it was 640/uL.

   b. At approximately the same time (3/21/07), her gamma globulin level, which represents the antibody content of her blood, was 0.4 G/dL with the normal range being 0.7-1.4 G/dL. The decreased gamma globulins were noted in Dr. Schuster's note when he saw her first on 4/6/07.

   c. MAI was present in her bronchoscopy at the time of initial diagnosis. The presence of this atypical mycobacteria prior to any therapy or long-term lung damage suggests an underlying immunodeficiency. MAI was present again in a subsequent infectious episode in 2011.

   d. Prolonged hypogammaglobulinemia that continued to worsen over time in the absence of ongoing cancer therapy and required immunoglobulin repletions is unusual after a short course of rituximab. Decreased vaccine responses 7 years after rituximab is also unusual in my experience. Together with the low gamma globulin level at the time of diagnosis, this strongly suggests an underlying immunodeficiency.

   e. The possibility of an immunodeficiency has been at least entertained by her treating physicians. On 2/24/14 her immunologist noted that the decreasing trend in IgG levels could be due to rituximab vs "potential specific antibody deficiency". In addition, her pulmonologist at Boca Raton noted "immunodeficient/CVID" (12/17/20), which stands for common variable immunodeficiency, a common type of primary immunodeficiency.

The combination of persistent lymphocytopenia and prolonged and worsening hypogammaglobulinemia is not consistent with rituximab treatment effect or any consequence of adequately treated indolent lymphoma. With a reasonable degree of medical certainty, this combination of lab abnormalities and clinical symptoms (ie, recurrent respiratory infections and bronchiectasis) may represent adult onset of a primary immunodeficiency such as common variable immunodeficiency (CVID) or specific immunoglobulin deficiencies to which Ms. Spector's immunologist alluded. These immunodeficiencies are thought to be the underlying cause in some patients with bronchiectasis (**Ruffner 2017, Barker 2002**). In addition, infections with non-tuberculous mycobacteria such as MAI frequently occur in patients with existing bronchiectasis (**Aksamit 2017**) or in immunodeficient patients. Consequently, the findings of bronchiectasis and MAI infection could have been the result of a primary immunodeficiency and could have predated the development of MZL and possibly contributed to it through chronic antigen stimulation, which is the underlying mechanism for extranodal MZL.

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

Primary immunodeficiencies are a well-described risk factor for cancer and in particular NHL (**Bin Riaz 2019**). Lymphocytopenia, even in the absence of a formal diagnosis of immunodeficiency, is associated with hematologic cancers (**Warny 2020**). The most common primary immunodeficiency that manifests in adulthood is CVID which involves late-onset hypogammaglobulinemia with varying degrees of immune dysregulation (**Abolhassani 2020**). It is commonly associated with pulmonary infections, bronchiectasis and chronic lung disease. It is also associated with lymphoid proliferations and extranodal MZL has been repeatedly described in the medical literature as a common consequence of CVID (**Resnick 2012, Bin Riaz 2019, Wehr 2021**). Based on the evidence listed above, it is plausible that Ms. Spector had an immunodeficiency or immune dysregulation that predisposed her to MZL and may have caused bronchiectasis and chronic lung disease.

2. **Family history of cancer** – ████████████████████████████████████

████████████████████████████  For example, **Chiu 2004** analyzed pooled data from 3 case-control studies in the U.S. and found a significant association (odds ratio 1.5; 95% CI 1.3-1.8) between NHL and a family history of non-hematopoietic cancer. A very similar association was identified by **Negri 2006** (odds ratio 1.5; 95% CI 1.1-2.2). **Chatterjee 2004** further analyzed specific cancer types and identified an association between NHL and family history of melanoma with a hazard ratio of 2.89.

In addition to the medical and family history listed above, for which scientific evidence associating them with NHL seems consistent and reliable, I have considered and reviewed the scientific literature on vitamins and dietary supplements that Ms. Spector had been taking prior to her cancer diagnosis. According to the medical records, Ms. Spector had been taking Benefiber, Multivitamin, Fish Oil, CoEnzyme Q10, 7-keto (stands for 7-keto-dehydroepiandrosterone (DHEA)), calcium supplements, vitamin B6, glucosamine, chondroitin, vitamin C and DMAE (stands for dimethylethanolamine). Some of these supplements are chemical compounds for which there is medical literature that associates them with cancer or raises concerns for carcinogenicity. A few other dietary supplements on this list have not been formally studied and cannot be presumed safe, as their impact on cancer is largely unknown, and potential adverse effects have been proposed for them. For example, the World Anti-Doping Agency (WADA), which provides recommendations for use of performance enhancing drugs in sports, prohibits use of 7-keto-DHEA at all times and lists it as an anabolic androgenic steroid (**World Anti-Doping Code International Standard Prohibited List, January 2021**), a class of agents that has been associated with cancer and is classified by IARC as possibly carcinogenic (**List of classifications by cancer sites with sufficient or limited evidence in humans, IARC Monographs Volumes 1–129, updated 26 March 2021**). The FDA also prohibits the use of 7-keto-DHEA by compounding pharmacies, citing concerns due to a lack of evidence for long-term safety (**Food and Drug Administration, Center for Drug Evaluation and Research, Summary Minutes of the Pharmacy Compounding Advisory Committee Meeting, November 20-21, 2017**). As another example, the Nurses' Health study (**Zhang 2001**), a prospective cohort of nearly 90,000 women, found an association between multivitamin use and NHL (relative risk 1.48, 95% confidence interval 1.01, 2.16), a finding that was not consistently shown in other studies and was not reproduced in men, but still comes from a highly respected source.

In summary, Ms. Spector had potential risk factors that may have predisposed her to NHL. The plaintiff's experts who are prepared to opine that glyphosate was a substantial contributing factor in the development of Ms. Spector's marginal zone lymphoma have not ruled out these risk factor and have not considered the literature showing associations with lymphoma. In my opinion, which is supported by extensive scientific literature, glyphosate exposure is not a risk factor for marginal

COLUMBIA
COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

zone lymphoma or any other type of non-Hodgkin lymphoma, as discussed in the sections of general causality in this report.

## IV.   Causality and risk factors in non-Hodgkin lymphoma

Glyphosate is not a known risk factor for non-Hodgkin lymphoma according to the cancer literature. NHL has several well-accepted risk factors that are listed in oncology textbooks and are supported by medical literature – common demographic factors such as advancing age, male sex, and Caucasian race; factors related to past medical history, such as immunodeficiency, treatment with immunosuppressive drugs, and autoimmune diseases; and extraneous factors such as infection with viruses (such as HIV, HTLV, HHV-8, EBV, HCV) or bacteria (such as Helicobacter pylori and Chlamydia psitacci), breast implants, and exposure to radiation and organic solvents. Nonetheless, for the majority of NHL patients, it is not possible to directly isolate a particular risk factor as the cause of their disease. In particular, NHL that is associated with extraneous risk factors is rare, and frequently these extraneous factors are associated with very specific subtypes and anatomic locations of NHL (e.g., breast implants and anaplastic large-cell lymphoma, Helicobacter pylori and mucosa-associated lymphoid tissue lymphoma, also known as extranodal marginal zone lymphoma).

Cancer has a known and well-characterized cause; it occurs as a result of a series of cumulative genetic alterations (mutations) that affect a single cell as sequential random events. As a result, the cell acquires certain properties – growth that is independent of growth factors, unlimited proliferation, ability to evade apoptosis (self-destruction), tissue invasiveness and ultimately the ability to migrate through the lymph or blood stream and seed other organs (metastatic potential). This process was identified originally in the 1960s and is summarized in the seminal paper "The Hallmarks of Cancer" by **Hanahan & Weinberg**, published in the journal Cell in **2000**. It is recognized that a very specific series of genetic events needs to happen in order to generate a cancer because there is no single abnormality or aberration that would cause a malignancy, but rather a series of independent events that confer these properties to cells. Therefore, the demonstration that a certain chemical has the potential to cause general "DNA damage" to cells grown in a culture dish is insufficient to determine that such an agent causes cancer in humans. The process is far more complicated.

The reasons that mutations and other genetic alterations occur are embedded in the complexity of the immense molecular machinery that is required to maintain the integrity of the genome and to allow its replication at the time of cell division. When we observe cells as they grow and divide, random mutations develop even in ideal conditions and in the absence of any exposure to carcinogens. It is estimated that in stem cells, approximately 3 mutations arise in each and every cell division (**Tomasetti 2013**, **Lynch 2010**). Therefore, these genetic alterations occur constantly, yet most of them do not lead to cancer. This is explained by the fact that (a) some of these mutations are damaging enough to be lethal to the cell, (b) some mutations occur in areas of the genome that do not have important function, and (c) cells have DNA repair mechanisms that decrease the extent of damage that may occur as a result of random mutations. In fact, if our cells relied on the basic mechanism of DNA replication (the DNA polymerase enzyme) without any DNA repair mechanisms, each cell division would result in a striking number of 120,000 mutations (**Johnson 2000**).

The process described above helps explain why cancer becomes more common with age. The accumulation of several harmful mutations in the same cell takes time and is counteracted not only by cell-intrinsic DNA repair mechanisms but also by the immune system that constantly

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

identifies and removes abnormal cells. With age, more cell divisions have occurred, the immune system becomes senescent, and, as a result, the likelihood for a cancer-initiating sequence of mutations increases.

The fact that mutations primarily occur as a result of cell division explains why some cancers are more common than others. Different cells in the body replicate at very different rates, and rapidly proliferating cells are more prone to mutations. The human body is composed of approximately 30 trillion cells. Approximately 300 billion cells die and are replaced each day by new cells formed by cell division, potentially resulting in nearly 1 trillion new mutations daily. It is estimated that approximately one-third of cell divisions occur in the hematopoietic (blood) system, making it the system with the highest cell turnover in the body and, therefore, the highest mutation rate. Evidence shows that the incidence of cancer is directly related to the number of cell divisions that occur in each organ system (**Zhu 2016**). This in part explains why blood cancers, including non-Hodgkin lymphoma, are some of the most common cancers in humans.

Certain cell types are more prone to mutations and genetic alterations because such mutations are part of their normal development and are critical for their function. As a result, these cells also have a higher chance of turning into cancer cells. This is highly relevant for non-Hodgkin lymphomas because these cancers arise from lymphocytes, generally either B cells or T cells. By design, B cells and T cells are not homogeneous cell populations with identical DNA like all other cells in our body. In order to generate the diversity of our immune system in protection against numerous pathogens, B cells and T cells undergo a series of genetic alterations that make each of them different. These physiologic genetic alterations include both point mutations and deletions of entire segments of chromosomal DNA. This permissive mechanism helps us build an effective immune system but inherently makes B cells and T cells more prone to genetic alterations that may lead to cancer.

Although cancer is the result of random mutations, it is recognized that certain risk factors may affect the risk of an individual person to develop cancer. For example, there are certain cancers that aggregate in families and specific cancers that are directly caused by environmental causes and exposures; however, this cannot be generalized, and the contribution of random mutations vs. environmental and hereditary causes is specific to each individual type of cancer. The stochastic nature of naturally occurring genetic alterations that cause cancer can be modeled using statistical and mathematical models. Correlating available data on the rate of cell divisions and the incidence of cancer in each organ allows an assessment of the contribution of hereditary and environmental factors to the risk for cancer. This was done by **Tomasetti** and **Vogelstein** from Johns Hopkins University in a seminal research paper published in **2017** in the journal **Science**.

Tomasetti determined that the contribution of environmental factors to cancer is vastly different between tumor types. For example, lung cancer in males is caused by environmental factors 70% of the time, in agreement with extensive epidemiologic research that showed a tight connection between cigarette smoking and lung cancer. In fact, certain types of lung cancer are caused by smoking up to 90% of the time. Asbestos is another contributor to lung cancer, and epidemiologic studies show that it is the most significant and common cause for mesothelioma, which aligns with Tomasetti's finding that environmental factors cause mesothelioma 66% of the time. On the contrary, the contribution of environmental factors and exposures to non-Hodgkin lymphoma was determined by Tomasetti to be vanishingly small at 4% in both men and women. Hereditary factors also play a fairly minor role in NHL. The conclusion is that the overwhelming majority of NHL cases are caused by random mutations, and the contribution of environmental factors is minimal.

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

A commentary by Dr. Francis Collins, the Director of the National Institutes of Health (then and now), summarized the importance of these results in a way that speaks for itself: "*We humans are wired to search for a causative agent when something bad happens. When someone develops cancer, we seek a reason. Maybe cancer runs in the family. Or perhaps the person smoked, never wore sunscreen, or drank too much alcohol… The latest findings should help to reassure people being treated for many forms of cancer that they likely couldn't have prevented their illness… Overall, their model indicated 66 percent of cancer mutations result from DNA copying errors*" (https://directorsblog.nih.gov/2017/04/04/random-mutations-play-major-role-in-cancer/#more-8082).

## V.      Evaluation and interpretation of epidemiologic studies

When it comes to assessment of exposures as a cause for an adverse outcome (i.e., cancer), no study is perfect. The "ideal" study in which individuals are exposed deliberately to a potential risk is obviously unethical. As a result, concluding with a reasonable degree of certainty that an exposure increases the risk for an outcome is a challenging task and builds on a body of scientific literature that often contains conflicting evidence. It is critical to evaluate the entire body of scientific evidence, weigh the strength of each study based on a standard hierarchy of scientific evidence, and arrive at a conclusion based on the weighted evidence as a whole. Several fundamental principles provide a useful guide in navigating the assessment of epidemiologic studies:

A. The baseline risk for an outcome is not zero, and outcomes, as adverse as they might be, do not necessarily have an external cause that can be blamed as the culprit. Cancer is a very common disease: 1 in 3 women and nearly 1 in 2 men develop cancer in their lifetime, and the overwhelming majority of cancer patients did not have an exposure that caused their cancer. In order to determine if a certain exposure causes cancer, appropriate epidemiologic studies should assess whether the chance of developing cancer is higher in exposed individuals compared to unexposed individuals.

B. Epidemiology is an evidence-based science and relies on a hierarchy of evidence to rank the relative strength of each piece of evidence. The ranking is based on the potential for systematic bias that may affect the results due to study design or use of a certain methodology. It is widely accepted that the order in epidemiologic studies is (from strongest to weakest): Cohort study, case-control study, animal study, in vitro study. Prospective cohort studies are considered the gold standard because of their ability to estimate exposure before disease occurrence (which allows for clarity of temporality and can minimize recall bias), to estimate incidence, to examine multiple outcomes, and to study a large number of exposed subjects (in some studies, hundreds of thousands). For these reasons, cohort studies are more conclusive than case-control studies or any data generated from animals or in the test tube.

C. The Bradford Hill criteria (**Hill 1965**) are the most frequently cited framework to guide the evaluation of causality in epidemiologic studies and ensure that causality is not inferred from associations that occur by chance alone. These criteria should constantly remind us that a mere correlation does not imply causality.

