# EXHIBIT 23

Beth Spector

```
1                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

2

3

4

     IN RE: ROUNDUP PRODUCTS

5    LIABILITY LITIGATION

6    This document relates to:      ) MDL No. 2741

     Beth Spector and Chuck Spector)

7    wife and husband,              ) Case No. 16-md-02741-VC

     v. Monsanto Company            )

8    Case No. 3:20-cv-05532         )

9

10

11                    TUESDAY, FEBRUARY 2, 2021

12             Videotaped deposition of Beth Spector,

13   conducted at the 1500 Gateway Boulevard, Suite 202,

14   Boynton Beach, Florida, 33426, commencing at 9:11 a.m.,

15   on the above date, before Dianne N. Sarkisian, Certified

16   Shorthand Reporter and Registered Professional Reporter.

17

18                    GOLKOW LITIGATION SERVICES

              877.370.3377 ph | 917.591.5672 fax

19                      deps@golkow.com

20

21

22

23

24

25
```

Beth Spector

```
 1    APPEARANCES:
 2            MARC G. BRECHER, ESQUIRE
              Wapner Newman
 3            2000 Market Street
              Suite 2750
 4            Philadelphia, Pennsylvania  19103
              (215) 569-0900
 5            brecherm@wnwlaw.com
 6                  Appearing on behalf of the Plaintiffs.
 7

 8
              MIHAI M. VRASMASU, ESQUIRE
 9            Shook, Hardy & Bacon, LLP
              201 South Biscayne Boulevard
10            Miami Center, Suite 3200
              Miami, Florida  33131
11            (305) 358-5171
              mvrasmasu@shb.com
12
                    Appearing on behalf of the Defendant.
13

14    ALSO PRESENT:
15            Edwin Aragon, Video Technician
              Charles Spector
16

17

18

19

20

21

22

23

24

25
```

Beth Spector

```
 1                    INDEX
 2    Witness                            Page
      Beth Spector
 3
 4    DIRECT EXAMINATION
      BY MR. VRASMASU:                     5
 5
 6
 7

                     EXHIBITS
 8
 9  Exhibit                              Page
    (Exhibits attached to transcript.)
10
      DEFENDANT'S EXHIBIT 1, DEFENDANT     16
11    MONSANTO COMPANY'S NOTICE TO TAKE
      ORAL DEPOSITION OF PLAINTIFF BETH
12    SPECTOR
13    DEFENDANT'S EXHIBITS, 2-5,          125
      PHOTOGRAPHS
14
      DEFENDANT'S EXHIBIT 6, PLAINTIFF FACT  245
15    SHEET
16    DEFENDANT'S EXHIBIT 7, FIRST AMENDED   245
      PLAINTIFF FACT SHEET
17
      DEFENDANT'S EXHIBIT 8, CIVIL ACTION    252
18    COMPLAINT AND DEMAND FOR JURY TRIAL
19
20
21
22
23
24
25
```

```
 1   Boynton Beach, Florida

 2   Tuesday, February 2, 2021

 3   9:11 a.m.

 4                      ***

 5             VIDEO TECHNICIAN:  We are now on the

 6   record.  The time is 9:11 a.m.  Today's date is

 7   February 2nd, 2021.  This is the video deposition

 8   of Beth Spector, in the matter of Beth Spector and

 9   Charles Spector, wife and husband, versus Monsanto

10   Company.  The videographer is Edwin Aragon.  The

11   court reporter is Dianne Sarkisian.  We are on

12   behalf of Golkow Litigation Services.  This video

13   deposition is taking place at 1500 Gateway

14   Boulevard, Suite 220, Boynton Beach, Florida,

15   33426.

16             Now, Counsel, please identify yourself

17   and state whom you represent.

18             MR. BRECHER:  Marc Brecher for Beth

19   Spector and Chuck Spector.

20             MR. VRASMASU:  Good morning.  My name is

21   Mihai Vrasmasu with Shook, Hardy & Bacon for

22   Defendant, Monsanto.

23             VIDEO TECHNICIAN:  Would the court

24   reporter please swear in the witness.

25             COURT REPORTER:  Ma'am?
```

Beth Spector

```
 1                    THE WITNESS:  Yes.

 2                    COURT REPORTER:  Raise your right hand,

 3      please.

 4                    (Witness complied.)

 5                    COURT REPORTER:  Do you swear, the

 6      testimony you're about to give is the truth, the

 7      whole truth, and nothing but the truth?

 8                    THE WITNESS:  I do.

 9                    COURT REPORTER:  Thank you, ma'am.

10                         BETH SPECTOR,

11      was thereupon called as a witness herein, and after

12      having first been duly sworn or affirmed to testify

13      to the truth, was examined and testified as follows:

14                    DIRECT EXAMINATION

15   BY MR. VRASMASU:

16           Q.   Good morning, Ms. Spector.

17           A.   Good morning.

18           Q.   As I mentioned before we started, my

19      name is Mihai.  I'll be taking your deposition

20      today, and I represent the Defendant, Monsanto.

21      Do you understand?

22           A.   Yes.

23           Q.   Would you please state and spell your

24      full name for the record?

25           A.   My name Beth, B-e-t-h; Spector,
```

Beth Spector

```
1       S-p-e-c-t-o-r.

2            Q.   Have you ever gone by any other name?

3            A.   Before I was married.

4            Q.   And what was your maiden name?

5            A.   B-u-r-s-t-e-i-n.  And I also was married

6       before my husband and the last name was L-e-n-e-t.

7            Q.   And what is your home address?

8            A.   2565...  Well, let me give you two

9       addresses.

10           Q.   Sure.

11           A.   The Florida address I'm living in right

12      now, 2565 South Ocean Boulevard, Highland Beach,

13      33487.

14           Q.   And...

15           A.   Pennsylvania address --

16           Q.   What is it?

17           A.   -- 1718 Sharpless Road, Meadowbrook --

18      one word -- Pennsylvania, 19046.

19           Q.   And do you have any other addresses that

20      you live at?

21           A.   No.

22                MR. VRASMASU:  So just before we get

23      going any further, just for the record, I would

24      note that Monsanto continues to receive records

25      from medical providers who have treated Ms. Beth
```

1      Spector as well as Ms. Spector's employers and

2      other types of records for Ms. Spector, and

3      therefore Monsanto reserves its right to continue

4      Ms. Spector's deposition past today's date based

5      on any additional records being made available.

6   BY MR. VRASMASU:

7           Q.   With that said, Ms. Spector, let me ask

8      you this:  Have you ever been deposed before?

9           A.   No.

10          Q.   Okay.  So...

11               MR. BRECHER:  Can I just interrupt for a

12     second?

13               MR. VRASMASU:  Sure.

14               MR. BRECHER:  In Pennsylvania, where I

15     practice mostly, we have usual stipulations.

16               MR. VRASMASU:  Okay.

17               MR. BRECHER:  Do we have any

18     stipulations?  And usually it's that waive all

19     objections except for the form of the question.

20     Do we have any stipulations that you have or

21     should I object when, you know...

22               MR. VRASMASU:  I'm not...  I've not been

23     made aware of any standing stipulations --

24               MR. BRECHER:  Okay --

25               MR. VRASMASU:  -- for this litigation,

Beth Spector

```
 1      so...

 2                  MR. BRECHER:  -- so I'll, I'll --

 3                  MR. VRASMASU:  Yeah.  Object...  Object,

 4      as you see fit.

 5                  MR. BRECHER:  Thank you.

 6                  MR. VRASMASU:  Okay.

 7   BY MR. VRASMASU:

 8          Q.   So before we get going, ma'am, let's

 9      just briefly go over some of the ground rules to

10      the deposition.

11                  The first one is please try to respond

12      to my questions in a verbal manner.  What that

13      means is please avoid nodding your head or saying

14      things like uh-huh or unh-unh, okay?

15          A.   Um, yes.

16          Q.   Okay.

17          A.   Yes.

18          Q.   And the reason that's important is

19      because we have a court reporter --

20          A.   I understand.

21          Q.   -- who's typing really fast, trying to

22      keep up with us.

23          A.   Agree.

24          Q.   The second one is, please try not to cut

25      me off.  Allow me to finish asking my question and
```

Beth Specker

```
1          then I will allow you to finish answering, okay?

2               A.   Okay.

3               Q.   Again, in normal everyday conversation,

4          we have a tendency to anticipate what the other

5          person is saying and then respond, but here again,

6          Madam Court Reporter is trying to take down

7          everything we're saying and she can't write down

8          what we're both saying at the same time, okay?

9               A.   Understand.

10              Q.   If you don't understand any of my

11         questions, please don't assume.  Ask me to repeat

12         or rephrase it and I'll gladly do so, okay?

13              A.   Yes.

14              Q.   If you answer any of my questions, I

15         will assume that you understood them completely,

16         okay?

17              A.   Yes.

18              Q.   Occasionally your counsel may interrupt

19         and make an objection.  That's part of the

20         process.  Please allow him to finish his objection

21         and then unless you are specifically instructed

22         not to answer a question, you can go ahead and

23         answer if you can.  Do you understand?

24              A.   Yes.

25              Q.   If you need a break at any time, please
```

Beth Spector

```
1        let me know.  We're going to be here awhile today.

2        I'm going to try to get through as fast as I can,

3        but I just have a lot of questions for you, but at

4        the same time I want to make sure you're

5        comfortable.  I'm going to try to take a break

6        once every hour, but again, if you need a break at

7        any point, let me know.  I'll finish up the line

8        of questioning and then we'll take a break, okay?

9            A.   Okay.

10           Q.   Do you understand that today you are

11       testifying under penalty of perjury?

12           A.   Yes.

13           Q.   And you understand that that means that

14       your testimony today is no different than it would

15       be in front of a judge and jury in a courtroom?

16           A.   Yes.

17           Q.   Have you taken any medications in the

18       last 48 hours that might affect your ability to

19       testify completely and accurately today?

20           A.   No.

21           Q.   Have you consumed any alcohol within the

22       last 24 hours?

23           A.   I had a small drink last night.

24           Q.   What type of drink?

25           A.   I had some wine.
```

Beth Specter

```
 1              Q.   How much wine did you have last night?

 2              A.   I would say a half a glass.

 3              Q.   Is that the only alcohol that you've

 4         consumed in the last 24 hours?

 5              A.   Yes.

 6              Q.   And that alcohol is not in any way

 7         impacting your ability to answer?

 8              A.   No.

 9              Q.   Okay.  Is there any reason whatever,

10         whether physical or mental, that you cannot give

11         accurate and complete testimony today?

12              A.   No.

13              Q.   So let's first start by going over some

14         of your basic background.

15                   And what is your date of birth, ma'am?

16              A.   ███████

17              Q.   Where were you born?

18              A.   Philadelphia, Pennsylvania.

19              Q.   Did you grow up there?

20              A.   Yes.

21              Q.   Where did you attend elementary school?

22              A.   I started out at a small elementary

23         school called Spruance, and then I went to Fox

24         Chase Elementary School, and I also went to

25         Bustleton Elementary School.
```

Beth Spector

```
1              Q.   And then did you attend middle school?

2              A.   I went to George Washington High School.

3      That went from seventh grade to twelfth.

4              Q.   And what year did you graduate high

5      school?

6              A.   1969.

7              Q.   Did you attend college or technical

8      school after high school?

9              A.   I went to Penn State University for two

10     years.

11             Q.   Did you graduate?

12             A.   I did not.

13             Q.   What type of a degree were you pursuing

14     for those two years?

15             A.   I was pursuing an art degree.

16             Q.   Other than Penn State, have you attended

17     any other college or technical school after high

18     school?

19             A.   No.

20             Q.   Do you hold any certifications or

21     advanced degrees of any kind?

22             A.   No.

23             Q.   Have you ever received any type of

24     medical training?

25             A.   Yes.
```

Beth Spector

```
1              Q.   Have you ever received any type of legal

2         training?

3              A.   No.

4              Q.   When we started today I'd asked you if

5         you had been deposed previously and you said that

6         you have never been deposed before, correct?

7              A.   I have never been deposed.

8              Q.   Have you ever been a party to -- or

9         strike that.

10              Have you ever been involved in a lawsuit

11         in any capacity, whether as a witness, as a party

12         other than, of course, this current lawsuit?

13              A.   No.

14              Q.   And you've never testified at trial or

15         in a courtroom or in a trial before, anything like

16         that?

17              A.   My husband and I had a little matter

18         with, uh, we had a flood in our basement and there

19         was a little, uh, I think we had a little argument

20         with a, uh -- I can't think of their names -- but

21         other than that, no.

22              Q.   And this was just basically to pay

23         for --

24              A.   Yeah.

25              Q.   -- to repair the floor?
```

Beth Spector

```
 1          A.   Yes.

 2          Q.   Okay.  Was it an insurance company?

 3          A.   No.

 4          Q.   Was it some kind --

 5          A.   It was a...  It was a company that we

 6     dealt with.

 7          Q.   Was it a builder?

 8          A.   No, no.  It was just somebody that

 9     remediated, you know, put fans in your basement.

10          Q.   You said fans in the basement?

11          A.   (No Response.)

12          Q.   Oh.  So it was something where, after

13     you had the flood, they were to come to your --

14          A.   Yeah.

15          Q.   -- came to clean it?

16          A.   Yeah.

17          Q.   And you felt that they didn't do a good

18     enough --

19          A.   Yes.

20          Q.   -- job?

21          A.   (No Response.)

22          Q.   And did you file some type of claim

23     against them?

24          A.   We just had an argument that we

25     eventually worked together.
```

Beth Spector

```
 1              Q.   But it never went --

 2              A.   But it never went anywhere.

 3              Q.   -- to court?

 4              A.   (No Response.)

 5              COURT REPORTER:  You're talking over

 6      each other.

 7              MR. VRASMASU:  I'm breaking my own

 8      rules.

 9              COURT REPORTER:  Yeah.

10              MR. VRASMASU:  I'm getting excited to be

11      out of the house.  It's really nice to be here.

12      I'm sorry.

13              COURT REPORTER:  Just slow it down.

14              MR. VRASMASU:  I will slow down, I

15      apologize.

16   BY MR. VRASMASU:

17              Q.   So since we were talking over each

18      other, I'm just going to reask a couple of

19      questions and we'll move on.

20              So you've never been involved in any

21      type of lawsuit before --

22              A.   No.

23              Q.   -- correct?

24              A.   (No Response.)

25              Q.   No, as in yes, I'm correct?
```

Beth Spector

```
 1              A.   You're correct.

 2              Q.   So this is your first time as either a

 3       plaintiff or a defendant?

 4              A.   Yes.

 5              Q.   Have you ever filed for bankruptcy?

 6              A.   No.

 7              Q.   This is a question I ask everyone.  Have

 8       you ever been arrested?

 9              A.   No.

10              Q.   So you've never been charged with

11       committing a crime or convicted of any --

12              A.   No.

13              Q.   -- type of crime?

14              A.   (No Response.)

15                   MR. VRASMASU:  Let's mark this as

16       Defense Exhibit 1.

17                   Counsel, here's a copy for you.

18                   (DEFENDANT'S EXHIBIT 1, DEFENDANT

19                   MONSANTO COMPANY'S NOTICE TO TAKE ORAL

20                   DEPOSITION OF PLAINTIFF BETH SPECTOR

21                   WAS MARKED FOR IDENTIFICATION.)

22                   MR. BRECHER:  This is what I showed you

23       yesterday.

24                   THE WITNESS:  What?

25                   MR. BRECHER:  This is what I showed you
```

Beth Specter

```
 1        yesterday.

 2                  THE WITNESS:  Okay.

 3     BY MR. VRASMASU:

 4        Q.    So I'm going to hand you your own copy.

 5     I just gave a courtesy copy to your attorney.

 6                  So, ma'am, I'm handing you what's been

 7     marked as Defense Exhibit Number 1.  Have you ever

 8     seen this document before?

 9        A.    Yeah.

10        Q.    And this document is the notice to

11     today's deposition and it asks you to bring

12     certain materials with you, correct?

13        A.    Yes.

14        Q.    Now, when you looked over this document,

15     did you search for any responsive materials?

16        A.    I don't have the responsive materials.

17        Q.    And when you say you don't --

18        A.    My lawyer has them.

19        Q.    So whatever responsive materials that

20     you have were produced to your lawyer, correct?

21        A.    Exactly.

22        Q.    We did receive some medical records, we

23     also received some photographs of your house, and

24     then a couple of videos.

25        A.    Okay.
```

Beth Spector

```
 1              Q.   Did you produce anything else to your
 2        lawyer besides that?
 3              A.   Everything I have, he has.
 4              Q.   So what I'm just going to do is I'll
 5        very quickly go through these to see if I can jog
 6        your mind, if you can remember anything else,
 7        okay?
 8              A.   Okay.
 9              Q.   So other than the documents that you
10        produced to your lawyer, do you have any documents
11        in your possession, custody or control that relate
12        to your use, handling, application or purchase of
13        any pesticide?
14              A.   No.
15              Q.   Other than the documents you already
16        gave your attorney, do you have any other
17        materials in your possession, custody or control
18        that relate in any way to your use, handling,
19        application or purchase of any Roundup-branded
20        products or any other glyphosate-containing
21        products?
22              A.   No.
23              Q.   Same question in terms of any training,
24        education or guidelines you received regarding
25        handling, use, application of any pesticide or
```

Beth Spector

```
 1        herbicide.  Do you have anything else?
 2             A.   No.
 3             Q.   Other than the documents that you
 4        produced to your lawyer, do you have any materials
 5        relating or in any way connected to any license
 6        you've ever held related to pesticides or
 7        herbicides, including any training materials?
 8             A.   No.
 9             Q.   How about any materials or documents
10        that relate to your cancer diagnosis, treatment or
11        condition?
12             A.   My lawyer has that.
13             Q.   And you don't have anything else?
14             A.   I don't, um-um, no.
15             Q.   Other than whatever materials you
16        provided your lawyer, do you have any other
17        documents relating to communications between you
18        and any of your healthcare providers relating to
19        your cancer diagnosis, treatment or condition in
20        your possession, custody or control?
21             A.   No.  My lawyer has that.
22             Q.   Just a few more.
23             A.   That's all.
24             Q.   Other than the materials that you
25        provided to your attorney, do you have any other
```

Beth Spector

```
 1        communications or documents relating -- strike

 2        that.

 3               Other than materials provided to your

 4        attorney, do you have anything else relating to

 5        communications between you and any of your

 6        healthcare providers relating to this lawsuit,

 7        Monsanto, or your use of any Roundup-branded

 8        products or other glyphosate-containing products?

 9        A.    No.

10        Q.    Other than what you gave your attorney,

11        do you have any other medical bills that you

12        contend are related to any injuries caused by your

13        use or exposure to Roundup or other glyphosate-

14        containing products?

15        A.    No.  My lawyer has that.

16        Q.    Other than whatever materials may have

17        been provided to your attorney, do you have in

18        your possession, custody or control any materials

19        related to any communications you've ever had with

20        any manufacturer or supplier of any pesticide or

21        herbicide?

22        A.    No.

23        Q.    How about any communications that you

24        may have had with Monsanto; do you have any --

25        A.    No.
```

```
 1              Q.   -- documents?

 2              A.   (No Response.)

 3              Q.   And have you ever had any communications

 4         with the Environmental protecto- -- protected --

 5              A.   No.

 6              Q.   Let me just finish.

 7              COURT REPORTER:  Can you wait for the

 8         question, ma'am?

 9              THE WITNESS:  Yes.

10              COURT REPORTER:  Thank you.

11    BY MR. VRASMASU:

12              Q.   Have you ever had any communications

13         with the EPA, the US Environmental Protection

14         Agency?

15              A.   No.

16              Q.   Okay.  So obviously you don't have any

17         documents regarding such communications, correct?

18              A.   Correct.

19              Q.   Thank you very much.

20              What did you do to prepare for today's

21         deposition?

22              A.   I discussed everything with my lawyer.

23              Q.   Other than any discussions with your

24         lawyer, did you do anything else to prepare for

25         today's deposition?
```

Beth Spector

```
 1                A.    I thought about my medical condition and

 2          how it's affected my life.

 3                Q.    Have you done anything besides talking

 4          to your lawyer and thinking about your medical

 5          condition and how it's affected your life?

 6                A.    No.

 7                Q.    I'm going to ask you some questions now

 8          about your interactions with your lawyer, but I

 9          don't want you to go into anything that you and

10          your lawyer talked about, okay?  Do you understand

11          that?

12                A.    I think so.

13                Q.    So let me ask you, for instance, you

14          said that you had discussions with your lawyer.

15          Where were you when those discussions occurred?

16                A.    I was either on the phone or in person.

17                Q.    And how many such discussions did you

18          have?

19                A.    I really don't remember.  Five, six.

20                Q.    And how long were these discussions?

21                A.    An hour, maybe 20 minutes; depending.

22                Q.    Was anyone else present during these

23          discussions?

24                A.    My husband.

25                Q.    Anyone else?
```

Beth Spector

```
1              A.   No.

2              Q.   And when did you have these five or six

3        discussions that ranged between one hour and 25

4        minutes?

5                   MR. BRECHER:  I think she said --

6   BY MR. VRASMASU:

7              Q.   Meaning, were they --

8                   MR. BRECHER:  -- 20 minutes.

9                   MR. VRASMASU:  I'm sorry?

10                   MR. BRECHER:  She said 20 minutes.

11                   MR. VRASMASU:  20 minutes, I'm sorry.

12   BY MR. VRASMASU:

13              Q.   So let me ask it over.

14                   When did you have these five or six

15        discussions that ranged between an hour and 20

16        minutes and/or 20 minutes with your attorney?

17              A.   Do you mean what months?  How many

18        months ago?

19              Q.   I'm just asking you, was it last week.

20        Was it --

21              A.   Oh --

22              Q.   Just a general estimate.  I won't hold

23        you --

24              A.   -- yeah.  I would say in the --

25                   COURT REPORTER:  Excuse me, we're
```

```
 1        talking over each other again.

 2                  MR. VRASMASU:  I'm sorry.

 3                  COURT REPORTER:  We need to slow it

 4        down.

 5                  MR. VRASMASU:  Okay.

 6                  THE WITNESS:  I would say in the past

 7        six months.

 8   BY MR. VRASMASU:

 9            Q.   Okay.  Have -- strike that.

10                 When is the last time that you spoke

11        with your attorney in preparation for today's

12        deposition?

13            A.   Yesterday.

14            Q.   And how long was that discussion?

15            A.   30 minutes.

16            Q.   Was anyone else present during that

17        discussion?

18            A.   My husband.

19            Q.   Anyone else?

20            A.   Nope -- no.

21            Q.   Other than your attorney and your

22        husband, did you meet with anyone else at any time

23        in preparation for today's deposition?

24            A.   No.

25            Q.   Did you review any documents in
```

Beth Spector

```
 1      preparation for today's deposition?
 2           A.   Other than my attorney?
 3           Q.   You, specifically.  Did you look at any
 4      documents?
 5           A.   No.
 6           Q.   Did you review any other materials
 7      whatsoever, things like videos or internet
 8      research or things of that nature in preparation
 9      for today's deposition?
10           A.   No.
11           Q.   In preparing for today's deposition, did
12      you sit down and take any notes?
13           A.   Yes.  I would write down for my own
14      benefit a date, but no real notes.
15           Q.   When did you do this?
16           A.   In the past six months.
17           Q.   About how many times do you recall
18      writing down information in connection with this
19      case and in preparation for this deposition?
20           A.   Once.
21           Q.   And where did you write down these
22      notes?
23           A.   On a piece of paper in my house.
24           Q.   Is it some kind of a journal, a diary?
25           A.   No.
```

Beth Specter

```
 1           Q.   What did you do with that piece of
 2     paper?
 3           A.   I have it at home.
 4           Q.   So I think that document may be
 5     responsive to the deposition notice.  So I ask
 6     that following today's deposition, if you can find
 7     it, if you can give it to your lawyer, and then we
 8     request a copy of it, okay?
 9           A.   Sure.
10           Q.   What type of dates did you write down on
11     that piece of paper?
12           A.   I was just writing down the dates that I
13     remembered when I was diagnosed.
14           Q.   Other than this note that we talked
15     about, have you written down anything else in
16     connection with this lawsuit or in preparation for
17     today's deposition?
18           A.   No.
19           Q.   Have you attended or sat in on any other
20     depositions in this Roundup litigation?
21           A.   No.
22           Q.   Have you read any deposition testimony
23     or trial transcripts from this litigation?
24           A.   No.
25           Q.   Have you met with any experts or doctors
```

Beth Spector

```
1       hired by your lawyer?

2           A.   No.

3           Q.   Now, you mentioned that you have a

4       property in Pennsylvania at 1718 Sharpless Road,

5       correct?

6           A.   Correct.

7           Q.   How long have you lived at that address?

8           A.   Since 1979.

9           Q.   Does anyone...  Well, let me ask you

10      this:  How often do you live at that address?

11          A.   I...  Well, right now, I live at that

12      address approximately four months a year.

13          Q.   And where do you live the remaining

14      eight months a year?

15          A.   Here in Florida.

16          Q.   At the 2565 South Ocean Boulevard

17      address?

18          A.   Yes.

19          Q.   When did you start living only four

20      months a year at the Pennsylvania address?

21          A.   Two years ago.

22          Q.   Before that, you lived in Pennsylvania

23      full time?

24          A.   No.  We came to Florida, but we only

25      lived here three or four months, and the rest of
```

Beth Spector

```
 1        the time was in Pennsylvania.

 2               Q.    And how long have you been coming to

 3        Florida for part of the year?

 4               A.    Six years.

 5               Q.    When would you usually come to Florida,

 6        during the wintertime?

 7               A.    Yes.

 8               Q.    Prior to six years ago, did you live in

 9        Pennsylvania full time?

10               A.    We had a summer rental in Atlantic City,

11        New Jersey, that we went to on the weekends in the

12        summer.

13               Q.    And how long did you go to that specific

14        location weekends in the summer?

15               A.    How many years?

16               Q.    Yes, ma'am.

17               A.    I would say 15 years.

18               Q.    But you spent the vast majority of your

19        time during those years at your 1718 Sharpless

20        Road address?

21               A.    Yes.

22               Q.    Does anyone else live with you at the

23        Pennsylvania address?

24               A.    Currently, no.  Just a dog.  And my

25        husband.  I'm so sorry, excuse me.
```

Beth Spector

```
 1              MR. BRECHER:  Well, the dog's more

 2      important.

 3   BY MR. VRASMASU:

 4         Q.   I was waiting for you to...

 5              MR. BRECHER:  You know where her

 6      priorities are.

 7              THE WITNESS:  Forgive me.

 8              MR. VRASMASU:  That's okay.

 9   BY MR. VRASMASU:

10         Q.   So other than your husband, does anyone

11      else live with you at the Pennsylvania address?

12         A.   No.

13         Q.   Who else lives with you at the Florida

14      address, at 2565 South Ocean Boulevard?

15         A.   My husband.  And a dog.

16         Q.   How...  What kind of a place is 2565?

17      Is it a condo?  Is it a house?

18         A.   It's a townhouse.

19         Q.   Do you own it?

20         A.   Yes.

21         Q.   You purchased it about six years ago?

22         A.   Well, my daughter owned it and we lived

23      there, and it was purchased last year.

24         Q.   Before it was purchased last year, how

25      did you live there the previous...  Who owned it
```

Beth Spector

```
 1        the previous five years?

 2             A.   We rented.

 3             Q.   So you had rented 2565 and then you

 4        purchased it?

 5             A.   Well, we rented 2565 for two years and

 6        then purchased it.  The previous years we had two

 7        different townhouses at 2565 that we rented.

 8             Q.   Okay.  Is 2565 a community with multiple

 9        townhouses?

10             A.   Yes.

11             Q.   What is the name of your daughter who

12        owns 2565?

13             A.   Her name is Meegan, M-e-e-g-a-n; Rubin,

14        R-u-b-i-n.

15             Q.   Let's now talk about your employment

16        briefly.

17                  Currently, what are your sources of

18        income?

19             A.   Currently, I am not working.  I was laid

20        off two months ago.

21             Q.   And where were you laid off from?

22             A.   JetSpring.

23             Q.   So since you were laid off at JetSpring,

24        what are your current sources of income?

25             A.   Right now, I'm getting a severance
```

Beth Spector

```
 1      package.

 2          Q.   From JetSpring?

 3          A.   Yes.

 4          Q.   Anything else?

 5          A.   No.

 6          Q.   So your sole source of income presently

 7      is the severance package from JetSpring?

 8          A.   Well, I...  I'm also on Social Security.

 9          Q.   Okay.

10          A.   Plus, I live with my husband and we

11      share our monetary income.

12          Q.   Do you have any other present sources of

13      income besides the Social Security, the severance

14      package, and any joint income that your husband

15      produces?

16          A.   No.

17          Q.   You mentioned you were laid off from

18      JetSpring about two months ago.  What type of a

19      company is JetSpring?

20          A.   JetSpring is a company that has chat

21      agents that are placed on college websites to

22      answer questions that students have when they

23      press -- come in and they can click on a button

24      and you would automatically be talking to the chat

25      agent and the chat agent then can transfer you
```

Beth Spector

```
 1      right to college Admissions.

 2           Q.   What was your position with JetSpring?

 3           A.   I was a supervisor for agents.

 4           Q.   How long --

 5           A.   Client Relations.

 6           Q.   How long had you been employed at

 7      JetSpring?

 8           A.   12 years.

 9           Q.   So since about 2009?

10           A.   Yes.

11           Q.   You mentioned you were a supervisor.

12      Did you have any other positions during that 12

13      years at JetSpring?

14           A.   Client Relations.

15           Q.   Are those two separate positions?

16           A.   I would say yes, but it was always at

17      the same time, so I would say simultaneously.

18           Q.   Other than as Client Relations and a

19      supervisor person, did you have any other

20      positions?

21           A.   No.

22           Q.   Were you employed in both these

23      capacities, as a Clients Relation and supervisor

24      for the entire 12 years?

25           A.   Yes.
```

Beth Spector

```
 1            Q.   What were your primary job duties as a
 2       Client Relations and supervisor?
 3            A.   Well, as a supervisor, I would make sure
 4       that the agents basically were doing their jobs.
 5       I also read the chat transcripts to make sure that
 6       they were doing them correctly.  And I also took
 7       care of what's called a knowledge base, which is
 8       the information that a school gives that we then
 9       would give to a student.  So I was in charge of
10       making sure that was always correct.  And I would
11       make sure that I spoke to the clients about
12       anything that they thought was wrong or any
13       changes they needed or dates.
14            Q.   And those communications with the
15       clients were in your capacity as the Client
16       Relations person?
17            A.   Yes.
18            Q.   You said previously that you had these
19       positions for the entire 12 years.  Did your job
20       duties change over time in these positions over
21       the 12 years that you were with the company?
22            A.   No.  I would just say that they become
23       more intense as the company grew and less intense
24       when the company started to decline due to COVID
25       and finances.
```

Beth Spector

```
1              Q.   Were you employed full time at --

2              A.   Yes.

3              Q.   -- JetSpring?

4              MR. BRECHER:  Let him finish the

5     question.

6              THE WITNESS:  Excuse me?

7              MR. BRECHER:  Let him finish the

8     question.

9              THE WITNESS:  Sorry.

10             MR. VRASMASU:  I'm trying to slow down

11    so you can slow down, too.  I want to make it easy

12    for everyone.

13   BY MR. VRASMASU:

14             Q.   Did you work during the day or night?

15             A.   Both.

16             Q.   What were your hours typically?

17             A.   Typically, I would start about 9 and try

18    to make sure that I was basically finished all of

19    the actual work by 5, but the type of business

20    that it is was it was a 24-hour-a-day presence, so

21    I would always be checking.  And if there was a

22    problem, I was always available so it could easily

23    be past 5.

24             Q.   When you said 9 to 5, you meant 9 a.m.

25    to 5 p.m.?
```

Beth Spector

```
 1          A.   Yes.
 2          Q.   And then you were basically on call for
 3     all the other hours in a day?
 4          A.   Yes.
 5          Q.   Did you work this schedule for the
 6     entire 12 years that you were with the company?
 7          A.   Basically, yes.
 8          Q.   How often would you say -- and I'm just
 9     asking you to approximate -- would it be necessary
10     for you to do any substantial work after 5 p.m.?
11          A.   Very often.
12          Q.   Did you ever have to do any type of work
13     after midnight?
14          A.   Occasionally.
15          Q.   And what type of work would you do after
16     midnight?
17          A.   Well, if the system failed I would have
18     to make sure that I was checking to see that the
19     agents understood what was going on and get in
20     touch with the technical people to tell them that
21     we were offline.
22          Q.   Did JetSpring -- strike that.
23               While working at JetSpring, did you have
24     an office?
25          A.   I worked from home.
```

