# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  ROUNDUP PRODUCTS      ) MDL No. 2741
     LIABILITY LITIGATION          )
 5                                 )
                                   )
 6   BRADLEY KOEN,                 )
             Plaintiff,            )
 7                                 )
     VS.                           )NO. 3:20-cv-03074-VC
 8                                 )
     MONSANTO COMPANY,             )
 9           Defendant.            )
10
        VIDEOCONFERENCE DEPOSITION OF MICHAEL D. FREEMAN,
11                      MedDr., Ph.D.,
12                        VOLUME II
13               TAKEN ON BEHALF OF DEFENDANT
14                          * * *
15       BE IT REMEMBERED THAT, pursuant to the Federal
16   Rules of Civil Procedure, the video deposition of
17   MICHAEL D. FREEMAN, MED. DR., Ph.D., was taken before
18   Paula D. Tieger, a Registered Professional Reporter and
19   Oregon Certified Shorthand Reporter, on August 25, 2021,
20   commencing at the hour of 10:09 a.m.; the witness
21   responding to questions by videoconference from Salem,
22   Oregon; the questions being propounded from Washington,
23   DC, and Austin, Texas; and proceedings reported remotely
24   via videoconference from Portland, Oregon.
25                          * * *
```

```
 1                      APPEARANCES:
 2       Hendler Flores Law PLLC
             By:   Clare Nolan (Via Videoconference)
 3                 Attorney at Law
                   901 S. MoPac Expressway, Building 1,
 4                 Suite 300
                   Austin, Texas 78746
 5                 512-439-3200
                   cnolan@hendlerlaw.com
 6                     Counsel for the Plaintiff
 7
         Hollingsworth LLP
 8           By:   John M. Kalas (Via Videoconference)
                   Attorney at Law
 9                 1350 I Street, NW
                   Washington, DC 20005
10                 202-898-5843
                   jkalas@hollingsworthllp.com
11                     Counsel for the Defendant
12
         Also Present:   Anna Kinard - Paralegal for Hendler
13                       Flores Law PLLC - (Via
                         Videoconference)
14
                         Mark Ancalade - Videographer - (Via
15                       Videoconference)
16
17
18                          * * *
19
20
21
22
23
24
25
```

```
 1   (European Food Safety Authority [EFSA], 2015; World
 2   Health Organization [WHO], 2016; United States
 3   Environmental Protection Agency [USEPA], 2019)."
 4          Did I read that correctly?
 5   A    You did.
 6   Q    Okay.  And as far as you know, is that a true
 7   statement?
 8   A    Yes.  I think you spent some time going over all of
 9   that when we were together last.
10   Q    Okay.  And then, the next sentence states, "Whether
11   or not glyphosate presents a risk of NHL remains
12   controversial."
13          Did I read that correctly?
14   A    You did.
15   Q    Do you agree with that statement?
16   A    Well, there is certainly a controversy in the
17   literature.  Yes.
18   Q    Okay.  If you go to the next sentence, it says, "The
19   principle human evidence regarding a link between
20   glyphosate exposure and NHL is contained in five
21   case-control studies," and then it lists the Eriksson
22   study, Hardell, McDuffie, Orsi, and De Roos; "and two
23   cohort studies," and it lists the Andreotti and De Roos
24   2005 study, "both of which are based on a cohort defined
25   in the Agricultural Health Study."
```

Michael D. Freeman, MedDr., Ph.D.

```
 1            Those studies that are listed there, are those
 2   the principal, primary studies on the potential link
 3   between glyphosate and NHL, in your opinion?
 4   A    Well, it's the principal documentary evidence of
 5   human -- or documented evidence of an effect in human
 6   population, I should say.
 7   Q    Okay.  Yeah.  And what I'm getting at is, those
 8   aren't meta-analyses where they put together a bunch of
 9   studies to come up with a relative risk or odds ratio.
10            Those are primary data; right?
11   A    Yes.  Correct.
12   Q    Okay.  And those are all studies that you've
13   reviewed; right?
14   A    Yes.
15   Q    Okay.  Going to the next sentence, it says, "In each
16   of the case-control studies, the evidence on the extent
17   of pesticide exposure comes from self-reporting by both
18   cases and controls."
19            Did I read that correctly?
20   A    Yes.
21   Q    Is that a true statement?
22   A    Yes.
23   Q    Okay.  The next sentence states, "This raises a
24   potential for recall bias because cases may carefully
25   search their memories trying to recall an exposure that
```

```
 1            Those were your reliance materials; is that fair?
 2   A    Yes.  Or played some sort of part in something that
 3   made its way into my report.  Yes.
 4   Q    Okay.  Are there things that you considered, when
 5   looking at the literature, that you decided did not
 6   support your opinion; and, thus, you would not list in
 7   the body of your report?
 8   A    Well, I definitely wanted to be fair.  I didn't want
 9   to take -- for example, if I just didn't even list
10   Andreotti; said, "Well, that doesn't support my opinion.
11   My opinion is that glyphosate is causal.  And Andreotti
12   doesn't support that, so I'm not going to talk about
13   Andreotti," that would be absolutely improper.
14            So, when you say "in support of my opinion," it's
15   a reference in -- not every reference in my report
16   supports my final conclusion, I guess is the way I should
17   put it.  Because it would be improper for me to operate
18   that way.  I'd just be cherry picking.  I tried to give a
19   relatively fair review of what's out there in the
20   literature.
21            But there may be something that I missed, or
22   something could be brought to my attention.  And I'm wide
23   open to that.
24   Q    Okay.  So, I just want to make sure we're crystal
25   clear here before we get into Hohenadel.
```

Michael D. Freeman, MedDr., Ph.D.

