# EXHIBIT 4

1              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

2

                   - - - - -

3

4   IN RE:  ROUNDUP PRODUCTS      MDL No. 2741

5   This document relates to:

6   BRADLEY KOEN v.              No  3:20-cv-3074-VC

    MONSANTO COMPANY

7

8                  - - - - -

9

            Monday, August 30, 2021

10

11                 - - - - -

12          Remote Videotaped Deposition of MICHAEL

13  SCOLA, M.D., conducted at the location of the

14  witness in Morristown, New Jersey, commencing at

15  10:41 a.m., by and before Robin L. Clark, Registered

16  Professional Reporter and Notary Public in and for

17  the State of New Jersey.

18                 - - - - -

19

20

21

22

23

24

```
 1   REMOTE APPEARANCES:
 2
             HENDLER FLORES LAW
 3           BY:  CLARE NOLAN, ESQ.
             901 South MoPac Expressway, Building 1
 4           Suite 300
             Austin, Texas 78746
 5           512-439-3200
             cnolan@hendlerlaw.com
 6                      For the Plaintiff
 7
 8           HOLLINGSWORTH LLP
             BY:  MARCHELLO D. GRAY, ESQ.
 9           1350 I Street NW
             Washington, D.C. 20005
10           202-898-5843
             mgray@Hollingsworthllp.com
11                      For the Defendant
12
     ALSO PRESENT:
13
             DANIEL ORTEGA, VIDEOGRAPHER
14
             ANNA KINARD, Paralegal
15
                      - - - - -
16
17
18
19
20
21
22
23
24
```

Michael Scola, M.D.

```
1              you want to raise your right hand,

2              please, so I can swear you in?  Do

3              you swear the testimony you are

4              about to give in this deposition

5              will be the truth, the whole truth,

6              and nothing but the truth, so help

7              you God?

8                    THE WITNESS:  I do.

9                    - - - - -

10             MICHAEL SCOLA, M.D., having

11             been duly sworn, was examined and

12             testified as follows:

13                   - - - - -

14   BY MR. GRAY:

15        Q.   Good morning, Doctor.  My name

16   is Marchello Gray.  We won't have the

17   pleasure of meeting in person today due to

18   COVID precautions, but I appreciate you

19   meeting here virtually with me.  If you

20   will, please provide your name and your

21   business address for the record.

22        A.   Michael Scola, 100 Madison

23   Avenue, Morristown, New Jersey 07960.

24        Q.   The address you gave me, is
```

Michael Scola, M.D.

```
1    that a hospital or your practice or where

2    is that?

3         A.   It's a hospital.  I belong to a

4    hospital-based practice.

5         Q.   Okay.  What hospital is that?

6         A.   Morristown Medical Center.

7         Q.   Okay.  And it looks like you

8    have been deposed a couple of times before;

9    is that correct?

10        A.   A couple of times.

11        Q.   Okay.  So I won't go into

12   detail.  I assume you generally know how a

13   deposition is conducted.

14        A.   Yes.

15        Q.   I will just remind you of a few

16   instructions.  The first and most important

17   one is let's try our best not to talk one

18   over one another.  If you will give me the

19   courtesy of letting me get my question out.

20   I suspect, the large majority of the time,

21   you will know the answer to my question

22   about halfway through.  And, you know, our

23   natural tendency is to start answering, but

24   just so we have a good, clean record, let
```

Michael Scola, M.D.

```
 1   probably spoke to National Medical

 2   Consultants early June and spoke to counsel

 3   mid part of June.  And the report was

 4   compiled and submitted on June 29.

 5        Q.   And from early June when you

 6   received a phone call until, let's say, the

 7   mid part of June when you spoke to counsel,

 8   what did you do?

 9        A.   Very little at that point.

10   Really, it was after speaking to counsel

11   that I was able to dedicate time to this

12   project and review the medical record and

13   compile the literature and formulate my

14   report.

15        Q.   Okay.  So you said you did very

16   little, what does that mean?  What did you

17   do?

18        A.   Well, I don't do this

19   full-time.  I'm a full-time clinician.  So

20   it's -- I have to make time to do this kind

21   of work.  And so I was aware of this case,

22   but I didn't have the time to commit to

23   formulating my thoughts or preparing the

24   report until the week prior to submission.
```

Michael Scola, M.D.

1    that's correct?

2              A.    Yes.

3              Q.    Would that be a Zoom, via

4    telephone, or did you meet in person?

5              A.    It was via telephone.

6              Q.    And I'm not asking you to tell

7    me what you guys discussed, but

8    approximately how long did you meet?

9              A.    No more than half an hour, 20

10   minutes, half hour.

11             Q.    Okay.  And after that 20-minute

12   meeting, that's when you started to

13   actually do your review of the materials?

14             A.    Yes.  There was some urgency.

15   I don't think I appreciated the deadline

16   for submission and I think I had the phone

17   call maybe on a Wednesday or Thursday and

18   the submission deadline, I believe, was the

19   following Monday and so the next several

20   days, I, you know, worked diligently to try

21   to prepare this document.

