# Exhibit 4(Exh.3) Dr. Scola's Deposition