Scott M. Hendler, Esq.
shendler@hendlerlaw.com
**HENDLER FLORES LAW, PLLC**
901 S. MoPac Expressway
Bldg. 1, Suite #300
Austin, Texas 78746
Telephone: (512) 439-3202
Facsimile: (512) 439-3201
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Bradley Koen*<br><br>*v.*<br><br>*Monsanto, Co.* | MDL NO. 2741<br><br>Master Docket Case No. 16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>Case No. 3:20-cv-03074-VC<br><br>**DECLARATION OF SCOTT M. HENDLER IN SUPPORT OF PLAINTIFF BRADLEY KOEN'S RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF EXPERTS MICHAEL FREEMAN AND MICHAEL SCOLA UNDER RULE 702** |

### DECLARATION OF SCOTT M. HENDLER

I, Scott M. Hendler, declare as follows:

1. I am an attorney at law admitted to practice *pro hac vice* before this Court in this MDL. I am an attorney with the law firm of Hendler Flores Law, PLLC, counsel of record for Plaintiff Bradley Koen in the above-referenced action. I am fully competent to make this Declaration in Support of Plaintiffs' Response in Opposition to Monsanto Company's Motion to Exclude

1

Plaintiff's Experts Dr. Freeman and Dr. Scola under Rule 702. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Dr. Michael Freeman's expert report in the above-captioned matter, dated June 30, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the first part of the deposition Dr. Michael Freeman taken August 17, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the second part of the deposition Dr. Michael Freeman taken August 25, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Dr. Michael Scola taken August 30, 2021.

6. Attached hereto as **Exhibit 4-Dep. Exh. 3** is a true and correct copy of the medical chronology document, which was Defendant's Exhibit 3 to the Deposition of Dr. Michael Scola taken August 30, 2021.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Dr. Michael Scola's expert report in the above-captioned matter, dated June 29, 2021.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 20, 2021 at Austin, Texas

                                           /s/ Scott M. Hendler
                                           Scott M. Hendler
                                           **HENDLER FLORES LAW, PLLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 20, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                          */s/ Scott M. Hendler*
                                                                          Scott M. Hendler