**LABLETTA & WALTERS LLC**
**Christian P. LaBletta, Esquire**
**clabletta@lablettawalters.com**
**200 Barr Harbor Drive, Suite 400**
**Conshohocken, PA 19428**
**Telephone:  (610) 828-3339**
**Facsimile:  (610) 828-3347**
**Attorney for Plaintiffs**

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP® PRODUCTS LIABILITY LITIGATION <br> _____ <br><br> *Vosper v. Monsanto Co.,* <br> 3:19-cv-05525-VC | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC <br><br> **DECLARATION OF CHRISTIAN P. LABLETTA IN SUPPORT OF PLAINTIFFS, IRA VOSPER AND ANDREA VOSPER'S, RESPONSE TO MONSANTO'S MOTION TO STRIKE PORTIONS OF SUPPLEMENTAL EXPERT REPORT OF DR. BARRY BOYD UNDER RULE 26(E)** |
|---|---|

## DECLARATION OF CHRISTIAN P. LABLETTA

I, Christian P. LaBletta, declare as follows:

1. I am an attorney at law admitted to practice *pro hac vice* before this Court in this MDL. I am an attorney with the law firm of LaBletta & Walters LLC, counsel of record for Plaintiffs, Ira and Andrea Vosper, in the above-referenced action. I am fully competent to make this Declaration in Support of Plaintiffs' Response to Defendant's Motion to Strike Portions of Supplemental Report of Dr. Boyd. Except where otherwise stated, I have personal knowledge of the following and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed October 21, 2021 at Conshohocken, Pennsylvania.

*/s/ Christian P. LaBletta*
**LABLETTA & WALTERS LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Christian P. LaBletta*