W. Edwards Muñiz
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
Telephone:	(813) 202-7100
Facsimile:	(813) 221-8837
wmuniz@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to:<br><br>*Rafat K. Ghaznavi v. Monsanto Company*<br>Case No.  3:21-cv-02706-VC | **NOTICE OF APPEARANCE OF W. EDWARDS MUÑIZ ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, W. Edwards Muñiz of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 25, 2021                                  Respectfully Submitted,

By:  */s/ W. Edwards Muñiz*
  W. Edwards Muñiz
  Florida Bar No.  0038573
  SHOOK, HARDY & BACON, L.L.P.
  100 N. Tampa Street, Suite 2900
  Tampa, FL 33602
  Telephone:	(813) 202-7100
  Facsimile:	(813) 221-8837
  wmuniz@shb.com

  *Attorney for Defendant*
  *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, W. Edwards Muñiz, hereby certify that, on October 25, 2021, I electronically filed NOTICE OF APPEARANCE OF W. EDWARDS MUÑIZ ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

       /s/ W. Edwards Muñiz
       W. Edwards Muñiz

*Attorney for Defendant*
*MONSANTO COMPANY*