Robert G. Rooney
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
rrooney@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF ROBERT G. ROONEY ON BEHALF OF MONSANTO COMPANY** |
| *Ada Cousar, et al. v. Monsanto Company* Case No. 3:20-cv-04212-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Robert G. Rooney of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 25, 2021                                  Respectfully Submitted,


By: */s/ Robert G. Rooney*
    Robert G. Rooney
    SHOOK, HARDY & BACON L.L.P.
    2555 Grand Blvd.
    Kansas City, MO 64108
    Phone: (816) 474-6550
    Fax: (816) 421-5547
    rrooney@shb.com

    *Attorney for Defendant*
    *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Robert G. Rooney, hereby certify that, on October 25, 2021 I electronically filed NOTICE OF APPEARANCE OF ROBERT G. ROONEY ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: October 25, 2021                          Respectfully submitted,

                                                 */s/ Robert G. Rooney*
Robert G. Rooney
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
rrooney@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*