Scott M. Hendler, Esq.
shendler@hendlerlaw.com
**HENDLER FLORES LAW, PLLC**
901 S. MoPac Expressway
Bldg. 1, Suite #300
Austin, Texas 78746
Telephone: (512) 439-3202
Facsimile: (512) 439-3201
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| | Case No. 3:20-cv-03074-VC |
| *Bradley Koen*<br><br>*v.*<br><br>*Monsanto, Co.* | **DECLARATION OF SCOTT M. HENDLER IN SUPPORT OF PLAINTIFF BRADLEY KOEN'S RESPONSE IN OPPOSITION TO MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT BASED ON TEXAS PRESUMPTION OF NO LIABILITY** |

### DECLARATION OF SCOTT M. HENDLER

I, Scott M. Hendler, declare as follows:

1. I am an attorney at law admitted to practice *pro hac vice* before this Court in this MDL. I am an attorney with the law firm of Hendler Flores Law, PLLC, counsel of record for Plaintiff Bradley Koen in the above-referenced action. I am fully competent to make this Declaration in Support of Plaintiffs' Response in Opposition to Monsanto Company's Motion for Summary Judgment Based on Texas Presumption of No Liability. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would

competently testify to the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the following paper: National Research Council, Committee on Ecological Risk Assessment under FIFRA and ESA, *Assessing Risks to Endangered and Threatened Species from Pesticides* (2013).

3. Attached hereto as **Exhibit B** is a true and correct copy of the following article: Caroline Cox & Michael Surgan, *Unidentified Inert Ingredients in Pesticides: Implications for Human and Environmental Health*, 114 Env't. Health Persp. 1803 (2006).

Executed on October 26, 2021 at Austin, Texas

                                          */s/ Scott M. Hendler*
                                          Scott M. Hendler
                                          **HENDLER FLORES LAW, PLLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 26, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                           /s/ *Scott M. Hendler*
                                                                           Scott M. Hendler