Lori M. McGroder
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
lmcgroder@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF LORI M. MCGRODER ON BEHALF OF MONSANTO COMPANY** |
| *Estate of James Koch by Administrator Diane Koch and Individually v. Monsanto Company* Case No. 3:21-cv-01212-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Lori M. McGroder of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 27, 2021                                    Respectfully Submitted,

                                    By: */s/ Lori M. McGroder*
                                        Lori M. McGroder
                                        SHOOK, HARDY & BACON L.L.P.
                                        2555 Grand Blvd.
                                        Kansas City, MO 64108
                                        Phone: (816) 474-6550
                                        Fax: (816) 421-5547
                                        lmcgroder@shb.com

                                        *Attorney for Defendant*
                                        *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

  I, Lori M. McGroder, hereby certify that, on October 27, 2021 I electronically filed NOTICE OF APPEARANCE OF LORI M. MCGRODER ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: October 27, 2021           Respectfully submitted,

                   */s/ Lori M. McGroder*
                   Lori M. McGroder
                   SHOOK, HARDY & BACON L.L.P.
                   2555 Grand Blvd.
                   Kansas City, MO 64108
                   Phone: (816) 474-6550
                   Fax: (816) 421-5547
                   lmcgroder@shb.com

                   *Attorney for Defendant*
                   *MONSANTO COMPANY*