1  Brian M. Lands
   SHOOK, HARDY & BACON L.L.P.
2  Two Commerce Square
   2001 Market Street, Suite 3000
3  Philadelphia, PA 19103
   Phone: (215) 278-2555
4  Fax: (215) 278-2594
   blands@shb.com
5
   *Attorney for Defendant*
6  *MONSANTO COMPANY*

7                **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
8

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | |
| *Hal Frank Wotitzky v. Monsanto Company* Case No.  3:19-cv-05336-VC | **NOTICE OF APPEARANCE OF BRIAN M. LANDS ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Brian M. Lands of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 27, 2021                                        Respectfully Submitted,

                                        By: */s/ Brian M. Lands*
                                            Brian M. Lands
                                            SHOOK, HARDY & BACON L.L.P.
                                            Two Commerce Square
                                            2001 Market Street, Suite 3000
                                            Philadelphia, PA 19103
                                            Phone: (215) 278-2555
                                            Fax: (215) 278-2594
                                            blands@shb.com

                                            *Attorney for Defendant*
                                            *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, Brian M. Lands, hereby certify that, on October 27, 2021 I electronically filed NOTICE OF APPEARANCE OF BRIAN M. LANDS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: October 27, 2021                     Respectfully submitted,

                                               /s/ Brian M. Lands
Brian M. Lands
SHOOK, HARDY & BACON L.L.P.
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 278-2555
Fax: (215) 278-2594
blands@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*