IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Isaac W. Goble, Jr. v. Monsanto Co.*, Case No. 3:20-cv-04648-VC | |

## NOTICE OF APPEARANCE

The undersigned notifies this Court, the parties, and their attorneys that he appears on behalf of Plaintiff in this lawsuit along with Chris Moore.

**RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS, LLC**

*s/Daniel Haltiwanger*
Daniel Haltiwanger (FBN: 7544)
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
T: (803) 281-8149
dan@richardsonthomas.com

*Attorney for Plaintiff*

Columbia, South Carolina
October 27, 2021