IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Christopher Morris v. Monsanto Co.*, <br> Case No. 3:20-cv-01957-VC | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |

## NOTICE OF APPEARANCE

The undersigned notifies this Court, the parties, and their attorneys that he appears on behalf of Plaintiff in this lawsuit along with Chris Moore.

                                                  **RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS, LLC**

                                                  *s/Daniel Haltiwanger*
                                                  Daniel Haltiwanger (FBN: 7544)
                                                  1513 Hampton Street, First Floor
                                                  Columbia, South Carolina 29201
                                                  T: (803) 281-8149
                                                  dan@richardsonthomas.com

                                                  *Attorney for Plaintiff*

Columbia, South Carolina
October 27, 2021