Sarah Lynch
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
slynch@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF SARAH LYNCH ON BEHALF OF MONSANTO COMPANY** |
| *Christopher White. v. Monsanto Company* Case No. 3:20-cv-04843-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Sarah Lynch of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 28, 2021                                  Respectfully Submitted,

                                        By: */s/ Sarah Lynch*
                                            Sarah Lynch
                                            SHOOK, HARDY & BACON L.L.P.
                                            2555 Grand Blvd.
                                            Kansas City, MO 64108
                                            Phone: (816) 474-6550
                                            Fax: (816) 421-5547
                                            slynch@shb.com

                                            *Attorney for Defendant*
                                            *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Sarah Lynch, hereby certify that, on October 28, 2021 I electronically filed NOTICE OF APPEARANCE OF SARAH LYNCH ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: October 28, 2021                          Respectfully submitted,

                                                          */s/ Sarah Lynch*
Sarah Lynch
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
slynch@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*