**David J. Diamond (AZ 010842)**
**DIAMOND LAW, PLLC**
**1700 E. River Road, #65237**
**Tucson, AZ 85728**
**P: (520) 497-2672**
**F: (520) 448-4466**
ddiamond@diamondlawusa.com
khampton@diamondlawusa.com

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Otis Lindell Chapman and Kim Chapman | Case No. 3:20-cv-01277 |
|   v. | |
| Monsanto Company | |

**PLAINTIFF OTIS LINDELL CHAPMAN'S OPPOSITION TO MONSANTO'S MOTION [Doc. 13777] TO EXCLUDE TESTIMONY OF CLAYTON SMITH, M.D.**

Plaintiff opposes Monsanto's Motion to Exclude Testimony of Specific Causation Expert Clayton Smith, M.D.[1] Beyond Monsanto's general arguments regarding general causation studies and idiopathy addressed in numerous Wave Plaintiffs' briefs, and rebutted in Plaintiffs' joint opposition brief referenced

---

[1]     With respect to any of Monsanto's arguments pertaining to all Wave Plaintiffs, Chapman adopts the Joint Response In Opposition To *The General Issues Raised* In Monsanto Company's Motion To Exclude Testimony Of Specific Causation Experts Charalambos Andreadis, **Clayton Smith**, Edwin Alyea, Barry Boyd, Lauren Pinter-Brown, Ron Schiff, And Brent Staggs in Wave One Cases On *Daubert* Grounds (bold added) (ECF 8012), and the arguments and authority addressed in Bellwether & Wave Plaintiffs' Responses In Opposition to Monsanto Company's Specific Causation, *Daubert* and Summary Judgment Motions.

---

**PLAINTIFF OTIS LINDELL CHAPMAN'S OPPOSITION TO MONSANTO'S MOTION [DOC. 13777] TO EXCLUDE TESTIMONY OF CLAYTON SMITH, M.D. – 3:20-CV-01277**

1  and adopted in footnote 1 hereto, Monsanto asserts the following as grounds to strike the testimony of Mr.

2  Chapman's specific causation expert, Dr. Smith: (1) Dr. Smith didn't rule in Mr. Chapman's 5-year *post*

3  NHL diagnosis of basal cell carcinoma as a cause of Mr. Chapman's NHL (Monsanto's Motion at pp. 2-

4  3); (2) Dr. Smith did not discuss Mr. Chapman's current age of 76 (Motion at p. 7) in his analysis (though

5  Monsanto fails to mention that Mr. Chapman was 58 when first diagnosed with NHL); (3) Monsanto

6  doesn't like Dr. Smith differential etiology/diagnosis (Monsanto's Motion at pp. 3-4); (4) Monsanto

7  disagrees with Dr. Smith ruling in Roundup as a cause of Mr. Chapman's NHL (Monsanto's Motion at

8  pp. 5-7); and (5) Monsanto doesn't think Dr. Smith properly assessed alternative causes of Mr. Chapman's

9  NHL (Monsanto's Motion at pp. 7-9). Monsanto made similar arguments when trying to exclude Dr.

10 Smith's specific causation opinions in Jaime Alvarez Calderon's Wave One case. As Monsanto position

11 was then, it is without merit now.

12

13 **1.      Monsanto's claim that Dr. Smith didn't rule in Mr. Chapman's 5-year *post* NHL diagnosis of basal cell carcinoma as a cause of Mr. Chapman's NHL is nonsensical.**

14

15          Mr. Chapman was diagnosed with NHL in 2003 when he was 58 years old. Five years later, in

16 2008, he was diagnosed with his first basal cell carcinoma. Monsanto fails to mention that Dr. Smith

17 testified:

18

19          It could be that you have inborn genetic changes that predispose you to multiple cancers,
           but it could also be that CLL/SLL affects the immune system and the immune system keeps
20         these kind of skin cancers in check and when the immune system isn't working or some
           combination of those or any number of other explanations.
21

22 Smith Deposition attached in **Exhibit 1** at 37:16-22. In any event, Dr. Smith was asked only to opine of

23 the specific causation of Mr. Chapman's NHL. He was not asked to research or opine on specific causation

24 relating Mr. Chapman's basal cell carcinomas, the first of which was diagnosed five years after Mr.

