# EXHIBIT 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3   IN RE:  ROUNDUP PRODUCTS       )  MDL No. 2741
     LIABILITY LITIGATION           )
 4                                  )  Case No.
                                    )  3:16-md-02741-VC
 5   This document relates to:      )
                                    )
 6   Chapman, et al. v.             )
     Monsanto Company               )
 7   Case No. 3:20-cv-01277-VC      )

 8   _____

 9

10                    VIDEO DEPOSITION OF

11                    CLAYTON SMITH, M.D.

12                       JULY 26, 2021

13   _____

14

15

16

17

18

19

20

21

22

23

24

25   Job No. 28119
```

```
 1   you might look more carefully for skin cancers in
 2   someone --
 3          A.   Yes.
 4          Q.   -- with a history of SLL or CLL; is that
 5   right?
 6          A.   Yes.
 7          Q.   Okay.  And I think the last thing that
 8   you said is the basis for that association is
 9   currently unclear, right?
10          A.   To me, it is, yeah.
11          Q.   We can't really say -- or you can't say
12   sitting here whether that's due to impaired DNA
13   repair, immunosenescence in these individuals, or some
14   other genetic defect over time that manifests in
15   multiple cancers?
16          A.   Correct.  It could be that you have
17   inborn genetic changes that predispose you to multiple
18   cancers, but it could also be that CLL/SLL affects the
19   immune system and the immune system keeps these kind
20   of skin cancers in check and when the immune system
21   isn't working or some combination of those or any
22   number of other explanations.
23          Q.   What kind of errors of inborn -- what
24   was the term that you used?
25          A.   Just inborn genetic predispositions to
```

```
 1                MS. ROSS:  Dr. Smith, those are all of
 2   the questions I have for you pending questions from
 3   your counsel.
 4                MR. DIAMOND:  I have just a few.
 5                THE DEPONENT:  Sure.
 6                       EXAMINATION
 7   BY MR. DIAMOND:
 8        Q.   We can probably just plow through them
 9   in a few minutes, but if you want to take a break, we
10   can also take a break.
11        A.   No, no, I'd love to keep going, get back
12   to work.
13        Q.   Has anything that's been discussed today
14   other than maybe a typo, correction in your report
15   changed any of your opinions in your report?
16        A.   No.
17        Q.   All right.  And so it's still your
18   opinion to a reasonable degree of medical certainty
19   that Mr. Chapman's use of Roundup was a causative
20   factor in his developing NHL or SLL?
21        A.   Yes.
22        Q.   Okay.  In your report, you talk about
23   prognosis for people diagnosed with SLL, and you
24   discussed that in your deposition today.  Is what you
25   discussed about the prognosis, is that also -- I'm
```

```
 1            Q.   Are you offering any opinions about the
 2   marketing of Roundup?
 3            A.   I am not.
 4            Q.   I think that you said that was outside
 5   of your expertise as a medical doctor; is that right?
 6            A.   Correct.
 7            MS. ROSS:   Thank you, Dr. Smith.
 8            MR. DIAMOND:   Just one last thing.
 9                 FURTHER EXAMINATION
10   BY MR. DIAMOND:
11            Q.   Your opinions in this case, what are
12   they based upon?
13            A.   So, so that is a very good question, and
14   I will try not to be too expansive, but it's -- again,
15   it goes back to this issue of what is the weight of
16   data, and the standard that was posed to me is in my
17   medical opinion, to the best that I can come up with
18   that opinion, do I think this is likely to be an
19   etiologic agent in lymphoma in general and in SLL in
20   particular.  And in order to make that opinion, I put
21   together all of the epidemiology, all of which, again,
22   I consider to be flawed to some extent, but I would
23   look at -- to me, the most effective way to look at it
24   is not to cherry-pick individual studies, each of
25   which is flawed in many ways, many of which are flawed
```

1  by too few patients or many ways, but to look at them
2  in aggregate, and the most compelling epidemiologic
3  evidence I have seen are these forest plots, if I can
4  show you the paper you showed me of Chang, et al.; and
5  if you look at these, virtually every single study is
6  on the side of positivity.  And when you put all of
7  those together, yes, you can cherry-pick each
8  individual study and say, "Well, they did not reach,
9  quote-unquote, statistical significance," which I've
10  already suggested to you I think is a misleading
11  concept, but when you look at all of them, the chances
12  that all of them would be on the side of a positive
13  impact on the rate and the odds of developing lymphoma
14  I think seem quite small.
15          If you combine that with the evidence in
16  the lab that says it's genotoxic, creates DNA damage,
17  which you also pointed out is causative for lymphoma,
18  it causes oxidative stress in a number of systems.
19  Oxidative stress is known to produce a lot of
20  compounds inside cells that further damage DNA and
21  further damage other processes and molecules within
22  cells that lead to cancer.  If you look at the wide
23  range of evidence in biologic systems that it causes
24  biologic properties, and then I think there's just
25  sort of a common sense aspect of it which says if

1  you're exposed for a long time at high level to
2  compounds that have these biologic effects, I think
3  it's quite likely that over time they will cause
4  something bad to happen, which can lead to cancer.
5           I think the other thing is that,
6  particularly with Mr. Chapman, I think there must be
7  some association with how much in the length of
8  exposure and the lag time.  I just think it's quite
9  likely that people -- I'm hoping I'm one of them --
10 that did not have much exposure to Roundup, our
11 chances of getting cancer from that are low.  Whereas
12 someone who's constantly spraying it, it's getting on
13 their body, they're doing this on large spreads of
14 property year over year, I think that raises the risk.
15 And I don't think that type of duration and extent of
16 exposure are very well captured.  It is in some of the
17 epidemiologic studies, but not in all of them.
18           So when you ask, after you've nicely
19 cherry-picked a few studies which have shown no
20 statistically significant association, why would I
21 believe it's associated, it's because all of this in
22 aggregate together that I think -- again, for me, I'm
23 asked all the time in my medical practice to make
24 decisions for which the data is not as full as I would
25 like it to be.  There's some data that's very, very

1  clear.  I'm not going to get into COVID and all
2  because that's contentious, but there's some data
3  that's extremely clear, and then there's some data
4  that I have to use my best judgment to the best of
5  my -- to reach what I believe is a medically valid
6  opinion; and that's what I would say I've come to with
7  glyphosate.  I think it's the aggregate data that's
8  biologic, epidemiologic, and then essentially just,
9  you know, I think some common sense.
10             MR. DIAMOND:  I'm sorry.
11        A.   Sorry.  I went on too long.
12        Q.   (BY MR. DIAMOND)  Only because -- I'm
13  not going to ask you a lot of questions in follow-up
14  to THAT.  You may get asked some.
15        A.   If I could just say this:  When I
16  started reading about this and learning about this, I
17  went to my garage and threw away my Roundup.
18        Q.   Let me -- in addition to all the
19  literature that you've reviewed, I guess it's also
20  fair to say that your opinions are based upon your
21  education, correct?
22        A.   As being?
23        Q.   Your education plays into --
24        A.   Supined?
25        Q.   I'm sorry.  Let me start again.  Your