**David J. Diamond (AZ 010842)**
**DIAMOND LAW, PLLC**
**1700 E. River Road, #65237**
**Tucson, AZ 85728**
**P: (520) 497-2672**
**F: (520) 448-4466**
ddiamond@diamondlawusa.com
khampton@diamondlawusa.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Otis Lindell Chapman and Kim Chapman | Case No. 3:20-cv-01277 |
| v. | |
| Monsanto Company | |

**PLAINTIFF OTIS LINDELL CHAPMAN'S OPPOSITION TO MONSANTO'S MOTION [MDL Doc. 13779] TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER**

In response to Monsanto's Motion to Exclude Testimony of Plaintiff Chapman's Expert, William Sawyer (MDL Doc. 13779), and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon, but in order to fully preserve the record, Plaintiff Chapman states as follows:

- That Dr. Sawyer is complying with the Court's Order, MDL Doc. 9142, filed 01/22/20.[1] Dr. Sawyer's Report for the Chapman case is attached hereto in **Exhibit 1**.

---

[1] The Court stated: "Because Sawyer will not offer an opinion on general causation or differential diagnosis, it follows that he may not opine that a plaintiff's "exposure to Roundup was sufficient to cause NHL." On the other hand, to the extent Sawyer has offered an opinion on a particular plaintiff's level of exposure or rate of absorption, it would be permissible for that plaintiff's counsel to ask Sawyer to assume that a particular exposure or absorption level creates an NHL risk based on other experts' testimony, and then asked if the particular plaintiff exceeded that exposure or absorption level."

**PLAINTIFF OTIS LINDELL CHAPMAN'S OPPOSITION TO MONSANTO'S MOTION [MDL DOC. 13779] TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER – 3:20-CV-01277**

- That Plaintiff Chapman hereby incorporates the following pleadings:
    - Plaintiff's Opposition to Exclude Testimony of William Sawyer Under Rule 702 (Doc. 14054, filed 10/19/21)
    - Plaintiffs' Response to Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds (ECF #8342).
    - Plaintiffs' Response to Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds (ECF #8692).
    - Any other Plaintiffs' Responses to Monsanto's Motions to Exclude Testimony of Dr. Sawyer.

The jury should decide whether Otis Lindell Chapman proves by a preponderance of evidence that his exposure to Roundup was a substantial factor in causing his NHL. Mr. Chapman's exposure and how Roundup permeated his body are essential questions that Dr. Sawyer answers as an expert toxicologist.

For the foregoing reasons, Monsanto's Motion to Exclude Dr. Sawyer's Testimony should be denied, and the jury permitted to hear this important testimony as have other juries.

Dated this 28th day of October, 2021.

Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond (AZ 010842)
DIAMOND LAW, PLLC
1700 E. River Road, #65237
Tucson, AZ 85728
P: (520) 497-2672
F: (520) 448-4466
ddiamond@diamondlawusa.com

*Attorney for Plaintiffs*

---

**PLAINTIFF OTIS LINDELL CHAPMAN'S OPPOSITION TO MONSANTO'S MOTION [MDL DOC. 13779] TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER – 3:20-CV-01277**

**CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on October 28, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                              */s/ David J. Diamond*
                                              David J. Diamond

---

**PLAINTIFF OTIS LINDELL CHAPMAN'S OPPOSITION TO MONSANTO'S MOTION [MDL DOC. 13779] TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER – 3:20-CV-01277**