**David J. Diamond (AZ 010842)**
**DIAMOND LAW, PLLC**
**1700 E. River Road, #65237**
**Tucson, AZ 85728**
**P: (520) 497-2672**
**F: (520) 448-4466**
ddiamond@diamondlawusa.com
khampton@diamondlawusa.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | Honorable Vince Chhabria |
| Otis Lindell Chapman and Kim Chapman | Case No. 3:20-cv-01277 |
| v. | |
| Monsanto Company | |

**PLAINTIFF CHAPMAN'S RESPONSE TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT BASED UPON TEXAS PRESUMPTION OF NO LIABILITY**

In response to Monsanto's Motion for Summary Judgment Based Upon Texas Presumption of No Liability (Doc. 14, filed 9/21/21), Plaintiff Chapman hereby incorporates the following pleadings and respectfully requests the Court to deny Monsanto's Motion for the reasons addressed therein:

- Plaintiff Denkin's Response to Monsanto Company's Motion for Summary Judgment Based Upon Texas Presumption of No Liability (MDL Doc. 13911, filed 10/5/21),

- Plaintiff Blair's Response to Monsanto Company's Motion for Summary Judgment Based Upon Texas Presumption of No Liability (MDL Doc. 13929, filed 10/6/21),

---

**PLAINTIFF OTIS LINDELL CHAPMAN'S RESPONSE TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT BASED UPON TEXAS PRESUMPTION OF NO LIABILITY – 3:20-CV-01277**

- Plaintiff Garza's Response to Monsanto Company's Motion for Summary Judgment Based Upon Texas Presumption of No Liability (MDL Doc. 13909, filed 10/5/21),

- Plaintiff Koen's Response to Monsanto Company's Motion for Summary Judgment Based Upon Texas Presumption of No Liability (MDL Doc. 14089, filed 10/26/21), and

- Any other Plaintiffs' Responses to Monsanto's Texas Presumption Motion not specifically listed herein.

Dated this 28th day of October, 2021.

Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond (AZ 010842)
DIAMOND LAW, PLLC
1700 E. River Road, #65237
Tucson, AZ 85728
P: (520) 497-2672
F: (520) 448-4466
ddiamond@diamondlawusa.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on October 28, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

---

**PLAINTIFF OTIS LINDELL CHAPMAN'S RESPONSE TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT BASED UPON TEXAS PRESUMPTION OF NO LIABILITY – 3:20-CV-01277**