# EXHIBIT 3

**Chapman v. Monsanto-Expert Report of Clayton Smith, M.D.**

**1.     Background and Qualifications:** I am a board-certified Hematologist with over 30 years of experience in caring for persons with a range of blood cancers including lymphoma, leukemia, myeloma, and others.  For the past 9 years I have been the Director of the Blood Disorders and Cellular Therapies Center at UCHealth in Denver, Colorado, a Professor at the University of Colorado and the Associate Chief of the Division of Hematology at the University of Colorado School of Medicine.  Prior to this position, I have had faculty and leadership positions at the University of Pittsburgh Medical Center, the Leukemia/BMT Program of British Columbia in Vancouver, Moffitt Cancer Center, and Duke University.  I received fellowship training in Malignant Hematology at Sloan Kettering Cancer Center in New York and additional fellowship training in blood and marrow transplant (BMT) at Stanford University.  My initial medical training was at Southwestern Medical School and Parkland Hospital in Dallas, Texas as well as NY Hospital/Cornell Medical Center in New York.

During the course of my career, I have cared for thousands of blood cancer patients including at least hundreds of patients with a wide range of lymphomas in both the outpatient and inpatient setting. For lymphoma patients I have overseen both diagnostic and follow up studies as well a range of patient treatments including chemotherapy, targeted agents, blood and marrow transplants and CAR T-cells. As part of my current duties, I oversee the clinical lymphoma programs at the University of Colorado as well as provide mentorship to the 4 physicians at the University of Colorado whose academic and clinical careers are devoted primarily to the field of lymphoma.

In addition to my clinical and administrative duties, I have >30 years of laboratory and clinical research experience, have participated in or led dozens of clinical trials and for the last 15 years, have overseen 3 clinical trials units at major blood cancer centers in the US and Canada.  I have published ~150 scientific manuscripts, have submitted and/or received multiple patents on innovations in blood cancer care, received multiple grants and spoken at dozens of national and international conferences (see attached CV). During the course of this work, I have served as a peer reviewer for dozens of grant review panels and scientific journals.  For the last decade, I have also been spearheading efforts to advance and integrate computational and informatics efforts with genetic and biologic analysis of blood cancers in order to develop individualized treatment recommendations.  This is a new field termed precision medicine that will hopefully lead to more effective and less toxic treatments.  For the past year, I have also served as the Medical Director for the Innovations Centers at UCHealth and the University of Colorado Anschutz Medical Center, which serve as the interface between the medical center and industry.

**2.     Review:** I have read Mr. Chapman's medical records including his Medical History, Family History, Social History, Laboratory Studies, Imaging Studies, Pathology Reports, and other medical assessments by providers at MD Anderson Cancer Center, North Cypress Medical Center, Barnard Family Health Centers.  I have also reviewed office notes from Dr. Wong, medical records from HCA Houston Healthcare West, reports from Applied Diagnostics, Mr. Chapman's deposition and PFS report and others. In addition, I reviewed relevant published references, the

1

report of Dr. Sawyer, general causation reports of Drs. Weisenberger, Portier and Ritz, and reports by Monsanto's general causation experts.

**3.   History of Present Illness:** Mr. Chapman was in generally good health until he started noticing an enlarging lymph node in the right supraclavicular region in 2002.  He had no B-symptoms. An MRI of the neck done on January 31, 2003 showed several 8 mm lymph nodes at the right jugular vein, one enlarged lobulated cervical/supraclavicular lymph node about 13 mm in size and also small lymph nodes at the posterior triangle bilaterally of about 8 mm in size. There was a 1 cm deep cervical lymph node on the left side. A lymph node biopsy on 02/19/03 demonstrated a CD20$^+$ small lymphocytic lymphoma. On 03/12/03 a PET/CT demonstrated subtle bilateral axillary uptake, most likely vascular. On 03/28/21, a CT of the chest abdomen and pelvis (C/A/P) and CT of the neck was performed.  The chest and neck CT demonstrated bilateral axillary lymphadenopathy of 8mm in size, which were possibly reactive as well as some small posterior cervical lymph nodes bilaterally at the level of the epiglottis with the largest on the left measuring approximately 8 mm. There was no evidence of significant jugulodigastric lymphadenopathy. The abdominal CT was negative and the pelvic CT demonstrated sigmoid colonic diverticulosis. A bone marrow biopsy and peripheral blood flow cytometry in 03/03 were both negative for CLL.  Several CBCs and chemistry blood analyses during this time frame were normal.  **Based on these findings, he was diagnosed with stage IIA small lymphocytic lymphoma.**  He was treated with 6 cycles of Rituximab-Fludarabine/Mitoxantrone/Decadron (R-FND) from 3/19/03 until completion on 8/23/03, which he tolerated well. A CT C/A/P/neck on 05/27/03 was negative as were multiple similar follow-up CTs over the ensuring years and a follow up bone marrow biopsy on 03/04 was negative for lymphoma as well.

