IN THE UNITED STATES DISTRICT COURT
STATE OF CALIFORNIA
NORTHERN DISTRICT

| | |
|---|---|
| DR. WILLIAM HORNER,<br><br>                    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, INC. and<br>BAYER CROPSCIENCE HOLDING, INC.,<br><br>                    Defendants. | MDL No. 2741<br>MDL Case No. 3:21-cv-07744-VC<br>SD Case No. 4:21-cv-04152-KES<br><br>**ADMISSION OF SERVICE**<br>**(Monsanto Company, Inc.)** |

DEFENDANT MONSANTO COMPANY, INC., through its attorneys, hereby admits service of the Amended Complaint and Demand for Jury Trial in the above-captioned action by receiving a true and correct copy of the Amended Complaint and Demand for Jury Trial via electronic mail.

Dated: October 28, 2021.               SHOOK, HARDY & BACON L.L.P.

                                          */s/ Jennise W. Stubbs*
                                          Jennise W. Stubbs
                                          JPMorgan Chase Tower
                                          600 Travis Street, Suite 3400
                                          Houston, TX 77002
                                          (713) 546-5696
                                          jstubbs@shb.com
                                          *Attorney for Monsanto Company, Inc.*