Jennifer M. Stevenson
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2064
Fax: (816) 421-5547
jstevenson@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | |
| *William Hoffman v. Monsanto Company* <br> Case No.  3:20-cv-02805-VC | **NOTICE OF APPEARANCE OF JENNIFER M. STEVENSON ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jennifer M. Stevenson of

the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant

MONSANTO COMPANY in the above-captioned matter and respectfully requests that all

pleadings, notices, orders, correspondence, and other papers in connection with this action be served

on and directed to the undersigned counsel.

October 25, 2021                                    Respectfully Submitted,


By:  */s/ Jennifer M. Stevenson*
    Jennifer M. Stevenson
    SHOOK, HARDY & BACON L.L.P.
    2555 Grand Blvd.
    Kansas City, MO 64108
    Phone: (816) 559-2064
    Fax: (816) 421-5547
    jstevenson@shb.com

    *Attorney for Defendant*
    *MONSANTO COMPANY*

1

**CERTIFICATE OF SERVICE**

2

I, Jennifer M. Stevenson, hereby certify that, on October 29, 2021 I electronically filed

3

NOTICE OF APPEARANCE OF JENNIFER M. STEVENSON ON BEHALF OF DEFENDANT

4

MONSANTO COMPANY with the Clerk for the United States District Court for the Northern

5

District of California using the CM/ECF system, which shall send electronic notification to counsel

6

of record.

7

8

DATED: October 29, 2021                                Respectfully submitted,

9

   */s/ Jennifer M. Stevenson*

10

Jennifer M. Stevenson
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.

11

Kansas City, MO 64108
Phone: (816) 559-2064

12

Fax: (816) 421-5547
jstevenson@shb.com

13

*Attorney for Defendant*

14

*MONSANTO COMPANY*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF JENNIFER M. STEVENSON ON BEHALF OF
DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC