## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF CALIFORNIA

*In Re:* Roundup Products Liability Litigation

MDL No. 2741

Case No. 16-md-02741-VC

This document relates to:

*Coffman v. Monsanto Co., et al.*
Case No.: 3:21-cv-02505-VC

### [PROPOSED] ORDER

UPON CONSIDERTION OF *Plaintiff's Motion for Attorneys' Fees* and any opposition, Plaintiff's motion is

**GRANTED**. And it is

**FURTHER ORDERED** that payment shall be to Nidel & Nace, PLLC in an amount of $12,835.20 within fourteen days of the date of this Order.

_____
Hon. Vince Chhabria