Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
T: (502) 717-4080
jennifer@moorelawgroup.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **PLAINTIFF'S MOTION FOR APPROVAL OF MINOR SETTLEMENT** |
| L.B., a minor, by his parent and natural guardian, Gratziela Crisovan v. Monsanto Company, Case No. 3:19-cv-1554-VC | |

Gratziela Crisovan, as parent of minor plaintiff, L.B., by and through undersigned counsel, respectfully moves for approval of the minor's proposed settlement and distribution of the settlement in accordance with Plaintiff's Uncontested Petition for Approval of Compromise of Minor Settlement [Dkt. 14-4] and corresponding exhibits, including approval of the Trust and disbursement of the settlement money as described therein. A Proposed Order Granting Plaintiff's Uncontested Petition for Approval of Compromise of Minor Settlement is filed simultaneously herewith.

Dated: October 29, 2021                    Respectfully submitted,

                                           /s/Jennifer A. Moore (SBN 206779)
                                           Jennifer A. Moore
                                           MOORE LAW GROUP, PLLC
                                           1473 South 4th Street
                                           Louisville, KY 40208
                                           T: (502) 717-4080
                                           F: (502) 717-4086
                                           jennifer@moorelawgroup.com

                                           *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Jennifer A. Moore
Jennifer A. Moore