Mitchell F. Engel
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
mengel@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF MITCHELL F. ENGEL ON BEHALF OF MONSANTO COMPANY** |
| *Clark. v. Monsanto Company* Case No.  3:20-cv-07886-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Mitchell F. Engel of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 1, 2021                                      Respectfully Submitted,


By: */s/ Mitchell F. Engel*
        Mitchell F. Engel
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Blvd.
        Kansas City, MO 64108
        Phone: (816) 474-6550
        Fax: (816) 421-5547
        mengel@shb.com

        *Attorney for Defendant*
        *MONSANTO COMPANY*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I, Mitchell F. Engel, hereby certify that, on November 1, 2021 I electronically filed NOTICE OF APPEARANCE OF MITCHELL F. ENGEL ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 1, 2021          Respectfully submitted,

         */s/ Mitchell F. Engel*
         Mitchell F. Engel
         SHOOK, HARDY & BACON L.L.P.
         2555 Grand Blvd.
         Kansas City, MO 64108
         Phone: (816) 474-6550
         Fax: (816) 421-5547
         mengel@shb.com

         *Attorney for Defendant*
         *MONSANTO COMPANY*

NOTICE OF APPEARANCE OF MITCHELL F. ENGEL ON BEHALF OF
DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC