David J. Romano, Esquire
rlo@romanolawwv.com
**ROMANO LAW OFFICE, LC**
363 Washington Avenue
Clarksburg, WV 26301
Telephone: 304-624-5600
Facsimile: 304-624-5627

*Attorney for Nathan P. Romano*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| _____ | Case No. 3:16-md-02741-VC |
| This Document Relates to: | **MOTION FOR EXTENSION OF TIME** |
| *Romano v. Monsanto* 3:20-cv-06194-VC | |

  Plaintiff, Nathan P. Romano, in the above styled case, received correspondence from this Court's Settlement Master, Kenneth R. Feinberg, on September 21, 2021 requesting various information for participation in the Independent Roundup Settlement Program.

  Plaintiff does want to avail himself of the Settlement Program being conducted by Mr. Feinberg, but Plaintiff needs two (2) additional weeks to gather and complete necessary information to submit to the Settlement Master.

  Accordingly, Plaintiff requests this Court to extend Plaintiff's forty-five day deadline set by the Settlement Master by two (2) additional weeks so that Plaintiff can appropriately provide all

necessary information for the Settlement Master to consider under the Program.

Respectfully submitted,

　　　/s/   David J. Romano　　　　　
David J. Romano
W.Va. State Bar ID No. 3166
**ROMANO LAW OFFICE, LC**
363 Washington Avenue
Clarksburg, West Virginia  26301
(304) 624-5600

Counsel for Plaintiff, Nathan P. Romano

## CERTIFICATE OF SERVICE

I hereby certify on this the **1st** day of November, 2021, I electronically filed the foregoing "Motion for Extension of Time" with the Clerk of the Court for the United States District Court of California using the CM/ECF filing system. Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

    /s/   David J. Romano
David J. Romano
*Counsel for Plaintiff, Nathan P. Romano*