Devin A. Moss
Fla. Bar No.: 106516
SHOOK, HARDY & BACON, L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
dmoss@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF DEVIN A. MOSS ON BEHALF OF MONSANTO COMPANY** |
| *Thomas Scanlon, et al. v. Monsanto Company* Case No. 20SL-CC01140 | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Devin A. Moss of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 1, 2021                              Respectfully Submitted,

                                              By: */s/ Devin A. Moss*
                                                  Devin A. Moss
                                                  SHOOK, HARDY & BACON L.L.P.
                                                  Citigroup Center, Suite 3200
                                                  201 South Biscayne Boulevard
                                                  Miami, Florida 33131
                                                  Telephone: (305) 358-5171
                                                  Facsimile: (305) 358-7470
                                                  dmoss@shb.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorney for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Robert G. Rooney, hereby certify that, on October 25, 2021 I electronically filed NOTICE OF APPEARANCE OF DEVIN A. MOSS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 1, 2021               Respectfully submitted,

                                           */s/ Devin A. Moss*
                                           Devin A. Moss
                                           SHOOK, HARDY & BACON L.L.P.
                                           Citigroup Center, Suite 3200
                                           201 South Biscayne Boulevard
                                           Miami, Florida 33131
                                           Telephone:  (305) 358-5171
                                           Facsimile:   (305) 358-7470
                                           dmoss@shb.com

                                           *Attorney for Defendant*
                                           *MONSANTO COMPANY*