1  Devin A. Moss
   Fla. Bar No.:  106516
2  SHOOK, HARDY & BACON, L.L.P.
3  Citigroup Center, Suite 3200
   201 South Biscayne Boulevard
4  Miami, Florida 33131
   Telephone:  (305) 358-5171
5  Facsimile:   (305) 358-7470
6  dmoss@shb.com

7  *Attorney for Defendant*
   *MONSANTO COMPANY*

8              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to:<br>*Engilis, Jr., et al. v. Monsanto Co.*<br>Case No.   3:19-cv-07859-VC | **AMENDED NOTICE OF APPEARANCE OF DEVIN A. MOSS ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Devin A. Moss of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 1, 2021                                   Respectfully Submitted,


                                        By: */s/ Devin A. Moss*
                                            Devin A. Moss
                                            SHOOK, HARDY & BACON L.L.P.
                                            Citigroup Center, Suite 3200
                                            201 South Biscayne Boulevard
                                            Miami, Florida 33131
                                            Telephone:  (305) 358-5171
                                            Facsimile:   (305) 358-7470
                                            dmoss@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# CERTIFICATE OF SERVICE

I, Robert G. Rooney, hereby certify that, on November 1, 2021 I electronically filed NOTICE OF APPEARANCE OF DEVIN A. MOSS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 1, 2021                               Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Devin A. Moss
　　　　　　　　　　　　　　　　　　　　　　　　 Devin A. Moss
　　　　　　　　　　　　　　　　　　　　　　　　 SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　　 Citigroup Center, Suite 3200
　　　　　　　　　　　　　　　　　　　　　　　　 201 South Biscayne Boulevard
　　　　　　　　　　　　　　　　　　　　　　　　 Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　　　　　 Telephone:  (305) 358-5171
　　　　　　　　　　　　　　　　　　　　　　　　 Facsimile:   (305) 358-7470
　　　　　　　　　　　　　　　　　　　　　　　　 dmoss@shb.com

　　　　　　　　　　　　　　　　　　　　　　　　 *Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　　 *MONSANTO COMPANY*