IN THE UNITED STATES DISTRICT COURT
STATE OF CALIFORNIA
NORTHERN DISTRICT

| | |
|---|---|
| DR. WILLIAM HORNER,<br><br>                Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, INC. and<br>BAYER CROPSCIENCE HOLDING, INC.,<br><br>                Defendants. | MDL No. 2741<br>MDL Case No. 3:21-cv-07744-VC<br>(SD Case No. 4:21-cv-04152-KES)<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DEFENDANT BAYER CROPSCIENCE HOLDING, INC.** |

    Plaintiff Dr. William Horner, through counsel of record, moves this Court for an Order Dismissing Defendant Bayer CropScience Holding, Inc. as a named-Defendant in the above-captioned action, without prejudice, thereby amending the caption to be: *Dr. William Horner v. Monsanto Company, Inc.* Counsel for Defendant Monsanto Company, Inc. has no objection to this Motion.

    Dated: November 1, 2021.

                                                      FULLER, WILLIAMSON, NELSEN
                                                      & PREHEIM, LLP

                                                      /s/ Eric T. Preheim
                                                     Derek A. Nelsen
                                                     Eric T. Preheim
                                                     7521 South Louise Avenue
                                                   Sioux Falls, SD 57108
                                                   (605) 333-0003
                                                   dnelsen@fullerandwilliamson.com
                                                   epreheim@fullerandwilliamson.com
                                                   *Attorneys for Plaintiff*

3:21-cv-07744-VC
Plaintiff's Unopposed Motion to Dismiss Defendant Bayer CropScience Holding, Inc.

## Certificate of Service

   I certify that on November 1, 2021, I e-filed via CM/ECF Filer (PACER) and served via email, a true and correct copy of Plaintiff's Unopposed Motion to Dismiss Defendant Bayer CropScience Holding, Inc., on:

  Ryan S. Killian (rkillian@shb.com)
  Jennise W. Stubbs (stubbs@shb.com)
  SHOOK, HARDY & BACK L.L.P.
    *Attorneys for Monsanto Company, Inc.*

                         /s/ Eric T. Preheim
                        One of the Attorneys for Plaintiff