Jordan A. Kane
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2848
Fax: (816) 421-5547
jkane@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF JORDAN A. KANE ON BEHALF OF MONSANTO COMPANY** |
| *William Hoffman v. Monsanto Company* Case No. 3:20-cv-02805-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jordan A. Kane of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 1, 2021                                     Respectfully Submitted,

                                                     By: */s/ Jordan A. Kane*
                                                         Jordan A. Kane
                                                         SHOOK, HARDY & BACON L.L.P.
                                                         2555 Grand Blvd.
                                                         Kansas City, MO 64108
                                                         Phone: (816) 559-2848
                                                         Fax: (816) 421-5547
                                                         jkane@shb.com

                                                         *Attorney for Defendant*
                                                         *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

    I, Jordan A. Kane, hereby certify that, on November 1, 2021 I electronically filed NOTICE OF APPEARANCE OF JORDAN A. KANE ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 1, 2021                      Respectfully submitted,

                                                     */s/ Jordan A. Kane*
                                                     Jordan A. Kane
                                                     SHOOK, HARDY & BACON L.L.P.
                                                     2555 Grand Blvd.
                                                     Kansas City, MO 64108
                                                     Phone: (816) 559-2848
                                                     Fax: (816) 421-5547
                                                     jkane@shb.com

                                                     *Attorney for Defendant*
                                                     *MONSANTO COMPANY*