| | |
|---|---|
| 1 | Gregory M. Travalio |
| | ISAAC WILES & BURKHOLDER, LLC |
| 2 | Two Miranova Place, Suite 700 |
| | Columbus, Ohio 43215 |
| 3 | Telephone: (614) 221-2121 |
| | Facsimile: (614) 365-9516 |
| 4 | gtravalio@isaacwiles.com |
| 5 | *Attorney for Susan and Terry Moore* |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (San Francisco)**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NO. 3:16-md-02741 |
| | JUDGE VINCE CHHABRIA |
| This document relates to: ALL ACTIONS (including 3:19-cv-6188) | **NOTICE OF WITHDRAWAL OF ATTORNEY** |

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Gregory M. Travalio is withdrawing from representing Plaintiffs Susan Moore and Terry Moore in this matter. Mark H. Troutman and Shawn K. Judge will remain as counsel for Plaintiff in the above-referenced action and all related actions thereto. Further, Attorney Travalio requests he be removed from the electronic service list.

Dated: November 2, 2021            Respectfully submitted,

*/s/ Gregory M. Travalio*
Gregory M. Travalio (OH #0000855)
**Isaac Wiles & Burkholder, LLC**
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
Phone: (614) 221-2121
Fax:    (614) 365-9516
gtravalio@isaacwiles.com

---

NOTICE OF WITHDRAWAL OF ATTORNEY                              3:16-md-02741

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Gregory M. Travalio*
Gregory M. Travalio (OH #0000855)