Mark C. Hegarty
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2245
Fax: (816) 421-5547
mhegarty@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Joseph Parenteau v. Monsanto Company* Case No. 3:20-cv-03651-VC | **NOTICE OF APPEARANCE OF MARK C. HEGARTY ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Mark C. Hegarty of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 2, 2021                             Respectfully Submitted,

                                    By:   */s/ Mark C. Hegarty*
                                          Mark C. Hegarty
                                          SHOOK, HARDY & BACON L.L.P.
                                          2555 Grand Blvd.
                                          Kansas City, MO 64108
                                          Phone: (816) 559-2245
                                          Fax: (816) 421-5547
                                          mhegarty@shb.com

                                          *Attorney for Defendant*
                                          *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Mark C. Hegarty, hereby certify that, on November 2, 2021, I electronically filed NOTICE OF APPEARANCE OF MARK C. HEGARTY ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 2, 2021                          Respectfully submitted,

                                                 */s/ Mark C. Hegarty*
Mark C. Hegarty
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2245
Fax: (816) 421-5547
mhegarty@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*