UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Carrie Dula v. Monsanto Company Inc.*, Case No. 20-cv-0654<br><br>*Florentina Guzman v. Monsanto Company Inc.*, Case No. 19-cv-4479<br><br>*J.P. Stewart v. Monsanto Company Inc.*, Case No. 20-cv-2415<br><br>*Brandi Hodgson Troxel v. Monsanto Company Inc.*, Case No. 21-cv-1215<br><br>*Susan Voke v. Monsanto Company Inc.*, Case No. 20-cv-0742<br><br>*Frieda Giannone v. Monsanto Company Inc.*, Case No. 19-cv-4922 | **PRETRIAL ORDER NO. 255 GRANTING MOTION TO DISMISS FOR FAILURE TO SUBMIT A FACT SHEET**<br><br>Re: Dkt. Nos. 13710, 13713 |

Monsanto's motion to dismiss is granted and the listed cases are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 2, 2021

VINCE CHHABRIA
United States District Judge