UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARO MOLINA §<br>  Plaintiff §<br> §<br>VS §<br> §<br>MONSTANT COMPANY §<br> §<br> §<br> §<br> §<br> § | Case No: 3:16-md-02741-VC |

This document Relates to:
LAZARO MOLINA VS MONSANTO COMPANY
Civil Action No. 4:20-cv-00546

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1) and MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel's recently discovered death of Lazaro Molina, a plaintiff in this action. Lazaro Molina passed away on August 25, 2021. His filed Suggestion of Death is attached as Exhibit A and his Death Certificate as Exhibit B. Corina Molina is the surviving wife of Lazaro Molina.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is herby requested that Corina Molina, surviving wife of Lazaro Molin, Deceased be substituted in place of Lazaro Molina as plaintiff in this action, so that Decedent's claims survive, and the action on her behalf may proceed.

The request under this Motion is not sought for delay, but so that justice may be done.

Dated: <u>November 2, 2021.</u>          Respectfully submitted,

**THE WEBSTER LAW FIRM**

By: */s/ Jason C. Webster*
JASON C. WEBSTER
State Bar No. 24033318
6200 Savoy Drive, Suite 150
Houston, Texas 77036
Tele:   713.581.3900
Fax:    713.581.3907
filing@thewebsterlawfirm.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 1, 2021, a copy of the foregoing document was provided to defense counsel in an attempt to confer regarding the same. As of the date of this filing, no response has been received.

*/s/ Chelsie King Garza*
**CHELSIE KING GARZA** *(Of Counsel)*
State Bar No. 24034521
6200 Savoy Drive, Suite 150
Houston, Texas 77036
713.581.3900 (telephone)
713.581.3907 (facsimile)
filing@thewebsterlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2021, a copy of the foregoing document was filed electronical. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/ Jason C. Webster*

JASON C. WEBSTER
State Bar No. 24033318
6200 Savoy Drive, Suite 150
Houston, Texas 77036
Tele:   713.581.3900
Fax:    713.581.3907
filing@thewebsterlawfirm.com