UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>Hon. Vince Chhabria<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to the Court's September 8, 2021 Minute Entry, Plaintiffs' leadership and Monsanto's counsel hereby provide the following updates to the Court.

**I. Docket Overview**

Since the Court entered PTO 246 establishing the inactive docket, the parties have agreed that 2,340 cases, involving 2,361 plaintiffs, can be moved to the inactive docket and administratively closed. 1,547 cases remain active in the MDL.

**II. Status of Wave 3 Cases**

Eleven cases remain pending in Wave 3:

- *Blair v. Monsanto Co.*, 19-cv-07984
- *Chapman v. Monsanto Co.*, 20-cv-01277
- *Denkins v. Monsanto Co.*, 20-cv-03301
- *Garza v. Monsanto Co.*, 20-cv-06988
- *Koen v. Monsanto Co.*, 20-cv-03074
- *Savory v. Monsanto Co.*, 20-cv-02403
- *Schaffner v. Monsanto Co.*, 19-cv-07526
- *Solis v. Monsanto Co.*, 20-cv-07391
- *Spector v. Monsanto Co.*, 20-cv-05532
- *Thomas v. Monsanto Co.*, 20-cv-08051
- *Vosper v. Monsanto Co.*, 19-cv-05525

Briefing in all of these cases should be complete by November 24, 2021. On October 27, 2021, Monsanto filed a letter requesting oral argument on its new Rule 702 and summary judgment

motions in these cases, at a date and time convenient to the Court, in light of the novel issues presented by these motions.  ECF No. 14102.

### III. Update on Status of Motions to Dismiss

On November 2, 2021, the Court entered PTO 255 granting Monsanto's motion to dismiss five cases for deficient PFSs.  As of the date of this filing, no other motions to dismiss are pending.

DATED:  November 3, 2021                Respectfully submitted.

By:  /s/ Aimee Wagstaff
Aimee Wagstaff
Aimee.wagstaff@wagstafflawfirm.com
WAGSTAFF LAW FIRM
7171 West Alaska Drive
Lakewood CO 80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
WEITZ & LUXENBERG, P.C.
700 Broadway
New York NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
THE MILLER FIRM, LLC
108 Railroad Ave
Orange VA 22960
Telephone: (540) 672 4224
Facsimile: (540) 672-3055

*Attorneys for Plaintiffs*

/s/ William Hoffman
William Hoffman (pro hac vice)
(william.hoffman@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW,
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>/s/ Brian L. Stekloff</u>
Brian L. Stekloff (pro hac vice)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (pro hac vice)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005

*Attorneys for Defendant*
*MONSANTO COMPANY*

Case 3:16-md-02741-VC   Document 14138   Filed 11/03/21   Page 4 of 4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of November, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filling to all appearing parties of record.

By:  /s/ Brian L. Stekloff