# EXHIBIT C



# State of California
## Secretary of State

**Statement of Information**
**(Domestic Stock and Agricultural Cooperative Corporations)**

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |
|---|

# E-M42990

# FILED

In the office of the Secretary of
State of the State of California

## Jun - 19 2012

This Space For Filing Use Only

---

**1. CORPORATE NAME**

C0104720

WILBUR-ELLIS COMPANY

---

**Due Date:**

---

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 345 CALIFORNIA STREET, 27TH FLOOR   SAN FRANCISCO  CA 94104 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 345 CALIFORNIA STREET, 27TH FLOOR   UNION CITY  CA 94104 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | |

---

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| JOHN  P.  THACHER  345 CALIFORNIA STREET, 27TH FLOOR   SAN FRANCISCO, CA 94104 | | | | |
| 6. SECRETARY | | | | |
| DAVID  P.  GRANOFF  345 CALIFORNIA STREET, 27TH FLOOR   SAN FRANCISCO, CA 94104 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| MICHAEL  J.  HUNTER  345 CALIFORNIA STREET, 27TH FLOOR   SAN FRANCISCO  CA 94104 | | | | |

---

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME | | | | |
| FRANK M. BROWN    345 CALIFORNIA STREET, 27TH FLOOR   SAN FRANCISCO, CA 94104 | | | | |
| 9. NAME | | | | |
| BRUCE L. BERETTA    345 CALIFORNIA STREET, 27TH FLOOR   SAN FRANCISCO, CA 94104 | | | | |
| 10. NAME | | | | |
| JOHN P. THACHER    345 CALIFORNIA STREET, 27TH FLOOR   SAN FRANCISCO, CA 94104 | | | | |

---

**11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:**

---

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

**12. NAME OF AGENT FOR SERVICE OF PROCESS**

CT CORPORATION SYSTEM

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|

---

**Type of Business**

**14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**

DISTR - AGRICULTURAL CHEMICALS

---

**15.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 06/19/2012 | DAVID P. GRANOFF | SECRETARY | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 10/2010)                                    APPROVED BY SECRETARY OF STATE