# EXHIBIT C



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.
IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

S

E-M42990

**FILED**
In the office of the Secretary of State of the State of California

**Jun - 19 2012**

This Space For Filing Use Only

1. **CORPORATE NAME**
   C0104720
   WILBUR-ELLIS COMPANY

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
   345 CALIFORNIA STREET, 27TH FLOOR    SAN FRANCISCO    CA    94104

3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE
   345 CALIFORNIA STREET, 27TH FLOOR    UNION CITY    CA    94104

4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 — CITY — STATE — ZIP CODE

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
   JOHN P. THACHER    345 CALIFORNIA STREET, 27TH FLOOR    SAN FRANCISCO, CA 94104

6. SECRETARY — ADDRESS — CITY — STATE — ZIP CODE
   DAVID P. GRANOFF   345 CALIFORNIA STREET, 27TH FLOOR    SAN FRANCISCO, CA 94104

7. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
   MICHAEL J. HUNTER   345 CALIFORNIA STREET, 27TH FLOOR    SAN FRANCISCO CA 94104

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

8. NAME — ADDRESS — CITY — STATE — ZIP CODE
   FRANK M. BROWN    345 CALIFORNIA STREET, 27TH FLOOR    SAN FRANCISCO, CA 94104

9. NAME — ADDRESS — CITY — STATE — ZIP CODE
   BRUCE L. BERETTA    345 CALIFORNIA STREET, 27TH FLOOR    SAN FRANCISCO, CA 94104

10. NAME — ADDRESS — CITY — STATE — ZIP CODE
    JOHN P. THACHER   345 CALIFORNIA STREET, 27TH FLOOR    SAN FRANCISCO, CA 94104

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
    CT CORPORATION SYSTEM

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** — CITY — STATE — ZIP CODE

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
    DISTR - AGRICULTURAL CHEMICALS

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

    06/19/2012    DAVID P. GRANOFF    SECRETARY
    DATE    TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM    TITLE    SIGNATURE

SI-200 C (REV 10/2010)                                                                                         APPROVED BY SECRETARY OF STATE