**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ──────────────────────────── ) ) This document relates to: ) ) Patrick Cornforth v. Monsanto Company ) ) Case No. 3:20-cv-00491-VC ) ──────────────────────────── ) | MDL No. 2741 Case No. 3:16-md-02741-VC |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Stipulation of the parties, and good cause appearing;

IT IS HEREBY ORDERED that Plaintiff Patrick Cornforth's Complaint in the above-entitled action be DISMISSED with prejudice, the parties to bear their respective costs and fees.

Dated: November 3, 2021            _____
                                    Hon. Vince Chhabria

- 1 -

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE