Karen Barth Menzies (CA SBN 180234)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA  94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com

Fletcher V. Trammell, Esq.
Melissa Binstock Ephron, Esq.
Patrick B. McAndrew, Esq.
TRAMMELL, PC
3262 Westheimer Rd., Ste. 423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
melissa@trammellpc.com
patrick@trammellpc.com

Andrew F. Kirkendall
Erin M. Wood
KIRKENDALL DWYER LLP
4343 Sigma Rd, Suite 200
Dallas, TX  75244
Tel: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ewood@kirkendalldwyer.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON OSWALD,<br><br>    Plaintiff,<br> v.<br><br>MONSANTO COMPANY, a corporation; WILBUR-ELLIS COMPANY, LLC, a limited liability company; WILBUR-ELLIS NUTRITION, LLC (formerly WILBUR-ELLIS FEED, LLC), a limited liability company; G&S HARDWARE PURCHASING, INC. D/B/A ROSEVILLE ACE HARDWARE; and DOES 1 through 100 inclusive,<br><br>    Defendants. | Case No. 3:21-cv-07729<br><br>**DECLARATION OF PATRICK B. MCANDREW IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND** |

Pursuant to 28 U.S.C.A. §1746, I, Patrick B. McAndrew, declare and state:

1. I am an attorney admitted to practice law in the state of Texas and will submit for *pro hac vice* privileges in this case. I am an Attorney with Trammell, P.C. and am one of the attorneys of record for Plaintiff Harrison Oswald. I am over eighteen years of age and am fully competent to make this Declaration in support of Plaintiff's Motion to Remand. I have personal knowledge of the facts stated in this declaration and factual statements contained in Plaintiff's Motion to Remand.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff Harrison Oswald's Amended Response to Defendant Monsanto's Special Interrogatories, Set One, served on November 2, 2021.

3. Attached hereto as **Exhibit B** is a true and correct copy of Wilbur Ellis Company's Statement of Information filed with the California Secretary of State on June 23, 2015.

4. Attached hereto as **Exhibit C** is a true and correct copy of Wilbur Ellis Company's Statement of Information filed with the California Secretary of State on June 19, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that if called as a witness I would and could testify competently, and that I make this declaration based on my personal knowledge.

Executed this 2nd day of November, 2021 in Houston, Texas.

*/s/ Patrick B. McAndrew*

Patrick B. McAndrew