# EXHIBIT C



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

**FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

E-M42990

**FILED**
In the office of the Secretary of State of the State of California

**Jun - 19 2012**

This Space For Filing Use Only

---

**1. CORPORATE NAME**
C0104720
WILBUR-ELLIS COMPANY

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| # | Address | City | State | Zip |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 345 CALIFORNIA STREET, 27TH FLOOR | SAN FRANCISCO | CA | 94104 |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 345 CALIFORNIA STREET, 27TH FLOOR | UNION CITY | CA | 94104 |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | Name | Address | City, State Zip |
|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | JOHN P. THACHER | 345 CALIFORNIA STREET, 27TH FLOOR | SAN FRANCISCO, CA 94104 |
| 6. SECRETARY | DAVID P. GRANOFF | 345 CALIFORNIA STREET, 27TH FLOOR | SAN FRANCISCO, CA 94104 |
| 7. CHIEF FINANCIAL OFFICER/ | MICHAEL J. HUNTER | 345 CALIFORNIA STREET, 27TH FLOOR | SAN FRANCISCO CA 94104 |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| # | Name | Address | City, State Zip |
|---|---|---|---|
| 8. NAME | FRANK M. BROWN | 345 CALIFORNIA STREET, 27TH FLOOR | SAN FRANCISCO, CA 94104 |
| 9. NAME | BRUCE L. BERETTA | 345 CALIFORNIA STREET, 27TH FLOOR | SAN FRANCISCO, CA 94104 |
| 10. NAME | JOHN P. THACHER | 345 CALIFORNIA STREET, 27TH FLOOR | SAN FRANCISCO, CA 94104 |

**11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:**

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

**12. NAME OF AGENT FOR SERVICE OF PROCESS**
CT CORPORATION SYSTEM

**13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE

**Type of Business**

**14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**
DISTR - AGRICULTURAL CHEMICALS

**15.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 06/19/2012 | DAVID P. GRANOFF | SECRETARY | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 10/2010)                                                                                                                            APPROVED BY SECRETARY OF STATE