Alan Y. Wong
SHOOK, HARDY & BACON L.L.P.
125 Summer Street, Suite 1220
Boston, MA 02110
Phone: (617) 531-1411
Fax: (617) 531-16-2
awong@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to:<br><br>*Elexis McCrillis v. Monsanto Company*<br>Case No.  3:21-cv-00606-VC | **NOTICE OF APPEARANCE OF ALAN Y.WONG ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Alan Y. Wong of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 4, 2021                                                           Respectfully Submitted,


By:  */s/ Alan Y. Wong*
      Alan Y.Wong
      SHOOK, HARDY & BACON L.L.P.
      2555 Grand Blvd.
      Kansas City, MO 64108
      Phone: (816) 559-2064
      Fax: (816) 421-5547
      awong@shb.com

      *Attorney for Defendant*
      *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, Alan Y. Wong, hereby certify that, on November 4, 2021I electronically filed NOTICE OF APPEARANCE OF ALAN Y. WONG ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 4, 2021                Respectfully submitted,

                                             */s/ Alan Y. Wong*
                                             Alan Y. Wong
                                             SHOOK, HARDY & BACON L.L.P.
                                             125 Summer Street, Suite 1220
                                             Boston, MA
                                             Phone: (617) 531-1411
                                             Fax: (617) 531-1602
                                             awong@shb.com

                                             *Attorney for Defendant*
                                             *MONSANTO COMPANY*