Antar K. Vaughan
Florida Bar No. 497754
**SHOOK, HARDY & BACON L.L.P.**
201 South Biscayne Boulevard
Miami Center, Suite 3200
Miami, FL 33131
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
E-mail: avaughan@shb.com

Attorney for Defendant
MONSANTO COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Philip Glassman and Barbara Glassman v. Monsanto Co.,*<br>Case No. 3:20-cv-00024-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF ANTAR K. VAUGHAN ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, Antar K. Vaughan of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

DATED: November 4, 2021                    Respectfully Submitted,

By: */s/ Antar K. Vaughan*
    Antar K. Vaughan
    Florida Bar No. 497754
    **SHOOK, HARDY & BACON L.L.P.**
    201 South Biscayne Boulevard
    Miami Center, Suite 3200
    Miami, FL 33131
    Telephone: (305) 358-5171
    Facsimile: (305) 358-7470
    E-mail: avaughan@shb.com

    Attorney for Defendant
    MONSANTO COMPANY

## CERTIFICATE OF SERVICE

I, Antar K. Vaughan, hereby certify that, on November 3, 2021, I electronically filed NOTICE OF APPEARANCE OF ANTAR K. VAUGHAN ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 4, 2021                    Respectfully Submitted,


                                                    By: */s/ Antar K. Vaughan*
                                                        Antar K. Vaughan
                                                        Florida Bar No. 497754
                                                        **SHOOK, HARDY & BACON L.L.P.**
                                                        201 South Biscayne Boulevard
                                                        Miami Center, Suite 3200
                                                        Miami, FL 33131
                                                        Telephone: (305) 358-5171
                                                        Facsimile: (305) 358-7470
                                                        E-mail: avaughan@shb.com

                                                        Attorney for Defendant
                                                        MONSANTO COMPANY