UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Miller v. Monsanto*, Case No. 21-cv-4219 | **PRETRIAL ORDER NO. 256: DENYING MOTION TO REINSTATE PREFERENTIAL TRIAL SETTING** |
| | Re: Dkt. 13; MDL Dkt. 13708 |

Miller originally brought his claims in California state court. California rules of procedure enable litigants to ask for a preferential trial setting, which in effect puts their case on a fast track. While in state court, Miller requested a preferential trial setting, and the state court judge granted the request due to Miller's advanced age and poor health. After that happened, Monsanto removed the case to federal court, where it joined the numerous other cases against Monsanto that have been consolidated into this MDL. Miller now asks for the preferential trial setting to be reinstated here.

In contrast to California rules of procedure, no analogous rule of federal procedure provides for expedited proceedings. Instead, Miller asks the Court to exercise its discretion to manage its docket and to reinstate the accelerated timeline for Miller's case. The Court declines to do so. The main reason for accelerating the proceedings is that Miller may not be able to testify at trial due to his age and health, but that concern is best addressed through a trial preservation deposition. In addition, the unfortunate reality is that many of the plaintiffs in this MDL are elderly and/or have serious health conditions, making it very difficult to determine

whether one plaintiff's case should truly receive priority over others. For these reasons, Miller's request to expedite his case is denied, but the parties are ordered to take Miller's trial preservation deposition within 28 days of this order.

**IT IS SO ORDERED.**

Dated: November 4, 2021

VINCE CHHABRIA
United States District Judge