Micah L. Hobbs
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2365
Fax: (816) 421-5547
mhobbs@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | |
| *Patsy W. Wix as Personal Representative of the Estate of William Dennis Huskey v. Monsanto Company* | **NOTICE OF APPEARANCE OF MICAH L. HOBBS ON BEHALF OF MONSANTO COMPANY** |
| Case No. 3:20-cv-02648-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Micah L. Hobbs of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 4, 2021               Respectfully Submitted,

By:   /s/ Micah L. Hobbs
      Micah L. Hobbs
      SHOOK, HARDY & BACON L.L.P.
      2555 Grand Blvd.
      Kansas City, MO 64108
      Phone: (816) 559-2365
      Fax: (816) 421-5547
      mhobbs@shb.com

      *Attorney for Defendant*
      *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, Micah L. Hobbs, hereby certify that, on November 4, 2021 I electronically filed NOTICE OF APPEARANCE OF MICAH L. HOBBS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 4, 2021                     Respectfully submitted,

*/s/ Micah L. Hobbs*
Micah L. Hobbs
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2365
Fax: (816) 421-5547
mhobbs@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*