Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Megan Gray,<br>          Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>          Defendant. | MDL No. 2741<br><br>Case No. 3:21-cv-06487<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO: CLERK OF THE ABOVE-ENTITLED COURT and ALL PARTIES AND COUNSEL OF RECORD:

The undersigned hereby stipulate and agree that Kristy Arevalo of the firm McCune Wright Arevalo, LLP, 3281 East Guasti Road, Suite 100 Ontario, California 91761, has been substituted for Christopher B. Dolan of The Dolan Law Firm, 1438 Market Street San Francisco, CA 94102, as Attorney of Record for Plaintiff in the above-referenced action, and the Clerk of this Court is hereby requested to make such entries as may be required to record such substitution, to remove Christopher B. Dolan of The Dolan Law Firm from ECF/service on this case, and replace that firm

with ECF service to Kristy Arevalo of the firm McCune Wright Arevalo, LLP, respectively.

Dated: November 5, 2021                    Respectfully submitted,

                                           */s/ Kristy M. Arevalo*
                                           **MCCUNE WRIGHT AREVALO, LLP**

                                           Kristy M. Arevalo, Esq. (SBN: 216308)
                                           kma@mccunewright.com
                                           3281 East Guasti Road, Suite 100
                                           Ontario, California 91761
                                           Telephone: (909) 557-1250
                                           Facsimile: (909) 557-1275

Dated: November 5, 2021                    Respectfully submitted,

                                           **THE DOLAN LAW FIRM**

                                           Emile A. Davis, Esq.
                                           emile.davis@dolanlawfirm.com
                                           1438 MARKET STREET
                                           SAN FRANCISCO, CA 94102
                                           Telephone: (415) 421-2800
                                           Facsimile: (415) 412-2830

## CERTIFICATE OF SERVICE

I, Kristy M. Arevalo, hereby certify that, on November 5, 2021, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Dated: November 5, 2021

*/s/ Kristy M. Arevalo*
**McCune Wright Arevalo, LLP**

Kristy M. Arevalo, Esq. (SBN: 216308)
kma@mccunewright.com
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275