| | |
|---|---|
| 1 | **LUPIS LAW FIRM** |
| | Josephine Lupis (*pro hac vice*) |
| 2 | (josephine@lupislawfirm.com) |
| | 223 Wall Street, Suite 134 |
| 3 | Huntington, NY 11743 |
| | Tel: 516-570-6636 |
| 4 | Fax: 631-824-9197 |
| 5 | *Attorneys for Plaintiffs* |
| 6 | **HOLLINGSWORTH LLP** |
| | Martin C. Calhoun (*pro hac vice*) |
| 7 | (mcalhoun@hollingsworthllp.com) |
| | 1350 I Street, N.W. |
| 8 | Washington, DC 20005 |
| | Tel: 202-898-5800 |
| 9 | Fax: 202-682-1639 |
| 10 | *Attorneys for Defendants Monsanto Company and Lowe's Home Centers, LLC* |
| 11 | |
| 12 | **GOODMAN NEUMAN HAMILTON LLP** |
| | Joshua S. Goodman (State Bar #116576) |
| 13 | (JGoodman@gnhllp.com) |
| | Ruta Paskevicius (State Bar #127784) |
| 14 | (rpaskevicius@gnhllp.com) |
| | One Post Street, Suite 2100 |
| 15 | San Francisco, CA 94104 |
| | Tel: 415-705-0400 |
| 16 | Fax: 415-705-0411 |
| 17 | *Attorneys for Defendant Home Depot U.S.A., Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **STIPULATION OF DISMISSAL WITH PREJUDICE OF *MARY WHITE* LAWSUIT** |
| *Mary White, et al. v. Monsanto Company, et al.*, Case No. 3:20-cv-05929-VC | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants Monsanto Company, Lowe's Home Centers, LLC, and Home Depot U.S.A., Inc., by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of

this lawsuit (including all claims asserted by Plaintiffs), with each party to bear her, his, or its own attorneys' fees and costs.

DATED:  November 5,  2021 Respectfully submitted,

*/s/ Josephine Lupis*_____
Josephine Lupis (*pro hac vice*)
(josephine@lupislawfirm.com)
LUPIS LAW FIRM
223 Wall Street, Suite 134
Huntington NY 11743
Tel: (516) 570-6636
Fax: (631) 824-9197

*Attorneys for Plaintiffs*

*/s/ Martin C. Calhoun*_____
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639

*Attorneys for Defendants Monsanto Company and Lowe's Home Centers, LLC*

*/s/ Joshua S. Goodman*_____
Joshua S. Goodman
(jgoodman@gnhllp.com)
GOODMAN NEUMAN HAMILTON LLP
One Post Street, Suite 2100
San Francisco, CA 94104
Tel: 415-705-0400
Fax: 415-705-0411

*Attorneys for Defendant Home Depot U.S.A. Inc.*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Martin Calhoun, attest that all signatories listed above, and on whose behalf this stipulation is submitted, concur in and have authorized the filing.

*/s/ Martin C. Calhoun*_____
Martin C. Calhoun
HOLLINGSWORTH LLP

*Attorneys for Defendants Monsanto Company and Lowe's Home Centers, LLC*