GOODMAN NEUMAN HAMILTON, LLP
Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Ruta Paskevicius – State Bar #127784
rpaskevicius@gnhllp.com
One Post Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Salas v. Monsanto Company et al* Case No. 3:21-cv-06173-VC | Case No. MDL No. 2741<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT HOME DEPOT U.S.A., INC.**<br><br>Case No. 3:21-cv-06173-VC |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Joshua S. Goodman of Goodman Neuman Hamilton LLP hereby enters an appearance as counsel for Defendant HOME DEPOT U.S.A., INC. in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

DATED:  November 5, 2021         GOODMAN NEUMAN HAMILTON LLP

By: *s/ Joshua S. Goodman*
JOSHUA S. GOODMAN
RUTA PASKEVICIUS
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

-1-
NOTICE OF APPEARANCE ON BEHALF OF HOME DEPOT U.S.A., INC.
CASE NO. 3:21-cv-06173-VC

## **CERTIFICATE OF SERVICE**

I, Marisol Rosario, hereby certify that, on November 5, 2021, I electronically filed NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT HOME DEPOT U.S.A., INC. with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Marisol Rosario
Marisol Rosario

Goodman
Neuman
Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA
94104
Tel.: (415) 705-0400

-1-
NOTICE OF APPEARANCE ON BEHALF OF HOME DEPOT U.S.A., INC.
CASE NO. 3:21-cv-06173-VC