MORRIS, MANNING & MARTIN, LLP
Robert P. Alpert – GA Bar #013635
rpa@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 504-7692
Facsimile: (404) 365-9532

GOODMAN NEUMAN HAMILTON, LLP
Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Ruta Paskevicius – State Bar #127784
rpaskevicius@gnhllp.com
One Post Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Salas v. Monsanto Company et al.*<br>Case No. 3:21-cv-06173-VC | Case No. MDL No. 2741<br><br>Case No. 3:21-cv-06173-VC |

**HOME DEPOT U.S.A., INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

 (a) Home Depot U.S.A., Inc.

 (b) The Home Depot, Inc.

DATED:  November 5, 2021

By:    /s/  *Ruta Paskevicius*
Robert P. Alpert (rpa@mmmlaw.com)
Jeffrey K. Douglass (jkd@mmmlaw.com)
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center,
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 504-7692
Facsimile: (404) 365-9532

Joshua S. Goodman (jgoodman@gnhllp.com)
Ruta Paskevicius (rpaskevicius@gnhllp.com)
GOODMAN NEUMAN HAMILTON, LLP
One Post Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## **CERTIFICATE OF SERVICE**

I, Marisol Rosario, hereby certify that, on November 5, 2021, I electronically filed HOME DEPOT U.S.A., INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Marisol Rosario
Marisol Rosario

Goodman
Neuman
Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA
94104
Tel.: (415) 705-0400

-1-
NOTICE OF APPEARANCE ON BEHALF OF HOME DEPOT U.S.A., INC.
CASE NO. 3:21-cv-06173-VC