# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| This document relates to:<br>3:21-cv-08551-VC | CASE NUMBER | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|---|

| SAMUEL HESSE |  |
|---|---|
| v.           Plaintiff(s) | (PROPOSED) ORDER ON REQUEST FOR |
| Monsanto Company      Defendant(s) | APPROVAL OF SUBSTITUTION OR<br>WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Samuel Hesse                    ☒ Plaintiff ☐ Defendant ☐ Other
_____
*Name of Party*

to substitute  C. Mark Whitehead, Ill, M.D., J.D.                                who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
_____
*Street Address*

Lafayette, LA 70503                         cmw@whiteheadfirm.com
_____                       _____
*City, State, Zip*                          *E-Mail Address*

(337) 740-6006              (337) 205-7754              N/A
_____      _____      _____
*Telephone Number*         *Fax Number*               *State Bar Number*

as attorney of record instead of  Jeffrey M Berzowski
_____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**      ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge