Michella R. Gibbs
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002
Phone: (713) 227-8008
Fax: (713) 227-9508
mgibbs@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | |
| *William Scott v. Monsanto Company* Case No.  3:20-cv-04748-VC | **NOTICE OF APPEARANCE OF MICHELLA R. GIBBS ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Michella R. Gibbs of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 8, 2021                                     Respectfully Submitted,

By:   */s/ Michella R. Gibbs*
Michella R. Gibbs
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002
Phone: (713) 227-8008
Fax: (713) 227-9508
mgibbs@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

    I, Michella R. Gibbs, hereby certify that, on November 8, 2021 I electronically filed NOTICE OF APPEARANCE OF MICHELLA R. GIBBS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 8, 2021           Respectfully submitted,

                                             */s/ Michella R. Gibbs*
                                             Michella R. Gibbs
                                             SHOOK, HARDY & BACON L.L.P.
                                             600 Travis Street, Suite 3400
                                             Houston, TX 77002
                                             Phone: (713) 227-8008
                                             Fax: (713) 227-9508
                                             mgibbs@shb.com

                                             *Attorney for Defendant*
                                             *MONSANTO COMPANY*