MORRIS, MANNING & MARTIN, LLP
Jeffrey K. Douglass – GA Bar #227523
jkd@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 504-7793
Facsimile: (404) 365-9532

GOODMAN NEUMAN HAMILTON, LLP
Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Ruta Paskevicius – State Bar #127784
rpaskevicius@gnhllp.com
One Post Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Salas v. Monsanto Company et al* Case No. 3:21-cv-06173-VC | Case No. MDL No. 2741<br><br>Case No. 3:21-cv-06173-VC |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT HOME DEPOT U.S.A., INC.**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jeffrey K. Douglass of Morris, Manning & Martin, LLP hereby enters an appearance as counsel for Defendant HOME DEPOT, U.S.A. Inc. in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and

other papers in connection with this action be served on and directed to the undersigned counsel. This appearance is made pursuant to Pretrial Order No. 1 in MDL No. 2741. The undersigned is admitted to practice and is in good standing in the United States District Court, Northern District of Georgia.

DATED:  November 8, 2021

By: */s/ Jeffrey K. Douglass*
Jeffrey K. Douglass
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center,
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: 404-504-7793
Facsimile: 404-365-9532
Email: jkd@mmmlaw.com
*Attorney for Defendant*
*HOME DEPOT U.S.A., INC.*

# CERTIFICATE OF SERVICE

I, Michelle Valentine, hereby certify that, on November 8, 2021, I electronically filed NOTICE OF APPEARANCE ON BEHALF OF HOME DEPOT U.S.A., INC. with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Michelle Valentine*
Michelle Valentine