Name and address:

Albert N. Thiel, Jr.
Thiel Law NM LLC
P.O. Box 94238
Albuquerque, New Mexico 87199
Telephone 1-(505)-842-5602
Facsimile 1-(505)-560-2624

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER: MDL No. 2741 Master Docket Case NO. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | 3:20-cv-07221-VC |
| Thomas G. Rogers       PLAINTIFF(S) v. MONSANTO COMPANY       DEFENDANT(S) | REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL |

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Roger Eaton                                                                 NM Bar Number:    736

Firm or agency:   Roger Eaton, Attorney

Address:     8617 Rio Grande Blvd NW          Los Ranchos, NM 87114-1301

Telephone Number:  1-(505)-264-9116                   Fax Number:   1-(505)-345-4906

E-mail:  roger2eaton@gmail.com

Counsel of record for the following party or parties:      Thomas G. Rogers

Other members of the same firm or agency also seeking to withdraw: _____

NOTE: THIS SUBSTITUTION DOES NOT AFFECT THE CONTINUING APPEARANCE OF LEAD COUNSEL:

LABLETTA & WALTERS LLC
CHRISTIAN P. LABLETTA, ESQ.
MARK J. WALTERS, ESQ.
Attorneys for Plaintiffs
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
(610) 828-3339

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel:

Name: Albert N Thiel, Jr.    NM Bar Number: 2682

Firm or agency: Thiel Law LLC

Address: P.O. Box 94238, Albuquerque, NM 87199

Telephone Number: 1-(505)-842-5602    Fax Number: Facsimile 1-(505)-560-2624

E-mail: Al@ThielNM.com

## SECTION III - SIGNATURES

*Withdrawing Attorney*
I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 11.5(a). I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 09/28/21    Signature: /s/ Roger Eaton

Name: Roger Eaton

*New Attorney (if applicable)*
I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of New Mexico.

Date: 09/28/21    Signature: [signature]

Name: Albert N Thiel, Jr.

*Party Represented by Withdrawing Attorney*
I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: 09/28/21    Signature: /s/ Thomas G. Rogers

Name: Thomas G. Rogers

Title: Plantiff