Albert N. Thiel, Jr.
Thiel Law NM LLC
P.O. Box 94238
Albuquerque, New Mexico 87199
Telephone 1-(505)-842-5602
Facsimile 1-(505)-560-2624

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER | MDL NO. 2741<br>MASTER DOCKET CASE NO. 16-MDL-02741-VC |
|---|---|---|
| THIS DOCUMENT RELATES TO: | | 3:20-CV-07221 -VC |
| Thomas G. Rogers                     Plaintiff(s)<br>v.<br>MONSANTO COMPANY                Defendant(s) | | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Thomas G. Rogers    ☒ Plaintiff  ☐ Defendant  ☐ Other _____
_Name of Party_

to substitute  Albert N Thiel, Jr. _____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

P.O. Box 94238 (Mail)  Albuquerque, NM 87199    200 Lomas NM #1118 Albuquerque, NM 87102 (Physical)*No mail to this address*
_Street Address_

Albuquerque, NM 87199/87102                Al@ThielNM.com
_City, State, Zip_                          _E-Mail Address_

1-(505)-842-5602          1-(505)-560-2624                2682
_Telephone Number_         _Fax Number_              _State Bar Number_

as attorney of record instead of     Roger Eaton, Attorney
_List **all** attorneys from same firm or agency who are withdrawing._

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____

Honorable Vince Chhabria
U. S. District Judge

G-01 ORDER (09/17)     (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY