MORRIS, MANNING & MARTIN, LLP
Robert P. Alpert – GA Bar #013635
rpa@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 504-7692
Facsimile: (404) 365-9532

GOODMAN NEUMAN HAMILTON, LLP
Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Ruta Paskevicius – State Bar #127784
rpaskevicius@gnhllp.com
One Post Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Salas v. Monsanto Company et al* Case No. 3:21-cv-06173-VC | Case No. MDL No. 2741<br><br>Case No. 3:21-cv-06173-VC |
|---|---|

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT HOME DEPOT U.S.A., INC.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Robert P. Alpert of Morris, Manning & Martin, LLP hereby enters an appearance as counsel for Defendant HOME DEPOT, U.S.A. Inc. in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers

NOTICE OF APPEARANCE ON BEHALF OF HOME DEPOT U.S.A., INC.
CASE NO. 3:21-cv-06173-VC

14708906 v1

in connection with this action be served on and directed to the undersigned counsel. This appearance is made pursuant to Pretrial Order No. 1 in MDL No. 2741. The undersigned is admitted to practice and is in good standing in the United States District Court, Northern District of Georgia.

DATED: November 8, 2021

By: */s/ Robert P. Alpert*
Robert P. Alpert
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center,
3343 Peachtree Road NE
Atlanta, GA 30326
Phone: 404-504-7692
Facsimile: 404-365-9532
Email: rpa@mmmlaw.com
*Attorney for Defendant*
*HOME DEPOT U.S.A., INC.*

# CERTIFICATE OF SERVICE

I, Michelle Valentine, hereby certify that, on November 8, 2021, I electronically filed NOTICE OF APPEARANCE ON BEHALF OF HOME DEPOT U.S.A., INC. with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Michelle Valentine*
Michelle Valentine