MORRIS, MANNING & MARTIN, LLP
Patrick L. Lowther – GA Bar #151509
plowther@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 495-3633
Facsimile: (404) 365-9532

GOODMAN NEUMAN HAMILTON, LLP
Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Ruta Paskevicius – State Bar #127784
rpaskevicius@gnhllp.com
One Post Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Salas v. Monsanto Company et al* Case No. 3:21-cv-06173-VC | Case No. MDL No. 2741<br><br>Case No. 3:21-cv-06173-VC |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT HOME DEPOT U.S.A., INC.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Patrick L. Lowther of Morris, Manning & Martin, LLP hereby enters an appearance as counsel for Defendant HOME DEPOT, U.S.A. Inc. in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and

1  other papers in connection with this action be served on and directed to the undersigned counsel.

2  This appearance is made pursuant to Pretrial Order No. 1 in MDL No. 2741. The undersigned is

3  admitted to practice and is in good standing in the United States District Court, Northern District

4  of Georgia.

6  DATED:  November 8, 2021

7  By:  */s/ Patrick L. Lowther*
Patrick L. Lowther
8  MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center,
9  3343 Peachtree Road NE
Atlanta, GA 30326
10  Phone: 404-495-3633
Facsimile: 404-365-9532
11  Email: plowther@mmmlaw.com
*Attorney for Defendant*
12  *HOME DEPOT U.S.A., INC.*

2

NOTICE OF APPEARANCE ON BEHALF OF HOME DEPOT U.S.A., INC.
CASE NO. 3:21-cv-06173-VC

14708909 v1

## CERTIFICATE OF SERVICE

I, Michelle Valentine, hereby certify that, on November 8, 2021, I electronically filed NOTICE OF APPEARANCE ON BEHALF OF HOME DEPOT U.S.A., INC. with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Michelle Valentine*
Michelle Valentine

Goodman
Neuman
Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA
94104
Tel.: (415) 705-0400