**FEARS | NACHAWATI, PLLC**
Darren P. McDowell
Texas Bar No. 24025520
dmcdowell@fnlawfirm.com
Matthew R. McCarley
Texas Bar No. 24041426
mccarley@fnlawfirm.com
Jonathan P. Novak
Maryland Bar No. 20282
jnovak@fnlawfirm.com
5473 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

*Attorneys for Plaintiff*

**GOODMAN NEUMAN HAMILTON LLP**
Joshua S. Goodman (State Bar #116576)
jgoodman@gnhllp.com
Ruta Paskevicius (State Bar #127784)
rpaskevicius@gnhllp.com
One Post Street, Suite 2100
San Francisco, CA  94104
Tel: 415-705-0400
Fax: 415-705-0411

*Attorneys for Defendant Home Depot U.S.A., Inc.*

**SHOOK HARDY & BACON LLP**
John L. Ackley
jackley@shb.com
Shook, Hardy & Bacon L.L.P.
600 Travis, Suite 3400
Houston, TX 77002
Tel: 713-227-8008
Fax: 713-227-9508

*Attorney for Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Bulone v. Monsanto Company et al.,*<br>Case No. 3:20-cv-03719 | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HOME DEPOT U.S.A., INC.** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants Home Depot U.S.A., Inc. and Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all claims asserted by Plaintiff), as to Defendant Home Depot U.S.A., Inc. only, with each party to bear her, his, or its own attorneys' fees and costs.

DATED: November 8, 2021

**FEARS | NACHAWATI, PLLC**

By: */s/ Danae N. Benton*
Danae N. Benton
*Attorneys for Plaintiff*
*Angelo Bulone*

**GOODMAN NEUMAN HAMILTON LLP**

By: */s/ Joshua S. Goodman*
Joshua S. Goodman
*Attorneys for Defendant*
*Home Depot U.S.A., Inc.*

**SHOOK HARDY & BACON LLP**

By: */s/ John L. Ackey*
John L. Ackey
*Attorneys for Defendant*
*Monsanto Company*

### ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Joshua Goodman, attest that all signatories listed above, and on whose behalf this stipulation is submitted, concur in and have authorized the filing.

*/s/ Joshua S. Goodman*
Joshua S. Goodman
GOODMAN NEUMAN HAMILTON LLP

*Attorneys for Defendant Home Depot U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

I, Marisol Rosario, hereby certify that, on November 9, 2021, I electronically filed STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HOME DEPOT U.S.A., INC. with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

　　　　　　　　　　　　　　　　　　　　*/s/ Marisol Rosario*
　　　　　　　　　　　　　　　　　　　　Marisol Rosario