UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION      MDL No. 2741
    Case No. 3:16-md-02741-VC

This document relates to:
*John Richard McEvoy, Sr. and Sarah Brooks McEvoy, his wife v. Monsanto Co.,*
Case No. 3:20-cv-01641-VC

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Christopher N. Shakib, of the firm Terrell Hogan Yegelwel, P.A., files this Notice of Appearance as lead counsel on behalf of Plaintiffs, JOHN RICHARD MCEVOY, SR. and SARAH BROOKS MCEVOY, and requests that all further notices and copies of all pleadings, papers, and other material relevant to this action be served upon him.

This 9th day of November, 2021.

    Respectfully Submitted,

    /s/ *Christopher Shakib*_____
    **Christopher Shakib, Esquire**
    **TERRELL HOGAN & YEGELWEL, P.A.**
    233 East Bay Street, 8th Floor
    Jacksonville, Florida  32202
    Telephone:  (904) 632-2424
    Facsimile:   (904) 632-5049
    Primary Email:    shakib@terrellhogan.com
    Secondary Email: jfleury@terrellhogan.com
     Florida Bar No.: 0947865

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of November, 2021, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this case.

/s/ Christopher Shakib, Esquire