1  Steven M. Thomas
   SHOOK, HARDY & BACON L.L.P.
2  2555 Grand Blvd.
   Kansas City, MO 64108
3  Phone: (816) 474-6550
   Fax: (816) 421-5547
4  smthomas@shb.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6
                    **UNITED STATES DISTRICT COURT**
7                   **NORTHERN DISTRICT OF CALIFORNIA**

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
9  | | Case No. MDL No. 3:16-md-2741-VC |
10 | This document relates to: | |
11 | *John Dillon and Catherine Dillon v. Monsanto Company* | **NOTICE OF APPEARANCE OF STEVEN M. THOMAS ON BEHALF OF MONSANTO COMPANY** |
12 | Case No. 3:19-cv-06184-VC | |

13

14 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

15     PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Steven M. Thomas of the

16 firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant

17 MONSANTO COMPANY in the above-captioned matter and respectfully requests that all

18 pleadings, notices, orders, correspondence, and other papers in connection with this action be served

19 on and directed to the undersigned counsel.

20 November 10, 2021                    Respectfully Submitted,

21
                                       By:  */s/ Steven M. Thomas*
22                                          Steven M. Thomas
                                            SHOOK, HARDY & BACON L.L.P.
23                                          2555 Grand Blvd.
                                            Kansas City, MO 64108
24                                          Phone: (816) 474-6550
                                            Fax: (816) 421-5547
25                                          smthomas@shb.com

26                                          *Attorney for Defendant*
                                            *MONSANTO COMPANY*
27

28

---

NOTICE OF APPEARANCE OF STEVEN M. THOMAS ON BEHALF OF
DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC

**CERTIFICATE OF SERVICE**

I, Steven M. Thomas, hereby certify that, on November 10, 2021I electronically filed NOTICE OF APPEARANCE OF STEVEN M. THOMAS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 10, 2021               Respectfully Submitted,

By: */s/ Steven M. Thomas*
    Steven M. Thomas
    SHOOK, HARDY & BACON L.L.P.
    2555 Grand Blvd.
    Kansas City, MO 64108
    Phone: (816) 474-6550
    Fax: (816) 421-5547
    smthomas@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*