GILLIAN L. WADE (State Bar No. 229124)
MARC A. CASTANEDA (State Bar No. 299001)
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

*Attorneys for Plaintiffs*

(*additional counsel listed on signature page*)

JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036
Tel:  (202) 282-5000
Fax:  (202) 282-5100

BRIAN STEKLOFF
Wilkinson Stekloff LLP
bstekloff@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

*Attorneys for Defendant*

(*additional counsel listed on signature page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GILMORE, et al., | MDL No. 2741 |
| Plaintiffs, | Case No. 3:21-cv-08159 |
| vs. | **STIPULATION REGARDING SCHEDULE FOR BRIEFING MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND EXTENSION OF THE PAGE LIMIT FOR CERTAIN BRIEFS** |
| MONSANTO COMPANY, | |
| Defendant. | |

Plaintiffs Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell, and Kristy Williams ("Plaintiffs") and Defendant Monsanto Company ("Monsanto," and together with Plaintiffs, the "Parties") jointly stipulate to, and respectfully request the Court's approval of, a briefing schedule and page-limit extensions for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and for Certification of the Class for the Purposes of Settlement ("Motion for Preliminary Approval") previously filed with transferor court, as well as briefing on the motions to intervene filed by Ryan Tomlinson, Carol Richardson, Gary Brown, and Patricia Godsey, pursuant to Civil Local Rule 6-2(a). The reasons for and terms of this stipulated request are as follows.

1.  Plaintiffs have pursued several actions against Monsanto and large retailers of Monsanto's Roundup® Weed & Grass Killer products (the "Products"), including the instant action (originally filed on August 19, 2020), pertaining to the marketing and sale of the Products without disclosure of their alleged carcinogenicity and health risks.

2.  On June 14, 2021, following years of litigation and after a mediation before former United States Magistrate Judge Diane Welsh, the Parties executed a proposed nationwide settlement and Plaintiffs filed the Motion for Preliminary Approval with the transferor court.

3.  On June 28, 2021, Tomlinson and Richardson—the named plaintiffs in a class action case pending in Missouri state court—filed a motion to intervene and a proposed opposition to the Motion for Preliminary Approval and the Stay Motion, which the Parties each opposed. Dkt. Nos. 41, 41-1, 41-2, 46-47, 54.

4.  All briefing focused on law within the Third Circuit.

5.  On July 15, 2021, Brian Webb (represented by the Fears Nachawati firm), the plaintiff in *Webb v. Monsanto Co.*, No. 3:20-cv-05624-VC, a personal-injury case included in MDL 2741, filed a notice of potential tagalong seeking to transfer this matter into the MDL. *In re Roundup Prods. Liab. Litig.*, MDL No. 2741 (J.P.M.L. Jul. 15, 2021), Dkt. No. 2381. Webb then filed a motion to transfer on July 28, 2021. JPML Dkt. No. 2400.

6.  On August 19, 2021, Plaintiffs' counsel filed a supplemental memorandum

1

attaching an amended proposed settlement agreement. Del. Dkt. 59. The amendments made clear that medical-monitoring claims are not included in the scope of the release. Del. Dkt. 59-1 §§ A(32), L(1). The amendments also include revised language to clarify that claims alleging personal injury or any damages (economic or otherwise) arising from personal injury are excluded from the proposed settlement's release. *Id.* §§ A(41), L(1).

7. On September 21, 2021, Gary Brown and Patricia Godsey—plaintiffs in personal-injury cases—each filed motions to intervene to oppose the Stay Motion, arguing that the proposed stay would stay their personal-injury cases. Dkt. Nos. 60, 61. The Parties each filed oppositions to this motion, explaining that Brown and Godsey were misinterpreting the proposed stay, which would not affect personal-injury cases. Dkt. Nos. 63, 64.

8. On October 8, 2021, the JPML issued an order transferring this case to this Court. JPML Dkt. No. 2488.

9. As a result of the transfer, and in anticipation that at least Tomlinson and Richardson will renew their motions to intervene, the Parties propose the following for the renewed briefing on the Motion for Preliminary Approval and the motions to intervene (including the indicated page limit extensions). The Parties agree that further briefing, and certain other submissions required under the Local Rules and this Court's Standing Order, are necessary before this Court can address the pending Motion for Preliminary Approval. Prior briefing focused on Third Circuit law rather than Ninth Circuit law and the Motion for Preliminary Approval did not address some of the issues that this Court's local rules and Civil Standing Order require to be addressed. The proposed notices may also require slight modification to address this Court's requirements.

10. Counsel for Plaintiffs met and conferred with counsel for Tomlinson and Richardson and Brown and Godsey prior to filing the instant stipulation. They do not oppose the proposed schedule. During the meet and confer process, Tomlinson and Richardson indicated that they do not believe that motions to intervene are necessary, but that they do not oppose the proposed schedule for briefing such motions.

11. Accordingly, the Parties hereby stipulate and agree to the following briefing schedule:

- Renewed Motion for Preliminary Approval (50 pages):  **Thursday, November 18, 2021**

- Renewed Motions to Intervene:  **Thursday, December 16, 2021**

- Proposed Oppositions to Preliminary Approval by Proposed Intervenors (50 pages):  **Thursday, December 16, 2021**

- Parties' Oppositions to Motions to Intervene:  **Thursday, December 30, 2021**

- Replies in Support of Motions to Intervene (15 pages to respond to each opposition, or 30 pages if a consolidated reply is filed):  **Thursday, January 13, 2022**

- Reply in Support of Motion for Preliminary Approval (30 pages):  **Thursday, January 13, 2022**

- Hearing on all motions:  **Thursday, February 3, 2022**

12.     Good cause exists to adopt the schedule set forth above as it is efficient and convenient for all parties and will further the interests of judicial economy. The schedule will allow for full briefing on the renewed Motion for Preliminary Approval and motions to intervene, such that the Court could determine all issues at a single hearing. The proposed schedule also addresses the holidays that will intervene during the briefing periods on these motions, and proposes that no party will have briefing due immediately before or after a holiday.  And the Parties propose that page limits be extended now, rather than by separate motions for each filing, given that the prior briefing before the transferee court indicates that additional pages will likely be necessary to fully address all relevant issues.

13.     No briefing schedule has yet been set for the Motion for Preliminary Approval and the renewed motions to intervene.

Pursuant to Civil Local Rule 6-2(a), Plaintiff and Defendants hereby request that the Court establish the schedule set forth above by approving and so-ordering this stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

Dated: November 10, 2021

s/ Gillian L. Wade

GILLIAN L. WADE
MARC A. CASTANEDA
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024

JOEL OSTER
Oster Law Firm
Of Counsel to the Law Offices of Howard Rubinstein
joel@osterlaw.com
22052 W. 66th St. #192
Shawnee, Kansas 66226

*Attorneys for Plaintiffs Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell, and Kristy Williams*

/s/ John J. Rosenthal

JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036

JEFF WILKERSON
Winston & Strawn LLP
jwilkerson@winston.com
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202

BRIAN STEKLOFF
Wilkinson Stekloff LLP
bstekloff@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, DC 20036

RAKESH KILARU
Wilkinson Stekloff LLP
rkilaru@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, DC 20036

*Counsel for Monsanto Company*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

Dated: November 10, 2021

/s/ Gillian L. Wade

GILLIAN L. WADE

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: November 10, 2021

/s/ Gillian L. Wade

GILLIAN L. WADE