**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| This document relates to:<br>3:21-cv-06110-VC | CASE NUMBER | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|---|
| Joseph Kealiinohomoku<br>v.<br>Monsanto Company | Plaintiff(s)<br><br>Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Joseph Kealiinohomoku__          ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute __C. Mark Whitehead, III, M.D., J.D.__ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

__Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway__
*Street Address*

__Lafayette, LA 70503__                              __cmw@whiteheadfirm.com__
*City, State, Zip*                                    *E-Mail Address*

__(337) 740-6006__          __(337) 205-7754__          __N/A__
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of   __Joseph F. Schmitt__
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                     *U. S. District Judge/U.S. Magistrate Judge*