UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GILMORE, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>MONSANTO COMPANY,<br><br>        Defendant. | MDL No. 2741<br><br>Case No. 3:21-cv-08159<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINSTRATIVE MOTION TO SET SCHEDULE FOR BRIEFING ON PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND EXTEND THE PAGE LIMIT FOR CERTAIN BRIEFS** |

Plaintiffs Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell, and Kristy Williams ("Plaintiffs") and Defendant Monsanto Company ("Defendant," and together with Plaintiffs, the "Parties") Joint Administrative Motion to Set Schedule for Briefing on Preliminary Approval of Proposed Class Action Settlement and Extend the Page Limit for Certain Briefs is GRANTED. The Court sets the following schedule and, where indicated, extends the page limits for certain briefs:

- Renewed Motion for Preliminary Approval (50 pages):  **Thursday, November 18, 2021**

- Renewed Motions to Intervene:  **Thursday, December 16, 2021**

- Proposed Oppositions to Preliminary Approval by Proposed Intervenors (50 pages):  **Thursday, December 16, 2021**

- Parties' Oppositions to Motions to Intervene:  **Thursday, December 30, 2021**

- Replies in Support of Motions to Intervene (15 pages to respond to each opposition, or 30 pages if a consolidated reply is filed):  **Thursday, January 13, 2022**

- Reply in Support of Motion for Preliminary Approval (30 pages):  **Thursday, January 13, 2022**

- Hearing on all motions:  **Thursday, February 3, 2022**

**IT IS SO ORDERED**

Dated: _____

_____
THE HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE