Kate Klaus
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
kklaus@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Richard & Shirley Canning v. Monsanto Company*<br>Case No. 3:19-cv-04230-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-2741-VC<br><br>**NOTICE OF APPEARANCE OF KATE KLAUS ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Pretrial Order No. 1, Kate Klaus of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 10, 2021                              Respectfully Submitted,


By:  /s/ Kate Klaus
Kate Klaus
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2064
Fax: (816) 421-5547
kklaus@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Kate Klaus hereby certify that, on November 10, 2021, I electronically filed NOTICE OF APPEARANCE OF KATE KLAUS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 10, 2021                                       Respectfully submitted,

                                             */s/ Kate Klaus*
Kate Klaus
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2064
Fax: (816) 421-5547
kklaus@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*