Stephen I. Hansen
SHOOK, HARDY & BACON L.L.P.
125 Summer Street, Suite 1220
Boston, MA 02110
Phone: (617) 531-1411
Fax: (617) 531-1602
sihansen@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF STEPHEN I. HANSEN ON BEHALF OF MONSANTO COMPANY** |
| *Ellen Gilberg and Michael Gilberg v. Monsanto Company* Case No. 3:20-cv-07735-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Stephen I. Hansen of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 10, 2021                                  Respectfully Submitted,


                                                   By:  */s/ Stephen I. Hansen*
                                                        Stephen I. Hansen
                                                        SHOOK, HARDY & BACON L.L.P.
                                                        125 Summer Street, Suite 1220
                                                        Boston, MA 02110
                                                        Phone: (617) 531-1411
                                                        Fax: (617) 531-1602
                                                        sihansen@shb.com

                                                        *Attorney for Defendant*
                                                        *MONSANTO COMPANY*

## **CERTIFICATE OF SERVICE**

I, Stephen I. Hansen, hereby certify that, on November 10, 2021 I electronically filed NOTICE OF APPEARANCE OF STEPHEN I. HANSEN ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 10, 2021                                    Respectfully submitted,

                                                                 */s/ Stephen I. Hansen*
Stephen I. Hansen
SHOOK, HARDY & BACON L.L.P.
125 Summer Street, Suite 1220
Boston, MA
Phone: (617) 531-1411
Fax: (617) 531-1602
sihansen@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*