**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> *Chapman. v. Monsanto, Co.*, No. 3:20-cv-01277-VC | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> **DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE APPLICATION OF ISSUE PRECLUSION/COLLATERAL ESTOPPEL TO THE ISSUE OF GENERAL CAUSATION** <br><br> Hearing date:  December 13, 2021 <br> Time:  TBD |

**DECLARATION OF JED P. WHITE**

I, Jed White, hereby declare as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Opposition to Plaintiff's Motion for Partial Summary Judgment on the Application of Issue Preclusion / Collateral Estoppel to the Issue of General Causation. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of excerpts of Transcript of Proceedings in the matter of *Destiny Clark, on Behalf of Her Minor Child, Ezra Clark v. Monsanto Company, et al.*, Superior Court of the State of California, County of Los Angeles, Case No. 20STCV46616, dated October 5, 2021.

3. Annexed hereto as Exhibit 2 is a true and correct copy of Judgment in the matter of *Destiny Clark, on Behalf of Her Minor Child, Ezra Clark v. Monsanto Company, et al.*, Superior Court of the State of California, County of Los Angeles, Case No. 20STCV46616, dated November 3, 2021.

4. Annexed hereto as Exhibit 3 is a true and correct copy of Order in the matter of *James Adams, et al. v. Monsanto Company*, Circuit Court of County of St. Louis, State of Missouri, Case No. 17SL-CC02721, dated July 26, 2019.

5. Annexed hereto as Exhibit 4 is a true and correct copy of excerpts of Transcript of Proceedings, *In Re: Roundup Products Liability Litigation*, U.S. District Court, Northern District of California, Case No. 16-MD-02741-VC, dated January 28, 2019.

6. Annexed hereto as Exhibit 5 is a true and correct copy of Petition for a Writ of Certiorari, *Monsanto Company v. Edwin Hardeman*, Supreme Court of the United States, dated August 16, 2021.

7. Annexed hereto as Exhibit 6 is a true and correct copy of Maria E. Leon, et al., *Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France,*

1

WHITE DECLARATION – OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
*CHAPMAN. V. MONSANTO, CO., NO. 3:20-CV-01277-VC*

*Norway and the USA: a pooled analysis from the AGRICOH consortium*, International Journal of Epidemiology (2019).

8. Annexed hereto as Exhibit 7 is a true and correct copy of M. Pahwa, et al., *Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project*, Scand. J. Work Environ. Health (2019).

9. Annexed hereto as Exhibit 8 is a true and correct copy of excerpts of Transcript of Proceedings, *Edward Hardeman v. Monsanto Company*, U.S. District Court, Northern District of California, Case No. 16-cv-00525-VC, dated March 5 and March 6, 2019.

10. Annexed hereto as Exhibit 9 is a true and correct copy of Kenny Crump, *The Potential Effects of Recall Bias and Selection Bias on the Epidemiological Evidence for the Carcinogenicity of Glyphosate*, Risk Analysis (2020).

11. Annexed hereto as Exhibit 10 is a true and correct copy of Geoffrey C. Kabat, et al., *On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans*, Cancer Causes & Control (2021).

12. Annexed hereto as Exhibit 11 is a true and correct copy of U.S. Environmental Protection Agency, Glyphosate – Proposed Interim Registration Review Decision Case Number 0178, dated April 23, 2019.

13. Annexed hereto as Exhibit 12 is a true and correct copy of a letter from Michael L. Goodis, P.E., Director, Registration Division, Office of Pesticide Programs to "Dear Registrant", dated August 7, 2019.

14. Annexed hereto as Exhibit 13 is a true and correct copy of U.S. Environmental Protection Agency, Glyphosate – Interim Registration Review Decision Case Number 0178, dated January 22, 2020.

15. Annexed hereto as Exhibit 14 is a true and correct copy of Motion for Partial Remand Without Vacatur in *Natural Resources Defense Council, et al. v. United States Environmental Protection Agency*, United States Court of Appeals For the Ninth Circuit, Nos. 20-70787, 20-70801, dated May 18, 2021.

16. Annexed hereto as Exhibit 15 is a true and correct copy of Brief for U.S. Environmental Protection Agency in *Natural Resources Defense Council, et al. v. United States Environmental Protection Agency*, United States Court of Appeals For the Ninth Circuit, Nos. 20-70787, 20-70801, dated May 18, 2021.

17. Annexed hereto as Exhibit 16 is a true and correct copy of Pretrial Order No. 108: Final Phase 1 Instructions, *Hardeman v. Monsanto Company*, U.S. District Court, Northern District of California, Case No. 16-cv-00525, dated March 19, 2019.

18. Annexed hereto as Exhibit 17 is a true and correct copy of Verdict Form, *Hardeman v. Monsanto Company*, U.S. District Court, Northern District of California, Case No. 16-cv-00525, dated March 19, 2019.

19. Annexed hereto as Exhibit 18 is a true and correct copy of excerpts of Expert Report of William R. Sawyer, Ph.D., in Chapman v. Monsanto Company, U.S. District Court, Northern District of California, Case No. 20-cv-01277-VC, dated June 24, 2021.

20. Annexed hereto as Exhibit 19 is a true and correct copy of excerpts of Transcript of Proceedings, Donnetta Stephens v. Monsanto Company, et al., Superior Court of State of California, County of San Bernadino, Case No. CIVSB2104801, dated September 9, 2021.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 10th day of November, 2021.

                    /s/ *Jed P. White*
                    Jed P. White