# EXHIBIT 1



# Transcript of Trial - Day 13

**Date:** October 5, 2021
**Case:** Clark, et al. -v- Monsanto Company, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

```
 1        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 FOR THE COUNTY OF LOS ANGELES
 3     DEPARTMENT SSC 1     HON. DANIEL J. BUCKLEY, JUDGE
 4
 5      DESTINY CLARK, ON BEHALF OF HER    )
 6      MINOR CHILD, EZRA CLARK,           )
 7                           Plaintiffs,   )
 8            VS.                          )  CASE NO.
 9      MONSANTO COMPANY, et al.,          )  20STCV46616
10                           Defendants.   )
11     _____
12
13
14
15          REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS
16                         TRIAL DAY 13
17                    Tuesday, October 5, 2021
18
19
20
21
22
23
24    Job No.  395205
25    PAGES 1989 - 2034
26
27     DEBRA BOLLMAN FARFAN, CSR 11648, RDR, RMR, CRR, CRC
28            OFFICIAL COURT REPORTER PRO TEMPORE
```

```
 1   APPEARANCES OF COUNSEL:
 2
 3            ON BEHALF OF THE PLAINTIFF, DESTINY CLARK,
 4   ON BEHALF OF HER MINOR CHILD:
 5
 6               KIESEL LAW, LLP
 7               BY:  MELANIE PALMER, ESQ.
 8               8648 Wilshire Boulevard
 9               Beverly Hills, CA 90211
10               310-854-4444
11
12
13
14
15   - AND -
16
17               TRAMMELL LAW, PC
18               BY:  FLETCH TRAMMELL, ESQ
19                    MELISSA EPHRON, ESQ (via Zoom)
20               3262 Westheimer Road, Suite 423
21               Houston, Texas 77098
22               800.405.1740
23
24
25
26
27
28       (APPEARANCES CONTINUED ON NEXT PAGE)
```

```
 1   APPEARANCES OF COUNSEL (CONTINUED):
 2
 3
 4             ON BEHALF OF DEFENDANTS MONSANTO COMPANY,
 5   et al:
 6                 WILKINSON STEKLOFF, LLP
 7                 BY:  BRIAN STEKLOFF, ESQ
 8                      CALI COPE-KASTEN, ESQ
 9                      KIERAN GOSTIN, ESQ
10                 2001 M Street, NW
11                 Washington, D.C.  20036
12                 202-847-4030
13
14
15
16
17
18
19       -AND-
20
21                 COVINGTON & BURLING LLP
22                 BY:  JENNIFER SAULINO, ESQ.
23                      MICHAEL IMBROSCIO, ESQ.
24                 850 Tenth Street
25                 Washington DC 20001
26                 202.662.5305
27
28
```

1               Okay.  I'm going to ask Stephanie to read
2     the verdict.
3               THE CLERK:  In the case of Destiny Clark
4     versus Monsanto Company, Case No. 20STCV46616, in
5     Los Angeles Superior Court.
6               We the jury answer the question submitted
7     to us as follows:  1).  Was Ezra Clark's exposure to
8     Roundup a substantial factor in causing his
9     Burkitt's lymphoma?  "No."
10              Signed Presiding Juror, Suzanne Dewalt,
11    dated October 5th, 2021.
12              THE COURT:  Does anyone wish for me to
13    poll the jury?
14              MR. TRAMMELL:  Yes, your Honor.
15              THE COURT:  Give me one moment, please.
16              So what I'm going to do, ladies and
17    gentlemen, ask if that is your verdict.  In other
18    words, did you vote that way.  So, it's obviously a
19    "yes" or "no" question.  Okay?  And I think I
20    mentioned that during jury instructions.
21              So, in Seat Number 1, Mr. Maynard, is
22    that your verdict?
23              TRIAL JUROR:  Yes, I voted "no."
24              THE COURT:  Okay.  Mr. Cux, is that your
25    verdict?
26              TRIAL JUROR:  Yes, I also voted "no."
27              THE COURT:  Mr. Bigelow.
28              TRIAL JUROR:  Yes, I voted "no."

Transcript of Trial - Day 13
Conducted on October 5, 2021

2034

```
1          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
2                   FOR THE COUNTY OF LOS ANGELES
3     DEPARTMENT SSC 1        HON. DANIEL J. BUCKLEY, JUDGE
4
5     DESTINY CLARK, ON BEHALF OF    )
      HER MINOR CHILD, EZRA CLARK,   )
6                                    )
                    PLAINTIFFS,      )
7                                    )
          VS.                        ) CASE NO.
8                                    ) 20STCV46616
      MONSANTO COMPANY, ET AL.,      )
9                                    )
                    DEFENDANTS.      )
10    _____)
11
12            I, DEBRA BOLLMAN FARFAN, Certified
13    Shorthand Reporter, License No. 11648, in the State
14    of California, hereby certify that the foregoing is
15    a true and accurate transcript of the proceedings
16    taken before me on 5th, October, 2021, Department
17    SSC 1, as thereon stated.
18
19            I declare under penalty of perjury that
20    the foregoing is true and correct.
21            Executed at Los Angeles, California, on
22    October 5, 2021.
23
24            _____
25            DEBRA BOLLMAN FARFAN, CSR 11648
26            RMR, RDR, CRR, CRC
27            OFFICIAL COURT REPORTER PRO TEMPORE
28
```