# EXHIBIT 2

1  Brian L. Stekloff (*pro hac vice*)
2  Cali Cope-Kasten (*pro hac vice*)
   WILKINSON STEKLOFF LLP
3  2001 M. Street NW
   Washington, D.C. 20036
4  bstekloff@wilkinsonstekloff.com
   ccope-kasten@wilkinsonstekloff.com
5
6  Jennifer L. Saulino (*pro hac vice*)
   COVINGTON & BURLING LLP
7  850 Tenth Street NW
   Washington, D.C. 20001-4956
8  jsaulino@cov.com
   mimbroscio@cov.com
9  pschmidt@cov.com
10
11 Attorneys for Defendant
   MONSANTO COMPANY

FILED
Superior Court of California
County of Los Angeles
11/03/2021
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____ S. Chung _____ Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| DESTINY CLARK, ON BEHALF OF HER MINOR CHILD, EZRA CLARK<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, ET AL.,<br><br>Defendants. | Civil Case No. 20STCV46616<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Judge: Hon. Daniel J. Buckley<br>Dept: 1 (Spring Street Courthouse)<br>Complaint Filed: December 4, 2020<br>Trial Date: September 13, 2021 |
|---|---|

1
[~~PROPOSED~~] JUDGMENT

AmericasActive:16121710.1

Electronically Received 10/18/2021 03:55 PM

1     This cause came on for trial on September 13, 2021, in Department 1 of the Spring Street
2 Courthouse, of the above-entitled court, the Honorable Daniel J. Buckley, Judge, presiding. Plaintiff
3 appeared by his attorneys, and defendant appeared by its attorneys.
4     A jury of twelve persons was regularly impaneled and sworn to try the action. After hearing
5 the evidence, arguments of counsel, and instructions of the Court, the jury deliberated and returned a
6 special verdict which stated: "No" in response to the question "Was Ezra Clark's exposure to
7 Roundup a substantial factor in causing his Burkitt's lymphoma?"
8     Because of this special verdict, defendant Monsanto is entitled to judgment in its favor
9 against plaintiff and Monsanto is entitled to recover its costs of suit pursuant to a timely filed
10 memorandum of costs.
11     NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED that judgment be
12 entered in favor of defendant Monsanto and against plaintiff Destiny Clark, on behalf of her minor
13 child Ezra Clark, and that defendant Monsanto be awarded its costs of suit pursuant to a timely filed
14 memorandum of costs, in the amount of $_____.

Dated: 11/03/2021

_Daniel J. Buckley_
Hon. Daniel J. Buckley
Judge of the Superior Court

Daniel J. Buckley / Judge

2
[PROPOSED] JUDGMENT

AmericasActive:16121710.1

## PROOF OF SERVICE

***Case No. 20STCV46616; Clark, et al. v. Monsanto Company, et al.***

Los Angeles Superior Court Action

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071. On October 18, 2021, I served the following document:

**[PROPOSED] JUDGMENT**

on the interested parties and/or through their attorneys of record by depositing the original or true copy thereof as designated below, at Los Angeles, California addressed to the following:

**BY ELECTRONIC SERVICE**: Pursuant to Court Order Authorizing Electronic Service (CMO No. 2), dated March 23, 2018, I provided the document(s) listed above electronically on the CASE ANYWHERE Website to the parties on the Service List maintained on the CASE ANYWHERE Website for this case. Case Anywhere is the on-line e-service provider designated in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 18, 2021, in Los Angeles, California.

_____
Ann Newman

**SERVICE LIST**

Fletcher V. Trammell, Esq. *(pro hac vice )*
Melissa Binstock Ephron, Esq. *(pro hac vice )*
TRAMMELL, PC
3262 Westheimer Rd., Ste. 423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
melissa@trammellpc.com

Paul R. Kiesel
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills; CA 90211
Tel: 310-854-4444
Fax: 310-854-0812
kiesel@kiesel.law

Alexander G. Dwyer
Andrew F. Kirkendall
Erin M. Wood
KIRKENDALL DWYER LLP
4343 Sigma Rd, Suite 200
Dallas, T10189X 75244
Tel: 214-271-4027
Fax: 214-253-0629
ad@kirkendalldwyer.com
ak@kirkendalldwyer.com
ewood@kirkendalldwyer.com

Karen Barth Menzies (CA SBN 180234)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com

*Attorneys for Plaintiff*