# EXHIBIT 3

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| JAMES ADAMS, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Cause No. 17SL-CC02721 |
| | ) Division No. 1 |
| MONSANTO COMPANY, | ) |
| Defendant. | ) |

## ORDER

Presently before the Court is Plaintiff Sharlean Gordon's ("Plaintiff") Motion for Application of the Doctrine of Collateral Estoppel on the Issue of General Causation ("Motion"). Plaintiff's Motion was called, heard and submitted on July 15, 2019. The Court, having read all of the pleadings of the parties, reviewed the Rules of Civil Procedure and caselaw, heard the arguments of counsel and being now fully advised, hereby finds that Plaintiff's Motion is without merit.

Accordingly, Plaintiff Sharlean Gordon's Motion for Application of the Doctrine of Collateral Estoppel on the Issue of General Causation is hereby **DENIED**.

7/26/19
Date

SO ORDERED:

The Honorable Judge Brian H. May

cc:   Attorneys of Record