# EXHIBIT 8

**Volume 8**

**Pages 1003 - 1201**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

| | |
|---|---|
| EDWARD HARDEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | **NO. C 16-00525 VC** |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

San Francisco, California
Tuesday, March 5, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado  80226
  BY: **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
     **DAVID J. WOOL, ATTORNEY AT LAW**

        MOORE LAW GROUP
        1473 South 4th Street
        Louisville, Kentucky  40208
  BY: **JENNIFER MOORE, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, RPR, CRR
               Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
               Official Reporters

```
 1   APPEARANCES:   (CONTINUED)

 2   For Defendant:

 3                         WILKINSON   WALSH ESKOVITZ LLP
                           2001 M Street, NW - 10th Floor
 4                         Washington, D.C.   20036
                      BY:  BRIAN L. STEKLOFF, ATTORNEY AT LAW
 5                         RAKESH N. KILARU, ATTORNEY AT LAW
                           TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
 6                         JULIE RUBENSTEIN, ATTORNEY AT LAW
                           CALI COPE-KASTEN, ATTORNEY AT LAW

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   lymphoma, and 23 of those years he was using it for the -- for
2   the six months of spring and summer, he was using it twice a
3   month, for two to four hours every time, and spraying up to
4   20 gallons at one -- at one time in one day.  And he did
5   that -- and then -- then during the winter months, he would
6   spray once a month using, you know, lesser amounts.
7           **MR. STEKLOFF:**  Your Honor, I object to hearsay.
8           **THE COURT:**  Overruled.
9           **THE WITNESS:**  And so, you know, I did some crude
10  calculations of how many days he was -- how many days during
11  those 26 years he used Roundup based -- I used information from
12  his deposition.  So he was exposed to Roundup over 300 times
13  during those 26 years.  And he used -- my calculation -- he
14  used around 5,900 gallons of Roundup in those 26 years.
15      So, you know, he had high exposure to Roundup.  He didn't
16  wear any protective equipment, didn't wear gloves, didn't wear
17  a mask.  He wore short-sleeved shirts.  He didn't take any real
18  precautions at all when he sprayed it, so he got it on his
19  hands.  He got it on his arms.  He got it on his face.  And
20  when he was mixing it, he would sometimes even get it on his
21  hands while he was mixing it.
22      So, you know, when you add it all together, he had -- he
23  was -- he had a high exposure to Roundup over many years.
24  **BY MS. MOORE**
25  **Q.**   And based upon that -- your determination that

**CERTIFICATE OF REPORTERS**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Tuesday, March 5, 2019

_____

Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
U.S. Court Reporter

_____

Marla F. Knox, RPR, CRR
U.S. Court Reporter

**Volume 9**

**Pages 1202 - 1384**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

| | | |
|---|---|---|
| EDWARD HARDEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | **NO. C 16-00525 VC** |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

San Francisco, California
Wednesday, March 6, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado  80226
  BY: **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
      **DAVID J. WOOL, ATTORNEY AT LAW**

        MOORE LAW GROUP
        1473 South 4th Street
        Louisville, Kentucky  40208
  BY: **JENNIFER MOORE, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, RPR, CRR
              Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporters

```
 1   APPEARANCES:   (CONTINUED)

 2   For Defendant:

 3                          WILKINSON   WALSH ESKOVITZ LLP
                            2001 M Street, NW - 10th Floor
 4                          Washington, D.C.   20036
                       BY:  BRIAN L. STEKLOFF, ATTORNEY AT LAW
 5                          RAKESH N. KILARU, ATTORNEY AT LAW
                            TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
 6                          JULIE RUBENSTEIN, ATTORNEY AT LAW
                            CALI COPE-KASTEN, ATTORNEY AT LAW
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  you the data just for the self-respondents, yes.
2  **Q.**  Okay.  And all of these numbers in this table are adjusted
3  for the other pesticides, right?
4  **A.**  Yes.
5  **Q.**  So let's look at -- we already walked through in this
6  August 2015 presentation never-ever -- but let's look at the
7  three dose response metrics:  Duration, frequency and lifetime
8  days.  For duration it shows that either -- whether it is proxy
9  and self-respondents or self-respondents only, the more years
10 that people were using pesticides and using Roundup, the
11 numbers actually went down, correct?
12 **A.**  Yeah.  So the data is consistent between the entire group
13 and the self-respondents that -- the results are pretty much
14 the same.
15 **Q.**  And it shows they are at least, by that metric of
16 duration, there was no dose response, correct?
17 **A.**  Using that metric, that's true.
18 **Q.**  And there is none of these numbers -- in duration, all
19 four, none of them are statistically significant, correct?
20 **A.**  They are not.
21 **Q.**  Okay.  Now, in frequency, the numbers do go up and number
22 of days per year.  If it was more than two days per year, the
23 number on the left is 1.73, statistically significant, correct?
24 **A.**  Yes.
25 **Q.**  And the number on the right is 1.77, barely not

1  statistically significant, correct?
2  **A.**  It is borderline, but it is the same -- it is the same
3  number, okay.  It is the same number.
4  **Q.**  Right.  Now, lifetime days, that was the other metric that
5  you and your colleagues chose to use, correct?
6  **A.**  Yes.
7  **Q.**  And that shows that it went up, but from below 1 to above
8  1 on both sides -- slightly above 1, 1.08 and 1.06, correct?
9  **A.**  Yes.
10 **Q.**  Not statistically significant, correct?
11 **A.**  Correct.
12 **Q.**  And 1 -- if it is at 1, that means there is no risk,
13 right?
14 **A.**  Correct.
15 **Q.**  And none of this data -- you didn't present any of this
16 data to the jury yesterday, right?
17 **A.**  I presented data on frequency by number of days.  So, you
18 know, I did present some of this data, but the numbers are
19 slightly different.  I presented the data for proxy and
20 self-respondents.
21 **Q.**  But not in the August 2015 presentation of these numbers,
22 correct?
23 **A.**  No, but the numbers are still statistically significant,
24 okay.
25 **Q.**  For the one metric?

1  **A.**  For the one metric, yes.  Probably the most important
2  metric.
3  **Q.**  Okay.  Out of one, two, three, four, five, six -- out of
4  12 metrics, one metric was statistically significant?
5  **A.**  And one was a borderline significant.
6  **Q.**  Okay.  And that's the one -- the one metric that was
7  statistically significant is the metric that you showed the
8  jury yesterday, right?
9  **A.**  Yes, because I think it is the most important one.  And I
10  hope, if you don't ask me that, Ms. Moore will ask me in cross,
11  okay, why I think it is the most important.
12  **Q.**  Okay.  Now, there was a third presentation that we have
13  discussed -- that you have mentioned existed in June of 2016,
14  correct?
15  **A.**  Again, I don't remember the date.  There was a third
16  presentation, yes.
17  **Q.**  Well, in your binder, Dr. Weisenburger, is Trial
18  Exhibit 1424.
19  **A.**  Okay.
20  **Q.**  Do you see that this presentation -- again, not a
21  published article in a journal, but this poster presentation or
22  abstract presentation occurred in June 2016?
23  **A.**  Yes.
24  **Q.**  And you also didn't present this information to the jury
25  yesterday, correct?

**CERTIFICATE OF REPORTERS**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Wednesday, March 6, 2019

_____

Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
U.S. Court Reporter

_____

Marla F. Knox, RPR, CRR
U.S. Court Reporter