# EXHIBIT 9



Risk Analysis, Vol. 40, No. 4, 2020                                                                                                    DOI: 10.1111/risa.13440

*Perspective*

# The Potential Effects of Recall Bias and Selection Bias on the Epidemiological Evidence for the Carcinogenicity of Glyphosate

Kenny Crump*

Glyphosate is a widely used herbicide worldwide. The International Agency for Research on Cancer in 2015 declared that glyphosate is probably carcinogenic to humans, noting a positive association for non-Hodgkin lymphoma (NHL). The principal human data on glyphosate and NHL come from five case–control studies and two cohort studies. The case–control studies are at risk of recall bias resulting from information on exposure to pesticides being collected from cases and controls based on their memories. In addition, two of the case–control studies are additionally at risk of a form of selection bias that can exacerbate the effect of recall bias. Both biases are in the direction of making glyphosate appear carcinogenic. If odds ratios (ORs) are not biased and a pesticide plays no role in causing NHL, the probability that an OR for that pesticide is greater than 1.0 is approximately 0.5. The fractions of ORs for pesticides other than glyphosate that are greater than 1.0 in the case–control studies are 0.90 ($n = 92$), 0.90 ($n = 152$), 0.93 ($n = 59$), 0.76 ($n = 140$), and 0.53 ($n = 54$), the first two from studies that are at risk for both types of bias. In the two cohort studies, which are not subject to these biases, the comparable fractions for relative risks for all cancers are 0.51 ($n = 70$) and 0.48 ($n = 158$). These results comply closely with what would be expected if evidence for carcinogenicity of glyphosate in these studies results from statistical bias in the case–control studies.

**KEY WORDS:** Case–control studies; glyphosate; statistical bias

## 1. INTRODUCTION

Glyphosate is a broad-spectrum herbicide that is used to control many types of plants worldwide. The International Agency for Research on Cancer (IARC, 2015) concluded that there was limited evidence in humans for the carcinogenicity of glyphosate, but sufficient in animals, and particularly noted positive associations with non-Hodgkin lymphoma (NHL) in humans. Since the IARC determination other agencies have not concurred with IARC's conclusion (European Food Safety Authority [EFSA], 2015; World Health Organization [WHO], 2016; United States Environmental Protection Agency [USEPA], 2019). Whether or not glyphosate presents a risk of NHL remains controversial.

The principle human evidence regarding a link between glyphosate exposure and NHL is contained in five case–control studies (Eriksson, Hardell, Carlberg, & Akerman, 2008; Hardell, Eriksson, & Nordstrom, 2002; McDuffie et al., 2001; Orsi et al., 2009; De Roos et al., 2003) and two cohort studies (Andreotti et al., 2018; De Roos et al., 2005), both of which are based on a cohort defined in the Agricultural Health Study. In each of the case–control studies, the evidence on the extent of pesticide exposure comes from self-reporting by both cases and controls. This raises the potential for recall bias, because cases

*Address correspondence to Kenny Crump, 2220 South Vienna, Ruston, Louisiana 71270, USA; kennycrump@email.com.

0272-4332/20/0100-0696$22.00/1 © 2019 Society for Risk Analysis

may carefully search their memories trying to recall an exposure that may be the cause of their disease, whereas controls have no such motivation and may not attempt to recall previous exposures as fastidiously as those with diagnosed disease. In their IARC-sponsored book on the statistical analysis of case–control studies, Breslow and Day (1980, p. 22) state:

> [Bias] resulting from non-comparable information from cases and controls [is] potentially serious; the most common of these is recall … bias which may result because cases tend to consider more carefully than do controls the questions they are asked or because the cases have been considering what might have caused their cancer. The weakness then of case–control studies is that, in the end, the investigator must appeal to subjective or only semi-quantitative arguments to the effect that the information that he has from cases and controls is equivalent in source and quality.

Similarly, Grimes and Schulz (2002), in a review of potential problems in epidemiological research, state:

> In case–control studies that rely on memory of remote exposures, recall bias is pervasive. Cases tend to search their memories to identify what might have caused their disease; healthy controls have no such motivation. Thus, better recall among cases is common.

If recall bias is operating in the case–control studies, it will tend to make glyphosate appear carcinogenic even if it is not. This article will examine the studies purported to link glyphosate exposure to NHL for evidence of bias that may be the result of recall bias.

