# EXHIBIT 18

**TCAS**

Toxicology Consultants & Assessment Specialists, LLC
6450 Pine Avenue, Sanibel, FL 33957
29 Fennell Street, Skaneateles, NY 13152
(239) 472-2436 [FL]  (315) 685-2345 [NY]  (800) 308-0080 U.S./CA
E-mail: drsawyer@experttoxicologist.com & Website: experttoxicologist.com

Toxic Exposures · Environmental Testing · Risk Assessment · Forensic Toxicology · Causation Evaluation

June 24, 2021

David Diamond, Esq.
Diamond Law
P.O. Box 65237
Tucson, AZ  85728

**Re: Chapman v. Monsanto**

Dear Attorney Diamond:

Per your request with regard to this matter, I have reviewed the complete list of pertinent documents as compiled in Appendix A. Based upon the information provided and the application of generally accepted toxicological methodology and referenced sources as cited herein, I have stated my opinions in this matter to reasonable toxicological certainty.

Throughout this report, I am relying on the medical diagnostic specific causation opinions of Clayton Smith, M.D., as well as the general causation opinions of Chris Portier, Ph.D., and human epidemiological opinions and findings previously offered by Beate Ritz, Ph.D. Although I have provided summary information regarding Mr. Chapman's medical history and diagnoses as reported in his medical records, I am limiting my opinions specifically to dose, glyphosate/Roundup constituent formulations, absorption, distribution, metabolism and excretion (ADME) and Roundup's mechanism of action regarding genotoxicity. Additionally, I have thoroughly assessed other toxicological exposures that could potentially serve as confounding factors.

Chapman v. Monsanto
June 24, 2021
Page 2

**Contents**

1. Introduction ........................................................................................................................... 5
   Overview of Toxicological Methodology ............................................................................ 5
   Objectives ........................................................................................................................... 6
2. Plaintiff Background Summary ............................................................................................ 8
   Personal Medical History ................................................................................................... 9
   NHL Diagnosis and Pathology ........................................................................................... 9
   History of Tobacco, Alcohol and Drug Use ..................................................................... 11
   Family Medical History .................................................................................................... 11
   Residential History .......................................................................................................... 11
   Residential Roundup Use History ................................................................................... 12
      Humble and Houston Residences ............................................................................. 12
      20303 Timber Ridge Drive, Magnolia, Texas ........................................................... 12
      Cyprus, Texas ............................................................................................................ 15
      Rampy Green, Tomball, Texas .................................................................................. 15
      Norwood Peak, Cyprus, Texas .................................................................................. 15
      Roundup Product Applied and Spray Equipment Used ........................................... 15
      Personal Protective Equipment (PPE) ...................................................................... 16
   Interview with Otis Chapman ........................................................................................... 17
   Potential Confounding Exposures ................................................................................... 19
   Summary of Roundup Exposures .................................................................................... 21
      Humble and Houston ................................................................................................. 21
      20303 Timber Ridge Drive, Magnolia, Texas ........................................................... 21
   Scope of Exposures and 8-Hour Time-Weighted Exposure Day Calculations ............... 22
      NHL Latency Interval ................................................................................................. 23
   Glyphosate Human NHL Studies .................................................................................... 23
      Summary of Epidemiological Studies ....................................................................... 28
      Comparisons of Exposure Days to Human Epidemiological Studies ..................... 28
      Meta-Analysis of Glyphosate and NHL Risk** ......................................................... 29
   Personal Protective Equipment (PPE) and Measured Dermal Exposure Levels ........... 33
      Penetration of Glyphosate through Clothing ............................................................ 34
      Lack of Personal Protective Equipment (PPE) ........................................................ 35
      Dermal Exposure of Glyphosate Applicators ........................................................... 37
      Example of Roundup Exposure of 1,4-dioxane (no gloves, short sleeves) ............ 39
      Omission of PPE Labeling Recommendations by Monsanto .................................. 41
      Key Points Pertaining to Exposed Body Parts ......................................................... 43
3. Glyphosate Exposure & Toxicity ........................................................................................ 44
   Monsanto's Glyphosate Biomonitoring and Dose Measurement Reliability ................... 44
   Glyphosate (Roundup) History and Use ......................................................................... 46
      Contaminants within Roundup (Surfactants, Adjuvants and Co-formulants) ......... 47
   Carcinogenic Substances in Roundup ........................................................................... 50
      Cancer or Tumor Promotion ...................................................................................... 53

