# EXHIBIT 19

1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

2             IN AND FOR THE COUNTY OF SAN BERNARDINO

3

4    DEPARTMENT S-24 (VIA ZOOM)        HON. GILBERT OCHOA, JUDGE

5

     DONNETTA STEPHENS,              )
6                                    )
                     Plaintiff,      ) Case No. CIVSB2104801
7                                    )
          vs.                        )
8                                    )
     MONSANTO COMPANY, et al.,       )
9                                    )
                     Defendants.     )
10   _____)

11
                         TRANSCRIPT OF PROCEEDINGS
12                      SAN BERNARDINO, CALIFORNIA
                       THURSDAY, SEPTEMBER 9, 2021
13                              **VIA ZOOM**

14
     APPEARANCES:
15
     FOR PLAINTIFF:              TRAMMELL, PC
16                               BY:  FLETCHER TRAMMELL, ESQ.

17                               LAW OFFICES OF WILLIAM SHAPIRO
                                 BY:  WILLIAM SHAPIRO, ESQ.
18
                                 KIESEL LAW LLP
19                               BY:  MELANIE PALMER, ESQ.

20
     FOR DEFENDANT:              PROSKAUER ROSE LLP
21                               BY:  BART WILLIAMS, ESQ.
                                      MANUEL CACHAN, ESQ.
22                                    LEE POPKIN, ESQ.
                                      SHAWN LEDINGHAM, ESQ.
23
                                 NELSON MULLINS RILEY & SCARBOROUGH
24                               BY:  ERIC PAINE, ESQ.

25
     REPORTED BY:                STEPHANIE AUSTIN, CSR 13119
26                               OFFICIAL COURT REPORTER


            *Stephanie Austin, Certified Shorthand Reporter*

```
1        Q    Great.  Dr. Boyd, in your view, 2019 was when the
2   evidence was sufficient to conclude that glyphosate-based
3   herbicides caused non-Hodgkin's lymphoma in people; true?
4        A    Yes.
5        Q    And when it comes to glyphosate and Roundup, there
6   are many scientists who have reviewed the same studies that
7   you have and come to a different conclusion; true?
8        A    Both -- the truth is, there are scientists on both
9   sides of that -- that issue, and so I would say it's not
10  many scientists agree with my view that this is a cause.
11       Q    My question is a little bit different, Doctor.  Do
12  you agree that there are numerous scientists that have
13  reviewed the same studies that you have and reached a
14  different conclusion; yes or no?
15       A    Yes.
16       Q    And there is not a consensus, within the medical
17  community, that Roundup causes lymphoma; correct?
18       A    No, but there's strong consensus among evidence-based
19  peer-reviewed scientists who work independent of business --
20       Q    Doctor -- Doctor, not my question.  My question,
21  specifically, there is not a consensus within the medical
22  community that Roundup causes lymphoma; correct?
23       A    Correct.
24       Q    And aside from retained experts being paid to work
25  on Roundup litigation, you are not actually sure if there
26  are other folks in your field who agree with you that
```

1    Roundup causes lymphoma?

2        A    I would disagree completely, because I know

3    physicians who are objective and look at the data, and who

4    agree that there's a strong support for a link between

5    Roundup and lymphoma.  I absolutely disagree.

6            MS. POPKIN:  Your Honor, permission to read from

7    Dr. Boyd's May 15, 2021, deposition, that's Tab 6, in the

8    prior-testimony binder, page 91, lines 16 through 22?

9            THE COURT:  Any objection, Mr. Trammell?

10           MR. TRAMMELL:  No, your Honor.

11           THE COURT:  Go ahead.

12       Q    (BY MS. POPKIN:)

13               "Q   Okay.  And so I'm trying to find

14           out -- putting aside the retained

15           experts -- if there are folks in your

16           field who agree with you that Roundup

17           causes lymphoma?

18               A    I don't go out and speak to

19           them.

20               Q    Okay, so you are not sure?

21               A    Right."

22

23           Doctor, you are affiliated with the Yale Cancer

24   Center?

25       A    Correct.

26       Q    And the Yale Cancer Center has a website that

1                SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                      FOR THE COUNTY OF SAN BERNARDINO

3

4    DEPARTMENT S-24 (VIA ZOOM)      HON. GILBERT G. OCHOA, JUDGE

5

6    DONNETTA STEPHENS,            )
                                   )
7              Plaintiff,          )  Case No. CIVSB2104801
                                   )
8          vs.                     )
                                   )  REPORTER'S CERTIFICATE
     MONSANTO COMPANY, et al.,     )
9                                  )
               Defendants.         )
10   _____)

11         I, STEPHANIE AUSTIN, C.S.R., Official Court

12   Reporter, of the State of California, for the County of San

13   Bernardino, do hereby certify that the foregoing pages 1

14   through 125, to the best of my knowledge and belief,

15   comprise a full, true and correct computerized transcript of

16   the proceedings held in the above-entitled matter on

17   Thursday, September 9, 2021.

18

19              Dated this 12th day of September, 2021.

20

21   _____, C.S.R.

22   Official Court Reporter, No. 13119

23

24

25

26

*Stephanie Austin, Certified Shorthand Reporter*