UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Dr. William Horner v. Monsanto Company, Inc.*, Case No. 21-cv-7744 | **ORDER GRANTING UNOPPOSED MOTION TO DISMISS**<br><br>Re: Dkt. No. 15; MDL Dkt. 14126 |

The Court grants the plaintiff's unopposed motion to dismiss Bayer CropScience Holding, Inc as a named defendant in the above-captioned action. See Dkt. 15; MDL Dkt. 14126.

**IT IS SO ORDERED.**

Dated: November 12, 2021

_____
VINCE CHHABRIA
United States District Judge