UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2741 <br> ) <br> ) Case No. 3:16-md-02741-VC <br> ) |
| This document relates to: <br><br> *Schroeder v. Monsanto Co., 3:20-cv-06126* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1) and MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel's discovered death of Frederick N. Schroeder, Sr., a plaintiff in this action. Frederick N. Schroeder, Sr. passed away on December 6, 2020. A copy of his Death Certificate is attached hereto as **Exhibit "A."** Frederick Schroeder's son, Frederick N. Schroeder, Jr., has been appointed Administrator of the Estate of Frederick N. Schroeder, Sr., as evidenced by the Letters of Administration attached hereto as **Exhibit "B."** Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested that "Frederick N. Schroeder, Jr., Administrator of the Estate of Frederick N. Schroeder, Sr., Deceased" be substituted in place of "Frederick N. Schroeder" as Plaintiff in this action, so that Decedent's claims survive, and the action on his behalf may proceed.

The request under this Motion is not sought for delay, but so that justice may be done.

Respectfully submitted:

ATLEE HALL, LLP

Dated: 11-9-21                           By:_____
                                          Mark C. Atlee, Esquire
                                          Melissa A. Jabour, Esquire
                                          Attorneys for Plaintiff
                                          415 North. Duke Street
                                          Lancaster, PA 17602
                                          (717) 393-9596
                                          I.D. No.   & 316076

<u>CEERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the forgoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on the 9 day of November, 2021, in the manner described below:

Anthony R. Martinez, Esquire
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547

_____
Mark C. Atlee, Esquire
mcatlee@atleehall.com
PA 204627
Melissa A. Jabour, Esquire
PA 316076
majabour@atleehall.com
Atlee Hall, LLP
415 North Duke Street
Lancaster, PA 17602
(717) 393-9596
Attorney for Plaintiff

Exhibit A

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

Fee for this certificate: $20.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

**P 27717470** — Certification Number

Local Registrar: *Lawrence A. Roda*   Date Issued: DEC 15 2020

## CERTIFICATE OF DEATH

State File Number: **429762-2020**

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | Frederick Nevin Schroeder Sr. |
| 2. Sex | Male |
| 3. Social Security Number | 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 |
| 4. Date of Death | December 06, 2020 |
| 5a. Age-Last Birthday (Yrs) | 81 |
| 6. Date of Birth | May 05, 1939 |
| 7a. Birthplace | Lancaster, Pennsylvania |
| 7b. Birthplace (County) | Lancaster |
| 8a. Residence (State) | Pennsylvania |
| 8b. Residence (Street) | 1419 Ridge Road |
| 8c. Did Decedent Live in a Township? | Yes, Lancaster |
| 8d. Residence (County) | Lancaster |
| 8e. Residence (Zip Code) | 17603 |
| 9. Ever in US Armed Forces? | No |
| 10. Marital Status at Time of Death | Widowed |
| 11. Surviving Spouse's Name | — |
| 12. Father / Parent's Name | Jay Nevin Schroeder Jr. |
| 13. Mother / Parent's Name Prior to First Marriage | Katrina Falck |
| 14a. Informant's Name | Frederick Nevin Schroeder Jr. |
| 14b. Relationship to Decedent | Son |
| 14c. Informant's Mailing Address | 346 A Walnut Hill Road, Millersville, PA 17551 |
| 15a. Place of Death | Decedent's Home |
| 15b. Facility Name | 1419 Ridge Road |
| 15c. City or Town, State, and Zip Code | Lancaster, Pennsylvania 17603 |
| 15d. County of Death | Lancaster |
| 16a. Method of Disposition | Cremation |
| 16b. Date of Disposition | December 10, 2020 |
| 16c. Place of Disposition | Evans Cremation Services |
| 16d. Location of Disposition | Leola, Pennsylvania 17540 |
| 17a. Signature of Funeral Service Licensee | Thomas Scott Buter (Electronically Signed) |
| 17b. License Number | FD010895L |
| 17c. Name and Complete Address of Funeral Facility | The Groffs Family Funeral And Cremation Services Inc, 528 W Orange Street Lancaster, Pennsylvania 17603 |
| 18. Decedent's Education | Bachelor's degree (e.g. BA, AB, BS) |
| 19. Decedent of Hispanic Origin | No, not Spanish/Hispanic/Latino |
| 20. Decedent's Race | White |
| 21. Decedent's Single Race Self-Designation | White |
| 22a. Decedent's Usual Occupation | Landscape Architect |
| 22b. Kind of Business/Industry | Horticulture and Landscape Design |
| 23a. Date Pronounced Dead | December 06, 2020 |
| 23d. Date Signed | — |
| 24. Time of Death | 01:00 AM |
| 25. Was Medical Examiner or Coroner Contacted? | Yes |

### CAUSE OF DEATH

26. Part I.

a. IMMEDIATE CAUSE: **Acute respiratory failure** — Approximate Interval: 1 Week

b. **COVID 19** — 2 Weeks

c. —

d. —

26. Part II. Other significant conditions contributing to death: **Therapy related AML; Follicular cell lymphoma; Immunosuppression**

27. Was an autopsy performed? —
28. Were autopsy findings available to complete the cause of death? —
29. If Female: —
30. Did Tobacco Use Contribute to Death? No
31. Manner of Death: Natural
32. Date of Injury: —
33. Time of Injury: —
34. Place of Injury: —
35. Location of Injury: —
36. Injury at Work: —
37. If Transportation Injury, Specify: —
38. Describe How Injury Occurred: —

39a. Certifier: Certifying only — To the best of my knowledge, death occurred due to the cause(s) and manner stated.

Signature of certifier: *Matthew Brennan (Signature on File)*   Title of certifier: MD   License Number: MD454667

39b. Name, Address and Zip Code of Person Completing Cause of Death (Item 26): Matthew Brennan, 2102 Harrisburg Pike Lancaster, Pennsylvania 17604

39c. Date Signed: December 10, 2020

40. Registrar's District Number: 36-350

41. Registrar's Signature: *Lawrence A Roda (Signature on File)*

42. Registrar File Date: December 14, 2020

43. Amendments: —

NAME OF DECEDENT: Frederick Nevin Schroeder Sr.

Exhibit B

# File Number: 36-2021-00313
## SHORT CERTIFICATE

**COMMONWEALTH OF PENNSYLVANIA**

**COUNTY OF LANCASTER**

I, Anne L. Cooper, Register of Wills in the County of Lancaster, in the Commonwealth of Pennsylvania, DO HEREBY CERTIFY that on the 29th day of January, 2021, Letters Administration CTA on the Estate of FREDERICK N. SCHROEDER (aka FREDERICK NEVIN SCHROEDER SR.), deceased, were granted to FREDERICK NEVIN SCHROEDER JR. having first been qualified well and truly to administer the same. And I further certify that no revocation of said Letters appears of record in my office.

Date of Death: 12/6/2020

Social Security Number: 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

Given under my hand and seal of office this 5th day of February, 2021

*Anne L. Cooper*

Lancaster County Register of Wills

**NOT VALID WITHOUT IMPRESSED SEAL**