UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. CLARK<br><br>*Plaintiff,*<br><br>v.<br><br>MONSANTO COMPANY<br><br>*Defendant.* | Case No. 3:16-md-02741-VC<br><br>**AGREED ENTRY ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT INSTANTER** |

**AGREED ENTRY PERMITTING PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT, INSTANTER**

The parties to this action hereby agree that Plaintiff, John T. Clark may file his first amended complaint, *instanter,* to add a loss of consortium claim on behalf of Mr. Clark's wife, Carol Clark.

**APPROVED:**

*/s/ Robert D. Erney*
Robert D. Erney (0016350)
Mary E. Erney (0096646)
ROBERT D. ERNEY & ASSOCIATES
CO., LPA dba ERNEY LAW
1654 East Broad Street
Columbus OH 43203
(614) 258 – 6100
(614) 258 – 6600 fax
Email: robert.erney@erneylaw.com
Email: mary@erneylaw.com
**Attorneys for Plaintiff, John T. Clark**

*/s/ Anthony R. Martinez with authority*
Anthony R. Martinez
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City MO
(816) 474 – 6550
(816) 421 – 5547 fax
Email: amartinez@shb.com
**Attorney for Defendant, Monsanto**