**SCHLESINGER LAW OFFICES, P.A.**
Jeffrey L. Haberman, Esq.
*JHaberman@schlesingerlaw.com*
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954.320.9507
Facsimile: 954.320.9509

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: | **MOTION FOR EXTENSION OF TIME** |
| *Belfleur et al v. Monsanto Co.* Case No. 3:20-cv-00621 | |
| *Sharon Berenfeld v. Monsanto Co.* Case No. 3:18-cv-01428 | |
| *Engilis et al. v. Monsanto Co.* Case No. 3:19-cv-07859 | |
| *Gilberg et al. v. Monsanto Co.* Case No. 3:20-cv-07735 | |
| *Glassman et al. v. Monsanto Co.* Case No. 3:20-cv-00024 | |
| *Deborah Iona v. Monsanto Co.* Case No. 3:20-cv-02404 | |
| *Thomas Lundy v. Monsanto Co.* Case No. 3:20-cv-09289 | |
| *Proctor et al. v. Monsanto Co.* Case No. 3:21-cv-00172 | |
| *Thompson et al v. Monsanto Co.* Case No. 3:20-cv08851 | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The Plaintiffs in the above styled cases received correspondence from this Court's Settlement Master, Kenneth R. Feinberg, dated September 30, 2021, which requested various information for participation in the Independent Roundup Settlement Program. These Plaintiffs' cases have also been activated in Wave 4 and are being worked up pursuant to the Court's corresponding case management order.

Plaintiffs respectfully request the Court to extend the time to comply with their obligations under the Independent Settlement Program. This motion rests on good grounds. In the time Plaintiffs had to complete the claim form, Plaintiffs' undersigned counsel had been preparing for trial in various matters to wit: *Puldon v. American Medical Systems, Inc.*, Case No. 20-cv-60411-WPD (S.D. Fla.) (trial had been scheduled for October 4, 2021; it was continued on October 1st, after trial work up); *Boneta v. American Medical Systems, Inc.*, Case No. 20-cv-60409-RAR (S.D. Fla.) (trial had been set for October 25, 2021; it resolved on the eve of trial, after trial-work up). In addition, Plaintiffs' undersigned counsel was just retained on November 8, 2021 to assist a firm in another matter: *Baccaro v. Coloplast, Inc.*, Case No. 19-cv-0188-DNH (N.D.N.Y.), which is scheduled to be tried on November 29, 2021. The undersigned is currently preparing all the submissions due for the joint pretrial statement, including exhibit and witness lists, jury instructions, and voir dire, and is otherwise preparing for the trial. Plaintiffs need two (2) additional weeks to gather and complete necessary information to submit to the Settlement Master. Plaintiffs reserve their rights to object to and not participate in the Independent Settlement Program.

Accordingly, Plaintiffs request this Court to extend Plaintiffs' forty-five day deadline set

MOTION FOR EXTENSION OF TIME - 2

by the Settlement Master by two (2) additional weeks so that Plaintiff can appropriately provide all

DATED:  November 15, 2021          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey L. Haberman*
　　　　　　　　　　　　　　　　　　　　　JEFFREY L. HABERMAN
　　　　　　　　　　　　　　　　　　　　　**SCHLESINGER LAW OFFICES, P.A.**
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2021, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman