1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.  MDL No. 3:16-md-02741-VC |
| This document relates to: | **[PROPOSED] ORDER GRANTING EXTENSION OF TIME** |
| *Belfleur et al v. Monsanto Co.*<br>*Case No. 3:20-cv-00621* | |
| *Sharon Berenfeld v. Monsanto Co.*<br>*Case No. 3:18-cv-01428* | |
| *Engilis et al. v. Monsanto Co.*<br>*Case No. 3:19-cv-07859* | |
| *Gilberg et al. v. Monsanto Co.*<br>*Case No. 3:20-cv-07735* | |
| *Glassman et al. v. Monsanto Co.*<br>*Case No. 3:20-cv-00024* | |
| *Deborah Iona v. Monsanto Co.*<br>*Case No. 3:20-cv-02404* | |
| *Thomas Lundy v.  Monsanto Co.*<br>*Case No. 3:20-cv-09289* | |
| *Proctor et al. v. Monsanto Co.*<br>*Case No. 3:21-cv-00172* | |
| *Thompson et al. v. Monsanto Co.*<br>*Case No. 3:20-cv-08851* | |

1

1  Having considered the Plaintiff's Motion *for Extension of Time*, the Court HEREBY
2  ORDERS that Plaintiff's Motion *for Extension of Time* is **GRANTED**.
3   IT IS SO ORDERED.
4
5
   Dated:_____      _____
6                              VINCE CHHABRIA
7                              United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28