UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTION TO WITHDRAW** |
| *Adams v. Monsanto,* Case No. 21-cv-04466 | Re: Dkt. No. 13; MDL Dkt. No. 14042 |

The Court grants the motion to withdraw Cam F. Justice as Attorney of Record for Plaintiff John Adams.  See Dkt. 13; MDL Dkt. 14042.  Mr. Adams shall file a letter indicating whether he intends to continue to pursue this lawsuit by **December 14, 2021**.  Absent a timely response, the case will be dismissed without prejudice under Rule 41(b) for failure to prosecute.  In the meantime, papers shall continue to be served on Cam F. Justice for forwarding purposes, unless and until Mr. Adams appears pro se or by new counsel.

**IT IS SO ORDERED.**

Dated: November 16, 2021

VINCE CHHABRIA
United States District Judge