David J. Romano, Esquire
rlo@romanolawwv.com
**ROMANO LAW OFFICE, LC**
363 Washington Avenue
Clarksburg, WV 26301
Telephone: 304-624-5600
Facsimile: 304-624-5627

*Attorney for Nathan P. Romano*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| _____ | Case No. 3:16-md-02741-VC |
| This Document Relates to: | **RE-FILING OF MOTION FOR EXTENSION OF TIME** |
| *Romano v. Monsanto*<br>3:20-cv-06194-VC | |

Plaintiff, Nathan P. Romano, filed his Motion for Extension of Time on November 1, 2021 [ecf # 14123]. Such Motion was incorrectly filed as per the Court's "Order Re: Incorrectly Filed Motion [ecf #14195]. Plaintiff Romano now re-files his Motion for Extension of Time as per Pretrial Order No. 1 and as directed by this Court's Order dated November 12, 2021, for *nunc pro tunc* entry.

Plaintiff, Nathan P. Romano, in the above styled case, received correspondence from this Court's Settlement Master, Kenneth R. Feinberg, on September 21, 2021 requesting various information for participation in the Independent Roundup Settlement Program.

Plaintiff does want to avail himself of the Settlement Program being conducted by Mr. Feinberg, but Plaintiff needs two (2) additional weeks to gather and complete necessary information to submit to the Settlement Master.

Accordingly, Plaintiff requests this Court to extend Plaintiff's forty-five day deadline set by the Settlement Master by two (2) additional weeks so that Plaintiff can appropriately provide all necessary information for the Settlement Master to consider under the Program.

Respectfully submitted,

/s/   David J. Romano
David J. Romano
W.Va. State Bar ID No. 3166
**ROMANO LAW OFFICE, LC**
363 Washington Avenue
Clarksburg, West Virginia  26301
(304) 624-5600

Counsel for Plaintiff, Nathan P. Romano

## CERTIFICATE OF SERVICE

I hereby certify on this the **16th** day of November, 2021, I electronically filed the foregoing "Re-Filing of Motion for Extension of Time" with the Clerk of the Court for the United States District Court of California using the CM/ECF filing system. Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

      /s/   David J. Romano
David J. Romano
*Counsel for Plaintiff, Nathan P. Romano*