UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Garces v. Monsanto*, Case No. 19-cv-05523 | **ORDER GRANTING MOTION TO DISMISS**<br>Re: Dkt. 18; MDL Dkt. 12738 |

The Court grants Monsanto's motion to dismiss with prejudice for failure to file a motion of substitution of counsel. Dkt. 18; MDL Dkt. 12738. Counsel for plaintiff filed a suggestion of death on March 8, 2021, but counsel has not filed a motion for substitution of party within the 90-day period imposed by Rule 25(a). Counsel for plaintiff has not opposed Monsanto's motion to dismiss.

**IT IS SO ORDERED.**

Dated: November 16, 2021

VINCE CHHABRIA
United States District Judge