# EXHIBIT 1

| | |
|---|---|
| | **CIV-110** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Fletcher V. Trammell <br> FIRM NAME: Trammell, PC <br> STREET ADDRESS: 3262 Westheimer Road, Suite 423 <br> CITY: Houston    STATE: TX    ZIP CODE: 77098 <br> TELEPHONE NO.: (800) 405-1740    FAX NO.: (800) 532-0992 <br> E-MAIL ADDRESS: fletch@trammellpc.com <br> ATTORNEY FOR (Name): Plaintiff Donnetta Stephens | F I L E D <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF SAN BERNARDINO <br> SAN BERNARDINO CIVIL DIVISION <br> JUL 1 5 2021 <br> BY VERONICA GONZALEZ, DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino <br> STREET ADDRESS: 247 West Third Street <br> MAILING ADDRESS: 247 West Third Street <br> CITY AND ZIP CODE: San Bernardino, CA 92415 <br> BRANCH NAME: San Bernardino Justice Center | |
| Plaintiff/Petitioner: Donnetta Stephens <br> Defendant/Respondent: Monsanto Company, et al. | |
| **REQUEST FOR DISMISSAL** | CASE NUMBER: <br> CIVSB2104801 |

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [x] With prejudice    (2) [ ] Without prejudice
   b. (1) [ ] Complaint    (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):    on (date):
      (4) [ ] Cross-complaint filed by (name):    on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [x] Other (specify):* Entire action as to defendant Crown Ace Hardware only

2. *(Complete in all cases except family law cases.)*
   The court [ ] did [x] did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: July 14, 2021
Melissa Binstock Ephron
(TYPE OR PRINT NAME OF [x] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)    ▶ /s/ Melissa B. Ep. (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[x] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date:
(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)    ▶ (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross Complainant

*(To be completed by clerk)*
4. [✓] Dismissal entered as requested on (date): JUL 1 5 2021
5. [ ] Dismissal entered on (date):    as to only (name):
6. [ ] Dismissal **not entered** as requested for the following reasons (specify):

7. a. [ ] Attorney or party without attorney notified on (date):
   b. [✓] Attorney or party without attorney not notified. Filing party failed to provide
      [✓] a copy to be conformed    [✓] means to return conformed copy

Date: JUL 1 5 2021    Clerk, by /s/ VERONICA GONZALEZ, Deputy    Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> CIV-110 [Rev. Jan. 1, 2013] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.; Gov. Code, <br> § 68637(c); Cal. Rules of Court, rule 3.1390 <br> www.courts.ca.gov |

|  | **CIV-110** |
|---|---|
| Plaintiff/Petitioner: Donnetta Stephens<br>Defendant/Respondent: Monsanto Company, et al. | CASE NUMBER:<br>CIVSB2104801 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

**Declaration Concerning Waived Court Fees**

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*
    a. ☐ not recovering anything of value by this action.
    b. ☐ recovering less than $10,000 in value by this action.
    c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one):*   Yes   No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

_____     ▶ _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                (SIGNATURE)