# EXHIBIT 3

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Curtis Hoke (SBN 282465)<br>Timothy Litzenburg (appearance *pro hac vice*)<br>The Miller Firm, LLC<br>108 Railroad Ave<br>Orange, VA 22960<br>TELEPHONE NO.: (540) 672-4224  FAX NO. *(Optional):* (540) 672-3055<br>E-MAIL ADDRESS *(Optional):* tlitzenburg@millerfirmllc.com; choke@millerfirmllp.com<br>ATTORNEY FOR *(Name):* Plaintiff Dewayne Johnson | FOR COURT USE ONLY<br><br>ELECTRONICALLY<br>**F I L E D**<br>Superior Court of California,<br>County of San Francisco<br><br>**08/10/2018**<br>**Clerk of the Court**<br>BY:DAVID YUEN<br>Deputy Clerk |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Civic Center Courthouse

PLAINTIFF/PETITIONER: Dewayne Johnson
DEFENDANT/RESPONDENT: Monsanto Company, Wilbur-Ellis Company LLC, Wilbur-Ellis Feed, LLC, and Steven D. Gould

| REQUEST FOR DISMISSAL | CASE NUMBER:<br>CGC-16-550128 |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
    a. (1) [X] With prejudice    (2) [ ] Without prejudice
    b. (1) [ ] Complaint    (2) [ ] Petition
       (3) [ ] Cross-complaint filed by *(name):*                                        on *(date):*
       (4) [ ] Cross-complaint filed by *(name):*                                        on *(date):*
       (5) [ ] Entire action of all parties and all causes of action
       (6) [X] Other *(specify):** Entire action and all causes of action therein as to defendants Wilbur-Ellis Company LLC, Wilbur Ellis Feed, LLC, and Steven D. Gould
2. *(Complete in all cases except family law cases.)*
    The court [ ] did  [X] did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: August 21, 2017

Timothy Litzenburg
(TYPE OR PRINT NAME OF [X] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)
Attorney or party without attorney for: Dewayne Johnson
[X] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-Complainant

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-Complainant

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

*(To be completed by clerk)*
4. [ ] Dismissal entered as requested on *(date):*
5. [ ] Dismissal entered on *(date):*                          as to only *(name):*
6. [ ] Dismissal **not entered** as requested for the following reasons *(specify):*

7. a. [ ] Attorney or party without attorney notified on *(date):*
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to be conformed  [ ] means to return conformed copy

Date: _____    Clerk, by _____, Deputy

**DISMISSAL ENTERED**

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Legal Solutions Plus

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390

CIV-110

| PLAINTIFF/PETITIONER: Dewayne Johnson | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Monsanto Company, Wilbur-Ellis Company LLC, Wilbur-Ellis Feed, LLC, and Steven D. Gould | CGC-16-550128 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one)*: ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

▶ _____
(SIGNATURE)

_____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)

# PROOF OF SERVICE

<u>Johnson v. Monsanto Company, CGC-16-550128</u>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071 (E-mail: mbyrnes@pmcos.com).

On August 21, 2017, I served the foregoing document described as **REQUEST FOR DISMISSAL** as follows:

Timothy Litzenburg
Curtis G. Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960
tlitzenburg@millerfirmllc.com; choke@millerfirmllc.com
Attorneys for Plaintiff Dewayne Johnson

☒ By **ELECTRONICALLY SERVING** the document(s) described above via File & Serve Xpress by 4:00 p.m. Pacific Standard Time on all the parties listed above.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 21, 2017 at Los Angeles, California.

*/s/ Michele M. Byrnes*
Michele M. Byrnes

-1-
PROOF OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2018, I electronically filed the foregoing

- **REQUEST FOR DISMISSAL**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Curtis G. Hoke, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA  22960

*Susan C. Hunt*
Susan C. Hunt

34812\6753648.1