**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:  202-942-5000
Fax: 202-942-5999

**HOLLINGSWORTH**LLP
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )<br>) Case No. 3:16-md-02741-VC ) |
| THIS DOCUMENT RELATES TO:<br><br>*Harrison Oswald v. Monsanto Co., et al.*,<br><br>Case No. 3:21-cv-07729-VC | ) **DECLARATION OF ERIC LASKER IN**<br>) **SUPPORT OF DEFENDANT MONSANTO**<br>) **COMPANY'S OPPOSITION TO**<br>) **PLAINTIFF'S MOTION TO REMAND**<br>) *OSWALD* **CASE**<br>)<br>) Date:         December 9, 2021<br>) Time:        10:00 a.m.<br>) Courtroom: 4 |

I, Eric Lasker, declare:

1.      I am over the age of eighteen.  I make the statements set forth herein based on my personal knowledge.  If I were called to testify, I could and would be competent to testify under oath.

2.      I am a partner at Hollingsworth LLP.  I have represented Monsanto Company from the beginning of the Roundup® litigation.  I submit this declaration in support of Monsanto Company's Opposition to Plaintiff's Motion to Remand *Oswald* Case.

3.      The *Donnetta Stephens* Roundup® trial started in August 2021 and is pending in San Bernardino County, California.  Before trial, the plaintiff (represented by the same counsel who represent Plaintiff in the *Oswald* case) voluntarily dismissed the non-diverse retailer defendant from that case.  Attached hereto as Exhibit 1 is a true and correct copy of that Request for Dismissal, *Stephens v. Monsanto Co.* (filed July 15, 2021).

4.      The *Destiny Clark* Roundup® trial started on September 15, 2021 in Los Angeles County, California and ended with a defense verdict.  Before trial, the plaintiff (represented by the same counsel who represent Plaintiff in the *Oswald* case) voluntarily dismissed the non-diverse retailer defendant from that case.  Attached hereto as Exhibit 2 is a true and correct copy of that Request for Dismissal, *Clark v. Monsanto Co.* (filed Sept. 13, 2021).

5.      The *Dewayne Johnson* Roundup® case went to trial in the summer of 2018.  The plaintiff voluntarily dismissed Monsanto's non-diverse co-defendants from that case in August 2017 (although the clerk did not enter those dismissals until August 2018).  Attached hereto as Exhibit 3 is a true and correct copy of that Request for Dismissal, *Johnson v. Monsanto Co.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Arlington, Virginia on November 17, 2021

_____
Eric G. Lasker

Attorney for Defendant Monsanto Company