Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
T:  (502) 717-4080
jennifer@moorelawgroup.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: <br><br> L.B., a minor, by his parent and natural guardian, Gratziela Crisovan v. Monsanto Company, Case No. 3:19-cv-1554-VC | **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNCONTESTED PETITION FOR APPROVAL OF COMPROMISE OF MINOR SETTLEMENT** |

Before this Court is Plaintiff's Uncontested Petition for Approval of Compromise of Minor Settlement. Having considered the papers and for good cause shown, the Court hereby **GRANTS** Plaintiff's Uncontested Petition for Approval of Compromise of Minor Settlement and **ORDERS** that the minor's settlement as described in Plaintiff's Uncontested Petition for Approval of Compromise of Minor Settlement [Dkt. 14-4] is approved, the Trust is approved, and the settlement money should be disbursed in accordance therewith.

**IT IS SO ORDERED**

DATE: November 17, 2021

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT