# EXHIBIT 1

**CIV-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Fletcher V. Trammell | | |
| FIRM NAME: Trammell, PC | | |
| STREET ADDRESS: 3262 Westheimer Road, Suite 423 | | |
| CITY: Houston  STATE: TX  ZIP CODE: 77098 | | |
| TELEPHONE NO.: (800) 405-1740  FAX NO.: (800) 532-0992 | | |
| E-MAIL ADDRESS: fletch@trammellpc.com | | |
| ATTORNEY FOR (Name): Plaintiff Donnetta Stephens | | |

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION
JUL 15 2021
BY VERONICA GONZALEZ, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino, CA 92415
BRANCH NAME: San Bernardino Justice Center

Plaintiff/Petitioner: Donnetta Stephens
Defendant/Respondent: Monsanto Company, et al.

**REQUEST FOR DISMISSAL**

CASE NUMBER: CIVSB2104801

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [x] With prejudice   (2) [ ] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name): _____ on (date): _____
      (4) [ ] Cross-complaint filed by (name): _____ on (date): _____
      (5) [ ] Entire action of all parties and all causes of action
      (6) [x] Other (specify):* Entire action as to defendant Crown Ace Hardware only

2. (Complete in all cases except family law cases.)
   The court [ ] did [x] did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: July 14, 2021
Melissa Binstock Ephron
(TYPE OR PRINT NAME OF [x] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)   ▶ *(signature)* (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[x] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date: _____

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)   ▶ (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross Complainant

*(To be completed by clerk)*

4. [✓] Dismissal entered as requested on (date): **JUL 15 2021**
5. [ ] Dismissal entered on (date): _____ as to only (name): _____
6. [ ] Dismissal **not entered** as requested for the following reasons (specify):

7. a. [ ] Attorney or party without attorney notified on (date): _____
   b. [✓] Attorney or party without attorney not notified. Filing party failed to provide
      [✓] a copy to be conformed   [✓] means to return conformed copy

Date: JUL 15 2021   Clerk, by _____ VERONICA GONZALEZ_____, Deputy   Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.; Gov. Code,
§ 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

|  |  | **CIV-110** |
|---|---|---|
| Plaintiff/Petitioner: Donnetta Stephens | CASE NUMBER: | |
| Defendant/Respondent: Monsanto Company, et al. | CIVSB2104801 | |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

**Declaration Concerning Waived Court Fees**

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action.  *(If item 2c is checked, item 3 must be completed.)*
3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one):*  Yes  No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

_____           ▶  _____
(TYPE OR PRINT NAME OF  ☐ ATTORNEY  ☐ PARTY MAKING DECLARATION)                        (SIGNATURE)