# EXHIBIT 3

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Curtis Hoke (SBN 282465)<br>Timothy Litzenburg (appearance *pro hac vice*)<br>The Miller Firm, LLC<br>108 Railroad Ave<br>Orange, VA 22960<br>TELEPHONE NO.: (540) 672-4224   FAX NO. *(Optional)*: (540) 672-3055<br>E-MAIL ADDRESS *(Optional)*: tlitzenburg@millerfirmllc.com; choke@millerfirmllp.com<br>ATTORNEY FOR *(Name)*: Plaintiff Dewayne Johnson | ELECTRONICALLY<br>**FILED**<br>Superior Court of California,<br>County of San Francisco<br>**08/10/2018**<br>Clerk of the Court<br>BY:DAVID YUEN<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Civic Center Courthouse

PLAINTIFF/PETITIONER: Dewayne Johnson
DEFENDANT/RESPONDENT: Monsanto Company, Wilbur-Ellis Company LLC, Wilbur-Ellis Feed, LLC, and Steven D. Gould

| **REQUEST FOR DISMISSAL** | CASE NUMBER:<br>CGC-16-550128 |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [X] With prejudice   (2) [ ] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by *(name)*:                                             on *(date)*:
      (4) [ ] Cross-complaint filed by *(name)*:                                             on *(date)*:
      (5) [ ] Entire action of all parties and all causes of action
      (6) [X] Other *(specify)*:* Entire action and all causes of action therein as to defendants Wilbur-Ellis Company LLC, Wilbur Ellis Feed, LLC, and Steven D. Gould

2. *(Complete in all cases except family law cases.)*
   The court [ ] did [X] did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: August 21, 2017

Timothy Litzenburg
(TYPE OR PRINT NAME OF [X] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for: Dewayne Johnson
[X] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-Complainant

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date:

(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-Complainant

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

*(To be completed by clerk)*
4. [ ] Dismissal entered as requested on *(date)*:
5. [ ] Dismissal entered on *(date)*:                                          as to only *(name)*:
6. [ ] Dismissal **not entered** as requested for the following reasons *(specify)*:

7. a. [ ] Attorney or party without attorney notified on *(date)*:
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
      [ ] a copy to be conformed   [ ] means to return conformed copy

Date:                                   Clerk, by _____ , Deputy

**DISMISSAL ENTERED**

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Legal Solutions Plus

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390

| | |
|---|---|
| PLAINTIFF/PETITIONER: Dewayne Johnson <br> DEFENDANT/RESPONDENT: Monsanto Company, Wilbur-Ellis Company LLC, Wilbur-Ellis Feed, LLC, and Steven D. Gould | CASE NUMBER: <br> CGC-16-550128 |

CIV-110

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one):* ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

▶ _____

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)     (SIGNATURE)

# PROOF OF SERVICE

<u>Johnson v. Monsanto Company, CGC-16-550128</u>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071 (E-mail: mbyrnes@pmcos.com).

On August 21, 2017, I served the foregoing document described as **REQUEST FOR DISMISSAL** as follows:

Timothy Litzenburg
Curtis G. Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960
tlitzenburg@millerfirmllc.com; choke@millerfirmllc.com
Attorneys for Plaintiff Dewayne Johnson

☒ By **ELECTRONICALLY SERVING** the document(s) described above via File & Serve Xpress by 4:00 p.m. Pacific Standard Time on all the parties listed above.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 21, 2017 at Los Angeles, California.

Michele M. Byrnes

-1-
PROOF OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2018, I electronically filed the foregoing

- **REQUEST FOR DISMISSAL**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Curtis G. Hoke, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA  22960

*Susan C. Hunt*
Susan C. Hunt

34812\6753648.1