Scott A. James
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002
Phone: (713) 227-8008
Fax: (713) 227-9508
sjames@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF SCOTT A. JAMES ON BEHALF OF MONSANTO COMPANY** |
| *Catherine A. Perry v. Monsanto Company* Case No. 3:21-cv-005621-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Scott A. James of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 18, 2021

Respectfully Submitted,

By: */s/ Scott A. James*
Scott S. James
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002
Phone: (713) 227-8008
Fax: (713) 227-9508
sjames@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Scott A. James, hereby certify that, on November 18, 2021 I electronically filed NOTICE OF APPEARANCE OF SCOTT A. JAMES ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 18, 2021	Respectfully submitted,

                                               */s/ Scott A. James*
                                             Scott A. James
                                             SHOOK, HARDY & BACON L.L.P.
                                             600 Travis Street, Suite 3400
                                             Houston, TX 77002
                                             Phone: (713) 227-8008
                                             Fax: (713) 227-9508
                                             sjames@shb.com

                                             *Attorney for Defendant*
                                             MONSANTO COMPANY