Jennifer Spencer
SHOOK, HARDY & BACON L.L.P.
600 Travis, Suite 3400
Houston, TX 77002
Phone: (713) 227-8008
Fax: (713) 227-9508
jspencer@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF JENNIFER SPENCER ON BEHALF OF MONSANTO COMPANY** |
| *Brenda Reiser v. Monsanto Company*<br>Case No. 3:21-cv-05220-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jennifer Spencer of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 19, 2021                                Respectfully Submitted,

By: */s/ Jennifer Spencer*
Jennifer Spencer
SHOOK, HARDY & BACON L.L.P.
600 Travis, Suite 3400
Houston, TX 77002
Phone: (713) 227-8008
Fax: (713) 227-9508
jspencer@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# CERTIFICATE OF SERVICE

I, Jennifer Spencer, hereby certify that, on November 19, 2021, I electronically filed NOTICE OF APPEARANCE OF JENNIFER SPENCER ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 19, 2021

Respectfully submitted,

  /s/ Jennifer Spencer
Jennifer Spencer
SHOOK, HARDY & BACON L.L.P.
600 Travis, Suite 3400
Houston, TX 77002
Phone: (713) 227-8008
Fax: (713) 227-9508
jspencer@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*