# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| This document relates to:<br>3:21-cv-08551-VC | CASE NUMBER | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|---|

| SAMUEL HESSE | | |
|---|---|---|
| | Plaintiff(s) | (~~PROPOSED~~) ORDER ON REQUEST FOR |
| v. | | APPROVAL OF SUBSTITUTION OR |
| Monsanto Company | Defendant(s) | WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Samuel Hesse

*Name of Party*

☒ Plaintiff ☐ Defendant ☐ Other

to substitute  C. Mark Whitehead, Ill, M.D., J.D.                                who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway

*Street Address*

Lafayette, LA 70503                                 cmw@whiteheadfirm.com

*City, State, Zip*                                         *E-Mail Address*

(337) 740-6006                    (337) 205-7754                    N/A

*Telephone Number*                *Fax Number*                *State Bar Number*

as attorney of record instead of  Jeffrey M Berzowski

*List __all__ attorneys from same firm or agency who are withdrawing.*

**is hereby**      ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated      November 19, 2021

U. S. District Judge/~~U.S. Magistrate Judge~~