UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| This document relates to:<br>3:21-cv-06110-VC | CASE NUMBER | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|---|
| Joseph Kealiinohomoku<br>v.<br>Monsanto Company | Plaintiff(s)<br><br>Defendant(s) | (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Joseph Kealiinohomoku        ☒ Plaintiff  ☐ Defendant  ☐ Other
_Name of Party_

to substitute  C. Mark Whitehead, III, M.D., J.D.        who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
_Street Address_

Lafayette, LA 70503                                cmw@whiteheadfirm.com
_City, State, Zip_                                 _E-Mail Address_

(337) 740-6006              (337) 205-7754              N/A
_Telephone Number_          _Fax Number_                _State Bar Number_

as attorney of record instead of    Joseph F. Schmitt
_List **all** attorneys from same firm or agency who are withdrawing._

is hereby     ☒ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   November 19, 2021                     _/s/_
                                              U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (09/17)            (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY