# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

This document relates to:

3:21-cv-05625-VC

JENNIFER ORELLANA **Plaintiff(s)**

v.

Monsanto Company **Defendant(s)**

**CASE NUMBER**
MDL No. 2741
Case No. 3:16-md-02741-VC

(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

The Court hereby orders that the request of:

Jennifer Orellana     ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute   C. Mark Whitehead, III, M.D., J.D.   who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503                         cmw@whiteheadfirm.com
*City, State, Zip*                          *E-Mail Address*

(337) 740-6006          (337) 205-7754          N/A
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record instead of   James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and
*List **all** attorneys from same firm or agency who are withdrawing.*
Beau Michael Goodrick

is hereby     ☒ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  November 19, 2021

U. S. District Judge/~~U.S. Magistrate Judge~~

G-01 ORDER (09/17)     (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY