UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

This document relates to:
3:21-cv-05622-VC

Ralph Wright

v.

Monsanto Company

Plaintiff(s)

Defendant(s)

CASE NUMBER
MDL No. 2741
Case No. 3:16-md-02741-VC

(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

The Court hereby orders that the request of:

Ralph Wright  ☒ Plaintiff ☐ Defendant ☐ Other
*Name of Party*

to substitute  C. Mark Whitehead, III, M.D., J.D.  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503                           cmw@whiteheadfirm.com
*City, State, Zip*                                  *E-Mail Address*

(337) 740-6006              (337) 205-7754              N/A
*Telephone Number*          *Fax Number*                *State Bar Number*

as attorney of record instead of  James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and
*List all attorneys from same firm or agency who are withdrawing.*
Beau Michael Goodrick

is hereby   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  November 19, 2021                    U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (09/17)        (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY