UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

This document relates to:

3:20-cv-07888-VC

Mary Schiemann                            Plaintiff(s)
                    v.
Monsanto Company                          Defendant(s)

CASE NUMBER

MDL No. 2741
Case No. 3:16-md-02741-VC

(~~PROPOSED~~) ORDER ON REQUEST FOR
APPROVAL OF SUBSTITUTION OR
WITHDRAWAL OF ATTORNEY

The Court hereby orders that the request of:

Mary Schiemann                   ☒ Plaintiff ☐ Defendant ☐ Other
*Name of Party*

to substitute C. Mark Whitehead, III, M.D., J.D.                               who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503                                    cmw@whiteheadfirm.com
*City, State, Zip*                                     *E-Mail Address*

(337) 740-6006              (337) 205-7754            N/A
*Telephone Number*          *Fax Number*              *State Bar Number*

as attorney of record instead of    Robert K. Leyshon
                                    *List **all** attorneys from same firm or agency who are withdrawing.*

is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  November 19, 2021                    U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (09/17)           (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY