# EXHIBIT 1

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Fletcher V. Trammell | | |
| FIRM NAME: Trammell, PC | | |
| STREET ADDRESS: 3262 Westheimer Road, Suite 423 | | |
| CITY: Houston   STATE: TX   ZIP CODE: 77098 | | |
| TELEPHONE NO.: (800) 405-1740   FAX NO.: (800) 532-0992 | | |
| E-MAIL ADDRESS: fletch@trammellpc.com | | |
| ATTORNEY FOR (Name): Plaintiff Donnetta Stephens | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino, CA 92415
BRANCH NAME: San Bernardino Justice Center

Plaintiff/Petitioner: Donnetta Stephens
Defendant/Respondent: Monsanto Company, et al.

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION
JUL 15 2021
BY VERONICA GONZALEZ, DEPUTY

**REQUEST FOR DISMISSAL**

CASE NUMBER: CIVSB2104801

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
    a. (1) [x] With prejudice     (2) [ ] Without prejudice
    b. (1) [ ] Complaint          (2) [ ] Petition
       (3) [ ] Cross-complaint filed by (name): _____ on (date): _____
       (4) [ ] Cross-complaint filed by (name): _____ on (date): _____
       (5) [ ] Entire action of all parties and all causes of action
       (6) [x] Other (specify):* Entire action as to defendant Crown Ace Hardware only

2. *(Complete in all cases except family law cases.)*
   The court [ ] did [x] did not waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: July 14, 2021
Melissa Binstock Ephron
(TYPE OR PRINT NAME OF [x] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[x] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross Complainant

*(To be completed by clerk)*

4. [✓] Dismissal entered as requested on (date): JUL 15 2021
5. [ ] Dismissal entered on (date): _____ as to only (name): _____
6. [ ] Dismissal **not entered** as requested for the following reasons (specify):

7. a. [ ] Attorney or party without attorney notified on (date): _____
   b. [✓] Attorney or party without attorney not notified. Filing party failed to provide
         [✓] a copy to be conformed   [✓] means to return conformed copy

Date: JUL 15 2021   Clerk, by _____ VERONICA GONZALEZ, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.; Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

| | **CIV-110** |
|---|---|
| Plaintiff/Petitioner: Donnetta Stephens<br>Defendant/Respondent: Monsanto Company, et al. | CASE NUMBER:<br>CIVSB2104801 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**
If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

**Declaration Concerning Waived Court Fees**

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one):*   Yes   No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

_____          ▶ _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                    (SIGNATURE)