# EXHIBIT 4



21053762

⊙ 12-13-2018 5:15 PM          Fax Services          → 15102675739

**CIV-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: 282465 |
|---|---|
| NAME: Curtis G. Hoke (SBN 282465) | |
| FIRM NAME: THE MILLER FIRM, LLC | |
| STREET ADDRESS: 108 Railroad Avenue | |
| CITY: Orange | STATE: VA   ZIP CODE: 22960 |
| TELEPHONE NO.: (540) 672-4224 | FAX NO.: (540) 672-3055 |
| E-MAIL ADDRESS: choke@millerfirmllc.com | |
| ATTORNEY FOR (Name): Plaintiffs Alva Pilliod and Alberta Pilliod | |

FILED BY FAX ONLY
ALAMEDA COUNTY

December 13, 2018

CLERK OF
THE SUPERIOR COURT
By Shabra Iyamu, Deputy

CASE NUMBER:

**RG17862702**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
 STREET ADDRESS: 1221 Oak St.
 MAILING ADDRESS: 1221 Oak St.
CITY AND ZIP CODE: Alameda, California 94612
 BRANCH NAME: Administration Building

 Plaintiff/Petitioner: Alva Pilliod and Alberta Pilliod
Defendant/Respondent: Monsanto Company, et al.

| **REQUEST FOR DISMISSAL**          **BY FAX** | CASE NUMBER: RG17862702 |
|---|---|

| CASE NUMBER: |
|---|
| RG17862702 |

**A conformed copy will not be returned by the clerk unless a method of return is provided with the document.**

**This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. TO THE CLERK: Please dismiss this action as follows:
    a. (1) [x] With prejudice   (2) [ ] Without prejudice
    b. (1) [ ] Complaint   (2) [ ] Petition
       (3) [ ] Cross-complaint filed by (name):                          on (date):
       (4) [ ] Cross-complaint filed by (name):                          on (date):
       (5) [ ] Entire action of all parties and all causes of action
       (6) [x] Other (specify):* All claims asserted as to specific defendants WILBUR-ELLIS COMPANY, LLC and WILBUR-ELLIS FEED, LLC ONLY; all other claims and causes of action to remain intact and viable.
2. (Complete in all cases except family law cases.) Plaintiffs and the Wilbur-Ellis Defendants to bear their own fees and costs.
   The court [ ] did [x] did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed.)

Date: 12/13/2018

Curtis G. Hoke (SBN 282465)
(TYPE OR PRINT NAME OF [x] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)                    ▶ _____ (SIGNATURE)
*If dismissal requested is of specified parties only of specified causes of action only,
or of specified cross-complaints only, so state and identify the parties, causes of
action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date:
                                                                          ▶ _____ (SIGNATURE)
(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

** If a cross-complaint – or Response (Family Law) seeking affirmative
relief – is on file, the attorney for cross-complainant (respondent) must sign
this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross Complainant

(To be completed by clerk)
4. [ ] Dismissal entered as requested on (date): DEC 17 2018
5. [x] Dismissal entered on (date): DEC 17 2018 as to only (name): Wilber-Ellis Company, LLC; Wilber-Ellis Feed, LLC
6. [ ] Dismissal not entered as requested for the following reasons (specify):

DEC 17 2018

7. a. [x] Attorney or party without attorney notified on (date):
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to be conformed   [ ] means to return conformed copy

Date: DEC 17 2018          Clerk, by _____ , Deputy          Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.; Gov. Code,
§ 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

**CIV-110**

| Plaintiff/Petitioner: Alva Pilliod and Alberta Pilliod | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Monsanto Company, et al. | RG17862702 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

### Declaration Concerning Waived Court Fees

1.  The court waived court fees and costs in this action for *(name)*:

2.  The person named in item 1 is *(check one below)*:

    a. [  ]  not recovering anything of value by this action.

    b. [  ]  recovering less than $10,000 in value by this action.

    c. [  ]  recovering $10,000 or more in value by this action.  *(If item 2c is checked, item 3 must be completed.)*

3.  [  ]  All court fees and court costs that were waived in this action have been paid to the court  *(check one)*:          Yes          No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

▶

_____          _____
(TYPE OR PRINT NAME OF [  ] ATTORNEY [  ] PARTY MAKING DECLARATION)                              (SIGNATURE)

1

2                                    **PROOF OF SERVICE**

3

I, Curtis G. Hoke, declare as follows:

4

I am a citizen of the United States and am employed in Orange County, Virginia. I am over the
5    age of eighteen years and not a party to the within action. My business address is 108 Railroad
6    Avenue, Orange, Virginia 22960. On __December 13, 2018__, I served the following documents by
the method indicated below:
7

8     REQUEST FOR DISMISSAL

9

10

11

12

13

14

15

☑     **By Electronic Service:** Pursuant to Case Management Order No. 2, a true and correct
16   copy of the document(s) described above was electronically served by transmission to CASE
17   ANYWHERE on all parties appearing on the CASE ANYWHERE service list.

18           I declare under penalty of perjury under the laws of the State of California that the above
19   is true and correct.

20

Executed on this __December 13, 2018__  at Orange, Virginia.
21

22

23

24                                                           Curtis G. Hoke,
                                                             Declarant
25

26

27

28                                    PROOF OF SERVICE
                                             - 2