**SCHLESINGER LAW OFFICES, P.A.**
Sarah Schultz
*Sarah@schlesingerlaw.com*
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954.320.9507
Facsimile: 954.320.9509

*Attorney for Plaintiff*
SHARON BERENFELD

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Berenfeld v. Monsanto Co.*<br>Case No. 3:18-cv-01428 | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF SARAH SCHULTZ ON BEHALF OF SHARON BERENFELD** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, Sarah Schultz of the firm Schlesinger Law Offices, P.A. hereby enters an appearance as counsel for Plaintiff SHARON BERENFELD in the above captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

DATED:  November 22, 2021                    Respectfully submitted,

*/s/ Sarah Schultz*
SARAH SCHULTZ
**SCHLESINGER LAW OFFICES, P.A.**
Attorneys for Plaintiffs
SHARON BERENFELD

NOTICE OF APPEARANCE OF SARAH SCHULTZ ON BEHALF OF SHARON BERENFELD - 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2021, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ Sarah Schultz*
  Sarah Schultz

NOTICE OF APPEARANCE OF SARAH SCHULTZ ON BEHALF OF SHARON BERENFELD - 2