UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING EXTENSION REQUEST** |
| *Romano v. Monsanta*, Case No. 20-cv-06194 | Re: MDL Dkt. No.14207 |

Plaintiff's request for a two-week extension to participate in the settlement program is granted.

**IT IS SO ORDERED.**

Dated:  November 22, 2021

_____

VINCE CHHABRIA
United States District Judge