**David J. Diamond (AZ 010842)**
**DIAMOND LAW, PLLC**
**1700 E. River Road, #65237**
**Tucson, AZ 85728**
**P: (520) 497-2672**
**F: (520) 448-4466**
ddiamond@diamondlawusa.com
khampton@diamondlawusa.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Otis Lindell Chapman and Kim Chapman | Case No. 3:20-cv-01277 |
| v. | |
| Monsanto Company | |

**REPLY IN SUPPORT OF PLAINTIFF OTIS LINDELL CHAPMAN'S MOTION TO EXCLUDE THE TESTIMONY OF MONSANTO'S SPECIFIC CAUSATION EXPERTS, DR. FENSKE & DR. SLACK**

This Court previously determined that Roundup can be reliably ruled in as a potential cause of NHL. *In Re Roundup*, 2018 WL 3368534. The Court also stated that there will not be "any relitigation of whether glyphosate is capable of causing NHL in human relevant doses" at the specific causation phase of the litigation. December 5, 2018, CMC Transcript, 16:20-22; *see also id*. at 16:24-17:4 ("Monsanto's experts need to adopt for the purposes of the testimony that they're giving at the Daubert hearings [. . .] they need to buy into the assumption that glyphosate is capable of causing non-Hodgkin's lymphoma at human relevant doses."). As addressed in Plaintiff's Motion, Monsanto's specific causation experts do not

do this. Instead, they conclude that glyphosate does not cause NHL[1]  Such conclusions by specific causation experts are at best general causation opinions disguised as specific causation opinions. Such opinions by definition fail to accept that Roundup is generally - and at minimum *potentially* – capable of causing NHL in human relevant doses.

Monsanto's specific causation experts' opinions boil down to little more than an endorsement of Monsanto's general causation expert's opinion that glyphosate does not cause NHL. If Monsanto wants to challenge general causation, then it must do so through its general causation experts, not through its specific causation experts.

It is respectfully requested that the Court exclude the general causation testimony of Monsanto's specific causation experts, Dr. Fenske & Dr. Slack.

Dated this 23rd day of November, 2021.

                                              Respectfully Submitted,

                                              */s/ David J. Diamond*
David J. Diamond (AZ 010842)
DIAMOND LAW, PLLC
1700 E. River Road, #65237
Tucson, AZ 85728
P: (520) 497-2672
F: (520) 448-4466
ddiamond@diamondlawusa.com

*Attorney for Plaintiffs*

---

[1]  Fenske Report at p. 22, attached in **Exhibit 1** to Chapman's Motion, and Slack Report at p. 17, attached in **Exhibit 2** to Chapman's Motion.

**REPLY IN SUPPORT OF PLAINTIFF OTIS LINDELL CHAPMAN'S MOTION TO EXCLUDE THE TESTIMONY OF MONSANTO'S SPECIFIC CAUSATION EXPERTS, DR. FENSKE & DR. SLACK - 3:20-cv-01277**

2

**CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on November 23, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

**REPLY IN SUPPORT OF PLAINTIFF OTIS LINDELL CHAPMAN'S MOTION TO EXCLUDE THE TESTIMONY OF MONSANTO'S SPECIFIC CAUSATION EXPERTS, DR. FENSKE & DR. SLACK - 3:20-cv-01277**

3