EXHIBIT B



October 28, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Aimee Wagstaff, Esq. | Robin L. Greenwald, Esq. |
| Andrus Wagstaff, PC | Weitz & Luxenburg, P.C. |
| 7171 West Alaska Dr. | 700 Broadway |
| Lakewood, Co 80226 | New York, NY 10003 |

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

    Re:    Notice of Failure to Provide Plaintiff Fact Sheet
               *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Thursday, October 28, 2021.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*/s/ John Ackley/*

John L. Ackley, Esq.

4877-3878-8865 V.1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

**PLAINTIFFS WHO FAILED TO SUBMIT PFS**

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Virgina F. Brown | Margaret Moses Branch<br>Branch Law Firm<br>2025 Rio Grande Boulevard, NW<br>Albuquerque, NM 87104 | 3:21-cv-04930 | September 24, 2021 | October 28, 2021 |
| Robin Hayes | Carolyn Suzanne Daley<br>Power Rogers LLP<br>70 W. Madison Street, #5500<br>Chicago, IL 60602 | 3:21-cv-05398 | October 8, 2021 | October 28, 2021 |

4844-7228-0052 V1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



September 24, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Aimee Wagstaff, Esq. | Robin L. Greenwald, Esq. |
| Andrus Wagstaff, PC | Weitz & Luxenburg, P.C. |
| 7171 West Alaska Dr. | 700 Broadway |
| Lakewood, Co 80226 | New York, NY 10003 |

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

    Re:    Notice of Failure to Provide Plaintiff Fact Sheet
             *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Friday, September 24, 2021.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*[signature]*

John L. Ackley, Esq.

4817-5522-1244 V.1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

**PLAINTIFFS WHO FAILED TO SUBMIT PFS**

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Kathy Ann Campell [Estate of David Andrew Campbell] | Nancy E. S. Calloway<br>P. O. Box 457<br>Elkton, KY 42220 | 3:21-cv-02911 | July 19, 2021 | September 23, 2021 |
| Anthony Hoffman, on behalf of David Kimpel | Ryan Joseph Canon<br>Morris Bart, LTD<br>1712 15th St., Suite 300<br>Gulfport, MS 39501 | 3:21-cv-03490 | July 14, 2021 | September 23, 2021 |
| Lauren Montgomery | C. Mark Whitehead, III<br>The Whitehead Law Firm LLC<br>3639 Ambassador Caffery Parkway<br>Lafayette, LA 70503<br><br>Jessica Virden Mallett<br>The Law Offices of Peter A. Miller<br>1601 Broadway<br>Little Rock, AR 72206 | 3:21-cv-02547 | July 5, 2021 | September 23, 2021 |
| Dorothy Pawlak [Estate of Robert Pawlak] | Ronald Anthony Roth<br>Roth Law Offices, LLC<br>2421 Corporate Centre Drive, Suite 103<br>Granite City, IL 62040 | 3:21-cv-03167 | July 19, 2021 | September 23, 2021 |
| Katrina Rose | Margaret Moses Branch<br>Branch Law Firm<br>2025 Rio Grande Boulevard, NW<br>Albuquerque, NM 87104<br><br>Paul M. Dominguez<br>Dominguez Law Firm, LLC<br>P.O. Box 10865<br>Albuquerque, NM 87184 | 3:21-cv-02545 | July 26, 2021 | September 23, 2021 |
| Phillip Bradley | Carrie R Capouellez<br>Lopez McHugh LLP<br>214 Flynn Avenue<br>Moorestown, NJ 08057 | 3:21-cv-03759 | August 16, 2021 | September 23, 2021 |

4844-7228-0052 V1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Ellen Fisher | Enrique Elliot Adler<br>Adler Law Group APLC<br>402 W. Broadway, Suite 860<br>San Diego, CA 92101 | 3:21-cv-04474 | August 31, 2021 | September 23, 2021 |
| Nina Matusik [Estate of Theodore Matusik] | Enrique Elliot Adler<br>Adler Law Group APLC<br>402 W. Broadway, Suite 860<br>San Diego, CA 92101 | 3:21-cv-04476 | August 31, 2021 | September 23, 2021 |
| Michael Walter | Enrique Elliot Adler<br>Adler Law Group APLC<br>402 W. Broadway, Suite 860<br>San Diego, CA 92101 | 3:21-cv-04470 | August 31, 2021 | September 23, 2021 |
| Marta J. Hebert | Christopher P. Welsh<br>Welsh & Welsh, PC, LLO<br>9290 W. Dodge Road, Suite 204<br>Omaha, NE 68114 | 3:21-cv-04636 | September 13, 2021 | September 23, 2021 |
| Duane W. Hutchinson | Christopher P. Welsh<br>Welsh & Welsh, PC, LLO<br>9290 W. Dodge Road, Suite 204<br>Omaha, NE 68114 | 3:21-cv-04638 | September 13, 2021 | September 23, 2021 |
| Richard Kijowski | Bryce Thomas Hensley<br>Romanucci and Blandin, LLC<br>321 N. Clark Street, Suite 900<br>Chicago, IL 60654 | 3:21-cv-04637 | September 13, 2021 | September 23, 2021 |
| Tamika Laboy [Estate of Nazire Laboy] | Mark S. Harrison<br>Harrison & Christos<br>1306 River Avenue, Suite 11<br>Lakewood, NJ 08701 | 3:21-cv-04468 | September 6, 2021 | September 23, 2021 |
| Allison V. Miller | Richard D. Schuler<br>Eric Christopher Hayden<br>Schuler, Halvorson, Weisser,<br>Zoeller Overback, P.A.<br>Civil Trial Associate<br>1615 Forum Place, Suite 4D<br>West Palm Beach, FL 33401 | 3:21-cv-04633 | September 13, 2021 | September 23, 2021 |

4844-7228-0052 V1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| Plaintiff | Counsel | Case Number | Complaint Filed | Amended Complaint Filed |
|---|---|---|---|---|
| Joseph Schembre | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:21-cv-04465 | September 6, 2021 | September 23, 2021 |
| Bryan Turan | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:21-cv-04464 | September 6, 2021 | September 23, 2021 |
| Karis Yenzer [Estate of Douglas W. Yenzer] | Christopher P. Welsh<br>Welsh & Welsh, PC, LLO<br>9290 West Dodge Road<br>Suite 204, The Mark<br>Omaha, NE 68114 | 3:21-cv-04639 | September 13, 2021 | September 23, 2021 |
| Anissa Zeno on behalf of Vera Zeno | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:21-cv-04477 | September 6, 2021 | September 23, 2021 |

4844-7228-0052 V1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.