Connor J. Sears
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
csears@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF CONNOR J. SEARS ON BEHALF OF MONSANTO COMPANY** |
| *Thomas Lundy v. Monsanto Co.,* Case No.  3:20-cv-09289-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Connor J. Sears of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 30, 2021                                    Respectfully Submitted,


By:  */s/ Connor J. Sears*
Connor J. Sears
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
csears@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

    I, Connor J. Sears, hereby certify that, on November 30, 2021 I electronically filed NOTICE OF APPEARANCE OF CONNOR J. SEARS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 30, 2021        Respectfully submitted,

                                      */s/ Connor J. Sears*
                                      Connor J. Sears
                                      SHOOK, HARDY & BACON L.L.P.
                                      2555 Grand Blvd.
                                      Kansas City, MO  64108
                                      Phone: (816) 474-6550
                                      Fax: (816) 421-5547
                                      csears@shb.com

                                      *Attorney for Defendant*
                                      *MONSANTO COMPANY*