

November 30, 2021

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA 94102

   Re: *Roundup MDL Wave 3 Case: Chapman v. Monsanto 3:20-cv-01277*

Dear Judge Chhabria,

I had back surgery last week which caused me to fall behind on my email communications for a few days. One such communication was a November 23, 2021 (the day of my surgery), email from Brian Brake requesting additional Wave 3 Chapman v. Monsanto motion related information. Mr. Brake has now asked that I provide the information to the Court by letter.

- **Monsanto's Motion to Exclude the Testimony of William R. Sawyer, Ph.D. on Daubert Grounds:** Because Dr. Sawyer is not offering a general causation opinion and his testimony in the Chapman case is limited to matters the Court previously ruled were allowable (PTO 201), it is respectfully suggested that new oral argument, or Daubert hearing, re. Dr. Sawyer's testimony would do nothing more than revisit an issue previously resolved by the Court. However, should the Court want a hearing, it is respectfully requested that the expert witness and counsel be allowed to appear via Zoom.

- **Monsanto's Motion for Summary Judgment re. Texas Law Presumption of No Liability:** Chapman joined in the other Wave 3 Plaintiffs' Oppositions and the matter on the oral argument will defer to the Plaintiffs that fully briefed issue.

- **Monsanto's Motion to Exclude Testimony of Clayton Smith, MD:** Dr. Smith is Plaintiff Chapman's specific causation expert. He is not Chapman's general causation expert. Dr. Smith followed a differential diagnosis/etiology approach, as addressed in PTO 85, when providing his specific causation opinion, and he is qualified to provide such an opinion. As a result, Chapman has submitted the matter to the Court without requesting a hearing. However, if after reading the relevant pleadings, should the Court want anything clarified or addressed at a Daubert hearing, Chapman will be happy to proceed in such a fashion. Though, it is respectfully requested that counsel and the witness be allowed to appear via Zoom.

- **Plaintiff Chapman's Motion to Exclude the General Causation Testimony of Monsanto's Specific Causation Experts, Dr. Fenske & Dr. Slack:** The Court, in PTO 74, concluded that Monsanto's specific causation experts should be excluded from testifying that Roundup was not a risk factor for NHL because the opinion is a general

Re. *Chapman v. Monsanto 3:20-cv-01277*
November 30, 2021
Page 2

causation opinion. Monsanto's specific causation experts continue to so opine. Because the issue has previously been resolved by the Court, it is respectfully suggested that a hearing is not needed. However, should the Court, after reading the relevant pleadings, order a hearing, counsel will happily participate.

- **Plaintiff Chapman's Motion for Partial Summary Judgment on the Application of Issue Preclusion/Collateral Estoppel to the Issue of General Causation:** Plaintiff has not requested oral argument; however, if the Court, after reading the relevant pleadings, orders a hearing, counsel will happily participate.

Best regards,

**DIAMOND LAW, PLLC**

*David J. Diamond*

David J. Diamond, Esq.

DJD/