Michael J. LaVelle – State Bar No. 002296
Matthew K. LaVelle – State Bar No. 018828
**LAVELLE & LAVELLE, PLC**
2415 East Camelback Road, Suite 700
Phoenix, AZ  85016
Telephone:	(602) 279-2100
Facsimile:	(602) 279-2114
mjl@LaVelle-LaVelle.com
matt@LaVelle-LaVelle.com
*Attorneys for Plaintiff Grabber*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | **MDL No. 2741**<br>**Docket No. 3:16-md-02741-VC** |
| This document relates to:<br><br>*Bruce Grabber v. Monsanto Co.*,<br>Case No. 3-20-cv-07551-VC | |

## REQUEST FOR REMOVAL FROM SERVICE LIST

Michael J. LaVelle, Matthew K. LaVelle and the law firm of LaVelle & LaVelle, PLC no longer need notice of filings in this matter and request to be removed from all service lists including the CM/ECF system.

Respectfully submitted,

**LAVELLE & LAVELLE, PLC**

By: /s/ Matthew K. LaVelle
    Matthew K. LaVelle
    2415 East Camelback Rd., Suite 700
    Phoenix, AZ  85016
    matt@lavelle-lavelle.com
    *Attorneys for Plaintiff*

Dated:  December 1, 2021

*Request for Removal from Service List*	-1-