**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| William M. Audet | SBN: 117456<br>AUDET & PARTNERS LLP<br>711 Van Ness Ave., Suite 500   San Francisco, CA 94102<br>TELEPHONE NO.: (415) 568-2555 | FAX NO. (415) 568-2556 | E-MAIL ADDRESS waudet@audetlaw.com<br>ATTORNEY FOR (Name): : | |

| USDC/SAN FRANCISCO/NORTHERN DISTRICT OF CA |
|---|
| STREET ADDRESS: 450 GOLDEN GATE |
| CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 |
| BRANCH NAME: SAN FRANCISCO |

| PLAINTIFF/PETITIONER: IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>DEFENDANT/RESPONDENT: | CASE NUMBER:<br>3:16-md-02741-VC |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2473 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☐ Summons
   - b. ☐ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet
   - e. ☐ Cross-Complaint
   - f. ☑ other *(specify documents):* **SUMMONS IN A CIVIL ACTION; THIRD AMENDED CLASS ACTION COMPLAINT; STANDING ORDER FOR CIVIL TRIALS BEFORE JUDGE CHHABRIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**
3. a. Party served *(specify name of party as shown on documents served):*
   **BAYER CORPORATION**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **CSC-Lawyers Incorporating Service, Registered Agent by serving Lai Saevang - Customer Service Liaison & Authorized Agent**

   **Age: 31-35 | Weight: 121-140 Lbs | Hair: Black | Sex: Female | Height: 5'1 - 5'6 | Eyes: Brown | Race: Asian**

4. Address where the party was served: **2710 Gateway Oaks Dr Ste 150N**
   **Sacramento, CA 95833-3502**
5. I served the party *(check proper box)*
   - a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **12/1/2021**   (2) at *(time):* **2:08 PM**
   - b. ☐ **by substituted service.**   On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
     - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
     - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
     - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*   from *(city):*   **or** ☐ a declaration of mailing is attached.
     - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/SF70969

| PETITIONER: IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER: |
| --- | --- |
| RESPONDENT: | 3:16-md-02741-VC |

Case 3:16-md-02741-VC   Document 14265   Filed 12/01/21   Page 2 of 2

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                               (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)             ☐ 415.46 (occupant)
                                                  ☐ other:

7. **Person who served papers**
   a. Name: **Deja Monae Jefferson - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **859 Harrison Street, Suite A  San Francisco, CA 94107**
   c. Telephone number: **(415) 351-0400**
   d. **The fee** for service was: **$ .00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner   ☐ employee   ☑ independent contractor.
         (ii) Registration No.: **2019-60**
         (iii) County: **Sacramento**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **12/1/2021**

**N** Nationwide Legal, LLC
859 Harrison Street, Suite A
San Francisco, CA 94107
(415) 351-0400
www.nationwideasap.com

                  **Deja Monae Jefferson**                                 ▶ */s/ Deja Jefferson*
        (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)