UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Kelly v. Monsanto Co., 3:21-cv-02548* | |

**SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)**

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that Counsel has been recently informed of the death of Donald J. Kelley, a plaintiff in this action. Donald J. Kelley passed away on October 21, 2021.

Counsel will move for substitution of Mr. Kelley's survivors, as identified in Article 2315.1 of the Louisiana Civil Code, within 90 days pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Charles C. Bourque, Jr.            .
**CHARLES C. BOURQUE, JR. (#20118)**
**JOSEPH G JEVIC III (#23145)**
ST. MARTIN & BOURQUE
315 Barrow St.
Houma, Louisiana  70360
Telephone: (985) 876-3891
Facsimile: (985) 851-2219
Attorneys for Plaintiff, Donald J. Kelley

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of December, 2021 a copy of the foregoing pleading was served upon all known counsel of record via the Court's CM/ECF system and/or by placing a copy of same in the U.S. Mail properly addressed and postage prepaid, or via email or facsimile.

/s/ Charles C. Bourque, Jr.