**MALBROUGH FIRM, LLC**
**Trey J. Malbrough**
**Bar Number: ASB-2898-R46M**
**Age Herald Building**
**2107 Fifth Avenue North, Suite 301**
**Birmingham, Alabama 35203**
**Telephone: (205) 701-0707**
**Facsimile: (205) 820-0123**
**Email: trey@tmbfirm.com**

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **PLAINTIFFS' NOTICE OF HEARING REGARDING PLAINTIFFS' PRE-TRANSFER MOTION TO REMAND *HAYES* CASE** |
| *Michael Randy Hayes, et al. v. Monsanto Company, et al.*, | |
| Case No. 3:21-cv-00965-VC | Date:    January 6, 2022<br>Time:    10:00 a.m.<br>Courtroom: 4 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 6, 2022, at 10:00 a.m. in Courtroom 4 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, or as ordered by the Court, Plaintiffs Michael Hayes and Katrina Hayes will move this Court for an order remanding this lawsuit to the Circuit Court for Colbert County, Alabama.  Plaintiffs filed their remand motion in the United States District Court for the Northern District of Alabama before this lawsuit was transferred to this Court.  *See* Plaintiffs' Emergency Motion to Remand ("Remand Motion"), ECF No. 3.  In accordance with this Court's Pretrial Order No. 26, Plaintiffs and Defendant Monsanto Company ("Monsanto") have conferred and reached agreement regarding the following schedule for completing the briefing on the Remand Motion:

December 15, 2021 – Deadline for Monsanto's Opposition.

December 22, 2021 – Deadline for Plaintiffs' Reply.

DATED:  December 2, 2021.

Respectfully submitted,

/s/ **Trey J. Malbrough**
Trey J. Malbrough
Bar Number: ASB-2898-R46M
The Malbrough Firm LLC
Age Herald Building
2107 Fifth Avenue North, Suite 301
Birmingham, Alabama 35203
Telephone:  (205) 701-0707
Facsimile:  (205) 820-0123
Email:  trey@tmbfirm.com

Attorneys for Plaintiffs