1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:   (713) 227-9508
4  Email:        jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8  IN RE: ROUNDUP PRODUCTS          | MDL No. 2741
   LIABILITY LITIGATION             |
9                                   | Case No. 3:16-md-02741-VC

10 This document relates to:

11
   *Estate of Anthony Magusin v. Monsanto Co.,*
12 Case No. 3:21-cv-08433-VC

13
          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**
14
          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company
15
   ("Monsanto") makes the following disclosures:
16
          1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
17
          2.    Bayer AG is a publicly held corporation.
18

19 DATED: December 2, 2021.            Respectfully submitted,

20                                     SHOOK, HARDY & BACON L.L.P.

21
                                       BY: */s/ Jennise W. Stubbs*
22                                         Jennise W. Stubbs
                                           600 Travis Street, Suite 3400
23                                         Houston, TX 77002-2926
                                           Telephone:   (713) 227-8008
24                                         Facsimile:   (713) 227-9508
                                           Email:        jstubbs@shb.com
25
26                                     *Attorneys for Defendant*
                                       *MONSANTO COMPANY*
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of November, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC  & 3:21-cv-08433-VC