Brian T. Guthrie
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
Phone: (813) 202-7100
Fax: (813) 221-8837
bguthrie@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: <br><br> Pamela Chirico *v. Monsanto Company* <br> Case No.  3:20-cv-00009 | **NOTICE OF APPEARANCE OF BRIAN T. GUTHRIE ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Brian T. Guthrie of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

December 3, 2021                               Respectfully Submitted,

By:  /s/ *Brian T. Guthrie*
     Brian T. Guthrie
     SHOOK, HARDY & BACON L.L.P.
     100 N. Tampa Street, Suite 2900
     Tampa, FL 33602
     Phone: (813) 202-7100
     Fax: (813) 221-8837
     bguthrie@shb.com

     *Attorney for Defendant*
     *MONSANTO COMPANY*

# CERTIFICATE OF SERVICE

I, Brian T. Guthrie, hereby certify that, on December 3, 2021 I electronically filed NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: December 3, 2021                Respectfully submitted,

                                                               */s/ Brian T. Guthrie*
                                                             Brian T. Guthrie
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
Phone: (813) 202-7100
Fax: (813) 221-8837
bguthrie@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*