Blake G. Abbott
Eric M. Poulin
Roy T. Willey, IV
**ANASTOPOULO LAW FIRM, LLC**
32 Ann Street Charleston, SC 29403
P: (843) 614-8888
T: (843) 494-5536
E: blake@akimlawfirm.com
eric@akimlawfirm.com
roy@akimlawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Ronald Smith v. Monsanto Company*<br>Case No. 3:19-cv-02385-VC | MDL 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF BLAKE G. ABBOTT ON BEHALF OF PLAINTIFF PURSUANT TO PRETRIAL ORDER NO. 1** |

**TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD**

YOU WILL PLEASE TAKE NOTICE that Blake G. Abbott, on behalf of the law firm Anastopoulo Law Firm, LLC files this notice of appearance as counsel of record on behalf of Ronald Smith and respectfully request to be advised, as appropriate, of all activity in this action and be notified and provided with copies of all documents filed in this action.

Respectfully submitted,

**ANASTOPUOLO LAW FIRM, LLC**

/s/*BlakeG.Abbott*
Blake G. Abbott

Roy T. Willey, IV
Eric M. Poulin
Anastopoulo Law Firm, LLC
32 Ann Street
Charleston, South Carolina 29403
Tel: (843) 614-8888
Email: blake@akimlawfirm.com
roy@akimlawfirm.com
eric@akimlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Notice of Appearance of Blake G. Abbott On Behalf of Plaintiff Pursuant to Pretrial Order No. 1** has been served via electronic means this December 6, 2021 on counsel for all parties of record by operation of the Court's electronic filing system. Parties may access this filing system through the Court's CM/ECF system and/ or Pacer.

By: /s/Cierra Grier
Cierra Grier, Paralegal
32 Ann Street
Charleston, SC 29403
Tel: 843-614-8888
Fax: 843-494-5536
Email: cierra@akimlawfirm.com