UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS                    MDL 2741

LIABILITY LITIGATION                    Case No. 3:16-md-02741-VC

This document relates to:

*Henry L. Thomas, and Shana Thomas, his wife, v.Monsanto Co.,*
*Case No. 3:19-cv-03653-VC*

**STIPULATION OF DISMISSAL WITH PREJUDICE OF HENRY L. THOMAS
LAWSUIT**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and

Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the

voluntary dismissal with prejudice of this lawsuit (including all claims asserted by Plaintiffs)

with each party to bear her, his or its own attorneys' fees and costs.

DATED: December 3, 2021          By: */s/ Paul E. Bueker*
                                 Paul E. Bueker
                                 Law Offices of Fred Tromberg
                                 4925 Beach Boulevard
                                 Jacksonville, FL 32207
                                 Telephone: 904-396-5321
                                 Facsimile: 904-396-5730
                                 tromberglaw@bellsouth.net
                                 pbueker@tromberglaw.com


                                 By:*/s/ Anthony R. Martinez*
                                 Anthony R. Martinez, Esq.
                                 Shook, Hardy & Bacon, L.L.P.
                                 2555 Grand Blvd.
                                 Kansas City, MO  64108
                                 Telephone:  (816) 474-6550
                                 Facsimile: (816) 421-5547
                                 amartinez@shb.com

ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Paul E. Bueker, attest that all signatories listed above,
and on whose behalf this stipulation is submitted, concur in and have authorized the filing.

By: */s/ Paul E. Bueker*
Paul E. Bueker
Law Offices of Fred Tromberg
Attorney for Plaintiffs