Albert N. Thiel Jr.
**Thiel Law LLC**
PO Box 94238
Albuquerque, NM 87199
Phone: 505-842-5602
Fax: 505-560-2624
Email : Al@Thielnm.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741<br>Case No. 3:16-md-02741-vc |
| This document relates to:<br>*Thomas Rogers v. Monsanto Company*<br>Case No. 3:20- CV-07221-VC | **NOTICE OF APPEARANCE OF ALBERT N THIEL JR. ON BEHALF OF PLAINTIFF PURSUANT TO PRETRIAL ORDER NO. 1** |

**TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD**

YOU WILL PLEASE TAKE NOTICE that Albert N. Thiel Jr., on behalf of the law firm

Thiel Law LLC, files this notice of appearance as counsel of record on behalf of Thomas Rogers

and respectfully requests to be advised, as appropriate, of all activity in this action and be

notified and provided with copies of all documents filed in this action. A Motion to Substitute for

Roger Eaton was previously filed.  Labletta and Walters LLC remain lead counsel in this case.

Respectfully submitted

THIEL LAW NM LLC

Albert N. Thiel Jr.
Attorney for Plaintiff
PO Box 94238
Albuquerque, NM 87199
Phone: 505-842-5602
Al@thielnm.com

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Appearance of Albert N. Thiel Jr. On Behalf of Plaintiff Pursuant to Pretrial Order No. 1** has been served via electronic means this December 6, 2021 on counsel for all parties of record by operation of the Court's electronic filing system. Parties may access this filing system through the Court's CM/ECF system and/ or Pacer.

THIEL LAW NM LLC

By: /s/ *Albert N. Thiel Jr.*
Albert N. Thiel Jr.
Attorney for Plaintiff
PO Box 94238
Albuquerque, NM 87199
Phone: 505-842-5602
Fax: 505-560-2624
Al@thielnm.com