Chris A. Johnson
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2500
San Francisco, CA 94105
Phone: (415) 544-1900 | Fax: (415) 319-0281
cjohnson@shb.com

Attorney for Defendant
**MONSANTO COMPANY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Roy Rutland v. Monsanto Company* Case No. 3:20-cv-05372-VC | **NOTICE OF APPEARANCE OF CHRIS A. JOHNSON ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Chris A. Johnson of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

December 6, 2021                        Respectfully Submitted,

By: */s/ Chris A. Johnson*
Chris A. Johnson
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2500
San Francisco, CA 94105
Phone: (415) 544-1900 | Fax: (415) 319-0281
cjohnson@shb.com

Attorney for Defendant
**MONSANTO COMPANY**

4888-3943-1429 v1

**CERTIFICATE OF SERVICE**

I, Chris A. Johnson, hereby certify that, on December 6, 2021, I electronically filed NOTICE OF APPEARANCE OF CHRIS A. JOHNSON ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: December 6, 2021                               Respectfully submitted,

                                                     */s/ Chris A. Johnson*
Chris A. Johnson
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2500
San Francisco, CA  94105
Phone: (415) 544-1900 | Fax: (415) 319-0281
cjohnson@shb.com

Attorney for Defendant
**MONSANTO COMPANY**