

December 7, 2021

**VIA ECF**
Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 44
50 Golden Gate Avenue
San Francisco, CA 94102

    Re:    **In re Roundup Prods. Liab. Litig., No. 16-md-02741-VC**
                **Robert Garff v. Monsanto Co., et al., No. 3:21-cv-07728-VC**
                **Danielle Harris, individually and on behalf of the Estate of Theresa Wilson v. Monsanto Co., et al., No. 3:21-cv-07738-VC**
                **Marjorie Kross v. Monsanto Co., et al., No. 3:21-cv-07730-VC**
                **Harrison Oswald v. Monsanto Co., et al., No. 3:21-cv-07729-VC**

Dear Judge Chhabria:

       We write to inform the Court that the four above-captioned cases (pending in MDL No. 2741) are now subject to a settlement agreement. After conferring, Plaintiffs and Defendant Monsanto Company respectfully submit that the Court need not resolve the following motions:

    *Garff* – Plaintiff's Motion to Remand, ECF No. 6;

    *Harris* – Plaintiff's Motion to Remand, ECF No. 6;

    *Kross* – Plaintiff's Motion to Remand, ECF No. 6;

    *Oswald* – Plaintiff's Motion to Remand, ECF No. 6.

       The parties will add these and other resolved cases to the next scheduled inactive docket submission, unless the Court would like us to do so earlier.

                                            Sincerely,

                                            */s/ Karen Barth Menzies*
                                            Karen Barth Menzies
                                            GIBBS LAW GROUP LLP
                                            505 14th Street, Suite 1110
                                            Oakland, CA 94612
                                            kbm@classlawgroup.com
                                            Tel: (510) 350-9700
                                            Fax: (510) 350-9701

GIBBS LAW GROUP
L L P

                                                Fletcher V. Trammell
                                                Melissa Binstock Ephron
                                                TRAMMELL, PC
                                                3262 Westheimer Rd., Ste. 423
                                                Houston, TX 77098
                                                Tel: (800) 405-1740
                                                Fax: (800) 532-0992
                                                fletch@trammellpc.com
                                                melissa@trammellpc.com

                                                Alexander G. Dwyer
                                                Andrew F. Kirkendall
                                                Erin M. Wood
                                                KIRKENDALL DWYER LLP
                                                4343 Sigma Rd, Suite 200
                                                Dallas, TX 75244
                                                Tel: 214-271-4027
                                                Fax: 214-253-0629
                                                ad@kirkendalldwyer.com
                                                ak@kirkendalldwyer.com
                                                ewood@kirkendalldwyer.com

                                                *Counsel for Plaintiffs*

cc:    Brian Stekloff
        Rakesh Kilaru
        Martin Calhoun