| | |
|---|---|
| 1 | **SHOOK, HARDY & BACON L.L.P.** |
|   | Jennise W. Stubbs |
| 2 | 600 Travis Street, Suite 3400 |
|   | Houston, TX 77002-2026 |
| 3 | Telephone:   (713) 227-8008 |
|   | Facsimile:   (713) 227-9508 |
| 4 | Email:        jstubbs@shb.com |

*Attorneys for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Arthur J. King, Jr., and Veronique L. Horne-King v. Monsanto Co.*, Case No. 3:21-cv-09294-VC | |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED: December 8, 2021.                     Respectfully submitted,

                                                                    SHOOK, HARDY & BACON L.L.P.

                                                                    BY: */s/ Jennise W. Stubbs*
                                                                    Jennise W. Stubbs
                                                                    600 Travis Street, Suite 3400
                                                                    Houston, TX 77002-2926
                                                                    Telephone:   (713) 227-8008
                                                                    Facsimile:   (713) 227-9508
                                                                    Email:        jstubbs@shb.com

                                                                    *Attorneys for Defendant*
                                                                    *MONSANTO COMPANY*

# CERTIFICATE OF SERVICE

I certify that on the 8th day of December, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs