**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:       jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Marian Ramsey v. Monsanto Co.,* Case No. 3:21-cv-08548-VC | |

## MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED: December 8, 2021.                    Respectfully submitted,

                                                           SHOOK, HARDY & BACON L.L.P.

                                                           BY: */s/ Jennise W. Stubbs*
                                                                    Jennise W. Stubbs
                                                                    600 Travis Street, Suite 3400
                                                                    Houston, TX 77002-2926
                                                                    Telephone:   (713) 227-8008
                                                                    Facsimile:   (713) 227-9508
                                                                    Email:       jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 8th day of December, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

>　　　　　　　　　　　　　　　　　*/s/Jennise W. Stubbs*
>　　　　　　　　　　　　　　　　　Jennise W. Stubbs