UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IN RE: ROUNDUP PRODUCT**  
**LIABILITY LITIGATION**

Case No.: 3:16-md-02741-VC  
MDL No. 2741

This Document Relates To:

*Estate of Gerald Helmich, by and through his Representative, Helen Helmich, surviving spouse of Gerald Helmich, on behalf of all legal heirs of Gerald Helmich v. Monsanto Co.,*  
*Case No. 3:20-cv-05941-VC*

---

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(A)(1) & MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that Counsel was recently informed of the death of Helen Helmich, a plaintiff in this action. Helen Helmich passed away on November 25, 2021. A notice of her death, as published in the Buffalo News on November 28, 2021, is attached as Exhibit A.

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure and New York Civil Practice Law and Rules 1022, it is hereby requested that "Paul Helmich," the eldest son and legal heir to the Estate of Gerald Helmich be substituted in place of "Helen Helmich" as plaintiff in this action, so that Decedent's claims survive, and the action on behalf of all legal heirs of Gerald Helmich may proceed.

The request under this Motion is not sought for delay, but so that justice may be done.

DATED: December 7, 2021

Respectfully submitted,

/s/ Jessie M. Djata

Jessie M. Djata, ESQ.
Sparacino & Sparacino, PLLC
Po Box 575
Northport, New York, 11768
Telephone: (631) 651-8783
Mobile: (917) 765-7475

ATTORNEYS FOR PLAINTIFF
Estate of Gerald Helmich

## CERTIFICATE OF CONFERENCE

I hereby certify that our office contacted Counsel for Defendant Monsanto Company via telephone on Friday, December 3, 2021 and via telephone and email on Monday, December 6, 2021 regarding Plaintiff's request under this Motion. To date, no reply has been received.

/s/ Jessie M. Djata

Jessie M. Djata, Esq.

# EXHIBIT A

# Helen S. HELMICH

## 1944 - 2021

**Send Flowers**

**Share**

**BORN** 1944

**DIED** 2021

**FUNERAL HOME**   Hardison Funeral Homes, Inc.

3648 Ransomville Road

Ransomville, NY



HELMICH - Helen S. (nee Henschel)

Age 77, of Ransomville, NY, died on November 25, 2021, following a lengthy illness. She passed away peacefully in the care of her son, Paul. Helen was born on April 24, 1944 at her family's farm located in Ransomville, NY. She was the daughter of the late Alexander and the late Helen (Zelinski) Henschel. Helen graduated from Wilson CSD in 1962. Subsequently, she attended Millard Filmore, and the University at Buffalo, where in 1965 she obtained her Registered Nursing degree, and in 1968 a bachelor's degree in nursing respectively. She married Gerald P. Helmich on January 20, 1967, who predeceased her on January 8, 2007. Helen started her nursing career at Mt. St. Mary's Hospital and served in many capacities, including being an integral part of the team establishing the first ICU. In 1971, she left nursing to join the work of her husband, cultivating a small family farm begun by his father. By the time they retired in 2006, it had grown to nearly 2,000 acres. She was known for her prolific baking skills, including homemade jams, pies and other tasty treats. She was considered the center of the family by her children, siblings, nieces and nephews. Helen was an active member of the Immaculate Conception Church in Ransomville. Surviving are her children, Paul A. (Stephen Kishel) Helmich, Brett R. Helmich and Leigh P. (Jamie) Helmich; her siblings, Alexander (Kate) Henschel, Joanne (Robert) Tuttle, Mathew (Gynette) Henschel, Jeanette (late David) Nichols, Betty (late Jim) Pfeifer, Claudia Henschel, Walter Henschel; a sister-in-law, Jane (Kyle) Helmich and two granddaughters, Leah and Allie Helmich. Helen requested no prior visitation. A Memorial Mass will take place at Immaculate Conception R.C. Church, followed by interment in North Ridge Cemetery, Cambria at a date to be determined. Memorials may be made to Niagara Hospice, 4675 Sunset Dr., Lockport, NY 14094. Arrangements entrusted to HARDISON FUNERAL HOMES, INC. Ransomville. Please visit www.hardisonfuneralhomes.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF GERALD HELMICH, by and through
His representative, Helen Helmich, surviving spouse of
Gerald Helmich on behalf of all legal heirs of Gerald
Helmich,

                  Plaintiff,

- against -

MONSANTO COMPANY,

                  Defendant.

Case No. 3:16-md-02741-VC
MDL No. 2741

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(A)(1) & MOTION FOR SUBSTITUTION OF PARTY

SPARACINO & SPARACINO, PLLC.

Attorneys for Plaintiff

Office and Post Office Address
Po Box 575
Northport, NY 11768
Phone: 631.651.8783

Pursuant to 22 NYCRR 130-1.1a, the undersigned, an attorney duly admitted to practice law before the Courts of the State of New York, certifies that upon information and belief and after reasonable inquiry, the allegations contained in the annexed document are not frivolous.

                                                      /s/ Jessie M. Djata

                                                      Jessie M. Djata, Esq.

Dated: December 7, 2021
        Northport, NY