UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IN RE: ROUNDUP PRODUCT**  Case No.: 3:16-md-02741-VC
**LIABILITY LITIGATION**  MDL No. 2741

This Document Relates To:

*Estate of Gerald Helmich, by and through his Representative, Helen Helmich, surviving spouse of Gerald Helmich, on behalf of all legal heirs of Gerald Helmich v. Monsanto Co.,*
Case No. 3:20-cv-05941-VC

**PLAINTIFF, ESTATE OF GERALD HELMICH, ET AL.'S
UNOPPOSED MOTION FOR LEAVE TO EXTEND TIME
TO FILE UPDATED PLAINTIFF FACT SHEET**

TO THE HONORABLE JUDGE CHABRIA:

Plaintiff, Estate of Gerald Helmich, et. al., a Group 3 Plaintiff as defined under Pretrial Order No. 50: Plaintiff Fact Sheet Completion and Deficiencies (DOC 1883), hereby requests that the Court grant Plaintiff a thirty (30) day extension to submit its updated Fact Sheet.

The reason for the requested extension is that the named Plaintiff, Helen Helmich, who is the primary contact for all legal heirs of Gerald Helmich in this matter, passed away on Thursday, November 25, 2021. We informed this Court of her passing via the Suggestion of Death notice (DOC 14341) filed on December 8, 2021. Ms. Helmich, the spouse of Gerald Helmich was our primary and only contact providing responses and information to all inquiries in this matter. While we have already filed a Motion for Substitution of Party (DOC 14341) requesting that Paul Helmich, the eldest son of Gerald

Helmich, be substituted in place of "Helen Helmich" to represent the remaining heirs in this action, Paul Helmich will need sufficient time to become conversant on this matter and collect the information required for the updated Plaintiff Fact Sheet. Pursuant to Pretrial Oder No. 50 (DOC 1883), Plaintiff's updated Fact Sheet is currently due on Friday, December 17, 2021. Plaintiff respectfully requests that this deadline be extended by thirty (30) days (or until January 17, 2022), to provide Paul Helmich with sufficient time to respond.

Up to this point, Plaintiff, Estate of Gerald Helmich, has complied with all MDL deadlines and requirements, including the submission of the requested documentation and information for the Settlement Master as well as the initial Plaintiff Fact Sheet.

## CERTIFICATE OF CONFERENCE

I hereby certify that our office contacted Counsel for Defendant Monsanto Company via telephone on Friday, December 3, 2021 and via telephone and email on Monday, December 6, 2021 regarding Plaintiff's request under this Motion. To date, no reply has been received.

/s/ Jessie M. Djata

Jessie M. Djata, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on December 9, 2021, and was provided via email Joe G. Hollingsworth, Esq., Hollingsworth LLP, 1350 I Street N.W., Washington, DC 20005 (jhollingsworth@hollingsworthllp.com).

/s/ Jessie M. Djata

SPARACINO & SPARACINO, PLLC.
By; Jessie M. Djata, Esq.
Attorneys for the Plaintiff
PO Box 575
Northport, New York, 11768
Tele: (631)-651-8783
Mobile: (917) 501-7958
Email: jmdlawyer@gmail.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF GERALD HELMICH, by and through His representative, Helen Helmich, surviving spouse of Gerald Helmich on behalf of all legal heirs of Gerald Helmich,

                      Plaintiff,

- against -

MONSANTO COMPANY,

                      Defendant.

Case No. 3:16-md-02741-VC
MDL No. 2741

# PLAINTIFF, ESTATE OF GERALD HELMICH, ET AL.'S UNOPPOSED MOTION FOR LEAVE TO EXTEND TIME TO FILE UPDATED PLAINTIFF FACT SHEET

## SPARACINO & SPARACINO, PLLC.

Attorneys for Plaintiff

Office and Post Office Address
Po Box 575
Northport, NY 11768
Phone: 631.651.8783

Pursuant to 22 NYCRR 130-1.1a, the undersigned, an attorney duly admitted to practice law before the Courts of the State of New York, certifies that upon information and belief and after reasonable inquiry, the allegations contained in the annexed document are not frivolous.

                                                                           /s/ Jessie M. Djata

                                                                        Jessie M. Djata, Esq.

Dated:  December 9, 2021
        Northport, NY