**SCHLESINGER LAW OFFICES, P.A.**
Sarah Schultz
*Sarah@schlesingerlaw.com*
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954.320.9507
Facsimile: 954.320.9509

*Attorney for Plaintiffs*
PETER ENGILIS, JR. AND CATHY ENGILIS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. MDL No. 3:16-md-02741-VC |
| *Engilis et al. et al. v. Monsanto Co.* Case No. 3:19-cv-07859 | **NOTICE OF APPEARANCE OF SARAH SCHULTZ ON BEHALF OF PETER ENGILIS, JR. AND CATHY ENGILIS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, Sarah Schultz of the firm Schlesinger Law Offices, P.A. hereby enters an appearance as counsel for Plaintiffs PETER ENGILIS, JR. AND CATHY ENGILIS in the above captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

DATED: December 9, 2021                              Respectfully submitted,

*/s/ Sarah Schultz*  _____
SARAH SCHULTZ
**SCHLESINGER LAW OFFICES, P.A.**
Attorneys for Plaintiffs
PETER ENGILIS, JR. AND CATHY ENGILIS

NOTICE OF APPEARANCE OF SARAH SCHULTZ ON BEHALF OF PETER ENGILIS, JR. AND CATHY ENGILIS - 1

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2021, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: /s/ Sarah Schultz
Sarah Schultz

NOTICE OF APPEARANCE OF SARAH SCHULTZ ON BEHALF OF PETER ENGILIS, JR. AND CATHY ENGILIS - 2