```
1   Melissa Plunkett
    SHOOK, HARDY & BACON L.L.P.
2   2555 Grand Blvd.
    Kansas City, MO 64108
3   Phone: (816) 455-0374
    Fax: (816) 421-5547
4   mplunkett@shb.com

5   Attorney for Defendant
    MONSANTO COMPANY
6
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF MELISSA PLUNKETT ON BEHALF OF MONSANTO COMPANY** |
| *Thomas Lundy v. Monsanto Company*<br>Case No. 3:20-cv-09289-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Melissa Plunkett of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

December 9, 2021                                    Respectfully Submitted,

                                                    By:  /s/ Melissa Plunkett
                                                    Melissa Plunkett
                                                    SHOOK, HARDY & BACON L.L.P.
                                                    2555 Grand Blvd.
                                                    Kansas City, MO 64108
                                                    Phone: (816) 559-0374
                                                    Fax: (816) 421-5547
                                                    mplunkett@shb.com

                                                    *Attorney for Defendant*
                                                    *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, Melissa Plunkett, hereby certify that, on December 9, 2021 I electronically filed NOTICE OF APPEARANCE OF MELISSA PLUNKETT ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: December 9, 2021                           Respectfully submitted,

                                                 */s/ Melissa Plunkett*
Melissa Plunkett
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO
Phone: (816) 559-0374
Fax: (816) 421-5547
mplunkett@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*