Lori R. Schultz
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64155
Phone: (816) 474-6550
Fax: (816) 421-5547
lschultz@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF LORI R. SCHULTZ ON BEHALF OF MONSANTO COMPANY** |
| *Luis Arenas and Yairis Arenas v. Monsanto Company* Case No. 3:21-cv-00038-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Lori R. Schultz of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

December 10, 2021                                    Respectfully Submitted,

                                                     By: /s/ Lori R. Schultz
                                                         Lori R. Schultz
                                                         SHOOK, HARDY & BACON L.L.P.
                                                         2555 Grand Blvd.
                                                         Kansas City, MO 64108
                                                         Phone: (816) 559-2064
                                                         Fax: (816) 421-5547
                                                         lschultz@shb.com

                                                         *Attorney for Defendant*
                                                         *MONSANTO COMPANY*

## **CERTIFICATE OF SERVICE**

    I, Lori R. Schultz, hereby certify that, on December 10, 2021 I electronically filed NOTICE OF APPEARANCE OF LORI R. SCHULTZ ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: December 10, 2021          Respectfully submitted,

                                            */s/ Lori R. Schultz*
                                            Lori R. Schultz
                                            SHOOK, HARDY & BACON L.L.P.
                                            2555 Grand Blvd.
                                            Kansas City, MO 64108
                                            Phone: (816) 559-2064
                                            Fax: (816) 421-5547
                                            lschultz@shb.com

                                            *Attorney for Defendant*
                                            *MONSANTO COMPANY*