Fatima Abuzerr
MOLL LAW GROUP
22 W. Washington St
Floor 15
T:(312) 462-1700
F:(312)756-0045
fabuzerr@molllawgroup.com
info@molllawgroup.com

**UNITED STATED DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No.: 16-md-02741-VC |
| S.R., a minor, by his parent Edith Madrigal v. Monsanto Co., | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| Case. No. 3:20-cv-00050-VC | |

Pursuant to LR Civ. R. 79-5 and 7-11 of the Northern District of California and this Court's

Standing Order for Civil Cases, ¶¶ 27-29, Plaintiff hereby files this Motion to File Under Seal.

**I.   Action Requested**

A ruling on whether the Petition for Approval of Compromise of Minor Settlement

can be filed with the proposed redactions and whether the accompanying unredacted exhibits may

be filed under seal.

**II.   Reasons Supporting the Request**

Pursuant to LR 79-5 and the Confidentiality Order in place for MDL 2741, any party

wishing to use a document designated "confidential," in support of a motion must file an Administrative Motion such as this, to determine whether filing under seal is appropriate. This action was originally filed in the United States District Court for the Eastern District of Missouri. Moll Law Group, LTD., entered into a Master Settlement Agreement ("MSA") with Monsanto. S.R. is part of this aggregate settlement and has received an allocation under the settlement. Missouri law requires court approval of a minor's settlement. RSMo §507.184. Additionally, Florida the state of the alleged accident and where the Plaintiff resides requires approval of a minor's settlement. Fla. Stat. § 744.3025.

The MSA and S.R.'s release contain confidentiality clauses prohibiting the disclosure of the terms of the settlement including the amount, and thus, filing the proposed redacted Petition for Approval of Compromise of Minor Settlement is appropriate. Plaintiff requests the three (3) exhibits to the Petition be sealed entirely as they contain information revealing the identity of S.R., a minor, and because they contain sensitive and confidential financial information that should not be part of the public record. Pursuant *Center for Auto Safety v. Chrysler Group, LLC,* the good cause standard should apply here given that the parties have agreed to a confidentiality clause as part of S.R.'s settlement, and further, the public is not presumed to have "regular access" to information concerning the amount and details of the settlement of minor, nor sensitive financial information. 809 F. 3d 1092, 1099 (9th Cir. 2016).

### III.    Conclusion

For the foregoing reasons, Plaintiff seeks permission to file the redacted Petition for Approval of Compromise of Minor Settlement with the unredacted accompanying exhibits under seal for the purpose of obtaining Court approval of the minor's settlement.

Dated: December 10, 2021                                         Respectfully submitted,

| | |
|---|---|
| 1 | */s/Fatima Abuzerr* |
| 2 | Fatima Abuzerr |
| 3 | MOLL LAW GROUP |
|   | 22 W. Washington St |
| 4 | Floor 15 |
|   | Chicago, IL 60602 |
| 5 | T: (312) 462-1700 |
|   | F: (312) 756-0045 |
| 6 | fabuzerr@molllawgroup.com |
| 7 | info@molllawgroup.com |
| 8 | *Attorney for Plaintiff* |

ADMINISTRATIVE MOTION TO FILE UNDER SEAL

**CERTIFICATE OF SERVICE**

I certify that n December 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Fatima Abuzerr*
Fatima Abuzerr

ADMINISTRATIVE MOTION TO FILE UNDER SEAL