| | |
|---|---|
| 1 | Fatima Abuzerr |
| 2 | MOLL LAW GROUP |
|   | 22 W. Washington St |
| 3 | Floor 15 |
|   | T:(312) 462-1700 |
| 4 | F:(312)756-0045 |
| 5 | fabuzerr@molllawgroup.com |
|   | info@molllawgroup.com |

**UNITED STATED DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No.: 16-md-02741-VC |
| S.R., a minor, by his parent Edith Madrigal v. Monsanto Co., | **DECLARATION OF FATIMA ABUZERR PURSUANT TO CIVIL 7-11(A)** |
| Case. No. 3:20-cv-00050-VC | |

I, Fatima Abuzerr, hereby declare as follows:

1. I am an attorney licensed to practice in the state of Illinois (Bar No. 6335475).

2. I represent Plaintiff S.R., in the above-referenced case.

3. I make this Declaration in support of Plaintiff's Administrative Motion to File Under Seal. Pursuant to LR 79-5(d), Plaintiff simultaneously files the redacted and unredacted versions of Plaintiff's Petition for Approval of Compromise of Minor Settlement and corresponding attachments to settle the above-referenced case. Plaintiff requests the Petition for Approval of Compromise of Minor Settlement be redacted to protect the confidentiality of the settlement amount, and that all exhibits thereto be sealed entirely. The Petition provides details of the proposed settlement between the parties, including information deemed confidential by

ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Monsanto and to which the parties agreed to maintain as confidential in a Master Settlement Agreement ("MSA") and the Confidential Release, Indemnity, Assignment and Settlement Agreement and Covenant Not to Sue ("Release"). The exhibits contain confidential information regarding the settlement and the details of the Trust Agreement.

    4.    Pursuant to the MSA and the Release, the parties agreed that the amount of the settlement and terms of the settlement be maintained confidential.

    5.    Plaintiff provided Defense, on more than one occasion, notice as to the necessary filing of this Petition to satisfy the requirement by this Court to approve a minor's settlement and allocation of settlement proceeds. Defense has been unresponsive regarding the matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 10, 2021                              Respectfully submitted,

*/s/Fatima Abuzerr*
Fatima Abuzerr
MOLL LAW GROUP
22 W. Washington St
Floor 15
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
fabuzerr@molllawgroup.com
info@molllawgroup.com

*Attorney for Plaintiff*

ADMINISTRATIVE MOTION TO FILE UNDER SEAL