**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

This document relates to:
ALL ACTIONS

MDL No. 2741
Case No. 16-md-02741-VC

Hon. Vince Chhabria

**JOINT CASE MANAGEMENT STATEMENT**

In advance of the December 13, 2021 Case Management Conference, Plaintiffs' leadership and Monsanto's counsel hereby provide the following updates to the Court.

## I. Docket Overview

Since the Court entered PTO 246 establishing the inactive docket, the parties have agreed that 2,340 cases, involving 2,361 plaintiffs, can be moved to the inactive docket and administratively closed. 1,572 cases remain active in the MDL. On or before January 13, 2022, per PTO 246, the parties will provide an updated list of additional cases that can be moved to the inactive docket.

## II. Status of Wave 3 Cases

Eight cases remain pending in Wave 3 and briefing is complete:

- *Blair v. Monsanto Co.*, 19-cv-07984
- *Chapman v. Monsanto Co.*, 20-cv-01277
- *Denkins v. Monsanto Co.*, 20-cv-03301
- *Garza v. Monsanto Co.*, 20-cv-06988
- *Koen v. Monsanto Co.*, 20-cv-03074
- *Schaffner v. Monsanto Co.*, 19-cv-07526
- *Solis v. Monsanto Co.*, 20-cv-07391
- *Vosper v. Monsanto Co.*, 19-cv-05525

## III. Status of *Mendoza v. Monsanto Company*

On December 9, 2021, the parties to *Yolanda Mendoza v. Monsanto Co.*, No. 3:16-cv-06046-VC, a Wave 1 case, notified the Court that the case was in the process of being resolved and should be

added to the inactive docket. Since then, the Settlement Master noticed the Court that the stay is not resolved. Plaintiff is now requesting that the case be removed from the inactive docket and remanded to the Eastern District of California for further proceedings. Monsanto does not oppose this request.

**IV. Update on Status of Motions to Dismiss**

Monsanto filed a motion to dismiss for failure to submit *any* PFS for five Plaintiffs on November 29, 2021. ECF No. 14245. As of the date of this filing, one plaintiff has contacted Monsanto to provide a PFS. The remaining four cases from Monsanto's November 29, 2021 motion should be dismissed for failure to submit a PFS:

- *Virginia Brown v. Monsanto Co.*, 3:21-cv-04930
- *Duane Hutchinson v. Monsanto Co.*, 3:21-cv-04638
- *Lauren Montgomery v. Monsanto Co.*, 3:21-cv-02547
- *Karis Yenzer (Estate of Douglas W. Yenzer) v. Monsanto Co.*, 3:21-cv-04639

In addition, on November 2, 2021, the Court granted Monsanto's Motion to Dismiss For Failure to Submit a PFS and entered an Order (ECF No. 14133) dismissing cases filed by Carrie Dula, Florentina Guzman, J.P. Stewart, Brandi Hodgson Troxel, Susan Voke, and Frieda Giannone. Those individuals were the subject of Monsanto's original motion. But in Monsanto's reply, it clarified that its motion applies to only four of those individuals—Dula, Guzman, Voke, and Giannone, as well as an additional individual, Nina Stewart. ECF No. 13928. Monsanto respectfully submits that the cases for J.P. Stewart (3:20-cv-02415) and Brandi Troxel (3:21-cv-01215) should therefore be reopened, and Nina Stewart's case (3:20-cv-00643) should be closed.

**V. Substitution of Counsel**

The Miller Firm has already informed the Court that Co-Lead Counsel Michael J. Miller, Esq. passed away unexpectedly on November 24. Remaining Co-Lead Counsel and The Miller Firm request

that David Dickens of The Miller Firm be substituted in place of Michael Miller as Co-Lead Counsel. A formal Motion requesting this substitution will be filed.

DATED: December 10, 2021

Respectfully submitted.

By: /s/ Aimee Wagstaff
Aimee Wagstaff
Aimee.wagstaff@andruswagstaff.com
ANDRUS WAGSTAFF, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
WEITZ & LUXENBERG, P.C.
700 Broadway
New York NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

*Attorneys for Plaintiffs*

/s/ William Hoffman
William Hoffman (pro hac vice)
(william.hoffman@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW,
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

/s/ Brian L. Stekloff
Brian L. Stekloff (pro hac vice)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (pro hac vice)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Attorneys for Defendant
MONSANTO COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filling to all appearing parties of record.

By: /s/ Brian L. Stekloff