IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:**<br><br>JAMES REGRUTH &<br>TAMMY REGRUTH, 1:20-CV-00507<br>1:20-CV-00507-MRB | ) ) ) ) ) ) | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiffs, James Regruth and Tammy Regruth, and Defendant, Monsanto Company ("Monsanto"), through the undersigned counsel, that the above captioned action is voluntarily dismissed WITHOUT PREJUDICE, and without costs to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Monsanto's agreement to this dismissal without prejudice does not preclude Monsanto from asserting in subsequent litigation that any claims asserted by James Regruth and Tammy Regruth, by an estate, or by any heir, personal representative, executor or relative of James Regruth or Tammy Regruth are barred or otherwise not viable based on the applicable statute of limitations and/or other applicable law.

Dated: December 13, 2021.

/s/ Gary F. Franke
Gary F. Franke    (OH#0029793)
Michael D. O'Neill    (OH#0075195)
William M. Bristol    (OH#0074005)
GARY F. FRANKE CO., LPA
*Attorneys for Plaintiffs*
120 East Fourth Street - Suite 1040
Cincinnati, Ohio 45202
(513) 564-9222

/s/ Anthony R. Martinez
Anthony R. Martinez (MO#61791)
SHOOK, HARDY & BACON LLP
*Attorney for Defendants*
2555 Grand Blvd.
Kansas City, Missouri 64108
(816) 559-2683

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE has been served upon counsel of record via the Court's CM/ECF System.

                                          */s/ Gary F. Franke*
                                        Gary F. Franke
                                        Attorney at Law