IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:**<br><br>JAMES REGRUTH &<br>TAMMY REGRUTH, 1:20-CV-00507<br>1:20-CV-00507-MRB | ) ) ) ) ) ) ) | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal Without Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal Without Prejudice as to James Regruth and Tammy Regruth.

**IT IS SO ORDERED.**

Dated: _____

_____
Vince Chhabria
United States District Judge