UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to<br>*Noah L. Morales, v. Monsanto Company*<br>*3:20-cv-01762-VC* | Notice of Appearance of Counsel on behalf of Noah Morales |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Amber E. Cisney of Law Office of Richard J. Fernandez, LLC, hereby enters her appearance in the above-captions matter as counsel of record for Plaintiff, Noah L. Morales.

Respectfully submitted,

*s/Amber E. Cisney*
**RICHARD J. FERNANDEZ (#05532)**
**AMBER E. CISNEY (#28821)**
LAW OFFICE OF RICHARD J. FERNANDEZ, LLC
3000 West Esplanade Avenue
Suite 200
Metairie, LA 70002
TELEPHONE: (504) 834-8500
FACSIMILE: (504) 834-1511
EMAIL: rick@rjfernandezlaw.com
            amber@rjfernandezlaw.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 13, 2021 I e-filed and served a copy of the foregoing Notice of Appearance via CM/ECF to all counsel of record.

_____
s/ *Amber E. Cisney*