UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to<br>*Noah L. Morales, v. Monsanto Company*<br>*3:20-cv-01762-VC* | PLAINTIFF, NOAH L. MORALES MOTION TO DISMISS MONSANTO COMPANY WITHOUT PREJUDICE |

## MOTION TO DISMISS

Plaintiff Noah L. Morales, through counsel of record, would show that all matters in controversy between Noah L. Morales and Monsanto Company have been settled or compromised, and therefore, moves this Court for and Order dismissing all of Noah L. Morales claims and causes of action against Monsanto Company with prejudice with each party to bear its own costs.

Respectfully submitted,

*s/Amber E. Cisney*
**RICHARD J. FERNANDEZ (#05532)**
**AMBER E. CISNEY (#28821)**
LAW OFFICE OF RICHARD J. FERNANDEZ, LLC
3000 West Esplanade Avenue
Suite 200
Metairie, LA 70002
TELEPHONE: (504) 834-8500
FACSIMILE: (504) 834-1511
EMAIL: rick@rjfernandezlaw.com
       amber@rjfernandezlaw.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 13, 2021 I e-filed and serve a copy of the foregoing Motion to Dismiss via CM/ECF to all counsel of record.

_____