UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to *Noah L. Morales, v. Monsanto Company* 3:20-cv-01762-VC | |

ORDER

CONSIDERING THE FOREGOING Motion to Dismiss Monsanto Company

IT IS HEREBY ORDERED that Plaintiffs Motion to Dismiss is Granted; Noah L. Morales claims and causes of action against Monsanto Corporation are dismissed with prejudice, reserving all other claims against all other parties.

Signed this_____ day of _December, 2021

_____
Judge