**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:  202-942-5000
Fax: 202-942-5999

**HOLLINGSWORTH**LLP
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 <br> ) <br> ) Case No. 3:16-md-02741-VC <br> ) |
| THIS DOCUMENT RELATES TO: <br><br> *Michael Randy Hayes, et al. v. Monsanto Company, et al.*, <br><br> Case No. 3:21-cv-00965-VC | ) <br> ) **DECLARATION OF HALRON TURNER IN** <br> ) **SUPPORT OF DEFENDANT MONSANTO** <br> ) **COMPANY'S OPPOSITION TO** <br> ) **PLAINTIFFS' "EMERGENCY" MOTION** <br> ) **TO REMAND** *HAYES* **CASE** <br> ) |

I, Halron Turner, declare as follows:

1. I am over the age of eighteen. If I were called to testify, I could and would competently testify to the statements set forth below. The statements made in this declaration are based on my personal knowledge.

2. I am an attorney admitted to practice in the State of Alabama. I am a partner at Turner, Onderdonk, Kimbrough, Howell, Huggins & Bradley, PA in Chatom, Alabama. I am one of the attorneys representing Monsanto Company ("Monsanto") in this lawsuit. I submit this declaration in support of Monsanto's Opposition to Plaintiffs' "Emergency" Motion to Remand.

3. I filed Monsanto's Notice of Removal (and related filings discussed below) on November 4, 2020 to remove this lawsuit from the Circuit Court of Colbert County, Alabama to the United States District Court for the Northern District of Alabama. I began the removal process the morning of November 4, 2020 – during the COVID-19 pandemic – by electronically submitting the Notice of Removal to the Alabama federal court's Case Submission system, as required by that court's rules and procedures for removals.

4. When that electronic submission was completed, I received an e-mail from the Alabama federal court's Clerk's Office stating that the Notice of Removal was received by the court's computer server at 9:04 a.m. on November 4, 2020 and that "[w]hen the case is assigned and entered into CM/ECF, you will receive a notice of electronic filing advising you of the case number and judge assignment." A true and correct copy of that e-mail is attached as Exhibit 1. At that point, the Notice of Removal had been submitted to the Alabama federal court's Clerk's Office for filing, and I had no further control over when the Notice of Removal would actually be deemed "filed" by the Clerk's Office.

5.     The Alabama federal court's Clerk's Office assigned a civil action number to the removed case and sent an Electronic Case Filing notification e-mail to me stating that the Notice of Removal was "filed" on November 4, 2020 at 12:31 p.m.  A true and correct copy of that e-mail is attached as Exhibit 2.

6.     Soon after I received that notification e-mail from the Alabama federal court's Clerk's Office, I notified the Circuit Court of Colbert County, Alabama that Monsanto had removed this lawsuit to federal court by filing Monsanto's Notice of Filing Notice of Removal. That Notice of Filing Notice of Removal was filed in the Circuit Court of Colbert County, Alabama at 1:02 p.m. on November 4, 2020, and that notice was contemporaneously served on Plaintiffs' counsel via that court's electronic notification system.  A true and correct copy of Monsanto's Notice of Filing Notice of Removal (showing the filing time and date) is attached as Exhibit 3.

7.     I am familiar with the Alabama Secretary of State's website (available at this website link: https://www.sos.alabama.gov/government-records/business-entity-records) that allows searches for publicly available information about corporations maintained by the Alabama Secretary of State.  I have conducted searches on that website many times during my career.  On December 13, 2021, I searched that website for an entity called Sheffield Light & Power Co. (Alabama entity number 793-221).  A true and correct copy of the result of that search is attached as Exhibit 4.  As shown by Exhibit 4, the Alabama Secretary of State's website provides no information for Sheffield Light & Power Co. regarding its registered agent or mailing address; states that its last transaction occurred in 1903; and does not show any annual reports or other filings by Sheffield Light & Power Co.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2021 at Chatom, Alabama

_____
Halron Turner