# EXHIBIT 1

| | |
|---|---|
| **From:** | DoNotReply@alnd.uscourts.gov |
| **To:** | Halron W. Turner |
| **Subject:** | Civil Case Submission |
| **Date:** | Wednesday, November 4, 2020 9:04:58 AM |

## Civil Case Submission

The following files were electronically submitted via the Case Submission system and received by the court's server on November 4, 2020 at 09:04 AM.

- Civil Cover Sheet.Monsanto.Hayes.Executed.pdf
- Exhibit 1.Notice of Removal.Monsanto.Hayes.pdf
- Exhibit 2.Notice of Removal.Monsanto.Hayes.pdf
- Exhibit 3.Notice of Removal.Monsanto.Hayes.pdf
- Notice of Removal.Monsanto.Hayes.pdf

**By:** Halron W Turner
**Email address:** hwt@tokh.com

When the case is assigned and entered into CM/ECF, you will receive a notice of electronic filing advising you of the case number and judge assignment. You will then be able to login and electronically pay the filing fee.

If you have questions or feel there was an error in your submission, please contact the clerk's office at (205) 278-1700.