# EXHIBIT 2

| | |
|---|---|
| **From:** | cmecf_ALND@alnd.uscourts.gov |
| **To:** | ecfAdmin@alnd.uscourts.gov |
| **Subject:** | Activity in Case 3:20-cv-01736-LCB Hayes et al v. Monsanto Company Corporation et al Notice of Removal |
| **Date:** | Wednesday, November 4, 2020 12:32:23 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Northern District of Alabama

### Notice of Electronic Filing

The following transaction was entered on 11/4/2020 at 12:31 PM CST and filed on 11/4/2020

**Case Name:**      Hayes et al v. Monsanto Company Corporation et al
**Case Number:**   3:20-cv-01736-LCB
**Filer:**                Monsanto Company Corporation
**Document Number:** 1

**Docket Text:**
**NOTICE OF REMOVAL by Monsanto Company Corporation from Circuit Court of Colbert County, Alabama, case number 20-cv-2020-900237 filed by Monsanto Company Corporation. JURY DEMAND contained within the body of the Complaint (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3)(AHI)**

**3:20-cv-01736-LCB Notice has been electronically mailed to:**

Bennett L Pugh     pughbennett@gmail.com

Halron W Turner     hwt@tokh.com

Trey Joseph Malbrough     trey@tmbfirm.com

**3:20-cv-01736-LCB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078951271 [Date=11/4/2020] [FileNumber=4987965-0
] [75213acab4ac0524e4d02d9dd9443804f069633e135969ef337d56b1640050c8a9b

67c9b96569075374f29c49cec0536c13219933a94c4068c651827fed3a793]]
**Document description:**Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078951271 [Date=11/4/2020] [FileNumber=4987965-1
] [0cb7be231418723b091c81f9c4a01afeba7cfecab492a6290a796c3f16a8a77454e
fa9644b53287071728b04dd4121fda70ecf82b62681f7d6cce79d31ece845]]
**Document description:**Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078951271 [Date=11/4/2020] [FileNumber=4987965-2
] [546fc4613ad711fb9db4974c1fb858048d04d3af25a08a7f94b30d483a666ff7614
76bfb12c2ab2d727873dd7cc525f002931765ab473838422e6f02dc0bd1e2]]
**Document description:**Exhibit 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078951271 [Date=11/4/2020] [FileNumber=4987965-3
] [6d91cf0a259b35c4540d5178c63bf506f965579ef0775ae2a50c948e29974674c20
53e3938bf035a9e9dba5cd2471e24785ebc9bd1f5591514bd1136dbee4048]]