# EXHIBIT 4

 Alabama Secretary of State 

| Sheffield Light & Power Co. ||
|---|---|
| Entity ID Number | 793 - 221 |
| Entity Type | Domestic Corporation |
| Principal Address | SHEFFIELD, AL |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Colbert County |
| Formation Date | 04/02/1901 |
| Registered Agent Name | Not Provided |
| Registered Office Street Address | Not Provided |
| Registered Office Mailing Address | Not Provided |
| Nature of Business | FURNISH LIGHT BY GAS, ELECTRICITY, ETC |
| Capital Authorized | $25,000 |
| Capital Paid In | --- |
| Incorporators ||
| Incorporator Name | ALLEN, J V |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Incorporator Name | CHAMBERS, W V |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Incorporator Name | MOSES, A H |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Incorporator Name | SCHLEY, J T |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Incorporator Name | NATHAN, J H |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| Transactions ||
| Transaction Date | 07/10/1903 |
| Capital Amounts Changed From | $200,000 Authorized --- Paid In |

| Sheffield Light & Power Co. |
|---|
| |

Browse Results    New Search