**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:  202-942-5000
Fax: 202-942-5999

**HOLLINGSWORTH**LLP
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Michael Randy Hayes, et al. v. Monsanto Company, et al.*,<br><br>Case No. 3:21-cv-00965-VC | ) **DECLARATION OF MATT PARKER IN**<br>) **SUPPORT OF DEFENDANT MONSANTO**<br>) **COMPANY'S OPPOSITION TO**<br>) **PLAINTIFFS' "EMERGENCY" MOTION**<br>) **TO REMAND *HAYES* CASE**<br>) |

I, Matt Parker, declare as follows:

1. I am over the age of eighteen. If I were called to testify, I could and would competently testify to the statements set forth below.

2. The City of Sheffield is a municipal corporation that has used (and continues to use) the "doing business as" name "Sheffield Utilities." I am employed as the Chief Financial Officer for the City of Sheffield d/b/a Sheffield Utilities. I have held that position for approximately 3 years. Before that, I have had various other positions over the course of approximately 7 years as an employee of the City of Sheffield d/b/a Sheffield Utilities. My job duties as Chief Financial Officer for the City of Sheffield d/b/a Sheffield Utilities have included: (a) being ultimately responsible for bank accounts owned and controlled by the City of Sheffield d/b/a Sheffield Utilities; (b) being ultimately responsible for the process by which customers are billed for electricity provided by the City of Sheffield d/b/a Sheffield Utilities; (c) working with collection agencies that try to recover payments from customers with past due balances on their electricity bills; and (d) being familiar with the City of Sheffield's various departments and divisions.

3. The statements made in this declaration are based on my personal knowledge, records of the City of Sheffield, and my review of the Plaintiffs' Amended Complaint and the Plaintiffs' Emergency Motion to Remand ("Remand Motion"), filed respectively on November 4, 2020 and November 5, 2020, in the *Michael Hayes, et al. v. Monsanto Company, et al.* case.

4. I submit this declaration in support of Monsanto Company's Opposition to Plaintiffs' "Emergency" Motion to Remand.

5. I have reviewed Exhibit K to the Remand Motion, which appears to be a pay stub from December 2014 reflecting a payment made to a former City of Sheffield employee, Michael Hayes. This pay stub shows the City of Sheffield d/b/a name- "Sheffield Utilities." The bank account used to make this payment (and other payments) to Mr. Hayes and other City

of Sheffield employees was (and is) owned and controlled by the City of Sheffield. As a City of Sheffield employee, Mr. Hayes was paid by the City of Sheffield. The pay stub shows the following address: 300 North Nashville Avenue, P.O. Box 580, Sheffield, AL 35660. That is (and has been for many years going back long before the December 2014 date of that pay stub) a City of Sheffield address.

6. When necessary and appropriate, the City of Sheffield d/b/a Sheffield Utilities has used collection agencies to try to recover payments from customers who have past due balances for electricity provided by the City of Sheffield. Customers are familiar with the name "Sheffield Utilities," so the collection agencies have used that name when trying to recover payments from customers with past due balances. When collection agencies have not been able to obtain payments from those customers through other means, collection agencies sometimes have tried to recover the amounts due by filing claims against customers in small claims court using the name "Sheffield Utilities" as the plaintiff's name. When that has happened, it has been due to mistake or inadvertence by the collection agencies and/or lawyers hired by the collection agencies because those claims should have been asserted by the City of Sheffield d/b/a Sheffield Utilities. The City of Sheffield has not intended or attempted to mislead any court (or anyone else) by filing those claims in the name of Sheffield Utilities, as opposed to in the name of City of Sheffield d/b/a Sheffield Utilities. Regardless of the name of the plaintiff used by collection agencies to assert those claims, any funds recovered by collection agencies from customers with past due balances on their electricity bills (that have not been retained by the collection agencies) have been paid to the City of Sheffield.

7. The Amended Complaint asserts claims against an alleged defendant named "Sheffield Light & Power Co." I am not aware of that entity and do not have any basis to believe that it was a legal entity in its own right when Plaintiffs filed this lawsuit in September 2020 or at any point since then. If Sheffield Light & Power Co. has ever been a legal entity in its

own right at any point since Mr. Hayes began his employment by the City of Sheffield in June 1980, Sheffield Light & Power Co.: (a) has not been a part of the City of Sheffield; (b) has not been connected in any way to the City of Sheffield; and (c) has not been involved in any way in providing electricity to Sheffield residents. Since long before Mr. Hayes began his employment by the City of Sheffield in June 1980, the City of Sheffield has provided electricity in its own capacity – not through Sheffield Light & Power Co.

8. The Amended Complaint alleges that Sheffield Light & Power Co. is a public utility company which operates in Colbert County, Alabama, and has its principal place of business at 300 N. Nashville Avenue, Sheffield, Alabama, 35660, but that is not correct. That address is (and has been for many years) a City of Sheffield address. For many years going back long before Mr. Hayes began working for the City of Sheffield, the City of Sheffield has been the only entity that has provided electricity in Colbert County, Alabama.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10th, 2021 at Tuscumbia, Alabama.

_____
**Matt Parker**