**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: 202-942-5000
Fax: 202-942-5999

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Michael Randy Hayes, et al. v. Monsanto Company, et al.*,<br><br>Case No. 3:21-cv-00965-VC | ) **DECLARATION OF CHRIS WHITE IN**<br>) **SUPPORT OF DEFENDANT MONSANTO**<br>) **COMPANY'S OPPOSITION TO**<br>) **PLAINTIFFS' "EMERGENCY" MOTION**<br>) **TO REMAND *HAYES* CASE**<br>) |

I, Chris White, declare as follows:

1. I am over the age of eighteen. If I were called to testify, I could and would competently testify to the statements set forth below.

2. I am employed as Human Resources and Safety Director by the City of Sheffield. I have held that position for more than twenty years.

3. The City of Sheffield is a municipal corporation that uses the "doing business as" name "Sheffield Utilities."

4. The statements set forth in this declaration are based on my personal knowledge, records of the City of Sheffield, and my review of the Amended Complaint filed on November 4, 2020 by Plaintiffs in the *Michael Hayes, et al. v. Monsanto Company, et al*. lawsuit.

5. I submit this declaration in support of Monsanto Company's Opposition to Plaintiffs' Emergency Motion to Remand and to provide additional information beyond the information stated in the affidavit (signed November 3, 2020) that I previously submitted for this case.

6. As stated in that affidavit, Michael Hayes was employed by the City of Sheffield from June 2, 1980 to March 1, 2015, when he retired.

7. In the Amended Complaint, Plaintiffs allege claims against a defendant named "Sheffield Light & Power Co." That entity is not familiar to me, and I have no basis to believe that it was a legal entity in its own right when Plaintiffs filed this lawsuit in September 2020 or at any time since.

8. If Sheffield Light & Power Co. has ever been a legal entity in its own right at any time since Mr. Hayes began his employment by the City of Sheffield in June 1980, Sheffield Light & Power Co. has not been a part of the City of Sheffield; has not been connected in any way to the City of Sheffield; and has not been involved in any way in providing electricity to Sheffield residents. Since long before Mr. Hayes began his employment by the City of Sheffield

in June 1980, the City of Sheffield has provided electricity in its own capacity – not through Sheffield Light & Power Co.

9. During the period of employment identified above (June 2, 1980 to March 1, 2015), Mr. Hayes was employed by the City of Sheffield and was not employed by Sheffield Light & Power Co. The City of Sheffield was the only legal entity that employed Mr. Hayes during that period in the position of employment discussed in the Amended Complaint.

10. Sheffield Light & Power Co. did not have any control over – or impact on – Mr. Hayes' work environment at any point while Mr. Hayes was employed by the City of Sheffield. Sheffield Light & Power Co. did not have any control over, or any connection to, any work done by Mr. Hayes as a City of Sheffield employee involving Roundup®-herbicides.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2021 at Tuscumbia, Alabama.

_____
**Chris White**