IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>JAMES REGRUTH & )<br>TAMMY REGRUTH, 1:20-CV-00507 )<br>1:20-CV-00507-MRB )<br>) | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal Without Prejudice.  Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal Without Prejudice as to James Regruth and Tammy Regruth.

**IT IS SO ORDERED.**

Dated:  December 16, 2021

Vince Chhabria
United States District Judge