Fatima Abuzerr
MOLL LAW GROUP
22 W. Washington St., Floor 15
Chicago, IL 60602
T: (312) 462-1700
fabuzerr@molllawgroup.com
info@molllawgroup.com

## UNITED STATED DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No.: 16-md-02741-VC |
| S.R., a minor, by his parent Edith Madrigal v. Monsanto Co., | |
| Case. No. 3:20-cv-00050-VC | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Before this Court is Plaintiff's Administrative Motion to File Under Seal Plaintiff's Petition for Approval of Compromise of Minor Settlement. Having considered the papers and for good cause shown, the Court hereby **GRANTS** Plaintiff's request and **ORDERS** Plaintiff's Petition for Approval of Compromise of Minor Settlement will remain redacted and that exhibits thereto will remain confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

**IT IS ORDERED**

Dated: December 16, 2021

HONORABLE JUDGE CHHABRIA
UNITED STATES DISTRICT COURT

PROPOSED ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL