UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN RE: ROUNDUP PRODUCTS**  **MDL NO. 2741**
**CASE NO.: 3:16-md-02741-VC**

This document relates to:

**VIRGILIO EDUARDO NURQUEZ v. MONSANTO CO.**
**Case No. 3:18-cv-07570-VC**
_____/

**MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

Pursuant to LOCAL R. 11-5, undersigned counsel for Plaintiff, VIRGILIO EDUARDO NURQUEZ, files this his Motion to Withdraw as Plaintiff's Counsel, and in support states:

1. This is a Roundup product liability action.

2. This matter is not currently set for trial.

3. Unfortunately, the Plaintiff renders it unreasonably difficult for undersigned counsel to carry out the employment effectively.

4. In light of this, undersigned counsel requests this Court allow it to withdraw from this matter and representation of the Plaintiff.

5. Undersigned counsel's withdrawal will not cause any prejudice to the Plaintiff.

WHEREFORE, undersigned Plaintiff counsel respectfully requests this Court to enter an Order granting its Motion to Withdraw.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was electronically served through the Court's CM/ECF system on this **17th** day of **December, 2021.**

        **Shaked Law Firm, P.A.**
        Attorneys for Plaintiff
        20900 N.E. 30th Ave., Suite 715
        Miami, FL 33180
        Telephone No.: (305) 937-0191
        Facsimile No.: (305) 937-0193

        */s/ Sagi Shaked*
        Sagi Shaked, Esq.
        Florida Bar No.: 0195863
        Cory Lapin, Esq.
        Florida Bar No.: 112588