John H. Gomez (CA Bar # 171485) T.A
Lindsay R. Stevens (CA Bar # 256811)
Jessica S. Williams (CA Bar #314762)
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RANDALL, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY and DOES 1-50,<br><br>Defendants.<br>_____ | MDL Case No.: 3:16-md-02741-VC<br><br>Case No.: 3:20-cv-06352-VC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Complaint filed: July 23, 2020<br>Trial Date: None. |

**TO THE CLERK OF THIS COURT:**

PLEASE TAKE NOTICE THAT Lindsay R. Stevens and Jessica S. Williams of Gomez Trial Attorneys, hereby files this Notice of Substitution of Counsel for Ricky Randall "Plaintiff" instead of Jessica T. Sizemore of Gomez Trial Attorneys. Plaintiff respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

///

///

///

1  Plaintiff further requests that Jessica T. Sizemore of Gomez Trial Attorneys be
2  removed from the ECF service list.

5  Dated:  December 17, 2021                              Respectfully submitted,

                                                   BY:   */s/ Lindsay R. Stevens*
                                                         Lindsay R. Stevens, Esq.


                                                         */s/ Jessica S. Williams*
                                                         Jessica S. Williams, Esq.

                                                         **GOMEZ TRIAL ATTORNEYS**
                                                         655 West Broadway, Ste. 1700
                                                         San Diego, CA 92101
                                                         lstevens@thegomezfirm.com
                                                         jwilliams@thegomezfirm.com
                                                         Tel.: (619) 237-3490
                                                         Fax: (619) 237-3496

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

Dated:  December 17, 2021            Respectfully Submitted,


                                    By: */s/ Lindsay R. Stevens*
                                        Lindsay R. Stevens
                                        **GOMEZ TRIAL ATTORNEYS**