John H. Gomez (CA Bar # 171485) T.A
Lindsay R. Stevens (CA Bar # 256811)
Jessica S. Williams (CA Bar #314762)
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELA SPARKMAN, an Individual, and on behalf of THE ESTATE OF GEORGE SPARKMAN, deceased, <br><br> Plaintiff, <br><br> v. <br><br> MONSANTO COMPANY and DOES 1-50, <br><br> Defendants. | MDL Case No.: 3:16-md-02741-VC <br><br> Case No.: 3:21-cv-06497-VC <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** <br><br> Complaint filed: August 23, 2021 <br><br> Trial Date:  None. |

**TO THE CLERK OF THIS COURT:**

PLEASE TAKE NOTICE THAT Lindsay R. Stevens and Jessica S. Williams of Gomez Trial Attorneys, hereby files this Notice of Substitution of Counsel for Gisela Sparkman, an Individual, and on behalf of The Estate of George Sparkman, deceased, "Plaintiff" instead of Jessica T. Sizemore of Gomez Trial Attorneys. Plaintiff respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

///

///

1    Plaintiff further requests that Jessica T. Sizemore of Gomez Trial Attorneys be

2  removed from the ECF service list.

3

4  Dated:  December 17, 2021                          Respectfully submitted,

5                                                BY:    */s/ Lindsay R. Stevens*

6                                                       Lindsay R. Stevens, Esq.

7                                                       */s/ Jessica S. Williams*

8                                                       Jessica S. Williams, Esq.

9

10                                                     **GOMEZ TRIAL ATTORNEYS**

11                                                     655 West Broadway, Ste. 1700
                                                      San Diego, CA 92101
12                                                     lstevens@thegomezfirm.com
                                                      jwilliams@thegomezfirm.com
13                                                     Tel.: (619) 237-3490
                                                      Fax: (619) 237-3496

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 17, 2021, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

Dated:  December 17, 2021                    Respectfully Submitted,


By: */s/ Lindsay R. Stevens*
Lindsay R. Stevens
**GOMEZ TRIAL ATTORNEYS**