John H. Gomez (CA Bar # 171485) T.A
Lindsay R. Stevens (CA Bar # 256811)
Jessica S. Williams (CA Bar #314762)
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY SANDLER, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY and DOES 1-50,<br><br>Defendants.<br>_____ | MDL Case No.: 3:16-md-02741-VC<br><br>Case No.: 3:20-cv-01411-CAB-DEB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Complaint filed: July 22, 2020<br>Trial Date: None. |

**TO THE CLERK OF THIS COURT:**

PLEASE TAKE NOTICE THAT Lindsay R. Stevens and Jessica S. Williams of Gomez Trial Attorneys, hereby files this Notice of Substitution of Counsel for Sally Sandler "Plaintiff" instead of Jessica T. Sizemore of Gomez Trial Attorneys. Plaintiff respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

///

///

///

1  Plaintiff further requests that Jessica T. Sizemore of Gomez Trial Attorneys be
2  removed from the ECF service list.

Dated: December 17, 2021          Respectfully submitted,

                                  BY:  */s/ Lindsay R. Stevens*
                                       Lindsay R. Stevens, Esq.

                                       */s/ Jessica S. Williams*
                                       Jessica S. Williams, Esq.

                                       **GOMEZ TRIAL ATTORNEYS**
                                       655 West Broadway, Ste. 1700
                                       San Diego, CA 92101
                                       lstevens@thegomezfirm.com
                                       jwilliams@thegomezfirm.com
                                       Tel.: (619) 237-3490
                                       Fax: (619) 237-3496

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

Dated:  December 17, 2021                    Respectfully Submitted,


                                                By: */s/ Lindsay R. Stevens*
                                                    Lindsay R. Stevens
                                                    **GOMEZ TRIAL ATTORNEYS**