1  John H. Gomez (CA Bar # 171485) T.A
2  Lindsay R. Stevens (CA Bar # 256811)
   Jessica S. Williams (CA Bar #314762)
   **GOMEZ TRIAL ATTORNEYS**
3  655 West Broadway, Suite 1700
   San Diego, California 92101
4  Telephone: (619) 237-3490
   Facsimile: (619) 237-3496

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DRAY, an Individual, | MDL Case No.: 3:16-md-02741-VC |
| Plaintiff, | Case No.: 3:21-cv-06837-VC |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| MONSANTO COMPANY and DOES 1-50, | |
| Defendants. | Complaint filed: September 3, 2021 |
| | Trial Date: None. |

**TO THE CLERK OF THIS COURT:**

PLEASE TAKE NOTICE THAT Lindsay R. Stevens and Jessica S. Williams of Gomez Trial Attorneys, hereby files this Notice of Substitution of Counsel for Daniel Dray "Plaintiff" instead of Jessica T. Sizemore of Gomez Trial Attorneys. Plaintiff respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

///

///

///

1  Plaintiff further requests that Jessica T. Sizemore of Gomez Trial Attorneys be
2  removed from the ECF service list.

5  Dated:  December 17, 2021                         Respectfully submitted,

6                                              BY:   */s/ Lindsay R. Stevens*
7                                                    Lindsay R. Stevens, Esq.

8                                                    */s/ Jessica S. Williams*
9                                                    Jessica S. Williams, Esq.

                                                     **GOMEZ TRIAL ATTORNEYS**
                                                     655 West Broadway, Ste. 1700
                                                     San Diego, CA 92101
                                                     lstevens@thegomezfirm.com
                                                     jwilliams@thegomezfirm.com
                                                     Tel.: (619) 237-3490
                                                     Fax: (619) 237-3496

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

Dated: December 17, 2021                    Respectfully Submitted,


                                            By: */s/ Lindsay R. Stevens*
                                                Lindsay R. Stevens
                                                **GOMEZ TRIAL ATTORNEYS**