

**. W E I T Z**
**&**
**L U X E N B E R G**

| | |
|---|---|
| **700 BROADWAY** • | **NEW YORK, NY 10003** |
| **TEL. 212-558-5500** | **FAX  212-344-5461** |
| | **WWW.WEITZLUX.COM** |

December 20, 2021

<u>**VIA EMAIL**</u>
Hon. Vince Chhabria
United States District Court
Northern District of California

    Re: Yolanda Mendoza v. Monsanto Co., No. 3:16-cv-06046-VC

Dear Judge Chhabria:

  In response to the Court's request at the December 13, 2021 Case Management Conference, the parties provide the below chart which identifies the pretrial motions that Monsanto made in the above-referenced case and Your Honor's ruling on those motions.

| Motion | Docket No. | Court Ruling | MDL Docket No. |
|---|---|---|---|
| Motion for Summary Judgment On Non-Causation Grounds filed by Monsanto Company | MDL No. 7999; *Mendoza* No. 121 | The Court has not formally ruled on this preservation motion. | N/A |
| Motion for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds filed by Monsanto Company | MDL No. 8001; *Mendoza* No. 122 | The Court has not formally ruled on this preservation motion. | N/A |
| Motion to Exclude Testimony of Drs. Nabhan, Shustov | MDL No. 8011; *Mendoza* No. 119 | Pre-Trial Order No. 203: Order Denying Motion to Exclude Testimony of Drs. | 9144 |

| | | | |
|---|---|---|---|
| and Weisenburger | | Nabhan, Shustov and Weisenburger | |
| Motion to Exclude Testimony of Dr. Charles Benbrook | MDL No. 8006; *Mendoza* No. 117 | Pre-Trial Order No. 202: Denying Certain Wave I Motions Without Prejudice | 9143 |
| Motion to Exclude Testimony of Stephen Petty | MDL No. 8009; *Mendoza* No. 118 | Pre-Trial Order No. 202: Denying Certain Wave I Motions Without Prejudice | 9143 |
| Notice of Motion and Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert* Grounds | MDL No. 8010; *Mendoza* No. 120 | Amended Pre-Trial Order No. 201: Order Re Motion to Exclude Testimony of Dr. Sawyer (Wave I Cases) | 9142 |

\

Respectfully Submitted,

_____
Robin Greenwald

Counsel for Plaintiff
in MDL No. 2741

Rakesh Kilaru
Wilkinson Stekloff, LLP
2001 M. Street NW 10th Floor
Washington, DC 20036

Counsel for Defendant Monsanto Company