# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GILMORE, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MONSANTO COMPANY,<br><br>　　　　Defendant. | MDL No. 2741<br><br>Case No. 3:21-cv-08159<br><br>**[PROPOSED] ORDER DENYING PROPOSED INTERVENORS' ADMINISTRATIVE MOTION FOR SHORTENED TIME**<br><br>Date: January 6, 2022<br>Time: 10:00 A.M.<br>Place: Via Zoom Webinar<br>Judge: Hon. Vincent G. Chhabria |

On December 14, 2021, Proposed Intervenors Ryan Tomlinson and Carol Richardson filed their Motion for Shortened Time under Civil Local Rule 6-3. Having fully reviewed and considered the arguments submitted in support and in opposition and finding no good cause for the Motion,

　　IT IS HEREBY ORDERED THAT:

Proposed Intervenors' Motion for Shortened Time will be **DENIED.**

　　**IT IS SO ORDERED.**


Dated:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE VINCENT CHHABRIA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE