# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS** ) | |
| ) | |
| **This document relates to:** ) | **MDL NO. 2741** |
| *Billy Sams and Alice Carrol Sams* ) | **CASE NO.: 3:16-md-02741-VC** |
| *v. Monsanto Co.,* ) | |
| **Case No. 3:19-cv-07358-VC** ) | |
| _____ ) | |

## MOTION FOR LEAVE TO WITHDRAW
## AS PLAINTIFFS' COUNSEL

Pursuant to LOCAL R. 11-5, undersigned counsel for Plaintiffs Billy and Carrol Sams, moves the Court for leave to withdraw as Plaintiff's Counsel. As grounds Counsel states that:

1. This is a Roundup product liability action. This matter is not currently set for trial.

2. Plaintiffs have settled their claims with the Defendant and the settlement have been approved and finalized. Plaintiffs have no further need of the services of the undersigned.

3. In light of this, undersigned counsel moves the Court for leave to withdraw from this matter and representation of the Plaintiffs.

4. Undersigned counsel's withdrawal will not cause any prejudice to the Plaintiff.

5. Plaintiffs may be contacted c/o Sams, 9003 Split Rail Drive, Louisville, KY  40272

WHEREFORE, undersigned moves the Court to enter an order allowing the undersigned to withdraw.

Respectfully Submitted,

/s  Vincent F. Heuser, Jr.
_____

Vincent F. Heuser, Jr.
Hirsh and Heuser Attorneys
3600 Goldsmith Lane
Louisville, KY  40220
(502) 458-5879
vheuser@hirshandheuser.com
*Counsel for Plaintiffs Sams*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 21, 2021, the above was electronically filed with the Clerk of the Court by using the CM/ECF filing system and copied to all registered CM/ECF participants in the above-styled action.

               /s  Vincent F. Heuser, Jr.
               _____

               Vincent F. Heuser, Jr.