UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS            ) | MDL NO. 2741 |
| ) | CASE NO.: 3:16-md-02741-VC |
| **This document relates to:**            ) | |
| *Billy Sams and Alice Carrol Sams*   ) | |
| *v. Monsanto Co.,*                                 ) | |
| **Case No. 3:19-cv-07358-VC**        ) | |
| _____ ) | |

**ORDER GRANTING ATTORNEY HEUSER
LEAVE TO WITHDRAW AS PLAINTIFF'S COUNSEL**

This matter is before the Court on motion of attorney Vincent F. Heuser, Jr. for leave to withdraw from representation of Billy and Carroll Sams, Plaintiffs in the above styled action. Upon review and the court being sufficiently advised in the premises, the Court finds that there are no pending matters that would preclude counsel from withdrawal in that Plaintiffs' case has been settled and counsel's withdrawal will not cause any prejudice to the Plaintiff.

NOW THEREFORE IT IS HEREBY ORDERED that Attorney Heuser is granted leave to withdraw from further representation of the Plaintiffs in this matter.  Further communications to the Plaintiffs may be addressed as directed in the motion.  The clerk is directed to remove Counsel's email address from the distribution list.

_____
Judge, United State District Court