UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*J.P. Stewart v. Monsanto*, Case No. 3:20-cv-02415<br><br>*Brandi Troxel v. Monsanto*, Case No. 3:21-cv-01215<br><br>*Nina Stewart v. Monsanto*, Case No. 3:20-cv-00643 | **PRETRIAL ORDER NO. 258: CORRECTING PRETRIAL ORDER NO. 255**<br><br>Re: Dkt. No. 14133 |

In Pretrial Order No. 255, the Court granted Monsanto's motion to dismiss certain plaintiffs for failure to submit updated fact sheets. *See* Dkt. 14133. The parties recently brought it to the Court's attention that that Order contained errors and that two cases should be reopened while one case should be closed. *See* Dkt. 14360 at 2. Accordingly, the Court orders as follows:

- The Clerk of the Court is directed to reopen *J.P. Stewart v. Monsanto*, Case No. 3:20-cv-02415 and *Brandi Troxel v. Monsanto*, Case No. 3:21-cv-01215.

- The Clerk of the Court is directed to close *Nina Stewart v. Monsanto*, Case No. 3:20-cv-00643.

**IT IS SO ORDERED.**

Dated: December 21, 2021

VINCE CHHABRIA
United States District Judge