UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> This document relates to: <br><br> *Emory Moreland, Junior v. Monsanto Co.* <br><br> Case No. 3:20-cv-03069-VC | MDL No. 02741 <br><br> **NOTICE OF APPEARANCE OF WILLIAM A. WALSH ON BEHALF OF PLAINTIFFS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE that William A. Walsh of the firm Weitz & Luxenberg, P.C. hereby enters an appearance as counsel for Plaintiffs in the above-referenced action. Please serve said counsel with all pleadings, notices, orders, correspondence, and other papers in this action.

December 21, 2021　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

                                                             By:   <u>/s/ William A. Walsh</u>
                                                                       William Walsh, Esq.
                                                                       WEITZ & LUXENBERG, PC
                                                                       700 Broadway
                                                                       New York, New York 10003
                                                                       Phone: 212-558-5836
                                                                       wwalsh@weitzlux.com

                                                                       *Attorney for Plaintiffs*