GILLIAN L. WADE (State Bar No. 229124)
MARC A. CASTANEDA (State Bar No. 299001)
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

JOEL OSTER
Oster Law Firm
Of Counsel to the Law Offices of Howard Rubinstein
joel@osterlaw.com
22052 W. 66th St. #192
Shawnee, Kansas 66226

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Gilmore v. Monsanto Company,*<br><br>Case No. 3:21-cv-08159 | MDL No. 2741<br>Case No. 3:21-cv-08159<br><br>**PLAINTIFFS' JOINDER IN MONSANTO'S OPPOSITION TO TOMLINSON AND RICHARDSON'S MOTION TO INTERVENE**<br><br><br>Date:    January 6, 2022<br>Time:   10:00 a.m.<br>Place:   Via Zoom Webinar<br>Judge:  Hon. Vince G. Chhabria |

Plaintiffs Scott Gilmore, Julio Ezcurra, James Weeks, Amanda Boyette, Anthony Jewell, Paul Taylor, Sherry Hanna, and Kristy Williams ("Plaintiffs") hereby adopt and incorporate by reference herein the arguments set forth in Defendant Monsanto's Company's ("Monsanto") Opposition to Ryan Tomlinson and Carol Richardson's ("Proposed Intervenors") Motion to Intervene (Dkt. No. 83). Plaintiffs seek the same relief for themselves that Defendant seeks in their Opposition, namely that the Court deny Proposed Intervenors' motion.

In the event the Court grants Proposed Intervenors' motion, Plaintiffs are filing concurrently with this Joinder a conditional reply to Proposed Intervenors' proposed opposition to the pending motion for suggestion of remand.

Dated: November 21, 2021

By: */s/ Gillian L. Wade*

GILLIAN L. WADE
MARC A. CASTANEDA
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024

JOEL OSTER
Oster Law Firm
Of Counsel to the Law Offices of Howard Rubinstein
joel@osterlaw.com
22052 W. 66th St. #192
Shawnee, Kansas 66226

*Attorneys for Plaintiffs Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell, and Kristy Williams*