**FEARS | NACHAWATI, PLLC**
Danae N. Benton
Texas Bar No. 24080422
dbenton@fnlawfirm.com
Darren P. McDowell
Texas Bar No. 24025520
dmcdowell@fnlawfirm.com
Matthew R. McCarley
Texas Bar No. 24041426
mccarley@fnlawfirm.com
5473 Blair Road
Dallas, TX 75231
Tel: (214) 890-0711
Fax: (214) 890-0712

*Attorneys for Plaintiff*

**HOLLINGSWORTH LLP**
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendants Monsanto Company and Lowe's Home Centers, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Bulone v. Monsanto Company, et al.,*<br>Case No. 3:20-cv-03719 | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT LOWE'S HOME CENTERS, LLC** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants Lowe's Home Centers, LLC and Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all claims asserted by Plaintiff), as to Lowe's Home Centers, LLC only, with each party to bear his or its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: December 22, 2021 | Respectfully submitted, |
| 2 | | **FEARS | NACHAWATI, PLLC** |

*/s/ Danae N. Benton*
Danae N. Benton
Texas Bar No. 24080422
(dbenton@fnlawfirm.com)
FEARS | NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
Tel:  (214) 890-0711
Fax:  (214) 890-0712

*Attorneys for Plaintiff*

/s/ *Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com
HOLLINGSWORTH<sub>LLP</sub>
1350 I Street, NW
Washington, DC 20005
Tel:  (202) 898-5800
Fax:  (202) 682-1639

*Attorneys for Defendants Monsanto Company and Lowe's Home Centers, LLC*

### ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Martin Calhoun, attest that all signatories listed above, and on whose behalf this stipulation is submitted, concur in and have authorized the filing.

/s/ *Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
HOLLINGSWORTH<sub>LLP</sub>

*Attorneys for Defendants Monsanto Company and Lowe's Home Centers, LLC*