UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

Case No. 16-MD-2741-VC

THIS DOCUMENT RELATES TO

Bundy v. Monsanto, et al. 20-cv-06345-VC
_____/

## AGREED MOTION ON PLAINTIFF REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT INITIAL DISCOVERY

The Plaintiff, ROB BUNDY, by and through his undersigned counsel and agreement with Defendant counsel, hereby file their Agreed Motion for Extension of Time to allow Plaintiff to Respond to Defendant Initial Discovery filed in this matter and in support states as follows:

1. On November 29, 2021, Defendant propounded Interrogatories, Request to Permit Entry Upon Land, Request for Inspection of Tangible Goods and request for Admissions upon Plaintiff, Rob Bundy.

2. On December 22, 2021, Plaintiff requested an extension of time (2 weeks) in which to respond to Defendant discovery outlined above. This would extend the due date for responses to be filed until January 12, 2022.

3. Defendant advised no objection to the request.

4. This Motion is not intended for the purposes of delay.

WHEREFORE, the Parties requests this Court enter an Order granting Plaintiff Extension of Time to Respond to Defendant Initial Discovery until January 12, 2022

01457519-1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on 22 , December , 2021, and was provided via email to Anthony N. Upshaw, Esq. and Melissa R. Alvarez, Esq., McDermott Will & Emery, LLP 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131 (aupshaw@mwe.com) and (malvarez@mwe.com) and Joe G. Hollingsworth, Esq., Hollingsworth LLP, 1350 I Street N.W., Washington, D.C. 20005 (jhollingsworth@hollingsworthllp.com).

**ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.**
2033 Main Street, Suite 600
Postal Drawer 4195
Sarasota, Florida 34230
*(941) 366-8100 - Phone
(941) 366-6384 - Fax*

_____
ANTHONY J. MANGANIELLO, III, ESQ.
Florida Bar No. 0052307
*Attorneys for Plaintiff, BUNDY*

01457519-1