# EXHIBIT 1

ARTICLE III. - UTILITIES BOARD

Sec. 62-56. - Management and control of the municipal waterworks system, electric distribution system, natural gas system and sewage treatment plant.

The management and control of the municipal waterworks system, electric distribution system, natural gas system and sewage treatment plant of the city shall be carried on by a utilities board created, appointed and performing the functions as hereinafter prescribed. This board shall be known and referred to as the utilities board of the city.

(Code 1957, § 22-1; Ord. of 5-19-1936, § 1; Ord. of 10-19-1937, § 1; Ord. of 9-11-1973)

Sec. 62-57. - Composition; appointment; terms; vacancies; rules.

The utilities board shall consist of five commissioners, who shall be of outstanding reputation for ability and integrity. The three current members of the utilities board will each have their current terms extended one year from the date said term would have originally expired. The city council shall appoint two additional commissioners to the utilities board, one new appointee to serve a four-year term, and the other new appointee to serve a five-year term. All terms will continue to expire at the close of the utilities board monthly meeting held in October of each year. All terms will continue to expire at the close of the utilities board monthly meeting held in October of each year. The newly constituted utilities board commissioners shall govern and control in the administration and operation of the municipal utilities of the city. In the event of a vacancy and/or at least 30 days preceding the expiration of the term of office of any utilities commissioners, a successor shall be appointed by the city council. When the term of office of a utilities commissioner expires, such vacancy shall be filled by the city council. All vacancies shall be filled for the unexpired term and all other appointments shall be for terms of five years. A majority of the board at any officially called meeting shall constitute a quorum. The board may adopt rules and bylaws for the time and place of its meetings and the conduct thereof.

(Code 1957, § 22-2; Ord. of 5-19-1936, § 2; Ord. of 10-19-1937, § 2; Ord. of 9-11-1973; Ord. of 10-23-1980; Ord. No. 93-1025B, 10-25-1993)

Sec. 62-58. - Qualifications; eligibility for reappointment; compensation; removal from office.

The utilities commissioners appointed by the city shall, at the time of appointment and so long as they are commissioners, be residents and taxpayers in the city. Any utilities commissioner shall be eligible for reappointment upon the expiration of his term, but any person who shall have held an elective office of the city shall not be eligible for appointment to the board until at least one year after the expiration of the term for which he was last elected. Each utilities commissioner shall receive compensation for his services at the rate to be fixed from time to time by the board of commissioners, and each commissioner shall be removable for cause by the recorded vote of a majority of the members of the board of commissioners of the city after hearing.

(Code 1957, § 22-3; Ord. of 5-19-1936, § 3; Ord. of 10-19-1937, §§ 2, 3; Ord. of 9-11-1973)

Sec. 62-59. - Officers; meetings; records.

At the first meeting of the utilities board and annually thereafter it shall organize by the designation of one of the commissioners to act as chairman and another to act as secretary. The chairman shall preside at all meetings when present and shall call special meetings of the board. Provision shall be made for holding at least one regular meeting each month, of which special notice need not be given. The utilities board and the city council shall meet jointly at least once quarterly, such meeting to be held on the first Tuesday of the first month of each quarter. The secretary of the utilities board shall keep a record of the proceedings of the board which shall be available for inspection as other municipal records.

(Code 1957, § 22-4; Ord. of 5-19-1936, § 4; Ord. of 10-19-1937, § 2; Ord. of 9-11-1973)

Sec. 62-60. - Employees.

The utilities board shall have the power to employ, fix the compensation of and discharge such employees as are necessary to carry on the functions of the utilities board.

(Code 1957, § 22-5; Ord. of 5-19-1936, § 6; Ord. of 10-19-1937, § 5; Ord. of 9-11-1973)

Sec. 62-61. - Waterworks.

