UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 2741 |
| | : | |
| ROUNDUP PRODUCTS LIABILITY LITIGATION | : | CASE NO. 3:16-md-2741-VC |
| | : | |
| | : | **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE THE PLAINTIFFS' PETITION FOR APPROVAL OF COMPROMISE UNDER SEAL** |
| This document relates to: | : | |
| | : | |
| Maurice Wigglesworth v. Monsanto Co., Case No. 3:19-cv-07864-VC | : | |
| | : | |

## **ORDER**

AND NOW, this \_\_\_\_ day of _____, 20\_\_\_, having considered the Administrative Motion to File Under Seal, it is hereby ORDERED as follows:

1. Plaintiffs' Administrative Motion to File the Petition for Approval of Compromise and Allocation of Wrongful Death and Survival Action Proceeds pursuant to 20 Pa. C.S.A. § 3323 Under Seal is GRANTED; and

2. Plaintiffs Petition for Approval of Compromise and Allocation of Wrongful Death and Survival Action Proceeds will remain redacted and that exhibits thereto will remain confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

Dated: _____       By: _____
                                                                            The Honorable Vince Chhabria
                                                                            United States District Judge