# EXHIBIT "B"

## Office of the Register of Wills of Philadelphia County, Pennsylvania

File #: A4763-2021

Commonwealth of Pennsylvania } ss.
County of Philadelphia

I, TRACEY L. GORDON, Register for the Probate of Wills and Granting Letters of Administration in and for the County of Philadelphia, in the Commonwealth of Pennsylvania

DO HEREBY CERTIFY AND MAKE KNOWN That on the __13th__ day of __October__

in the year of our Lord __2021__        **LETTERS OF ADMINISTRATION**

on the Estate of __Maurice T Wigglesworth__

Deceased, were granted unto __Naja L Barksdale and Maurice W Wigglesworth__

having first been qualified well and truly to administer the same. And I further certify that no revocation of said Letters appears of record.

Date of death __10/29/2020__

Given under my hand and seal of office, this __13th__ day of __October__, 20__21__

*Deputy Register*

NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL

10-14 (Rev. 3/08)