UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Vosper v. Monsanto*, Case No. 19-cv-05525 *Chapman v. Monsanto*, Case No. 20-cv-01277 | **PRETRIAL ORDER NO. 260: ORDER RE MOTIONS TO EXCLUDE TESTIMONY OF DR. SAWYER (WAVE 3 CASES)** |

The Court previously ruled on what Dr. Sawyer would and would not be allowed to testify to. *See* Pretrial Order No. 201 (dkt. 9142). Accordingly, Monsanto's motion to exclude the testimony of Dr. Sawyer is denied, but Dr. Sawyer may only provide testimony consistent with parameters set forth in Pretrial Order No. 201. *See id.*

To the extent Monsanto moves to exclude Dr. Sawyer's testimony on issues unrelated to causation (*e.g.* Dr. Sawyer's testimony "on Monsanto's company documents and Monsanto's regulatory duties"), those are issues that are more appropriate for the district judge who will be trying these cases. *See* Pretrial Order No. 202 (dkt. 9143). Accordingly, Monsanto's motion to exclude Dr. Sawyer's testimony on these grounds are denied without prejudice to filing new motions with the district judges who will be trying the cases. *Id.*

**IT IS SO ORDERED.**

Dated: December 29, 2021

_____
VINCE CHHABRIA
United States District Judge