UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION** | Case No.: 3:16-md-02741-VC<br>MDL No. 2741 |
| This Document Relates To: | |
| *Estate of Gerald Helmich, by and through his Representative, Helen Helmich, surviving spouse of Gerald Helmich, on behalf of all legal heirs of Gerald Helmich v. Monsanto Co.*<br>*Case No. 3:20-cv-05941-VC* | |

### REPLY RELATING TO PLAINTIFF ESTATE OF GERALD HELMICH'S UNOPPOSED MOTION FOR LEAVE TO EXTEND TIME TO FILE UPDATED PLAINTIFF FACT SHEET

Counsel for Plaintiff in the above-referenced action filed a Motion for Leave to Extend Time to File an Updated Plaintiff Fact Sheet in response to Defendant's deficiency notice. (Doc. 14352) Defendant Monsanto Company filed no opposition to this request. Accordingly, Plaintiff requests that this Court extend Plaintiff's December 17, 2021 deadline by an additional thirty (30) days so that Plaintiff can appropriately respond to all deficiencies.

DATED: December 29, 2021

Respectfully submitted,

/s/ *Jessie M. Djata*

Jessie M. Djata, ESQ.
Sparacino & Sparacino, PLLC
P.O. Box 575
Northport, New York 11768
Telephone: (631) 651-8783
Mobile: (917) 765-7475

ATTORNEYS FOR PLAINTIFF
Estate of Gerald Helmich

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the forgoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record in this matter.

/s/ *Jessie M. Djata*

Jessie M. Djata, Esq.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION** | Case No.: 3:16-md-02741-VC<br>MDL No. 2741 |
| This Document Relates To:<br><br>*Estate of Gerald Helmich, by and through his Representative, Helen Helmich, surviving spouse of Gerald Helmich, on behalf of all legal heirs of Gerald Helmich v. Monsanto Co.,*<br>*Case No. 3:20-cv-05941-VC* | [PROPOSED] ORDER GRANTING EXTENSION OF TIME |

Having considered the Plaintiff's Motion for Leave to Extend Time, the Court HEREBY ORDERS that Plaintiff's Motion for Leave to Extend Time is **GRANTED**.

IT IS SO ORDERED.

Dated:_____  _____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF GERALD HELMICH, by and through His representative, Helen Helmich, surviving spouse of Gerald Helmich on behalf of all legal heirs of Gerald Helmich,

                Plaintiff,

- against -

MONSANTO COMPANY,

                Defendant.

Case No. 3:16-md-02741-VC
MDL No. 2741

## REPLY RELATING TO PLAINTIFF ESTATE OF GERALD HELMICH'S UNOPPOSED MOTION FOR LEAVE TO EXTEND TIME TO FILE UPDATED PLAINTIFF FACT SHEET

SPARACINO & SPARACINO, PLLC.

Attorneys for Plaintiff

Office and Post Office Address
Po Box 575
Northport, NY 11768
Phone: 631.651.8783

Pursuant to 22 NYCRR 130-1.1a, the undersigned, an attorney duly admitted to practice law before the Courts of the State of New York, certifies that upon information and belief and after reasonable inquiry, the allegations contained in the annexed document are not frivolous.

                                            /s/ Jessie M. Djata
                                            _____
                                            Jessie M. Djata, Esq.

Dated: December 29, 2021
       Northport, NY