UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCT
LIABILITY LITIGATION

Case No.: 3:16-md-02741-VC
MDL No. 2741

This Document Relates To:

*Estate of Gerald Helmich, by and through his Representative, Helen Helmich, surviving spouse of Gerald Helmich, on behalf of all legal heirs of Gerald Helmich v. Monsanto Co.,*
Case No. 3:20-cv-05941-VC

---

**PLAINTIFF'S REPLY RELATING TO PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

---

Counsel for Plaintiff in the above-referenced action gave notice and suggested upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that Counsel had recently been informed of the death of Helen Helmich, a plaintiff in this action (Doc. 14341).

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure and New York Civil Practice Law and Rules 1022, the undersigned filed a motion with this Court requesting that "Paul Helmich," the eldest son and legal heir to the Estate of Gerald Helmich be substituted in place of "Helen Helmich" as plaintiff in this action, so that Decedent's claims survive, and the action on behalf of all legal heirs of Gerald Helmich may proceed. (Doc. 14341) Defendant Monsanto Company filed no opposition to this request.

Accordingly, Plaintiff requests that this Court substitute Paul Helmich in place of Helen Helmich as plaintiff in this action so that Decedent's claims survive and the action on behalf of all legal heirs of Gerald Helmich may proceed.

DATED: December 29, 2021

Respectfully submitted,

/s/ *Jessie M. Djata*

_____
Jessie M. Djata, ESQ.
Sparacino & Sparacino, PLLC
P.O. Box 575
Northport, New York 11768
Telephone: (631) 651-8783
Mobile: (917) 765-7475

ATTORNEYS FOR PLAINTIFF
Estate of Gerald Helmich

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the forgoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record in this matter.

/s/ *Jessie M. Djata*

Jessie M. Djata, Esq.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION** | Case No.: 3:16-md-02741-VC<br>MDL No. 2741 |
| This Document Relates To:<br><br>*Estate of Gerald Helmich, by and through his Representative, Helen Helmich, surviving spouse of Gerald Helmich, on behalf of all legal heirs of Gerald Helmich v. Monsanto Co.,*<br>Case No. 3:20-cv-05941-VC | [PROPOSED] ORDER GRANTING SUBSTITUTION OF PARTY |

Having considered the Plaintiff's Motion for Substitution of Party, the Court HEREBY ORDERS that Plaintiff's Motion for Substitution of Party is **GRANTED**.

IT IS SO ORDERED.

Dated:_____          _____
                                       VINCE CHHABRIA
                                       United States District Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF GERALD HELMICH, by and through
His representative, Helen Helmich, surviving spouse of
Gerald Helmich on behalf of all legal heirs of Gerald
Helmich,

                Plaintiff,

- against -

MONSANTO COMPANY,

                Defendant.

Case No. 3:16-md-02741-VC
MDL No. 2741

## PLAINTIFF'S REPLY RELATING TO PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

SPARACINO & SPARACINO, PLLC.

Attorneys for Plaintiff

Office and Post Office Address
Po Box 575
Northport, NY 11768
Phone: 631.651.8783

Pursuant to 22 NYCRR 130-1.1a, the undersigned, an attorney duly admitted to practice law before the Courts of the State of New York, certifies that upon information and belief and after reasonable inquiry, the allegations contained in the annexed document are not frivolous.

                                                /s/ Jessie M. Djata

                                                Jessie M. Djata, Esq.

Dated:  December 29, 2021
          Northport, NY