UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION** | Case No.: 3:16-md-02741-VC<br>MDL No. 2741 |
| This Document Relates To:<br><br>*Estate of Gerald Helmich, by and through his Representative, Helen Helmich, surviving spouse of Gerald Helmich, on behalf of all legal heirs of Gerald Helmich v. Monsanto Co.,*<br>*Case No. 3:20-cv-05941-VC* | [PROPOSED] ORDER GRANTING SUBSTITUTION OF PARTY |

Having considered the Plaintiff's Motion for Substitution of Party, the Court HEREBY ORDERS that Plaintiff's Motion for Substitution of Party is **GRANTED**.

IT IS SO ORDERED.

Dated:_____    _____
VINCE CHHABRIA
United States District Judge