1

**MCKAY LAW, LLC**
Michael C. McKay
2
(mmckay@mckaylaw.us)
5635 N. Scottsdale Road, Suite 170
3
Scottsdale, AZ 85250
Tel:  (480) 681-7000
4

*Attorneys for Plaintiff*
5

6
**HOLLINGSWORTH**LLP
Martin C. Calhoun (*pro hac vice*)
7
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
8
Washington, DC 20005
Tel:  (202) 898-5800
9
Fax:  (202) 682-1639

10
*Attorneys for Defendants Monsanto Company
and Bayer Corporation*
11

12

13
UNITED STATES DISTRICT COURT

14
NORTHERN DISTRICT OF CALIFORNIA

15
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| --- | --- |
16
| | Case No. 3:16-md-02741-VC |

17
| This document relates to: | |

18
| *Garfield Gordon v. Monsanto Company, et al.,* Case No. 3:19-cv-06423-VC | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER CORPORATION** |
19

20

21
       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and

22
Defendants Bayer Corporation and Monsanto Company, by and through their undersigned counsel,

23
hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all claims

24
asserted by Plaintiff), as to Bayer Corporation only, with each party to bear his or its own attorneys'

25
fees and costs.

26

27

28

---

STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF *GORDON* LAWSUIT AS TO BAYER CORP.
3:16-md-02741-VC & 3:19-cv-06423-VC

1    DATED: December 30, 2021                    Respectfully submitted,

2
                                                 */s/ Michael C. McKay*
3                                                Michael C. McKay
                                                 (mmckay@mckaylaw.us)
4                                                MCKAY LAW, LLC
                                                 5635 N. Scottsdale Road, Suite 170
5                                                Scottsdale, AZ 85250
                                                 Tel:  (480) 681-7000
6
                                                 *Attorneys for Plaintiff*
7

8                                                /s/ *Martin C. Calhoun*
                                                 Martin C. Calhoun (*pro hac vice*)
9                                                (mcalhoun@hollingsworthllp.com)
                                                 HOLLINGSWORTHLLP
10                                               1350 I Street, NW
                                                 Washington, DC 20005
11                                               Tel:  (202) 898-5800
                                                 Fax:  (202) 682-1639
12
                                                 *Attorneys for Defendants Monsanto Company*
13                                               *and Bayer Corporation*

14

15                            **ATTESTATION**

16          Pursuant to Civil Local Rule 5-1, I, Martin Calhoun, attest that the signatory listed above,

17   and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

18
                                                 /s/ *Martin C. Calhoun*
19                                               Martin C. Calhoun (*pro hac vice*)
                                                 HOLLINGSWORTHLLP
20
                                                 *Attorneys for Defendants Monsanto Company*
21                                               *and Bayer Corporation*

22

23

24

25

26

27

28
                                            2