# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**NOTICE OF APPEARANCE BY C. VICTOR WELSH, III** |

**This document relates to:**

*PATRICIA WOODRUFF, et al.*
*vs. MONSANTO COMPANY,*

3:19-cv-07531-VC

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

     PLEASE TAKE NOTICE that, C. Victor Welsh, III of Pittman, Roberts & Welsh, PLLC, hereby enters an appearance as counsel for Plaintiffs, **Kimberly Michele Woodruff Harrell, Rodney Alan Woodruff, and Morris Sterling Woodruff**, only, as statutory wrongful death heirs of Rodney Allen Woodruff, Deceased in the above-referenced action. Please serve said counsel with all pleadings and notices in this action.

     C. VICTOR WELSH, III (MSB #7107)
     Email: cvw@prwlaw.com
     **PITTMAN, ROBERTS & WELSH, P.L.L.C.**
     410 South President Street (39201)
     Post Office Box 22985
     Jackson, Mississippi 39225-2985
     Telephone: (601) 948-6200
     Facsimile: (601) 948-6187

DATED: January 3, 2022.

                                               Respectfully submitted,

                                               */s/ C. Victor Welsh, III*

**CERTIFICATE OF SERVICE**

I, C. Victor Welsh, III, hereby certify that, on January 3, 2022, I electronically filed the foregoing NOTICE OF APPEARANCE BY C. VICTOR WELSH, III with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ C. Victor Welsh, III*
C. VICTOR WELSH, III (MSB #7107)
Email: cvw@prwlaw.com
**PITTMAN, ROBERTS & WELSH, P.L.L.C.**
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187
