| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
|   | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PATRICIA WOODRUFF AND THE ESTATE OF RODNEY ALLEN WOODRUFF; MEMORANDUM OF POINTS AND AUTHORITIES; EX. "1" AND [PROPOSED] ORDER** |
| **This document relates to:**<br><br>*PATRICIA WOODRUFF, et al.*<br>*vs. MONSANTO COMPANY*<br><br>3:19-cv-07531-VC | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

| | |
|---|---|
| Date: | TBD |
| Time: | TBD |
| Courtroom: | Courtroom 4 |

**Judge Assigned: Vince Chhabria**

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, as soon as counsel may be heard, telephonically or in person in Courtroom 4, United States District Court, Northern District of California, (450 Golden Gate Avenue,

---

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PATRICIA WOODRUFF AND THE ESTATE OF RODNEY ALLEN WOODRUFF

1

San Francisco, California, 94102), as the Judge determines, counsel, C. Victor Welsh, III, will bring on for hearing his motion to withdraw as counsel of record for Patricia Woodruff and as counsel for the Estate of Rodney Allen Woodruff, Deceased. C. Victor Welsh, III will continue to represent Kimberly Michele Woodruff Harrell, Rodney Alan Woodruff, and Morris Sterling Woodruff, only, as statutory wrongful death beneficiaries of Rodney Allen Woodruff in all claims against Defendants.

Counsel's Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, and any additional argument and evidence this Court may consider.

DATED: January 3, 2022.

/s/ C. Victor Welsh, III
C. VICTOR WELSH, III (MSB #7107)
Email: cvw@prwlaw.com
**PITTMAN, ROBERTS & WELSH, P.L.L.C.**
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PATRICIA WOODRUFF AND THE ESTATE OF RODNEY ALLEN WOODRUFF

## MEMORANDUM OF POINTS AND AUTHORITY

1. This case arises out of the alleged wrongful death of Mississippi resident Rodney Allen Woodruff from his exposure to Roundup. Pursuant to Mississippi law, the statutory wrongful death beneficiaries of Rodney Allen Woodruff would include his Estate, Patricia Woodruff (surviving spouse), Kimberly Michele Woodruff Harrell (surviving adult daughter), Rodney Alan Woodruff (surviving adult son), and Morris Sterling Woodruff (surviving adult son). *See,* Miss. Code Ann. § 11-7-13.

2. C. Victor Welsh, III of the law firm Pittman, Roberts, & Welsh PLLC ("Welsh" and "PRW") filed this case as counsel of record for Patricia Woodruff, Individually and in her representative capacity as Executrix of the Estate.

3. On August 13, 2021, Welsh was terminated as counsel for the Estate.

4. On October 18, 2021, the Honorable Robert G. Clark, III, Madison County Mississippi Chancery Judge, ordered that Welsh should be allowed to withdraw from all matters involving the Estate of Rodney Allen Woodruff. The Chancery Judge further ordered that Welsh "shall have no further obligation to represent the interest of the Estate and shall have no further obligation to represent the other interested parties, Bridget Anderson, Patricia Woodruff, or Tommy Weeks" in any matters. Exhibit "1".

5. On January 3, 2022, Welsh entered his appearance in this case on behalf of Kimberly Michele Woodruff Harrell, Rodney Alan Woodruff, and Morris Sterling Woodruff, only. It will be Welsh and PRW's intent and purpose to pursue claims on behalf of Kimberly Michele Woodruff Harrell, Rodney Alan Woodruff, and Morris Sterling Woodruff, only.

WHEREFORE, PREMISES CONSIDERED, C. Victor Welsh, III, respectfully requests that this Court enter an Order allowing him to withdraw as attorney of record for Patricia Woodruff and the Estate of Rodney Allen Woodruff, Deceased.

DATED: January 3, 2022.

> */s/ C. Victor Welsh, III*
> C. VICTOR WELSH, III (MSB #7107)
> cvw@prwlaw.com
> **PITTMAN, ROBERTS & WELSH, P.L.L.C.**
> 410 South President Street (39201)
> Post Office Box 22985
> Jackson, Mississippi 39225-2985
> Telephone: (601) 948-6200
> Facsimile: (601) 948-6187

## CERTIFICATE OF SERVICE

I, C. Victor Welsh, III, hereby certify that, on January 3, 2022, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record, in accordance and in a manner as authorized by **F.R.C.P. 5(b)2.**

> */s/ C. Victor Welsh, III*
> C. VICTOR WELSH, III (MSB #7107)
> cvw@prwlaw.com
> **PITTMAN, ROBERTS & WELSH, P.L.L.C.**
> 410 South President Street (39201)
> Post Office Box 22985
> Jackson, Mississippi 39225-2985
> Telephone: (601) 948-6200
> Facsimile: (601) 948-6187