## IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI

IN THE MATTER OF: THE LAST WILL
AND TESTAMENT OF RODNEY ALLEN
WOODRUFF, DECEASED

**CAUSE NO.: 45CH1:19-cv-00205**

**BRIDGET HUGHES ANDERSON**                                        **PETITIONER**

## ORDER GRANTING
## MOTION TO WITHDRAW AS COUNSEL
## FOR THE ESTATE, TO WITHDRAW AS COUNSEL
## FOR ALL INTERESTED PARTIES, AND FOR OTHER RELIEF

CAME ON FOR HEARING, on September 16, 2021, the Motion [97] filed by C. Victor Welsh, III, of the law firm of Pittman, Roberts & Welsh, PLLC ("PRW"), to withdraw from all matters involving the Estate of Rodney Allen Woodruff, Deceased, to withdraw as counsel for all interested Parties, and for other relief, and the Court having considered said Motion, and having heard the argument of Executrix Bridget Anderson during this Court's ZOOM hearing, finds that the Motion [97] is well taken and should be granted, as follows:

IT IS HEREBY ORDERED THAT C. Victor Welsh, III, and PRW, shall be allowed to withdraw from all matters involving the Estate of Rodney Allen Woodruff, and shall have no further obligation to represent the interest of the Estate and shall have no further obligation to represent the other interested parties, Bridget Anderson, Patricia Woodruff, or Tommy Weeks.

**EXHIBIT "1"**

IT IS FURTHER ORDERED THAT C. Victor Welsh, III shall present his detailed billing statement to Executrix Anderson and that Executrix Anderson shall have ten (10) days within which to review such billing statement and notify him of any objections.

SO ORDERED AND ADJUDGED this the 15th day of October, 2021.

_____
HON. ROBERT G. CLARK, III
CHANCERY COURT JUDGE

PRESENTED TO THE COURT BY:

_____
C. VICTOR WELSH, III (MSB #7107)
PITTMAN, ROBERTS & WELSH, PLLC
410 South President Street
Jackson, Mississippi 39201
Telephone: (601) 948-6200
Facsimile: (601) 948-6187
cvw@prwlaw.com