|   |   |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** ||
| IN RE: ROUNDUP PRODUCT<br>LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**CERTIFICATE OF SERVICE ON NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PATRICIA WOODRUFF AND THE ESTATE OF RODNEY ALLEN WOODRUFF [14428]** |
| This document relates to:<br><br>*PATRICIA WOODRUFF, et al.*<br>*vs. MONSANTO COMPANY*<br><br>3:19-cv-07531-VC ||

## CERTIFICATE OF SERVICE

I, C. Victor Welsh, III, certify that, on January 2, 2022, I forwarded by electronic mail a copy of undersigned counsel's Notice of Motion and Motion to Withdraw as Counsel for Patricia Woodruff and the Estate of Rodney Allen Woodruff [Dkt. 14428] to:

Ernest W. Stewart
STEWART & ASSOCIATES, PLLC
P. O. Box 2757
Madison, MS 39130
estewart@msattorney.com

As Mississippi Chancery Court Counsel for Patricia Woodruff,
and the Estate of Rodney Allen Woodruff, Deceased

---

CERTIFICATE OF SERVICE ON NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PATRICIA WOODRUFF AND THE ESTATE OF RODNEY ALLEN WOODRUFF [14428]

1

DATED: January 3, 2022

*/s/ C. Victor Welsh, III*
C. VICTOR WELSH, III (MSB #7107)
cvw@prwlaw.com
**PITTMAN, ROBERTS & WELSH, P.L.L.C.**
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

## **CERTIFICATE OF SERVICE**

I, C. Victor Welsh, III, hereby certify that, on January 3, 2022, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record, in accordance and in a manner as authorized by **F.R.C.P. 5(b)2.**

*/s/ C. Victor Welsh, III*
C. VICTOR WELSH, III (MSB #7107)
cvw@prwlaw.com
**PITTMAN, ROBERTS & WELSH, P.L.L.C.**
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187