UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Koen v. Monsanto*, Case No. 20-cv-03074<br><br>*Vosper v. Monsanto,* Case No. 19-cv-05525<br><br>*Chapman v. Monsanto*, Case No. 20-cv-01277<br><br>*Schaffner v. Monsanto*, Case No. 19-cv-07526 | **PRETRIAL ORDER NO. 262: DENYING MOTIONS TO EXCLUDE CERTAIN WAVE 3 SPECIFIC CAUSATION EXPERTS** |

Monsanto's motions to exclude Dr. Freeman (*Koen*), Dr. Boyd (*Vosper*), Dr. Smith (*Chapman*), and Dr. Schiff (*Schaffner*) are denied for the reasons stated in Pretrial Order No. 85. While the experts' opinions may be shaky in some regards, all are admissible and Monsanto's challenges are best addressed through cross-examination rather than exclusion.

**IT IS SO ORDERED.**

Dated: January 3, 2022

VINCE CHHABRIA
United States District Judge