UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Solis v. Monsanto, Case No. 20-cv-07391* | **PRETRIAL ORDER NO. 264: DISMISSING WITH PREJUDICE WAVE 3 PLAINTIFF SOLIS' CLAIMS FOR FAILURE TO PROSECUTE** |

The Court dismisses with prejudice the claims of Wave 3 Plaintiff Silvia Solis for failure to prosecute under Federal Rule of Procedure 41(b). Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("courts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances"). The circumstances of this case warrant sua sponte dismissal. Over the course of nearly a year, Solis did not submit a Plaintiff Fact Sheet, did not submit any specific causation expert report (which is necessary to advance her claims), and did not oppose Monsanto's motions for summary judgment, all despite court-ordered deadlines to do so. *See generally* Case Dkt. No. 20-cv-07391. As of July 30, 2021, Solis had not responded to any of Monsanto's requests for information or discovery, and nothing in the record suggests that Solis has since responded. *See* Dkt. 8-2. Solis has not come forward with any explanation for the extended period of inactivity, sought an extension of any of the relevant deadlines, or otherwise indicated an intention to prosecute the case. Accordingly, in light of the repeated violations of court-ordered deadlines and the unexplained multi-month failure to prosecute, the Court dismisses Solis' claims with prejudice.

**IT IS SO ORDERED.**

Dated: January 4, 2022

VINCE CHHABRIA
United States District Judge