JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
O'Brien Law LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
Phone: (419) 930-6401
Fax:   (419) 930-6403
Email: jim@obrien.law

*Counsel for The Estate of William Setzer*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.          2741<br>Master Docket No. 16-MD-2741-VC |
| This document relates to:<br>**WILLIAM SETZER** *et al*,<br>         Plaintiff,<br>v.<br>**MONSANTO COMPANY**,<br>         Defendant. | Case No.:   3:17-cv-3448<br>Judge:       Hon. Vince Chhabria |

## SUGGESTION OF DEATH

To:   All Counsel of Record

Please take notice that Plaintiff William Setzer died on October 19, 2021. Plaintiff will file a substitution of parties pursuant to Rule 25(A).

January 4, 2022                    O'Brien Law LLC,

                                   */s/ James G. O'Brien*
                                   James G. O'Brien (Cal. 308239, Ohio 0088460)
                                   O'BRIEN LAW, LLC
                                   405 Madison Ave., 10th Floor
                                   Toledo, Ohio 43604
                                   Tel.   (419) 930-6401
                                   Fax   (419) 930-6403
                                   Email  jim@obrien.law

                                   *Counsel for Plaintiffs The Estate of William Setzer and Pamela Setzer*

**CERTIFICATE OF SERVICE**

I transmitted a true and accurate copy of the foregoing upon:

>Joe G. Hollingsworth
>HOLLINGSWORTH LLP
>1350 I Street, N.W.
>Washington, DC 20005
>(202) 898-5800
>Fax: (202) 682-1639
>Email: jhollingsworth@hollingsworthllp.com
>
>*Counsel for Monsanto Company*

by filing a copy on the Court's electronic filing system.

| | |
|---|---|
| January 4, 2022 | */s/ James G. O'Brien* |
| | James G. O'Brien (Cal. 308239, Ohio 0088460) |

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401