|   |   |
|---|---|
| 1 | Jordan Kane |
| 2 | SHOOK, HARDY & BACON L.L.P. |
|   | 2555 Grand Blvd. |
| 3 | Kansas City, MO 64108 |
|   | Phone: (816) 474-6550 |
| 4 | Fax: (816) 421-5547 |
|   | jkane@shb.com |

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF WITHDRAWAL FOR JORDAN A. KANE ON BEHALF OF MONSANTO COMPANY** |
| *John J. Shahady v. Monsanto Company* Case No. 3:19-cv-07860-VC |  |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Comes now Jordan A. Kane and withdraws as co-counsel of record for Defendant MONSANTO COMPANY in the above-captioned matter.

January 4, 2022                                     Respectfully Submitted,

By: */s/ Jordan A. Kane*
    Jordan A. Kane
    SHOOK, HARDY & BACON L.L.P.
    2555 Grand Blvd.
    Kansas City, MO 64108
    Phone: (816) 474-6550
    Fax: (816) 421-5547
    jkane@shb.com

    *Attorney for Defendant*
    *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, Jordan A. Kane, hereby certify that, on January 4, 2022, I electronically filed WITHDRAWAL OF ATTORNEY OF JORDAN A. KANE ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: January 4, 2022

Respectfully submitted,

*/s/ Jordan A. Kane*
Jordan A. Kane
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
jkane@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*