UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Coffman v. Monsanto*, Case No. 21-cv-02505 | **PRETRIAL ORDER NO. 266: DENYING MOTION FOR ATTORNEY'S FEES**<br><br>Re: Dkt. No. 15; MDL Dkt. No. 14116 |

Coffman's motion for attorney's fees is denied because Monsanto had an objectively reasonable basis to seek removal from Virginia state court. *Martin v. Franklin Cap. Corp.*, 546 U.S. 132, 141 (2005). Although the Court granted Coffman's motion to remand after finding that Coffman may be able to pursue a claim against Valley Fertilizer, the decision to grant remand does not establish that Monsanto lacked an objectively reasonable basis for removal. *Lussier v. Dollar Tree Stores, Inc.*, 518 F.3d 1062, 1065 (9th Cir. 2008). Virginia law imposes a heightened knowledge standard for a failure-to-warn claim, and Monsanto reasonably argued that the evidence produced in discovery established that non-diverse defendant Valley Fertilizer did not have knowledge of the risks that it allegedly failed to warn Coffman about. The parties will bear their own fees.

**IT IS SO ORDERED.**

Dated: January 5, 2022

VINCE CHHABRIA
United States District Judge