UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Coffman v. Monsanto*, Case No. 21-cv-02505 | **ORDER DIRECTING REMAND** |

Coffman's motion for remand was granted (dkt. 14; MDL dkt. 14043) and motion for attorney's fees was denied (dkt. 17; MDL dkt. 14442).  Accordingly, the Clerk of Court is directed to remand this case to the Circuit Court for the City of Richmond.

**IT IS SO ORDERED.**

Dated: January 5, 2022

VINCE CHHABRIA
United States District Judge