**MALBROUGH FIRM, LLC**
Trey J. Malbrough
Bar Number: ASB-2898-R46M
Age Herald Building
2107 Fifth Avenue North, Suite 301
Birmingham, Alabama 35203
Telephone:  (205) 701-0707
Facsimile:  (205) 820-0123
Email:  trey@tmbfirm.com
*Attorney for Plaintiff Michael Randy Hayes*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2741 |
| | § | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | § § § § | **NOTICE OF WITHDRAWAL OF MOTION TO REMAND *HAYES* CASE** |
| *Michael Randy Hayes v. Monsanto Company Corporation, et al.* | § § § § | |
| Case No. 3:21-cv-00965-VC | § § § | |

## NOTICE OF WITHDRAWAL OF MOTION TO REMAND *HAYES* CASE

Plaintiff hereby notices the withdrawal of his *Motion to Remand,* ECF No. 3.

**DATED:  January 5, 2022.**          *Respectfully Submitted,*

**/s/Trey J. Malbrough**
Trey J. Malbrough
Bar Number: ASB-2898-R46M
The Malbrough Firm LLC
Age Herald Building
2107 Fifth Avenue North, Suite 301
Birmingham, Alabama 35203
Telephone:  (205) 701-0707
Facsimile:  (205) 820-0123
Email:  trey@tmbfirm.com
*Attorney for Plaintiff Michael Randy Hayes*

## CERTIFICATE OF SERVICE

This is to certify that on **January 5, 2022**, I caused a copy of the foregoing to be served upon the Court and all parties via ECF.

**/s/Trey J. Malbrough**
Trey J. Malbrough