**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald (Pro Hac Vice)
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
rgreenwald@weitzlux.com

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
940 N. Lincoln St.
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
Awagstaff@wagstafflawfirm.com

*Co-Lead Counsel for Plaintiffs*, and

**THE MILLER FIRM, LLC**
Nancy Miller
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
nmiller@millerfirmllc.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *All Cases* | **CO-LEAD COUNSEL'S NOTICE OF MOTION AND MOTION TO SUBSTITUTE CO-LEAD COUNSEL** |
| | Date: February 10, 2022<br>Time: 10:00am PT<br>Courtroom: 4-17th Floor |

1
CO-LEAD COUNSEL'S NOTICE OF MOTION AND MOTION TO SUBSTITUTE CO-LEAD COUNSEL

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 10, 2022 at 10:00 am or soon thereafter as the matter may be heard, before the Honorable Vince Chhabria, Courtroom 4 – 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiffs' Co-Lead Counsel will move this Court for an order substituting David Dickens, Esq. for Michael J. Miller (Deceased), as Plaintiffs' Co-Lead Counsel.

DATED: January 6, 2021				Respectfully submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff (SBN 278480)
**ANDRUS WAGSTAFF, PC**
940 N. Lincoln St.
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
Awagstaff@wagstafflawfirm.com

/s/ Robin L. Greenwald
**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald (Pro Hac Vice)
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*, and

/s/ Nancy Miller
Nancy Miller
**THE MILLER FIRM LLC**
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
nmiller@millerfirmllc.com

# MOTION

1. On December 7th, 2016 this Court appointed Michael Miller of the Miller Firm, LLC as Co-Lead Counsel along with Robin Greenwald and Aimee Wagstaff. (*see* PTO 4)

2. On November 24th, 2021, Michael Miller unexpectedly passed away.

3. Remaining Co-Lead Counsel Robin Greenwald and Aimee Wagstaff, as well as the remaining founding partner of the Miller Firm, Nancy Miller, Esquire, all request that David Dickens, Esquire of the Miller Firm be substituted in place of Michael Miller as Co-Lead Counsel.

4. Mr. Dickens has extensive experience in the Roundup Litigation and other complex litigations, as detailed in the attached declaration.

5. Counsel for Monsanto does not oppose this motion.

Wherefore, for all the foregoing reasons, Co-Lead Counsel Robin Greenwald and Aimee Wagstaff as well as Nancy Miller request that the Court enter an order appointing David Dickens as Co-Lead Counsel in this matter.

DATED: January 6, 2022               Respectfully submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff (SBN 278480)
**ANDRUS WAGSTAFF, PC**
940 N. Lincoln St.
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
Awagstaff@wagstafflawfirm.com

/s/ Robin L. Greenwald
**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald (Pro Hac Vice)
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
rgreenwald@weitzlux.com

1
2
3                                          *Co-Lead Counsel for Plaintiffs*, and
4                                          /s/ Nancy Miller
                                           Nancy Miller
5                                          **THE MILLER FIRM LLC**
                                           108 Railroad Ave.
6                                          Orange, VA 22960
                                           Telephone: (540) 672-4224
7                                          Facsimile: (540) 672-3055
                                           nmiller@millerfirmllc.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CO-LEAD COUNSEL'S NOTICE OF MOTION AND MOTION TO SUBSTITUTE CO-LEAD COUNSEL