UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |

### DECLARATION OF DAVID J. DICKENS

I, David J. Dickens, declare and state as follows:

1. I am an attorney duly licensed to practice in the Commonwealth of Virginia and the District of Columbia. I am a senior partner in the Miller Firm, LLC where I have been practicing since 2006.

2. I have litigated environmental and complex product liability cases for the entirety of my legal career. I have held leadership positions in several MDLs and coordinated state court proceedings, including being appointed to the Plaintiffs' Steering Committee in *In re Fosamax (Alendronate Sodium) Products Liability Litigation (No. II)*, MDL no. 2243, District of New Jersey.

3. In litigation involving the pharmaceutical Avandia, I played a crucial role on the Discovery Committee where I personally conducted depositions of corporate officers and expert witnesses, drafted motions to dismiss, developed plaintiffs' expert witnesses, and coordinated document review and discovery.

4. In litigation involving the drug Actos, I was trial counsel, together with Michael Miller, in six bladder cancer cases. The Miller Firm obtained plaintiffs' verdicts in five of the six Actos trials.

5. I have also served as lead counsel in litigation against state sponsors of terrorism for their role in terrorist attacks on United States citizens and government employees. I was co-lead counsel in an action against the Republic of Sudan and the Islamic Republic of Iran for their role in the 1998 Embassy Bombings in Kenya and Tanzania, resulting in an $8 billion judgment for plaintiffs. This judgement was upheld by the United States Court of Appeals for the District of Columbia Circuit and the United States Supreme Court.

6. I have been involved in the Roundup litigation since its inception. I was co-lead trial counsel in the *Johnson* case (co-led by Brent Wisner), was a member of the trial team in *Pilliod*, and was co-lead trial counsel in a multi-plaintiff trial in the City of St. Louis that was resolved after the selection of a jury.

7. Throughout my work I have distinguished myself as a cooperative and collaborative colleague. I have worked closely with co-lead counsel Robin Greenwald and Aimee Wagstaff and members of the Plaintiffs' Executive Committee since the beginning of this MDL.

8. I have also worked extensively with Special Master Ken Feinberg over the past 15 years, including most recently in the Roundup and Embassy Bombing litigations. I have also worked with counsel for Monsanto in a courteous and professional manner throughout the discovery process, trial and efforts to reach a successful resolution of all cases.

9. The Miller Firm continues to move forward in the legacy of its founder Michael Miller. The firm has the dedication, financial resources, and litigation experience to meet the current and future challenges of this MDL. The firm has continued to meet its financial obligations

as co-lead counsel of this MDL even after the tragic and untimely passing of Michael Miller and will invest whatever resources are necessary to successfully bring this MDL to a successful resolution.

10. I understand the need to commit fully to this MDL. I recognize the tremendous obligation that is owed to plaintiffs and their counsel in the role as co-lead counsel. I will use my experience in this litigation, knowledge of the issues, and relationships that I have cultivated over the years to accomplish the duties and responsibilities of co-lead counsel.

11. Based on the totality of my experiences and the substantial resources of The Miller Firm, I respectfully request that I be substituted for my former partner Michael J. Miller as co-lead counsel of this MDL.

12. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Executed on the 29th day of December 2021 in the Commonwealth of Virginia.

_____
David J. Dickens