UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:  ROUND UP PRODUCTS ) MDL No.  2741
LIABILITY LITIGATION )
 )
 ) Case No:  3:16-md-2741
 )
This Document Relates to: )
 )
*McClellan v. Monsanto Co.*, 2:19-cv-00818 )
U.S. District Court, District of Utah )
 )

**MOTION TO SUBSTITUTE PROPER PARTY**

Pursuant to Federal Rule of Civil Procedure 25(a), Haylee Ann McClellan (now known as Haylee Ann McClellan Maybe), as Personal Representative of the Estate of Michael V. McClellan, files this Motion to Substitute Proper Party and respectfully submits as follows:

1. This is a product liability action brought by Plaintiff Michael V. McClellan ("Plaintiff"). Plaintiff alleges that he was diagnosed with Chronic Myelomonocytic Leukemia ("CMML") as a result of his exposure to Roundup® manufactured and marketed by Defendant.

2. On October 24, 2019, Plaintiff filed his original Complaint and Jury Demand against Defendants in the United States District Court in the Central Division for the District of Utah alleging strict product liability, negligence, breach of warranty, and fraud, and other causes of action.  On, or about, December 9, 2019 Defendant filed its' answer in the United States District Court for the District of Utah.

3. On November 20, 2019 the United States Judicial Panel on Multidistrict Litigation, In Re: Roundup Products Liability Litigation (MDL No. 2741) transferred the

subject case from the District of Utah to MDL 2741 pending in the United States District Court for the Northern District of California pursuant to Conditional Transfer Order (CTO-169).

4. Plaintiff died on July 22, 2021. Haylee Ann McClellan (now known as Haylee Ann McClellan Maybe) was appointed as Personal Representative of the Estate of Michael V. McClellan by the Fourth Judicial District Court, Utah County, State of Utah, Probate No. 213400620 on July 28, 2021. A copy of the Letters of Administration is attached hereto as Exhibit A.

5. Plaintiff filed a suggestion of death under Rule 25(a), FRCP on January 6, 2022.

6. Fed. R. Civ. P. 25(a) provides that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by…the decedent's successor or representative." Michael V. McClellan's claim was not extinguished by his death and his action survives to and in favor of his heirs. Accordingly, Haylee Ann McClellan Maybe, as the Personal Representative of Michael V. McClellan's estate, should and hereby moves to be substituted as the proper party for the Decedent on behalf of his estate and all wrongful death beneficiaries.

**CONCLUSION AND PRAYER**

For all the foregoing reasons, Haylee Ann McClellan Maybe requests that the Court substitute Haylee Ann McClellan Maybe, as Personal Representative of the Estate of Michael V. McClellan, as Plaintiff in this case and for such other relief as to which she may be justly entitled. Dated this 6th day of January 2022.

CHRISTENSEN YOUNG & ASSOCIATES, PLLC
*/s/ Steven A. Christensen*
Steven A. Christensen
Cameron S. Christensen
9980 So. 300 West, Suite 200
Sandy, Utah 84070
T: (801) 676-6447
Steven@christensenyounglaw.com
Cameron@christensenyounglaw.com

**CERTIFICATE OF SERVICE**

I, Steven A. Christensen, hereby certify that on January 6, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/Steven A. Christensen*

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel for Plaintiff conferred with counsel for Defendants regarding all matters set forth in this Motion on January 6, 2022 and that counsel for Defendants are unopposed to the relief of such filing to all registered attorneys of record.

*/s/Steven A. Christensen*

# EXHIBIT A

**The Order of the Court is stated below:**
**Dated:** July 28, 2021             /s/   ANTHONY HOWELL
07:39:25 AM                    District Court Judge

JENS P. NIELSON (8246)
ATTORNEY FOR APPLICANT
946 North 200 East
Spanish Fork, Utah 84660
Phone: (801) 794-2084
Fax: (801) 794-1017
Email: jens@jensplaw.com

IN THE FOURTH JUDICIAL DISTRICT COURT
UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF:<br><br>Michael V. McClellan,<br><br>Deceased. | Statement of Informal Appointment of Personal Representative<br><br>Probate No. 213400620 |

    Upon consideration of the Application for Informal Appointment of Personal Representative filed by Haylee Ann McClellan on July 22, 2021, the Registrar finds that:

    1.    The application is complete.

    2.    The applicant has made oaths or affirmations that the statements contained in the application are true to the best of her knowledge and belief.

    3.    The applicant appears from the application to be an interested person as defined by the Utah Uniform Probate Code.

    4.    On the basis of the statements in the application, venue is proper.

    5.    Any required notice has been given or waived.

2

      6.      On the basis of statements in the application, no personal representative has been appointed in this state or elsewhere.

      7.      It appears from the application that the time limit for informal appointment has not expired.

      8.      On the basis of statements in the application, the decedent died intestate.

      9.      The application does not indicate the existence of a possible unrevoked testamentary instrument which may relate to the property subject to the laws of this state, and which is not filed for probate in this court.

      10.     Based on statements in this application, the person whose appointment as personal representative is sought is qualified to act as personal representative, has been chosen to serve by all interested parties, and has a right to appointment that is equal to all interested parties.

      11.     Bond is not required.

      12.     The applicable time period within which no action can be taken on an application for informal appointment has elapsed.

      THEREFORE:

      1.      Haylee Ann McClellan is hereby appointed as personal representative of the decedent to act without bond.

      2.      Letters of administration will be issued upon qualification and acceptance.

*Effective as of the time and date digitally signed by the Court on page one above.*

2

The Order of the Court is stated below:
Dated: August 02, 2021         /s/   RACHELLE OLSEN
02:24:09 PM                    District Court Clerk

JENS P. NIELSON (8246)
ATTORNEY FOR APPLICANT
946 North 200 East
Spanish Fork, Utah 84660
Phone: (801) 794-2084
Fax: (801) 794-1017
Email: jens@jensplaw.com

IN THE FOURTH JUDICIAL DISTRICT COURT
UTAH COUNTY, STATE OF UTAH

| IN THE MATTER OF THE ESTATE OF: | Letters of Administration |
|---|---|
| Michael V. McClellan, Deceased. | Probate No. 213400620 |

HAYLEE ANN MCCLELLAN has been duly appointed and qualified as Personal Representative of the Estate of Michael V. McClellan with all authority pertaining thereto. Administration of the estate is unsupervised.

These Letters are issued to evidence the appointment, qualification, and authority of the said personal representative.

*Effective as of the time and date digitally signed by the Court above.*

1