UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUND UP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| _____ | Case No. 3:16-md-2741 |
| This Document Relates to: | ORDER No. GRANTING MOTION TO |
| *McClellan v. Monsanto Co.*, 2:19-cv-00818 U.S. District Court, District of Utah _____ | SUBSTITUTE PROPER PARTY |

  Michael V. McClellan filed suit against Monsanto in U.S. District Court, District of Utah for injuries that he allegedly suffered as a result of his use of Roundup. On November 20, 2019 the United States Judicial Panel on Multidistrict Litigation, In Re: Roundup Liability Litigation (MDL No. 2741) transferred the subject case from the District Court of Utah to the MDL 2741 action pending in the Untied States District Court for the Northern District of California pursuant to Conditional Transfer Order (CTO- 169).

  Plaintiff Michael V. McClellan passed away on July 22, 2021 and Haylee Ann McClellan (now known as Haylee Ann McClellan Maybe) was appointed as Personal Representative for the Estate of Michael V. McClellan in the Fourth Judicial District Court, Utah County, State of Utah.

  Pursuant to Federal Rules of Civil Procedure 25 (a) Haylee Ann McClellan Maybe filed a Motion to Substitute Proper Party for the Estate of Michael V. McClellan. Monsanto has expressed to counsel for Plaintiff McClellan that it does not oppose said Motion (Document 14452).

  Based upon the pleadings, and non-opposition to the Motion for Substitution of the Proper Party by Defendant Monsanto, **the Motion is hereby Granted**.

**IT IS SO ORDERED**.

Dated:_____

_____.
VINCE CHHABRIA
United States District Judge