UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Chapman v. Monsanto*, Case No. 20-cv-01277 | **ORDER REGARDING PRIOR LIMITATIONS PLACED ON SPECIFIC CAUSATION EXPERTS' TESTIMONY**<br>Re: Dkt. No. 28 |

In connection with the motion to strike in *Chapman v. Monsanto* (dkt. 28), the Court seems to recall discussing with Monsanto whether the restriction on general causation testimony by specific causation experts would continue to apply following the bellwethers. Can Monsanto point the Court to a hearing transcript where this discussion took place? A response is requested by letter, with no argument, by end of day **January 13, 2022.**

**IT IS SO ORDERED.**

Dated: January 10, 2022

_____
VINCE CHHABRIA
United States District Judge