**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:  202-942-5000
Fax: 202-942-5999

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax: 202-682-1639

*Attorneys for Defendant Bayer AG*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | ) ) **DECLARATION OF KEITH R. ABRAMS** |
| *Ralph Applegate v. Bayer AG*, Case No. 3:19-cv-06800-VC | ) **IN SUPPORT OF DEFENDANT BAYER** ) **AG'S MOTION FOR JUDGMENT ON THE** ) **PLEADINGS** ) |

I, Keith R. Abrams, declare as follows:

1. I am over the age of eighteen. If I were called to testify, I could and would competently testify to the statements set forth below. The statements made in this declaration are based on my personal knowledge.

2. I am Vice President, Head of Corporate Law and Assistant Secretary for Bayer U.S. LLC (and am currently employed by that company) and am also Vice President, Head of Corporate Law and Assistant Secretary for Bayer Corporation. I have served in those functional roles for more than ten years. In the course of my employment, I have become knowledgeable about: (a) the corporate organization of Bayer AG and its U.S. subsidiaries; and (b) where the offices of Bayer AG and its U.S. subsidiaries are located.

3. Bayer U.S. LLC and Bayer Corporation are each an indirect, wholly-owned subsidiary of Bayer AG. Bayer AG is a German "aktiengesellschaft" (or stock company). The headquarters office of Bayer AG is located in Leverkusen, Germany.

4. I was first employed by Bayer Corporation in January 1999. From January 1999 to August 2002, my office was located in West Haven, Connecticut. From August 2002 to August 2019, my office was located at 100 Bayer Road in Pittsburgh, Pennsylvania. That Pittsburgh office location was closed in December 2019. Since August 2019, my office has been located in Whippany, New Jersey.

5. At no time during the term of my employment (January 1999 to the present) has the 100 Bayer Road address in Pittsburgh, Pennsylvania been Bayer AG's address. At no time during the term of my employment has Bayer AG had an office in Pittsburgh or a registered agent for service of process in Pittsburgh.

6.      My job duties have required me to travel to Bayer AG's headquarters office in Leverkusen, Germany for meetings. I have traveled to that headquarters office more than ten times; my last trip was in November 2019. At all times during the term of my employment (January 1999 to the present), Bayer AG's address has been in Leverkusen, Germany.

Executed on January 7, 2022 in Morris Plains, New Jersey

_____
Keith R. Abrams