Matthew Donahue (SBN 325941)
mdonahue@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
Monsanto Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Jeffrey Westfall, et al. v. Monsanto Company* Case No. 3:21-cv-02909 VC | **NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Matthew Donahue of Shook, Hardy & Bacon L.L.P., as counsel of record for Defendant Monsanto Company in the above-referenced action. Copies of all pleadings and notices pertaining to the above entitled matter should be forwarded to counsel at the following address:

Matthew Donahue
mdonahue@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Dated:  January 10, 2022            SHOOK HARDY & BACON L.L.P.

                                    By: */s/ Matthew Donahue*
                                        Matthew Donahue

                                    Attorneys for Defendant
                                    Monsanto Company