UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Mendoza v. Monsanto, Case No. 16-cv-06046* | **DENYING MOTION FOR SUMMARY JUDGMENT ON NON-CAUSATION GROUNDS**<br><br>Re: Dkt. No. 121 |

To avoid relitigating issues previously ruled upon by the Court but to fully preserve the appellate record, Monsanto moves for summary judgment on non-causation grounds by incorporating previously filed pleadings.  Monsanto's motion is denied for the reasons set forth in the Court's prior orders.  *See Hardeman v. Monsanto* Co., 216 F. Supp. 3d 1037 (N.D. Cal. 2016); Pretrial Order No. 101.

**IT IS SO ORDERED.**

Dated: January 10, 2022

VINCE CHHABRIA
United States District Judge