UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Mendoza v. Monsanto*, Case No. 16-cv-06046 | **DENYING MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERTS ON DAUBERT GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>Re: Dkt. No. 122 |

To avoid relitigating issues previously ruled upon by the Court but to fully preserve the appellate record, Monsanto moves to exclude the plaintiff's general causation experts and moves for summary judgment on causation grounds by incorporating previously filed pleadings. Monsanto's motion is denied for the reasons set forth in the Court's prior orders. *See, e.g.*, *In re Roundup Prod. Liab. Litig.*, 390 F. Supp. 3d 1102 (N.D. Cal. 2018).

**IT IS SO ORDERED.**

Dated: January 10, 2022

VINCE CHHABRIA
United States District Judge