UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Denkins v. Monsanto*, Case No. 20-cv-03301<br>*Garza v. Monsanto*, Case No. 20-cv-06988 | **ORDER ENTERING JUDGMENT FOR MONSANTO** |

For the reasons stated in Pretrial Order No. 261 (MDL dkt. 14418), the Court enters judgement in favor of Monsanto in both the *Denkins* and *Garza* actions. This Order disposes of both cases.

**IT IS SO ORDERED.**

Dated: January 11, 2022

VINCE CHHABRIA
United States District Judge