

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONSTEKLOFF.COM
———
A LIMITED LIABILITY
PARTNERSHIP

January 13, 2022

**VIA ECF**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA  94102

>   Re:   *In re Roundup Prods. Liab. Litig.*, **No. 16-md-02741-VC; General-causation testimony from specific-causation experts**

Dear Judge Chhabria:

Upon review of the record and consulting Plaintiffs' counsel, Monsanto has identified the following documents that may be responsive to the Court's query.

1. **2/13/2019 Hearing Tr. 82:10-92:20:**  Argument on the scope of general-causation testimony Monsanto's specific-causation experts could offer in the bellwether trials.

2. **12/16/2019 Hearing Tr. 27:11-43:16:**  Argument on possible limitations regarding Monsanto's experts in the *Stevick* case.  The Court did not rule on the issue in light of the resolution of *Stevick*.

3. **PTO 180:**  Holding that the parties were not limited in any Wave 1 case to the general-causation experts called during the *Daubert* proceedings in 2017.

>   Respectfully submitted,
>
>   */s/ Brian L. Stekloff*
>   Brian L. Stekloff (*pro hac vice*)
>   WILKINSON STEKLOFF LLP
>   2001 M Street NW, 10th Floor
>   Washington, DC 20036
>   Telephone: (202) 847-4000
>   Facsimile: (202) 847-4005
>   bstekloff@wilkinsonstekloff.com

Cc: Counsel of Record (via ECF)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 13th day of January 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                                                                */s/ Brian L. Stekloff*