UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GILMORE, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>MONSANTO COMPANY,<br><br>   Defendant. | MDL No. 2741<br><br>Case No. 3:21-cv-08159<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINSTRATIVE MOTION TO SET SCHEDULE FOR BRIEFING ON PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND EXTEND THE PAGE LIMIT FOR CERTAIN BRIEFS** |

  Plaintiffs Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell, and Kristy Williams ("Plaintiffs") and Defendant Monsanto Company ("Defendant," and together with Plaintiffs, the "Parties") Joint Administrative Motion to Set Schedule for Briefing on Preliminary Approval of Proposed Class Action Settlement and Extend the Page Limit for Certain Briefs is GRANTED.  The Court sets the following schedule and, where indicated, extends the page limits for certain briefs:

- Renewed Motion for Preliminary Approval (50 pages):  **Thursday, January 20, 2022**

- Oppositions to Preliminary Approval (50 pages):  **Thursday, March 3, 2022**

- Replies in Support of Motion for Preliminary Approval (35 pages to respond to each opposition):  **Thursday, March 31, 2022**

- Preliminary Approval Hearing:  **Thursday, April 14, 2022**

**IT IS SO ORDERED.**

Dated: _____          _____
                                  THE HON. VINCE CHHABRIA
                                  UNITED STATES DISTRICT JUDGE