# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **[PROPOSED]** ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINES IN WAVE 4-6 CASES |
| ALL ACTIONS | |

THIS MATTER came before the Court based on Monsanto's unopposed motion for an extension of deadlines in Wave 4-6 cases. Having reviewed the motion and finding good cause shown, the Court GRANTS Monsanto's unopposed motion as detailed below:

**Wave 4 Schedule:**

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 14 days from entry of this order | No change |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 14 days from entry of this order | No change |
| Deficiency letter(s) sent. | 4 business days from receipt of PFS | No change |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter | No change |
| Close of fact discovery. | 3/11/2022 | 6/9/2022 |
| Plaintiffs' expert reports due. | 3/25/2022 | 6/23/2022 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 4 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 4/1/2022 | 6/30/2022 |
| Monsanto's expert reports due. | 4/25/2022 | 7/25/2022 |
| Close of expert discovery. | 5/25/2022 | 8/23/2022 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | 6/8/2022 | 9/6/2022 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 6/22/2022 | 9/20/2022 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 6/29/2022 | 9/27/2022 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | 7/12/2022 | 10/10/2022 |
| *Daubert* hearing (if necessary). | 8/22/2022 | 11/21/2022 |

**Wave 5 Schedule:**

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 14 days from entry of this order or pursuant to PTO 50, whichever is earlier | No change |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 14 days from entry of this order | No change |
| Deficiency letter(s) sent. | 4 business days from receipt of PFS or pursuant to PTO 50, whichever is earlier | No change |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter or pursuant to PTO 50, whichever is earlier | No change |
| Close of fact discovery. | 9/12/2022 | 12/12/2022 |
| Plaintiffs' expert reports due. | 9/26/2022 | 12/27/2022 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the Wave 5 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 10/3/2022 | 1/2/2023 |
| Monsanto's expert reports due. | 10/26/2022 | 1/24/2023 |
| Close of expert discovery. | 12/12/2022 | 3/13/2023 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Monsanto's Daubert and summary judgment briefs due. | 1/13/2023 | 4/13/2023 |
| Plaintiffs' opposition and cross-motions re: Daubert and summary judgment due. | 1/27/2023 | 4/27/2023 |
| Monsanto's oppositions and replies re: Daubert and summary judgment due. | 2/3/2023 | 5/4/2023 |
| Plaintiffs' replies re: Daubert and summary judgment due. | 2/17/2023 | 5/18/2023 |
| Daubert hearing (if necessary). | 3/27/2023 | 6/26/2023 |

**Wave 6 Schedule:**

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 14 days from entry of this order or pursuant to PTO 50, whichever is earlier | No change |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 14 days from entry of this order | No change |
| Deficiency letter(s) sent. | 4 business days from receipt of PFS or pursuant to PTO 50, whichever is earlier | No change |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter or pursuant to PTO 50, whichever is earlier | No change |
| Close of fact discovery. | 3/13/2023 | 6/12/2023 |
| Plaintiffs' expert reports due. | 3/27/2023 | 6/26/2023 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the Wave 6 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 4/3/2023 | 7/3/2023 |
| Monsanto's expert reports due. | 4/27/2023 | 7/26/2023 |
| Close of expert discovery. | 5/31/2023 | 8/29/2023 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Monsanto's Daubert and summary judgment briefs due. | 6/14/2023 | 9/12/2023 |
| Plaintiffs' opposition and cross-motions re: Daubert and summary judgment due. | 6/28/2023 | 9/26/2023 |
| Monsanto's oppositions and replies re: Daubert and summary judgment due. | 7/7/2023 | 10/5/2023 |
| Plaintiffs' replies re: Daubert and summary judgment due. | 7/21/2023 | 10/19/2023 |
| Daubert hearing (if necessary). | 8/31/2023 | 11/29/2023 |

Date: _____January 14_____, 2022

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT