# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*All Cases* | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**[PROPOSED]** ORDER SUBSTITUTING DAVID J. DICKENS AS CO-LEAD COUNSEL FOR MICHAEL J MILLER |
|---|---|

On Motion of Co-Lead Counsel Robin Greenwald and Aimee Wagstaff, with the concurrence of Nancy Miller, Esquire of the Miller Firm, LLC it is hereby ordered that David Dickens is substituted as Co-Lead Counsel for Plaintiffs in place of Michael J. Miller, deceased.

Date: January 14, 2022

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT