James P. Frantz, Esq. (SBN 87492)
E: jpf@frantzlawgroup.com
William B. Shinoff, Esq. (SBN 280020)
E: wshinoff@frantzlawgroup.com
FRANTZ LAW GROUP, APLC
402 West Broadway, Suite 860
San Diego, CA 92101
Tel: (619) 233-5945
Fax: (619) 525-7672
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOSEPH WALLACE, by and through its personal representative ELIZABETH WALLACE; and ELIZABETH WALLACE, surviving spouse of JOSEPH WALLACE, <br><br> Plaintiffs <br><br> v. <br><br> MONSANTO COMPANY; and DOES 1 through 100, inclusive <br><br> Defendants. | MDL. No. 2741 <br> Case No. 16-md-07241-VC <br><br> **CASE CONTACT COUNSEL INFORMATION** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **Case Counsel Contact Information** |
| *All Cases* | |

### Case Counsel Contact Information

1. Case Name(s) and Case Number(s):
   Estate of Joseph Wallace; and Elizabeth Wallace, surviving spouse of Joseph Wallace

2. Lead Counsel Contact Information (Attorney, Law Firm, Address, E-mail, Phone Number):
   James P. Frantz, Esq. Frantz Law Group, APLC, 402 West Broadway, Ste. 860, San Diego, 92101, (619) 233-5945 ; jpf@frantzlawgroup.com
   William B. Shinoff, Esq. Frantz Law Group, APLC, 402 West Broadway, Suite 860, San Diego, CA, 92101, (619) 233-5945

3. Other Attorneys/Staff to be noticed: (Name, Law Firm, Address, E-mail, Phone Number):
   William B. Shinoff, Esq. Frantz Law Group, APLC, 402 West Broadway, Suite 860, San Diego, CA, 92101, (619) 233-5945 ; wshinoff@frantzlawgroup.com

1

## CERTIFICATE OF SERVICE

I hereby certify that, on January 18, 2022 service of this document was accomplished pursuant to the Court's electronic filing procedures by serving this document through the ECF system.

By: _____
Rosa Urias