UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Vosper, et. al. v. Monsanto, Case No. 19-cv-05525* | **PRETRIAL ORDER NO. 269: DENYING MOTION TO STRIKE PORTIONS OF BOYD'S SUPPLEMENTAL EXPERT REPORT**<br><br>Re: Dkt. No. 20 |

Monsanto's motion to strike portions of Dr. Boyd's supplemental expert report is denied. Boyd's after-the-fact commentary on his deposition is not appropriate subject matter for a supplemental report and it should not have been included in the report. That said, the sections of the supplemental report that Monsanto seeks to strike do not present new or supplemental opinions, and Monsanto will not suffer prejudice if Boyd testifies to these points at trial.

**IT IS SO ORDERED.**

Dated: January 18, 2022

_____
VINCE CHHABRIA
United States District Judge