UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Blair v. Monsanto*, Case No. 19-cv-07984 | **ORDER ENTERING JUDGMENT FOR MONSANTO** |

Judgment is entered for Monsanto because Blair has not come forward with admissible evidence tending to establish that it was more likely than not that Roundup caused his lymphoma.  *See* Pretrial Order No. 263.

The Clerk of Court will close the case.

**IT IS SO ORDERED.**

Dated: January 18, 2022

_____
VINCE CHHABRIA
United States District Judge