Fatima Abuzerr
MOLL LAW GROUP
22 W. Washington St
Floor 15
T:(312) 462-1700
F:(312)756-0045
fabuzerr@molllawgroup.com
info@molllawgroup.com

**UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No.: 16-md-02741-VC |
| S.R., a minor, by his parent Edith Madrigal v. Monsanto Co., | **DECLARATION OF FATIMA ABUZERR PURSUANT TO CIVIL 7-11(A)** |
| Case. No. 3:20-cv-00050-VC | |

I, Fatima Abuzerr, hereby declare as follows:

1. I am an attorney licensed to practice in the state of Illinois (Bar No. 6335475).

2. I represent Plaintiff S.R., in the above-referenced case.

3. I make this Declaration in support of Plaintiff's Petition for Approval of Compromise of Minor Settlement. Plaintiff simultaneously filed the redacted and unredacted versions of Plaintiff's Petition for Approval of Compromise of Minor Settlement and corresponding attachments to settle the above-referenced case on 12/10/21. Plaintiff separately files the redacted version of the Petition on 1/20/22. The Petition provides details of the proposed settlement between the parties, including information deemed confidential.

Monsanto and to which the parties agreed to maintain as confidential in a Master Settlement Agreement ("MSA") and the Confidential Release, Indemnity, Assignment and Settlement Agreement and Covenant Not to Sue ("Release"). The exhibits contain confidential information regarding the settlement and the details of the Trust Agreement.

4. Pursuant to the MSA and the Release, the parties agreed that the amount of the settlement and terms of the settlement be maintained confidential.

5.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2022             Respectfully submitted,

/s/Fatima Abuzerr
Fatima Abuzerr
MOLL LAW GROUP
22 W. Washington St
Floor 15
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
fabuzerr@molllawgroup.com
info@molllawgroup.com

*Attorney for Plaintiff*