# EXHIBIT A

**NEW PERSONAL ACCOUNT**

ST 94004

**TD Bank**

STORE RC: 5945  ACCOUNT NUMBER: _____
TYPE CODE: 056

REGION: South Florida (21)
TYPE OF ACCOUNT: TD Simple Savings Siml
DATE OPENED: 01/23/2020  OPENED BY: ADRIAN MARRERO

ACCOUNT TITLING / MAILING ADDRESS:

ACCOUNT RELATIONSHIP: UTMA-FL

MIAMI, FL, USA, 33175

CUSTOMER #1  55585342
DATE OF BIRTH: 11/29/2004   HOME PHONE: ( ) -
SIGNER OR BENEFICIARY NOT
IDENTIFICATION (Describe below)
ID Type #1: _____
State/Country of Issuance: _____
Number: _____
Expiration Date: _____

2  TIN: _____
TIN TYPE

ID Type #2: _____
State/Country of Issuance: _____
Number: _____
Expiration Date: _____
VERIFICATION

PRIMARY
IDENTIFICATION (Describe below)
ID Type #1: STATE DRIVERS LICENSE

2  TIN: _____
TIN TYPE

ID Type #2: VOTER REGISTRATION CARD
State/Country of Issuance: _____
Number: TD Visa D/C
Expiration Date: _____
VERIFICATION

[signature]  01/23/2020 DATE

01/23/2020 DATE

MADRIGAL___@___
CUSTOMER #1 EMAIL

CUSTOMER #3
DATE OF BIRTH  HOME PHONE
IDENTIFICATION (Describe below)
ID Type #1: _____
State/Country of Issuance: _____
Number: _____
Expiration Date: _____
LEGAL ADDRESS (No PO Boxes):

TIN: _____
TIN TYPE

ID Type #2: _____
State/Country of Issuance: _____
Number: _____
Expiration Date: _____
VERIFICATION

CUSTOMER #4
DATE OF BIRTH  HOME PHONE
IDENTIFICATION (Describe below)
ID Type #1: _____
State/Country of Issuance: _____
Number: _____
Expiration Date: _____
LEGAL ADDRESS (No PO Boxes):

TIN: _____
TIN TYPE

ID Type #2: _____
State/Country of Issuance: _____
Number: _____
Expiration Date: _____
VERIFICATION

SIGNATURE  DATE
CUSTOMER # 3 EMAIL

SIGNATURE  DATE
CUSTOMER # 4 EMAIL

**IMPORTANT INFORMATION**

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

I/We acknowledge receipt of the Deposit Account Agreement, Account Maintenance Information grid, Fee Schedule and Rates, which govern my/our accounts with the Bank. My/our use of this account shall evidence my/our acceptance of the terms and conditions set forth in the Deposit Account Agreement, Account Maintenance Information grid, Fee Schedule and any Addendums as the same may be amended from time to time. Joint accounts are owned as joint tenants with right of survivorship.

I/We, both individually and on behalf of the account owner, if different, hereby authorize the Bank to, from time to time, request consumer reports containing references about me/us from third parties, such as a consumer reporting agency, in connection with opening and maintaining this account. If you (the Bank) are unable to open a deposit account, you will provide me/us with an additional notice regarding the consumer reporting agency.

By signing this signature card, I/we acknowledge that the deposit account to which I/we am/are being added as a co-owner may have an existing Moneyline account attached. I understanding that a Moneyline account is a line of credit for overdraft protection. I/We acknowledge receipt of the Moneyline Agreement and disclosures and agree to their terms and conditions. I/We understand and agree that, as a co-owner of the deposit account, I/we will be fully responsible for payments on the Moneyline account (including any outstanding balances at this time) and that payment history and other credit information may be reported to consumer reporting agencies.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, each customer signing above certifies that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien), and
4. The Foreign Account Tax Compliance Act (FATCA) code entered on this form (if any) indicating that the payee is exempt from FATCA reporting, is correct.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return or for any other reason. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA) and, generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Rev. 09/2016 | TD Bank, N.A.   Instructions for Store Team Members: Scan and email to Account.AMCB.CIF New Personal Accounts   801048 (0618)