# EXHIBIT B

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2019 | 1 | COMPLAINT against defendant Monsanto Company with receipt number AMOEDC-7566295, in the amount of $400 Jury Demand,, filed by ▬▬▬ (Attachments: # 1 Civil Cover Sheet, # 2 Original Filing Form, # 3 Waiver of Service)(Cady, Stephen) (Main Document 1 replaced on 11/7/2019) (MFG). (Attachment 2 replaced on 11/7/2019) (MFG). (Attachment 3 replaced on 11/7/2019) (MFG). (Attachment 1 replaced on 11/7/2019) (MFG). (Entered: 11/06/2019) |