1 SCHERN RICHARDSON FINTER, PLC
2 1640 S. Stapley Drive, Suite 132
Mesa, Arizona 85204
3 (480) 632-1929
Facsímile: (480) 632-1938
4 Email: courtdocs@srflawfirm.com
5 *Attorneys for Plaintiffs*
By:  John C. Sarager #322770
6

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
|---|---|
| ------------------------------------------------- | CASE NO: 3:16-MD-02741-VC |
| This document relates to: | |
| *Ted Sarager and Patti Sarager v. Monsanto Co.,* | NOTICE OF SERVICE OF SARAGER DEFENDANTS' RESPONSES TO PLAINTIFF'S DISCOVERY |
| Case No: 3:19-cv-07196-VC | |

I, John C. Sarager, attorney for Plaintiffs, Ted and Patti Sarager, hereby certify that on January 19, 2022, I caused to be deposited with the United States Post Office by First Class Mail, postage prepaid, the *Plaintiffs' Responses to Defendants Discovery Package Upon Plaintiffs* and such documents were e-mailed and mailed to the following parties:

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Heather Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
John Kalas (*pro hac vice*)
(jkalas@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005

| | |
|---|---|
| 1 | Brian L. Stekloff (*pro hac vice*) |
| | (bstekloff@wilkinsonstekloff.com) |
| 2 | Rakesh Kilaru (*pro hac vice*) |
| | (rkilaru@wilkinsonstekloff.com) |
| 3 | WILKINSON STEKLOFF LLP |
| 4 | 2001 M St. NW, 10th Floor |
| | Washington, DC 20036 |
| 5 | |
| | Daniel Pariser |
| 6 | (daniel.pariser@arnoldporter.com) |
| | ARNOLD & PORTER KAYE SCHOLER |
| 7 | 555 12th St. NW |
| | Washington, DC 20004 |
| 8 | |
| | Anthony Martinez (*pro hac vice*) |
| 9 | (amartinez@shb.com) |
| | SHOOK, HARDY & BACON LLP |
| 10 | 2555 Grand Blvd. |
| | Kansas City, MO 64108 |

DATED this 20th day of January, 2022.

SCHERN RICHARDSON FINTER, PLC

By:/s/John C. Sarager
John C. Sarager
1640 S. Stapley Dr., Ste. 132
Mesa, AZ 85204
*Attorneys for Plaintiffs, Ted and Patti Sarager*

2

# **CERTIFICATE OF SERVICE**

I hereby certify that, on this 20th day of January, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Heather Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
John Kalas (*pro hac vice*)
(jkalas@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004

Anthony Martinez (*pro hac vice*)
(amartinez@shb.com)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108


By: /s/ Ann Smith