UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>See Appendix 1 | **PRETRIAL ORDER NO. 270: ORDER TO SHOW CAUSE REGARDING NON-COMPLIANCE WITH PRETRIAL ORDER NO. 240** |

Court-appointed Special Master Ken Feinberg established a program to allow plaintiffs in this MDL to receive settlement offers. Pretrial Order No. 240 ordered every current and future plaintiff in this MDL who has not already reached a settlement with Monsanto to participate in the settlement program. *See* Appendix 2 (Pretrial Order No. 240, Dkt. No. 13323). Pursuant to the settlement program, the Special Master has been sending plaintiffs requests for information regarding their claims and the requests include deadlines by which the plaintiffs must respond. Pretrial Order No. 240 states that plaintiffs are required to submit information requested by the Special Master by the deadlines that he sets and that failure to do so will be deemed a violation of Pretrial Order No. 240 that could result in sanctions. *See id.*

The Special Master recently informed the Court that ninety-eight plaintiffs have failed to respond to the Special Master's requests for information by the deadlines that the Special Master set. Appendix 1 to this Order lists the plaintiffs that have failed to respond to the Special Master's information requests. The plaintiffs and their counsel for the cases appearing in Appendix 1 have **21 days** to file a written response to this Order showing cause as to why their

case should not be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) based on a failure to participate in the settlement program under Pretrial Order No. 240. As the Court has previously explained, no plaintiff is required to accept a settlement offer, but every plaintiff is required to provide the information necessary for the Special Master to make an offer. Furthermore, as the Court has previously explained, participation in the program will not create any delays for any plaintiff on the litigation side.

**IT IS SO ORDERED.**

Dated: January 21, 2022

_____
VINCE CHHABRIA
United States District Judge

# Appendix 1

| Plaintiff | Case No. |
|---|---|
| Adams, John | 3:21-cv-04466 |
| Aden, Aubrey | 3:19-cv-01849 |
| Armstrong, Daniel | 3:21-cv-02125 |
| Bennett, Sierra M. | 3:20-cv-04832 |
| Benton, Gerald Wade | 3:19-cv-05209 |
| Bern, Arlan, et al. | 3:19-cv-05887 |
| Bosh, Jennie | 3:19-cv-07369 |
| Bryan, Amy Lee | 3:19-cv-05334 |
| Bundy, Rob | 3:20-cv-06345 |
| Burton, Jason | 3:21-cv-07223 |
| Caminiti, Kimberly A. | 3:19-cv-05417 |
| Cato, Henry | 3:20-cv-01920 |
| Caton, Brian | 3:19-cv-07675 |
| Chapman, Otis Lindell | 3:20-cv-01277 |
| Cobian, Manuel | 3:19-cv-07351 |
| Coley, Steven B. | 3:18-cv-04553 |
| Czernich, Jr., John Joseph | 3:20-cv-02643 |
| Daigle, Nicole B. | 3:19-cv-04011 |
| Edwards, Sedrick D. | 3:20-cv-06987 |
| Ellerbe, Dana L. | 3:21-cv-01503 |
| Flowers, Faye A. | 3:20-cv-00581 |
| Frantz, Joni M. | 3:19-cv-03970 |
| Fuqua, Jodi | 3:21-cv-01826 |
| Goble, Jr., Isaac W. | 3:20-cv-04648 |
| Godsey, Patricia | 3:19-cv-00923 |
| Gonzalez, Martin | 3:19-cv-03300 |
| Green, Donald R. | 3:20-cv-03302 |
| Green, Larry | 3:17-cv-06975 |
| Griffin, Donna S. | 3:19-cv-07318 |
| Henagan, Deborah | 3:20-cv-06349 |

| | |
|---|---|
| Henson, Margot M. | 3:20-cv-02125 |
| Keeler Jr., David | 3:18-cv-01694 |
| Kelly, Kecia | 3:19-cv-07208 |
| Kelly, Teresa | 3:19-cv-05339 |
| Kendrick, Wendy W. | 3:19-cv-03326 |
| King, Robert T. | 3:19-cv-04531 |
| Laginess, Craig M. | 3:20-cv-07217 |
| Lane, Miracle C. | 3:19-cv-03901 |
| Leas, Robert | 3:19-cv-01376 |
| Liesinger, Mary Ann | 3:21-cv-05221 |
| Massey, William V. | 3:19-cv-06444 |
| McCall, Timothy R. | 3:19-cv-05868 |
| McCandlish, Melvin G. | 3:20-cv-02409 |
| McMorris, Melissa Kaye | 3:20-cv-07220 |
| McRay, Mary Lou | 3:21-cv-01213 |
| Metcalf, Roderick Burrell | 3:19-cv-05210 |
| Miller, Sr., Clayton Anthony | 3:19-cv-01556 |
| Minando, Perry | 3:17-cv-03227 |
| Morgan, Yvonne E. | 3:20-cv-02408 |
| Morris, Christopher | 3:20-cv-01957 |
| Mullis, Donald K. | 3:19-cv-04112 |
| Murphy, Dennis | 3:19-cv-07120 |
| Myers, Raleigh Lehane | 3:19-cv-05291 |
| Newsom, Henrietta | 3:20-cv-00578 |
| Niolet, Kelvin Barry | 3:21-cv-00173 |
| Payne, Charles Stephenson | 3:19-cv-05875 |
| Penix, Mary E. | 3:20-cv-07554 |
| Perilman, Richard | 3:19-cv-08446 |
| Pike, John | 3:20-cv-08192 |

