UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Virginia Brown v. Monsanto*, Case No. 3:21-cv-04930<br><br>*Duane Hutchinson v. Monsanto*, Case No. 3:21-cv-04638<br><br>*Lauren Montgomery v. Monsanto*, Case No. 3:21-cv-02547<br><br>*Karis Yenzer (Estate of Douglas W. Yenzer) v. Monsanto*, Case No. 3:21-cv-04639 | **PRETRIAL ORDER NO. 272: GRANTING MOTION TO DISMISS FOR FAILURE TO SUBMIT A FACT SHEET**<br><br>Re: Dkt. No. 14245 |

Monsanto's motion to dismiss for failure to submit a fact is granted and the above listed cases are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 21, 2022

VINCE CHHABRIA
United States District Judge