UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *S.R. by his parent Edith Madrigal v. Monsanto*, Case No. 20-cv-0050-VC | **ORDER GRANTING PLAINTIFF'S PETITION FOR APPROVAL OF COMPROMISE OF MINOR SETTLEMENT** |
| | Re: MDL Dkt. No. 14483 |

The Court grants plaintiff's petition for approval of compromise of minor settlement. MDL Dkt. No. 14483. Counsel's fees and costs as described in the petition are approved. *See id.* The amount of the minor's settlement will be placed in the UTMA-FL account consistent with the plan set forth in the approval petition. *See id.* at 3. Any modifications to the terms of the UTMA-FL account shall be presented to this Court for approval.

**IT IS SO ORDERED.**

Dated: January 21, 2022

VINCE CHHABRIA
United States District Judge