UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document related to:<br><br>*Gilmore v. Monsanto*, Case No. 21-cv-08159 | **[PROPOSED] ORDER GRANTING *TOMLINSON* PLAINTIFFS' MOTION FOR INTERVENTION**<br><br>Date/Time: March 3, 2022, 2:00 p.m.<br>Via Zoom Webinar<br>Hon. Vince G. Chhabria |

On January 21, 2022, *Tomlinson* plaintiffs Ryan Tomlinson and Carol Richardson filed their Motion for Intervention to: (1) oppose the motion for certification and preliminary settlement approval and (2) conduct discovery. The Court, having fully reviewed and considered all papers and arguments submitted in support and in opposition to such Motion, and finding good cause for the Motion,

IT IS HEREBY ORDERED THAT:

*Tomlinson* plaintiffs may intervene in the above-captioned action as a matter of right under Rule 24(a) as their Motion is timely, they claim a significantly protectable interest relating to the property or transaction that is the subject of the action, and are so situated that disposition may, as a practical matter, impair or impede that interest, and that interest is not adequately represented by existing parties seeking suggestion of remand.  Alternatively, they may permissively intervene as their claims and action involves question of law or fact with this action, and allowing intervention will not unduly delay or prejudice adjudication of the original parties' rights.  I also find that the

discovery *Tomlinson* plaintiffs seek is reasonably limited and relevant to whether the proposed settlement is fair, reasonable and adequate and thus permit that discovery to proceed.

Accordingly, *Tomlinson* plaintiffs may intervene to oppose the motion for certification and preliminary approval and the discovery submitted. Further requests may be served and objections thereto if any will be addressed at that time.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE