## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document related to:<br><br>*Gilmore v. Monsanto*, Case No. 21-cv-08159 | **[PROPOSED] ORDER GRANTING *TOMLINSON* PLAINTIFFS' MOTION FOR DISCOVERY**<br><br>Date/Time: March 3, 2022, 2:00 p.m.<br>Via Zoom Webinar<br>Hon. Vince G. Chhabria |

On January 21, 2022, *Tomlinson* plaintiffs Ryan Tomlinson and Carol Richardson filed their Motion for Discovery. The Court, having fully reviewed and considered all papers and arguments submitted in support and in opposition to such Motion, and finding good cause for the Motion,

IT IS HEREBY ORDERED THAT:

*Tomlinson* plaintiffs have demonstrated that the requested discovery will assist the Court in evaluating whether the settlement is fair, reasonable, and adequate and have also pointed to circumstances identified by the Ninth Circuit as indicative of collusion. The Court further finds that *Tomlinson* plaintiffs' requests are reasonably tailored and that lack of discovery in this action before settlement supports their requests. Therefore, *Gilmore* plaintiffs and Monsanto must respond to *Tomlinson* plaintiffs' request for discovery as set out in Exhibit A to *Tomlinson* plaintiffs' motion for discovery no later than thirty days from the date of this order. *Tomlinson* plaintiffs may at least serve additional discovery requests and any objections thereto will be addressed as appropriate.

**IT IS SO ORDERED.**

Dated: _____

                                                HONORABLE VINCE CHHABRIA
                                                UNITED STATES DISTRICT JUDGE