1  Katelyn E. Richardson (SBN 295715)
   rup@johnsonlawgroup.com
2  **JOHNSON LAW GROUP**
3  2925 Richmond Avenue, Ste. 1700
   Houston, Texas 77098
4  Telephone:   (713) 626-9336
   Facsimile:   (713) 583-9460
5

6  *Attorney for Plaintiffs*

7
          **UNITED STATES DISTRICT COURT**
8          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | Lead Case No. 3:16-md-02741-VC<br>MDL No. 2741 |
|---|---|
| **This document relates to:** | Hon. Vince Chhabria |
| *David Campbell v. Monsanto Company,* Case No. 3:19-cv-00654-VC | **NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE** |
| *Geneva Frady v. Monsanto Company,* Case No. 3:19-cv-02076-VC | |
| *Martha Matlock, individually and on behalf of the Estate of Gregory Dean Matlock v. Monsanto Company,* Case No. 3:19-cv-00902-VC | |
| *Lewis Nash v. Monsanto Company,* Case No. 3:19-cv-00952-VC | |
| *Nina Ottinger v. Monsanto Company,* Case No. 3:19-cv-00274-VC | |
| *Gary Purdy v. Monsanto Company,* Case No. 3:18-cv-07147-VC | |
| *Sherrie Scott v. Monsanto Company,* | |

Case No. 3:19-cv-00296-VC

*Mildred Schroeder, Individually and as Personal Representative of the Estate of Edward Schroeder, Deceased v. Monsanto Company*, Case no. 3:17-cv-06773-VC

TO: CLERK OF THE ABOVE-ENTITLED COURT and ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kori Westbrook and Andrew Gardner are no longer associated with Johnson Law Group. Accordingly, they should be removed as counsel of record for the Plaintiffs in the above-captioned cases if applicable.

Katelyn E. Richardson of Johnson Law Group hereby enters her appearance for Plaintiffs in the above-captioned cases. Please direct all further filings, discovery, and correspondence to Katelyn E. Richardson at Johnson Law Group, 2925 Richmond Avenue, Ste. 1700, Houston, Texas 77098.

The Clerk of this Court is hereby respectfully requested to make such entries as may be required to record such substitution and notice of appearance, to remove both Kori Westbrook and Andrew Gardner from ECF/service on these cases and correspondingly substitute Katelyn Richardson of Johnson Law Group as counsel of record.

Dated: January 24, 2022

Respectfully submitted,
*/s/ Katelyn E. Richardson*
Katelyn E. Richardson (SBN 295715)
rup@johnsonlawgroup.com
**JOHNSON LAW GROUP**
2925 Richmond Avenue, Ste. 1700
Houston, Texas 77098

Telephone: (713) 626-9336
Facsimile: (713) 583-9460

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2022, I served a copy of the foregoing on all counsel for all parties via CM/ECF, electronical mail and/or mailing same by United States Mail, properly addressed, and first-class postage prepaid to all counsel of record in this matter.

Dated: January 24, 2022                     */s/ Katelyn E. Richardson*
                                            Katelyn E. Richardson