UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: ROUNDUP PRODUCTS LIABILITY        Case No. 16-MD-2741-VC
LITIGATION

THIS DOCUMENT RELATES TO

Bundy v. Monsanto, et al. 20-cv-06345-VC
_____/

## PLAINTIFF, ROB BUNDY REPLY TO ORDER TO SHOW CAUSE REGARDING NON-COMPLIANCE WITH PRETRIAL ORDER NO. 240

The Plaintiff, ROB BUNDY, by and through his undersigned counsel, hereby file their Reply to Order to Show Cause Regarding Non-Compliance with PreTrial Order No. 240 filed in this matter and in support states as follows:

1. On April 16, 2021, Plaintiff Rob Bundy received correspondence from The Law Offices of Kenneth R. Feinberg advising of required participation in the "Roundup Independent Settlement Program." The correspondence did not state any deadline date in which the Plaintiff must provide the requested information. Further, the correspondence did not provide a copy of the "Claim Form" referenced for completion. See attached Exhibit "A."

2. On April 19, 2021, Plaintiff emailed Mr. Feinberg's office advising amendment to the Plaintiff Fact Sheet was in process and that same would be completed prior to the deadline outlined in PreTrial Order No. 50. Plaintiff assumed the correspondence received was referring to the Plaintiff Fact Sheet as no "Claim Form" for the special master program had been provided. No response was received by the Plaintiff from Mr. Feinberg's office. See attached Exhibit "B."

3. On August 9, 2021, Plaintiff again reached out to Mr. Feinberg's office seeking clarification as to whether or not any further information and/or documentation would be required in order to be within compliance of the ordered special master program (as Plaintiff was under the

assumption outlined above). This time response was received providing the "Claim Form," however, again, no deadline in which to respond was provided. See also attached Exhibit "B."

4. As of the date of this Court's order to show cause, Plaintiff had not received any notice from Mr. Feinberg as to when he considered the claim form due or that Plaintiff was past due in submitting this form.

5. Due to the information outlined above, the Plaintiff, Rob Bundy would respectfully request the Court not to dismiss the claim and to allow 10 days in which to provide the completed "Claim Form" and medical documentation to Mr. Feinberg's office.

WHEREFORE, the Plaintiff requests this Court not dismiss his claims and allow 10 days in which to provide requested documentation.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on Jan, 24, 2022, and was provided via email to Anthony N. Upshaw, Esq. and Melissa R. Alvarez, Esq., McDermott Will & Emery, LLP 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131 (aupshaw@mwe.com) and (malvarez@mwe.com) and Joe G. Hollingsworth, Esq., Hollingsworth LLP, 1350 I Street N.W., Washington, D.C. 20005 (jhollingsworth@hollingsworthllp.com).

**ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A.**
2033 Main Street, Suite 600
Postal Drawer 4195
Sarasota, Florida 34230
*(941) 366-8100 - Phone*
*(941) 366-6384 - Fax*

/s/ Anthony J. Manganiello
ANTHONY J. MANGANIELLO, III, ESQ.
Florida Bar No. 0052307
*Attorneys for Plaintiff, BUNDY*

01472216-1

## THE LAW OFFICES OF
## KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

April 16, 2021

Anthony J. Manganiello, III, Esq.
Icard, Merrill, Cullis, Timm, Furen & Ginsurg, P.A.
2033 Main Street, Suite 600
Sarasota, FL 34230

In Re: MDL. No. 2741 (N.D. Cal.) Roundup Independent Settlement Program
Potential Claimant: Rob Bundy

Dear Counsel:

You are receiving this letter because to date, we have not received a completed Claim Form from you in the above-referenced Program (the "Program"). Please contact us at RoundupProgram@FeinbergLawOffices.com if you need more information about the Program and/or need assistance in completing the Claim Form.

You may send the completed Claim Form and associated documentation to RoundupProgram@FeinbergLawOffices.com. Once we receive the requested documentation we will finalize the review of your claim. Should you have any questions regarding this letter, please call us at 202-371-1110. Thank you very much.

Sincerely yours,

*Kenneth R. Feinberg*

Kenneth R. Feinberg
Independent Settlement Master



EXHIBIT A

Received: Monday, August 09, 2021 4:52 PM
From: RoundupProgram <RoundupProgram@feinberglawoffices.com>
To: Renee Grek <rgrek@icardmerrill.com>
CC: Anthony Manganiello III <amanganiello@icardmerrill.com>, "lawofficesofcharleslmeyer@gmail.com" <lawofficesofcharleslmeyer@gmail.com>
Subject: RE: MDL No. 2741 - Rob Bundy
Date: Mon, 9 Aug 2021 20:51:30 +0000

Attachment: image001.png
Attachment: FINAL Claim Form - Pilot Program_Fillable.pdf

Renee,

Thank you for reaching out. As noted in the Letter dated April 16, 2021, in order to proceed, please provide a completed Claim Form and the associated documentation. Attached is a Fillable PDF version of the Claim Form which details the required documentation.

You may send the completed Claim Form and associated documentation to RoundupProgram@FeinbergLawOffices.com. Once we receive the requested documentation we will finalize the review of your claim. Please let us know if you have any questions.

Thank you,
Feinberg Law Offices


From: Renee Grek [mailto:rgrek@icardmerrill.com]
Sent: Monday, August 9, 2021 12:44 PM
To: RoundupProgram <RoundupProgram@feinberglawoffices.com>
Cc: Anthony Manganiello III <amanganiello@icardmerrill.com>; lawofficesofcharleslmeyer@gmail.com
Subject: fw: MDL No. 2741 - Rob Bundy

Good afternoon,

Following up my email below. Kindly advise if any other information/documents need to be submitted in compliance with Order Requiring Participation in Special Master Program (Order 240), attached.

Thank you,
Renee
-----Original Message-----
Date: Monday, April 19, 2021 4:56 PM
From: Renee Grek <rgrek@icardmerrill.com>
To: RoundupProgram@FeinbergLawOffices.com
cc: AMANGANIELLO, lawofficesofcharleslmeyer@gmail.com
Subject: MDL No. 2741 - Rob Bundy

Good afternoon,

In response to the attached received by our office today, we are in the process of amending the Plaintiff Fact Sheet and will be filing the same prior to the deadline outlined in the MDL Pretrial Order 50.

Thank you,


EXHIBIT B

**Renee Grek**
*Paralegal to Anthony J. Manganiello, Esq.*

2033 Main Street, Suite 600
Sarasota, FL 34237
P: 941.366.8100 x256 | F: 941.366.6384
rgrek@icardmerrill.com
icardmerrill.com



*Established 1953*

The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in this message. Any review, retransmission, dissemination, or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error, please contact the sender by reply e-mail and delete the material from any computer. Thank you.

1/24/2022