UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

**Case No. 16-MD-2741-VC**

**THIS DOCUMENT RELATES TO**

**Bundy v. Monsanto, et al. 20-cv-06345-VC**
______________________________________/

**PLAINTIFF ROB BUNDY'S RESPONSE TO DEFENDANT MONSANTO COMPANY'S FIRST REQUESTS FOR INSPECTION OF TANGIBLE GOODS**

**REQUESTS**

1. All equipment used by you in connection with mixing and applying Roundup-branded products and other Glyphosate products over the past twenty (20) years. This includes, but is not limited to, any tractors, forklifts, trucks, weed eaters, lawn mowers, tanks, trailers, mixing devices or containers, nozzles, wands, hoses, backpack sprayers, and any other spray applicators that you used. You are required to provide a date and time over the next 30 days for Monsanto's attorneys and any of its agents/designees to visit the properties (including any storage sheds, garages, and other structures) located at 5222 Foxcroft Court, Sarasota, FL 34232; 2300 Stratford Drive, Sarasota, FL 34232; and any other location where goods responsive to Request for Inspection No. 1 are stored. You are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect the goods responsive to Request for Inspection No. 1.

**RESPONSE: Plaintiff is willing to coordinate a mutually agreeable date and time for Defendant to inspect the items identified in this request that are in the Plaintiff's custody or control.**

2. All bottles and containers of Roundup-branded products and other Glyphosate products that you have used or which are in your possession, custody, or control. You are required to provide a date and time over the next 30 days for Monsanto's attorneys and any of its agents/designees to visit the properties (including any storage sheds, garages, and other structures) located at 5222 Foxcroft Court, Sarasota, FL 34232; 2300 Stratford Drive, Sarasota, FL 34232; and any other location where goods responsive to Request for Inspection No. 2 are stored. You are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect the goods responsive to Request for Inspection No. 2.

**RESPONSE: None**

3. All personal protective equipment and clothing that you used or wore while mixing and applying Roundup-branded products and other Glyphosate products over the past twenty (20) years. This includes, but is not limited to, any clothes (such as shirts and pants), shoes/boots (such as steel-toed boots), gloves, masks, and eye protection (such as safety glasses) that you used or wore while applying Roundup-branded products or other Glyphosate products. You are required to provide a date and time over the next 30 days for Monsanto's attorneys and any of its agents/designees to visit the properties (including any storage sheds, garages, and other structures) located at 5222 Foxcroft Court, Sarasota, FL 34232; 2300 Stratford Drive, Sarasota, FL 34232; and any other location where goods responsive to Request for Inspection No. 3 are stored. You are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect the goods responsive to Request for Inspection No. 3.

**RESPONSE: None.**

4. All bottles and containers of pesticides, insecticides, and rodenticides that you have used, for any purpose, over the past twenty (20) years. You are required to provide a date and time over the next 30 days for Monsanto's attorneys and any of its agents/designees to visit the properties (including any storage sheds, garages, and other structures) located at 5222 Foxcroft Court, Sarasota, FL 34232; 2300 Stratford Drive, Sarasota, FL 34232; and any other location where goods responsive to Request for Inspection No. 4 are stored. You are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect the goods responsive to Request for Inspection No. 4.

**RESPONSE: Plaintiff is willing to coordinate a mutually agreeable date and time for Defendant to inspect the items identified in this request that are in the Plaintiff's custody or control.**

5. All chemicals and/or other products containing ingredients allegedly associated with cancer or Non-Hodgkin's Lymphoma ("NHL") by the International Agency for Research on Cancer ("IARC") or Plaintiffs' experts that you have used or been exposed to, for any purpose, over the past twenty (20) years, including but not limited to:

- Any agent with limited or sufficient evidence of carcinogenicity listed on the following website: https://monographs.iarc.fr/wp-content/uploads/2018/07/Table4.pdf including but not limited to:
    - Benzene and/or benzo[a]pyrene (e.g., paint lacquer, varnish removers, gasoline, glues, paint thinner, furniture wax);
    - Ethylene Oxide (e.g., antifreeze, detergents. Lysol, transmission fluid);
    - Styrene (e.g., floor waxes, printer cartridges);
    - Trichloroethylene (e.g., spot removers, paint strippers, adhesives, carpet cleaning fluid);
- PAH-emission sources
- Products containing tobacco
- Products containing 1,3-butadiene

- Any herbicides, insecticides, or rodenticides other than Roundup

You are required to provide a date and time over the next 30 days for Monsanto's attorneys and any of its agents/designees to visit the properties (including any storage sheds, garages, and other structures) located at 5222 Foxcroft Court, Sarasota, FL 34232; 2300 Stratford Drive, Sarasota, FL 34232; and any other location where goods responsive to Request for Inspection No. 5 are stored. You are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect the goods responsive to Request for Inspection No. 5.

**RESPONSE: Plaintiff is willing to coordinate a mutually agreeable date and time for Defendant to inspect the items identified in this request that are in the Plaintiff's custody or control.**

6. All chemicals and/or other products containing ingredients allegedly associated with cancer or NHL by the National Toxicology Program that you have used exposed to, for any purpose, over the past twenty (20) years. See https://ntp.niehs.nih.gov/ntp/roc/content/listed_substances_508.pdf. You are required to provide a date and time over the next 30 days for Monsanto's attorneys and any of its agents/designees to visit the properties (including any storage sheds, garages, and other structures) located at 5222 Foxcroft Court, Sarasota, FL 34232; 2300 Stratford Drive, Sarasota, FL 34232; and any other location where goods responsive to Request for Inspection No. 6 are stored. You are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect the goods responsive to Request for Inspection No. 6.

**RESPONSE: Plaintiff is willing to coordinate a mutually agreeable date and time for Defendant to inspect the items identified in this request that are in the Plaintiff's custody or control.**

**Plaintiff reserves the right to add, amend and/or otherwise supplement these responses upon receipt of any additional responsive information which may be received through the course of discovery with immediate notice to Defendants.**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on 24 day of Jan, 2022, and was provided via email to Anthony N. Upshaw, Esq. and Melissa R. Alvarez, Esq., McDermott Will & Emery, LLP 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131

(aupshaw@mwe.com) and (malvarez@mwe.com) and Joe G. Hollingsworth, Esq., Hollingsworth LLP, 1350 I Street N.W., Washington, D.C. 20005 (jhollingsworth@hollingsworthllp.com).

**ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A.**
2033 Main Street, Suite 600
Postal Drawer 4195
Sarasota, Florida 34230
(941) 366-8100 - Phone
*(941) 366-6384 - Fax*

/s/ Anthony J. Manganiello
ANTHONY J. MANGANIELLO, III, ESQ.
Florida Bar No. 0052307
Attorneys for Plaintiff, BUNDY