UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

Case No. 16-MD-2741-VC

THIS DOCUMENT RELATES TO

Bundy v. Monsanto, et al. 20-cv-06345-VC
_____/

**PLAINTIFF ROB BUNDY'S NOTICE OF SERVING ANSWERS & OBJECTIONS TO DEFENDANT MONSANTO COMPANY'S FIRST INTERROGATORIES TO PLAINTIFF ROB BUNDY**

Plaintiff, ROB BUNDY, by and through undersigned counsel hereby gives notice of serving his Answers and Objections to Defendants Interrogatories to Plaintiff Rob Bundy numbered 1 through 14, dated November 29, 2021.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on 24 day of Jan, 2022, and was provided via email to Anthony N. Upshaw, Esq. and Melissa R. Alvarez, Esq., McDermott Will & Emery, LLP 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131 (aupshaw@mwe.com) and (malvarez@mwe.com) and Joe G. Hollingsworth, Esq., Hollingsworth LLP, 1350 I Street N.W., Washington, D.C. 20005 (jhollingsworth@hollingsworthllp.com).

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Postal Drawer 4195
Sarasota, Florida 34230
(941) 366-8100 - Phone
*(941) 366-6384 - Fax*

01453636-1

        /s/ Anthony J. Manganiello
ANTHONY J. MANGANIELLO, III, ESQ.
Florida Bar No. 0052307
Attorneys for Plaintiff, BUNDY

01453636-1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

Case No. 16-MD 2741-VC

THIS DOCUMENT RELATES TO

Bundy v. Monsanto, et al. 20-cv-06345-VC
_____/

## PLAINTIFF ROB BUNDY'S ANSWERS & OBJECTIONS TO DEFENDANT MONSANTO COMPANY'S INTERROGATORIES TO PLAINTIFF ROB BUNDY

COMES NOW, the undersigned and provides responses to the Interrogatories to Plaintiff Rob Bundy filed by MONSANTO COMPANY ("Defendant") in accordance with the Rule 1.340 of the Florida Rules of Civil Procedure:

## INTERROGATORY RESPONSES

1. If you admit Request for Admission No. 1, describe your use of or exposure to those products, including the name of the product, dates of use or exposure (or a date range), the reason for use (e.g., personal, work-related, both, other), the frequency of use (e.g., daily, weekly, monthly), the locations where you used the products, the method of applying the products whether you used protective equipment, and what type of protective equipment was utilized (e.g., protective clothing, gloves, respirator masks).

**ANSWER:** N/A

2. If you deny Request for Admission No. 2, identify and describe the tests that have been performed on you or samples collected from your body that show the presence of Glyphosate or Glyphosate products in your body at any time, including identifying when the test was performed; location of the test, including the name of hospital, clinic, or other location; name of health practitioner or person who ordered the test; and summary of results.

**ANSWER:** N/A

3. Identify all diaries, calendars, journals, logs, videos, letters, and other documents or materials prepared by anyone describing, discussing, explaining, or referring to the

01453636-1

purchase, use, handling, storage, transportation, or application of the Roundup–branded products to which you have been exposed.

**ANSWER:** **My deposition transcript, records previously produced from Dr. Beaton and Dr. Quang, and the receipts for some of my purchases of Roundup which were also previously produced.**

4. Describe your use of or exposure to Roundup-branded products, including the name of the product, dates of use or exposure (or a date range), the reason for use (e.g., personal, work-related, both, other), the frequency of use (e.g., daily, weekly, monthly), the locations where you used Roundup-branded products, the means of applying Roundup-branded products or equipment used, whether you used protective equipment, and what type of protective equipment was utilized (e.g., protective clothing, gloves, respirator masks). If you did not personally use Roundup, explain your exposure to Roundup-branded products, including dates of exposure, frequency of exposure, locations where you were exposed, the means by which the Roundup-branded products were applied, whether you wore protective equipment when exposed, and what type of protective equipment as utilized.

**ANSWER:** **All of my use of, and exposure to, Roundup occurred while I was working for my landscaping company. I was exposed, on average, 5-7 days a week from May of 2005 until late 2018 or early 2019. The vast majority of the Roundup I was exposed to was either the liquid concentrate as it would occasionally spill on my hand as I mixed the concentrate with water or the mixed product as I sprayed it from a backpack sprayer to eliminate weeds as part of my work running my landscaping company. I used the Roundup product at the vast majority of residences that hired my landscaping company. I did not utilize any specific protective equipment when using Roundup.**

5. If you admit Request for Admission No. 3, identify the products other than tobacco products that contain warnings regarding risk of cancer or proposition 65 warnings that you have used and state the dates of your product use.

**ANSWER:** **N/A**

6. If you deny Request for Admission No. 4, identify and describe the documents showing that you ever purchased Roundup-branded products.

**ANSWER:** **I have previously produced receipts M & W Supply, Inc. which show some of my Roundup purchases.**

7. If you admit Request for Admission No. 5, identify the tobacco products that you have used and state the dates of your product use.

**ANSWER:** **I was never a smoker, but in my youth I smoked a few (less than twenty) cigarettes before permanently ceasing even this minor use.**

01453636-1

8. If you mixed the Roundup-branded products described in response to Interrogatory No. 4 with any other ingredients, including water, describe how you mixed the product(s), including whether you mixed them yourself or someone else mixed them for you.

**ANSWER:** **I would pour the liquid concentrate into a measuring cup and then poor the contents of the measuring cup into my backpack sprayer and then add water. When utilizing the solid concentrate, I would fill my backpack sprayer with half of the appropriate amount of water, then add the appropriate amount of solid concentrate utilizing the provided scoop, and then add the other half of the appropriate amount of water to my back pack sprayer.**

9. If you admit Request for Admission No. 7, identify the addresses of the locations where you have resided or locations where you have worked that use or used well water and state the date during which you lived at those locations.

**ANSWER:** **511 Gettysburg Drive Coatesville, Indiana**

10. If you admit Request for Admission No. 8, identify the addresses of the locations where you have resided or locations where you have worked that are within one mile of any industrial and/or agricultural business or facility (e.g., manufacturing plants, chemical plants, power plants, refineries, landfills, farms, areas with livestock, barns or shelters, buildings with agricultural equipment or supplies) and state the date during which you lived at those locations.

**ANSWER:** **N/A**

11. If you admit Request for Admission No. 9, identify the locations where you lived or worked on a ship, commercial vessel, military base, or other military office and state the date during which you lived or worked at those locations.

**ANSWER:** **N/A**

12. If you admit Request for Admission No. 10, identify and describe the documents or communications, including but not limited to logs, spreadsheets, diaries, journals, calendars, schedules, or chronologies, reflecting pesticides that were applied at any agricultural properties worked on/owned over the past forty (40) years.

**ANSWER:** **N/A**

13. If you admitted Request for Admission No. 11, identify the addresses of the locations where you have resided or locations where you have worked that utilized burn pits, or any other source of open-air trash combustion, and state the date during which you lived at those locations.

**ANSWER:** N/A

14. If you admit Request for Admission No. 12, identify the addresses of the locations where you have resided or locations where you have worked where the source of water contained contaminants or required treatment for contaminant, and state the date during which you lived at those locations.

**ANSWER:** N/A

01453636-1