UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

Case No. 16-MD-2741-VC

THIS DOCUMENT RELATES TO

Bundy v. Monsanto, et al. 20-cv-06345-VC
_____/

## PLAINTIFF ROB BUNDY'S RESPONSE TO DEFENDANT MONSANTO COMPANY'S FIRST REQUEST TO PERMIT ENTRY UPON LAND OR OTHER PROPERTY

### REQUESTS

1.   The properties (including any storage sheds, garages, and other structures) located at 5222 Foxcroft Court, Sarasota, FL 34232; 2300 Stratford Drive, Sarasota, FL 24232; and any other location where goods responsive to Monsanto's Requests for Inspection of Tangible Goods No. 1 are used or stored, or may have been used or stored during the last twenty (20) years (i.e., All equipment that you have used in connection with mixing and applying Glyphosate products for the last twenty (20) years. You are required to provide a date and time over the next 30 days for Monsanto's attorneys and any of its agents/designees to inspect the property set forth above. You are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect.

**RESPONSE: Plaintiff is willing to coordinate a mutually agreeable date and time for Defendant to inspect the items identified in this request that are in the Plaintiff's possession custody or control.**

2.   The properties (including any storage sheds, garages, and other structures) located at 5222 Foxcroft Court, Sarasota, FL 34232; 2300 Stratford Drive, Sarasota, FL 24232; and any other location where goods responsive to Monsanto's Requests for Inspection of Tangible Goods No. 2 are stored, or may have been stored during the time period relevant to this lawsuit (i.e., All bottles and containers of Roundup-branded products and other Glyphosate products that you have used or which are in your possession, custody, or control). You are required to provide a date and time over the next 30 days for Monsanto's attorneys and any of its agents/designees to inspect the property set forth above. You are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect.

**RESPONSE: Plaintiff is willing to coordinate a mutually agreeable date and time for Defendant to inspect the items identified in this request that are in the Plaintiff's possession custody or control.**

3.      The properties (including any storage sheds, garages, and other structures) located at 5222 Foxcroft Court, Sarasota, FL 34232; 2300 Stratford Drive, Sarasota, FL 24232; and any other location where goods responsive to Monsanto's Requests for Inspection of Tangible Goods No. 3 are stored, or may have been stored during the time period relevant to this lawsuit (i.e., All personal protective equipment and clothing that you used or wore while mixing and applying Roundup-branded products and other Glyphosate products over the past twenty (20) years). You are required to provide a date and time over the next 30 days for Monsanto's attorneys and any of its agents/designees to inspect the property set forth above. You are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect.

**RESPONSE:   Plaintiff is willing to coordinate a mutually agreeable date and time for Defendant to inspect the items identified in this request that are in the Plaintiff's possession custody or control.**

4.      The properties (including any storage sheds, garages, and other structures) located at 5222 Foxcroft Court, Sarasota, FL 34232; 2300 Stratford Drive, Sarasota, FL 34232; and any other location where goods responsive to Monsanto's Requests for Inspection of Tangible Goods No. 4 are stored, or may have been stored during the time period relevant to this lawsuit (i.e., All bottles and containers of pesticides, insecticides, and rodenticides that you have used, for any purpose, over the past twenty (20) years). You are required to provide a date and time over the next 30 days for Monsanto's attorneys and any of its agents/designees to inspect the property set forth above. You are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect.

**RESPONSE:   Plaintiff is willing to coordinate a mutually agreeable date and time for Defendant to inspect the items identified in this request that are in the Plaintiff's possession custody or control.**

5.      The properties (including any storage sheds, garages, and other structures) located at 5222 Foxcroft Court, Sarasota, FL 34232; 2300 Stratford Drive, Sarasota, FL 34232; and any other location where goods responsive to Monsanto's Requests for Inspection of Tangible Goods No. 5 are stored, or may have been stored, or may have been stored during the time period relevant to this lawsuit (i.e., All chemicals and/or other products containing ingredients allegedly associated with cancer or Non-Hodgkin's Lymphoma ("NHL") by the International Agency for Research on Cancer ("IARC") or Plaintiffs' experts that you have used or been exposed to, for any purpose, over the past twenty (20) years). You are required to provide a date and time over the next 30 days for Monsanto's attorneys and any of its agents/designees to inspect the property set forth above. You are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect.

**RESPONSE:   Plaintiff is willing to coordinate a mutually agreeable date and time for Defendant to inspect the items identified in this request that are in the Plaintiff's possession custody or control.**

01453783-1

6.     The properties (including any storage sheds, garages, and other structures) located at 5222 Foxcroft Court, Sarasota, FL 34232; 2300 Stratford Drive, Sarasota, FL 34232; and any other location where goods responsive to Monsanto's Requests for Inspection of Tangible Goods No. 6 are stored, or may have been stored during the time period relevant to this lawsuit (i.e., All chemicals and/or other products containing ingredients allegedly associated with cancer or NHL by the National Toxicology Program that you have used or been exposed to, for any purpose, over the past twenty (20) years). You are required to provide a date and time over the next 30 days for Monsanto's attorneys and any of its agents/designees to inspect the property set forth above. You are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect.

**RESPONSE:  Plaintiff is willing to coordinate a mutually agreeable date and time for Defendant to inspect the items identified in this request that are in the Plaintiff's possession custody or control.**

Plaintiff reserves the right to add, amend and/or otherwise supplement these responses upon receipt of any additional responsive information which may be received through the course of discovery with immediate notice to Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on 24 day of Jan, 2022, and was provided via email to Anthony N. Upshaw, Esq. and Melissa R. Alvarez, Esq., McDermott Will & Emery, LLP 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131 (aupshaw@mwe.com) and (malvarez@mwe.com) and Joe G. Hollingsworth, Esq., Hollingsworth LLP, 1350 I Street N.W., Washington, D.C. 20005 (jhollingsworth@hollingsworthllp.com).

**ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.**
2033 Main Street, Suite 600
Postal Drawer 4195
Sarasota, Florida 34230
(941) 366-8100 - Phone
*(941) 366-6384 - Fax*

01453783-1

/s/ Anthony J. Manganiello
ANTHONY J. MANGANIELLO, III, ESQ.
Florida Bar No. 0052307
Attorneys for Plaintiff, BUNDY

01453783-1