FILED

JAN 21 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

No. 21-241

IN THE

SUPREME COURT of the UNITED STATES

MONSANTO COMPANY,

Petitioner,

v.

EDWIN HARDEMAN,

Respondent,

No. 21-241

WILKINSON STEKLOFF LLP
Brian L. Stekloff(pro hac vice)
Rakesh Kilaru (pro hac vice )
(rikalaru@wilkonsonstekloff.com)
2001 M Street, NW, 10th Floor
Washington,DC 20036

ARNOLD & PORTER KAYE SCHOLER
LLP William Hoffman (pro hac vice )
(william .hoffman@arnoldporter.com)
Daniel S.Pariser(pro hac vice)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington DC 20001

HOLLINGSWORTH LLP
Eric G. Lasker(pro hac vice)
(elasker@hollingsworthllp.com)
Martin C. Calhoun(pro hac vice)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington DC 20005

And UNITED STATES DISTRICT COURT

NORTHERN DISTRICT of CALIFORNIA

MDL No. 2741
Case No. 3:16-md-02741-VC
RALPH A.APPLEGATE v.
BAYER AG, CASE NO.3:19
-CV-06800-VC

RESPONDENT APPLEGATE'S APPENDED RESPONSE to DEFENDANT BAYER AG's NOTICE of MOTION and MOTION for JUDGMENT on the PLEADING'S

1 . On September 13, 2019, after 4:11 p.m. , a Deputy Clerk ,with initials Z.L., of Franklin County,Ohio, Common Pleas Court , served on Sheriff of Columbiana County, Ohio, whether regular mailed or not is not stated, for service on Bayer AG, at 100 Bayer Road.   Plaintiff's Exhibit 39.

2. On September 16, 2019, after 3:00 p.m., clerk identified and served Summons and Complaint .

3. On Exhibit 39, undated, unsigned, an unidentified person ,for whom an identity can not be inferred, stated " Cannot serve, out of our county and state. thank you !" Attempts at service by Clerks may have ended there?

3. On September 23, 2019, Docket in Franklin County Ohio Common Pleas Court Case Number 19-CV-08-6825 , at ---------- a.m. reported that "Service Failed, Foreign Service. "

4. On September 24, 2019, at 6:20 p.m., about one and 1/2 days later, Defendant Attorney David P. Strup, and his associate when visiting Franklin County Common Pleas Court filed Notice of Removal of Case Number 19CV-08-6825 to U. S. District Court, Southern District of Ohio. This statement is a basis for respondent Applegate's claim in his MANY CLAIMS THAT MDL 1407 IS UNCONSTITUTIONAL, because Strup's actions prevented time was of an essence for respondent Applegate to correct faulty service .

2.

5. Respondent Applegate did not find ORC Ann. 2307.382(C) with a 2021 date, most recent date of amendment was stated as December 22, 2020 !

6. When respondent Applegate served Bayer AG by regular mail on or about October 11, 2019, neither respondent Applegate and defendant Bayer, AG could have known, or not. that Hague Service Convention applies here? ORC Ann. Article 2307. 382(C) Ohio's long-arm statute, as amended in 2021, can not possibly apply retroactively to October 11, 2019, because it was amended a year and months later, but month in 2021 is not stated by Bayer AG attorneys. See attorneys footnote 5 on p.11 of 20 and Ohio Revised Code Ann.Article 2307.382(C) in their herein Motion. Recall that respondent Applegate has charged Justice as a felon !See Branzburg v. Hayes, 408 U.S. 665, and respondent Applegate's "Least Worse Infraction" of October 10, 2019. Have attorneys been heisted by their own petard because of not discussing applicability of Ohio's long-arm statute,or not ?

