Ralph C
1644 Zettler Road
Columbus, Ohio 43227

INSPECTED BY
JAN 21 2022
U.S. MARSHALS

U.S. POSTAGE PAID
FCM LG ENV
COLUMBUS, OH
43209
JAN 18 22
AMOUNT
$1.56
R2305K132651-13
1000     94102

Justice Vince Chabria
U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, Ca, 94102

RECEIVED
JAN 21 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA