## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| This document applies to:<br><br>SEE ATTACHED LIST OF CASES | Civil Action No. 3:16-md-02741-VC |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that James Andrew Bradshaw is no longer with the firm Gallivan, White & Boyd, P.A., and hereby withdraws as counsel of record.  Please **remove** James Andrew Bradshaw (*Fed. Bar No. 11680*) from the service list for this action and note that James Andrew Bradshaw is no longer counsel of record in this matter.

Dated: January 25, 2022

                                                        Respectfully submitted,

                                                        s/*Ronald K. Wray, II*
                                                        Ronald K. Wray, II    (Fed Bar # 5763)
                                                        GALLIVAN, WHITE & BOYD, P.A.
                                                        55 Beattie Place, Suite 1200
                                                        P.O. Box 10589
                                                        Greenville, SC 29603
                                                        Telephone:  (864) 271-9580
                                                        Facsimile:  (864) 271-7502
                                                        rwray@gwblawfirm.com