**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE: ROUNDUP PRODUCTS**
**LIABILITY LITIGATION**                       MDL No. 2741

### SCHEDULE OF CASES

|   | Caption |
|---|---|
| 1. | *Ronald Smith v. Monsanto Company, et al.;* 3:19-cv-02385-VC |
| 2. | *Raleigh O. Ward v. Monsanto Company;* 3:20-cv-00028-VC |
| 3. | *Randy Bodiford v. Monsanto Company, et al.;* 3:20-cv-01025-VC |
| 4. | *Angelo Bulone v. Monsanto Company, et al.;* 3:20-cv-03719-VC |
| 5. | *Brenda Reiser v. Monsanto Company;* 3:21-cv-05220-VC |