UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to: | Hon. Vince Chhabria |
| *Carol Parten, individually, and on behalf of all wrongful death beneficiaries of Melvin A. Parten, deceased, v. Monsanto Co.*; Case No. 3:22-cv-00308-VC | **NOTICE OF APPEARANCE** |

Brian K. Herrington of the law firm Chhabra Gibbs & Herrington PLLC gives notice of his appearance as counsel for Plaintiff Carol Parten, individually, and on behalf of all wrongful death beneficiaries of Melvin A. Parten, deceased.

Respectfully submitted, this the 17th day of January 2022.

PLAINTIFF MELVIN A. PARTEN,

*s/ Brian K. Herrington*
Brian K. Herrington, MB # 10204
CHHABRA GIBBS & HERRINGTON PLLC
120 N. Congress Street, Suite 200
Jackson, MS 39201
T: 601-326-0820
F: 601-948-8010
E: bherrington@nationcalclasslawyers.com

*Counsel for Plaintiff*

1