**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:  202-942-5000
Fax: 202-942-5999

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS' RESPONSIVE PLEADINGS TO PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT** |
| *Robert Ramirez, et al. v. Monsanto Company, et al.*, Case No. 3:19-cv-02224-VC | |

Pursuant to Local Rules 5 and 6-1(a), Plaintiffs in the above-captioned lawsuit and defendants Bayer Corporation ("Bayer") and Monsanto Company ("Monsanto"), without waiver of any rights, privileges, or defenses, including based on lack of personal jurisdiction, hereby stipulate as follows:

### RECITALS

WHEREAS, on April 24, 2019, Plaintiffs in the above-captioned case filed a putative class action Complaint against Monsanto in the Northern District of California and the case was assigned to Magistrate Judge Donna M. Ryu;

WHEREAS, on April 25, 2019, the case was reassigned to District Court Judge Vince Chhabria in the Northern District of California and on April 29, 2019, joined the multidistrict case *In re: Roundup Products Liability Litigation* (MDL No. 2741);

WHEREAS, Monsanto was served with Plaintiffs' Complaint on May 3, 2019 and filed an answer on June 24, 2019;

WHEREAS, Plaintiffs filed an Amended Complaint and Second Amended Complaint on June 24, 2020 and February 3, 2021, respectively;

WHEREAS, Plaintiffs filed a motion for preliminary approval of a class settlement that the Court denied on May 26, 2021;

WHEREAS, on October 1, 2021, Plaintiffs filed a notice to voluntary dismiss the claims of John Elko, Aaron Sheller, and Kabe Cain and, pursuant to Fed. R. Civ. P. 15(a), stipulated and agreed with Monsanto to the filing of an amended complaint within sixty days and that Monsanto would file a response to the Third Amended Complaint within sixty days of the filing of the Third Amended Complaint;

WHEREAS, on November 30, 2021, Plaintiffs filed a Third Amended Complaint, naming Monsanto and adding Bayer as a Defendant;

WHEREAS, Plaintiffs served Bayer on December 1, 2021;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), in the absence of any extension, Bayer's deadline to move, plead, or otherwise respond to the Third Amended Complaint was December 22, 2021;

WHEREAS, on December 15, 2021, Plaintiffs and Bayer stipulated to (i) vacate the response date provided for by Rule 12(a)(1)(A)(i) and (ii) a sixty-day extension of time from the date of filing of the Third Amended Complaint for the filing of a responsive pleading, extending the deadline to January 31, 2022.

## STIPULATION

THEREFORE, Plaintiffs and Defendants Bayer and Monsanto, without waiver of any rights, privileges, or defenses, including based on lack of personal jurisdiction, further stipulate to a ten-day extension of time for the filing of responsive pleadings.  This extension will permit Defendants to file their responsive pleadings on or before February 10, 2022.

DATED:  January 28, 2022                     Respectfully submitted,

/s/ *Brian L. Stekloff*
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax:  202-847-4005

*Attorneys for Defendants*
(additional counsel listed on next page)

>William Hoffman (*pro hac vice*)
>(william.hoffman@arnoldporter.com)
>Daniel S. Pariser (*pro hac vice*)
>(daniel.pariser@arnoldporter.com)
>ARNOLD & PORTER KAYE
>SCHOLER LLP
>601 Massachusetts Avenue, NW
>Washington, DC 20001
>Tel:  202-942-5000
>Fax:  202-942-5999
>
>Eric G. Lasker (*pro hac vice*)
>(elasker@hollingsworthllp.com)
>Martin C. Calhoun (*pro hac vice*)
>(mcalhoun@hollingsworthllp.com)
>HOLLINGSWORTH LLP
>1350 I Street, NW
>Washington, DC 20005
>Tel:  202-898-5800
>Fax: 202-682-1639
>
>*Attorneys for Defendants*
>
> /s/ *William M. Audet*
>William M. Audet (CA Bar No. 117456)
>(waudet@audetlaw.com)
>Michael McShane (CA Bar No. 127944)
>(mmcshane@audetlaw.com)
>Mark E. Burton (CA Bar No. 178400)
>(mburton@audetlaw.com)
>Ling Y. Kuang (CA Bar No. 296873)
>(lkuang@audetlaw.com)
>Kurt D. Kessler (CA Bar No. 327334)
>(kkessler@audetlaw.com)
>AUDET & PARTNERS, LLP
>711 Van Ness Avenue, Suite 500
>San Francisco, CA 94102
>(415) 568-2555
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filling to all appearing parties of record.

By: /s/ Brian L. Stekloff