IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Henry Cato v. Monsanto Co.*, Case No. 3:20-cv-01920-VC *Isaac W. Goble, Jr. v. Monsanto Co.*, Case No. 3:20-cv-04648-VC *Patsy W. Wix, as Personal Representative of the Estate of William Dennis Huskey v. Monsanto Co.*, Case No. 3:20-cv-02648-VC *Roy Rutland v. Monsanto Co.*, Case No. 3:20-cv-05372-VC *Kenneth C. Morris v. Monsanto Co.*, Case No. 3:20-cv-01957-VC *Charles Williams v. Monsanto Co.*, Case No. 3:20-cv-04758-VC | |

## UNSWORN DECLARATION OF CHRIS MOORE

PERSONALLY APPEARED BEFORE ME, the undersigned, who after being duly sworn, deposes and says:

1. My name is Chris Moore, I am over the age of 18 years old, I am a partner at Richardson, Thomas, Haltiwanger, Moore & Lewis, LLC, and I am counsel of record for the Plaintiffs, alongside Daniel S. Haltiwanger, in the above-captioned matters.

2. On January 26, 2022, our firm submitted requested information to The Law Offices of Kenneth R. Feinberg PC on behalf of Plaintiff Patsy Wix, as Personal Representative for the

Estate of William Huskey, Plaintiff Henry Cato, and Plaintiff Charles Williams in relation to the Roundup Independent Settlement Program.

3. On January 27, 2022, our firm submitted requested information to The Law Offices of Kenneth R. Feinberg PC on behalf of Plaintiff Tammy Martin, as Personal Representative for the Estate of Isaac Goble, Jr., Plaintiff Kenneth Morris, and Plaintiff Roy Rutland in relation to the Roundup Independent Settlement Program.

4. My firm received initial letters from Mr. Feinberg's office requesting information on October 27, 2021 and were asked to provide the information within forty-five days.

5. To date, we have participated in the scheduling and completion of the following depositions:

   a. Deposition of Randy Isbell on November 4, 2021;
   b. Deposition of Patsy Wix, as Personal Representative for the Estate of William Huskey on November 9, 2021;
   c. Deposition of Charles Williams on November 10, 2021;
   d. Deposition of Kenneth Morris on November 11, 2021;
   e. Deposition of Helen Morris on November 11, 2021;
   f. Deposition of Roy Rutland on November 18, 2021;
   g. Deposition of Jane Isbell on November 24, 2021;
   h. Deposition of Henry Cato on November 30, 2021
   i. Deposition of Vivian Rutland on December 7, 2021; and
   j. Deposition of Tammy Martin, as Personal Representative for the Estate of Isaac Goble, Jr. on January 12, 2022.

6. We have the depositions of the following treating physicians of Plaintiffs currently scheduled:

    a. Deposition of James McClain, M.D., who is the treating physician for Plaintiff Randy Isbell, scheduled for February 2, 2022;

    b. Deposition of Rajeev Malik, who is the treating physician of Plaintiff Randy Isbell, scheduled for February 3, 2022;

    c. Deposition of Phillip Baldwin, M.D., who is the treating physician for Plaintiff Charles Williams, scheduled for February 10, 2022;

    d. Deposition of Jill Sullivan, M.D., who is the treating physician for Plaintiff Charles Williams, scheduled for February 11, 2022; and

    e. Deposition of Laurence Ballou, Jr., M.D., who is the treating physician for Plaintiff Kenneth Morris, scheduled for February 23, 2022; and

    f. Deposition of Darren Mullins, M.D., who is the treating physician of Plaintiff Kenneth Morris, scheduled for February 23, 2022.

7. We are working with defense counsel to reschedule the depositions of Sydney Welt, M.D. and Daud Nawabi, M.D., who are treating physicians for Plaintiff Roy Rutland.

8. We have timely served written responses to requests for admission, interrogatories, and requests for production of documents on behalf of those of our Wave 4 clients that have been served with discovery requests thus far.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

*C. Moore*
_____
Chris Moore

January 28, 2022