C. Mark Whiteheadd, III

The Whitehead Law Firm, LLC

3639 Ambassador Caffery Parkway

Lafayette, Louisiana 70503-5139

(337) 740-6006

cmw@whiteheadfirm.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| This Document Relates to: 3:20-cv-07888-VC | Case Number: 3:16-md-02741-VC <br> **NOTICE OF VOLUNTARY DISMISSAL OF** <br> *[check one]* <br> ☒ **THIS ENTIRE CASE** <br> ☐ **ONLY DEFENDANT** *[name]* _____ |
| MARY SCHIEMANN <br>     Plaintiff, <br> vs. <br> MONASANTO COMPANY <br>     Defendant. | Hon. Judge Vince Chhabria |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses:

    ☒ this entire case.

    ☐ only Defendant *[name]* _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: JANUARY 31, 2022   Sign Name: /s/ C. Mark Whitehead, III

                                  Print Name: C. Mark Whitehead, III

The Whitehead Law Firm, LLC
3639 Ambassador Caffery Pkwy.
Suite 316
Lafayette, LA 70503
(V) 337.740.6006
(F) 337.205.7754