C. Mark Whiteheadd, III

The Whitehead Law Firm, LLC

3639 Ambassador Caffery Parkway

Lafayette, Louisiana 70503-5139

(337) 740-6006

cmw@whiteheadfirm.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| This Document Relates to:<br>3:21-cv-05315-VC | Case Number: 3:16-md-02741-VC<br>**NOTICE OF VOLUNTARY DISMISSAL OF**<br>*[check one]* |
| FERNANDO CAMARENA<br>Plaintiff,<br>vs.<br>MONASANTO COMPANY<br>Defendant. | ☒ **THIS ENTIRE CASE**<br>☐ **ONLY DEFENDANT** *[name]*<br><br>Hon. Judge Vince Chhabria |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses:

☒ this entire case.

☐ only Defendant *[name]* _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: JANUARY 31, 2022    Sign Name: /s/ C. Mark Whitehead, III

Print Name: C. Mark Whitehead, III

The Whitehead Law Firm, LLC
3639 Ambassador Caffery Pkwy.
Suite 316
Lafayette, LA 70503
(V) 337.740.6006
(F) 337.205.7754