C. Mark Whiteheadd, III

The Whitehead Law Firm, LLC

3639 Ambassador Caffery Parkway

Lafayette, Louisiana 70503-5139

(337) 740-6006

cmw@whiteheadfirm.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Division

| | |
|---|---|
| This Document Relates to: 3:21-cv-02547-VC | Case Number: 3:16-md-02741-VC |
| | **NOTICE OF VOLUNTARY DISMISSAL OF** |
| | *[check one]* |
| LAUREN MONTGOMERY | ☒ **THIS ENTIRE CASE** |
| Plaintiff, | ☐ **ONLY DEFENDANT** *[name]* |
| vs. | |
| MONASANTO COMPANY | |
| Defendant. | Hon. Judge Vince Chhabria |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses:

☒ this entire case.

☐ only Defendant *[name]* _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: JANUARY 31, 2022    Sign Name: /s/ C. Mark Whitehead, III

Print Name: C. Mark Whitehead, III

The Whitehead Law Firm, LLC
3639 Ambassador Caffery Pkwy.
Suite 316
Lafayette, LA 70503
(V) 337.740.6006
(F) 337.205.7754