FULLER, WILLIAMSON, NELSEN & PREHEIM, LLP
Derek A. Nelsen
Eric T. Preheim
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
dnelsen@fullerandwilliamson.com
epreheim@fullerandwilliamson.com
*Attorneys for Plaintiff Dr. William Horner*

UNITED STATES DISTRICT COURT
STATE OF CALIFORNIA
NORTHERN DISTRICT

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Dr. William Horner v. Monsanto Company, Inc.*, Case No. 3:21-cv-07744-VC | **SUGGESTION OF DEATH** |

PLEASE TAKE NOTICE Dr. William James Horner died on January 27, 2022.  (See **Exhibit 1**.)  A substitution of parties will be filed pursuant to Federal Rule of Civil Procedure 25(a) within ninety (90) days.

Dated:  January 31, 2022.

FULLER, WILLIAMSON, NELSEN
& PREHEIM, LLP

  /s/ Derek A. Nelsen
Derek A. Nelsen
Eric T. Preheim
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
dnelsen@fullerandwilliamson.com
epreheim@fullerandwilliamson.com
*Attorneys for Plaintiff*

MDL 2741
3:16-md-02741-VC
Suggestion of Death

## Certificate of Service

I certify that on January 31, 2022, I e-filed via CM/ECF Filer (PACER) a true and correct copy of the Suggestion of Death, on:

Jennise W. Stubbs (jstubbs@shb.com)
Ryan S. Killian (rkillian@shb.com)
SHOOK, HARDY & BACK L.L.P.
  *Attorneys for Monsanto Company, Inc.*

                                        /s/ Derek A. Nelsen
                                        One of the Attorneys for Plaintiff