**Argus Leader.**   Home   News   Sports   Link   Life   Opinion   Obituaries   Weather

# William Horner



Listen to this obituary

## Obituary

William Horner

Brandon, SD - William James Horner was born on September 23, 1950, in Steubenville, Ohio. Bill led an adventurous life of entirely his own orchestration. He had a perfect childhood spent hiking the backwoods, fishing, and working on the family's Christmas tree farm. After graduating from Whitefish Bay High School, Bill worked as a longshoreman at the Milwaukee docks and eventually moved to Watertown, South Dakota, to be near his family.

While in Watertown, he worked as a motorcycle mechanic after convincing a shop owner to teach him the trade in exchange for a week's free labor. He was also a construction worker, a cement truck driver, and briefly ran a small business with his brother Mike.

He met Debby in the spring of 1973 and the two married on February 29th in 1976. Bill attended the University of Minnesota Medical School and completed his residency at Mayo Clinic. James, his son, was born in September 1983, followed by Sara in June 1986. Bill settled with his family in Sioux Falls, South Dakota in 1983 and began his career with Anesthesia Physicians Ltd.

Bill also became a multi-engine instrument-rated pilot - an impressive accomplishment realized by his inquisitive grit. He rejoiced in impractical boots, Bombay Sapphire, fast cars, & his farm. He loved his wife completely. His children were his pride.

**Exhibit 1**

After getting married on the farm, Sara and son-in-law Tim had a baby girl, Violet, and Bill's world knew unwavering joy. Drives in the ATV, listening to 60s rock, and eating "papa cereal" (aka Lucky Charms) with Violet were common signs of a great day. He was so proud of Debby for her tireless hard work & joyful creation of family, of Jim for following his passions, and of Sara for her quiet strength and determination. He was always the first to talk up Tim's career or his sister, Janice's tenacity. Above everything, his family was his lifeblood.

William passed away on January 27, 2022. This photo of Bill embodies his heaven on Earth: a gin and tonic in hand, pistol on his hip "just in case", & Moose by his side hiking the land that he loved. Instead of memorials, the family asks that you think of Bill whenever you put on your favorite pair of boots or when you take the first sip of a perfectly crafted Sapphire and tonic. The family will celebrate his life with dinner & an amazing glass of wine.

Posted online on January 29, 2022
Published in Argus Leader

Help · Terms of Service · Your California Privacy Rights/Privacy Policy · Privacy Policy · Site Map · Accessibility · Our Ethical Principles · **Do Not Sell My Info/Cookie Policy**

   

© Copyright Gannett 2022

**Exhibit 1**