# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 2741 |
| | : | |
| ROUNDUP PRODUCTS LIABILITY | : | CASE NO. 3:16-md-2741-VC |
| LITIGATION | : | |
| | : | **ADMINISTRATIVE MOTION TO FILE** |
| This document relates to: | : | **UNDER SEAL** |
| | : | |
| Maurice Wigglesworth v. | : | |
| Monsanto Co., | : | |
| Case No. 3:19-cv-07864-VC | : | |

Pursuant to Local Civil Rules 79-5 and 7-11 of the Northern District of California, Plaintiffs hereby file this Administrative Motion to File Under Seal.

## I.     ACTION REQUESTED

A ruling on whether the full, unredacted Petition for Approval of Compromise of Wrongful Death/Survival Action Pursuant to Pa. C.S.A. § 3323, and its attachments, may be filed under seal.

## II.     REASONS SUPPORTING THE REQUEST

Pursuant to the Confidentiality Order in place for MDL No. 2741, any party wishing to use a document designated "confidential," in support of a motion must file an Administrative Motion to determine whether filing under seal is appropriate. This action was originally filed in the United States District Court for the Eastern District of Pennsylvania under Pennsylvania law. A copy of the Civil Action Complaint is attached hereto as Exhibit "A." Decedent, Maurice T. Wigglesworth, died during the pendency of this action. His natural children, Naja L. Barksdale and Maurice W. Wigglesworth, were duly appointed Co-Administrators of the Estate of Maurice T. Wigglesworth on October 13, 2021, by the Register of Wills of Philadelphia County. A copy of the Letters of Administration is attached as Exhibit "B."

1

Pennsylvania law requires court approval of the settlement of the survival claim and the apportionment of the settlement proceeds between the wrongful death and survival actions. *In re Estate of Merryman*, 669 A.2d 1059, 16 Fiduc. Rep. 2D 101 (Pa. Cmwlth 1995); *Moore v. Gates*, 580 A.2d 1138, 398 Pa. Super. 211 (1990), *appeal denied*, 527 Pa. 617. Furthermore, Pennsylvania law provides:

> *Whenever it is desired to compromise or settle an action in which damages are sought to be recovered on behalf of an estate, any court or division thereof in which such action is pending and which has jurisdiction thereof may, upon oral motion by plaintiff's counsel of record in such action, or upon petition by the personal representative of such decedent, make an order approving such compromise or settlement. Such order may approve an agreement for the payment of counsel fees and other proper expenses incident to such action.*

20 Pa. C.S.A. § 3323 (b)(1). Additionally, Section 3323 states, "The personal representative shall file a copy of the order of the court approving such compromise or settlement in the office of the Register of Wills or Clerk of the Court having jurisdiction of the estate." *Id.* at § 3323 (b)(3). Here, the court having jurisdiction over the Estate of Maurice T. Wigglesworth is the Philadelphia County Court of Common Pleas in Pennsylvania. Defendant's proposed "Confidential Release, Indemnity, Assignment, and Settlement Agreement and Covenant Not to Sue" contains a confidentiality provision prohibiting the disclosure of the terms of the settlement. In order to obtain an Order approving the settlement for filing in the Philadelphia County Court of Common Pleas, it is necessary for Plaintiffs to file the Petition for Approval of Compromise of the Wrongful Death/Survival Action under seal.

## III.    CONCLUSION

For the foregoing reasons, Plaintiffs seek permission to file the Petition for Approval of Compromise of a Wrongful Death/Survival Action, and the accompanying exhibits, under seal, for

the purpose of obtaining Court approval of the settlement and the required Court Order for filing in

the Philadelphia County Court of Common Pleas in Pennsylvania.

                                        Respectfully submitted,


Dated: December 23, 2021              By: _/s/Jarad L. Silverstein_____
                                          Jarad L. Silverstein, Esquire
                                          **WAPNER, NEWMAN, BRECHER**
                                          **& MILLER, P.C.**
                                          2000 Market Street, Suite 2750
                                          Philadelphia, PA 19103
                                          Phone: (215) 569-0900
                                          Fax: (215) 596-4621
                                          Email: jsilverstein@wapnernewman.com

                                          *Attorney for Petitioners, Naja L. Barksdale*
                                          *and Maurice W. Wigglesworth, as*
                                          *Co-Administrators of the Estate of Maurice*
                                          *T. Wigglesworth, Deceased*

## CERTIFICATE OF SERVICE

I, JARAD L. SILVERSTEIN, ESQUIRE, certify that on this date, I served a certified true and correct copy of the foregoing Administrative Motion to File Under Seal upon the following by e-mail and by depositing the same in the United States mail, postage prepaid, addressed as follows:

Anthony R. Martinez, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108
Email: amartinez@shb.com

Pennsylvania Department of Revenue
Wrongful Death/Survival Action Request
PA Department of Revenue
Inheritance Tax Division
P.O. Box 280601
Harrisburg, PA 17128-0601
Email: RA-WDSAsettlement@pa.cgov

Dated: January 31, 2022                    By:  _/s/Jarad L. Silverstein_____
                                           JARAD L. SILVERSTEIN, ESQUIRE