## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 2741 |
| | : | |
| ROUNDUP PRODUCTS LIABILITY LITIGATION | : | CASE NO. 3:16-md-2741-VC |
| | : | |
| | : | **DECLARATION PURSUANT TO CIVIL** |
| This document relates to: | : | **L.R. 7-11(a)** |
| | : | |
| Maurice Wigglesworth v. Monsanto Co., Case No. 3:19-cv-07864-VC | : : : | |

I, JARAD L. SILVERSTEIN, ESQUIRE, declare:

1. I am counsel for Plaintiffs in the above-captioned matter. I make this declaration in support of the above Administrative Motion to File Under Seal. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. The proposed Petition for Approval of Compromise of Wrongful Death/Survival Action pursuant to 20 Pa. C.S.A. § 3323 provides the details of the proposed settlement between the parties in this action, including information deemed confidential by defendant, Monsanto, and more specifically:

      a. The fact of a settlement between the parties.

      b. The terms of the settlement between the parties including the amount to be paid.

3. Pennsylvania law requires under 20 Pa. C.S.A. § 3323 that any settlement of an action pending on behalf of an estate may be approved by any court having jurisdiction thereof and that the Order approving the settlement be filed in the office of the Register of Wills or Clerk of the Court having jurisdiction over the estate.

4. Plaintiffs and Defendant have met and conferred in good faith and have agreed that a Court Order is necessary to approve the settlement, the allocation of the settlement proceeds, and for notification purposes for filing with the Register of Wills in Philadelphia County, Pennsylvania.

5. I declare under penalty of perjury that the foregoing is true and correct.


Dated: January 31, 2022                    By: _/s/Jarad L. Silverstein_____
                                                                               Jarad L. Silverstein, Esquire
                                                                               **WAPNER, NEWMAN, BRECHER & MILLER, P.C.**
                                                                               2000 Market Street, Suite 2750
                                                                               Philadelphia, PA 19103
                                                                               Phone: (215) 569-0900
                                                                               Fax: (215) 569-4621
                                                                               Email: jsilverstein@wapnernewman.com