UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

Case No. 16-MD-2741-VC

**THIS DOCUMENT RELATES TO**

Bundy v. Monsanto, et al. 20-cv-06345-VC
_____/

### PLAINTIFF NOTICE OF COMPLIANCE WITH PRETRIAL ORDER 240

**NOTICE IS HEREBY GIVEN** by Plaintiff, ROB BUNDY, by and through his undersigned counsel, that Plaintiff has complied with PreTrial Order 240 regarding participation in the special settlement program and in support states as follows:

1. On January 26, 2022, Plaintiff provided completed claim form and supporting documentation to Special Master Ken Feinberg. On the same date, Feinberg's office confirmed their receipt of the referenced documentation. See attached Exhibit "A."

2. On January 27, 2022, Plaintiff contacted Mr. Feinberg's office requesting contact of the Court to advise of the compliance. On January 31, 2022, Feinberg's office advised it would be Plaintiff responsibility to contact the Court and advise. See also Exhibit "A."

WHEREFORE, the Plaintiff requests this Court remove his case from the Appendix 1 referenced in the Order to Show Cause and not dismiss his claim.

01477158-1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on _February 1st_, 2022, and was provided via email to Anthony N. Upshaw, Esq. and Melissa R. Alvarez, Esq., McDermott Will & Emery, LLP 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131 (aupshaw@mwe.com) and (malvarez@mwe.com) and Joe G. Hollingsworth, Esq., Hollingsworth LLP, 1350 I Street N.W., Washington, D.C. 20005 (jhollingsworth@hollingsworthllp.com).

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Postal Drawer 4195
Sarasota, Florida 34230
*(941) 366-8100 - Phone*
*(941) 366-6384 - Fax*

_____
ANTHONY J. MANGANIELLO, III, ESQ.
Florida Bar No. 0052307
*Attorneys for Plaintiff, BUNDY*

01477158-1

Received: Monday, January 31, 2022 11:23 AM
From: Roundup Program <roundupprogram@feinberglawoffices.com>
To: Renee Grek <rgrek@icardmerrill.com>
Subject: RE: Confirmation of Receipt of Claim for Rob Bundy - Roundup Product Liability Litigation MDL No. 271 (N.D.Cal) Independent Roundup Settlement
Date: Mon, 31 Jan 2022 16:24:03 +0000

Attachment: image001.png

Ms. Grek,

Thank you for your inquiry. You should notify the court that you have complied with the PTO and have filed your claim with the Program.

Regards,
Feinberg Law Offices

**From:** Renee Grek [mailto:rgrek@icardmerrill.com]
**Sent:** Thursday, January 27, 2022 3:18 PM
**To:** Roundup Program <roundupprogram@feinberglawoffices.com>
**Cc:** lawofficesofcharleslmeyer@gmail.com; Anthony Manganiello III <amanganiello@icardmerrill.com>
**Subject:** re: Confirmation of Receipt of Claim for Rob Bundy - Roundup Product Liability Litigation MDL No. 271 (N.D.Cal) Independent Roundup Settlement

Good afternoon,

Kindly also confirm if your office will contact the Court and advise our compliance with the independent settlement program. Our claim is still at risk under the Show Cause Order entered, per your offices report to the Judge.

Thank you,
Renee

> On Wednesday, January 26, 2022 2:46 PM, Roundup Program wrote:
>
> Ms. Grek,
> This email will confirm receipt of your claim with the Independent Roundup Settlement Program referenced above.
> We will contact you if additional information or documentation is needed, and will notify you once we have completed the review of your claim and made a final determination.
> Thank you,
> Feinberg Law Offices
>
> **From:** Renee Grek [mailto:rgrek@icardmerrill.com]
> **Sent:** Wednesday, January 26, 2022 2:14 PM
> **To:** Roundup Program <roundupprogram@feinberglawoffices.com>
> **Cc:** Anthony Manganiello III <amanganiello@icardmerrill.com>; lawofficesofcharleslmeyer@gmail.com
> **Subject:** MDL. No. 2741 (N.D. Cal.) Roundup Independent Settlement Program - Potential Claimant: Rob Bundy
>
> **Caution:** This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.
>
> Please see enclosed completed claim form and supporting documentation for review. Please confirm receipt of this correspondence and access to all documents provided. Please contact our office with any questions.
>
> Thank you,
>
> **Renee Grek**
> *Paralegal to Anthony J. Manganiello, Esq.*
>
> 2033 Main Street, Suite 600
> Sarasota, FL 34237
> P: 941.366.8100 x256 | F: 941.366.6384
> rgrek@icardmerrill.com
> icardmerrill.com


EXHIBIT A

PCL XL error

    Subsystem:   USERSTREAM

    Error:   MissingData

    Operator:   ReadImage

    Position:   981