UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>All Actions | **ORDER RE CASE COUNSEL CONTACT INFORMATION**<br>Re: Dkt. No. 14473 |

Plaintiffs' Co-Lead counsel requests an order directing case counsel to provide them a "Case Counsel Contact Information" form. Joint Case Management Statement (Dkt. No. 14473) at 3. Within **7 days**, Plaintiff's Co-Lead counsel shall submit a proposed order in support of the request. The proposed order shall explain the process for case counsel to provide the "Case Counsel Contact Information" form to Plaintiffs' Co-Lead counsel.

**IT IS SO ORDERED.**

Dated: February 1, 2022

VINCE CHHABRIA
United States District Judge