UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Estate of Gerald Helmich v. Monsanto*, Case No. 20-cv-5941 | **ORDER GRANTING MOTION TO SUBSTITUTE PARTY** |
| | Re: MDL Dkt. 14341 |

The Court grants plaintiff's motion for substitution of party. Paul Helmich is substituted in place of Helen Helmich as plaintiff in this action.

**IT IS SO ORDERED.**

Dated: February 1, 2022

VINCE CHHABRIA
United States District Judge