UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to<br>*Noah L. Morales, v. Monsanto Company*<br>*3:20-cv-01762-VC* | |

ORDER

CONSIDERING THE FOREGOING Motion to Dismiss Monsanto Company

IT IS HEREBY ORDERED that Plaintiffs Motion to Dismiss is Granted; Noah L. Morales claims and causes of action against Monsanto Corporation are dismissed with prejudice, reserving all other claims against all other parties.

~~Signed this _____ day of December, 2021~~

February 1, 2022

_____
~~Judge~~

District Judge Vince Chhabria