UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>[~~PROPOSED~~] ORDER TO WITHDRAW AS COUNSEL FOR PATRICIA WOODRUFF AND THE ESTATE OF RODNEY ALLEN WOODRUFF |
| This document relates to:<br><br>*PATRICIA WOODRUFF, et al.*<br>*vs. MONSANTO COMPANY*<br><br>3:19-cv-07531-VC | |

**[~~PROPOSED~~] ORDER**

1. Counsel's motion is GRANTED.

2. C. Victor Welsh, III of the law firm Pittman, Roberts, & Welsh PLLC is hereby allowed to withdraw as counsel for Patricia Woodruff and the Estate of Rodney Allen Woodruff. Welsh shall have no further obligation to represent the interests of Patricia Woodruff or the Estate.

3. Welsh shall continue as counsel of record for Kimberly Michele Woodruff Harrell, Rodney Alan Woodruff, and Morris Sterling Woodruff, only.

Dated: __February 1__, 2022.

_____
Hon. VINCE CHHABRIA
United States District Court Judge