1 Eben S. Flaster, Esquire
SHOOK, HARDY & BACON L.L.P.
2 Two Commerce Square
2001 Market Street, Suite 3000
3 Philadelphia, PA  19103
Telephone:  215-278-2555
4 Facsimile:  215-278-2594
eflaster@shb.com
5
*Attorney for Defendant*
6 *MONSANTO COMPANY*

7 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
8

| 9 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|---|
| 10 | | Case No. MDL No. 3:16-md-2741-VC |
| 11 | This document relates to: *Lisa Breger, et al. v. Monsanto Company* Case No.  3:18-cv-02257-VC | |
| 12 | | |

13
**NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**
14
**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**
15
PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Eben S. Flaster of the firm
16
Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO
17
COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices,
18
orders, correspondence, and other papers in connection with this action be served on and directed
19
to the undersigned counsel.
20
February 2, 2022                                                    Respectfully Submitted,
21
                                                                    SHOOK, HARDY & BACON L.L.P.
22

23                                                                  By: */s/ Eben S. Flaster*
                                                                    Eben S. Flaster, Esquire
24                                                                  Two Commerce Square
                                                                    2001 Market Street, Suite 3000
25                                                                  Philadelphia, PA  19103
                                                                    Telephone:  215-278-2555
26                                                                  Facsimile:  215-278-2594
                                                                    eflaster@shb.com
27
                                                                    *Attorney for Defendant*
28                                                                  *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Eben S. Flaster, hereby certify that, on February 2, 2021, I electronically filed NOTICE OF APPEARANCE OF EBEN S. FLASTER ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

  /s/ Eben S. Flaster
Eben S. Flaster

*Attorney for Defendant*
MONSANTO COMPANY