**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) | MDL No. 2741 |
| LIABILITY LITIGATION ) | Case No. 3:16-md-02741-VC |
| ) | |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | |
| [Laura McCool 3:20-cv-00069] ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between Plaintiff, Laura McCool, and Defendant, Monsanto Company ("Monsanto"), through the undersigned counsel, that the above captioned case has resolved and hereby stipulate on the record pursuant to Fed. R. Civ. P. 41(a)(1) that this civil action is due to be dismissed with prejudice, the parties to bear their own costs.

Dated: 4 February 2022.

*/s/ Patrick Pantazis*
Patrick Pantazis
Craig Lowell
**WIGGINS CHILDS PANTAZIS**
**FISHER & GOLDFARB LLC**
*Attorneys for Plaintiff*
301 19TH STREET NORTH
Birmingham, AL 35203
(205) 314-0639

*/s/ Anthony R. Martinez*_____
Anthony R. Martinez (MO#61791)
SHOOK, HARDY & BACON LLP
*Attorney for Defendants*
2555 Grand Blvd.
Kansas City, Missouri 64108
(816) 559-2683