IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2741 Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** [Laura McCool 3:20-cv-00069] | ) ) ) ) | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal With Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal With Prejudice.

**IT IS SO ORDERED.**

Dated: _____      _____
Honorable Judge Vince Chhabria
United States District Judge