# Exhibit A

| | |
|---|---|
| **From:** | Patrick Stueve <stueve@stuevesiegel.com> |
| **Sent:** | Friday, June 25, 2021 12:26 PM |
| **To:** | Rosenthal, John; Wilkerson, Jeff |
| **Cc:** | Don Downing (ddowning@grgpc.com); Gretchen Garrison; Cort A. VanOstran; Todd Hilton |
| **Subject:** | Rule 408 Communication Re: Tomlinson et al. v. Monsanto Co. et al. |

John: we are reaching out before we submit our various filings in Delaware to discuss whether your client has an interest in resolving Tomlinson. We strongly believe the proposed nationwide settlement will not and should not withstand Court scrutiny. If there is an interest in addressing our concerns and resolving the Missouri class claims, then this process should be initiated before we file our briefs in Delaware. Don Downing and I are available after 4 CST today or Monday morning to discuss further. If not, we will proceed as we have advised the Court.

PJS.
Get Outlook for iOS

**From:** Rosenthal, John <JRosenthal@winston.com>
**Sent:** Wednesday, March 31, 2021 10:47 AM
**To:** Todd Hilton; Wilkerson, Jeff
**Cc:** Patrick Stueve; Don Downing (ddowning@grgpc.com); Gretchen Garrison; Cort A. VanOstran
**Subject:** RE: Tomlinson et al. v. Monsanto Co. et al.

**External Email**

Will do.

**John J. Rosenthal**
**Partner**
**Chair, eDiscovery & Information Governance Practice**
Winston & Strawn LLP
D: +1 202-282-5785
M: +1 202-744-9652
Bio | VCard | Email | winston.com



**From:** Todd Hilton <hilton@stuevesiegel.com>
**Sent:** Wednesday, March 31, 2021 1:46 PM
**To:** Rosenthal, John <JRosenthal@winston.com>; Wilkerson, Jeff <JWilkerson@winston.com>
**Cc:** Patrick Stueve <stueve@stuevesiegel.com>; Don Downing (ddowning@grgpc.com) <ddowning@grgpc.com>; Gretchen Garrison <ggarrison@grgpc.com>; Cort A. VanOstran <cvanostran@grgpc.com>
**Subject:** Re: Tomlinson et al. v. Monsanto Co. et al.

I can do 2:30. Just call my cell or shoot me a call in. Thanks.

Get Outlook for iOS

**From:** Rosenthal, John <JRosenthal@winston.com>
**Sent:** Wednesday, March 31, 2021 12:38 PM