# Exhibit B

| | |
|---|---|
| **From:** | Rosenthal, John |
| **Sent:** | Sunday, June 27, 2021 10:06 PM |
| **To:** | Patrick Stueve |
| **Cc:** | Don Downing (ddowning@grgpc.com); Gretchen Garrison; Cort A. VanOstran; Todd Hilton; Wilkerson, Jeff |
| **Subject:** | RE: Rule 408 Communication Re: Tomlinson et al. v. Monsanto Co. et al. |

Patrick,

We are happy to speak to you on the phone on Monday morning if you would like.  To be clear, and as you know, the nationwide settlement in Gilmore has been executed.  It is more than fair and reasonable, and Monsanto believes that it will be both preliminarily and finally approved.  Monsanto will not be renegotiating that settlement.  Your accusation in briefing that the Gilmore settlement was the product of collusion is without any legal or factual support.  And as to those claims in Tomlinson that overlap with the nationwide settlement, you should be talking with plaintiffs' counsel in Gilmore, who negotiated that settlement and will be representing the putative settlement class.  As to the remaining claims in Tomlinson that are not subsumed within the nationwide settlement in Gilmore, we are more than happy to have a discussion about resolving those claims.

Regards,

John

**John Rosenthal**
Winston & Strawn LLP
D: +1 202-282-5785
M: +1 202-744-9652
winston.com



**From:** Patrick Stueve <stueve@stuevesiegel.com>
**Sent:** Friday, June 25, 2021 12:26 PM
**To:** Rosenthal, John <JRosenthal@winston.com>; Wilkerson, Jeff <JWilkerson@winston.com>
**Cc:** Don Downing (ddowning@grgpc.com) <ddowning@grgpc.com>; Gretchen Garrison <ggarrison@grgpc.com>; Cort A. VanOstran <cvanostran@grgpc.com>; Todd Hilton <hilton@stuevesiegel.com>
**Subject:** Rule 408 Communication Re: Tomlinson et al. v. Monsanto Co. et al.

John: we are reaching out before we submit our various filings in Delaware to discuss whether your client has an interest in resolving Tomlinson.  We strongly believe the proposed nationwide settlement will not and should not withstand Court scrutiny.  If there is an interest in addressing our concerns and resolving the Missouri class claims, then this process should be initiated before we  file our briefs in Delaware. Don Downing and I are available after 4 CST today or Monday morning to discuss further.  If not, we will proceed as we have advised the Court.

PJS.
Get Outlook for iOS

1

**From:** Rosenthal, John <JRosenthal@winston.com>
**Sent:** Wednesday, March 31, 2021 10:47 AM
**To:** Todd Hilton; Wilkerson, Jeff
**Cc:** Patrick Stueve; Don Downing (ddowning@grgpc.com); Gretchen Garrison; Cort A. VanOstran
**Subject:** RE: Tomlinson et al. v. Monsanto Co. et al.

**External Email**

Will do.

**John J. Rosenthal**
**Partner**
**Chair, eDiscovery & Information Governance Practice**
Winston & Strawn LLP
D: +1 202-282-5785
M: +1 202-744-9652
Bio | VCard | Email | winston.com



**From:** Todd Hilton <hilton@stuevesiegel.com>
**Sent:** Wednesday, March 31, 2021 1:46 PM
**To:** Rosenthal, John <JRosenthal@winston.com>; Wilkerson, Jeff <JWilkerson@winston.com>
**Cc:** Patrick Stueve <stueve@stuevesiegel.com>; Don Downing (ddowning@grgpc.com) <ddowning@grgpc.com>; Gretchen Garrison <ggarrison@grgpc.com>; Cort A. VanOstran <cvanostran@grgpc.com>
**Subject:** Re: Tomlinson et al. v. Monsanto Co. et al.

I can do 2:30. Just call my cell or shoot me a call in. Thanks.

Get Outlook for iOS

**From:** Rosenthal, John <JRosenthal@winston.com>
**Sent:** Wednesday, March 31, 2021 12:38 PM
**To:** Todd Hilton; Wilkerson, Jeff
**Cc:** Patrick Stueve; Don Downing (ddowning@grgpc.com); Gretchen Garrison; Cort A. VanOstran
**Subject:** RE: Tomlinson et al. v. Monsanto Co. et al.

**External Email**

Todd,

How does 2:30 Central work for you.

**John J. Rosenthal**
**Partner**
**Chair, eDiscovery & Information Governance Practice**
Winston & Strawn LLP
D: +1 202-282-5785
M: +1 202-744-9652
Bio | VCard | Email | winston.com