IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |
| [Laura McCool 3:20-cv-00069] | ) ) | |

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal With Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal With Prejudice.

**IT IS SO ORDERED.**

Dated: February 7, 2022

_____
Honorable Judge Vince Chhabria
United States District Judge