UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **DECLARATION OF DANIEL R. SEIDMAN PURSUANT TO CIVIL LR 7-11(a)** |
| Rose Hartweck, Ind. Rep. of the Estate of Glen Hartweck, 3:19-cv-7783 | |

I, Daniel R. Seidman, hereby declare as follows:

1.  I am an attorney licensed to practice in both the State of Illinois (IL, #6308142) and the State of Missouri (MO, #66217).

2.  I represent Plaintiff in the above-referenced case.

3.  I make this Declaration in support of Plaintiff's Administrative Motion to File Under Seal. Pursuant to LR 79-5(d), Plaintiff simultaneously files the redacted and unredacted versions of the Uncontested Petition for Approval of Settlement and corresponding attachments to settle the above-referenced case. Plaintiff requests the Uncontested Petition for Approval of Settlement be redacted to protect the confidentiality of the settlement amount, and that all exhibits thereto be sealed entirely. The Petition provides details of the proposed settlement between the parties, including information deemed confidential by Monsanto and to which the parties agreed to maintain as confidential in the Confidential Release, Indemnity, Assignment, and Settlement Agreement and Covenant Not to Sue ("Release"). The exhibits contain confidential information regarding the settlement.

4.     Pursuant to the Release, the parties agreed that the amount of the settlement and terms of the settlement be maintained confidential.

5.     Plaintiff and Defendant has met and conferred in good faith and have agreed that a court order is necessary to approve the settlement and the allocation of the settlement proceeds.

6.     I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 7 2022

Respectfully submitted,

/s/ Daniel R. Seidman
Daniel R. Seidman

Daniel R. Seidman (IL, #6308142)
SEIDMAN MARGULIS & FAIRMAN, LLP
20 S. Clark St., Ste. 700
Chicago, IL 60603
(312) 781-1977
F: (224) 603-8345
dseidman@seidmanlaw.net

## **CERTIFICATE OF SERVICE**

I certify that on the above date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

                                                         Seidman Margulis & Fairman, LLP

                                               By: /s/ Daniel R. Seidman
                                                        Attorney for Plaintiff

Daniel R. Seidman (IL, #6308142)
SEIDMAN MARGULIS & FAIRMAN, LLP
20 S. Clark St., Ste. 700
Chicago, IL 60603
(312) 781-1977
F: (224) 603-8345
dseidman@seidmanlaw.net