UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

This document relates to:

Rose Hartweck, Ind. Rep. of the Estate of Glen
Hartweck, 3:19-cv-7783

MDL No. 2741

Case No. 3:16-md-02741-VC

**STIPULATION OF THE PARTIES**

_____

      Undersigned counsel on behalf of their respective clients hereby agree that the Plaintiff's

Uncontested Petition for Approval of Settlement should be redacted as to all monetary details of

the settlement and that the exhibits thereto should be filed entirely under seal in order to obtain

court approval of the settlement.

 Dated: February 4, 2022

        Respectfully submitted,

        Seidman Margulis & Fairman, LLP

        By: /s/ Daniel R. Seidman
            Attorney for Plaintiff

Daniel R. Seidman (IL, #6308142)
SEIDMAN MARGULIS & FAIRMAN, LLP
20 S. Clark St., Ste. 700
Chicago, IL 60603
(312) 781-1977
F: (224) 603-8345
dseidman@seidmanlaw.net

Dated: February 4, 2022            /s/ Daniel R. Seidman

                                         Daniel R. Seidman (IL, #6308142)
SEIDMAN MARGULIS & FAIRMAN, LLP
20 S. Clark St., Ste. 700
Chicago, IL 60603
(312) 781-1977
F: (224) 603-8345
dseidman@seidmanlaw.net

*Counsel for Plaintiff*

Dated: February 4, 2022            /s/ Eric G. Lasker

                                         Eric G. Lasker
Hollingsworth, LLP
elasker@hollingsworthllp.com

*Counsel for Defendant*