UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE PETITION FOR APPROVAL UNDER SEAL** |
| Rose Hartweck, Ind. Rep. of the Estate of Glen Hartweck, 3:19-cv-7783 | |

**ORDER**

And now, this _____ day of _____, 20___, this Court having considered Plaintiff's Uncontested Administrative Motion to File Petition for Approval under seal, it is hereby ORDERED as follows:

1. Plaintiff's Administrative Motion to File Petition for Approval Under Seal is granted; and

2. Plaintiff's Uncontested Petition for Approval will remain redacted, and the exhibits thereto will remain confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

**IT IS SO ORDERED**

DATE: _____

_____
HONORABLE VINCENT CHHABRA
UNITED STATES DISTRICT COURT