**REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Rose Hartweck, Ind. Rep. of the Estate of Glen Hartweck, 3:19-cv-7783 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**PLAINTIFF'S UNCONTESTED PETITION FOR APPROVAL OF SETTLEMENT** |

Rose Hartweck, independent representative of the Estate of Glen Hartweck, deceased, by and through her attorneys, Seidman Margulis & Fairman, LLP, requests approval of the proposed settlement in this matter, and the distribution of the settlement as detailed below. Defendant is not contesting this Petition. The proposed distribution, consisting of gross settlement, payment of attorneys' fees, the MDL Common Benefit Holdback pursuant to Doc. 13322, case expenses, health insurance liens, and net proceeds available for distribution is detailed below:

Total Settlement:         $■■■■■■

Attorneys' fees:          $■■■■■■ (1/3rd of the gross settlement amount less 8% for MDL Common Benefit Holdback)

MDL Common Benefit Holdback:   $■■■■■■ (8% to be held from attorneys' fees)

Case Expenses (See list, Ex. A):   

**REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED.**

Further, based on the nature of the allegations, Plaintiff proposes that the confidential settlement in this matter be apportioned 75% to the Illinois Wrongful Death Act and 25% to the Illinois Survival Act.

Dated: February 7, 2022

                          Respectfully submitted,

                          Seidman Margulis & Fairman, LLP

                          By: /s/ Daniel R. Seidman
                                 Attorney for Plaintiff

Daniel R. Seidman (IL, #6308142)
SEIDMAN MARGULIS & FAIRMAN, LLP
20 S. Clark St., Ste. 700
Chicago, IL 60603
(312) 781-1977
F: (224) 603-8345
dseidman@seidmanlaw.net

**REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED.**

# EXHIBIT A