JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
O'Brien Law LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
Phone: (419) 930-6401
Fax:    (419) 930-6403
Email: jim@obrien.law

*Counsel for Vernon F. Wachtman*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.           2741<br>Master Docket No. 16-MD-2741-VC |
| This document relates to:<br><br>**VERNON F. WACHTMAN** *et al,*<br><br>Plaintiff,<br><br>v.<br><br>**MONSANTO COMPANY**,<br><br>Defendant. | Case No.:    3:20-cv-6119<br><br>Judge:        Hon. Vince Chhabria |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiffs Vernon Wachtman and Lillian Wachtman—without opposition from Defendants Monsanto Company—respectfully request the Court move their case from Wave IV to Wave VI:

- The Wachtman case is part of Wave IV.
- The Parties worked collaboratively to set depositions for the Wachtmans in October 2021, but Mr. Wachtman (age 82) was unable to sit for his deposition and it had to be cancelled the day before it was to happen.
- Mr. Wachtman is still not able to sit for the deposition.

- 1 -

- Counsel for the Wachtmans met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose the request.

THEREFORE, Plaintiffs Vernon Wachtman and Lillian Wachtman—without opposition from Defendants Monsanto Company—respectfully request the Court move their case from Wave IV to Wave VI.

February 7, 2022    O'Brien Law LLC,

*/s/ James G. O'Brien*
James G. O'Brien (Cal. 308239, Ohio 0088460)
O'BRIEN LAW, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604
Tel.    (419) 930-6401
Fax    (419) 930-6403
Email  jim@obrien.law

*Counsel for Plaintiffs Vernon Wachtman and Lillian Wachtman*

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

## **CERTIFICATE OF SERVICE**

I transmitted a true and accurate copy of the foregoing upon:

>Joe G. Hollingsworth
>HOLLINGSWORTH LLP
>1350 I Street, N.W.
>Washington, DC 20005
>(202) 898-5800
>Fax: (202) 682-1639
>Email: jhollingsworth@hollingsworthllp.com
>
>*Counsel for Monsanto Company*

by filing a copy on the Court's electronic filing system.

February 7, 2022                         */s/ James G. O'Brien*
                                         James G. O'Brien (Cal. 308239, Ohio 0088460)

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401