**From:** RoundupProgram RoundupProgram@feinberglawoffices.com
**Subject:** RE: Voluntary Settlement Program
**Date:** January 26, 2021 at 1:55 PM
**To:** Taylor H. Webb taylor@tollisonlaw.com
**Cc:** RoundupProgram RoundupProgram@feinberglawoffices.com

Mr. Webb -

Thank you for your inquiry. As noted in the Claim Form a diagnosis of Non-Hodgkin's Lymphoma (NHL) or one of the NHL subtypes listed below is a requirement of the Program.

*Diffuse Large B-Cell Lymphoma, Follicular Lymphoma, Chronic Lymphocytic Leukemia, Small Lymphocytic Lymphoma, Burkitt Lymphoma, Lymphoplasmacytic Lymphoma (Waldenstrom Macroglobulinemia), Hairy Cell Leukemia, Mantle Cell Lymphoma, Marginal Zone B-Cell Lymphoma, Lymphoblastic Lymphoma, Peripheral T-Cell Lymphoma, Large Granular Lymphocytic Leukemia, Anaplastic Large Cell Lymphoma, Extradonal Marginal Zone B-Cell Lymphoma, Nodal Marginal Zone B- Cell Lymphoma, Cutaneous T-Cell Lymphoma, Primary Central Nervous System Lymphoma*

Based on the description of your client's diagnosis of Acute Myeloid Leukemia (AML), this claimant would not be eligible to file a claim under this Program..

Thank you,


-----Original Message-----
From: Taylor H. Webb [mailto:taylor@tollisonlaw.com]
Sent: Monday, January 25, 2021 3:41 PM
To: RoundupProgram <RoundupProgram@feinberglawoffices.com>
Subject: Voluntary Settlement Program

I've got an MDL client diagnosed with Acute Myeloid Leukemia which is not listed as one of the cancers on the instruction form. Should I go ahead and submit despite this, or do this mean client is ineligible for voluntary settlement program?

Taylor H. Webb
Tollison & Webb P.A.
103 N. Lamar Blvd. Ste. 201
P.O. Box 1216
Oxford, MS 38655
Phone: (662) 234-7070
Fax: (662) 234-7095

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.