IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:21-cv-01213-VC |
| This document relates to: Mary Lou McRay as Executrix of the Estate of Arthur Dewayne McRay. v. Monsanto Co. | |

**PLAINTIFF'S WRITTEN RESPONSE TO PRETRIAL ORDER NO. 270**

Plaintiff, Mary Lou McRay, Executrix of the Estate of Arthur Dewayne McRay, by and through her undersigned counsel, hereby files this written Response to this Honorable Court's Order No. 270 dated January 21, 2022 and states as follows:

1.    The above referenced case was included on Appendix 1 of the Court's Order No. 270 as one in which the Plaintiff had not submitted information to the Special Master for participation in the Independent Roundup Settlement Program.

2.    The undersigned firm represents the Plaintiff in this case and apologizes to the Court for the missed deadline, which was unintentional. Counsel did not recognize that PTO 240 set out Court-ordered deadlines at which time submittals to the master commissioner were required.

3.    The undersigned also represents to the Court that the decedent in this case, Arthur Dewayne McRay, passed away approximately fifteen (15) years ago and because of the span of time that has passed since his treatment some of his medical records (Norton Healthcare in

Louisville, Kentucky) were extremely difficult to obtain; records that were necessary for the Special Master to have in order to make a determination.

4. All of the materials requested by the Special Master have now been submitted and the undersigned has received a confirmation email of such from Mr. Feinberg's office. (**Please see Exhibit 1**).

5. The undersigned would like to again emphasize that the oversight was not intentional or in any way an attempt to delay prosecution of this case. The undersigned respectfully seeks the mercy of the Court for that error on behalf of the Plaintiff.

6. The above-referenced case is in Wave 5 and, to the best of counsel's knowledge, the delay in submitting materials to Mr. Feinberg's office has not delayed the litigation of any of these matters and have met,

7. Pursuant to Rule 41(b), Federal Rules of Civil Procedure, the district court may dismiss an action for failure to comply with any order of the court. "In determining whether to dismiss a case for failure to comply with a court order the district court must weigh five factors including: '(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives.'" *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (quoting *Thompson v. Housing Auth.*, 782 F.2d 829, 831 (9th Cir. 1986)); *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002)).

8. Plaintiff respectfully submits that the delay in providing the information to the Special Master for participation in the Independent Roundup Settlement Program has not resulted in any prejudice to the parties nor disruption to the efficient administration of this action or the companion cases.

9. Plaintiff also respectfully submits that the Plaintiff in this case is very willing and motivated to continue prosecuting her case and therefore respectfully asks the Court to allow the case to continue and be decided on its merits.

WHEREFORE, Plaintiff respectfully requests this Court to forgive the inadvertent and on-intentional oversight on the part of Plaintiff's counsel, excuse the delay in submitting the information to the Special Master and grant any further relief as the Court deems appropriate.

/s/ John A. Bahe, Jr.
John A. Bahe, Jr.
BAHE COOK CANTLEY & NEFZGER PLC
1041 Goss Avenue
Louisville, Kentucky 40217
john@bccnlaw.com
P: (502) 587-2002
F: (502) 587-2006
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on February 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John A. Bahe, Jr._____
John A. Bahe, Jr.