| | |
|---|---|
| **From:** | Roundup Program |
| **To:** | John Bahe |
| **Subject:** | Confirmation of Receipt of Claim for Mary McRay - Roundup Product Liability Litigation MDL No. 271 (N.D.Cal) Independent Roundup Settlement |
| **Date:** | Wednesday, February 9, 2022 9:42:14 AM |
| **Attachments:** | image001.png |

Mr. Bahe,

This email will confirm receipt of your claim with the Independent Roundup Settlement Program referenced above.

We will contact you if additional information or documentation is needed, and will notify you once we have completed the review of your claim and made a final determination.

Thank you,
Feinberg Law Offices

---

**From:** John Bahe [mailto:john@bccnlaw.com]
**Sent:** Tuesday, February 8, 2022 6:25 PM
**To:** Roundup Program <roundupprogram@feinberglawoffices.com>
**Subject:** MDL No. 2741 - Potential Claimant: Mary McRay
**Importance:** High

> **Caution:** This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.

To Whom it may concern:

Please see the attached documentation in regard to the above-referenced claimant. If there is anything else needed please let me know.

Thanks,


John A. Bahe, Jr.
Attorney | BAHE COOK CANTLEY & NEFZGER PLC



1041 Goss Avenue | Louisville, Kentucky 40217
[t] 502.587.2002 | [f] 502.587.2006 | john@bccnlaw.com | www.kentuckyinjurylaw.com

NOTICE: This message, including any attachments, is from a law firm and is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended

recipient, do not read, copy, retain or disseminate this message or any attachment. If you have received this message in error, please call the sender immediately at (502) 587-2002 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.