**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **PLAINTIFF'S WRITTEN RESPONSE TO PRETRIAL ORDER NO. 270 AND NOTICE OF COMPLIANCE WITH PRETRIAL ORDER 240** |
| *Richard Perilman v. Monsanto Company* Case No. 3:19-cv-08446-VC | |
| *Arlan Bern, et al. v. Monsanto Company* Case No. 3:19-cv-05887-VC | |

**PLAINTIFF'S WRITTEN RESPONSE TO PRETRIAL ORDER NO. 270 AND NOTICE OF COMPLIANCE WITH PRETRIAL ORDER 240**

Plaintiffs, Richard Perilman, Arlan Bern, Curtis Coleman and Omaria Gulkis by and through their undersigned counsel hereby submit their written Response to this Honorable Court's Order No. 270 dated January 21, 2022, and states as follows:

1. The above referenced cases were included on Appendix 1 of the Court's Order No. 270 as two in which the Plaintiffs had not submitted information to the Special Master for participation in the Independent Roundup Settlement Program.

2. The undersigned firm represents the Plaintiffs in these cases accepts full responsibility for the missed deadline. It was an unintentional oversight on counsel's part as counsel believed that all Plaintiffs it represented had been timely submitted pursuant PTO 240 in November of 2021.

3. Upon receipt of this Court's Order No. 270, and finding Plaintiff Richard Perilman and Plaintiff Arlan Bern on Appendix 1 of the Court's Order, the undersigned immediately contacted Mr. Feinberg.

4. Mr. Feinberg informed counsel that Plaintiff Arlan Bern, listed in Appendix 1, had

indeed been submitted on November 21, 2021, and as such was in compliance with PTO 240. (See Attached Exhibit "A")

5. However, Mr. Feinberg also informed counsel that two additional Plaintiffs represented by counsel and included in the Plaintiff Arlan Bern's Complaint had not been submitted. Mr. Feinberg identified those Plaintiffs as: Mr. Curtis Coleman and Mrs. Omaria Gulkis.

6. Counsel was also informed that Mr. Richard Perilman, had not yet been submitted.

7. Mr. Perilman is a Wave IV case which is actively being litigated by the parties with Mr. Perilman's deposition having taken place on January 12, 2022, and his treating physician's deposition having been scheduled and noticed for May 4, 2022.

8. On February 2, 2022, counsel provided a completed claim forms and requested supporting documentation for Plaintiff Richard Perilman and Plaintiff Curtis Coleman to Mr. Feinberg's office and received confirmation emails from his office to that effect. (See Attached Exhibit "B").

9. On February 9, 2022, counsel provided a completed claim forms for and requested supporting documentation for Plaintiff Omaria Gulkis to Mr. Feinberg's office and received confirmation emails from his office to that effect. (See Attached Exhibit "C").

10. On February 9, 2022, Mr. Fienberg's office requested counsel inform the court of Plaintiffs' compliance with PTO 240.

11. Pursuant to Rule 41(b), Federal Rules of Civil Procedure, the district court may dismiss an action for failure to comply with any order of the court. "In determining whether to dismiss a case for failure to comply with a court order the district court must weigh five factors including: '(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring

disposition of cases on their merits; and (5) the availability of less drastic alternatives.'" *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (quoting *Thompson v. Housing Auth.*, 782 F.2d 829, 831 (9th Cir. 1986)); *Pagtalunan v. Galaza*, 291 F.3d 639, 640 (9th Cir. 2002)).

12. Plaintiff respectfully submits that the delay in providing the information to the Special Master for participation in the Independent Roundup Settlement Program has not resulted in any prejudice to the parties nor disruption to the efficient administration of these actions or the companion cases.

13. Plaintiffs' counsel respectfully submits that dismissal with prejudice is too harsh a result where, as here, there is a lack of delay or prejudice to the defendant in the underlying litigation of these claims. The undersigned can assure the Court no further delay or oversight in the above-referenced matters will be seen. And he respectfully begs the Court's pardon and apologizes for the oversight in this matter.

14. In conclusion, Plaintiffs have complied with PTO 240 and at least three factors weight against dismissal and less drastic alternatives are available, plaintiffs respectfully request the Court permit the late submission of materials to the special settlement master, Mr. Feinberg, and not dismiss these cases with prejudice.

Dated: February 11, 2022.                        By: /s/Tudor I. Farcas
                                                 **GRANT & EISENHOFER, PA**
                                                 *123 S. Justison Street*
                                                 *Wilmington, DE 19801*
                                                 *Office: (302) 622-7092*
                                                 *Cell: (215) 820-4052*
                                                 *tfarcas@gelaw.com*

                                                 *Attorney for Plaintiffs*

                                                 Robert K. Jenner
                                                 **JENNER LAW, P.C.**
                                                 1829 Reisterstown Road
                                                 Suite 350
                                                 Baltimore, MD 21208
                                                 Phone: (410) 413-2155

Fax: (410) 982-0122
Email: rjenner@jennerlawfirm.com

*Attorney for Plaintiff Richard Perilman*


Joel Bieber
**JOEL BIEBER, L.L.C.**
6806 Paragon Place
Richmond, Virginia 23230
Telephone: (804) 800-8000
Email: jbieber@joelbieber.com

*Attorney for Plaintiff Richard Perilman*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed, and a copy hereof has been furnished to Anthony R. Martinez, Esq. (amartinez@shb.com), SHOOK, HARDY & BACON L.L.P., 2555 Grand Blvd., Kansas City, MO 64108, and Joe G. Hollingsworth (pro hac vice) (jhollingsworth@hollingsworthllp.com) and Eric G. Lasker (pro hac vice) (elasker@hollingsworthllp.com) HOLLINGSWORTH LLP, 1350 I Street, N.W., Washington, DC 20005, this 11th day of February 2022.

                                                By: /s/Tudor I. Farcas_____
                                                **GRANT & EISENHOFER, PA**
                                                *123 S. Justison Street*
                                                *Wilmington, DE 19801*
                                                *Office: (302) 622-7092*
                                                *Cell: (215) 820-4052*
                                                *tfarcas@gelaw.com*

                                                *Attorney for Plaintiffs*