# EXHIBIT A

**Subject:** RE: Grant and Eisenhoffer Client Subject to the order to show Cause - Arlan Bern
**Date:** Friday, January 28, 2022 at 8:37:42 AM Eastern Standard Time
**From:** Ken Feinberg
**To:** Tudor Farcas
**CC:** Samantha Mertz, Camille Biros

Tudor,

We have now checked our Roundup records. We do have in our possession the filed claim of Arlan Bern (case no. 3:19-cv-05887), however that case no. of Bern's also includes claims of your clients Curtis Coleman and Omaria Julkis, neither of which have filed claims. Your move. Please submit claim forms in order to comply with the Court's Order to Show Cause.

Ken

-----Original Message-----
From: Tudor Farcas [mailto:tfarcas@gelaw.com]
Sent: Thursday, January 27, 2022 3:55 PM
To: Ken Feinberg <kfeinberg@feinberglawoffices.com>
Cc: Samantha Mertz <SMertz@gelaw.com>
Subject: Grant and Eisenhoffer Client Subject to the order to show Cause - Arlan Bern

Caution: This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.


Mr. Feinberg,

It was a genuine pleasure speaking with you just now.

Our client "Arlan Bern" is listed as failing to participate in the settlement program on Exhibit "A" of the Court's Pretrial Order 270: Order to Show Cause: Regarding non-compliance with Pretrial Order No 240 (attached – Mr. Bern is found on page 4).

However, on November 9, 2021 we submitted Mr. Bern's IRSP form and documents (email attached).

If there is any additional information missing that we need to provide we are happy to do so forthwith.

In an abundance of caution I also wanted to inquire as to whether there were any other Grant & Eisenhofer clients who were on the list subject to the Court's order to show cause. So that, if so, we may cure and get all client's compliant ASAP.

Thank you again for speaking with me and for personally taking the time for this issue.

Sincerely,

Tudor

PS. I hope your talk with the Judges of the Philadelphia Court of Common Pleas went swimmingly.

[See the source image]

Tudor I. Farcas
Associate

Grant & Eisenhofer, PA
123 S. Justison Street
Wilmington, DE 19801
Office: (302) 622-7092
Cell: (215) 820-4052
www.gelaw.com<http://www.gelaw.com/> |tfarcas@gelaw.com<mailto:tfarcas@gelaw.com>

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required, please request a hard-copy version.