# EXHIBIT B

**Subject:** RE: Independent RoundUp Settlement Program Submissions
**Date:** Wednesday, February 2, 2022 at 1:00:31 PM Eastern Standard Time
**From:** Roundup Program
**To:** Samantha Mertz
**CC:** Tudor Farcas

Ms. Mertz,

This email will confirm receipt of your claims with the Independent Roundup Settlement Program referenced above.

We will contact you if additional information or documentation is needed, and will notify you once we have completed the review of your claim and made a final determination.

Thank you,
Feinberg Law Offices


-----Original Message-----
From: Samantha Mertz [mailto:SMertz@gelaw.com]
Sent: Wednesday, February 2, 2022 12:21 PM
To: Roundup Program <roundupprogram@feinberglawoffices.com>
Cc: Tudor Farcas <tfarcas@gelaw.com>
Subject: Independent RoundUp Settlement Program Submissions

Caution: This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.


Dear Mr. Feinberg,

Please see below a link to a dropbox containing the IRSP submissions for the following Plaintiffs:

Richard Perilman

Curtis Coleman

Lena Bradshaw

Harley Bradley


https://www.dropbox.com

This should satisfy the requirements to remove Richard Perilman and Curtis Coleman from the Order to Show Cause. The other two plaintiffs, Lena Bradshaw and Harley Bradley, are ones in which we did not receive letters from your office but we believe we probably should have. In abundance of caution we have provided submissions for them as well.

Please let us know if you need anything further or if you have any questions.

Thank you,

Samantha R. Mertz | Grant & Eisenhofer P.A.
Senior Counsel
123 S. Justison Street, 7th Floor<https://webmail.gelaw.com/owa/UrlBlockedError.aspx>
Wilmington, DE 19801<https://webmail.gelaw.com/owa/UrlBlockedError.aspx>
Direct Dial: 302-622-7001<tel:302-622-7001> smertz@gelaw.com<https://webmail.gelaw.com/owa/redir.aspx?C=-6LfKA-K7CivPuB4sVLIZl9GH_ZUb2kyY1irlmMRSIxicd5uH7zWCA..&URL=mailto%3asmertz%40gelaw.com> |
www.gelaw.com<https://webmail.gelaw.com/owa/redir.aspx?C=U6FFPKMYZfDwH4hFlA3_nAP1ZfwTu_E1tPIJmKZyaXdicd5uH7zWCA..&URL=http%3a%2f%2fwww.gelaw.com%2f>