Karen Barth Menzies (SBN 180234)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com

Alexander G. Dwyer (*pro hac vice* to be submitted)
Andrew F. Kirkendall (*pro hac vice* to be submitted)
**KIRKENDALL DWYER LLP**
4343 Sigma Rd, Suite 200
Dallas, TX 75244
Tel: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ewood@kirkendalldwyer.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>JOHN PIKE,<br><br>    Plaintiff,<br> v.<br><br>MONSANTO COMPANY, a corporation; WILBUR-ELLIS COMPANY, LLC, a limited liability company; WILBUR-ELLIS NUTRITION, LLC (formerly WILBUR-ELLIS FEED, LLC), a limited liability company; CROWN HARDWARE, INC., a corporation, and DOES 1 through 100 inclusive,<br><br>    Defendants. | Case No. 3:20-cv-08192-VC<br><br>**PLAINTIFF'S RESPONSE TO PRETRIAL ORDER NO. 270: ORDER TO SHOW CAUSE REGARDING COMPLIANCE WITH PRETRIAL ORDER NO. 240** |

---

**PLAINTIFF'S RESPONSE TO PRETRIAL ORDER NO. 270: ORDER TO SHOW CAUSE REGARDING COMPLIANCE WITH PRETRIAL ORDER NO. 240**

Plaintiff John Pike hereby files this Response to the Order to Show Cause dated January 21, 2022. Mr. Pike was included in the group of ninety-eight plaintiffs who had not responded to Special Master Ken Feinberg's requests for information. However, Mr. Pike had responded to the Special Master's requests for information before the Court's January 21 order. On January 14, my co-counsel emailed John Pike's claim form and the other requested information to the Special Master's office. On January 18th, my co-counsel received an e-mail confirming receipt of the claim form. That email exchange is attached as **Exhibit A**.

After receiving the Order to Show Cause, my co-counsel reached out to the Special Master's office and received an e-mail stating that claim form was indeed received and nothing further was needed at that time. That e-mail is attached as **Exhibit B**.

Mr. Pike's case should not be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) because he has responded to all of the Special Master's requests and has otherwise participated in the settlement program as set forth in Pretrial Order No. 240.

Dated:  February 11, 2022                     **GIBBS LAW GROUP LLP**

By: */s/ Karen Barth Menzies*

Karen Barth Menzies
505 14th Street, Suite 1110
Oakland, CA  94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com

Alexander G. Dwyer
Andrew F. Kirkendall
Erin M. Wood
**KIRKENDALL DWYER LLP**
4343 Sigma Rd, Suite 200
Dallas, TX  75244
Tel: 214-271-4027
Fax: 214-253-0629
ad@kirkendalldwyer.com
ak@kirkendalldwyer.com

1
**PLAINTIFF'S RESPONSE TO PRETRIAL ORDER NO. 270: ORDER TO SHOW
CAUSE REGARDING COMPLIANCE WITH PRETRIAL ORDER NO. 240**

ewood@kirkendalldwyer.com

*Attorneys for Plaintiff*

**PLAINTIFF'S RESPONSE TO PRETRIAL ORDER NO. 270: ORDER TO SHOW
CAUSE REGARDING COMPLIANCE WITH PRETRIAL ORDER NO. 240**