# EXHIBIT A

## Veronica Cadena

| | |
|---|---|
| **From:** | Roundup Program <roundupprogram@feinberglawoffices.com> |
| **Sent:** | Tuesday, January 18, 2022 8:31 AM |
| **To:** | Veronica Cadena |
| **Cc:** | Erin Wood; Kelley Owens; Joan Lea |
| **Subject:** | Confirmation of Receipt of Claim for John Pike - Roundup Product Liability Litigation MDL No. 271 (N.D.Cal) Independent Roundup Settlement |

Ms. Cadena,

This email will confirm receipt of your claim with the Independent Roundup Settlement Program referenced above.

We will contact you if additional information or documentation is needed, and will notify you once we have completed the review of your claim and made a final determination.

Thank you,
Feinberg Law Offices

**From:** Veronica Cadena [mailto:vcadena@kirkendalldwyer.com]
**Sent:** Friday, January 14, 2022 6:26 PM
**To:** Roundup Program <roundupprogram@feinberglawoffices.com>
**Cc:** Erin Wood <ewood@kirkendalldwyer.com>; Kelley Owens <keowens@kirkendalldwyer.com>; Joan Lea <jlea@kirkendalldwyer.com>
**Subject:** John Pike - MDL No. 2741 Independent Roundup Settlement Program (Pretrial Order No. 240) Claim Form

> **Caution:** This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.

Good Evening,
Please find attached the following:
John Pike's Completed Claim Form
John Pike's Supporting Documentation:  Medical Records, Plaintiff Fact Sheet

If you cannot access the above referenced document, please alert me immediately.


Thanks,


## Veronica Cadena

Paralegal
Kirkendall Dwyer LLP

T: 214.271.4027 ext. 7019
F: 214.253.0629

1

E: vcadena@kirkendalldwyer.com
4343 Sigma Rd. Suite 150, Dallas, TX 75244



www.kirkendalldwyer.com

2