# EXHIBIT B

# Veronica Cadena

| | |
|---|---|
| **From:** | Roundup Program <roundupprogram@feinberglawoffices.com> |
| **Sent:** | Wednesday, February 2, 2022 1:52 PM |
| **To:** | Kelley Owens |
| **Subject:** | RE: John Pike- Claim Form |

Ms. Owens,

It appears that Mr. Pike was on the list before you filed on 1/18/2022. His name remained on the list of the actual order, but we can confirm your claim submission was received on 1/18/2022. Nothing further is needed at this time for Mr. Pike's claim.

Regards,
Feinberg Law Offices

**From:** Kelley Owens [mailto:keowens@kirkendalldwyer.com]
**Sent:** Wednesday, February 2, 2022 1:59 PM
**To:** Roundup Program <roundupprogram@feinberglawoffices.com>
**Subject:** John Pike- Claim Form

> **Caution:** This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.

Good afternoon,
Our offices submitted the attached claim form for our client John Pike and received the below receipt on January 18.  However Mr. Pike was included in the attached Order to Show Cause Regarding Non-Compliance with the Special Master Program.   Could you please confirm receipt of this e-mail as well as our timely submission of Mr. Pike's Claim Form?  We believe he was erroneously included the attached Order.  Thank you for your assistnace,
Kelley Owens


**From:** Roundup Program <roundupprogram@feinberglawoffices.com>
**Sent:** Tuesday, January 18, 2022 8:31 AM
**To:** Veronica Cadena <vcadena@kirkendalldwyer.com>
**Cc:** Erin Wood <ewood@kirkendalldwyer.com>; Kelley Owens <keowens@kirkendalldwyer.com>; Joan Lea <jlea@kirkendalldwyer.com>
**Subject:** Confirmation of Receipt of Claim for John Pike - Roundup Product Liability Litigation MDL No. 271 (N.D.Cal) Independent Roundup Settlement

Ms. Cadena,

This email will confirm receipt of your claim with the Independent Roundup Settlement Program referenced above.

We will contact you if additional information or documentation is needed, and will notify you once we have completed the review of your claim and made a final determination.

Thank you,
Feinberg Law Offices

1

**Kelley Owens**
Attorney
Kirkendall Dwyer LLP

T: 214.271.4027 ext. 1266
F: 214.253.0629
E: Keowens@kirkendalldwyer.com
4343 Sigma Rd. Suite 150, Dallas, TX 75244



www.kirkendalldwyer.com