JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
O'Brien Law LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
Phone: (419) 930-6401
Fax:    (419) 930-6403
Email: jim@obrien.law

*Counsel for The Estate of William Setzer*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.          2741<br>Master Docket No. 16-MD-2741-VC |
| This document relates to:<br><br>**WILLIAM SETZER** *et al*,<br><br>        Plaintiff,<br><br>v.<br><br>**MONSANTO COMPANY**,<br><br>        Defendant. | Case No.:     3:17-cv-3448<br><br>Judge:        Hon. Vince Chhabria |

## MOTION TO SUBSTITUTE PROPER PARTY IN INTEREST

Plaintiff William Setzer passed away on October 19, 2021. Doc. 12. An Estate has been opened in the Lake County Common Pleas Court. His surviving spouse and co-plaintiff, Pamela Setzer, has been appointed Personal Representative of that Estate. (Exhibit A.)

Therefore, Plaintiffs move for an order substituting Pamela Setzer, Personal Representative, on behalf of the Estate of William Setzer as the real party in interest in place of the late Plaintiff William Setzer. Fed. R. Civ. P. 25(a)(1). Plaintiff has consulted with counsel for Defendant Monsanto Company and Monsanto has no objection to this substitution.

February 11, 2022

O'Brien Law LLC,

_/s/ James G. O'Brien_

James G. O'Brien (Cal. 308239, Ohio 0088460)
O'BRIEN LAW, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604
Tel.    (419) 930-6401
Fax    (419) 930-6403
Email  jim@obrien.law

_Counsel for Plaintiffs The Estate of William Setzer and Pamela Setzer_

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

1

**CERTIFICATE OF SERVICE**

2  I transmitted a true and accurate copy of the foregoing upon:

3          Joe G. Hollingsworth

        HOLLINGSWORTH LLP

4          1350 I Street, N.W.

5          Washington, DC 20005

        (202) 898-5800

6          Fax: (202) 682-1639

        Email: jhollingsworth@hollingsworthllp.com

7

8          *Counsel for Monsanto Company*

9

10  by filing a copy on the Court's electronic filing system.

11

12    February 11, 2022          */s/ James G. O'Brien*

13                     James G. O'Brien (Cal. 308239, Ohio 0088460)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401