[Side 2 of Form 2.0]

FILED

JAN 1 4 2022

ESTATE OF _____ WILLIAM SETZER _____

CASE NO. __22ES1018__

JUDGE MARK BARTOLOTTA
PROBATE COURT
LAKE COUNTY, OHIO

## ENTRY ADMITTING WILL TO PROBATE

The Court finds that the purported will of decedent, either on its face or from testimony of the witnesses, complies with applicable law. It is therefore admitted to probate and ordered recorded. The Court further orders that notice of the probate be given to all parties entitled to notice.

_1/14/22_
Date

_[signature]_
Probate Judge

## CERTIFICATE OF WAIVER OF NOTICE

The undersigned states that all persons entitled to notice:
[Check applicable boxes]

[✓] Have waived notice of the application for probate of this will or of a contest as to jurisdiction.

[ ] Have waived notice of this will's admission to probate. The waivers are filed herein.

[ ] Have not been notified because their names or places of residence are unknown and cannot with reasonable diligence be ascertained.

_Laurie A. Watson-Rotterdam_

[ ] Fiduciary
[ ] Applicant for the admission of this will to probate
[ ] Applicant for release from administration
[ ] Other interested person
[✓] Attorney for any of the above

Attorney Registration No. 0075051

FILED

JAN 1 4 2022

JUDGE MARK BARTOLOTTA
PROBATE COURT
LAKE COUNTY, OHIO

LAKE COUNTY COURT OF COMMON PLEAS
PROBATE DIVISION
JUDGE MARK J. BARTOLOTTA

FILED

JAN 1 4 2022

JUDGE MARK BARTOLOTTA
PROBATE COURT
LAKE COUNTY, OHIO

Estate Of: **WILLIAM SETZER,** Deceased
Case No: **22 ES 1018**

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY

[For Executors and all Administrators]

Name and Title of Fiduciary: **PAMELA K SETZER, EXECUTOR**

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate the Court finds that: Decedent died (check one of the following)- X testate ☐ intestate – on **10/19/2021**, domiciled in **PAINESVILLE TOWNSHIP, OH.**

(Check one of the following) - X Bond is dispensed with by the Will - ☐ Bond is dispensed with by law - ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust. The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

_____1/14/22_____
Date

_____
MARK J. BARTOLOTTA, Probate Judge

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

MARK J. BARTOLOTTA

_____
Probate Judge

_____
Deputy Clerk

_____
Date

(Seal)

Form 4.5 - ENTRY APPOINTING FIDUCIARY; LETTER OF AUTHORITY