JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
O'Brien Law LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
Phone: (419) 930-6401
Fax:    (419) 930-6403
Email: jim@obrien.law

*Counsel for The Estate of William Setzer*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.         2741<br>Master Docket No. 16-MD-2741-VC |
| This document relates to:<br>**WILLIAM SETZER** *et al*,<br>           Plaintiff,<br>v.<br>**MONSANTO COMPANY**,<br>           Defendant. | Case No.:   3:17-cv-3448<br>Judge:       Hon. Vince Chhabria |

## MOTION TO AMEND COMPLAINT

Plaintiff Pamela Setzer, individually and on behalf of the Estate of William Setzer, respectfully requests the Court grant leave to file the First Amended Complaint attached as **Exhibit A**.

This action was originally brought by William Setzer and Pamela Setzer on March 20, 2017 in the Northern District of Ohio. (Doc. 1.) It was transferred to the Northern District of California and consolidated with other cases as part of the *in re: Roundup Products Liability Litigation*, MDL No. 2741. (Doc. 8.)

The Complaint alleges Mr. Setzer used Roundup and that it caused his non-Hodgkin lymphoma. On October 19, 2021, Mr. Setzer passed away from complications related to that cancer. An estate has been formed and Plaintiff previously filed a request to substitute the real party in interest. (Doc. 13)

Plaintiff now seeks leave to file a First Amended Complaint that names the Estate as the party and includes allegations and claims related to Mr. Setzer's death. Plaintiff has consulted with counsel for Defendant Monsanto Company and Monsanto has no objection to the filing of a First Amended Complaint.

THEREFORE, Plaintiff Pamela Setzer, individually and on behalf of the Estate of William Setzer, respectfully requests the Court grant leave to file a First Amended Complaint in the form attached as **Exhibit A**.

February 11, 2022	O'Brien Law LLC,

 */s/ James G. O'Brien*
James G. O'Brien (Cal. 308239, Ohio 0088460)
O'BRIEN LAW, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604
Tel.	(419) 930-6401
Fax	(419) 930-6403
Email	jim@obrien.law

*Counsel for Plaintiffs The Estate of William Setzer and Pamela Setzer*

# CERTIFICATE OF SERVICE

I transmitted a true and accurate copy of the foregoing upon:

> Joe G. Hollingsworth
> HOLLINGSWORTH LLP
> 1350 I Street, N.W.
> Washington, DC 20005
> (202) 898-5800
> Fax: (202) 682-1639
> Email: jhollingsworth@hollingsworthllp.com
>
> *Counsel for Monsanto Company*

by filing a copy on the Court's electronic filing system.

February 11, 2022          */s/ James G. O'Brien*
                           James G. O'Brien (Cal. 308239, Ohio 0088460)

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401