**CHRISTIAN P. LABLETTA, ESQUIRE**
**LABLETTA & WALTERS LLC**
State Bar #00625-2003
200 Barr Harbor Drive, Suite 200
Conshohocken, PA 19428
(610) 828-3339
clabletta@lablettawalters.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : <br> : <br> : |
| **THIS DOCUMENTS RELATES TO:** | : MDL No. 2741 <br> : |
| J.C., a minor by and through his parents and Guardians, Jarrod Cofrancesco and Rosemarie Cofrancesco | : Master Docket Case No. 3:16-md-02741 <br> : <br> : Honorable Vince Chhabria |
| Plaintiff, | : <br> : Case No.: 3:20-cv-01961-VC |
| v. <br> MONSANTO COMPANY | : <br> : **DECLARATION OF CHRISTIAN** <br> : **P. LABLETTA PURSUANT TO** |
| Defendant | : **CIVIL LR 7-11(a)** |

I, Christian P. LaBletta, hereby declare as follows:

1. I am an attorney licensed to practice in the State of New Jersey and the Commonwealth of Pennsylvania.

2. I represent Plaintiff J.C. in the above-captioned case.

3. I make this Declaration in support of Plaintiff's Administrative Motion to File Under Seal. Pursuant to LR 79-5(d), Plaintiff simultaneously files the redacted and unredacted versions of the Uncontested Petition for Approval of Compromise of Minor Settlement and corresponding attachment to settle the above-referenced case. Plaintiff requests the Uncontested Petition for Approval of Compromise of Minor Settlement be redacted to protect the confidentiality of the settlement amount, and that any exhibit thereto be sealed entirely and that

any further Order of the Court approving settlement also be sealed entirely. The Petition provides details of the proposed settlement between the parties, including information deemed confidential by Monsanto and to which the parties agreed to maintain as confidential in the Confidential Settlement Agreement and Release of All Claims (the "Release"). The exhibit also contains confidential information regarding the minor and/or the settlement.

4. Pursuant to the Release, the parties agreed that the amount of the settlement and terms of the settlement be maintained as confidential.

5. Plaintiff and Defendants have met and conferred in good faith and have agreed that a court order is necessary to approve the settlement and the allocation of the settlement proceeds.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

**LABLETTA & WALTERS LLC**

*/s/ Christian P. LaBletta*
**CHRISTIAN P. LABLETTA, ESQ.**
Attorneys for Plaintiff
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
(610) 828-3339

Dated: Feb. 14, 2022