**CHRISTIAN P. LABLETTA, ESQUIRE**
**LABLETTA & WALTERS LLC**
**State Bar #00625-2003**
**200 Barr Harbor Drive, Suite 200**
**Conshohocken, PA 19428**
**(610) 828-3339**
clabletta@lablettawalters.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : : : |
| **THIS DOCUMENTS RELATES TO:** | : MDL No. 2741 : |
| J.C., a minor by and through his parents and Guardians, Jarrod Cofrancesco and Rosemarie Cofrancesco | : Master Docket Case No. 3:16-md-02741 : : Honorable Vince Chhabria |
| Plaintiff, | : |
| v. | : Case No.: 3:20-cv-01961-VC : |
| MONSANTO COMPANY | : **(PROPOSED) ORDER GRANTING** : **PLAINTIFF'S ADMINISTRATIVE** : **MOTION TO FILE UNDER SEAL** |
| Defendant | : |

Before this Court is Plaintiff's Administrative Motion to File Under Seal Plaintiff's Uncontested Petition for Approval of Compromise of Minor Settlement. Having considered the papers and for good cause shown, the Court hereby GRANTS Plaintiff's request and ORDERS Plaintiff's Uncontested Petition for Approval of Compromise of Minor Settlement will remain redacted and that the exhibit thereto will remain confidentially filed under seal until further order of the Court, with publicly filed versions redacted. Furthermore, any further Order of this Court approving the Minor's Settlement will also be sealed entirely.

**IT IS SO ORDERED**
**DATE:** _____

                                                **HONORABLE VINCE CHHABRIA**
                                                **UNITED STATES DISTRICT COURT**