# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : <br> : <br> : |
| **THIS DOCUMENTS RELATES TO:** | : MDL No. 2741 <br> : |
| J.C., a minor by and through his parents and Guardians, Jarrod Cofrancesco and Rosemarie Cofrancesco | : Master Docket Case No. 3:16-md-02741 <br> : <br> : <br> : |
| Case No.: 3:20-cv-01961-VC | : |

## ORDER

AND NOW, this ____ day of _____, 2022, IT IS HEREBY ORDERED that the minor's settlement for a total of ▇▇▇▇▇▇▇ is approved and the proceeds from such settlement are authorized to be paid as follows:

| | |
|---|---|
| Total settlement: | ▇▇▇▇ |
| Attorney's Fees[1]: | ▇▇ |
| MDL Common Benefit Holdback (8%): | ▇▇▇ |
| Case Expenses[2]: | ▇▇ |
| Health Insurance Lien[3]: | ▇▇ |
| Net recovery to be paid to minor | ▇▇▇ |

**HONORABLE VINCE CHHABRIA**
**UNITED STATES DISTRICT COURT**

---

[1] Counsel for the Plaintiff, a minor, is not taking any fee on the case.

[2] Counsel is not charging Plaintiff for any costs associated with the case.

[3] To date, counsel has not been placed on notice of any healthcare lien.