**CHRISTIAN P. LABLETTA, ESQUIRE**
**LABLETTA & WALTERS LLC**
State Bar #00625-2003
200 Barr Harbor Drive, Suite 200
Conshohocken, PA 19428
(610) 828-3339
clabletta@lablettawalters.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : : : |
| **THIS DOCUMENTS RELATES TO:** | : MDL No. 2741 : |
| J.C., a minor by and through his parents and Guardians, Jarrod Cofrancesco and Rosemarie Cofrancesco | : Master Docket Case No. 3:16-md-02741 : : Honorable Vince Chhabria |
| Plaintiff, | : |
| | : Case No.: 3:20-cv-01961-VC |
| v. | : |
| | : **STIPULATION OF THE PARTIES** |
| MONSANTO COMPANY | : : |
| Defendant | : |

Undersigned counsel on behalf of their respective clients hereby agree that the Plaintiff's Uncontested Petition for Approval of Compromise of Minor Settlement should be redacted as to all monetary details of the settlement and that the exhibit thereto should be filed entirely under seal in order to obtain court approval of the settlement for J.C., a minor.

Dated: January 19, 2022              */s/ Christian P. LaBletta*
                                     Christian P. LaBletta, Esquire
                                     LaBletta & Walters LLC
                                     200 Barr Harbor Drive, Suite 400
                                     Conshohocken, PA 19428

Dated: January 19, 2022              */s/ Julie B. du Pont*
                                     Julie B. du Pont, Esquire
                                     Arnold & Porter LLP
                                     250 West 55th Street
                                     New York, NY 10019-9710