**"EXHIBIT FILED UNDER SEAL"**