UNITED STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Roundup Products Liability Litigation | MDL No.: 3:16-md-02741-VC |
| This document relates to:<br><br>SHANA C. ALL GULIKERS v. MONSTANTO COMPANY, 3:20-cv-02293-VC; BERNICE A. LINN V. MONSANTO COMPANY, 3:20-cv-01760-VC; NEIL EDWARD RASMUSSON v. MONSANTO COMPANY, 3:19-cv-07132-VC; LEVI C. UTECHT v. MONSANTO COMPANY, 3:19-cv-04677-VC; THOMAS N. WILLIAMS et al. v. MONSANTO COMPANY, 3:19-cv-03537-VC. | **APPEARANCE<br>PRO HAC VICE** |

**COMES NOW** Bruce H. Stoltze, Jr. and enters his appearance, *pro hac vice*, on behalf of Plaintiffs of the listed related matters in case caption, and states to this Court as follows:

1. Bruce H. Stoltze, Jr. is an attorney in the State of Iowa, licensed to practice law by the Iowa State Bar Association, AT0010694, of whom he is a member in good standing.

2. Mr. Bruce H. Stoltze, Jr. has been practicing law for over 11 years in the State of Iowa, where he is in good standing and admitted to practice law in the United States District Court for Southern District of Iowa and United States District Court for Northern District of Iowa.

3. Pursuant to Pre-Trial Order No. 1 (Dkt. No. 2) ¶5 *pro hac vice* requirements of Local Rules 11-3 are waived for attorneys admitted to practice in federal court and are admitted *pro hac vice* for this MDL action.

4. Accordingly, Bruce H. Stoltze, Jr. of Stoltze Law Group, PLC enters his appearance *pro hac vice* on behalf of Plaintiffs of the listed related matters in the case caption.

1

Respectfully Submitted,

By: */s/ Bruce H. Stoltze, Jr.*
Bruce H. Stoltze, Jr.
Stoltze Law Group, PLC
300 Walnut Street, Suite 260
Des Moines, Iowa  50309
Telephone:	(515) 989-8529
Fax:	(515) 989-8530
Email: bruce.stoltze.jr@stoltze.law
**ATTORNEY FOR PLAINTIFFS**

**ORIGINAL FILED**

**CERTIFICATE OF SERVICE:**
A copy of the foregoing has been served via US Postal mail and/or electronic transmission this 14th day of February, 2022, to the following:

WILKINSON STEKLOFF LLP
Brian L. Stekloff (pro hac vice)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (pro hac vice)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

SHOOK, HARDY & BACON LLP
Anthony Martinez (pro hac vice)
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683
Tel: (202) 898-5843

ARNOLD & PORTER KAYE SCHOLER LLP
Daniel Pariser (pro hac vice)
(daniel.pariser@arnoldporter.com)
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

HOLLINGSWORTH LLP
Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)
Heather Pigman (pro hac vice)
(hpigman@hollingsworthllp.com)
John Kalas (pro hac vice)
(jkalas@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Fax: (202) 682-1639

**ATTORNEYS FOR DEFENDANT**

Amanda Bartusek
amanda.bartusek@stoltzelaw.com

By: */s/ Bruce H. Stoltze, Jr.*