UNITED STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Roundup Products Liability Litigation | MDL No.: 3:16-md-02741-VC |
| This document relates to:<br><br>SHANA C. ALL GULIKERS v. MONSANTO COMPANY, 3:20-cv-02293-VC; BERNICE A. LINN V. MONSANTO COMPANY, 3:20-cv-01760-VC; NEIL EDWARD RASMUSSON v. MONSANTO COMPANY, 3:19-cv-07132-VC; LEVI C. UTECHT v. MONSANTO COMPANY, 3:19-cv-04677-VC; THOMAS N. WILLIAMS et al. v. MONSANTO COMPANY, 3:19-cv-03537-VC. | **PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL**<br><br>**UNOPPOSED** |

**COMES NOW** the Plaintiffs, for the related cases, and for their Unopposed Motion for Substitution of Counsel state to this Court as follows:

1.      These Plaintiffs in this action have been represented by Amanda M. Bartusek of the law firm of Stoltze & Stoltze, PLC as Lead Attorney.

2.      However Attorney Amanda M. Bartusek is no longer employed with Stoltze & Stoltze, PLC as of January 1st, 2022.

3.      Mr. Bruce H. Stoltze, Jr. was a partner in the law firm of Stoltze & Stoltze, PLC while Attorney Bartusek was employed there.

4.      As of January 1st, 2022, Mr. Bruce H. Stoltze, Jr. left Stoltze & Stoltze, PLC and participated in the formation of a new law firm Stoltze Law Group, PLC.

5.      Plaintiffs request that Attorney Bruce H. Stoltze, Jr. of Stoltze Law Group, PLC be substituted in this matter for Attorney Bartusek and that Attorney Bartusek be withdrawn from this matter.

1

6.      Both Plaintiffs and Attorney Bartusek have consented to this substitution.

7.      Plaintiffs attach herewith signed consent letters indicating that effective January 1st, 2022, Bruce H. Stoltze, Jr. of Stoltze Law Group, PLC is the attorney they wish to represent them in these matters. (Exhibit A).

8.      No party will be prejudiced by allowing this Substitution of Counsel.

9.      Plaintiffs have corresponded with Defendant regarding this motion and they have indicated they will not oppose it.


WHEREFORE, Plaintiffs, for the related cases, respectfully request this Court enter an Order in the form proposed herewith, reflecting that Bruce H. Stoltze, Jr. is the Lead Attorney and attorney for notice of service of all pleadings, orders and other documents in this matter in the Court's records and electronic "PACER & CM/ECF" files and remove Amanda M. Bartusek as an attorney of record in the Court's records and the electronic "PACER & CM/ECF" files and for such other and further relief as the Court deems just and equitable under the circumstances.

Respectfully Submitted,

By:     */s/ Bruce H. Stoltze, Jr.*
        Bruce H. Stoltze, Jr. (pro hac vice)
        Stoltze Law Group, PLC
        300 Walnut Street, Suite 260
        Des Moines, Iowa  50309
        Telephone:     (515) 989-8529
        Fax:           (515) 989-8530
        Email: bruce.stoltze.jr@stoltze.law
        **ATTORNEY FOR PLAINTIFFS**

**ORIGINAL FILED**


**CERTIFICATE OF SERVICE:**

A copy of the foregoing has been served via US Postal mail and/or electronic transmission this 14th day of February, 2022, to the following:

WILKINSON STEKLOFF LLP
Brian L. Stekloff (pro hac vice)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (pro hac vice)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

SHOOK, HARDY & BACON LLP
Anthony Martinez (pro hac vice)
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683
Tel: (202) 898-5843

ARNOLD & PORTER KAYE SCHOLER LLP
Daniel Pariser (pro hac vice)
(daniel.pariser@arnoldporter.com)
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

HOLLINGSWORTH LLP
Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)
Heather Pigman (pro hac vice)
(hpigman@hollingsworthllp.com)
John Kalas (pro hac vice)
(jkalas@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Fax: (202) 682-1639

**ATTORNEYS FOR DEFENDANT**

Amanda Bartusek
amanda.bartusek@stoltzelaw.com

By: */s/ Bruce H. Stoltze, Jr.*