BRUCE H. STOLTZE
BRUCE H. STOLTZE, JR.

AMANDA M. BARTUSEK
JOHN Q. STOLTZE



300 Walnut St, Suite 260
Des Moines, Iowa 50309

Telephone: (515) 244-1473
Facsimile:  (515) 244-3930

If you intend to email it back to us, please email to one of the following email addresses: bj.stoltze@stoltzelaw.com, bruce.stoltze.jr@stoltze.law, breanne.gilpatrick@stoltzelaw.com, breanne.gilpatrick@stoltze.law, david.stoltze@stoltzelaw.com, or david.stoltze@stoltze.law.

Your case may involve time-sensitive deadlines, so it is important that you respond promptly. Please provide authorization for me to take your file, or for us to retain your file at our firm. We want to make this transition as easy as possible.

If you have any questions regarding your continued representation or the transfer of your matter, please contact me.

Sincerely,

Bruce H. Stoltze, Jr.
Attorney at Law

Effective January 1, 2022:

__X__  Bruce Stoltze, Jr. will represent me; or

_____  Stoltze & Stoltze will represent me; or

_____  I wish to engage the services of a new or different lawyer or law firm.

Shana Gulikers                                    1/28/22
                                                  Date

2



**BRUCE H. STOLTZE**
**BRUCE H. STOLTZE, JR.**

AMANDA M. BARTUSEK
JOHN Q. STOLTZE

300 Walnut St, Suite 260
Des Moines, Iowa 50309

Telephone: (515) 244-1473
Facsimile:  (515) 244-3930

If you intend to email it back to us, please email to one of the following email addresses: bj.stoltze@stoltzelaw.com, bruce.stoltze.jr@stoltze.law, breanne.gilpatrick@stoltzelaw.com, breanne.gilpatrick@stoltze.law, david.stoltze@stoltzelaw.com, or david.stoltze@stoltze.law.

Your mother's case may involve time-sensitive deadlines, so it is important that you respond promptly. Please provide authorization for me to take your file, or for us to retain your file at our firm. We want to make this transition as easy as possible.

If you have any questions regarding your continued representation or the transfer of your matter, please contact me.

Sincerely,

Bruce H. Stoltze, Jr.
Attorney at Law

Effective January 1, 2022:

__X__   Bruce Stoltze, Jr. will represent my mother; or

_____   Stoltze & Stoltze will represent my mother; or

_____   I wish to engage the services of a new or different lawyer or law firm.

_Barbara Vinchattle_          _1-28-2022_
Barbara Vinchattle – POA for Bernice Linn          Date

2

Exhibit A - 2

**BRUCE H. STOLTZE**
**BRUCE H. STOLTZE, JR.**

**AMANDA M. BARTUSEK**
**JOHN Q. STOLTZE**



300 Walnut St, Suite 260
Des Moines, Iowa 50309

Telephone: (515) 244-1473
Facsimile: (515) 244-3930

If you intend to email it back to us, please email to one of the following email addresses: bj.stoltze@stoltzelaw.com, bruce.stoltze.jr@stoltze.law, breanne.gilpatrick@stoltzelaw.com, breanne.gilpatrick@stoltze.law, david.stoltze@stoltzelaw.com, or david.stoltze@stoltze.law.

Your case may involve time-sensitive deadlines, so it is important that you respond promptly. Please provide authorization for me to take your file, or for us to retain your file at our firm. We want to make this transition as easy as possible.

If you have any questions regarding your continued representation or the transfer of your matter, please contact me.

Sincerely,

Bruce H. Stoltze, Jr.
Attorney at Law

Effective January 1, 2022:

__X__ Bruce Stoltze, Jr. will represent me; or

_____ Stoltze & Stoltze will represent me; or

_____ I wish to engage the services of a new or different lawyer or law firm.

_____  __2-8-2022__
Neil Rasmusson                    Date

2

**BRUCE H. STOLTZE**
**BRUCE H. STOLTZE, JR.**

AMANDA M. BARTUSEK
JOHN Q. STOLTZE



300 Walnut St, Suite 260
Des Moines, Iowa 50309

Telephone: (515) 244-1473
Facsimile:  (515) 244-3930

If you intend to email it back to us, please email to one of the following email addresses: bj.stoltze@stoltzelaw.com, bruce.stoltze.jr@stoltze.law, breanne.gilpatrick@stoltzelaw.com, breanne.gilpatrick@stoltze.law, david.stoltze@stoltzelaw.com, or david.stoltze@stoltze.law.

Your case may involve time-sensitive deadlines, so it is important that you respond promptly. Please provide authorization for me to take your file, or for us to retain your file at our firm. We want to make this transition as easy as possible.

If you have any questions regarding your continued representation or the transfer of your matter, please contact me.

Sincerely,

Bruce H. Stoltze, Jr.
Attorney at Law

Effective January 1, 2022:

__✓___    Bruce Stoltze, Jr. will represent me; or

_____    Stoltze & Stoltze will represent me; or

_____    I wish to engage the services of a new or different lawyer or law firm.

_____          2-3-22
Levi Utecht                        _____
                                   Date

2

Exhibit A - 4



**BRUCE H. STOLTZE**
**BRUCE H. STOLTZE, JR.**

**AMANDA M. BARTUSEK**
**JOHN Q. STOLTZE**

**STOLTZE & STOLTZE PLC**

300 Walnut St, Suite 260
Des Moines, Iowa 50309

Telephone: (515) 244-1473
Facsimile:   (515) 244-3930

If you intend to email it back to us, please email to one of the following email addresses: bj.stoltze@stoltzelaw.com, bruce.stoltze.jr@stoltze.law, breanne.gilpatrick@stoltzelaw.com, or breanne.gilpatrick@stoltze.law.

Your case may involve time-sensitive deadlines, so it is important that you respond promptly. Please provide authorization for me to take your file, or for us to retain your file at our firm, no later than December 31, 2021. We want to make this transition as easy as possible.

If you have any questions regarding your continued representation or the transfer of your matter, please contact me.

Sincerely,

*Bruce H. Stoltze, Jr.*

Bruce H. Stoltze, Jr.
Attorney at Law

Effective January 1, 2022:

__X__    Bruce Stoltze, Jr. will represent me; or

_____    Stoltze & Stoltze will represent me; or

_____    I wish to engage the services of a new or different lawyer or law firm.

*Mary Jo Williams*                            1-31-22
Mary Jo Williams                               Date

Exhibit A - 5