UNITED STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Roundup Products Liability Litigation | MDL No.: 3:16-md-02741-VC |
| This document relates to:<br><br>SHANA C. ALL GULIKERS v. MONSTANTO COMPANY, 3:20-cv-02293-VC; BERNICE A. LINN V. MONSANTO COMPANY, 3:20-cv-01760-VC; NEIL EDWARD RASMUSSON v. MONSANTO COMPANY, 3:19-cv-07132-VC; LEVI C. UTECHT v. MONSANTO COMPANY, 3:19-cv-04677-VC; THOMAS N. WILLIAMS et al. v. MONSANTO COMPANY, 3:19-cv-03537-VC. | **PROPOSED ORDER RE SUBSTITUTION OF COUNSEL** |

Plaintiffs' Unopposed Motion for Substitution of Counsel comes before the Court. That motion is granted.

IT IS THEREFORE ORDERED as follows:

1. Attorney Amanda M. Bartusek is withdrawn as counsel for Plaintiffs and she shall have no further professional responsibility in these cases. The Clerk shall remove Attorney Bartusek from the PACER & CM/ECF systems for the related cases.

2. Attorney Bruce H. Stoltze, Jr. shall be designated as Lead attorney for plaintiffs for listed related cases and attorney for service of all pleadings, orders, and other documents for the related cases.

Clerk to notify.