## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) Clynton Blyth v Monsanto Co. and ) Poudre Valley Co-Operative Association, ) Inc., Case No. 3:19-CV-05651-VC ) | MDL No. 2741 Case No. 3:16-md-02741-VC |

### NOTICE OF SUBSTITUTION OF COUNSEL

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that effective immediately, Mark A. Stinnett of the undersigned law firm is lead counsel of record for Defendant POUDRE VALLEY CO-OPERATIVE ASSOCIATION, INC., replacing Attorney Jeff Massey who is no longer employed by the law firm.

Dated: February 15, 2022

Respectfully submitted,

__s/ Mark A. Stinnett_____
**Mark A. Stinnett, # 39960**
Stinnett Law Group PLLC
2 N. Cascade Ave., Suite 1400
Colorado Springs, CO 80903
Telephone: 719-999-5121
FAX: 719-999-5922
E-mail: mark@stlawgrp.com

**Attorneys for Defendant Poudre Valley Co-Operative Association, Inc.**

1

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document has been served on all counsel of record through the court's electronic case filing (ECF) system on the 15th day of February, 2022, including:

Andrew Ramos
Roman Balaban
Balaban Law LLC
8055 East Tufts Ave., Suite 325
Denver, CO 80237
*Counsel for Plaintiff*

Eric Hobbs
Anthony R. Martinez
Shook, Hardy & Bacon, L.L.P.
1660 17th St., #450
Denver, CO  80202
*Counsel for Defendant Monsanto Company*

Tommy Huynh
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
*Counsel for Defendant Monsanto Company*

    /s/ Mark A. Stinnett
**Mark A. Stinnett**