**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> LIABILITY LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> James Harmon v Monsanto Company ) <br> and Poudre Valley Co-Operative ) <br> Association, Inc., Case No. 3:20-CV-04215 ) | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that effective immediately, Mark A. Stinnett of the undersigned law firm is lead counsel of record for Defendant POUDRE VALLEY CO-OPERATIVE ASSOCIATION, INC., replacing Attorney Jeff Massey who is no longer employed by the law firm.

Dated: February 15, 2022         Respectfully submitted,

  s/ Mark A. Stinnett
**Mark A. Stinnett, # 39960**
Stinnett Law Group PLLC
2 N. Cascade Ave., Suite 1400
Colorado Springs, CO 80903
Telephone: 719-999-5121
FAX:  719-999-5922
E-mail:  mark@stlawgrp.com

**Attorneys for Defendant Poudre Valley Co-Operative Association, Inc.**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document has been served on all counsel of record through the court's electronic case filing (ECF) system on the 15th day of February, 2022, including:

Andrew Ramos
Roman Balaban
Balaban Law LLC
8055 East Tufts Ave., Suite 325
Denver, CO 80237
*Counsel for Plaintiff*

Terry Rogers
4450 Arapahoe Ave., Suite 100
Boulder, CO  80303
*Counsel for Plaintiff*

Lee Mickus
Evans Fears & Schuttert LLP
3200 Cherry Creek Drive South, Suite 380
Denver, CO  80209
*Counsel for Defendant Monsanto Company*

Tommy Huynh
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
*Counsel for Defendant Monsanto Company*

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark A. Stinnett
　　　　　　　　　　　　　　　　　　　　　　　　　　**Mark A. Stinnett**