UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Setzer v. Monsanto*, Case No. 17-cv-3448 | **ORDER GRANTING MOTION TO SUBSTITUTE PARTY AND MOTION TO AMEND COMPLAINT** |
| | Re: Dkt. Nos. 13 & 14 |

Plaintiff's motions to substitute party and to file an amended complaint are granted. *See* Case No. 17-cv-3448, Dkt. Nos. 13 & 14.

**IT IS SO ORDERED.**

Dated: February 15, 2022

_____

VINCE CHHABRIA
United States District Judge