UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Wachtman v. Monsanto*, Case No. 20-cv-6119 | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI**<br><br>Re: Dkt. No. 14561 |

Plaintiffs' motion to move their case from Wave IV to Wave VI is granted.

**IT IS SO ORDERED.**

Dated: February 15, 2022

VINCE CHHABRIA
United States District Judge