| | | |
|---|---|---|
| **BRUCE H. STOLTZE**<br>**BRUCE H. STOLTZE, JR.**<br>―――――――――<br>**AMANDA M. BARTUSEK**<br>**JOHN Q. STOLTZE** |  | 300 Walnut St, Suite 260<br>Des Moines, Iowa 50309<br>―――――――――<br>Telephone: (515) 244-1473<br>Facsimile:  (515) 244-3930 |

If you intend to email it back to us, please email to one of the following email addresses: bj.stoltze@stoltzelaw.com, bruce.stoltze.jr@stoltze.law, breanne.gilpatrick@stoltzelaw.com, breanne.gilpatrick@stoltze.law, david.stoltze@stoltzelaw.com, or david.stoltze@stoltze.law.

Your case may involve time-sensitive deadlines, so it is important that you respond promptly. Please provide authorization for me to take your file, or for us to retain your file at our firm. We want to make this transition as easy as possible.

If you have any questions regarding your continued representation or the transfer of your matter, please contact me.

Sincerely,

*[signature]*

Bruce H. Stoltze, Jr.
Attorney at Law

Effective January 1, 2022:

__X__    Bruce Stoltze, Jr. will represent me; or

_____    Stoltze & Stoltze will represent me; or

_____    I wish to engage the services of a new or different lawyer or law firm.

_____[signature]_____         ___1/28/22_____
Shana Gulikers                              Date

2

Exhibit A - 1



**BRUCE H. STOLTZE**
**BRUCE H. STOLTZE, JR.**

AMANDA M. BARTUSEK
JOHN Q. STOLTZE

300 Walnut St, Suite 260
Des Moines, Iowa 50309

Telephone: (515) 244-1473
Facsimile:   (515) 244-3930

If you intend to email it back to us, please email to one of the following email addresses: bj.stoltze@stoltzelaw.com, bruce.stoltze.jr@stoltze.law, breanne.gilpatrick@stoltzelaw.com, breanne.gilpatrick@stoltze.law, david.stoltze@stoltzelaw.com, or david.stoltze@stoltze.law.

Your mother's case may involve time-sensitive deadlines, so it is important that you respond promptly. Please provide authorization for me to take your file, or for us to retain your file at our firm. We want to make this transition as easy as possible.

If you have any questions regarding your continued representation or the transfer of your matter, please contact me.

Sincerely,

*Bruce H. Stoltze, Jr.*

Bruce H. Stoltze, Jr.
Attorney at Law

Effective January 1, 2022:

__X__    Bruce Stoltze, Jr. will represent my mother; or

_____    Stoltze & Stoltze will represent my mother; or

_____    I wish to engage the services of a new or different lawyer or law firm.

*Barbara Vinchattle*                   1-28-2022
Barbara Vinchattle – POA for Bernice Linn        Date

2

Exhibit A - 2

**BRUCE H. STOLTZE**
**BRUCE H. STOLTZE, JR.**

**AMANDA M. BARTUSEK**
**JOHN Q. STOLTZE**


STOLTZE & STOLTZE PLC

300 Walnut St, Suite 260
Des Moines, Iowa 50309

Telephone: (515) 244-1473
Facsimile:  (515) 244-3930

If you intend to email it back to us, please email to one of the following email addresses: bj.stoltze@stoltzelaw.com, bruce.stoltze.jr@stoltze.law, breanne.gilpatrick@stoltzelaw.com, breanne.gilpatrick@stoltze.law, david.stoltze@stoltzelaw.com, or david.stoltze@stoltze.law.

Your case may involve time-sensitive deadlines, so it is important that you respond promptly. Please provide authorization for me to take your file, or for us to retain your file at our firm. We want to make this transition as easy as possible.

If you have any questions regarding your continued representation or the transfer of your matter, please contact me.

Sincerely,

*Bruce H. Stoltze, Jr.*

Bruce H. Stoltze, Jr.
Attorney at Law

Effective January 1, 2022:

__X__   Bruce Stoltze, Jr. will represent me; or

_____   Stoltze & Stoltze will represent me; or

_____   I wish to engage the services of a new or different lawyer or law firm.

_____          __2-8-2022__
Neil Rasmusson                                        Date

2

**BRUCE H. STOLTZE**
**BRUCE H. STOLTZE, JR.**

AMANDA M. BARTUSEK
JOHN Q. STOLTZE



300 Walnut St, Suite 260
Des Moines, Iowa 50309

Telephone: (515) 244-1473
Facsimile:   (515) 244-3930

If you intend to email it back to us, please email to one of the following email addresses: bj.stoltze@stoltzelaw.com, bruce.stoltze.jr@stoltze.law, breanne.gilpatrick@stoltzelaw.com, breanne.gilpatrick@stoltze.law, david.stoltze@stoltzelaw.com, or david.stoltze@stoltze.law.

Your case may involve time-sensitive deadlines, so it is important that you respond promptly. Please provide authorization for me to take your file, or for us to retain your file at our firm. We want to make this transition as easy as possible.

If you have any questions regarding your continued representation or the transfer of your matter, please contact me.

                                                            Sincerely,

                                                            /s/ Bruce H. Stoltze, Jr.

                                                            Bruce H. Stoltze, Jr.
                                                            Attorney at Law

Effective January 1, 2022:

    ✓          Bruce Stoltze, Jr. will represent me; or

    ____       Stoltze & Stoltze will represent me; or

    ____       I wish to engage the services of a new or different lawyer or law firm.

                                        2-3-22
/s/ Levi Utecht                         _____
Levi Utecht                             Date

2

BRUCE H. STOLTZE
BRUCE H. STOLTZE, JR.

AMANDA M. BARTUSEK
JOHN Q. STOLTZE



300 Walnut St, Suite 260
Des Moines, Iowa 50309

Telephone: (515) 244-1473
Facsimile:   (515) 244-3930

If you intend to email it back to us, please email to one of the following email addresses: bj.stoltze@stoltzelaw.com, bruce.stoltze.jr@stoltze.law, breanne.gilpatrick@stoltzelaw.com, or breanne.gilpatrick@stoltze.law.

Your case may involve time-sensitive deadlines, so it is important that you respond promptly. Please provide authorization for me to take your file, or for us to retain your file at our firm, no later than December 31, 2021. We want to make this transition as easy as possible.

If you have any questions regarding your continued representation or the transfer of your matter, please contact me.

Sincerely,

*Bruce H. Stoltze, Jr.*

Bruce H. Stoltze, Jr.
Attorney at Law

Effective January 1, 2022:

__X__   Bruce Stoltze, Jr. will represent me; or

_____   Stoltze & Stoltze will represent me; or

_____   I wish to engage the services of a new or different lawyer or law firm.

*Mary Jo Williams*      1-31-22
Mary Jo Williams     Date