Jousef M. Shkoukani
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195
jshkoukani@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF JOUSEF M. SHKOUKANI ON BEHALF OF MONSANTO COMPANY** |
| *Ada Cousar, et al. v. Monsanto Company* Case No.  3:20-cv-04212-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jousef M. Shkoukani of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

February 16, 2022                              Respectfully Submitted,

                                                                   By: */s/ Jousef M. Shkoukani*
                                                                      Jousef M. Shkoukani
                                                                      SHOOK, HARDY & BACON L.L.P.
                                                                      111 S. Wacker Drive, Suite 4700
                                                                      Chicago, IL 60606
                                                                       Phone: (312) 704-7700
                                                                      Fax: (312) 558-1195
                                                                      jshkoukani@shb.com

                                                                      *Attorney for Defendant*
                                                                      *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Jousef M. Shkoukani, hereby certify that, on February 16, 2022, I electronically filed NOTICE OF APPEARANCE OF JOUSEF M. SHKOUKANI ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: February 16, 2022

Respectfully submitted,

 /s/ *Jousef M. Shkoukani*
Jousef M. Shkoukani
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195
jshkoukani@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*