GILLIAN L. WADE (State Bar No. 229124)
SARA D. AVILA (State Bar No. 263213)
MARC A. CASTANEDA (State Bar No. 299001)
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

JOEL OSTER
Law Offices of Howard Rubinstein
joel@osterlaw.com
22052 W. 66th St. #192
Shawnee, Kansas 66226

*Attorneys for Plaintiffs and the Proposed Settlement Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GILMORE, et al., | MDL No. 2741 |
| Plaintiffs, | Case No. 3:21-cv-08159 |
| vs. | **PLAINTIFFS' NOTICE OF ERRATA IN DECLARATION OF GILLIAN L. WADE IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF CLASS FOR PURPOSES OF SETTLEMENT** |
| MONSANTO COMPANY, | |
| Defendant. | |
| | Date:    April 14, 2022 |
| | Time:    10:00 a.m. |
| | Place:   Via Zoom Webinar |
| | Judge:   Hon. Vince G. Chhabria |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell, and Kristy Williams ("Plaintiffs") hereby submit this Notice of Errata regarding the Declaration of Gillian L. Wade in Support of Motion for Preliminary Approval of Class Action Settlement and Certification of Class Purposes of Settlement, dated January 20, 2022, and filed by Plaintiffs the same day (Dkt. No. 94-1). Due to inadvertence, the chart contained in paragraph 40 of the previously filed declaration did not include the time expended by the Harrelson Law Firm in the *Jewell et al v. Walmart, Inc.*, No. 4:19-cv-04088 (W.D. Ark.) and *Boyette et al v. Lowe's Companies, Inc.*, No. 4:19-cv-04119 (W.D. Ark.) matters. However, the total lodestar calculation ($7,694,358.75) and multiplier (1.46) did account for the omitted hours, were correctly calculated, and remain the same. Attached hereto is a corrected declaration that includes the missing information. Plaintiffs apologize for any inconvenience this error may have caused the Court.

Dated: February 16, 2022          */s/ Gillian L. Wade*

GILLIAN L. WADE
SARA D. AVILA
MARC A. CASTANEDA
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

JOEL OSTER
The Law Offices of Howard Rubinstein
joel@osterlaw.com
22052 W. 66th St. #192
Shawnee, Kansas 66226

*Counsel for Plaintiffs and the Proposed Class*