UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA STONE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | MDL No. 2741<br>Case No. MDL No. 3:16-md-02741-VC<br>Case No.  3:20-cv-01553-VC<br><br>**Hon. Vince Chhabria** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed without prejudice, with each party to bear its own costs and expenses.

Respectfully submitted this 17th day of February, 2022.

/s/ Eric C. Hoort                    _____   /s/ Anthony R. Martinez
ERIC C. HOORT                                  ANTHONY R. MARTINEZ
Dailey Law Firm, P.C.                          Shook, Hardy & Bacon LLP
36700 Woodward Avenue, Suite 107               2555 Grand Boulevard
Bloomfield Hills, MI 48304                     Kansas City, MO 64108
Telephone: (312) 927-2611                      Telephone:  (816) 474-6550
Telefax: (248) 744-4440                        Fax:        (816) 421-5547
Eric@DaileyLawyers.com                         amartinez@shb.com

Counsel for Plaintiffs Barbara Stone and       Counsel for Defendant Monsanto
Tom Stone                                      Company

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on February 17, 2022. I also Certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronic Notices of Electronic Filing.

/s/ Anthony R. Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

Attorney for Defendant,
MONSANTO COMPANY

# SERVICE LIST

*Barbara Stone, et al. v. Monsanto Company*
Case No. 3:20-CV-01553-VC

Brian T. Dailey
Eric C. Hoort
DAILEY LAW FIRM, P.C.
36700 Woodward Avenue, Suite
Bloomfield Hills, MI 48304
BrianDailey@DaileyLawyers.com
Eric@DaileyLawyers.com

**Counsel for Plaintiffs**