UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA STONE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | MDL No. 2741<br>Case No. MDL No. 3:16-md-02741-VC<br>Case No.  3:20-cv-01553-VC<br><br>**Hon. Vince Chhabria** |

### **ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal Without Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal Without Prejudice.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Judge Vince Chhabria
United State District Judge