# EXHIBIT "D"

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: ROUNDUP PRODUCTS            )
LIABILITY LITIGATION               )        MDL No. 2741
                                   )
———————————————————                )        Case No. 3:16-md-02741-VC
                                   )
This document relates to:          )
                                   )
Maurice Wigglesworth v. Monsanto   )
Company                            )
                                   )
Case No. 3:19-cv-07864-VC          )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with

prejudice, each party to bear its own costs.

Respectfully submitted this 19th day of August 2021.


/s/ Jarad L. Silverstein____          /s/ Anthony R. Martinez___
Jarad L. Silverstein                  Anthony R. Martinez
jsilverstein@wapnernewman.com         amartinez@shb.com
WAPNER, NEWMAN, BRECHER &             SHOOK HARDY & BACON, LLC
MILLER, P.C.                          2555 Grand Blvd.
2000 Market Street, Suite 2750        Kansas City, MO 64108
Philadelphia, PA 19103               Telephone: (816) 559-2683
Telephone:    (215) 569-0900          Facsimile: (816) 421-5547
Fax:          (215) 569-4621

ATTORNEYS FOR PLAINTIFF               ATTORNEYS FOR DEFENDANT
MAURICE WIGGLESWORTH                  MONSANTO COMPANY

## CERTIFICATE OF SERVICE

This is to certify that service of this document was made pursuant to the Court's electronic filing procedures on this 19th day of August 2021, via the ECF document system.

/s/    *Jarad L. Silverstein*
JARAD L. SILVERSTEIN