# EXHIBIT "E"

## CONTINGENT FEE AGREEMENT

10/13/19
_____
DATE

I hereby retain the law firm of WAPNER, NEWMAN, WIGRIZER, BRECHER, & MILLER, A Professional Corporation, as my attorneys to represent me in my claim for damages arising out of an event which occurred on or about 10/4/19.

I hereby agree that the compensation of my attorneys for services rendered shall be as follows:

Out of whatever sum is secured, either by way of settlement or verdict, the said attorneys for and in consideration of the professional services to be rendered by them, shall retain 33 1/3 percent (33 1/3 %) of the gross recovery, and shall thereafter be reimbursed for expenses of suit, investigation, litigation costs, and other direct costs attributable to this claim. If the recovery results in a structured settlement, the fee shall be based on the present value of the said settlement.

Should no money be recovered by suit or settlement, said attorneys are to have no claim against me of any kind for services rendered.

WAPNER, NEWMAN, WIGRIZER, BRECHER & MILLER reserves the right to withdraw if, after investigation, it is determined that there is no merit to the claim.

I hereby request that our attorneys pay out of any sums recovered all unpaid medical expenses.

I hereby acknowledge receipt of a duplicate copy of this Contingent Fee Agreement.

M. [signature]
_____
NAME

_____
NAME

Approved by: [signature]
_____
WAPNER, NEWMAN, WIGRIZER, BRECHER & MILLER P.C.