# EXHIBIT "F"

To: FAX    From: TEST    Fax: +11 111 111111    Powered by KOFAX    at: MAY-27-2021-11:46   Doc: 412   Page: 001



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES

May 27, 2021

WAPNER NEWMAN
JARAD L SILVERSTEIN ESQ
2000 MARKET STREET, SUITE 2750
PHILADELPHIA PA  19103

                        Re: Maurice Wigglesworth
                        CIS #: 740001230
                        Incident Date: 09/26/2019

Dear Attorney Silverstein:

     The Department of Human Services maintains a claim in the amount of $▆▆▆▆▆▆ for the above-referenced incident.

     After attorney fees and costs, the Department agrees to accept <u>50%</u> of the client's net settlement.  The net payment due is $▆▆▆▆▆▆

     Checks should be made payable to the Department of Human Services and sent to my attention at the address listed below.  **We request that with all transmittal of funds, you provide the Department with a copy of the <u>final distribution sheet</u>.**

     In the event you have already brought or will bring any action resulting in a further recovery, we reserve the right to seek recovery of any unpaid portion of our medical/cash claim.  This settlement in no way affects our future rights.

     Thank you for your cooperation in this matter.  If you have any further questions, please contact me.

                        Sincerely,

                        Christopher Fultz
                        Claims Investigation Agent
                        717-772-6615
                        717-772-6553 FAX