Robin L. Greenwald, Esq.
**WEITZ & LUXENBERG PC**
700 Broadway, 5th Floor
New York, NY 10003
Tel: (212) 558-5802
Fax: (212) 344-5461
rgreenwald@weitzlux.com
*Attorney for Plaintiff*

Brian Stekloff, Esq.
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005
bstekloff@wilkinsonstekloff.com
*Attorney for Defendant Monsanto Company*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Mendoza v. Monsanto*, Case No. 16-cv-06046 | **JOINT DESIGNATION OF RECORD ON REMAND** |

Pursuant to Rule 10.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (JPML), the Parties submit the following joint designation of record to be remanded to the United States District Court for the Eastern District of California.

| Docket No. | Title of Document |
|---|---|
| *Mendoza* Docket No. 24 | First Amended Complaint |
| *Mendoza* Docket No. 98 | Monsanto Company's Answer to Plaintiff's Amended Complaint |
| MDL Docket No. 1596 | Pretrial Order No. 45: Summary Judgment and *Daubert* Motions |
| MDL Docket No. 2406 | Pretrial Order No. 61: RE: Bifurcation |

| | |
|---|---|
| MDL Docket No. 2645 | Pretrial Order No. 70: Final Juror Questionnaire |
| MDL Docket No. 2775 | Pretrial Order No. 81: Ruling on Motions *in Limine* |
| MDL Docket No. 2790 | Pretrial Order No. 83: Time Limits for Trial |
| MDL Docket No. 2799 | Pretrial Order No. 85: Denying Monsanto's Motion For Summary Judgment on Specific Causation |
| MDL Docket No. 2937 | Pretrial Order No. 101: Order re: Monsanto's Motion For Summary Judgment on Non-Causation Grounds |
| MDL Docket No. 2963 | Pretrial Order No. 108: Final Phase 1 Instructions |
| MDL Docket No. 2964 | Pretrial Order No. 109: Final Verdict Form |
| MDL Docket No. 3188 | Pretrial Order No. 137: Final Phase 2 Verdict Form |
| MDL Docket No. 3194 | Pretrial Order No. 139 Final Phase 2 Instructions |
| MDL Docket No. 4565 | Pretrial Order No. 159: Denying Monsanto's Motions For Judgment as a Matter of Law or, in the Alternative, For a New Trial on Non-Damages Grounds |
| MDL Docket No. 4576 | Pretrial Order No. 160: Granting in Part and Denying in Part Monsanto's Motion For Summary Judgment as a Matter of Law on Punitive Damages; Denying Monsanto's Motion For a New Trial on Compensatory Damages |
| MDL Docket No. 9142 | Amended Pretrial Order No. 201: Order re: Motion to Exclude Testimony of Dr. Sawyer (Wave I Cases) |
| MDL Docket No. 9143 | Pretrial Order No. 202: Order Denying Certain Wave 1 Motions Without Prejudice |
| MDL Docket No. 9144 | Pretrial Order No. 203: Order Denying Motion to Exclude Testimony of Drs. Nabhan, Shustov, and Weisenburger (Wave I Cases) |
| MDL Docket No. 14489 | Pretrial Order No. 271: Denying Motion to Strike Testimony of Drs. Fenske and Slack |
| MDL Docket No. 14463 | Order Denying Motion for Summary Judgment on Non-Causation Grounds |
| MDL Docket No. 14464 | Order Denying Motion to Exclude Testimony of Plaintiff's Experts on *Daubert* Grounds and for Summary Judgment on Causation Grounds |

Dated: February 18, 2022

**WEITZ & LUXENBERG PC**

By: */s/ Robin L. Greenwald*

Robin L. Greenwald, Esq.
700 Broadway, 5th Floor
New York, NY 10003
Tel: (212) 558-5802
Fax: (212) 344-5461
rgreenwald@weitzlux.com

**WILKINSON STEKLOFF LLP**

By: */s/ Brian Stekloff*

Brian Stekloff, Esq.
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005
bstekloff@wilkinsonstekloff.com