**BRUSTER PLLC**
Anthony K. Bruster
New Mexico Bar No. 20283
John C. Hull
Texas Bar No. 24050791
680 N. Carroll Ave., Suite 110
Southlake, Texas 76092
Telephone:  (817) 601-9564
Facsimile:   (817) 796-2929
Email: akbruster@brusterpllc.com
              jhull@brusterpllc.com

**FEARS | NACHAWATI LAW FIRM**
Danae Nicole Benton
Texas Bar No. 24080422
5489 Blair Road
Dallas, TX 75231
Telephone:  (214) 890-0711
Facsimile:  (214) 890-0712
Email: dbenton@fnlawfirm.com

**Attorneys for Plaintiff
Marita Renteria**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Marita Renteria v. Monsanto Company, et al.;*<br>Case No. 3:22-cv-00877-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

## DECLARATION OF ANTHONY K. BRUSTER
## IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND

I, Anthony K. Bruster, declare:

1. I am an attorney at law and am a member of Bruster PLLC, counsel for Plaintiff Marita Renteria ("Plaintiff") in this case. I make this Declaration in support of Plaintiff's Motion to Remand. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. On January 17, 2020, Plaintiff filed her Original Complaint in the First Judicial District Court, County of Santa Fe, New Mexico, thereby commencing Case No. D-101-CV-2020-00180 in said court (the "State Court Action").

3. Attached to this Declaration are true and correct copies of the following Exhibits:

| No.: | Date: | Description: |
|---|---|---|
| 1 | 10/13/2021 | Defendant Monsanto Company's Notice of Removal |
| 2 | 07/13/2021 | Excerpts from Plaintiff's Fact Sheet |

4. In complex civil litigation in New Mexico state court, the customary practice is for a party, usually the plaintiff, to request a hearing on a Rule 1-016 scheduling conference. While the trial court has broad discretion in the matter, typically a Rule 1-016 a conference results in a scheduling order which: (a) sets a trial date, (b) sets a date for a pretrial hearing, (c) establishes the form and required substance of a pretrial order, (d) addresses alternative dispute resolution, (e) sets deadlines for discovery and motion practice, (f) sets deadlines for the pretrial exchange of exhibits and witness lists, and (g) addresses any other matters the court deems appropriate for resolution of the case. *See* 1-016 NMRA. The usual practice in such complex civil cases in New Mexico state court is for the parties to conduct little or no discovery before the court enters a Rule 1-016 Scheduling Order.

5. On January 15, 2021, I appeared as co-counsel for Plaintiff in the State Court Action. At that time, no Rule 1-016 Scheduling Order had been entered. Shortly thereafter, I contacted counsel for Monsanto to discuss a Rule 1-016 Scheduling Order and commencing discovery in the State Court Action. In connection with these discussions, counsel for Monsanto requested that Plaintiff agree to three procedural orders similar to those used in the MDL.

6. Thereafter, the parties began working on and exchanged numerous drafts of the three procedural orders. Eventually, the parties agreed to a "Confidentiality and Protective Order," a "Joint Stipulation and Order Governing Protocol for Discovery of Electronically Stored Information," and an "Order Governing Privilege Logs." These agreed orders were presented to the state court and were signed by the state court on June 12, 2021.

7. At some point in early 2021, counsel for Monsanto requested that Plaintiff complete and

return a "Plaintiff's Fact Sheet" prepared by Monsanto. Counsel for Plaintiff agreed to Monsanto's request. In the same time frame, Plaintiff asked Monsanto to produce all documents which had been produced in and all transcripts of testimony from the MDL. Monsanto agreed to most, but not all, of this request. Consistent with the timing agreed to by the parties, on July 14, 2021, counsel for Plaintiff served a completed Plaintiff's Fact Sheet on counsel for Monsanto and Monsanto produced a large number of documents to Plaintiff. A redacted excerpt of Plaintiff's Fact Sheet is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 21, 2022.

      /s/ Anthony K. Bruster  
      Anthony K. Bruster