# EXHIBIT 2

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT

MARITA RENTERIA,

      Plaintiff,

v.                                                    Cause No.:  D-101-CV-2020-00180

MONSANTO COMPANY and
SIDCO CORPORATION,

      Defendants.

# PLAINTIFF FACT SHEET

## I.  REPRESENTATIVE CAPACITY

A. If you are completing this Fact Sheet on behalf of someone else (*e.g.*, a deceased person, an incapacitated person, or a minor), please complete the following:

1. Your Name

2. Your Home Address

3. What is your relationship to the person upon whose behalf you have completed this Fact Sheet? (*e.g.* parent, guardian, Estate Administrator)

## II.  PERSONAL INFORMATION

A. Name:  Marita Renteria

   Other names by which you have been known (from prior marriages or otherwise, if any):  In addition to Renteria, I have used the last names Lindbeck, Evans, Linbeck-Melton, and Rich.

B. Sex:  Female

C. Social Security Number: ▮▮▮▮▮▮▮

D. Date and Place of Birth: ▮▮▮▮▮, 1970, in Las Cruces, NM

1

E. For each different city where you have lived for the past forty (40) years, provide the following information:

| City and State (Include Country, if Outside the United States) | Approximate Dates You Lived There (Month/Year to Month/Year) |
|---|---|
| Las Cruces, NM | Prior to 1988 and since 1992 |
| El Centro, CA | 1988 |
| San Diego, CA | 1989-1992 |

F. Please complete the chart below detailing your entire employment history. If there were periods of retirement, unemployment, or student status, include those as well.

| No. | Employer | City/State | Approximate Dates of Employment | Occupation or Job Title | Duties |
|---|---|---|---|---|---|
| 1 | Defendant Sidco | Las Cruces, NM | 1982 – 1988 | Laborer | Manual labor on family farm |
| 2 | Multiple restaurants | El Centro, CA, San Diego, CA, & Las Cruces, NM | 1988 – 1992; 1997 – 2002 | Restaurant server | Restaurant server |
| 3 | Las Cruces Sun-News | Las Cruces, NM | 1993 | Data entry | Data entry |
| 4 | New Mexico State University & Las Cruces Public Schools | Las Cruces, NM | 2004 - 2007 | Student and substitute teacher | Student and substitute teacher |
| 5 | Las Cruces Public Schools | Las Cruces, NM | 2007 – 2014 | Teacher | Second and third grade teacher |

2

    Yes _____   No  X

    **If yes**, please state when, the name of the company, and the reason(s) for denial.

E.  Have you ever been denied medical insurance?

    Yes _____   No  X

    **If yes**, please state when, the name of the company, and the reason(s) for denial.

F.  Have you ever filed a lawsuit or claim (**including administrative charges, unemployment claims, and bankruptcy petitions**) against anyone aside from the present lawsuit?

    Yes _____   No  X

    If yes, for each lawsuit, state (1) the court in which the lawsuit was filed; (2) the case name; (3) the civil action or docket number assigned to the lawsuit; (4) a description of your claims in the lawsuit; and (5) the final result, outcome, or adjudication of claims (e.g., whether the lawsuit was dismissed by the parties, dismissed by court, judgment granted in favor of a party).

### VII.  ROUNDUP® AND OTHER GLYPHOSATE-BASED HERBICIDES

A.  Have you used Roundup® or other glyphosate-based products?

    Yes  X   No _____

B.  When did you first begin using Roundup® or other glyphosate-based products?

    Year: 1976  Month: May

9

C. Please complete the chart below to detail your exposure to Roundup® and other glyphosate-based products. Use as many rows as necessary to describe different periods of usage.

| Dates of Usage | Product Name | Frequency of Exposure | Usage | Type of Usage[2] (check all that apply): | Reason for Usage | Location of Exposure (City and State) |
|---|---|---|---|---|---|---|
| Example: 1980-1985 | Example: Roundup® Grass and Weed Killer | Example: once per year | Example: I sprayed Roundup® in my yard using a hand sprayer. | Residential: IT&O: Agricultural: X | Example: To control weeds on my personal property. | Example: Oakland, CA |
| 1976 - 1988 | Roundup | Once per week during the summer. | My father and brother sprayed weeds with Roundup within a few feet of where I was working | Residential: IT&O: Agricultural: X | To control weed on the family farms. | Las Cruces, NM. |

D. Describe any precautions you took while using these products (examples: wearing gloves, a mask, or protective gear).

I was dressed for manual labor but did not take any precautions specifically related to Roundup exposure.

E. For the products identified in the chart above, do you have receipts, proof of purchase, or store of purchase for each product you claim to have used?

---

[2] Residential includes using the product on your lawn, garden, or place of residence. Industrial, Turf, and Ornamental ("IT&O") includes using the product in areas such as golf courses, nurseries, roadsides, or for turf management or landscaping. Agricultural includes using the product to assist with farming or harvesting crops.

10

D.  If you are claiming loss of income due to injuries allegedly caused by Roundup® products or other glyphosate-based herbicides, complete the tax records release. In addition, please sign and complete the social security income release for the past 30 years. (Ex. D)

E.  Release of records received from/sent to the U.S. Department of Agriculture, if applicable. (Ex. E).

## DECLARATION

I declare under penalty of perjury that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, information, and belief , and that I have supplied all the documents requested in Part IX of this Declaration, to the extent that such documents are in my possession, custody, or control, or in the possession of my lawyers.

DocuSigned by:
*Marita Renteria*
19E5AD29A52B4CF...

Marita Renteria

7/13/2021

Date

13