UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) This document relates to: ) ) ) *Kelly v. Monsanto Co., 3:21-cv-02548* ) ) ) ) | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>NOTICED FOR HEARING<br>April 14, 2022 at 10:00 a.m. |

## MOTION TO SUBSTITUTE PLAINTIFF

Please take notice that the Motion of **Ruby Kelley**, the surviving spouse of Plaintiff, Donald J. Kelley (deceased), to be substituted in place of the deceased Plaintiff will be heard on April ____ at 10:00 a.m. before the Honorable Vince Chhabria.

Movant, **Ruby Kelley**, seeks to be substituted as Plaintiff pursuant to Rule 25 of the Federal Rules of Civil Procedure.

The underlying matter was filed in the United States District Court for the Middle District of Louisiana pursuant to state law under the Court's Diversity Jurisdiction. Article 2315.1 of the Louisiana Civil Code provides that "[i]f a person who has been injured by an offense or quasi offense dies, the right to recover all damages for injury to that person… caused by the offense or quasi offense, shall survive for a period of one year from the death of the deceased in favor of: (1) The surviving spouse and child or children of the deceased, or either the spouse or the child or children…." As the surviving spouse, Movant, **Ruby Kelley**, is entitled to be substituted herein for the claims brought by her deceased spouse.

WHEREFORE, Movant, **Ruby Kelley**, the surviving spouse of Plaintiff, Donald J. Kelley (deceased), respectfully prays that this Court enter an order pursuant to Rule 25 of the Federal Rules of Civil Procedure substituting her **as** Plaintiff herein.

Respectfully submitted,

/s/ Charles C. Bourque, Jr.
**CHARLES C. BOURQUE, JR. (#20118)**
**JOSEPH G JEVIC III (#23145)**
ST. MARTIN & BOURQUE
315 Barrow St.
Houma, Louisiana  70360
Telephone: (985) 876-3891
Facsimile: (985) 851-2219

### CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2022 a copy of the foregoing pleading was served upon all known counsel of record via the Court's CM/ECF system and/or by placing a copy of same in the U.S. Mail properly addressed and postage prepaid, or via email or facsimile.

/s/ Charles C. Bourque, Jr.
**CHARLES C. BOURQUE**