# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

## CERTIFICATION OF DEATH

BIRTH NUMBER:     STATE FILE NUMBER: 2021-050-00098

### DECEDENT
**8202488**

| Field | Value |
|---|---|
| DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | KELLEY, DONALD JAMES |
| DATE OF BIRTH | 1938 |
| DATE OF DEATH | 10/21/2021 |
| TIME OF DEATH | 08:18 AM |
| PLACE OF BIRTH (CITY, STATE, COUNTRY) | SLAUGHTER, LA UNITED STATES |
| SEX | MALE |
| SOCIAL SECURITY NUMBER | [redacted] |
| AGE | 83 YEARS |
| DECEDENT'S ALIAS NAME(S) (LAST, FIRST, MIDDLE, SUFFIX) | |
| RESIDENCE OF DECEDENT (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 2148 LOUISIANA 958 HWY., SLAUGHTER, LA 70777 UNITED STATES |
| WITHIN CITY LIMITS? | NO |
| PARISH/COUNTY | EAST FELICIANA |

### PERSONAL

| Field | Value |
|---|---|
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | FARMER |
| INDUSTRY OF OCCUPATION | AGRICULTURE |
| MARITAL STATUS | MARRIED |
| NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | MILLS, RUBY LYNN |
| FATHER/PARENT NAME (LAST, FIRST, MIDDLE, SUFFIX) | KELLEY, MURPHY JAMES |
| FATHER/PARENT PLACE OF BIRTH (CITY, STATE, COUNTRY) | SLAUGHTER, LA UNITED STATES |
| MOTHER/PARENT NAME (LAST, FIRST, MIDDLE, SUFFIX) | KENT, MARQUERIT MERLE |
| MOTHER/PARENT PLACE OF BIRTH (CITY, STATE, COUNTRY) | BLUFF CREEK, LA UNITED STATES |
| INFORMANT'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | KELLEY, RUBY M |
| RELATIONSHIP TO DECEDENT | WIFE |
| INFORMANT'S ADDRESS | 2148 LOUISIANA 958 HWY., SLAUGHTER, LA 70777 UNITED STATES |
| EDUCATION | SOME COLLEGE CREDIT, BUT NO DEGREE |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | WHITE |

### DEATH INFO

| Field | Value |
|---|---|
| PLACE OF DEATH | INPATIENT |
| FACILITY NAME | BATON ROUGE GENERAL MEDICAL CENTER - BLUEBONNET ON PICARDY |
| FACILITY ADDRESS (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 8585 PICARDY AVE., BATON ROUGE, LA 70809 UNITED STATES |
| PARISH/COUNTY | EAST BATON ROUGE |

### DISPOSITION

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | REDWOOD BAPTIST CHURCH CEMETERY |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | SLAUGHTER, LA UNITED STATES |
| DATE OF DISPOSITION | 10/25/2021 |

### FUNERAL FACILITY

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | RENAISSANCE SERVICES |
| ADDRESS OF FUNERAL FACILITY | 12552 AIRLINE HWY., GONZALES, LA 70737 UNITED STATES |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | MACK, WILLIAM P |
| LICENSE NUMBER | E2251 |
| CORONER NOTIFIED? | N |
| SIGNATURE OF FUNERAL DIRECTOR | *e-sign* |
| DATE | 11/28/2021 |

### MEDICAL INFO

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

### CAUSE OF DEATH

PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. RESPIRATORY FAILURE | 1 DAYS |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. ALTERED MENTAL STATUS | 3 DAYS |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. HYPERCALCEMIA | 3 WEEKS |
| | d. NON HODGKIN LYMPHOMA | 1 WEEKS |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

### INJURY INFORMATION

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| | | | | |

| LOCATION OF INJURY (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | PARISH/COUNTY |
|---|---|
| | |

DESCRIBE HOW INJURY OCCURED

### CERTIFIER

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 2/1/2021 TO 10/21/2021 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | *e-sign* |
| DATE | 11/23/2021 |
| CERTIFIER NAME (LAST, FIRST, MIDDLE, SUFFIX) | CASTINE, MICHAEL JULES |
| CERTIFIER TITLE | CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 8595 PICARDY AVE. APT/STE 400, BATON ROUGE, LA 70809 UNITED STATES |
| BURIAL TRANSIT PERMIT | 449061 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 10/25/2021 |
| DATE FILED WITH REGISTRAR | 11/29/2021 |

### REGISTRAR

| Field | Value |
|---|---|
| SIGNATURE OF REGISTRAR | DEVIN GEORGE *e-sign* |
| ISSUED BY | Sibley, Emily |
| Issued On | 11/30/2021 10:06:03 AM |




008202488

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.



DEVIN GEORGE
STATE REGISTRAR

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

