UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>    LIABILITY LITIGATION )<br>)<br>_____) <br>)<br>This document relates to: )<br>)<br>*Kelly v. Monsanto Co., 3:21-cv-02548* )<br>)<br>_____) | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

## **ORDER**

Considering the foregoing Motion to Substitute Plaintiff;

IT IS HEREBY ORDERED that **Ruby Kelley** be and is hereby substituted as Plaintiff in place of Donald J. Kelley (deceased).

San Francisco, California, this _____ day of _____, 2022.

_____
Vince Chhabria
United States District Judge