UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **PRETRIAL ORDER NO. 273: DENYING WAVE 3 MOTIONS FOR SUMMARY JUDGMENT ON NON-CASUTION GROUNDS AND MOTIONS TO EXCLUDE PLAINTIFFFS' EXPERTS** |
| *Koen v. Monsanto*, Case No. 20-cv-3074 | |
| *Chapman v. Monsanto*, Case No. 20-cv-1277 | |
| *Schaffner v. Monsanto*, Case No. 19-cv-7526 | |
| *Vosper v. Monsanto*, Case No. 19-cv-5525 | |

To avoid relitigating issues previously ruled upon by the Court but to fully preserve the appellate record, Monsanto moves for summary judgment on non-causation grounds by incorporating previously filed motions and moves to exclude Wave 3 plaintiffs' general causation experts by incorporating previously filed motions. *See Koen v. Monsanto*, Case No. 20-cv-3074, Dkt. Nos. 15 & 16; *Chapman v. Monsanto*, Case No. 20-cv-1277, Dkt. Nos. 12 & 13; *Schaffner v. Monsanto*, Case No. 19-cv-7526, Dkt. Nos. 17 & 18; *Vosper v. Monsanto*, Case No. 19-cv-5525, Dkt. Nos. 8 & 9. Monsanto's motions are denied for the reasons set forth in the Court's prior orders. *See, e.g., In re Roundup Products Liability Litigation*, 390 F. Supp. 3d 1102 (N.D. Cal. 2018); Pretrial Order No. 101.

**IT IS SO ORDERED.**

Dated: February 25, 2022

_____
VINCE CHHABRIA
United States District Judge