FULLER, WILLIAMSON, NELSEN & PREHEIM, LLP
Derek A. Nelsen
Eric T. Preheim
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
dnelsen@fullerandwilliamson.com
epreheim@fullerandwilliamson.com
 *Attorneys for Plaintiff Dr. William Horner*

UNITED STATES DISTRICT COURT
STATE OF CALIFORNIA
NORTHERN DISTRICT

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Dr. William Horner v. Monsanto Company, Inc.*, Case No. 3:21-cv-07744-VC | **PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY** |

Plaintiff Dr. William Horner, through counsel of record, filed a Suggestion of Death on January 31, 2022.  (*See* Doc. 20; *also see* MDL 2741. Doc. 14523.)  An Estate has been opened in Minnehaha County, Second Judicial Circuit, South Dakota.  Dr. Horner's surviving spouse, Deborah H. Horner, has been appointed as Personal Representative of the Estate of William J. Horner.  (*See* **Exhibit 1**.)  Pursuant to Fed. R. Civ. P. 25(a)(1), Plaintiff moves for an order substituting Deborah H. Horner, Individually and as Personal Representative of the Estate of William J. Horner, as the real party interest in place of the late Dr. William Horner.  Plaintiff's counsel has consulted with Monsanto's counsel, who has no objection to this substitution.

MDL No. 2741, Case No. 3:16-md-02741-VC
Case No. 3:21-cv-07744-VC
Plaintiff's Unopposed Motion to Substitute Party

Dated:  February 28, 2022.

                FULLER, WILLIAMSON, NELSEN
                & PREHEIM, LLP

                  /s/ Derek A. Nelsen
                Derek A. Nelsen
                Eric T. Preheim
                7521 South Louise Avenue
                Sioux Falls, SD 57108
                (605) 333-0003
                dnelsen@fullerandwilliamson.com
                epreheim@fullerandwilliamson.com
                  *Attorneys for Plaintiff*

## Certificate of Service

I certify that on February 28, 2022, I e-filed via CM/ECF Filer (PACER) a true and correct copy of Plaintiff's Unopposed Motion to Substitute Party, on:

Jennise W. Stubbs (jstubbs@shb.com)
Ryan S. Killian (rkillian@shb.com)
SHOOK, HARDY & BACK L.L.P.
  *Attorneys for Monsanto Company, Inc.*

                  /s/ Derek A. Nelsen
                One of the Attorneys for Plaintiff

| | |
|---|---|
| STATE OF SOUTH DAKOTA ) <br> :SS <br> COUNTY OF MINNEHAHA ) | IN CIRCUIT COURT <br><br> SECOND JUDICIAL CIRCUIT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**In the Matter of the Estate of**             49PRO22-_____

**WILLIAM J. HORNER,**                         **LETTERS OF PERSONAL**
                                               **REPRESENTATIVE**

**Deceased.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deborah H. Horner was appointed and qualified as Personal Representative of the estate of William J. Horner.

These Letters are issued as evidence of the appointment, qualification, and authority of Deborah H. Horner to do and perform all acts authorized by law.

Appointed and Issued: 2/16/2022 by: /s/ Shellie Bluhm, Clerk/Deputy



Page 1

**Exhibit 1**

FULLER, WILLIAMSON, NELSEN & PREHEIM, LLP
Derek A. Nelsen
Eric T. Preheim
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
dnelsen@fullerandwilliamson.com
epreheim@fullerandwilliamson.com
  *Attorneys for Plaintiff Dr. William Horner*

UNITED STATES DISTRICT COURT
STATE OF CALIFORNIA
NORTHERN DISTRICT

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Dr. William Horner v. Monsanto Company, Inc.*, Case No. 3:21-cv-07744-VC | **ORDER SUBSTITUTING PARTY** |

Plaintiff Dr. William Horner, through counsel, filed an Unopposed Motion to Substitute Party in the above-captioned action. Based on Plaintiff's Motion, and for good cause appearing, it is

**ORDERED** that Plaintiff's Motion to Substitute Party is **GRANTED**. The caption in this matter shall be amended to be "*Deborah H. Horner, Individually and as Personal Representative of the Estate of William J. Horner v. Monsanto Company, Inc.*"

Dated: _____, 2022.

BY THE COURT

_____
The Honorable Vince Chhabria
District Court Judge