# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) CASE NO. 3:16-MDL-02741 ) |

---

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | ) NOTICE OF APPEARANCE OF ) MONICA S. McCOSKEY ON BEHALF OF |
| DAVID HINKLE AND MARY LOU HINKLE,     Plaintiffs, Case No. 1:21-cv-00384-JRS-MJD | ) PLAINTIFFS ) ) ) |

## APPEARANCE OF COUNSEL

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

    PLEASE TAKE NOTICE that Monica S. McCoskey of Starr, Austen & Miller, LLP, hereby enters an appearance as counsel for Plaintiffs, David Hinkle and Mary Lou Hinkle, in the above-referenced action. Please serve said counsel with all pleadings and notices in these actions

| | |
|---|---|
| February 28, 2022 | /s/ *Monica S. McCoskey* |
| Date | *Attorney's signature* |

Monica S. McCoskey                36892-53
Starr Austen & Miller, LLP
201 S. Third Street
Logansport, IN  46947
mmccoskey@starrausten.com
Phone:  574-722-6676
Fax:  574-753-3299

CERTIFICATE OF SERVICE

      I, Monica S. McCoskey, hereby certify that, on February 28, 2022, I electronically filed Notice of Appearance of Monica S. McCoskey on behalf of plaintiffs with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

      /s/ *Monica S. McCoskey*
      Monica S. McCoskey