1  Ernest W. Stewart, STEWART & ASSOCIATES, PLLC
   7716 Old Canton Road, Suite B
2  P.O. Box 2757
   Madison, Mississippi 39130
3  601-853-2121 | Fax 601-853-2423
   estewart@msattorney.com

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Case No.: 2741 |
|---|---|
| This document relates to: | Case No. 16-md-02741-VC |
| Bridget Hughes Anderson, on behalf of the Estate of Rodney Allen Woodruff vs. Monsanto Co. and does 1-10 | **NOTICE OF APPEARANCE BY ERNEST W. STEWART** |
| Case Number: 3:19-cv-07531-VC | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Ernest W. Stewart, of STEWART & ASSOCIATES, PLLC, hereby enters an appearance as counsel for Plaintiff, Patricia Smith Woodruff, surviving spouse and wrongful death beneficiary of Rodney Allen Woodruff, Deceased, Tommy Weeks, Individually as statutory wrongful death beneficiary and beneficiary of the Last Will and Testament of Rodney Allen Woodruff, Deceased, and Bridget Hughes Anderson, Individually as statutory wrongful death beneficiary and beneficiary of the Last Will and Testament of Rodney Allen Woodruff, Deceased, and as Executrix of the Estate of Rodney Allen Woodruff, Deceased.  Please serve said counsel with all pleadings and notices in this action.

Ernest W. Stewart, MSB#7896
STEWART & ASSOCIATES, PLLC
7716 Old Canton Road, Suite B
P.O. Box 2757
Madison, Mississippi 39130
Telephone:         601-853-2121
Facsimile:          601-853-2423
estewart@msattorney.com

Dated this 28th day of February 2022.

**RESPECTFULLY SUBMITTED,**

/s/ Ernest W. Stewart, MSB#7896
Ernest W. Stewart, MSB#7896

NOTICE OF APPEARANCE BY ERNEST W. STEWART - 1

## CERTIFICATE OF SERVICE

I, Ernest W. Stewart, hereby certify that I have this day electronically filed the foregoing NOTICE OF APPEARANCE BY ERNEST W. STEWART, with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

This the 28th day of February 2022.

/s/ Ernest W. Stewart, MSB#7896
Ernest W. Stewart, MSB#7896
STEWART & ASSOCIATES, PLLC
7716 Old Canton Road, Suite B
P.O. Box 2757
Madison, Mississippi 39130
Telephone:      601-853-2121
Facsimile:      601-853-2423
estewart@msattorney.com

NOTICE OF APPEARANCE BY ERNEST W. STEWART - 2