UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Gilmore v. Monsanto*, Case No. 21-cv-8159 | **ORDER DENYING MOTION FOR DISCOVERY**<br>Re: Dkt. No. 14493 |

Ryan Tomlinson and Carol Richardson (Movants) move for an order permitting them to serve discovery related to a pending motion for preliminary approval of settlement. For the reasons discussed below, the motion is denied.

In October 2021, the Judicial Panel on Multidistrict Litigation transferred an action originating in the District of Delaware (the *Gilmore* action) to this MDL. The *Gilmore* action is an economic loss consumer class action based on the claim that consumers overpaid for Roundup because Monsanto failed to disclose the product's alleged cancer risk. When the *Gilmore* action was transferred to this MDL, a motion for preliminary approval of class action settlement was pending in the District of Delaware. Following transfer to the MDL, the *Gilmore* parties re-filed their motion for preliminary approval of class action settlement here.

Movants—who are members of the proposed *Gilmore* settlement class—seek discovery for purposes of objecting to the motion for preliminary approval of the class action settlement. Movant's discovery requests cover the following categories of information: (1) data related to damages calculations; (2) discovery from related actions; (3) side agreements; (4) data related to lodestar calculations; and (5) settlement communications.

2

The requests for discovery are denied because either the information that Movants seek has already been disclosed in connection with the *Gilmore* plaintiffs' motion for preliminary approval of settlement, or Movants have not made a sufficient preliminary showing to support their requests. Movants, of course, may still file objections to the proposed settlement.

**IT IS SO ORDERED.**

Dated: March 2, 2022

_____
VINCE CHHABRIA
United States District Judge