**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:     (713) 227-8008
Facsimile:     (713) 227-9508
Email:              jstubbs@shb.com

*Attorney for Defendant*
*Bayer Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Bakri and Mary El-Hakam v. Monsanto Co. et al*, Case No. 3:21-cv-09937-VC | |

## BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT

Defendant Bayer Corporation ("Bayer Corporation"), by and through its counsel, respectfully files this Answer ("Answer") and responds by generally denying all allegations contained in plaintiffs' Complaint ("the Complaint"), except as set forth below. Bayer Corporation denies — and objects to — allegations by plaintiffs that purport to lump Bayer Corporation together with other defendants. Bayer Corporation responds to this Petition only on behalf of Bayer Corporation and not on behalf of any other defendant. Silence as to any allegations shall constitute a denial.

1.      Bayer Corporation admits that plaintiffs purport to bring an action for damages allegedly related to exposure to Roundup®-branded products but denies any liability to plaintiffs. Bayer Corporation denies the remaining allegations in paragraph 1.

2.      Bayer Corporation denies the allegations in paragraph 2.

3.      Bayer Corporation denies the allegations in paragraph 3.

4.      The allegations in paragraph 4 comprise attorney characterizations and are accordingly denied. Bayer Corporation states that the Roundup®-branded products identified by plaintiffs have a variety of separate and distinct uses and formulations.

5.      The allegations in paragraph 5 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 5 and therefore denies those allegations.

6.      The allegations in paragraph 6 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 6 and therefore denies those allegations.

8.      Plaintiff improperly numbered this paragraph 8. Bayer Corporation admits the allegations in the first sentence of paragraph 8. Bayer Corporation denies the allegations in the second sentence of paragraph 8 to the extent they suggest that the International Agency for Research on Cancer ("IARC") based its evaluation on a complete or accurate assessment of the scientific research regarding glyphosate.

9.      Bayer Corporation admits the allegations in the first sentence of paragraph 9. Bayer Corporation denies the allegations in the second sentence of paragraph 9.

10.     In response to the allegations in paragraph 10, Bayer Corporation admits that the IARC working group classified glyphosate under Group 2A. Bayer Corporation denies the remaining allegations in paragraph 10.

11.     Bayer Corporation denies the allegations in paragraph 11.

12.     The allegations in paragraph 12 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

13.     The allegations in paragraph 13 set forth conclusions of law for which no response is required. To the extent that a response is deemed required, Bayer Corporation admits the allegations in paragraph 13 based upon the allegations in plaintiffs' Complaint.

14.   The allegations in paragraph 14 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

15.   The allegations in the first sentence of paragraph 15 set forth conclusions of law for which no response is required. Bayer Corporation denies the allegations in the second sentence of paragraph 15. In response to the allegations in the final sentence of paragraph 15, Bayer Corporation denies certain events giving rise to plaintiffs' claims and Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations regarding where certain other events giving rise to plaintiffs' claims occurred and therefore denies those allegations.

16.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first, second, and last sentences of paragraph 16 and therefore denies those allegations.  Bayer Corporation admits that plaintiffs purport to bring an action for damages allegedly related to exposure to Roundup®-branded products but denies any liability to plaintiffs.  Bayer Corporation denies the remaining allegations in paragraph 16.

17.   The allegations in paragraph 17 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

18.   Bayer Corporation admits the allegations in the second sentence of paragraph 18. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 18 and therefore denies those allegations.

19.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 19 and therefore denies those allegations.

20.   In response to the allegations in paragraph 20, Bayer Corporation admits that glyphosate is an herbicide that is used to kill invasive plants and weeds. The remaining allegations in paragraph 20 are vague and ambiguous and Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 20 and therefore denies those allegations.

21.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 21 and therefore denies those allegations.

22.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 22 and therefore denies those allegations.

23.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 23 and therefore denies those allegations.

24.     In response to the allegations in paragraph 24, Bayer Corporation admits that certain Roundup®-branded herbicides contain POEA and adjuvants, that EPA has classified surfactants and adjuvants as inert, and that the specific surfactants and adjuvants used in Roundup®-branded herbicides – like those in other manufacturers' herbicide products – are protected by EPA as "trade secrets." Bayer Corporation notes that EPA has determined that the surfactants used in Roundup®-branded herbicides do not pose an unreasonable risk to human health. Bayer Corporation denies the remaining allegations in paragraph 24.

