FULLER, WILLIAMSON, NELSEN & PREHEIM, LLP
Derek A. Nelsen
Eric T. Preheim
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
dnelsen@fullerandwilliamson.com
epreheim@fullerandwilliamson.com
  *Attorneys for Plaintiff Dr. William Horner*

UNITED STATES DISTRICT COURT
STATE OF CALIFORNIA
NORTHERN DISTRICT

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Dr. William Horner v. Monsanto Company, Inc.*, Case No. 3:21-cv-07744-VC | **ORDER SUBSTITUTING PARTY** |

Plaintiff Dr. William Horner, through counsel, filed an Unopposed Motion to Substitute Party in the above-captioned action. Based on Plaintiff's Motion, and for good cause appearing, it is

**ORDERED** that Plaintiff's Motion to Substitute Party is **GRANTED**. The caption in this matter shall be amended to be "*Deborah H. Horner, Individually and as Personal Representative of the Estate of William J. Horner v. Monsanto Company, Inc.*"

Dated: March 8, 2022.

BY THE COURT

_____
The Honorable Vince Chhabria
District Court Judge