UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br>     LIABILITY LITIGATION ) <br> ) <br> _____) <br> ) <br> ) <br> This document relates to: ) <br> ) <br> *Kelly v. Monsanto Co., 3:21-cv-02548* ) <br> ) <br> _____) | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |

## **ORDER**

Considering the foregoing Motion to Substitute Plaintiff;

IT IS HEREBY ORDERED that **Ruby Kelley** be and is hereby substituted as Plaintiff in place of Donald J. Kelley (deceased).

San Francisco, California, this __8__ day of __March__, 2022.

_____
Vince Chhabria
United States District Judge