William M. Audet (SBN 117456)
Ling Y. Kuang (SBN 296873)
Kurt D. Kessler (SBN 327334)
   waudet@audetlaw.com
   lkuang@audetlaw.com
   kkessler@audetlaw.com
**AUDET & PARTNERS, LLP**
   711 Van Ness, Suite 500
   San Francisco, CA 94102-3275
   Telephone: 415.568.2555

*Counsel for Plaintiffs and Proposed Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224-VC | MDL NO. 2741 Case No. 3:16-md-02741-VC **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER CORPORATION** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants Bayer Corporation and Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all claims asserted by Plaintiffs), as to Bayer Corporation only, with each party to bear his or its own attorneys' fees and costs.

Dated: March 9, 2022                           Respectfully Submitted,


*s/ William M. Audet*
William M. Audet (SBN 117456)
Michael McShane (SBN 127944)
Mark E. Burton (SBN 178400)
Ling Y. Kuang (SBN 296873)
Kurt D. Kessler (SBN 327334)
**AUDET & PARTNERS, LLP**
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555
waudet@audetlaw.com
mmcshane@audetlaw.com
mburton@audetlaw.com
lkuang@audetlaw.com
kkessler@audetlaw.com

*Counsel for Plaintiffs and Proposed Classes*

*/s/ Brian L. Stekloff*
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP

601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: 202-942-5000
Fax: 202-942-5999

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639

*Counsel for Defendants*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, William M. Audet, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

*s/ William M. Audet*

William M. Audet (SBN 117456)