UNITED STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Roundup Products Liability Litigation | |
| This document relates to:<br><br>THOMAS N. WILLIAMS and MARY JO WILLIAMS v. MONSANTO COMPANY, Case No. 3:19-cv-03537-VC | MDL No.:   3:16-md-02741-VC<br><br>**SUGGESTION OF DEATH** |

PLEASE TAKE NOTICE Thomas N. Williams passed away. (Exhibit A). A substitution of parties will be filed pursuant to Federal Rule of Civil Procedure 25(a) within the stated notification of death period.

                                    Respectfully Submitted,

By:     */s/ Bruce H. Stoltze, Jr.*
        Bruce H. Stoltze, Jr. (*pro hac vice*)
        Stoltze Law Group, PLC
        300 Walnut, Ste. 260
        Des Moines, Iowa 50309
        Telephone:    515-989-8529
        Facsimile:    515-989-8530
        E-mail:  bruce.stoltze.jr@stoltze.law
        **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 10th day of March, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to the parties of record. A copy of the following was also provided via electronic means to the following:

WILKINSON STEKLOFF LLP
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030

ARNOLD & PORTER KAYE SCHOLER LLP
Daniel Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

HOLLINGSWORTH LLP

1


Fax: (202) 847-4005

SHOOK, HARDY & BACON LLP
Anthony Martinez (*pro hac vice*)
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Heather Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
John Kalas (*pro hac vice*)
(jkalas@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**ATTORNEYS FOR DEFENDANT**

By: */s/ Bruce H. Stoltze, Jr.*