# STATE OF IOWA
## CERTIFICATION OF VITAL RECORD

**STATE OF IOWA**
IOWA DEPARTMENT OF PUBLIC HEALTH
## CERTIFICATE OF DEATH

114-2021-010766

### DECEDENT INFORMATION

**BIRTH NUMBER:** Not Available
**NAME:** Thomas Neil Williams
**ALIAS:**
**PLACE OF BIRTH:** Iowa
**ARMED FORCES:** No
**DECEDENT MAIDEN LAST NAME:** Williams
**FATHER'S NAME:** (prior to any marriage) Frank Williams
**MOTHER'S NAME:** (prior to any marriage) Mariglee Bartholomew
**RESIDENTIAL ADDRESS:** 897 85th Place
Pleasantville, Iowa 50225
**INFORMANT NAME:** Mary Jo Williams
**INFORMANT RELATIONSHIP:** Wife
**MARITAL STATUS:** Married
**SURVIVING SPOUSE:** (prior to any marriage) Mary Jo Foust

**DATE FILED:** 05/11/2021
**SSN:** 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
**SEX:** Male
**DATE OF BIRTH/AGE:** 07/31/1958   62 Years
**DATE/TIME OF DEATH:** 04/26/2021 (Actual)
11:12 AM (Actual)
**RESIDENCE COUNTY:** Marion
**COUNTY OF DEATH:** Marion
**PLACE OF DEATH:** Hospice Non-facility
**FACILITY/ADDRESS:** 897 85th Place
Pleasantville, Iowa 50225

### MEDICAL CAUSE OF DEATH INFORMATION

**INTERVAL UNITS**

**IMMEDIATE CAUSE OF DEATH:** Nk/t-cell Lymphoma    2 Years
**DUE TO OR AS A CONSEQUENCE OF:**
**DUE TO OR AS A CONSEQUENCE OF:**
**UNDERLYING CAUSE, IF ANY:**
**OTHER SIGNIFICANT CONDITIONS:**

**MANNER OF DEATH:** Natural
**AUTOPSY PERFORMED/FINDINGS:** No
**TOBACCO CONTRIBUTED TO DEATH:** No
**M.E. CONTACTED:** No

**LOCATION OF INJURY:**
Iowa
**DESCRIPTION OF INJURY:** None

**METHOD OF DISPOSITION:** Cremation
**PLACE:** Central Iowa Cremation Services, LLC
**LOCATION:** Oskaloosa, Iowa
**FUNERAL DIRECTOR:** Raymond R. Bertrand
Bybee and Davis Funeral Home
Knoxville, Iowa 50138

**CERTIFIER/TITLE:** Daniel Buroker    MD
**DATE CERTIFIED:** 05/10/2021
**CERTIFIER ADDRESS:** 1221 Pleasant St
Des Moines, Iowa 50309

This is to certify that this is a true and correct reproduction of the original record as recorded in this state, issued under the authority of Chapter 144, Code of Iowa. This copy is not valid unless prepared on engraved border displaying state seal and signature of the Registrar or Designee.

**THIS COPY NOT VALID UNLESS UNALTERED AND PREPARED ON CERTIFIED SECURITY PAPER**

05/12/2021
**DATE ISSUED**   **COUNTY REGISTRAR**   **DEPUTY STATE REGISTRAR**
County of Issuance: Marion

FORM #589-0326S (Revised 09/2017)

Exhibit A