UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) | MDL NO. 2741<br>**Case No.   3:16-md-02741-VC** |
| This document relates to: | ) ) | |
| *David Ayres and Karen Ayres v. Monsanto Co.*, Case No.: 3:17-cv-05716-VC | ) ) | |

# **PLAINTIFFS' SUGGESTION OF DEATH**

PLEASE TAKE NOTICE David Ayres passed away. (Exhibit A).  A substitution of parties will be filed pursuant to Federal Rules of Civil Procedure 25(a) within the stated notification of death period.

This 16th day of March, 2022.

                                               **BROOKS LAW OFFICE**

                                               */s/ Eugene C. Brooks, IV*
                                               EUGENE C. BROOKS, IV
                                               Georgia State Bar No. 084750
                                               Attorney for Plaintiffs

P.O. Box 9545
Savannah, Georgia 31412
313 West York Street
Savannah, Georgia 31401
T: (912) 233-9696; F: (912) 232-8620
gbrooks@brooks-law.com

## CERTIFICATE OF SERVICE

This certificate certifies that on this day the undersigned served Plaintiff's Suggestion of Death via the U.S.D.C. Electronic Filing System to all counsel registered to receive automatic e-file notifications on the above-captioned matter.

This 16th day of March, 2022.

                                              **BROOKS LAW OFFICE**

                                              */s/ Eugene C. Brooks, IV*
                                              EUGENE C. BROOKS, IV
                                              Georgia State Bar No. 084750
                                              Attorney for Plaintiffs

P.O. Box 9545
Savannah, Georgia 31412
313 West York Street
Savannah, Georgia 31401
T: (912) 233-9696; F: (912) 232-8620
gbrooks@brooks-law.com