# GEORGIA DEATH CERTIFICATE

State File Number **2022GA000014959**

| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last)<br>**DAVID WAYNE AYRES** | | 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | | 2. SEX<br>**MALE** | 2a. DATE OF DEATH (Mo., Day, Year)<br>**ACTUAL DATE OF DEATH 02/15/2022** |
|---|---|---|---|---|---|

| 3. SOCIAL SECURITY NUMBER<br>**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** | 4a. AGE (Years)<br>**65** | 4b. UNDER 1 YEAR<br>Mos. | Days | 4c. UNDER 1 DAY<br>Hours | Mins. | 5. DATE OF BIRTH (Mo., Day, Year) |
|---|---|---|---|---|---|---|

| 6. BIRTHPLACE<br>**PENNSYLVANIA** | 7a. RESIDENCE - STATE<br>**GEORGIA** | 7b. COUNTY<br>**CHATHAM** | 7c. CITY, TOWN<br>**PORT WENTWORTH** |
|---|---|---|---|

| 7d. STREET AND NUMBER<br>**901 BARNSLEY ROAD** | 7e. ZIP CODE<br>**31407** | 7f. INSIDE CITY LIMITS?<br>**YES** | 8. ARMED FORCES?<br>**NO** |
|---|---|---|---|

| 8a USUAL OCCUPATION<br>**INTERIOR CABINET MAKER** | 8b. KIND OF INDUSTRY OR BUSINESS<br>**AIRCRAFT** |
|---|---|

| 9. MARITAL STATUS<br>**MARRIED** | 10. SPOUSE NAME<br>**KAREN M STRIZAK** | 11. FATHER'S FULL NAME (First, Middle, Last)<br>**CHARLES R AYRES** |
|---|---|---|

| 12. MOTHER'S MAIDEN NAME (First, Middle, Last)<br>**MARGARET ADAMS** | 13a. INFORMANT'S NAME (First, Middle, Last)<br>**KAREN M AYRES** | 13b. RELATIONSHIP TO DECEDENT<br>**WIFE** |
|---|---|---|

| 13c. MAILING ADDRESS<br>**901 BARNSLEY ROAD PORT WENTWORTH GEORGIA 31407** | 14. DECEDENT'S EDUCATION<br>**SOME COLLEGE CREDIT LEADING TO AN ASSOCIATE DEGREE** |
|---|---|

| 15. ORIGIN OF DECEDENT(Spanish/Hispanic/Latino)<br>**NO, NOT SPANISH/HISPANIC/LATINO** | 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify)<br>**WHITE** |
|---|---|

| 17a. IF DEATH OCCURRED IN HOSPITAL<br>**INPATIENT** | 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) |
|---|---|

| 18. HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street and no.)<br>**MEMORIAL MEDICAL CENTER** | 19. CITY, TOWN or LOCATION OF DEATH<br>**SAVANNAH** | 20. COUNTY OF DEATH<br>**CHATHAM** |
|---|---|---|

| 21. METHOD OF DISPOSITION (specify)<br>**CREMATION** | 22. PLACE OF DISPOSITION<br>**CHAPMAN CREMATORY 5951 GOLDEN ISLES PARK BRUNSWICK GEORGIA 31525** | 23. DISPOSITION DATE (Mo., Day, Year)<br>**02/21/2022** |
|---|---|---|

| 24a. EMBALMER'S NAME | 24b. EMBALMER LICENSE NO. | 25. FUNERAL HOME NAME<br>**SEXTON HALL FUNERAL HOME LLC** |
|---|---|---|

| 25a. FUNERAL HOME ADDRESS<br>**5 BERKENHEAD RD SAVANNAH GEORGIA 31407** |
|---|

| 26a. SIGNATURE OF FUNERAL DIRECTOR<br>**HORACE H HALL** | 26b. FUN. DIR. LICENSE NO<br>**4752** | AMENDMENTS |
|---|---|---|

| 27. DATE PRONOUNCED DEAD (Mo., Day, Year)<br>**02/15/2022** | 28. HOUR PRONOUNCED DEAD<br>**18:10 MILITARY** | |
|---|---|---|

| 29a. PRONOUNCER'S NAME<br>**TRISTAN SEVDY** | 29b. LICENSE NUMBER<br>**076172** | 29c. DATE SIGNED<br>**02/15/2022** |
|---|---|---|

| 30. TIME OF DEATH<br>**18:10 MILITARY** | 31. WAS CASE REFERRED TO MEDICAL EXAMINER<br>**NO** |
|---|---|

| 32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | A. **ACUTE CEREBROVASCULAR ACCIDENT** | **10 DAYS** |
| | Due to, or as a consequence of | |
| | B. | |
| | Due to, or as a consequence of | |
| | C. | |
| | Due to, or as a consequence of | |
| | D. | |

| Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death. | 33. WAS AUTOPSY PERFORMED?<br>**NO** | 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|

| 35. TOBACCO USE CONTRIBUTED TO DEATH<br>**NO** | 36. IF FEMALE (range 10-54) PREGNANT<br>**NOT APPLICABLE** | 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify)<br>**NATURAL** |
|---|---|---|

| 38. DATE OF INJURY (Mo., Day, Year) | 39. TIME OF INJURY | 40. PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify) | 41. INJURY AT WORK? (Yes or No) |
|---|---|---|---|

| 42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County) |
|---|

| 43. DESCRIBE HOW INJURY OCCURRED | 44. IF TRANSPORTATION INJURY |
|---|---|

| 45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.)<br>**DWAYNE GARD, MD, 060731** | 46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.) |
|---|---|

| 45a. DATE SIGNED (Mo., Day, Year)<br>**02/25/2022** | 45b. HOUR OF DEATH<br>**18:10 MILITARY** | 46a. DATE SIGNED (Mo., Day, Year) | 46b. HOUR OF DEATH |
|---|---|---|---|

| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH<br>**DWAYNE GARD 4700 WATERS AVENUE SAVANNAH GEORGIA 31404** |
|---|

| 48. REGISTRAR (Signature)   **/S/ CHRISTOPHER JP HARRISON** | 49. DATE FILED - REGISTRAR (Mo., Day, Year)<br>**02/28/2022** |
|---|---|

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

*Gwendolyn Duffin*

DEPUTY STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

COUNTY CUSTODIAN: *Crystal Hall*

ISSUED BY: *Crystal Hall*

DATE ISSUED: MAR 0 1 2022

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
**VOID IF ALTERED OR COPIED**