UNITED STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODCUTS LIABILITY LITGATION | |
| | MDL No.:   3:16-md-02741-VC |
| This document relates to: THOMAS N. WILLIAMS and MARY JO WILLIAMS vs. MONSANTO COMPANY; 3:19-cv-03537-VC | **MOTION TO SUBSTITUTE PARTY** **(UNOPPOSED)** |

COMES NOW Plaintiff, Mary Jo Williams, as both party Plaintiff and executor of the Estate of Thomas N. Williams and her Unopposed Motion to Substitute Party. In support thereof, Plaintiff states the following:

1.      Plaintiffs filed a suggestion of death with the Court on March 10, 2022 of Thomas N. Williams. (MDL Dkt. 14671)

2.      Plaintiffs also gave notice that pursuant to FRCP 25 a substitution of parties would occur within the notification of death period. (MDL Dkt. 14671)

3.      March 17, 2022 in Marion County, Iowa the Honorable Martha L. Mertz District Court Judge of Iowa's 5th Judicial District entered an Order admitting to probate the will of Mr. Thomas N. Williams and appointing his widow, Plaintiff Mary Jo Williams, as Executor. (Exhibit A)

4.      Plaintiffs have corresponded with Defendant, and they do not oppose this motion.

WHEREFORE Plaintiff respectfully requests the Court enter an Order substituting Mary Jo Williams as Personal Representative on behalf of the Estate of Thomas N. Williams as the real party in interest in place of the late Thomas N. Williams.

1

Respectfully Submitted,

By:     */s/ Bruce H. Stoltze, Jr.*
        Bruce H. Stoltze, Jr. (*pro hac vice*)
        Stoltze Law Group, PLC
        300 Walnut, Ste. 260
        Des Moines, Iowa 50309
        Telephone:      515-989-8529
        Facsimile:      515-989-8530
        E-mail:  bruce.stoltze.jr@stoltze.law
        **ATTORNEY FOR PLAINTIFFS Mary Jo Williams and the Estate of Thomas N. Williams**

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 17th day of March, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to the parties of record. A copy of the following was also provided via electronic means to the following:

WILKINSON STEKLOFF LLP
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

SHOOK, HARDY & BACON LLP
Anthony Martinez (*pro hac vice*)
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683

ARNOLD & PORTER KAYE SCHOLER LLP
Daniel Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

HOLLINGSWORTH LLP
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Heather Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
John Kalas (*pro hac vice*)
(jkalas@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**ATTORNEYS FOR DEFENDANT**

By: */s/ Bruce H. Stoltze, Jr.*