# THE IOWA DISTRICT COURT
# MARION COUNTY

| | |
|---|---|
| IN THE MATTER<br>OF THE ESTATE OF<br>THOMAS NEIL WILLIAMS, Deceased | CASE NO. _____<br><br>**ORDER ADMITTING WILL<br>TO PROBATE<br>AND APPOINTING EXECUTOR** |

    This matter comes on for hearing of the proof of the instrument dated August 31, 2007, filed herein and purporting to be the Last Will and Testament of the above named decedent, and the evidence being seen and heard in the manner provided by law, it is found that said instrument was executed and witnessed as provided by law; and is the Last Will and Testament, of the above named decedent; that the Executor hereinafter named are qualified to act in such capacity.

    IT IS THEREFORE ORDERED AND ADJUDGED that the above described instrument is admitted to probate as the Last Will and Testament, of said decedent, and Mary Jo Williams is appointed Executor thereof without bond.



State of Iowa Courts

| | |
|---|---|
| **Case Number** | **Case Title** |
| ESPR043518 | ESTATE OF THOMAS N WILLIAMS |
| **Type:** | ORDER ADMITTING WILL AND APPOINTING EXECUTOR |

So Ordered

*Martha L. Mertz*

Martha L. Mertz, District Court Judge,
Fifth Judicial District of Iowa

Electronically signed on 2022-03-17 15:08:32