Gerald Singleton (SBN 208783)
John C. Lemon (SBN 175847)
Christopher R. Rodriguez (SBN 212274)
Andrew D. Bluth (SBN 232387)
**SINGLETON SCHREIBER, LLP**
1414 K Street, Suite 470
Sacramento, CA 95814
Phone: (916) 248-8478
Email: gsingleton@singletonschreiber.com
　　　　jlemon@singletonschreiber.com
　　　　crodriguez@singletonschreiber.com
　　　　abluth@singletonschreiber.com

Attorneys for Plaintiff, Joseph Mignone

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **STIPULATION AND [PROPOSED[ ORDER TO RETURN CASE TO ACTIVE DOCKET** |
| *Joseph Mignone v. Monsanto Company, et al.,* Case No. 3:21-cv-00501-VC | |

　　　　Plaintiff Joseph Mignone, by and through his undersigned counsel below, and Defendant Monsanto Company, by and through its undersigned counsel below, hereby stipulate as follows and jointly request that the Court enter the below stipulated order:

　　　　WHEREAS, on September 16, 2021, the Court entered Pretrial Order No. 246 establishing an inactive docket for certain cases subject to this MDL Proceeding;

　　　　WHEREAS, the Parties recently discovered that this lawsuit was mistakenly placed on the inactive docket;

　　　　WHEREAS, pursuant to Paragraph 4 of PTO 246, counsel for the Parties have met and conferred and are in agreement that this lawsuit should be returned to the active docket;

　　　　WHEREAS, on February 19, 2021, Mr. Mignone filed a motion to remand this lawsuit to California Superior Court (the "Remand Motion");

WHEREAS Monsanto Company has opposed the Remand Motion;

WHEREAS, the Remand Motion is fully briefed (see Case No. 3:21-cv-00501, Dkt. Nos. 8, 9, and 10), but has not been ruled upon yet by this Court;

WHEREAS, pursuant to Paragraph 5 of PTO 246, the Parties hereby deem the Remand Motion re-submitted for consideration by the Court.

**NOW, THEREFORE**, the Parties hereby stipulate as follows and jointly request that the Court issue the following order:

This lawsuit shall be, and hereby is, returned to the active docket, and the Remand Motion is re-submitted for consideration by the Court.

Dated: 3/21/2022                     SINGLETON SCHRIBER, LLP

By:     /s/ *Gerald B. Singleton*
          Gerald Singleton

Attorneys for Plaintiff, Joseph Mignone

Dated: 3/21/2022                     HOLLINGSWORTH LLP

By:     /s/ *Martin C. Calhoun*
          Martin C. Calhoun (*pro hac vice*)

Attorneys for Defendant, Monsanto Company

IT IS SO ORDERED.

Dated: _____                 _____
                                        HON. VINCE CHHABRIA
                                        United States District Judge