IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
WESTERN DIVISION

---

| | |
|---|---|
| **VINCENT E. WALLACE, as ADMINISTRATOR OF ESTATE OF CHARLES D. WALLACE,** And **ROSEMARY WALLACE,**<br><br>**Plaintiffs**<br><br>-vs-<br><br>**MONSANTO COMPANY,**<br><br>**Defendant.** | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

---

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

---

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiffs Vincent E. Wallace, Administrator of the Estate of Charles D. Wallace, and Rosemary Wallace and Defendant Monsanto Company hereby stipulate to the dismissal of this action without prejudice.

    Respectfully submitted

    */s/ William H. Blessing*
    Attorney for Plaintiffs Vincent E. and
    Rosemary Wallace
    BLESSING & WALLACE LLC
    119 East Court Street, Suite 500
    Cincinnati OH  45202
    513-621-9191
    bill@blessing-attorneys.com

    By: */s/ Anthony R. Martinez*
    Anthony R. Martinez
    SHOOK, HARDY & BACON L.L.P.
    2555 Grand Blvd. Kansas City, MO 64108
    Telephone: (816) 474-6550
    amartinez@shb.com
    Attorney for Defendant, MONSANTO COMPANY