IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
WESTERN DIVISION

---

| | |
|---|---|
| **JAMES T. MCVEY,** | MDL No. 2741 |
| **Plaintiff** | |
| -vs- | Case No. 3:16-md-02741-VC |
| **MONSANTO COMPANY,** | |
| **Defendant.** | |

---

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

---

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff James T. McVey hereby stipulate to the dismissal of this action without prejudice.

        Respectfully submitted

        */s/ William H. Blessing*
        Attorney for Plaintiffs Vincent E. and
        Rosemary Wallace
        BLESSING & WALLACE LLC
        119 East Court Street, Suite 500
        Cincinnati OH  45202
        513-621-9191
        bill@blessing-attorneys.com

        By: */s/ Anthony R. Martinez*
        Anthony R. Martinez
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Blvd. Kansas City, MO 64108
        Telephone: (816) 474-6550
        amartinez@shb.com
        Attorney for Defendant, MONSANTO COMPANY