UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>[James T. McVey   1:19-cv-00844 (S.D. Ohio)] | ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

**THIS CAUSE** having come before the Court on the Joint Stipulation of Dismissal Without Prejudice. Having reviewed said request and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal Without Prejudice.

**SO ORDERED.**

Dated: _____    _____
                                 Vince Chhabria, United States District Judge