UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master Docket Case No. 3:16-md-02741-VC<br>MDL No. 2741 |
| **THIS DOCUMENT RELATES TO:**<br>*Curtiss John Thelen v. Monsanto Company, et. al.*<br><br>Individual Case No. 4:20-cv-00061-NAB | **JUDGE VINCE CHHABRIA**<br><br>**SUGGESTION OF DEATH** |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff, Curtiss John Thelen, files this Suggestion of Death upon the Record. Plaintiff Curtiss John Thelen passed away from heart failure complicated by diffuse large B-cell lymphoma, chemotherapy, and cardiomyopathy. A Motion for Substitution of Parties is being filed contemporaneously by his surviving son, Todd Michael Thelen, individually and as the personal representative of Curtiss John Thelen's estate.

Dated: March 21, 2022

Respectfully Submitted,

**MCCUNE WRIGHT AREVALO, LLP**

 */s/ Kristy M. Arevalo*
Kristy M. Arevalo, Esq.
**MCCUNE, WRIGHT, AREVALO, LLP**
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
Tel:  (909) 557-1250
Fax:  (909) 557-1275
Email: kma@mccunewright.com

*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I, Kristy Arevalo, hereby certify that on March 21, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

>                 */s/ Kristy M. Arevalo*
>                 Kristy M. Arevalo