UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**JUDGE: VINCE CHHABRIA** |
| THIS DOCUMENT RELATES TO:<br>*Curtiss John Thelen v. Monsanto Company, et. al.*<br><br>Individual Case No. 4:20-cv-00061-NAB | **MOTION TO SUBSTITUTE PARTY** |

### MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Curtiss John Thelen, respectfully moves this Court to substitute Todd Michael Thelen, individually and as the personal representative for the estate of Curtiss John Thelen, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Curtiss John Thelen passed away on September 14, 2021 (*see* Exhibit A.)

2. Todd Michael Thelen is the proper party to make this suggestion because he is Curtis John Thelen's surviving son.

3. Todd Michael Thelen seeks to exercise his right under Minnesota law to pursue a wrongful death action against Defendants for the death of his father. Mo. Rev. Stat. §537.080 (2020).

4. Curtiss John Thelen's action against Defendants survives his death and is not extinguished. Mo. Rev. Stat. §537.020 (2020).

5. Todd Michael Thelen was appointed by Probate Court of Dakota County Minnesota as personal representative for the estate of Curtiss John Thelen by Transfer by Affadavit on September 21, 2021 (*see* Exhibit B).

WHEREFORE, Counsel for Plaintiff, Curtiss John Thelen, requests the Court grant Plaintiff's Motion to Substitute Todd Michael Thelen individually and as personal representative for the estate of Curtiss John Thelen.

Dated: March 21, 2022

Respectfully Submitted,
**MCCUNE, WRIGHT, AREVALO, LLP**

By: */s/ Kristy M. Arevalo*
Kristy M. Arevalo, Esq.
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
Tel:   (909) 557-1250
Fax:  (909) 557-1275
Email: kma@mccunewright.com

*Attorney for Plaintiff*

## CERTIFICATION

I hereby certify that on this 21st day March 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kristy M. Arevalo*
Attorney for Plaintiff
