**EXHIBIT A**

# STATE OF WISCONSIN
## DEPARTMENT OF HEALTH SERVICES
### ORIGINAL CERTIFICATE OF DEATH
#### FACT OF DEATH

STATE FILE DATE: SEPTEMBER 16, 2021
STATE FILE NUMBER: 2021039111

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S NAME | First: CURTISS  Middle: JOHN  Last: THELEN |
| 2 | SOCIAL SECURITY NUMBER | 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 |
| 3 | DATE PRONOUNCED DEAD | SEPTEMBER 14, 2021 |
| 4 | TIME PRONOUNCED DEAD (24hr) | 11:55 |
| 5 | AGE | 78 YEARS |
| 6 | DATE OF BIRTH | MAY 24, 1943 |
| 7 | SEX | MALE |
| 8 | CITY, VILLAGE, OR TOWNSHIP OF DEATH | LEDGEVIEW (TOWN) |
| 9 | COUNTY OF DEATH | BROWN |
| 10 | PLACE OF DEATH | HOSPICE FACILITY |
| 11 | FACILITY NAME AND ADDRESS OF DEATH | UNITY HOSPICE/JACK AND ENGRID MENG UNITY HOSPICE-DE PERE, 2366 OAK RIDGE CIRCLE |
| 12 | RESIDENCE ADDRESS | 2413 IRONWOOD DRIVE |
| 13 | RESIDENCE CITY, VILLAGE, OR TOWNSHIP | GREEN BAY (CITY) |
| 14 | RESIDENCE COUNTY | BROWN |
| 15 | RESIDENCE STATE | WISCONSIN |
| 16 | MARITAL STATUS | DIVORCED |
| 17 | WI DOMESTIC PARTNERSHIP | NO |
| 18 | SURVIVING SPOUSE'S BIRTH NAME | |
| 19 | STATE OF BIRTH | WISCONSIN |
| 20 | DECEDENT'S BIRTH LAST NAME | THELEN |
| 21 | FATHER'S BIRTH NAME | CLAYTON LOUIS THELEN |
| 22 | MOTHER'S BIRTH NAME | GRACE LOUISE KAHL |
| 23 | INFORMANT'S NAME | CHRIS LEIGH THELEN |
| 24 | INFORMANT'S MAILING ADDRESS | 5943 MARYS ROAD, NEW FRANKEN, WI 54229 |
| 25 | NAME AND ADDRESS OF FUNERAL FACILITY | NEWCOMER CREMATIONS FUNERALS AND RECEPTIONS, 340 S MONROE AVE, GREEN BAY, WI 54301 |
| 26 | FUNERAL DIRECTOR'S NAME | BRADLEY, ERIKA K |
| 27 | DATE SIGNED | SEPTEMBER 16, 2021 |
| 28 | TYPE OF MEDICAL CERTIFIER | PHYSICIAN |
| 29 | MEDICAL CERTIFIER'S NAME AND TITLE | EDWARD BANTAMOI, MD |
| 30 | DATE SIGNED | SEPTEMBER 16, 2021 |
| 31 | DATE OF DEATH | SEPTEMBER 14, 2021 |
| 32 | TIME OF DEATH (24hr) | 11:55 |
| 33 | MEDICAL CERTIFIER'S MAILING ADDRESS | 2502 SOUTH ASHLAND AVENUE, GREEN BAY, WI 54304 |

#### EXTENDED FACT OF DEATH

| # | Field | Value |
|---|---|---|
| 34 | USUAL OCCUPATION | PAPER MAKER |
| 35 | KIND OF BUSINESS/INDUSTRY | PAPER MANUFACTURING |
| 36 | EVER IN US ARMED FORCES | NO |
| 37 | DECEDENT TRIBAL MEMBER | NO  TRIBE NAME(S): |
| 38 | MANNER OF DEATH | NATURAL |
| 39 | METHOD OF DISPOSITION | CREMATION |
| 40 | PLACE AND LOCATION OF DISPOSITION | BAY AREA CREMATION CARE, DE PERE, WISCONSIN |

41. PART I. The conditions listed are the diseases, injuries, or complications that caused death. Conditions leading to the immediate cause are listed sequentially and the underlying cause is listed last.

| | Cause | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause: (a) | HEART FAILURE | WEEKS |
| Due to or as a consequence of: (b) | CARDIOMYOPATHY | MONTHS |
| Due to or as a consequence of: (c) | CHEMOTHERAPY | FEW YEARS |
| Due to or as a consequence of: (d) | LYMPHOMA | SEVERAL YEARS |

41. PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I.

| # | Field | Value |
|---|---|---|
| 42 | AUTOPSY PERFORMED | NO |
| 43 | DATE OF INJURY | |
| 44 | TIME OF INJURY (24hr) | |
| 45 | INJURY AT WORK | |
| 46 | PLACE OF INJURY | |
| 47 | LOCATION OF INJURY | |
| 48 | COUNTY OF INJURY | |

49. IF INJURY STATED ANYWHERE IN CAUSE OF DEATH (Part I or Part II), DESCRIBE HOW IT OCCURRED.

NO AMENDMENTS PRESENT

4115583

I certify that this document contains a true and correct reproduction of facts on file with the Wisconsin Vital Records Office.



Cheryl Berken
CHERYL BERKEN
BROWN COUNTY REGISTER OF DEEDS

23224165

Date Issued: SEPTEMBER 17, 2021



WARNING: IT IS A FELONY TO COPY OR REPRODUCE THIS CERTIFICATE - STATE STATUTE 69.24(1)