**EXHIBIT B**

**TRANSFER BY AFFIDAVIT**
☐ Amended (if Transfer by Affidavit form previously recorded,
amending recorded Document No. _____)
§867.03, Wis. Stats. – Estates with property worth $50,000 or less (gross value)

Estate of "Decedent": Curtiss John Thelen (the

**UNDER OATH, I STATE:**

1. The Decedent was born on May 24, 1943 and died on September 14, 2021 domiciled in the County of Brown State of Wisconsin and with a mailing address of 2413 Ironwood Drive GreenBay, WI 54304-1639.

2. I am signing this Transfer by Affidavit in the following capacity:
   ☐ an heir having the following relationship with the Decedent:  _____
   ☐ trustee of a revocable trust created by the Decedent.
   ☐ a person who was the guardian of the Decedent at the time of the Decedent's death.
   ☒ the person identified in the Decedent's Will to act as personal representative.
   NOTE: Per §867.03(1h), Wis. Stats., if you are signing as nominated personal representative in the Decedent's Will, then this Affidavit may not be used to transfer the Decedent's interest in real estate.

3. The total gross value of the Decedent's property subject to administration in Wisconsin on the date of the Decedent's death was $ 5,085.
   NOTE: All property of the Decedent subject to administration must be included in the total gross value and on this Affidavit, which may not exceed $50,000 gross value.

*Register of Deeds recording area*
*Name and return address*

*Parcel No(s).:* _____

4. If the Transfer by Affidavit is being used to transfer the Decedent's interest in real estate, the heirs of the Decedent are identified on the Affidavit of Heirship attached.

5. I ask that the following property of the Decedent be transferred to me pursuant to §867.03(1g), Wis. Stats:

| DESCRIPTION OF ALL PROPERTY TO BE TRANSFERRED |
|---|
| **If real estate, list legal description and tax parcel number.** If personal property (including digital property as defined under §711.03(10), Wis. Stats.), specifically describe property including name of financial institutions and account type. |
| Wells Fargo Checking Account |
| Wells Fargo Credit Card |
| |
| ☐ See attached for additional property |

Page **1** of 2

**Transfer by Affidavit**
§867.03, Wis. Stats. (7.17.19)

6. **Real Estate – Requirement to notify heirs - 30 days**: If this Affidavit proposes to transfer the Decedent's interest in real estate, then pursuant to §867.03(1p), Wis. Stats., I understand that I must provide a copy of this Affidavit, along with notice of my intention to record this Affidavit with the register of deeds office for each county in which the Decedent had an interest in real estate, to the Decedent's heirs at least 30 days before recording.

   ☐ I hereby confirm that I provided a copy of this Affidavit to the Decedent's heirs at least 30 days prior to recording *or* have obtained waivers from the heirs. The required Affidavit of Service OR Waiver of Notice form is attached hereto.

7. **Decedent's Spouse(s)**: If the Decedent was ever married, complete the following (if more than one spouse, check here and provide same information for additional spouses(s) ☐ see attached):

   Name of Spouse(s): Sandra Lardinois & Linda Cappert   (☒ living or ☐ deceased)

   ☐ Married to Decedent   ☒ Divorced from Decedent at time of Decedent's death

   ☐ The affiant lacks information to complete this section.

8. **Government Services – requirement to notify State of Wisconsin**: I understand that §867.03(1m), Wis. Stats. states that if the Decedent or the Decedent's spouse(s) ever received the following services, then I must notify the Estate Recovery Program for the State of Wisconsin prior to transferring the Decedent's property. I hereby certify that the Decedent and/or the Decedent's spouse(s) (either alive or deceased) received the following services:

| Service | Decedent Received the Service | Decedent's Spouse Received the Service | I Don't Know |
|---|---|---|---|
| Medical Assistance/Medicaid | | | |
| Family Care and/or Partnership benefits (through Managed Care Organization) | | | |
| Community Options Program benefits | | | |
| Wisconsin Chronic Disease Program | | | |
| Patient or inmate of a State of Wisconsin or Wisconsin County hospital or institution or responsible for any person owing an obligation to the State of Wisconsin or County in the State of Wisconsin | | | |

   ☐ If the Decedent or the Decedent's spouse(s) received any of the services identified above, I hereby confirm that I provided a copy of this Affidavit to the Department of Health Services Estate Recovery Program and have attached the required proof of certified mail delivery showing the delivery date.

9. I understand that by accepting the Decedent's property under this Affidavit, I assume a duty to apply the property transferred for the payment of obligations according to priorities established under §859.25, Wis. Stats., and to distribute any balance to those persons designated in the appropriate governing instrument, as defined in §854.01, Wis. Stats., or if there is no governing instrument, according to the rules of intestate succession under Chapter 852, Wis. Stats.

DECLARATION: To the best of my knowledge and belief, I declare that this document is true, accurate, complete, and in conformity with the provisions and limitations of the Wisconsin Statutes.

