# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

Master File No. 3:16-md-02741-VC
MDL No. 2741

**JUDGE: VINCE CHHABRIA**

THIS DOCUMENT RELATES TO:
*Curtiss John Thelen v. Monsanto
Company, et. al.*

Individual Case No. 4:20-cv-00061-NAB

**ORDER**

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Todd Michael Thelen, individually and as personal representative for the estate of Curtiss John Thelen, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED**.

Dated: _____

_____
Hon. Vince Chhabria
United States District Court Judge

4