AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Shelby Dickerson, Individually        for the Eastern District of Virginia - Norfolk
and as Executor of the Estate of Richard Dickerson,
et al.
   3348 Woodstock Rd.
   Gloucester, VA 23061

)
)
)
)
)
)
_____ )
*Plaintiff(s)*                       )
v.                            )   Civil Action No. 2:21-CV-00671-MSD-RJK
Monsanto Company, et al              )
                                )
                                )
_____ )
*Defendant(s)*                       )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Monsanto Company
                          800 N. Lindbergh Blvd.
                          St. Louis, MO  63167
                            SERVE: Corporation Service Company
                                100 Shockoe Slip Fl 2
                                Richmond, VA  23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paul Weykamp
                                Law Offices of Paul A. Weykamp
                                16 Stenersen Ln, Suite 2
                                Hunt Valley, MD  21030
                                Tel: 410-584-0660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

                                        2021.12.29 08:59:25
                                        -05'00'
Date:  _12/29/2021_      _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:21cv671

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Monsanto Company_

was received by me on *(date)* _1-18-2022_ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Rene Norelquist_ , who is

designated by law to accept service of process on behalf of *(name of organization)* _Monsanto Company_

_, Registered Agent_ on *(date)* _1-18-2022_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: _1-18-2022_

_____
Server's signature

_Chad Rathbone, Process Server_
Printed name and title


_1011 EAST MAIN ST. LL55 RICHMOND VA._
Server's address

Additional information regarding attempted service, etc:

# CERTIFICATE
## OF
## CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1.    It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2.    (a)    It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

(b)    Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

(c)    The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

Beverley L. Crump          Rene Nordquist
Linda B. Liles             Dustin Kline
Donna Creekmore            Alyssa Kanarr

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this _11_ day of November 2021.

CORPORATION SERVICE COMPANY

By: _Jackie Smetana_
Jackie Smetana, Executive Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this _11_ day of November 2021, by Jackie Smetana.

JANET B. WOZNICKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 18, 2022

_Janet B Woznick_
Notary Public

My Commission Expires: _5-18-2022_