**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**UNOPPOSED MOTION[1] FOR EXTENSION OF EXPERT DISCOVERY DEADLINES IN WAVE 4** |

On August 26, 2021, the Court entered deadlines for Wave 4 cases. See Dkt. No. 13617. On January 14, 2022, the Court extended Wave 4-6 deadlines. See Dkt. No. 14475. Since that time, the Parties have diligently worked towards completing discovery, including conducting depositions of plaintiffs, spouses, and treating physicians on a near-daily basis.

As of the filing of this motion, there are approximately 120 plaintiffs remaining in Wave 4. At this time, Monsanto anticipates that the substantial majority of these cases will proceed through at least expert discovery. The large number of pending cases in Wave 4 means that, assuming two expert witnesses per side per case, at minimum, at least 480 expert reports and depositions will need to be completed in Wave 4 over just 60 days.[2] Satisfying this schedule means that, on average, over eleven expert depositions would need to occur each business day over the course of 43 business days from June 23, 2022-August 23, 2022. Notably, this assumes that each party only discloses two expert witnesses, which is likely an underestimate, given previous expert disclosures made in this litigation. Further, many experts are practicing physicians and scheduling depositions in light of their schedules and the essential nature of their work will be difficult over the course of just 43 business days, particularly if those experts are involved in more than one case, which is the expectation on the

---

[1] Monsanto has conferred with Wave IV plaintiffs' counsel with four or more cases for a total of 66 cases (Abbott, Law Firm; Bernheim, Kelley, Battista, Bliss LLC; Charles Boyk Law Offices, LLC; O'Brien Law, LLC; Richardson, Patrick, Westbrook & Brickman, LLC; Schlesinger Law Offices, P.A.; Terrell, Hogan & Yegelwel, P.A.; Thorton Law Firm LLP) and these Wave IV plaintiffs' counsel do not oppose this motion. Monsanto has not contacted counsel with fewer than four cases in Wave IV.

[2] Monsanto's experts will only have 30 days to be deposed under the current schedule.

Monsanto side given the number of cases.

Therefore, Monsanto respectfully requests the Court stagger Wave 4 expert deadlines into four sub-waves, extending the latter three sub-waves by approximately a month each.[3] This will allow the parties to more realistically complete expert discovery in the approximately 120 pending Wave 4 cases.  Further, Monsanto suggests that Rule 702 and dispositive motion briefing occur for all four sub-waves at the end of this staggered process, with approximately the same time between the end of expert discovery and initial briefing as set forth in the current schedule (as opposed to sub-briefing at the end of each sub-wave).  For the Court's convenience, Monsanto has outlined the new deadlines in Wave 4 and will submit a proposed order for the new expert discovery deadlines for Wave 4.

**Wave 4A Schedule:**

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' expert reports due. | 6/23/2022 | No Change |
| Monsanto's expert reports due. | 7/25/2022 | No Change |
| Close of expert discovery. | 8/23/2022 | No Change |

**Wave 4B Schedule:**

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' expert reports due. | 6/23/2022 | July 22, 2022 |
| Monsanto's expert reports due. | 7/25/2022 | August 22, 2022 |
| Close of expert discovery. | 8/23/2022 | September 12, 2022 |

**Wave 4C Schedule:**

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' expert reports due. | 6/23/2022 | August 22, 2022 |
| Monsanto's expert reports due. | 7/25/2022 | September 21, 2022 |
| Close of expert discovery. | 8/23/2022 | October 12, 2022 |

---

[3] Monsanto is not requesting an extension for Wave 5 or 6 deadlines at this time.

**Wave 4D Schedule:**

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' expert reports due. | 6/23/2022 | September 21, 2022 |
| Monsanto's expert reports due. | 7/25/2022 | October 21, 2022 |
| Close of expert discovery. | 8/23/2022 | November 11, 2022 |

**Briefing Schedule:**

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Monsanto's Daubert and summary judgment briefs due. | 9/6/2022 | 11/30/2022 |
| Plaintiffs' opposition and cross-motions re: Daubert and summary judgment due | 9/20/2022 | 12/14/2022 |
| Monsanto's oppositions and replies re: Daubert and summary judgment due. | 9/27/2022 | 12/21/2022 |
| Plaintiffs' replies re: Daubert and summary judgment due. | 10/10/2022 | 1/3/2023 |
| Daubert hearing (if necessary). | 11/21/2022 | 2/16/2023 |

DATED:  March 24, 2022            Respectfully submitted,

By: /s/ Anthony R. Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com
Attorney for Defendant,
MONSANTO COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 24, 2022 service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

By: /s/ Anthony R. Martinez
Anthony R. Martinez