**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

This document relates to:

ALL ACTIONS

) MDL No. 2741
)
) Case No. 3:16-md-02741-VC
)
) **[PROPOSED] ORDER GRANTING**
) **MOTION FOR EXTENSION OF**
) **EXPERT DISCOVERY DEADLINES IN**
) **WAVE 4**
)

THIS MATTER came before the Court on Monsanto's unopposed motion for extension of expert discovery deadlines in Wave 4. Having reviewed the motion and finding good cause shown, the Court GRANTS Monsanto's unopposed motion as detailed below.

**Wave 4 Schedule:**

**Wave 4A Schedule:**

| Event | Deadline |
|---|---|
| Plaintiffs' expert reports due. | 6/23/2022 |
| Monsanto's expert reports due. | 7/25/2022 |
| Close of expert discovery. | 8/23/2022 |

**Wave 4B Schedule:**

| Event | Deadline |
|---|---|
| Plaintiffs' expert reports due. | July 22, 2022 |
| Monsanto's expert reports due. | August 22, 2022 |
| Close of expert discovery. | September 12, 2022 |

**Wave 4C Schedule:**

| Event | Deadline |
|---|---|
| Plaintiffs' expert reports due. | August 22, 2022 |
| Monsanto's expert reports due. | September 21, 2022 |
| Close of expert discovery. | October 12, 2022 |

**Wave 4D Schedule:**

| Event | Deadline |
|---|---|
| Plaintiffs' expert reports due. | September 21, 2022 |
| Monsanto's expert reports due. | October 21, 2022 |
| Close of expert discovery. | November 11, 2022 |

**Briefing Schedule:**

| Event | Deadline |
|---|---|
| Monsanto's Daubert and summary judgment briefs due. | November 30, 2022 |
| Plaintiffs' opposition and cross-motions re: Daubert and summary judgment due | December 14, 2022 |
| Monsanto's oppositions and replies re: Daubert and summary judgment due. | December 21, 2022 |
| Plaintiffs' replies re: Daubert and summary judgment due. | January 3, 2023 |
| Daubert hearing (if necessary). | February 16, 2023 |

The Wave 4 cases shall be assigned the below sub-waves for expert discovery purposes as follows:

**Wave 4A**

| Plaintiff's Name | Case No. | Transferor Court |
|---|---|---|
| Wolfenbarger, Todd | 3:19-cv-01065 | FL - M.D. |
| Skonicki, Barbara | 8:20-cv-02522 | FL - M.D. |

| | | |
|---|---|---|
| Lenfestey, Lynne | 3:20-cv-02308 | OH - N.D. |
| Searle, John M. | 3:20-cv-02309 | OH - N.D. |
| Burtney, Arnold | 2:19-cv-12569 | MI - E.D. |
| Henrich, Jack | 5:20-cv-04024 | IA - N.D. |
| Adams, John | 0:21-cv-61074 | FL - S.D. |
| Pinheiro, Eduino N. | 2:20-cv-02378 | AZ - District of AZ |
| Pinheiro, Paula | 2:20-cv-02125 | AZ - District of AZ |
| Holliday, Michael L. | 3:19-cv-00891 | OH - N.D. |
| Matthaus-Shelton, Linda J. | 2:19-cv-13453 | MI - E.D. |
| Dominique, Vivian L. | 3:21-cv-00678 | OH - N.D. |
| McEvoy, Sr., John Richard | 2:20-cv-00046 | SC - District of SC |
| Colton, Andrew | 4:20-cv-00138 | FL - N.D. |
| Boatright, Allen | 4:19-cv-00208 | FL - N.D. |
| Salas, Nancy C. | 1:21-cv-21217 | FL - S.D. |
| Ross, Bobby D. | 1:18-cv-00138 | SC - District of SC |
| Engilis, Jr., Peter | 6:19-cv-02152 | FL - M.D. |
| Armstrong, Daniel | 1:21-cv-10293 | MA - District of MA |
| Dean, Derek Dante | 6:20-cv-00017 | FL - M.D. |
| Estate of John Joseph Salem | 3:20-cv-00299 | FL - M.D. |
| Gordon, Garfield | 2:19-cv-05200 | AZ - District of AZ |
| Morin, Wayne | 4:19-cv-12361 | MA - District of MA |
| Breger, Lisa | 1:17-cv-12569 | MA - District of MA |
| Akrawi, Habib | 2:19-cv-12140 | MI - E.D. |

