Gerald Singleton (SBN 208783)
John C. Lemon (SBN 175847)
Christopher R. Rodriguez (SBN 212274)
Andrew D. Bluth (SBN 232387)
**SINGLETON SCHREIBER, LLP**
1414 K Street, Suite 470
Sacramento, CA 95814
Phone: (916) 248-8478
Email: gsingleton@singletonschreiber.com
          jlemon@singletonschreiber.com
          crodriguez@singletonschreiber.com
          abluth@singletonschreiber.com

Attorneys for Plaintiff, JOSEPH MIGNONE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **SUPPLEMENTAL DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO REMAND TO ALAMEDA COUNTY SUPERIOR COURT (JCCP NO. 4953)** |
| *Joseph Mignone v. Monsanto Company, et al.,* Case No. 3:21-cv-00501-VC | |

I, Christopher R. Rodriguez, declare as follows:

1.      I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Singleton Schreiber, LLC, attorneys of record for Plaintiff, JOSEPH MIGNONE herein.  The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2.      In January 2021, Plaintiff Joseph Mignone filed a motion for trial preference in the state court JCCP proceedings, due to Mr. Mignone's age and the progression of his Non-Hodgkin's lymphoma (the "Preference Motion").

3.      Immediately following the filing of the Preference Motion, Monsanto filed a

1

removal of Mr. Mignone's case to this Court.

4.      On February 19, 2021, Mr. Mignone filed a motion to remand his case to California Superior Court (the "Remand Motion") (Case No. 3:21-cv-00501, Dkt. No. 8).  The Remand Motion is fully briefed (see Case No. 3:21-cv-00501, Dkt. Nos. 8, 9, and 10), but has not been ruled upon yet by this Court.

5.      On or about March 15, 2022, I spoke with Mr. Mignone concerning his present health status.  Based on that conversation—and without waiving the attorney-client privilege—it is my understanding that Mr. Mignone's non-Hodgkins lymphoma recently has worsened significantly.

6.      I am informed and believe that Mr. Mignone's physician informed him within the past few weeks that he has numerous lesions/tumors in his brain and that, without any intervention, he may only have weeks to live.  While Mr. Mignone began (on approximately March 6, 2022) taking a daily chemotherapy treatment, he has now been forced to discontinue that treatment.

7.      On the same day I spoke with Mr. Mignone (March 15, 2022), my office called the clerk to inquire on the status of the Court's consideration of the Remand Motion.  Based on that inquiry, I learned that Mr. Mignone's case mistakenly had been placed on the inactive docket, apparently in connection with the provisions of this Court's Pre-Trial Order No. 246.

8.      On March 21, the parties, including counsel for the Defendants, filed a stipulation to immediately return the case to the active docket and to resubmit the Remand Motion for decision by this Court (the "March 21 Stipulation") (see Case No. 3:16-md-02741-VC, Dkt. No. 14683).

9.      During the parties' joint preparation of the March 21 Stipulation, Defendants' counsel Martin Calhoun suggested that I file this supplemental declaration to inform the Court about Mr. Minone's present health status, and I respectfully request that the Court consider this supplemental declaration in connection with the Remand Motion.

I declare under penalty of perjury under the laws of the State of California that the

SUPPLEMENTAL DECLARATION OF CHRISTOPHER R. RODRIGUEZ IN SUPPORT OF MOTION TO REMAND TO ALAMEDA COUNTY SUPERIOR COURT (JCCP NO. 4953)

1   foregoing is true and correct and that this declaration was executed on March 24, 2022, at

2   Sacramento, California.

3

4                                            /s/ *Christopher R. Rodriguez*

5                                            Christopher R. Rodriguez

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF CHRISTOPHER R. RODRIGUEZ IN SUPPORT OF MOTION TO
REMAND TO ALAMEDA COUNTY SUPERIOR COURT (JCCP NO. 4953)