John Flood
John T. Flood, L.L.P.
802 N. Carancahua, Suite 900
Corpus Christi, Texas. 78401
Phone: (361) 654-8877
Fax:  (361) 654-8879
Email: john@floodtriallawyers.com

*Counsel for Gilberto P. Cantu and Maria Cantu*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.   2741<br>Master Docket No.  16-MD-2741-VC |
| This document relates to:<br><br>**GILBERTO P. CANTU and MARIA CANTU**<br>Plaintiff,<br><br>v.<br><br>**MONSANTO COMPANY**,<br>Defendant. | Case No.:   3:20-cv-6119<br><br>Judge:   Hon. Vince Chhabria |

**UNOPPOSED MOTION TO ASSIGN CASE TO WAVE VI**

Plaintiffs Gilberto P. Cantu and Maria Cantu—without opposition from Defendant Monsanto Company—respectfully request the Court assign their case ("the Cantu case") to Wave VI.

1. The Cantu case was removed from Wave III and has not been assigned to a Wave.

2. The Parties worked collaboratively to complete the depositions of the Plaintiffs and the third try proved to be the charm.

**PLAINTIFFS' UNOPPOSED MOTION TO ASSIGN CASE TO WAVE VI**
1

3.     Counsel for the Parties have conferred and believe the best course of action is to assign this case to Wave VI.

4.     The undersigned counsel communicated with counsel for Monsanto and was informed that Monsanto does not oppose this case being assigned to the Wave VI group.

THEREFORE, Plaintiffs Gilberto P. Cantu and Maria Cantu—without opposition from Defendants Monsanto Company—respectfully request the Court assign their case to Wave VI.

Respectfully submitted,

/s/ John Flood
John Flood
Texas Bar No. 07155910
**John T. Flood, L.L.P.**
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
(361) 654-8877
(361) 654-8879 Fax
john@FloodTrialLawyers.com
irma@FloodTrialLawyers.com

**Attorney-in-Charge for Plaintiffs
Gilberto P. Cantu and Maria Cantu**

## CERTIFICATE OF SERVICE

I hereby certify on this 30th day of March 2022, a copy of the foregoing document was filed through the Court's ECF system.

/s/ John Flood
John Flood

**PLAINTIFFS' UNOPPOSED MOTION TO ASSIGN CASE TO WAVE VI**
2