1
2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

3  IN RE: ROUNDUP PRODUCTS              )
4  LIABILITY LITIGATION                 )  MDL No. 2741
                                        )
5  ─────────────────────────            )  Case Number: 16-md-02741-VC
   This document relates to:            )
6                                       )
   *Gilberto P. Cantu and Maria Cantu v.* )  **[PROPOSED] ORDER RE: GRANTING**
7  *Monsanto, Co.*                      )  **UNOPPOSED MOTION TO ASSIGN**
   Case No. 3:19-CV-08036-VC            )  **CASE TO WAVE VI**
8                                       )
                                        )
9  ─────────────────────────

10      Plaintiffs' motion to assign their case to Wave VI is granted.

11      IT IS SO ORDERED.

12  Date: _____, 2022

13                                              _____
                                                HONORABLE VINCE CHHABRIA
14                                              United States District Judge

15
16
17
18
19
20
21
22
23
24
25
26
27
28