UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| _____ | |
| This document relates to: | Case No. 3:16-md-02741-VC |
| *Richard Canning and Shirley Canning, v. Monsanto Co.*, | |
| Case No. 3:19-cv-04230-VC | |
| _____ | |

NOTICE OF APPEARANCE OF THORNTON LAW FIRM

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of David C. Strouss, David Bricker, Evan E. Hoffman, and Jasmine M. Howard on behalf of the Plaintiffs, Richard and Shirley Canning.

DATED: March 31, 2022

                                              Respectfully Submitted,

                                              /s/David C. Strouss
                                              David C. Strouss, BBO# 546253
                                              Evan R. Hoffman, BBO# 678975
                                              Jasmine M. Howard, BBO# 698130
                                              **THORNTON LAW FIRM, LLP**
                                              One Lincoln Street
                                              Boston, MA  02111
                                              (617) 720-1333  FAX (617) 720-1333
                                              dstrouss@tenlaw.com
                                              ehoffman@tenlaw.com
                                              jhoward@tenlaw.com

                                              and,

        /s/ David Bricker
        David Bricker, CA Bar No. 158896
        **THORNTON LAW FIRM, LLP**
        9430 W. Olympic Blvd., Suite 400
        Beverly Hills, CA 90212
        (310) 282-8676 Fax: (617) 720-2445
        dbricker@tenlaw.com

and,

        /s/Evan R. Hoffman
        David C. Strouss, BBO# 546253
        Evan R. Hoffman, BBO# 678975
        Jasmine M. Howard, BBO# 698130
        **THORNTON LAW FIRM, LLP**
        One Lincoln Street
        Boston, MA  02111
        (617) 720-1333  FAX (617) 720-1333
        dstrouss@tenlaw.com
        ehoffman@tenlaw.com
        jhoward@tenlaw.com

and,

        /s/Jasmine M. Howard
        David C. Strouss, BBO# 546253
        Evan R. Hoffman, BBO# 678975
        Jasmine M. Howard, BBO# 698130
        **THORNTON LAW FIRM, LLP**
        One Lincoln Street
        Boston, MA  02111
        (617) 720-1333  FAX (617) 720-1333
        dstrouss@tenlaw.com
        ehoffman@tenlaw.com
        jhoward@tenlaw.com


        *Attorneys for Plaintiffs.*