## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **SUGGESTION OF DEATH** |
| *Martin Gonzalez v. Monsanto Co.*, Case No. 3:19-cv-03300-VC | |

## SUGGESTION OF DEATH OF PLAINTIFF MARTIN GONZALEZ

Pursuant to Federal Rule of Civil Procedure 25(a)(1), DANAE NICOLE BENTON, attorney for Plaintiff, MARTIN GONZALEZ, in this case, suggests to the Court and upon the record, the death of Plaintiff, MARTIN GONZALEZ.  This suggestion is supported by the attached obituary.

Respectfully submitted,

*/s/ Danae N. Benton*
Danae N. Benton
Texas Bar No. 24080422
**FEARS NACHAWATI**
5489 Blair Road
Dallas, TX 75231
P: 214-890-0711
F: 214-890-0712
dbenton@fnlawfirm.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 31st day of March 2022.

*/s/ Danae N. Benton*