Albert R. Jordan, IV, HEALY & JORDAN PLLC
1323 28TH Ave., Ste A, Gulfport, MS  39501
228-575-4005 /Fax 228-575-4006
gwhealyiv@aol.com
*Attorney for Plaintiffs*
*CHARLES TROBONA and DEBBIE TROBONA*

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br>_____ ) <br> This document relates to: ) <br> *Charles Trobona and Debbie Trobona v.* ) <br> *Monsanto Co. et al.,* ) <br> Case No. 3:19-CV-07234-vc ) <br> ) <br> ) <br>_____ ) | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

     PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Albert R. Jordan, IV of the law firm HEALY & JORDAN, PLLC enters an appearance as additional counsel of record for Plaintiffs CHARLES TROBONA AND DEBBIE TROBONA, in the above styled and numbered cause of action, and requests that service of all filings, pleadings and otherwise in connection with this action be served on and directed to the undersigned counsel.

Dated this  31 March 2022.

/s/ Albert R. Jordan, IV
ALBERT R. JORDAN, IV
LA Bar Roll #39599/MS Bar Roll # 102513
George W. Healy, IV
LA Bar Roll #14991/MS Bar Roll #2154
HEALY & JORDAN, PLLC
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005 - Telephone
228-575-4006 – Facsimile
*Attorneys for Plaintiffs*
CHARLES TROBONA AND DEBBIE TROBONA

### CERTIFICATE OF SERVICE

I, Albert R. Jordan, IV, hereby certify that, on March 31, 2022, I electronically filed NOTICE OF FIRM NAME CHANGE with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED:          March 31, 2022          .          Respectfully submitted,

/s/ Albert R. Jordan, IV
ALBERT R. JORDAN, IV
LA Bar Roll #39599/MS Bar Roll # 102513
George W. Healy, IV
LA Bar Roll #14991/MS Bar Roll #2154
HEALY & JORDAN, PLLC
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005 - Telephone
228-575-4006 – Facsimile
*Attorneys for Plaintiffs*
CHARLES TROBONA AND DEBBIE TROBONA