John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Rios, Martin Velez, et al.*<br>Cause No. 3:20-cv-08552<br>(N.D. Cal) | |

**MONSANTO COMPANY'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SEVER COMPLAINTS AND FAILURE TO SUBMIT A PLAINTIFF FACT SHEET**

    Defendant Monsanto Company ("Monsanto") files this motion to dismiss with prejudice for two independent reasons: (1) failure to sever claims pursuant to Pretrial Order 155; and (2) failure to submit a Plaintiff Fact Sheet pursuant to Pretrial Order 50.

    1. **FAILURE TO SEVER CLAIMS**

    Pretrial Order 155 (ECF Doc. 4454) requires multi-plaintiff cases to be severed into individual complaints for pretrial purposes.  Pursuant to Pretrial Order 155, all plaintiffs other than the lead plaintiff are required to e-file a new individual case with a Short Form Complaint.  These plaintiffs are also required to file their Short Form Complaint on the main docket for MDL No.3:16-

md-02741. In addition to filing new individual cases, the non-lead plaintiffs must agree to be dismissed from the original case. If any plaintiff fails to comply with the severance requirements, Monsanto must notify the plaintiffs' counsel and Lead Counsel and provide seven (7) days for the plaintiffs to comply with Pretrial Order 155. If a plaintiff still has not complied within 7 days, Monsanto may move for dismissal with prejudice.

The Plaintiffs identified below have failed to sever their claims into individual complaints, and Monsanto notified each Plaintiff that their claims have not been appropriately severed. Each of these Plaintiffs are named in the original multi-plaintiff case. The original case was docketed in the MDL on December 3, 2020. On August 23, 2021, counsel for Monsanto notified Plaintiffs' counsel that PTO 155 required all of the Plaintiffs, other than the lead plaintiff, to e-file a new individual case with a Short Form Complaint. (Exhibit A.) Monsanto also informed Plaintiffs' counsel that for the original multi-plaintiff case, the parties are to file a joint stipulation voluntarily dismissing all Plaintiffs except the lead plaintiff. (*Id.*) Plaintiffs' counsel did not respond to that email.

On September 9, 2021, after no response from Plaintiffs' counsel, Monsanto followed up with correspondence that notified Plaintiffs' counsel and Plaintiff Leadership Counsel that the individual cases needed to be severed to be in compliance with PTO 155. (Exhibits B, C.) Monsanto also stated that failure to do so can result in the cases being subject to a motion to dismiss. (*Id.*) On September 15, 2021, Plaintiffs' counsel asked for a 30-day extension to sever the individual cases. Monsanto agreed to this extension. (Exhibit D.) On March 18, 2022, after about six months, Monsanto notified Plaintiffs' counsel that the case was still not severed appropriately and that Monsanto would file a Motion to Dismiss if the severance issue was not resolved by March 23, 2022. (Exhibit D.) Plaintiffs' counsel did not respond, and Plaintiffs still have not complied with their severance obligations:

| Multi-Plaintiff Case Name | Individual Plaintiff | Multi-Plaintiff Current Case Number | Multi-Plaintiff Case MDL Docket Date | Letters to Plaintiffs' Counsel | MDL Refiled Case Filed Dt | Multi-Plaintiff Case Plaintiff Firm |
|---|---|---|---|---|---|---|
| Rios, Martin Velez, et al. | Acevedo, Gabriel | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | Alvelo, Alma | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | Berrios, Ramón | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | Colón, Luis | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | del Río, Ana | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | Garced, Cecilio | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | González, Carlos | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |

Defendant's Motion to Dismiss, MDL No. 2741

| Rios, Martin Velez, et al. | González, Miguel | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | González, Ramón | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | Hernández, Misael | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | Jimenez, Jorge | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | Melendez, Neivida | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | Olivera, José | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | Pagán, Juan | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | Pomales, Efraín | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |

| Rios, Martin Velez, et al. | Sánchez, Luz | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | Santiago, Eroina | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | Shulze, Rafael | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |
| Rios, Martin Velez, et al. | Yordán, José | 3:20-cv-08552 | 12/03/2020 | 08/23/2021, 09/09/2021, 03/13/2022 | None | Carazo Quetglas Law Offices |

The Plaintiffs listed above have not severed their claims from the original multi-plaintiff claim. Monsanto has already notified Plaintiffs of their noncompliance with PTO 155. Monsanto has given Plaintiffs ample time to sever their claims. After about six months, the Plaintiffs have still failed to comply with the requirements of PTO 155. Therefore, Monsanto respectfully requests that the Court enter an Order dismissing the Plaintiffs' cases, listed above[1], with prejudice.

