# Exhibit A

**Conley, Ruth S. (SHB)**

| | |
|---|---|
| **From:** | Ackley, John L. (SHB) |
| **Sent:** | Monday, August 23, 2021 1:56 PM |
| **To:** | jorge@jctuayudalegal.com |
| **Cc:** | Conley, Ruth S. (SHB); Fields, Jeff (SHB) |
| **Subject:** | Roundup - Martin Velez Rios, et al. |
| **Attachments:** | Roundup MDL PTO 149 - Order Re Motions to Dismiss and Upcoming Deadlines.pdf; Roundup MDL PTO 155 - Severance Order for Multi-Plaintiff Complaints.pdf |

Dear Counsel,

The Martin Velez Rios, et al. case was docketed in the MDL on 12/03/20. Below is information for the plaintiffs named in the case. Under Pretrial Order No. 155 (see attached), multi-plaintiff cases are to be severed into individual complaints for pretrial purposes. Logistically, the Order requires all of the plaintiffs, other than the lead plaintiff, to e-file a new individual case with a Short Form Complaint. And as for the original multi-plaintiff case, the parties are to file a joint stipulation voluntarily dismissing all plaintiffs—except the lead plaintiff. Please advise if you are agreeable to us preparing a stipulation to dismiss for your review and approval to file. If you have any questions or would like to discuss further, please let me know.

| Multi-Pltf Case Name | User Last Name | User First Name | Multi-Pltf Case User State | Multi-Pltf Case Plaintiff Firm(s) | Multi-Pltf Case Status | Multi-Pltf Case User Status | Multi-Pltf Case Filed Date | Multi-Pltf Case MDL Docket Date |
|---|---|---|---|---|---|---|---|---|
| Rios, Martin Velez, et al. | Acevedo | Gabriel | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Alvelo | Alma | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Berrios | Ramón | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Colón | Luis | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | del Río | Ana | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Garced | Cecilio | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |

| Rios, Martin Velez, et al. | González | Carlos | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | González | Miguel | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | González | Ramón | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Hernández | Misael | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Jimenez | Jorge | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Melendez | Neivida | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Olivera | José | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Pagán | Juan | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Pomales | Efraín | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Ríos | Martín | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Sánchez | Luz | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Santiago | Eroina | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Shulze | Rafael | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |

| Rios, Martin Velez, et al. | Yordán | José | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |

Thanks,
John

**John L. Ackley**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5641 | jackley@shb.com

