# Exhibit B

## Conley, Ruth S. (SHB)

| | |
|---|---|
| **From:** | Ackley, John L. (SHB) |
| **Sent:** | Thursday, September 9, 2021 4:12 PM |
| **To:** | jorge@jctuayudalegal.com |
| **Cc:** | Conley, Ruth S. (SHB); Fields, Jeff (SHB) |
| **Subject:** | RE: Roundup - Martin Velez Rios, et al. |
| **Attachments:** | Martin Velez Rios, et al. - September 9, 2021 Correspondence.pdf |

Counsel:

Please see the attached correspondence regarding severance of your multi-plaintiff case. This is notice that your case needs to be severed to be in compliance with Pretrial Order No. 155, and that failure to do so can result in it being subject to a motion to dismiss.

Thanks,
John

**John L. Ackley**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5641 | jackley@shb.com



**From:** Ackley, John L. (SHB)
**Sent:** Thursday, September 9, 2021 11:21 AM
**To:** 'jorge@jctuayudalegal.com'
**Cc:** Conley, Ruth S. (SHB) ; Fields, Jeff (SHB)
**Subject:** RE: Roundup - Martin Velez Rios, et al.

Counsel,

I tried calling you phone number a few times, but I am following up again to discuss this. Do you have any time to discuss?

**John L. Ackley**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5641 | jackley@shb.com



**From:** Ackley, John L. (SHB)
**Sent:** Monday, August 23, 2021 1:56 PM
**To:** 'jorge@jctuayudalegal.com' <jorge@jctuayudalegal.com>

**Cc:** Conley, Ruth S. (SHB) <rconley@shb.com>; Fields, Jeff (SHB) <jfields@shb.com>
**Subject:** Roundup - Martin Velez Rios, et al.

Dear Counsel,

The Martin Velez Rios, et al. case was docketed in the MDL on 12/03/20. Below is information for the plaintiffs named in the case. Under Pretrial Order No. 155 (see attached), multi-plaintiff cases are to be severed into individual complaints for pretrial purposes. Logistically, the Order requires all of the plaintiffs, other than the lead plaintiff, to e-file a new individual case with a Short Form Complaint. And as for the original multi-plaintiff case, the parties are to file a joint stipulation voluntarily dismissing all plaintiffs—except the lead plaintiff. Please advise if you are agreeable to us preparing a stipulation to dismiss for your review and approval to file. If you have any questions or would like to discuss further, please let me know.

| Multi-Pltf Case Name | User Last Name | User First Name | Multi-Pltf Case User State | Multi-Pltf Case Plaintiff Firm(s) | Multi-Pltf Case Status | Multi-Pltf Case User Status | Multi-Pltf Case Filed Date | Multi-Pltf Case MDL Docket Date |
|---|---|---|---|---|---|---|---|---|
| Rios, Martin Velez, et al. | Acevedo | Gabriel | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Alvelo | Alma | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Berrios | Ramón | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Colón | Luis | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | del Río | Ana | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Garced | Cecilio | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | González | Carlos | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | González | Miguel | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rios, Martin Velez, et al. | González | Ramón | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Hernández | Misael | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Jimenez | Jorge | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Melendez | Neivida | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Olivera | José | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Pagán | Juan | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Pomales | Efraín | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Ríos | Martín | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Sánchez | Luz | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Santiago | Eroina | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Shulze | Rafael | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Yordán | José | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |

Thanks,
John

**John L. Ackley**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5641 | jackley@shb.com



4



September 9, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Jorge Carazo-Quetglas
jorge@jctuayudalegal.com
Carazo-Quetglas Law Office
#1275 Américo Miranda Ave.
Reparto Metropolitano
San Juan, Puerto Rico 00921

Re:   Pretrial Order No. 155's Severance Requirement
      *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

The *Martin Velez Rios, et al.* case was docketed in the MDL on 12/03/20 as a multi-plaintiff case. Pretrial Order No. 155 ordered multi-plaintiff cases be severed into individual complaints for pretrial purposes. Based on our review of the docket, you have not severed this case into individual complaints. Logistically, you will need to file a stipulated dismissal in the multi-plaintiff case to dismiss all plaintiffs other than the lead plaintiff. You will then need to file short form complaints individually for each of the plaintiffs other than the lead plaintiff.

We have attempted to contact you multiple times to discuss this, but we have not be able to get in contact with you. Under Pretrial Order No. 155: "Monsanto must notify plaintiff's counsel and Lead Counsel [of the severance issue] and provide plaintiff 7 days to e-file the case" and if "a plaintiff has still not done so within 7 days, Monsanto may then move to dismiss the plaintiff from the original case with prejudice."

Please follow the severance requirements within 7 days, or Monsanto may file a Motion to Dismiss. Please let me know if you have any questions.

Regards,

*[signature]*

John L. Ackley, Esq