# Exhibit C

## Conley, Ruth S. (SHB)

| | |
|---|---|
| **From:** | Ackley, John L. (SHB) |
| **Sent:** | Thursday, September 9, 2021 4:16 PM |
| **To:** | 'aimee.wagstaff@andruswagstaff.com'; 'rgreenwald@weitzlux.com'; 'mmiller@millerfirmllc.com' |
| **Cc:** | Fields, Jeff (SHB); Conley, Ruth S. (SHB) |
| **Subject:** | Email to Plaintiff Leadership (Roundup) - September 9, 2021 Letter re PTO 155 |
| **Attachments:** | Martin Velez Rios, et al. - September 9, 2021 Correspondence.pdf |

Dear Leadership Counsel:

Please find attached a copy of correspondence that we provided to plaintiffs' counsel on September 9, 2021 regarding failure to comply with PTO 155.

Respectfully,
John Ackley

**John L. Ackley**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5641 | jackley@shb.com





September 9, 2021

                                    **John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Jorge Carazo-Quetglas
jorge@jctuayudalegal.com
Carazo-Quetglas Law Office
#1275 Américo Miranda Ave.
Reparto Metropolitano
San Juan, Puerto Rico 00921

      Re:    Pretrial Order No. 155's Severance Requirement
                *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

      The *Martin Velez Rios, et al.* case was docketed in the MDL on 12/03/20 as a multi-plaintiff case. Pretrial Order No. 155 ordered multi-plaintiff cases be severed into individual complaints for pretrial purposes. Based on our review of the docket, you have not severed this case into individual complaints. Logistically, you will need to file a stipulated dismissal in the multi-plaintiff case to dismiss all plaintiffs other than the lead plaintiff. You will then need to file short form complaints individually for each of the plaintiffs other than the lead plaintiff.

      We have attempted to contact you multiple times to discuss this, but we have not be able to get in contact with you. Under Pretrial Order No. 155: "Monsanto must notify plaintiff's counsel and Lead Counsel [of the severance issue] and provide plaintiff 7 days to e-file the case" and if "a plaintiff has still not done so within 7 days, Monsanto may then move to dismiss the plaintiff from the original case with prejudice."

      Please follow the severance requirements within 7 days, or Monsanto may file a Motion to Dismiss. Please let me know if you have any questions.

Regards,

*[signature]*

John L. Ackley, Esq