# Exhibit D

## Conley, Ruth S. (SHB)

| | |
|---|---|
| **From:** | Ackley, John L. (SHB) |
| **Sent:** | Friday, March 18, 2022 12:35 PM |
| **To:** | jorge@jctuayudalegal.com |
| **Cc:** | Conley, Ruth S. (SHB); Fields, Jeff (SHB); Achari, Lakshmi (SHB) |
| **Subject:** | RE: Roundup - Martin Velez Rios, et al. |

Counsel,

It appears that the severance/short-form complaints are still not filed (please let me know if I am mistaken). Also, I believe we are still missing several PFSs for these plaintiffs—do you have any updates?

Please have the PFSs submitted and the severance process completed by close of business next Wednesday, or we will need file a motion. Please let me know if you would like to discuss.

Thank you,
John

**John L. Ackley**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5641 | jackley@shb.com



**From:** jorge@jctuayudalegal.com <jorge@jctuayudalegal.com>
**Sent:** Wednesday, September 15, 2021 9:36 AM
**To:** Ackley, John L. (SHB) <jackley@shb.com>
**Cc:** Conley, Ruth S. (SHB) <rconley@shb.com>; Fields, Jeff (SHB) <jfields@shb.com>
**Subject:** RE: Roundup - Martin Velez Rios, et al.

**EXTERNAL**

Dear Mr. Ackley:

This will confirm our telephone conference of yesterday,

I will need an extension of time of 30 days to file the short form complaints in the cases that I have notified the Plaintiffs' fact Sheet.

I will also need an extension of time of 15 days in order to file any other Plaintiffs' fact Sheet

Cordially.

Jorge Carazo-Quetglas

***CARAZO-QUETGLAS LAW OFFICE***

Physical address (Dirección física)
#1275 Américo Miranda Ave.
Reparto Metropolitano
San Juan, Puerto Rico 00921

Postal Address (Dirección postal)
PMB 133
#53 Esmeralda Ave. Ste 2
Guaynabo, Puerto Rico 00969-4461

e-mail: jorge@jctuayudalegal.com
**Tel.  (787) 707-0588**
**Fax. (787) 707-0595**


*Please consider the environment before printing this email.*
**IMPORTANT NOTICE:**
*This e-mail (and any attachments) may contain confidential and privileged attorney-client and work product information for the use of the designated recipients named above. If you are not the intended recipient, you must not read, use or disseminate the information. If you have received this communication in error, please notify **CARAZO-QUETGLAS LAW OFFICE** immediately by e-mail or telephone at (787)707-0588 and destroy all copies of this communication and any attachments. Although this e-mail and any attachments are believed to be free of virus or defect, that might affect any computer system onto which it is received and opened, it is responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by **CARAZO-QUETGLAS LAW OFFICE** for any loss or damage arising in any way from its use.*

---

**From:** Ackley, John L. (SHB) <jackley@shb.com>
**Sent:** Thursday, September 9, 2021 5:12 PM
**To:** jorge@jctuayudalegal.com
**Cc:** Conley, Ruth S. (SHB) <rconley@shb.com>; Fields, Jeff (SHB) <JFIELDS@shb.com>
**Subject:** RE: Roundup - Martin Velez Rios, et al.

Counsel:

Please see the attached correspondence regarding severance of your multi-plaintiff case.  This is notice that your case needs to be severed to be in compliance with Pretrial Order No. 155, and that failure to do so can result in it being subject to a motion to dismiss.

Thanks,
John

**John L. Ackley**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5641 | jackley@shb.com



**From:** Ackley, John L. (SHB)
**Sent:** Thursday, September 9, 2021 11:21 AM
**To:** 'jorge@jctuayudalegal.com' <jorge@jctuayudalegal.com>
**Cc:** Conley, Ruth S. (SHB) <rconley@shb.com>; Fields, Jeff (SHB) <jfields@shb.com>
**Subject:** RE: Roundup - Martin Velez Rios, et al.

Counsel,

I tried calling you phone number a few times, but I am following up again to discuss this. Do you have any time to discuss?

**John L. Ackley**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5641 | jackley@shb.com



**From:** Ackley, John L. (SHB)
**Sent:** Monday, August 23, 2021 1:56 PM
**To:** 'jorge@jctuayudalegal.com' <jorge@jctuayudalegal.com>
**Cc:** Conley, Ruth S. (SHB) <rconley@shb.com>; Fields, Jeff (SHB) <jfields@shb.com>
**Subject:** Roundup - Martin Velez Rios, et al.

Dear Counsel,

The Martin Velez Rios, et al. case was docketed in the MDL on 12/03/20. Below is information for the plaintiffs named in the case. Under Pretrial Order No. 155 (see attached), multi-plaintiff cases are to be severed into individual complaints for pretrial purposes. Logistically, the Order requires all of the plaintiffs, other than the lead plaintiff, to e-file a new individual case with a Short Form Complaint. And as for the original multi-plaintiff case, the parties are to file a joint stipulation voluntarily dismissing all plaintiffs—except the lead plaintiff. Please advise if you are agreeable to us preparing a stipulation to dismiss for your review and approval to file. If you have any questions or would like to discuss further, please let me know.

| Multi-Pltf Case Name | User Last Name | User First Name | Multi-Pltf Case User State | Multi-Pltf Case Plaintiff Firm(s) | Multi-Pltf Case Status | Multi-Pltf Case User Status | Multi-Pltf Case Filed Date | Multi-Pltf Case MDL Docket Date |
|---|---|---|---|---|---|---|---|---|
| Rios, Martin Velez, et al. | Acevedo | Gabriel | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |

3

| Rios, Martin Velez, et al. | Alvelo | Alma | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Berrios | Ramón | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Colón | Luis | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | del Río | Ana | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Garced | Cecilio | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | González | Carlos | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | González | Miguel | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | González | Ramón | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Hernández | Misael | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Jimenez | Jorge | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Melendez | Neivida | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Olivera | José | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Pagán | Juan | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |

| Rios, Martin Velez, et al. | Pomales | Efraín | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Ríos | Martín | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Sánchez | Luz | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Santiago | Eroina | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Shulze | Rafael | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |
| Rios, Martin Velez, et al. | Yordán | José | Puerto Rico | Carazo Quetglas Law Offices | Served | Served | 04/29/2020 | 12/03/2020 |

Thanks,
John

**John L. Ackley**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5641 | jackley@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.