# Exhibit E



July 30, 2021

**VIA ELECTRONIC MAIL**

Carazo Quetglas Law Office
1275 Ave Americo Miranda
San Juan, Puerto Rico 00921-1617

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Luis Antonio Colon | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, February 24, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



July 30, 2021

John L. Ackley
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Carazo Quetglas Law Office
1275 Ave Americo Miranda
San Juan, Puerto Rico 00921-1617

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Cecilio Reyes Garced | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, February 24, 2021X. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*[signature]*

John L. Ackley, Esq.

4820-6841-8292

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Carazo Quetglas Law Office
1275 Ave Americo Miranda
San Juan, Puerto Rico 00921-1617

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Miguel Estrada Gonzalez | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, February 24, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Carazo Quetglas Law Office
1275 Ave Americo Miranda
San Juan, Puerto Rico 00921-1617

Re: Notice of Failure to Provide Plaintiff Fact Sheet
     *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Misael Batista Hernandez | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, February 24, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*[signature]*

John L. Ackley, Esq.

4820-6841-8292

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



**SHOOK**
HARDY & BACON

July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Carazo Quetglas Law Office
1275 Ave Americo Miranda
San Juan, Puerto Rico 00921-1617

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Jorge Caballero Jimenez | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, February 24, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



July 30, 2021

John L. Ackley
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Carazo Quetglas Law Office
1275 Ave Americo Miranda
San Juan, Puerto Rico 00921-1617

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Neivida Torres Melendez | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, February 24, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Carazo Quetglas Law Office
1275 Ave Americo Miranda
San Juan, Puerto Rico 00921-1617

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Jose Medina Olivera | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, February 24, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292



July 30, 2021

**VIA ELECTRONIC MAIL**

Carazo Quetglas Law Office
1275 Ave Americo Miranda
San Juan, Puerto Rico 00921-1617

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Efran Ortiz Pomales | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, February 24, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4820-6841-8292

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Carazo Quetglas Law Office
1275 Ave Americo Miranda
San Juan, Puerto Rico 00921-1617

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Gabriel Rodriguez [Est. of Ana Lydia Acevedo del Rio] | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, February 24, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*[signature]*

John L. Ackley, Esq.

4820-6841-8292

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.