# Exhibit F



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:  Notice of Failure to Provide Plaintiff Fact Sheet
     *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Friday, July 30, 2021.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*[signature]*

John L. Ackley, Esq.

4844-7228-0052

**PLAINTIFFS WHO FAILED TO SUBMIT PFS**

| Plaintiff's Name | Counsel | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|---|
| Donald Barnes | John D. Sileo<br>Casey William Moll<br>Law Office of John D. Sileo, LLC<br>320 N. Carrollton Avenue, Suite 101<br>New Orleans, LA 70119 | 3:21-cv-00638 | April 26, 2021 | July 30, 2021 |
| Ricky Beavers, Jr. | Charles L. Meyer<br>1000 2nd Ave, #3310<br>Seattle, WA 98104 | 2:20-cv-01269 | March 3, 2021 | July 30, 2021 |
| James Burris | Steven M. Burris<br>Law Offices of Steven M. Burris<br>2810 W. Charleston Blvd, Suite F-58<br>Las Vegas, NV 89102 | 3:21 -cv-01337 | April 26, 2021 | July 30, 2021 |
| John W. Bussey, Jr. | C. Victor Welsh, III<br>Pittman Roberts & Welsh PLLC<br>410 South President Street<br>Jackson, Mississippi 39201 | 3:21-cv-01044 | May 10, 2021 | July 30, 2021 |
| David Andrew Campbell | Kori Lynn Westbrook<br>Johnson Law Group<br>2925 Richmond Ave., Suite 1700<br>Houston, Texas 77098<br><br>Russell W. Lewis, IV<br>Johnson Law Group<br>1019 16th Ave., South<br>Nashville, TN 37212 | 3:19-cv-00654 | June 3, 2019 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Renilda Castro<br>[Estate of Fernando Castro] | Carter Law Group, P.C.<br>5473 Blair Rd.<br>Dallas, TX 75231<br><br>Darren P McDowell<br>Fears Nachawati Law Firm<br>5473 Blair Road<br>Dallas, TX 75231 | 3:19-cv-03887 | No Triggering date (filed directly in MDL) | July 30, 2021 |
| Patrick Crabtree | Fitts Law Firm<br>4801 Richmond Ave.<br>Houston, TX 77027 | 3:21-cv-01661 | June 7, 2021 | July 30, 2021 |
| Julie A. Croston<br>[Est. of Jonathan Crosel Croston] | Mullens & Mullens<br>9 N. Main St.<br>Phillippi, WV 26416 | 3:21-cv-01043 | May 10, 2021 | July 30, 2021 |
| Renee Theresa Daulton<br>[Estate of Patrick Daulton] | Siegel Brill PA<br>100 Washington Ave. S, Ste. 1300<br>Minneapolis, MN 55401 | 3:20-cv-08518 | February 24, 2021 | July 30, 2021 |
| Judy Dotson | Matthew Haynie<br>J. Forester<br>Forester Haynie PLLC<br>400 North St. Paul Street, Suite 700<br>Dallas, TX 75201 | 3:20-cv-02414 | July 8, 2020 | July 30, 2021 |
| Ben Embaan | Steven M. Burris<br>Law Offices of Steven M. Burris<br>2810 W. Charleston Blvd., Suite F-58<br>Las Vegas, NV 89102 | 3:21-cv-01336 | May 3, 2021 | July 30, 2021 |
| Linda D. Fennell | James W. Stanley, Jr.<br>The Stanley Law Firm P.A.<br>201 South Izard Street<br>Little Rock, AR 72201 | 3:21-cv-00176 | April 8, 2021 | July 30, 2021 |
| Patrick Finnell | Matthew Haynie<br>J. Forester<br>Forester Haynie PLLC<br>400 North St. Paul Street, Suite 700<br>Dallas, TX 75201 | 3:20 -cv-02419 | July 8, 2020 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Jodi Fuqua<br>[on behalf of Joe H. Dosier] | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:21-cv-01820 | June 14, 2021 | July 30, 2021 |
| Rafat K. Ghaznavi<br>[Est. of Shariq Ghaznavi] | Paula S. Bliss<br>Bernheim Kelley Battista Bliss<br>4 Court Street<br>Plymouth, MA 02360<br><br>Ronald D. Rodman<br>Lauren E. Geraghty<br>Friedman Rodman Frank & Estrada PA<br>3636 West Flagler St.<br>Miami, FL 33135-1030 | 3:21-cv-02706 | July 14, 2021 | July 30, 2021 |
| Jasmine Goodman | Matthew Haynie<br>J. Forester<br>Forester Haynie PLLC<br>400 North St. Paul Street, Suite 700<br>Dallas, TX 75201 | 3:20-cv-03726 | September 6, 2020 | July 30, 2021 |
| Roylee Hedges | Paul M. Dominguez<br>Dominguez Law Firm LLC<br>P.O. Box 10865<br>Albuquerque, NM 87184 | 3:19-cv-05306 | November 14, 2019 | July 30, 2021 |
| Gerald Helmich<br>[Estate Rep: Helen Helmich] | Sparacino & Sparacino PLLC<br>150 South Wacker Drive, Suite 2400<br>Chicago, IL 60602 | 3:20-cv-05941 | July 15, 2020 | July 30, 2021 |
| Belinda Hill | Steven M. Burris<br>Law Offices of Steven M. Burris<br>2810 W. Charleston Blvd., Suite F-58<br>Las Vegas, NV 89102 | 3:21-cv-01335 | May 3, 2021 | July 30, 2021 |
