1  **LAW OFFICE OF STUART D. KIRCHIK**
   Stuart D. Kirchick (State Bar No. 144145)
2  (sdkirchick@aol.com)
   820 Bay Avenue, Suite 248
3  Capitola, CA  95010
   Tel:  (831) 464-8340
4  Fax: (831) 464-8342

5  *Attorneys for Plaintiff*

6  **HOLLINGSWORTH**LLP
   Martin C. Calhoun (*pro hac vice*)
7  (mcalhoun@hollingsworthllp.com)
   1350 I Street, NW
8  Washington, DC 20005
   Tel:  (202) 898-5800
9  Fax:  (202) 682-1639

10 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Moises Martinez v. Monsanto Company, et al.*, Case No. 3:19-cv-07174-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of this lawsuit (including all claims asserted by Plaintiff), with each party to bear his or its own attorneys' fees and costs.

1  DATED: March 31, 2022                    Respectfully submitted,

2
                                            */s/ Stuart D. Kirchick*
3                                           Stuart D. Kirchick (State Bar No. 144145)
                                            (sdkirchick@aol.com)
4                                           820 Bay Avenue, Suite 248
                                            Capitola, CA  95010
5                                           Tel:  (831) 464-8340
                                            Fax: (831) 464-8342
6
                                            *Attorneys for Plaintiff*
7

8                                           /s/ *Martin C. Calhoun*
                                            Martin C. Calhoun (*pro hac vice*)
9                                           (mcalhoun@hollingsworthllp.com)
                                            HOLLINGSWORTHLLP
10                                          1350 I Street, NW
                                            Washington, DC 20005
11                                          Tel:  (202) 898-5800
                                            Fax:  (202) 682-1639
12
                                            *Attorneys for Defendant Monsanto Company*
13

14
                                  **ATTESTATION**
15
       Pursuant to Civil Local Rule 5-1, I, Martin Calhoun, attest that the signatory listed above,
16
and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.
17

18                                          /s/ *Martin C. Calhoun*
                                            Martin C. Calhoun (*pro hac vice*)
19                                          HOLLINGSWORTHLLP

20                                          *Attorneys for Defendant Monsanto Company*

21

22

23

24

25

26

27

28