UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GILMORE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MONSANTO COMPANY,<br><br>　　　　　Defendant. | MDL No. 2741<br><br>Case No. 3:21-cv-08159<br><br>**DECLARATION OF JOHN J. ROSENTHAL IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF CLASS FOR PURPOSES OF SETTLEMENT** |

　　　　I, John J. Rosenthal, hereby declare:

　　　　1.　　I am a partner of the firm Winston & Strawn LLP and counsel for Defendant Monsanto Company in this action. I am also counsel for Monsanto in *Tomlinson v. Monsanto Co.*, No. 1916-cv22788 (Mo. Cir. Ct., Jackson Cnty.). I submit this declaration in further support Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Certification of Class for Purposes of Settlement (Dkt. No. 94).

　　　　2.　　Between the time the *Tomlinson* action was filed and the date this action was mediated, the *Tomlinson* plaintiffs served one set of requests for production of documents and one set of interrogatories. The "five sets of written discovery requests" that the *Tomlinson* plaintiffs reference in their brief in opposition to preliminary approval appear to include two additional sets of requests for production and one additional set of interrogatories that were served in late April and mid-May 2021.

　　　　3.　　The vast majority of the documents Monsanto produced in *Tomlinson* were comprised of (1) product labels; (2) sales data; (3) scientific studies; and (4) documents from the

custodial files of six toxicologists employed by Monsanto, which were also produced to counsel in the MDL.

4. Attached hereto as **Exhibit A** is a true and correct copy of Order, *Tomlinson et al. v. Monsanto Co.* No. 1916-CV22788(Mo. Cir. Ct., Jackson Cnty., Aug. 31, 2020).

Executed this 31st day of March, 2022, in Washington, D.C.

*/s/ John J. Rosenthal*
John J. Rosenthal