**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*
*Bayer Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Alaine Carter v. Monsanto Company, Inc. and Bayer Corporation,* <br> Case No. 3:22-cv-01655-VC | |

### **BAYER CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bayer Corporation makes the following disclosures:

1. Bayer Corporation is an indirect, wholly-owned subsidiary of Bayer AG.
2. Bayer AG is a publicly held corporation.

DATED: April 1, 2022.                    Respectfully submitted,

                                                               SHOOK, HARDY & BACON L.L.P.

                                                                BY: */s/ Jennise W. Stubbs*
                                                                      Jennise W. Stubbs
                                                                      600 Travis Street, Suite 3400
                                                                      Houston, TX 77002-2926
                                                                      Telephone:   (713) 227-8008
                                                                      Facsimile:    (713) 227-9508
                                                                      Email:          jstubbs@shb.com

                                                                     *Attorneys for Defendant*
                                                                      *BAYER CORPORATION*

## CERTIFICATE OF SERVICE

I certify that on the 1st day of April, 2022, I electronically transmitted the foregoing **BAYER CORPORATION'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs