John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Adams, John*<br>Cause No. 21-cv-61074<br>(N.D. Cal) | |

**MONSANTO COMPANY'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

Defendant Monsanto Company ("Monsanto") files this motion to dismiss for Plaintiff's failure to prosecute his litigation.

## BACKGROUND

In May 2021, Plaintiff John Adams filed a lawsuit against Monsanto, regarding Roundup exposure, in the United States District Court Southern District of Florida. (Exhibit A.)  Plaintiff's case was transferred into the Multi-District Litigation in June 2021. (Exhibit B.)  In October 2021, Plaintiff's counsel filed a Motion For Leave to Withdraw as Counsel  because: "[i]rreconcilable differences have arisen between Justice Law and Plaintiff John Adams that make it impossible for

Justice Law to continue to represent his interests in this matter." (ECF No. 14042; Exhibit C.) On November 16, 2021, the Court granted the motion. (ECF No. 14206; Exhibit D.) Importantly, the Court ordered Plaintiff to "file a letter indicating whether he intends to continue to pursue this lawsuit by December 14, 2021" and that "[a]bsent a timely response, the case will be dismissed without prejudice under Rule 41(b) for failure to prosecute." (*Id.*).

Plaintiff failed to file a letter of intent, and has since been inactive in this litigation. As a result, Monsanto brings this Motion to Dismiss.

**ARGUMENT**

Under Federal Rule of Civil Procedure 41(b), a defendant may move to dismiss a lawsuit "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order." Courts routinely dismiss cases for failure to prosecute where plaintiffs are unresponsive to court orders. *See, e.g.*, *Lama v. New Century Found.*, 5:19-CV-07218-EJD, 2020 WL 9422394, at *1 (N.D. Cal. Mar. 26, 2020) (dismissing case for failure to prosecute for failure to respond to court order); *Starcrowd Corp. v. Kane*, 18-CV-06675-LHK, 2019 WL 3368893, at *1 (N.D. Cal. May 16, 2019) (dismissing case for failure to prosecute for failure to respond to court order); *Campbell v. Breen*, 14-CV-02169-JST, 2015 WL 295021, at *1 (N.D. Cal. Jan. 21, 2015) (dismissing case for failure to respond to order to show cause why case should not be dismissed for failure to prosecute); *Castellanos v. Countrywide Bank NA*, 15-CV-00896-BLF, 2015 WL 5243327, at *1 (N.D. Cal. Sept. 8, 2015) (dismissing case for failure to prosecute for failure to respond to court order); *Dixon v. Phillips*, C-03-3640 VRW, 2004 WL 114973, at *1 (N.D. Cal. Jan. 14, 2004) (dismissing cause under Rule 41 for failure to respond to order to show cause why the case should not be dismissed for failure to prosecute).

Here, the Court ordered Plaintiff to file a letter "indicating whether he intends to continue to pursue this lawsuit by December 14, 2021" and explicitly warned if he fails to do so, the "case ***will***

2

Defendant's Motion to Dismiss For Failure to Prosecute, MDL No. 2741

*be dismissed* without prejudice." (Emphasis added.) Plaintiff has had more than enough time to be compliant with the Court's Order. His failure to comply should result in dismissal.

## CONCLUSION

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss Plaintiff for failure to prosecute his case.

Dated:  April 1, 2022

> Respectfully submitted,
>
> SHOOK, HARDY & BACON L.L.P.
>
> By: */s/ John L. Ackley*
> John L. Ackley
> Texas Bar No. 24108036
> E-mail:  jackley@shb.com
> 600 Travis, Suite 3400
> Houston, Texas 77002-2926
> Telephone:  713-227-8008
> Fax:  713-227-9508
>
> ***Attorney for Defendant,***
> ***MONSANTO COMPANY***

**CERTIFICATE OF SERVICE**

      I, John Ackley, hereby certify that on April 1, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                  */s/ John L. Ackley*
                                                  John L. Ackley

Defendant's Motion to Dismiss For Failure to Prosecute, MDL No. 2741