# Exhibit C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *John Adams v. Monsanto Company, et al.* Case No.: 3:21-cv-04466-VC | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 11-5, Justice Law, by and through the undesigned attorney, Cam Justice, moves the Court to grant leave to withdraw as attorney of record on behalf of Plaintiff John Adams in the above-captioned case. The grounds for this Motion, are as follows:

1. Irreconcilable differences have arisen between Justice Law and Plaintiff John Adams that make it impossible for Justice Law to continue to represent his interests in this matter.

2. This Motion is not accompanied by a simultaneous appearance of substitute counsel or agreement of Plaintiff John Adams to appear *pro se*. Therefore, counsel request that papers continue to be served on counsel for forwarding purposes, unless and until Plaintiff John Adams appears by other counsel or pro se.

        JUSTICE LAW
        ***Attorneys for Plaintiff(s)***
        8551 West Sunrise Boulevard, Suite 300
        Plantation, FL  33322
        T: 954-515-5656
        F: 954-515-5657
        E: justicepleadings@justiceinjurylawyer.com

By:    */s/ Cam F. Justice*
           CAM F. JUSTICE
           Fla. Bar No. 119105
           ADAM D. BREIT
           Fla. Bar No. 102541

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the above and foregoing was electronically filed and E-served with the Clerk of the Court by using the Pacer/CM/ECF Courts e-Portal sent via E-mail transmission this 19th day of October 2021.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
|---|---|
| This document relates to: *John Adams v. Monsanto Company, et al.* Case No.: 3:21-cv-04466-VC | Case No. 3:16-md-02741-VC |

**[PROPOSED] ORDER**

Before the Court is the Motion to Withdraw of Cam F. Justice as Attorney of Record for Plaintiff John Adams filed herein. Having considered said Motion and the applicable law, the Court finds that the Motion should be granted.

IT IS THEREFOR ORDERED that the Motion to Withdraw of Cam F. Justice as Attorney of Record for Plaintiff is hereby **GRANTED**, and that Cam F. Justice is withdrawn as counsel of record herein for Plaintiff John Adams.

Papers shall continue to be served on counsel for forwarding purposes, until Plaintiff John Adams appears by other counsel or pro se.

Date: _____                        _____
                                                Honorable Vince Chhabria
                                                United States District Court