## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master Docket Case No. 3:16-md-02741-VC<br>MDL No. 2741 |
| THIS DOCUMENT RELATES TO:<br>*David and Tina Culp v. Monsanto Company, et. al.* | **JUDGE VINCE CHHABRIA** |
| Individual Case No. 4:20-cv-00463-SNLJ | **SUGGESTION OF DEATH** |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1) and Federal Rule of Civil Procedure 25(a)(2), counsel for Plaintiff David A. Culp files this Suggestion of Death upon the Record. Plaintiff David A. Culp passed away from a nontraumatic chronic subdural hemorrhage resulting from treatment for his lymphoma. A Motion for Substitution of Parties is being filed contemporaneously for the surviving spouse and co-plaintiff, Christina "Tina" E. Culp, individually and to take the place of David A. Culp for his claims that survive his passing.

Dated:  March 29, 2022             Respectfully Submitted,

**MCCUNE WRIGHT AREVALO, LLP**

    */s/ Kristy M. Arevalo*
Kristy M. Arevalo, Esq.
**MCCUNE, WRIGHT, AREVALO, LLP**
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
Tel:     (909) 557-1250
Fax:    (909) 557-1275
Email: kma@mccunewright.com

*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

      I, Kristy Arevalo, hereby certify that on March 29, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

      */s/ Kristy M. Arevalo*
      Kristy M. Arevalo