# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**JUDGE: VINCE CHHABRIA** |
| THIS DOCUMENT RELATES TO:<br>*David and Tina Culp v. Monsanto Company, et. al.*<br><br>Individual Case No. 4:20-cv-00463-SNLJ | **MOTION TO SUBSTITUTE PARTY** |

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, David A. Culp, respectfully moves this Court to substitute Christina "Tina" E. Culp, as the surviving spouse of David A. Culp, deceased, pursuant to Rule 25 of the Federal Rules of Civil Procedure.

1. David A. Culp passed away on October 11, 2021 (*see* Exhibit A.)

2. David A. Culp died intestate and does not have any descendants.

3. Christina "Tina" E. Culp is the proper party to make this suggestion because she is David A. Culp's surviving spouse, who has a right to pursue a wrongful death action against Defendants. 740 ILL. COMP. STAT. 180/27-6 (2017).

4. David A. Culp's action against Defendants survives his death and is not extinguished. 755 ILL. COMP. STAT. 5/27-6 (1982).

5. The present action is now a survival action pursuant to F.R.C.P. 25(a)(1) and a continuing loss of consortium action pursuant to F.R.C.P. 25(a)(2).

6. Christina "Tina" E. Culp, the surviving spouse of David A. Culp, moves to be substituted as the sole Plaintiff in the present action on behalf of David A. Culp and Tina Culp.

7. No party will be prejudiced by this amendment, and it serves the needs of justice.

8. Therefore, Plaintiff requests that this Court enter an Order substituting Christina "Tina" E. Culp in place of David A. Culp. The Plaintiff caption is requested to be amended as follows: "Tina Culp, individually and on behalf of David A. Culp, deceased."

WHEREFORE, Counsel for Plaintiff, David A. Culp, requests the Court grant Plaintiff's Motion to Substitute Christina "Tina" E. Culp, in place of David A. Culp.

Dated: March 29, 2022

Respectfully Submitted,
**MCCUNE, WRIGHT, AREVALO, LLP**

By: */s/ Kristy M. Arevalo*
Kristy M. Arevalo, Esq.
**MCCUNE, WRIGHT, AREVALO, LLP**
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
Tel:   (909) 557-1250
Fax:   (909) 557-1275
Email: kma@mccunewright.com

*Attorney for Plaintiff*

## **CERTIFICATION**

I hereby certify that on this 29th day March 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kristy M. Arevalo*
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**JUDGE: VINCE CHHABRIA** |
| THIS DOCUMENT RELATES TO:<br>*David and Tina Culp v. Monsanto Company, et. al.*<br><br>Individual Case No. 4:20-cv-00463-SNLJ | **ORDER** |

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Christina "Tina" E. Culp, individually and on behalf of Plaintiff David A. Culp, deceased, in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED**.

Dated: _____

                                                          Hon. Vince Chhabria
                                                          United States District Court Judge