# EXHIBIT A

**ALTON CITY CLERKS OFFICE**
**ALTON, ILLINOIS**
**MEDICAL CERTIFICATE OF DEATH**

STATE FILE NUMBER   2021 0090907        MEDICAL EXAMINER'S CASE NUMBER   2021-2294        DATE ISSUED   10/15/2021

| DECEDENT'S LEGAL NAME | SEX | DATE OF DEATH |
|---|---|---|
| DAVID ALAN CULP | MALE | OCTOBER 11, 2021 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| MADISON | 72 YEARS | JULY 01, 1949 |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| ALTON | RIVER CROSSING OF ALTON |

PLACE OF DEATH
NURSING HOME / LONG TERM CARE FACILITY

| BIRTHPLACE | SOCIAL SECURITY NUMBER | STATUS AT TIME OF DEATH | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| ALTON, IL | 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 | MARRIED | CHRISTINA  KING | NO |

| RESIDENCE | APT. NO. | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| 717 LINDEN STREET | | ALTON | YES |

| COUNTY | STATE | ZIP CODE | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION |
|---|---|---|---|---|
| MADISON | IL | 62002 | RALPH THOMAS CULP | IZELLA UNTERBRINK |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| CHRISTINA  CULP | WIFE | 717 LINDEN STREET, ALTON, IL, 62002 |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| CREMATION | GODFREY CREMATORY | GODFREY, IL | OCTOBER 15, 2021 |

FUNERAL HOME
ELIAS KALLAL & SCHAAF FUNERAL HOME, 2521 EDWARDS STREET, ALTON, IL, 62002

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| MARTIN T ARNOLD | 034014547 |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| CHERYL L INGLE | OCTOBER 15, 2021 |

**CAUSE OF DEATH** — PART I.   NONTRAUMATIC CHRONIC SUBDURAL HEMORRHAGE

| | | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. | | UNKNOWN   UNKNOWN |
| | b. | Due to (or as a consequence of): | |
| | c. | Due to (or as a consequence of): | |
| | | Due to (or as a consequence of): | |

PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I.

| | WAS AN AUTOPSY PERFORMED?   NO |
|---|---|
| | WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH?   N/A |

| FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|
| NOT APPLICABLE | NATURAL |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|
| | | | |

LOCATION OF INJURY

| DESCRIBE HOW INJURY OCCURRED: | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|
| | |

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED?   YES | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| NO | UNKNOWN | | | 05:55 PM |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| PHYSICIAN | OCTOBER 14, 2021 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| EDWARDO MARTINEZ BARRIOS MD, 16 EXECUTIVE DRIVE, FAIRVIEW HEIGHTS, ILLINOIS, 62208 | 036114207 |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Cheryl L. Ingle*

Cheryl L. Ingle
Alton City Clerk

THE WORD VOID APPEARS WHEN PHOTOCOPIED

HOLD UP TO LIGHT TO VERIFY TRUE WATERMARK

ILLINOIS DEATH CERTIFICATE

CITY OF ALTON ILLINOIS   EXCELSIOR   1837

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE