Randall K. Rathbun KS #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com

# UNITED STATES COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:    ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to: | ) ) ) |
| *Frank Toman and Judy Toman v. Monsanto Co.,* Case No. 3:21-cv-3416-CV | ) ) ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter comes before the Court by agreement of the parties. Plaintiffs Frank Toman and Judy Toman appear by and through their counsel of record, Randall K. Rathbun of Depew Gillen Rathbun & McInteer LC. Defendant Monsanto Co. appears by and through its counsel of record, Jennise W. Stubbs of Shook Hardy & Bacon, LLP.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs

APPROVED:

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun KS Bar 09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Plaintiffs*

SHOOK HARDY & BACON LLP

/s/Jennise W. Stubbs
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
(713) 227-8008
jstubbs@shb.com
*Attorneys for Defendant*