UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **PRETRIAL ORDER NO. 276: REGARDING APPEARANCES AT THE HEARING ON THE MOTION FOR PRELIMINARY APPROVAL** |
| *Gilmore v. Monsanto Co.*, Case No. 3:21-cv-08159 | Re: Dkt. No. 14486 |

The Court has received a number of inquiries about participating in oral argument at the hearing on the motion for preliminary approval on April 14, 2022. In addition to counsel for the plaintiffs and the proposed class, anyone who has filed an opposition brief to the motion and has not since withdrawn that opposition will be permitted to participate in oral argument.

Everyone wishing to participate in oral argument, including counsel for the plaintiffs, proposed class, and defendants, must email VCCRD@cand.uscourts.gov and identify: (1) the name of the attorney who will be participating; (2) who that attorney represents; and (3) the docket number of the relevant brief. Anyone who has already emailed the courtroom deputy must re-email, following the guidelines of this order. All emails must be sent by April 7, 2022, at 10:00 a.m. Failure to send an email by this time could result in denial of the right to appear.

**IT IS SO ORDERED.**

Dated: April 5, 2022

_____

VINCE CHHABRIA
United States District Judge