| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M Street, NW, 10th Floor<br>Washington, DC 20036<br>Tel:  202-847-4030<br>Fax: 202-847-4005 | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>William Hoffman (*pro hac vice*)<br>(william.hoffman@arnoldporter.com)<br>Daniel S. Pariser (*pro hac vice*)<br>(daniel.pariser@arnoldporter.com)<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Tel:  202-942-5000<br>Fax: 202-942-5999 |

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax: 202-682-1639

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Robert Ramirez, et al. v. Monsanto Company, et al.*, Case No. 3:19-cv-02224-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DEFENDANT MONSANTO'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:        May 12, 2022<br>Time:       10:00 a.m.<br>Courtroom:  4 |

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION TO DISMISS**

Plaintiff Dexter Owens's opposition does not dispute the critical legal principle underlying Monsanto's motion: California does not recognize medical monitoring as an independent cause of action.

Instead, Plaintiff devotes his opposition to stressing that in certain circumstances medical monitoring may be an appropriate *remedy* for a tort claim. Plaintiff then attempts to rewrite his complaint. He does not contest that he pled Count V of his Complaint as a stand-alone cause of action for medical monitoring. Rather, he simply asks the Court to "not strike the allegations contained within Count V, which support the California-approved *remedy* of medical monitoring for the torts found in Counts 1 through 3." Plf's Opposition to Def's Motion to Dismiss, Dkt. 105, at 5 (emphasis added).

Plaintiff's concessions are dispositive. Monsanto disputes whether Plaintiff – who alleges that he used Roundup® for a single one-month period in 2017, Third Amended Complaint ¶ 11 – has any entitlement to the remedy of medical monitoring. But that issue may be resolved after discovery. The sole issue presented by this motion on the pleadings is that, as written, Count V pleads medical monitoring as an independent cause of action. No such cause of action exists under California law. For this reason, the Court should dismiss Plaintiff's stand-alone medical monitoring claim with prejudice.

| | |
|---|---|
| DATED: April 7, 2022 | Respectfully submitted, |
| | /s/ *Brian L. Stekloff* |
| William Hoffman (*pro hac vice*) | Brian L. Stekloff (*pro hac vice*) |
| (william.hoffman@arnoldporter.com) | (bstekloff@wilkinsonstekloff.com) |
| Daniel S. Pariser (*pro hac vice*) | Rakesh Kilaru (*pro hac vice*) |
| (daniel.pariser@arnoldporter.com) | (rkilaru@wilkinsonstekloff.com) |
| ARNOLD & PORTER KAYE SCHOLER LLP | WILKINSON STEKLOFF LLP |
| 601 Massachusetts Avenue, NW | 2001 M Street, NW, 10th Floor |
| Washington, DC 20001 | Washington, DC 20036 |
| Tel: 202-942-5000 | Tel: 202-847-4030 |
| Fax: 202-942-5999 | Fax: 202-847-4005 |

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH  LLP
1350 I Street, NW
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

By:  /s/ Brian L. Stekloff