UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *David Seleroe v. Monsanto Company*, <br> Case No. 3:21-cv-09840-VC | **STIPULATED MOTION TO AMEND CAPTION** |

COMES NOW, Plaintiff David Seieroe, and prays this Court for an Order amending and reforming the caption in this action to reflect the proper spelling of his name, and ordering the clerk to correct the Court's records accordingly.

In support of this Motion, Plaintiff would show the Court that his name is David Seieroe, but that his pleadings have been captioned under the name David *Seleroe*. Plaintiff would further show that this Motion is solely intended to correct this error, and that such amendment and reformation is in the interest of justice and will not unduly delay the proceedings.

WHEREFORE, Plaintiff prays for an Order amending and reforming the caption in this action to reflect the proper spelling of his name, "David Seieroe," and ordering the clerk to correct the Court's records accordingly.

DATED this 7th of April, 2022.

DAVID SEIEROE, Plaintiff


By: ___/s/ Natalie Hein_____
NATALIE HEIN, #AT0012790
WELCH LAW FIRM, P.C.
1299 FARNAM ST., SUITE 1220
OMAHA, NE  68102
(402) 341-1200

MOTION TO AMEND CAPTION
3:16-md-02741-VC & 3:21-cv-09840-VC

(402) 341-1515 (FAX)
natalie@welchlawfirm.com

Approved as to form:

/s/ Martin C. Calhoun
Martin C. Calhoun
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
mcalhoun@hollingsworthllp.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was forwarded by e-mail this 7th day of April 2022, to the following persons:

Martin C. Calhoun
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
mcalhoun@hollingsworthllp.com