UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*David Seleroe v. Monsanto Company*,<br>Case No. 3:21-cv-09840-VC | **ORDER AMENDING CAPTION** |

THIS MATTER having come before the Court on the Plaintiff's Stipulated Motion to Amend Caption, and the Court being fully advised in the premises:

The Court finds, pursuant to the parties' stipulation, that amending this case's caption to reflect the proper spelling of Plaintiff's name is in the interest of justice and will not unduly delay proceedings.

IT IS THEREFORE ORDERED that the caption to this Case be amended and reformed to reflect the proper spelling of Plaintiff's name, "David Seieroe." The Plaintiff's name will be listed as "David Seieroe" on all future pleadings, and the clerk shall amend the records accordingly.

DATED this _7_ day of April, 2022.

_____

Hon. Vince Chhabria, District Judge

Prepared and Submitted by:

\_\_\_/s/ Natalie Hein\_\_\_

NATALIE HEIN, #AT0012790
WELCH LAW FIRM, P.C.
1299 FARNAM ST., SUITE 1220
OMAHA, NE  68102
(402) 341-1200
(402) 341-1515 (FAX)
natalie@welchlawfirm.com