# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**JUDGE: VINCE CHHABRIA** |
| THIS DOCUMENT RELATES TO:<br>*David and Tina Culp v. Monsanto Company, et. al.*<br><br>Individual Case No. 4:20-cv-00463-SNLJ | **ORDER** |

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Christina "Tina" E. Culp, individually and on behalf of Plaintiff David A. Culp, deceased, in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED**.

Dated: April 7, 2022

Hon. Vince Chhabria
United States District Court Judge

4