# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case Number: 16-md-02741-VC |
| This document relates to: | |
| *Gilberto P. Cantu and Maria Cantu v. Monsanto, Co.* Case No. 3:19-CV-08036-VC | [~~PROPOSED~~] ORDER RE: GRANTING UNOPPOSED MOTION TO ASSIGN CASE TO WAVE VI |

Plaintiffs' motion to assign their case to Wave VI is granted.

IT IS SO ORDERED.

Date: ___April 7_____, 2022

_____
HONORABLE VINCE CHHABRIA
United States District Judge