UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**JUDGE: VINCE CHHABRIA** |
| THIS DOCUMENT RELATES TO:<br>*Curtiss John Thelen v. Monsanto Company, et. al.*<br><br>Individual Case No. 4:20-cv-00061-NAB | **ORDER** |

**ORDER**

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Todd Michael Thelen, individually and as personal representative for the estate of Curtiss John Thelen, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED**.

Dated: April 7, 2022

Hon. Vince Chhabria
United States District Court Judge

4