George W. Healy, IV, HEALY & JORDAN PLLC
1323 28TH Ave., Ste A, Gulfport, MS  39501
228-575-4005 /Fax 228-575-4006
gwhealyiv@aol.com
*Attorney for Plaintiffs*
*CHARLES TROBONA and DEBBIE TROBONA*

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to: *Charles Trobona and Debbie Trobona v. Monsanto Co. et al.,* Case No. 3:19-CV-07234-vc | ) **NOTICE OF CHANGE OF FIRM NAME** ) ) ) ) ) ) |

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the law firm of George W. Healy IV & Associates has changed its firm name to

Healy & Jordan, PLLC, effective immediately. The remainder of the address is unchanged. As a result, the address

of the firm's office is now:

HEALY & JORDAN, PLLC
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005 - Telephone
228-575-4006 – Facsimile

Please update your records to reflect this change.

Dated this  8 April 2022.

/s/ George W. Healy, IV

George W. Healy, IV
LA Bar Roll #14991/MS Bar Roll #2154
ALBERT R. JORDAN, IV
LA Bar Roll #39599/MS Bar Roll # 102513
HEALY & JORDAN, PLLC
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005 - Telephone
228-575-4006 – Facsimile
*Attorneys for Plaintiffs*
*CHARLES TROBONA AND DEBBIE TROBONA*

**CERTIFICATE OF SERVICE**

I, George W. Healy, IV, hereby certify that, on April 8, 2022, I electronically filed NOTICE OF FIRM NAME CHANGE with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: April 8, 2022.                    Respectfully submitted,

/s/ George W. Healy, IV

George W. Healy, IV
LA Bar Roll #14991/MS Bar Roll #2154
ALBERT R. JORDAN, IV
LA Bar Roll #39599/MS Bar Roll # 102513
HEALY & JORDAN, PLLC
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005 - Telephone
228-575-4006 – Facsimile
*Attorneys for Plaintiffs*
*CHARLES TROBONA AND DEBBIE TROBONA*