1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:    (713) 227-9508
4  Email:          jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                                            UNITED STATES DISTRICT COURT

7                                            NORTHERN DISTRICT OF CALIFORNIA

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
9

10 | This document relates to: | |
   |---|---|
11 | | |
   | *Leslie Greenwald v. Monsanto Company,* | |
12 | Case No. 3:22-cv-01135-VC | |

13
                        **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**
14
          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company
15
   ("Monsanto") makes the following disclosures:
16
          1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
17
          2.     Bayer AG is a publicly held corporation.
18

19 DATED: April 8, 2022                          Respectfully submitted,

20                                               SHOOK, HARDY & BACON L.L.P.

21                                               BY: */s/ Jennise W. Stubbs*
22                                                     Jennise W. Stubbs
                                                       600 Travis Street, Suite 3400
23                                                     Houston, TX 77002-2926
                                                       Telephone:   (713) 227-8008
24                                                     Facsimile:    (713) 227-9508
                                                       Email:          jstubbs@shb.com
25
26                                               *Attorneys for Defendant*
                                                 *MONSANTO COMPANY*
27

28

---

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC  &  3:22-cv-01135-VC

# CERTIFICATE OF SERVICE

I certify that on the 8th day of April, 2022, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

>                /s/Jennise W. Stubbs
> Jennise W. Stubbs