**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*JOHN EDWARD COE and HEATHER NICOLE COE, husband and wife and their marital community v. Monsanto Co.,*<br>Case No. 3:22-cv-01949-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED: April 8, 2022                          Respectfully submitted,

                                              SHOOK, HARDY & BACON L.L.P.

                                              BY: */s/ Jennise W. Stubbs*
                                                    Jennise W. Stubbs
                                                    600 Travis Street, Suite 3400
                                                    Houston, TX 77002-2926
                                                    Telephone:   (713) 227-8008
                                                    Facsimile:    (713) 227-9508
                                                    Email:          jstubbs@shb.com

                                              *Attorneys for Defendant*
                                              *MONSANTO COMPANY*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC   &   3:22-cv-01949-VC

## CERTIFICATE OF SERVICE

I certify that on the 8th day of April, 2022, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs