Ellen N. Adler (SBN 235534)
Amanda J. Wiesner (SBN 304937)
**ADLER LAW GROUP, APLC**
402 W. Broadway, Suite 810
San Diego, CA 92101
Telephone: (619) 531-8700
*enadler@theadlerfirm.com*
*awiesner@theadlerfirm.com*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 02741 |
| This document relates to: | Case No. 16-md-02741-VC |
| See attachment of related cases. | **NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that Ellen Adler of Adler Law Group, APLC, hereby substitutes for E. Elliot Adler, who is no longer with this firm, in the attached referenced actions. E. Elliot Adler hereby withdraws as attorney of record for Plaintiffs. The undersigned requests removal of E. Elliot Adler from the notice list in this case and acknowledges that this will result in both paper and electronic notices being discontinued. Ms. Ellen N. Adler is now counsel of record for the attached reference plaintiffs, will now be responsible for this suit, and will now be the attorney to receive all communications from the Court and other parties at the address indicated below.

Dated: April 11, 2022                                    Respectfully submitted,

                                                         */s/ Ellen Adler*

                                                         **ADLER LAW GROUP, APLC**
                                                         Ellen N. Adler (Bar No. 235534)

Amanda J. Wiesner (Bar No. 304937)
402 W. Broadway, Ste. 810
San Diego, CA 92101
Tel: 619-531-8700
Fax: 619-342-9600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT TO NOTICE OF SUBSTITUTION OF COUNSEL
## RELATED CASES

1. Peggy Avery and James Avery v. Monsanto Company; Case No.: 3:19-cv-06182
2. Joseph Barnes v. Monsanto Company; Case No.: 3:19-cv-07884
3. Robert Bellinger v. Monsanto Company; Case No.: 3:19-cv-06062
4. Walter Cameron and Donna Cameron v. Monsanto Company; Case No.: 3:20-cv-01272
5. Siobhan Canney v. Monsanto Company; Case No.: 3:20-cv-00527
6. ESTATE OF MARY CATERINO, by and through her personal representative ANGELA CATERINO; and ANGELA CATERINO, surviving heir of Mary Caterino on behalf of all legal heirs of Mary Caterino v. Monsanto Company; Case No.: 3:21-cv-05972
7. Larry Christian and Holly Christian v. Monsanto Company; Case No.: 3:19-cv-07988
8. Billy Clapp v. Monsanto Company; Case No.: 3:20-cv-00499
9. Barbara Comeaux v. Monsanto Company; Case No.: 3:20-cv-03107
10. Lori Daigle v. Monsanto Company; Case No.: 3:20-cv-00589
11. Jack Delain and Elizabeth Delain v. Monsanto Company; Case No.: 3:20-cv-00500
12. Mark Delancellotti v. Monsanto Company; Case No.: 3:20-cv-00533
13. Gary Denson and Juanita Denson v. Monsanto Company; Case No.: 3:20-cv-00593
14. Odine D. Devers v. Monsanto Company; Case No.: 3:19-cv-07886
15. Steven Dresh and Sharon Dresh v. Monsanto Company; Case No.: 3:20-cv-00520
16. Charles Dyson and Linda Dyson v. Monsanto Company; Case No.: 3:20-cv-00501
17. John Dziewa v. Monsanto Company; Case No.: 3:20-cv-00626
18. Roger Fenton and Lori Fenton v. Monsanto Company; Case No.: 3:19-cv-06425
19. ESTATE OF ALAN FIELD, by and through its personal representative Rachel Field; and RACHEL FIELD, surviving child of Alan Field on behalf of all legal heirs of Alan Field v. Monsanto Company; Case No.: 3:20-cv-06777
20. Ellen Fisher v. Monsanto Company; Case No.: 3:21-cv-04474

