1
2
3
4
5

Ellen N. Adler (SBN 235534)
Amanda J. Wiesner (SBN 304937)
**ADLER LAW GROUP, APLC**
402 W. Broadway, Suite 810
San Diego, CA 92101
Telephone: (619) 531-8700
*enadler@theadlerfirm.com*
*awiesner@theadlerfirm.com*

6

*Attorneys for Plaintiffs*

7
8
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

10
11
12
13
14

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 02741 |
| This document relates to: | Case No. 16-md-02741-VC |
| See attachment of related cases. | **NOTICE OF APPEARANCE BY ELLEN N. ADLER** |

15
16

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

17
18
19
20
21
22
23
24
25
26
27
28

PLEASE TAKE NOTICE that Ellen Adler of Adler Law Group, APLC, hereby enters an appearance as counsel for Plaintiffs Peggy Avery and James Avery; Joseph Barnes; Robert Bellinger; Walter Cameron and Donna Cameron; Siobhan Canney; The Estate of Mary Caterino by and through her personal representative Angela Caterino and Angela Caterino, surviving heir of Mary Caterino on behalf of all legal heirs of Mary Caterino; Larry Christian and Holly Christian; Billy Clapp; Barbara Comeaux; Lori Daigle; Jack Delain and Elizabeth Delain; Mark Delancellotti; Gary Denson and Juanita Denson; Odine D. Devers and David L. Devers; Steven Dresh and Sharon Dresh; Charles Dyson and Linda Dyson; John Dziewa; Roger Fenton and Lori Fenton; Estate of Alan Field, by and through its personal representative Rachel Field and Rachel Field, surviving child of Alan Field on behalf of all legal heirs of Alan Field; Ellen Fisher; George Flores; Carolyn T. Gloudemans; Priscilla Hall; Donald Hameister, by and through his power of attorney, Pamela Hameister and Pamela Hameister; Lamar Hancock and

Sandra Hancock; Sheldon Harrington; Cindy Helton; Robert Herod and Rochelle Herod; Joshua Holmesly and Desiree Holmesly; Elaine Izer; Lori Jones and Don Jones; Susan Kallaus and Lonnie Kallaus; James Karl and Mark Karl; Lyle Kelsey and Jane Kelsey; Gordon King and Kathy King; Tony Kinney; Jerry Klein and Bonnye Klein; Cynthia Lahr and Don Lahr; Catarina Lenig and David Lenig; Robert Lewis and Catherine Lewis; Susan Lewis; Cheryl Lombardo; Frank Lopiccolo; Andrea A. Lucky; Deborah Mardis and William Mardis; Ernest Martinez and Linda Martinez; James Masters by and through his power of attorney Anne Masters; Theodore Matusik, by and through his personal representative Nina Matusik; and Nina Matusik, surviving spouse of Theodore Matusik on behalf of all legal heirs of Theodore Matusik; Jerrell Mccathan; Allan McDonald and Arleda McDonald; Robert Miller and Brenda Miller; Daniel Monroe; Gary Mowles and Gladys Mowles; Heather Murray; Kurt Myers; Kathy M. Opel; Sharon Osborne, by and through her power of attorney Lorna Osborne; Estate of Deloris Marie Personette, by and through her personal representative Marc Personette; Marc Personette, surviving spouse of Deloris Personette, Michael Personette, and Keith Personette; Josef Pomerantz and Melissa Pomerantz; Jacquelyn Purner; Shawnkitta Redd and Douglas Redd; Michael Ricken; Robert Risher and Jeanette Risher; ClydeP. Roy, Senior and Phyllis A. Roy; Harlan Rudolf and Cathlynn Rudolf; Ramon Santiago; Randy Schlupp and Laura Schlupp; William Schroeder and Bonnie Schroeder; David Schrum and Hope Schrum; Deborah Shantzek; Michael Smith and Mary Smith; Corin Tegen and Sarah Tegen; Rosita Ting, by and through her power of attorney Arlene Julius; Ramon Torres and Mary Torres; Delano Tucker; Emma Valverde and Jose Valverde; John Van Meter; Patricia Vandervelde; Jo Wall; Michael Walter; Marlin Warner; Terry Watts; David Webber and Kathryn Webber; Tracy West and Jennifer Kirk; Estate of Stanley Wiley, by and through his personal representative Janice Wiley, and Janice Wiley, surviving spouse of Stanley Wiley on behalf of all legal heirs of Stanley Wiley; Mary Williams and Michael Williams; Nancy Wojno; Anthony Young and Cynthia Young.   Please serve said counsel with all pleadings and notices in this action.

