SCHERN RICHARDSON FINTER, PLC
1640 S. Stapley Drive, Suite 132
Mesa, Arizona 85204
(480) 632-1929
Facsímile: (480) 632-1938
Email: courtdocs@srflawfirm.com
*Attorneys for Plaintiffs*
By:   John C. Sarager #322770

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>-------------------------------------------------------<br>This document relates to:<br><br>*Ted Sarager and Patti Sarager v. Monsanto Co.,*<br>Case No:  3:19-cv-07196-VC | MDL NO. 2741<br><br>CASE NO: 3:16-MD-02741-VC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Plaintiffs, Ted and Patti Sarager, hereby request pursuant to Fed. R. Civ. P. 41 (a)(2) that their claims matter be dismissed with prejudice as they have been fully resolved by settlement between the parties.

DATED this 11th day of April, 2022.

SCHERN RICHARDSON FINTER, PLC


By:/s/John C. Sarager
    John C. Sarager
    1640 S. Stapley Dr., Ste. 132
    Mesa, AZ 85204
    *Attorneys for Plaintiffs, Ted and Patti Sarager*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of April, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Heather Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
John Kalas (*pro hac vice*)
(jkalas@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004

Anthony Martinez (*pro hac vice*)
(amartinez@shb.com)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108


By: /s/ Ronnie Taxin_____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>--------------------------------------------------------<br>This document relates to:<br><br>*Ted Sarager and Patti Sarager v. Monsanto Co.,*<br>Case No: 3:19-cv-07196-VC | MDL NO. 2741<br><br>CASE NO: 3:16-MD-02741-VC<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |
|---|---|

    IT IS ORDERED dismissing all claims of Ted and Patti Sarager in the above titled action with prejudice.