Name and address:

Paul M. Dominguez, Esq.
Dominguez Law Firm
P.O. Box 10865
Albuquerque, NM 87184
Telephone (505) 850-5854
Facsimile (505) 796-5107

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

EVA MOOMEY

PLAINTIFF(S)

v.

MONSANTO COMPANY

DEFENDANT(S)

CASE NUMBER: MDL No. 2741
Master Docket Case No. 16-md-02741-VC

3:20-cv-01311-VC

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Albert N. Thiel, Jr.    CA Bar Number: PHV

Firm or agency: Will Ferguson & Associates

Address: 1720 Louisiana Blvd. NE #100

Telephone Number: (505) 842-5602    Fax Number: (505) 243-5699

E-mail: al@fergusonlaw.com

Counsel of record for the following party or parties: Plaintiff Eva Moomey

Other members of the same firm or agency also seeking to withdraw:

---

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**    Page 1 of 2

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel:

Name: Paul M. Dominguez, Esq.   CA Bar Number: N/A

Firm or agency: Dominguez Law Firm

Address: P.O. Box 10865, Albuquerque, NM 87184

Telephone Number: (505) 580-5854   Fax Number: (505) 796-5107

E-mail: paul@dominguez.law

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 04/11/2022   Signature: /s/ Albert N. Thiel, Jr.

Name: Albert N. Thiel, Jr.

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 04/11/2022   Signature: /s/ Paul M. Dominguez

Name: Paul M. Dominguez

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: 04/11/2022   Signature: /s/ Eva Moomey

Name: Eva Moomey

Title: