# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER: MDL No. 2741 |
|---|---|
| THIS DOCUMENT RELATES TO: | Master Docket Case No. 16-md-02741-VC |
| EVA MOOMEY             Plaintiff(s) | 3:20-cv-01311-VC |
| v. | |
| MONSANTO COMPANY             Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

**Eva moomey**
*Name of Party*

☒ Plaintiff   ☐ Defendant   ☐ Other

to substitute **Paul M. Dominguez, Esq.** who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

**P.O. Box 10865**
*Street Address*

**Albuquerque, NM 87184**                                **paul@dominguez.law**
*City, State, Zip*                                         *E-Mail Address*

**(505) 850-5854**              **(505) 796-5107**              **N/A**
*Telephone Number*              *Fax Number*              *State Bar Number*

as attorney of record instead of **Albert N. Thiel, Jr.**

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                 U. S. District Judge

G–01 ORDER (09/17)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**