## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER   MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | 3:17-cv-05481-VC |
| EDWIN SLOMINSKI                    Plaintiff(s) | |
| v. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| MONSANTO COMPANY                    Defendant(s) | |

The Court hereby orders that the request of:

Edwin Slominksi                    ☒ Plaintiff  ☐ Defendant  ☐ Other
_____
*Name of Party*

to substitute  Paul M. Dominguez, Esq.                                                        who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

P.O. Box 10865
_____
*Street Address*

Albuquerque, NM 87184                              paul@dominguez.law
_____                        _____
*City, State, Zip*                                        *E-Mail Address*

(505) 850-5854                    (505) 796-5107                    N/A
_____      _____      _____
*Telephone Number*                *Fax Number*                    *State Bar Number*

as attorney of record instead of  Albert N. Thiel, Jr.
_____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**       ☐ **GRANTED**       ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   _____          _____
                                                          U. S. District Judge