UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| This document relates to: | |
| *Habib Akrawi v. Monsanto Co*mpany<br>Case No.: 3:19-cv-05874-VC | |

**<u>Plaintiff's Unopposed Motion to Move Case to Wave V</u>**

Plaintiff, Habib Akrawi, M.D., without opposition from Defendant Monsanto Company, respectfully requests that this Honorable Court move his case from "Wave IV" to "Wave V" and states as follows:

1. Dr. Habib Akrawi's case is part of "Wave IV" of this MDL.

2. During the course of discovery, the parties have worked collaboratively to coordinate Dr. Akrawi's deposition, but the deposition has been unable to proceed as a result of the ongoing COVID-19 crisis and medical employee staffing issues associated with Dr. Akrawi's medical practice.

3. Despite the parties' diligent and continued efforts, additional time is necessary to coordinate Dr. Akrawi's deposition and the site visit of Dr. Akrawi's personal residence requested by the Defendant, the latter of which has also been delayed and complicated by the winter weather in Michigan where the Plaintiff resides.

4. Counsel for Dr. Akrawi met and conferred with counsel for the Defendant related to the present Motion. The Plaintiff believes the best course of action would be to move this case from "Wave IV" to "Wave V" and Monsanto does not oppose this request.

Therefore, Plaintiff, Habib Akrawi, M.D., without opposition from Defendant Monsanto Company, respectfully requests that this Honorable Court move the present matter from "Wave IV" to "Wave V."

                                                      Respectfully submitted,

                                                      VANDEVEER GARZIA, P.C.

                                                      */s/ David Q. Houbeck*
By: _____
DAVID Q. HOUBECK (P77002)
Attorneys for Plaintiff
840 West Long Lake Road, Suite 600
Troy, MI  48098

Dated:  April 11, 2022                    (248) 312-2800