UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Akrawi v. Monsanto*, Case No. 19-cv-5874 | **GRANTING MOTION TO MOVE CASE TO WAVE V** |
| | Re: Dkt. No. 14753 |

The plaintiff's unopposed motion to move the case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

Dated: April 11, 2022

VINCE CHHABRIA
United States District Judge