UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| This document relates to: | |
| *John Dillon, et al. v. Monsanto Co*mpany Case No.: 3:19-cv-06184-VC | |

**Unopposed Motion to Move Case to Wave V**

Plaintiffs, John Dillon and Catherine Dillon, – without opposition from Defendant Monsanto Company – respectfully request the Court move their case from Wave IV to Wave V:

1. The case of Mr. John Dillon and Ms. Catherine Dillon is part of Wave IV.

2. The Parties have worked collaboratively and took the depositions of John Dillon in December 2021.

3. The Parties have worked collaboratively to schedule the outstanding depositions of Catherine Dillon and John Dillon's treating physicians, and to schedule the site inspection requested by Monsanto Company.

4. Despite the Parties diligent and continued efforts, the Parties have not been able to set a mutually agreeable date or time for the remaining depositions and site inspection because of Mr. John Dillon's immunocompromised state, the increase in COVID-19 cases, and employee staffing shortages.

5. Counsel for the Dillon's met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiffs, John Dillon and Catherine Dillon, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave IV to Wave V.

    Respectfully submitted,

    VANDEVEER GARZIA, P.C.

    */s/ David B. Timmis*
By: _____
DAVID B. TIMMIS (P40539)
DAVID Q. HOUBECK (P77002)
Attorneys for Plaintiffs
840 West Long Lake Road, Suite 600
Troy, MI  48098
(248) 312-2800

Dated:  April 7, 2022