UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Sarafian, et al. v. Monsanto Co*mpany<br>Case No.: 3:20-cv-01068-VC | |

**Unopposed Motion to Move Case to Wave V**

Plaintiffs, Alexander Sarafian and Kara Sarafian, – without opposition from Defendant Monsanto Company – respectfully request the Court move their case from Wave IV to Wave V:

1. The case of Mr. Alexander Sarafian and Ms. Kara Sarafian is part of Wave IV.

2. The Parties worked collaboratively to set depositions for the Sarafians in October 2021, December 2021, February 2022, and March 2022.

3. The Parties also worked collaboratively to set the site inspection requested by Monsanto Company in March 2022 and April 2022.

4. Despite the Parties diligent and continued efforts, the Parties have not been able to set a mutually agreeable date or time for the Sarafian's depositions or the site inspection because of the parties conflicting schedules, the increase in COVID-19 cases, and employee staffing shortages.

5. Counsel for the Sarafian's met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiffs, Alexander Sarafian and Kara Sarafian, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave IV to Wave V.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | VANDEVEER GARZIA, P.C. |
|  | */s/ David B. Timmis* |
|  | By: _____ |
|  | DAVID B. TIMMIS (P40539) |
|  | DAVID Q. HOUBECK (P77002) |
|  | Attorneys for Plaintiffs |
|  | 840 West Long Lake Road, Suite 600 |
|  | Troy, MI  48098 |
| Dated:  April 7, 2022 | (248) 312-2800 |