UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE V** |
| *Sarafian, et al. v. Monsanto Co*mpany Case No.: 3:20-cv-01068-VC | |

Plaintiffs' motion to move the case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

Dated:

_____