UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Sarafian et al. v Monsanto*, Case No. 20-cv-1068<br><br>*Dillon et al. v. Monsanto*, Case No. 19-cv-6184 | **ORDER RE: INCORRECTLY FILED MOTION**<br><br>Re: Dkt. Nos. 14758, 14759, 14760 |

Pursuant to Pretrial Order No. 1 of *In re Roundup Products Liability Litigation*, 16-md-2741-VC, **all documents filed in MDL member cases must be filed on both the master docket and the docket of the member case**.

The motions filed at the above docket numbers are being terminated. If the documents are refiled in accordance with Pretrial Order No. 1, the Court will consider the filing.

**IT IS SO ORDERED.**

Dated: April 12, 2022

VINCE CHHABRIA
United States District Judge