UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>Hon. Vince Chhabria<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

Plaintiffs' leadership and Monsanto's counsel hereby provide the following updates to the Court. The parties do not believe a Case Management Conference is necessary at this juncture but are happy to appear at the Court's convenience.

### I. Update on Status of Motions to Dismiss

Monsanto filed a motion to dismiss *pro se* Wave IV plaintiff John Adams on April 1, 2022. (Dkt. No. 14715). The Court previously instructed Mr. Adams to notify the Court by December 14, 2021 via letter if Mr. Adams wanted to pursue his case *pro se*. No letter was ever filed by Mr. Adams and his case should be dismissed.

In the Wave IV lawsuit filed by *pro se* plaintiff Ralph Applegate, *Ralph Applegate v. Bayer AG*, Case No. 3:19-cv-06800-VC, Bayer AG filed a Motion for Judgment on the Pleadings on January 10, 2022 (Dkt. No. 14461) for lack of proper service and, in the alternative, lack of personal jurisdiction. Briefing is complete on Bayer AG's motion and can be ruled on at the Court's convenience.

### II. Inactive Docket Overview

Pursuant to PTO 246, Monsanto is filing along with this case management statement a list of new cases that should be added to the inactive docket since the last submission (Exhibit A). Monsanto is also filing a list of cases on the inactive docket that should be returned to active status (Exhibit B). The parties are not aware of any cases on the inactive docket that can be dismissed with prejudice.

In summary, since the Court entered PTO 246 establishing the inactive docket, the parties have agreed that 3,154 cases, involving 3,212 plaintiffs, can be moved to the inactive docket and administratively closed.  865 cases remain active in the MDL.

DATED:  April 13, 2022

Respectfully submitted,

By: /s/ Aimee Wagstaff
Aimee Wagstaff
Aimee.wagstaff@wagstafflawfirm.com
WAGSTAFF LAW FIRM
940 N. Lincoln St.
Denver, CO 80203
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
WEITZ & LUXENBERG, P.C.
700 Broadway
New York NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

David Dickens
ddickens@millerfirmllc.com
THE MILLER FIRM, LLC
108 Railroad Ave
Orange VA 22960
Telephone: (540) 672 4224
Facsimile:  (540) 672-3055

*Attorneys for Plaintiffs*


/s/ William Hoffman
William Hoffman (pro hac vice)
william.hoffman@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW,
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Brian L. Stekloff
Brian L. Stekloff (pro hac vice)
bstekloff@wilkinsonstekloff.com
Rakesh Kilaru (pro hac vice)
rkilaru@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005


*Attorneys for Defendant*
*MONSANTO COMPANY*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of April, 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filling to all appearing parties of record.

By:  /s/ Brian L. Stekloff