# EXHIBIT A

**Exhibit A - Additions to Inactive Docket**
**176 Single Plaintiffs**

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 82316 | Baldwin | John | Baldwin, John | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-05767 |
| 24609 | Barbour | William | Barbour, William | The Gori Law Firm, P.C. | CA - N.D. | 3:18-cv-07321 |
| 174109 | Barr | M. James | Barr, M. James | Domina Law Group pc llo | CA - N.D. | 3:20-cv-06657 |
| 67943 | Baucom | Kenneth | Baucom, Kenneth | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-04792 |
| 99121 | Bennett | Sierra | Bennett, Sierra M. | Fayard & Honeycutt | CA - N.D. | 3:20-cv-04832 |
| 196343 | Bertelson | Scott | Bertelson, Scott | Meshbesher & Spence, LTD | CA - N.D. | 3:21-cv-05616 |
| 40303 | Guidry | Courtney | Bihm, Nancy | Stag Liuzza, LLC | CA - N.D. | 3:19-cv-05292 |
| 33742 | Bordeaux | William | Bordeaux, William | The Gori Law Firm, P.C. | CA - N.D. | 3:19-cv-00960 |
| 42190 | Brasfield | Brenda | Brasfield, Brenda Joyce | Morris Bart, LLC | CA - N.D. | 3:19-cv-05211 |
| 96396 | Britt | David | Britt, Nancy | Hogue & Belong | CA - N.D. | 3:20-cv-03649 |
| 181452 | Bulger | Timothy | Bulger, Timothy M. | Powers & Santola, LLP | CA - N.D. | 3:20-cv-09072 |
| 173429 | Burger | Holly | Burger, Holly L. | Villarreal Law Firm, LLC | CA - N.D. | 3:21-cv-01045 |
| 200762 | Burton | Jason | Burton, Jason | Trammell PC | CA - N.D. | 3:21-cv-07223 |
| 33382 | Campbell | David | Campbell, David | Johnson Law Group | CA - N.D. | 3:19-cv-00654 |
| 89100 | Canney | Siobhan | Canney, Siobhan | Adler Law Group, APLC | CA - N.D. | 3:20-cv-00527 |
| 26090 | Capo | Arthur | Capo, Arthur | The Gori Law Firm, P.C. | CA - N.D. | 3:18-cv-07633 |
| 96397 | Carraway, Jr. | Samuel | Carraway, Samuel E. | Chappell, Smith & Arden, P.A. | CA - N.D. | 3:20-cv-03599 |
| 175669 | Cira | Paul | Cira, Paul | Robert D. Erney & Associates Co., LPA | CA - N.D. | 3:20-cv-08052 |
| 176417 | Clark | John | Clark, John T. | Robert D. Erney & Associates Co., LPA | CA - N.D. | 3:20-cv-07886 |
| 71814 | Cline | Garry | Cline, Mary | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-04852 |
| 94046 | Colbert | Debra | Colbert, Debra | Shepard Law, PC | CA - N.D. | 3:20-cv-05115 |
| 26295 | Coley | Steven | Coley, Steven B. | Abbott Law Group, P.A. | CA - N.D. | 3:18-cv-04553 |
| 99041 | Cooper | Victor | Cooper, Victor | Chappell, Smith & Arden, P.A. | CA - N.D. | 3:20-cv-04652 |
| 82322 | Coopersmith | Michael | Coopersmith, Michael | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-05766 |
| 98694 | Cousar | Vernal | Cousar, Ada | Chappell, Smith & Arden, P.A. | CA - N.D. | 3:20-cv-04212 |
| 26518 | Coviello | John | Coviello, John | The Gori Law Firm, P.C. | CA - N.D. | 3:18-cv-07632 |
| 40305 | Cricchio | Frank | Cricchio, Frank E. | Brown & Crouppen, PC | CA - N.D. | 3:19-cv-03913 |
| 85685 | Dektas | Linda | Dektas, Linda L. | Markovits, Stock & DeMarco, LLC | CA - N.D. | 3:20-cv-01069 |
| 82126 | Diogo | Antonino | Diogo, Antonino | Thornton Law Firm LLP | CA - N.D. | 3:19-cv-08087 |
| 48124 | Doyle | Michael | Doyle, Michael et al. | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-04371 |
| 196135 | Dufrene | Richard | Dufrene, Richard | Morris Bart, LLC | CA - N.D. | 3:21-cv-05397 |

