# EXHIBIT B

**Exhibit B - Return to Active Docket**
**3 Single Plaintiff**

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 98912 | Jizhak | Eugene | Jizhak, Eugene | Matern Law Group, PC | CA - N.D. | 3:20-cv-04646 |
| 37345 | Laurianti | Jason | Laurianti, Jason | Abbott Law Group, P.A. // Chaffin Luhana, LLP | CA - N.D. | 3:19-cv-02587 |
| 189957 | Nelson | Gary | Nelson, Gary | The Ruth Law Team | CA - N.D. | 3:21-cv-01827 |