UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Gilmore v. Monsanto Co.*,<br>Case No. 3:21-cv-08159 | **FOLLOW UP QUESTION FROM HEARING ON MOTION FOR PRELIMINARY APPROVAL**<br>Re: Dkt. No. 14486 |

At Thursday's hearing, the Court forgot to ask about the potential impact of a cert grant in *Monsanto Company v. Hardeman* on the proposed settlement. The parties are ordered to file a response to the following questions in the form of a letter brief by Monday, April 18, at 5:00 p.m.

1. If the Supreme Court were to grant cert in *Hardeman* before final approval, would this settlement be affected? For example, would Monsanto be permitted to withdraw from the agreement, or withdraw its support for final approval, in the event of a cert grant?

2. If the Supreme Court were to rule on the merits in *Hardeman* in a way that would undermine the plaintiffs' claims in this case before final approval, would this settlement be affected?

3. The Court assumes that any action taken by the Supreme Court after final approval could not impact this settlement. If that is not accurate, the parties should correct the Court's understanding.

**IT IS SO ORDERED.**

Dated: April 14, 2022

VINCE CHHABRIA
United States District Judge