John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Rios, Martin Velez, et al*.<br>Cause No. 3:20-cv-08552<br>(N.D. Cal) | |

**MONSANTO COMPANY'S STATUS UPDATE REGARDING ITS MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SEVER COMPLAINTS AND FAILURE TO SUBMIT A PLAINTIFF FACT SHEET**

Defendant Monsanto Company ("Monsanto") submits the following update regarding Monsanto's Motion to Dismiss certain plaintiffs for failure to sever complaints and to submit a Plaintiff Fact Sheet ("PFS") as requited by PTO 50.

On March 31, 2022, Monsanto filed a Motion to Dismiss plaintiffs for their failure to sever complaints and to submit a PFS. Specifically, Monsanto contended that the following non-lead Plaintiffs in the *Martin Velez Rios* matter (Case No. 3:20-CV-08552) should be dismissed for their failure to sever complaints in accordance to PTO 155:

- Acevedo, Gabriel
- Alvelo, Alma
- Berrios, Ramón
- Colón, Luis
- Garced, Cecilio
- González, Carlos
- González, Miguel
- González, Ramón
- Hernández, Misael
- Jimenez, Jorge
- Melendez, Neivida
- Olivera, José
- Pagán, Juan
- Pomales, Efraín
- Rodriguez, Gabriel [Est. of Ana Lydia Acevedo del Rio]
- Sánchez, Luz
- Santiago, Eroina
- Shulze, Rafael
- Yordán, José

(ECF No. 14707). Separately, and on alterative grounds, Monsanto contended that the following Plaintiffs should be dismissed for their failure to submit a PFS:

- Colón, Luis
- Garced, Cecilio
- González, Miguel
- Hernández, Misael
- Jimenez, Jorge
- Melendez, Neivida
- Olivera, José
- Pomales, Efraín
- Rodriguez, Gabriel [Est. of Ana Lydia Acevedo del Rio]

(ECF No. 14707).

Plaintiff's Counsel has since taken action to have the following Plaintiffs comply with PTO 155, and each have submitted PFSs:

- Juan Rivera-Pagán;
- Luz M. Rodríguez-Sánchez;
- Carlos M. Plaza González;
- José Jimenez Yordán;
- Rafael Schulze-Maldonado;
- Eloina Torres-Santiago;
- Alma Arvelo-Plumey;
- Gabriel Ocacio-Acevedo; and
- Estate of Ramón Berrios-Sampler.

Therefore, Monsanto no longer pursues dismissal of these Plaintiffs.  However, in Plaintiff's Opposition[1], they stated the following Plaintiffs do not intend to pursue their lawsuit against Monsanto, and will be subject to a stipulated dismissal:

- Jorge Caballero Jimenez;
- Cecilio Reyes Garced;
- Luis Antonio Colón;
- Misael Batista Hernández;
- José Juan Medina Olivera;
- Neivida Torres Melendez;
- Miguel Estrada González;
- Efraín Ortiz Pomales;
- Ramón Galarza Echevaría (for himself and in representation of the Estate of Ramón Antonio Galarza González);  and
- Gabriel Rodríguez (for himself and in representation of the Estate of Ana Lydia Acevedo del Río).

Monsanto therefore requests these Plaintiffs be dismissed with prejudice—they do not comply with PTO 155, several have not submitted PFSs, they do not intend to pursue their litigation, and Plaintiffs' counsel has represented they will be filing a stipulated dismissal.

---

[1] This was filed into Case No. 3:20-CV-08552.

Dated:  April 15, 2022

                        Respectfully submitted,

                        SHOOK, HARDY & BACON L.L.P.

                        By: */s/ John L. Ackley*
                            John L. Ackley
                            Texas Bar No. 24108036
                            E-mail:  jackley@shb.com
                            600 Travis, Suite 3400
                            Houston, Texas 77002-2926
                            Telephone:  713-227-8008
                            Fax:  713-227-9508

                        ***Attorney for Defendant,***
                        ***MONSANTO COMPANY***

## **CERTIFICATE OF SERVICE**

  I, John Ackley, hereby certify that on March 31, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                */s/ John L. Ackley*
                John L. Ackley