

1901 L Street, NW
Washington, DC 20036
T +1 202 282 5000
F +1 202 282 5100

JOHN J. ROSENTHAL
Partner
202-282-5785
JRosenthal@winston.com

April 18, 2022

**BY CMF/ECF**

The Honorable Vince Chhabria
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:**   *Scott Gilmore, et al. v. Monsanto Company*, Case No. 3:21-cv-08159

Dear Judge Chhabria:

Monsanto submits this response to the Court's April 14, 2022 Order following oral argument on Plaintiffs' Motion For Preliminary Approval Of Settlement, in which the Court requested answers to additional questions.

Monsanto does not believe any ruling by the Supreme Court in *Hardeman*, whether with respect to the petition for certiorari or on the merits, and whether favorable or unfavorable to Monsanto, and whether before or after a ruling on final approval, should impact this Settlement. Specifically, the Court asked the Parties to respond to the following:

1. If the Supreme Court were to grant cert in *Hardeman* before final approval, would this settlement be affected? For example, would Monsanto be permitted to withdraw from the agreement, or withdraw its support for final approval, in the event of a cert grant?

    Response: Monsanto will support approval of this Settlement regardless of the Supreme Court's grant or denial of the petition for certiorari in *Hardeman* and will not attempt to withdraw from this Settlement based on any action on the petition for certiorari.

2. If the Supreme Court were to rule on the merits in *Hardeman* in a way that would undermine the plaintiffs' claims in this case before final approval, would this settlement be affected?



April 18, 2022<br>Page 2

    Response: Monsanto will support approval of this Settlement regardless of any ruling on the merits in *Hardeman*.

3. The Court assumes that any action taken by the Supreme Court after final approval could not impact this settlement. If that is not accurate, the parties should correct the Court's understanding.

    Response: Monsanto will support approval of this Settlement regardless of the Supreme Court's grant or denial of the petition for certiorari in *Hardeman*.

Please let us know if you have any further questions.

Respectfully submitted,

*John Rosenthal*

John J. Rosenthal

cc: All Counsel of Record (By CM/ECF)