MILSTEIN JACKSON FAIRCHILD & WADE

10990 Wilshire Boulevard
Eighth Floor
Los Angeles, CA 90024
T: (310) 396-9600 F: (310) 396-9635
www.mjfwlaw.com

GILLIAN L. WADE
*gwade@mjfwlaw.com*

April 18, 2022

**Via CMF/ECF**

The Honorable Vince Chhabria
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Chhabria,

Plaintiffs Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell, and Kristy Williams ("Plaintiffs") hereby submit this Response to the Court's Follow Up Question from Hearing on Motion for Preliminary Approval (ECF No. 114).

If the Supreme Court were to grant certiorari in *Hardeman* before final approval, the Settlement would not be affected, nor would Monsanto be permitted to withdraw from the agreement or its support for final approval. Under the Settlement, the Plaintiffs and Monsanto are jointly obligated to "cooperate and assist with and undertake all reasonable actions and steps in order to accomplish all required events on the schedule set by the Court, and shall use reasonable efforts to implement all terms and conditions of [the] Agreement." ECF No. 94-1 Ex. 1 (the "Settlement") at R(4). The same applies irrespective of any decision by the Supreme Court that might undermine Plaintiffs' claims in this case before final approval. Additionally, the Court's assumption is correct that any action taken by the Supreme Court after final approval would not impact the Settlement.

In short, the Parties are bound by the terms of the Settlement Agreement regardless of the outcome in *Hardeman* (or any other matter post-dating the effective date of the Settlement).

April 18, 2022
Page 2 of 2

      Sincerely,

      */s/ G. Wade*

      MILSTEIN JACKSON FAIRCHILD &
      WADE, LLP
      Gillian L. Wade
      Sara D. Avila
      Marc A. Castaneda
      10990 Wilshire Blvd., 8th Floor
      Los Angeles, CA 90024
      Tel: (310) 396-9600
      gwade@mjfwlaw.com
      savila@mjfwlaw.com
      mcastaneda@mjfwlaw.com

      JOEL OSTER
      The Law Offices of Howard Rubinstein
      22052 W. 66th St. #192
      Shawnee, Kansas 66226
      joel@osterlaw.com

cc: All Counsel of Record (By CM/ECF)