# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **RESPONSE TO ORDER TO SHOW CAUSE FOR NON-COMPLIANCE** |
| *Patricia Godsey v. Monsanto Co.*, Case No. 3:19-cv-00923-VC | |

**PLAINTIFF'S RESPONSE TO PRETRIAL ORDER NO. 270: ORDER TO SHOW CAUSE REGARDING NON-COMPLIANCE WITH PRETRIAL ORDER NO. 240**

PLAINTIFF BY AND THROUGH HER COUNSEL files this response to the Court's Pretrial Order No. 270: Order To Show Cause Regarding Non-Compliance With Pretrial Order No. 240, dated January 21, 2022, and, for reasons stated herein, respectfully requests that the court not dismiss this action.

1. On September 21, 2021, counsel received the Independent Roundup Settlement Program letter, dated September 17, 2021, from Special Master, Kenneth R. Feinberg.

2. Counsel mailed Plaintiff a hard copy of the document and sent an electronic copy able to be completed and returned online.

3. Counsel sent messages and attempted to contact Plaintiff regarding her required participation in the settlement program until they were finally able to contact Plaintiff on December 13, 2021.

4. Plaintiff subsequently completed and provided the Independent Roundup Settlement Claim Form ('claim form") to Counsel.

5. Counsel provided the completed claim form to Special Master Kenneth R. Feinberg pursuant to the Independent Roundup Settlement Program letter.

6. Special Master Kenneth R. Feinberg's office confirmed receipt of the claim form via email to Counsel. Said confirmation is attached hereto as Exhibit A.

7. Plaintiff understands the importance of adhering to deadlines and intends to make every effort to comply with all orders in a timely manner.

WHEREFORE, Plaintiff respectfully requests this Court not dismiss her case and allow the matter to move forward as Plaintiff has complied with the document requirements of Pretrial Order No. 240 by providing the claim form to Special Master Kenneth R. Feinberg.

Respectfully submitted,

*/s/ Danae N. Benton*
Danae N. Benton
Texas Bar No. 24080422
**FEARS NACHAWATI**
5489 Blair Road
Dallas, TX 75231
P: 214-890-0711
F: 214-890-0712
dbenton@fnlawfirm.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 2nd day of Fedruary 2022, the foregoing PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT MONSANTO COMPANY'S FIRST REQUESTS FOR ENTRY was served by electronic and first-class mail upon the following counsel for plaintiff and MDL Co-Lead Counsel:

Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)
Heather Pigman (pro hac vice)
(hpigman@hollingsworthllp.com)
John Kalas (pro hac vice)
(jkalas@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639
Brian L. Stekloff (pro hac vice)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (pro hac vice)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Daniel Pariser
(Daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

                                                    */s/ Danae N. Benton*