Case 3:16-md-02741-VC   Document 14794-1   Filed 02/18/22   Page 1 of 1
Case 3:19-cv-07923-VC   Document 37-1   Filed 02/21/22   Page 1 of 1
EXHIBIT A

# Danae Benton

| | |
|---|---|
| **From:** | Roundup Program <roundupprogram@feinberglawoffices.com> |
| **Sent:** | Wednesday, February 2, 2022 9:48 AM |
| **To:** | Danae Benton |
| **Subject:** | Confirmation of Receipt of Claim for Patricia Godsey - Roundup Product Liability Litigation MDL No. 271 (N.D.Cal) Independent Roundup Settlement |

**This message originated from outside your organization**

Ms. Benton,

This email will confirm receipt of your claim with the Independent Roundup Settlement Program referenced above.

We will contact you if additional information or documentation is needed, and will notify you once we have completed the review of your claim and made a final determination.

Thank you,
Feinberg Law Offices

**From:** Danae Benton [mailto:dbenton@fnlawfirm.com]
**Sent:** Wednesday, February 2, 2022 10:14 AM
**To:** Roundup Program <roundupprogram@feinberglawoffices.com>
**Subject:** Confirmation of Receipt of Submission Forms: Godsey
**Importance:** High

> **Caution:** This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.

Good Morning,

Could you please confirm receipt of Patricia Godsey's Settlement Forms via the Box folder link on January 25, 2022?

Thank you,

**Danae N. Benton**
Senior Attorney
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com



1