# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **RESPONSE TO ORDER TO SHOW CAUSE FOR NON-COMPLIANCE** |
| *Martin Gonzalez v. Monsanto Co.*, Case No. 3:19-cv-03300-VC | |

## PLAINTIFF'S RESPONSE TO PRETRIAL ORDER NO. 270: ORDER TO SHOW CAUSE REGARDING NON-COMPLIANCE WITH PRETRIAL ORDER NO. 240

COUNSEL FOR PLAINTIFF files this response to the court's pretrial order No. 270: Order To Show Cause Regarding Non-Compliance With Pretrial Order No. 240, dated January 21, 2022, and, for reasons stated herein, respectfully requests that the court not dismiss this action.

1. On September 21, 2021, Counsel received the Independent Roundup Settlement Program letter, dated September 21, 2021, from Special Master, Kenneth R. Feinberg.

2. Counsel mailed Plaintiff a hard copy of the document and sent an electronic copy able to be completed and returned online.

3. In attempting to contact Plaintiff, Counsel learned Mr. Gonzalez's phone number of record had been disconnected.

4. In Counsel's attempts to locate the Plaintiff, Counsel located information that suggests Plaintiff is deceased. As such, Counsel attempted to contact individuals who may be next of kin or know of Plaintiff's next of kin.

5. Counsel sent letters and attempted communication regarding this matter in order to comply with the Court's Pretrial Order 240 and continue those efforts through present day. To date, Counsel has been unsuccessful in contacting individuals who may be able to assist with this matter.

6. Counsel is attempting to establish communication with additional surviving family members through the Williams Onancock Funeral Home, which handled funeral arrangements for the deceased Plaintiff.

WHEREFORE, Counsel respectfully requests this court not dismiss Plaintiff's case and allow additional time to locate next of kin and take appropriate action to substitute the Plaintiff and comply with the Court's orders.

Respectfully submitted,

*/s/ Danae N. Benton*
Danae N. Benton
Texas Bar No. 24080422
**FEARS NACHAWATI**
5489 Blair Road
Dallas, TX 75231
P: 214-890-0711
F: 214-890-0712
dbenton@fnlawfirm.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on February 9, 2022, and was provided via email to Anthony N. Upshaw, Esq. and Melissa R. Alvarez, Esq., McDermott Will & Emery, LLP 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131 (aupshaw@mwe.com) and (malvarez@mwe.com) and Joe G. Hollingsworth, Esq., Hollingsworth LLP, 1350 I Street N.W., Washington, D.C. 20005 (jhollingsworth@hollingsworthllp.com).

*/s/ Danae N. Benton*