UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

EDWIN SLOMINSKI                    Plaintiff(s)
            v.
MONSANTO COMPANY                   Defendant(s)

CASE NUMBER   MDL No. 2741
Master Docket Case No. 16-md-02741-VC

3:17-cv-05481-VC

(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

The Court hereby orders that the request of:

Edwin Slominksi       ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute  Paul M. Dominguez, Esq.                                who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

P.O. Box 10865
*Street Address*

Albuquerque, NM 87184                          paul@dominguez.law
*City, State, Zip*                              *E-Mail Address*

(505) 850-5854           (505) 796-5107           N/A
*Telephone Number*        *Fax Number*             *State Bar Number*

as attorney of record instead of  Albert N. Thiel, Jr.
*List all attorneys from same firm or agency who are withdrawing.*

is hereby     ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   April 18, 2022

U. S. District Judge

G–01 ORDER (09/17)        (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY