UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>EVA MOOMEY                                    Plaintiff(s)<br>                            v.<br>MONSANTO COMPANY                    Defendant(s) | CASE NUMBER   MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>3:20-cv-01311-VC<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Eva moomey                                   ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute  Paul M. Dominguez, Esq.                                                           who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

P.O. Box 10865
*Street Address*

Albuquerque, NM 87184                          paul@dominguez.law
*City, State, Zip*                                        *E-Mail Address*

(505) 850-5854              (505) 796-5107              N/A
*Telephone Number*           *Fax Number*              *State Bar Number*

as attorney of record instead of  Albert N. Thiel, Jr.
*List all attorneys from same firm or agency who are withdrawing.*

is hereby     ☒ **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   April 18, 2022                                    /s/ VC
                                                       U. S. District Judge

G–01 ORDER (09/17)          (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY