UNITED STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No.: 3:16-md-2741-VC |
|---|---|
| This document relates to:<br><br>THOMAS N. WILLIAMS and MARY JO WILLIAMS v. MONSTANTO COMPANY; 3:19-cv-03537 -VC | ~~PROPOSED~~ ORDER RE SUBSTITUTION OF PARTY |

## ORDER

Plaintiffs' Unopposed Motion for Substitution of Party comes before the Court.

IT IS HEREBY ORDERED that Mary Jo Williams be and is hereby substituted as Plaintiff in place of Thomas N. Williams (deceased) as executor of the Estate of Thomas Williams.

San Francisco, California this __19__ day of ____April____, 2022.

_____
Vince Chhabria
United States District Judge

1