UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT** |
| *Horner v. Monsanto*, 21-cv-7744 | Re: Dkt. No. 14680 |

Plaintiff's motion for leave to file a second amended complaint is granted.

**IT IS SO ORDERED.**

Dated: April 19, 2022

VINCE CHHABRIA
United States District Judge