# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS** <u>**LIABILITY LITIGATION**</u>   ) ) ) **THIS DOCUMENT RELATES TO:**   ) ) *JOSEPH SIMMS and BELINDA SIMMS*  ) *v. MONSANTO CO.,*   ) ) <u>**CASE NO. 3:19-cv-05886-VC**</u>   ) | **MDL No. 2741** **Case No. 3:16-md-02741-VC** **SUGGESTION OF DEATH** |

## <u>SUGGESTION OF DEATH OF PLAINTIFF JOSEPH SIMMS</u>

In accordance with Federal Rule of Civil Procedure 25(a)(1), Belinda Simms, spouse of Joseph Simms, notes the death of Joseph Simms, Plaintiff, during the pendency of this action.

Dated: April 20, 2022

s/Merritt E. Cunningham
Michael G. Stag
Merritt E. Cunningham
STAG LIUZZA, L.L.C.
365 Canal St., Ste. 2850
New Orleans, LA 70130
Telephone (504) 593-9600
Facsimile (504) 593-9601
mstag@stagliuzza.com
mcunningham@stagliuzza.com

*Attorneys For Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Merritt E. Cunningham
Merritt E. Cunningham
