UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Gilmore v. Monsanto Co.*,<br>Case No. 21-cv-8159 | **ORDER RE: MOTION FOR PRELIMINARY APPROVAL**<br>Re: Dkt. No. 14486 |

The Court is inclined to preliminarily approve the proposed class settlement so long as it does not run the risk of confusing anyone about their future right to sue Monsanto if they suffer injury or sickness from using Roundup. As was discussed at the hearing, the current notice is inadequate in this regard, as it does not clearly inform potential class members that, if they participate in the settlement, they will retain the right to sue Monsanto based on any illness or injury they may suffer now or in the future as a result of using Roundup. The parties to the settlement shall therefore submit revisions to the publication notice, class action settlement notice, claim forms, and social media ads.[1] The revised notices must clearly and conspicuously inform potential class members that, if they were to develop Non-Hodgkin Lymphoma or any other injury or illness, their ability to sue Monsanto based on that injury or illness would not be affected by the settlement. The revised notices are due within 28 days of this order.

**IT IS SO ORDERED.**

Dated: April 20, 2022

VINCE CHHABRIA
United States District Judge

---

[1] The parties must also assure the court that the website linked to from the social media ads will clearly and conspicuously contain this information.