1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:  (713) 227-8008
   Facsimile:  (713) 227-9508
4  Email:      jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                          UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   |  | Case No. 3:16-md-02741-VC |
9  | This document relates to: | |
10 | *Michael J. Matherne v. Monsanto Co.*, Case No. 3:22-cv-01948-VC | |

13
14          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16 ("Monsanto") makes the following disclosures:

17       1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18       2.   Bayer AG is a publicly held corporation.

19 DATED: April 21, 2022                    Respectfully submitted,

20                                          SHOOK, HARDY & BACON L.L.P.

21                                          BY: */s/ Jennise W. Stubbs*
22                                              Jennise W. Stubbs
                                                600 Travis Street, Suite 3400
23                                              Houston, TX 77002-2926
                                                Telephone:  (713) 227-8008
24                                              Facsimile:  (713) 227-9508
                                                Email:      jstubbs@shb.com
25
26                                          *Attorneys for Defendant*
                                            *MONSANTO COMPANY*
27
28

# CERTIFICATE OF SERVICE

I certify that on the 21st day of April, 2022, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                           */s/Jennise W. Stubbs*
                                           Jennise W. Stubbs