1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:    (713) 227-9508
4  Email:         jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*
6                           UNITED STATES DISTRICT COURT

7                           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8  IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| 9  | Case No. 3:16-md-02741-VC |
| 10 This document relates to: | |
| 11 *Susan Daigle v. Monsanto Co.*, | |
| 12 Case No. 3:22-cv-01750-VC | |

13
14        **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16 ("Monsanto") makes the following disclosures:

17        1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18        2.    Bayer AG is a publicly held corporation.

19 DATED: April 21, 2022                  Respectfully submitted,

20                                        SHOOK, HARDY & BACON L.L.P.

21
                                          BY: */s/ Jennise W. Stubbs*
22                                             Jennise W. Stubbs
                                               600 Travis Street, Suite 3400
23                                             Houston, TX 77002-2926
                                               Telephone:   (713) 227-8008
24                                             Facsimile:    (713) 227-9508
                                               Email:        jstubbs@shb.com
25
26                                        *Attorneys for Defendant*
                                          *MONSANTO COMPANY*
27
28

---

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC  &  3:22-cv-01750-VC

# CERTIFICATE OF SERVICE

I certify that on the 21st day of April, 2022, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs