1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:   (713) 227-9508
4  Email:       jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8  IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| 9  | Case No. 3:16-md-02741-VC |
| 10 This document relates to: | |
| 11 | |
| 12 *Hobert Woodall v. Monsanto Co.*, Case No. 3:22-cv-02105-VC | |

13

14        **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16  ("Monsanto") makes the following disclosures:

17      1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18      2.   Bayer AG is a publicly held corporation.

19
20  DATED:  April 22, 2022              Respectfully submitted,

21                                      SHOOK, HARDY & BACON L.L.P.

22                                      BY: */s/ Jennise W. Stubbs*
                                            Jennise W. Stubbs
23                                          600 Travis Street, Suite 3400
                                            Houston, TX 77002-2926
24                                          Telephone:   (713) 227-8008
                                            Facsimile:   (713) 227-9508
25                                          Email:       jstubbs@shb.com

26                                      *Attorneys for Defendant*
27                                      *MONSANTO COMPANY*

28

# CERTIFICATE OF SERVICE

I certify that on the 22nd day of April, 2022, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                        */s/Jennise W. Stubbs*
                                        Jennise W. Stubbs