**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:                 jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to *Jose Jimenez-Yordán v. Monsanto Company* 3:22-cv-02304-VC | |

## NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Jennise W. Stubbs, of Shook, Hardy & Bacon L.L.P., hereby enters her appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the above address.

1  DATED: April 22, 2022                    Respectfully submitted,

2                                           SHOOK, HARDY & BACON L.L.P.

3                                           By: /s/ Jennise W. Stubbs
4                                              Jennise W. Stubbs
                                               600 Travis Street, Suite 3400
5                                              Houston, TX 77002-2926
                                               Telephone: (713) 227-8008
6                                              Facsimile: (713) 227-9508
                                               Email: jstubbs@shb.com
7
8                                           *Attorneys for Defendant*
                                            *MONSANTO COMPANY*
9

10                          **CERTIFICATE OF SERVICE**

11      I, Jennise W. Stubbs, hereby certify that, on April 22, 2022, I electronically filed NOTICE
12  OF APPEARANCE OF JENNISE W. STUBBS ON BEHALF OF DEFENDANT MONSANTO
13  COMPANY with the Clerk for the United States District Court for the Northern District of
14  California using the CM/ECF system, which shall send electronic notification to counsel of
15  record.
16                                          */s/Jennise W. Stubbs*
                                            Jennise W. Stubbs
17