Thomas J. Sullivan
SHOOK, HARDY & BACON L.L.P.
2001 Market Street, Suite 3000
Philadelphia, PA  19103
Phone:  215-278-2555
Fax:  215-278-2594
tsullivan@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF THOMAS J. SULLIVAN ON BEHALF OF MONSANTO COMPANY** |
| *Michael David Albrecht and Irene Albrecht v. Monsanto Co. and John Does 1-100 inclusive,* Case No. 3:20-cv-01636-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Thomas J. Sullivan of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

April 27, 2022                              Respectfully Submitted,

By:  */s/ Thomas J. Sullivan*
Thomas J. Sullivan
SHOOK, HARDY & BACON L.L.P.
2001 Market Street, Suite 3000
Philadelphia, PA  19103
Phone:  215-278-2555
Fax:  215-278-2594
tsullivan@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Thomas J. Sullivan, hereby certify that, on April 27, 2022 I electronically filed NOTICE OF APPEARANCE OF THOMAS J. SULLIVAN ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                         */s/ Thomas J. Sullivan*
                                         Thomas J. Sullivan

                                         *Attorney for Defendant*
                                         MONSANTO COMPANY