1  Charles A. Rosebrough
2  SHOOK, HARDY & BACON L.L.P.
   2555 Grand Blvd.
3  Kansas City, MO 64108
   Phone:  816-474-6550
4  Fax:  816-421-5547
   crosebrough@shb.com
5
   *Attorney for Defendant*
6  *MONSANTO COMPANY*

7              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
8
   | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   |  | Case No. MDL No. 3:16-md-02741-VC |
   | This document relates to: |  |
   | *Michael Henry Johnson v. Monsanto Co. and John Does 1-100 inclusive,* Case No. 3:20-cv-01234-VC | **NOTICE OF APPEARANCE OF CHARLES A. ROSEBROUGH ON BEHALF OF MONSANTO COMPANY** |

14  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

15         PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Charles A. Rosebrough of
16  the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant
17  MONSANTO COMPANY in the above-captioned matter and respectfully requests that all
18  pleadings, notices, orders, correspondence, and other papers in connection with this action be served
19  on and directed to the undersigned counsel.

20  May 10, 2022                              Respectfully Submitted,

22                                           By:  */s/ Charles A. Rosebrough*
                                                  Charles A. Rosebrough
23                                                SHOOK, HARDY & BACON L.L.P.
                                                  2555 Grand Blvd.
24                                                Kansas City, MO 64108
                                                  Phone:  816-474-6550
25                                                Fax:  816-421-5547
                                                  crosebrough@shb.com

                                                  *Attorney for Defendant*
                                                  *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Charles A. Rosebrough, hereby certify that, on May 10, 2022 I electronically filed NOTICE OF APPEARANCE OF CHARLES A. ROSEBROUGH ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

 /s Charles A. Rosebrough
Charles A. Rosebrough

*Attorney for Defendant*
*MONSANTO COMPANY*