UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>ALL WAVE 4, 5, 6 CASES | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**STIPULATION TO EXTEND DEADLINES FOR WAVE 4-6 FACT WITNESS DEPOSITIONS**<br>[*Re:* **Document No. 14475**] |

Undersigned counsel for Monsanto and counsel for Plaintiffs, in the interest of efficiency, agree to wait and depose certain fact witnesses (e.g. those other than plaintiff, spouse, estate representatives, or oncologists) in Waves 4-6 cases until the case is remanded or otherwise set for trial. Specifically, the parties agree that all fact witnesses depositions most be completed within 30 days after remand or 30 days before trial, whichever date is later.

Dated: May 10, 2022

        Respectfully Submitted,

        /s/ Anthony R. Martinez
        Anthony R. Martinez
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Blvd.
        Kansas City, MO 64108

        *Attorney for Defendant Monsanto Company*

        /s/ Aimee H. Wagstaff
        Aimee H. Wagstaff
        Wagstaff Wagstaff Law Firm
        Andrus Wagstaff, PC
        940 Lincoln Street
        Denver, Colorado 80203

/s/ Robin L. Greenwald
Robin L. Greenwald
Weitz & Luxenberg P.C.
700 Broadway
New York, NY 10003

/s/ David J. Dickens
David J. Dickens
The Miller Firm, LLC
108 Railroad Avenue
Orange, Virginia, 22960

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of May 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Anthony R. Martinez
Anthony R. Martinez