**FILED**

MAY 10 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: ROUNDUP PRODUCTS LIABILITY LITIGATION,

_____

THE MILLER LAW FIRM, LLC; WEITZ & LUXENBERG,

          Appellants,

 v.

LABORDE EARLES LAW FIRM; et al.,

          Appellees.

No. 21-16228

D.C. No. 3:16-md-02741-VC
Northern District of California,
San Francisco

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellees' unopposed motion (Docket Entry No. 44) to file under seal Volume 2 of the supplemental excerpts of record is granted. The Clerk will publicly file the motion to seal (Docket Entry No. 44-1), the answering briefs (Docket Entry Nos. 42, 45), and Volume 1 of the supplemental excerpts of record (Docket Entry No. 43). The Clerk will file under seal Volume 2 of the supplemental excerpts of record (Docket Entry No. 44-2).

Appellants' motion (Docket Entry No. 48) for an extension of time to file the reply brief is granted. The reply brief is due July 1, 2022.

MKS/MOATT