**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

This document relates to:

*Jeanette Garavito Dallen, as the Personal Representative of the Estate of: Dallen, Russel M. Jr. on behalf of the Estate and Survivors v. Monsanto Company*,
Case No. 3:22-cv-02495-VC

MDL No. 2741

Case No. 3:16-md-02741-VC

**STIPULATION AND PROPOSED ORDER REGARDING EXTENSION OF TIME FOR MONSANTO COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE**

Plaintiff in the above-captioned lawsuit and defendant Monsanto Company ("Monsanto") hereby stipulate as follows and request entry of the proposed order set forth below:

Plaintiff has filed a Motion to Strike Affirmative Defenses and Reply/Avoidance of Affirmative Defenses (No. 3:16-md-02741-VC, Dkt. No. 14863) (the "Motion to Strike"). Plaintiff and Monsanto stipulate to a fourteen-day extension of time—from May 16, 2022 to May 30, 2022—for Monsanto to file its response to Plaintiff's Motion to Strike.

DATED: May 11, 2022

Respectfully submitted,

BY: */s/ Jennise W. Stubbs*
Jennise W. Stubbs
SHOOK, HARDY & BACON, LLP
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

BY: */s/ John J. Spittler, Jr.*
John J. Spittler, Jr.
SPITTLER AND ASSOCIATES P.A.
1865 Brickell Ave. Suite Th5
Miami, FL 33129
Telephone: (305) 860-9992
Email: jjs@spittlerlaw.com

*Attorney for Plaintiff*
JEANETTE GARAVITO DALLEN, as the Personal Representative of the Estate of: DALLEN, RUSSELL M. JR. on behalf of the Estate and Survivors

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

This document relates to:

*Jeanette Garavito Dallen, as the Personal Representative of the Estate of: Dallen, Russel M. Jr. on behalf of the Estate and Survivors v. Monsanto Company*,
Case No. 3:22-cv-02495-VC

MDL No. 2741

Case No. 3:16-md-02741-VC

**[PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR MONSANTO COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE**

Pursuant to the Stipulation set forth above, it is hereby ordered that Monsanto Company's deadline for filing its response to Plaintiff's Motion to Strike Affirmative Defenses and Reply/Avoidance of Affirmative Defenses (No. 3:16-md-02741-VC, Dkt. No. 14863) in the above-captioned case is extended from May 16 to May 30, 2022.

Date: May __, 2022

______________________________
VINCE CHHABRIA
United States District Judge