## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2741 |
| | | Case No. 3:16-md-02741-VC |
| This document relates to: | * * | |
| *Dennis McNamara Jr. v. Monsanto Co.*, Case No. 3:21-cv-00963-VC | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### SUGGESTION OF DEATH OF PLAINTIFF DENNIS McNAMARA, JR. AND MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), John M. Robin, attorney for Plaintiff, Dennis McNamara, Jr. , in this case, suggests to the Court and upon the record, the death of Plaintiff, Dennis McNamara, Jr.  This suggestion is supported by the attached obituary as Exhibit A. Frederick Tujague is the surviving spouse of Dennis McNamara, as evidenced by Certificate of Marriage, Exhibit B.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested that Frederick Tujague, III be submitted in place of Dennis McNamara Jr. as plaintiff in this action, so that Decedent's claims survive, and the action on his behalf may proceed.

The request under this Motion is not sought for delay, but so that justice may be done.

DATED: May 11, 2022               Respectfully submitted:

/s/ *John M. Robin*

_____
JOHN M. ROBIN (LSBA #11341)
ZACHARY D. RHODES, LSBA #38063
CATHERINE M. ROBIN (LSBA #37398)
600 Covington Center
Covington, Louisiana 70433
Telephone: (985) 893-0370
Fax: (985) 893-2511
johnmrobin@johnmrobinlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Counsel for Defendant Monsanto Company regarding Plaintiff's request under this Motion. To date, no reply has been received.

/s/ *John M. Robin*
John M. Robin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 11th day of May, 2022.

/s/ *John M. Robin*