Provided by Bagnell & Son Funeral Home

# Dr. Dennis Benjamin McNamara, Jr.

April 2, 2022



Dr. Dennis Benjamin McNamara Jr. of Bush, Louisiana passed away peacefully at the age of 80, April 2, 2022 after a courageous battle with cancer. "Ben", as he was known to friends, family and colleagues was born in Shreveport, and is preceded in death by his parents,



Ben lived, worked and studied in numerous cities including Shreveport, Dallas, Corpus Christi, St. Paul, Boston, St. Louis, Winnipeg, New Orleans, Old Metairie and Bush. A graduate of St. Thomas Academy, the University of St. Thomas and St. Louis University. Upon graduation Ben was awarded a Harvard Fellow at the prestigious Peter Bent Bingham Harvard University School of Medicine. He devoted his life to medical research and education, having been awarded the title "Professor Emeritus" after a long, distinguished career at Tulane University School of Medicine. Ben traveled the world many times over attending and speaking at cardiovascular research conferences. He published many research papers, wrote for and edited various medical journals, and earned numerous awards and honors including a Lifetime Achievement Award from the International Academy of Cardiovascular Research. He enjoyed a rich, full life, ultimately retiring to his beloved and beautiful property on the Northshore. Ben was an avid reader, and enjoyed gardening, taking walks, watching television, and going to estate sales. Ben shared his life over 20 years with his devoted friend, partner and spouse, Fred. Together they served on various committees and groups working at the local, State and National level to help in the rebuilding efforts after the devastation of Hurricane Katrina.

Ex. A