# STATE OF LOUISIANA
## CERTIFICATE OF MARRIAGE

LICENSE NO. 1057762  STATE FILE NO. 117

| | | | | |
|---|---|---|---|---|
| **GROOM** | NAME (LAST, FIRST MIDDLE SUFFIX)<br>TUJAGUE III, FREDERICK AUGUST | SEX<br>M | NAME PRIOR TO FIRST MARRIAGE | |
| | USUAL RESIDENCE - CITY, TOWN, OR LOCATION | PARISH/COUNTY<br>ST. TAMMANY | STATE<br>LA | |
| | DATE OF BIRTH | PLACE OF BIRTH<br>NEW ORLEANS LA | | |
| | FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | FATHER/PARENT PLACE OF BIRTH<br>NEW ORLEANS LA | MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | MOTHER/PARENT PLACE OF BIRTH<br>NEW ORLEANS LA |
| **GROOM** | NAME (LAST, FIRST MIDDLE SUFFIX)<br>MCNAMARA JR, DENNIS BENJAMIN | SEX<br>M | NAME PRIOR TO FIRST MARRIAGE | |
| | USUAL RESIDENCE - CITY, TOWN OR LOCATION | PARISH/COUNTY<br>ST. TAMMANY | STATE<br>LA | |
| | DATE OF BIRTH | PLACE OF BIRTH<br>SHREVEPORT LA | | |
| | FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | FATHER/PARENT PLACE OF BIRTH<br>ENNIS TX | MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | MOTHER/PARENT PLACE OF BIRTH<br>SAN ANTONIO TX |

**COVENANT MARRIAGES**

COVENANT MARRIAGE: [ NO ]  If yes, complete the following statement

We, NOT APPLICABLE and NOT APPLICABLE do hereby declare our intent to contract a Covenant Marriage and, accordingly, have executed a declaration of intent attached hereto.

I/WE HEREBY CERTIFY THAT THE INFORMATION PROVIDED IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF AND THAT WE ARE FREE TO MARRY UNDER THE LAWS OF THIS STATE

**LICENSE TO MARRY**

SIGNATURE OF GROOM: *Frederick August Tujague III*

SIGNATURE OF GROOM: NOT PRESENT FOR APPLICATION

This License Authorizes the Marriage in This State of The Parties Named Above By Any Person Duly Authorized to Perform a Marriage Ceremony Under the Laws of the State of Louisiana

SUBSCRIBED AND SWORN BEFORE ME ON (Month, Day, Year, and Time): APRIL 1, 2022 10:32 AM

EXPIRATION DATE (Month, Day, Year, and Time): MAY 1, 2022  11:59 PM

NAME OF ISSUING OFFICIAL: NICOLE DUPLANTIS
TITLE OF ISSUING OFFICIAL: DEPUTY CLERK
SIGNATURE OF ISSUING OFFICIAL: *Nicole Duplantis*

PARISH OF ISSUE: ST TAMMANY
CITY OR TOWN OF ISSUE: COVINGTON
ISSUING FACILITY: ST. TAMMANY PARISH CLERK OF COURT

**CEREMONY**

1. I CERTIFY THAT THE ABOVE NAMED PERSONS WERE MARRIED ON (Month, Day, Year and time): April 1, 2022  12 PM
2. WHERE MARRIED - CITY, TOWN OR LOCATION: Covington
3. PARISH: St. Tammany
4. STATE: LA

5. NAME OF PERSON PERFORMING CEREMONY: Connie G. Moore
6. TITLE: Justice of the Peace
7. SIGNATURE OF PERSON PERFORMING CEREMONY: *Connie Moore*

8. ADDRESS OF OFFICIANT: 73477 Tammy Lane Covington, LA 70435

**SIGNATURE**

9. SIGNATURE OF GROOM
10. SIGNATURE OF GROOM
11. SIGNATURE OF WITNESS TO CEREMONY: *Clayton D. Cry*
12. SIGNATURE OF WITNESS TO CEREMONY

**RECORDING OFFICIAL**

SIGNATURE OF RECORDING OFFICIAL - CLERK OF COURT: *Nicole Duplantis - Dy Clerk*

DATE FILED (Day, Month, Year): 04/01/22

Ex. B

STATE OF LOUISIANA
PARISH OF ST. TAMMANY
I hereby certify this to be a true and correct copy of the original Marriage License
# 1057762
Given under my hand and seal of office this ___ day of April 2022

*Brenda C. Shook*
Dy Clerk and Ex-Officio Recorder
**Brenda C. Shook, Deputy Clerk**