UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2741 |
| | | Case No. 3:16-md-02741-VC |
| This document relates to: | * * | |
| *Dennis McNamara Jr. v. Monsanto Co.*, Case No. 3:21-cv-00963-VC | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering plaintiff's Motion;

IT IS ORDERED that Frederick Tujague, III be substituted as a party plaintiff in place of Dennis McNamara, Jr.

This _____ day of _____, 2022.

_____
VINCE CHHABRIA
United States District Judge