**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

MDL NO.: 2741

CASE NO.: 3:16-md-02741-VC

ALLISON V. MILLER,                                        WAVE NO.: 4

    Plaintiff,

v.

MONSANTO COMPANY,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, Allison V. Miller, by undersigned counsel, files this Notice of Settlement, as this matter has settled in all respects. The parties are currently preparing and finalizing the settlement proceedings. Shortly, thereafter, the Plaintiff will be filing a request for dismissal with prejudice.

    Respectfully submitted,

    SCHULER, HALVORSON, WEISSER,
    ZOELLER & OVERBECK, P.A.
    Attorneys for Plaintiff(s)
    Barristers Building, Fourth Floor
    1615 Forum Place
    West Palm Beach, FL  33401
    Telephone:  (561) 689-8180
    Primary:  rschuler@shw-law.com
    Email2:  crussell@shw-law.com
    Email3:  mmaslak@shw-law.com
    Email4:  acoates@shw-law.com

    By:*/s/ Eric C. Hayden, Esquire*
        Richard D. Schuler
        FL Bar No.:  158226
        Eric C. Hayden, Esq.
        FL Bar No.:  100923