UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Adams v. Monsanto, Case No. 21-cv-4466* | **ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO PROSECUTE** |
| | Re: Dkt. Nos. 14716;, 15 |

For the reasons stated in Docket No. 14206, Monsanto's motion to dismiss with prejudice is granted. Judgment is entered in favor of Monsanto.

**IT IS SO ORDERED.**

Dated: May 16, 2022

VINCE CHHABRIA
United States District Judge