| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | |
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 16-md-02741-VC <br><br> NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION PURSUANT TO CIV. L.R. 7-9; MEMORANDUM OF POINTS AND AUTHORITIES; EXS. "1-5" AND [PROPOSED] ORDER |
| **This document relates to:** <br><br> *PATRICIA WOODRUFF, et al.* <br> *vs. MONSANTO COMPANY* <br><br> 3:19-cv-07531-VC | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

| | |
|---|---|
| Date: | TBD |
| Time: | TBD |
| Courtroom: | Courtroom 4 |

**Judge Assigned: Vince Chhabria**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as soon as counsel may be heard, telephonically or in person in Courtroom 4, United States District Court, Northern District of California, 450 Golden Gate Avenue,

---

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION PURSUANT TO CIV. L. R. 7-9; MEMORANDUM OF POINTS AND AUTHORITIES; EXS. "1-5" AND [PROPOSED] ORDER

1

San Francisco, California, 94102, as the Judge determines, Michele Woodruff Harrell, Alan Woodruff, and Sterling Woodruff ("Movants"), by and through counsel, will bring on for hearing their motion, pursuant to Civ. L.R. 7-9, for leave to file a motion asking this Court to reconsider its May 16, 2022 Order [Dkt. No. 14883] dismissing *Woodruff v. Monsanto*, Case No. 3:19-cv-07531-VC, with prejudice.

Movants' Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Exhibits attached hereto, and any additional argument and evidence this Court may consider.

DATED: May 17, 2022.

        Respectfully submitted,

        Michele Woodruff Harrell, Alan Woodruff,
        and Sterling Woodruff

By:   */s/ C. Victor Welsh, III*
      C. VICTOR WELSH, III (MSB #7107)
      Email: cvw@prwlaw.com
      **PITTMAN, ROBERTS & WELSH, P.L.L.C.**
      410 South President Street (39201)
      Post Office Box 22985
      Jackson, Mississippi 39225-2985
      Telephone: (601) 948-6200
      Facsimile: (601) 948-6187

# MEMORANDUM OF POINTS AND AUTHORITY

1. This case arises out of the wrongful death of Mississippi resident Rodney Allen Woodruff from his exposure to Roundup (the "Woodruff Roundup Claim").

2. Pittman, Roberts, & Welsh PLLC ("PRW") filed this case in the Northern District of Mississippi as counsel of record for Patricia Woodruff, Individually and in her representative capacity as Executrix of the Rodney Allen Woodruff Estate. This case was transferred to this MDL and is identified in this Court's May 16, 2022 Dismissal Order [Dkt. No. 14883] as: *Woodruff v. Monsanto*, Case No. 3:19-cv-07531.

3. On June 21, 2021, PRW received correspondence from Special Master Feinberg regarding submission of the Woodruff Claim to the Special Master Settlement Program. Before completing the required submission, PRW was terminated as counsel for the Estate on August 13, 2021.

4. PRW was eventually rehired and has reappeared in this case to represent Movants Michele Woodruff Harrell, Alan Woodruff, and Sterling Woodruff, the natural children of Rodney Allen Woodruff. On February 28, 2022, Ernest W. Stewart appeared in the case on behalf of the Estate of Rodney Allen Woodruff and Patricia Woodruff, the surviving spouse. Shortly thereafter, a dispute arose over: 1) control of the litigation; and, 2) the real parties in interest. *See, e.g., Long v. McKinney,* 897 So. 2d 160, 176-77 ¶¶ 70-78 (Miss. 2004)(discussing control of litigation in Mississippi wrongful death suits).

5. On March 3, 2022, PRW contacted Special Master Feinberg informing Mr. Feinberg that PRW had reappeared in this case to represent Michele Woodruff Harrell, Alan Woodruff, and Sterling

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION PURSUANT TO CIV. L. R. 7-9; MEMORANDUM OF POINTS AND AUTHORITIES; EXS. "1-5" AND [PROPOSED] ORDER

3

Woodruff, only. PRW informed Mr. Feinberg that "as a result of the [the] turnover in representation, presentation of this wrongful death claim to the Roundup Independent Settlement Program has been delayed." Exhibit "1": March 3, 2022 Letter, Welsh to Feinberg. Further, PRW indicated that it was the purpose of the letter to inform Special Master Feinberg that the interested parties were in the process of complying with PTO 240 . *Id.*

6. On March 4, 2022, PRW received an email from Feinberg Law Offices confirming that they "would accept [the letter] as notice to file a claim for the Estate of Woodruff." PRW was instructed to "Please submit the claim as soon as possible." Exhibit "2"- March 4, 2022 Email, Feinberg to Welsh. As indicated below, PRW was already in the process of taking the necessary steps to complete the settlement form and supply the required supporting documentation.

