

**PITTMAN ROBERTS & WELSH, PLLC**

C. Victor Welsh, III
O: 601.948.6200
F: 601.948.6187
cvw@prwlaw.com

March 3, 2022

**VIA EMAIL and REGULAR MAIL**:
roundupprogram@feinberglawoffices.com
Kenneth R. Feinberg
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 390
Washington, D.C. 20004-1008

    Re:    In re: Roundup Product Liability Litigation: MDL No. 2741 (N.D. Cal.);
*Estate of Woodruff v. Monsanto,* Cause No. 3:19-cv-07531

            Potential Claimant: Wrongful Death Statutory Beneficiaries
of Rodney Allen Woodruff, Deceased

Dear Mr. Feinberg:

    On June 21, 2021, I received correspondence from you regarding submission of the above claim to the Roundup Settlement Program. Before completing the submission, I was terminated as attorney for the Estate.

    I have now been hired to represent Michele Harrell, Alan Woodruff and Sterling Woodruff, the natural children and statutory wrongful death beneficiaries of the decedent, Rodney Allen Woodruff. I have made an appearance in the above cases on their behalf. On February 28, 2022, Ernest W. Stewart appeared in the case on behalf of the Estate and Patricia Woodruff as the surviving spouse.

    As a result of this turn over in representation, presentation of this wrongful death claim to the Roundup Independent Settlement Program has been delayed.

    Now that this matter is back on track, I am in the process of collecting the necessary documentation regarding exposure and will be presenting a completed claim form to your office in the near future. Therefore, it is the purpose of this letter to inform you that the wrongful death beneficiaries are in the process of complying with PTO 240.

**EXHIBIT "1"**

Kenneth R. Feinberg
March 3, 2022
Page 2

---

      If you have any additional questions at this time, please call.

      Sincerely yours,

      PITTMAN, ROBERTS & WELSH, PLLC

      */s/ C. Victor Welsh, III*
      C. Victor Welsh, III

CVWIII:ksp
Enclosures
cc:    Ann R. Chandler
       Ernest W. Stewart
       Drew Hassin