| | |
|---|---|
| **From:** | Roundup Program |
| **To:** | Kathy Parsons |
| **Cc:** | Vic Welsh; Ann Chandler; Ernest Stewart; Drew Hassin |
| **Subject:** | RE: In re Roundup Product Liability Litigation: MDL No. 2741 (N.D. Cal.); Estate of Woodruff v. Monsanto, Cause No. 19-cv-7531 |
| **Date:** | Friday, March 4, 2022 3:18:51 PM |

Ms. Parsons,

Thank you for letting us know. We will accept this as notice to file a claim for the Estate of Woodruff. Please submit the claim as soon as possible.

Regards,
Feinberg Law Offices


-----Original Message-----
From: Kathy Parsons [mailto:kp@prwlaw.com]
Sent: Thursday, March 3, 2022 3:31 PM
To: Roundup Program <roundupprogram@feinberglawoffices.com>
Cc: Vic Welsh <cvw@prwlaw.com>; Ann Chandler <achandler@prwlaw.com>; Ernest Stewart <estewart@msattorney.com>; Drew Hassin <dhassin@msattorney.com>
Subject: In re Roundup Product Liability Litigation: MDL No. 2741 (N.D. Cal.); Estate of Woodruff v. Monsanto, Cause No. 19-cv-7531

Caution: This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.


Good Afternoon Mr. Feinberg:

Attached is correspondence from Mr. Welsh in the above case.

Thank you.

Kathy Parsons
Pittman Roberts & Welsh PLLC
kp@prwlaw.com
O: 601.948.6200
F: 601.948.6187

CONFIDENTIALITY NOTICE:

The information contained in this communication is PRIVILEGED AND CONFIDENTIAL and intended only for the use of the individual to whom it is addressed.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  Immediately notify the sender by reply e-mail if you have received this communication in error.  Please delete this communication and any copies thereof.  This email (including attachments) is covered by the Electronic Communications Privacy Act, 19 USC Sections 2510-2521

Your message is ready to be sent with the following file or link attachments:

Kenneth F. Feinberg-3.3.22

**EXHIBIT "2"**