**IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI**

IN THE MATTER OF: THE LAST WILL
AND TESTAMENT OF RODNEY ALLEN
WOODRUFF, DECEASED                    CAUSE NO.: 45CH1:19-cv-00205

**PETITION TO DETERMINE WRONGFUL
DEATH STATUTORY BENEFICIARIES**

COMES NOW Kimberly Michele Harrell, through her counsel of record, and files this Petition to Determine Wrongful Death Statutory Beneficiaries, as follows:

1. On February 28, 2018, Rodney Allen Woodruff died from Metastatic Non-Hodgkins Mantle Cell Lymphoma. On June 14, 2018, this Court entered its Decree Admitting Will to Probate and Granting Letters Testamentary [5]. Therefore, this Court has jurisdiction over this matter and venue is proper.

2. As a result of Rodney Allen Woodruff's death, a claim for wrongful death has arisen on behalf of his wrongful death statutory beneficiaries. Under Mississippi law, Miss Code Ann. § 11-7-13, the statutory wrongful death beneficiaries of Rodney Allen Woodruff are his natural children and surviving spouse, as follows: 1) Kimberly Michele Harrell (daughter); 2) Rodney Alan Woodruff (son); 3) Morris Sterling Woodruff (son); and, 4) Patricia Smith Woodruff (spouse).

3. Petitioner requests that a hearing be set and process by publication issue for any persons who claim to be a statutory wrongful death beneficiary of Rodney Allen Woodruff.

4. On or before the date of such hearing, Petitioner demands specific proof that such persons are the rightful statutory wrongful death beneficiaries of Rodney Allen Woodruff.

**EXHIBIT "3"**

WHEREFORE, PREMISES CONSIDERED, Petitioner, respectfully requests that this Court receive this Petition, set this matter for hearing, and, upon publication to all unknown statutory wrongful death beneficiaries giving notice of such hearing, adjudicate the wrongful death statutory beneficiaries of Rodney Allen Woodruff, Deceased.

DATED this the 25th day of February, 2022.

By: */s/ C. Victor Welsh, III*
C. VICTOR WELSH, III

*Attorney for the Kimberly Michele Harrell, Rodney Alan Woodruff and Morris Sterling Woodruff*

## CERTIFICATE OF SERVICE

I, C. Victor Welsh, III, certify that a true and correct copy of the above pleading has been served by this Court's electronic filing system (MEC) on all counsel of record.

This, the 25th day of February, 2022.

By: *C. Victor Welsh, III*
C. VICTOR WELSH, III

OF COUNSEL:

PITTMAN, ROBERTS & WELSH, PLLC
410 South President Street
Jackson, Mississippi 39201
Telephone: (601) 948-6200
Facsimile: (601) 948-6187
cvw@prwlaw.com