## IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI

IN THE MATTER OF: THE LAST WILL
AND TESTAMENT OF RODNEY ALLEN
WOODRUFF, DECEASED

CAUSE NO.: 45CH1:19-cv-00205

### ORDER DETERMINING THE WRONGFUL DEATH STATUTORY BENEFICIARIES OF RODNEY ALLEN WOODRUFF

CAME ON for hearing, on this date, the Petition [139] to Determine Wrongful Death Statutory Beneficiaries of Rodney Allen Woodruff, Deceased, and the Court having heard and considered said Petition, finds and orders as follows:

1. On February 28, 2018, Rodney Allen Woodruff died from Metastatic Non-Hodgkins Mantle Cell Lymphoma. On June 14, 2018, this Court entered its Decree Admitting Will to Probate and Granting Letters Testamentary [5]. On February 25, 2022, Kimberly Michele Harrell, through her counsel, filed the Petition to Determine Wrongful Death Statutory Beneficiaries. Process by publication was had for this hearing on April 21, 2022, April 29, 2022, and, May 5, 2022. *See*, Doc. #177. Therefore, this Court has jurisdiction over this matter and venue is proper.

2. Prior to the hearing on the Petition to Determine Heirs, an officer of the Court called out, three times, for the wrongful death heirs of Rodney Allen Woodruff to appear and give evidence. Only those individuals listed below answered and/or appeared individually or through counsel.

3. As a result of Rodney Allen Woodruff's death, a claim for wrongful death has arisen on behalf of his wrongful death statutory beneficiaries. Therefore, this Court ORDERS that, pursuant to Miss Code Ann. § 11-7-13, the statutory wrongful death beneficiaries of Rodney Allen Woodruff are his natural children and his surviving spouse, as follows: 1) Kimberly Michele Harrell

Page 1 of 2

FILED
MADISON COUNTY
MAY 10 2022
RONNY LOTT, CHANCERY CLERK
BY_____ D.C.

EXHIBIT "4"

(daughter); 2) Rodney Alan Woodruff (son); 3) Morris Sterling Woodruff (son); and, 4) Patricia Smith Woodruff (spouse).

4.  The Estate of Rodney Allen Woodruff has appeared, through counsel, and indicated that it will also assert a claim pursuant to Miss. Code Ann. § 11-7-13 for funeral expenses, and/or medical expenses, and/or other expenses as allowed by statute or other law. Without adjudicating such claim, this Court ORDERS that upon liquidation and deduction of the Estate's claim, if any, the statutory wrongful death beneficiaries will share the remaining balance of any wrongful death proceeds in equal 1/4 shares.

SO ORDERED ADJUDGED this the ___10th___ day of May, 2022.

_____
JUDGE ROBERT G. CLARK, III
CHANCERY COURT JUDGE

PRESENTED TO THE COURT BY:

_____
C. VICTOR WELSH, III (MSB #7107)
cvw@prwlaw.com
PITTMAN, ROBERTS & WELSH, P.L.L.C.
410 South President Street
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: 601-948-6200
Facsimile: 601-948-6187

*Attorney for the Kimberly Michele Harrell,
Rodney Alan Woodruff and Morris Sterling Woodruff*