UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**AFFIDAVIT OF ALAN WOODRUFF** |
| This document relates to:<br><br>*PATRICIA WOODRUFF, et al.*<br>*vs. MONSANTO COMPANY*<br><br>3:19-cv-07531-VC | |

STATE OF MISSISSIPPI

COUNTY OF   HINDS

    1.    My name is Alan Woodruff. I live at: 1819 Vicklan Street, Vicksburg, Mississippi 39180. I am 54 years old and competent to testify as to the matters contained in this Affidavit. Further, the following is based upon my own personal knowledge.

    2.    I am the son of Rodney Allen Woodruff. Between the ages of 12 and 25, from approximately 1980 to 1995, I worked with my father on Goose Lake Farms, the family farm in Issaquena County Mississippi.

1

**EXHIBIT "5"**

3.	During the time that I farmed with my father, we grew soy beans and cotton.

4.	When we began farming, Gooselake Farms was in the neighborhood of 4,800 acres. Eventually, the Farm got to 6,000 acres.

5.	My father started using Roundup when it came out in the mid '70s. My father first applied Roundup using a wick boom. Although he would continue to use a wick boom, he met a farmer in Arkansas and they built a 40 to 50 ft. spray rig with cone spinners powered by electric motors. We would fill the cones with Roundup and water, and propellers as the base of the cones would spin and direct the Roundup into the ground to kill the weeds and vegetation.

6.	When we applied Roundup, my father would, at times, have me stop the tractor so he could calibrate the spray rig we were using. When he did this, the Roundup liquid would run all over his hands, arms and clothes like he was taking a shower.

7.	When it was too wet, my father would apply Roundup using an airplane. When my father flew, he would just spot spray Roundup with his plane. When it came to a whole field that we had to spray, my father would hire a man named Phil Lewis to do the spraying.

8.	When Mr. Lewis applied Roundup using an airplane, my father would be the flagger. My father would stand at the end of a row with a flag in order to mark the location for the airplane to apply the Roundup. As the plane flew over, my father would catch the drift and would be doused with Roundup spray.

9.	We would use Roundup application on the entire acreage of the farm which eventually came up to about 6,000 acres.

10. The Farm was a combination of property that my father owned that he bought from his father and farmland that my father rented.

11. My father used Roundup during the entire time that I farmed with him.

Dated this 13th day of May, 2022.

_____
ALAN WOODRUFF

SWORN TO AND SUBSCRIBED BEFORE ME this the 13th day of May, 2022.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

[Notary Seal: STATE OF MISSISSIPPI, KATHLEEN S. PARSONS, ID No 21984, NOTARY PUBLIC, Comm Expires February 10, 2025, HINDS COUNTY]