**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING RECONSIDERATION PURSUANT TO CIV. L.R. 7-9** |
| This document relates to:<br><br>*PATRICIA WOODRUFF, et al.*<br>*vs. MONSANTO COMPANY*<br><br>3:19-cv-07531-VC | |

**[PROPOSED] ORDER**

1. Counsel's motion is GRANTED.

2. This Court's Dismissal Order [Dkt. No. 14883] is hereby amended to exclude *Woodruff v. Monsanto*, Case No. 3:19-cv-07531.

3. The Clerk of Court is ORDERED to re-open this case, *Woodruff v. Monsanto*, Case No. 3:19-cv-07531.

4. Counsel shall inform the Court by letter as to the status of the submission of this case to the Special Master Settlement Program.

Dated: _____, 2022.

_____
Hon. VINCE CHHABRIA
United States District Court Judge