GILLIAN L. WADE (State Bar No. 229124)
MARC A. CASTANEDA (State Bar No. 299001)
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

*Attorneys for Plaintiffs*

(*additional counsel listed on signature page*)

JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036
Tel:  (202) 282-5000
Fax:  (202) 282-5100

BRIAN STEKLOFF
Wilkinson Stekloff LLP
bstekloff@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

*Attorneys for Defendant*

(*additional counsel listed on signature page*)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GILMORE, et al., | MDL No. 2741 |
| Plaintiffs, | Case No. 3:21-cv-08159 |
| vs. | **JOINT SUBMISSION REGARDING CLASS NOTICES, WEBSITE, AND CLAIM FORM** |
| MONSANTO COMPANY, | |
| Defendant. | |

Plaintiffs Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell, and Kristy Williams ("Plaintiffs") and Defendant Monsanto Company ("Defendant," and together with Plaintiffs, the "Parties") jointly submit this response to the Court's April 20, 2022 Order re: Motion for Preliminary Approval. That Order stated that the Court was inclined to preliminarily approve the proposed Settlement in this matter but directed the Parties to submit revisions to the Class Action Settlement Notice, the Publication Notice, the Claim Forms, and social media ads that would "clearly and conspicuously inform potential class members that, if they were to develop Non-Hodgkin Lymphoma or any other injury or illness, their ability to sue Monsanto based on that injury or illness would not be affected by the settlement." Dkt. No. 117. The Order said that the Parties "must also assure the court that the website linked to from the social media ads will clearly and conspicuously contain this information." *Id*.

In response to the Order, the Parties have conferred between and amongst themselves and with the proposed Class Administrator to revise the notice, claim form, website and media materials pursuant to the Court's directions.

Submitted concurrently herewith is a declaration from Brandon Schwartz, a notice expert and a Director at the proposed Claims Administrator, describing and attaching revised versions of the Class Action Settlement Notice, the Publication Notice, the hard-copy Claim Form, and digital banner ads that were submitted with the motion for preliminary approval. Each of these documents has been revised to include the following language:

> **CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE OR MAINTAIN AN ACTION CLAIMING THAT THEY CURRENTLY HAVE OR LATER DEVELOP CANCER OR ANY OTHER PERSONAL INJURY FROM USING OR BEING EXPOSED TO THE PRODUCTS**

Schwartz Decl. ¶¶ 4-5. This language will be placed in prominent positions on each of these documents to attract the notice of Class Members. *Id*. ¶ 5 & Exs. A-D. Similar language has also been added in various places throughout the longer Notice of Class Action Settlement. *Id*. ¶ 5 & Ex. A. In addition, to provide the Court with required assurance that the Settlement Website will clearly and conspicuously contain similar information, the Schwartz Declaration attaches a mock-

1

up of the landing page of the Settlement Website, which will include the same language in bold, bright-red font near the top of the page.

Mr. Schwarz has opined that these changes will conspicuously inform Class Members of the information the Court's Order was concerned about. The Parties likewise believe that these revisions will conspicuously provide Class Members with notice that the Settlement will not affect any rights they may have to assert a Personal Injury Claim in the future.

The Parties respectfully suggest that these revised notice documents address the Court's Order, and, accordingly, request that the Court enter an order preliminarily approving the Settlement.

Dated: May 17, 2022

By:  /s/ Gillian L. Wade

GILLIAN L. WADE
MARC A. CASTANEDA
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024

JOEL OSTER
Oster Law Firm
Of Counsel to the Law Offices of Howard Rubinstein
joel@osterlaw.com
22052 W. 66th St. #192
Shawnee, Kansas 66226

*Attorneys for Plaintiffs Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell, and Kristy Williams*

/s/ John J. Rosenthal

JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036

JEFF WILKERSON
Winston & Strawn LLP
jwilkerson@winston.com
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202

BRIAN STEKLOFF
Wilkinson Stekloff LLP
bstekloff@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, DC 20036

RAKESH KILARU
Wilkinson Stekloff LLP
rkilaru@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, DC 20036

*Counsel for Monsanto Company*

3