UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT GILMORE, JAMES WEEKS, PAUL TAYLOR, SHERRY HANNA, AMANDA BOYETTE, JULIO EZCURRA, ANTHONY JEWELL, and KRISTY WILLIAMS,<br><br>          Plaintiffs,<br><br>   v.<br><br>MONSANTO COMPANY,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:21-cv-8159 |

### DECLARATION OF BRANDON SCHWARTZ
### REGARDING CLASS NOTICE, WEBSITE AND CLAIM FORM

I, Brandon Schwartz, declare:

1.     I am the Director of Notice for Postlethwaite & Netterville, APAC ("P&N"), a full-service administration firm providing legal administration services, including the design, development, and implementation of unbiased complex legal notification programs.

2.     P&N was retained by the Parties to develop and execute the Notice Plan and to administer the claims process in the above-referenced matter (the "Action")[1]. In the *Declaration of Brandon Schwartz Regarding Proposed Notice Plan* (the "Notice Plan Declaration") dated January 20, 2022 and submitted along with my C.V, I detailed my class action experience.

---

[1] All capitalized terms not otherwise defined in this document shall have the meaning ascribed to them in the Settlement Agreement.

3. In the Court's *Order Re: Motion for Preliminary Approval* dated April 20, 2022, the Parties were directed to revise the Class Notices, Claim Form, and Settlement Website to "clearly and conspicuously inform potential class members that, if they were to develop Non-Hodgkin Lymphoma or any other injury or illness, their ability to sue Monsanto based on that injury or illness would not be affected by the settlement." P&N has worked with the Parties on solutions to clearly inform Class Members of their rights under this settlement.

4. In order to more clearly inform Class Members that by participating in this Settlement that they will still retain their rights to sue Monsanto should they develop an injury or illness, now or in the future, related to their use of the Products, the Parties and P&N propose adding the following language to the Class Notices, Website, and Claim Form:

> **CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE OR MAINTAIN AN ACTION CLAIMING THAT THEY CURRENTLY HAVE OR LATER DEVELOP CANCER OR ANY OTHER PERSONAL INJURY FROM USING OR BEING EXPOSED TO THE PRODUCTS**

The above proposed language is designed to catch Class Members' attention, appearing in bold, uppercase font, in prominent positioning on the Notices, Claim Form, and Settlement Website.

5. The revised Notice of Class Action Settlement, Publication Notice, Claim Form, and Digital Banners Notice are attached hereto as Exhibit A, B, C, & D, respectively. In addition, a mock-up of the landing page for the Settlement Website, which will also prominently feature the proposed language in bold, uppercase font is attached hereto as Exhibit E. The revised Notice of Class Action Settlement, in addition to containing the precise language mentioned above in bolded font on the first and second page, also advises Class Members of the same facts using similar language in several other places. Exhibit A highlights this language for ease of the Court's reference.

5. The added language, placed prominently on the Class Notices, Website and Claim

Form, conspicuously informs class members of their rights to maintain or pursue future action against Monsanto should they develop Non-Hodgkin Lymphoma or any other personal injury.

I declare under penalty of perjury that the foregoing is true and correct.

*Brandon Schwartz*
Brandon Schwartz

Executed this 17th day of May 2022 in Portland, Oregon.