

assurance – consulting – tax – technology

pncpa.com

# Exhibit B: Publication Notice

**LEGAL NOTICE**

# If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products, You May Be Entitled To a Cash Payment From A Proposed Class Action Settlement

*The United States District Court authorized this Notice.*
*It is not a solicitation from a lawyer. You are not being sued.*

**CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE OR MAINTAIN AN ACTION CLAIMING THAT THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER PERSONAL INJURY FROM USING OR BEING EXPOSED TO THE PRODUCTS.**

This Settlement resolves a class action lawsuit, *Scott Gilmore et al. v. Monsanto Company, et al.* (No. 3:21-cv-8159), pending in the United States District Court for the Northern District of California (the "Court") against Monsanto Company, the manufacturer of certain Roundup®, Ace®, and HDX® weed and grass killer products (the "Products").

The lawsuit alleges that Monsanto falsely advertised and promoted the Products by failing to disclose that they, and their active ingredient, glyphosate, could potentially cause cancer or other adverse health effects. Monsanto denies these allegations and any wrongdoing. The Settlement avoids costs and risks from continuing the lawsuit, provides relief to purchasers of the Products during the relevant time period, and releases Monsanto and others from liability for related claims.

## Who's Included?

You may be a Settlement Class Member entitled to a cash payment if you purchased certain Roundup®, HDX®, or Ace® brand weed and grass killer products containing glyphosate sold by consumer retailers during the relevant time period. This case is not a personal-injury case. Plaintiffs do not allege that they were injured or became ill from using the Products. You do not have to have suffered personal injury to be a member of the Settlement Class or to file a claim. If you purchased any of the Products during the Class Period for purposes other than resale or distribution, you are in the Settlement Class and can file a claim.

The time period during which purchases are included in this Settlement differs from state to state, depending on each state's statutes of limitations. Visit the Settlement Website at www.WeedKillerAdSettlement.com for a complete list of the eligible Products and to determine if your purchase(s) are eligible for compensation.

## What Does The Settlement Provide?

The proposed Class Action Settlement Agreement ("Settlement" or "Agreement") will provide the Class with monetary relief in an amount not less than **$23 million** (the "Floor Amount") and not greater than **$45 million** (the "Ceiling Amount") to pay all aspects of the Settlement. Class Members will be able to make claims for payments for the qualifying Products they bought during the Class Period, equivalent to approximately 20% of their weighted average retail price during the relevant Class Period. Payments per unit range from $0.50 to $33.00, for between 2 and 11 units without proof of purchase, depending on the state of purchase (you may be able to exceed the applicable limits with valid proof of purchase). If the Court approves the Settlement and you have not excluded yourself as described below, you will be bound by the Settlement and barred from suing Monsanto and related entities for the claims released in the Settlement. The Released Claims are described in detail at www.WeedKillerAdSettlement.com.

## What Are My Rights And Options?

**Make a Claim.** You must submit a claim by going to www.WeedKillerAdSettlement.com and submitting (or mailing) a claim form. Class Members may make a claim by either an affirmation of the identity and quantity purchased or submitting proof(s) of purchase. The deadline **to postmark or submit your claim online is [Date]**.

**Other Options.** The purpose of this Notice is to inform you of this lawsuit so you can make an informed decision as to whether you should remain in or opt out of this Settlement. **Your legal rights are affected**, and you have a choice to make now. If you do not want to be legally bound by the Settlement, you must exclude yourself by **[Date]**. If you do not exclude yourself, you will release any claims you may have, as more fully described in the Settlement Agreement, available at www.WeedKillerAdSettlement.com. You may remain a Settlement Class Member and object to the Settlement by **[Date]**. You may choose to pay for and be represented by a lawyer who may send the objection for you. The Settlement Website explains how to exclude yourself or object.

The Court will hold a Final Approval Hearing on [Date] at XX:XX a.m./p.m. in Courtroom 4 – 17th Floor 450 Golden Gate Avenue, San Francisco, CA 94102 to consider whether to approve the Settlement, attorneys' fees and expenses, and Class Representative service awards. You may ask the Court to appear at the Final Approval Hearing, but you do not have to do so.

**833-749-1489**          **www.WeedKillerAdSettlement.com**

**How Can I Get More Information?**

This notice summarizes the proposed Settlement. For detailed information, visit the Settlement Website below, contact the Claims Administrator at (833) 749-1489, contact Class Counsel at (310) 396-9600, by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California (address above), between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT CALL OR WRITE THE COURT FOR INFORMATION OR ADVICE.**

833-749-1489          www.WeedKillerAdSettlement.com