

assurance – consulting – tax – technology

pncpa.com

# Exhibit C: Claim Form

Gilmore v. Monsanto Company  
c/o Postlethwaite & Netterville  
PO Box 4208  
Baton Rouge, LA 70821

**Your Claim Form Must Be Submitted On or Before MM/DD/YYYY**

# *Gilmore et al. v. Monsanto Company et al.*
United States District Court for the Northern District of California (Case No. 3:21-cv-8159)

## CLAIM FORM INSTRUCTIONS

Please follow the instructions below to file a claim for any purchases you made of certain Roundup®, HDX®, or Ace® brand glyphosate based weed-killer products (the "Roundup Products"). A complete list of eligible Products is available in Appendix A of this Claim Form. **Please only include products purchased for personal use for which you did not receive a refund.**

TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE ALL OF THE REQUIRED (*) INFORMATION BELOW AND YOU MUST SIGN THIS CLAIM FORM. THIS CLAIM FORM SHOULD ONLY BE USED IF A CLAIM IS BEING MAILED IN AND IS NOT BEING FILED ONLINE. **YOU MAY ALSO FILE YOUR CLAIM ONLINE AT www.WeedKillerAdSettlement.com**.

**\*CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE OR MAINTAIN AN ACTION CLAIMING THAT THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER PERSONAL INJURY FROM USING OR BEING EXPOSED TO THE PRODUCTS\***

### Section I: Claimant Information

1. **Claimant Information:** Complete all fields in Section I. Please be sure to only enter one letter/character in each box as needed.

### Section II: Purchase History

**General Instructions:** Before entering your purchase details in Section II, please review the product code table in **Appendix A** on page 3 of this Claim Form and the purchase location and threshold values on page 4 of this Claim Form. Detailed instructions regarding these two tables are included below.

2. **Find Your Product Code in Appendix A of this Claim Form:** A list of all eligible products is included in **Appendix A** on page 3 of this Claim Form. Review these products carefully to identify each product you purchased and use the four-digit Product Code when you enter your purchases in Section II.
3. **Determine Your Eligible Purchase (Class) Period:** To determine if your purchases were made during the eligible purchase period for this settlement, please refer to **Appendix B** on page 4 of this Claim Form. You will first need to locate the state(s) where your purchases were made, then review the Eligible Purchase Period for those states to determine if your purchases were made in the eligible purchase period. If you claim any purchases prior to the start of the eligible purchase period, those purchases will be deemed ineligible and not approved for recovery within this settlement.
4. **Enter Purchase History Details:** Once you have reviewed the eligible purchase period and Product Code(s) for your purchases, you must enter the details for each purchase you made for eligible product(s). For each purchase transaction, you must enter the name of the retail location where the purchase was made, the city and state where the retailer was located, the year the purchase was made, the quantity purchased, and the Product Code related to the product you purchased. Repeat this step for each purchase transaction you are claiming. An example has been included in Section II to assist you.
5. **Provide Supporting Documentation:** You must provide documentation showing proof of purchase if you are:
    a. claiming purchases of 1 Gal. Roundup® Weed and Grass Killer Super Concentrate, 2.5 Gal. Roundup® Pro Concentrate, and/or 2.5 Gal. HDX® Weed & Grass Killer Concentrate will require reasonable proof of purchase; OR
    b. claiming more than 1 purchase a year per household for any of the other eligible Products during the eligible class period based on the state of purchase.

    The total allowable purchases that can be claimed without providing documentation are listed in **Appendix B** on page 4 of this claim form. If you exceed the limits outlined within **Appendix B**, you must provide copies of documentation supporting each purchase claimed on this claim form. *If the documentation provided does not adequately support the quantity of purchases claimed, you may be required to provide additional information or your claim may be reduced or denied by the Claims Administrator.* Please include copies of the supporting documentation along with completed claim form that is mailed to the Claims Administrator.

### Section III: Certification

6. **Sign and Submit Your Claim Form:** Once you have completed Sections I and II of this claim form, you must sign and date the certification section of this Claim Form for your claim to be valid. After you have completed this step, you must return the completed Claim Form to the Claims Administrator at the address located at the top of this page. **Your claim must be postmarked no later than {Claim Submission Deadline}.**

*Please keep a copy of your Claim Form for your records.*

**Gilmore et al. v. Monsanto Company et al.**
United States District Court for the Northern District of California (Case No. 3:21-cv-8159)

# CLAIM FORM
**CLAIM SUBMISSION DEADLINE: MM/DD/20YY**

## Section I: Claimant Information

First Name*

Last Name*   Suffix

Mailing Address: Street Address/P.O. Box (include Apartment/Suite/Floor Number)*

City*   State*   Zip Code*

Email Address*

( ) - 
Current Phone Number

Were the Roundup Products you purchased primarily used at the address indicated above?   ☐ Yes   ☐ No
If No, please provide the address where the products were primarily used below.

