

**assurance — consulting — tax — technology**

pncpa.com

# Exhibit D: Digital Banners Notice

Rotating Banner 1

A false advertising class action settlement may entitle you to compensation if you bought certain Roundup®, HDX®, or Ace® brand weed killer products.

Slide 1

This settlement is not about personal injury.

Slide 2

This settlement is not about personal injury. Class Members will retain their right to sue or maintain an action claiming that they currently have, or later develop, cancer or any other personal injury from using or being exposed to the products.

Slide 3

This settlement is not about personal injury. Visit www.WeedKillerAdSettlement.com to learn more.

Slide 4

Rotating Banner 2



Slide 1



Slide 2



Slide 3



Slide 4

<u>Static Banner</u>

