

assurance – consulting – tax – technology

pncpa.com

# Exhibit E: Settlement Website Landing Page

# Weed Killer Ad Settlement

## If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products, You May Be Entitled to Payment From A Proposed Class Action Settlement

**Submit a Claim**

**CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE OR MAINTAIN AN ACTION CLAIMING THAT THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER PERSONAL INJURY FROM USING OR BEING EXPOSED TO THE PRODUCTS.**

### Settlement Information

This Settlement resolves a class action lawsuit, Scott Gilmore et al. v. Monsanto Company, et al. (No. 3:21-cv-8159), pending in the United States District Court for the Northern District of California (the "Court") against Monsanto Company, the manufacturer of certain Roundup®, Ace®, and HDX® weed and grass killer products (the "Products").

The lawsuit alleges that Monsanto falsely advertised and promoted the Products by failing to disclose that they, and their active ingredient, glyphosate, could potentially cause cancer or other adverse health effects. Monsanto denies these allegations and any wrongdoing. The Settlement avoids costs and risks from continuing the lawsuit, provides relief to purchasers of the Products during the relevant time period, and releases Monsanto and others from liability for related claims.

### Who's Included

You may be a Settlement Class Member entitled to a cash payment if you purchased certain **Roundup®**, **HDX®**, or **Ace®** brand weed and grass killer products containing glyphosate sold by consumer retailers during the relevant time period. This case is **not** a personal-injury case. Plaintiffs do not allege that they were injured or became ill from using the Products. You do not have to have suffered personal injury to be a member of the Settlement Class or to file a claim. If you purchased any of the Products during the Class Period for purposes other than resale or distribution, you are in the Settlement Class and can file a claim.

## Your Legal Rights and Options

| Option and Deadline | Your Legal Rights |
|---|---|
| **SUBMIT A CLAIM**<br>Claim Deadline | This is the only way to get a cash payment. Claim Form must be submitted online or mailed to the Claims Administrator by the Claims Deadline. |
| **EXCLUDE YOURSELF (OPT OUT)**<br>Deadline | Get out of this settlement. Get no benefit from it. Keep your rights.<br><br>If you ask to be excluded (opt out), you will not be bound by this Settlement and will keep any right you might have to sue Monsanto separately or participate in another lawsuit about the same legal claims in this lawsuit. If there is a recovery from the proposed Settlement, you will not share in that recovery. For instructions on how to exclude yourself, see Question XX of the FAQ page. |
| **OBJECT TO THE SETTLEMENT**<br>Deadline | Tell the Court why you believe the proposed Settlement is unfair, unreasonable, or inadequate.<br><br>You may file a written objection and/or appear at the Final Approval Hearing to tell the Court why you believe the proposed Settlement is unfair, unreasonable, or inadequate. You may still file a claim even if you object. If you ask to be excluded from the Class (opt out), you may not file an objection or a claim. For instructions on how to object, see Question XX of the FAQ page. |
| **ATTEND THE FAIRNESS HEARING**<br>Date | If you filed a written objection, you may speak in Court about the fairness of the Settlement. |
| **DO NOTHING**<br>no deadline | Stay in this lawsuit. Await the outcome. Give up certain rights.<br><br>By doing nothing, you will get no cash payment, but if the Settlement is approved, you will be giving up any right you may have to sue Monsanto separately about the same legal claims in this lawsuit. |

## Dates and Deadlines

| Claims Deadline | Exclusion Deadline | Objection Deadline | Fairness Hearing |
|---|---|---|---|
| Date | Date | Date | Date |

Edit



This website is supervised by Counsel and the Court and is controlled by the Claims Administrator that handles all aspects of the notice program and claims processing. This is the only authorized website for this litigation. Other websites may contain incorrect information about this litigation and should not be relied upon. If you have questions, please contact the Claims Administrator.