**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION** | MDL No. 2741<br>Case No. 16-md-02741-VC |
| **This document relates to:** *BRIDGET ANDERSON, et al. vs. MONSANTO COMPANY*<br><br>**3:19-cv-07531-VC** | |

**JOINDER**

The Estate of Rodney Allen Woodruff and Patricia Woodruff hereby join the relief requested by Movants in their Motion for Leave to File Motion for Reconsideration Pursuant to Civ. L.R. 7-9. [Dkt. # 14884].

DATED: May 18, 2022.

Respectfully submitted,

The Estate of Rodney Allen Woodruff
and Patricia Woodruff

*/s/ Ernest W. Stewart*
Ernest W. Stewart (MSB #7896)
Email: estewart@msattorney.com
**STEWART & ASSOCIATES, PLLC**
7716 Old Canton Road, Suite B
Post Office Box 2757
Madison, Mississippi 39130
Telephone: (601) 853-2121
Facsimile: (601) 853-2423

JOINDER

1

## CERTIFICATE OF SERVICE

I, Ernest W. Stewart, III, hereby certify that, on May 18, 2022, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record, in accordance and in a manner as authorized by **F.R.C.P. 5(b)2.**

*/s/ Ernest W. Stewart*
Ernest W. Stewart (MSB #7896)
Email: estewart@msattorney.com
**STEWART & ASSOCIATES, PLLC**
7716 Old Canton Road, Suite B
Post Office Box 2757
Madison, Mississippi 39130
Telephone: (601) 853-2121
Facsimile: (601) 853-2423