UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG* <br> Case No. 3:20-cv-02427-VC | **PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiffs, Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh, – without opposition from Defendant Monsanto Company – respectfully request the Court move their case from Wave IV to Wave VI:

1. The case of Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh is part of Wave IV.

2. The Parties worked collaboratively to conduct the depositions of the Plaintiffs in April 2021.

3. The Parties are also worked collaboratively to set the site inspection requested by Monsanto Company.

4. Despite the Parties diligent and continued efforts, the Parties have not been able to set a mutually agreeable date or time for the treating physician's depositions or the site inspection because of the parties conflicting schedules, and the COVID-19 pandemic.

5. Counsel for the Plaintiffs' met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiffs, Alexander Sarafian and Kara Sarafian, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave IV to Wave VI.

Dated: May 19, 2022

Respectfully submitted,

FARRAR & BALL, LLP

By:

WILLIAM REY OGDEN
State Bar No.  24073531
Federal Bar No. 431881
1117 Herkimer St.
Houston, Texas 77008
(713) 221-8300 Office
(713) 221-8301 Facsimile
Email:  bill@fbtrial.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2022, I electronically filed the foregoing document with using the CM/ECF system, and a copy of this filing has been forwarded to all counsel of record in accordance with the ECF local rules.

*/s/ William R. Ogden*
William R. Ogden