UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Gilmore v. Monsanto Co.*,<br>Case No. 21-cv-8159 | **ORDER RE: REVISED CLASS NOTICES**<br><br>Re: Dkt. No. 14885 |

The Court is not necessarily opposed to the language included on the top of the revised class notices, website, and claim form. At first glance, however, it appears that the message could be conveyed in clearer terms. For example:

> "Class members will retain their right to sue if they currently have, or later develop, cancer or any other illness or injury from exposure to the products."

The parties should file a letter brief (jointly or separately) by Monday, May 23, 2022 at 5:00 p.m. explaining which version is preferable and why.

**IT IS SO ORDERED.**

Dated: May 19, 2022

_____

VINCE CHHABRIA
United States District Judge