**MILSTEIN JACKSON FAIRCHILD & WADE**

10990 Wilshire Boulevard
Eighth Floor
Los Angeles, CA 90024
T: (310) 396-9600 F: (310) 396-9635
www.mjfwlaw.com

Gillian L. Wade
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024

*Attorneys for Plaintiffs*

John J. Rosenthal
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036

*Attorneys for Defendant*

May 23, 2022

**BY CMF/ECF**

The Honorable Vince Chhabria
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:** Response to May 19, 2022, Order in *Gilmore v. Monsanto Co.*, Case No. 3:21-cv-08159

Dear Judge Chhabria:

The Parties jointly submit this response to the Court's May 19, 2022, Order re: Revised Class Notices (the "Order").

While the Parties believe that the language proposed in their May 17, 2022, Joint Submission (the "Joint Submission") Regarding Class Notices, Website, and Claim Form would accurately and conspicuously inform Class Members that they would retain the right to sue claiming that they have developed cancer or another illness from exposure to the Products, the Parties agree that the language proposed in the Court's Order is more concise, and it is appropriate to use in lieu of the language proposed in the Joint Submission.

The Court's language will be substituted in all of the materials appended to the May 17, 2022, declaration of Brandon Schwartz. With these edits, the Parties respectfully request that the Court issue an order preliminary approving the Settlement.

        Respectfully submitted,

        /s/ Gillian L. Wade
        Gillian L. Wade

        /s/ John J. Rosenthal
        John J. Rosenthal

cc: All Counsel of Record (By CM/ECF)