UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to: *Richard Canning and Shirley Canning, v. Monsanto Co.,* Case No. 3:19-cv-04230-VC | ) ) ) ) ) ) ) ) |

**MOTION OF LYNCH AND LYNCH, MATTHEW JAMES ILACQUA, PETER E. HEPPNER, AND FRANCIS J. LYNCH, III, TO WITHDRAW AS COUNSEL FOR RICHARD E. CANNING AND SHIRLEY CANNING**

     Pursuant to Local Rule 11-5, the law firm of Lynch and Lynch and attorneys Matthew J. Ilacqua, Peter E. Heppner, and Francis J. Lynch, III, hereby move the Court for leave to withdraw as Plaintiffs' Counsel. As grounds for this motion, Counsel states that pursuant to the Plaintiffs' request, David Strouss, David Bricker, Jasmine Howard, and Evan E. Hoffman of Thornton Law Firm have taken over as counsel and will pursue this matter going forward. Plaintiffs have also requested that Lynch and Lynch cease to represent them in this matter. The termination of representation of the Cannings by Lynch and Lynch and substitution by Thornton Law Firm is being done at the Plaintiffs' request. Mr. Strouss, Mr. Bricker, Ms. Howard and Mr. Hoffman filed their appearances for the Cannings on March 31, 2022 on the master docket (3:16-md-02741) and on May 20, 2022 in the member case (3:19-cv-04230) in accordance with Pre-Trial Order No. 1.

     The undersigned further requests that all attorneys from Lynch and Lynch be removed from the electronic service list.

1

WHEREFORE, Lynch and Lynch, by and through the undersigned counsel, and attorneys Matthew James Ilacqua, Peter E. Heppner and Francis J. Lynch, III, hereby move the Court for leave to withdraw as counsel.

                Respectfully Submitted

                /s/ Matthew J. Ilacqua
                /s/ Peter E. Heppner
                /s/ Francis J. Lynch, III

                Francis J. Lynch, III, BBO #308740 (*pro hac vice*)
                Peter E. Heppner, BBO #559504 (*pro hac vice*)
                Matthew J. Ilacqua, BBO #679981 (*pro hac vice*)
                Lynch & Lynch
                45 Bristol Drive
                South Easton, MA  02375
                (508) 230-2500
                Pheppner@lynchlynch.com
                milacqua@lynchlynch.com

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 23rd day of May, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF filing system and copied to all registered CM/ECF participants in the above-styled action.

      Respectfully submitted,

/s/ Matthew J. Ilacqua
Francis J. Lynch, III, BBO #308740 (*pro hac vice*)
Peter E. Heppner, BBO #559504 (*pro hac vice*)
Matthew J. Ilacqua, BBO #679981 (*pro hac vice*)
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500
Pheppner@lynchlynch.com
milacqua@lynchlynch.com