| | |
|---|---|
| **WILKINSON WALSH + ESKOVITZ LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonwalsh.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonwalsh.com)<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel:    202-847-4030<br><br>**HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel: 202-898-5843<br><br>*Attorneys for Defendant*<br>*MONSANTO COMPANY* | **ARNOLD & PORTER KAYE SCHOLER**<br>Pamela Yates (CA Bar No. 137440)<br>(Pamela.Yates@arnoldporter.com)<br>777 South Figueroa St., 44th Floor<br>Los Angeles, CA 90017<br>Tel: 213-243-4178<br><br>**COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel: 202-662-6000<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>Lee Marshall (CA Bar No. 277092)<br>(klmarshall@bclplaw.com)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4070<br>Tel:  (415) 675-3400 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*,<br>3:16-cv-0525-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**DECLARATION OF LEE MARSHALL IN SUPPORT OF MOTION FOR AN ORDER RELEASING AND EXONERATING SUPERSEDEAS BOND**<br><br>Date:  July 7, 2022<br>Time: 2:30 p.m.<br>Courtroom:  5 |

- 1 -

DECLARATION OF LEE MARSHALL IN SUPPORT OF MOTION FOR AN ORDER RELEASING AND
EXONERATING SUPERSEDEAS BOND; 3:16-cv-0525-VC

# DECLARATION

I, Lee Marshall, hereby declare and state as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel of record for defendant Monsanto Company ("Monsanto") in this matter. I am an attorney duly licensed to practice in the State of California, and am admitted to practice in the Northern District of California. I make this declaration in support of Monsanto's Motion for an Order releasing and exonerating the supersedeas bond that Monsanto Company filed with the Court on June 3, 2019 and the bond rider that it filed with the Court on October 21, 2019. I have personal knowledge of the facts set forth below, and if called as a witness, I would and could competently testify thereto.

2. On September 16, 2021, Monsanto paid plaintiff Edwin Hardeman ("Plaintiff") the amount of $26,937,226.40 in full satisfaction of all amounts owed under the Second Amended Judgment, including its incorporated costs award and all amounts of accrued post-judgment interest owed as of that date ($108,680.42).

3. On May 25, 2022, Plaintiff and Monsanto, by and through their counsel of record, jointly stipulated, agreed and requested that the Court enter an Order releasing and exonerating the supersedeas bond filed by Defendant on June 3, 2019 and the bond rider that it filed on October 21, 2019. Attached hereto as **Exhibit A** is a true and correct copy of the Stipulation of the Parties in which Plaintiff and Monsanto, by and through their counsel of record, jointly stipulate, agree and request that the Court enter an Order releasing and exonerating the supersedeas bond and the bond rider.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 25th day of May, 2022 at San Francisco, California.

DATED: May 25, 2022           By: /s/ Lee Marshall
                                  Lee Marshall