# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

16
17
18
19
20
21
22
23
24

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**STIPULATION OF THE PARTIES FOR AN ORDER RELEASING AND EXONERATING SUPERSEDEAS BOND** |
|---|---|

25
26
27
28

**STIPULATION FOR ORDER RELEASING**

**AND EXONERATING SUPERSEDEAS BOND**

Defendant Monsanto Company ("Defendant") and plaintiff Edwin Hardeman ("Plaintiff") hereby stipulate, agree and request as follows:

WHEREAS, on September 16, 2021, Defendant paid Plaintiff the amount of $26,937,226.40 in full satisfaction of all amounts owed under the Court's August 26, 2021 Second Amended Judgment, and Plaintiff filed a Notice of Satisfaction of Judgment on September 17, 2021.

NOW, THEREFORE, Plaintiff and Defendant, by and through their counsel of record, hereby stipulate, agree and request that the Court enter an Order releasing and exonerating the supersedeas bond in the amount of $100,334,542.63 filed by Defendant on June 3, 2019, and the bond rider that it filed with the Court on October 21, 2019.

DATED: May 25, 2022

By: */s/ Aimee H. Wagstaff*
ANDRUS WAGSTAFF, PC
Aimee H. Wagstaff
940 N. Lincoln Street
Denver, CO 80203
Telephone: 303-376-6360

MOORE LAW GROUP, PLLC
Jennifer A. Moore
1473 South 4th Street
Louisville, KY 40208
jennifer@moorelawgroup.com
Telephone: 502-717-4080

Attorneys for Plaintiff
EDWIN HARDEMAN

DATED: May 25, 2022

By: */s/ Lee Marshall*
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:     (415) 675-3444

Attorneys for Defendant
MONSANTO COMPANY