IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Brian Webb v. Monsanto Co.*,<br>Case No. 3:20-cv-05624-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## AS TO PLAINTIFF BRIAN WEBB

**COMES NOW** Plaintiff Brian Webb, pursuant to Federal Rule of Civil Procedure 41, and hereby requests that all claims be dismissed against Defendant, without prejudice. Plaintiff and Defendant each to bear their own costs.

Respectfully submitted,

*/s/ Danae N. Benton*
Danae N. Benton
Texas Bar No. 24080422
**FEARS NACHAWATI**
5489 Blair Road
Dallas, TX 75231
P: 214-890-0711
F: 214-890-0712
dbenton@fnlawfirm.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed on May 27, 2022 and was provided via email to counsel of record Jason M Craig, Ahlers & Cooney, P.C., 100 Court Ave, Suite 600, Des Moines, IA 50309 (jcraig@ahlerslaw.com).

*/s/ Danae N. Benton*