1. Strength - The larger the effect size, the more likely it is causal. For example, the relative risk for smoking and lung cancer is in the range of 15-30 in various studies, meaning that smokers are 15-30 times more likely to develop lung cancer than non-

smokers. Relative risks in the range of 1-2 (commonly seen in pesticide studies), even if statistically significant, are much less likely to represent causality, and are more likely to be affected by confounders or represent chance alone.

2. Consistency and reproducibility – The totality of evidence matters. Causality should be supported by multiple studies in different populations. Causality is unlikely when one or a small number of studies show an association, whereas numerous other studies fail to show it. For example, in the case of smoking and lung cancer, there are 37 cohort studies and more than 100 case-control studies that demonstrated an association with very high reproducibility (**Vineis 2004**), resulting in a definitive conclusion that cigarette smoking causes lung cancer.

3. Specificity – Causality is more likely when the association is specific. For example, studies that examined associations between pesticides and NHL in general are insufficient to determine causality because NHL is a large and heterogeneous group of diseases, and each has different molecular underpinnings. It is unlikely that a certain exposure causes all types of NHL indiscriminately.

4. Temporality – Particularly with respect to cancers, there is an expected delay (lag) between the exposure and the outcome. Studies that show associations without accounting for this delay generally do not support causality.

5. Dose-response relationship – Causality is generally supported when a greater exposure leads to a higher risk. In smokers, the risk for cancer changes dramatically with the extent of exposure and the number of years of smoking. Studies that examine ever/never exposure, use a inaccurate method to measure the extent of exposure or simply fail to demonstrate a dose-response correlation are generally insufficient evidence to establish causality.

6. Biologic plausibility – Causality (vs. association) should be supported by a biologic mechanism that connects the exposure to the outcome.

7. Coherence – Epidemiologic evidence should generally concur with lab findings. For example, the histologic changes that are seen in lung cancer in smokers are similar to what is observed in the skin of mice after they are exposed to condensed cigarette smoke. In contrast, animal studies that have identified benign tumors (non-lymphoma) in glyphosate-exposed mice are meaningless when it comes to determining causality of NHL in humans.

8. Experiment – While it is unethical to conduct randomized studies in humans to establish causality of cancer, such "experiments" occur naturally. For example, the increasing trend of cigarette smoking during WWI and WWII subsequently led to a dramatic subsequent increase in the incidence of lung cancer in men. In contrast, there has not been an increase in the incidence of NHL following the introduction of glyphosate, despite it being the second-most used household herbicide in the U.S. between 2001 and 2007 and the most heavily used herbicide worldwide in 2012. One would expect that such a commonly used chemical would cause an increase in the global incidence of NHL if there was, in fact, a causal connection. This has not been the case. In fact, with the increase in glyphosate use, the incidence of NHL has leveled off or even slightly decreased over time (**Surveillance, Epidemiology, and End Results Program, National Cancer Institute, data publicly available online**).

9. Analogy – This criterion implies that strong evidence of a causal association between a particular agent and a specific disease may in some situations support broader causality of the same (or similar) agent. For example, welding fumes have a strong association with lung cancer and supportive mechanistic evidence for carcinogenicity, which may support causality of certain related cancers, where direct epidemiologic evidence is weaker.

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

D. Assessment of the Bradford Hill criteria in the context of glyphosate and NHL requires an in-depth analysis of the methodologies and results of each individual study followed by an evaluation of the totality of evidence. Each study has its merits and deficiencies, and, in particular, the following questions are relevant for analysis of the methodologies and their potential flaws.

1. How were data collected and what data were collected – were data collected for multiple pesticides or just glyphosate? How were exposures confirmed or imputed? If imputation was used, how was it validated? What is the level of recall bias or other biases that should be expected based upon the study design?

2. How were exposures categorized? Ever/never or based on annual use or cumulative use? Was exposure analyzed as a continuous variable or in categories, and how were these categories defined?

3. Which variables were captured in the data as potential confounders? Were known confounders from past studies accounted for? Were confounders included as covariates in multivariable analyses to establish independence of the associations?

4. Establishing an association requires defining a criterion for statistical significance and then examining each study result using this criterion. An estimate of excess risk is meaningless if it fails to meet statistical significance, and even if it does, there is a chance of a false positive result by chance alone. Traditional hypothesis testing generally accepts a chance of up to 5% for a false positive result (i.e., incorrectly concluding that there is an association where there is none), however, when epidemiologic studies examine numerous distinct associations, an adjustment needs to be made to the threshold of statistical significance. For example, a study that examines 100 distinct associations (i.e., multiple pesticides and/or multiple outcomes) and defines significance as $p<0.05$ may result in up to 5 positive associations incorrectly. One well-established method of adjusting the threshold for statistical significance when multiple comparisons are conducted is the Bonferroni method, in which the threshold for significance is 0.05 (or 5%) divided by the number of statistical tests (i.e., distinct associations) that are examined in the study. Therefore, a study that examines 10 pesticides and 10 types of cancer would need to perform 100 statistical tests; for any of them to be considered statistically significant, it should have a p-value of less than 0.0005 (or 0.05 divided by 100). This is one of the primary limitations of exploratory epidemiologic studies that examine a broad array of exposures and outcomes. When reviewing the results of a study, it is critical to examine the number of associations reported, how statistical significance was defined and how adjustment for multiple testing was handled. Studies that fail to follow this methodology are considered exploratory and hypothesis-generating only.

VI.     **Glyphosate and non-Hodgkin lymphoma – prospective cohort studies**

The Agricultural Health Study (AHS; https://aghealth.nih.gov) is an ongoing large-scale prospective cohort study that assessed the association between glyphosate and lymphoma and offered the most conclusive evidence to date that there was no association between use of glyphosate-based products and NHL. The AHS was one of the largest and most carefully designed epidemiologic studies ever done in cancer epidemiology, and it involves more than 89,658 individuals who enrolled between 1993 and 1997. Its primary goal is to identify and quantify cancer risk among people who are directly exposed to pesticides (**Alavanja 1996**), and its size and quality of the data allowed hypothesis testing in other diseases as well. It was funded by the U.S. government and designed and executed by investigators at the National Institutes of

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

Health (NIH) and its largest branch – the National Cancer Institute. Numerous publications in peer-reviewed journals have already been published as a result of the AHS pertaining to both cancer and non-cancer diagnoses, and the AHS is considered one of the most rigorous and heavily referenced studies in cancer epidemiology. Importantly, the final AHS findings regarding glyphosate were published in 2018 and therefore were not available when IARC published its evaluation of glyphosate in 2015, suggesting that IARC's conclusions failed to take into account the most important epidemiologic evidence that is currently available.

The AHS has previously reported several important associations. For example, certain pesticides (but not glyphosate) have demonstrated strong associations with kidney cancer (**Andreotti 2020**), thyroid cancer (**Lerro 2021**) and prostate cancer (**Pardo 2020**). Non-cancer diagnoses were also analyzed in the AHS and several associations were demonstrated with Parkinson's disease (**Shrestha 2020**), diabetes (**Starling 2014**) and rheumatoid arthritis (**Meyer 2017**), among others. These findings illustrate the strength of the AHS in identifying associations between pesticide use and various diseases that were not clearly established through previous smaller or less robust studies.

The primary analysis of AHS pertaining to glyphosate was published in **Andreotti 2018**. It included 54,251 individuals, of whom nearly 83% used glyphosate. Enrollment began in 1993, which makes it not only one of the largest studies in cancer epidemiology but also one of the studies with the longest follow up periods, which is critical in assessing cancer risks associated with a potential lag.

The scientific rigor of the AHS builds primarily on its prospective design which practically eliminates recall bias because the exposures were ascertained before the cancer diagnosis. Some degree of misclassification of exposure may have occurred, but not in a differential manner among participants who developed NHL vs. participants who did not, so bias is unlikely. Some important design features further set it apart from other studies:

A. The large sample size puts the AHS in a completely different league from other studies in the field. It provides excellent statistical power to detect associations with adequate control for confounding factors. It also allowed for analyses of exposures to multiple pesticides using several distinct metrics and categorizing the level of exposure into quartiles of tertiles to establish a dose-response relationship. The sample size also made it possible for the AHS to report on relatively uncommon subtypes of NHL, such as MZL.

B. The AHS cohort is highly representative of exposed individuals. All registered pesticide applicators in Iowa and North Carolina were approached for participation in the study. This population is favored due to the following factors:

1. It is enriched by heavy users which makes it easier to identify risk because of the extensive exposure (median 15 years of exposure and 23 days of exposure annually). The broad range of exposures allows for adequate evaluation of dose-response relationships.
2. Licensed pesticide applicators are more likely to identify the type of pesticides used and quantify exposures and their timing accurately and reliably, thereby minimizing classification bias.
3. A cohort of licensed pesticide applicators who renew their license periodically and who primarily work in agriculture is less prone to attrition over time.

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

C.  The study focused on farmers but recognized that other types of pesticide applicators may have similar risks. Therefore, it was designed to include 20-30% commercial applicators who were not farmers.

D.  The study is ongoing, and its length allows analyses at multiple time points. An initial analysis of glyphosate exposure and cancer was published in 2005 based on the initial exposure questionnaires and a median follow-up time of 6.7 years (**De Roos 2005**). It demonstrated no association between glyphosate use with NHL. The final analysis (**Andreotti 2018, median follow-up 17.5 years**) included 6 times as many NHL cases that accumulated over an additional 11 years of follow-up and additional exposure data over time based on another exposure questionnaire.

E.  The study collected data on spouses and children of the pesticide applicators with a secondary goal of identifying risks of low-level environmental and non-occupational exposures that may occur in family members of licensed applicators.

F.  Enrollment procedures were designed to maximize participation through multiple contacts, including phone calls and reminder postcards. Procedures were implemented to compare respondents to non-respondents to confirm that the analyzed cohort was representative of the entire population.

G.  Exposure assessment was comprehensive and highly granular. The study collected extensive data on a large number of exposures, allowing statistical adjustment for potential confounders in a multivariable analysis. These data included information concerning exposures to 50 different pesticides as well as fertilizers, grain dust, livestock, solvents, gasoline and even x-ray radiation. Use of personal protective equipment and application method were documented. Activities such as welding, engine repair, grinding of animal feed or metal, repair of pesticide-related equipment were also documented. Use of pesticides at the home or garden was captured in addition to professional use. At the time of enrollment, data were collected for medical history, demographics, weight and height, family history of cancer and lifestyle questions such as fruit and vegetable consumption, smoking and alcohol use. This extensive data collection allowed in-depth analysis of all possible confounders.

H.  The high granularity of exposure data allowed the examination of associations with cancer with unprecedented depth that increases the chance of correctly identifying an association and characterizing a dose-response relationship. The study considered 3 separate metrics – ever/never use, lifetime days of use and intensity-weighted lifetime days. The latter utilized an intensity score that was derived from information on whether the participant mixed or applied pesticides, repaired pesticide-related equipment, used personal protective equipment, and application method used. The consistency of the AHS' findings across several exposure metrics strengthens its conclusions.

I.  Glyphosate was the most commonly used pesticide in the AHS cohort, giving adequate power to analyze associations with health outcomes and sufficient data to account for different levels of exposure and different lag periods between the exposure and the outcome. Other smaller studies have been unable to categorize participants based on exposure intensity and lag time without losing statistical power.

J.  Follow up exposure assessment was done approximately 5 years after initial enrollment through a phone interview (not a mail-in questionnaire) in order to improve the accuracy

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

of the responses. To eliminate selection bias, missing data were imputed using a highly validated method (described in **Heltshe 2012**). Imputation is a standard approach in epidemiologic studies that follow individuals for many years and does not diminish the strength of a large prospective study. The accuracy of the specific imputation method used in the AHS was validated by applying it to a subset of participants who did respond to the follow up interview, showing that the imputed data were highly similar to the actual data provided. In addition, the AHS performed several sensitivity analyses to examine any potential errors introduced by imputed data. These included an analysis that used only the full dataset from the initial exposure questionnaire (available for all participants) and an analysis that excluded any imputed data for the follow-up questionnaire. These sensitivity analyses provided confirmation that the imputed data did not change the results of the primary analysis of the full dataset.

K.   Outcome assessment relied on multiple sources and not just those self-reported by the participants or their next of kin. The cohort was linked to cancer registries in Iowa and North Carolina, allowing both confirmation of cancer diagnoses reported by the participants and identification of cancer diagnoses in participants who were not available for follow-up interviews. For participants who were not available and moved out of state, information on vital status and cause of death (when relevant) was available through national registries.

In summary, the AHS is one of the most comprehensive and robust prospective cohort studies that has ever been done. Some of the inherent limitations of prospective epidemiologic studies (for example, selection bias due to voluntary participation or loss to follow-up due to the length of the study) were adequately addressed in the study design through sensitivity analyses and data confirmation from multiple sources. The AHS remains the best epidemiologic evidence available on the association between glyphosate and cancer, and despite its limitations, it provides the most reliable scientific evidence on this question – a much higher level of evidence than any individual case-control study or pooled collection of case-control studies on glyphosate and cancer.

The AHS conclusively demonstrates that there is no association between glyphosate use and cancer in general, hematologic malignancies, NHL, or any subtype of NHL including marginal zone lymphoma (MZL). In fact, the risk of developing MZL among glyphosate users was lower than the risk in non-users in the AHS. Further analyses that included adjustment for multiple confounders, subsets of individuals with heavy exposures and with and without a lag period did not reveal any association or even a trend toward an association.

## VII.   Glyphosate and non-Hodgkin lymphoma – case control studies

Several case-control studies have examined the associations between pesticide use and NHL. It should be recognized that case-control studies are generally considered hypothesis-generating only. In other words, case-control studies are generally done to identify a preliminary signal that would justify embarking on a labor-intensive and expensive prospective study. They are generally not designed to generate high-level evidence that is sufficient to determine causality. The only advantage of case-control studies is that they can be executed quickly and at a low cost even when the disease is uncommon. Case-control studies are prone to several types of scientific bias, which can produce spurious associations, leading to invalid conclusions. As a result, case-control studies (and other types of retrospective studies) advance science by providing "quick and dirty"

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

data to help explore a scientific question, but they are generally not used to change the standard of care of medical practice.

While bias can occur in any epidemiologic study, certain types of bias are particularly concerning in case-control studies:

A. Selection bias – Selection of both cases and controls may not reflect the exposed population and highly depends on the study design and selection methodology. For example, **Orsi 2009** used a hospital-based design, in which cases of lymphoma and myeloma were recruited in major hospitals in 6 big cities and controls were recruited from other departments in the same hospitals, mainly from the departments of orthopedics and rheumatology. This design was aimed to facilitate collection of blood samples for the study, but neither the cases nor the controls can be considered representative of the general population. In the AHS (and other prospective cohort studies), selection bias was unlikely because a decision not to participate in the study would not differentially affect people who subsequently developed NHL and people who did not. In addition, the AHS was able to examine the demographics of study participants compared to the entire registry of licensed pesticide users, demonstrating that the study cohort was representative of the entire population of interest.