Beth Spector

```
1              Q.   So you worked from home the entire 12

2       years?

3              A.   Yes.

4              Q.   Did JetSpring itself have a physical

5       location?

6              A.   Yes.

7              Q.   What was your supervisor's name at

8       JetSpring?

9              A.   Well, my husband was my supervisor for

10      most of the time.

11             Q.   Was your husband also employed at

12      JetSpring?

13             A.   Yes.

14             Q.   And what was his capacity at JetSpring?

15             A.   He was COO.

16             Q.   Were there any coworkers with whom you

17      worked most frequently while at JetSpring?

18             A.   Yes.

19             Q.   What were some of their names?

20             A.   Danielle Rabinowitz and Susan Lorenson.

21             Q.   What was Danielle's position?

22             A.   She was my assistant.  They both

23      actually were assistants.

24             Q.   Did they also work remotely?

25             A.   Yes.
```

Beth Spector

```
 1              Q.   For the entire 12 years?

 2              A.   Yes.

 3              Q.   Did you work closely with anyone else

 4      while at JetSpring?

 5              A.   I would say they were the closest.

 6              Q.   Do you still keep in touch with Danielle

 7      and Susan?

 8              A.   I still talk to Danielle, yes.  Susan,

 9      not so much.

10              Q.   And why were you laid off from

11      JetSpring?

12              A.   Because the company was losing money.

13              Q.   Did this downturn start occurring after

14      the pandemic that we've all gone through?

15              A.   Yes. It actually had started before, but

16      the pandemic affected it very much.

17              Q.   While working at JetSpring, did you ever

18      work with any chemicals?

19              A.   No.

20              Q.   It was essentially an office job that

21      you did from home?

22              A.   Yes.

23              Q.   Did you sustain any workplace injuries

24      while at JetSpring?

25              A.   No.
```

Beth Spector

```
 1              Q.   Did you ever take any medical leave

 2       while you were employed at JetSpring?

 3              A.   The only time I would take a small few

 4       days off or a week off would be when I was in the

 5       hospital.

 6              Q.   Any other times?

 7              A.   No.

 8              Q.   Were you ever disciplined in any way

 9       while at JetSpring?

10              A.   No.

11              Q.   Did you work anywhere else while you

12       were also working at JetSpring?

13              A.   No.

14              Q.   Where did you work before JetSpring,

15       LLC?

16              A.   I did not work.

17              Q.   When is the last time that you held any

18       employment before you started working for

19       JetSpring about 12 years ago?

20              A.   Well, I worked at Lord & Taylor briefly

21       in 1970.

22              Q.   Now, in looking at some of your records,

23       I see that in 2005 you were also employed as a

24       realtor.  Does that sound familiar?

25              A.   I took my realtor test, but I was never
```

Beth Spector

```
 1      employed.
 2           Q.   Okay.  Did you ever close any deals?
 3           A.   No.
 4           Q.   So is it accurate to state that in the
 5      past 25 years your only employment has been with
 6      JetSpring, LLC?
 7           A.   Correct.
 8           Q.   Now, do you currently consider yourself
 9      retired?
10           A.   Currently, yes.
11           Q.   And you mentioned that you receive
12      Social Security, correct?
13           A.   Yes.
14           Q.   Do you receive any other pension or any
15      disability?
16           A.   No.
17           Q.   And why did you decide to retire?
18           A.   I feel that at this time, because of my
19      health, I don't think I'm capable of working any
20      type of a full-time job.
21           Q.   Would you have retired if JetSpring,
22      LLC, did not lay you off?
23           A.   I was considering it, yes.
24           Q.   When did you start considering it?
25           A.   I started to consider it in the past
```

Beth Spector

```
 1        year because my health has been suffering.

 2             Q.   Did you share your plans during the past

 3        year to retire with anyone?

 4             A.   Just my husband.

 5             Q.   So you didn't tell any of your friends,

 6        any of your other family members?

 7             A.   No.

 8             Q.   Have you ever filed any workers'

 9        compensation claims?

10             A.   No.

11             Q.   Have you ever sought any type of Social

12        Security disability income?

13             A.   No.

14             Q.   Have you ever been denied life

15        insurance?

16             A.   No.

17             Q.   Do you currently have life insurance?

18             A.   No.

19             Q.   Have you ever served in the military?

20             A.   No.

21             Q.   Do you have any hobbies or leisure

22        activities that you engage in on a regular basis?

23             A.   I like to walk.  I like to take care of

24        my dogs.  I like to read.  I like to do Pilates

25        when I feel up to it.  I like to garden.
```

Beth Spector

```
1              Q.   Anything else?

2              A.   Not at the moment.

3              Q.   Can you describe for me what you do when

4       you go out for a walk?

5              A.   Currently, I can only walk a certain

6       amount because my oxygen levels drop.

7              Q.   And what's...

8              A.   Go ahead.

9              Q.   Please go ahead.  I don't want to cut

10      you off.

11             A.   Okay.  Since I've been, um, in the past

12      year since I was sick this last time -- actually

13      started last year around this time -- I was

14      hospitalized for pneumonia and pseudomonas, and my

15      oxygen levels have been low ever since.

16                  So when I walk, I try to not let my

17      oxygen levels drop, meaning that if it goes below

18      90, and it's at 80 -- goes to 86, 87 -- I need to

19      stop and sit down so it can go back up.  So I

20      don't walk very far because I need to turn around

21      and come back.

22                  And on occasion -- excuse me -- on

23      occasion when I come back, because my oxygen level

24      is low, I need to actually use oxygen to help

25      bring it back up.
```

Beth Spector

```
 1                Q.   Do you have some kind of device that
 2      tests your oxygen level?
 3                A.   I do.  It's little a pulse-ox.
 4                Q.   How often do you go on these walks?
 5                A.   I try to go every day, if I'm up to it.
 6                Q.   And how long -- strike that.  How long
 7      does it take you to complete one of these walks?
 8                A.   At the...  Currently, I'm only doing 20
 9      minutes.
10                Q.   What type of distances do you cover
11      during those 20 minutes, approximately?
12                A.   I don't know, half a mile.
13                Q.   Where do you usually walk?
14                A.   Right across the street from where I
15      live at the townhouses there's a path that you can
16      walk on.
17                Q.   Is this a straight path?  Does it --
18                A.   Yes.
19                Q.   -- have any elevations?
20                A.   Slight elevation, not much.
21                Q.   Does anyone accompany you on these
22      walks?
23                A.   My husband, generally.
24                Q.   You said that you started having
25      difficulty walking about a year or so ago?
```

Beth Spector

```
 1              A.   I would say that it's happened before,

 2         but in the past year, I feel that since the last

 3         hospitalization I had, my oxygen level has not

 4         ever really come back to what it should be.  So

 5         I'm always very conscious of it, and it took me a

 6         long time to even have the capability of taking a

 7         walk for 20 minutes again.

 8              Q.   Before the past year, how often would

 9         you walk?

10              A.   A few times a week, but I would exercise

11         more in the house, which I haven't been doing now.

12              Q.   Before the past year, how long were your

13         walks on average?

14              A.   Not more than a mile.

15              Q.   How long would it take you to complete a

16         mile?

17              A.   30 minutes.

18                   I'm really just guesstimating.

19              Q.   Of course.  That's...

20              A.   Okay.

21              Q.   Yeah.  And where would you take those

22         30-minute walks before the past year?

23              A.   At the same place or in my neighborhood

24         at 1718 Sharpless.

25              Q.   Would you also walk at your 2565 South
```

Beth Spector

```
 1        Ocean Boulevard address?

 2             A.   Yes.

 3             Q.   At your Pennsylvania address, what type

 4        of a place is it where you walk?

 5             A.   It's a circle, a street.  And I would

 6        just walk around the circle.

 7             Q.   Before the last year, would anyone

 8        accompany you on those 30-minute walks?

 9             A.   My husband and my dogs.

10             Q.   You also mentioned that you enjoy taking

11        care of your dogs?

12             A.   I do.

13             Q.   How many dogs do you have?

14             A.   I have one now.  One died last week.

15             Q.   I'm sorry to hear that.

16             A.   Thank you.

17             Q.   What type of dog do you have now?

18             A.   It's a King Charles Cavalier, Spaniel.

19             Q.   And your dog that passed away, what type

20        was it?

21             A.   Same.

22             Q.   How do you take care of your dogs?

23             A.   Groom them, feed them, love them, pet

24        them, sleep with them, walk them.  Basically, do

25        whatever they want.
```

Beth Spector

```
1              Q.   How often do you walk the dogs?

2              A.   Every day.

3              Q.   Is this in addition to the walk that you

4         take with your husband?

5              A.   Yes.  Well, she's old and I don't walk

6         her very far, and quite frankly it's more to just

7         take her outside to do her toiletries.

8              Q.   About how long do your dog-walks last on

9         a daily basis?

10             A.   Five or ten minutes.

11             Q.   And how long do you take your dog out --

12        strike that.  How many times per day do you take

13        the dog out for a walk?

14             A.   Well, I probably only go once or twice,

15        my husband does the rest, and when I'm not feeling

16        well he does it all.

17             Q.   What do you do when you groom your dogs?

18             A.   Just brush them.

19             Q.   How often do you groom your dog?

20             A.   I'd say, I brush her once or -- once a

21        week maybe.

22             Q.   And how long does that take?

23             A.   Generally two minutes, since she's not

24        very happy with me doing it.

25             Q.   Is it a tiny dog?
```

Beth Spector

```
 1              A.    Yes.

 2              Q.    It's not a Husky or anything?

 3              A.    Excuse me -- no.

 4              Q.    You also mentioned that you like

 5        Pilates?

 6              A.    I do.

 7              Q.    How often do you do Pilates?

 8              A.    Well, I try to do it once a week, but

 9        depending on how I feel, sometimes I don't do it

10        at all.

11              Q.    Do you do it at home or do you go --

12              A.    Yes.

13              Q.    -- someplace?

14              A.    (No Response.)

15              Q.    You do it at home?

16              A.    Yes.

17              Q.    How long does a Pilates session

18        generally last?

19              A.    20 minutes.  Depending on how long I can

20        stand doing it.

21              Q.    Does anyone else do Pilates with you?

22              A.    No.

23              Q.    Do you do any other type of exercise

24        besides Pilates?

25              A.    I lift some weights for my arms.
```

```
 1              Q.    How often do you lift weights for your

 2       arms?

 3              A.    Probably once a week.

 4              Q.    How long do you lift weights for your

 5       arms once a week?

 6              A.    15 minutes.

 7              Q.    Do you do that at home?

 8              A.    Yes.

 9              Q.    Do you have any type of gym memberships?

10              A.    I don't at the moment, no.

11              Q.    When is the last time you had a gym

12       membership?

13              A.    So it's almost two years ago for LA

14       Fitness.

15              Q.    What LA Fitness did you have a gym

16       membership at about two years ago; was it in

17       Florida or Pennsylvania?

18              A.    In Florida.

19              Q.    Do you remember where in Florida?

20              A.    It's on Federal.

21              Q.    Is it...

22              A.    In Delray.

23              Q.    Delray?

24              A.    Yeah.

25              Q.    Does anyone else lift weights with you?
```

Beth Spector

```
 1              A.    My husband.

 2              Q.    Anyone else?

 3              A.    No.

 4              Q.    Do you do any other types of physical

 5        activity besides walking, Pilates, and lifting

 6        weights?

 7              A.    If you consider vacuuming physical

 8        activity, then I would say clean.

 9              Q.    And we're going to get to that shortly,

10        but anything else in terms of exercise?

11              A.    No.

12              Q.    How long have you been doing Pilates

13        for?

14              A.    I would say five years.

15              Q.    We also talked about walking earlier.

16        How long have you enjoyed walking?

17              A.    My whole life.

18              Q.    How long have you been lifting weights?

19              A.    20 years.

20              Q.    You also mentioned that you enjoy

21        reading?

22              A.    I do.

23              Q.    How much time do you spend reading?

24              A.    I would say at least an hour a day or

25        more.
```

Beth Spector

```
1              Q.   And how long has reading been one of
2       your preferred leisure activities?
3              A.   Since I was a child.
4              Q.   You also mentioned that you enjoy
5       gardening?
6              A.   I do.
7              Q.   Do you still do gardening?
8              A.   Well, obviously I can't...  I don't
9       garden here in Highland Beach because we live in a
10      community, a condo-type community, so no.  But in
11      Philadelphia, Pennsylvania, I still enjoy planting
12      flowers.
13             Q.   How long have you enjoyed gardening?
14             A.   Since I moved to that house.
15             Q.   So it's been since the '70s?
16             A.   (Nods head.)
17             Q.   So in terms of gardening, you said that
18      you plant flowers.  Do you do anything else?
19             A.   No.  Planting flowers is my main.
20             Q.   Have you ever grown vegetables?
21             A.   One time, maybe 15 years ago, my husband
22      had a garden.  He grew tomatoes.
23             Q.   Other than that, have you grown
24      vegetables?
25             A.   No.
```

Beth Spector

```
1              Q.   So you said that currently you only

2         spend about, what is it, three or four months at

3         the Pennsylvania address?

4              A.   Currently.  Well, COVID affected that.

5              Q.   And while there, how many hours per week

6         do you spend in the garden, approximately?

7              A.   You mean actually planting flowers?

8              Q.   Yes.

9              A.   Not a lot of time.

10                  Picking off the deadheads --

11             Q.   Can you just give me a rough --

12             A.   -- of Geraniums.

13                  I have pots and the pots have Geraniums

14        in them and Geraniums need to be picked off, the

15        dead ones, so it's not a lot of time.

16             Q.   Can you just give me a rough estimate

17        'cause I, myself am not a gardener.

18             A.   I would say 10 minutes every -- twice a

19        week.

20             Q.   The flowers that you grow, are they all

21        potted or do you --

22             A.   Yes.

23             Q.   Okay.  You don't actually have to dig

24        holes in the ground and plant them in the ground?

25             A.   I have done that.  I didn't do that this
```

Beth Specter

```
 1      year.
 2              Q.   When's the last time that you actually
 3      dug holes and planted flowers?
 4              A.   Two years ago.
 5              Q.   How long did it take you to dig the
 6      holes and plant the flowers two years ago?
 7              A.   Two hours; one hour.
 8              Q.   Did you do that by yourself or did
 9      some- --
10              A.   Yes.
11              Q.   -- -one help you?
12              A.   (No Response.)
13              Q.   And did you do that multiple times or
14      was that only one occurrence about two years --
15              A.   It was --
16              Q.   -- ago?
17              A.   I would plant them in the spring once a
18      year.
19              Q.   So once a year, you would spend about
20      two hours digging holes and planting flowers?
21              A.   Correct.
22              Q.   And how long have you done that for?
23              A.   10 years.  More, depending.
24              Q.   What other types of activities do you
25      currently engage in in terms of gardening when you
```

Beth Specter

```
 1      have the opportunity to garden?

 2            A.    None.

 3            Q.    Are you a member of any local

 4      organizations like clubs, civic organizations?

 5            A.    No.

 6            Q.    No?

 7            A.    No.

 8            Q.    Have you ever run for or held political

 9      office?

10            A.    No.

11            Q.    Do you do any volunteer work?

12            A.    No.

13            Q.    Let's touch on, very briefly on

14      vacations.

15                  Over the last 10 years, how often would

16      you go on vacation?

17            A.    Once a year.

18            Q.    And where would you go on vacation?

19            A.    In the last 10 years we went to -- our

20      friends had a condominium in Mexico -- and we went

21      there maybe three years in a row, but then we

22      considered our vacation to be coming to Florida.

23            Q.    So you went to Mexico about three years

24      in a row for vacation and then for the other seven

25      years your vacation was coming to Flo- --
```

Beth Spector

```
 1            A.   Yes.

 2            Q.   -- -rida over the winter?

 3            A.   Yes.

 4            Q.   Do you remember when you went to Mexico

 5       three years in a row, approximately?

 6            A.   Well, let me think back.  This is 2021.

 7       So we've been coming to Florida for the past seven

 8       years.  So it would have been the three previous

 9       years.  I don't have a calculator.  You can do the

10       math.

11            Q.   '14.  So it'd be '13, '12, '11,

12       something like that.  Okay, so early 2010, 2011 --

13            A.   Yes.

14            Q.   -- okay.

15                 How long would you stay in Mexico when

16       you visited your friends at their condo?

17            A.   For a week.

18            Q.   Do you remember where in Mexico?

19            A.   It's near Puerto Vallarta, but I can't

20       remember the exact location.

21            Q.   What are your friend's names who own the

22       condo in Mexico?

23            A.   Their names are Nadine and Lew Cohen.

24            Q.   Nadine and Lew Cohen?

25            A.   Um-hum, yes.
```

Beth Spector

```
 1              Q.   Do you still keep in touch with them?
 2              A.   Yes.
 3              Q.   When you visited Nadine and Lew in
 4       Mexico, what types of activities did you engage
 5       in?
 6              A.   We went on the beach and went in the
 7       pool and looked for shells.
 8              Q.   Anything else you can recall?
 9              A.   No.
10              Q.   So other than the three trips to Mexico
11       and coming to Florida in the wintertime, have you
12       had any other vacations over the last 10 years?
13              A.   My son lives in New York, he's an actor,
14       and we have -- I don't know if you would consider
15       that a vacation to go visit him.
16              Q.   How often --
17              A.   Maybe for two nights.
18              Q.   How often have you visited your son in
19       New York?
20              A.   All of them?
21              Q.   Yeah.
22              A.   10 times in the past years.  Maybe 10
23       times in 10 years.
24              Q.   So about once a year?
25              A.   Yeah.
```

Beth Spector

```
 1              Q.   And you said you go for a few days,

 2      right?

 3              A.   Yeah.

 4              Q.   Other than seeing your son in New York,

 5      coming to Florida for the winter, and going to

 6      Mexico three times, have you taken any other

 7      vacations in the last 10 years?

 8              A.   No.

 9              Q.   Have you done any non-vacation travel in

10      the last 10 years?

11              A.   No.

12              Q.   What are some of your favorite

13      activities to engage in with your family and

14      friends?

15              A.   Well, we go out for dinner.  We get

16      together at people's homes.  We watch sporting

17      events.  Go to movies, when you could go to a

18      movie.

19              Q.   Anything else that you generally enjoy

20      doing with family and friends?

21              A.   Cooking.

22              Q.   Anything else that you can think of?

23              A.   No.

24              Q.   Who do you generally go to dinner with?

25              A.   Friends.
```

Beth Spector

```
 1              Q.   Can you give me some of their names?

 2              A.   Lew and Nadine Cohen, Max and Jackie

 3      Levine, Jane and Ed Rudolph, Kitty and Larry

 4      White.  Occasionally, Marc and Debbie Brecher.

 5              Q.   Okay.  Anyone else that you can think

 6      of?

 7              A.   Brenda and Craig Burrell.

 8              Q.   And how often do you go out to dinner

 9      with any of these folks?

10              A.   Well, since COVID, not at all.

11              Q.   Okay.

12              A.   I mean, it's really changed life

13      dramatically.  Before that, once a week.

14              Q.   And what types of places would you and

15      these folks go to dinner with?

16              A.   What types of --

17              Q.   Yes.

18              A.   -- restaurants?

19              Q.   Yes.

20              A.   Mainly casual restaurants.

21              Q.   You also mentioned that you enjoy going

22      to sporting events and going to people's houses.

23      How often would you engage in those activities?

24              A.   Well, the sporting events, let me just

25      backtrack that and say that we liked watching
```

Beth Spector

```
1         sporting events together at someone's house on

2         television.

3              Q.   Okay.

4              A.   I don't go to large sporting events

5         because I don't like to be around crowds.

6              Q.   And how long has that been the case?

7              A.   I would say, especially in the past

8         seven, eight years.

9              Q.   And what brought upon that hesitation to

10        be in large crowds?

11             A.   Getting sick a lot and being afraid of

12        germs.

13             Q.   How often would you go to your friend's

14        house to just hang out or see sporting events?

15             A.   Once or twice a week.

16             Q.   And do those friends, are those the same

17        names that you just --

18             A.   Yes.

19             Q.   -- told me about?

20             A.   (No Response.)

21             Q.   Okay.  Same thing with the movies.  How

22        often would you go to the movies when we all could

23        all go to the movies.

24             A.   Maybe once a month, if there was

25        anything worth seeing.
```

Beth Spector

```
1              Q.   And would it also be with some of these

2        same folks that you mentioned?

3              A.   Yes, or just alone with my husband.

4              Q.   You also mentioned that you enjoy

5        cooking.  Would you cook in groups with any of

6        these folks or is it something you do at home?

7              A.   I do it at home, but I also will cook

8        and invite friends in or we're at someone's house

9        when they cook.

10             Q.   Have you discussed your medical

11       condition or this lawsuit with any of those

12       friends whose names you mentioned?

13             A.   Well, that's actually a two-part

14       question.

15             Q.   Okay.

16             A.   My friends all know that I have been

17       ill.  They've been aware that I was diagnosed,

18       since I was diagnosed in 2007.

19                  As far as discussing the lawsuit, the

20       only friend that I've discussed the lawsuit with

21       is Marc Brecher.

22             Q.   Who is your attorney?

23             A.   Who is my attorney.

24             Q.   Do any of your friends other than your

25       attorney know anything else about your medical
```

Beth Spector

```
 1        condition other than the fact that you had this

 2        diagnosis?

 3             A.   They see...  They know every time I've

 4        been hospitalized.  They're very well aware of how

 5        I feel.  I speak to them on the phone.  They

 6        understand when I'm sick.  They send flowers.

 7        They check up.  They all know.  And they're all

 8        acutely aware of never coming near me if they have

 9        any type of medical issue.

10             Q.   Do you want to take a quick break?

11             A.   Sure.

12             Q.   We've been going for about an hour.

13        Let's...  Yeah.  We've actually made very good

14        progress.  Five minutes; does that work?

15                  MR. BRECHER:  Perfect.

16                  THE WITNESS:  Thank you.

17                  VIDEO TECHNICIAN:  Going off the record.

18        The time is 10:18 a.m.

19                  (Recess taken at 10:18 a.m.)

20                  (Back on the record at 10:29 a.m.)

21                  VIDEO TECHNICIAN:  We are back on the

22        record.  The time is 10:29 a.m.

23   BY MR. VRASMASU:

24             Q.   Before we took our break, we were

25        talking about some of your various activities, and
```

Beth Spector

```
1          I think you had mentioned that you currently

2     vacuum, correct?

3          A.   Yes.

4          Q.   What other household chores do you take

5     care of besides vacuuming?

6          A.   Cooking, make the bed, wash clothes.

7          Q.   Anything else?

8          A.   Dust.

9          Q.   Anything else you can think of?

10         A.   Clean the kitchen, spray countertops,

11    water plants.

12         Q.   Anything else?

13         A.   Take out the trash occasionally.

14         Q.   Anything else you can think of?

15         A.   No.

16         Q.   How often do you vacuum?

17         A.   Every other day.

18         Q.   And do you do this at both your

19    Pennsylvania and Florida addresses?

20         A.   Yes.

21         Q.   How large is your Pennsylvania house in

22    terms of square feet, just an estimate?

23         A.   I'd say, 5,000 square feet, including --

24    less because of the basement.  I don't know if

25    that counts.  So maybe 40...  4300.
```

Beth Spector

```
 1              Q.   And how many square feet is your Florida

 2       house?

 3              A.   2400.

 4              Q.   How long does it take you to vacuum?

 5              A.   Five minutes.

 6              Q.   Let me break this down.  How long does

 7       it generally take you to vacuum your Pennsylvania

 8       house?

 9              A.   Well, I don't...  It's mainly the

10       kitchen floor, so we're talking five minutes.

11              Q.   Okay.  Who vacuums the rest of your

12       Pennsylvania house?

13              A.   My husband.

14              Q.   How long does it take you to vacuum the

15       Florida house?

16              A.   Five minutes.

17              Q.   And who vacuums the rest of that 2400

18       square feet?

19              A.   My husband.

20              Q.   And how long has this been the division

21       of labor in terms of vacuuming?

22              A.   I would say, past couple of years.

23              Q.   Before the past couple of years, would

24       you be doing most of that, the vacuuming?

25              A.   More of it, but we do have somebody that
```

Beth Spector

```
 1      cleans, you know, every other week.
 2           Q.   So you have a housekeeper that comes in?
 3           A.   Um-hum.
 4           Q.   How long have you had a housekeeper?
 5           A.   For years.  Are you talking about in
 6      Florida?
 7           Q.   Let's talk about both of them.  So let's
 8      first talk about Pennsylvania.
 9           A.   In Pennsylvania, we've always had a
10      housekeeper that came in.
11           Q.   And how often would the housekeeper come
12      in Pennsylvania?
13           A.   Approximately, once a week until last
14      year with COVID.
15           Q.   And what would -- strike that.  What did
16      the housekeeper do for you at your Pennsylvania
17      address?
18           A.   Cleaned toilets, cleaned showers,
19      bathrooms, floors, dust, windows; anything that
20      needed it.
21           Q.   And you said you always had a
22      housekeeper at the Pennsylvania address?
23           A.   Yes.
24           Q.   How about the Florida address, when did
25      you start having a housekeeper?
```

Beth Spector

```
 1              A.   When we came.

 2              Q.   That was about six years ago?

 3              A.   Yes.

 4              Q.   How often does the housekeeper come to

 5         upkeep your Florida --

 6              A.   Every two weeks.

 7              Q.   -- residence?

 8              A.   (No Response.)

 9              Q.   What does the housekeeper do when he or

10         she comes every two weeks?

11              A.   She concentrates on bathrooms; vacuums,

12         makes the bed, cleans the windows; sliding patio

13         door; shines things up.

14              Q.   Now, you mentioned another thing that

15         you enjoy doing is cooking --

16              A.   Yes.

17              Q.   -- correct?

18              A.   (No Response.)

19              Q.   And how often do you cook?

20              A.   Three, four times a week.

21              Q.   How long does it take you to cook?

22              A.   I try to keep it at easy, an hour.

23              Q.   So you cook for about an hour three or

24         four times a week?

25              A.   Yes, as long as I feel up to it.
```

Beth Spector

```
 1              Q.   Who does your grocery shopping?

 2              A.   Instacart.

 3              Q.   You mentioned that you also make the

 4       bed, wash clothes and dust, correct?

 5              A.   Well, I do make -- yes, I make the bed.

 6              Q.   Okay.

 7              A.   And make sure things are clean.

 8              Q.   And do you make the bed every day?

 9              A.   Yes.

10              Q.   How long does that take you?

11              A.   If I'm not changing the sheets, five

12       minutes.

13              Q.   Okay.

14              A.   If you change the sheets, obviously

15       takes longer.

16              Q.   About how long does it take you to

17       change the sheets?

18              A.   10 minutes.

19              Q.   How often do you change the sheets?

20              A.   Once a week.

21              Q.   You also mentioned that you wash clothes

22       and dust, correct?

23              A.   Yes.

24              Q.   How long does that take you?

25              A.   I would say, I wash clothes every other
```

Beth Specter

```
 1         day and depending on how long the cycle is.  So

 2         you put the clothes in, then you take it out and

 3         put it in the dryer, so maybe it's an hour.

 4              Q.   How about dusting, how often do you do

 5         that?

 6              A.   Well, whenever I see any...  I always

 7         have a little rag in my hand.  If I'm walking

 8         around, I clean what's...  If it's dusty, I clean

 9         it.

10              Q.   Okay.

11              A.   Windex.

12              Q.   You also mentioned that you clean the

13         kitchen and spray countertops?

14              A.   Um-hum.

15              Q.   Yes?

16              A.   Yeah.

17              Q.   And how often do you do that?

18              A.   Every day.

19              Q.   And how long does it take you?

20              A.   Five minutes, 10 minutes, depending on

21         how dirty it is or what was for dinner.

22              Q.   You mentioned that you also water

23         plants?

24              A.   I have some orchid plants.

25              Q.   And how often do you water them?
```

```
 1              A.   I put -- uh, once a week.

 2              Q.   And how long does that take you?

 3              A.   I put three ice cubes in each of the

 4         plants, so I would say it takes me approximately

 5         one minute.

 6              Q.   Okay.  And then you said sometimes you

 7         take out the trash?

 8              A.   Uh, yeah, light trash.  We have a little

 9         trash room right next to our apartment.

10              Q.   Okay.  So it is --

11              A.   I just put it down the --

12              Q.   Okay.

13              A.   I don't do the -- my husband takes out

14         the recyclables.

15              Q.   And how often do you take out the trash?

16              A.   I don't know, twice a week -- once.  My

17         husband takes it out mostly.

18              Q.   Who's in charge of paying the bills?

19              A.   My husband.

20              Q.   Do you take care of or provide

21         assistance to anyone else like an elderly family

22         member or anything like that?

23              A.   No, other than mental.  Well, I speak to

24         my mother.  She lives in New Jersey.  So my

25         assistance is by speaking to her a couple of times
```

Beth Spector

```
1        a day and making sure she's okay.
2             Q.   And other than speaking, do you do
3        anything like helping a family member or any other
4        relative in terms of buying things for them, doing
5        household chores, things of --
6             A.   No.
7             Q.   -- that nature?
8             A.   (No Response.)
9             Q.   Do you watch television?
10            A.   Yes.
11            Q.   How often do you watch television?
12            A.   Every day.
13            Q.   How long have you watched television on
14       a daily basis?
15            A.   I would say since I was five.
16            Q.   And what types of shows do you typically
17       watch?
18            A.   I'm kidding.  I think that's how old I
19       was when I realized we had a TV.
20                 I'm sorry --
21            Q.   Sure.
22            A.   -- can you repeat?
23            Q.   What type of TV shows do you typically
24       watch?
25            A.   Drama, news, sports, Jeopardy.
```

Beth Spector

```
 1                  Q.    Do you have any favorite TV channels?

 2                  A.    Netflix.

 3                  Q.    And has this -- strike this.

 4                        Have those been the types of programs

 5         that you've mostly enjoyed watching over the

 6         years?

 7                  A.    Dramas, yes.

 8                  Q.    Anything else?

 9                  A.    Comedies, cooking shows.

10                        Excuse me, sorry.

11                        (Witness coughing.)

12                  Q.    Anything else besides dramas, comedies,

13         and cooking shows that you enjoy watching?

14                  A.    Sports, with my husband.

15                  Q.    Anything else?

16                  A.    No.

17                  Q.    Do you generally read any magazines,

18         newspapers or other periodic publications?

19                  A.    Yes.

20                  Q.    What are some of them?

21                  A.    Well, in Florida, Sun Sentinel, but I

22         also read online.

23                  Q.    Um-hum.  Are there any specific online

24         publications that you follow?

25                  A.    New York Times, People, CNN.
```

Beth Specker

```
 1              Q.   Anything else you can remember?

 2              A.   Any type of cooking.  Food Network

 3       online.

 4              Q.   Anything else?

 5              A.   On a regular basis --

 6              Q.   Yes.

 7              A.   -- every day?

 8              Q.   Yeah.

 9              A.   That's about it.

10              Q.   So these you try to review on a regular

11       basis?

12              A.   Yes.

13              Q.   And how long have you been reviewing

14       these materials on a regular daily basis?

15              A.   I couldn't even tell you.  Many years.

16       I mean, I've always read the paper.  Always had a

17       newspaper delivered for as long as I was an adult.

18       Always watched the news.

19                   (Witness coughing.)

20                   THE WITNESS:  Is...  Is there any hot

21       water?

22                   MR. VRASMASU:  Let's take a quick break.

23                   THE WITNESS:  I'm sorry.

24                   MR. VRASMASU:  It's fine.  It's totally

25       fine.
```

Beth Spector

```
 1                    VIDEO TECHNICIAN:  Going off the record.

 2       The time is 10:42 a.m.

 3                    (Recess taken at 10:42 a.m.)

 4                    (Back on the record at 10:45 a.m.)

 5                    VIDEO TECHNICIAN:  We are back on the

 6       record.  The time is 10:45 a.m.

 7                    MR. VRASMASU:  So we are now back on the

 8       record.

 9    BY MR. VRASMASU:

10            Q.   Now, you are currently married?

11            A.   Yes.

12            Q.   What is your spouse's name?

13            A.   Charles, but he goes by Chuck.

14            Q.   That's Mr. Chuck Spector?

15            A.   Correct.

16            Q.   And what is his date of birth?

17            A.   His date of birth is 8/11/49.

18            Q.   When were you two married?

19            A.   In 1978.

20            Q.   Have you and Mr. Spector lived together

21       throughout your entire marriage?

22            A.   Yes.

23            Q.   What is your husband's occupation?

24            A.   He is retired right now, but he...

25            Q.   And what did your husband do before he
```

Beth Spector

1    retired?

2          A.   He actually worked for JetSpring and he

3    had other, uh, a long time ago, steel company and

4    he also owned a real estate company.

5          Q.   Did your husband do anything else other

6    than his involvement with JetSpring, the steel

7    company, and the real estate company?

8          A.   No.

9          Q.   Does your spouse generally go with you

10   to your medical appointments?

11         A.   Yes.

12         Q.   Does he actually sit in during your

13   exam?

14         A.   If he's able to, but with COVID you

15   can't.

16         Q.   Now, before COVID, was he --

17         A.   Yes.

18         Q.   Does your husband discuss your health

19   with your medical providers?

20         A.   Yes.

21         Q.   Okay.  And how would you describe his

22   level of involvement whenever you go to a medical

23   appointment?