```
 1                MR. KALAS:  All right.
 2          (Recess held from 12:07-12:23)
 3                THE VIDEOGRAPHER:  We're now back on the
 4     record.  The time is 12:23.
 5     Q     BY MR. KALAS:  Dr. Freeman, before we took a break,
 6     you mentioned that Mr. Koen was the perfect storm.
 7           Do you remember that answer?
 8     A     Well, his non-Hodgkin lymphoma was a product of a
 9     perfect storm within him.
10     Q     Okay.
11     A     Yes.
12     Q     Are any of these risk factors that Mr. Koen had
13     substantial in and of themselves, in the absence of the
14     other risk factors he had, to cause his non-Hodgkin's
15     lymphoma?
16     A     Well, anything that's a known risk factor that would
17     be part of that pie is a substantial factor.  And if you
18     take it away, then you would say, more likely than not,
19     they probably won't have the illness, ==because the illness==
20     ==is unusual.  It's rare.  So, you have to put everything==
21     ==together.==  It -- it's not he was just doing great and had
22     no risks, and then you just give him some glyphosate and
23     that's going to trigger it.  Because look at how many
24     people who are exposed to glyphosate don't get
25     non-Hodgkin lymphoma.
```

Michael D. Freeman, MedDr., Ph.D.

```
 1   was.
 2   Q    Okay.  And that study did not find an effect from
 3   glyphosate exposure on NHL; right?
 4   A    No, they didn't, because they included a protective
 5   effect from Andreotti.
 6   Q    Okay.  Let's look at a couple other studies that have
 7   looked at that in the peer-reviewed literature.
 8        Have you heard of a -- or -- well, let me move --
 9   mark it.
10            MR. KALAS:  I'm marking as Exhibit 28 a
11   study by Donato.
12   Q    BY MR. KALAS:  Have you seen this study before?
13   A    Oh, yes.
14   Q    Okay.
15   A    I -- it's one of my reliance materials --
16   Q    Right.
17   A    -- in my report.
18   Q    And this study looked at the same studies that
19   Dr. Zhang looked at; correct?
20   A    Yes.
21   Q    Along with Leon, which is a pooled study that
22   includes two cohorts from Europe and the AHS study;
23   right?
24   A    Yes.
25   Q    Okay.  And the result of their meta-analysis -- oh.
```

1    Strike that.

2            And what they did not do here that Dr. Zhang did

3    is, they did not exclude data from the other three

4    quartiles or from the 15-, 10-, five-year lag sets;

5    correct?

6            They used all the AHS data?

7    A    Yes.

8    Q    Okay. And what they found, when they used all the

9    AHS data and all other data, is on page 69. This is

10   their meta-analysis.

11           And what they found there was that the relative

12   risk across all the glyphosate NHL studies was 1.03;

13   right?

14   A    Right.

15   Q    With a confidence interval of .86 to 1.21; right?

16   A    Right.

17   Q    And that's a null finding; correct?

18   A    Yes.

19   Q    That suggests if -- strike that.

20           That relative risk and confidence interval does

21   not show an effect between glyphosate exposure and NHL;

22   true?

23   A    That's true. That is correct.

24   Q    Okay. And then, there are -- go ahead.

25   A    Sorry. In the subtype, I think they come up with a

```
 1   record.  The time is 1:35.
 2          (Recess held from 1:35-1:48)
 3              THE VIDEOGRAPHER:  We're now back on the
 4   record.  The time is 1:48.
 5                    EXAMINATION
 6   BY MS. NOLAN:
 7   Q    Just generally, Dr. Freeman, backing up, when you
 8   gave the report in this case, you gave an opinion about
 9   the role that Roundup could have played or was a factor
10   in Mr. Koen's NHL; is that correct?
11          Or is that not a fair characterization?
12   A    That is a fair characterization.
13   Q    Okay.  And you felt comfortable standing by that
14   finding or by that opinion?
15   A    Oh, most definitely, yes.
16   Q    And that is notwithstanding, you said, other known or
17   unknown risks?
18   A    That's correct.  That's the -- there -- it is a lot
19   of risk factors that went into causing Mr. Koen's
20   non-Hodgkin lymphoma.  And a substantial one of those
21   risk factors was his glyphosate exposure.
22   Q    And if you can describe it for a layperson, someone
23   less -- such as myself, why are you comfortable coming to
24   that conclusion or having that opinion?
25   A    I've looked at the information that is available that
```

Michael D. Freeman, MedDr., Ph.D.