22             Q.    So from Wednesday or Thursday

23   to the following Monday, you reviewed all

24   of Mr. Koen's medical records, the medical

Michael Scola, M.D.

1    literature on Roundup, came to a conclusion

2    and drafted your opinion?

3           A.    Yes.

4           Q.    And it sounds like you were --

5    Plaintiff's counsel might have been in a

6    jam if you reached a different opinion,

7    huh?

8           A.    I imagine so.

9                     MS. NOLAN:  Object to

10           form.

11   BY MR. GRAY:

12          Q.    Have you ever met or spoke to

13   Mr. Koen?

14          A.    No.

15          Q.    You've never conducted any type

16   of medical exam with Mr. Koen?

17          A.    No.

18          Q.    And you didn't think you needed

19   to see him physically or do any type of

20   examination to form your opinion?

21          A.    No.

22          Q.    And is that because there's

23   nothing you can learn from a physical

24   examination of him that would indicate

Michael Scola, M.D.

```
 1    whether or not his cancer was caused by
 2    Roundup?
 3          A.   Yes, that's a fair statement.
 4    I think the medical records well detailed
 5    his medical course.  At the time that I
 6    compiled my report, he was recovering from
 7    his most recent treatment.  And so the
 8    majority of his medical history had already
 9    occurred.
10          Q.   Do you know who any of the
11    other experts that have been retained by
12    Plaintiffs are?
13          A.   I do not.
14          Q.   Dr. Scola, did you, as you were
15    doing your review of the material, did you
16    make any notes?
17          A.   Well, no.  I highlighted some
18    of the articles and may have written in the
19    margin of some of the articles.
20          Q.   Okay.  So you made handwritten
21    notes on the -- in the margins of the
22    articles themselves?
23          A.   Yes.
24          Q.   Do you still have your paper
```

Michael F. Scola, M.D.

```
1    guys sent to me, that's the full extent of

2    the material that you reviewed and will be

3    relying upon for your opinion?

4          A.    Yes.

5          Q.    And I'll tell you what I have

6    and tell me if anything is missing.  Okay?

7    And so, and I'll represent to you as well,

8    I got a big, sort of a link to a big file

9    of material when you originally served your

10   report.

11         A.    Yes.

12         Q.    That pretty closely tracks what

13   you told me.  So let me run through the

14   list of everything that I've gotten as

15   represented from you and you tell me if

16   anything is missing.  Okay?

17         A.    Okay.

18         Q.    So I've got a copy of your

19   written report.  I've got several thousand

20   pages of medical records from Mr. Koen.  He

21   had a pretty extensive medical record,

22   right?

23         A.    Yes.

24         Q.    Yeah, there's somewhere five,
```

Michael Scola, M.D.

```
1    6,000 pages worth of records; is that fair?

2           A.    Sounds about right, yes.

3           Q.    I got the Plaintiff Fact Sheet.

4           A.    Yes.

5           Q.    Do you recall that document?

6           A.    Yes.

7           Q.    Okay.  Did you review that

8    document?

9           A.    I did.  Yes, I did.  Because of

10   the time crunch, I couldn't review anything

11   in detail, but I did scan it, yes.

12          Q.    Okay.  And is that something

13   that the lawyer sent to you or that

14   National Medical Consultants sent to you?

15          A.    The lawyer sent to me.

16          Q.    Okay.  I also have the

17   Complaint that was filed in this lawsuit.

18   Do you remember that?

19          A.    I do.

20          Q.    Okay.  Is that something you

21   reviewed?

22          A.    Yes.

23          Q.    I have Mr. Koen's deposition.

24          A.    Yeah --
```

Michael Scola, M.D.

```
 1   formulate this report.
 2           Q.   As you say that now, are there
 3   specific papers that you're thinking about?
 4           A.   Not specifically.  You know,
 5   I'm constantly referencing books, articles,
 6   materials that I have at my disposal for
 7   patient-related matters.  But not pertinent
 8   to this case, directly pertinent.
 9           Q.   And I apologize, I know this is
10   a little tedious.  I just want to make
11   sure, anything that you may potentially be
12   talking about or testifying about at trial,
13   this is my chance to get to know what that
14   is and, you know, test your bases for
15   the -- to cross-examine you about those
16   papers.  So I want to make sure that I
17   understand everything that you might be
18   relying upon, talking about, et cetera.
19   Does that make sense?
20           A.   Yes.
21           Q.   Okay.  And so it sounds like to
22   me you're saying, you know, I'm a
23   practicing physician and -- you're a
24   practicing physician and you stay up to
```