25 Chapman's NHL diagnosis.

26 _____

27 **PLAINTIFF OTIS LINDELL CHAPMAN'S OPPOSITION TO MONSANTO'S MOTION [DOC. 13777] TO EXCLUDE TESTIMONY OF CLAYTON SMITH, M.D. – 3:20-CV-01277**

28

**2.     Monsanto's claim that Dr. Smith failed to reliably consider and rule out other potential causes of NHL ignores the facts and amounts to little more than it doesn't like his opinion that Roundup is a cause of Mr. Chapman's NHL.**

Clayton Smith, M.D.'s report is attached in **Exhibit 2** hereto. Like he did in the Wave One Alvarez case, he used a differential diagnosis/etiology in order rule in and out factors and conclude that exposure to glyphosate was a cause of Mr. Chapman's NHL. As this Court noted in PTO 85, this is a proper analysis:

> A differential diagnosis is simply a framework for identifying the most probable cause of a disease. [FN Omitted] *See Wendell v. GlaxoSmithKline LLC*, 858 F.3d 1227, 1234 (9th Cir. 2017). To conduct a differential diagnosis, a physician "rules in" all potential causes of a disease, "rules out" those for "which there is no plausible evidence of causation, and then determines the most likely cause among those that cannot be excluded." *Id.* The Ninth Circuit has repeatedly approved the use of a differential diagnosis under *Daubert*, provided, of course, that it is applied reliably. *See Clausen v. M/V New Carissa*, 339 F.3d 1049, 1057 (9th Cir. 2003).

PTO 85 at pp. 1-2. As the Court can see from Dr. Smith's report, this is exactly what he did.

As detailed in his report (**Exhibit 2** hereto) and CV **(Exhibit 3** hereto) Dr. Smith is a board-certified Hematologist with over 30 years of research and clinical experience. He is the Director of the Blood Disorders and Cellular Therapies Center at UCHealth in Denver, Colorado, and the Associate Chief of the Division of Hematology at the University of Colorado, School of Medicine.

As more fully detailed in **Exhibit 2**, Dr. Smith performed a differential etiology. He addressed Mr. Chapman's medical history, his history of exposure to Roundup, and his NHL/SLL risk factors. He also addressed and excluded other potential causes for NHL/SLL, the studies and literature, and Roundup as a causative agent in Mr. Chapman's NHL/SLL. After doing so, he concluded:

> Mr. Chapman has been exposed to Roundup/glyphosate in a manner and magnitude that fits within the published epidemiologic literature and studies where causation and an association between NHL and glyphosate have been demonstrated. Particularly compelling is his extensive history of repeated Roundup/glyphosate topical and oral exposures over a long period of time and the absence of other factors predisposing Mr. Chapman to developing SLL. After examining the different potential etiologies of what caused Mr.

---

**PLAINTIFF OTIS LINDELL CHAPMAN'S OPPOSITION TO MONSANTO'S MOTION [DOC. 13777] TO EXCLUDE TESTIMONY OF CLAYTON SMITH, M.D. – 3:20-CV-01277**

1
2

Chapman' NHL, I conclude, to a reasonable degree of medical certainty, that his exposure to Roundup was a substantial factor in causing his SLL.

3

**Exhibit 2**, Smith Report at p. 8.

4

As his Reports shows, Dr. Smith relied on his clinical experience, review of a plaintiff's medical

5

records, and evaluation of the general causation evidence and then ruled in and ruled out potential causes

6

of Mr. Chapman's NHL. Based upon the evidence, he concluded to a reasonable degree of medical

7

certainty that Roundup was a substantial factor in causing Mr. Chapman's NHL.  In sum, he reliably

8

applied the principals and methods to the facts.

9

10

In PTO 85 this Court wrote:

11

It is sufficient for a qualified expert, in reliance on his clinical experience, review of a
plaintiff's medical records, and evaluation of the general causation evidence, to conclude
that an' obvious known risk factor[]' is the cause of that plaintiff's disease." *See Wendell*,
858 F.3d at 1235. Here, the specific causation experts did that. Relying on the plaintiffs'
admissible general causation opinions – which assert a robust connection between
glyphosate and NHL – the experts concluded that glyphosate was a substantial factor in
causing the plaintiffs' NHL.