In mid 2009, he reportedly noted an increasing lymph node in the neck. A biopsy on 06/17/19 of a right neck lymph node demonstrated an abnormal B-cell population that was monoclonal kappa and consistent with recurrent small lymphocytic lymphoma.  A bone marrow biopsy on 6/26/09 was negative for CLL or lymphoma.  He has reportedly been followed since that time without additional treatment.

**4.   Additional Past Medical History:**
1976: Hernia repair.
2007: Left rotator cuff repair.
2008: Basal cell carcinoma of the left cheek treated with Aldara.
2008: Basal cell carcinoma of the left lower back treated with electrodisiccation and curettage (ED&C).
2008: Basal cell carcinoma on the right posterior distal thigh treated with ED&C.
2009: Basal cell carcinoma of the left forehead treated with Mohs surgery.
2011: Bilateral knee replacement.
2012: Superficial spreading melanoma, Breslow depth 0.62 mm, Clark level 2, on the left upper back that was treated with a wide local excision. This was complicated by a Staphylococcus infection, which was treated with incision and drainage and antibiotics and packing, with resolution.
2012: Superficial basal cell carcinoma treated with 2 rounds of cryotherapy.

2

2014: Basal cell carcinoma, nodular and infiltrative, left preauricular, treated with Mohs surgery.
2014: MI treated with stent placement.
2015: Basal cell carcinoma right inframammary, treated with curettage and cryotherapy.

Positive for a history of hypertension and GERD.

No reported history of diabetes, obesity, auto-immune disease, EBV, celiac disease, hepatitis C, eczema lupus, RA, organ or stem cell transplant or treatment with immunosuppressive medications. He had a normal colonoscopy 2013. PSA was stable ~0.9-1.2 range.

5. **Allergies:** No known allergies but severe nausea with codeine.

6. **Social History:** No history of tobacco use except occasional cigar until ~8 years ago. He had 1-3 alcohol drinks every two weeks until he stopped ~ 2 years ago.  He is married, exercises consistently several hours per week, His BMI was reported at 28.5 with <10 lbs. of weight gain since the 1980s. He has no known radiation exposure. He has a history of serving in military with no history of exposure to agent orange. He does not have a history of eating ultra-processed foods extensively. He has no history of living on a farm. He works as a college professor.  His hobbies include flower gardening.  He has no history of benzene or asbestos exposure nor history of exposure to pesticides and herbicides outside Roundup.

7. **Family history:** Mr. Chapman's father died of possible heart failure at age 73 years old and his mother died of an intestinal infection at 81 years old.  He has a positive family history of cardiovascular disease with a CVA in his mother and multiple MIs in his father.  He has a positive family history of diabetes and no reported history of cancer including lymphoma.  He has no family history of autoimmune disease. He has 6 siblings all of whom have died.  Causes of death include one at 28 years old secondary to a congenital heart disorder and others died of a brain aneurysm, EtOH liver failure, complications of diabetes and infection.  None died of cancer or immune disorders. He has two children, neither have cancer nor immune disorders.