A related source of bias that will exacerbate the effect of recall bias may be present in two of the case–control studies (Eriksson et al., 2008; Hardell et al., 2002). These studies excluded from some odds ratio (OR) calculations for glyphosate the unexposed (to glyphosate) cases and controls who reported exposures to other pesticides. If recall bias is operating, cases that do not claim exposure to glyphosate will be more likely than similarly unexposed controls to claim exposure to other pesticides. Thus, cases that claim no exposure to glyphosate will be more likely to be excluded from the analysis than controls who claim no glyphosate exposure. The result is a form of selection bias that will exacerbate the effect of any recall bias present, and will, like recall bias acting alone, tend to exaggerate evidence for the carcinogenicity of glyphosate. Later, we present results of a simulation, based on a situation similar to those existing in the glyphosate case control studies, which suggests that this type of bias can be of sufficient magnitude to affect the interpretation of results. Although other types of selection bias can occur in case control studies of this type (see, e.g., Acquavella, Garabrant, Marsh, Sorahan, & Weed, 2016), herein the term "selection bias" will refer to this particular type of selection bias only.

The case–control studies examine the relationship of NHL and exposure to not only glyphosate and groups of pesticides including glyphosate, but to many individual pesticides and groups of pesticides, including groups of fungicides, herbicides not including glyphosate, impregnating agents, insecticides, and rodenticides. In addition to individual ORs computed for exposure (yes or no) to individual pesticides or groups of pesticides, in many cases there are multiple ORs computed for each pesticide or pesticide group in order to explore the effect of exposure on different subcategories of NHL, the effect of different ways of quantifying exposure, times from first or last exposure to diagnosis, etc. Each of these OR calculations, regardless of its purpose, is at risk of being biased due to any recall bias or selection bias that may be operating.

Similarly, the two cohort studies examined the relationship of glyphosate exposure not to NHL alone, but to many types of cancer. These studies compute relative risks (RRs) to evaluate the potential effect of exposure to glyphosate on these cancers. Both cohort studies computed RRs for different exposure ranges in dose response analyses, thereby multiplying the number of RRs calculated for each cancer.

If a pesticide has no effect upon cancer risk and the calculation is unbiased, ORs and RRs will have approximately equal chances of being greater than or less than 1.0. Thus, the probability that an OR or an RR is greater than 1.0 will be approximately 0.5. The accuracy of this approximation is discussed in a subsequent paragraph. This suggests a criterion for evaluating the likelihood that recall bias is operating. Any recall bias present will have the effect of artificially increasing ORs or RRs. Therefore, this article tabulates ORs both for groups of pesticides containing glyphosate (including glyphosate alone) and for groups not containing glyphosate (including many single pesticides). A preponderance of ORs for NHL greater than 1.0 for practically all categories of pesticides suggests that recall bias, perhaps exacerbated by selection bias, may be responsible for any observed associations between glyphosate and NHL. A similar approach is applied to the RRs calculated in cohort studies.

Thus, this article evaluates the evidence for bias in OR and RR calculations by focusing on the proportion of ORs or RRs larger than 1.0 rather than on the statistical significance of ORs and RRs. Of course, statistical significance is important in deciding whether a particular elevated OR or RR is due to chance. But that is not the purpose of this investigation. Rather, it is to examine evidence as to whether the OR or RR calculations may be biased. The likelihood of achieving statistical significance is affected by the power of an analysis. On the other hand, the probability that an OR or an RR is greater than 1.0 when exposure has no effect on risk and the analysis is unbiased is approximately 0.5 regardless of the power. Thus, focusing on whether ORs or RRs are greater than 1.0 rather than statistical significance is justified for the question being considered.

Although the probability that an OR is greater than 1.0 approaches 0.5 as numbers of cases and controls increase indefinitely (assuming no effect of exposure and no bias), because of the discreteness of the data the probability will generally not be exactly 0.5. To investigate this approximation, for each of the five case–control studies exact calculations were made of the probability that an OR was larger than 1.0 (assuming no effect of exposure and no bias), using the number of cases and controls from a study and total numbers of exposed subjects ranging from the minimum to the maximum number of exposed in any analysis in the study. This resulted in 2351 exact calculations of the probability an OR was greater than 1.0. The average probability was 0.496, and all 2351 probabilities were in the range (0.38, 0.59), with the most extreme numbers coming from analyses assuming small numbers of exposed subjects. We also averaged the exact probabilities using only the numbers of exposed reported for each OR. (These numbers were not reported for all ORs in some of the studies.) These averages ranged from 0.49 to 0.51 in the five case–control studies. From these analyses, it was concluded that there would be minimal error in assuming that the expected number of ORs greater than 1.0 in any tabulation of ORs reported herein (if there were no effect of exposure and no bias) would be 0.5 times the total number of ORs. Details of these calculations are presented in the Supporting Information.