| | |
|---|---|
| Roundup and Glyphosate Genotoxicity | 60 |
|    Genotoxic Agents, Promotors and Inadequately Studied Chemicals | 60 |
|    Oxidative Stress in Farmers Using Herbicides & PPE Protection** | 61 |
|    Studies Demonstrating Genotoxicity and Mutagenic Effects of Glyphosate | 63 |
|    Further Evidence of Genotoxic Effects | 66 |
|    Prasad Study: Chromosomal Aberrations and Micronuclei in Bone Marrow Cells | 75 |
|    Genotoxicity of Roundup, Glyphosate and POEA/Tallowamine (POEA) in Fish | 77 |
|    Recent Genotoxic Study of Pesticides (2019) | 79 |
|    Modes of Action and Safety Considerations | 81 |
|    Adverse Effects of Glyphosate on Human Gastrointestinal (GI) Microbiome** | 82 |
| Glyphosate (Roundup) Formulations: Chemical and Physical Information | 84 |
| Toxicological Considerations of Exposure and Dose | 88 |
|    Systemic Dose | 89 |
|    Monsanto Animal Study Characterizing Glyphosate Distribution & Excretion** | 89 |
|    Human Biomonitoring and Glyphosate Exposure** | 92 |
|    Human Glyphosate Excretion in Urine - Lower than Found in Animal Studies** | 92 |
|    Risk Characterization Using New 1% Urinary Glyphosate Excretion in Humans** | 93 |
|    Controlled Dermal vs. Inhalation Residential Applicator Urine Glyphosate Levels** | 95 |
|    Routes of Exposure | 99 |
|    Ingestion | 99 |
|    Inhalation | 99 |
|    Respirable Dust and Atmospheric Glyphosate Exposure** | 99 |
|    Dermal Absorption | 101 |
|    Mechanisms of Absorption | 103 |
|       The Dermal Barrier | 103 |
|       Percutaneous Absorption of Glyphosate | 106 |
|       Percutaneous Absorption Models | 107 |
|       Dermal Absorption *In Vivo* Measurement Methods | 108 |
|       Dermal Absorption *In Vitro* Measurement Methods | 108 |
|       Other Measurement Models and Methods | 109 |
|    Dosing Techniques and Measurement Considerations | 110 |
|    In Vitro Dermal Absorption of Herbicides through Rat versus Human Skin | 111 |
|    "Triple Pack" Methodology | 111 |
|    Dermal Absorption Correspondence Between Monsanto and DTL Laboratory | 113 |
|    DTL Laboratory Human Epidermis Preparation Methods | 113 |
|    Dermal Absorption and Pharmacokinetic Studies of Glyphosate | 115 |
|       Models Used to Measure Glyphosate Dermal Absorption | 115 |
|       Maibach Study (1983) | 115 |
|       Wester, et al., Study (1991) | 118 |
|       Concern of Cross-Contamination in the Wester, et al., Study (1991) | 121 |
|    Review of Monsanto Studies | 123 |
|       Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2010) - (MON 79545) 450 g/L Glyphosate SL Formulation (MON 79545) | 123 |

Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2010) - (MON 52276) .................... 127
Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2010) - (MON 79351) .................... 127
Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2015) - (MON 76829) 72 g/L Glyphosate Gel Formulation ................................................................................................. 128
Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2015) - (MON 76258) 7.2g/L Glyphosate Gel Formulation ................................................................................................. 129
Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2016) - (MON 76952) 500 g/L Glyphosate SL Formulation ................................................................................................. 131
Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2015) - (MON 76879) 360 g/L Glyphosate SL Formulation ................................................................................................. 133
Effects of Temperature on Skin Used in Laboratory Experiments ................................................. 135
Studies, Reviews & Articles Impacted by Wester and Maibach Studies ......................................... 141
Regulatory Guidance on Dermal Absorption and Recovery ........................................................... 145
Monsanto Communications with Respect to Pharmacokinetics ..................................................... 147
Factors Intensifying Dermal Absorption of Glyphosate .................................................................. 151
    Co-Formulants ................................................................................................................... 152
    Surfactants .......................................................................................................................... 154
    Indirect Disclosures of Surfactant and Co-Formulant Toxicity ........................................ 155
    Examples of Surfactant and Co-Formulant Toxicity ........................................................ 157
Endocrine Disrupting Effects of Glyphosate** ................................................................................ 158
    Regulatory Considerations Based on Surfactant and Co-Formulant Toxicity ............... 160
    Monsanto TNO Dermal Penetration Study with Co-Formulant Cocoamine ................ 161
    Other Factors Increasing Dermal Absorption ................................................................. 167