(a) *Supervision; control; contract approval.* The utilities board shall have full and complete supervision, management and control of the municipal waterworks system

of the city, including the administration, maintenance, operation and extension thereof. All contracts for construction or purchases involving the sum of $1,000.00 or more, and all contracts for fuel or electricity extending over a period of six months or more, shall be authorized and approved by the city council upon the recommendation of the utilities board.

(b) *Rates.* The schedule of rates for water and water service shall be fixed by the utilities board and approved by the city council.

(c) *Reductions; bill collection.*

  (1) The utilities board shall have authority to contract with any customer using in excess of 1,000,000 gallons per month or 3,000,000 gallons per quarter as to the rate to be charged for the excess.

  (2) No change or alteration resulting in a reduction in any of the rates in the schedule shall be made by the city council except when recommended, in writing, by the utilities board and accompanied by a written statement of an engineer of nationwide reputation, to the effect that, based upon the aggregate earnings for the preceding year, such reduction may be put into effect without jeopardizing the statutory obligation of the city to charge, collect and account for sufficient revenues from the municipal waterworks system so as to pay the cost of operation and maintenance of the system, provide an adequate depreciation fund, and pay the principal of and interest upon all bonds and other obligations of the city which by its terms are payable from such revenues. All bills for water and water service shall be collected and accounted for by the utilities board in the manner and form required by law, and all collections shall be deposited weekly with the treasurer of the city or as the city council may direct. At least 30 days prior to June 1 of each year the utilities board shall cause to be prepared and adopt a detailed budget of the estimated amounts of money to be collected and the amounts and purposes for which expenditures are to be made in connection with the operation of the waterworks system for the next ensuing year, which budget shall be filed with the city clerk for approval by the city council; provided, however, additional reports may be called for covering the activities of the utilities board whenever and so often as the city council may order. No contracts affecting the waterworks system shall be entered into or water revenue bonds issued for

extensions, improvements or replacements without the recommendation or approval of the utilities board. All disbursements for account of such waterworks shall be ordered paid out only upon approval of the utilities board.

(Code 1957, §§ 22-6—22-8; Ord. of 5-19-1936, § 5)

Secs. 62-62—62-84. - Reserved.

ARTICLE IV. - ELECTRIC SYSTEM

> *Footnotes:*
> *--- (**1**) ---*
> **State Law reference—** *Authority to operate electric system, Code of Ala. 1975, § 11-50-1.*

Sec. 62-85. - Electric distribution system; supervision, control, contract approval, adoption of rate schedule, bill collection, budget report.

The members of the utilities board appointed by the city council shall have full and complete supervision, management and control of the electric distribution system, of the city, including the administration, maintenance, operation and extension thereof. Contracts by the board for construction or purchases for the electric distribution system involving the sum of $1,000.00 or more, and contracts for the purchase of electricity shall be authorized and approved by the city council upon the recommendation of the utilities board. The utilities board shall, subject to the approval of the board, adopt a schedule of rates for electric service in conformity with the rates provided for by the terms of the contract now existing between the city and the Tennessee Valley Authority, for the purchase by the city of electric power from the Tennessee Valley Authority. Bills for electricity and electric service shall be collected and accounted for by the utilities board. All funds so collected shall be deposited not less than once each week with the treasurer of the city. Not less than 30 days prior to October 1 of each year the utilities board shall prepare and adopt a detailed budget of the estimated amounts of money to be collected and the amounts and purposes for which expenditures are to be made in connection with the operation and maintenance of the electric distribution system for the next ensuing year, which budget shall be filed with the city clerk for approval by the city council; provided, however, additional reports may be called for whenever the board of commissioners of the city

may order. No contracts affecting the electric distribution system shall be made, nor revenue bonds issued for improvements thereon or replacements thereof without the recommendation or approval of the utilities board. All disbursements for the account of the electric distribution system shall be ordered paid out only upon the approval or the utilities board.

(Code 1957, § 22-14; Ord. of 10-19-1937, § 4)

Secs. 62-86—62-113. - Reserved.