| | |
|---|---|
| Ready, Kristina Boutwell | 3:21-cv-02122 |
| Rizzuto, Jared J. | 3:19-cv-03956 |
| Robbins, Gwendolyn | 3:19-cv-04014 |
| Robinson, Carol | 3:21-cv-00674 |
| Rogers, Jr., Dwight | 3:20-cv-03064 |
| Rutland, Roy | 3:20-cv-05372 |
| Sanchez, Maria | 3:20-cv-02634 |
| Scruggs, John L. | 3:19-cv-05867 |
| Shields, Roscoe | 3:20-cv-02485 |
| Shipman, Edward B. | 3:21-cv-03272 |
| Shirah, Patricia Diane | 3:19-cv-05227 |
| Sims, Kimberly J. | 3:19-cv-05999 |
| Singleton, Jr., Danny Ray | 3:20-cv-02410 |
| Sissac, Henry Roger | 3:21-cv-00043 |
| Smith, Alice M. | 3:20-cv-00577 |
| Smith, Betty J. | 3:20-cv-03938 |
| Smith, Cornelius | 3:20-cv-06353 |
| Smith, George D. | 3:18-cv-03757 |
| Smith, Sean M. | 3:19-cv-07235 |
| Speyrer, Wesley Louis | 3:20-cv-06354 |
| Stepney, Gilda | 3:19-cv-05568 |
| Story, Stephen Russell | 3:20-cv-06991 |
| Tate, Jessica Laurel | 3:21-cv-01504 |
| Taylor, Kerrigan D. | 3:19-cv-05650 |
| Thirstrup, Robert J. | 3:19-cv-03327 |
| Tory, Hamilton | 3:19-cv-05379 |
| Utecht, Levi C. | 3:19-cv-04677 |
| Wagner, Marty | 3:20-cv-03733 |
| Walker, Maxine | 3:19-cv-04009 |
| Washington, Renee | 3:21-cv-00640 |

| Name | Case No. |
|---|---|
| Watson, Walter | 3:18-cv-02100 |
| Webb, Dan W. | 3:20-cv-00493 |
| Wiggins, Mark E. | 3:19-cv-06445 |
| Williams, Charles | 3:20-cv-04758 |
| Wix, Patsy W. | 3:20-cv-02648 |
| Wolfenbarger, Todd | 3:19-cv-06822 |
| Woodruff, Patricia | 3:19-cv-07531 |
| Zuiderveen, Randall | 3:20-cv-00582 |

# Appendix 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*ALL CASES* | **PRETRIAL ORDER NO. 240: ORDER REQUIRING PARTICIPATION IN SPECIAL MASTER PROGRAM** |

Court-appointed Special Master Ken Feinberg has established a program to allow plaintiffs in this MDL to receive an offer of a payment to settle their cases. Every current and future plaintiff in this MDL who has not already reached a settlement with Monsanto is ordered to participate in the program.

Pursuant to the program, counsel for individual plaintiffs (or the plaintiffs themselves, if they are unrepresented) will receive a letter from the Special Master requesting certain information (and supporting documentation) regarding their claims. Every plaintiff is ordered to submit the information requested by the Special Master by the deadline he establishes. Failure to do so will be deemed a violation of this order.

Once the Special Master has received the information from the plaintiff, Monsanto will be given an opportunity to submit its own information regarding the plaintiff's claims. Pursuant to Monsanto's consent, the Special Master will then consider all the information submitted regarding the plaintiff's claims and make a written settlement offer to the plaintiff, based on his independent analysis of the claims. Once the Special Master has made this offer, it is binding on

Monsanto—the company is required to pay it if the plaintiff accepts. The plaintiff may either accept or reject the offer, but there will be no further negotiation once the Special Master has conducted his analysis and made his offer.

There is no penalty for refusal of an offer, and there will be no delay in the litigation process while a plaintiff timely participates in the Special Master's program. However, if a plaintiff fails to participate in the program in accordance with the deadlines set by the Special Master, that could result in a delay of the litigation, and it will be deemed a violation of this order, which could result in sanctions.

The Special Master will contact each plaintiff; plaintiffs do not need to reach out to him.

**IT IS SO ORDERED.**

Dated: July 23, 2021

VINCE CHHABRIA
United States District Judge