7. Employee Keith R. Abrams, of Bayer AG, in his prepared deposition of January 7, 2022, p.2, failed to detail dates, and questionably stated that " From August, 2002 to August, 2019, my office was located at 100 Bayer Road in Pittsburgh, Pennsylvania. That Pittsburgh office location was closed in December, 2019. Since August , 2019, my office has been located in Whippany ,New Jersey." paragraph 4. In no instance, whatsoever, Abrams did not state date in those sentences date in August, 2019 that Abrams left 100 Bayer Road, and date in December, 2019, that that Pittsburgh office was closed , and date in August,2019 that Abrams office had been located in Whippany, New Jersey? In paragraph 5,

3.

Abrams continues "At no time during term of my employment (January, 1999 to present)has 100 Bayer Road address in Pittsburgh, Pennsylvania been Bayer's address. At no time during term of my employment has Bayer Ag had an office in Pittsburgh or a registered agent for service of process in Pittsburh ." Whether or not that is now relevant ?

      8. On January 10, 2022, six(6) defendant attorneys , on p. 8 of 20, stated their incomplete findings about respondent Applegate's regular mail service " In August, 2019, after filing this lawsuit, Plaintiff attempted to serve Bayer Ag by sending Summons and Complaint , by mail addressed to Bayer AG, to an address in Pittsburgh, Pennsylvania of an indirect subsidiary of Bayer AG." Id. Six(6) attorneys did not state their basis for their findings ,and date of that service, their August ,2019 date , but respondent Applegate will attempt to get those dates and report them ?Who is that subsidiary?

      9. Service on respondent Applegate, sometime after January 10, 2022, was stated to have been by first class mail, that claim is false because back side of printer copies contains earlier handwriting notes by respondent Applegate , they were saved earlier copies reused for printing, but respondent Applegate failed to note on printer copies as to how and when they were received ? This is another example of attorney unconstitutional behaviour towards respondent Applegate .Even though respondent Applegate does not object to service by email.

      10. On and after January 11, 2022, of 7:47 p.m. Bayer USA Corporate Office Headquarters HQ continues to advertise 100 Bayer Road as their

American headquarters .

11. On January 11, 2022, 10:55.p.m., respondent Applegate served on Werner Baumann, original summons, Plaintiff's Exhibit 37, " by email to  Werner.Baumann @bayer.com, respondent Applegate's printer is now printing.  This service should suffice even though six(6)Bayer  AG attorneys admit to regular mail service ,because respondent Applegate's entire constitutional due process pretrial and discovery  has been delayed and denied !

12.Respondent Applegate's service of January 11, 2022 satisfies ORC Ann. Statute 2307.382(C) which was amended December 22, 2020.

13.Bayer AG and Monsanto Co.  recently accepted millions of dollars from Scotts Co. , of  Marysville, Ohio, in a joint conspiracy to mix inorganic arsenic with Roundup for selling Roundup in Ohio and all other states and worldwide.  Bayer AG "Purposefully directed (its) activities at residents of the forum, United States , and litigation results from injuries that arise out of or relate to those activities.  Burger King Corp.  v.  Rudzewicz, 471 U.S. 462, 463(a.),472(1985).  A forum may assert specifc jurisdiction over a nonresident defendant where an alleged injury out of or relates to actions by defendant himself that are purposeful directed toward forum residents , and where jurisdiction would not offend " fair play and substantial justice". Jurisdiction in these circumstances may not be avoided because defendant did not physically enter the forum.  Pp.  471 U.S.471-478 .

14. As of January 15, 2022, 9:56  p.m., defendant Bayer AG, has not answered .

5.

Respectfully Submitted

*Ralph A. Applegate* (signature)

Signed
Ralph A. Applegate
Respondent
rapplegate48@gmail.com
1544 Zettler Road
Columbus, Ohio 43227

Certificate of Service

Respondent certifies that " RESPONDENT APPLEGATE's AMENDED RESPONSE to DEFENDANT BAYER AG'S NOTICE of MOTION and MOTION for JUDGMENT on PLEADING'S " will be regular mailed , on or before January 18, 2022, to Associate Justice Amy Coney Barrett, SUPREME COURT of the UNITED STATES, to Justice Chhabria, and to attorney's, Stekloff, Lasker, and Hoffman, which were e-mailed .