25.     The allegations in paragraph 25 set forth conclusions of law for which no response is required.

26.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 26 and therefore denies those allegations.

27.     The allegations in paragraph 27 set forth conclusions of law for which no response is required.

28.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 28 and therefore denies those allegations.

29.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 29 and therefore denies those allegations.

30.     The allegations in paragraph 30 set forth conclusions of law for which no response is required. To the extent that a response may be deemed required, Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 30 and therefore denies those allegations.

31.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 31 and therefore denies those allegations.

32.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 32 and therefore denies those allegations.

33.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 33 and therefore denies those allegations.

34.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 34 and therefore denies those allegations.

35.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 35 and therefore denies those allegations.

36.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 36 and therefore denies those allegations.

37.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 37 and therefore denies those allegations.

38.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 38 and therefore denies those allegations.

39.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 39 and therefore denies those allegations.

40.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 40 and therefore denies those allegations.

41.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 41 and therefore denies those allegations.

42.     The allegations in paragraph 42 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

43.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 43 and therefore denies those allegations.

44.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 44 and therefore denies those allegations.

45.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 45 and therefore denies those allegations.

46.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 46 and therefore denies those allegations.

47.     Bayer Corporation admits that IARC classified glyphosate as a Group 2A agent in March 2015. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 47 and therefore denies those allegations.

48.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 48 and therefore denies those allegations.

49.     In response to the allegations in paragraph 49, to the extent the allegations purport to characterize statements made in the IARC monograph for glyphosate, the statements in that document speak for themselves, but Bayer Corporation lacks information or knowledge sufficient to form a belief as to the accuracy of the source of said information and accordingly denies the allegations.

50.     The allegations in paragraph 50 are vague and conclusory. To the extent they purport to characterize statements made in the IARC monograph for glyphosate, the statements in that document speak for themselves, but Bayer Corporation lacks information or knowledge sufficient to form a belief as to the accuracy of the source of said information and accordingly denies the allegations.

51.     In response to the allegations in paragraph 51, to the extent the allegations purport to characterize statements made in the IARC monograph for glyphosate, the statements in that document speak for themselves, but to the extent that this paragraph means that more than *de minimis* amounts of exposure are present, the allegations in paragraph 51 are denied.

52.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 52 and therefore denies those allegations.

53.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 53 and therefore denies those allegations.

54.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 54 and therefore denies those allegations.

55.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 55 and therefore denies those allegations.

56.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 56 and therefore denies those allegations.

57.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 57 and therefore denies those allegations.

58.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 58 and therefore denies those allegations.

59.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 59 and therefore denies those allegations.

60.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 60 and therefore denies those allegations.

61.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 61 and therefore denies those allegations.

62.     The allegations in paragraph 62 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

63.     The allegations in paragraph 63 comprise attorney characterizations and are accordingly denied.

64.     In response to the allegations in paragraph 64, Bayer Corporation states that the cited document speaks for itself and does not require a response.

65.     In response to the allegations in paragraph 65, Bayer Corporation states that the cited document speaks for itself and does not require a response. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 65 and therefore denies those allegations.

66.     In response to the allegations in paragraph 66, Bayer Corporation states that the cited document speaks for itself and does not require a response.

67.     In response to the allegations in paragraph 67, Bayer Corporation states that the cited document speaks for itself and does not require a response.

68.     The allegations in paragraph 68 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

69.     The allegations in paragraph 69 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

70.     Bayer Corporation denies the allegations in paragraph 70.

71.     The allegations in paragraph 71 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

72.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 72 and therefore denies those allegations.   In response to the allegations in the second sentence of paragraph 72, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 72 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 72.

73.     In response to the allegations in paragraph 73, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 73 characterizes the meaning of the cited document Bayer Corporation denies the remaining allegations in paragraph 73.

74.     In response to the allegations in paragraph 74, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 74 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 74.

75.     In response to the allegations in paragraph 75, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 75

characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 75.

76. The allegations in paragraph 76 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

77. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 77 and therefore denies those allegations.

78. The allegations in paragraph 78 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

79. The allegations in paragraph 79 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

80. The allegations in paragraph 80 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

81. The allegations in paragraph 81 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

82. The allegations in paragraph 82 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

83. Bayer Corporation states that the term "toxic" as used in paragraph 83 is vague and ambiguous to the extent it is intended to suggest any evidence of carcinogenicity. Bayer Corporation denies the allegations in paragraph 83.