STATE OF Minnesota

COUNTY OF Dakota

Subscribed and sworn to before me on 9/21/2021

Notary Public/Court

Christopher Griepp
Name printed or typed

My commission/term expires: 1/31/2023

This document was drafted by: _____

Signature

TODD M. THELEN
Name printed or typed

20665 DYERS PASS Farmington MN 55024
Address

CHRISTOPHER C GRIEPP
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2023

# STATE OF WISCONSIN
## DEPARTMENT OF HEALTH SERVICES
## ORIGINAL CERTIFICATE OF DEATH
### FACT OF DEATH

**STATE FILE DATE:** SEPTEMBER 16, 2021
**STATE FILE NUMBER:** 2021039111

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S NAME | First: CURTISS  Middle: JOHN  Last: THELEN |
| 2 | SOCIAL SECURITY NUMBER | 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 |
| 3 | DATE PRONOUNCED DEAD | SEPTEMBER 14, 2021 |
| 4 | TIME PRONOUNCED DEAD (24hr) | 11:55 |
| 5 | AGE | 78 YEARS |
| 6 | DATE OF BIRTH | MAY 24, 1943 |
| 7 | SEX | MALE |
| 8 | CITY, VILLAGE, OR TOWNSHIP OF DEATH | LEDGEVIEW (TOWN) |
| 9 | COUNTY OF DEATH | BROWN |
| 10 | PLACE OF DEATH | HOSPICE FACILITY |
| 11 | FACILITY NAME AND ADDRESS OF DEATH | UNITY HOSPICE/JACK AND ENGRID MENG UNITY HOSPICE-DE PERE, 2366 OAK RIDGE CIRCLE |
| 12 | RESIDENCE ADDRESS | 2413 IRONWOOD DRIVE |
| 13 | RESIDENCE CITY, VILLAGE, OR TOWNSHIP | GREEN BAY (CITY) |
| 14 | RESIDENCE COUNTY | BROWN |
| 15 | RESIDENCE STATE | WISCONSIN |
| 16 | MARITAL STATUS | DIVORCED |
| 17 | WI DOMESTIC PARTNERSHIP | NO |
| 18 | SURVIVING SPOUSE'S BIRTH NAME | |
| 19 | STATE OF BIRTH | WISCONSIN |
| 20 | DECEDENT'S BIRTH LAST NAME | THELEN |
| 21 | FATHER'S BIRTH NAME | CLAYTON LOUIS THELEN |
| 22 | MOTHER'S BIRTH NAME | GRACE LOUISE KAHL |
| 23 | INFORMANT'S NAME | CHRIS LEIGH THELEN |
| 24 | INFORMANT'S MAILING ADDRESS | 5943 MARYS ROAD, NEW FRANKEN, WI 54229 |
| 25 | NAME AND ADDRESS OF FUNERAL FACILITY | NEWCOMER CREMATIONS FUNERALS AND RECEPTIONS, 340 S MONROE AVE, GREEN BAY, WI 54301 |
| 26 | FUNERAL DIRECTOR'S NAME | BRADLEY, ERIKA K |
| 27 | DATE SIGNED | SEPTEMBER 16, 2021 |
| 28 | TYPE OF MEDICAL CERTIFIER | PHYSICIAN |
| 29 | MEDICAL CERTIFIER'S NAME AND TITLE | EDWARD BANTAMOI, MD |
| 30 | DATE SIGNED | SEPTEMBER 16, 2021 |
| 31 | DATE OF DEATH | SEPTEMBER 14, 2021 |
| 32 | TIME OF DEATH (24hr) | 11:55 |
| 33 | MEDICAL CERTIFIER'S MAILING ADDRESS | 2502 SOUTH ASHLAND AVENUE, GREEN BAY, WI 54304 |

### EXTENDED FACT OF DEATH

| # | Field | Value |
|---|---|---|
| 34 | USUAL OCCUPATION | PAPER MAKER |
| 35 | KIND OF BUSINESS/INDUSTRY | PAPER MANUFACTURING |
| 36 | EVER IN US ARMED FORCES | NO |
| 37 | DECEDENT TRIBAL MEMBER | NO   TRIBE NAME(S): |
| 38 | MANNER OF DEATH | NATURAL |
| 39 | METHOD OF DISPOSITION | CREMATION |
| 40 | PLACE AND LOCATION OF DISPOSITION | BAY AREA CREMATION CARE, DE PERE, WISCONSIN |

**41. PART I.** The conditions listed are the diseases, injuries, or complications that caused death. Conditions leading to the immediate cause are listed sequentially and the underlying cause is listed last.

| | Cause | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause: (a) | HEART FAILURE | WEEKS |
| Due to or as a consequence of: (b) | CARDIOMYOPATHY | MONTHS |
| Due to or as a consequence of: (c) | CHEMOTHERAPY | FEW YEARS |
| Due to or as a consequence of: (d) | LYMPHOMA | SEVERAL YEARS |

**41. PART II. OTHER SIGNIFICANT CONDITIONS** contributing to death but not resulting in the underlying cause given in Part I.

| # | Field | Value |
|---|---|---|
| 42 | AUTOPSY PERFORMED | NO |
| 43 | DATE OF INJURY | |
| 44 | TIME OF INJURY (24hr) | |
| 45 | INJURY AT WORK | |
| 46 | PLACE OF INJURY | |
| 47 | LOCATION OF INJURY | |
| 48 | COUNTY OF INJURY | |
| 49 | IF INJURY STATED ANYWHERE IN CAUSE OF DEATH (Part I or Part II), DESCRIBE HOW IT OCCURRED | |

4115583

NO AMENDMENTS PRESENT

I certify that this document contains a true and correct reproduction of facts on file with the Wisconsin Vital Records Office.



*Cheryl Berken*
CHERYL BERKEN
BROWN COUNTY REGISTER OF DEEDS
LOCAL REGISTRAR

23224165

Date Issued: SEPTEMBER 17, 2021


STATE OF

WARNING: IT IS A FELONY TO COPY OR REPRODUCE THIS CERTIFICATE - STATE STATUTE 69.24(1)