| Plaintiff's Name | Case No. | Transferor Court |
|---|---|---|
| Palframan, Vonta Mae | 1:19-cv-00750 | MI - W.D. |
| Post, Bonnie | 8:20-cv-02866 | FL - M.D. |
| Booth, David | 3:20-cv-00964 | OH - N.D. |
| Rowland, Dean | 3:19-cv-01025 | OH - N.D. |

**Wave 4B**

| Plaintiff's Name | Case No. | Transferor Court |
|---|---|---|
| Keeler Jr., David | 8:18-cv-00498 | FL - M.D. |
| Smith, Betty J. | 3:20-cv-05497 | FL - N.D. |
| Estate of Everette Ott | 5:20-cv-01122 | SC - District of SC |
| Arnt, Phillip | 2:20-cv-00020 | MI - W.D. |
| Mefford, Robert | 1:20-cv-00139 | MI - W.D. |
| Lahote, Michael | 2:19-cv-12570 | MI - E.D. |
| Thorpe, Teresa | 3:19-cv-02011 | OH - N.D. |
| Webb, Brian | 3:20-cv-03032 | IA - N.D. |
| Porto, Charles | 1:20-cv-00087 | IA - N.D. |
| Westfall, Jeffrey R. | 1:20-cv-02119 | OH - N.D. |
| Wix, Patsy W. | 7:20-cv-01110 | SC - District of SC |
| Williams, Charles | 5:20-cv-02420 | SC - District of SC |
| Gilberg, Ellen | 2:20-cv-00795 | FL - M.D. |
| Proctor, Mark | 0:20-cv-62450 | FL - S.D. |
| Utecht, Levi C. | 4:19-cv-00227 | IA - S.D. |
| Gardner, James Edward | 3:18-cv-01283 | FL - M.D. |
| Richards, Thomas J. | 3:19-cv-01380 | FL - M.D. |

| Sarafian, Alexander | 2:19-cv-13601 | MI - E.D. |
| --- | --- | --- |
| Dillon, John | 2:19-cv-12410 | MI - E.D. |
| Turnoff, William C. | 1:19-cv-22291 | FL - S.D. |
| Koch, James | 3:20-cv-03062 | IA - N.D. |
| Estate of Walter Stackhouse | 1:21-cv-00613 | OH - N.D. |
| Doran, Jr., Richard A. | 8:20-cv-01179 | SC - District of SC |
| Penalver, Jorge | 1:20-cv-24810 | FL - S.D. |
| Gulikers, Shana C. | 4:20-cv-00096 | IA - S.D. |
| Estate of William Setzer | 1:17-cv-00577 | OH - N.D. |
| Coressel, Denise | 3:20-cv-01070 | OH - N.D. |
| Cryan, Catherine | 3:17-cv-01721 | OH - N.D. |
| Cotter, Robert | 1:20-cv-10143 | MA - District of MA |
| Nelson, Gerald | 1:19-cv-11423 | MA - District of MA |

**Wave 4C**

| Plaintiff's Name | Case No. | Transferor Court |
| --- | --- | --- |
| Henson, Margot M. | 4:20-cv-00085 | FL - N.D. |
| Konzny, Larry | 5:20-cv-00522 | FL - M.D. |
| Drons, Robert | 2:20-cv-00854 | FL - N.D. |
| Miller, Eric | 2:19-cv-02791 | SC - District of SC |
| Wirtz, Charles | 3:19-cv-03043 | IA - N.D. |
| Deneve, Richard | 1:19-cv-00091 | IA - N.D. |
| Alamiri, Tawfeeq | 3:20-cv-02307 | OH - N.D. |
| Estate of Arnold Elzey | 3:19-cv-02014 | OH - N.D. |