## 2. FAILURE TO SUBMIT PLAINTIFF FACT SHEET

In addition to failing to comply with the severance requirements of PTO 155, nine of the Plaintiffs of the *Rios, Martin Velez, et al.* matter have failed to submit Plaintiff Fact Sheets ("PFSs"). Pretrial Order 50 (ECF Doc. 1883) requires each Plaintiff to submit a completed PFS, either through the MDL Centrality system or to Brown Greer directly. According to the order, Group 4 plaintiffs

---

[1] The Plaintiffs subject to the severance portion of Monsanto's Motion to Dismiss are all of the non-lead Plaintiffs—with Martin Rios being the lead Plaintiff.

are required to submit a PFS within 91 days from the date of transfer into the MDL. Additionally, PTO 50 states that if a Plaintiff does not submit a completed PFS within the time specified, Monsanto must give notice to plaintiff's counsel and Lead Counsel identifying the overdue PFS and provide plaintiff seven days in which to submit the PFS. If Monsanto has not received a completed PFS within seven days after serving Plaintiff with the notice, Monsanto may move the Court for an Order dismissing the Complaint with prejudice. Indeed, this Court has previously "dismissed with prejudice for failure to prosecute" plaintiffs who have failed to submit PFSs in accordance with the Court's orders.

The Plaintiffs identified below failed to submit any PFS whatsoever to date, and Monsanto notified each Plaintiff that a PFS had not been submitted.[2]

| Case | Plaintiff | Case Number | PFS Due Date | Letter to Plaintiff's Counsel |
|---|---|---|---|---|
| Rios, Martin Velez, et al. | Colón, Luis | 3:20-cv-08552 | 02/24/2021 | 07/30/2021 |
| Rios, Martin Velez, et al. | Garced, Cecilio | 3:20-cv-08552 | 02/24/2021 | 07/30/2021 |
| Rios, Martin Velez, et al. | González, Miguel | 3:20-cv-08552 | 02/24/2021 | 07/30/2021 |
| Rios, Martin Velez, et al. | Hernández, Misael | 3:20-cv-08552 | 02/24/2021 | 07/30/2021 |
| Rios, Martin Velez, et al. | Jimenez, Jorge | 3:20-cv-08552 | 02/24/2021 | 07/30/2021 |
| Rios, Martin Velez, et al. | Melendez, Neivida | 3:20-cv-08552 | 02/24/2021 | 07/30/2021 |
| Rios, Martin Velez, et al. | Olivera, José | 3:20-cv-08552 | 02/24/2021 | 07/30/2021 |
| Rios, Martin Velez, et al. | Pomales, Efraín | 3:20-cv-08552 | 02/24/2021 | 07/30/2021 |
| Rios, Martin Velez, et al. | Rodriguez, Gabriel [Est. of Ana Lydia Acevedo del Rio] | 3:20-cv-08552 | 02/24/2021 | 07/30/2021 |

---

[2] Moreover, Monsanto has provided each of these Plaintiffs with a copy of Pretrial Order 50 prior to filing this Motion.

Defendant's Motion to Dismiss, MDL No. 2741

The Notice of Failure to Submit a PFS is attached as follows:

| Exhibit | Description |
|---|---|
| Exhibit E | Letters sent to Plaintiff's Counsel for Failure to Submit PFS |
| Exhibit F | Letters sent to Plaintiffs' Leadership Counsel regarding notice to Plaintiffs' Counsel for Failure to Submit PFS |

The Plaintiffs listed above have not replied to the Notice of Failure to Submit a PFS, and have not submitted PFSs. Therefore, Monsanto respectfully requests that the Court enter an Order dismissing these Plaintiffs' cases, listed above, with prejudice.

## Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above captioned cases with prejudice for failure to sever multi-plaintiff cases into individual complaints for pretrial purposes and failure to submit a PFS.

Dated:  March 31, 2022

                Respectfully submitted,

                SHOOK, HARDY & BACON L.L.P.

By: */s/ John L. Ackley*
    John L. Ackley
    Texas Bar No. 24108036
    E-mail:  jackley@shb.com
    600 Travis, Suite 3400
    Houston, Texas 77002-2926
    Telephone:  713-227-8008
    Fax:  713-227-9508

    ***Attorney for Defendant,***
    ***MONSANTO COMPANY***

## CERTIFICATE OF SERVICE

    I, John Ackley, hereby certify that on March 31, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                         */s/ John L. Ackley*
                                                         John L. Ackley