| Donald J. Kelly | Charles S. Bourque<br>St. Martin & Bourque<br>315 Barrow Street<br>Houma, LA 70360 | 3:21-cv-02548 | July 5, 2021 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| Michael Joseph Kelly | Kansas City Injury Law Group<br>City Center Sq.<br>Kansas City, MO 64105 | 3:21-cv-02910 | July 21, 2021 | July 30, 2021 |
|---|---|---|---|---|
| Nacole Kimble | Steven M. Burris<br>Law Offices of Steven M. Burris<br>2810 W. Charleston Blvd., Suite F-58<br>Las Vegas, NV 89102 | 3:21-cv-01334 | May 3, 2021 | July 30, 2021 |
| John LaBrocca | Steven M. Burris<br>Law Offices of Steven M. Burris<br>2810 W. Charleston Blvd., Suite F-58<br>Las Vegas, NV 89102 | 3:21-v-01333 | May 3, 2021 | July 30, 2021 |
| Carol Lefort | Bernstein Liebhard, LLP<br>10 E. 40th St.<br>New York, NY 10016 | 3:19-cv-05769 | No Triggering date (filed directly in MDL) | July 30, 2021 |
| Jose De Jesus Gonzalez Lopez | Law Offices of Duncan M. James<br>445 N. State St.<br>Ukiah, CA 95482 | 3:20-cv-05888 | November 19, 2020 | July 30, 2021 |
| Elpidia Martinez<br>[on behalf of Carlos Celedon] | Brian D. Chase<br>Tomislav George Antunovich<br>Bisnar Chase LLP<br>1301 Dove Street Suite 120<br>Newport Beach, CA 92660 | 3:21-cv-01508 | May 31, 2021 | July 30, 2021 |
| Owen A. Mattingly | Mattingly & Nally-Martin, PLLC<br>104 W. Main St.<br>P.O. Box 678<br>Lebanon, KY 40033 | 3:21-cv-01658 | June 7, 2021 | July 30, 2021 |
| Dennis McNamara, Jr. | John M. Robin<br>Zachary D. Rhodes<br>Catherine M. Robin<br>John M. Robin, APLC<br>600 Covington Center<br>Covington, LA 70433 | 3:21-cv-00963 | May 3, 2021 | July 30, 2021 |
| Mary Lou McRay<br>[Est. of Arthur Dewayne McRay] | Bahe Cook Cantley & Nefzger, PLC<br>1041 Goss Ave.<br>Louisville, KY 40217 | 3:21-cv-01213 | May 18, 2021 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| Jay Nakash | The Jacob D. Fuchsberg Law Firm, LLP<br>3 Park Ave., 37th Floor<br>New York, NY 10016 | 3:20-cv-02426 | July 8, 2020 | July 30, 2021 |
|---|---|---|---|---|
| Kelvin Barry Niolet | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:21-cv-00173 | April 8, 2021 | July 30, 2021 |
| Larry Tosi | David C. Strouss<br>Evan R. Hoffman<br>Jasmine M. Howard<br>Thorton Law Firm LLP<br>One Lincoln Street<br>Boston, MA 02111 | 3:18-cv-03181 | August 27, 2018 | July 30, 2021 |
| Estree Palmore | Charles E. Boyk Law Offices, LLC<br>10725 Airport Hwy<br>Swanton, OH 43558<br>Khan Nayyar & Associates LLC<br>18W140 Butterfield Road, Floor 15<br>Oakbrook Terrace, IL 60181 | 3:19-cv-07936 | March 4, 2020 | July 30, 2021 |
| David Petrie | Donald James Aaron Brock<br>Lee A. Cirsch<br>Sean T. Cook<br>Brock and Gonzales LLP<br>6701 Center Drive West Suite 610<br>Los Angeles, CA 90045 | 3:21-cv-01509 | May 31, 2021 | July 30, 2021 |
| Charles Porto | James H Cook<br>Dutton Braun Staack Hellman<br>3151 Brockway Road<br>PO Box 810<br>Waterloo, IA 50704 | 3:21-cv-00238 | April 8, 2021 | July 30, 2021 |
| Michael Potash | Patrick L Sealey<br>Heidman Law Firm<br>1128 Historic 4th Street<br>PO Box 3086 | 3:21-cv-01041 | May 10, 2021 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| | Sioux City, IA 51101 | | | |
| Izora Poteet [Estate of J.P. Stewart] | Patrick L Sealey Heidman Law Firm 1128 Historic 4th Street PO Box 3086 Sioux City, IA 51101 | 3:20-cv-02415 | July 8, 2020 | July 30, 2021 |
| Spencer and Tamara Prince | Kelly H. MacFarlane PLLC 257 E. 200 S, Ste. 1100 Salt Lake City, Utah | 3:21-cv-02127 | June 7, 2021 | July 30, 2021 |
| Martin Denny Reed | Emily J. Kirk Kristy M. Arevalo McCune Wright Arevalo LLP 3281 East Guasti Road, Suite 100 Ontario, CA 91761 | 3:19-cv-08088 | March 10, 2020 | July 30, 2021 |
| Bart Robinette | Brian T. Dailey Dailey Law Firm PC. 36700 Woodward Ave., Suite 107 Bloomfield Hills, MI 48304 | 3:21-cv-01662 | May 31, 2021 | July 30, 2021 |
| Shirley Roybal | Karen Barth Menzies Gibbs Law Group LLP 505 14th Street, Suite 1110 Oakland, CA 94612  Alexander G. Dwyer Andrew T. Kirkendall Erin M. Wood Kirkendall Dwyer LLP 4343 Sigma Rd., Suite 200 Dallas, TX 75244  Trammell PC 3262 Westheimer Rd., #423 Houston, TX 77098 | 3:20-cv-06235 | December 2, 2020 | July 30, 2021 |
| Virgenna Saunders | Emily J. Kirk Kristy M. Arevalo McCune Wright Arevalo LLP 3281 East Guasti Road, Suite 100 | 3:19-cv-05053 | No Triggering date(filed directly in MDL) | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | Ontario, CA 91761 | | | |
|---|---|---|---|---|
| Reginald Sayles | Matthew Haynie<br>J. Forester<br>Forester Haynie PLLC<br>400 North St. Paul Street, Suite 700<br>Dallas, TX 75201 | 3:20-cv-02417 | July 8, 2020 | July 30, 2021 |
| Allowishes Dula Scott | Emily J. Kirk<br>Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761 | 3:19-cv-05093 | No Triggering date (filed directly in MDL) | July 30, 2021 |
| Danny Ray Singleton | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:20-cv-02410 | July 8, 2020 | July 30, 2021 |
| Pamela Smith<br>[Estate of Daniel J. Smith] | R. Ryan Deligans<br>Lane R. Neal<br>Durbin Larimore & Bialick<br>920 N Harvey Ave<br>Oklahoma City, OK 73102-2610 | 3:21-cv-01505 | May 21, 2021 | July 30, 2021 |
| Mark Stolzberg<br>[for Marilyn Stolzberg] | Michael Joseph Miller<br>Jeffrey A Travers<br>The Miller Firm, LLC<br>108 Railroad Avenue<br>Orange, VA 22960 | 3:19-cv-04815 | No Triggering date (filed directly in MDL) | July 30, 2021 |
| Dan Sullivan | Timothy Michael Hamilton<br>Walter Herbert Walker, III<br>Walker, Hamilton & Koenig, LLP<br>50 Francisco Street, Suite 460<br>San Francisco, CA 94133 | 3:20-cv003544 | No Triggering date (filed directly in MDL) | July 30, 2021 |
| Gabriel Ocacio Acevedo | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| Name | Address | Case No. | Date 1 | Date 2 |
|---|---|---|---|---|
| Alma Alvelo | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Luis Antonio Colon | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Ramon Galarza Echevaria [Est. of Ramon Antonio Galarza Gonzalez] | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Cecilio Reyes Garced | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Carlos Plaza Gonzalez | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Miguel Estrada Gonzalez | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Misael Batista Hernandez | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Jorge Caballero Jimenez | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Neivida Torres Melendez | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Jose Medina Olivera | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Juan Rivera Pagan | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Efran Ortiz Pomales | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Ramon Berios Rivera<br>[Estate of Ramon Berios] | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Gabriel Rodriguez [Est. of Ana Lydia Acevedo del Rio] | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Luz Rodriguez Sanchez | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Eroina Santiago | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Rafael Shulze | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Martin Velez Rios | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Jose Jimenez Yordan | Carazo Quetglas Law Offices<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Mark Waligura | Emily J. Kirk<br>Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761 | 3:19-cv-04981 | No Triggering date (filed directly in MDL) | July 30, 2021 |
| Saleem Bhatti | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-00144 | December 16, 2019 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Beth Weikerth | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-02909 | December 16, 2019 | July 30, 2021 |
| Jeffrey and Lorraine Westfall | Lee Fadel & Beyer, LLC<br>18500 Lake Road, Suite 300<br>Rocky River, OH 44116 | 3:21-cv-02909 | July 5, 2021 | July 30, 2021 |
| Larry Williams | Matthew Haynie<br>J. Forester<br>Forester Haynie PLLC<br>400 North St. Paul Street, Suite 700<br>Dallas, TX 75201 | 3:20-cv-02416 | July 8, 2020 | July 30, 2021 |
| Henrietta Woods | Antonio D. Spurling<br>Spurling Law Firm LLC<br>406 19th Street, Suite 100<br>Birmingham, AL 35218 | 3:20-cv-00315 | December 11, 2019 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.