21. George Flores v. Monsanto Company; Case No.: 3:20-cv-00597
22. Carolyn Gloudemans v. Monsanto Company; Case No.: 3:20-cv-00628
23. Priscilla Hall v. Monsanto Company; Case No.: 3:20-cv-00528
24. DONALD HAMEISTER, by and through his power of attorney, PAMELA HAMEISTER and PAMELA HAMEISTER v. Monsanto Company; Case No.: 3:20-cv-00429
25. Lamar Hancock and Sandra Hancock v. Monsanto Company; Case No.: 3:19-cv-06424
26. Sheldon Harrington v. Monsanto Company; Case No.: 3:20-cv-00428
27. Cindy Helton v. Monsanto Company; Case No.: 3:19-cv-07987
28. Robert Herod and Rochelle Herod v. Monsanto Company; Case No.: 3:20-cv-00629
29. Joshua Holmesly and Desiree Holmesly v. Monsanto Company; Case No.: 3:20-cv-00598
30. Elaine Izer v. Monsanto Company; Case No.: 3:20-cv-00502
31. Lori Jones and Don Jones v. Monsanto Company; Case No.: 3:20-cv-04837
32. Susan Kallaus and Lonnie Kallaus v. Monsanto Company; Case No.: 3:20-cv-00503
33. James Karl and Mary Karl v. Monsanto Company; Case No.: 3:20-cv-00504
34. Lyle Kelsey and Jane Kelsey v. Monsanto Company; Case No.: 3:20-cv-00596
35. Gordon King and Kathy King v. Monsanto Company; Case No.: 3:20-cv-00519
36. Tony Kinney v. Monsanto Company; Case No.: 3:20-cv-03075
37. Jerry Klein and Bonnye Klein v. Monsanto Company; Case No.: 3:20-cv-01273-VC
38. Cynthia Lahr and Don Lahr v. Monsanto Company; Case No.: 3:20-cv-00521
39. Catarina Lenig and David Lenig v. Monsanto Company; Case No.: 3:20-cv-00529
40. Robert Lewis and Catherine Lewis v. Monsanto Company; Case No.: 3:20-cv-00068
41. Susan Lewis v. Monsanto Company; Case No.: 3:19-cv-07885
42. Cheryl Lombardo v. Monsanto Company; Case No.: 3:20-cv-00505
43. Frank Lopiccolo v. Monsanto Company; Case No.: 3:20-cv-09290
44. Andrea A. Lucky v. Monsanto Company; Case No.: 3:20-cv-00534

45. Deborah Mardis and William Mardis v. Monsanto Company; Case No.: 3:20-cv-00522
46. Ernest Martinez and Linda Martinez v. Monsanto Company; Case No.: 3:20-cv-00592
47. James Masters, by and through his power of attorney ANNE MASTERS v. Monsanto Company; Case No.: 3:20-cv-00506
48. ESTATE OF THEODORE MATUSIK, by and through his personal representative NINA MATUSIK; and NINA MATUSIK, surviving spouse of Theodore Matusik on behalf of all legal heirs of Theodore Matusik v. Monsanto Company; Case No.: 3:21-cv-04476
49. Jerrell Mccathan v. Monsanto Company; Case No.: 3:20-cv-00523
50. Allan McDonald and Arleda McDonald v. Monsanto Company; Case No.: 3:20-cv-00507
51. Robert Miller and Brenda Miller v. Monsanto Company; Case No.: 3:20-cv-00530
52. Daniel Monroe v. Monsanto Company; Case No.: 3:20-cv-00427
53. Gary Mowles and Gladys Mowles v. Monsanto Company; Case No.: 3:19-cv-06410
54. Heather Murray v. Monsanto Company; Case No.: 3:20-cv-00625
55. Kurt Myers v. Monsanto Company; Case No.: 3:20-cv-00531
56. Kathy M. Opel v. Monsanto Company; Case No.: 3:20-cv-00067
57. Sharon Osborne, by and through her power of attorney LORNA OSBORNE v. Monsanto Company; Case No.: 3:20-cv-00431
58. ESTATE OF DELORIS MARIE PERSONETTE, by and through her personal representative MARC PERSONETTE; MARC PERSONETTE, surviving spouse of DELORIS PERSONETTE, MICHAEL PERSONETTE, and KEITH PERSONETTE v. Monsanto Company; Case No.: 3:20-cv-01673
59. Josef Pomerantz and Melissa Pomerantz v. Monsanto Company; Case No.: 3:20-cv-01827
60. Jacquelyn Purner v. Monsanto Company; Case No.: 3:20-cv-00432
61. Shawnkitta Redd and Douglas Redd v. Monsanto Company; Case No.: 3:20-cv-00508

62. Michael Ricken v. Monsanto Company; Case No.: 3:20-cv-00532
63. Robert Risher and Jeanette Risher v. Monsanto Company; Case No.: 3:20-cv-00595
64. Clyde P. Roy, Sr. and Phyllis A. Roy v. Monsanto Company; Case No.: 3:19-cv-05595
65. Harlan Rudolf and Cathlynn Rudolf v. Monsanto Company; Case No.: 3:20-cv-00524
66. Ramon Santiago v. Monsanto Company; Case No.: 3:20-cv-00509
67. Randy Schlupp and Laura Schlupp v. Monsanto Company; Case No.: 3:20-cv-00525
68. William Schroeder and Bonnie Schroeder v. Monsanto Company; Case No.: 3:20-cv-00526
69. David Schrum and Hope Schrum v. Monsanto Company; Case No.: 3:20-cv-00627
70. Deborah Shantzek v. Monsanto Company; Case No.: 3:19-cv-06409
71. Michael Smith and Mary Smith v. Monsanto Company; Case No.: 3:20-cv-00510
72. Corin Tegen and Sarah Tegen v. Monsanto Company; Case No.: 3:19-cv-07986
73. Rosita Ting, by and through her power of attorney ARLENE JULIUS v. Monsanto Company; Case No.: 3:20-cv-00511
74. Ramon Torres and Mary Torres v. Monsanto Company; Case No.: 3:20-cv-00512
75. Delano Tucker v. Monsanto Company; Case No.: 3:20-cv-00430
76. Emma Valverde and Jose Valverde v. Monsanto Company; Case No.: 3:19-cv-07985
77. John Van Meter v. Monsanto Company; Case No.: 3:20-cv-00513
78. Patricia Vandervelde v. Monsanto Company; Case No.: 3:20-cv-00590
79. Jo Wall v. Monsanto Company; Case No.: 3:20-cv-00594
80. Michael Walter v. Monsanto Company; Case No.: 3:21-cv-04470
81. Marlin Warner v. Monsanto Company; Case No.: 3:19-cv-06060
82. Terry Watts v. Monsanto Company; Case No.: 3:20-cv-00514
83. David Webber and Kathryn Webber v. Monsanto Company; Case No.: 3:20-cv-00515
84. Tracy West and Jennifer Kirk v. Monsanto Company; Case No.: 3:20-cv-00516
85. ESTATE OF STANLEY WILEY, by and through his personal representative Janice Wiley; and JANICE WILEY, surviving spouse of Stanley Wiley on behalf of all

    legal heirs of Stanley Wiley v. Monsanto Company; Case No.: 3:19-cv-02827

86. Mary Williams and Michael Williams v. Monsanto Company; Case No.: 3:20-cv-00517

87. Nancy Wojno v. Monsanto Company; Case No.: 3:20-cv-00066-VC

88. Anthony Young and Cynthia Young v. Monsanto Company; Case No.: 3:20-cv-00518

**CERTIFICATE OF SERVICE**

I, Ellen Adler, hereby certify that, on April 11, 2022, I electronically filed NOTICE OF SUBSTITUTION OF COUNSEL with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Ellen Adler*

Ellen Adler