Ellen N. Adler (SBN 235534)

ADLER LAW GROUP, APLC

402 W. Broadway, Suite 810

San Diego, CA 92101

Telephone: (619) 531-8700

enadler@theadlerfirm.com


Dated: April 11, 2022

Respectfully submitted,

*/s/ Ellen Adler*

**ADLER LAW GROUP, APLC**
Ellen N. Adler (Bar No. 235534)
402 W. Broadway, Ste. 810
San Diego, CA 92101
Tel:  619-531-8700
Fax:  619-342-9600

**ATTACHMENT TO NOTICE OF APPEARANCE BY ELLEN N. ADLER**

**RELATED CASES**

1.  Peggy Avery and James Avery v. Monsanto Company; Case No.: 3:19-cv-06182

2.  Joseph Barnes v. Monsanto Company; Case No.: 3:19-cv-07884

3.  Robert Bellinger v. Monsanto Company; Case No.: 3:19-cv-06062

4.  Walter Cameron and Donna Cameron v. Monsanto Company; Case No.: 3:20-cv-01272

5.  Siobhan Canney v. Monsanto Company; Case No.: 3:20-cv-00527

6.  ESTATE OF MARY CATERINO, by and through her personal representative ANGELA CATERINO; and ANGELA CATERINO, surviving heir of Mary Caterino on behalf of all legal heirs of Mary Caterino v. Monsanto Company; Case No.: 3:21-cv-05972

7.  Larry Christian and Holly Christian v. Monsanto Company; Case No.: 3:19-cv-07988

8.  Billy Clapp v. Monsanto Company; Case No.: 3:20-cv-00499

9.  Barbara Comeaux v. Monsanto Company; Case No.: 3:20-cv-03107

10. Lori Daigle v. Monsanto Company; Case No.: 3:20-cv-00589

11. Jack Delain and Elizabeth Delain v. Monsanto Company; Case No.: 3:20-cv-00500

12. Mark Delancellotti v. Monsanto Company; Case No.: 3:20-cv-00533

13. Gary Denson and Juanita Denson v. Monsanto Company; Case No.: 3:20-cv-00593

14. Odine D. Devers v. Monsanto Company; Case No.: 3:19-cv-07886

15. Steven Dresh and Sharon Dresh v. Monsanto Company; Case No.: 3:20-cv-00520

16. Charles Dyson and Linda Dyson v. Monsanto Company; Case No.: 3:20-cv-00501

17. John Dziewa v. Monsanto Company; Case No.: 3:20-cv-00626

18. Roger Fenton and Lori Fenton v. Monsanto Company; Case No.: 3:19-cv-06425

19. ESTATE OF ALAN FIELD, by and through its personal representative Rachel Field; and RACHEL FIELD, surviving child of Alan Field on behalf of all legal heirs of Alan Field v. Monsanto Company; Case No.: 3:20-cv-06777

20. Ellen Fisher v. Monsanto Company; Case No.: 3:21-cv-04474

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21. George Flores v. Monsanto Company; Case No.: 3:20-cv-00597

22. Carolyn Gloudemans v. Monsanto Company; Case No.: 3:20-cv-00628

23. Priscilla Hall v. Monsanto Company; Case No.: 3:20-cv-00528

24. DONALD HAMEISTER, by and through his power of attorney, PAMELA
    HAMEISTER and PAMELA HAMEISTER v. Monsanto Company; Case No.: 3:20-
    cv-00429

25. Lamar Hancock and Sandra Hancock v. Monsanto Company; Case No.: 3:19-cv-
    06424

26. Sheldon Harrington v. Monsanto Company; Case No.: 3:20-cv-00428

27. Cindy Helton v. Monsanto Company; Case No.: 3:19-cv-07987

28. Robert Herod and Rochelle Herod v. Monsanto Company; Case No.: 3:20-cv-00629

29. Joshua Holmesly and Desiree Holmesly v. Monsanto Company; Case No.: 3:20-cv-
    00598

30. Elaine Izer v. Monsanto Company; Case No.: 3:20-cv-00502

31. Lori Jones and Don Jones v. Monsanto Company; Case No.: 3:20-cv-04837

32. Susan Kallaus and Lonnie Kallaus v. Monsanto Company; Case No.: 3:20-cv-00503

33. James Karl and Mary Karl v. Monsanto Company; Case No.: 3:20-cv-00504

34. Lyle Kelsey and Jane Kelsey v. Monsanto Company; Case No.: 3:20-cv-00596

35. Gordon King and Kathy King v. Monsanto Company; Case No.: 3:20-cv-00519

36. Tony Kinney v. Monsanto Company; Case No.: 3:20-cv-03075

37. Jerry Klein and Bonnye Klein v. Monsanto Company; Case No.: 3:20-cv-01273-VC

38. Cynthia Lahr and Don Lahr v. Monsanto Company; Case No.: 3:20-cv-00521

39. Catarina Lenig and David Lenig v. Monsanto Company; Case No.: 3:20-cv-00529

40. Robert Lewis and Catherine Lewis v. Monsanto Company; Case No.: 3:20-cv-00068

41. Susan Lewis v. Monsanto Company; Case No.: 3:19-cv-07885

42. Cheryl Lombardo v. Monsanto Company; Case No.: 3:20-cv-00505

43. Frank Lopiccolo v. Monsanto Company; Case No.: 3:20-cv-09290

44. Andrea A. Lucky v. Monsanto Company; Case No.: 3:20-cv-00534

45. Deborah Mardis and William Mardis v. Monsanto Company; Case No.: 3:20-cv-00522

46. Ernest Martinez and Linda Martinez v. Monsanto Company; Case No.: 3:20-cv-00592

47. James Masters, by and through his power of attorney ANNE MASTERS v. Monsanto Company; Case No.: 3:20-cv-00506

48. ESTATE OF THEODORE MATUSIK, by and through his personal representative NINA MATUSIK; and NINA MATUSIK, surviving spouse of Theodore Matusik on behalf of all legal heirs of Theodore Matusik v. Monsanto Company; Case No.: 3:21-cv-04476

49. Jerrell Mccathan v. Monsanto Company; Case No.: 3:20-cv-00523

50. Allan McDonald and Arleda McDonald v. Monsanto Company; Case No.: 3:20-cv-00507

51. Robert Miller and Brenda Miller v. Monsanto Company; Case No.: 3:20-cv-00530

52. Daniel Monroe v. Monsanto Company; Case No.: 3:20-cv-00427

53. Gary Mowles and Gladys Mowles v. Monsanto Company; Case No.: 3:19-cv-06410

54. Heather Murray v. Monsanto Company; Case No.: 3:20-cv-00625

55. Kurt Myers v. Monsanto Company; Case No.: 3:20-cv-00531

56. Kathy M. Opel v. Monsanto Company; Case No.: 3:20-cv-00067

57. Sharon Osborne, by and through her power of attorney LORNA OSBORNE v. Monsanto Company; Case No.: 3:20-cv-00431

58. ESTATE OF DELORIS MARIE PERSONETTE, by and through her personal representative MARC PERSONETTE; MARC PERSONETTE, surviving spouse of DELORIS PERSONETTE, MICHAEL PERSONETTE, and KEITH PERSONETTE v. Monsanto Company; Case No.: 3:20-cv-01673

59. Josef Pomerantz and Melissa Pomerantz v. Monsanto Company; Case No.: 3:20-cv-01827

60. Jacquelyn Purner v. Monsanto Company; Case No.: 3:20-cv-00432

61. Shawnkitta Redd and Douglas Redd v. Monsanto Company; Case No.: 3:20-cv-00508

62. Michael Ricken v. Monsanto Company; Case No.: 3:20-cv-00532

63. Robert Risher and Jeanette Risher v. Monsanto Company; Case No.: 3:20-cv-00595

64. Clyde P. Roy, Sr. and Phyllis A. Roy v. Monsanto Company; Case No.: 3:19-cv-05595

65. Harlan Rudolf and Cathlynn Rudolf v. Monsanto Company; Case No.:  3:20-cv-00524

66. Ramon Santiago v. Monsanto Company; Case No.: 3:20-cv-00509

67. Randy Schlupp and Laura Schlupp v. Monsanto Company; Case No.: 3:20-cv-00525

68. William Schroeder and Bonnie Schroeder v. Monsanto Company; Case No.: 3:20-cv-00526

69. David Schrum and Hope Schrum v. Monsanto Company; Case No.: 3:20-cv-00627

70. Deborah Shantzek v. Monsanto Company; Case No.: 3:19-cv-06409

71. Michael Smith and Mary Smith v. Monsanto Company; Case No.: 3:20-cv-00510

72. Corin Tegen and Sarah Tegen v. Monsanto Company; Case No.: 3:19-cv-07986

73. Rosita Ting, by and through her power of attorney ARLENE JULIUS v. Monsanto Company; Case No.: 3:20-cv-00511

74. Ramon Torres and Mary Torres v. Monsanto Company; Case No.: 3:20-cv-00512

75. Delano Tucker v. Monsanto Company; Case No.: 3:20-cv-00430

76. Emma Valverde and Jose Valverde v. Monsanto Company; Case No.: 3:19-cv-07985

77. John Van Meter v. Monsanto Company; Case No.: 3:20-cv-00513

78. Patricia Vandervelde v. Monsanto Company; Case No.: 3:20-cv-00590

79. Jo Wall v. Monsanto Company; Case No.: 3:20-cv-00594

80. Michael Walter v. Monsanto Company; Case No.: 3:21-cv-04470

81. Marlin Warner v. Monsanto Company; Case No.: 3:19-cv-06060

82. Terry Watts v. Monsanto Company; Case No.: 3:20-cv-00514

83. David Webber and Kathryn Webber v. Monsanto Company; Case No.: 3:20-cv-00515

84. Tracy West and Jennifer Kirk v. Monsanto Company; Case No.: 3:20-cv-00516

85. ESTATE OF STANLEY WILEY, by and through his personal representative Janice Wiley; and JANICE WILEY, surviving spouse of Stanley Wiley on behalf of all

legal heirs of Stanley Wiley v. Monsanto Company; Case No.: 3:19-cv-02827

86. Mary Williams and Michael Williams v. Monsanto Company; Case No.: 3:20-cv-00517

87. Nancy Wojno v. Monsanto Company; Case No.: 3:20-cv-00066-VC

88. Anthony Young and Cynthia Young v. Monsanto Company; Case No.: 3:20-cv-00518

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2022, I electronically filed NOTICE OF APPEARANCE BY ELLEN N. ADLER, with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.


*/s/ Ellen Adler*

Ellen Adler