**Exhibit A - Additions to Inactive Docket**
**176 Single Plaintiffs**

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 90747 | Duncan | Robert | Duncan, Robert | Chappell, Smith & Arden, P.A. | CA - N.D. | 3:20-cv-03111 |
| 90408 | Faut | Todd | Faut, Todd V. | Cellino & Barnes, P.C. | CA - N.D. | 3:20-cv-01021 |
| 186209 | Fennell | Linda | Fennell, Linda D. | Stanley Law Firm, P.A. | CA - N.D. | 3:21-cv-00176 |
| 92151 | Finley | MIchael | Finley, Michael | Chappell, Smith & Arden, P.A. | CA - N.D. | 3:20-cv-01642 |
| 82115 | Fontenot | Aimee | Fontenot, Aimee Morein | Laborde Earles Law Firm | CA - N.D. | 3:19-cv-07973 |
| 186211 | Ford | John | Ford, Margie H. | Chappell, Smith & Arden, P.A. | CA - N.D. | 3:21-cv-00603 |
| 37068 | Frady | Geneva | Frady, Geneva | Johnson Law Group // Weaver, Bennett & Bland, P.A. | CA - N.D. | 3:19-cv-02076 |
| 98619 | Freegard | Timothy | Freegard, Timothy G. | Gallagher & Kennedy, P.A. | CA - N.D. | 3:20-cv-04328 |
| 202596 | Frerman | Terry | Frerman, Terry | Trammell PC | CA - N.D. | 3:21-cv-07298 |
| 27349 | Friedman | Charles | Friedman, Charles | The Gori Law Firm, P.C. | CA - N.D. | 3:18-cv-07628 |
| 27350 | Fuller | Melissa | Fuller, Melissa | The Gori Law Firm, P.C. | CA - N.D. | 3:18-cv-06542 |
| 82325 | Guy | Muriel | Fultz, Sharon | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-05765 |
| 71779 | Galapon | Dennis | Galapon, Dennis | Joshua S. Parilman, Attorney at Law | CA - N.D. | 3:19-cv-07352 |
| 182867 | Gallo | Mark | Gallo, Mark | Finz & Finz, P.C. | CA - N.D. | 3:21-cv-01042 |
| 81873 | Gardner | Jerry | Gardner, Nancy | Chappell, Smith & Arden, P.A. | CA - N.D. | 3:19-cv-07129 |
| 99027 | Goble, Jr. | Isaac | Goble, Jr., Isaac W. | Richardson, Patrick, Westbrook & Brickman, LLC // Richardson, Thomas, Haltiwanger, Moore & Lewis, LLC | CA - N.D. | 3:20-cv-04648 |
| 27603 | Goodbred | Larry | Goodbred, Larry, et al. | Bolen Robinson & Ellis, LLP // Paul LLP | CA - N.D. | 3:16-cv-06010 |
| 48060 | Goodbred | Mary | Goodbred, Mary Ellen | Bolen Robinson & Ellis, LLP // Paul LLP | CA - N.D. | 3:19-cv-04343 |
| 95458 | Green | Donald | Green, Donald R. | Fayard & Honeycutt | CA - N.D. | 3:20-cv-03302 |
| 84131 | Guthrie | Clare | Guthrie, Clare | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:19-cv-07767 |
| 90733 | Hamill | Robert | Hamill, Robert | Hilliard Martinez Gonzales LLP | CA - N.D. | 3:20-cv-00907 |
| 95464 | Hamilton | Joseph | Hamilton, Joseph | Klein & Frank, P.C. | CA - N.D. | 3:20-cv-03362 |
| 91353 | Harding | Jon | Harding, Jon | Hilliard Martinez Gonzales LLP | CA - N.D. | 3:20-cv-00996 |
| 196177 | Harwood | Roy | Harwood, Diane | McCraney | Montagnet | Quin | Noble, PLLC | CA - N.D. | 3:21-cv-05396 |
| 95812 | Henrick | Jack | Henrich, Jack | Domina Law Group pc llo // Dresselhuis & Heidenreich | CA - N.D. | 3:20-cv-03728 |
| 92142 | Henson | Sam | Henson, Margot M. | Abbott Law Group, P.A. // Powell Injury Law, P.A. | CA - N.D. | 3:20-cv-02125 |
| 193086 | Higgins | James | Higgins, James Arthur | Forester Haynie PLLC | CA - N.D. | 3:21-cv-06491 |

**Exhibit A - Additions to Inactive Docket**
**176 Single Plaintiffs**

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 64308 | Hoekstra | Judy | Hoekstra, Judy | Corboy & Demetrio, P.C. | CA - N.D. | 3:19-cv-07093 |
| 84852 | Hoffman | Kevin | Hoffman, Kevin | Fitzgerald Law Group, LLC | CA - N.D. | 3:19-cv-08033 |
| 94147 | Hoffman | William | Hoffman, William | Chappell, Smith & Arden, P.A. | CA - N.D. | 3:20-cv-02805 |
| 82320 | Houser | Elizabeth | Houser, Elizabeth | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-05771 |
| 34313 | Ingle | Eddie | Ingle, Eddie | The Gori Law Firm, P.C. | CA - N.D. | 3:19-cv-01500 |
| 82135 | Inman | Rita | Inman, Rita | Thornton Law Firm LLP | CA - N.D. | 3:19-cv-08223 |
| 95078 | Isbell | Randy | Isbell, Randy | Clarkson Walsh Coulter // Richardson, Patrick, Westbrook & Brickman, LLC // Richardson, Thomas, Haltiwanger, Moore & Lewis, LLC | CA - N.D. | 3:20-cv-03226 |
| 41804 | Jimenez | Cesilio | Jimenez, Cesilio, et al. | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-03438 |
| 28379 | Joffe | Jeffrey | Joffe, Jeffrey | Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A. | CA - N.D. | 3:18-cv-00430 |
| 28638 | Keeler, Jr. | David | Keeler Jr., David | Abbott Law Group, P.A. | CA - N.D. | 3:18-cv-01694 |
| 192534 | Kieta | Robert | Kieta, Robert | Corboy & Demetrio, P.C. | CA - N.D. | 3:21-cv-04936 |
| 194569 | Kijowski | Richard | Kijowski, Richard | Romanucci & Blandin | CA - N.D. | 3:21-cv-04637 |
| 189272 | Kingstad | Audrey | Kingstad, Audrey | Glago WIlliams, LLC | CA - N.D. | 3:21-cv-01507 |
| 33743 | Kirsch | Neil | Kirsch, Neil | The Gori Law Firm, P.C. | CA - N.D. | 3:19-cv-00959 |
| 52383 | Kopas | Jan | Kopas, Jan | Shepard Law, PC | CA - N.D. | 3:19-cv-06059 |
| 100326 | Laski | Cheryl | Laski, Cheryl | Keegan & Baker, LLP | CA - N.D. | 3:20-cv-06668 |
| 185124 | Legrand | Paul | Legrand, Paul | Stag Liuzza, LLC | CA - N.D. | 3:21-cv-00174 |
| 92716 | Linn | Bernice | Linn, Bernice A. | Stoltze & Stoltze, PLC | CA - N.D. | 3:20-cv-01760 |
| 195954 | Lookingland | Michael | Lookingland, Michael | Corboy & Demetrio, P.C. | CA - N.D. | 3:21-cv-06111 |
| 67955 | Loving | Kenneth | Loving, Kenneth | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-04796 |
| 90078 | Lowe | Randall | Lowe, Randall J. | Morris Bart, LLC | CA - N.D. | 3:20-cv-00580 |
| 83035 | Martin | Derrick | Martin, Derrick | The Burchett Law Firm, PC | CA - N.D. | 3:19-cv-07572 |
| 33659 | Matlock | Gregory | Matlock, Martha | Johnson Law Group | CA - N.D. | 3:19-cv-00902 |
| 170384 | Matthews | Ricky | Matthews, Ricky Lee | Martin & Jones, PLLC | CA - N.D. | 3:20-cv-05769 |
| 185103 | McCrillis | Robert | McCrillis, Elexis | Shepard Law, PC | CA - N.D. | 3:21-cv-00606 |
| 189296 | Medugno | Henry | Medugno, Henry | Thornton Law Firm LLP | CA - N.D. | 3:21-cv-04635 |
| 193308 | Miller | Allison | Miller, Allison V. | Schuler, Halvorson, Weisser, Zoeller & Overbeck, P.A. | CA - N.D. | 3:21-cv-04633 |
| 29855 | Monares | Alfred | Monares, Alfred | The Gori Law Firm, P.C. | CA - N.D. | 3:18-cv-07319 |
| 184849 | Monteleone | John | Monteleone, John | Morris Bart, LLC | CA - N.D. | 3:21-cv-00040 |

**Exhibit A - Additions to Inactive Docket**
**176 Single Plaintiffs**

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 83060 | Moon | Steven | Moon, Steven D. | Domina Law Group pc llo | CA - N.D. | 3:19-cv-07530 |
| 92752 | Morris | Christopher | Morris, Christopher | Richardson, Patrick, Westbrook & Brickman, LLC // Richardson, Thomas, Haltiwanger, Moore & Lewis, LLC | CA - N.D. | 3:20-cv-01957 |
| 183840 | Mott | Ryan | Mott, Roy | Harris, Finley & Bogle, P.C. // Harris, Finley & Bogle, P.C. | CA - N.D. | 3:20-cv-09070 |
| 30072 | Muller | Jajuane | Muller, Jajuane | Beasley Allen Crow Methvin Portis & Miles, PC // Bernstein Liebhard, LLP | CA - N.D. | 3:18-cv-07629 |
| 194913 | Murphree | Norman | Murphree, Maragret Ann | Bennett L. Pugh // The Malbrough Firm LLC | CA - N.D. | 3:21-cv-05619 |
| 197067 | Murtha | Karen | Murtha, Karen | Corboy & Demetrio, P.C. | CA - N.D. | 3:21-cv-07025 |
| 33695 | Nash | Lewis | Nash, Lewis | Johnson Law Group // The D'Onofrio Firm, LLC | CA - N.D. | 3:19-cv-00952 |
| 30078 | Nash-Boulden | Stephen | Nash-Boulden, Stephen Stanley | The Gori Law Firm, P.C. | CA - N.D. | 3:19-cv-00118 |
| 87108 | Nault | Glen | Nault, Glen | Corboy & Demetrio, P.C. | CA - N.D. | 3:20-cv-00026 |
| 90417 | Nesbitt | John | Nesbitt, John T. | Cellino & Barnes, P.C. | CA - N.D. | 3:20-cv-03068 |
| 89120 | Newsom | James | Newsom, Henrietta | Marc Boutwell // Nabors Law Firm // Robert A. Malouf | CA - N.D. | 3:20-cv-00578 |
| 30322 | Ottinger | Nina | Ottinger, Nina | Johnson Law Group | CA - N.D. | 3:19-cv-00274 |
| 94033 | Parenteau | Joseph | Parenteau, Joseph | Shepard Law, PC | CA - N.D. | 3:20-cv-03651 |
| 83803 | Patin | David | Patin, Yashinka | Garner & Munoz | CA - N.D. | 3:20-cv-00010 |
| 189263 | Pecora | Heddy | Pecora, Heddy | Corboy & Demetrio, P.C. | CA - N.D. | 3:21-cv-02504 |
| 30500 | Perkins | Goldie | Perkins, Goldie Christina | Andrus Wagstaff, P.C. | CA - N.D. | 3:16-cv-06025 |
| 39872 | Perry, Jr. | Benjamin | Perry, Jr., Benjamin L. | Terrell Hogan & Yegelwel, P.A. | CA - N.D. | 3:19-cv-03580 |
| 30501 | Perry | William | Perry, William | The Gori Law Firm, P.C. | CA - N.D. | 3:18-cv-07631 |
| 193479 | Pirani | Jon | Pirani, Mark A. | Rose Law Firm | CA - N.D. | 3:21-cv-04148 |
| 192535 | Spirato | Susan | Plazak, Laura | Corboy & Demetrio, P.C. | CA - N.D. | 3:21-cv-04927 |
| 30768 | Ploof | Michael | Ploof, Michael | The Gori Law Firm, P.C. | CA - N.D. | 3:19-cv-00010 |
| 67949 | Poplin, Sr. | Larry | Poplin, Sr., Larry | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-04799 |
| 179424 | Porto | Charles | Porto, Charles | Dutton, Daniels, Hines, Kalkhoff, Cook & Swanson, PLC | CA - N.D. | 3:21-cv-00238 |
| 186182 | Potash | Michael | Potash, Michael | Heidman Law Firm, P.L.L.C. | CA - N.D. | 3:21-cv-01041 |

**Exhibit A - Additions to Inactive Docket**
**176 Single Plaintiffs**

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 30771 | Potter | Catherine | Potter, Catherine | The Gori Law Firm, P.C. | CA - N.D. | 3:18-cv-07320 |
| 200750 | Potter | Robert | Potter, Peggy | Trammell PC | CA - N.D. | 3:21-cv-07196 |
| 30859 | Purdy | Gary | Purdy, Gary E. | Johnson Law Group | CA - N.D. | 3:18-cv-07147 |
| 83135 | Rasmusson | Neil | Rasmusson, Neil Edward | Hedberg & Bolton P.C. // Stoltze & Stoltze, PLC | CA - N.D. | 3:19-cv-07132 |
| 39243 | Reed | Kayla | Reed, Kayla | Morris Bart, LLC | CA - N.D. | 3:19-cv-04012 |
| 33744 | Rice | Gordon | Rice, Gordon | The Gori Law Firm, P.C. | CA - N.D. | 3:19-cv-00958 |
| 30934 | Rickard | Brian | Rickard, Brian | Paul LLP | CA - N.D. | 3:18-cv-07759 |
| 71787 | Rinaman | William | Rinaman, William | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-04880 |
| 186181 | Robinette | Bart | Robinette, Bart | Dailey Law Firm, P.C. | CA - N.D. | 3:21-cv-01662 |
| 38965 | Rogers, Sr. | Joseph | Rogers, Judith B. | Terrell Hogan & Yegelwel, P.A. | CA - N.D. | 3:19-cv-03836 |
| 31130 | Rowlee | Thelma | Rowlee, Thelma | Urban & Taylor S.C. // Wright & Schulte, L.L.C. | CA - N.D. | 3:18-cv-03627 |
| 100597 | Rutland | Roy | Rutland, Roy | Richardson, Patrick, Westbrook & Brickman, LLC // Richardson, Thomas, Haltiwanger, Moore & Lewis, LLC | CA - N.D. | 3:20-cv-05372 |
| 82951 | Sarager | Ted | Sarager, Ted | Schern Richardson Finter, PLC | CA - N.D. | 3:19-cv-07196 |
| 81377 | Schaible | Mark | Schaible, Mark G. | Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A. | CA - N.D. | 3:19-cv-06434 |
| 88246 | Schlaefer | Carol | Schlaefer, Carol | Stritmatter, Kessler, Koehler, Moore | CA - N.D. | 3:20-cv-00835 |
| 31476 | Schroeder | Edward | Schroeder, Edward | Burnett Law Firm // Johnson Law Group | CA - N.D. | 3:17-cv-06773 |
| 34532 | Schwartz | Timothy | Schwartz, Timothy | The Gori Law Firm, P.C. | CA - N.D. | 3:19-cv-01775 |
| 180800 | Scott | Bobby | Scott, Bobby Dale | Chappell, Smith & Arden, P.A. | CA - N.D. | 3:20-cv-06990 |
| 31557 | Scott | Sherrie | Scott, Sherrie | Johnson Law Group | CA - N.D. | 3:19-cv-00296 |
| 98696 | Scott | William | Scott, William | Gallagher & Kennedy, P.A. | CA - N.D. | 3:20-cv-04748 |
| 34319 | Sears | Todd | Sears, Todd | The Gori Law Firm, P.C. | CA - N.D. | 3:19-cv-01501 |
| 198181 | Sekulich | Scott | Sekulich, Scott | Wise Morrissey, LLC | CA - N.D. | 3:21-cv-07149 |
| 34320 | Sheehan | Earlynn | Sheehan, Earlynn | The Gori Law Firm, P.C. | CA - N.D. | 3:19-cv-01502 |
| 31990 | Shorr | Jack | Shorr, Jack | The Gori Law Firm, P.C. | CA - N.D. | 3:18-cv-06491 |
| 83919 | Sickler | Philip | Sickler, Beverly J. | Powers & Santola, LLP | CA - N.D. | 3:20-cv-00838 |
| 80335 | Sisco | George | Sisco, George | Charles E. Boyk Law Offices, LLC | CA - N.D. | 3:19-cv-07460 |
| 172376 | Sjaardema | Dennis | Sjaardema, Dennis L. | Dutton, Daniels, Hines, Kalkhoff, Cook & Swanson, PLC | CA - N.D. | 3:20-cv-06193 |
| 172377 | Sjaardema | Eugene | Sjaardema, Eugene | Dutton, Daniels, Hines, Kalkhoff, Cook & Swanson, PLC | CA - N.D. | 3:20-cv-06192 |

**Exhibit A - Additions to Inactive Docket**
**176 Single Plaintiffs**

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 83056 | Skoronski | Ron | Skoronski, Ron F. | O'Connor & Thomas, P.C. | CA - N.D. | 3:19-cv-07105 |
| 81944 | Slick | Thomas | Slick, Thomas | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-05768 |
| 195929 | Smith | Cecil | Smith, Cecil Gene | Mann & Kemp, PLLC | CA - N.D. | 3:21-cv-05312 |
| 81385 | Smith | Linda | Smith, Linda | Charles E. Boyk Law Offices, LLC | CA - N.D. | 3:19-cv-07528 |
| 82815 | Stanford | Glenda | Stanford, Glenda G. | Duck Law Firm, LLC | CA - N.D. | 3:19-cv-06844 |
| 94020 | Stanhope | William | Stanhope, William | Shepard Law, PC | CA - N.D. | 3:20-cv-03652 |
| 202603 | Stine | James | Stine, Linda | Trammell PC | CA - N.D. | 3:21-cv-07296 |
| 203338 | Struzik | Edward | Struzik, Edward A. | Cellino & Barnes, P.C. | CA - N.D. | 3:21-cv-08443 |
| 196585 | Sullivan | Patrick | Sullivan, Patrick | Bernheim Kelley Battista Bliss, LLC | CA - N.D. | 3:22-cv-00092 |
| 184171 | Sundararaj, M.D. | Suj | Sundararaj, M.D., Suj | Corboy & Demetrio, P.C. | CA - N.D. | 3:21-cv-00239 |
| 83041 | Thal | Harry | Thal, Harry | Colson Hicks Eidson | CA - N.D. | 3:19-cv-07456 |
| 32549 | Thomas | Michael | Thomas, Michael | Blevins Sanborn Jezdimir Zack PLC | CA - N.D. | 3:18-cv-06028 |
| 39235 | Thompson | Aurie | Thompson, Aurie Hazel | Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A. | CA - N.D. | 3:19-cv-05038 |
| 81397 | Thorpe | Teresa | Thorpe, Teresa | Charles E. Boyk Law Offices, LLC | CA - N.D. | 3:19-cv-07372 |
| 83043 | Tostenrude | Kirk | Tostenrude, Katherine A. | Law Offices of Ressler & Tesh | CA - N.D. | 3:19-cv-07459 |
| 62983 | Trufolo | JoAnn | Trufolo, Santo | Matsikoudis & Fanciullo, LLC | CA - N.D. | 3:19-cv-06713 |
| 194536 | Turan | Bryan | Turan, Bryan | Morris Bart, LLC | CA - N.D. | 3:21-cv-04464 |
| 32677 | Turner | Ronnie | Turner, Ronnie L. | Brooks Law Firm | CA - N.D. | 3:17-cv-03979 |
| 71711 | Tyler | Darwin | Tyler, Darwin | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-04883 |
| 32682 | Vacante | Samuel | Vacante, Samuel | The Gori Law Firm, P.C. | CA - N.D. | 3:19-cv-00119 |
| 186218 | Vanella | Charles | Vanella, Charles | Corboy & Demetrio, P.C. | CA - N.D. | 3:21-cv-01216 |
| 81407 | Vollmar | James | Vollmar, James | Charles E. Boyk Law Offices, LLC | CA - N.D. | 3:19-cv-07472 |
| 90886 | Vollmar | Janice | Vollmar, Janice Lee | Domina Law Group pc llo | CA - N.D. | 3:20-cv-01764 |
| 71735 | Wade | Teresa | Wade, Teresa | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-04886 |
| 32777 | Walker | Wayne | Walker, Wayne | The Gori Law Firm, P.C. | CA - N.D. | 3:19-cv-00120 |
| 67945 | Wasileski | Mark | Wasileski, Mark | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-04774 |
| 98917 | Webb, Jr. | John | Webb, Jr., John | Martin & Jones, PLLC | CA - N.D. | 3:20-cv-04757 |
| 189187 | Weinmann | Janice | Weinmann, Janice | Meshbesher & Spence, LTD | CA - N.D. | 3:21-cv-01328 |
| 184973 | Wessels | Robert | Wessels, Robert | Corboy & Demetrio, P.C. | CA - N.D. | 3:21-cv-00964 |
| 99004 | White | Christopher | White, Christopher | Gallagher & Kennedy, P.A. | CA - N.D. | 3:20-cv-04843 |

**Exhibit A - Additions to Inactive Docket**

**176 Single Plaintiffs**

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---------|----------------|-----------------|-----------|-------------------|---------------|-----------------|
| 90424 | White | Kathleen | White, Kathleen | Cellino & Barnes, P.C. | CA - N.D. | 3:20-cv-01100 |
| 32962 | Wilkinson | Dwight | Wilkinson, Dwight | The Gori Law Firm, P.C. | CA - N.D. | 3:19-cv-00491 |
| 94048 | Williams, Sr. | Joseph | Williams, Sr., Joseph R. | Morris Bart, LLC | CA - N.D. | 3:20-cv-02411 |
| 81412 | Wirtz | Charles | Wirtz, Charles | Charles E. Boyk Law Offices, LLC | CA - N.D. | 3:19-cv-07339 |
| 94128 | Huskey | William | Wix, Patsy W. | Richardson, Patrick, Westbrook & Brickman, LLC // Richardson, Thomas, Haltiwanger, Moore & Lewis, LLC | CA - N.D. | 3:20-cv-02648 |
| 82305 | Wolfenbarger | Todd | Wolfenbarger, Todd | Abbott Law Group, P.A. | CA - N.D. | 3:19-cv-06822 |
| 33057 | Worth | Billy | Worth, Billy | Law Office of Larry F. Woods // Meshbesher & Spence, LTD | CA - N.D. | 3:18-cv-02906 |

**Exhibit A - Additions to Inactive Docket**

**2 Cases - Partial Inactive**

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 25061 | Berlin | Anthony | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | 3:18-cv-00815 |
| 25069 | Briggs | Elizabeth | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25095 | Cella | Todd | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25071 | Chillak | George | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25080 | Damerst | Douglas | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25086 | Dulniak | Richard | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25088 | Finley | Robert | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25079 | Fortner | Lisa | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25089 | Gould | Robert | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25060 | Graham | Ann | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25073 | Harris | Harold | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25078 | Harris | Leslie | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25077 | Horne | Katherine | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25083 | Horton | Michael | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25067 | Jacobsen | Debra | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25093 | Jacobsen | Tammy | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |

**Exhibit A - Additions to Inactive Docket**
**2 Cases - Partial Inactive**

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 25097 | Jones | Wendy | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25062 | Junge | Brian | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25087 | Kranick | Richard | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25072 | Laurie | Glenn | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25090 | Mahoney | Robert | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25096 | Marsiglia | Vincent | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25075 | Martinez | Jamie | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25092 | Murks | Barbara | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25070 | Neuman | Elliot | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25085 | Perry | Phyllis | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25065 | Phillipi | Daria | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25084 | Pieri | Natalie | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25098 | Pointer | William | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25091 | Rabbitt | Robert | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25063 | Short | Dale | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |
| 25094 | Shuler | Theodore | Berlin, Anthony, et al. | O'Leary, Shelton, Corrigan, Peterson, Dalton, & Quillin, LLC // The Miller Firm, LLC | CA - N.D. | |

**Exhibit A - Additions to Inactive Docket**
**2 Cases - Partial Inactive**

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---------|----------------|-----------------|-----------|-------------------|---------------|-----------------|
| 32170 | Price | Michael | Smith, Fredrick, et al. | Onder, Shelton, O'Leary & Peterson, LLC | CA - N.D. | 3:17-cv-02142 |
| 32173 | Reith | Phyllis | Smith, Fredrick, et al. | Onder, Shelton, O'Leary & Peterson, LLC | CA - N.D. | |
| 32149 | Sheldon | James | Smith, Fredrick, et al. | Onder, Shelton, O'Leary & Peterson, LLC | CA - N.D. | |