7. By way of example, on February 25, 2022, as required by Mississippi law, PRW filed a Petition to Determine the Wrongful Death Statutory Beneficiaries of Rodney Woodruff in the Mississippi Chancery Court Estate Case. Exhibit "3". As required by law, the Petition was set by Court order and publically noticed for hearing on May 10, 2022.

8. The Heirship Petition brought the real parties in interest dispute to the attention of the Mississippi Court. The dispute centered around Rodney Woodruff's two adult step children. The Estate and Patricia Woodruff petitioned the Mississippi Chancery Court to apply Arkansas law and include the two step children as wrongful death heirs. Movants, represented by PRW, petitioned the Mississippi Court to apply Mississippi law and exclude Rodney Woodruff's step children as heirs. On May 10, 2022, the Mississippi Chancery Court applied Mississippi law and entered its Order determining

the Wrongful Death Beneficiaries of Rodney Allen Woodruff to be Movants and Patricia Woodruff as the surviving spouse, i.e. the two stepchildren were excluded. The effect of the Order was a determination of the real parties in interest in this case. Exhibit "4".

9. As a further example of PRW's efforts to comply with this Court's Orders requiring submission to the Special Master Settlement Program, on May 13, 2022, PRW obtained the required exposure affidavit. Exhibit "5".

10. As indicated by the Complaint and the attached Affidavit, the Woodruff Roundup Claim involves a diagnosis of NHL after decades of agricultural exposure to Rodney Woodruff arising from his farming activities on approximately 6000 acres of land in the Mississippi Delta. The settlement package which PRW was preparing for submission to the Special Master contains an abstract of medical records spanning years of cancer treatment and expenses totaling in excess of $1,415,664.03.

11. This is a significant case with confirmed extreme exposure.

12. On May 16, 2022, this Court entered its Order [Dkt. No. 14883] dismissing this case with prejudice for failure to comply with PTO 270. The Order of Dismissal has not been certified for appeal, and, therefore, is interlocutory. *See,* Fed. R. Civ. P. 54(b).

13. Motions for the reconsideration of interlocutory orders from this Court are governed by Civil Local Rule 7-9. *Stine v. Prelip*, 13-cv-5502 VC (PR), 2014 U.S. LEXIS 80333, * 3-4 (N.D. Calif. Jun. 10, 2014). Pursuant to Civ. L.R. 7-9, Movants would show:

      a)      This Motion is timely as it is being filed less than one (1) day after entry of this Court's Order of Dismissal, *See,* Civ. L.R. 7-9(b); and,

      b)      The reason for dismissal, i.e. failure to comply with PTO 270, was the result of a unique aspect of Mississippi law created by *Long v. McKinney* that requires judicial intervention when a dispute arises involving the control of a wrongful death case. Until that dispute was resolved by the Mississippi Court on May 10, 2022, it remained unclear as to who had the obligation and/or authority to respond to PTO 270. *See,* Civ. L.R. 7-9(b)(1).

14. The facts relating to the above dispute are only summarized herein. Therefore, Movants reserve the right to offer additional evidence as required. Further, Movants anticipate that by the time this Court hears this Motion, the Woodruff Roundup Claim will be completed and submitted to the Special Master Settlement Program.

15. Given the opportunity, it is Movants' intention to file a motion to reconsider and request that this Court order the Clerk to reactivate this case on the Court's docket.

16. Movants pray for any additional relief to which they would be entitled in law or equity.

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION PURSUANT TO CIV. L. R. 7-9; MEMORANDUM OF POINTS AND AUTHORITIES; EXS. "1-5" AND [PROPOSED] ORDER

DATED: May 17, 2022.

Respectfully submitted,

Michele Woodruff Harrell, Alan Woodruff, and Sterling Woodruff

By:   */s/ C. Victor Welsh, III*
C. VICTOR WELSH, III (MSB #7107)
cvw@prwlaw.com
**PITTMAN, ROBERTS & WELSH, P.L.L.C.**
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

# CERTIFICATE OF SERVICE

I, C. Victor Welsh, III, hereby certify that, on May 17, 2022, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record, in accordance and in a manner as authorized by **F.R.C.P. 5(b)2.**

*/s/ C. Victor Welsh, III*
C. VICTOR WELSH, III (MSB #7107)
cvw@prwlaw.com
**PITTMAN, ROBERTS & WELSH, P.L.L.C.**
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187