Address Where Products Were Primarily Used

City   State   Zip Code

## Section II: Purchase History

**Provide the following information regarding purchases of Roundup Products you made during the Class Period.**

**Supporting Documentation Requirements:** Absent actual proof of purchase, claims are limited to a maximum of one (1) Product for each year or partial year within the Class Period. However, all claims purchases of 1 Gal. Roundup® Weed and Grass Killer Super Concentrate, 2.5 Gal. Roundup® Pro Concentrate, and/or 2.5 Gal. HDX® Weed & Grass Killer Concentrate will require reasonable proof of purchase. There are no purchase limits for products for which Proof of Purchase is provided. See **Appendix B** on page 4 of this claim form for additional information on product purchase limits.

| | Retail Location of Purchase* | State of Purchase* | City of Purchase* | Product Code* (Appendix A) | Year of Purchase* (Appendix B) | Quantity Purchased* |
|---|---|---|---|---|---|---|
| Ex. | Home Depot | C A | Sacramento | U 0 2 4 | 2 0 1 7 | 0 2 |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

*If more space is necessary, you may also attach a separate sheet or complete your claim form online.*

## Section III: Certification

I declare, under penalty of perjury, that all of the information on this claim form is true and correct to the best of my knowledge. I understand that my claim from may be subject to audit, verification, and Court review.

Signature*: _____

Date*: __ / __ / ____

**FOR MORE INFORMATION, VISIT www.WeedKillerAdSettlement.com or CALL 1-833-749-1489**

*It is your responsibility to notify the Claims Administrator of any changes to your contact information after the submission of your Claim Form.*

**Appendix A**
**Product Codes**

| Sample Images | Product Code | Product Description |
|---|---|---|
| | G005 | 5 oz. Roundup® Precision Gel Weed and Grass Killer |
| | F016 | 16 oz. Roundup® Weed and Grass Killer Sure Shot Foam |
| | F022 | 22 oz. Roundup® Weed and Grass Killer Sure Shot Foam |
| | U024 | 24 oz. Roundup® Ready-to-Use Weed and Grass Killer |
| | U030 | 30 oz. Roundup® Ready-to-Use Weed and Grass Killer |
| | U064 | 0.5 gal. (64 oz.) Roundup® Ready-to-Use Weed and Grass Killer |
| | U128 | 1 gal. Roundup® Ready-to-Use Weed and Grass Killer (all applicator types) |
| | U140 | 1.1 gal. Roundup® Ready-to-Use Weed & Grass Killer (all applicator types) |
| | U160 | 1.25 gal. Roundup® Ready-to-Use Weed and Grass Killer (all applicator types) |
| | U170 | 1.33 gal. Roundup® Ready-to-Use Weed & Grass Killer (all applicator types) |
| | E024 | 24 oz. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer |
| | E032 | 32 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer |
| | E064 | 0.5 gal. (64 oz.) Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer |
| | E128 | 1 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer |
| | E140 | 1.1 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (all applicator types) |
| | E160 | 1.25 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (all applicator types) |
| | E170 | 1.33 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (all applicator types) |
| | CE16 | 16 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer |
| | CP16 | Combination pack – 1.33 gal. Roundup® Extended Control Weed & Grass Killer Plus Weed Preventer and 16 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer. |
| | P024 | 24 oz. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer |
| | P032 | 32 oz. Roundup® Concentrate Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer |
| | P128 | 1 gal. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer |
| | P170 | 1.33 gal. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer |
| | M032 | 32 oz. Roundup® Concentrate Max Control 365 |
| | M160 | 1.25 gal. Roundup® Ready-to-Use Max Control 365 (all applicator types) |
| | M170 | 1.33 gal. Roundup® Ready-to-Use Max Control 365 (all applicator types) |
| | CP8C | Combination pack – 1.33 gal. Roundup® Ready-to-Use Max Control 365 and 8 oz. Roundup® Concentrate Max Control 365. |
| | C306 | 3-pack – 6 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C016 | 16 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C032 | 32 oz. Roundup® Weed and Grass Killer Concentrate Plus |
| | C035 | 35.2 oz. Roundup® Weed and Grass Killer Concentrate Plus |
| | C036 | 36.8 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C040 | 40 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C064 | 0.5 gal. (64 oz.) Roundup® Concentrate Plus Weed & Grass Killer |
| | C080 | 80 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C280 | 2-pack – 80 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | CP27 | Combination Pack – 1.33 gal Roundup® Ready-to-Use Weed & Grass Killer and 2x7 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C320 | 2.5 gal. Roundup® Pro Concentrate |
| | CP8S | Combination Pack – 1.33 gal. Roundup® Ready-to-Use Weed & Grass Killer and 8 oz. Roundup® Weed & Grass Killer Super Concentrate |
| | S035 | 35.2 oz. Roundup® Weed & Grass Killer Super Concentrate |
| | S053 | 0.42 gal. Roundup® Weed & Grass Killer Super Concentrate |
| | S064 | 0.5 gal. (64 oz.) Roundup® Weed & Grass Killer Super Concentrate |
| | S128 | 1 gal. Roundup® Weed & Grass Killer Super Concentrate |
| | A024 | 24 oz. Ace® Ready-to-Use Weed & Grass Killer |
| | A032 | 32 oz. Ace® Concentrate Weed & Grass Killer |
| | A128 | 1 gal. Ace® Ready-to-Use Weed & Grass Killer |
| | A901 | 1 gal. Ace® Ready-to-Use Weed & Grass Killer with battery-operated sprayer |
| | A800 | 1 gal. Ace® Concentrate Weed & Grass Killer |
| | H032 | 32 oz. HDX® Concentrate Weed & Grass Killer |
| | H064 | 0.5 gal. HDX® Concentrate Weed & Grass Killer |
| | H320 | 2.5 gal. HDX Concentrate Weed & Grass Killer |

**Appendix B**
## Eligible Purchase (Class) Periods and Proof of Purchase Requirements

| State or Territory of Purchase | State Abbreviation | Eligible Purchase (Class) Period | Maximum Units Eligible without Proof of Purchase* (See Note below for list of Roundup Products that require proof of purchase) |
|---|---|---|---|
| Alabama | AL | February 2017 - Present | 6 |
| Alaska | AK | February 2017 - Present | 6 |
| American Samoa | AS | February 2018 - Present | 5 |
| Arizona | AZ | February 2017 - Present | 6 |
| Arkansas | AR | February 2016 - Present | 7 |
| California | CA | August 2015 - Present | 8 |
| Colorado | CO | February 2018 - Present | 5 |
| Connecticut | CT | February 2016 - Present | 7 |
| Delaware | DE | February 2017 - Present | 6 |
| District of Columbia | DC | February 2017 - Present | 6 |
| Florida | FL | February 2016 - Present | 7 |
| Georgia | GA | October 2016 - Present | 6 |
| Guam | GU | August 2016 - Present | 7 |
| Hawaii | HI | February 2017 - Present | 6 |
| Idaho | ID | February 2017 - Present | 6 |
| Illinois | IL | February 2017 - Present | 6 |
| Indiana | IN | February 2017 - Present | 6 |
| Iowa | IA | February 2017 - Present | 6 |
| Kansas | KS | December 2015 - Present | 7 |
| Kentucky | KY | February 2017 - Present | 6 |
| Louisiana | LA | February 2017 - Present | 6 |
| Maine | ME | February 2015 - Present | 8 |
| Maryland | MD | August 2016 - Present | 7 |
| Massachusetts | MA | October 2016 - Present | 6 |
| Michigan | MI | October 2014 - Present | 8 |
| Minnesota | MN | December 2013 - Present | 9 |
| Mississippi | MS | February 2015 - Present | 8 |
| Missouri | MO | August 2014 - Present | 9 |
| Montana | MT | February 2017 - Present | 6 |
| Nebraska | NE | February 2017 - Present | 6 |
| Nevada | NV | October 2016 - Present | 6 |
| New Hampshire | NH | February 2017 - Present | 6 |
| New Jersey | NJ | November 2014 - Present | 8 |
| New Mexico | NM | February 2017 - Present | 6 |
| New York | NY | June 2011 - Present | 12 |
| North Carolina | NC | February 2017 - Present | 6 |
| North Dakota | ND | February 2015 - Present | 8 |
| Northern Mariana Islands | MP | February 2015 - Present | 8 |
| Ohio | OH | February 2017 - Present | 6 |
| Oklahoma | OK | November 2015 - Present | 7 |
| Oregon | OR | November 2015 - Present | 7 |
| Pennsylvania | PA | February 2015 - Present | 8 |
| Puerto Rico | PR | December 2019 - Present | 3 |
| Rhode Island | RI | February 2017 - Present | 6 |
| South Carolina | SC | February 2015 - Present | 8 |
| South Dakota | SD | February 2017 - Present | 6 |
| Tennessee | TN | February 2017 - Present | 6 |
| Texas | TX | March 2016 - Present | 7 |
| Utah | UT | February 2016 - Present | 7 |
| Vermont | VT | November 2013 - Present | 9 |
| Virgin Islands | VI | February 2015 - Present | 8 |
| Virginia | VA | September 2016 - Present | 6 |
| Washington | WA | February 2017 - Present | 6 |
| West Virginia | WV | February 2017 - Present | 6 |
| Wisconsin | WI | February 2015 - Present | 8 |
| Wyoming | WY | February 2017 - Present | 6 |

*\* **Note** : All claimed purchases of 1 Gal. Roundup® Weed and Grass Killer Super Concentrate, 2.5 Gal. Roundup® Pro Concentrate, and/or 2.5 Gal. HDX® Weed & Grass Killer Concentrate will require reasonable proof of purchase.*