B. Ascertainment/classification bias – Both the exposure and the outcome are evaluated retrospectively in a case-control study based on review of medical charts or registry data, and the accuracy of the information cannot be validated. In particular, the type, timing and extent of the exposure are highly prone to error because people may fail to accurately recall the type of pesticides that they used as well as the extent and timing of their use, especially when multiple pesticides were used and exposure data spans several decades. For example, in **De Roos 2003**, some participants reported use of greater than 30 different pesticides; it is highly unlikely that those were all identified correctly and that the entire information on extent and duration of exposure was accurate.

The AHS applied several strategies to minimize this bias in addition to the prospective design. The choice of population (licensed pesticide applicators) reduced the likelihood that they misclassified exposures, and the second interview collected detailed information limited to the last year of farming to increase accuracy.

Misclassification of the outcome is less frequently discussed in epidemiologic studies, but it is critical to discuss in this case. NHL and its subtypes can be misclassified, either due to reliance on patients' own recall or incomplete medical records or, more importantly, due to changes in diagnostic criteria over time. With respect to NHL, significant changes to the diagnostic and classification criteria have been implemented approximately once in every decade, leading to significant re-classification of NHL and its subtypes. Accurate classification is critical due to the fact that NHL is a large and heterogeneous group of diseases with distinct features, epidemiology and molecular underpinnings, implying that any risk factors should be discussed with respect to each NHL subtype individually and not as a group.

The history of the various classification systems for lymphoma is summarized in **Jaffe 2008**. As an example for historical misclassification, what we consider today *diffuse large B-cell lymphoma*, would have been called "Histiocytic cancer" in the 1960s and was thought to have a non-lymphoid origin; the same cancer would have been called "High-grade lymphoma" in the 1970s and "diffuse intermediate-grade lymphoma" in the 1980s. This issue becomes even more problematic in MZL, a pathologic entity that was proposed

16

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

for the first time in the Revised European-American Classification of Lymphoid Neoplasms (REAL), reported in **Harris 1994**. The direct implication is that the AHS, which started enrolling subjects in 1993, recorded all (or at least the overwhelming majority of) MZL cases accurately, whereas most earlier studies (e.g., McDuffie 2001, De Roos 2003, Hardell 1999, Hardell 2002, Hohenadel 2011), by definition, suffered from significant misclassification of the outcome.

Misclassification of MZL is not the only limitation of these older case-control studies. A basic and routine distinction between B-cell and T-cell NHL in diagnostic pathology became standard only in the 1990s and was formalized for the first time in the REAL classification published in 1994. The contemporary classification of lymphomas uses the WHO classification of lymphomas and became standard in 2001, with some modifications done in 2008 and in 2017. The evolution of the classification of lymphomas over the years has significant consequences on the interpretation of case-control studies, some of which included cases that were diagnosed with NHL prior to the mid-1990s, when the fundamental distinction between B-cell and T-cell lymphomas was not consistently being reported as part of the diagnostic workup. We should be cautious about drawing conclusions from such studies in which the cases were diagnosed in the distant past. In addition, pooled analyses of several studies would be challenging to interpret if cases of NHL were not reported uniformly using the same criteria in different studies.

The AHS was not prone to misclassification of NHL outcomes because nearly all NHL cases were diagnosed after the mid-90s and the majority of them would have been reported using the WHO classification which remains the standard diagnostic approach to this day.

C. Recall bias – Generally, people who experience an adverse outcome tend to overestimate exposures compared to people who did not experience an adverse outcome. This bias is practically eliminated in a prospective cohort study, such as the AHS, because the exposures are documented prior to the outcome. To ensure that potential bias derived from the second questionnaire did not affect the results of the study (given that some participants had developed the outcome in the interim), the AHS conducted a sensitivity analysis by calculating the risk estimates based on the initial exposure information alone. This analysis showed that information gleaned from the second questionnaire did not significantly alter the results of the study.

D. Proxy bias – Case-control studies, especially in cancer, include deceased individuals and therefore rely on information relayed by spouses or family members. The proportion of proxy responses can be very high in cancer studies (33% in **Pahwa 2019** and up to 45% in **De Roos 2003**). Information from proxies of people who had an adverse outcome, in particular a severe one leading to death, tends to overestimate exposures compared to direct information from study participants. By design, a prospective cohort study such as the AHS is less prone to this because exposure information is ascertained prior to the outcome, and sensitivity analyses can be conducted to eliminate any bias from a second questionnaire (as in recall bias).

E. Publication bias – There is a higher likelihood that case-control studies that showed an association will be published than case-control studies that did not show an association. This is more likely to affect retrospective studies than prospective studies that are generally high profile and require extensive funding and regulatory oversight. For this reason, it is also common to see over-interpretation of modest or insignificant results in

order to entice scientific journals into publishing a negative study. Through certain statistical methods (for example, funnel plots and the Egger's test), meta-analyses generally check for publication bias to support the validity of their results. In the case of glyphosate and NHL, a recent meta-analysis (**Donato 2020**) provided support for the existence of a significant publication bias by noting an absence of small studies with negative results (Egger's test p=0.02).

In addition to multiple sources for bias, several other limitations are typical for case-control studies:

A. They are generally used to examine multiple exposures and occasionally multiple outcomes (e.g., several subtypes of NHL). Establishing an association even between a single exposure and the outcome is challenging and prone to misinterpretation, and it is much more challenging when multiple exposures and outcomes are involved. This is particularly problematic with pesticides because exposure to multiple pesticides is common.

B. Many case-control studies report dozens of odds ratios (roughly similar to relative risks) with their respective p-values for numerous pesticides and numerous types of cancer. Therefore, there is considerable risk for a type I error (chance of incorrectly identifying an association when there is none). Hypothesis-driven studies that focus on one scientific question generally use a cutoff of p<0.05 for statistical significance, accepting that there is a 5% chance that the result is falsely positive. In contrast, exploratory studies that examine associations between multiple exposures and multiple outcomes should account for multiple testing, where a much more stringent p-value is required. For example, **De Roos 2003** examined 47 individual pesticides, used 2 different models to estimate the risk and then separately analyzed the joint effects of pesticide combinations. This analysis resulted in 148 odds ratios reported in the paper and an estimated number of additional 258 odds ratios that were analyzed for combinations of pesticides listed in the appendix of the paper. Simply put, if we use the usual cutoff of p<0.05, then 1 in 20 associations (which translates into at least 20 different odds ratios in **De Roos 2003**) could be falsely reported as positive. Use of a statistical method to correct for multiple testing such as the Bonferroni method would require a p-value of less than 0.0001 to demonstrate statistical significance in this example. For this reason alone, this type of analysis is unlikely to provide any definitive answers regarding associations between exposures and outcomes.

C. Due to limitations of recall, case-control studies frequently assess exposure as a binary variable (ever vs. never exposed), ignoring other exposure metrics such as the extent of exposure, length of exposure, and lag between exposure and outcome. These are all fundamental to the assessment of an epidemiologic association. Detailed exposure information allows one to establish an exposure-response association, which is a much stronger piece of evidence than an association with ever/never exposure. This issue was adequately addressed in the AHS, in which exposure information was collected with high granularity. Other studies that collected detailed data did not reach the high granularity of the AHS and were confounded by recall bias and proxy bias.

The case-control studies on glyphosate, considered as a whole, do not support the conclusion that glyphosate is associated with NHL. In general, case-control studies have either shown no association or they have shown an association in univariate analysis that was not statistically significant in multivariate analyses with adjustment for important confounders, including use of

other pesticides. The following are examples for case-control studies regarding glyphosate and NHL. They are described here briefly in several categories:

## Case-control studies that found no association between glyphosate and NHL

**Hohenadel 2011** (cases 513, controls 1,506. Matched by age and province of residence) – This was an analysis of the Cross-Canada Study of Pesticides and Health, using data that was already presented in an earlier study (**McDuffie 2001**). The study's focus was to assess the risk for NHL as a function of the number of pesticides ever used, and exposures were documented as self-reported lifetime use without differentiating the extent or timing of the exposures. The study found an increase in risk for NHL with increase in number of pesticides used, however glyphosate specifically did not have an association with NHL. The study found an increased risk for NHL in users of malathion + glyphosate, but this risk was similar to the risk with using malathion alone, implying that glyphosate was not a contributor to the risk.

**Cocco 2013** (cases 2,348, controls 2,462) – Part of the EPILYMPH study, a case-control study in 6 European countries. The study classified exposures by intensity, frequency and degree of confidence about the accuracy of exposure history. Additional strengths of this study include the high number of cases, reliance on the modern WHO classification for confirmation of the diagnosis and determination of NHL subtype, central pathologic review of slides from a representative portion of the cases, and use of detailed in-person interviews as opposed to questionnaires. The study concluded that B-cell lymphomas were not associated with use of any pesticides, including organophosphates (the group that contains glyphosate) or glyphosate itself. The authors summarize: "*Our analysis of a large European data set provides no support to a role of occupational exposure to several specific agrochemicals in the aetiology of B cell lymphoma*".

**Hardell 1999** (cases 404, controls 741. Matched by age) – A case control study in Sweden, comparing male patients with NHL to age-matched male individuals without cancer. Despite the small sample size, this study took into account the extent and timing of exposure and conducted a multivariable analysis to adjust for possible confounders. Another strength of the study is that responsiveness to the questionnaires was very high (91% of the cases and 84% of the controls). The study did not identify any association between glyphosate and NHL. The same cases and controls were used for a subsequent analysis that added patients with hairy cell leukemia (**Hardell 2002**), which is a distinct disease from NHL. This pooled analysis of a heterogeneous group of malignancies suggested that there was an association with glyphosate, which was clearly driven by the addition of hairy cell leukemia patients to the analysis, but which was irrelevant to the original NHL cohort. Moreover, a multivariable analysis clearly demonstrated no significant association between glyphosate and cancer in this publication.

**Orsi 2009** (cases 491, controls 456) – A case control study in France, comparing a heterogeneous group of lymphoma patients (inclusive of both NHL and Hodgkin lymphoma) with age- and sex-matched controls. This study took into account multiple pesticide exposures. There were no associations between glyphosate and NHL or the major subtypes, DLBCL and follicular lymphoma.

## Case-control studies that identified an association that was not confirmed after adjusting for other pesticide use

**Pahwa 2019** (cases 1690, controls 5131) – A pooled analysis of several case-control studies conducted in the U.S. and in Canada. Its goal was to resolve conflicting results from several

smaller studies, although none of these smaller studies demonstrated a conclusive association between glyphosate and NHL. The case-control studies included:

- **McDuffie 2001** – A Canadian study that identified a lack of association between glyphosate and NHL. This study illustrates how critical it is to account for other exposures and various confounders; the overall NHL risk was not increased in glyphosate-exposed participants, but was increased among patients exposed to malathion, lindane, and certain fungicides and was higher in patients with a prior cancer or family history of cancer. If these variables were not accounted for, it is possible that the study would have resulted in a false-positive association with glyphosate. The authors here identified what they described as a dose-response relationship for glyphosate, however, this conclusion was derived from a part of the analysis that is methodologically flawed due several issues: (a) the analysis used the number of days per year as the only quantitative measure of exposure, ignoring the number of years of use and other parameters of intensity of exposure (e.g., use of protective equipment, hours of exposure per day), (b) the choice of categories for level of exposure (unexposed, >0 and ≤2, ≥2) was not biologically or scientifically justified, (c) the results did not support a dose-response relationship because the lower use category had an odds ratio of 1.0 (no excess risk compared to unexposed), and (d) this analysis was not adjusted for several confounding variables that the study identified as having significant impact on the risk for developing NHL. Most importantly, a demonstration of a dose-response relationship only has relevance after a general association with the exposure has been identified, which was not the case in this study. The reported association for heavy users of glyphosate, therefore, is merely one of numerous subset analyses that this study reported; and in the absence of adjustment for potential confounders and adjustment for multiple statistical tests, this association remains exploratory and hypothesis-generating and is certainly not definitive.
- **De Roos 2003** – This US-based study was a pooled analysis of 3 case-control studies that examined exposures to 47 different pesticides and their combinations. Glyphosate was not found to have an association with NHL when using the hierarchical regression (according to the authors the more appropriate method), but an association was found when a logistic regression model was used. As stated by the authors, hierarchical regression models can yield "increased precision and accuracy for the ensemble of estimates". They also noted that "…hierarchical regression modelling resulted in estimates that were in some instances more stable than those from logistic regression models…". The hierarchical regression results were the ones later used in a meta-analysis (**Chang 2016**), giving them further credence.

In this pooled analysis, the primary analysis of ever/never used glyphosate with adjustment for other pesticide use showed no association with NHL, DLBCL or FL. MZL was not studied as a separate outcome, and this is not surprising given that all NHL cases in this pooled analysis were documented in the 1980s or early 1990s, prior to the introduction of the REAL classification. It is therefore impossible to ascertain whether any MZL cases were included in this study and, if so, whether they were classified correctly. Secondary analyses were conducted to account for duration of use, frequency of use and lifetime use. These analyses were limited due to missing detailed data for frequency and duration of use in some of the studies that were included in the pooled analyses. The secondary analyses did not reveal any significant associations, apart from a marginal increase in the risk for small lymphocytic lymphoma with increased lifetime use of glyphosate, but this association was evident only when lifetime use was analyzed as a continuous variable (p=0.03) and disappeared when it was analyzed as a categorical variable (p=0.2). Although a p-value < 0.05 is generally thought to indicate statistical significance, it would not be considered significant in this case due to the high number of analyses presented in this paper and the lack of adjustment for multiple testing.

The authors of **Pahwa 2019** summarized their findings as "inconsistent". As pointed out earlier, classification bias was a potential limitation of this analysis which combined data reports that used 3 different classification systems for lymphoma and predated the inclusion of MZL as a standard NHL subtype in the REAL classification. On the other hand, their approach to the confounding effect of other pesticide use was thoughtful. They used a 2-pronged approach to select which pesticides should be included as confounders, rather than including all pesticides, which has the potential for overadjusting and biasing the analysis toward the null. They only included confounders that were both associated with NHL in the individual case-control studies and that correlated (above a certain cutoff) with glyphosate use.

**Eriksson 2008** (cases 910, controls 1016) – A case control study in Sweden. The study reported a marginally positive association between glyphosate and NHL among heavy users of glyphosate (heavy use defined as above the median) in univariate analysis. Following adjustment for other pesticide use, this association was lost. Moreover, the univariate association was driven by an apparent increase in cases of chronic lymphocytic leukemia/small lymphocytic lymphoma (CLL/SLL), but not DLBCL or FL. Marginal zone lymphoma was not examined as a separate category in in this study.

In summary, despite several methodological flaws, none of the case-control studies support an association between glyphosate exposure and NHL. Several spurious associations in a sea of negative results and inconsistent results across studies are not sufficient to determine causality according to the Bradford Hill criteria.

<u>**Meta-analyses**</u>

Meta-analyses are an important epidemiologic tool, although combining several case-control studies does not diminish the overall inferiority of these studies compared to prospective cohort studies and does not eliminate flaws and biases of each individual study. Meta-analyses may also add bias by choosing to include certain studies while excluding others or choosing to include certain data (for example, including only high exposures or ignoring the adjustment for other pesticide use).

**Chang 2016** - Included 5 case-control studies (discussed above) and **De Roos 2005** which was an early analysis of the AHS. The analysis was limited to ever/never use of glyphosate and identified a marginally increased risk for NHL (relative risk 1.3, or 1.2 with adjustment for publication bias). This association was only marginally statistically significant, and its relevance is limited because the results published in **De Roos 2005** were later updated in **Andreotti 2018**, rendering this meta-analysis obsolete. In addition, the meta-analysis did not demonstrate a significant association between glyphosate and DLBCL or FL specifically and a global association with NHL is not meaningful because of the distinct biology of various NHL subtypes. In particular, there is no certainty of how many (if any) cases of MZL were considered in this analysis. The authors of the meta-analysis summarized: "The validity of the meta-RRs for glyphosate use and LHC risk reported here and by others is uncertain because systematic error due to bias and confounding cannot reasonably be ruled out as explanations for the observed associations (including both positive and null associations)."

**Zhang 2019** – Conducted a meta-analysis that included the same studies as **Chang 2016**, except that the updated **Andreotti 2018** supplemented the older **De Roos 2005**. They found a modest increase in risk for NHL (relative risk 1.41). Several methodological flaws should be noted for this study: The AHS study was only partially represented because the authors chose to include only

the most highly exposed individuals and the longest exposure lag (20 years), thereby dramatically decreasing the weight of this study on the overall meta-analysis. In addition, unadjusted results were included, and the authors summarized: "…Because of this heterogeneity, and because no statistical tests can confirm elimination of publication bias or heterogeneity in a meta-analysis, our results should be interpreted with caution". **Kabat 2021** revisited the analysis performed by Zhang and demonstrated that the results highly depended on how heavy exposure and latency period were defined. They undertook a sensitivity analysis and showed that redefining the exposure level and latency time, the relative risk for NHL dropped from 1.41 to 1.05 and was no longer statistically significant.

**Leon 2019** – This was a pooled analysis of the AHS along with 2 other cohort studies conducted in France and in Norway. The study examined associations of 14 chemical groups and 33 active ingredients with NHL overall and its four most frequent subtypes. There was no association between glyphosate and NHL. The study identified a marginal association with DLBCL, which was driven by only 1 of the 3 cohorts and cannot be considered conclusive due to lack of adjustment for multiple testing in this extensive analysis. The authors point this out in their discussion: "…false-positive associations among our findings may have occurred, given the large number of comparisons (14 chemical groups and 33 active ingredients with five cancer outcomes)." The authors also do not claim in their conclusions that these results are conclusive or imply causality. Notably, this meta-analysis only examined never/ever use of glyphosate and an exposure-outcome relationship was not evaluated. A fundamental methodological issue with this analysis is that the AHS is the only one of the three studies that collected detailed information about pesticide use, whereas the 2 European studies estimated pesticide exposure based on which crops were reported by each study participant. This method has been heavily criticized (for example, **Brouwer 2016** and **Tomenson 2017** in the journal Occupational & Environmental Medicine), primarily because when this method was applied to the AHS participants for validation purposes, the estimated exposures did not match the reality. In addition, this analysis did not adjust for certain known confounders, such as a family history of cancer.

**Donato 2020** – This recent meta-analysis examined 7 non-overlapping studies of NHL and glyphosate. The authors conducted a meta-analysis of ever/never exposure as well as a separate analysis of the dose-response correlation using the 3 studies that had detailed data on the extent of exposure. The relative risk to develop NHL was nearly nil and not statistically significant, at 1.03 (95% CI 0.86, 1.21). Similarly, there was no evidence for an elevated risk for FL or DLBCL in connection with glyphosate use.  Importantly, the authors provided evidence for a publication bias, suggesting that body of literature about glyphosate is biased due to the lower likelihood of publishing studies that failed to demonstrate an association compared to studies that did.

### EPA review of meta-analyses

**Zhang 2019** and **Leon 2019** were discussed in a memorandum published by the Toxicology and Epidemiology Branch of the EPA in the course of the registration review for glyphosate in 2020. In regard to **Zhang 2019**, the EPA commented on several methodological flaws and incorrect assumptions that led to certain conclusions. In particular, the EPA commented on the wrong choice of the fixed effect meta-analysis as the statistical model, re-affirmed the strength and validity of the imputation method used in the AHS, and rejected Zhang's choice to focus on individuals with the highest exposure to glyphosate in the AHS without any evidence supporting a dose-response correlation in that study. As a consequence of the latter choice, "…only a small proportion of the results from the largest, most comprehensive, and best designed study among all those examined gets used" (**EPA Memorandum 2020**).

COLUMBIA
COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

**Leon 2019** was also thoroughly reviewed by the EPA. They recognized the strengths of the sample size and reliance on prospective cohort studies only, however the limitations were substantial. The primary weakness of the analysis was that only the AHS contained actual exposure data, and the AGRICAN and CNAP studies made generic assumptions about pesticide exposures based on the types of crops that each participant raised on their farms. Additional limitations included significant differences between the cohort demographics and the lack of adjustment for confounders such as smoking, alcohol intake and family history of cancer.

In its 2020 Memorandum, the EPA also updated a meta-analysis that was independently performed by them using data from the same six studies used by Zhang - **De Roos 2003**, **Andreotti 2018**, **Eriksson 2008**, **Hardell 2002**, **McDuffie 2001** and **Orsi 2009**. Their meta-estimate of the effect size was 1.14 (95% CI: 0.87, 1.50) which was not statistically significant. The Memorandum summarizes the EPA's conclusion that the publications by Leon and Zhang do not change the agency's conclusion that glyphosate should remain categorized as "not likely to be carcinogenic to humans".

### VIII.    Glyphosate and non-Hodgkin lymphoma – animal studies

Preclinical studies that evaluate carcinogenicity frequently include exposure of small animal models to a certain chemical and monitoring of the outcomes. These methods have the potential advantages of precisely controlling the chemical exposure and the environmental conditions, allowing exposures to very high doses or concentrations of an agent and the ability to measure effects on multiple organ systems. These experiments can also be executed with relatively low expense and within a short time frame. The disadvantages of using preclinical models to predict toxicity are, however, numerous:

First, the human body is vastly different in many aspects from mice, rats and other animals. The number of important biologic differences is too high to be detailed here, and it includes differences in absorption mechanisms and pathways used for metabolism and detoxification of chemicals. As an example, chocolate is lethal to dogs and cats (and in high doses, also to mice), and if we were to rely on animal testing alone, we would determine that it was probably toxic to humans, which is clearly not the case. A difference in a single metabolic pathway sets humans apart from many other animals in their ability to metabolize a certain toxic compound contained in chocolate.

Cancer is also a very different disease in animals, and the types of cancer that arise in animals, either spontaneously or as a result of certain exposures, are frequently distinct from cancers that are common in humans. For these reasons, results from animal studies have frequently failed to predict outcomes in humans. Some of the best examples for this notion are in drug development, where the FDA does not approve a drug based on animal testing alone, because clinical trials in humans frequently show different efficacy or side effects of a drug than what has been shown in animals.

Second, carcinogenicity studies in animal models frequently apply doses or concentrations of the agent that are many times higher than the typical human exposure. The agent is also given in various modes of administration (e.g., feeding) that do not necessarily resemble the human exposure. This is done primarily because this information may help regulatory agencies determine the highest safe exposure or the maximum concentration that should be allowed in the environment. For this reason, evidence of toxicity at very high doses in animals generally does not support causality in humans.

Finally, the tight environmental control in preclinical experiments comes at the expense of capturing the variability in human genetics, diet, lifestyle, age, sex, medical conditions and other exposures. As a result, experimental conditions have little resemblance to exposures in humans.

As a result of these limitations, preclinical studies can only be used for preliminary assessment of hazard. To translate hazard assessment to risk assessment, one must put preclinical findings in the human context and account for biologic differences between species, mode and dose of exposure and other factors that may impact the risk.

It is important to note that none of the established risk factors and causes for cancer (for example, smoking, radiation exposure, hepatitis infection) were determined based on preclinical evidence alone. It is critical to have clear and definitive epidemiologic evidence to determine that cancer is caused by a certain exposure.

In evaluating preclinical evidence of carcinogenicity, the experimental design should be carefully assessed. The criteria for evaluating animal carcinogenicity studies were summarized in a monograph from experts at the National Institute of Environmental Health Sciences (**Melnick 2008**):

"To serve as reliable sources of data for the evaluation of the carcinogenic potential of environmental agents, experimental studies must include a) animal models that are sensitive to the end points under investigation; b) detailed characterization of the agent and the administered doses; c) challenging doses and durations of exposure (at least 2 years for rats and mice); d) sufficient numbers of animals per dose group to be capable of detecting a true effect; e) multiple dose groups to allow characterization of dose–response relationships, f) complete and peer-reviewed histopathologic evaluations; and g) pairwise comparisons and analyses of trends based on survival-adjusted tumor incidence."

Based on these criteria, the preclinical evidence that suggests carcinogenicity of glyphosate is weak. Numerous studies (summarized in **Williams 2016** and **Tarazona 2017**) have not demonstrated any increase in the incidence of tumors in animals exposed to glyphosate, and many toxic effects described in these studies for chronic exposure are unrelated to cancer. Due to the large number of preclinical studies showing no association between glyphosate and cancer, it is critical to consider that the few positive results may have occurred by chance alone. Other limitations of preclinical studies pointed out in **Williams 2016** and **Tarazona 2017** include:

1. Inconsistency between studies that used the same model system.
2. Inconsistency of results in male and female animals.
3. Lack of dose-response relationship in most studies.
4. Studies that showed numerical differences without demonstrating statistical significance.
5. Some experiments used very high doses, where some cell death is expected, leading to tissue regeneration, which may give rise to tumors (mostly benign appearing) without any direct DNA damage related to the exposure.
6. Increase in tumors that are either benign and do not progress to malignancy over time or occur commonly in mice and not humans (e.g., hemangiosarcomas) or have little or no resemblance to non-Hodgkin lymphoma (e.g., thyroid adenomas or renal tumors).

In summary, animal toxicity studies have not demonstrated any strong evidence to support causality of NHL. In general, preclinical evidence may help provide a plausible mechanism for cancer causality if it has already been demonstrated in human studies, or may provide a justification to embark on expensive, lengthy and elaborate epidemiologic studies. Once

COLUMBIA

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

epidemiologic studies are available, as is the case for glyphosate, preclinical evidence have considerably less weight on the determination of causality.

IX.     **IARC Monograph 2015**

IARC is an advisory body, founded in 1965 by the World Health Organization, that summarizes scientific evidence and provides expert opinion to governments and regulatory bodies. It does not create or recommend regulations but provides a summary of data available at a certain point in time. The IARC Preamble lists its methods and purpose.

IARC does not follow the Bradford Hill criteria for causality and should not be interpreted in this manner. IARC monographs provide a qualitative assessment of the specific circumstances in which a chemical at some dose, in a certain population and in a certain manner of exposure could cause cancer. IARC does not provide a quantitative assessment of what these specific circumstances should be in order to cause cancer. By design, IARC monographs do not supply the information required to determine what "normal" or healthy human exposure is appropriate. For this reason, regulatory agencies that regulate food, the environment and chemicals (and various aspects of their manufacturing, marketing and transporting) may refer to the IARC summary, but also conduct an independent assessment that is tailored to their individual tasks. In addition, IARC has no role in determining specific causality, and does not provide any tools for the quantitative assessment of exposures that may specific causality.

IARC's objective is to assess hazard and not risk. While these terms are often used interchangeably, they are very different when it comes to toxicology. A **hazard** is a chemical that has the potential to cause harm under certain conditions. A **risk** is the individual chance of a person to be harmed if exposed to a hazard. IARC's objective is to characterize hazards but not to assess the individual risks associated with specific use of a chemical or its presence in the environment or in commercial products. Its assessments are a starting point for governmental and regulatory bodies which make their own evaluations of whether a risk in fact exists, and if so, what appropriate measures should apply in order to minimize such risk.

For example, Lindane is categorized by IARC as category 1 – carcinogenic to humans, however it can be found in every pharmacy in the U.S. as a shampoo against lice. This is a good example of the way hazards are handled; the EPA (and many other environmental agencies around the world) has banned lindane use as a pesticide because exposure by inhalation or ingestion presents excessive risk, whereas the FDA allows limited topical use by prescription only because this mode and extent of exposure do not present a significant risk.

Similarly, processed meat is classified as category 1 – carcinogenic to humans, and red meat is classified as category 2A – probably carcinogenic to humans (similar to glyphosate), yet these are not banned in any way from being manufactured, sold, marketed or consumed by humans. Here again, government agencies implement regulations and policies to help citizens manage the risk, rather than banning the marketing of meat all together. The Code of Federal Regulations regulates the amounts of certain preservatives used in processed meat; the FDA provides recommendations to industry regarding the amounts of salt added to meat during processing; and the government supports universal screening for colorectal cancer – these are some of the measures put in place to manage the risk to the general population posed by the availability of processed meat and red meat. Additional examples include alcoholic beverages (category 1 by IARC) and hot beverages (category 2A by IARC).

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

As a rule, IARC does not confirm non-carcinogenicity. The only categories that IARC considers are carcinogenic, probably carcinogenic, possibly carcinogenic or unclassifiable. As a result, coffee, drinking water, dental materials and tea are just a few examples for agents that IARC considers unclassifiable despite a broad consensus that these are not carcinogenic materials. Of more than 1000 agents that IARC reviewed, nearly half are in this unclassifiable category.

IARC Category 2A is defined based on "limited evidence of carcinogenicity in humans… Limited evidence means that a positive association has been observed between exposure to the agent and cancer but that other explanations for the observations (called chance, bias, or confounding) could not be ruled out." Based on this definition, category 2A does not confirm with a reasonable degree of medical probability that glyphosate causes cancer. To understand the context of IARC assessment of glyphosate, I should point out several other agents that received a similar assessment of category 2A – Hairdresser Work, Food Frying, Night Shift Work, Red Meat and Hot Beverages (as mentioned earlier). From this list alone, it seems unreasonable to imply causality of cancer based on this IARC categorization.

IARC's evaluation of glyphosate had several specific limitations:

A. IARC considered the AHS but only an early evaluation of the AHS results was available at that time (**De Roos 2005**), which was later superseded by **Andreotti 2018**, which included 11 additional years of follow up [and 6 times as many NHL cases (575 vs. 92)]. The pooled analyses that included the AHS study along with other contemporary studies (**Zhang 2019** and **Leon 2019**) were also not available at the time that IARC performed their assessment.  It is critical to recognize this significant body of literature that has been published on glyphosate since the IARC meeting in 2015. As in the case of any other guidelines and consensus statements, the IARC Monograph has been practically invalidated once these additional scientific data became available.

B. IARC discussions lack transparency and their decisions are not open for public comments, in stark contrast to the process that US agencies (such as EPA) utilize when rules, regulations or policies are created or updated. IARC monographs also lack financial disclosures of the committee members, which does not allow one to assess a potential bias due to relationship of the members with industry.

C. IARC considers only published studies in the scientific literature that are publicly available, therefore its assessment is not comprehensive.

## X.   Conclusions of data analyses published by regulatory bodies

As mentioned earlier, IARC's role is limited to providing an evaluation of hazards. Regulatory agencies and health authorities are the ones that assess specific risks and implement guidelines and rules for use of each chemical accordingly. Numerous regulatory bodies that considered IARC's hazard assessment subsequently determined that glyphosate is not likely carcinogenic in humans, in many cases based on their independent evaluations of the scientific data. For example, only months following the publication of the IARC monograph, the European Food Safety Authority (EFSA) finalized a re-assessment of glyphosate (November 2015), concluding that glyphosate Is unlikely to pose a carcinogenic hazard to humans. Shortly after that, in May 2016, the Joint Food and Agriculture Organization/WHO Meeting on Pesticide Residues (JMPR), which is another subdivision of the World Health Organization similar to IARC, concluded that glyphosate was unlikely to pose a carcinogenic risk from exposure through diet.

**COLUMBIA**
COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

The Environmental Protection Agency (EPA) published an Interim Registration Review Decision in January 2020, which concluded: "The EPA did not identify any human health risks from exposure to glyphosate." The EPA considered both publicly available data that was systematically collected from various scientific databases and toxicology studies submitted to the EPA as part of the registration process. It excluded on purpose some animal studies that had low relevance to human carcinogenicity, such as studies in frogs and reptiles. The EPA decision process was fully transparent and was open for public comments, followed by a public response of the EPA to these comments. As a result, the EPA's evaluation is more comprehensive, transparent and up-to-date than the IARC assessment.

The Health Canada Pest Management Regulatory Agency, which regulates all marketed pesticides in Canada, published its re-evaluation of glyphosate in April 2017. It concluded that: "Glyphosate is not genotoxic and is unlikely to pose a human cancer risk. Occupational and residential risks associated with the use of glyphosate are not of concern, provided that updated label instructions are followed." Health Canada reaffirmed their evaluation in a subsequent statement published in January 2019 following a "thorough scientific review," noting that "Our scientists left no stone unturned in conducting this review".

Similar conclusions that glyphosate is unlikely to pose a carcinogenic risk to humans were published by the European Chemical Agency, the Australian Pesticides and Veterinary Medicines Authority and the New Zealand Environmental Protection Authority.

## XI.    Additional Matters

In the past four years, I have testified in the following matters:  Christopher Wade, et al. v. Monsanto Company et al., Circuit Court of the City of St. Louis, State of Missouri,  Case No. 1722-CC00370 (deposition) (Dec. 18, 2019); Donetta Stephens v. Monsanto Company and Crown Ace Hardware, Superior Court of the State of California, County of San Bernardino, Case No. CIVSB2104801 (deposition) (June 17, 2021); and Nathaniel Evans, et al. v. Monsanto Company, Circuit Court of the City of St. Louis, State of Missouri,  Case No. 1722-CC01372-01 (deposition) (July 15, 2021).

My hourly rate for review of medical records, research on scientific literature, meetings, and report preparation is $600 per hour.  My rate for deposition is $2,500 per half day and $5,000 per full day.

## XII.    Summary

Based on my assessment of numerous layers of scientific evidence, including preclinical studies, case-control studies, prospective cohort studies and meta-analyses, there is no reliable evidence that glyphosate causes or contributes to NHL or its subtypes, including MZL, in humans. My opinion is in agreement with numerous regulatory authorities that have independently assessed the scientific evidence and determined that glyphosate is unlikely to pose any risks to humans, including a risk for cancer in general or NHL specifically.

Ran Reshef, M.D,. M.Sc.

# EXHIBIT A

OMB No. 0925-0001 and 0925-0002 (Rev. 03/2020 Approved Through 02/28/2023)

# BIOGRAPHICAL SKETCH

NAME: Reshef, Ran

eRA COMMONS USER NAME: RESHEF

POSITION TITLE: Associate Professor of Medicine at Columbia University Irving Medical Center; Medical Director, Cellular Immunotherapy; Director, Translational Research in Blood and Marrow Transplantation and Cell Therapy; Principal Investigator, Columbia Center for Translational Immunology

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| Tel Aviv University, Tel Aviv | BS | 08/1996 | Medical Science |
| Tel Aviv University, Tel Aviv | MD | 05/2003 | Medicine |
| University of Pennsylvania, Philadelphia, PA | MS | 10/2011 | Translational Research |
| Sourasky Tel Aviv Medical Center, Tel Aviv | Resident | 12/1998 | Internship |
| Sourasky Tel Aviv Medical Center, Tel Aviv | Resident | 04/2007 | Internal Medicine |
| Hospital of the University of Pennsylvania, Philadelphia, PA | Fellow | 10/2009 | Hematology and Oncology |
| Abramson Family Cancer Research Institute, University of Pennsylvania, Philadelphia, PA | Postdoctoral Fellow | 06/2011 | Postdoctoral Research, Vonderheide Lab |

## A.  Personal Statement

I am a physician scientist in translational immunology. My laboratory combines efforts in both basic research and clinical investigation to advance the understanding of immune responses following adoptive cell therapies and hematopoietic stem-cell transplantation. My research focuses on two primary areas: 1. Investigating lymphocyte migration mechanisms and how they affect the clinical and immunologic outcomes of hematopoietic cell transplantation in humans, primarily graft-versus-host disease. My group pioneered the use of chemokine receptor blockade after allogeneic hematopoietic cell transplantation to reduce graft-versus-host disease. We currently study cell migration mechanisms in preclinical models of cancer immunotherapies and adoptive cell therapies. 2. Development of single-cell methodologies to interrogate human biospecimens from patients undergoing adoptive cell therapy or hematopoietic cell transplant in order to unravel novel therapeutic targets and identify prognostic and predictive biomarkers. We use a diverse toolset of genomic and immunophenotypic methods, including multi-parameter flow cytometry, single-cell RNA sequencing and TCR sequencing. Our ultimate goal is to improve cell therapy and transplant outcomes using evidence in both mice and humans and to test these targets clinically. I have authored or co-authored more than 70 original research publications related to translational immunology and I am a current or past recipient of awards from the NCI, NHLBI, Conquer Cancer Foundation, Department of Defense, National Marrow Donor Program, American Society of Hematology and the Leukemia and Lymphoma Society.


Ongoing and recently completed research support:

R01 HL127351
NHLBI
Reshef, Ran (PI)
08/01/2019 - 06/30/2024
Effector T-cell trafficking in graft-versus-host disease

W81XWH1910578
Department of Defense
Reshef, Ran (PI)
08/15/2019 - 8/14/2021
Glucagon-Like-Peptide 2 (GLP-2) Analogues as a Novel Strategy for Prevention and Treatment of Graft-Versus-Host Disease

W81XWH1810328
Department of Defense
Reshef, Ran (PI)
07/01/2018 - 6/30/2021 (NCE)
Identification of Effector and Suppressive T-Cell Clones in Graft-vs-Host Disease

P30CA013696-45
NCI
Rustgi (PI), Role: Co-PI (Intra/Inter-Programmatic Pilot Grant)
07/01/20-06/30/21
Identification of a targetable macrophage maturation defect in human intestinal graft-versus-host disease by using advanced single-cell technologies and machine learning tools

Citations:

1. Reshef R, Luger SM, Hexner EO, Loren AW, Frey NV, Nasta SD, Goldstein SC, Stadtmauer EA, Smith J, Bailey S, Mick R, Heitjan DF, Emerson SG, Hoxie JA, Vonderheide RH, Porter DL. Blockade of lymphocyte chemotaxis in visceral graft-versus-host disease. **N Engl J Med**. 2012 Jul 12;367(2):135-45. PubMed PMID: 22784116; PubMed Central PMCID: PMC3568501.
2. Reshef R, Huffman AP, Gao A, Luskin MR, Frey NV, Gill SI, Hexner EO, Kambayashi T, Loren AW, Luger SM, Mangan JK, Nasta SD, Richman LP, Sell M, Stadtmauer EA, Vonderheide RH, Mick R, Porter DL. High Graft CD8 Cell Dose Predicts Improved Survival and Enables Better Donor Selection in Allogeneic Stem-Cell Transplantation With Reduced-Intensity Conditioning. **J Clin Oncol**. 2015 Jul 20; 33(21):2392-8; PubMed PMID: 26056179; PubMed Central PMCID: PMC4500833
3. Moy RH, Huffman AP, Richman LP, Crisalli L, Wang XK, Hoxie JA, Mick R, Emerson SE, Vonderheide RH, Porter DL, Reshef R "Clinical and Immunologic Impact of CCR5 Blockade in Graft-Versus-Host Disease Prophylaxis" **Blood** 2017 Feb 16;129(7):906-916; PubMed PMID: 28057639;PubMed Central PMCID: PMC5314813
4. Reshef R, Saber W, Bolaños-Meade J, Chen G, Chen YB, Ho VT, Ponce DM, Nakamura R, Martens MJ, Hansen JA, Levine JE. Acute GVHD Diagnosis and Adjudication in a Multicenter Trial: A Report From the BMT CTN 1202 Biorepository Study. **J Clin Oncol**. 2021 Jan 28;:JCO2000619. [Epub ahead of print] PubMed PMID: 33507810.

## B. Positions and Honors

### Positions

| | |
|---|---|
| 2015 - | Associate Attending Physician, BMT service, New York Presbyterian Hospital/Columbia University Medical Center, New York, NY |
| 2015 - | Associate Professor of Medicine at Columbia University Irving Medical Center, Columbia College of Physicians and Surgeons, New York, NY |
| 2011 - 2015 | Assistant Professor of Medicine, University of Pennsylvania Perelman School of Medicine, Philadelphia, PA |
| 2009 - 2015 | Attending Physician, Heme malignancies and BMT service, Hospital of the University of Pennsylvania, Philadelphia, PA |

### Scientific Appointments

| | |
|---|---|
| 2021 | Study Section. Amy Strelzer Manasevit Research Program, National Marrow Donor Program (Member) |

| | |
|---|---|
| 2021 | Study Section. SPORE P50 Panel, National Cancer Institute (Member) |
| 2021 | Study Section. Autoimmunity, Transplantation, and Tumor Immunology special emphasis panel National Institutes of Health (Member) |
| 2020- | Editorial Board, Transplantation and Cell Therapy (previously Biology of Blood and Marrow Transplantation) |
| 2020 | Einstein Foundation Berlin (Project Reviewer) |
| 2020 | Conquer Cancer – Israel Cancer Research Fund, American Society of Clinical Oncology (Reviewer) |
| 2020 | Career Development Blood Cancers peer review panel, Department of Defense (Reviewer) |
| 2019 | Coordinating reviewer, ASH Annual Meeting |
| 2018 - | Member, Biomarkers Committee, Bone Marrow Transplant Clinical Trials Network (BMTCTN) |
| 2018 - | Member-At-Large, Tri-State Transplant Consortium Steering Committee |
| 2018 - | Data and Safety Monitoring Board/ Data Monitoring Committee, Phase I Study of CD123-Targeting CAR- T Cells in AML. Center for Cellular Immunotherapies. University of Pennsylvania (Member) |
| 2018-2021 | Conquer Cancer Foundation, American Society of Clinical Oncology (Reviewer) |
| 2018- | Research Council KU Leuven, University of Leuven, Belgium (Reviewer) |
| 2018- | U.S.- Israel Binational Science Foundation, Israel (Reviewer) |
| 2018 | Abstract reviewer, SITC Annual Meeting |
| 2017- | Excellence Initiative, Universite Bourgogne Franche-Comte, France (Reviewer) |
| 2017- | Bone Marrow Failure Panel, Department of Defense (Member) |
| 2016, 2017 | Translational Research Program Panel, Leukemia and Lymphoma Society (Member) |
| 2014 | Blood Cancer/MPD Panel, Department of Defense (Member) |
| 2013 | Blood Cancer Panel, Department of Defense (Member) |
| 2013- | Founding Member, MAGIC- "mount Sinai Acute GvHD International Consortium" |
| 2012- | Member, Steering Committee, Bone Marrow Transplant Clinical Trials Network (BMTCTN) |
| 2012-2018 | Co-chair, BMT-CTN 1203- "Novel Strategies in GvHD prevention", Bone Marrow Transplant Clinical Trials Networks (BMTCN) |
| 2012- | Provocative Questions Special Emphasis Panel, NCI (Member) |
| 2012- | Editorial Board, American Journal of Hematology |
| 2010,2012, 2018 | Abstract reviewer, ASH Annual Meeting |
| 2010- | Ad hoc manuscript reviewer: Nature Biotechnology, Science Translational Medicine, Journal of Experimental Medicine, Blood, Frontiers in Immunology, Biology of Blood and Marrow Transplantation, Cytotherapy, Haematologica, Lancet EBioMedicine, American Journal of Transplantation, Bone Marrow Transplantation, Immunotherapy, American Journal of Hematology, Leukemia & Lymphoma, Cancer Biology & Therapy, Springer Science, Expert Reviews of Hematology, Transplant Infectious Disease, Transplant International, Annals of Transplantation |

## Honors

| | |
|---|---|
| 2013 | Amy Strelzer Manasevit Research Program Award, National Marrow Donor Program |
| 2012 | Austrian Junior Faculty Award, Department of Medicine, University of Pennsylvania |
| 2011 | Bradley Fellow Research Award. Department of Medicine, University of Pennsylvania |
| 2009 | ASH Clinical Research Training Institute |
| 2008 | ASCO/AACR Methods in Clinical Cancer Research Workshop |
| 2008 | Sternberg Research Award. Abramson Cancer Center, University of Pennsylvania |
| 2003 | MD, Magna Cum Laude, Tel Aviv University |
| 1997 | Achievement Award in Clinical Studies, Tel Aviv University |
| 1992, 1995, 1996 | Dean's List, Tel Aviv University |
| 1991 | Adi Lautmann Scholarship Program for Outstanding Students, Tel Aviv University |

## C. Contributions to Science

1. Development of lymphocyte trafficking blockade as a strategy for graft-versus-host disease prevention: We took this strategy from bench to bedside, demonstrating for the first time that blockade of chemotaxis can lead to a meaningful reduction in visceral graft-versus-host disease in humans. This strategy has so far been

tested in 4 clinical trials, including a multi-center randomized phase 2 study. It is also being explored in other disease areas such as immune-mediated liver disease and cancer immunotherapy.

a. Reshef R, Luger SM, Hexner EO, Loren AW, Frey NV, Nasta SD, Goldstein SC, Stadtmauer EA, Smith J, Bailey S, Mick R, Heitjan DF, Emerson SG, Hoxie JA, Vonderheide RH, Porter DL. (2012) Blockade of lymphocyte chemotaxis in visceral graft-versus-host disease. **N Engl J Med**. Jul 12;367(2):135-45. PubMed PMID: 22784116; PubMed Central PMCID: PMC3568501

b. Moy RH, Huffman AP, Richman LP, Crisalli L, Wang XK, Hoxie JA, Mick R, Emerson SE, Vonderheide RH, Porter DL, Reshef R (2017) Clinical and Immunologic Impact of CCR5 Blockade in Graft-Versus-Host Disease Prophylaxis. **Blood.** 129 (7):906-916; PubMed PMID: 28057639; PubMed Central PMCID: PMC5314813

c. Bolaños-Meade J*, Reshef R*, Fraser R, Fei M, Abhyankar S, Al-Kadhimi Z, Alousi AM, Antin JH, Arai S, Bickett K, Chen YB, Damon LE, Efebera YA, Geller N, Giralt SA, Hari P, Holtan SG, Horowitz MM, Jacobsohn DA, Jones RJ, Liesveld JL, Logan BR, MacMillan ML, Mielcarek M, Noel P, Pidala J, Porter DL, Pusic I, Sobecks R, Solomon S, Weisdorf DJ, Wu J, Pasquini MC, Koreth J (2019). Three prophylaxis regimens (tacrolimus, mycophenolate mofetil, and cyclophosphamide; tacrolimus, methotrexate, and bortezomib; or tacrolimus, methotrexate, and maraviroc) versus tacrolimus and methotrexate for prevention of graft-versus-host-disease with haematopoietic cell transplantation with reduced-intensity conditioning: a randomised phase 2 trial with a non-randomised contemporaneous control group (BMT CTN 1203) **Lancet Hematol** Mar; 6(3):e132-e143 *Equal contribution. PubMed PMID: 30824040; PubMed Central PMCID: PMC6503965

d. Reshef R, Ganetsky A, Acosta E, Blauser R, Crisalli L, McGraw J, Frey N, Hexner E, Hoxie J, Loren A, Luger S, Mangan J, Stadtmauer E, Mick R, Vonderheide R, Porter D (2019). Extended CCR5 Blockade for Graft-Versus-Host Disease Prophylaxis Improves Outcomes of Reduced Intensity Unrelated Donor Hematopoietic Cell Transplantation: A Phase II Clinical Trial. **Biol Blood Marrow Transplant** 25 (3):515-521; PubMed PMID: 30315941; PubMed Central PMCID: PMC6445759

2. Development of novel immunologic approaches to enhance anti-tumor responses and prevent cancer relapse after stem-cell transplantation: We found that higher CD8 cell doses in reduced-intensity allogeneic stem-cell transplantation dramatically reduce disease relapse rates and improve survival. The mechanism responsible for this observation is currently being explored in our lab. We also identified in collaboration with Yi Zhang at Temple University the role of Dll4-expressing dendritic cells in shaping T-cell reconstitution and activation after allogeneic stem-cell transplantation. We together described the function of these cells in both mice and humans. In ongoing collaboration with the same group, we described the role of Ezh2 as a modulator of alloreactive immune responses in mice.

a. Reshef R, Huffman AP, Gao A, Luskin MR, Frey NV, Gill SI, Hexner EO, Kambayashi T, Loren AW, Luger SM, Mangan JK, Nasta SD, Richman LP, Sell M, Stadtmauer EA, Vonderheide RH, Mick R, Porter DL. (2015) High Graft CD8 Cell Dose Predicts Improved Survival and Enables Better Donor Selection in Allogeneic Stem-Cell Transplantation With Reduced-Intensity Conditioning. **J Clin Oncol**. Jun 8 33(21):2392-8;PubMed PMID: 26056179; PubMed Central PMCID: PMC4500833

b. Mochizuki K, Meng L, Mochizuki I, Tong Q, He S, Liu Y, Purushe J, Fung H, Zaidi RM, Zhang Y, Reshef R, Blazar BR, Yagita H, Mineishi S, Zhang Y (2016). Programming of Donor T Cells Using Allogeneic Delta-like ligand 4-positive Dendritic Cells to Reduce GVHD in Mice. **Blood** Jun 23;127(25):3270-80; PubMed PMID: 27143255; PubMed Central PMCID: PMC4920025

c. Luskin MR, Carroll M, Lieberman D, Morrissette JD, Zhao J, Crisalli L, Roth DB, Luger SM, Porter DL, Reshef R (2016). Clinical Utility of Next Generation Sequencing for Oncogenic Mutations in AML Patients Undergoing Allogeneic Stem Cell Transplantation. **Biol Blood Marrow Transplant** Nov; 22(11):1961-1967; PubMed PMID: 27478011. PubMed Central PMCID: PMC5067228

d. He S, Liu Y, Meng L, Sun H, Wang Y, Ji Y, Purushe J, Chen P, Li C, Madzo J, Issa JP, Soboloff J, Reshef R, Moore BB, Gattinoni L, Zhang Y (2017). Ezh2 Phosphorylation State Determines its Capacity to Maintain CD8+ T Memory Precursors for Antitumor Immunity. **Nat Commun** Dec 14; 8(1):2125; PubMed PMID: 29242551; PubMed Central PMCID: PMC5730609

3. Identification of risk factors, prognostic and predictive factors for post-transplant complications: We identified factors that predispose patients for post-transplant lymphoproliferative disorder and investigated factors that determine PTLD prognosis and responsiveness to therapy. As part of the MAGIC consortium and the NIH-

sponsored Bone Marrow Transplant Clinical Trials Network, I led and participated in several studies to the role of biomarkers in prognosticating and improving GVHD outcomes.

a. Reshef R, Saber W, Bolaños-Meade J, Chen G, Chen YB, Ho VT, Ponce DM, Nakamura R, Martens MJ, Hansen JA, Levine JE. Acute GVHD Diagnosis and Adjudication in a Multicenter Trial: A Report From the BMT CTN 1202 Biorepository Study. **J Clin Oncol**. 2021 Jan 28;:JCO2000619. [Epub ahead of print] PubMed PMID: 33507810.

b. Luskin MR, Heil DS, Tan KS, Choi S, Stadtmauer EA, Schuster SJ, Porter DL, Vonderheide RH, Bagg A, Heitjan DF, Tsai DE, Reshef R. (2015) The Impact of EBV Status on Characteristics and Outcomes of Posttransplantation Lymphoproliferative Disorder. **Am J Transplant**. Oct; 15(10):2665-73. PubMed PMID: 25988622; PubMed Central PMCID: PMC5726526

c. Aziz MD, Shah J, Kapoor U, Dimopoulos CN, Anand S, Augustine A, Ayuk FA, Chaudhry M, Chen YB, Choe HK, Etra A, Gergoudis S, Hartwell MJ, Hexner EO, Hogan WJ, Kitko C, Nowalvk S, Kroger N, Merli P, Morales G, Nakamura R, Ordemann R, Pulsipher MA, Qayed M, Reshef R, Rosler W, Schechter T, Schreiner E, Srinagesh H, Wolfl M, Wudihkarn K, Yanki G, Young R, Ozbek U, Ferrara JLM, Levine JE (2020). Disease Risk and GVHD Biomarkers Can Stratify Patients For Risk of Relapse and Non-Relapse Mortality Post Hematopoietic Cell Transplant. **Leukemia.** 2020 Jul;34(7):1898-1906. PubMed PMID: 32020045; PubMed Central PMCID: PMC7332389

d. Hartwell MJ, Ozbek U, Holler E, Renteria AS, Major-Monfried H, Reddy PR, Aziz M, Hogan WJ, Ayuk FA, Efebera YA, Hexner EO, Bunworasate U, Qayed M, Ordemann R, Woelfl M, Mielke S, Pawarode A, Chen YB, Devine SM, Harris AC, Jagasia MH, Kitko CL, Litzow MR, Kroger N, Locatelli F, Morales G, Nakamura R, Reshef R, Rosler W, Weber D, Wudhikarn K, Yanik GA, Levine JE, Ferrara JLM (2018). An Early Biomarker Algorithm Predicts Lethal Graft-versus-Host Disease and Survival. **J Clin Invest Insight** 3(16) pii: 124015. PubMed PMID: 30135313. PubMed Central PMCID: PMC6141176

**A link to my complete list of publications can be found here:**

https://www.ncbi.nlm.nih.gov/sites/myncbi/ran.reshef.1/bibliography/46364128/public/?sort=date&direction=descending

# EXHIBIT B

<u>Ran Reshef, MD - List of Materials Considered – Spector</u>

Abolhassani H, Hammarström L, Cunningham-Rundles C. Current genetic landscape in common variable immune deficiency. Blood. 2020 Feb 27;135(9):656-667.

Agricultural Health Study website - https://aghealth.nih.gov/

Aksamit TR, O'Donnell AE, Barker A, Olivier KN, Winthrop KL, Daniels MLA, Johnson M, Eden E, Griffith D, Knowles M, Metersky M, Salathe M, Thomashow B, Tino G, Turino G, Carretta B, Daley CL; Bronchiectasis Research Registry Consortium. Adult Patients With Bronchiectasis: A First Look at the US Bronchiectasis Research Registry. Chest. 2017 May;151(5):982-992.

Alavanja MC, Sandler DP, McMaster SB, Zahm SH, McDonnell CJ, Lynch CF, Pennybacker M, Rothman N, Dosemeci M, Bond AE, Blair A. The Agricultural Health Study. Environ Health Perspect. 1996 Apr;104(4):362-9.

Alderuccio JP, Lossos IS. Prognostic factors and risk of transformation in marginal zone lymphoma. Ann Lymphoma. 2020; 4(6): doi: 10.21037/aol-20-8.

Altieri A, Bermejo JL, Hemminki K. Familial risk for non-Hodgkin lymphoma and other lymphoproliferative malignancies by histopathologic subtype: the Swedish Family-Cancer Database. Blood. 2005 Jul 15;106(2):668-72.

Anderson LA, Atman AA, McShane CM, Titmarsh GJ, Engels EA, Koshiol J. Common infection-related conditions and risk of lymphoid malignancies in older individuals. Br J Cancer. 2014 May 27;110(11):2796-803.

Andreotti G, Beane Freeman LE, Shearer JJ, Lerro CC, Koutros S, Parks CG, Blair A, Lynch CF, Lubin JH, Sandler DP, Hofmann JN. Occupational pesticide use and risk of renal cell carcinoma in the Agricultural Health Study. Environ Health Perspect. 2020 Jun;128(6):67011. doi: 10.1289/EHP6334. Epub 2020 Jun 12.

Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, Lynch CF, Lerro CC, De Roos AJ, Parks CG, Alavanja MC, Silverman DT, Beane Freeman LE. Glyphosate use and cancer incidence in the Agricultural Health Study. J Natl Cancer Inst. 2018 May 1;110(5):509-516. & Supplement.

Andreotti G, Lubin JH, Koutros S, Hofmann JN, Sandler DP, Lerro CC, Parks CG, Silverman DT, Beane Freeman LE. Response to Sheppard and Shaffer. J Natl Cancer Inst. 2019 Feb 1;111(2):216-218.

Arenas-Jal M, Suñé-Negre JM, García-Montoya E. Coenzyme Q10 supplementation: Efficacy, safety, and formulation challenges. Compr Rev Food Sci Food Saf. 2020 Mar;19(2):574-594.

Bae YA, Lee KS, Han J, Ko YH, Kim BT, Chung MJ, Kim TS. Marginal zone B-cell lymphoma of bronchus-associated lymphoid tissue: imaging findings in 21 patients. Chest. 2008 Feb;133(2):433-40.

Barker AF. Bronchiectasis. N Engl J Med. 2002 May 2;346(18):1383-93.

Bin Riaz I, Faridi W, Patnaik MM, Abraham RS. A systematic review on predisposition to lymphoid (B and T cell) neoplasias in patients with primary immunodeficiencies and immune dysregulatory disorders (inborn errors of immunity). Front Immunol. 2019 Apr 16;10:777. doi: 10.3389/fimmu.2019.00777.

Bjelakovic G, Nikolova D, Gluud LL, Simonetti RG, Gluud C. Antioxidant supplements for prevention of mortality in healthy participants and patients with various diseases. Cochrane Database Syst Rev. 2012 Mar 14;(3):CD007176. doi: 10.1002/14651858.CD007176.pub2.

Blair A, Tarone R, Sandler D, Lynch CF, Rowland A, Wintersteen W, Steen WC, Samanic C, Dosemeci M, Alavanja MC. Reliability of reporting on life-style and agricultural factors by a sample of participants in the Agricultural Health Study from Iowa. Epidemiology. 2002 Jan;13(1):94-9.

Blair A, Thomas K, Coble J, Sandler DP, Hines CJ, Lynch CF, Knott C, Purdue MP, Zahm SH, Alavanja MC, Dosemeci M, Kamel F, Hoppin JA, Freeman LB, Lubin JH. Impact of pesticide exposure misclassification on estimates of relative risks in the Agricultural Health Study. Occup Environ Med. 2011 Jul;68(7):537-41.

Blair A, Zahm SH. Methodologic issues in exposure assessment for case-control studies of cancer and herbicides. Am J Ind Med. 1990;18(3):285-93.

Bolognesi C, Carrasquilla G, Volpi S, Solomon KR, Marshall EJ. Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: association to occupational exposure to glyphosate. J Toxicol Environ Health A. 2009;72(15-16):986-97.

Borie R, Wislez M, Antoine M, Cadranel J. Lymphoproliferative Disorders of the Lung. Respiration. 2017;94(2):157-175.

Bracci PM, Benavente Y, Turner JJ, Paltiel O, Slager SL, Vajdic CM, Norman AD, Cerhan JR, Chiu BC, Becker N, Cocco P, Dogan A, Nieters A, Holly EA, Kane EV, Smedby KE, Maynadié M, Spinelli JJ, Roman E, Glimelius B, Wang SS, Sampson JN, Morton LM, de Sanjosé S. Medical history, lifestyle, family history, and occupational risk factors for marginal zone lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):52-65.

Brouwer M, Schinasi L, Beane Freeman LE, Baldi I, Lebailly P, Ferro G, Nordby KC, Schüz J, Leon ME, Kromhout H. Assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium. Occup Environ Med. 2016 Jun;73(6):359-67.

Cerhan JR, Slager SL. Familial predisposition and genetic risk factors for lymphoma. Blood. 2015 Nov 12;126(20):2265-73.

Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. J Environ Sci Health B. 2016;51(6):402-34.

Chatterjee N, Hartge P, Cerhan JR, Cozen W, Davis S, Ishibe N, Colt J, Goldin L, Severson RK. Risk of non-Hodgkin's lymphoma and family history of lymphatic, hematologic, and other cancers. Cancer Epidemiol Biomarkers Prev. 2004 Sep;13(9):1415-21.

Chiu BC, Weisenburger DD, Zahm SH, Cantor KP, Gapstur SM, Holmes F, Burmeister LF, Blair A. Agricultural pesticide use, familial cancer, and risk of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers Prev. 2004 Apr;13(4):525-31.

Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M, 't Mannetje AM, Becker N, Benavente Y, de Sanjosé S, Foretova L, Staines A, Maynadié M, Nieters A, Brennan P, Miligi L, Ennas MG, Boffetta P. Lymphoma

risk and occupational exposure to pesticides: results of the Epilymph study. Occup Environ Med. 2013 Feb;70(2):91-8.

Collins F. Random mutations play a major role in cancer. Posted April 4, 2017. https://directorsblog.nih.gov/2017/04/04/random-mutations-play-major-role-in-cancer/#more-8082

De Roos AJ, Blair A, Rusiecki JA, Hoppin JA, Svec M, Dosemeci M, Sandler DP, Alavanja MC. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect. 2005 Jan;113(1):49-54.

De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF, Blair A. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med. 2003 Sep;60(9):E11. doi: 10.1136/oem.60.9.e11.

Deng W, Wan Y, Yu JQ. Pulmonary MALT Lymphoma has variable features on CT. Sci Rep. 2019 Jun 17;9(1):8657. doi: 10.1038/s41598-019-45144-9.

Donato F, Pira E, Ciocan C, Boffetta P. Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med Lav. 2020 Feb 24;111(1):63-73.

Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer. 2008 Oct 1;123(7):1657-63.

Ernst G, Torres C, Borsini E, Vigovich F, Downey D, Salvado A, Bosio M. Bilateral bronchiectasis as a presentation form of pulmonary marginal zone B-Cell Lymphoma of bronchus associated lymphoid tissue. Case Rep Oncol Med. 2015;2015:975786. doi: 10.1155/2015/975786.

Food and Drug Administration, Center for Drug Evaluation and Research. Summary Minutes of the Pharmacy Compounding Advisory Committee Meeting. November 20-21, 2017

Gillezeau C, van Gerwen M, Shaffer RM, Rana I, Zhang L, Sheppard L, Taioli E. The evidence of human exposure to glyphosate: a review. Environ Health. 2019 Jan 7;18(1):2. doi: 10.1186/s12940-018-0435-5.

Goldgar DE, Easton DF, Cannon-Albright LA, Skolnick MH. Systematic population-based assessment of cancer risk in first-degree relatives of cancer probands. J Natl Cancer Inst. 1994 Nov 2;86(21):1600-8.

Goldin LR, Landgren O, McMaster ML, Gridley G, Hemminki K, Li X, Mellemkjaer L, Olsen JH, Linet MS. Familial aggregation and heterogeneity of non-Hodgkin lymphoma in population-based samples. Cancer Epidemiol Biomarkers Prev. 2005 Oct;14(10):2402-6.

Greim H, Saltmiras D, Mostert V, Strupp C. Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies. Crit Rev Toxicol. 2015 Mar;45(3):185-208.

Guyton KZ, Loomis D, Grosse Y, El Ghissassi F, Benbrahim-Tallaa L, Guha N, Scoccianti C, Mattock H, Straif K; International Agency for Research on Cancer Monograph Working Group, IARC, Lyon, France. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncol. 2015 May;16(5):490-1.

Hanahan D, Weinberg RA. The hallmarks of cancer. Cell. 2000 Jan 7;100(1):57-70.

Haneke KE, Integrated Laboratory Systems, Inc. Dimethylethanolamine (DMAE) [108-01-0] and Selected Salts and Esters: Review of Toxicological Literature (Update). Prepared for Scott Masten, PhD, National Institute of Environmental Health Sciences. November 2002.
https://ntp.niehs.nih.gov/ntp/htdocs/chem_background/exsumpdf/dmae_update_110002_508.pdf

Hardell L, Eriksson M, Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma. 2002 May;43(5):1043-9.

Hardell L, Eriksson M. A case-control study of non-Hodgkin lymphoma and exposure to pesticides. Cancer. 1999;85:1353-1360.

Harris NL, Jaffe ES, Stein H, Banks PM, Chan JK, Cleary ML, Delsol G, De Wolf-Peeters C, Falini B, Gatter KC, et al. A revised European-American classification of lymphoid neoplasms: a proposal from the International Lymphoma Study Group. Blood. 1994 Sep 1;84(5):1361-92.

Heilgeist A, McClanahan F, Ho AD, Witzens-Harig M. Prognostic value of the Follicular Lymphoma International Prognostic Index score in marginal zone lymphoma: an analysis of clinical presentation and outcome in 144 patients. Cancer. 2013 Jan 1;119(1):99-106.

Heltshe SL, Lubin JH, Koutros S, Coble JB, Ji BT, Alavanja MC, Blair A, Sandler DP, Hines CJ, Thomas KW, Barker J, Andreotti G, Hoppin JA, Beane Freeman LE. Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study. J Expo Sci Environ Epidemiol. 2012 Jul;22(4):409-16.

Hill AB. The environment and disease: association or causation? Proc R Soc Med. 1965 May;58(5):295-300.

Hohenadel K, Harris SA, McLaughlin JR, Spinelli JJ, Pahwa P, Dosman JA, Demers PA, Blair A. Exposure to multiple pesticides and risk of non-Hodgkin lymphoma in men from six Canadian provinces. Int J Environ Res Public Health. 2011 Jun;8(6):2320-30.

Hoppin JA, Yucel F, Dosemeci M, Sandler DP. Accuracy of self-reported pesticide use duration information from licensed pesticide applicators in the Agricultural Health Study. J Expo Anal Environ Epidemiol. 2002 Sep;12(5):313-8.

Jaffe ES, Harris NL, Stein H, Isaacson PG. Classification of lymphoid neoplasms: the microscope as a tool for disease discovery. Blood. 2008 Dec 1;112(12):4384-99.

Joffe E, Leyfman Y, Drill E, Rajeeve S, Zelenetz AD, Palomba ML, Moskowitz CH, Portlock C, Noy A, Horwitz SM, Gerecitano JF, Moskowitz A, Hamlin P, Matasar MJ, Kumar A, Batlevi CL, Younes A, Straus DJ. Active surveillance of primary extranodal marginal zone lymphoma of bronchus-associated lymphoid tissue. Blood Adv. 2021 Jan 26;5(2):345-351.

Johnson RE, Washington MT, Prakash S, Prakash L. Fidelity of human DNA polymerase eta. J Biol Chem. 2000 Mar 17;275(11):7447-50.

Kabat GC, Price WJ, Tarone RE. On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans. Cancer Causes Control. 2021 Jan 15. doi: 10.1007/s10552-020-01387-w. Epub ahead of print.

Kachuri L, Beane Freeman LE, Spinelli JJ, Blair A, Pahwa M, Koutros S, Hoar Zahm S, Cantor KP, Weisenburger DD, Pahwa P, Dosman JA, McLaughlin JR, Demers PA, Harris SA. Insecticide use and risk of non-Hodgkin lymphoma subtypes: A subset meta-analysis of the North American Pooled Project. Int J Cancer. 2020 Dec 15;147(12):3370-3383.

Kier LD, Kirkland DJ. Review of genotoxicity studies of glyphosate and glyphosate-based formulations. Crit Rev Toxicol. 2013 Apr;43(4):283-315.

Koutros S, Harris SA, Spinelli JJ, Blair A, McLaughlin JR, Zahm SH, Kim S, Albert PS, Kachuri L, Pahwa M, Cantor KP, Weisenburger DD, Pahwa P, Pardo LA, Dosman JA, Demers PA, Beane Freeman LE. Non-Hodgkin lymphoma risk and organophosphate and carbamate insecticide use in the North American pooled project. Environ Int. 2019 Jun;127:199-205. doi: 10.1016/j.envint.2019.03.018.

Landgren O, Kyle RA, Hoppin JA, Beane Freeman LE, Cerhan JR, Katzmann JA, Rajkumar SV, Alavanja MC. Pesticide exposure and risk of monoclonal gammopathy of undetermined significance in the Agricultural Health Study. Blood. 2009 Jun 18;113(25):6386-91.

Leon ME, Schinasi LH, Lebailly P, Beane Freeman LE, Nordby KC, Ferro G, Monnereau A, Brouwer M, Tual S, Baldi I, Kjaerheim K, Hofmann JN, Kristensen P, Koutros S, Straif K, Kromhout H, Schüz J. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol. 2019 Oct 1;48(5):1519-1535.

Lerro CC, Beane Freeman LE, DellaValle CT, Andreotti G, Hofmann JN, Koutros S, Parks CG, Shrestha S, Alavanja MCR, Blair A, Lubin JH, Sandler DP, Ward MH. Pesticide exposure and incident thyroid cancer among male pesticide applicators in Agricultural Health Study. Environ Int. 2021 Jan;146:106187. doi: 10.1016/j.envint.2020.106187. Epub 2020 Oct 27.

Liu Y, Hernandez AM, Shibata D, Cortopassi GA. BCL2 translocation frequency rises with age in humans. Proc Natl Acad Sci U S A. 1994 Sep 13;91(19):8910-4.

Lu Y, Sullivan-Halley J, Cozen W, Chang ET, Henderson K, Ma H, Deapen D, Clarke C, Reynolds P, Neuhausen SL, Anton-Culver H, Ursin G, West D, Bernstein L. Family history of haematopoietic malignancies and non-Hodgkin's lymphoma risk in the California Teachers Study. Br J Cancer. 2009 Feb 10;100(3):524-6.

Lynch M. Rate, molecular spectrum, and consequences of human mutation. Proc Natl Acad Sci U S A. 2010 Jan 19;107(3):961-8.

McDuffie HH et al., Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev. 2001;10(11):1155-1163.

Melnick RL, Thayer KA, Bucher JR. Conflicting views on chemical carcinogenesis arising from the design and evaluation of rodent carcinogenicity studies. Environ Health Perspect. 2008;116(1):130–135.

Meyer A, Sandler DP, Beane Freeman LE, Hofmann JN, Parks CG. Pesticide exposure and risk of rheumatoid arthritis among licensed male pesticide applicators in the Agricultural Health Study. Environ Health Perspect. 2017 Jul 14;125(7):077010. doi: 10.1289/EHP1013.

Morton LM, Sampson JN, Cerhan JR, Turner JJ, Vajdic CM, Wang SS, Smedby KE, de Sanjosé S, Monnereau A, Benavente Y, Bracci PM, Chiu BC, Skibola CF, Zhang Y, Mbulaiteye SM, Spriggs M,

Robinson D, Norman AD, Kane EV, Spinelli JJ, Kelly JL, La Vecchia C, Dal Maso L, Maynadié M, Kadin ME, Cocco P, Costantini AS, Clarke CA, Roman E, Miligi L, Colt JS, Berndt SI, Mannetje A, de Roos AJ, Kricker A, Nieters A, Franceschi S, Melbye M, Boffetta P, Clavel J, Linet MS, Weisenburger DD, Slager SL. Rationale and Design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):1-14.

Morton LM, Slager SL, Cerhan JR, Wang SS, Vajdic CM, Skibola CF, Bracci PM, de Sanjosé S, Smedby KE, Chiu BC, Zhang Y, Mbulaiteye SM, Monnereau A, Turner JJ, Clavel J, Adami HO, Chang ET, Glimelius B, Hjalgrim H, Melbye M, Crosignani P, di Lollo S, Miligi L, Nanni O, Ramazzotti V, Rodella S, Costantini AS, Stagnaro E, Tumino R, Vindigni C, Vineis P, Becker N, Benavente Y, Boffetta P, Brennan P, Cocco P, Foretova L, Maynadié M, Nieters A, Staines A, Colt JS, Cozen W, Davis S, de Roos AJ, Hartge P, Rothman N, Severson RK, Holly EA, Call TG, Feldman AL, Habermann TM, Liebow M, Blair A, Cantor KP, Kane EV, Lightfoot T, Roman E, Smith  A, Brooks-Wilson A, Connors JM, Gascoyne RD, Spinelli JJ, Armstrong BK, Kricker A, Holford TR, Lan Q, Zheng T, Orsi L, Dal Maso L, Franceschi S, La Vecchia C, Negri E, Serraino D, Bernstein L, Levine A, Friedberg JW, Kelly JL, Berndt SI, Birmann BM, Clarke CA, Flowers CR, Foran JM, Kadin ME, Paltiel O, Weisenburger DD, Linet MS, Sampson JN. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):130-44.

NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®). B-Cell Lymphomas. Version 2.2018 – February 26, 2018. https://oncolife.com.ua/doc/nccn/B-Cell_Lymphomas.pdf

Negri E, Talamini R, Montella M, Dal Maso L, Crispo A, Spina M, La Vecchia C, Franceschi S. Family history of hemolymphopoietic and other cancers and risk of non-Hodgkin's lymphoma. Cancer Epidemiol Biomarkers Prev. 2006 Feb;15(2):245-50.

Orsi L, Delabre L, Monnereau A, Delval P, Berthou C, Fenaux P, Marit G, Soubeyran P, Huguet F, Milpied N, Leporrier M, Hemon D, Troussard X, Clavel J. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. Occup Environ Med. 2009 May;66(5):291-8.

Pahwa M, Beane Freeman LE, Spinelli JJ, Blair A, McLaughlin JR, Zahm SH, Cantor KP, Weisenburger DD, Punam Pahwa PP, Dosman JA, Demers PA, Harris SA. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health. 2019 Nov 1;45(6):600-609.

Pardo LA, Beane Freeman LE, Lerro CC, Andreotti G, Hofmann JN, Parks CG, Sandler DP, Lubin JH, Blair A, Koutros S. Pesticide exposure and risk of aggressive prostate cancer among private pesticide applicators. Environ Health. 2020 Mar 5;19(1):30. doi: 10.1186/s12940-020-00583-0.

Paz-y-Mino C, Muñoz MJ, Maldonado A, Valladares C, Cumbal N, Herrera C, Robles P, Sánchez ME, López-Cortés A. Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border. Rev Environ Health. 2011;26(1):45-51.

Paz-y-Mino C, Sanchez ME, Arevalo M, Munoz MJ, Witte T, De-la-Carrera GO, Leone PE. Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate. Genet Mol Biol. 2007;30(2):456-460.

Pierce JS, Roberts B, Kougias DG, Comerford CE, Riordan AS, Keeton KA, Reamer HA, Jacobs NFB, Lotter JT. Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®. Inhal Toxicol. 2020 Jul;32(8):354-367. doi: 10.1080/08958378.2020.1814457.

Rana I, Taioli E, Zhang L. Weeding out inaccurate information on glyphosate-based herbicides and risk of non-Hodgkin lymphoma. Environ Res. 2020 Dec;191:110140. doi: 10.1016/j.envres.2020.110140.

Resnick ES, Moshier EL, Godbold JH, Cunningham-Rundles C. Morbidity and mortality in common variable immune deficiency over 4 decades. Blood. 2012 Feb 16;119(7):1650-7.

Richardson DB, Cardis E, Daniels RD, Gillies M, O'Hagan JA, Hamra GB, Haylock R, Laurier D, Leuraud K, Moissonnier M, Schubauer-Berigan MK, Thierry-Chef I, Kesminiene A. Risk of cancer from occupational exposure to ionising radiation: retrospective cohort study of workers in France, the United Kingdom, and the United States (INWORKS). BMJ. 2015 Oct 20;351:h5359. doi: 10.1136/bmj.h5359.

Ruffner MA, Aksamit TR, Thomashow B, Choate R, DiMango A, Turino GM, O'Donnell AE, Johnson MM, Olivier KN, Fennelly K, Daley CL, Winthrop KL, Metersky ML, Salathe MA, Knowles MR, Daniels MLA, Noone PG, Tino G, Griffith DE, Sullivan KE. Frequency of untreated hypogammaglobulinemia in bronchiectasis. Ann Allergy Asthma Immunol. 2017 Jul;119(1):83-85.

Sanguedolce F, Zanelli M, Zizzo M, Bisagni A, Soriano A, Cocco G, Palicelli A, Santandrea G, Caprera C, Corsi M, Cerrone G, Sciaccotta R, Martino G, Ricci L, Sollitto F, Loizzi D, Ascani S. Primary Pulmonary B-Cell Lymphoma: A Review and Update. Cancers (Basel). 2021 Jan 22;13(3):415. doi: 10.3390/cancers13030415.

Schinasi L, Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527.

Sheppard L, Shaffer RM. Re: Glyphosate use and cancer incidence in the Agricultural Health Study. J Natl Cancer Inst. 2019 Feb 1;111(2):214-215.

Shrestha S, Parks CG, Umbach DM, Richards-Barber M, Hofmann JN, Chen H, Blair A, Beane Freeman LE, Sandler DP. Pesticide use and incident Parkinson's disease in a cohort of farmers and their spouses. Environ Res. 2020 Dec;191:110186. doi: 10.1016/j.envres.2020.110186. Epub 2020 Sep 10.

Starling AP, Umbach DM, Kamel F, Long S, Sandler DP, Hoppin JA. Pesticide use and incident diabetes among wives of farmers in the Agricultural Health Study. Occup Environ Med. 2014 Sep;71(9):629-35.

Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J. WHO Classification of Tumors of Haematopoietic and Lymphoid Tissues. WHO Classification of Tumours, Revised 4th Edition, Volume 2.

't Mannetje A, De Roos AJ, Boffetta P, Vermeulen R, Benke G, Fritschi L, Brennan P, Foretova L, Maynadié M, Becker N, Nieters A, Staines A, Campagna M, Chiu B, Clavel J, de Sanjose S, Hartge P, Holly EA, Bracci P, Linet MS, Monnereau A, Orsi L, Purdue MP, Rothman N, Lan Q, Kane E, Costantini AS, Miligi L, Spinelli JJ, Zheng T, Cocco P, Kricker A. Occupation and Risk of Non-Hodgkin Lymphoma and Its Subtypes: A Pooled Analysis from the InterLymph Consortium. Environ Health Perspect. 2016 Apr;124(4):396-405.

Taddesse-Heath L, Pittaluga S, Sorbara L, Bussey M, Raffeld M, Jaffe ES. Marginal zone B-cell lymphoma in children and young adults. Am J Surg Pathol. 2003 Apr;27(4):522-31.

Tak Manesh A, Azizi G, Heydari A, Kiaee F, Shaghaghi M, Hossein-Khannazer N, Yazdani R, Abolhassani H, Aghamohammadi A. Epidemiology and pathophysiology of malignancy in common variable immunodeficiency? Allergol Immunopath (Madr). 2017 Nov - Dec;45(6):602-615.

Tarazona JV, Court-Marques D, Tiramani M, Reich H, Pfeil R, Istace F, Crivellente F. Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC. Arch Toxicol. 2017 Aug;91(8):2723-2743.

Thandra KC, Barsouk A, Saginala K, Padala SA, Barsouk A, Rawla P. Epidemiology of Non-Hodgkin's Lymphoma. Med Sci (Basel). 2021 Jan 30;9(1):5. doi: 10.3390/medsci9010005.

Thieblemont C, Cascione L, Conconi A, Kiesewetter B, Raderer M, Gaidano G, Martelli M, Laszlo D, Coiffier B, Lopez Guillermo A, Torri V, Cavalli F, Johnson PW, Zucca E. A MALT lymphoma prognostic index. Blood. 2017 Sep 21;130(12):1409-1417.

Thieblemont C, Molina T, Davi F. Optimizing therapy for nodal marginal zone lymphoma. Blood. 2016 Apr 28;127(17):2064-71.

Tomasetti C, Li L, Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science. 2017 Mar 24;355(6331):1330-1334.

Tomasetti C, Vogelstein B, Parmigiani G. Half or more of the somatic mutations in cancers of self-renewing tissues originate prior to tumor initiation. Proc Natl Acad Sci U S A. 2013 Feb 5;110(6):1999-2004.

Tomenson JA. Re: assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium. Occup Environ Med. 2017 Jan;74(1):80.

Vineis P, Alavanja M, Buffler P, Fontham E, Franceschi S, Gao YT, Gupta PC, Hackshaw A, Matos E, Samet J, Sitas F, Smith J, Stayner L, Straif K, Thun MJ, Wichmann HE, Wu AH, Zaridze D, Peto R, Doll R. Tobacco and cancer: recent epidemiological evidence. J Natl Cancer Inst. 2004 Jan 21;96(2):99-106.

Wang L, Deng Q, Hu H, Liu M, Gong Z, Zhang S, Xu-Monette ZY, Lu Z, Young KH, Ma X, Li Y. Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice. J Hematol Oncol. 2019 Jul 5;12(1):70. doi:10.1186/s13045-019-0767-9.

Wang SS, Slager SL, Brennan P, Holly EA, De Sanjose S, Bernstein L, Boffetta P, Cerhan JR, Maynadie M, Spinelli JJ, Chiu BC, Cocco PL, Mensah F, Zhang Y, Nieters A, Dal Maso L, Bracci PM, Costantini AS, Vineis P, Severson RK, Roman E, Cozen W, Weisenburger D, Davis S, Franceschi S, La Vecchia C, Foretova L, Becker N, Staines A, Vornanen M, Zheng T, Hartge P. Family history of hematopoietic malignancies and risk of non-Hodgkin lymphoma (NHL): a pooled analysis of 10 211 cases and 11 905 controls from the International Lymphoma Epidemiology Consortium (InterLymph). Blood. 2007 Apr 15;109(8):3479-88.

Warny M, Helby J, Nordestgaard BG, Birgens H, Bojesen SE. Incidental lymphopenia and mortality: a prospective cohort study. CMAJ. 2020 Jan 13;192(2):E25-E33. doi: 10.1503/cmaj.191024.

Wehr C, Houet L, Unger S, Kindle G, Goldacker S, Grimbacher B, Caballero Garcia de Oteyza A, Marks R, Pfeifer D, Nieters A, Proietti M, Warnatz K, Schmitt-Graeff A. Altered Spectrum of Lymphoid Neoplasms in a Single-Center Cohort of Common Variable Immunodeficiency with Immune Dysregulation. J Clin Immunol. 2021 Aug;41(6):1250-1265.

Weichenthal S, Moase C, Chan P. A review of pesticide exposure and cancer incidence in the Agricultural Health Study cohort. Environ Health Perspect. 2010 Aug;118(8):1117-25.

Weisenburger DD. A review and update with perspective of evidence that the herbicide glyphosate (Roundup) is a cause of non-Hodgkin lymphoma. Clin Lymphoma Myeloma Leuk. 2021 Apr 24:S2152-2650(21)00151-8. doi: 10.1016/j.clml.2021.04.009. Epub ahead of print.

William J, Variakojis D, Yeldandi A, Raparia K. Lymphoproliferative neoplasms of the lung: a review. Arch Pathol Lab Med. 2013 Mar;137(3):382-91.

Williams GM, Berry C, Burns M, de Camargo JLV, Greim H. Glyphosate rodent carcinogenicity bioassay expert panel review. Crit Rev Toxicol. 2016 Sep;46(sup1):44-55.

World Anti-Doping Agency. World Anti-Doping Code: International Standard Prohibited List. 2021. https://www.wada-ama.org/sites/default/files/resources/files/2021list_en.pdf

Wouters H, Baars JW, Schagen SB. Neurocognitive function of lymphoma patients after treatment with chemotherapy. Acta Oncol. 2016 Sep-Oct;55(9-10):1121-1125.

Wozniak E, Reszka E, Jabłońska E, Balcerczyk A, Broncel M, Bukowska B. Glyphosate affects methylation in the promoter regions of selected tumor suppressors as well as expression of major cell cycle and apoptosis drivers in PBMCs (in vitro study). Toxicol In Vitro. 2020 Mar;63:104736. doi: 10.1016/j.tiv.2019.104736.

Wozniak E, Sicińska P, Michałowicz J, Woźnik K, Reszka E, Huras B, Zakrzewski J, Bukowska B. The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessement. Food Chem Toxicol. 2018 Oct;120:510-522.

Wu S, Powers S, Zhu W, Hannun YA. Substantial contribution of extrinsic risk factors to cancer development. Nature. 2016 Jan 7;529(7584):43-7.

Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res. 2019 Jul-Sep;781:186-206.

Zhang SM, Giovannucci EL, Hunter DJ, Rimm EB, Ascherio A, Colditz GA, Speizer FE, Willett WC. Vitamin supplement use and the risk of non-Hodgkin's lymphoma among women and men. Am J Epidemiol. 2001 Jun 1;153(11):1056-63.

Zhu K, Levine RS, Gu Y, Brann EA, Hall I, Caplan LS, Baum MK. Non-Hodgkin's lymphoma and family history of malignant tumors in a case-control study (United States). Cancer Causes Control. 1998 Jan;9(1):77-82.

Zhu L, Finkelstein D, Gao C, Shi L, Wang Y, López-Terrada D, Wang K, Utley S, Pounds S, Neale G, Ellison D, Onar-Thomas A, Gilbertson RJ. Multi-organ mapping of cancer risk. Cell. 2016 Aug 25;166(5):1132-1146.e7.

Zucca E, Arcaini L, Buske C, Johnson PW, Ponzoni M, Raderer M, Ricardi U, Salar A, Stamatopoulos K, Thieblemont C, Wotherspoon A, Ladetto M; ESMO Guidelines Committee. Marginal zone lymphomas: ESMO Clinical Practice Guidelines for diagnosis, treatment and follow-up. Ann Oncol. 2020 Jan;31(1):17-29.

Zucca E, Conconi A, Pedrinis E, Cortelazzo S, Motta T, Gospodarowicz MK, Patterson BJ, Ferreri AJ, Ponzoni M, Devizzi L, Giardini R, Pinotti G, Capella C, Zinzani PL, Pileri S, López-Guillermo A, Campo E, Ambrosetti A, Baldini L, Cavalli F; International Extranodal Lymphoma Study Group. Nongastric marginal zone B-cell lymphoma of mucosa-associated lymphoid tissue. Blood. 2003 Apr 1;101(7):2489-95.


Australian Pesticides and Veterinary Medicines Authority (APVMA), Final Regulatory Position: Consideration of the evidence for a formal reconsideration of glyphosate (March 2017)

BfR 2015 Glyphosate Renewal Assessment Report Addendum (Aug. 31, 2015)

BfR, European Assessment of Glyphosate is quality-assured and independent (Jan. 15, 2019)

EPA, Office of Chemical Safety and Pollution Prevention, Glyphosate Labeling Letter (Aug. 7, 2019)

United States Environmental Protection Agency. Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. EPA's Office of Pesticide Programs. September 12, 2016

United States Environmental Protection Agency (December 12, 2017). Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. EPA's Office of Pesticide Programs, 1-216.

United States Environmental Protection Agency. Glyphosate: Proposed Interim Registration Review Decision Case Number 0178. April 2019.

United States Environmental Protection Agency (January 6, 2020). Memorandum: Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) publications for Response to Comments on the Proposed Interim Decision.

United States Environmental Protection Agency (January 22, 2020). Glyphosate: Interim Registration Review Decision. Case Number 0178.

FIFRA Scientific Advisory Panel Meeting Minutes and Final Report No. 2017-01. A Set of Scientific Issues Being Considered by the Environmental Protection Agency Regarding: EPA's Evaluation of the Carcinogenic Potential of Glyphosate. December 13-16, 2016.

European Chemicals Agency (ECHA), Committee for Risk Assessment Opinion on Glyphosate Through RAC Evaluation of Carcinogenicity (March 15, 2017)

European Food Safety Authority (EFSA), EFSA explains the carcinogenicity assessment of glyphosate (Nov. 12, 2015)

EFSA (European Food Safety Authority), 2015. Conclusion on the peer review of the pesticide risk assessment of the active substance glyphosate. EFSA Journal 2015;13(11):4302, 107 pp. doi:10.2903/j.efsa.2015.4302

Food and Agriculture Organization of the United Nations (FAO) and World Health Organization (WHO), Summary Report on Pesticide Residues (May 2016)

Health Canada. Re-evaluation decision: Glyphosate (RVD2017-01). 28 April 2017

Health Canada, Statement from Health Canada on Glyphosate (Jan. 11, 2019)

International Agency for Research on Cancer. (2015). Some Organophosphate Insecticides and Herbicides. Volume 112 World Health Organization.

International Agency for Research on Cancer. (2018) Welding, Molybdenum Trioxide, and Indium Tin Oxide. Volume 118. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.

International Agency for Research on Cancer. (2018) Benzene. Volume 120. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.

International Agency for Research on Cancer. List of classifications by cancer sites with sufficient or limited evidence in humans, IARC Monographs Volumes 1–129, updated 26 March 2021. https://monographs.iarc.who.int/wp-content/uploads/2019/07/Classifications_by_cancer_site.pdf

New Zealand Environmental Protection Agency, Review of the Evidence Relating to Glyphosate and Carcinogenicity (Aug. 2016)

U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry - Toxicological Profile for Glyphosate, Draft for Public Comment (April 2019)


Transcript of deposition of Beth Spector. In re: Roundup Products Liability Litigation: MDL No. 2741. Beth Spector and Chuck Spector v. Monsanto Co., Case No. 3:20-cv-05532. February 2, 2021

Transcript of deposition of Chuck Spector. In re: Roundup Products Liability Litigation: MDL No. 2741. Beth Spector and Chuck Spector v. Monsanto Co., Case No. 3:20-cv-05532. February 2, 2021

Transcript of deposition of Stephen J. Schuster, MD. In re: Roundup Products Liability Litigation: MDL No. 2741. Beth Spector and Chuck Spector v. Monsanto Co., Case No. 3:20-cv-05532. May 14, 2021

Transcript of deposition of Mark L. Metersky, MD. In re: Roundup Products Liability Litigation: MDL No. 2741. Beth Spector and Chuck Spector v. Monsanto Co., Case No. 3:20-cv-05532. August 3, 2021

Medical records of Beth Spector

Plaintiff fact sheets of Beth Spector