24         A.   He would ask questions or if I forgot to

25   relay something that happened, he'll tell them or

```
1       remind me.

2            Q.   You were previously married?

3            A.   Yes.

4            Q.   Who were you previously married to?

5            A.   A man by the name of Mark Lenet,

6       L-e-n-e-t.

7            Q.   When were you and Mr. Lenet married?

8            A.   In 1970.

9            Q.   How long were you --

10           A.   I think it was actually maybe '71.

11                We were married for five years.

12           Q.   Now, I understand you have three

13      children?

14           A.   Actually four, but I only gave birth to

15      three of them.

16           Q.   Okay.  What are the names of your three

17      children?

18           A.   The oldest one's name is Jennifer.

19           Q.   Okay.

20           A.   Second one is Meegan, M-e-e-g-a-n; third

21      one is Greg, G-r-e-g.  That's the one I did not

22      give birth to.  And the last one is Jarrod,

23      J-a-r-r-o-d.  And I have four grandchildren.

24           Q.   Did you have Jennifer with Mr. Spector?

25           A.   No.  I had...  Jennifer and Meegan were
```

Beth Spector

```
 1        with Mark Lenet and Jarrod was with my husband, my

 2        current husband.

 3             Q.   How about Greg?

 4             A.   Greg is the, uh, is Chuck's natural born

 5        son with his ex-wife.

 6             Q.   How old is Jennifer?

 7             A.   48.

 8             Q.   How old is Meegan?

 9             A.   47.

10             Q.   How about Greg?

11             A.   47.

12             Q.   And Jarrod?

13             A.   39.

14             Q.   What is Greg's last name?

15             A.   Spector.

16             Q.   Oh, that's right.  Did you ever have any

17        children who then passed away?

18             A.   No.

19             Q.   Do any of these four children currently

20        live with you?

21             A.   No.

22             Q.   Did Jennifer, Meegan, or Greg ever live

23        with you?

24             A.   Yes.

25             Q.   When did Jennifer live with you?
```

Beth Spector

```
 1              A.   From the time she was born until she was

 2       married.

 3              Q.   When did she move out?  Approximately,

 4       how old was she?

 5              A.   She was about 28.

 6              Q.   How about Meegan, about how old was she

 7       when she moved out?

 8              A.   I would say she was 24.

 9              Q.   Did Greg ever live with you?

10              A.   Yes.

11              Q.   And how long did Greg live with you?

12              A.   I would say he was out completely when

13       he was 25.

14              Q.   So about how many years did he live with

15       you?

16              A.   Oh.  From the time he got married

17       until -- I don't know.  So maybe he was at that

18       time four.

19              Q.   And how about Jarrod, how old was he

20       when he stopped living with you?

21              A.   22.

22              Q.   What does Jennifer do for a living?

23              A.   She works in retail.

24              Q.   And what does she do in retail?

25              A.   She works at a clothing store and she
```

Beth Spector

```
 1       does sales.
 2              Q.   How about Meegan, what does she do?
 3              A.   She owns a dancing school.
 4              Q.   What does Greg do?
 5              A.   Greg does not work.  He's actually has
 6       some, uh, he's disabled.
 7              Q.   What is his disability?
 8              A.   He has schizophrenia.
 9              Q.   Has he ever worked?
10              A.   He worked.  Yeah, he worked for a couple
11       of years doing car sales.
12              Q.   How about Jarrod, what does he do for a
13       living?
14              A.   He's an actor.
15              Q.   So he's the actor in New York?
16              A.   Yes.
17              Q.   Has he been on any...
18                   Well, what shows --
19              A.   Yes.
20              Q.   -- has he been on?
21                   MR. BRECHER:  Now, she's going to brag.
22                   MR. VRASMASU:  I'm curious.
23                   THE WITNESS:  I'm not going to brag.
24                   MR. VRASMASU:  Please.
25                   THE WITNESS:  He's mainly a Broadway
```

Beth Spector

```
1       actor.

2    BY MR. VRASMASU:

3            Q.   Okay.

4            A.   He was in, uh...  He played Frankie

5       Valli in Jersey Boys and he was in the show

6       Beautiful.  He played Sonny in Sonny and Cher.

7            Q.   Wow.  Congratulations.

8            A.   Thanks.  Well, it's hard to be an actor

9       right now, but...

10           Q.   Yeah?

11                Have your children gone with you to any

12      of your medical appointments since your diagnosis

13      with --

14           A.   No.

15           Q.   -- non-Hodgkin's lymphoma?

16           A.   No.

17           Q.   Now, you mentioned you have four

18      grandchildren?

19           A.   Yes.

20           Q.   And who...  Which of your children gave

21      birth to your four grandchildren?

22           A.   Jennifer gave birth to three of them.

23           Q.   Okay.

24           A.   And Meegan gave birth to one.

25           Q.   What are the names of your grandchildren
```

Beth Spector

```
 1      by Jennifer?

 2          A.   ████████████████████.

 3          Q.   And how old are they?

 4          A.   They are ████████████.

 5          Q.   So ███████████████████████?

 6          A.   Correct.

 7          Q.   Have any of them gone to any of your

 8      medical appointments?

 9          A.   No.

10          Q.   And how about Meegan, what is her child?

11          A.   Her ██████████████████████████

12      ████

13          Q.   Has Kylie ever been to any of your

14      medical appointments?

15          A.   No.

16          Q.   Have your grandchildren ever lived with

17      you?

18          A.   No.

19          Q.   Does anyone in your family have a job in

20      the legal profession?

21          A.   No.

22          Q.   Does anyone in your family have any type

23      of medical training?

24          A.   No.

25          Q.   Does anyone else in your family use
```

Beth Spector

```
1        Roundup or any glyphosate-based products?

2        A.   I honestly don't know.

3        Q.   Do you know if they've ever used such

4   products?

5        A.   I don't know.

6        Q.   Do any of your neighbors or close

7   friends besides the ones that we talked about have

8   any knowledge about any facts that may be relevant

9   to this lawsuit, things like your use of Roundup

10  or your medical condition?

11       A.   No.

12       Q.   So you asked them?

13       A.   They know my -- oh, excuse me --

14       Q.   Yeah.

15       A.   -- let me just say that, again, that's a

16  two-part question.

17            They all have knowledge of my medical

18  condition.

19       Q.   Including your neighbors?

20            This is friends that we have not talked

21  about --

22       A.   Oh.

23       Q.   -- or neighbors.

24       A.   Well, the only neighbors that have seen

25  me occasionally or noticed that I've been away
```

Beth Spector

1       will ask or heard that I was in the hospital.

2            Q.    Have you specifically spoken with any of

3       your neighbors about your medical condition?

4            A.    I have...  Not really.

5            Q.    Okay.

6            A.    I'm a very private person.

7            Q.    Have you spoken with any of your

8       neighbors regarding your Roundup use?

9            A.    No.

10           Q.    So as you sit here today, can you think

11      of any neighbors that may have any information

12      about your medical condition, specifically, or

13      your use of Roundup?

14           A.    I have neighbors at the Townhouses of

15      Highland Beach that know that I was in the

16      hospital last year and was basically sick for two

17      months and they do know that I, for instance, they

18      know I was on oxygen because I was walking around

19      with a portable when I could get out and just walk

20      around a little.  I was walking around with oxygen

21      so they were aware, very well aware that I had

22      pneumonia.

23           Q.    But did you ever sit down and actually

24      tell them what was happening with you medically?

25           A.    No.

Beth Spector

```
1              Q.   Same thing as to your use of Roundup.

2        Do any of your neighbors have any specific

3        information or knowledge about when you use

4        Roundup, how you used it, things of that nature?

5              A.   No.

6              Q.   Do any of your neighbors or close

7        friends have any medical training?

8              A.   No.

9              Q.   And other than your counsel, do any of

10       your neighbors or close friends have a job in the

11       legal profession?

12             A.   Yes.

13             Q.   Which of your...  Well, is it neighbors

14       or friends?

15             A.   Friend.

16             Q.   Which of your friends have a job in the

17       legal profession?

18             A.   Ed Rudolph.

19             Q.   Anyone else?

20             A.   No.

21             Q.   And what is Ed Rudolph's job in the

22       legal profession?

23             A.   I believe he is a lawyer for -- in Bucks

24       County, Pennsylvania.

25             Q.   Have you ever discussed your lawsuit
```

Beth Spector

```
1      with him?

2            A.   No.

3            Q.   Have you ever discussed your medical

4      condition or use of Roundup with him?

5            A.   Medical condition, yes.  Roundup, no.

6            Q.   Was he ever your lawyer?

7            A.   No.

8            Q.   What did you and Ed Rudolph talk about

9      with regards to your medical condition?

10           A.   He just asked me how I'm feeling and

11     come to visit me.

12           Q.   And how often would you and Mr. Rudolph

13     have these conversations?

14           A.   Not often at all.

15           Q.   When is the last time that you and Mr.

16     Rudolph had any type of communication?

17           A.   Two weeks ago.

18           Q.   How often do you and Mr. Rudolph

19     communicate?

20           A.   It's really social.  I don't speak to

21     him personally on the phone or anything like that.

22     It's mainly if we go out for dinner as couples.

23           Q.   And two weeks ago, how did you and Mr.

24     Rudolph communicate?

25           A.   He came to visit me.
```

Beth Spector

```
 1              Q.   So he came down to Florida?

 2              A.   He's in Florida right now.  He's with

 3        his wife.

 4              Q.   What is his wife's name?

 5              A.   Jane.

 6              Q.   So it's Jane Rudolph?

 7              A.   Um-hum, yes.

 8              Q.   I'm sorry?

 9              A.   Yes.

10              Q.   Did you ever show Mr. Rudolph any of

11        your medical records?

12              A.   No.

13              Q.   Did you and Mr. Rudolph ever discuss

14        your medical treatment?

15              A.   Possibly when I was undergoing Rituxan;

16        when I was diagnosed and in the hospital, that I

17        was on oxygen, antibiotics.

18              Q.   How long have you known Mr. Rudolph?

19              A.   25 years.

20              Q.   And how did you meet Mr. Rudolph?

21              A.   He...  I met him socially.  I couldn't

22        really exactly tell you the moment I met him.

23              Q.   And he's still a practicing lawyer in

24        Pennsylvania?

25              A.   Yes.
```

Beth Spector

```
 1                Q.   And you've never discussed this lawsuit

 2        with him, correct?

 3                A.   No.

 4                Q.   Do any of your neighbors use Roundup or

 5        glyphosate-based products?

 6                A.   I do not know.

 7                Q.   And this applies both to Pennsylvania

 8        and Florida.  You don't know if any of them use

 9        it?

10                A.   Correct.

11                Q.   Is there anyone else that, besides the

12        folks that we already talked about, that have any

13        information about your use of Roundup or your

14        medical diagnosis or treatment?

15                A.   The use of Roundup, no.  My medical

16        condition, I have some other friends that know

17        that I had lymphoma, absolutely.

18                Q.   And how many people are we talking

19        about?

20                A.   Well, my closest -- the closest ones,

21        you know, I'll give you their names.

22                Q.   Okay.

23                A.   Pam and Michael Katz, Cyndi and Jerry

24        Hurvitz.

25                Q.   What was the first name?
```

Beth Spector

```
1              A.   Cyndi, C-y-n-d-i.

2              Q.   What was the last name?

3              A.   Hurvitz, H-u-r-v-i-t-z.

4              Q.   Anyone else?

5              A.   Eileen and Gary Bresler.

6              Q.   Anyone else?

7              A.   Not that I can think of at this moment.

8              Q.   And how often have you and these folks

9        spoken about your medical condition?

10             A.   Only when I'm sick.  And generally, if

11       I'm in the hospital, they always find out.

12             Q.   Have they ever come to any of your

13       hospital appointments?

14             A.   No.

15             Q.   Where do they live?

16             A.   Pennsylvania and they come to Florida.

17       Some of them come to Florida in the winter.

18                  Excuse me.

19                  (Witness coughing.)

20             Q.   You mentioned that you use Instacart,

21       correct?

22             A.   Yes.

23             Q.   How long have you shopped online for

24       household goods?

25             A.   At least two years.
```

Beth Spector

```
1              Q.   Other than Instacart, what other

2       websites do you shop on?

3              A.   Amazon.

4              Q.   Any others?

5              A.   Whole Foods online.  That's part of

6       Amazon, though.

7              Q.   Any others?

8              A.   Question:  When you say any others that

9       I shop in, do you mean as if buying clothes?

10             Q.   It's more for household goods.

11             A.   Household goods?

12             Q.   Right, right.

13             A.   Yes.  Okay.

14             Q.   The ones that you use on a more regular

15      basis.

16             A.   I just wanted to make sure.

17             Q.   Of course.  Yeah, yeah.

18                  So besides Instacart, Amazon, Whole

19      Foods, are there any other websites that you

20      typically shop on --

21             A.   No.

22             Q.   -- to get your household goods?

23             A.   No.

24             Q.   Why do you shop online for your

25      household goods?
```

Beth Spector

```
 1              A.   Because I started to feel that my health

 2         was declining and I was worried constantly about

 3         germs and it just became more of a habit to not

 4         have to go into a supermarket and touch the carts

 5         and be near people, and then of course when COVID

 6         came everybody did that, but I was doing it before

 7         then.

 8              Q.   Did you find that shopping online was

 9         more convenient than driving to a store?

10              A.   It's not that I found it more

11         convenient.  I found it to be healthier for me.

12              Q.   Did you find that it was a quicker

13         method of obtaining your groceries than having to

14         actually drive to the store, carry everything and

15         bring it back home?

16              A.   Because of my health, sometimes going to

17         a supermarket and bringing it home and bringing

18         the bags up, you know, yes, I feel that to be

19         exhausting, but it's mainly for health reasons.

20              Q.   And when did you start relying on these

21         websites for your household-good shopping for

22         health reasons?

23              A.   I'd say, in the past two years.

24              Q.   Were you using these websites before the

25         past two years?
```

```
 1            A.   Well, Amazon just for convenience, for
 2       things you couldn't find anywhere else, but as far
 3       as going into a market, the Instacart is much more
 4       recent.  I'm not even sure it existed before then.
 5            Q.   So before the past two years, did you
 6       use any other websites besides Amazon to shop for
 7       your household goods?
 8            A.   No.
 9            Q.   And you mentioned that you used Amazon
10       because of the convenience factor?
11            A.   Yes.
12            Q.   Can you explain to me why it was more
13       convenient for you?
14            A.   Well, there's certain things that you
15       can get on Amazon that you cannot find anywhere
16       else unless you maybe got in your car and went
17       from store to store to find it, that's number one.
18       So that's convenient.
19                 When the pandemic hit, it became a
20       necessity even to find paper towels.
21                 As far as food, it was easier for me to
22       order food online than have to send my husband to
23       the market, to try to send him with a list.  For
24       my own personal convenience, it was easier to
25       order.  And because I like to cook, I could get
```

Beth Spector

```
 1      whatever I wanted without having him have to go

 2      from section to section of the store to find

 3      something.

 4           Q.   And before you started ordering your

 5      household goods online, your husband would

 6      generally be the one that would go into the stores

 7      and buy the groceries and everything else that you

 8      needed?

 9           A.   No.  I was able to do that.  If I was

10      sick, though, he would go.  Anytime I was sick, he

11      would be the one to buy the groceries.

12           Q.   And when you were not sick, would you be

13      the one --

14           A.   Yes.

15           Q.   -- that would be buying groceries?

16           A.   Yes.

17           Q.   Now, going back to your online

18      purchases, do you use a credit card?

19           A.   Yes.

20           Q.   Do you have any memberships for your

21      online purchases, meaning are you like an Amazon

22      Prime member?

23           A.   Yes.

24           Q.   Okay.  Do you have any memberships for

25      Instacart and Whole Foods?
```

```
 1              A.   Instacart, yes.  And Whole Foods is a

 2        part of Amazon Prime.

 3              Q.   How many times a week do you make

 4        household -- strike that.  How many times a week

 5        do you purchase household goods online?

 6              A.   Once or twice.

 7              Q.   So while living in Pennsylvania, when

 8        you would go to a store for household goods, where

 9        did you typically shop?

10              A.   Whole Foods or Acme.

11              Q.   How long has Acme been around?

12              A.   I would say 25 years.

13              Q.   So you've been going for a long, long

14        time?

15              A.   A long time.

16              Q.   Okay.  Because I know Whole Foods is

17        still relatively --

18              A.   Absolutely --

19              Q.   -- recent.  That's why I'm asking.

20              A.   -- correct.

21              MR. BRECHER:  Acme's been in

22        Philadelphia since we were -- before we were born.

23              THE WITNESS:  Yes.

24              MR. VRASMASU:  Okay.

25   BY MR. VRASMASU:
```

Beth Spector

```
1              Q.   So other than Acme and Whole Foods, what

2       other stores would you usually go to to purchase

3       your household goods in the Pennsylvania area?

4              A.   Target.

5              Q.   Anywhere else?

6              A.   Those were the main.

7              Q.   Were you part of a rewards program for

8       Acme?

9              A.   No.

10             Q.   How about Target?

11             A.   No.

12             Q.   Are you -- well, strike that.

13                  But you did mention that you are part of

14      the rewards program for Whole Foods?

15             A.   Yeah -- yes.  Well, if you're a member

16      of Amazon Prime, you were automatically a member

17      of Whole Foods.

18             Q.   When shopping at Acme and Target, would

19      you usually pay with a credit card?

20             A.   Yes.

21             Q.   Would you ever use cash to make your

22      household good purchases?

23             A.   No.

24             Q.   And why do you prefer to use a credit

25      card?
```

Beth Spector

```
 1              A.   We earned points.  It's easier.  It's
 2       cleaner.
 3              Q.   And why was it important for you to earn
 4       these reward points?
 5              A.   Well, the American Airline card has
 6       points that you can apply towards airline, and
 7       especially because of my condition it enables us
 8       to try to move up to first class, if we have
 9       enough points.
10              Q.   So essentially, it allows you to stretch
11       your dollar and get the biggest bang and --
12              A.   Yes.
13              Q.   -- the biggest discounts for your
14       purchases?
15              A.   Yes.
16              Q.   How far was Acme from your house in
17       Pennsylvania?
18              A.   Two miles.
19              Q.   How far was Target from your house in
20       Pennsylvania?
21              A.   A mile and a half.
22              Q.   Now, just so I'm on the same page here
23       with you, you used the Roundup products on your
24       property in Pennsylvania, right?
25              A.   Yes.
```

Beth Spector

```
1              Q.   Did you ever use it on any other

2        properties?

3              A.   No.

4              Q.   Now, you mentioned that you prefer

5        credit cards over cash because they're essentially

6        a healthier option, right?

7              A.   They're much more convenient than

8        constantly worrying if I have enough cash in my

9        wallet and yes, it is healthier.

10             Q.   And how long have you relied on credit

11       cards for purchasing items as opposed to carrying

12       cash?

13             A.   Always.

14             Q.   When you say always, how far back are

15       you thinking?

16             A.   I would say from the time I was married.

17             Q.   And when was that again?

18             A.   To my current husband, in 1977.

19                  MR. SPECTOR:  '8.

20                  THE WITNESS:  '8.  Sorry, excuse me.

21                  MR. SPECTOR:  I'm sorry.

22                  MR. BRECHER:  Usually it's the wife

23       correcting the husband.

24   BY MR. VRASMASU:

25             Q.   Now, as far as you know, does your
```

Beth Spector

```
1      husband also rely on credit cards instead of cash

2      for making purchases?

3           A.   Yes.

4           Q.   How long has he relied on credit cards

5      instead of cash for making everyday purchases?

6           A.   Well, when we got married in 1978, he

7      was using credit cards.  Prior to that, I imagine

8      he was using them, but I couldn't say for sure.

9           Q.   When did you first start using Roundup?

10          A.   When we moved into that -- to the house

11     in Meadowbrook.

12          Q.   In one of the responses that I saw in

13     this case, the discovery, it said 1980.  Is that

14     accurate?

15          A.   Yes.

16          Q.   What's the name of the Roundup product

17     or products that you used?

18          A.   Well, the two products were the spray

19     bottle, and the other one is in a canister with a

20     nozzle spray.

21          Q.   Do you know the actual name of this

22     specific Roundup product for the spray bottle?

23          A.   I do not.

24          Q.   Do you know the name of the specific

25     Roundup product for the nozzle spray?
```

Beth Spector

```
 1            A.   No.
 2            Q.   When did you start using the Roundup
 3       that came in the spray bottle?
 4            A.   I honestly can't tell you.  I don't
 5       remember.  We had weeds from the time we moved in
 6       and I've always been a hater of weeds.
 7            Q.   Okay.
 8            A.   Very particular about them.  So I would
 9       say as soon as I moved in.  You know, there were
10       weeds especially around the beds where there were
11       rocks.  We have a pool and it's surrounded by
12       rocks and the weeds would come up through them and
13       it would drive me insane.
14            Q.   So as best as you can remember, have you
15       used the Roundup in the spray bottle and in the
16       canister with the nozzle spray since about 1980?
17            A.   Yes, correct.
18            Q.   What would make you buy the spray bottle
19       over the canister and vice versa?
20            A.   Well, my husband would buy the products,
21       and we had a gardener that used the canister.  My
22       husband got me the spray bottle, would always get
23       me the spray bottle because he didn't -- he
24       thought it was more convenient for me than having
25       to carry around the canister.
```

Beth Spector

```
 1              Q.   So did you, yourself ever actually use

 2         the canister with the nozzle spray?

 3              A.   Occasionally, but I couldn't tell you

 4         how many times over the years.

 5              Q.   And I don't want a specific number.  Can

 6         you give me a rough estimate; was it more than 10

 7         times, more than 20 times since 1980 that you used

 8         the canister with the nozzle spray?

 9              A.   Maybe it was...  Maybe it was 10 times

10         because I prefer to use the spray bottle and

11         because either the gardener or my husband used the

12         nozzle.

13              Q.   Let's talk about the Roundup spray

14         bottle that you used.  Well, strike that.  Before

15         we do that, did you ever use Roundup Concentrate?

16         Do you know what that is?

17              A.   That's where you pour the water in,

18         right?

19              Q.   Yes.

20              A.   I'm not sure which one we had.  I didn't

21         really pay much attention to it.

22              Q.   Did you ever, since 1980, take

23         concentrated Roundup, pour water into it to make

24         it more, and then use it?

25              A.   I did not, but I believe that like the
```

Beth Spector

```
 1       gardener and my husband did.  I didn't really pay

 2       that much attention to how it got in there as much

 3       as using it.

 4            Q.  So you usually just used the spray

 5       bottle?

 6            A.  Um-hum, yes.

 7            Q.  Did you ever fill the spray bottle?

 8            A.  I would just throw it away when it was

 9       done and buy another one.

10            Q.  So you never actually took concentrate,

11       put water in it, and then refill the spray bottle

12       that you would use?

13            A.  Not that I can remember.

14            Q.  As best as you can recall, you bought

15       brand new spray bottles, used them up, threw them

16       away, and then bought new ones?

17            A.  Correct.

18                MR. BRECHER:  But she also said her

19       husband bought the spray bottles.

20                THE WITNESS:  Yeah, I...  Yes, my

21       husband provided them for me.

22   BY MR. VRASMASU:

23            Q.  Okay.  So pretty much every time you

24       wanted to use Roundup, you had a filled-up spray

25       bottle.  You'd use it until it ran out, correct?
```

Beth Spector

```
 1              A.   Correct.

 2              Q.   And then when it ran out, you'd throw it

 3     out?

 4              A.   Unless my husband decided to fill it up,

 5     and --

 6              Q.   Okay.

 7              A.   -- I, I really can't remember if he did

 8     that.

 9              Q.   But you would never do that?

10              A.   I would never do that.

11              Q.   So let's talk about the spray bottle.

12     Do you remember what it looked like?

13              A.   It looked like the shape of a bottle of,

14     I don't know, Fantastik or Windex or that type of

15     shape; not, not clear.

16              Q.   Do you remember the color of the bottle?

17              A.   I basically remember it was white.

18              Q.   Do you remember any of the graphics on

19     it?

20              A.   Well, it had the blue.  It said Roundup

21     on it.

22              Q.   Anything else you can remember about the

23     actual container of the Roundup that you used to

24     spray?

25              A.   Just that it -- no.
```

Beth Spector

```
1              Q.   Do you remember the size of it?  Was it

2        a quart?  Was it...

3              A.   Well, I guess if it's this big

4        (indicating) --

5              Q.   And just for the --

6              A.   -- maybe it's --

7              Q.   -- record, that's about what, 15 inches?

8              A.   I guess.

9              Q.   Okay.

10             A.   I mean, I can't say for sure.  It was a

11       spray bottle with a nozzle and then it had a shape

12       like...

13             Q.   So it was --

14             A.   It was --

15             Q.   -- a bottle you could hold --

16             A.   Exactly --

17             Q.   -- in one hand?

18             A.   -- you could hold it in one hand and you

19       spray.

20             Q.   And that's fine.  This is not a memory

21       test.  I'm just asking --

22             A.   Okay --

23             Q.   -- whatever you remember.

24             A.   -- that's fine.

25                  COURT REPORTER:  You're talking over
```

Beth Spector

```
 1       each other.

 2                 MR. VRASMASU:  I'm sorry.

 3    BY MR. VRASMASU:

 4       Q.   And do you remember where the container

 5    opening was located on the spray bottle?

 6       A.   Well, it had a nozzle.

 7       Q.   Okay.

 8       A.   So then you would turn the, something on

 9    the nozzle so that it would be on --

10       Q.   Okay.

11       A.   -- or off.

12       Q.   And then when you turned it on, what

13    would you do?

14       A.   Spray.

15       Q.   You would squeeze the pump?

16       A.   I would squeeze the handle.

17       Q.   And every time you would squeeze, liquid

18    would come out?

19       A.   Correct.

20       Q.   As you sit here today, you cannot say

21    with certainty exactly the Roundup product that

22    you used, correct, meaning you don't know the type

23    of Roundup product?

24       A.   Correct.

25       Q.   When did you stop using Roundup?
```

Beth Spector

```
 1              A.   Well, I didn't use it at all last year

 2       because I was ill and we didn't come back to

 3       Pennsylvania because of COVID until the end of

 4       July, plus the gardener that worked for us retired

 5       and we have a new gardener and he was taking care

 6       of the weeds and my husband didn't want me to go

 7       exerting myself.

 8              So two years ago.  I would say for at

 9       least -- I would say two years.

10         Q.   So you last used Roundup in about 2018?

11         A.   Yes, correct.

12         Q.   And why did you stop using Roundup in

13       2018?

14         A.   It's...  Well, I, I...  Quite frankly, I

15       didn't stop specifically for any reason.  We left

16       for the winter.  And when we came back, we started

17       to -- we had a different gardener and we were in

18       the process of selling our house and we just -- I

19       just started cleaning things out and I just -- I

20       just didn't do it because my health had declined

21       and I was just letting somebody else do it for me.

22         Q.   If it wasn't for those things that you

23       mentioned, you'd still be using Roundup --

24         A.   Yes.

25         Q.   -- to this day?
```

Beth Spector

```
1                A.   (No Response.)

2                Q.   Now, you mentioned that you had a

3       gardener at the Pennsylvania address?

4                A.   Yes.

5                Q.   How long had you had -- strike that.

6       How long did you have that gardener?

7                A.   From approximately 1980 to 2018.

8                Q.   Was it the same individual?

9                A.   Yes.

10               Q.   What was that individual's name?

11               A.   Greg, G-r-e-g; Reale, R-e-a-l-e.

12               Q.   What -- strike that.

13                    How often did Mr. Greg Reale come to

14      your house to do your landscaping?

15               A.   At least once a week, but many times

16      more because we have a lot of landscaping and it

17      needed attention more than once a week.  Plus, we

18      also have a tennis court that's made of Har-Tru,

19      so weeds can grow up through it and that had to be

20      taken care of.

21               Q.   And Mr. Reale would take care of the

22      tennis court as well?

23               A.   Yes, or my husband.

24               Q.   Does Mr. Reale use Roundup products?

25               A.   He did, yes.
```

Beth Spector

```
1              Q.   Did you ever tell him to stop using

2       Roundup --

3              A.   No.

4              Q.   -- products?

5              A.   (No Response.)

6              Q.   Is he still using Roundup products at

7       your property in Pennsylvania?

8              A.   He retired, and I don't know what he

9       uses or...  As far as I know, he's retired and

10      doesn't work.

11             Q.   What is the new gardener's name?

12             A.   He's the...  I'm going to tell you the

13      truth, I don't remember at this moment.  He's the

14      nephew of Mr. Reale.

15             Q.   And does the new gardener use Roundup

16      products at your houses in Pennsylvania?

17             A.   I don't know.

18             Q.   Did you ever tell him to not use Roundup

19      products at your house in Pennsylvania?

20             A.   No.

21             Q.   How often does the new gardener come to

22      do landscaping at your house in Pennsylvania?

23             A.   At least once a week.  More, depending

24      on what attention the landscaping needs.

25             Q.   So let's talk about Mr. Reale first.
```

Beth Spector

```
1        When he would come to your Pennsylvania residence,

2        how long would it take him to perform his

3        landscaping duties?

4                And this is just an approximation.

5                MR. BRECHER:  If you know.  I mean...

6        A.    At least a half a day.  Sometimes more.

7   BY MR. VRASMASU:

8        Q.    And what specific parts of your property

9        at the Pennsylvania address would Mr. Reale work

10       on?

11       A.    Every part of the property.  From the

12       beds to the lawn to the trees.  Around the pool.

13       Basically every single part of it.  He helped to

14       orchestrate our landscaping and he was very, very,

15       I should say, attached to it.  So he took a lot of

16       pride in making sure it looked really, really

17       nice.

18       Q.    Well, having seen photographs -- and

19       we're going to go over those -- you do have a very

20       beautiful property.

21       A.    Thank you.

22       Q.    Now, the gardener, Mr. Reale's nephew,

23       how long does it take him to do his landscaping on

24       your property in Pennsylvania, approximately?

25       A.    Again, depending on what it needs, plus
```

Beth Spector

```
1        Mr. Reale used to work a lot by himself whereas

2        the new gardener has more help.

3            Q.   What specific areas of your Pennsylvania

4        property does the new gardener maintain when he

5        comes about once a week?

6            A.   Every part of it.

7            Q.   So the pool, the tennis court, the beds;

8        everything?

9            A.   He does not take care of the inside of

10       the pool.  That, my husband does that.  He doesn't

11       put chemicals in the pool or anything like that,

12       but he takes care of what's around the pool.

13           Q.   So any -- any weeds or things of that

14       nature growing up around the pool --

15           A.   Yes, he takes care of all that.

16           Q.   -- he'll handle it?

17              COURT REPORTER:  What was that question?

18              MR. VRASMASU:  I said, any weeds or

19       grass or anything else growing up around the pool,

20       he takes care of that.

21              Do you need to change tapes or we're

22       good?

23              VIDEO TECHNICIAN:  No.

24              MR. VRASMASU:  Okay.

25  BY MR. VRASMASU:
```

Beth Spector

```
1           Q.   Now, you mentioned that your house in

2      Pennsylvania is up for sale?

3           A.   It's not up for sale at the moment, but

4      we are planning to sell it.

5           Q.   And when did you first decide that you

6      wanted to sell it?

7           A.   We've been thinking about it, but this

8      past summer we made -- and the summer before that,

9      too, we started to clean it out.

10          Q.   Um-hum.

11          A.   COVID actually ruined the plans for this

12     past summer.

13          Q.   Now, you mentioned that your husband

14     sometimes would use the canister with the nozzle

15     spray on your Pennsylvania property?

16          A.   Yes.

17          Q.   And how often would he do that?

18          A.   I couldn't really say.  May...  If the

19     gardener didn't remove everything, my husband

20     would go out with the canister at any given time

21     and spray around.

22               So once a week.  I couldn't say for

23     sure.

24          Q.   And how long would it take your husband

25     to spray around any areas that the gardener may
```

Beth Spector

```
 1     have missed?

 2          A.   15 minutes, 20 minutes.

 3               MR. BRECHER:  Excuse me, could we just

 4     take a five-minute break?  I gotta...  I have to

 5     call my office for something.

 6               MR. VRASMASU:  Can I, just real quick,

 7     just finish up?  I have a couple more questions

 8     and then we'll take a break.  Just give me another

 9     three minutes here.

10               MR. BRECHER:  Okay.

11  BY MR. VRASMASU:

12          Q.   And when is the last time that your

13     husband used any Roundup products?

14          A.   To my knowledge, in 2018.

15          Q.   And why is that the last time that he

16     used any Roundup products?

17          A.   Again, because we were getting our house

18     ready to sell, and I just never saw the canister

19     after we started to clean it out, and we had a

20     different gardener and that was the reason.

21          Q.   Any other reasons you can think of?

22          A.   No.

23               MR. VRASMASU:  Okay.  Let's take a quick

24     five-minute break?

25               MR. BRECHER:  Yeah, sure.
```

Beth Spector

```
 1                  VIDEO TECHNICIAN:  Going off the record.
 2        The time is 11:32 a.m.
 3                  (Recess taken at 11:32 a.m.)
 4                  (Back on the record at 11:42 a.m.)
 5                  VIDEO TECHNICIAN:  Going back on the
 6        record.  The time is 11:42 a.m.
 7   BY MR. VRASMASU:
 8        Q.   Now, before we took our break we were
 9        talking about the specific Roundup products that
10        you recall.  And let me ask you this now, ma'am:
11        Do you ever recall seeing any advertisements for
12        Roundup?
13        A.   Probably.  That's why I knew that it was
14        a good product.
15        Q.   Do you remember when you may have seen
16        such advertisements?
17        A.   No.
18        Q.   You don't know if it was on TV, in
19        print, anything like that?
20        A.   I imagine it was both.
21        Q.   But you don't know, for sure?
22        A.   I don't know, for sure.
23        Q.   Do you remember when you may have seen
24        Roundup advertisements?
25        A.   No.
```

Beth Spector

```
 1            Q.   Do you remember the contents of any

 2       specific Roundup advertisement that you may have

 3       seen?

 4            A.   No.  Other than, I -- I'm sure I felt it

 5       was a great product and I used it with confidence

 6       and sprayed a lot.  It was my go-to.

 7            Q.   Okay.

 8            A.   Weeds: Roundup.

 9            Q.   As you sit here today, you don't have

10       any specific recollection of any advertisements

11       you may have seen?

12            A.   Well, I read magazines and watch TV and

13       I imagine -- and, and seeing it in stores.  You

14       know, walking through Target or buying flowers.

15            Q.   Sure, and we'll get to that just in a

16       second, but just specifically as far as

17       advertisements go, you don't remember any specific

18       contents of advertisements, right?

19            A.   No.

20            Q.   Did you ever purchase Roundup or was it

21       purchased by your husband?

22            A.   It was purchased by my husband.  I can't

23       say that I never purchased it, but no, he took

24       care of all of that.

25            Q.   Did anyone ever recommend to you that
```

Beth Spector

1      you use Roundup?

2            A.   I don't recall.

3            Q.   You've never used any Roundup products

4      in connection with any of your employment,

5      correct?

6            A.   Correct.

7            Q.   Now, you mentioned that Roundup was a

8      good product for killing weeds?

9            A.   Correct.

10           Q.   What other reasons besides killing weeds

11     did you rely on herbicides like Roundup for?

12           A.   Nothing.

13           Q.   Did you find Roundup was effective at

14     killing weeds?

15           A.   Yes.

16           Q.   Were you pleased with how it killed

17     weeds?

18           A.   I was, yes.

19           Q.   If you did not have a product like

20     Roundup, how would you have had to have gone about

21     killing weeds?

22           A.   I would have had to pull them out.

23           Q.   It would have...

24           A.   And it was much easier to use Roundup,

25     to just spray them, than sit there and pull them

Beth Spector

```
 1       up, and I relied on that a lot.  I was outside a

 2       lot and quite honestly if I saw a patch of weeds,

 3       I constantly took the bottle and killed them.  And

 4       I'm not going to lie, it was very satisfying using

 5       that product.

 6            Q.   Other than using Roundup, have you tried

 7       other methods for handling your lawn care needs

 8       and gardening needs?

 9            A.   No.

10            Q.   Did you ever use other herbicides

11       besides Roundup for your gardening needs?

12            A.   Not that I can recall, no.

13            Q.   Do you know where your husband purchased

14       Roundup from?

15            A.   I would imagine, Home Depot or Target.

16            Q.   Any other places that you can think of?

17            A.   No.

18            Q.   Did you, yourself ever go out and buy

19       Roundup?

20            A.   No.

21            Q.   Okay.  The Home Depot that you

22       mentioned, is that somewhere close to your house

23       in Pennsylvania?

24            A.   Yes.

25            Q.   What city is it in?
```

Beth Spector

```
 1           A.   The Home Depot, I know.  Um...

 2           Q.   It's whatever you can remember.

 3           A.   Yeah.

 4           Q.   Okay.

 5           A.   Willow Grove.

 6           Q.   How about the Target?

 7           A.   Same thing -- Avington, Pennsylvania.

 8           Q.   Avington, okay.

 9                Do you know when your husband started

10      buying Roundup at the Home Depot?

11           A.   I imagine, as soon as we moved in.  We

12      were both very much into landscaping.  It was a

13      passion.

14           Q.   Do you know when your husband started

15      purchasing Roundup at Target?

16           A.   I do not.

17           Q.   Was your husband part of the rewards

18      program at the Home Depot or Target?

19           A.   No.

20           Q.   To your knowledge, did your husband ever

21      leave his email address or telephone number with

22      the Home Depot or Target after purchasing Roundup?

23           A.   I don't know.

24           Q.   Can you think of any other stores where

25      your husband may have purchased Roundup from
```

Beth Spector

```
 1      besides Home Depot and Target?

 2           A.   I, I... No.  Actually, no.

 3           Q.   As best as you can remember, how often

 4      did your husband buy Roundup?

 5           A.   I don't know.

 6           Q.   Would your husband usually buy Roundup

 7      along with other household items?

 8           A.   Sure, possibly, or he would...

 9                MR. BRECHER:  Don't...  But don't guess.

10                THE WITNESS:  Yes.

11                MR. VRASMASU:  I'm not asking --

12                THE WITNESS:  I'm not guessing.

13                MR. VRASMASU:  I'm not asking you to

14      guess.  If you don't know --

15                THE WITNESS:  The answer's no.

16                MR. BRECHER:  Okay.

17                MR. VRASMASU:  You don't know, that's

18      fine.

19                THE WITNESS:  I don't know.

20   BY MR. VRASMASU:

21           Q.   So you don't know if he made any special

22      trips to the store just to buy Roundup or if he

23      bought it while buying other household goods,

24      correct?

25           A.   I don't know.
```

Beth Spector

```
1              Q.   Do you know how much money your husband
2        spent on Roundup on -- strike that.  Do you know
3        about how much money your husband spent on Roundup
4        per year?
5              A.   No.
6              Q.   Can you give me any estimate?
7              A.   No.
8              Q.   So you don't know if it was $10, you
9        don't know if it was a $100 --
10             A.   No.
11             Q.   -- you just can't say?
12             A.   (No Response.)
13             Q.   Do you know how much the Roundup cost?
14             A.   No.
15             Q.   Do you have any receipts associated with
16       the purchase of Roundup?
17             A.   No.
18             Q.   To your knowledge, did anyone at the
19       stores that your husband bought Roundup from
20       assist him with the purchase of Roundup?
21                  MR. BRECHER:  I'm going to object.  I
22       don't know how she could know what --
23                  MR. VRASMASU:  If she doesn't know --
24                  MR. BRECHER:  -- was going on.
25                  MR. VRASMASU:  Yeah.
```

```
 1                THE WITNESS:  Okay.

 2                MR. BRECHER:  Well, you're asking her a

 3        question she can't know.

 4                MR. VRASMASU:  Well, they could have

 5        talked about it.

 6                THE WITNESS:  No.

 7                MR. BRECHER:  No.  Uh...  Uh...

 8                THE WITNESS:  The answer is no.

 9   BY MR. VRASMASU:

10            Q.   Once the Roundup was purchased, where

11        was it stored at your property in Pennsylvania?

12            A.   In our garage.

13            Q.   Anywhere else?

14            A.   No.

15            Q.   What else was stored in your garage?

16            A.   Car supplies, a car, rakes, shovels,

17        boxes.  Sometimes junk.

18            Q.   What types of car supplies?

19            A.   Wax, Windex.

20            Q.   Did your husband or anyone else change

21        the oil to your cars in the garage?

22            A.   No.

23            Q.   Did you have other chemicals like oil

24        for lawn mowers and things like that stored --

25            A.   No.
```

Beth Spector

```
1              Q.   -- in your garage?

2              A.   (No Response.)

3              Q.   Any pesticides or rodenticides stored in

4         your garage?

5              A.   No.

6              Q.   Other than wax and Windex, what other

7         chemicals were stored in your garage?

8              A.   None, that I know of.

9              Q.   When -- strike that.  Did you ever read

10        the label on the Roundup product that you used?

11             A.   No.

12             Q.   Did you ever read the labels on any of

13        the Roundup products that were used at your

14        property in Pennsylvania?

15             A.   No.

16             Q.   So let's now talk about your use of

17        Roundup at the Pennsylvania location.  How often

18        did you use Roundup at the Pennsylvania property?

19             A.   Once or twice a week.

20             Q.   And was this the case for the entire

21        time that you lived there on a permanent basis?

22             A.   Yes.

23             Q.   Now, you did not use Roundup on a year-

24        around basis, correct?

25             A.   Correct.
```

Beth Spector

```
 1              Q.   It was a seasonal use?

 2              A.   Correct.

 3              Q.   What months of the year did you use

 4       Roundup?

 5              A.   May, June, July, August, September.

 6              Q.   And about how long were you using the

 7       Roundup when you're using it once or twice per

 8       week?

 9              A.   Depending.  I would walk around the

10       property, so maybe 10, 15 minutes, longer;

11       depending, if it was...  Sometimes I would spray

12       the tennis court with the hand and I would --

13       yeah, that -- that took longer because you know

14       the size of a tennis court?  So I would go all

15       around it especially, you know, around the

16       perimeter.  Lots of weeds grew there and quite

17       frankly drove me insane.

18              Q.   Now, you had mentioned that your

19       gardener also maintained the tennis court, right?

20              A.   Yeah.  He would do it on occasion, but

21       quite frankly he didn't do it often enough to my

22       liking, so I would go back there and check

23       constantly.  And when I saw weeds, I always had

24       the bottle with me.  It was something...  It was a

25       habit I was used to, going back there with the
```

Beth Spector

```
 1        bottle and spraying.
 2             Q.   And how long...  You said usually it'd
 3        be about 10 or 15 minutes that you'd be spraying,
 4        but sometimes it'd be longer?
 5             A.   Well, yes, if I was doing the tennis
 6        court.
 7             Q.   So if you were doing the tennis court,
 8        how long would it take you?
 9             A.   20 minutes, 30 minutes.
10             Q.   Did you ever tell your gardener that you
11        were spending up to 30 minutes essentially doing
12        an area that he should have done?
13             A.   I may have.  I don't recall.  I was very
14        lenient with him because I liked him a lot and I
15        didn't like to complain, and I did somewhat enjoy
16        spraying those weeds and killing them.  It was...
17        It was almost like a challenge.
18             Q.   How often would you have to spray the
19        tennis court like you described?
20             A.   Well, I'd go out there, you know, I was
21        always outside.  I was always walking around.  So
22        once or twice a week I would say, oh, I see a
23        bunch of weeds around the perimeter and I'd get my
24        bottle and I'd walk around and spray.
25             Q.   So essentially, once or twice a week
```

Beth Spector

```
 1      you'd be spending between 10 and 30 minutes

 2      spraying around your property; is that correct?

 3          A.   Correct.

 4          Q.   And you would do this around May, June,

 5      July, August and September --

 6          A.   Yes.

 7          Q.   -- correct?

 8          A.   (No Response.)

 9          Q.   What is your height?

10          A.   Five-two-and-a-half.

11          Q.   How has your height changed since 1980?

12          A.   It's gotten smaller.

13          Q.   Do you know --

14          A.   Lower.

15          Q.   Do you know about how tall you were back

16      in 1980?

17          A.   Maybe I was five-three-and-a-half.

18          Q.   Okay.

19          A.   Or I thought I was.

20               MR. BRECHER:  Wanted to be.

21               THE WITNESS:  Want to be.

22   BY MR. VRASMASU:

23          Q.   So since 1980 until the present, 2021,

24      you're about an inch shorter?

25          A.   Yes.
```

Beth Spector

```
1              Q.   And this is a question I don't want to
2         ask, but I have to:  What is your weight?
3              A.   My weight is 105.
4              Q.   And how has your weight changed over the
5         years since 1980?
6              A.   I would say in the past, especially the
7         past five years, my weight has dropped.
8                   Every time I'm hospitalized, especially
9         those past hospitalizations, I tend to lose a lot
10        of weight, and this time I really didn't gain it
11        back.  My appetite for the past year is not good.
12        In fact, my husband gets so angry, he makes me --
13        he brings home cases -- or cans of Ensure, which I
14        rather not drink.
15             Q.   So in 1980, approximately how much did
16        you weigh?
17             A.   About 120.
18             Q.   And you mentioned that five years ago is
19        when you really started losing weight.
20                  So how much did you weigh around 2015?
21             A.   I would say 115.
22             Q.   Have you ever been heavier than 120
23        pounds?
24             A.   Oh, when I was pregnant --
25             Q.   Okay.  But other than --
```

Beth Spector

```
 1              A.   -- for sure.

 2              Q.   -- pregnancy?

 3              A.   My weight could go up to -- at my most,

 4        it was 122, 123.

 5              Q.   And when was that, approximately?

 6              A.   I would say in the '80s.

 7              Q.   Have you ever weighed less than 105

 8        pounds?

 9              A.   Yes.

10              Q.   When was that?

11              A.   Last year, when I came out of the

12        hospital.

13              Q.   Is that the lowest that you had weighed

14        since 1980?

15              A.   I weighed 99 pounds.

16              Q.   And is that the lowest weight that

17        you've had since 1980?

18              A.   Yes.

19              Q.   So is it fair to say that other than any

20        pregnancies that you may have had, since 1980 your

21        weight has been somewhere between 123 to 99

22        pounds?

23              A.   Yes.

24              Q.   Now, you mentioned that at one point

25        your husband grew tomatoes?
```

Beth Specter

```
 1            A.   Yes.

 2            Q.   Was that at the Pennsylvania address?

 3            A.   Yes.

 4            Q.   Did you care for the tomatoes at all?

 5            A.   No.

 6            Q.   So he handled the farming --

 7            A.   Yes --

 8            Q.   -- if you will?

 9            A.   -- that was his specialty.  Landscaping,

10       vegetables, that was his passion.

11            Q.   So you never went out there with Roundup

12       and sprayed any of the vegetables, anything like

13       that?

14            A.   I didn't spray on the vegetables because

15       I didn't take care of them.

16            Q.   You mentioned that the Roundup that you

17       did use was the ready-to-use kind, correct?

18            A.   Yes.

19            Q.   Do you know what percentage of

20       glyphosate was in that product --

21            A.   No.

22            Q.   -- that you used?

23            A.   (No Response.)

24            Q.   How long would a bottle of Roundup last

25       you?
```

Beth Spector

```
 1              A.   I really don't know.  My husband would

 2         always make sure we had enough of them.

 3              Q.   And I'm not asking for a precise number

 4         here, but if you...  How long would it be before

 5         you'd have to throw out a bottle and get a fresh

 6         one?

 7              A.   Well, if I did the tennis court a lot,

 8         it was often.

 9              Q.   Would it be once a week, once every

10         two --

11              A.   I wouldn't say it was once a week.

12         Maybe it was every two weeks type of thing.

13              Q.   So you'd go through a spray bottle of

14         Roundup about once every two weeks; is that

15         accurate?

16              A.   Yes.

17              Q.   When you did --

18              A.   To my knowledge.

19              Q.   Of course.  When you did the tennis

20         court?

21              A.   When I did the tennis court, I could use

22         almost a whole bottle, so it was a lot.

23              Q.   But generally, it'd be about once every

24         two weeks you'd get a -- you'd have to get a new

25         bottle, correct?
```

Beth Spector

```
1              A.   Well, there was always more than one
2         bottle in our garage.  My husband made sure of
3         that.
4              Q.   Sure.
5              A.   I didn't really pay attention to how
6         often it ran out because it was always available
7         to me.
8              Q.   So as you sit here today, you can't say
9         that on average it took you two weeks to go
10        through a bottle, correct?
11             A.   It could have been less than two weeks.
12             Q.   You don't know for sure?
13             A.   I really can't say for sure.
14             Q.   Do you know if your husband ever used
15        concentrate Roundup?
16             A.   I don't know.
17             Q.   Did you ever use a Roundup that had some
18        kind of a wand?
19             A.   No.  It was a spray bottle.
20             Q.   You'd always have to use your hand to
21        pump?
22             A.   Yes.
23             Q.   Did you ever feel your hand getting
24        tired from pumping the spray bottle?
25             A.   If I did, I would just use both hands.
```

Beth Spector

```
1              Q.   Did you ever receive any type of

2         specialized training for applying Roundup?

3              A.   No.

4              Q.   Obviously, you don't have any license

5         for herbicide or pesticide application, correct?

6              A.   No.

7              Q.   Did you need to take a break or can we

8         keep going?

9              A.   I can keep going, if everyone else can.

10                  MR. BRECHER:  You all right?

11                  COURT REPORTER:  Yes, I can.

12                  MR. VRASMASU:  I'm going to mark, let me

13         see...

14                  THE WITNESS:  Do I need my glasses for

15         this?

16                  MR. VRASMASU:  Yeah, I think that would

17         be helpful.  We're just going to look at some

18         photographs.

19                  Here you go.

20                  Here, Counsel, this is 3.

21                  MR. BRECHER:  Okay.  These should look

22         familiar.

23                  MR. VRASMASU:  Here's 4.

24                  MR. SPECTOR:  It's a good photographer.

25                  MR. BRECHER:  Great photographer.
```

Beth Spector

```
 1                    MR. SPECTOR:  Yeah.

 2                    MR. BRECHER:  Put this in the Louvre.

 3                    MR. SPECTOR:  It was the same picture.

 4                    MR. BRECHER:  These are extras.

 5                    MR. VRASMASU:  Here is 5.

 6                    (DEFENDANT'S EXHIBITS, 2-5, PHOTOGRAPHS

 7                    WAS MARKED FOR IDENTIFICATION.)

 8   BY MR. VRASMASU:

 9         Q.   So I've handed you Defense Exhibit 2, 3,

10      4 and 5, and we're going to go through these in a

11      second here.

12                    MR. SPECTOR:  Oh, I see what they did.

13      They froze the video to take that picture.  Yeah,

14      this is just a frozen...

15                    THE WITNESS:  What is that one?

16                    MR. SPECTOR:  The video of you.  They

17      froze these frames.  They took --

18                    THE WITNESS:  Which one is that one?

19                    MR. BRECHER:  That one could be...

20                    THE WITNESS:  Oh, shoot.

21                    MR. VRASMASU:  We'll walk through them.

22                    THE WITNESS:  I didn't know I was the

23      star of it.

24                    MR. BRECHER:  You didn't know that I

25      sent more.
```

Beth Spector

```
 1    BY MR. VRASMASU:

 2         Q.   So let me first direct your attention to

 3    what we've marked as Defense Exhibit Number 2.  As

 4    you will see, it is a composite and it contains a

 5    bird's-eye view of a property.

 6              Is that your property at 1718 Sharpless

 7    Road?

 8         A.   Yes.

 9         Q.   And then turning to page 2 and 3 and 4,

10    are those views of your property in Pennsylvania,

11    taken from your street?

12         A.   Yes.

13         Q.   Those are facing your house, correct?

14         A.   Yes.

15         Q.   So I'm going to hand you a red marker.

16              Looking at page 1, which is the overhead

17    of your property, can you walk me through the

18    areas where you applied Roundup.  And then what

19    we'll do is we'll just mark them on there so we

20    can talk about them.

21         A.   Um...

22         Q.   And just before you mark anything, use

23    the red pen.

24         A.   I'm not going to mark it.

25         Q.   Yeah.
```

Beth Spector

```
 1              A.    Okay.  Well, if look at the house --

 2              Q.    Um-hum.

 3              A.    -- across from the house, there are

 4        areas where there's rock and some beds.  I would

 5        spray -- I would spray around there.

 6              Q.    And that's around the pool area?

 7              A.    Well, we're not -- we're in the front of

 8        the house.

 9              Q.    We're in the front of the house, okay.

10              A.    Yeah.

11              Q.    Can you circle for me with the red

12        marker the area you're talking about?

13                    (Witness complied.)

14              Q.    Okay.  Can I take a look at that?  I'm

15        going to do it on my...

16                    MR. BRECHER:  Here, we'll take a look at

17        it after.

18   BY MR. VRASMASU:

19              Q.    Now, you kind of circled the cement.

20        Are you talking about the part right in front of

21        the house?

22              A.    It's actually all of it.  I mean,

23        there's...  There's some beds in front of the

24        house where rocks grow.

25              Q.    Okay.
```

Beth Specter

```
 1              A.   Oh, excuse me, where weeds grow and then
 2         it's rocky.  And there's also, right across the
 3         driveway from the house, there is a rock formation
 4         that gets weeds.
 5              And I didn't mention this before, but
 6         the driveway itself gets weeds.
 7              Q.   Okay.
 8              A.   I also spray that.
 9              Q.   Where on the driveway do you spray?
10              A.   Well, if there's...  These...  You can't
11         see it from here, but there will be cracks and the
12         weeds will grow through the cracks.
13              Q.   And in any specific part of the driveway
14         or on the entire driveway?
15              A.   Anywhere on the driveway.  The driveway
16         needs to be resurfaced, so weeds grow through the
17         cracks in the driveway and I spray them.
18              Q.   And can you circle for me on the map
19         there just the general area that you would spray
20         on the driveway?
21              (Witness complied.)
22              Q.   Okay.  And would you spray the whole
23         driveway or only the --
24              A.   No.
25              Q.   -- parts where the weeds were coming up?
```

Beth Spector

```
 1              A.   Correct.

 2              Q.   So you would only spray the driveway

 3        where the weeds would come out?

 4              A.   Correct.

 5              Q.   So you would target the weeds?

 6              A.   I would target the weeds.

 7              Q.   And would you do that with all the areas

 8        where you sprayed?

 9              A.   Target the weeds?

10              Q.   Yes.

11              A.   Yes.

12              Q.   Now, the driveway, based on my

13        calculations here, is about 94-feet long.  Is that

14        accurate?  And there's a scale you see at the

15        bottom, so that's what my calculations are based

16        on.

17              A.   It's a circular driveway.  And in this

18        picture, it's hard to see the other --

19              Q.   Okay.

20              A.   -- side of it.  It goes around.

21              Q.   Sure.  So you said you would spray any

22        weeds that came up on the driveway --

23              A.   Yes.

24              Q.   -- then you said in front of the house.

25                   Where else would you spray?
```

Beth Spector

```
1              A.   Well, if you would go down to the
2        driveway, there's -- excuse me -- there's beds
3        down there.
4              Q.   Okay.
5              A.   And around the end of the driveway and
6        around the end of the beds, weeds grow there, and
7        also -- you can't see it from here -- but there's
8        a mailbox and there's a lot of rock around there.
9        Weeds grow there.  I would spray there.
10             Q.   Can you circle for me those areas that
11       you talk about?
12             A.   You can't re- -- okay, sure.
13             Q.   Okay.  Where else would you spray on
14       your property?
15             A.   Going to the back?
16             Q.   Anywhere.  Whichever way you think makes
17       sense.
18             A.   Well, there were little...  There's
19       these...  They're...  There's a...  Right in front
20       there are beds and they're the -- right along this
21       whole stone weeds grow and I spray around there.
22             Q.   Okay.  Anywhere else?
23             A.   Well, then going up into the garage, in
24       that part of the driveway weeds grow.  I would
25       spray there.  And then across from...
```

```
1                      Across from this, we have a separate
2        three-car garage --
3                 Q.   Okay.
4                 A.   -- and weeds grow around there, too.
5        Like around -- you can't see it from here, but
6        there's steps there.  I would spray there.
7                 Q.   So you have two garages, actually?
8                 A.   Yes.
9                 Q.   Okay.
10                A.   Yes.
11                Q.   So a detached one and the one that's --
12                A.   Yes.
13                Q.   -- part of your house?
14                A.   (No Response.)
15                Q.   I see.  Where else would you spray?
16                A.   Okay.  Well, then if you go through to
17       the back, there's a path and weeds grow there.
18       I'd spray there.  And then there's another bed
19       across from the pool where weeds would grow, you
20       know, around the perimeter of that.  I would
21       definitely spray there.
22                      Now, if you go to the pool area, if you
23       go around to where the pool itself is --
24                Q.   Um-hum.
25                A.   -- on the opposite side, all of that is
```

Beth Spector

```
1         rocks.  There's a diving board there and rocks and
2         weeds grow like crazy in there.
3              Q.   Um-hum.
4              A.   So I would spray there.
5              Q.   Um-hum.
6              A.   And then there's a little bridge and
7         then that takes you to the area where the tennis
8         court is --
9              Q.   Um-hum.
10             A.   -- if you go down there -- and this
11        whole area is the tennis court.  You can see the
12        whole perimeter of it.
13             Q.   So that area, which is about a 100 feet
14        in the back, in this photograph, is that -- is
15        this photograph taken before the tennis court was
16        built or is that an actual picture of a tennis
17        court?
18             A.   That is the tennis court, but you
19        can't --
20             Q.   It looks like a garden or something.
21        That's why I'm asking.
22             A.   It's a Har-Tru court.
23             Q.   Okay.
24                  MR. SPECTOR:  Yeah, it's a clay court.
25                  MR. VRASMASU:  Okay, okay.  So that's a
```

Beth Spector

```
 1        tennis court in the back.  I was going to say,

 2        that's a huge tomato garden.

 3                    THE WITNESS:  Yeah.

 4   BY MR. VRASMASU:

 5            Q.   The tennis court is about a 100 feet in

 6        length; is that --

 7            A.   I don't know the exact amount.

 8                    MR. SPECTOR:  It's 120.

 9                    MR. VRASMASU:  120, okay.

10                    COURT REPORTER:  Excuse me --

11                    MR. VRASMASU:  I'm sorry.

12                    COURT REPORTER:  -- your back is towards

13        me.

14                    MR. VRASMASU:  I'm sorry.

15   BY MR. VRASMASU:

16            Q.   And would you spray the tennis court --

17        you would spray around the edges of the tennis

18        court?

19            A.   Um-hum.

20            Q.   What other areas would you spray?

21            A.   Well, if you go -- now, if you -- now,

22        if you go into the back and you go to the left,

23        there's some -- there are other beds there that

24        have rocks in them --

25            Q.   Um-hum.
```

```
 1              A.   -- they would get a lot of weeds there

 2      and I would spray there, too.

 3              Q.   And how large is that area,

 4      approximately?

 5              A.   I really couldn't.  I don't know the

 6      measurements.

 7              Q.   Okay, that's fine.  Do you know the

 8      measurements to any of these areas that you talked

 9      about?

10              A.   Not really.

11              Q.   Where else would you spray?

12              A.   It was -- this was the main, all in

13      here --

14              Q.   And when you say all in here --

15              A.   -- the front -- well, like all, all

16      around here --

17              Q.   Around the tennis court?

18              A.   -- around the tennis court --

19              COURT REPORTER:  Would you stop

20      overlapping?  You keep talking over the witness.

21              MR. VRASMASU:  Oh, I'm sorry.

22              A.   It's -- the, the tennis court has a gate

23      around it.  So inside the tennis court weeds grow

24      and outside of the tennis court, that whole area

25      gets weeds.  This whole area where there's rocks
```

Beth Specter

```
 1       around the pool, those areas get weeds like crazy.

 2   BY MR. VRASMASU:

 3            Q.   Did you spray anywhere else besides the

 4       areas that you marked on this map?

 5            A.   Those are the main areas.

 6            Q.   Can I take a look at it real quick?

 7            A.   Um-hum.  The edge of the driveway on one

 8       side, you can't see in that picture.

 9            Q.   Can you mark for me kind of the edge

10       that you were referencing just with a red marker?

11            A.   Well, it's a circular driveway and I

12       can't -- I'm having a hard time seeing the edge of

13       it.  It's a -- do you see the end of the driveway

14       here in this picture?  Honestly, I can't.

15            Q.   And it doesn't have to be pre- --

16            A.   Okay.

17            Q.   -- -cisely.  If you could just indicate

18       the general --

19            A.   Okay.

20            Q.   -- area.

21            MR. BRECHER:  It goes like this

22       (indicating.)

23            THE WITNESS:  Right, okay.

24            MR. BRECHER:  Right?

25            THE WITNESS:  Yeah.
```

Beth Spector

```
 1   BY MR. VRASMASU:

 2          Q.   Have you marked on what's been labeled

 3       as Defense Exhibit 2, page 1, all the areas where

 4       you would use Roundup?

 5          A.   Yes.

 6          Q.   And let's just very briefly talk about

 7       them now.  Down to the left-hand side right where

 8       your driveway meets the road, what kind of

 9       material is that?

10          A.   It's rock.

11          Q.   And what kind of driveway do you have?

12          A.   Circular driveway.

13          Q.   What --

14          A.   Oh, what kind of material is the

15       driveway?

16          Q.   (No Response.)

17               MR. SPECTOR:  It's macadam.

18          A.   It's macadam, but again, like I said, it

19       needs repair and weeds are growing -- you know,

20       grow there.  And even when it was in perfect

21       condition, weeds still grow around these rocks

22       down in this area and, you know, all around the

23       driveway.

24   BY MR. VRASMASU:

25          Q.   Now, you mentioned there's also an area
```

Beth Spector

```
1         to the right of the detached garage where you

2         sprayed, correct?

3              A.   Uh-hum, yes.

4              Q.   What material is that area comprised of?

5              A.   The driveway is macadam and then the

6         little patio -- not patio.  There's little steps

7         there that's brick.

8              Q.   Okay.

9              A.   And also, in front of our house, leading

10        up to our house, is a brick walkway and steps and

11        those steps, weeds can come through the brick,

12        too, so I spray that.

13             Q.   And then if we look at this aerial view

14        in that right corner, you circled an area,

15        correct?

16             A.   Well, that is the edge of the other dri-

17        -- the other part of the driveway.

18             Q.   And then that area is composed of the

19        same materials as you describe for the left --

20             A.   Yes.

21             Q.   -- circle?

22             A.   (No Response.)

23             Q.   Moving behind the house, you mentioned

24        by the side of the detached garage, there's that

25        little walkway that leads to the back?
```

Beth Specter

```
1              A.   There's -- there's -- oh, yeah.  There's

2        -- well, there's a fence.  You go through the

3        fence and there's a walkway.  And there's -- yes,

4        weeds grow there, too.

5              Q.   Wha- --

6              A.   Flagstone is there.

7              Q.   What is Flagstone?

8              A.   Stones.

9              Q.   Uh-hum.

10             A.   Flat, uh, stone.

11             Q.   Oh, flat stone, all right.  Is the path

12        made of flat stones?

13             A.   Um-hum.

14             Q.   And that path leads, you said, to the

15        pool area, correct?

16             A.   Yes.

17             Q.   And then you marked some areas around

18        the pool where you would --

19             A.   Yes.

20             Q.   -- spot treat the weeds?

21             A.   Yes, because around the pool, it's --

22        there's landscaping and rock, lots of rock.

23             Q.   And then you also had marked the tennis

24        court area, correct?

25             A.   Yes.
```

Beth Spector

```
1              Q.   And you said you would also target the
2         weeds around the outside perimeter of the tennis
3         court, correct?
4              A.   Uh-hum, and the inside.
5              Q.   And the inside perimeter?
6              A.   Yes.
7              Q.   And then if there were any weeds that
8         would grow on the tennis court itself, you would
9         also spray those?
10             A.   If I saw them, yes, I would, definitely,
11        but they grew.  The most they grew was the
12        perimeter.  That was what I spent the most time
13        spraying.
14             Q.   What material is the perimeter of the
15        tennis court made out of?
16             A.   It's all made out of Har-Tru.
17             Q.   What is that?
18             A.   It's a, uh...  It's a material that
19        looks like really, a really fine stone.  It's very
20        porous --
21             MR. SPECTOR:  It's synthetic, like.
22             A.   -- and I don't really know what it's
23        made of.  It has to be flattened out.  You have to
24        roll it, but water can go through it.  It's, uh,
25        other -- like a regular tennis court, a hard
```

Beth Specter

```
1          tennis court, water cannot penetrate it.  This,

2          the water can penetrate through.

3    BY MR. VRASMASU:

4          Q.   Now, the tennis court itself is made of

5          clay?

6          A.   No.

7          Q.   Oh.  It's --

8          A.   Yeah.  It's made of this material, Har-

9          Tru.

10          Q.   Okay.  Did you spray anywhere else other

11          than the areas that you marked on this map?

12          A.   Not that I can recall.

13          Q.   You also have a deck in the back?

14          A.   Yes.

15          Q.   You never spray the deck?

16          A.   No, I don't spray the deck.

17          Q.   Do you have any other items on your

18          property like a fire pit or a brick patio or

19          anything like that that you would spray?

20          A.   Well, the patio is Flagstone --

21          Q.   Okay.

22          A.   -- like I said.  If I saw weeds growing

23          around the perimeter of that, because we have --

24          because there's wood and that meets the patio, so

25          I would spray there, too.
```

Beth Spector

```
 1              Q.   From looking at page 1 of Defense
 2       Exhibit 2, just based on the items that are
 3       located in your back yard, can you tell when this
 4       photograph may have been taken by Google?  And I'm
 5       asking for a rough estimate.  I mean, is this an
 6       accurate representation of what your property
 7       looks like today?
 8              A.   Yes, I believe so.
 9              Q.   So there are no buildings missing or no
10       extra --
11              A.   No.  No, no.
12              Q.   Okay.  So let's now turn to page 2 of
13       Defense Exhibit Number 2.  It's the very next
14       page.  And you will see, this is a street view.
15              Does this street view accurately reflect
16       your property in Pennsylvania?
17              A.   Yes.
18              Q.   If you look to the right-hand corner
19       there at the edge of the driveway where you see a
20       big rock, is that an area where you would spray?
21              A.   Yes.
22              Q.   So on this photograph, can you circle
23       for me with the red pen the areas where you would
24       spray?
25                   (Witness complied.)
```

Beth Spector

```
1                A.   You can't see this rock formation that's
2        in front of here, though, but I'll still mark it.
3                Q.   Yeah.  Thank you.  Are there any
4        additional areas depicted in this photograph where
5        you would spray?
6                A.   Well, the driveway.
7                Q.   Anywhere else?
8                     (Witness marking diagram.)
9                Q.   Okay.  Anywhere else?
10               A.   No.
11               Q.   Let's turn to the next page, page 3, and
12       the reason I brought this up is I see there's a
13       red pickup truck from Mark's Tree Service?
14               A.   Um-hum.
15               Q.   What is Mark's Tree Service?
16               A.   It's a service that cuts down dead limbs
17       and any kind of dead tree that we would have.
18       We've had -- certainly had trees die.
19               Q.   When did you hire Mark's Tree Service to
20       perform these services?
21               A.   I cannot remember the exact date.  I
22       don't know.
23               Q.   Was it sometime in the last year, last
24       two years?
25               A.   I would imagine, yes.  My husband takes
```

Beth Specter

```
 1        care of all that.
 2              Q.   Do you know how often Mark's Tree
 3        Services were hired to maintain the property?
 4              A.   No.
 5              Q.   Was it more than once?
 6              A.   It could have been.
 7              Q.   You just don't know?
 8              A.   I don't know.
 9              Q.   And you said that Mark's Tree Services,
10        what did they do to the trees?
11              A.   They would keep them trimmed and, you
12        know, cut off dead branches or take out a dead
13        tree.
14              Q.   Would they ever spray any chemicals on
15        any of the trees, to your knowledge?
16              A.   I don't believe...  I don't know.
17              Q.   Is there any connection between Mark's
18        Tree Services and your landscaper?
19              A.   No.
20              Q.   Other than your landscaper and Mark's
21        Tree Services, what other companies helped
22        maintain your property since 1980?
23              A.   I don't know the answer to that.
24              Q.   Have there been others?
25              A.   Other than Mark's Tree Service, yes, but
```

1    I don't -- I can't recall who.

2         Q.   Can you give me a rough estimate of

3    approximately how many other companies have helped

4    maintain your Pennsylvania property since the

5    '80s?

6         A.   One, two.  I mean, that's many years.

7         Q.   Okay.  Let's turn to the last page of

8    Defense Exhibit 2.  You'll see there's an area --

9    I see there's a fence back there?

10        A.   Yes.

11        Q.   What is that fence?

12        A.   That fence leads to our property in the

13   back.  And the main purpose is to be able to get

14   out on that side and plus, when landscapers come,

15   it's easier to have two entrances to a property,

16   one here, and one on the other side.

17        Q.   Did you spray anywhere on that side of

18   the house where the fence is located?

19        A.   No.

20        Q.   So looking at page 4 of Defense Exhibit

21   2, are there any areas shown where you sprayed

22   Roundup?  And you're going to circle that for me?

23        A.   Yeah.  We can't really see.

24        Q.   And I see that you have circled what

25   looks to be --

Beth Specter

```
 1              A.   Driveway and --

 2              Q.   Drive- --

 3              COURT REPORTER:  Can you finish your

 4     question?  You didn't finish your question.

 5              I see you have circled...

 6              MR. VRASMASU:  Right.

 7   BY MR. VRASMASU:

 8              Q.   I see that you circled an area on this

 9     photograph, correct?

10              A.   Yes.

11              Q.   You circled a, what looks to be stoney

12     area, correct?

13              A.   Yes, and driveway.

14              Q.   And then the driveway?

15              A.   Correct.

16              Q.   This stoney area, would you apply

17     Roundup to it in its entirety or target weeds?

18              A.   Target.

19              Q.   Same thing with the driveway?

20              A.   Correct.

21              COURT REPORTER:  Can we take a break?

22              MR. VRASMASU:  Sure.

23              VIDEO TECHNICIAN:  Off the record.  The

24     time is 12:35 p.m.

25              (Recess taken at 12:35 p.m.)
```

Beth Spector

```
1                    (Back on the record at 12:43 p.m.)

2                    VIDEO TECHNICIAN:  We are back on the

3         record.  The time is 12:43 p.m.

4    BY MR. VRASMASU:

5              Q.   So before we took our break, we were

6         looking at what's been marked Defense Exhibit 2,

7         and we were at page 4.  If you could turn to that,

8         please?  May I just --

9              A.   Yeah.  Is this the page?

10             Q.   Yes, ma'am.

11                  And you had circled a couple of areas

12        where you had used Roundup, correct?

13             A.   Yes.

14             Q.   Are there any other areas depicted on

15        page 4 where you used Roundup?

16             A.   No.

17             Q.   Very good.  We can set that aside.

18                  Let's now turn to what's been previously

19        marked as Defense Exhibit 3.  For the record,

20        these are several pages.  They're Bates labeled

21        Confidential-BSpector-PPR-000459 through 462.

22             A.   Correct.

23             Q.   Do you recognize these photographs?

24             A.   Yes.

25             Q.   What are they?
```

Beth Spector

```
1              A.    They're pictures of the front and side
2        of my house.
3              Q.    And who took these photographs?
4              A.    I'm not sure.
5              Q.    Do you know when these photographs were
6        taken?
7              A.    I do not.
8              Q.    Let's take a look at them quickly.
9        First...  On the first page, which is a Bates
10       labeled 459, the top photo is a photo of the front
11       of your house, correct?
12             A.    Correct.
13             Q.    Does that photograph depict any areas
14       where you used Roundup which were not depicted in
15       the photographs we looked at for Defense Exhibit
16       2?
17             A.    No.
18             Q.    Let's now turn to the photo right below
19       it.  What does that photo depict?
20             A.    The side of my house.
21             Q.    And that is the side where you would
22       have the wooden fence?
23             A.    Yes.
24             Q.    Does the bottom photo on page 0459
25       depict any areas where you used Roundup which you
```

Beth Specter

```
1      already did not circle in what was marked as

2      Defense Exhibit 2?

3           A.   No.

4           Q.   Let's now turn to the next page, Bates

5      labeled 460.  Looking at the first photograph,

6      what does that depict?

7           A.   The side -- the front of my house.

8           Q.   And this is again kind of the right side

9      where the --

10          A.   Yes.

11          Q.   -- fence is?

12          A.   Yes.  There's fence on the other side as

13     well, but yes.

14          Q.   Does this photo depict any areas where

15     you used Roundup which you have not already

16     circled in what was marked as Defense Exhibit 2?

17          A.   You can get a better glimpse of the

18     brick step, so I don't know if it showed up as

19     much on the other photo, but you could see it more

20     here.

21          Q.   Would you please circle it?

22          A.   Yes.

23          Q.   Are there any other areas in that top

24     photograph where you used Roundup?

25          A.   On the driveway.
```

Beth Spector

1          Q.   Can you circle it for me, please?

2               (Witness complied.)

3          Q.   And again, that area that you circled,

4     you would go in and target the weeds by --

5          A.   Yes.

6          Q.   -- spot spraying?

7          A.   Yes.

8          Q.   And if you've noticed, I'm speaking a

9     lot slower.

10         A.   You are and I'm trying not -- I'm trying

11    to.

12         Q.   Thank you so much.  Are there any other

13    areas on this photograph that depict areas where

14    you used Roundup?

15         A.   Is this just the top?

16         Q.   Just the top one, yes.

17         A.   Yes, that's it.

18         Q.   Let's now turn to the bottom photograph.

19    Again, on page 460, what does that depict?

20         A.   That, if you're standing in front of the

21    house, that's the left side.

22         Q.   Are there any areas in this photograph

23    where you sprayed Roundup?

24         A.   Yes.

25         Q.   Could you circle them, please?

Beth Spector

```
1                    (Witness marked diagram.)

2          Q.   What area did you circle, just for the

3     record?

4          A.   I circled the driveway and stone around

5     the driveway.

6          Q.   Are there also pieces of wood?

7          A.   Yes.

8          Q.   Did you circle those also?

9          A.   I didn't mean to circle the entirety of

10    them, but if weeds grow around here, I do spray.

11         Q.   When you say around here, you're ref- --

12         A.   Around this area of the stone -- or

13    excuse me -- of the wood.

14         Q.   You're referring to the bottom of the

15    wood where it meets --

16         A.   Yes.

17         Q.   -- the driveway?

18         A.   Yes.

19         Q.   Are there any other areas in that

20    photograph that depict locations where you used

21    Roundup?

22         A.   The path leading to the front door.  I

23    think it's right here.  This area right here.

24         Q.   Thank you so much.  Any others?

25         A.   No.
```

Beth Spector

```
 1              Q.   Let's now turn to the next page, which
 2       is Bates labeled 461.  Let's first look at the top
 3       photograph.  What does that depict?
 4              A.   That is the detached garage/studio
 5       that's over there, and the side of the house
 6       basically.
 7              Q.   Are there any areas depicted in this top
 8       photograph where you sprayed Roundup?
 9              A.   Yes.
10              Q.   Would you please circle them for me?
11                   (Witness marked diagram.)
12              A.   It's the driveway portion.
13              Q.   Any other areas?
14              A.   Not in the top.
15              Q.   Not in the top photograph?
16              A.   Not in the top photograph.
17              Q.   Let's now move to the bottom photograph
18       on page 461.  Are there any areas depicted in that
19       bottom photograph where you sprayed Roundup?
20              A.   Yes.
21              Q.   Would you please circle them for me?
22                   (Witness marked diagram.)
23              Q.   And what --
24              A.   That would be the Flagstone and the
25       stone pavers that lead from the front of the
```

Beth Spector

```
 1        house -- or excuse me -- the back door of the

 2        house.

 3             Q.   The flat stone material is applied

 4        around your pool?

 5             A.   Yes.

 6             Q.   Are there any other areas depicted in

 7        that bottom photograph which show areas where you

 8        used Roundup?

 9             A.   No.

10             Q.   And finally, if you would please, turn

11        to page 462.  There's only one photograph.  What

12        does that photograph show us?

13             A.   That is the pool area with the cover on

14        the pool.

15             Q.   And does that photograph depict any

16        areas where you used Roundup?

17             A.   Yes.

18             Q.   Would you please circle them for me?

19                  (Witness marked diagram.)

20             Q.   Just for the record, could you please

21        describe the areas that you circled?

22             A.   Yes.  I describe the areas around the

23        pool.

24             Q.   Those were made of the flat stone

25        material?
```

Beth Spector

```
 1          A.   Flagstone and also, because of the cover

 2     being on the pool, it's hard to see how much rock

 3     there is surrounding the pool.  Obviously, you

 4     don't spray in the winter.

 5          Q.   Now, let me direct your attention to

 6     what's been marked as Defense Number 4.  There you

 7     go.

 8               Let's just take these that we've looked

 9     at, just put 'em --

10          A.   Oh, yes.

11          Q.   -- on the table --

12          A.   Okay.

13          Q.   -- so we make it --

14          A.   Sure.

15          Q.   -- nice and easy for everyone.

16               So Defense Exhibit Number 4 is comprised

17     of three pages, correct?

18          A.   Correct.

19          Q.   Have you ever seen these photographs

20     before?

21          A.   No.

22          Q.   I'll represent to you that these are

23     stills from a video sent by your counsel.  Are you

24     shown in these three photographs?

25          A.   Yes.
```

Beth Spector

```
1              Q.   Do you know who took this video?

2              A.   It could only be my husband.

3              Q.   Do you know when this video was taken?

4              A.   I'm not sure, no.

5              Q.   Do you know what you were doing in this

6         video?

7              A.   It looks like I'm walking around, seeing

8         what weeds there are like I always do, checking.

9              Q.   Let me now direct your attention to the

10        first page here which depicts the beginning of the

11        video.  I see that right next to you -- well,

12        below you there is what appears to be a hot tub?

13             A.   It's... Yes, it's a little spa, hot tub

14        attached to the pool.

15             Q.   Would you ever spray Roundup around that

16        spa?

17             A.   No, because it's far away from the

18        rocks.  I would only spray the rocks that are

19        adjacent to it.  Do you want me to circle it?

20             Q.   Yes.  So if you would, on that first

21        photograph, circle for me the areas where you

22        would spray Roundup, please?

23                  (Witness marked diagram.)

24             A.   You need to include the wood.

25             Q.   And for the record, would you please
```

Beth Spector

```
1      describe what areas you circled as containing

2      space where you would use Roundup?

3          A.   I would use the Roundup on the rocks

4      that surround the pool and there's a little wooden

5      bridge that leads from one patio to the other area

6      where the tennis court is.  I'd spray that.

7              And there are wood...  There's wood...

8              Connected to the patio -- to the patio

9      weeds grow into those cracks.  I spray there.  And

10     if any weeds come up through the cracks in the

11     patio, I spray that.

12         Q.   If you would please next turn to page 3?

13         A.   Skip 2?

14         Q.   Yes.  Unless there are any other areas

15     in 2 which show spots that you used Roundup on

16     which you did not previously mark.

17         A.   No.

18         Q.   Okay, they're none.  So let's look at

19     number 3.

20              Right behind you, I see there are what

21     look like two stones, correct?

22         A.   Correct.

23         Q.   Is that the path that you mentioned --

24         A.   Yes.

25         Q.   -- previous?
```

Beth Spector

```
 1              A.    (No Response.)

 2              Q.    And that's the path where you would

 3       spray Roundup?

 4              A.    Yes.

 5              Q.    Would you please circle that for me?

 6                    (Witness marked diagram.)

 7              Q.    Are there anymore areas reflected on

 8       page 3 where you would spray Roundup?

 9              A.    No.

10              Q.    Very good.  You can set that aside.

11                    Finally, let me direct your attention to

12       what's been marked as Defense Exhibit Number 5.

13       This is an eight-page exhibit which I'll represent

14       to you is made from stills taken from a video that

15       was sent to us by your lawyer.

16              A.    Okay.

17              Q.    Have you ever seen this video before?

18              A.    No.

19              Q.    Do you know who took this video?

20              A.    My guess is my husband.

21              Q.    Do you know when this video was taken?

22              A.    I do not.

23              Q.    Let's look at page 1.

24              A.    Okay.

25              Q.    What does page 1 show us?
```

```
 1           A.    This is what it looks like when you come

 2     through the fence on the other side.

 3           Q.    So very quickly, if we're staring at the

 4     house from the street view, this is what it looks

 5     like if you're coming in through the left?

 6           A.    Yes, correct.

 7           Q.    Did you spray Roundup in any areas that

 8     were depicted on page 1?

 9           A.    Yes.

10           Q.    Would you please circle for me where?

11                 (Witness marked diagram.)

12           A.    It's the stone.

13           Q.    So the stone at the bottom of the wooden

14     fence?

15           A.    Yes.

16           Q.    Did you spray Roundup in any other areas

17     depicted on page 1?

18           A.    No.

19           Q.    Let's now turn to page 2.  We'll see

20     page 2 is actually the camera panning slightly to

21     the right from the prior image.

22                 Does page 2 depict any areas where you

23     used Roundup?

24           A.    No.

25           Q.    Let's turn to page 3, which again is the
```

Beth Spector

```
 1        camera again panning.  Does page 3 depict any

 2        areas where you used Roundup?

 3             A.   No.

 4             Q.   Let's turn to page 4.  Again, we see the

 5        camera panning.

 6             A.   Yes.

 7             Q.   Does page 4 contain any areas where you

 8        used Roundup?

 9             A.   Yes.

10             Q.   Would you please circle those areas for

11        me?

12                  (Witness marked diagram.)

13             Q.   For the record, would you please

14        describe the areas that you circled?

15             A.   Yes.  These are the stones that I

16        mentioned before that surround the pool.  They

17        grow tons of weeds in here and occasionally the

18        patio has a little crack.  Weeds will grow in

19        there and I would spray them.

20             Q.   Are there any other areas depicted on

21        page 4 where you sprayed?

22             A.   No.

23             Q.   Let's turn to page 5.  Again, the camera

24        panned a little bit further to the right.

25             A.   Okay.
```

Beth Spector

```
 1                Q.   What does page 5 show us?

 2                A.   The pool area.

 3                Q.   And would you please tell me if there

 4        are any areas where you sprayed Roundup that are

 5        depicted in page 5?

 6                A.   Yes.

 7                Q.   And will you circle those for me?

 8                     (Witness marked diagram.)

 9                A.   Yes.  It's hard to see, but behind,

10        there's a table and behind that table there's an

11        area of rock that gets weeds.

12                Q.   You're referring to the table with the

13        white umbrella?

14                A.   Yes.  Behind there...  There are rocks

15        behind there.

16                Q.   Are there any other areas depicted in

17        the photograph on page 5 where you use Roundup?

18                A.   Anywhere on the patio that they grow, so

19        do you want me to circle --

20                Q.   Yes.

21                A.   -- anything?

22                Q.   Yes, please.

23                     (Witness marked diagram.)

24                A.   And you can't really see the pavers,

25        but...
```

Beth Spector

```
 1              Q.   By pavers, you're referring to --
 2              A.   These -- they're -- they're stones
 3       leading to the other patio.
 4              Q.   Okay, thank you.  Have you circled all
 5       the areas where you used Roundup on page --
 6              A.   Yes.
 7              Q.   Let's turn to page 6.  You'll see the
 8       camera pans back to the left.
 9              A.   Um-hum.
10              Q.   Again, we see a view of your pool here.
11       Would you please circle for me any areas where you
12       use Roundup.
13                   (Witness marked diagram.)
14              Q.   Again you circled the --
15              A.   Stone and patio.  I didn't circle the
16       tennis court because you can't really see it.
17              Q.   Finally, let's take a look at page 7 and
18       8.
19                   And are there any areas on page 7 and 8
20       where you sprayed Roundup in which you have not
21       previously circled in any of the other
22       photographs?
23              A.   There's...  Yes.  There's an area on
24       page 8.
25              Q.   Okay.  So would you please go ahead and
```

Beth Spector

```
 1      circle it?

 2              (Witness marked diagram.)

 3      Q.   Would you describe for the record what

 4      you circled?

 5      A.   It's...  Again, it's rock that is next

 6      to the patio that gets a lot of weeds.

 7      Q.   It's also next to your house?

 8      A.   Yes.

 9      Q.   Did you ever spray Roundup in any other

10      areas around your house besides the ones that you

11      marked for me today in these photographs?

12      A.   Not that I can recall.

13      Q.   And I believe you had previously

14      testified that you never used Roundup anywhere

15      else other than your property?

16      A.   Correct.

17      Q.   Your property in Pennsylvania?

18      A.   Correct.

19      Q.   You can set this aside.

20              So now that we've talked about the areas

21      where you applied Roundup, let's talk about how

22      you applied Roundup, okay?

23      A.   Sure.

24      Q.   Can you describe for me how you went

25      about applying Roundup?
```

Beth Spector

```
 1            A.   I applied it by using the bottle.  Just
 2       sprayed it directly on the areas, targeting the
 3       weeds.
 4            Q.   So if you're walking, say, by your
 5       pool --
 6            A.   Correct.
 7            Q.   -- you would bend over?
 8            A.   Yes, and...
 9            Q.   You would try to get as close as you
10       could to the weed?
11            A.   I didn't stay on top of it, but I would
12       -- yes, I would directly spray the weed.
13            Q.   Then you would reach down and you would
14       target the weed?
15            A.   Yes.
16            Q.   About how far away from the weed would
17       the spray bottle be when you squeezed it?
18            A.   I would try to...  I would get to the
19       root of it so it was pretty close because I would
20       not spray the weed -- I would spray the weed, but
21       -- and when you try to kill weeds, you want to
22       spray the root of it.  That's how you kill them.
23            Q.   And you were careful not to get Roundup
24       on any surrounding areas?
25            A.   Right.
```

Beth Spector

```
 1              Q.   Because you understood that if you got

 2       Roundup on other vegetation, it would kill that

 3       vegetation?

 4              A.   Correct.

 5              Q.   So you did everything in your power to

 6       just target the weeds?

 7              A.   Yes.

 8              Q.   When you sprayed the Roundup onto the

 9       roots of the weeds, did it come out in droplets?

10              A.   It was a spray.

11              Q.   It wasn't anything like a fog or a mist?

12              A.   No.

13              Q.   After you applied Roundup to weeds, did

14       you ever notice that any other plants died?

15              A.   No.

16              Q.   So you were never in a situation where

17       you accidentally killed off any other vegetation

18       in your garden after applying Roundup?

19              A.   No.  I was extremely careful.

20              Q.   And that's why you got so close to the

21       weeds when spraying them?

22              A.   Yes.

23              Q.   And when we talk about you getting

24       close, were you like an inch close, two inches

25       close?
```

Beth Spector

```
 1            A.   Well, if the bottle's here and I'm
 2       trying to get to the root --
 3            Q.   It's a couple inches?
 4            A.   -- so maybe I'm five inches --
 5            Q.   Okay.
 6            A.   -- four.
 7            Q.   When you were applying Roundup, the
 8       liquid would only come out when you squeezed the
 9       sprayer, correct?
10            A.   Correct.
11            Q.   So you would not be applying Roundup in
12       a nonstop fashion?
13            A.   Correct.
14            Q.   When you applied Roundup, did you
15       usually do it when there were fair and nonwindy
16       conditions outside?
17            A.   Yes.
18            Q.   And why was it important for you to
19       apply Roundup when the wind wasn't blowing?
20            A.   Because I didn't want it to blow back in
21       my face.
22            Q.   Can you specifically recall instances
23       when you wanted to go apply Roundup, but then held
24       off and said, I'm not going to do it now because
25       it's too windy outside?
```

Beth Spector

```
 1              A.   No.

 2              Q.   But that would have been --

 3              A.   Sorry.

 4                   If I saw it was very windy, I probably

 5         wouldn't do it, but there were instances where I

 6         started to do it and it was windy and it would

 7         blow back and I would stop because it was too

 8         windy.

 9              Q.   And when you would feel that you

10         received some blowback, would you go back into the

11         house and clean yourself off?

12              A.   I would wash my hands, sure.

13              Q.   Would you use soap?

14              A.   Yes.

15              Q.   Would you try to wash your hands as soon

16         after the exposure as possible?

17              A.   If it got on my hands.

18              Q.   So if you felt Roundup touch any part of

19         your body, you would try to wash it off as fast as

20         you could?

21              A.   I would...  I don't know.  I wouldn't

22         rush, but I would wash my hands when I got back in

23         the house.

24              Q.   So as you were outside spraying, if it

25         ever occurred to you that perhaps the conditions
```

Beth Spector

```
 1        were such that the spray could come back on you,

 2        you would stop?

 3             A.   Yes.

 4             Q.   And why did you try to avoid making

 5        contact with the Roundup?

 6             A.   It was no different than using anything,

 7        Windex, where there's wind.  I wouldn't use Windex

 8        outside to spray my window if it was windy because

 9        I wouldn't want anything to get on me.

10             Q.   And why is it important for you not to

11        get any of these chemicals on you?

12             A.   Well, it's always been important to me,

13        but after I was diagnosed, I just didn't like to

14        inhale...  I wanted to make sure I didn't inhale

15        anything.

16             Q.   Is it fair to say that you did your best

17        to prevent getting various chemical substances on

18        you even before you were diagnosed?

19             A.   Absolutely.

20             Q.   It's always been something you thought

21        about?

22             A.   It's always been something I've been

23        careful about, but not overly concerned about.

24             Q.   Is another reason that you avoided using

25        Roundup in windy conditions so that you would not
```

Beth Spector

```
 1         spray other areas of your property where other

 2         vegetation was growing?

 3              A.   Because I mainly targeted the root of a

 4         weed, I wasn't overly concerned about that.

 5              Q.   So mostly you avoided getting any type

 6         of splashback because you wanted to make sure that

 7         you were safe?

 8              A.   Sure.

 9              Q.   What time of day would you usually use

10         Roundup?

11              A.   Mainly in the mornings.

12              Q.   Did you find that the Roundup product

13         worked well for you?

14              A.   Yes.

15              Q.   Did it kill all the weeds in the area

16         that you were hoping?

17                   MR. BRECHER:  Again, this has been asked

18         and answered, so I'd just note my objection.

19    BY MR. VRASMASU:

20              Q.   You can go ahead and answer.

21              A.   It killed the weeds.

22              Q.   Do you know what type of weeds you were

23         spraying at your house?

24              A.   I do not.  There are many.

25              Q.   Did the weeds ever get big or were they
```

Dean Spector

```
1        always just little sproutlings?

2             A.   It was varied.

3             Q.   When you sprayed Roundup on an area that

4        you had previously sprayed, were you spraying the

5        same weeds or new weeds?

6             A.   Could you repeat that?

7             Q.   Sure.  When you sprayed Roundup on an

8        area that you had previously sprayed, were you

9        spraying the same weeds or new weeds?

10            A.   It was generally new weeds, but I mean,

11       there were occasions when I didn't think they were

12       quite dead, so I would respray them.

13            Q.   When you sprayed Roundup on an area that

14       had been previously sprayed were there fewer weeds

15       than the time that you had previously sprayed?

16            A.   I'm not sure.  They constantly came

17       back.  They would die.  I mean, because one could

18       be a fraction of an inch next to it and it would

19       just come up.

20            Q.   After the weeds died, did you remove

21       them or just leave them on the ground?

22            A.   Depending.  Sometimes if they were very

23       ugly-looking, I would just pull them up.

24            Q.   If you were to think of it in terms of

25       percentages, what percentage of the time would you
```

Beth Spector

```
 1        leave the weeds on the ground?
 2             A.   Half the time.
 3             Q.   Other than spraying Roundup, did you do
 4        any other lawn work or yard work?
 5             A.   No.  Excuse me.  I took care of flowers
 6        in pots.
 7             Q.   And can you just very quickly describe
 8        for me what that entailed?
 9             A.   Sure.  Well, the ones in the pots, I
10        would just water them and pull off the dead...
11        Uh, I planted Geraniums mainly, so I would pinch
12        off the tops of Geraniums so new ones would grow.
13             Q.   Did you ever use fertilizers for your
14        plants?
15             A.   Just Evergro.
16             Q.   Anything else?
17             A.   No.
18             Q.   How often would you use Evergro for your
19        plants?
20             A.   When I planted them.  That was it.
21             Q.   How often would you plant them?
22             A.   They were...  They were Annuals, so I
23        just planted them once a year.
24             Q.   And how many of these plants are we
25        talking about?
```

Beth Spector

```
1              A.    At any given time, two in the front and

2        three in the back.

3              Q.    Other than working with these plants,

4        did you ever mow the lawn?

5              A.    No.

6              Q.    Did you use a Weed Whacker?

7              A.    No.

8              Q.    Did you use any other fertilizers for

9        your property besides the one that you mentioned?

10             A.    I personally don't know what was used.

11             Q.    And that was the gardener's --

12             A.    Yes.

13             Q.    -- area?

14             A.    Yes.

15             Q.    When spraying Roundup, what type of

16       clothing would you typically wear?

17             A.    I would generally wear sneakers and I

18       would wear a tee shirt, leggings.

19             Q.    Would you wear long pants -- or no,

20       those are leggings.  Would you wear a hat?

21             A.    Yes.

22             Q.    Would you wear some kind of safety

23       goggles?

24             A.    No.

25             Q.    Did you wear glasses?
```

Beth Spector

```
1            A.    No.

2            Q.    Sunglasses?

3            A.    Sunglasses.

4            Q.    Would you wear some type of facial

5      covering, like a mask or scarf?

6            A.    No.

7            Q.    No?

8            A.    Never.

9            Q.    You never wore any type of Tyvek suit or

10     other personal protective equipment?

11           A.    No.

12           Q.    Let's talk about the tee shirt.  Was it

13     long sleeves or short sleeves generally?

14           A.    Well, I tend to wear long-sleeve mainly,

15     but if it was broiling hot out, I would be wearing

16     short-sleeve.

17           Q.    But if it wasn't very hot you'd be

18     wearing long-sleeve?

19           A.    If it was not very hot, I might be

20     wearing long-sleeve or a tank top with a, I don't

21     know, sweatshirt, depending on -- between May and

22     September, there's a lot of different weather.

23           Q.    What type of material or fabric would

24     your shirts usually be made out of?

25           A.    Cotton, Lycra.
```

Beth Spector

```
1              Q.   Let's talk about the leggings.  Did the
2    leggings cover your entire leg or were they kind
3    of shorts?
4              A.   Depending on the weather.
5              Q.   So sometime --
6              A.   They were either to the knee or to mid
7    calf or to the ankle.
8              Q.   What type of fabric or material would
9    they be made of?
10             A.   Cotton, Spandex, Lycra.
11             Q.   You mentioned that you wore sneakers as
12   well?
13             A.   Yes.
14             Q.   What types of sneakers?
15             A.   Nikes.  Or in any given year, could have
16   been any different -- Brooks.
17             Q.   Then, did you wear any socks?
18             A.   Yes.
19             Q.   Would you wear the low-cut socks or the
20   long socks?
21             A.   Low-cut.
22             Q.   What types of materials are your socks
23   generally made of?
24             A.   Cotton.
25             Q.   And those were the types of socks that
```

Beth Spector

1   you generally wore while applying Roundup?

2       A.   Yes.

3       Q.   What about the hat; what kind of hat

4   would you wear while applying Roundup?

5       A.   Baseball hat.

6       Q.   You also mentioned that you wore

7   sunglasses?

8       A.   Yes.

9       Q.   How often would you be wearing

10  sunglasses?

11      A.   Depending on the weather, but I

12  generally -- I'm a person that wears sunglasses

13  when they go outside.

14      Q.   So most of the time that you were

15  applying Roundup, you were wearing sunglasses?

16      A.   Correct.

17      Q.   Were you wearing anything else while

18  applying Roundup besides the articles of clothing

19  that we just went over?

20      A.   A watch maybe, occasionally.  Pardon?

21  Does that count?

22      Q.   I understand that you also wore

23  gardening gloves?

24      A.   On occasion.

25      Q.   What are those gloves made out of?

1          A.   Partially rubber, partial cotton.  Over

2     the years, I've had so many different pair --

3     pairs of them.

4          Q.   Did you always try to wear gardening

5     gloves when applying Roundup?

6          A.   Not really.  It never...  It depended on

7     what I was doing that day.

8          Q.   If we were to assign percentages,

9     approximately what percentage of the time that you

10    were applying Roundup would you be wearing gloves?

11          MR. BRECHER:  Don't guess.

12          A.   I really don't know.

13   BY MR. VRASMASU:

14          Q.   Okay.

15          A.   I don't know.

16          Q.   That's fine.

17          A.   And quite honestly, it was easier to

18    spray the bottle without gloves on.

19          Q.   Okay.  The gardening gloves that we

20    talked about, about how long were they?

21          A.   They were just to the wrist, well past

22    your wrist.

23          Q.   Now, after you finished gardening and

24    perhaps spraying, what would you do with the

25    gloves?

Beth Spector

```
1              A.   I would leave them in the garage of my
2         house.
3              Q.   Would you use the same gloves every
4         single time or would you throw them out on a
5         regular basis?
6              A.   I would use them until I felt they had
7         had it and then I would get new ones.
8              Q.   Generally, how long would it be until
9         the time that you felt that a glove had had it?
10             A.   A season.
11             Q.   So on average, you tried to get new
12        gloves about once a year?
13             A.   Yes.
14             Q.   When you did wear the gloves, why did
15        you wear them?
16             A.   Because if I was pulling up dead weeds,
17        I would use garden gloves, or if I was --
18        sometimes the bushes have thorny vines that would
19        come up and I would use gloves for that.
20             Q.   Now, when we talked about the sneakers
21        you were wearing, the footwear, made me think, did
22        you ever wear flip-flops or open-toed shoes while
23        gardening?
24             A.   No.
25             Q.   You always wore sneakers?
```

Beth Spector

```
1              A.   I tend to wear sneakers all the time.
2              Q.   Did you wear anything else while
3        spraying Roundup that we didn't discuss?
4              A.   No.
5              Q.   Do you still own the clothes and the
6        shoes that we talked about which you wore while
7        using Roundup?
8              A.   My guess is yes.  Yes, I still own.
9              Q.   And that you have them in Pennsylvania?
10             A.   They're in Pennsylvania and some of it
11       is here in Florida.
12             Q.   As you sit here today, can you think
13       specifically which articles of clothing that you
14       were wearing while applying Roundup you may still
15       have with you?
16             A.   A baseball hat.  I have a baseball hat,
17       some leggings.
18             Q.   Anything else you can think of?
19             A.   Maybe some tee shirts.
20             Q.   Anything else?
21             A.   Sneakers.
22             Q.   Anything else?
23             A.   No.
24             Q.   After you finished spraying Roundup,
25       would you go back in the house and wash yourself?
```

Beth Spector

```
 1            A.   I would wash my hands.
 2            Q.   Did you always try to wash your hands
 3       after using Roundup?
 4            A.   Yes, and any time I was outside touching
 5       anything.
 6            Q.   Were there times when you took an entire
 7       shower after going outside and being in the garden
 8       and spraying Roundup?
 9            A.   Only if I felt especially dirty or I had
10       to go somewhere or I knew that I was finished for
11       the day.  I had a tendency to go in and out a lot.
12       If I sprayed Roundup in the morning and I came
13       back in and I washed my hands and I went on to
14       other things, I would go in and out of my house 10
15       times.
16            Q.   When you would wash your hands or when
17       you would take showers, you would have rinsed
18       until you felt like you got everything off your
19       skin?
20            A.   Yes.
21            Q.   And you would always use some kind of
22       shampoo or soap?
23            A.   Yes.
24            Q.   Would you change your clothing after you
25       finished using Roundup?
```

Beth Spector

```
 1              A.   Not in particular, no.

 2              Q.   How long would you go wearing your

 3       clothes after using Roundup?

 4              A.   I could go the whole day.

 5              Q.   When you finally took off those clothes,

 6       would you send them to be washed or would you use

 7       them day after day?

 8              A.   No.  They would always be washed.

 9              Q.   So you'd wear them once and then you'd

10       wash?

11              A.   Yes.

12              Q.   Would you wash them?

13              A.   Yes.

14              Q.   And generally when you washed those

15       types of clothes, do you use hot water or cold

16       water?

17              A.   Warm.

18              Q.   And that's how you washed the clothes

19       that you were wearing while using Roundup?

20              A.   Yes.

21              Q.   You also used detergent?

22              A.   Yes.

23              Q.   And would you combine the clothes that

24       you were wearing while using Roundup with other

25       clothes while doing laundry?
```

Beth Spector

```
1              A.    Yes.

2              Q.    Are you okay or do you need a break?

3              A.    I'm okay.

4                    MR. VRASMASU:  Is everybody okay?

5                    COURT REPORTER:  I'm okay.

6                    MR. VRASMASU:  Very good.

7                    COURT REPORTER:  Thank you.

8    BY MR. VRASMASU:

9              Q.    Now, I think earlier you said that you

10      can remember a few times when you may have gotten

11      some Roundup on you.  Is that... Am I remembering

12      that correctly or not?

13             A.    It's possible that I could have sprayed

14      and it got on my hands.

15             Q.    But you don't have any specific

16      recollection of that as you sit here today?

17             A.    No.

18             Q.    When you were using Roundup around your

19      property, would there be anyone else around like

20      your husband or gardeners?

21             A.    My husband would have been around

22      sometimes.

23             Q.    Anyone else?

24             A.    No.

25             Q.    Have you ever spoken with anyone at
```

Beth Spector

```
 1        Monsanto about how to use Roundup-branded

 2        products?

 3             A.   No.

 4             Q.   Have you ever communicated with any

 5        salesmen or sales representatives from Monsanto?

 6             A.   No.

 7             Q.   Have you ever communicated with anyone

 8        at Monsanto about anything?

 9             A.   No.

10             Q.   Have you ever met me or communicated

11        with me before today?

12             A.   No.

13             Q.   Now, you mentioned that your gardener

14        used Roundup at your property, correct?

15             A.   Yes.

16             Q.   And then your husband used it?

17             A.   Yes.

18             Q.   Did anyone else use Roundup at your

19        property?

20             A.   No.

21             Q.   Do you know if any of your neighborhoods

22        used Roundup on their properties?

23             A.   No.

24             Q.   No, you don't know?

25             A.   I don't know.  Sorry, yes.  I do not
```

Beth Spector

```
 1      know.
 2           Q.   Have you ever used any other herbicides
 3      other than Roundup?
 4           A.   No.
 5           Q.   You know that for a fact or you don't
 6      remember?
 7           A.   I don't recall using anything but
 8      Roundup.
 9           Q.   Have you ever heard of a product called
10      Eraser?
11           A.   No.
12           Q.   How about Buccaneer?
13           A.   No.
14           Q.   How about Envy?
15           A.   No.
16           Q.   How about Halex GT?
17           A.   No.
18           Q.   How about Flexstar GT?
19           A.   No.
20           Q.   How about Credit 41 Extra?
21           A.   No.  I have no idea what they are.
22           Q.   Can you say with absolute certainty that
23      in all your years of lawn care you never used any
24      other herbicides besides Roundup?
25                MR. BRECHER:  I think she's asked and
```

Beth Spector

```
 1        answered that.

 2               A.   To my knowledge, I have not used

 3        anything but Roundup.

 4   BY MR. VRASMASU:

 5               Q.   You just can't recall anything else?

 6               A.   No.

 7               Q.   Where did your husband plant tomatoes?

 8               A.   He planted tomatoes in the pots on our

 9        patio.

10               Q.   It wasn't like a garden?

11               A.   And then one time he did have a little

12        garden on the side of the house --

13               Q.   Which --

14               A.   -- near our fence.  Near the fence.

15                    If you walked out of the back door, it

16        was to the right.

17               Q.   So in the direction of where the tennis

18        court is?

19               A.   Correct, I believe.  It's been so long

20        ago, I barely remember, but it was in that area,

21        but not near the tennis court.  There was a little

22        patch of grass that was near the fence, but not at

23        the tennis court at all.

24               Q.   Can you give me just a very rough

25        estimate of the size of that patch?
```

Beth Spector

```
 1              A.   It could have been this big

 2         (indicating.)  I mean, it was small.

 3              Q.   So it's less than six-by- --

 4              A.   It was a little thing.  It was just a

 5         little patch where tomatoes were with some wire

 6         around it.

 7              Q.   How long did your husband grow tomatoes

 8         in that little garden?

 9              A.   One time.

10              MR. BRECHER:  Are we talking before your

11         diagnosis or after your diagnosis?

12              THE WITNESS:  The patch of tomatoes?

13              MR. BRECHER:  Yeah.

14              THE WITNESS:  It was before.

15    BY MR. VRASMASU:

16              Q.   Do you remember approximately what year

17         that was?

18              A.   I'd say, it was about '82 maybe.

19              Q.   And he only tried it for one year?

20              A.   Yes.

21              Q.   Did you assist your husband in any way

22         with taking care of that tomato patch?

23              A.   I picked tomatoes when they looked good,

24         that was it.  I didn't take -- I didn't get myself

25         involved in it.
```

Beth Spector

```
 1                   Q.   Have you ever done any pest control

 2        around your house?

 3                   A.   Pest?  Well, we've had -- I had ant --

 4        little -- little ant traps.

 5                   Q.   Do you remember what types of ant traps

 6        you've used?

 7                   A.   I can't recall the name.

 8                        I'm sorry, this is --

 9                   Q.   It's fine.

10                   A.   -- coming off.

11                        (Witness microphone malfunction.)

12                        MR. VRASMASU:  Do you want to take a

13        quick break to fix that so the witness is

14        comfortable?

15                        VIDEO TECHNICIAN:  That's fine.

16                        COURT REPORTER:  Yeah.

17                        MR. VRASMASU:  Let's do that.  Yeah,

18        let's just take five minutes.

19                        VIDEO TECHNICIAN:  Going off the record.

20        The time is 1:32 p.m.

21                        (Recess taken at 1:32 p.m.)

22                        (Back on the record at 1:41 p.m.)

23                        VIDEO TECHNICIAN:  We're back on the

24        record.  The time is 1:41 p.m.

25     BY MR. VRASMASU:
```

Beth Spector

```
 1            Q.   So before we took our break, we were

 2       talking about pest control and you mentioned you

 3       had set up ant traps?

 4            A.   We had some little black ants so I would

 5       put these little stakes in the ground outside just

 6       to...  It was like a little stake with a little

 7       clear thing on it, but it was not often and it

 8       didn't happen every year.  It's the only thing I

 9       can ever recall using.

10            Q.   Do you remember the manufacturer of that

11       product?

12            A.   No.

13            Q.   Do you remember the name of the product?

14            A.   No.

15            Q.   Did you have any rodent problems at your

16       property?

17            A.   No.

18            Q.   So no rats, rabbits, things of that

19       nature?

20            A.   No.

21            Q.   Earlier we talked about how you cleaned

22       some areas of your house and you mentioned I think

23       using Windex?

24            A.   Yes.

25            Q.   What other household cleaning products
```

Beth Spector

```
 1      have you used over the years?
 2          A.   Detergent, Downy, Mrs. Meyer's.  I try
 3      to buy ones that are good for the environment.
 4          Q.   What is Mrs. Meyer's?
 5          A.   They make liquid soup, hand soap, spray.
 6          Q.   Did you ever have to clean your oven or
 7      stove using any chemical products or degreasers?
 8          A.   I never did, no.
 9          Q.   Who would do that?
10          A.   Well, I had a self-cleaning oven, and I
11      had a housekeeper that would do that, if it was
12      necessary.
13          Q.   Can you think of any other household
14      cleaning products that you used besides Windex and
15      Downy and Mrs. Meyer's?
16          A.   Well, over the years I've used
17      different, uh, Palmolive, Ivory, Dial.
18          Q.   Have you ever used talcum powder?
19          A.   No.
20          Q.   Have you ever changed your own oil?
21          A.   No.
22               MR. BRECHER:  I think that was asked
23      before.
24               THE WITNESS:  No, I have not.
25   BY MR. VRASMASU:
```

Beth Spector

1        Q.   Have you ever used --

2             MR. BRECHER:  You're asking the wrong

3    girl.

4             THE WITNESS:  I would be proud if I had,

5    but no.

6  BY MR. VRASMASU:

7        Q.   So you've never done any type of

8    automotive repair?

9        A.   No.

10       Q.   Have you ever changed your antifreeze?

11       A.   No.

12       Q.   Have you ever painted any areas of your

13   house?

14       A.   No.

15       Q.   Have you ever painted any furniture?

16       A.   No.

17       Q.   Ever done any type of home repairs?

18       A.   No.

19       Q.   Have you ever done any woodworking or

20   furniture building?

21       A.   No.

22       Q.   No sawing or anything like that?

23       A.   No.

24       Q.   Have you ever used any pesticides?

25       A.   No.

Beth Spector

```
1             Q.   Have you ever used any rodenticides?

2             A.   No.

3             Q.   Have you ever used any fungicides?

4             A.   No.

5             Q.   To your knowledge, have you ever been

6        around asbestos?

7             A.   No.

8             Q.   Ever lived in an old house?

9             A.   No.

10            Q.   Have you ever been in the vicinity of

11       radiation?

12            A.   No.

13            Q.   So you never lived close to a power

14       plant?

15            A.   No.

16            Q.   To your knowledge, have you ever been

17       around lead?

18            A.   No.

19            Q.   So you've never had issues at any of

20       your prior residences with any type of lead

21       poisoning or lead in paint?

22            A.   No.

23            Q.   Let's talk now about your medical

24       history, both personal and family.

25                 Is it fair to say that you've always
```

Beth Spector

```
1     tried to be honest and forthcoming with your

2     doctors and nurses?

3          A.   Yes.

4          Q.   And you did so because you want to get

5     the best medical care possible?

6          A.   Yes.

7          Q.   You understand that the only way that

8     you're --

9               MR. BRECHER:  You're really asking

10    inappropriate questions for a deposition.  I mean,

11    you're leading.  You know, you're giving her...

12    You're giving a very leading question.  I would

13    rather ask a proper question in the deposition.

14    You're kind of --

15              MR. VRASMASU:  It's a party opponent, so

16    I can lead.

17              MR. BRECHER:  I understand that, but

18    you're basically feeding her what the answer you

19    want her to give as more of an appropriate open-

20    ended question.

21              I've let you do that 'cause it sped up

22    the deposition, but, you know, it's...  When

23    you're asking somebody, have you always been

24    truthful with your doctor, I mean, I don't know.

25    I don't think that's an appropriate question to
```

Beth Spector

```
 1        ask.
 2                  MR. VRASMASU:  Your objection is noted.
 3   BY MR. VRASMASU:
 4        Q.   Is it always been your understanding
 5        that the only way that your medical providers can
 6        do their very best for you is if you provide them
 7        complete and accurate information about your
 8        medical history?
 9                  MR. BRECHER:  I'm just going to object
10        to the form of the question.
11   BY MR. VRASMASU:
12        Q.   Sure.  You can go ahead and answer.
13                  MR. BRECHER:  You can answer.
14        A.   Yes.
15   BY MR. VRASMASU:
16        Q.   And when you saw your doctors, nurses,
17        and other healthcare providers, you always gave
18        them accurate information about how you were
19        feeling whenever you saw them?
20                  MR. BRECHER:  Object to the form of the
21        question.
22                  You can answer.
23   BY MR. VRASMASU:
24        Q.   You can answer.
25        A.   I did, yes.
```

Beth Spector

```
1              Q.   You would never be untruthful with any
2         of your doctors and nurses, correct?
3              MR. BRECHER:  Object to the form of the
4         question.
5              You can answer.
6              A.   I was truthful.
7    BY MR. VRASMASU:
8              Q.   Did you have any serious health
9         conditions as a child, teenager, or young adult?
10             A.   No.
11             Q.   Other than your non-Hodgkin's lymphoma,
12        did you have any other cancers?
13             A.   No.
14             Q.   For purposes of today's deposition, I'll
15        refer to non-Hodgkin's lymphoma as "NHL."  Do you
16        understand?
17             A.   Yes.
18             Q.   Have you ever had any immune deficiency,
19        things like lupus or Crohn's disease?
20             A.   No.
21             Q.   Have you ever had rheumatoid arthritis?
22             A.   No.
23             Q.   Have you ever had celiac disease?
24             A.   No.
25             Q.   Have you ever had any ulcers or eczema?
```

Beth Spector

```
 1          A.   No.

 2          Q.   Have you ever had psoriasis?

 3          A.   No.

 4          Q.   Have you ever had a condition known as

 5     Hashimoto thyroiditis?

 6          A.   No.

 7          Q.   You've never had an organ transplant?

 8          A.   No.

 9          Q.   Have you ever had a stem-cell

10     transplant?

11          A.   No.

12          Q.   Have you ever taken any immuno-

13     suppressive medications?

14          A.   Not to -- excuse me, but what would that

15     entail?  What would an immuno- --

16          Q.   Sure.  So let me give you some brand

17     names.  So Imuran?

18          A.   No.

19          Q.   Azasan?

20          A.   No.

21          Q.   Things like Neoral?

22          A.   No.

23          Q.   Have you ever had diabetes?

24          A.   No.

25          Q.   Have you ever had mono?
```

Beth Spector

```
 1              A.   As a teenager.

 2              Q.   How old were you when you had mono?

 3              A.   15.

 4              Q.   How long did it take you to overcome the

 5        mono?

 6              A.   Two weeks.

 7              Q.   Do you remember what treatment you

 8        received?

 9              A.   There was no treatment.  I just was

10        tired.

11              Q.   Did you ever have hepatitis B?

12              A.   No.

13              Q.   How about hepatitis C?

14              A.   No.

15              Q.   Did you ever have inflammatory bowel

16        disease?

17              A.   No.

18              Q.   Do you have any allergies to medication?

19              A.   Yes.

20              Q.   What medications are you allergic to?

21              A.   Cipro and Levaquin.

22              Q.   How does your Cipro allergy manifest

23        itself?

24              A.   In hives.

25              Q.   How about the Levaquin?
```

Beth Spector

```
 1              A.    Hives.

 2              Q.    Are those the only two medications that

 3         you're allergic to, as far as you know?

 4              A.    Yes.

 5              Q.    Have you ever had an adverse reaction to

 6         any vaccines?

 7              A.    No.

 8              Q.    Did you ever have a bacterial infection

 9         with a bacteria called H. pylori?

10              A.    No.

11              Q.    Is that name...  Have you ever heard

12         that name?

13              A.    No.

14              MR. SPECTOR:  I don't know what it is.

15         Is there another name for it?

16              MR. BRECHER:  It's an organism.

17              MR. SPECTOR:  I don't know.  I never

18         heard of it.

19    BY MR. VRASMASU:

20              Q.    Who was you main healthcare provider

21         before your NHL diagnosis?

22              A.    Barry.

23              MR. SPECTOR:  Cooper.

24              A.    Barry Cooper.

25              MR. SPECTOR:  I'm sorry.
```

```
 1   BY MR. VRASMASU:

 2          Q.   Before your NHL diagnosis, did you have

 3      any surgeries?

 4          A.   Breast implants.

 5          Q.   Any others?

 6          A.   No.

 7          Q.   Before your NHL diagnosis, did you ever

 8      have to stay in the hospital?

 9          A.   No.

10               MR. BRECHER:  With your children?

11          A.   Well, excuse me.  Could you repeat the

12      question?

13   BY MR. VRASMASU:

14          Q.   Sure.  Before your NHL diagnosis, did

15      you ever have to stay in a hospital?

16               MR. BRECHER:  Outside of pregnancy.

17          A.   I had a hip implant, but I'm having a

18      hard time recalling if it was before or after.  I

19      think it...  I think it was before.

20   BY MR. VRASMASU:

21          Q.   And just from looking at your medical

22      records, I know there was a hip --

23          A.   Yeah.

24          Q.   -- replacement before your --

25          A.   Right.
```

Beth Spector

```
1              Q.    -- NHL.  So --

2              A.    Yeah, that's right.

3              Q.    -- other than the hip replacement and

4        the breast implants, did you have any other

5        surgeries before your NHL?

6              A.    No.

7              Q.    You were obviously hospitalized for a

8        while after your him replacement?

9              A.    For a few days.

10             Q.    And were you hospitalized for your

11       breast implants?

12             A.    No.

13             Q.    Other than the hospitalization for the

14       hip replacement, were you hospitalized for any

15       extended duration of time before your NHL

16       diagnosis?

17             A.    Only to have a baby.  Three times to

18       have babies.

19             Q.    No other times?

20             A.    No.

21             Q.    In reviewing your medical records, I see

22       that in 2013, you changed from Dr. Cooper to Dr.

23       Litt?

24             A.    Correct.

25             Q.    And why did you change to Dr. Litt?
```

Beth Spector

```
 1              A.   Because Dr. Cooper retired.
 2              Q.   From reviewing your medical records, I
 3        see that in 2007, after you were diagnosed with
 4        NHL, you underwent a single four-week course of
 5        rituximab monotherapy?
 6              A.   Yes.
 7              Q.   Is that the only treatment that you
 8        received for your NHL?
 9              A.   Yes.
10              Q.   Can you describe for me what that single
11        week course of rituxi- --
12              A.   Rituxan?
13              Q.   How is it?
14              A.   Rituxan.
15              Q.   Rituxan.  Can you...  Start over.
16                   Can you explain for me how that single
17        four-week course of Rituxan was for you?
18              A.   Are you asking me how it affected me?
19              Q.   What did it entail and what is --
20              A.   Oh, what did it entail?  It entailed
21        going to the hospital.  It was the same type of
22        situation as if you were having chemo.  You sat in
23        the chair, they injected it.  You sat there for --
24        for four-plus hours.
25                   MR. SPECTOR:  It was a drip.
```

1         A.   It was a drip.

2   BY MR. VRASMASU:

3         Q.   How many times a week did you go?

4         A.   Once a week.

5         Q.   So you went four times?

6         A.   Correct.

7         Q.   What else did that particular treatment

8    course entail?

9         A.   When you say entail, do you mean how did

10   it affect me or...

11        Q.   Well, let's first talk about:  So you

12   would go there.  You sit down and you get a drip

13   for four hours?

14        A.   Approximately, yes.

15        Q.   And then what else would occur?

16        A.   Then you would go home, and I was

17   extremely exhausted for four weeks.

18        Q.   Did you have any side effects?

19        A.   Some nausea, total fatigue.  Those are

20   the two main ones that I can remember.

21        Q.   Can you tell me when you would

22   experience the nausea?

23        A.   Maybe that night.

24        Q.   So as best as you can recall, you had

25   nausea on four separate nights over the course of

Beth Spector

```
1         the four weeks that you received treatment?
2              A.   Yes.
3              Q.   Did you vomit as a result of the nausea?
4              A.   No.
5              Q.   And after you'd go to bed, when you'd
6         wake up in the morning the nausea would be gone?
7              A.   The nausea would subside.  It was
8         extreme fatigue.  That was the main symptom.
9              Q.   When would the fatigue start; was it
10        while the proces- -- the medication was being
11        injected in your body or was it shortly
12        thereafter?
13             A.   It was -- it started then because
14        besides the medication, they would give you
15        Benadryl with it, and I was extremely tired, but I
16        stayed tired.
17             Q.   And when you say you stayed tired, what
18        do you mean by that?
19             A.   I was extremely fatigued.  I basically
20        did not have the energy to do anything.
21             Q.   So you felt fatigued for that four
22        weeks?
23             A.   Yes.
24             Q.   Did the...
25             A.   Sorry.
```

Beth Spector

```
 1              Q.   You want to take a quick break?

 2              A.   No.  I'll try not to.

 3                   (Witness coughing.)

 4              A.   Go ahead.

 5              Q.   Did the fatigue stop after you ended

 6      your four-week course of treatment for the NHL?

 7              A.   Yes.

 8              Q.   How soon after you stopped your

 9      treatment did the fatigue stop?

10              A.   I can't recall.

11              Q.   Was it a matter of days, was it a matter

12      of weeks, or you just don't remember?

13              A.   I just don't remember.

14              Q.   Did you have to take time off from work

15      while you were undergoing your four-week course of

16      NHL treatment?

17              A.   I wasn't working then.

18              Q.   Other than the nausea and the fatigue,

19      did you experience any other symptoms during the

20      time that you received treatment for NHL?

21              A.   I recall...  My health was still not

22      good.  My lung was not in great shape, but I did

23      recover.

24              Q.   And let's try to focus now specifically

25      on that four-week treatment, okay?
```

Beth Spector

```
1          A.   Sure.

2          Q.   Other than nausea and fatigue, did you

3    experience any other symptoms which you attribute

4    to your course of treatment?

5          A.   During those four weeks?

6          Q.   Yes, ma'am.

7          A.   No.

8          Q.   And have you told me everything that you

9    can remember regarding your four-week course of

10   treatment for NHL?

11         A.   Yes.

12         Q.   You mentioned that you had breast

13   implants in '9...  When was it?  When was it?

14         A.   My lawyer has my records.  I can't

15   really recall the exact year.

16         Q.   Okay, that's fine.  Was it in the '90s?

17         A.   Yes.

18         Q.   Do you remember the name of the doctor

19   that performed that on you?

20         A.   Yes.  His name is Dr. Bucky.

21         Q.   Can you spell that for the court

22   reporter?

23         A.   B-u-c-k-y.

24         Q.   Before Dr. Bucky performed the surgery

25   on you, do you remember having a discussion with
```

Beth Spector

```
 1        him about the risks and benefits of that

 2        procedure?

 3             A.   Yes.

 4             Q.   And do you remember what risks he told

 5        you about?

 6             A.   He just told me that any surgery has

 7        risks; scarring.

 8             Q.   Did he ever tell you that there was a

 9        risk of pain associated with the breast implant

10        surgery?

11             A.   Excuse me, do you mean pain after the

12        surgery or --

13             Q.   Yes.

14             A.   -- just from the surgery itself?

15             Q.   Both.  From and then following for scar

16        tissue.

17             A.   No.  I mean, it was basically how much

18        pain you could be in for recovery and that was it.

19             Q.   Do you remember your physician telling

20        you about the risks of anesthesia?

21             A.   Yes.

22             Q.   And what do you remember about those

23        risks?

24             A.   Well, just that it could cause nausea.

25             Q.   Did you --
```

Beth Spector

```
 1              A.   That was the main thing.

 2              Q.   Did you undergo local anesthesia or

 3       complete general anesthesia?

 4              A.   I believe it was general.

 5              Q.   And you accepted the risks that you and

 6       your physician talked about, correct?

 7                   MR. BRECHER:  Object to the form of the

 8       question.

 9                   You can answer.

10              A.   Could you repeat the question?

11  BY MR. VRASMASU:

12              Q.   Sure.  After you and your doctor had

13       this discussion about the risks of obtaining

14       breast implants, you accepted those risks and went

15       forward with --

16              A.   Yes.

17              Q.   -- the surgery?

18              A.   (No Response.)

19                   MR. BRECHER:  Same objection.

20  BY MR. VRASMASU:

21              Q.   Now, in reviewing some of your medical

22       records, I see a reference to you smoking half a

23       pack a day for about a year, many years ago.  Do

24       you remember that?

25                   MR. SPECTOR:  When was that?
```

Beth Spector

```
1              A.    Maybe for a brief time when I was a

2        teenager --

3    BY MR. VRASMASU:

4              Q.    Okay.

5              A.    -- but I don't think it was a half a

6        pack.

7              Q.    Do you remember how long you smoked for?

8              A.    A year maybe.  It was just really for

9        a...  It was really a lark.  It wasn't anything I

10       was that interested in.

11             Q.    And from that medical record, which is

12       from 2007, it said that you had smoked about 30

13       years prior.  So that would put you in around the

14       '70s.  Does that sound consistent with your

15       recollection?

16             A.    Yeah.

17             Q.    And when you smoked cigarettes for about

18       a year, you understood that there were certain

19       health risks associated with smoking?

20             A.    Sure.

21             Q.    Did you understand that those risks

22       included cancer and heart disease?

23             A.    No.

24             Q.    Did you understand that those risks

25       included lung disease?
```

Beth Spector

```
1              A.    No.

2              Q.    What risks did you understand were

3        associated with smoking?

4              A.    Just, I really didn't think about the

5        risks.  I was young and didn't smoke a lot and it

6        was really a social thing.

7              Q.    So everybody was smoking so you decided

8        just to do as well?

9              A.    Exactly.

10             Q.    Did your parents know?

11             A.    No.

12             Q.    Is it something that you tried to keep

13       away from your parents?

14             A.    It was just nothing I even felt the need

15       to ever talk about or discuss because it was

16       really so -- it was nothing to me.

17             Q.    Okay.  We talked about exercise when we

18       started today.  Actually, let me go back to this.

19                   In reviewing your medical records, I see

20       that you visited Dr. Schuster in November of 2020.

21       Dr. Schuster's your oncologist?

22             A.    Yes.

23             Q.    This was a six-month follow-up visit

24       where you complained of a persistent cough.  Is

25       that consistent with your recollection?  This was
```

Beth Spector

```
 1        November of last year.
 2             A.   Yep.
 3             Q.   And according to your medical records,
 4        Dr. Schuster recommended that you follow up with
 5        your local pulmonologist?
 6             A.   Correct.
 7             Q.   Who's your local pulmonologist?
 8             A.   Her name is Dr. Kessler-Reyes.
 9             Q.   Where is your local pulmonologist's
10        office located?
11             A.   It's in Boca.  I could get the exact
12        address if you want.
13                  MR. SPECTOR:  I know.
14             A.   My husband probably has it.
15   BY MR. VRASMASU:
16             Q.   Okay.  How long has she been your
17        pulmonologist?
18             A.   Since I was hospitalized last January.
19             Q.   Do you know the name of her practice?
20             A.   It's...  I think it's Pulmonary and
21        Sleep Disorders of Boca.  I'm not sure of the
22        exact name.
23             Q.   But her name is Kessler-Reyes?
24             A.   Correct.
25             Q.   K-e-s-s-l-e-r?
```

Beth Spector

```
1              A.   Correct, slash, R-e-y-e-s.

2              Q.   Did you visit Dr. Reyes?

3              A.   I did.

4              Q.   When did you go to see her?

5              A.   I saw her...  Well, the last time I saw

6       her, I...  I went back to see her in October of

7       this past year, which was October -- oh, November

8       of -- of 2020.

9              Q.   So you saw her after you had your visit

10      with --

11             A.   I saw her after, yes.

12             Q.   -- Dr. Schuster?

13             A.   Yes.  And then I did become sick again

14      two months ago and she put me on medication, on

15      the Cipro and Levaquin, which the Cipro I was

16      allergic to immediately.  And then I took a course

17      of Levaquin and two months ago it was fine.  And

18      then I...  Two weeks ago I started to develop

19      symptoms again, and she told me to go back on

20      Levaquin and this time I broke out in hives.

21                  So because I'm allergic to those two

22      medications, I'm now using a nebulizer, a

23      nebulizer antibiotic, that I have to inhale two

24      times a day.  Takes about 45 minutes.  And the

25      course for that now is to be on it for one month
```

Beth Spector

```
1      on, one month off, for 12 months, and then
2      reevaluate.
3           Q.   Did Dr. Kessler-Reyes recommend that you
4      take that particular medication?
5           A.   She did.
6           Q.   And when you say you became sick two
7      months ago, what specifically was wrong with you?
8           A.   Because I have bronchiectasis, which is
9      a direct result of the NHL, uh, when I was last
10     year in the hospital, last January, I had
11     pneumonia and I also had pseudomonas, which is a
12     blood -- like a blood disease and it started in
13     the lung and the pseudomonas is very difficult to
14     ever get rid of, especially because I have
15     bronchiectasis, which is like having cystic
16     fibrosis.  It's basically noncystic fibrosis.
17          So at that time I was diagnosed with
18     the, you know, you have to bring in a sputum
19     sample and I had the pseudomonas again and she
20     wasn't sure what else I had.  If I had pneumonia,
21     I didn't...  I was going to try to treat it
22     without having to go through the hospital, x-rays
23     all that.
24          So the Levaquin seemed to have helped,
25     but then two weeks ago my oxygen level started to
```

Beth Spector

```
 1     drop again, and then that's how this all started
 2     again.  The cough has been persistent.
 3          Q.   From reviewing your medical records, I
 4     also understand that for a number of years you've
 5     been taking hormone replacement therapy?
 6          A.   Um-hum.
 7          Q.   You remember when you started on hormone
 8     replacement therapy?
 9          A.   Well, I would have been about 58.  So 10
10     years ago, 11 years ago.
11          Q.   So I have references in my medical
12     records to estrogen in 2005, which is about 15
13     years ago.  Does that sound --
14          A.   Okay --
15          Q.   -- about right?
16          A.   -- that could have been.
17          Q.   Do you remember who recommended that you
18     take hormone replacement therapy?
19          A.   Yeah.  Her name was Eileen Engle,
20     E-n-g-l-e.
21          Q.   And over the years, what other doctors
22     have prescribed hormone therapy to you besides Dr.
23     Engle?
24          A.   My current gynecologist.  And for some
25     reason, at this very moment, I could tell you in
```

Beth Spector

```
1        two minutes.  Her name is just going right out of
2        my head, but I'll tell you in a few minutes.
3            Q.   How long have you been seeing your
4        current gynecologist?
5            A.   Years.
6            Q.   How many years?
7            A.   Two --
8            Q.   Two year- --
9            A.   -- three years.
10           Q.   Do you know the name of the practice of
11       your current gynecologist?
12           A.   Yes.  It's Main Line Women's Medical.
13           Q.   And is it in the Boca area?
14           A.   No, it's in Phil- -- it's in the
15       Philadelphia area.
16           Q.   When you were prescribed hormone
17       replacement therapy, do you remember having a
18       conversation with your doctors about the risks and
19       benefits of that therapy?
20           A.   The risks were mainly breast cancer, but
21       there was no breast cancer in my family.
22           Q.   Do you remember any of the other risks
23       that you were told about besides breast cancer?
24           A.   No.
25           Q.   You made the decision to start on
```

Beth Spector

```
1        hormone replacement therapy because you felt that

2        the benefits of that therapy outweighed the risks?

3           A.   Yes.

4                MR. BRECHER:  Object to the form of the

5        question.

6    BY MR. VRASMASU:

7           Q.   Why were you placed on hormone

8        replacement therapy, to your understanding?

9           A.   Because I was having very horrible night

10       sweats.

11          Q.   So in reviewing your medical records, I

12       see that in about 2001, you had arthroscopic knee

13       surgery in your right knee?

14          A.   Yes.

15          Q.   Do you remember why you had that

16       procedure?

17          A.   I had it because my, what we thought was

18       my knee had a problem, but it actually turned out

19       that it wasn't a necessary surgery, because all

20       the pain that I had was coming from my hip.

21          Q.   Uh-hum.

22          A.   So I ended up with a hip replacement.

23          Q.   So the initial arthroscopic surgery

24       looks like it was at the beginning of 2001,

25       correct?
```

Beth Spector

```
 1            A.   I don't have my records in front of
 2      me --
 3            Q.   Okay.
 4            A.   -- but it could have been.
 5            Q.   And then the hip replacement surgery was
 6      about a couple of years later.
 7            A.   Yes.
 8            Q.   Does that sound right?
 9            A.   And could I just say that my
10      gynecologist's name is Beverly Vaughn.  I don't
11      know why that name went out of my head.  It just
12      did.
13            Q.   Okay.  Well, thank you for looking into
14      that.  So Beverly Vaughn.  Can you spell Vaughn?
15            A.   Yes.  V-a-u-g-h-n.
16            Q.   And she is in the Pennsylvania -- in
17      Pennsylvania?
18            A.   Correct.
19            Q.   Thank you very much.
20                 Now, during that period of time, from
21      when you had your arthroscopic knee surgery until
22      you had your hip replacement, was your mobility
23      impacted in any way?
24            A.   Yes.
25            Q.   And how was it impacted?
```

Beth Spector

```
1              A.   I had a limp.

2              Q.   Did you have any pain?

3              A.   Yes.

4              Q.   How did that pain and limp impact your

5         ability to do yard work?

6              A.   Nothing stopped me.

7              Q.   You worked through --

8              A.   I've always plowed through.

9              Q.   After you had your hip replacement

10        surgery, what type of rehab did you undergo?

11             A.   I went home and had a physical therapist

12        come for one or two times and that was it.  It was

13        a very easy recovery.

14             Q.   From reviewing your medical records, I

15        see that around 2003, you also had a foot exam

16        where there was something, looks like a slightly

17        red papule on your foot that was thought to

18        perhaps be basal cell carcinoma.  Does that sound

19        familiar?

20             A.   That is not ringing a bell at all.

21             Q.   So you don't remember any foot issues

22        with --

23             A.   No.

24             Q.   -- Dr. Barry Cooper?

25             A.   (No Response.)
```

Beth Spector

1      Q.    Following your hip replacement surgery,

2      did your hip pain continue?

3      A.    No.

4      Q.    And do you remember ever complaining to

5      any of your physicians about your hip implant

6      squeaking?

7      A.    Yes.

8      Q.    Do you remember having any discussions

9      with your physicians about having a possible

10     revision surgery for your hip replacement?

11     A.    I wouldn't even consider it.

12     Q.    Why not?

13     A.    Because I didn't want to have anymore

14     surgery, and because it was a noise, not a pain.

15     Q.    In reviewing your medical records, in a

16     2007 record, I saw a reference to you experiencing

17     chronic low back pain.  Have you suffered from

18     chronic low back pain over the years?

19     A.    Off and on, yes.

20     Q.    When did you first start experiencing

21     chronic low back pain?

22     A.    Five years ago, maybe more.  I mean,

23     it's just something that has plagued me.

24     Q.    When would you experience this chronic

25     low back pain?

Beth Spector

```
1            A.   It was no...  There was no rhyme or
2       reason to it.  I mean, sometimes I didn't feel it
3       for days and then sometimes I would just get in
4       bed at night and realize my back hurt, or standing
5       in the kitchen cooking and realize my back hurt,
6       but it never stopped me from doing one thing.  I'm
7       not...  I'm not plagued by it to the point where
8       it would prevent me from doing anything I wanted.
9            Q.   Do you still experience chronic low back
10      pain?
11           A.   Yes.
12           Q.   And how often do you experience it?
13           A.   A few times a week.
14           Q.   Do you take any medication for it?
15           A.   I try not to.
16           Q.   Have you ever taken any medications for
17      your chronic low back pain?
18           A.   Aleve.
19           Q.   Any prescription strength?
20           A.   No.
21           Q.   Have you ever undergone any treatments
22      for your chronic low back pain?
23           A.   I've had injections of a steroid.
24           Q.   Did those injections resolve your issue?
25           A.   For a time, yes.
```

Beth Spector

```
1              Q.   Who did those injections?

2              A.   Seth Krum.

3              Q.   Can you spell that, please?

4              A.   Sure.  S-e-t-h; K-r-u-m.

5              Q.   Where is Seth Krum located?

6              A.   He's in Huntingdon Valley, Pennsylvania.

7              Q.   When is the last time that you had

8        injections for your chronic low back pain?

9              A.   Before I came, so October of '20.

10             Q.   Do you have any plans to get additional

11       injections?

12             A.   Maybe.  I'm trying to not need anything.

13             Q.   In reviewing your medical records, I see

14       that around June 2010 you had some issues with

15       anxiety associated with business problems.  Do you

16       recall having any anxiety associated with business

17       problems around June 2010?

18             A.   I mean, I've had anxieties.  I don't...

19       I don't...  Yes, it could have been...  It could

20       be bus- -- it could be business, it could be

21       health.  I had anxiety.

22             Q.   You were prescribed Lexapro around June

23       2010?

24             A.   Yes.

25             Q.   Had you taken any anxiety medication
```

Beth Spector

```
 1        before that?

 2             A.   No.

 3             Q.   Have you taken Lexapro or any other

 4        anxiety medication on a regular basis since June

 5        2010?

 6             A.   Yes.

 7             Q.   Now, in your medical record from June of

 8        2010, I also see a reference to your stepchild

 9        having paranoid schizophrenia.  I know we touched

10        on that earlier.

11                  In what way has that brought anxiety

12        into your life?

13             A.   Well, you can imagine as parents how

14        difficult it is to have to deal with an adult

15        child having a disease like that.  We have to take

16        care of him.  I mean, he does live on his own

17        right now, but we make sure his bills are paid,

18        and he has to have absolutely no pressure of any

19        kind.  That's the only way he can stay calm.

20                  So his mother and her husband and my

21        husband and I always monitor him, but it's a very

22        huge deal.

23             Q.   How much time per week do you spend

24        worrying about him?

25             A.   You mean on the hour?  I mean, I don't
```

Beth Spector

```
 1        know.  I think about him every day, so I can't
 2        really give you a number of hours per week.
 3             Q.  Is it fair to say that a lot of the
 4        anxiety that you're experiencing is associated
 5        with all the issues that you have to resolve for
 6        your stepchild who has paranoid schizophrenia?
 7                  MR. BRECHER:  Object to the form of the
 8        question.
 9                  You can answer, to the best of --
10             A.  Okay.  He's not my only worry.  He's
11        just part of a collection of worries.
12   BY MR. VRASMASU:
13             Q.  Did you find that the Lexapro is helping
14        control your anxiety?
15             A.  Somewhat.
16             Q.  From a review of your medical records, I
17        see that in October 2011 you underwent a procedure
18        to excise varicose veins?
19             A.  Correct.
20             Q.  From your right lower leg?
21             A.  Yes.  It was the upper, but --
22             Q.  The upper?
23             A.  (No Response.)
24             Q.  Why did you undergo this procedure?
25             A.  Because it looked horrible.  It was
```

Beth Spector

```
 1      vanity.  I...  Yeah.

 2           Q.   Was this procedure done under local or

 3      general anesthesia?

 4           A.   There was no anesthesia.  It was just

 5      a...  Well, it was a shot of some kind to numb any

 6      pain.

 7           Q.   Did you have any type of pain or any

 8      other complications associated with this

 9      procedure?

10           A.   No.

11           Q.   You were not hospitalized?

12           A.   No.

13           Q.   In-office procedure?

14           A.   Yes.

15           Q.   And it was perform- -- who performed it?

16      Was it Dr. Carabasi?

17           A.   Yes.

18           Q.   Did you and Dr. Carabasi have any

19      discussion regarding the risks of this procedure

20      before you underwent it?

21           A.   Not that I recall.

22           Q.   In reviewing your medical records, I see

23      a reference from March of 2012 about you having

24      joint pain in your left leg.  Does that sound

25      about right?
```

Beth Spector

1        A.    Joint pain in my left leg?

2        Q.    Yes.

3        A.    I'm not exactly sure.  Does it -- what

4    that was.

5        Q.    Okay.

6        A.    Could have been coming from my back.

7        Q.    And it's just what you can remember --

8        A.    Yeah.

9        Q.    -- that's all.

10            Another reference from a couple days

11    after, I see that you were dancing at a wedding

12    and then you fell.  Do you remember that?

13        A.    I do not recall that.

14        Q.    Okay.  You have allergies?

15        A.    I have allergies.

16        Q.    What are you allergic to?

17        A.    Well, I'm allergic to the antibiotics

18    and I'm allergic to apparently cats, although I

19    haven't spent enough time with the cat to really

20    know that.

21        Q.    In reviewing your medical records, I

22    also see a reference to fall allergies.

23        A.    I can be allergic to dead leaves.

24        Q.    When did you first notice that you were

25    allergic to dead leaves?

Beth Spector

```
 1              A.   About six or seven years ago maybe.  I
 2       was...  I really was more concerned when I went to
 3       an allergist because I was allergic to
 4       antibiotics.  It just so happened that he tested
 5       me for other allergies I might have, so I never
 6       really knew that I was allergic to dead leaves
 7       other than the fact that I -- my nose would run a
 8       lot.
 9              And because I couldn't take antibiotics
10       was the main reason I went there, but he did a lot
11       of testing on me and he also realized that I had
12       allergies to other substances, like fallen dead
13       leaves.
14              Q.   Other than antibiotics and cats and dead
15       leaves, what other substances were you told that
16       you were allergic to?
17              A.   Some grasses, like growing grass.
18              Q.   Anything else?
19              A.   No.
20              Q.   In that same medical record, right after
21       the mention of allergies, it says, often has
22       related cough.
23              Did Dr. Witt ever tell you that your
24       cough may be associated with your allergies?
25              A.   Dr. Litt?
```

Beth Spector

```
 1              Q.   Dr. Witt, David Witt.

 2              A.   No, that's incorrect.

 3              Q.   Okay.

 4              A.   My doctor, primary doctor's name is

 5         Litt, L-i-t-t.  The allergist that I went to was

 6         Dr. Michael Phillips.

 7              Q.   Oh, you're right.  It's Dr. Litt.  I

 8         made the L look like a W.

 9              A.   Okay.

10              Q.   So it's Dr. Witt.  That is the office

11         note --

12              A.   Litt.

13              Q.   Litt, Litt -- long day.

14                   And this specific record, just for the

15         record that I'm referencing, is confidential-

16         BSpector-PPR-000033 through 34.

17                   So going back to my question -- I don't

18         think I heard your answer or even if you

19         answered -- do you remember Dr. Litt telling you

20         sometime in 2014 that your cough may be

21         attributable to your allergies, to a certain

22         extent?

23              A.   Not that I recall, but he certainly

24         could have, but my allergist, Dr. Phillips...

25              Q.   What about Dr. Phillips?
```

Beth Spector

```
 1              A.    Okay.  So he was the one that suggested

 2        I could be coughing from allergies or from

 3        anything.  He wasn't really sure.  He was privy to

 4        all of my records with the lymphoma and he also

 5        suggested, because I was allergic to so many -- to

 6        the antibiotics -- that to help prevent getting

 7        sick a lot, that I go on a drug called Hizentra,

 8        H-i-z-e-n-t-r-a, because when he tested me, my

 9        globulin levels were low.

10              So in order to try to keep myself

11        healthier, I've been taking Hizentra, I would say,

12        since about 2013.

13              Q.    In fact, in looking at your records, I

14        see there was a period of over three years where

15        you did not have anymore infections after taking

16        Hizentra; is that about right?

17              A.    Yes.

18              Q.    Now, going back to Dr. Phillips, what's

19        his first name?

20              A.    Michael, but he's retired now.

21              Q.    Where did Michael Phillips practice?

22              A.    He was part of the University of

23        Pennsylvania.

24              Q.    When did he retire?

25              A.    He retired this year.  Well, 2020.
```

1          Q.   How long have you seen Dr. Phillips?

2          A.   Seven years maybe.  My...  My lawyer has

3     all my medical records and I don't have them in

4     front of me so I don't have every date in my head.

5          Q.   To your knowledge, were medical records

6     from Dr. Michael Phillips provided to your lawyer?

7          A.   Yes.

8          Q.   Okay.  And did those records cover the

9     entire seven-year period of time that you saw Dr.

10    Phillips?

11         A.   Can you explain that question?

12         Q.   Sure.  So did the medical records

13    pertaining to Dr. Phillips that were given to your

14    lawyer, did they cover the entire seven years that

15    you saw Dr. Phillips?

16         A.   I believe so.

17         Q.   Did you give them to your lawyer?

18         A.   They were all accessed, I believe, from

19    the University of Pennsylvania.

20         Q.   Why did you initially go and see Dr.

21    Phillips?

22         A.   Because of my allergy to the

23    antibiotics.  My oncologist was concerned about

24    how to get around that problem.

25              MR. VRASMASU:  So for the record, I

Beth Spector

```
1        don't believe we've been produced those records.

2        So after the deposition --

3                MR. BRECHER:  I'll have to check.

4                MR. VRASMASU:  Yeah.  If you could, send

5        them to us.  Thanks.

6   BY MR. VRASMASU:

7        Q.   Are you, as far as you know, allergic to

8        anything else besides what you told me about?

9        A.   No.

10       Q.   And you said Dr. Litt is the one who did

11       the test on you for your allergies?

12       A.   No.

13       Q.   It was Dr. Phillips?

14       A.   Phillips.

15       Q.   And in reviewing your medical records, I

16       see that in September 2016 you were seen at

17       Pennsylvania Orthopedic Associates, and at that

18       time you were complaining of chronic history of

19       low back pain with intermittent right leg pain

20       that radiates from the right low portion of the

21       back into the buttock and posterior aspect of the

22       thigh.

23               Does that description sound consistent

24       with what you've been experiencing in terms of

25       that area of your body?
```

Beth Spector

```
  1            A.   Well, I actually haven't been having any
  2       lower leg pain, so the pain is basically the lower
  3       back.
  4            Q.   And this is the pain we already talked
  5       about?
  6            A.   Correct.
  7            Q.   You're still taking Hizentra?
  8            A.   Yes.
  9            Q.   Now, in reviewing your records, in
 10       September 2019, one of your records from Dr. Litt
 11       mentions that your father passed away when he was
 12       67 years old?
 13            A.   Yes.
 14            Q.   And your father committed suicide?
 15            A.   Yes.
 16            Q.   It also mentions that your mother had a
 17       history of hypertension and anxiety.  Are you
 18       familiar with your mother's history of anxiety?
 19            A.   Well, she's always been a nervous-type
 20       woman and she's 90 -- almost 90 -- and she is on
 21       blood pressure medication.
 22            Q.   As far as you know, is she taking any
 23       antianxiety medication?
 24                 MR. BRECHER:  What's the relevance of
 25       that?
```

Beth Spector

```
 1                    MR. SPECTOR:  Yeah.

 2                    MR. VRASMASU:  Is there an emotional

 3        distress claim in this case?

 4                    MR. BRECHER:  This has nothing to do

 5        with her.  You're talking about, her mother does

 6        not have an emotional distress claim in this case.

 7                    Don't answer that question.

 8                    MR. VRASMASU:  Okay.

 9   BY MR. VRASMASU:

10        Q.   Your maternal grandmother, did she also

11        pass away from suicide?

12        A.   Yes.

13        Q.   As far as you know, did she have a

14        history of anxiety?

15        A.   She, uh...  No, not that I recall.

16        Q.   Your maternal uncle had a history of

17        depression?

18        A.   He was depressed because he had a mother

19        who tortured him and he killed himself and then

20        his mother killed herself because of what she did

21        to him.

22                    MR. SPECTOR:  Welcome to the family.

23                    Sorry about that.

24   BY MR. VRASMASU:

25        Q.   You had two sisters?
```

Beth Spector

```
 1              A.    I had two sisters.  One passed away.

 2              Q.    And why did the one pass away?

 3              A.    She had melanoma.

 4              Q.    How old was she when she passed away?

 5              A.    50.

 6              Q.    What was her name?

 7              A.    Her name was Judy, J-u-d-y; Smerilson,

 8       S-m-e-r-i-l-s-o-n.

 9              Q.    Do you have any siblings?

10              A.    I have two other siblings.

11              Q.    What are their names?

12              A.    Their names are Gail, G-a-i-l; Burstein,

13       B-u-r-s-t-e-i-n.  And I have a brother.  His name

14       is Mark, M-a-r-k; Burstein, B-u-r-s-t-e-i-n.

15              Q.    Do either of your siblings have any

16       medical issues related to depression or anxiety?

17              A.    No.

18              Q.    Your brother Mark is in recovery?

19              A.    He's been in recovery for over 10 years.

20              Q.    And what was he in recovery for?

21              A.    For...  He, like, he took pills to get

22       high, quite frankly.  Opioids.

23              Q.    In September 2019, I see a reference

24       from Dr. Schuster that you were prescribed an

25       antibiotic, but you had not taken it.  Do you know
```

Beth Spector

```
1       what antibiotic he's referring to?
2            A.   Augmentin.
3            Q.   And why did you not take the Augmentin?
4            A.   Well, he would have given me an extra
5       dose in case I got sick.
6            Q.   So you didn't need that extra dose
7       because you had not gotten sick?
8            A.   I did eventually take it.
9            Q.   But not before that September 2019 visit
10      with Dr. Schuster?
11           A.   I can't...  I can't recall.
12           Q.   That's fine.  Do you still belong to a
13      gym?
14           A.   No.
15           Q.   Is there anything that you currently
16      can't eat?
17           A.   Can't eat?
18           Q.   Yes.
19           A.   No, I can eat anything.
20           Q.   You're not allergic to any foods?
21           A.   Oh, no, no, no.
22           Q.   What are some of your favorite foods?
23           A.   Pasta, sushi.
24           Q.   Have you changed your diet in any way in
25      the last 10 years?
```

Beth Spector

```
1              A.   Not really.

2              Q.   And how would you generally describe

3        your diet?

4              A.   I generally eat very healthy.  I like

5        salad.  I cook a lot.  So I try to avoid unhealthy

6        foods or fried foods.  No soda.  I just eat small

7        portions.

8              Q.   Do you eat red meat?

9              A.   On occasion.

10             Q.   How often?

11             A.   Maybe, I don't know, once every three

12       weeks.

13             Q.   Do you ever eat processed meat?

14             A.   As in salami or bologna, no.

15             Q.   Have any of your doctors ever encouraged

16       you to adopt a particular type of diet?

17             A.   No.

18             Q.   You mentioned that you had a glass of

19       wine last night?

20             A.   Yeah.

21             Q.   How often do you consume alcohol?

22             A.   Maybe twice a week.

23             Q.   And what type of alcohol do you enjoy

24       consuming twice a week?

25             A.   Some wine or some mixed drink.
```

Beth Spector

```
 1            Q.   Has your level of alcohol use changed
 2      over time?
 3            A.   I was never much of a drinker and it's
 4      more of a social fun thing.
 5            Q.   So it's never really changed over time?
 6            A.   No.
 7            Q.   Do you use or have you ever used chewing
 8      tobacco?
 9            A.   No.
10            Q.   How about other tobacco products like a
11      pipe or vape, Ecigs?
12            A.   No.
13            Q.   No cigars?
14            A.   No.
15            Q.   Do you currently smoke marijuana?
16            A.   No.
17            Q.   Have you ever smoked marijuana?
18            A.   I've tried it and it's not for me and I
19      do not.
20            Q.   Have you ever used any illegal drugs?
21            A.   No.
22            Q.   Have you ever used legal drugs for a
23      purpose other than intended?
24            A.   No.
25            Q.   Have you ever used a prescription drug
```

Beth Spector

```
 1        in excess of what you were told to by your

 2        doctors?

 3            A.    No.

 4            Q.    We touched on some of your family

 5        members earlier, but let me ask you a couple

 6        questions.

 7                  First, turning to your father, what was

 8        his name?

 9            A.    His name was Herbert, H-e-r-b-e-r-t.

10            Q.    What was his last name?

11            A.    B-u-r-s-t-e-i-n.

12            Q.    Did your father ever have any type of

13        cancer?

14            A.    No.

15            Q.    Did your father ever have any conditions

16        related to the immune system?

17            A.    No.

18            Q.    To your knowledge, did your father ever

19        use Roundup?

20            A.    I have no idea.  He owned a property, so

21        it's very possible.

22            Q.    But you don't know?

23            A.    I don't know.

24            Q.    How would you generally describe your

25        father's health?
```

Beth Spector

```
1            A.   He was in great health.  He...  He was
2      quite a lady's man and yes, his health was good.
3      Mental health became an issue, but...
4            Q.   From your -- strike that.  From my
5      review of the various records, I see that he had a
6      mass on his kidney at some point.  Do you know
7      anything about that?
8            A.   I don't.
9            Q.   What was your mother's name?
10           A.   Joan.  She's still alive.
11           Q.   Oh, Joan.  That's right, you mentioned.
12     Where does your mother live?
13           A.   She lives in Galloway, New Jersey.
14           Q.   How old is she?
15           A.   89.
16           Q.   And how would you describe her current
17     health?
18           A.   She's basically just suffering from old
19     age and she has blood pressure medicine, but she's
20     okay.  I mean, she's got issues, old issues.
21           Q.   I see she has arthritis.  Does she have
22     osteoarthritis or rheumatoid arthritis, do you
23     know?
24           A.   Osteo.
25           Q.   To your knowledge, does she also have
```

Beth Spector

```
1        asthma?

2              A.   No.

3              Q.   Has your mother ever been diagnosed with

4        any type of cancer?

5              A.   No.

6              Q.   Has she ever had any conditions related

7        to the immune system?

8              A.   Not that I know of.

9              Q.   How often do you communicate with your

10       mother?

11             A.   Every day.

12             Q.   Do you communicate by telephone?

13             A.   Yes.

14             Q.   When's the last time you saw your mother

15       in person?

16             A.   In October of '20.

17             Q.   And how often do you see her?

18             A.   I see her once a week in the summers.

19             Q.   Do you ever help your mother around the

20       house with any household chores or errands?

21                  MR. BRECHER:  Again, this has been asked

22       and answered.

23             A.   No.

24    BY MR. VRASMASU:

25             Q.   To your knowledge, has your mother ever
```

Beth Spector

```
1      used Roundup?

2           A.   I have no idea.  I don't...  I don't

3      imagine my mother doing much of anything like yard

4      work.

5           Q.   Now, turning to your siblings, have any

6      of them ever had any immune system issues?

7           A.   I...  No.

8           Q.   Again, it's just what you know.

9           A.   Then the answer would be no.

10          Q.   To your knowledge, have any of your

11     sisters ever used Roundup?

12          A.   No.

13          Q.   Have any of your siblings ever used

14     Roundup?

15          A.   No.

16          Q.   Other than the relatives that we spoke

17     about earlier, have any of your blood relatives

18     had any anxiety, cancers, or immune diseases?

19          A.   No.

20          Q.   To your knowledge, have any blood family

21     members ever had NHL or any type of cancer other

22     than the melanoma that we talked about?

23          A.   That's it, yes, correct, no other

24     members.

25          Q.   Let's talk about your NHL now.  When did
```

```
1        you first start experiencing symptoms related to

2        your NHL?

3             A.   The year I was diagnosed I had some

4        bronchial issues.  I was...  And I was always a

5        person who was pretty healthy.  I just

6        experienced, uh...  I had a cold.  I was getting

7        colds.  I was coughing.

8                 And the year that I was -- that I was

9        diagnosed, I thought -- what I thought I had was

10       the flu, but it turned out that I had to be

11       hospitalized and I had double pneumonia and

12       pleurisy.  And the...  From the pleurisy they took

13       fluid and that's how they discovered the lymphoma.

14            Q.   Now, these conditions that you

15       mentioned, the cough and the fever, these started

16       sometime around February of 2007.  Does that sound

17       about right?

18            A.   (Nods head.)  Yeah, sorry.  I'm sorry, I

19       was just thinking.  Yes, that sounds right.

20            Q.   And then your NHL diagnosis was about a

21       month later?

22            A.   Yes.  It could have been less.

23            Q.   Okay.

24            A.   Because I had to do a, uh...  I had the

25       pneumonia, went home.  I was in the hospital for a
```

Beth Spector

```
1        week or so, and then I remember I also had to have
2        a bronchoscopy after -- well, maybe that was after
3        the diagnosis.  I can't recall the exact timing,
4        but it was from the pleural fluid that they
5        discovered the NHL.
6             Q.   Do you remember who made the NHL
7        diagnosis?
8             A.   He was at the hospital, but I...  It's
9        in my medical records.
10            Q.   Okay.  Did anyone, to your knowledge,
11       ever tell you what subtype of NHL you have?
12            A.   My...  Yes, my oncologist, David
13       Schuster.
14            Q.   Do you remember what you were told?
15            A.   It was pulmonary marginal small B-cell
16       of the lung.
17            Q.   Did any of your physicians ever tell you
18       that the cause of your NHL was unknown?
19            A.   Yeah, they didn't know what I had.
20            Q.   Do you remember any specific
21       conversations with any doctors where they told you
22       that?
23            A.   Yeah.  I remember asking how did I get
24       this, and they don't have any answers.  They don't
25       know.
```

Beth Spector

```
1              Q.   Who do you remember asking?

2              A.   Well, specifically Dr. Schuster because

3         he's my oncologist and he's the one that I trust.

4              Q.   Do you remember any other doctors

5         besides Dr. Schuster telling you they don't know

6         the cause of your NHL?

7              A.   It was never a discussion that I recall.

8              Q.   Did any of your physicians whatsoever

9         ever tell you that they knew the cause of your

10        NHL?

11             A.   No.

12             Q.   Did you ever ask them specifically:

13        Doctor, what caused this?

14             A.   Yes.

15             Q.   Did you ever ask any of your physicians

16        if glyphosate or Roundup specifically caused your

17        NHL?

18             A.   No.

19             Q.   And, conversely, none of your physicians

20        ever told you that glyphosate or Roundup caused

21        your NHL, correct?

22             A.   No, not that I recall.

23             Q.   And no, as in I'm correct?

24             A.   You're correct.

25             Q.   When did you come to believe that your
```

Beth Specter

```
1          NHL was caused by glyphosate or Roundup?
2          A.   Six or seven months ago, my husband was
3     watching television and he saw, uh, I don't know
4     if it was an ad or it asked the question, do you
5     -- have you been diagnosed with non-Hodgkin's
6     lymphoma.  You could be somebody that is in that
7     category by Roundup.  And because, quite frankly,
8     I had -- there was no rhyme or reason to why I
9     have what I have, and we did use Roundup.
10              We called Marc Brecher and asked if it's
11     possible that we -- that I fit into that category.
12          Q.   So your decision to file this lawsuit
13     really was sparked by a lawyer advertisement on
14     television seen by your husband?
15          A.   Yes.
16          Q.   Did you ever see that advertisement
17     yourself?
18          A.   No.
19          Q.   As you sit here today, can you tell me
20     what you're claiming Monsanto did wrong?
21          A.    I think they should have had a clearer
22     idea of what the chemical that's in Roundup could
23     cause, because it never occurred to me that what I
24     was using was going to cause this -- ever.   I
25     trusted it and I never even considered that that
```

Beth Spector

```
1      was the cause of it.  And it's disturbing, quite

2      frankly, that I used it all those years and nobody

3      figured that out until lots of people got sick

4      like me.

5            Q.   Was your husband ever diagnosed with

6      NHL?

7            A.   No.

8            Q.   As you sit here today, do you understand

9      that all pesticides and herbicides have risks?

10           A.   Sure.

11           Q.   And this is --

12           A.   I understand.  I guess I've thought

13     about it much more now.

14           Q.   And this is something that you've

15     understood for years, which is part of the reason

16     why you avoided getting these types of chemicals

17     on you while using them, correct?

18                MR. BRECHER:  Object to the form of the

19     question.

20                Don't answer that question.

21                MR. VRASMASU:  Okay.

22                MR. BRECHER:  Rephrase the question and

23     then she can answer it.

24                MR. VRASMASU:  So you're instructing the

25     witness not to answer a leading question?
```

Beth Spector

1           MR. BRECHER:  The question, as you

2      phrased it, you can rephrase the question.  I

3      think you can answer that question.  Ask that

4      question properly and she'll give you an answer,

5      but rephrase the question, please.

6           MR. VRASMASU:  I'm not going to rephrase

7      it.  I've asked a leading question of a party

8      opponent.  It's Evidence 101.

9   BY MR. VRASMASU:

10          Q.   When you were using Roundup, you also

11     understood that all pesticides and herbicides have

12     risks, correct?

13          MR. BRECHER:  Object to the form of the

14     question.

15          A.   I would understand...  I understand the

16     risks insomuch as I wouldn't swallow it, but it

17     never occurred to me that spraying it on weeds was

18     a risk.  If I had understood that, I would not

19     have used it.  The same way as I wouldn't swallow

20     bleach, but I use it.

21   BY MR. VRASMASU:

22          Q.   You never actually ingested Roundup,

23     correct?

24          A.   Not to my knowledge, I didn't ingest it.

25     I mean, if it sprayed in the air and I -- it got

Beth Spector

```
 1        into my lung, then I -- I guess I did.  I don't --

 2        I never personally did, of course.

 3             Q.   So you never drank --

 4             A.   No, no.

 5                  MR. BRECHER:  Only our president drinks

 6        it.

 7                  MR. SPECTOR:  Former.

 8                  MR. BRECHER:  Former president -- yeah,

 9        thank God.

10   BY MR. VRASMASU:

11             Q.   Do you understand that all pesticides

12        and herbicides use chemicals that can affect your

13        health?

14             A.   If used improperly.

15             Q.   And what do you mean by if used

16        improperly?

17             A.   If you inhaled it, ingested it.

18             Q.   Other than your husband, did any other

19        family members go with you to any doctor's

20        appointments?

21             A.   No.

22                  VIDEO TECHNICIAN:  10 minutes.

23                  MR. VRASMASU:  Let's just take a break

24        and switch the tapes.

25                  THE WITNESS:  Fine.
```

Beth Spector

```
 1                    VIDEO TECHNICIAN:  Going off the record.
 2        The time is 2:59 p.m.
 3                    (Recess taken at 2:59 p.m.)
 4                    (Back on the record at 3:09 p.m.)
 5                    VIDEO TECHNICIAN:  We are back on the
 6        record.  The time is 3:09 p.m.
 7   BY MR. VRASMASU:
 8             Q.   We already talked about the treatment
 9        that you received for your NHL, correct?
10             A.   Yes.
11             Q.   Do you remember any discussions with
12        your doctors when you were prescribed that
13        treatment about what their overall goals were?
14             A.   Yes, to put the NHL in remission because
15        it cannot be cured, the type that I have.
16             Q.   Uh-hum.
17             A.   Hodgkin's...  Hodgkin's lymphoma can be
18        cured, but non-Hodgkin's lymphoma cannot be.
19             Q.   Did your NHL go into remission?
20             A.   It did, yes.
21             Q.   And has it been in remission since that
22        four-week course of treatment?
23             A.   To the best of our knowledge.  I...
24        I've been hospitalized many times for pneumonia
25        and the lung is -- the right lung is completely
```

Beth Spector

```
 1        damaged in the first and second lobe.  And on the

 2        left side, it's in -- it was in the bottom.  So my

 3        lung is in really bad shape, and they believe it's

 4        in remission.

 5              Sometimes it's very hard to tell because

 6        if you look at a CAT scan, you know, my lung

 7        always looks horrendous, but they believe it's in

 8        remission and what I keep getting is more, uh, is

 9        pneumonias from -- the damage from the NHL has

10        left the lung completely compromised.

11              And also I have bronchiectasis, which

12        means that I'm always open to infection.  It never

13        stops.  You know, the bronchial tubes in my lungs

14        never contract.  They always stay open.  And when

15        you have that, you can get anything at any time.

16        Q.   And specifically as it relates to your

17        NHL, what have your doctors said about your

18        prognosis?

19        A.   That I will always get sick and it

20        cannot go away and the best that I can do is

21        control it.

22        Q.   And which doctor or doctors made that

23        statement to you?

24        A.   Every single one of them.  Well, Dr.

25        Schuster and the pulmonologist.
```

Beth Spector

```
1              Q.   How often do you meet with your doctors
2        about your NHL?
3              A.   Every six months.
4              Q.   You meet with Dr. Schuster?
5              A.   Yes.
6              Q.   Who else?
7              A.   Well, for the NHL just Dr. Schuster, but
8        for my other issues I meet with the pulmonologist.
9              Q.   Who is that?
10             A.   Dr. Kessler-Reyes.
11             Q.   When is your next appointment related to
12       your NHL?
13             A.   I have to look on the calendar, but I
14       believe it's in May or June.
15                  (DEFENDANT'S EXHIBIT 6, PLAINTIFF FACT
16                  SHEET WAS MARKED FOR IDENTIFICATION.)
17                  (DEFENDANT'S EXHIBIT 7, FIRST AMENDED
18                  PLAINTIFF FACT SHEET WAS MARKED FOR
19                  IDENTIFICATION.)
20       BY MR. VRASMASU:
21             Q.   So, ma'am, I've handed you what's been
22       marked as Defense Exhibit 6 and 7.
23                  Do you recognize these documents?
24             A.   Okay.  I don't see 7, but...
25                  MR. BRECHER:  Well, here's 7.
```

Beth Spector

```
 1                    THE WITNESS:  Oh, okay, thank you.
 2                    MR. BRECHER:  These were prepared my --
 3                    THE WITNESS:  Yes.
 4                    MR. BRECHER:  -- by my office.
 5      BY MR. VRASMASU:
 6           Q.   Do you recognize these documents?
 7           A.   I recognize the information on them.
 8           Q.   Okay, sure.  Let me direct your
 9      attention to Exhibit 6.  If you'll flip to the
10      last page, is that your signature on the last
11      page?
12           A.   Yes.
13           Q.   And you signed this document under
14      penalty of perjury, that the information provided
15      is true and correct to the best of your knowledge,
16      information and belief?
17           A.   Yes.
18           Q.   Did you confirm that everything in this
19      fact sheet was accurate before signing this
20      declaration?
21           A.   Yes.
22           Q.   Can you, without going into any specific
23      discussions with your lawyer, tell me how you went
24      about populating the information in this fact
25      sheet?
```

Beth Spector

```
 1          A.   I looked at it.  I saw a copy of it and

 2     it had to be sent back to him.

 3          Q.   I'm sorry, when you said it had to be

 4     sent back to him, who are you referring to?

 5          A.   Uh, we did it...  Actually I don't

 6     recall exactly how I did this.  I saw all this

 7     information, I filled it out, signed it.

 8          Q.   And did you look at this information and

 9     confirm that it's correct?

10          A.   Look at it right this minute?

11          Q.   No, no, no, before you signed it.

12          A.   Oh, yeah.

13          Q.   So let me direct your attention to page

14     4.

15          A.   Okay.

16          Q.   You'll see, for instance, under where it

17     says Cancer History at the bottom, it says:  When

18     were you first diagnosed with NHL.  Then it says,

19     March 2008.

20          A.   Um-hum.

21          Q.   That's not right, is it?

22          A.   I thought it was, but after seeing my

23     records, it seems like it was 2007.

24          Q.   Okay.

25          A.   At the time, I did -- I did think that
```

Beth Spector

```
1       was correct.
2            Q.   So what we'll do is, I'm going to show
3       you the amended fact sheet.  I'll ask you some
4       more questions and then I'm going to keep asking
5       questions.  We're going to take a break.  And
6       during that break, if you could look these two
7       fact sheets over and let me know if any of the
8       information in them is incorrect and then you can
9       tell me afterwards, okay?
10           A.   Okay.
11           Q.   'Cause they're not very long and I don't
12      want to walk through every single question with
13      you now on the record.
14                Now, let me direct your attention to the
15      first amended plaintiff fact sheet, which is
16      Defense Exhibit 7.  And again, if you go to the
17      last page, there is an electronic signature,
18      correct?
19           A.   I'm not exactly sure what you mean.  Can
20      you...
21           Q.   Sure.  If we look at page 10?
22           A.   Yes.
23           Q.   And for the record, it's, uh, the Bates
24      number is confidential-BSpector-PFS-000022.  Under
25      declaration it says, signature, and then your name
```

Beth Spector

```
 1          is typed.  Do you see that?

 2               A.   Um-hum.

 3               Q.   Did you type that or authorize somebody

 4          to type that for you?

 5               A.   Yes.

 6               Q.   And in giving your authorization for

 7          your name to be typed there, were you declaring

 8          under penalty of perjury that the information

 9          contained in this document is true and correct, to

10          the best of your knowledge, information and

11          belief?

12               A.   Yes.

13               Q.   Did you review this amended fact sheet

14          before you gave authorization for your name to be

15          affixed here?

16               A.   Yes.

17               Q.   Do you remember how the amended fact

18          sheet was filled out, meaning were you asked

19          questions, did you send something handwritten?

20               A.   I actually don't recall.

21               Q.   And do you remember for filling out the

22          initial fact sheet, which is Exhibit 6, did you

23          handwrite any answers down or how was it prepared?

24               A.   I went over it and looked at it and we

25          talked about it on the phone.  I'm not exact- -- I
```

Beth Spector

1      can't remember exactly the procedure.

2          Q.   Do you remember what led to the initial

3      plaintiff fact sheet, which is Exhibit 6, to be

4      amended and turned into what is Exhibit 7?

5          A.   I can't recall.

6          Q.   Did anyone help you during the

7      preparation of your fact sheet and amended fact

8      sheet besides your lawyer, to the extent he had

9      anything to do with it?

10         A.   No.

11         Q.   Do you remember searching for

12     information to be put into these fact sheets by

13     looking at records, finding records, things of

14     that nature?

15         A.   No.  I went to myPenn -- myPennMedicine

16     to try to get it from, you know, recall, jog my

17     memory, so to speak.

18         Q.   So you went back to your medical

19     providers, got whatever records you could, and

20     then used those to prepare these fact sheets?

21         A.   I...  I'm not exactly sure what you

22     mean.  When you say prepare these fact sheets, I

23     didn't prepare these.

24         Q.   Do you know who did?

25         A.   My lawyer.

Beth Spector

```
1              Q.   And how was the information from you,

2         how did it get onto these fact sheets?

3              A.   Either by phone or in the mail.

4              Q.   Do you have any recollection or are you

5         guessing?

6              A.   It was both.

7              Q.   And when you say in the mail, what do

8         you mean by that?

9              A.   I remember having to sign things and

10        send them back.

11             Q.   Did you ever sit down and actually fill

12        out something that looked like this fact sheet?

13             A.   Yeah, went through it, filled it out,

14        looked at facts.

15             Q.   Did you fill it out by typing?  Did you

16        fill it out handwritten?

17             A.   I...  I can't recall.  It was a bunch of

18        different things.

19             Q.   So then after we take our next break, if

20        you'd please look at these two documents.  If

21        anything seems to be inaccurate, let me know when

22        we get back on the record, okay?

23             A.   Sure.

24             Q.   If I don't hear from you, I'm going to

25        assume everything is accurate, okay?
```

Beth Spector

```
 1              A.    Okay.  Do you want me --

 2              MR. BRECHER:  Well, let's take a break.

 3              MR. VRASMASU:  Do you want to do it now?

 4    Yeah, let's do it now.

 5              MR. BRECHER:  Well, whatever.  You want

 6    to wait?  Are you almost done and then we can --

 7              MR. VRASMASU:  I was hoping to run

 8    through this stuff and then take a break while I

 9    look over.  If I have any questions --

10              MR. BRECHER:  Okay.  Why don't we do

11    that?

12              MR. VRASMASU:  This way it'll go faster.

13    I'll do my questions and then -- yeah.

14              (DEFENDANT'S EXHIBIT 8, CIVIL ACTION

15              COMPLAINT AND DEMAND FOR JURY TRIAL

16              WAS MARKED FOR IDENTIFICATION.)

17              MR. VRASMASU:  So this is Exhibit 8.

18    It's just a copy of the Complaint.

19              MR. BRECHER:  Okay.

20              MR. VRASMASU:  There you go.

21  BY MR. VRASMASU:

22         Q.   So you've been handed what's been marked

23    as Defense Exhibit Number 8.  Have you ever seen

24    this document before?

25         A.   I'm not sure.
```

Beth Spector

```
1              Q.   Had you heard of Monsanto before your

2       involvement in this lawsuit?

3              A.   I've heard...  I've heard the name, the

4       company, Monsanto, yes.

5              Q.   Did you know what Monsanto produces

6       before filing this lawsuit?

7              A.   I did not.

8              Q.   Now, earlier we talked about how you

9       initially became involved in this lawsuit and that

10      you said that your husband saw an attorney

11      advertisement on TV and then the two of you talked

12      to your friend who's also your counsel, correct?

13             A.   Correct.

14             Q.   Did you speak to anyone else besides

15      your husband and your counsel before this lawsuit

16      was filed?

17             A.   No.

18             Q.   Did you happen to read this Complaint

19      before it was filed?

20             A.   I don't recall.

21             Q.   And looking over this -- and you can

22      flip through it if you want -- but does any of --

23      does this document seem familiar to you?  It's a

24      40-page document.  Do you remember ever seeing

25      anything like this?
```

Beth Spector

```
1              A.   I didn't read every word of it.

2              Q.   Okay.

3              A.   I just know it was a lot of pages and I

4         trust my lawyer and he read through it for me.

5         And quite frankly, I'm going to be honest, I read

6         through this, it makes my head spin.  So this is

7         just really not something I would sit and study.

8         That's why I have a great lawyer, to do that for

9         me.

10             MR. BRECHER:  My mother would be so

11        proud.

12   BY MR. VRASMASU:

13             Q.   Have you had any discussions with any

14        other plaintiffs about this Monsanto litigation?

15             A.   No.

16             Q.   Have you had any discussions with anyone

17        else whatsoever about this lawsuit besides your

18        husband and your lawyer?

19             A.   No.

20             Q.   Are there any particular things that you

21        claim you were able to do prior to your diagnosis

22        that you can no longer do?

23             A.   Could you repeat that?

24             Q.   Sure.  Are there any particular things

25        that you claim you were able to do prior to your
```

Beth Spector

```
 1         diagnosis that you are no longer able to do?

 2              A.   Yes.

 3              Q.   What are those things?

 4              A.   Well, for starters, I was way more

 5         active.  I could exercise without worrying.  Do

 6         any type of exercise I want without becoming out

 7         of breath.  I was able to go out socially and not

 8         always worry about who might be sick, who might be

 9         carrying a germ.  Should I continue?

10              Q.   Yes, please.

11              A.   I have had to distance myself many times

12         from my own family, such as my grandchildren,

13         because they are always petrified and so are my

14         children, that they'll make me sick, that they

15         have a sniffle or cough and so it's very

16         depressing -- and this is of course preCOVID -- to

17         live like that.

18                   In fact, I basically live preCOVID, like

19         everybody lives now, so yes, that is -- that was

20         something that changed for me.  And mentally, it's

21         very distressing.

22                   And because every time -- excuse me --

23         that I get sick, my health deteriorates a little

24         bit more.

25                   So especially this past year, I've never
```

 1      really recuperated completely from being in the
 2      hospital last year.  It was...  It was a lot.  And
 3      I've been really not well.
 4              I'm always the kind of person that
 5      pushes.  I like to -- I'm social -- I like to be
 6      with my friends and, you know, it's very
 7      upsetting.  My husband worries all the time, so
 8      he's always on top of me about it because he's
 9      always nervous and that, that too is stressful
10      because it makes me feel, reminds me all the time
11      that I'm not a healthy person.  I'm a person that
12      just lives on the edge of good health and -- but I
13      always have to be aware of it.  And again, as I
14      get older and every time I do get sick, it's -- it
15      makes it worse and it's very upsetting.
16          Q.   Besides what you just told me, is there
17      anything else that you're claiming you could do
18      prior to your diagnosis that you can no longer do?
19          A.   I could go on a plane without worrying
20      about it.  Now, I worry about it and that -- this
21      is preCOVID.  I could go on a vacation to a place
22      that wasn't in the United States and not worry
23      that if I got sick who would even help me.  And
24      quite frankly, I'm afraid to go anywhere, where,
25      if I would need a chest x-ray, when I walk in and

Beth Spector

```
1         they see it, they think I'm -- I'm half-dead,
2         quite honestly, because nobody can really read it
3         correctly.
4              I mean, this past year I had to go to
5         Boca Regional.  It was the first time I was
6         hospitalized in Florida and, you know, when I
7         walked into the emergency room I said to them,
8         when you see my x- -- when you see my x-rays,
9         you're not going to believe what you see, because
10        if you look at my CAT scans or -- it, it's just --
11        it's all white so it's really, really hard to even
12        see what's going on because it's so damaged.
13             So yes, it's prevented me from living
14        life to the fullest completely.
15        Q.   Now, are you seeking compensation for
16        any of your medical bills?
17        A.   My lawyer will have to answer that.
18        Q.   But as you sit here today, you're not
19        sure?
20        A.   Uh...
21             MR. BRECHER:  She's going to claim all
22        the potential compensable damages --
23             MR. VRASMASU:  Okay.
24             MR. BRECHER:  -- that can be claimed in
25        a case like this.
```

Beth Spector

```
 1                MR. VRASMASU:  Including out-of-pocket

 2       expenses, right?

 3                MR. BRECHER:  Sure.

 4                MR. VRASMASU:  Okay.

 5    BY MR. VRASMASU:

 6           Q.   Now, are --

 7                MR. BRECHER:  To the extent we're going

 8       to produce them.  If they're de minimus, we're not

 9       going to --

10                MR. VRASMASU:  Okay.

11                MR. BRECHER:  -- produce them.

12    BY MR. VRASMASU:

13           Q.   In reviewing these fact sheets, you said

14       you're not asking for lost wages and that still

15       remains the case today, correct?

16           A.   Yes.

17                MR. BRECHER:  And there potentially

18       could be liens from medical providers, Medicare,

19       things like that.  That certainly would be

20       compensable.

21    BY MR. VRASMASU:

22           Q.   Now, you mentioned that you currently

23       experience anxiety.  Are you experiencing any

24       depression or other mental health issues?

25           A.   Yeah.  I get depressed, thinking that
```

```
 1      what I have can't be fixed, and I get depressed

 2      when I take a walk for 20 or 30 minutes and my

 3      oxygen level is down to 86 or 87, and yes, I get

 4      depressed because it's so hard to come back from

 5      being sick every single time it happens.

 6           Q.   Did you experience any depression or

 7      anxiety before your NHL diagnosis?

 8           A.   No.

 9           Q.   Are you seeing any doctors or mental

10      health care professionals for your anxiety and

11      depression?

12           A.   No.

13           Q.   You're not going to a psychologist or

14      psychiatrist?

15           A.   No.

16           Q.   Other than the medication that we talked

17      about, are you undergoing any other type of

18      treatment for your anxiety or depression?

19           A.   No.

20           Q.   And what is that medication that you're

21      taking?

22           A.   Lexapro.

23           Q.   That's the only medication that you've

24      ever taken for your anxiety and depression?

25           A.   I've on occasion taken -- over the years
```

Beth Spector

```
1        I've taken Ativan, but other than that, no.
2            Q.   Did you take Ativan before or after your
3        NHL diagnosis?
4            A.   After.
5            Q.   Who else would have firsthand knowledge
6        or evidence regarding your mental health?
7            A.   My primary physician.
8            Q.   What is your primary physician's name?
9            A.   David Litt.
10           Q.   Okay, Dr. Litt.  Anyone else?
11           A.   No.
12           Q.   Are you claiming that your NHL has
13       impacted your marital relationship in any way?
14           A.   Yes.
15           Q.   Could you explain to me how it's
16       impacted your marital relationship?
17           A.   I feel that my husband has become, I
18       don't want to say, a nurse to me, but on occasion
19       he has had to do that and it's -- it's not my
20       nature to have anyone take care of me.
21               And as far as, I mean, sexual relations,
22       he's a very amorous person and I have to honestly
23       say that, you know, unless I feel okay, I am not
24       able.
25           Q.   Other than what you described, has there
```

Beth Spector

```
1        been any other impact on your marital relationship

2        following your NHL diagnosis?

3            A.   No.

4            Q.   When are you claiming that this impact

5        you describe first manifested itself?

6            A.   Well, immediately after, because I was

7        really sick.  And then I'll go through a period of

8        time, you know, over the years when, you know, I

9        was healthier, even though it was always an

10       underlying issue, but then every single time I

11       would get -- then I would get sick again and it

12       would all start up again.  And this past year it's

13       been a constant -- excuse me.

14           Q.   Is your relationship with your husband

15       as strong today as it has ever been?

16           A.   Absolutely, yes.

17           Q.   Have you and your husband ever gone to

18       marriage counseling?

19           A.   No.

20           Q.   Have you and your husband ever been

21       separated for any period of time?

22           A.   Only if I was in the hospital.

23           Q.   Have you and your husband ever lived

24       apart other than --

25           A.   No.
```

Beth Spector

```
1          Q.   -- when you were in the hospital?

2          A.   (No Response.)

3          Q.   No?

4          A.   No.

5          Q.   Have you ever had any restraining orders

6     or injunctions against your spouse?

7          A.   No.

8          Q.   Has your spouse ever had any restraining

9     orders or injunctions against you?

10         A.   No.

11         Q.   Some of these questions, again, I'm --

12         A.   That's fine.

13         Q.   -- I'm asking because the nature of the

14    claim.  So I don't mean to make you feel upset or

15    embarrassed in any way.

16         A.   You're not, trust me.

17         Q.   Again, another delicate question and

18    I'll move on:  Have either you or your spouse ever

19    had an affair that the other one is aware of?

20         A.   No.

21         Q.   Has there been any change in the

22    activities that you and your spouse have done for

23    fun since you were diagnosed with NHL?

24         A.   I'd say that...  Well, we used to bike

25    ride more.  He rides a bike mostly without me now
```

Beth Spector

```
 1        because he can, and he can go at a much longer

 2        distance.

 3                 I think that we used to think nothing of

 4        jumping on a train and going to New York and

 5        walking around for the entire day and now it's

 6        always an issue of will I be tired, and so I think

 7        we're much more hesitant to do that type of thing,

 8        spur-of-the-moment and where the weather doesn't

 9        matter or how far we walk doesn't matter.  It's

10        all just easy.  And now it's always something to

11        think about.

12             Q.   Now, you mentioned that you used to ride

13        bikes more before the NHL diagnosis.  How often

14        would you ride your bikes?

15             A.   We would do it at the Jersey Shore, so

16        we would ride every day on a weekend.

17             Q.   And following your diagnosis, how often

18        have you ridden bikes together?

19             A.   When we're there, maybe once every few

20        weeks.  My husband basically rides without me.

21             Q.   And when you say when you're there,

22        you're referring to when you were at your

23        Pennsylvania residence?

24             A.   Well, the riding the bikes was in

25        Jersey.
```

Beth Spector

```
 1              Q.   Okay.

 2              A.   The other thing that we did together

 3       here was we went to the gym together to work out,

 4       but now I won't even go to the gym.  So when the

 5       COVID is over, I imagine he'll go back, but I

 6       won't.

 7              Q.   Getting back to the bike riding at

 8       the --

 9              A.   Yes.

10              Q.   -- at the Jersey Shore, you said you'd

11       do it every week.

12                   How far away is the Jersey Shore from

13       your Pennsylvania residence?

14              A.   60 miles.

15              Q.   So you drive from your Pennsylvania

16       residence to the Jersey Shore?

17              A.   Yes.

18              Q.   And after your NHL diagnosis, how often

19       would you -- well, strike that.

20                   You said you -- you testified that after

21       your NHL diagnosis, you and your husband would

22       ride the bike once every few weeks at the Jersey

23       Shore, correct?

24              A.   Afterwards?

25              Q.   Yeah.
```

```
 1              A.   Yes.

 2              Q.   Do you still own your bike?

 3              A.   I have a bike.  It's, uh...  Yes, I have

 4        a bike.

 5              Q.   Before your NHL diagnosis, how long were

 6        those bike rides?

 7              A.   An hour, hour and a half, two hours.  We

 8        never...  It didn't matter.  We would just ride.

 9        How long does it...  I don't know.

10              MR. BRECHER:  The boardwalk?

11              THE WITNESS:  Miles, miles, the whole

12        boardwalk.

13   BY MR. VRASMASU:

14              Q.   And following your NHL diagnosis, when

15        you would go biking with your husband at the

16        Jersey Shore, how long would you bike for?

17              A.   30 minutes.

18              Q.   When is the last time that you biked?

19              A.   I'm trying to remember if I went this

20        past summer.  I don't really remember.

21              Q.   But you've biked at some point within

22        the last two years?

23              A.   Yes.

24              Q.   This would be the biking that you talked

25        about at the Jersey Shore?
```

Beth Spector

```
1              A.    Correct.

2              Q.    Did anyone else go biking with you and

3        your husband after your NHL diagnosis?

4              A.    No.

5              Q.    So other than what you told me, have

6        there been any other changes in the activities

7        that you and your spouse have done for fun since

8        you were diagnosed?

9              A.    Well, I would say that we don't

10       socialize as much, especially if there's going to

11       be a party with a lot of people.  If we can avoid

12       it, we do.  Unless it's an absolute necessity, we

13       do avoid it.  And that has...  That's gotten worse

14       as the years have gone by, since I -- the initial

15       diagnosis.  The more damage I have in the lung,

16       the more often I would get a cold.  Or besides the

17       hospitalizations, you know, I get sick a lot and I

18       try to avoid going in the hospital as often as I

19       can.  So that leads to a certain amount of

20       paranoia.  And obviously the more people we're

21       around, we try to avoid.

22                   We used to go to the movies a lot and

23       then we stopped doing that unless we would be

24       guaranteed that there were four people in the

25       theater so we stopped going to the movies together
```

Beth Spector

```
1        a lot.

2            Q.   Besides what you just told me, have

3        there been any other changes in the activities

4        that you and your husband have done for fun since

5        you were diagnosed?

6            A.   Not that I can think of at this time.

7            Q.   Now, earlier you told me about the

8        impact that your diagnosis has had on your sex

9        life.  Have you had any discussions with any of

10       your physicians about that impact?

11           A.   No.

12           Q.   You've not undergone any type of

13       treatment for that impact?

14           A.   No.

15           Q.   Have any doctors warned you against

16       engaging in any physical activities following your

17       NHL diagnosis?

18           A.   They just, other than to say, you know,

19       take it easy and go at your own pace, don't over

20       do it.

21               It's more of, you know, not feeling up

22       to it or coughing every minute or being tired and

23       stressed, and it's much more about that.

24               And one more thing is, besides the

25       antibiotic nebulizer, I also use Albuterol at that
```

Beth Spector

```
 1        nebulizer, and that's also twice a day.  You know,
 2        if I can't fit it in, if I don't fit it in
 3        correctly in a certain amount of time, I end up
 4        having to do it at night before I go to bed and
 5        that could kill anybody's mood.
 6             Q.   Have any of your physicians told you to
 7        alter the activities that you and your spouse
 8        would do before your NHL diagnosis in any way?
 9             A.   No.
10             Q.   So none of them have told you to ride
11        the bike less or stay --
12             A.   No.
13             Q.   -- away from crowds?
14             A.   Oh, yes.  Excuse me, let me go back to
15        that.
16                  Staying away from crowds is a definite.
17        They have always told me, don't go near anyone
18        who's sick.  Make sure everybody's well.  Yes,
19        they're germophobes, just like I am.
20             Q.   And which of your doctors have told you
21        that?
22             A.   Well, mainly my oncologist.  He's the
23        one that worries the most.
24             Q.   Dr. Schuster?
25             A.   Yes.
```

Beth Spector

1       Q.   Other than staying away from crowds,

2   have your doctors told you to alter your behavior

3   in any way since your NHL diagnosis?

4       A.   No.  Excuse me.  Let me just say, other

5   than sta- -- they've always told me to be very

6   aware of how you're feeling and not to ignore any

7   symptoms.  That has always been a given.

8       Q.   Have you sought any counseling for any

9   of the post-NHL diagnosis problems that you

10   described today?

11      A.   No.

12      Q.   Now, earlier I asked you if you had ever

13   had any communications with Monsanto.  Do you

14   remember that?

15      A.   Yes.

16      Q.   Did you ever attempt to communicate with

17   or speak with anyone at Monsanto?

18      A.   No.

19      Q.   You've never spoken or corresponded with

20   anyone at the EPA?

21      A.   No.

22      Q.   Have you ever spoken or corresponded

23   with any other government agency, whether local,

24   state or federal, about herbicides or pesticides?

25      A.   No.

Beth Spector

1       Q.   Have you spoken with any of your doctors

2     about this lawsuit?

3       A.   No.

4       Q.   All right.  Other than your treating

5     physicians, have you ever been examined by a

6     doctor recommended by your lawyer?

7       A.   No.

8       Q.   Do you have any plans to be examined by

9     such a doctor in the future?

10           MR. BRECHER:  Well, objection.  That's

11     attorney-client privilege.

12           MR. VRASMASU:  Okay.

13   BY MR. VRASMASU:

14       Q.   Other than your lawyer and your husband,

15     you've not spoken to anyone else whatsoever about

16     this lawsuit?

17       A.   No.

18       Q.   Besides yourself, who else has knowledge

19     about your Roundup use?

20       A.   My husband.

21       Q.   Anyone else?

22       A.   No.  I don't think anyone that was

23     ever -- my children would never have noticed, in a

24     million years, what we're doing.  They have no

25     interest.

Beth Spector

1          Q.   Have you ever attended any public

2     meetings, discussing this Roundup litigation?

3          A.   No.

4          Q.   Are you on social media?

5          A.   I look.  I don't ever post anything.

6     Once in a while I go on Facebook.  I haven't put

7     anything up in, I don't even know how long.

8          Q.   Other than Facebook --

9          A.   That's too --

10         Q.   I'm sorry, go --

11         A.   I'm sorry.  I have an Instagram account,

12    but I can't recall the last time I ever put

13    anything on it.  And the only thing I've put on it

14    are pictures of my dogs.

15         Q.   Other than Facebook and Instagram, are

16    you on any other social media?

17         A.   I have a Twitter account that I never

18    use.

19         Q.   Any other accounts?

20         A.   No.

21         Q.   What is your user name on Facebook?

22         A.   Beth Spector.

23         Q.   Is that a public or private account?

24         A.   Private.

25         Q.   Do you know how many friends you have?

Beth Spector

```
 1              A.   I do not, actually.  That's how little I
 2       look at it or care about it.
 3              Q.   How about Instagram, what is your name
 4       on that?
 5              A.   "Beth Spec," maybe.
 6              Q.   And is that a private or public account?
 7              A.   Private.
 8              Q.   Do you know how many followers you have?
 9              A.   I do not.
10              Q.   Is it in the tens, hundreds; any idea?
11              A.   I don't think it's...  I don't think
12       it's that many -- 40.  I don't know.
13              Q.   How about Facebook, do you know how many
14       followers you have?
15              A.   I don't, actually.
16              Q.   Is it in the tens, twenties?
17              A.   Facebook?
18              Q.   Yeah.
19              A.   You know how many friends on Facebook?
20              Q.   I'm asking if you know.
21              A.   Oh, I really don't.
22              Q.   Can you give me an estimate?
23              A.   200 --
24              MR. BRECHER:  Don't --
25              A.   -- 150.
```

Beth Spector

```
 1                    MR. BRECHER:  Don't -- don't guess.

 2           A.   Yeah.  I really don't know.

 3    BY MR. VRASMASU:

 4           Q.   Yeah, it's just an estimate.

 5           A.   Okay, yeah.  I don't know.

 6           Q.   You also mentioned you have a Twitter

 7    account?

 8           A.   Yes.

 9           Q.   What is your name on Twitter?

10           A.   Well, Beth Spector, I believe.  I never

11    use it, so it's really moot.

12           Q.   Have you ever posted any pictures of

13    yourself or your family on any of these social

14    media platforms?

15           A.   Yes.

16           Q.   Did you post pictures of yourself or

17    your family from before the time of your NHL

18    diagnosis?

19           A.   I believe so.

20           Q.   And have you posted pictures of yourself

21    and your family following your NHL diagnosis?

22           A.   I imagine, a few maybe.

23           Q.   Have you described your medical

24    condition in any postings on any of these social

25    media platforms?
```

Beth Spector

```
1              A.    No, never.
2              Q.    Have you discussed Roundup or Monsanto
3       on any social media platforms?
4              A.    No.
5              Q.    Have you ever discussed this lawsuit or
6       the Monsanto Roundup litigation on any social
7       media platform?
8              A.    No.
9              Q.    Have you ever posted anything on any
10      social media platforms about what it's like living
11      with your condition?
12             A.    No.
13             Q.    Have you ever entered a chat room or
14      support group on social media for other people
15      with cancer or NHL?
16             A.    No.
17             Q.    Have you ever gone to Monsanto's
18      website?
19             A.    No.
20             Q.    Does your spouse use social media?
21             A.    Yes.
22             Q.    And what platforms does your husband
23      use?
24             A.    Twitter, to follow what's new in
25      government -- in sports.  He has a Facebook
```

Beth Spector

```
1        account that he, uh, he only posts, uh, he

2        generally will only post something that our son's

3        upcoming shows to help sell tickets.  And he has

4        an Instagram account.  I don't even think he ever

5        puts anything on it.

6             Q.   Any other accounts that you're aware of?

7             A.   No.

8             Q.   What is your husband's name on Facebook,

9        do you know?

10            A.   Chuck Spector.

11            Q.   And how about Instagram?

12            A.   I honestly don't remember.

13            Q.   Sure, that's fine.

14            A.   Okay.

15            Q.   Do you know for Twitter?

16            A.   No.  Chuck Spector, I think.  I don't

17       know.

18            Q.   To your knowledge, has your husband ever

19       made any posts on social media about your medical

20       condition, your Roundup use, or about Monsanto?

21            A.   No.

22            Q.   Have you ever deleted items from your

23       social media accounts?

24            A.   No.

25            Q.   And you've also not deleted anything
```

Beth Spector

```
 1        obviously since the time of filing this lawsuit,

 2        correct?

 3             A.   No.

 4             Q.   No, as in I'm correct?

 5             A.   Yes, you are correct -- sorry.

 6             Q.   So why don't we take a quick break while

 7        you look over those fact sheets.  Let me know --

 8             A.   Yes.

 9             Q.   -- if you see anything inaccurate.

10                 MR. BRECHER:  Is there a room for us to

11        meet to do or, or should we kick you guys out and

12        we can do it here?

13                 MR. VRASMASU:  Whatever.  Maybe there's

14        the other room.

15                 MR. BRECHER:  Is there another room?

16                 MR. VRASMASU:  Yeah.

17                 VIDEO TECHNICIAN:  Going off the record.

18        The time is 3:52 p.m.

19                 (Recess taken at 3:52 p.m.)

20                 (Back on the record at 4:07 p.m.)

21                 VIDEO TECHNICIAN:  We are back on the

22        record.  The time is 4:07 p.m.

23   BY MR. VRASMASU:

24             Q.   So before we took our break, I asked you

25        to go back and look at the fact sheets and let me
```

Beth Spector

```
 1        know if you see any inaccuracies in them.

 2              Have you had a chance to look at them?

 3        A.   Yes.

 4        Q.   Did you find anything that you'd like to

 5        change in any of the fact sheets?

 6        A.   Yes.  It was the date that I was

 7        diagnosed.

 8        Q.   Okay.

 9        A.   I thought it was 2008, but after

10        reviewing my records it was 2007.

11        Q.   Okay.

12        A.   I'm not sure which page it's on.

13        Q.   I think it's probably page 4 or so --

14        A.   4?

15        Q.   -- maybe.  I don't remember.

16              Yeah, page 4 on the initial fact sheet.

17        A.   Okay.

18        Q.   Did you make any other changes besides

19        the diagnosis date?

20        A.   No.

21        Q.   Well, thank you very much for --

22        A.   Thank you.

23        Q.   -- looking through those.

24        A.   We didn't correct it.  I mean, we're

25        just telling you.
```

Beth Spector

```
 1              Q.   Just telling it for the record, right.

 2              A.   Okay.

 3              Q.   Yeah, that's fine.  And it's something

 4         we already established in my questioning --

 5              A.   Okay.

 6              Q.   -- of you, so that's fine.  Thank you so

 7         much.

 8                   MR. BRECHER:  I'll add this to your

 9         pile.

10                   MR. VRASMASU:  Well, uh...

11                   MR. SPECTOR:  Should I take the hot

12         seat?

13                   MR. VRASMASU:  Subject to my initial

14         statement at the start of the deposition today, I

15         don't have any further questions for you today.

16                   Thank you for your time.

17                   THE WITNESS:  Thank you.

18                   MR. BRECHER:  I have no questions.

19                   MR. VRASMASU:  Okay.

20                   VIDEO TECHNICIAN:  This concludes the

21         deposition.  Going off the record.  The time is

22         4:08 p.m.

23                   (Deposition concluded at 4:08 p.m.

24                   Signature not reserved.)

25
```

Beth Spector

```
 1                    CERTIFICATE OF OATH

 2

 3    THE STATE OF FLORIDA)

 4    COUNTY OF MIAMI-DADE)

 5

 6                I, Dianne N. Sarkisian, CSR, Certified

 7    Shorthand Reporter, in my capacity as a Notary Public of

 8    the State of Florida at Large, authorized to administer

 9    oaths on this 2nd day of February 2021, at 9:11 AM,

10    certify that BETH SPECTOR personally appeared before me

11    and took an oath or affirmation for the purpose of

12    giving testimony in the above-entitled matter.

13

14

15

16

17                   Dianne N. Sarkisian

                     Notary Public - State of Florida

18                   My Commission No. GG 959678

                     Expires:  02-18-2024

19

20

21

22

23

24

25
```

Beth Spector

```
 1                    CERTIFICATE OF REPORTER

 2

 3    THE STATE OF FLORIDA)

 4    COUNTY OF MIAMI-DADE)

 5

 6              I, DIANNE N. SARKISIAN, CSR, Certified

 7       Shorthand Reporter, and Notary Public of the State

 8       of Florida, do hereby certify that I was authorized

 9       to and did stenographically report the deposition

10       of CHARLES SPECTOR; that a review of the transcript

11       was waived; and that pages 1 through 278 is a true

12       record of the foregoing transcript.

13              I FURTHER CERTIFY that I am not a

14       relative nor employee of any counsel, nor any of

15       the parties in said suit, nor am I financially

16       interested in the action.

17              DATED this 9th day of February, 2021, at

18       Miami; Miami-Dade County, Florida.

19

20

21
                               _____
22                             Dianne N. Sarkisian

                               Certified Court Reporter
23

24

25
```