```
 1   was considered by, well, IARC, the International Agency
 2   for Research on Cancer, and I looked at the human
 3   exposure data; and particularly looked at the information
 4   which is contrary to everything else that -- or most
 5   everything else that's come out, which has come from the
 6   exposure study.  And when I weigh all of that, I still
 7   find that glyphosate is a risk factor for non-Hodgkin
 8   lymphoma that can be demonstrated beyond the level of
 9   chance.
10           Knowing exactly how it contributed to an
11   individual's cancer is impossible, but knowing that it's
12   not a trivial factor if someone has had repeated
13   exposures to glyphosate over a period of years, it
14   absolutely stands to make the glyphosate exposure a
15   substantial factor in causing non-Hodgkin lymphoma.
16   Q    Okay.  So, if two people similarly situated in age,
17   both male, with some of the other characteristics or,
18   quote-unquote, "risk factors" that have been discussed
19   earlier, your conclusion is that one having been exposed
20   to glyphosate versus one not having been exposed -- like,
21   how do you get -- is there a but-for analysis?
22           Or how do you get to that point?
23                MR. KALAS:  Objection to form.
24                THE WITNESS:  You get to that point by
25   looking at the epidemiologic and other evidence
```

```
 1    indicating that there is a general causal relationship

 2    between glyphosate exposure and non-Hodgkin lymphoma; and

 3    then asking whether this person was exposed.  And knowing

 4    that non-Hodgkin lymphoma -- even for somebody with all

 5    the risk factors minus the glyphosate, that person is not

 6    likely to develop non-Hodgkin lymphoma.

 7            So, knowing that the alternative probability,

 8    which is take away any other risk factors -- I mean, I

 9    was -- when I was talking to counsel earlier and asked

10    about whether the -- possibility that having a first

11    degree relative -- and, actually, I don't think I

12    answered necessarily first degree relative.  But if we

13    throw in the prostate cancer just generally and say

14    having any kind of first degree relative is a risk factor

15    for non-Hodgkin lymphoma, that, in no way, means that

16    adding glyphosate exposure doesn't increase that risk or

17    contribute to that risk in a more than trivial way.

18            And so, we don't have any indication of a high

19    prevalence or incidence of non-Hodgkin lymphoma in people

20    like Mr. Koen as he would be, absent the non-Hodgkin

21    lymphoma.  Most people have some sort of history of

22    cancer in their family.  There is, you know, lots of

23    people who have some sort of lineage that can be traced

24    to, you know, Central and Middle European Jewish heritage

25    or a variety of other factors.  And their rate of
```

```
 1              But the only study that -- and he favors the
 2   Andreotti study.  And that's the only study that has an
 3   opposite result of what the a priori hypothesis was,
 4   which is that glyphosate exposure is bad for you.  They
 5   showed you that glyphosate exposure was good for you.
 6   And so, that means I've got to set Andreotti aside and
 7   say, "Something's going wrong here.  You can't come to
 8   that conclusion.  That is not right."
 9              So, I don't know what to do with that, other than
10   to say "I can't consider that."  That doesn't help me.
11   In fact, that misleads me into thinking, when I mix in
12   their results with all the other results, having a -- the
13   other ones have results that either no result or they
14   show a deleterious effect of being exposed.  That makes
15   sense.  It's a weed killer.  It's -- you know, there
16   is -- it might hurt people.  To show that people are
17   doing better means that we have to set that aside.
18              And so, now everything that we've done where
19   we've included Andreotti is much more contaminated by
20   that protective effect that Andreotti talked about.  I
21   see that as a much, much bigger problem, even though the
22   Andreotti data were characterized and used by Zhang and
23   others in different ways.  And in the other
24   meta-analysis -- I can't remember the name of the author,
25   the first author of that meta-analysis.  But it
```

```
 1   doesn't -- without examining this fact, that these
 2   results can't be true, without including that in our
 3   analysis, there is really not a whole lot of point in
 4   continuing on with these data and saying, "Well, I'm
 5   going to really, you know, strain at gnats, but I'm going
 6   to swallow a camel's hole over here [verbatim]."
 7           I mean, the case-control studies might be wrong.
 8   They might have some problems.  Some of them more than
 9   others.  Some of them less than others.  But none of them
10   came up with a result that was impossible.  And that's
11   where I'm -- I have the biggest difficulty in any
12   analysis that includes Andreotti.  Even if you just use
13   some of these data from Andreotti, something's going
14   wrong with those data.  Something's going on with their
15   results.
16           I really do have -- I apologize, but I have to
17   excuse myself because I have another Zoom meeting that I
18   have to go to.  I don't know how to work that out.
19                   MR. KALAS:  Ms. Nolan, what do you want to
20   do?
21                   MS. NOLAN:  Well, you reserved your time.
22   So, you still would want to go.
23                   MR. KALAS:  I have no follow-ups, if you
24   stop here.
25           So, it's sort of up to you.
```