Michael Scola, M.D.

```
 1   date, you know, with medical literature in

 2   your field about oncology or about these

 3   particular diseases, so you, obviously,

 4   have some knowledge from that type of

 5   research; is that right?

 6         A.   That's what I'm saying.

 7         Q.   Okay.  But there's nothing that

 8   you can think of that you directly want to

 9   be using as part of your testimony in this

10   case?

11         A.   Correct.

12         Q.   Now, did you ever look at any

13   scientific literature related to glyphosate

14   prior to being retained in this case?

15         A.   No.

16         Q.   Now, do you anticipate doing

17   any additional work or research on your own

18   between now and whenever the trial may

19   happen in this case?

20         A.   I do not.

21         Q.   We looked at the med chron,

22   that medical chronology document and the

23   highlighting that was in that, you told me

24   was from the attorneys and you used that to
```

Michael Scola, M.D.

```
 1   get Mr. Koen's medical history; is that
 2   fair?
 3         A.   Yes.
 4         Q.   Did you also review any of his
 5   medical records?
 6         A.   Yes, I did.
 7         Q.   Was there anything you didn't
 8   see in the medical records that you were
 9   looking for?
10         A.   Well, I just went through it
11   chronologically to understand the evolution
12   of his disease and the treatments that were
13   rendered.
14         Q.   Right.  My question is a little
15   different.  I'm asking was there anything
16   that -- I mean, you know what the medical
17   record for a typical, you know, follicular
18   transformed DLBCL patient would look like.
19   Was there anything that you would -- any
20   study or, you know, anything in the medical
21   records that you would have expected to see
22   there that you didn't?
23         A.   No, not necessarily.  I think
24   it was well represented.  I walked away
```

Michael Scola, M.D.

1    with a fairly good understanding of his

2    disease course and how it was managed over

3    time.

4         Q.   Is there anything additional

5    that you feel like you would need to see in

6    order to support your opinion?

7         A.   No.

8         Q.   Okay.  We have been going about

9    an hour 20, do we need to take a break?

10        A.   I can go either way.  So I'm

11   fine if you want to continue, but if the

12   consensus is to take a break, I'll be here.

13                  MS. NOLAN:  If I could

14        have five minutes.

15                  MR. GRAY:  Yeah, sure.

16                  THE VIDEOGRAPHER:  The

17        time right now is 11:53 a.m.  We

18        are off the record.

19                  - - - - -

20     (A recess was taken at this time.)

21                  - - - - -

22                  THE VIDEOGRAPHER:  The

23        time right now is time 12:20 p.m.

24        We're back on the record.

Michael Scola, M.D.

```
 1          Q.   Okay.  Well, unsubstantially,
 2   what has changed?
 3          A.   You know, maybe committee
 4   membership, but my primary employment has
 5   not changed.
 6          Q.   Okay.  Have you published
 7   anything since October 2019 that wouldn't
 8   be in this document?
 9          A.   No, I don't believe so, no.
10          Q.   Okay.  And what are your board
11   certifications, Doctor?
12          A.   I'm board certified in
13   hematology and medical oncology.
14          Q.   And on page 2, I see the
15   narcotics certification, what is that?
16          A.   Well, we need to maintain
17   federal narcotic certification, so every
18   year, we recertify.
19          Q.   Okay.  That makes sense.  I
20   didn't know if that was some program where
21   you were working with the DEA or the state.
22   I thought that's maybe why you would have
23   had to --
24          A.   No, it's simply to be a
```

Michael J. Scola, M.D.

```
 1   prescriber in good standing.
 2        Q.   Okay.  That makes sense.
 3   Moving on -- I'm sorry, let's go to page 3.
 4   We've got your teaching and your hospital
 5   appointments.  Okay.  Well, where are you
 6   working now, Doctor?  How long have you
 7   been there?
 8        A.   Yes, I work for Morristown
 9   Medical Center, which is a large community,
10   community hospital system in Morristown,
11   New Jersey.  And I have been here since
12   December of 2018.  So coming up on three
13   years.
14             MS. NOLAN:  I believe we
15        produced a more current CV or we
16        produced a CV that doesn't have the
17        court reference on the top, if you
18        need us to resend it.
19   BY MR. GRAY:
20        Q.   Oh, no, that's fine, I was
21   just -- I was just curious about that.  I
22   didn't know what it was.
23             And what is your practice at
24   Morristown Medical Center, Doctor?
```

Michael Scola, M.D.

```
 1           A.    Where is it at?

 2           Q.    I said what is your practice,

 3    what do you do there?

 4           A.    I practice general

 5    hematology/oncology, but particularly

 6    specialize in hematology, which is the care

 7    of individuals with blood disorders, benign

 8    and malignant.

 9           Q.    Okay.  So do you have a clinic

10    where you see patients daily?

11           A.    Yes.

12           Q.    How many days a week are you

13    seeing patients in the clinic?

14           A.    Typically five.

15           Q.    And what types of cancer are

16    you treating in those patients?

17           A.    Well, I do treat the entire

18    spectrum of hematology/oncology, but

19    within, within our group, we do tend to

20    subspecialize and emphasize particular

21    medical conditions and I tend to see a

22    disproportionate number of patients with

23    blood disorders.

24           Q.    Okay.  And would non-Hodgkin's
```

Michael Scola, M.D.

1    lymphoma be part of that group?

2         A.    That's correct, yes.

3         Q.    What other types of blood

4    disorders?

5         A.    Leukemia, myeloma, a variety of

6    benign blood disorders.  Too many blood

7    counts, not enough blood counts, clotting

8    and bleeding disorders.

9         Q.    Where were you before

10   Morristown Medical Center?

11        A.    I was at Summit Medical Group

12   which is a multi-specialty medical group in

13   the, spans across northern New Jersey.

14        Q.    And what was your practice at

15   Summit Medical Group?

16        A.    Similar, I was part of a large

17   hematology/oncology group.

18        Q.    Were you seeing patients in

19   your clinic there?

20        A.    Yes.

21        Q.    How frequently?

22        A.    Five days a week.

23        Q.    How many patients do you

24   typically see in a week?

Michael Scola, M.D.

```
1          A.   I would say both in the office

2    as well as in the hospital, somewhere

3    between 100 to 130.

4          Q.   How long has it been the case

5    that you were seeing that patient load

6    weekly?

7          A.   For the past many years.  I

8    have a pretty, pretty mature established

9    practice.

10         Q.   What percentage of those

11   patients do you see that are non-Hodgkin's

12   lymphoma patients?

13         A.   What percent of the patients

14   are non-Hodgkin's lymphoma patients?  Maybe

15   10 percent, 10 to 15 percent, somewhere

16   around there.

17         Q.   Has it kind of always been that

18   way that, 10 to 15 percent of your patient

19   load are NHL patients?

20         A.   I would say so.

21         Q.   And, forgive me, I may say NHL

22   for non-Hodgkin's lymphoma throughout the

23   day.  Can we agree to use that

24   abbreviation?
```

Michael Scola, M.D.

```
 1           Q.   But those aren't cancer
 2   patients, right?
 3           A.   No.  Many of them have cancer
 4   and subsequently develop a clot, but that's
 5   not the primary focus of the clinic.
 6           Q.   Okay.  What else are you doing
 7   with your professional time other than
 8   treating patients?
 9           A.   Well, we're a large medical
10   center and we do have a variety of
11   residents and fellows in training.  In
12   fact, we just started a hematology/oncology
13   training program for individuals that
14   finished their internal medicine residency
15   and which to subspecialize in
16   hematology/oncology, so a three-year
17   fellowship program.  So there's a lot of
18   teaching opportunities.
19                 We're also actively involved
20   in a variety of clinical trials.  So
21   there's opportunity for clinical research
22   teaching.  The bulk of what I do is take
23   care of patients though.  Most of what I do
24   is clinical activity.
```

Michael Scola, M.D.

```
1          A.   Well, we have, we have several

2     trials for patients with follicular

3     lymphoma, small cell lymphoma, mantle cell

4     lymphoma, diffuse large B-cell lymphoma.

5     It's sort of a revolving platform in that

6     trials open, when we meet accrual goal,

7     they close, new trials open.  We have a

8     very rich clinical trial program for

9     hematologic malignancies in general.

10         Q.   And these trials are looking at

11    new drugs that are designed to, I assume,

12    chemotherapy drugs that are designed to

13    treat these various cancers?

14         A.   That's correct.  Yeah, not

15    always chemotherapy, they may be

16    alternative therapeutics, but they are

17    therapeutic trials, so looking to offer

18    treatments beyond standard of care.

19         Q.   And I take it you don't have

20    any trials that are designed to identify

21    the cause of someone's cancer, right?

22         A.   We do not have any of those

23    trials, no.

24         Q.   You don't have any trials that
```

Michael F. Scola, M.D.

```
1    you in your practice, trying to pinpoint

2    the cause of someone's lymphoma is not

3    really part of your clinical care?

4         A.   Well, I think it's an important

5    part of the management of any patient to

6    try to fully understand the disease and

7    that means the origins of the disease, but

8    it doesn't necessarily have direct bearing

9    on the treatment program.

10        Q.   Okay.  How often in your

11   practice do you divine to figure out the

12   origin of your patient's lymphoma?

13        A.   Well, I think it's always a

14   part of the assessment, the initial

15   assessment of a patient to ascertain

16   exposure history, to learn a little bit

17   about family history, and to try to

18   understand the pathological basis of the

19   individual's lymphoma.

20        Q.   Okay.  You said you want to get

21   people's exposure history; is that correct?

22        A.   Yes.

23        Q.   What type of exposures have you

24   typically looked at?
```

Michael Scola, M.D.

```
 1          Q.   You've never told any of your
 2  patients that you think Roundup caused
 3  their cancer, right?
 4          A.   I don't believe I've ever said
 5  that, no.
 6          Q.   And so I want to kind of
 7  understand your opinion here.  I'm looking
 8  at the end of your report.  You say "It is
 9  difficult to establish a link between
10  glyphosate exposure and cancer in general;"
11  is that fair?
12          A.   Yes.
13          Q.   And then you go on to say based
14  on your interpretation of the literature
15  that it's possible that glyphosate exposure
16  contributed to Mr. Koen's diagnosis of NHL;
17  is that right?
18          A.   That's correct.
19          Q.   So my question, Doctor, as we
20  sit here today, can you say one way or the
21  other whether glyphosate exposure caused --
22  causes non-Hodgkin's lymphoma?
23          A.   Well, I think the contemporary
24  literature is compelling, is suggestive
```

Michael Scola, M.D.

1   that glyphosate can be a variable promoting

2   the development of non-Hodgkin's lymphoma.

3   I don't know if anybody can say with

4   certainty the degree to which it might have

5   caused malignancy non-Hodgkin's lymphoma in

6   Mr. Koen, but there are, you know, unique

7   features of this case that would certainly

8   make one suspicious.

9        Q.   Okay.  So you, if I'm right,

10  you're saying it's possible that Mr. Koen's

11  NHL was caused in part by his exposure to

12  glyphosate, but you can't say for certain

13  with any degree of scientific certainty

14  whether it was or not?

15       A.   I don't -- I don't think we

16  have the tools to say that, but I think

17  given the unique aspects of Mr. Koen's

18  case, his exposure history, the nature of

19  his malignancy, and his younger age, very

20  dramatic exposure history, in light of the

21  prevailing literature that does suggest a

22  causative role, I am suspicious that there

23  was causative effect.

24       Q.   Okay.  I understand that.  I

Michael Scola, M.D.

```
1            Q.   So is the only variable that

2      you investigated, his exposure to Roundup?

3            A.   Well, yes, I mean, it's the

4      only variable that I explored in detail.

5            Q.   So there could be other and

6      likely are other variables that could have

7      contributed in part or as a whole to him

8      developing cancer, but you just haven't

9      looked into those or wouldn't know about

10     those?

11                    MS. NOLAN:   Objection to

12           the form.  Mischaracterizes the

13           earlier testimony.

14                    MR. GRAY:   You can

15           answer.

16                    THE WITNESS:  Yeah, I

17           think it's hard when you're talking

18           about many malignancies, including

19           non-Hodgkin's lymphoma, to ascribe

20           the diagnosis to any particular

21           variable.  So we try to formulate

22           an opinion, but there's not direct

23           cause and effect with most, most

24           forms of non-Hodgkin's lymphoma to
```

Michael Scola, M.D.

```
 1            a high degree.  So, although, it's

 2            important to try to identify these

 3            variables as part of our history,

 4            this type of malignancy,

 5            particularly the diffuse large

 6            B-cell subtype, typically doesn't

 7            have that sort of readily

 8            identifiable cause and effect the

 9            way some malignancies do.

10                      And in addition, it

11            doesn't tend to influence the way

12            we think about treatment in most

13            cases, again, talking primarily

14            about diffuse large B-cell

15            lymphoma.  So, although I think

16            it's important for understanding

17            the individual and trying to

18            understand the origins of his or

19            her malignancy, we don't tend to

20            spend a lot of time necessarily

21            dissecting, dissecting that aspect

22            of the patient's case.

23   BY MR. GRAY:

24            Q.   Okay.  I appreciate that.  I
```

Michael Scola, M.D.

```
 1          Q.   So that broad categorization,
 2   that's a tough word for me, that broad
 3   categorization, does that make NHL a fairly
 4   common type of cancer?
 5          A.   Yeah.  Yes, it is a common type
 6   of cancer.
 7          Q.   And Mr. Koen had -- this is
 8   actually a question I need to ask, so Mr.
 9   Koen had follicular lymphoma that
10   transformed into diffuse large B cell; is
11   that correct?
12          A.   So, that is the suspicion.  His
13   initial biopsy did show a higher grade,
14   more aggressive form of follicular
15   lymphoma.  My suspicion is that he had
16   diffuse large B-cell lymphoma very early on
17   in his treatment course and maybe even at
18   the time of diagnosis, just based on the
19   way he, the way he behaved and responded to
20   treatment.  But I believe, if I had to
21   speculate, and again, this is speculation,
22   he probably started out with a follicular
23   lymphoma, but very early on transferred to
24   diffuse large B cell.  But even from the
```

Michael Scola, M.D.

1    outset -- I'm sorry, he had a very, a very

2    aggressive form of follicular lymphoma,

3    which would have put him in a high risk of

4    this transformation.

5           Q.    But he's only had one disease,

6    he didn't have two different types of

7    cancer, right?

8           A.    It is one disease, but it's

9    sort of an evolution along the -- along a

10   trajectory, if you will, of degree of

11   aggressiveness and he sort of evolved along

12   that spectrum or along that trajectory.

13          Q.    Is follicular lymphoma a common

14   type of non-Hodgkin's lymphoma?

15          A.    It is.

16          Q.    What about DLBCL?

17          A.    Yes.

18          Q.    Where would you rank them on a

19   list of subtypes?

20          A.    Where would I rank them on the

21   list?

22          Q.    Yes, in terms of more common.

23          A.    Follicular lymphoma is the most

24   common low grade lymphoma and follicular is

Michael T. Scola, M.D.

1    glyphosate specifically to be a risk factor

2    for NHL generally?

3         A.    I think that the contemporary

4    data does certainly raise a suspicion that

5    exposure to this drug, particularly if it's

6    meaningful and substantial exposure, that

7    it can increase one's risk of non-Hodgkin's

8    lymphoma, particularly diffuse large B cell

9    or similarly aggressive subtypes.

10        Q.    There are plenty of patients

11   that you have with NHL that don't have any

12   of these identifiable risk factors, right?

13        A.    That's true.

14        Q.    I mean, would you agree that

15   the majority of people with non-Hodgkin's

16   lymphoma likely have no known risk factors

17   other than maybe age or gender?

18        A.    That's true.

19                    MS. NOLAN:   Object to

20         form.

21   BY MR. GRAY:

22        Q.    And also, there's plenty of

23   cases of people with NHL who don't even

24   have age or gender as a risk factor?

Michael Scola, M.D.

```
 1   symptoms, we're talking, we're talking

 2   about billions and billions of cells.  So

 3   to go from one cell to that requires a lot

 4   of doubling times.  Now, he had an

 5   aggressive lymphoma, so that cell was

 6   doubling at a fairly rapid rate.  If I had

 7   to speculate, I would say a year or more,

 8   you know, before he presented, somewhere

 9   around there.

10        Q.   Okay.  What is latency?

11        A.   What is latency?

12        Q.   Yes.

13        A.   As it applies to?

14        Q.   To cancer, like, to cancer

15   development.

16        A.   Well, I guess it's used in

17   various -- I mean, there's no fixed

18   definition for it, but I guess as it

19   applies to cancer -- I mean, there is no

20   real fixed oncologic term for latency.  But

21   latency is typically a period where disease

22   is not manifesting, but may still be

23   present.

24        Q.   Uh-huh.
```

Michael Scola, M.D.

1   transformation took place.  I suspect it

2   took place very early on, perhaps when he

3   initially presented, but we don't know

4   leading up to that time whether he had

5   follicular lymphoma or diffuse large B

6   cell, if he had follicular lymphoma, how

7   long that was sort of percolating in the

8   background.

9        Q.   And how long can follicular

10  percolate in the background, as you say?

11       A.   Like I said, decades.  It could

12  be present for decades.

13       Q.   Dr. Scola, was there anything

14  in Mr. Koen's medical records that led you

15  to determine that Roundup was a possible --

16  possibly contributed to him developing

17  lymphoma?

18       A.   Well, the two things that stood

19  out were the depth of exposure to Roundup.

20  It was more than just casual exposure.  The

21  fact that he had a more aggressive course.

22  So he had primary refractory disease.  He

23  really never went into a remission with

24  chemo.  You know, he is younger when he

Michael Scola, M.D.

1   presented and as we had discussed earlier,

2   lymphoma, in general, particularly the

3   non-Hodgkin's tends to increase the

4   incidence, tends to increase with age.  So

5   he was a younger guy, more aggressive, more

6   refractory lymphoma, and a substantial

7   Roundup exposure.

8        Q.   Okay.  And I understand that's

9   his, sort of his background and I'm asking

10  specifically about the medical records.

11  Was there a lab value or a test result or

12  something medically that you could point to

13  and say, oh, I see this here, that's how I

14  know this was -- his NHL was caused by

15  glyphosate?

16       A.   No.  Nothing of the sort

17  exists, to the best of my knowledge.

18       Q.   Right.  There's nothing

19  specific about any patient as far as in

20  their medical records that you can look at

21  to determine that their NHL was caused by

22  Roundup, correct?

23       A.   That's correct.

24       Q.   And there's no clinical feature

Michael Scola, M.D.

```
1    two, right?

2          A.    Not that I'm aware of, no.

3          Q.    So I'm curious what

4    specifically you did specific to Mr. Koen

5    to determine whether or not his NHL was

6    caused by Roundup.

7                    MS. NOLAN:   Object to

8          form.  Asked and answered.  He's

9          answered this question.

10                   THE WITNESS:   There's

11         nothing I did and there's no way

12         that I can conclude that Roundup

13         caused his lymphoma, but you know,

14         again, based upon his exposure

15         history and data that suggests a

16         potential causative effect, I

17         concluded that there's -- there is,

18         I think, beyond a reasonable doubt

19         speculation that it may have played

20         a role.

21    BY MR. GRAY:

22          Q.    Okay.  So there was no

23    scientific method that you followed to

24    reach that opinion?
```

Michael Scola, M.D.

1        A.   No.
2                    MS. NOLAN:  And Dr.
3           Scola, I don't know if there's a
4           way to position your camera so we
5           can see your face.
6                    THE WITNESS:  I
7           apologize.
8    BY MR. GRAY:
9        Q.   There we go.  That's good.  Do
10   you know what a Bradford Hill analysis is,
11   Doctor?
12       A.   No, I don't know much about it,
13   no.
14       Q.   And there is, does the term
15   "differential etiology" or "differential
16   diagnosis" mean anything to you?
17       A.   Yes, I mean, a differential
18   diagnosis are different possible causes for
19   a patient's presenting symptoms and signs.
20       Q.   And did you do a differential
21   for Mr. Koen?
22       A.   Well, no, I did not do a
23   differential.  I mean, it's something that
24   the original physician who assessed Mr.

Michael Scola, M.D.

```
 1    Koen would do, would generate a
 2    differential to potentially account for his
 3    symptoms, his presenting symptoms and sign,
 4    signs.
 5         Q.   Okay.  So as you're describing
 6    it, the differential diagnosis, it's to try
 7    to figure out what's causing a patient's
 8    symptoms, right?
 9         A.   That's correct.  That's the way
10    that term is typically used.
11         Q.   Okay.  And it is, for you, it's
12    not something that you would do to
13    determine the cause of someone's disease?
14         A.   No.  Particularly something for
15    non-Hodgkin's lymphoma where it's, you
16    know, perhaps hard to concretely identify a
17    cause and there's often not one cause, it's
18    not something we would do.
19         Q.   Did you determine an odds risk
20    for Mr. Koen?
21         A.   Odds risk of what outcome?
22         Q.   Of what was the risk of him
23    developing NHL due to his exposure of
24    Roundup.
```

Michael Scola, M.D.

```
1              form.  It's compound.
2                   MR. GRAY:  You can
3              answer, Doctor.
4                   THE WITNESS:  Well,
5              that's why I limited -- I really
6              limited the literature review to
7              the most contemporary studies,
8              those over the past few years and
9              without, you know, going back,
10             because I think things change and
11             things evolve and more data becomes
12             available and our ability to do
13             these statistical analyses
14             continues to improve.  So I really
15             limited my review to the past few
16             years.  I don't know if anybody can
17             purport to be an expert, certainly
18             I can't, given the limited time
19             frame in reviewing and digesting
20             the literature.  But I do spend a
21             lot of time reading journal
22             articles and I think I am pretty
23             savvy in going through the medical
24             literature.  So given the time
```

Michael Scola, M.D.

```
 1            constraints I had, I think I did a

 2            pretty good job of digesting,

 3            thinking about, and incorporating

 4            the contemporary literature on this

 5            matter.

 6   BY MR. GRAY:

 7        Q.   Right.  And by no means,

 8   Doctor, I'm not suggesting that you didn't

 9   do a good job or anything of the sort.  My

10   question, maybe it's a little different and

11   what I'm asking is, given the time

12   constraints that you've described to us, it

13   wasn't possible for you to fully review and

14   digest the body of literature on glyphosate

15   and NHL; is that fair to say?

16                 MS. NOLAN:  Object to

17            form.

18                 THE WITNESS:  No, I

19            would not purport to have digested

20            the body of literature on

21            glyphosate and NHL.

22                 MS. NOLAN:  Earlier, he

23            was trying to answer a question

24            about, I think, the Zhang or Zhang
```

Michael Scola, M.D.

1    reviewed those papers, the meta-analysis

2    papers, you did not review the primary

3    underlying studies, right?

4              MS. NOLAN:  Objection to

5         form.

6              THE WITNESS:  I did not,

7         no, I did not pull the various

8         case-control studies that were

9         referenced in the meta-analysis.  I

10        looked at a summary, a summary of

11        the case-control studies that

12        defines the population and the

13        conclusions, but I did not pull the

14        primary studies.

15   BY MR. GRAY:

16        Q.   Okay.  And, obviously, you're

17   not an epidemiologist, so you didn't do

18   your own epidemiological analysis, right?

19        A.   That's correct.

20        Q.   In your report, you note that

21   there was -- excuse me, you note a concern

22   over a link between NHL and cancer was

23   started by the IARC monograph in 2015; is

24   that right?

Michael Scola, M.D.

1    assessment looks at whether there's an

2    actual risk of the result at sort of

3    relevant exposure levels?

4         A.   I have to admit, I'm unaware of

5    the differences applied in that regard.

6         Q.   Okay.  Now, you're aware that

7    the -- well, let me back up and say what do

8    you understand that IARC determined from

9    its review of glyphosate?

10        A.   Well, the determination was

11   that there is a potential carcinogenic risk

12   to humans with exposure to this drug and it

13   was assigned a -- it was categorized

14   according to that risk as group 2A

15   suggesting a probable cause and effect.

16   With the caveats that are put forth here,

17   you know, based on limited human evidence.

18        Q.   Uh-huh.  You're aware that the

19   EPA has also reviewed glyphosate, right?

20        A.   Yes.

21        Q.   And are you aware that the EPA

22   has reviewed glyphosate several times since

23   IARC's 2015 publication?

24        A.   Yes.

Michael Scola, M.D.

1          Q.   Okay.  And you know what the

2    EPA has concluded?

3          A.   Yes, I do.

4          Q.   And what is that?

5          A.   That there is, in essence, no

6    harmful effect from exposure to glyphosate.

7          Q.   That it does not pose a

8    carcinogenic risk to humans, correct?

9          A.   Yes.

10          Q.   Have you reviewed any of the

11    EPA papers regarding glyphosate?

12          A.   Not in its entirety.  I

13    probably still would be reviewing it.

14          Q.   Okay.  I don't know if that

15    answered my question, Doctor.  Have you

16    reviewed any of the EPA's -- have you

17    looked at any of the EPA's reviews relating

18    to glyphosate?

19          A.   No.  I've looked at summaries

20    of the review, but I have not looked at the

21    primary document.

22          Q.   When you say you've looked at

23    summaries of the review, does that mean

24    you -- are you referring to the discussion

Michael Scola, M.D.

1    of the EPA's ruling that's in the papers

2    that you submitted to me?

3         A.    That's correct.

4         Q.    Now, you weren't with -- I

5    think you said you work with FDA as part of

6    your clinical trials, right?

7         A.    Well, yes, I mean, not directly

8    with the FDA, although certainly they have

9    oversight of all the clinical trials.

10         Q.    And it's fair, what I'm getting

11    at, Doctor, is you're familiar with the

12    prescription drug regulatory process to

13    some degree, right?

14         A.    Yes.

15         Q.    And you recognize that the FDA

16    is the body that's put in charge of

17    determining whether or not the drugs that

18    you're testing are safe for humans to use?

19         A.    That's correct.

20         Q.    And you understand that the

21    corollary to that is the EPA is tasked with

22    regulating and looking at the pesticide

23    chemicals and determining whether or not

24    they're safe to humans to use, right?

```
 1            Q.    So why didn't you -- you said

 2     you mentioned the EPA and IARC in your

 3     paper, right?

 4            A.    Yes.

 5            Q.    And because you mentioned IARC,

 6     you went and found the IARC document,

 7     looked through it, and submitted it, right?

 8            A.    That's correct.

 9            Q.    And I'm still trying to

10     understand why you didn't do the same with

11     the EPA.

12                       MS. NOLAN:   Objection.

13            Asked and answered.

14                       THE WITNESS:   I would

15            say it's an oversight, because I

16            did make reference to it.   I

17            certainly could have pulled it and

18            printed it and submitted it.

19     BY MR. GRAY:

20            Q.    Well, you also didn't even

21     review it at all, right?

22            A.    Well, again, I reviewed, I

23     reviewed other authors' review of it.   I

24     did not review the primary document.
```

Michael Scola, M.D.

1    his exposure to glyphosate contributed to

2    his development of his lymphoma.

3         Q.   You were asked about other risk

4    factors, including age; is that true?

5         A.   Yes.

6         Q.   And how old, how old was -- are

7    you aware of how old Brad Koen was when he

8    was diagnosed?

9         A.   He was 47 as of January 12,

10   2018.

11        Q.   Where does that put him on the

12   spectrum in terms of, is that old for --

13   does that put him kind of the older side of

14   the spectrum or where does that put him on

15   the spectrum in terms of risk of age in

16   contracting lymphoma?

17        A.   He would be younger than the

18   median age for individuals with diffuse

19   large B-cell lymphoma.  I mean, it is a

20   diagnosis of advancing age.  It's

21   exceedingly rare in children and teenagers

22   and even individuals in their twenties and

23   thirties.

24        Q.   You explained earlier that --

Michael Scola, M.D.

1    okay.  And you were asked about the risk

2    factor of obesity; is that correct?

3          A.   Yes, yes.

4          Q.   Okay.  And you did review the

5    medical records in their entirety, the ones

6    that were sent to you?

7                    MR. GRAY:  Objection,

8          leading.  You can answer.

9                    THE WITNESS:  Yeah, I

10         reviewed the records in detail,

11         yes.

12   BY MS. NOLAN:

13         Q.   Okay.  And you don't recall

14   seeing anything about that risk factor in

15   your review of the record?

16         A.   I don't recall.

17         Q.   And you explained earlier today

18   that you responded that there was a degree

19   of aggressiveness in how the disease

20   manifested for Mr. Koen.  Could you explain

21   that a little bit?

22         A.   Well, he should have gone into

23   remission and he should have stayed in

24   remission.  And if this was a higher grade

Michael Scola, M.D.

1    follicular or a diffuse large B-cell

2    lymphoma from the outset, he very well

3    could have been cured with his

4    chemotherapy.

5              If it was follicular, he

6    could have relapsed, but that relapse

7    typically comes late.  And most patients

8    with the highest grade follicular lymphomas

9    and diffuse large B cell are cured, so the

10   intent of chemotherapy was to cure him.

11   Not only was he not cured, but it looks

12   like he had primary refractory lymphoma.

13        Q.   Okay.  And you were asked

14   earlier today a question about the majority

15   of patients that you treat with lymphoma

16   don't have a series or don't have several

17   risk factors.  Do you recall a question

18   like that?

19        A.   I do.

20                  MR. GRAY:  Object to

21        form.

22   BY MS. NOLAN:

23        Q.   And isn't it true -- is that

24   true that the patients you generally see