12
13
14

15

PTO 85 at pp. 5-6.

16

Dr. Smith is a qualified expert based upon his education, experience and training. As his Report

17
18

and deposition testimony show, he relied upon his clinical experience, his review of Mr. Chapman's

19

medical records, and the general causation evidence. In doing so, he ruled out multiple other potential

20

causes and ruled in Mr. Mr. Alvarez' significant exposure to Roundup as a substantial factor in causing

21

Mr. Chapman's NHL. Monsanto's assertion that he "failed to reliably consider and rule out other potential

22

causes of NHL" is far off base.

23
24
25
26
27

**PLAINTIFF OTIS LINDELL CHAPMAN'S OPPOSITION TO MONSANTO'S MOTION [DOC. 13777] TO EXCLUDE TESTIMONY OF CLAYTON SMITH, M.D. – 3:20-CV-01277**

28

4

Like in Mr. Alvarez' Wave One case, Monsanto also argues that Dr. Smith did not consider alternative causes of Mr. Chapman's NHL. Like its other arguments, Monsanto is far off base here, as well. In his report, Dr. Smith a topic 11, provides:

> Exclusion of Potential Causative Factors for SLL in Mr. Chapman**:** To thoroughly exclude any of the usual risks for NHL or any of the suspected associations in CLL/SLL as potential causes of Mr. Chapmans NHL, I have reviewed Mr. Chapman's medical history and have concluded the following:
> 1.      Mr. Chapman does not have a family history of non-Hodgkin lymphoma or related cancers including CLL or SLL. This makes family history or genetics an unlikely contributing factor to the cause of his SLL.
> 2.      Mr. Chapman does not have a radiation exposure history so this cannot be considered as a contributing factor to the cause of his SLL.
> 3.      Mr. Chapman does not have a history of exposure to agent orange or pesticides and herbicides outside of Roundup and so these can be excluded.
> 4.      Mr. Chapman has not lived on a farm, so this is excluded as well.
> 5.      Mr. Chapman does not have a history of a weakened immune system from HIV infection, congenital disorders, or a wide variety of medical treatments for autoimmune diseases or organ transplant so this cannot be considered as a contributing factor to the cause of his SLL.
> 6.      Mr. Chapman does not have a prior history of autoimmune diseases and so this can be excluded.
> 7.      Mr. Chapman does not have a smoking history so this can be excluded.
> 8.      Mr. Chapman does not have a history of infections that cause chronic immune stimulation including Hepatitis B, Hepatitis C, and HTLV-1, so these can be excluded.
> 9.      Mr. Chapman does not have breast implants so this can be excluded as a factor contributing to the cause of his NHL.
> 10.     Mr. Chapman is not obese so this cannot be considered as a contributing factor to the cause of his NHL.

**Exhibit 2**, Smith Report at p. 6.

Monsanto also attempts to attack the studies Dr. Smith relies upon by cherry picking snippets of the studies and Dr. Smith's testimony relating to the term "statistical significance." Motion at p. 6. Dr. Smith addressed this in his deposition:

> Q. Your opinions in this case, what are they based upon?
> A. . . . I will try not to be too expansive, but it goes back to this issue of what is the weight of the data, and the standard that was posed to me is in my medical opinion, to the that I

---

**PLAINTIFF OTIS LINDELL CHAPMAN'S OPPOSITION TO MONSANTO'S MOTION [DOC. 13777] TO EXCLUDE TESTIMONY OF CLAYTON SMITH, M.D. – 3:20-CV-01277**

can come up with that opinion, do I think this is likely to be an etiologic agent in lymphoma in general and is SLL in particular. And in order to make that opinion, I put together all of the epidemiology, all of which again, I consider to be flawed to some extent, but I would look at – to me, the most effective way to look at it is not to cherry-pick individual studies, each of which is flawed in many ways, many of which are flawed by too few patients or many ways but to look at them in aggregate, and the most compelling epidemiologic evidence I have seen are these forest plots, if I can show you the paper you showed me of Chang, et al.; and if you look at these, virtually every single study is on the side of positivity. And when you put all of those together, yes, you can cherry-pick each individual study and say, "Well they did not reach, quote-unquote, statistical significance," which I've already suggested to you I think is a misleading concept, but when you look at all of them, the chances that all of them would be on the side of a positive impact on the rate and the odds of developing lymphoma I think seem quite small. If you combine that with the evidence in the lab that says it's genotoxic, creates DNA damage, which you also pointed out is causative for lymphoma, it causes oxidative stress in a number of systems. Oxidative stress is known to produce a lot of compounds inside cells that further damage DNA and further damage other processes and molecules within cells that lead to cancer. If you look at the wide range of evidence in biologic systems that it causes biologic properties . . . . So when you ask, after you've nicely cherry-picked a few studies which have shown no statistically significant association, why would I believe it is associated, it's because all of this in aggregate together that I think – again for me, I'm asked this all the time in my medical practice to make decisions for which the data is not as full as I would like it to be. There's some data that's very, very clear . . . and then there is some data that I have to use my best judgment to the best of my – to reach what I believe is a medically valid opinion; and that's what I would say I've come to with glyphosate. I think it is the aggregate data that biologic, epidemiologic, and then essentially just . . . common sense.

Smith Depo at 142:11-145:9. Dr. Smith also testified in his deposition, like in his Report, that to a reasonable degree of medical certainty Mr. Chapman's use of Roundup was a causative factor in Mr. Chapman developing NHL. Smith Depo, attached in **Exhibit 1**, at 133:17-21.

Monsanto's own specific causation expert, Timothy Fenske, M.D., unlike Dr. Smith, does not bother with a differential diagnosis/etiology and simply provides a general causation opinion:

it is my professional opinion that the weight of the human, animal, and *in vitro* evidence (with appropriate extra weight and consideration being put on the human evidence of clinical outcomes) **suggests no significant association between the Roundup formulation of glyphosate and subsequent development of non-Hodgkin lymphom**a. Moreover, even in studies that do report an association, the association is small,

---

**PLAINTIFF OTIS LINDELL CHAPMAN'S OPPOSITION TO MONSANTO'S MOTION [DOC. 13777] TO EXCLUDE TESTIMONY OF CLAYTON SMITH, M.D. – 3:20-CV-01277**

1
2

inconsistent, and potentially due to confounding and/or bias. As a result, the totality of the data does not support the conclusion that Roundup is a cause of non-Hodgkin lymphoma.

3

Fenske Report at p. 22 attached in **Exhibit 4** hereto (bold added). Similarly, Dr. Slack states

4
5

As referenced above, the data available regarding formulated glyphosate do not provide evidence for a compelling association with NHL overall or with small lymphocytic lymphoma in particular.

6
7
8
9
10

**Exhibit 5**, Slack Report at p. 17. To the extent that the Reports of Monsanto's Specific Causation Experts, Dr. Fenske and Dr. Slack, simply echo Monsanto's general causation experts, Plaintiff Chapman contemporaneously has filed a Motion to Strike their general causation opinions which do little more than give Monsanto two bites at the general causation apple.

11

**3.**     **Conclusion**.

12
13

For the reasons addressed above, it is respectfully requested that Monsanto's Motion be denied with respect to Dr. Smith.

14

Dated this 28th day of October, 2021.

15

Respectfully Submitted,

16
17
18
19
20

*/s/ David J. Diamond*
David J. Diamond (AZ 010842)
DIAMOND LAW, PLLC
1700 E. River Road, #65237
Tucson, AZ 85728
P: (520) 497-2672
F: (520) 448-4466
ddiamond@diamondlawusa.com

21

*Attorney for Plaintiffs*

22
23
24
25
26
27
28

**PLAINTIFF OTIS LINDELL CHAPMAN'S OPPOSITION TO MONSANTO'S MOTION [DOC. 13777] TO EXCLUDE TESTIMONY OF CLAYTON SMITH, M.D. – 3:20-CV-01277**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on October 28, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

PLAINTIFF OTIS LINDELL CHAPMAN'S OPPOSITION TO MONSANTO'S MOTION [DOC. 13777] TO EXCLUDE TESTIMONY OF CLAYTON SMITH, M.D. – 3:20-CV-01277

8