8. **History of Exposure to Roundup:** Mr. Chapman's first exposure to Roundup was in ~3/87 at his home in Humble, Texas with approximately once per week exposures for 9-10 months out of the year for one to two years.  From then until 1994 or 1995, he sprayed Roundup Ready to Use Weed and Grass Killer around sidewalks, driveway and trees using a hand sprayer to control weeds on a ¼ acre personal property in Houston, Texas.  From 1994-2004, he used Roundup Weed and Grass Killer Concentrate and Roundup for Lawns Ready to Use on two ~2-acre personal properties in Magnolia, Texas.  He used Roundup approximately two times per week while clearing property and then twice per month on average 10 months out of the year using a hand sprayer. From 2004-2009, he used Roundup Ready to Use Weed and Grass Killer once per week for 7-10 months out of the year via a hand sprayer on personal property in Cypress, Texas.  From 2009-2015, he used Roundup Ready to Use Weed and Grass Killer once per week for 10 months out of the year via a hand sprayer on personal property in Tomball, Texas.  From 2015-2017, he

3

used Roundup Ready to Use Weed and Grass Killer once per week approximately 10 months out of the year via a hand sprayer on personal property in Cypress, Texas. In 2017-2018, he used Roundup Ready to Use Weed and Grass Killer once per week 10 months out of the year via a hand sprayer on personal property in Tomball, Texas.  During this use of Roundup, no PPE or other precautions were taken, there was periodic blow back of Roundup into his face that could be tasted, and Roundup would also drip on hands and legs while spraying.

In summary, Mr. Chapman has had a total Roundup product exposure of >30 years, greater than once per week, for 7-10 months out of the year using a hand sprayer.  He has had significant skin contact and mouth contact.  There was approximately 16 years of Roundup product exposure prior to the initial diagnosis of lymphoma in.

9.    **Discussion of NHL:** Non-Hodgkin's Lymphoma is a related group of cancers derived from immune cells that are diagnosed in ~70,000 persons per year in the US and account for ~4% of all cancers (https://seer.cancer.gov/statfacts/html/nhl.html).  The lifetime risk of developing NHL is ~2% and currently there are ~700,000 people living with this diagnosis in the US (https://seer.cancer.gov/statfacts/html/nhl.html).  Of the ~70,000 persons diagnosed with NHL each year in the US, ~40,000 are males and ~30,000 are females (https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/key-statistics.html).  NHL can occur at all ages, but like most cancers, the incidence of NHL increases with age and more than half of patients with NHL are 65 years old or older at diagnosis (https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/key-statistics.html).       The average overall 5-year survival for *all* forms of NHL is ~70%.

In general, NHL can be divided into aggressive lymphomas and indolent lymphomas as well as into B-types (derived from immune cells termed B-lymphocytes) and T-types (derived from immune cells termed T-lymphocytes). Indolent lymphomas have a median survival of as long as 2 decades but are currently not considered curable and have frequent recurrences following treatment.  Aggressive lymphomas grow faster and can be rapidly fatal if not treated, but in contrast to indolent lymphomas, are curable with chemotherapy and other treatments in many but not all persons.  Diffuse large B-cell lymphoma is the most common NHL and comprises ~30% of all new cases.  In some cases, DLBCLs may arise from an indolent lymphoma and this is termed transformed lymphoma.

Mr. Chapman has been diagnosed with Small Lymphocytic Lymphoma (SLL).  Small lymphocytic lymphoma is an indolent B-cell lymphoma within the larger NHL diagnostic family[1].  SLL is identical to chronic lymphocytic leukemia (CLL) except SLL involves primarily nodal sites while CLL involves marrow and blood.  As such, the biology, study and treatment of CLL and SLL frequently include these two entities lumped together.  CLL/SLL is more common in males than females and ~20,000 cases of CLL/SLL are diagnosed in the US per year. Approximately 10% of these diagnoses represent SLL and ovwerall SLL represents ~5% of all NHLs.  The incidence of CLL/SLL increases with age and the average age of diagnosis is ~70 years old. CLL/SLL occurs at a higher frequency in first degree family members of patients with CLL/SLL suggesting a familial association although the exact basis for this association remains unclear.  Additionally, CLL/SLL occur at different rates

4

in different ethnic groups; being higher in Caucasians and lower in Asian countries, again for unclear reasons.

Persons with CLL/SLL frequently present with lymphadenopathy and some have splenomegaly, hepatomegaly or even skin involvement.  Occasionally CLL/SLL involves other organs and can cause paraneoplastic processes including renal disease.  The most common laboratory abnormality in CLL is an increase in blood lymphocyte counts whereas in SLL these are typically normal. Neutropenia, anemia, and thrombocytopenia are common in CLL but again, typically not pronounced in SLL. Some patients present with autoimmune phenomena including hemolytic anemia or idiopathic thrombocytopenia.  Some patients have depressed levels of immunoglobulins and other forms of immunocompromise which can lead to an increase in infections and other sequelae.

Diagnostically, CLL/SLL lymphocytes are typified by expression of CD19, CD20, CD23 and CD5 and have a range of genetic features including del13q, trisomy 12, del11p, del17p and others.  CLL is frequently diagnosed by analysis of peripheral blood with flow cytometry while the diagnosis of SLL typically is based on a lymph node biopsy. Bone marrow biopsies are helpful for diagnosis, staginh and prognosis in some CLL/SLL patients. Staging also involves CT scans and for SLL, typically follows the Ann Arbor staging system.

The natural history of CLL/SLL is highly variable with survival times ranging from 2 years to decades with an average of ~10 years. Natural history and survival are associated with stage and response to treatment is associated most closely with genetic features. There appears to be an increase in other malignancies in persons with CLL including Kaposi's sarcoma, malignant melanoma, cancers of the larynx, and cancers of the lung.  Additionally, in 5-10% of patients, CLL/SLL can transform into a more aggressive NHL, a process termed Richter's transformation.

Treatment for CLL/SLL varies depending on the clinical and genetic features of the disease as well as patient age, comorbidities, or other considerations[2].  Treatments include observation, targeted therapies such at BTK or bcl-2 inhibitors and chemotherapy, immunotherapies including Rituximab. For patients with advanced or high-risk disease, stem cell transplant is considered. Other than transplant none of these treatments are considered curative and frequently patients require several different lines of therapy.

9. **Risk factors for NHL:** The currently defined risk factors[3-6] for *all* types of NHL include:
   a. Positive family history of lymphoma.
   b. Radiation exposure.
   c. Weakened immune system from HIV infection, congenital disorders and a wide variety of medical treatments for autoimmune diseases or organ transplant.
   d. Autoimmune diseases including Sjogren's syndrome, rheumatoid arthritis, and others.
   e. Infections that cause chronic immune stimulation including Hepatitis B, Hepatitis C, and HTLV-1, and other chronic infections can lead to lymphoma development in many sites.

5

    f.       Breast implants.
    g.      Possibly obesity.
    h.      Exposure to Roundup (described in more detail below).

10. **Potential Risk Factors for CLL/SLL**[1,7-9]
    a.      Positive family history.
    b.      Living on a farm.
    c.      Exposure to agent orange.
    d.      Exposure to pesticides or herbicides.
    e.      Exposure to Roundup (described in more detail below).

11. **Exclusion of Potential Causative Factors for SLL in Mr. Chapman:** To thoroughly exclude any of the usual risks for NHL or any of the suspected associations in CLL/SLL as potential causes of Mr. Chapmans NHL, I have reviewed Mr. Chapman's medical history and have concluded the following:
    1.    Mr. Chapman does not have a family history of non-Hodgkin lymphoma or related cancers including CLL or SLL. This makes family history or genetics an unlikely contributing factor to the cause of his SLL.
    2.    Mr. Chapman does not have a radiation exposure history so this cannot be considered as a contributing factor to the cause of his SLL.
    3.    Mr. Chapman does not have a history of exposure to agent orange or pesticides and herbicides outside of Roundup and so these can be excluded.
    4.    Mr. Chapman has not lived on a farm, so this is excluded as well.
    5.    Mr. Chapman does not have a history of a weakened immune system from HIV infection, congenital disorders, or a wide variety of medical treatments for autoimmune diseases or organ transplant so this cannot be considered as a contributing factor to the cause of his SLL.
    6.    Mr. Chapman does not have a prior history of autoimmune diseases and so this can be excluded.
    7.    Mr. Chapman does not have a smoking history so this can be excluded.
    8.    Mr. Chapman does not have a history of infections that cause chronic immune stimulation including Hepatitis B, Hepatitis C, and HTLV-1, so these can be excluded.
    9.    Mr. Chapman does not have breast implants so this can be excluded as a factor contributing to the cause of his NHL.
    10.   Mr. Chapman is not obese so this cannot be considered as a contributing factor to the cause of his NHL.

12. **Roundup as a Causative Agent in Mr. Chapman's SLL:** In contrast to the risk factors for NHL and SLL described above that have been ruled out for Mr. Chapman, he does have a significant and prolonged history of exposure to Roundup. As described above he has an ~30-year history of significant exposure to Roundup including significant skin exposure and presumed inhalation as he tasted the Roundup in his mouth. This includes 16 years of exposure prior to his diagnosis of SLL. These exposures were repetitive, occurred over a long period of time and there

was a significant latency period between the start of his Roundup exposure and the development of SLL. Based on my review of published literature and the general causation reports described below, I am convinced that exposure to Roundup is a risk factor for NHL and consequently that it was a substantial factor for the development of NHL in Mr. Chapman.

13. **Review of Published Literature and General Causation Reports:** Extensive published manuscripts and agency reports over the past several decades have evaluated whether glyphosate, the active ingredient in Roundup, is associated with the development of NHL. De Roos reported on studies by the National Cancer Institute including three case-control studies of NHL in the midwestern United States in the 1980s[10]. Pooled data were used to examine pesticide exposures in farming as risk factors for NHL in men and the use of several individual pesticides and herbicides, including glyphosate, was associated with increased NHL incidence. A population-based case-control study of exposure to pesticides as a risk factor for NHL conducted in Sweden from 1999 to 2002 demonstrated that exposure to glyphosate gave an odds ratio (OR) of 2.02, 95% CI 1.10-3.71 and was associated with a >10 years latency period[11]. As another example, a pooled analysis of two case-control studies, one involving patient cohorts with NHL and another with hairy cell leukemia (HCL), found a significant association between NHL and glyphosate (OR 3.04, CI 95% 1.08-8.52)[12]. A systematic review and a series of meta-analyses of nearly three decades worth of epidemiologic research on the relationship between non-Hodgkin lymphoma (NHL) and occupational exposure to agricultural pesticides was conducted using information extracted from 44 prior papers[13]. In this study, B cell lymphoma was positively associated with phenoxy herbicides and glyphosate. In 2015 the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA) reviewed the association between glyphosate and cancer and determined that it was a "probable human carcinogen"[14]. In another study, the relationship of "ever use" of 14 selected pesticide chemical groups and 33 individual active chemical ingredients with NHL was examined in a pooled analysis of three large agricultural worker cohorts in Europe[15]. Cox regression models demonstrated that glyphosate increased the risk of NHL (meta-HR of 1.36, 1.00-1.85). An additional pooled analysis of case-control studies was conducted which analyzed 1690 NHL cases and 5131 controls and logistic regression demonstrated that persons who ever used glyphosate had an excess of NHL overall (OR 1.43, 95% CI 1.11-1.83)[16]. After adjustment for other pesticides, the OR for NHL overall with "ever use" was 1.13 (95% CI 0.84-1.51), and a statistically significant association for handling glyphosate >2 days/year (OR 1.73, 95% CI 1.02-2.94, P-trend=0.2) was found. A meta-analysis that included the most recent update of the Agricultural Health Study (AHS) cohort along with five case-control studies was conducted using the highest exposure groups (when available) in each study [17]. The overall meta-Relative Risk (meta-RR) of NHL in this study of glyphosate exposed individuals was increased by 41% (meta-RR = 1.41, 95% confidence interval, CI: 1.13-1.75). A secondary meta-analysis using high-exposure groups from the earlier AHS analysis conducted in 2005 found a meta-RR for NHL of 1.45 (95% CI: 1.11-1.91), which was higher than initially reported for this study cohort. In addition, publicly available animal and mechanistic studies related to lymphoma were reviewed that further supported a potential link between glyphosate exposure and immunosuppression, endocrine disruption, and genetic alterations commonly associated with NHL or lymphomagenesis and related disorders such as multiple myeloma [17,18]. Weisenburger has recently published a summary of these and other evidence supporting an etiologic link

7

between glyphosate exposure and NHL[19]. Specific epidemiologic associations between specific subtypes of NHL are difficult to define due to statistical considerations and this is particularly true for relatively unusual subtypes like SLL. However, in a study that attempted to exam associations between glyphosate and SLL alone, Pahwa et al. concluded "In subtype analyses, although based on a relatively small number of cases, SLL showed the most consistent association and exposure–response pattern with the different glyphosate use metrics and with control for other pesticides"[16]. Chang and Delzell performed a meta-analysis on glyphosate and CLL/SLL risk based on prior studies and reported a meta-RR of 1.3 to 1.9, but this observation is confounded by small patient numbers and methodologic limitations in the underlying studies[20].

In contrast to the studies above, several publications have countered the contention that glyphosate was associated with an increased risk of developing NHL including concerns about recall and selection bias[20-25]. A recent meta-analysis also reported no overall increased risk for NHL or CLL from glyphosate but this study was limited by underlying methodologic issues in the initial studies, statistical considerations and others as well discussed in the publication itself[26]. Another recent report found an elevated rate of follicular lymphoma but no elevation in CLL in persons exposed to glysophate but both observations were confounded by very low subject numbers in this analysis[27]. In addition, the European Food Safety Authority (EFSA) in 2015 concluded that glyphosate is unlikely to be genotoxic or pose a carcinogenic threat to humans (https://www.efsa.europa.eu/e[28]n/topics/topic/glyphosate). However, a number of concerns have been raised about the objectivity of reports debunking the correlation between glyphosate and NHL[29,30]. These range from methodologic concerns and criticisms of the AHS study including a high drop-out rate and data collection issues to concerns about Monsanto-sponsored ghostwriting of articles published in toxicology journals as well as the lay media. In addition, concerns have been raised about manuscript author conflicts of interest, interference in the peer review process, behind-the-scenes influence on retractions, the creation of a pseudo-academic website as a front for the defense of Monsanto products and undue influence of regulatory agencies. In addition, a group of 94 international scientists from a wide range or reputable institutions published a detailed response and critique of the EFSA's conclusion[31]. This response provided a high-level overview and contrast between the IARC and EFSA's methodologies and findings and again concluded that glyphosate is a probable human carcinogen.

In addition to the published literature and on-line reports summarized above, I have also reviewed the General Causation reports (Plaintiff and Defendant) from Case No. 16-md-02741 - VC in the United States District Court of California. Drs. Weisenberger, Portier and Ritz all have outstanding credentials, extensive background in the epidemiology and biology of NHL and come from world leading institutions. I found their arguments in favor of an etiologic link between glyphosate and NHL based on epidemiologic data, animal studies and mechanistic studies to be comprehensive, balanced, well-argued and compelling.

In summary, in my opinion after reviewing the evidence both pro and con for the relationship of glyphosate and the development of NHL, the preponderance of credible evidence supports that glyphosate is a risk factor for the development of NHL, particularly for persons with high level and long-term glyphosate exposure like Mr. Chapman.

8

**14.   Conclusion:** Mr. Chapman has been exposed to Roundup/glyphosate in a manner and magnitude that fits within the published epidemiologic literature and studies where causation and an association between NHL and glyphosate have been demonstrated. Particularly compelling is his extensive history of repeated Roundup/glyphosate topical and oral exposures over a long period of time and the absence of other factors predisposing Mr. Chapman to developing SLL. After examining the different potential etiologies of what caused Mr. Chapman' NHL, I conclude, to a reasonable degree of medical certainty, that his exposure to Roundup was a substantial factor in causing his SLL.

**15.   References:**

1.   Delgado, J., Nadeu, F., Colomer, D. & Campo, E. Chronic lymphocytic leukemia: from molecular pathogenesis to novel therapeutic strategies. *Haematologica* **105**, 2205-2217 (2020).
2.   Patel, K. & Pagel, J.M. Current and future treatment strategies in chronic lymphocytic leukemia. *J Hematol Oncol* **14**, 69 (2021).
3.   Li, M*., et al.* Hepatitis B virus and risk of non-Hodgkin lymphoma: An updated meta-analysis of 58 studies. *J Viral Hepat* **25**, 894-903 (2018).
4.   Morton, L.M*., et al.* Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. *J Natl Cancer Inst Monogr* **2014**, 130-144 (2014).
5.   Cerhan, J.R*., et al.* Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. *J Natl Cancer Inst Monogr* **2014**, 15-25 (2014).
6.   Willett, E.V*., et al.* Non-Hodgkin lymphoma and obesity: a pooled analysis from the InterLymph Consortium. *Int J Cancer* **122**, 2062-2070 (2008).
7.   Benavente, Y*., et al.* Occupational Exposure to Pesticides and Chronic Lymphocytic Leukaemia in the MCC-Spain Study. *Int J Environ Res Public Health* **17**(2020).
8.   Solans, M*., et al.* Consumption of Ultra-Processed Food and Drinks and Chronic Lymphocytic Leukemia in the MCC-Spain Study. *Int J Environ Res Public Health* **18**(2021).
9.   Mescher, C*., et al.* The impact of Agent Orange exposure on prognosis and management in patients with chronic lymphocytic leukemia: a National Veteran Affairs Tumor Registry Study. *Leuk Lymphoma* **59**, 1348-1355 (2018).
10.   De Roos, A.J*., et al.* Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. *Occup Environ Med* **60**, E11 (2003).
11.   Eriksson, M., Hardell, L., Carlberg, M. & Akerman, M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *Int J Cancer* **123**, 1657-1663 (2008).
12.   Hardell, L., Eriksson, M. & Nordstrom, M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. *Leuk Lymphoma* **43**, 1043-1049 (2002).

13. Schinasi, L. & Leon, M.E. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. *Int J Environ Res Public Health* **11**, 4449-4527 (2014).
14. IARC-Working-Group. Glyphosate. *IARC Monogr Prog* Some organophosphate insecticides and herbicides: diazinon, glyphosate, malathion, parathion and tetrachlorvinphos, 1-92 (2015).
15. Leon, M.E.*, et al.* Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. *Int J Epidemiol* (2019).
16. Pahwa, M.*, et al.* Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. *Scand J Work Environ Health* (2019).
17. Zhang, L., Rana, I., Shaffer, R.M., Taioli, E. & Sheppard, L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. *Mutat Res* **781**, 186-206 (2019).
18. Wang, L.*, et al.* Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice. *J Hematol Oncol* **12**, 70 (2019).
19. Weisenburger, D.D. A Review and Update with Perspective of Evidence that the Herbicide Glyphosate (Roundup) is a Cause of Non-Hodgkin Lymphoma. *Clin Lymphoma Myeloma Leuk* (2021).
20. Chang, E.T. & Delzell, E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. *J Environ Sci Health B* **51**, 402-434 (2016).
21. Acquavella, J., Garabrant, D., Marsh, G., Sorahan, T. & Weed, D.L. Glyphosate epidemiology expert panel review: a weight of evidence systematic review of the relationship between glyphosate exposure and non-Hodgkin's lymphoma or multiple myeloma. *Crit Rev Toxicol* **46**, 28-43 (2016).
22. Andreotti, G.*, et al.* Glyphosate Use and Cancer Incidence in the Agricultural Health Study. *J Natl Cancer Inst* **110**, 509-516 (2018).
23. Tarone, R.E. On the International Agency for Research on Cancer classification of glyphosate as a probable human carcinogen. *Eur J Cancer Prev* **27**, 82-87 (2018).
24. Williams, G.M.*, et al.* A review of the carcinogenic potential of glyphosate by four independent expert panels and comparison to the IARC assessment. *Crit Rev Toxicol* **46**, 3-20 (2016).
25. Crump, K. The Potential Effects of Recall Bias and Selection Bias on the Epidemiological Evidence for the Carcinogenicity of Glyphosate. *Risk Analysis* **40**, 696-704 (2019).
26. Donato, F., Pira, E., Ciocan, C. & Boffetta, P. Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. *Med Lav* **111**, 63-73 (2020).
27. Meloni, F.*, et al.* Occupational exposure to glyphosate and risk of lymphoma:results of an Italian multicenter case-control study. *Environ Health* **20**, 49 (2021).
28. el-Sadek, W.Y. & Hassan, M.H. Chronic lymphocytic leukaemia in Egyptian farm workers exposed to pesticides. *East Mediterr Health J* **5**, 960-966 (1999).
29. Krimsky, S. & Gillam, C. Roundup litigation discovery documents: implications for public health and journal ethics. *J Public Health Policy* **39**, 318-326 (2018).

30. McHenry, L.B. The Monsanto Papers: Poisoning the scientific well. *Int J Risk Saf Med* **29**, 193-205 (2018).
31. Portier, C.J.*, et al.* Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). *J Epidemiol Community Health* **70**, 741-745 (2016).

*[signature]* MD   06/28/21