## 2. METHODS

As noted earlier, two of the case–control studies (Eriksson et al., 2008; Hardell et al., 2002) exclude from some analyses of glyphosate (as well as analyses of other pesticides) the unexposed cases and controls who report exposures to pesticides not the subject of the analysis, which raises the possibility of selection bias if recall bias is also operating. The potential effect of selection bias in the presence of recall bias on ORs is illustrated by simulating sets of case–control data in which increasing amounts of recall bias are introduced, and the effects of adding selection bias to these analyses are noted. Each simulation involves 500 cases and 1,500 controls. Controls are randomly assigned exposure to pesticides according to the percentages of controls reporting exposure to nine pesticides reported by McDuffie et al. (2001) (Table II). Cases are randomly assigned exposures in the same way except the exposed percentages are multiplied by increasing factors in different simulations, which introduces increasing amounts of recall bias. In each of six simulations, 10,000 sets of data are simulated and the 10,000 simulated ORs for glyphosate are averaged, (1): using all data so that recall bias but not selection bias is present and (2): after removing from the unexposed group both cases and controls that are exposed to any pesticide other than glyphosate (so that both recall bias and selection bias are present). In interpreting this simulation study, it needs to be understood that the McDuffie data and glyphosate are used only to make the simulations more realistic, and that the simulations say nothing about the McDuffie study or about the risk from glyphosate exposure, as any such data or a herbicide other than glyphosate could have been used to illustrate the same points.

The likelihood that statistical bias (from any source) may be responsible for the elevated ORs for glyphosate is evaluated by tabulating ORs and RRs from the studies and cross-classifying them by pesticide groups and the fraction that exceed 1.0. If all types of pesticides have an elevated percentage of ORs greater than 1.0, this suggests that bias may be the cause of the elevations rather than any carcinogenic effect of the pesticides.

The ORs and RRs included in the tabulations were selected from the original papers according to the following rules:

(1) In some instances, the exact same OR calculation is reported in two or more separate tables (e.g., the category "herbicide" in tables I, II, and V of Hardell et al., 2002). Only one of the identical calculations is tabulated.

Case 3:16-md-02741-VC   Document 14187-10   Filed 11/10/21   Page 5 of 10

(2) Similarly, some tables contain two sets of OR or RR calculations for testing the same hypotheses, but using different statistical methods (e.g., controlling for different sets of potential confounders). In these instances, only one set of calculations is tabulated, namely the set of ORs or RRs whose method of calculation agrees most closely with methods used in in the remainder of the article or in other articles. For example, De Roos et al. (2003) reported ORs calculated using both logistic regression and hierarchical regression. The ORs computed using logistic regression were selected for tabulation because this was the only study that employed hierarchical regression and logistic regression was the most common method used in the remaining studies.

(3) In De Roos et al. (2003), the category "potentially carcinogenic pesticides" apparently was formed *post hoc* and included those pesticides that gave greatest evidence of a carcinogenic effect in initial analyses. Such an approach would almost guarantee an OR greater than 1. In fact, the three ORs from this category were all greater than 1. ORs from this analysis were not included in order to avoid biasing the tabulation. (This does not imply that De Roos et al. erred in computing these ORs, only that they were not suitable for inclusion in our analysis.)

(4) Otherwise, all OR or RR calculations reported in the publications were tabulated. A complete listing of the ORs from each study contained in the tabulation is provided in the Supporting Information.

The results of these tabulations are summarized in graphs and in tabular form.

## 3. DISCUSSION

Results of the simulation exercise to demonstrate the effect of selection bias are shown in Table I. The first row in the table verifies that, as expected, selection bias does not affect the expected OR in the absence of recall bias. The remaining rows assume increasing amounts of recall bias as indicated in the first column. The effect of that recall bias on the expected ORs for glyphosate are shown in the second column. The third column shows the expected ORs when selection bias is added to the recall bias present by removing from the unexposed (to glyphosate) groups cases and controls exposed to any herbicide other

**Table I.** Results of Simulations[a] to Demonstrate the Effect of Recall Bias[b] Alone and with Selection Bias[c] on Average OR

| Recall Bias[b] | Average OR for Glyphosate with Recall Bias Only | Average OR for Glyphosate with Both Recall Bias and Selection Bias |
|---|---|---|
| 0    | 1.01 | 1.01 |
| 0.05 | 1.07 | 1.10 |
| 0.1  | 1.12 | 1.18 |
| 0.3  | 1.35 | 1.59 |
| 0.5  | 1.59 | 2.10 |
| 1    | 2.24 | 3.95 |

[a]10,000 simulations, 500 cases, 1,500 controls, each row. Herbicides assumed present and the percentage of controls assumed to report exposure: (glyphosate, 8%), (2,4-D, 19%), (mecoprop, 5.4%), (MCPA, 3.1%), (diclofopmethyl, 1.7%), (thiocarbamates, 3.3%), (bromoxynil, 3.2%), (dicamba, 8.7%), (dinitroaniline, 2.1%). Thus, for example, the probability that a particular control claimed exposure to MCPA was 0.031. Exposures to different herbicides are assumed to occur independently.
[b]Recall bias is introduced into each simulation by computing the prevalence of each herbicide exposure among cases as [prevalence among controls] × [1+ Recall bias]
[c]Selection bias is introduced by eliminating from OR calculations both unexposed (to glyphosate) cases and controls exposed to herbicides other than glyphosate.

than glyphosate, just as was done in Hardell et al. (2002) and Eriksson et al. (2008). We note that the effect of selection bias increases with the increase in recall bias. This simulation demonstrates that selection bias can cause ORs to be inflated by important amounts above that due solely to recall bias when recall bias is also present.

Fig. 1 shows plots of the tabulated ORs or RRs by study, with the pesticide groupings upon which the ORs are based (including ORs derived for both individual pesticides and groups of pesticides), classified as to fungicides, herbicides not containing glyphosate, impregnating agents, insecticides, and pesticide groupings that include glyphosate. The individual pesticides and groupings for each study are listed in the footnote to Table II. The tabulated RRs from the two cohort studies are similarly classified into cancer groupings not containing NHL and groupings containing NHL. Since the logarithms of ORs are plotted, we are interested in the proportion of log-transformed ORs that are greater than 0.0 (equal to the proportion of untransformed ORs greater than 1.0).

These figures show that ORs in McDuffie et al. (2001), Hardell et al. (2002), and Eriksson et al. (2008) are all practically greater than 1.0. Also, there is an excess of ORs greater than 1.0 in Orsi et al.

**Table II.** Counts of ORs and RRs Categorized by Study, Pesticide, and Whether Greater than 1.0

| Case–Control Studies | Fungicides | | Herbicides (No Glyphosate) | | Impregnating Agents | | Insecticides | | Glyphosate-Containing | | Glyphosate Only | | Totals (No Glyphosate) | | Totals (Incl. Glyphosate) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % > 1 | N | % > 1 | N | % > 1 | N | % > 1 | N | % > 1 | N | % > 1 | N | % > 1 | N | % > 1 |
| Hardell et al. (2002)[a] | | | 31 | 93.5% | 42 | 84.5% | 19 | 94.7% | 13 | 96.2% | 1 | 100.0% | 92 | 89.7% | 106 | 90.6% |
| Eriksson et al. (2008)[b] | 10 | 100.0% | 44 | 92.0% | 43 | 86.0% | 55 | 89.1% | 22 | 100.0% | 11 | 100.0% | 152 | 89.8% | 185 | 91.6% |
| McDuffie et al. (2001)[c] | 18 | 83.3% | 19 | 94.7% | | | 22 | 100.0% | 6 | 100.0% | 3 | 83.3% | 59 | 93.2% | 68 | 93.4% |
| Orsi et al. (2009)[d] | 27 | 83.3% | 36 | 72.2% | | | 77 | 75.3% | 27 | 66.7% | 9 | 66.7% | 140 | 76.1% | 176 | 74.1% |
| De Roos et al. (2003)[e] | | | 20 | 47.5% | | | 34 | 55.9% | 6 | 33.3% | 1 | 100.0% | 54 | 52.8% | 61 | 51.6% |
| Totals | 55 | 86.4% | 150 | 82.0% | 85 | 85.3% | 207 | 80.2% | 74 | 81.8% | 25 | 86.0% | 497 | 82.3% | 596 | 82.4% |

| | No NHL | | NHL + Subtypes | | Totals | |
|---|---|---|---|---|---|---|
| Cohort Studies | N | % > 0 | N | % > 0 | N | % > 0 |
| De Roos et al. (2005)[f] | 55 | 53.6% | 15 | 43.3% | 70 | 51.4% |
| Andreotti et al. (2018)[g] | 86 | 51.2% | 72 | 43.1% | 158 | 47.5% |
| Totals | 141 | 52.1% | 87 | 43.1% | 228 | 48.7% |

[a]ORs for NHL and hairy cell leukemia computed for herbicides; phenoxyacetic acids; MCPA; 2,4,5-T + 2,4-D; glyphosate; other herbicides; insecticides; DDT; mercurial seed dressing; pyrethrins; fungicides; impregnating agents; chlorophenols; pentachlorophenol; arsenic; creosote; other impregnating agents; organic solvents.

[b]ORs for NHL, including subtypes, as well as several subcategories of NHL were computed for herbicides, total; phenoxyacetic acids; MCPA; 2,4,5-T and/or 2,4-D; other phenoxyacetic acids; herbicides except phenoxyacetic acids; glyphosate; other herbicides; insecticides, total; DDT; mercurial seed dressing; pyretrine; permetrine; other insecticides; fungicides; impregnating agents; chlorophenols; arsenic; creosote; tar; other impregnating agents; rodenticides.

[c]ORs for NHL computed for phenoxyherbicides; 2,4-D; mecoprop; MCPA; diclofopmethyl; phosphonic acid; glyphosate (Roundup); thiocarbamates; diallate; phenols: bromoxynil; dicamba (Banvel or Target); dinitroaniline; trifluralin; carbamates; carbaryl; carbofuran; methomyl; organochlorine; chlordane; lindane; aldrin; organochlorine diphenylchlorides; DDT; organophosphorus; malathion; dimethoate; diazinon; amide; captan; vitavax; aldehyde; formaldehyde; mercury containing; mercury dust; mercury liquid; sulfur compounds.

[d]ORs for NHL, including subtypes, and other categories of lymphoid neoplasms computed for occupational pesticide use, insecticides, organochlorine, organophosphate, pyrethrin, fungicides, carbamates, imide, triazole, herbicides, phenoline, phenoxy, picoline, triazine, amide, urea, quaternary ammonium, glyphosate, garden pesticide use, insecticides, fungicides, herbicides, domestic insecticide use.

[e]ORs for NHL computed for aldrin; bufencarb; carbaryl; carbofuran; chlordane; copper; acetoarsenite; coumaphos; DDT; diazinon; dichlorvos; dieldrin; dimethoate; ethoprop; famphur; fly, lice, or tick spray; fonofos; heptachlor; lead; arsenate; lindane; malathion; methoxychlor; nicotine; phorate; pyrethrins; rotenone; tetrachlorvinphos; toxaphene; terbufos; alachlor; atrazine; bentazon; butylate; chloramben; cyanazine; 2,4-D; dicamba; EPTC + protectant; glyphosate; linuron; MCPA; metolachlor; metribuzen; paraquat; propachlor; sodium; chlorate; 2,4,5-T; trifluralin; any pesticide; any herbicide; chlordane and DDT; carbofuran and atrazine; diazinon and atrazine; alachlor and atrazine; atrazine and dicamba.

[f]RRs computed for glyphosate exposure in relation to the following cancers: all cancer, lung, oral cavity, rectum, pancreas, kidney, bladder, prostate, melanoma, lymphohematopoietic cancer, NHL, lukemia, and multiple myeloma.

[g]RRs computed for glyphosate exposure in relation to the following cancers: all cancer; oral cavity; colon; rectum; pancreas; lung; melanoma; prostate; testicular; bladder; kidney; lymphohematopoietic; Hodgkin lymphoma; non-Hodgkin lymphoma B cell; chronic lymphocytic lymphoma or small lymphocytic leukemia; diffuse large B cell lymphoma; marginal-zone lymphoma; follicular lymphoma; multiple myeloma and non-Hodgkin lymphoma T cell.



**Fig. 1.** Graphs of tabulated ORs and RRs. (a) Hardell et al. (2002), (b) Eriksson et al. (2008), (c) McDuffie et al. (2001), (d) Orsi et al. (2009), (e) De Roos et al. (2003), (f) De Roos et al. (2005), (g) Andreotti et al. (2018).

(2009). These excesses of ORs greater than 1.0 occur in all categories of pesticides considered in these studies. On the other hand, there appears to be roughly a balance between the numbers of ORs greater than and less than 1.0 in all categories of pesticides in the case–control study of De Roos et al. (2003). Similarly, in both cohort studies (Andreotti et al., 2018; De Roos et al., 2005), there seems to be roughly an equal number of RRs greater than and less than 1.0, both for cancer groupings that include NHL and those that do not.

These graphs also display those ORs and RRs that are statistically significantly greater than 1.0, with statistical significance defined by the lower bound on the 95% confidence interval being greater than or equal to 0.8 (apparently the decision rule used in De Roos et al., 2003 to define "potentially carcinogenic pesticides.") This shows that many statistically significantly elevated ORs occur in every pesticide category with little notable difference between categories that contain glyphosate and those that do not.

Table II, which summarizes the tabulated ORs and RRs, provides confirmation of the impressions obtained from the graphs. In this table OR and RR reported in the original papers as equal to 1.0 (which are mostly due to roundoff in reported values) each contribute 0.5 to the counts of ORs and RRs greater than 1.0. In the case–control studies of Hardell et al. (2002), Eriksson et al. (2008), and McDuffie et al. (2001), 90% or more of all ORs from pesticide groups not containing glyphosate are greater than 1.0. In these three studies, the percentage of ORs greater than 1.0 exceeds 80% in all pesticide groupings (fungicides, herbicides not including glyphosate, impregnating agents, and insecticides, as well as groupings that contain glyphosate). The percentages of ORs from Orsi et al. (2009) that exceed 1.0 are also elevated, although not to the same extent as in the other three studies. By contrast, the percentages of ORs from the case–control study of De Roos et al. (2003) that are greater than 1.0 are all fairly close to 50% in all pesticide categories (52.8% in categories combined than do not include glyphosate and 51.6% if glyphosate-containing categories are included). Thus, of the five case control studies, the study of De Roos et al. (2003) presents considerably less evidence of recall bias resulting from an excess of ORs greater than 1.0.

In the two cohort studies, the percentages of RRs greater than 1.0 in cancer groupings not containing NHL in both studies are 54%, and overall, with NHL included, are 49.5% (Table II). Thus, these results from the two cohort studies, which are not subject to recall bias or selection bias, are reasonably consistent with what would be expected if these studies are free of statistical bias and glyphosate has no effect upon cancer rates.

If the ORs are not biased, the results in Table II pertaining to the case–control studies suggest that all types of pesticides investigated in these studies are having a role in causing NHL, including fungicides, herbicides other than glyphosate, impregnating agents and insecticides. It should also be kept in mind that the category NHL contains many types of lymphoma, not all of which are likely to share common risk factors. Thus, it seems unlikely (at least to this investigator) that pesticides within each of these types of pesticides would be causing NHL, and particularly to an extent to be responsible for the evidence seen in Table II. It seems much more likely that the preponderance of ORs greater than 1.0 seen in all pesticide categories in most of the case–control studies is simply the result of statistical bias, most likely primarily due to recall bias, which is a well-known problem with these types of case–control studies, possibly augmented in two studies by selection bias. Such a conclusion is further supported by the fact that in the two cohort studies, which are not subject to these biases, the overall percentage of RRs greater than 1.0 is 0.496 that is in excellent agreement with the theoretical value of 0.5, assuming no bias and no effect of glyphosate on any cancer.

Given this evidence, one could reasonably conclude that at least four of the case–control studies of glyphosate and NHL are contaminated by statistical bias, and consequently are not suitable for reaching conclusions about the potential ability of glyphosate to cause NHL.

The potential for case–control studies to be affected by recall bias is well known and has been discussed in many publications. The potential for the case–control studies of glyphosate, in particular, to be subject to recall bias, along with concerns about glyphosate studies not controlling for exposure to farm animals, and for the use of proxy respondents were discussed by Acquavella et al. (2016). These same issues were raised by some panelists in an EPA FIFRA scientific advisory panel (USEPA, 2017).

Meta-analysis is a quantitative statistical tool that is frequently applied to consolidate the results from similar but separate individual studies so that an overall conclusion about the effects of exposure

**Perspective**                                                                 703

can be drawn. There have been at least three meta-analytic studies of glyphosate and NHL that have combined data from epidemiological studies in order to arrive at an overall conclusion about any association between glyphosate exposure and NHL (Chang & Delzell, 2016; Zhang, Rana, Shaffer, Taioli, & Shepherd, 2019; Schinasi & Leon, 2014). The most recent of these (Zhang et al., 2019) relied on the same seven epidemiological studies that are considered herein and is the only one of the meta-analyses recent enough to include the Andreotti et al. (2018) study. Zhang et al. (2019) contain lists of "Weaknesses" of each of the seven epidemiological studies in tabular form, but recall bias is not mentioned in the lists. The text mentions recall bias twice, noting that cohort studies can "minimize recall bias," and stating "It is always possible for the internal validity of case–control studies to be threatened recall bias, …" However, there is no discussion of the potential effect of this form of bias upon the results of the meta-analysis, neither is there an attempt in the meta-analysis to compensate for such bias in the studies used in the meta-analysis (assuming this is even possible). Zhang et al. point out that some of the NHL cases in the two cohort studies may have updated their exposures after their cancer had been identified, which raises the possibility of some amount of recall bias in these studies. If this did occur with enough cases, it would suggest that the cohort studies may also be biased due to recall bias. However, the analyses reported herein indicate, if this did occur, it did not occur to the extent to show the same evidence for bias that is shown in four of the five case–control studies (Fig. 1 and Table II).

Any bias in the studies going into a meta-analysis, if not adjusted for in some way, will cause the meta-analysis to be similarly biased. Each of the three meta-analyses of glyphosate and NHL relied on some of the case–control studies that show evidence of statistical bias.

In summary, the potential for these types of case–control studies to be contaminated by bias from the use of exposure information based on the memories of both cases and controls (recall bias) is well known (e.g., Breslow & Day, 1980; Grimes & Schulz, 2002). This article provides evidence that at least four of the five case–control studies of glyphosate exposure and NHL are contaminated by statistical bias, likely stemming in the main from recall bias, exacerbated by selection bias in two of the studies. This suggests that the case control studies of glyphosate are not reliable for determining whether glyphosate is carcinogenic. However, the two cohort studies (Andreotti et al., 2018; De Roos et al., 2005) do not present evidence of bias. If further study of the potential relationship between glyphosate exposure and NHL is needed, it would best come from cohort or other studies that are not at risk of recall bias resulting from quantifying exposures by questioning subjects. Of course, cohort studies have other potential problems that must be evaluated, including incomplete follow-up, the healthy worker effect and poor information on exposures. The potential for recall bias identified herein could affect, not just case–control studies of the potential carcinogenicity of glyphosate, but any such study that involves quantifying exposures occurring in the distant past based on participant's memories.

Finally, in IARC's determination that glyphosate was probably carcinogenic to humans, IARC concluded that the evidence for the carcinogenicity of glyphosate in humans was "limited," but the evidence in experimental animals was "sufficient." Crump, Crouch, Zelterman, Crump, and Haseman (2019) recently completed a thorough reanalysis of data from ten rodent bioassays, which included all the animal studies IARC considered to provide evidence of the carcinogenicity of glyphosate. They found no strong evidence that glyphosate is an animal carcinogen. The main cause for the discrepancy between IARC's finding and Crump et al.'s appears to be that IARC did not account for the large number of statistical tests performed in the bioassays they reviewed and the resulting multiple comparison problem.

## ACKNOWLEDGMENTS

The author would like to thank Shirley Crump and Hongfang Lu for assistance with the tabulations and the graphs, respectively. Otherwise, this work was performed solely by the author. He received no funding from any source to perform this work. He has no competing interests.

## REFERENCES

Acquavella, J., Garabrant, D., Marsh, G., Sorahan, T., & Weed, D. L. (2016). Glyphosate epidemiology expert panel review: A weight of evidence systematic review of the relationship between glyphosate exposure and non-Hodgkin's lymphoma or multiple myeloma. *Critical Reviews in Toxicology*, *26*(Supp. 1), 28–43.

Andreotti, G., Koutros, S., Hofmann, J. N., Sandler, D. P., Lubin, J. H., Lynch, C. F., … Beane Freeman, L. E. (2018). Glyphosate use and cancer incidence in the Agricultural

Health Study. *Journal of the National Cancer Institute*, *110*(5), 509–516.

Breslow, N. E., & Day, N. E. (1980). Statistical Methods in Cancer Research: Volume 1, The Analysis of Case Control Studies. IARC Scientific Publications No. 32. Lyon: The International Agency for Research on Cancer.

Chang, E. T., & Delzell, E. (2016). Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. *Journal of Environmental Science and Health Part B*, *51*, 402–434.

Crump, K., Crouch, E., Zelterman, D., Crump, C., & Haseman, J. (2019). Accounting for multiple comparisons in statistical analysis of the extensive bioassay data on glyphosate. Submitted to Toxicological Sciences.

De Roos, A. J., Zahm, S. H., Cantor, K. P., Weisenburger, D. D., Holmes, F. F., Burmeister, L. F., & Blair, A. (2003). Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. *Occupational and Environmental Medicine*, *60*, 1–9.

De Roos, A. J., Blair, A., Rusiecki, J. A., Hoppin, J. A., Svec, M., Dosemeci, M., … Alavanja, M. C. (2005). Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. *Environmental Health Perspectives*, *113*(1), 49–54.

Eriksson, M., Hardell, L., Carlberg, M., & Akerman, M. (2008). Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *International Journal of Cancer*, *123*, 1657–1663.

European Food Safety Authority (EFSA). (2015). Conclusion on the peer review of the pesticide risk assessment of the active substance glyphosate. *EFSA Journal*, *13*, 4302.

Grimes, D., & Schulz, K. (2002). Bias and causal association in observational research. *Lancet*, *359*, 248–252.

Hardell, L., Eriksson, M., & Nordstrom, M. (2002). Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: Pooled analysis of two Swedish case-control studies. *Leukemia & Lymphoma*, *43*, 1043–1049.

International Agency for Research on Cancer (IARC). (2015). Some organophosphate insecticides and herbicides: Diazinon, glyphosate, malathion, parathion, and tetrachlorvinphos. *IARC monographs on the evaluation of carcinogenic risks to humans*. Vol. 112. Lyon: The International Agency for Research on Cancer.

McDuffie, H. H., Pahwa, P., McLaughlin, J. R., Spinelli, J. J., Fincham, S., Dosman, J. A., … Choi, N. W. (2001). Non-Hodgkin's lymphoma and specific pesticide exposures in men: Cross-Canada study of pesticides and health. Cancer Epidemiology. *Biomarkers & Prevention*, *10*, 1155–1163.

Orsi, L., Delabre, L., Monnereau, A., Delval, P., Berthou, C., Fenaux, P., … Clavel, J. (2009). Occupational exposure to pesticides and lymphoid neoplasms among men: Results of a French case-control study. *Occupational and Environmental Medicine*, *66*, 291–298.

Schinasi, L., & Leon, M. E. (2014). Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: A systematic review and meta-analysis. *International Journal of Environmental Research and Public Health*, *11*, 4449–4527.

United States Environmental Protection Agency (USEPA). (2017). FIFRA Scientific Advisory Panel Meeting Minutes and Final Report No. 2017-01. A set of scientific issues being considered by the Environmental Protection Agency regarding: EPA's evaluation of the carcinogenic potential of Glyphosate. December 13–16, 2016 FIFRA Scientific Advisory Panel Meeting Held at the EPA Conference Center, One Potomac Yard Arlington, Virginia. Retrieved from https://www.epa.gov/sites/production/files/2017-03/documents/december_13-16_2016_final_report_03162017.pdf

United States Environmental Protection Agency (USEPA). (2019). EPA takes next step in review process for herbicide glyphosate. *Reaffirms No Risk to Public Health*. News Release, EPA Press Office. Retrieved from https://www.epa.gov/newsreleases/epa-takes-next-step-review-process-herbicide-glyphosate-reaffirms-no-risk-public-health

World Health Organization (WHO). (2016). Pesticide residues in food-2016: Toxicological evaluations. Joint Meeting of the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues, Geneva, Switzerland.

Zhang, L., Rana, I., Shaffer, R. M., Taioli, E., & Shepherd, L. (2019). Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. *Mutation Research-Reviews in Mutation Research*, *781*, 186–206. http://doi.org/10.1016/j.mrrev.2019.02.001

**SUPPORTING INFORMATION**

Additional supporting information may be found online in the Supporting Information section at the end of the article.

Tabulation of ORs.

**Table A1.** The minimum, maximum and average of exact calculations of P(OR > 1) using the reported numbers of cases and controls, as the number of exposed subjects ranges from the minimum to the maximum in each case–control study in steps of 1.

**Table A2.** The average of exact calculations of P(OR > 1) using the number of cases, controls, and exposed subjects reported for each OR used in our analyses.