4. Toxicological Assessment of Additional Exposure Factors ............................................................. 169
Non-Hodgkin's Lymphoma Latency Estimates ................................................................................ 169
**Assessment of Additional Potential NHL Risk Factors** ............................................................ 172
Smoking as Potential NHL Risk Factor** ........................................................................................ 172
Obesity and BMI as Potential NHL Risk Factors** ......................................................................... 176
Carcinogenicity of Other Herbicides & Pesticides According to Monsanto** .............................. 176
Summary of Objective Toxicological Factors .................................................................................. 177
    Evidential Considerations .................................................................................................. 178
Summary and Conclusions ................................................................................................................ 181

Appendix A: Documents ............................................................................................................................ 183
Previously Disclosed Documents (Stephens report and prior) ........................................................ 183
New Materials Reviewed Specific to Otis Chapman ....................................................................... 208

Chapman v. Monsanto
June 24, 2021
Page 9

**Personal Medical History**

Mr. Chapman has never had any serious health conditions prior to his NHL diagnosis. He denied having any immune deficiency disorders (HIV, lupus, Crohn's disease), rheumatoid arthritis, celiac disease, ulcers, Hashimoto thyroiditis, diabetes, Epstein-Barr virus, Hepatitis B or C, inflammatory bowel disease or organ or stem cell transplants. Additionally, Mr. Chapman has not had excessive exposure to radiation, an adverse reaction to a vaccine or been prescribed immunosuppressive medications.[8]

His surgical history includes a hernia repair (approximately 1976) and partial knee replacements (approximately 2013, after his cancer diagnosis).

Mr. Chapman was diagnosed with Stage IIA small lymphocytic lymphoma (SLL), a form of non-Hodgkin's lymphoma, in February 2003.

Subsequent to his NHL diagnosis, Mr. Chapman also suffered a myocardial infarction (2014) and a staph infection for which he was hospitalized.[9] He also suffered from basal cell carcinomas in 2008, 2009, 2014 and 2015. All of these were removed surgically. In 2012, he had an invasive superficial spreading melanoma which was also removed surgically.

He is 5'8" and currently weighs about 185 pounds. Per his deposition testimony, his weight has remained nearly steady throughout the years.[10]

Mr. Chapman's pertinent medical records were not available for review. I have deferred specific medical causation to Clayton Smith, MD.

**NHL Diagnosis and Pathology**

In mid-2002, Mr. Chapman noticed a sore growth on his neck. As it became more painful over the course of approximately 1½ months, he presented to his primary care physician, Dr. Janice Mudd. At first, it was thought to be fatty tissue, but as it grew larger and more painful, a biopsy was recommended and in February 2003, he was

---

[8] Id., pp. 220-222.

[9] Id., pp. 222-225.

[10] Id., p. 181.

Chapman v. Monsanto
June 24, 2021
Page 10

diagnosed with Stage IIA small lymphocytic lymphoma, interfollicular pattern[11] (NHL) at the age of 58.

Specifically, the pathology reports state the following:

"*The patient, therefore, has a small lymphocytic lymphoma involving only a lymph node without involvement of the peripheral blood or bone marrow.*"

"*Small lymphocytic lymphoma is morphologically and immunophenotypically similar to chronic lymphocytic leukemia. A diagnosis of small lymphocytic lymphoma is rendered in this case because there is no evidence of the peripheral blood or bone marrow being involved (that is; it is nonleukemic at this stage).*"

"*Immunophenotypic examination by flow cytometry was performed at Methodist Hospital Laboratory and revealed a monoclonal B-cell population which was CD5 positive, C23 positive, CD10 negative, FMC7 negative and Kappa positive.*"

Mr. Chapman then presented to Dr. Wong, an oncologist, at MD Anderson. Dr. Wong explained that "*it was a cancer that they did not have a cure for and that it was a cancer that you would live, on average, for seven to nine years…and that when it comes back, and it would come back, it would be within that seven to nine year range.*"[12] Although his physicians stated that they "*really didn't know what caused that particular type of cancer…there's some suspicion that it was chemical-related...*"[13]

Mr. Chapman underwent six chemotherapy treatments with Rituxan. After the sixth treatment, a bone marrow biopsy was performed which showed that the lymphoma had not spread to any other parts of his body.

Mr. Chapman was in remission until approximately 2010 when he again noticed a growth on his neck which was in close proximity to the original growth. At this time, he presented to Dr. Gressot, also of MD Anderson, and another bone marrow aspiration was performed which confirmed that the cancer was back. However, at that time, follow-up appointments with CT scans were recommended every six months. When little

---

[11] West Houston Medical Center Outside Consultation Report; specimen collected 2/19/03.

[12] Deposition of Otis Chapman, April 9, 2021, p. 244.

[13] Id., pp. 245-246.

growth was seen, these visits transitioned to once a year and then every two years. He has not received any chemotherapy for this relapse.

Currently, Mr. Chapman is not under the care of an oncologist but sees his primary care physician who checks his lymph nodes regularly for any changes.

**History of Tobacco, Alcohol and Drug Use**

Mr. Chapman is a lifetime non-smoker. He has occasionally smoked a cigar with friends; however, he reported that he has not smoked more than 100 cigars in his lifetime,[14] and he has not had a cigar since seven or eight years ago.[15] Currently, he does not drink alcohol, but up to two years ago, he consumed alcohol on a social basis. He reported an estimated two beers per week maximum.[16] He has never used any illegal drugs.

**Family Medical History**

Mr. Chapman's father, Newton Chapman, experienced several heart attacks and died in 1975 at the age of 73. His mother, Etta Chapman, suffered a stroke. She died at the age of 81 from what Mr. Chapman described as an "*internal intestinal infection.*"[17] Mr. Chapman had six siblings who have all since passed away (Maxine, congenital heart defect; Billy Bob, brain aneurysm; Dolores, heart attack; Randall, liver disease due to alcoholism; Judy, *"internal infection"* and Sondra, complications from diabetes). There is no family history of any type of cancer.

Mr. Chapman's two sons are alive and healthy. He is not aware that either of them have ever used Roundup.

**Residential History**

Mr. Chapman used Roundup residentially beginning in March 1987;[18] he has never used it for occupational purposes. The following list provides the residential addresses at which he applied Roundup, before and after his NHL diagnosis.

---

[14] Telephone interview of May 20, 2021. (Question was modeled as per the CDC definition of a life-time non-smoker.)

[15] Deposition of Otis Chapman, April 9, 2021, p. 228.

[16] Telephone interview.

[17] Deposition of Otis Chapman, April 9, 2021, p. 233.

[18] First Amended Plaintiff Fact Sheet dated April 8, 2021.

**Table 2**

**Carcinogenicity of Substances to which Mr. Chapman Reported Potential Exposure**

| Name | Ingredients (per MSDS) | Known to Cause NHL? | Probable Human Carcinogen? | Comments |
|---|---|---|---|---|
| Spectracide Bug Stop Home Barrier | Gamma-cyhalothrin 0.025%. (CAS# 76703-62-3) | No | No | "None of the ingredients present in this product at or above 0.1% are listed as potential carcinogens on the NTP, IARC or OSHA lists." [47] |
| Amdro | Hydramethylnon 0.73% Defatted Grits 80% | No No | No No | Carcinogenicity is unclassified. May damage fertility or unborn child |
| Snail granules | Metaldehyde 4.0% | No | No | Carcinogenicity is unclassified. |

## Summary of Roundup Exposures

Mr. Chapman used Roundup Weed Killer to keep his residential properties weed-free. A summary of Mr. Chapman's mixing and application of Roundup according to property and time periods is given below. The information was obtained from his deposition testimony and plaintiff fact sheet and confirmed in a telephone interview on May 20, 2021.

### *Humble and Houston*

1987 through 1994: Mr. Chapman sprayed Roundup to control weeds from March through December on these two properties for a combined total of eight years. He sprayed for 10 minutes every week at each of the properties.

    10 months/year x 8 years x 4.35 weeks/month x 0.167 hours/week = 58 hours

### *20303 Timber Ridge Drive, Magnolia, Texas*

*March to November 1995*: Mr. Chapman estimated that he sprayed Roundup approximately 25 times for 1-2 hours per event.

*1996 through 2002*: He maintained weed control around the house by spraying for 10 minutes per week with a trigger sprayer. He also sprayed the culvert, mailbox and brick entrance area with a pump sprayer for about 15-20 minutes per week. In total, he

---

[47] https://images.homedepot-static.com/catalog/pdfImages/80/800eda3b-a5b8-4b4b-a557-217cf3ae103a.pdf

sprayed 25-30 minutes, once per week, for 9-10 months/yr. for seven years to kill weeds in these areas.

*1997 through 2002*: Mr. Chapman kept the fence posts cleared from weeds by spraying Roundup for 1.5-2 hours about five times per year for six years.

*1997 through 2002*: After his house was built, Mr. Chapman began the clearing of the remaining two acres. In doing so, he sprayed for 1.25 hours about three times per year during these six years.

**Scope of Exposures and 8-Hour Time-Weighted Exposure Day Calculations**

This section assesses Mr. Chapman's exposure history to arrive at a scientifically accurate toxicological value representing 8-hour time-weighted *exposure days*. **Table 3** presents a compilation of Mr. Chapman's Roundup® exposures as obtained from his deposition and interview.

**Table 3**

**Calculation of Mr. Chapman's 8-Hour Time-Weighted Roundup® Exposure-Days**

| Location | Date | Seasons | Events Per Season | Total Hours per Event | Total Hours | | | Exposure Days (8 hours/day) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Min | Mid | Max | Min | Mid | Max |
| Humble and Houston | 1987 through 1994 | 8 | 43[48] | 0.17 | - | 58 | - | - | 7.3 | - |
| Timber Ridge Drive, Magnolia | 1995 | 1 | 25 | 1.0-2.0 | 25 | (37.5) | 50 | 3.1 | (4.7) | 6.3 |
| | 1996 through 2002 | 7 | 39-43[49] | 0.42-0.50 | 115 | (132) | 151 | 14.3 | (16.6) | 18.8 |
| | 1997 through 2002 | 6 | 3 | 1.25 | - | 22.5 | - | - | 2.8 | - |
| | | 6 | 5 | 1.5-2.0 | 45 | (52.5) | 60 | 5.6 | 6.6 | 7.5 |
| | | | | Totals: | 266 | 303 | 342 | 33 | 38 | 43 |

The information compiled in **Table 3** reveals that Mr. Chapman sustained a minimum of **33** exposure-days [266 ÷ 8 hrs./day], a maximum of **43** exposure-days [342 ÷ 8 hrs./day], and a midpoint of ***38 exposure-days*** [303 ÷ 8 hrs./day] over the time period from 1987 until his NHL diagnosis in 2003**.**

---

[48] Once per week from March through December (43 weeks).

[49] Once per week for 9-10 months.

Chapman v. Monsanto
June 24, 2021
Page 182

I have carefully examined Mr. Chapman's history for potential confounding chemical, pharmaceutical and other toxicological factors and identified them for causation consideration by Dr. Clayton Smith.

Mr. Chapman has not used or been exposed to any other chemicals either residentially or occupationally (prior to his diagnosis) that are known to cause any malignancies. He is not a smoker. Although he occasionally smoked a cigar with friends, his lifetime dose fell below that of a smoker and is insufficient to be a statistically-significant causal factor of his NHL. He was not previously obese. Mr. Chapman's pharmaceutical history, alcohol consumption and radiological exposure history was negative. He has no family cancer history among his first degree relatives.

However, Mr. Chapman regularly came into direct physical contact with diluted liquid Roundup concentrate and ready-to-use formulations. During applications, he wore shorts, t-shirts and tennis shoes with low-cut socks for **16** years with a midpoint of ***38 8-hour time-weighted exposure days*** in clear excess of the threshold levels within the human applicator studies associated with NHL as previously documented by Dr. Ritz.

On the basis of multiple, applicable peer-reviewed and generally-accepted studies (as cited herein) and on the basis of Mr. Chapman's episodic exposures, doses and durations to the Monsanto Roundup® product, it is my opinion, to reasonable toxicological certainty, that these exposures were above the threshold levels previously identified by Dr. Ritz within the studies and thus significantly and substantially increased his risk of the development of small lymphocytic lymphoma (SLL), a form of non-Hodgkin's lymphoma.

_____
William R. Sawyer, Ph.D.
Chief Toxicologist