Encl.(3) Plaintiff
Exhibits 36, 37, 39.

6.

Custom Search





- About Us
- Privacy Policy

# BAYER USA CORPORATE OFFICE HEADQUAR' HQ

1 COMMENT

**Bayer USA Corporate Office Headquarters HQ**
100 Bayer Road
#4
Pittsburgh, PA  15205
Corporate Phone Number: 1-412-777-2000

SHARE:



PLAINTIFF'S EXHIBIT 36

E3090 - W1

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

RALPH A. APPLEGATE
1544 ZETTLER ROAD
COLUMBUS, OH 43227,

　　　　　　PLAINTIFF,
　　VS.
BAYERAG
100 BAYER ROAD
PITTSBURGH, PA 15205,

19CV-08-6825
CASE NUMBER

FILED
2019 SEP 16 PM 3:18
CLERK OF COURTS
COMMON PLEAS COURT
FRANKLIN CO. OHIO

DEFENDANT.

**** SUMMONS ****　　　　　09/13/19

TO THE FOLLOWING NAMED DEFENDANT:
　　BAYERAG
　　100 BAYER ROAD
　　PITTSBURGH, PA 15205

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:　RALPH A. APPLEGATE
　　　1544 ZETTLER ROAD
　　　COLUMBUS, OH 43227,

　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
　　RALPH A. APPLEGATE
　　1544 ZETTLER ROAD
　　COLUMBUS, OH 43227

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY: BROOKE ELLIOTT, DEPUTY CLERK

PLAINTIFF'S
EXHIBIT
37

(CIV370-S03)

E3100 - H1

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

RALPH A. APPLEGATE,

PLAINTIFF,

VS.                              19CV-08-6825

BAYERAG,                         CASE NUMBER

DEFENDANT.                       79807439998
                                 ------------
                                 TRACKING ID

**** PERSONAL/RESIDENCE SERVICE RETURN ****

ATTORNEY:  P      RALPH A. APPLEGATE
           (000) 000-0000

PLAINTIFF'S EXHIBIT 39

THE STATE OF OHIO, FRANKLIN COUNTY, SS.
TO THE SHERIFF OF _Columbiana_ COUNTY, GREETINGS:

YOU ARE HEREBY COMMANDED, TO SERVE FORTHWITH THE WITHIN COPY OF
ORIGINAL SUMMONS AND OTHER DOCUMENTS TO BE SERVED

UPON:  BAYERAG
       100 BAYER ROAD
       PITTSBURGH        PA 15205-0000                    ADDR: 1

WITNESS MY HAND AND SEAL OF SAID COURT, THIS 13 DAY OF SEPTEMBER, 2019.

_____           MARYELLEN O'SHAUGHNESSY
DEPUTY CLERK                        CLERK OF THE COMMON PLEAS
                                    FRANKLIN COUNTY, OHIO
*********************************************************************
ON _____ 20____, I SERVED THE WITHIN NAMED _____
_____ WITH
A TRUE COPY OF PROCESS AND OTHER ACCOMPANYING DOCUMENTS TO BE SERVED AS
COMMANDED HEREINABOVE:

PERSONNALY; OR
   BY LEAVING SAME AT T[     *Cannot serve;*     (THIN NAMED
PARTY TO BE SERVED WITH                          (ON THEN
RESIDING AT SUCH RESIDEN(    *out of our*

I WAS UNABLE TO SERVE WI!    *county + state.*
_____
_____       *thankyou!*

BY _____
SERVICE    $_____
MILES      $_____
TOTAL FEES $_____
PLDF: BAYERAG                                    (CIV364-S15)

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2019 SEP 23 PM 4:1
CLERK OF COURTS

19 SEP 20 PM 2:21