84. In response to the allegations in paragraph 84, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 84 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 84.

85. In response to the allegations in paragraph 85, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 85 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 85.

86.     In response to the allegations in paragraph 86, Bayer Corporation states that the cited document speaks for itself and does not require a response.   To the extent that paragraph 86 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 86.

87.     In response to the allegations in paragraph 87, Bayer Corporation states that the cited document speaks for itself and does not require a response.   To the extent that paragraph 87 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 87.

88.     Bayer Corporation states that the term "toxic" as used in paragraph 88 is vague and ambiguous to the extent it is intended to suggest any evidence of carcinogenicity.   Bayer Corporation denies the allegations in paragraph 88.

89.     In response to the allegations in paragraph 89, Bayer Corporation states that the cited document speaks for itself and does not require a response.   To the extent that paragraph 89 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 89.

90.     In response to the allegations in paragraph 90, Bayer Corporation states that the cited document speaks for itself and does not require a response.   To the extent that paragraph 90 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 90.

91.     In response to the allegations in paragraph 91, Bayer Corporation states that the cited document speaks for itself and does not require a response.   To the extent that paragraph 91 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 91.

92.     In response to the allegations in paragraph 92, Bayer Corporation denies that the OPP Report is a "draft assessment."   The allegations in paragraph 92 are vague and conclusory and comprise attorney characterizations and are accordingly denied.

93.     In response to the allegations in paragraph 93, Bayer Corporation admits that the final SAP meeting minutes and report were released and states that the cited documents speak for themselves and thus do not require any further response. The remaining allegations in paragraph 93 are vague and conclusory and comprise attorney characterizations and are accordingly denied.

94.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 94 and therefore denies those allegations.

95.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 95 and therefore denies those allegations.

96.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 96 and therefore denies those allegations.

97.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 97 and therefore denies those allegations.

98.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 98 and therefore denies those allegations.

99.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 99 and therefore denies those allegations.

100.    Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 100 and therefore denies those allegations.

101.    Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 101 and therefore denies those allegations.

102.    In response to the allegations in paragraph 102, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 102 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 102.

103.    In response to the allegations in paragraph 103, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 103

characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 103.

104.    In response to the allegations in paragraph 104, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 104 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 104.

105.    In response to the allegations in paragraph 105, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 105 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 105.

106.    In response to the allegations in paragraph 106, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 106 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 106.

107.    Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 107 and therefore denies those allegations.

108.    In response to the allegations in paragraph 108, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 108 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 108.

109.    In response to the allegations in paragraph 109, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 109 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 109.

110.    In response to the allegations in paragraph 110, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 110

characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 110.

111.    In response to the allegations in paragraph 111, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 111 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 111.

112.    In response to the allegations in paragraph 112, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 112 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 112.

113.    In response to the allegations in paragraph 113, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 113 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 113.

114.    In response to the allegations in paragraph 114, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 114 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 114.

115.    In response to the allegations in paragraph 115, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 115 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 115.

116.    In response to the allegations in paragraph 116, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 116 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 116.

117.   In response to the allegations in paragraph 117, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 117 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 117.

118.   In response to the allegations in paragraph 118, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 118 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 118.

119.   In response to the allegations in paragraph 119, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 119 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 119.

120.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 120 and therefore denies those allegations.

121.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 121 and therefore denies those allegations.

122.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 122 and therefore denies those allegations.

123.   In response to the allegations in paragraph 123, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 123 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 123.

124.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 124 and therefore denies those allegations.

125.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 125 and therefore denies those allegations.

126.   In response to the allegations in paragraph 126, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 126 characterizes the meaning of the cited document, Bayer Corporation denies the remaining allegations in paragraph 126.

127.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 127 and therefore denies those allegations.

128.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 128 and therefore denies those allegations.

129.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 129 and therefore denies those allegations.

130.   Bayer Corporation denies the allegations in paragraph 130.

131.   Bayer Corporation denies that any exposure to Roundup®-branded products can cause NHL and other serious illnesses and therefore denies those allegations in paragraph 131.  Bayer Corporation states, however, that the scientific studies upon which the International Agency for Research on Cancer ("IARC") purported to base its evaluation of glyphosate were all publicly available before March 2015.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 131 and therefore denies those allegations.

132.   Bayer Corporation denies the allegations in paragraph 132.

133.   Bayer Corporation incorporates by reference its responses to paragraphs 1 through 132 in response to paragraph 133 of plaintiffs' Petition.

134.   In response to the allegations in paragraph 134, Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations that plaintiff used and/or was exposed to Roundup®-branded products and therefore denies those allegations.   Bayer Corporation denies the remaining allegations in paragraph 134.

135.   The allegations in paragraph 135 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

136.   Bayer Corporation denies the allegations in paragraph 136.

137.   Bayer Corporation denies the allegations in paragraph 137.

138.   Bayer Corporation denies the allegations in paragraph 138.

139.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 139 and therefore denies those allegations.

140.   The allegations in paragraph 140 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

141.   The allegations in paragraph 141 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

142.   The allegations in paragraph 142 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

143.   The allegations in paragraph 143 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

144.   The allegations in paragraph 144 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

145.   The allegations in paragraph 145 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

146.   The allegations in paragraph 146 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

147.   Bayer Corporation denies the allegations in paragraph 147.

148.   Bayer Corporation incorporates by reference its responses to paragraphs 1 through 147 in response to paragraph 148 of plaintiffs' Petition.

149.   The allegations in paragraph 149 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

150.   The allegations in paragraph 150 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

151.   The allegations in paragraph 151 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

152.   The allegations in paragraph 152 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

153.   The allegations in paragraph 153 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

154.   The allegations in paragraph 154 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

155.   The allegations in paragraph 155 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

156.   The allegations in paragraph 156 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

157.   Bayer Corporation denies that any exposure to Roundup®-branded products can cause NHL and other serious illnesses and therefore denies those allegations in paragraph 157. Bayer Corporation states, however, that the scientific studies upon which the International Agency for Research on Cancer ("IARC") purported to base its evaluation of glyphosate were all publicly available before March 2015. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 157 and therefore denies those allegations.

158.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 158 regarding plaintiff's claimed use of and/or exposure to Roundup®-branded products and therefore denies those allegations. Bayer Corporation denies the remaining allegations in paragraph 158, including that Roundup®-branded products have "dangerous characteristics."

159.   The allegations in paragraph 159 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

160.   The allegations in paragraph 160 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

161.   The allegations in paragraph 161 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

162.   The allegations in paragraph 162 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

163.   The allegations in paragraph 163 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

164.   The allegations in paragraph 164 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

165.   The allegations in paragraph 165 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

166.   Bayer Corporation denies the allegations in paragraph 166.

167.   Bayer Corporation incorporates by reference its responses to paragraphs 1 through 166 in response to paragraph 167 of plaintiffs' Petition.

168.   The allegations in paragraph 168 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

169.   The allegations in paragraph 169 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

170.   The allegations in paragraph 170 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

171.   The allegations in paragraph 171 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

172.   The allegations in paragraph 172 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

173.   The allegations in paragraph 173 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

174.   The allegations in paragraph 174 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

175.   The allegations in paragraph 175 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

176.   The allegations in paragraph 176 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

177.   The allegations in paragraph 177 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

178.   The allegations in paragraph 178 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

179.   The allegations in paragraph 179 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

180.   Bayer Corporation incorporates by reference its responses to paragraphs 1 through 179 in response to paragraph 180 of plaintiffs' Petition.

181.   The allegations in paragraph 181 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

182.   The allegations in paragraph 182 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

183.   The allegations in paragraph 183 set forth conclusions of law for which no response is required.

184.   The allegations in paragraph 184 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

185.   The allegations in paragraph 185 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

186.   The allegations in paragraph 186 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

187. The allegations in paragraph 187 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

188. The allegations in paragraph 188 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

189. The allegations in paragraph 189 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

190. Bayer Corporation incorporates by reference its responses to paragraphs 1 through 189 in response to paragraph 190 of plaintiffs' Petition.

191. The allegations in paragraph 191 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

192. Bayer Corporation denies the allegations in paragraph 192.

193. The allegations in paragraph 193 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

194. The allegations in paragraph 194 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

195. The allegations in paragraph 195 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

196. The allegations in paragraph 196 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

197. The allegations in paragraph 197 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

198. Bayer Corporation incorporates by reference its responses to paragraphs 1 through 197 in response to paragraph 198 of plaintiffs' Petition.

199. The allegations in paragraph 199 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

200. The allegations in paragraph 200 set forth conclusions of law for which no response is required.

201.   Bayer Corporation denies the allegations in paragraph 201.

202.   The allegations in paragraph 202 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

203.   The allegations in paragraph 203 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

204.   The allegations in paragraph 204 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

205.   The allegations in paragraph 205 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

206.   Bayer Corporation incorporates by reference its responses to paragraphs 1 through 205 in response to paragraph 206 of plaintiffs' Petition.

207.   The allegations in paragraph 207 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

208.   The allegations in paragraph 208 set forth conclusions of law for which no response is required.

209.   Bayer Corporation denies the allegations in paragraph 209.

210.   The allegations in paragraph 210 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

211.   The allegations in paragraph 211 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

212.   The allegations in paragraph 212 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

213.   The allegations in paragraph 213 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

214.   Bayer Corporation incorporates by reference its responses to paragraphs 1 through 213 in response to paragraph 214 of plaintiffs' Petition.

215. The allegations in paragraph 215 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

216. Bayer Corporation incorporates by reference its responses to paragraphs 1 through 215 in response to paragraph 216 of plaintiffs' Petition.

217. The allegations in paragraph 217 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

218. The allegations in paragraph 218 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

219. The allegations in paragraph 219 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

Every allegation in the Complaint that is not specifically and expressly admitted in this Answer is hereby specifically and expressly denied.

## SEPARATE AND AFFIRMATIVE DEFENSES

1. The Complaint, in whole or part, fails to state a claim or cause of action against Bayer Corporation upon which relief can be granted.

2. Plaintiffs' claims against Bayer Corporation are barred for lack of personal jurisdiction.

3. Venue may be improper or inconvenient for plaintiffs' claims.

4. Plaintiffs' claims are barred because plaintiffs cannot proffer any scientifically reliable evidence that the products at issue were defective or unreasonably dangerous.

5. Any alleged negligent or culpable conduct of Bayer Corporation, none being admitted, was so insubstantial as to be insufficient to be a proximate or substantial contributing cause of plaintiffs' alleged injuries.

6. Plaintiffs' claims are barred, in whole or in part, because the products at issue were designed, manufactured, marketed and labeled with proper warnings, information, cautions and instructions, in accordance with the state of the art and the state of scientific and technological knowledge.

7.      Plaintiffs' claims are barred, in whole or in part, because the products at issue were not defective or unreasonably dangerous in that they complied with, at all relevant times, all applicable government safety standards.

8.      Any claims based on allegations that Bayer Corporation misled, defrauded, made misrepresentations to, or withheld information from U.S. EPA are preempted by federal law. *See, e.g., Buckman Co. v. Plaintiffs' Legal Comm.,* 531 U.S. 341 (2001); *Nathan Kimmel, Inc. v. Dowelanco,* 275 F.3d 1199 (9th Cir. 2002).

9.      Plaintiffs' claims are preempted, in whole or in part, by applicable federal law relating to the design, testing, producing, manufacturing, labeling, distributing, modeling, processing, and supply of Roundup®-branded products and/or glyphosate-containing products.

10.     Plaintiffs' claims are preempted, in whole or in part, because of U.S. EPA findings that glyphosate does not cause cancer in humans and/or because of U.S. EPA-approved product labeling.

11.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of primary jurisdiction, including by the authority delegated by Congress to the U.S. EPA.

12.     Plaintiffs' claims are barred, in whole or in part, because plaintiffs' injuries, if any, were the result of conduct of plaintiffs, independent third parties, and/or events that were extraordinary under the circumstances, not foreseeable in the normal course of events, and/or independent, intervening and superseding causes of the alleged injuries, including but not limited to plaintiffs' pre-existing medical conditions.

13.     Bayer Corporation made no warranties of any kind or any representations of any nature whatsoever to plaintiffs. If any such warranties were made, which Bayer Corporation specifically denies, then plaintiffs failed to give notice of any breach thereof.

14.     The doctrines contained in Restatement (Second) of Torts § 402A, comments j and k, bar plaintiffs' claims against Bayer Corporation in whole or in part.

15.     Applicable statutes of limitations and/or repose bar plaintiffs' claims in whole or in part.

16.     Plaintiff's misuse or abnormal use of the product or failure to follow instructions bar plaintiffs' claims in whole or in part.

17.     If plaintiffs suffered injuries or damages as alleged, which is denied, such injuries or damages resulted from: (a) acts or omissions of persons or entities for which Bayer Corporation is neither liable nor responsible or, in the alternative, Bayer Corporation is entitled to an assessment of the relative degree of fault of all such persons and entities; or (b) resulted from diseases and/or causes that are not related or connected with any product sold, distributed, or manufactured by Bayer Corporation.  Such acts or omissions on the part of others or diseases or causes constitute an independent, intervening and sole proximate cause of plaintiffs' alleged injuries or damages.

18.     Bayer Corporation had no legal relationship or privity with plaintiffs and owed no duty to plaintiffs by which liability could be attributed to it.

19.     Plaintiffs' claims are preempted or otherwise barred in whole or in part by the Freedom of Speech Clause of the First Amendment of the U.S. Constitution.

20.     Plaintiffs' claims for punitive and/or aggravated damages are barred because such an award would violate Bayer Corporation's due process, equal protection and other rights under the United States Constitution, the Texas Constitution, and/or other applicable state constitutions.

21.     Plaintiffs' claims for punitive and/or aggravated damages are barred because plaintiffs have failed to allege conduct warranting imposition of such damages under Texas law, and/or other applicable state laws.

22.     Plaintiffs' claims for punitive and/or aggravated damages are barred and/or limited by operation of state and/or federal law, including Texas law.

23.     Bayer Corporation's conduct and/or acts were not willful, wanton, malicious, reckless, fraudulent or done with a conscious disregard for the rights of plaintiffs and/or the safety of the public. Nor do any of Bayer Corporation's conduct and/or acts demonstrate that Bayer Corporation acted with a high degree of moral culpability. In fact, Bayer Corporation exercised reasonable care at all times alleged in the Complaint, and plaintiffs have failed to clearly establish any entitlement to punitive and/or aggravated damages based on plaintiffs' allegations.

24.     Plaintiffs' claims are barred in whole or in part by plaintiffs' own contributory/comparative negligence.

25.     Plaintiffs' claims are barred in whole or in part by plaintiffs' own failure to mitigate damages.

26.     Plaintiffs' claims are barred in whole or in part by the sophisticated user doctrine.

27.     To the extent that plaintiffs recovered payments for plaintiffs' alleged injuries from any collateral source(s) or other source(s), plaintiffs' recovery in this lawsuit, if any, shall be reduced to the extent allowed by applicable law, including as allowed under Texas law.

28.     If plaintiffs have been injured or damaged, no injury or damages being admitted, such injuries were not caused by a Bayer Corporation product.

29.     Plaintiffs' claims are barred or limited to the extent that plaintiffs assert claims that are governed by the laws of a state that does not recognize, or limits, such claims.

30.     Plaintiffs' claims are barred to the extent that plaintiffs seek relief under the laws of the states that do not govern plaintiffs' claims..

31.     Plaintiffs have failed to allege fraud with sufficient particularity.

32.     Plaintiffs' claims for punitive, exemplary, and/or aggravated damages are barred and/or limited by operation of state and/or federal law, including Tex. Civ. Prac. & Rem. Code Ann. §§ 41.004(a), 41.008(b).

33.     Plaintiffs' claims are barred, in whole or in part, by application of Tex. Civ. Prac. & Rem. Code Ann. § 82.008.

34.     Bayer Corporation hereby gives notice that it intends to rely upon such other defenses a may become available or apparent during the course of discovery and thus reserves its right to amend this Answer to assert such defenses.

**WHEREFORE,** Defendant Bayer Corporation demands judgment in its favor and against plaintiffs, dismissing plaintiffs' Complaint with prejudice, together with costs of suit and such other relief as the Court deems equitable and just.

## **JURY TRIAL DEMAND**

Bayer Corporation demands a jury trial on all issues so triable.

DATED: March 3, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone:  (713) 227-8008
    Facsimile:   (713) 227-9508
    Email:      jstubbs@shb.com

*Attorney for Defendant*
*Bayer Corporation*

**CERTIFICATE OF SERVICE**

I certify that on the 3ʳᵈ day of March 2022, I electronically transmitted the foregoing **DEFENDANT BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

/s/Jennise W. Stubbs
Jennise W. Stubbs