| | | |
|---|---|---|
| Beckfield, Brett | 3:21-cv-03006 | IA - N.D. |
| Joffe, Jeffrey | 2:17-cv-00667 | FL - M.D. |
| Cantu, Gilberto | 3:19-cv-08036 | SD - TX |
| Tam, Wesley | 1:20-cv-22356 | FL - S.D. |
| Cato, Henry | 1:20-cv-00881 | SC - District of SC |
| Iona, Deborah | 0:20-cv-60313 | FL - S.D. |
| Belfleur, Jean | 2:20-cv-00011 | FL - M.D. |
| Estate of Thomas N. Williams | 4:19-cv-00162 | IA - S.D. |
| Estate of Dorothy Pertzog | 3:20-cv-00006 | FL - M.D. |
| Chirico, Pamela Jean | 3:20-cv-00009 | FL - M.D. |
| Pickert, Alan M. | 3:20-cv-00720 | FL - M.D. |
| Ryan, William Beau | 1:20-cv-10513 | MA - District of MA |
| Zuiderveen, Randall | 1:19-cv-01022 | MI - W.D. |
| Casale, Patricia A. | 0:19-cv-61959 | FL - S.D. |
| Bulone, Angelo | 2:20-cv-00709 | SC - District of SC |
| Estate of Donald Scheh | 4:20-cv-00451 | TX - SD |
| Hann, Adrine | 2:20-cv-11859 | MI - E.D. |
| Sizemore, Ronald W. | 3:21-cv-00049 | OH - S.D. |
| Miller, Allison V. | 6:21-cv-00783 | FL - M.D. |
| Perry, Catherine A. | 3:21-cv-00288 | OH - N.D. |
| Robert Wistinghausen | 3:19-cv-01823 | OH - N.D. |
| Rhuland, Jason C. | 3:19-cv-01823 | OH - N.D. |

**Wave 4D**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Coley, Steven B. | 3:18-cv-00819 | FL - M.D. |
| Ward, Raleigh O. | 4:19-cv-03509 | SC - District of SC |
| Reiser, Brenda | 9:21-cv-01907 | SC - District of SC |
| Kay, Linda | 2:20-cv-04302 | SC - District of SC |
| Riepenhoff, Charles | 3:19-cv-02009 | OH - N.D. |
| Tierney, Colleen | 3:20-cv-00967 | OH - N.D. |
| Nissen, Richard A. | 3:20-cv-01867 | OH - N.D. |
| Estate of Betty J. Lloyd | 3:19-cv-02944 | OH - N.D. |
| Schaible, Mark G. | 2:19-cv-00633 | FL - M.D. |
| Strickland, Scott | 2:20-cv-01081 | AZ - District of AZ |
| Manera, Sebastian William | 2:20-cv-01125 | AZ - District of AZ |
| Berenfeld, Sharon | 0:18-cv-60255 | FL - S.D. |
| Glassman, Philip | 0:19-cv-62607 | FL - S.D. |
| Lundy, Thomas | 2:20-cv-00946 | FL - M.D. |
| Mullisi, Armelin | 3:20-cv-00007 | FL - M.D. |
| Gazaleh, Jed H. | 3:19-cv-00635 | FL - M.D. |
| Avila, Elvia | 2:20-cv-00297 | MI - W.D. |
| Estate of Richard Garrison | 1:18-cv-00752 | OH - S.D. |
| Perillo, Antonio | 2:21-cv-00195 | FL - M.D. |
| Thompson, Aurie Hazel | 8:19-cv-01169 | FL - M.D. |
| Freegard, Timothy G. | 2:20-cv-01061 | AZ - District of AZ |
| Estate of Shariq Ghaznavi | 5:21-cv-00190 | FL - N.D. |

| Smither, Lewis | 8:20-cv-02528 | FL - M.D. |
| --- | --- | --- |
| Applegate, Ralph | 2:18-cv-00045 | OH - S.D. |
| Powell, Donnie | 4:20-cv-00737 | TX - ND |
| Perilman, Richard | 5:19-cv-02269 | OH - N.D. |
| Baid, Prabha | 1:20-cv-11116 | MA - District of MA |
| Bundy, Rob | 8:20-cv-01968 | FL - M.D. |
| Canning, Richard | 1:19-cv-11397 | MA - District of MA |
| Smith, Ronald | 4:19-cv-01103 | SC - District of SC |

Date: _____, 2022

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT