Jeffrey A. Lamken
Eric R. Nitz (*pro hac vice*)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001
jlamken@mololamken.com
enitz@mololamken.com

Leonid Grinberg (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
lgrinberg@mololamken.com

*Counsel for Category 1 Objectors' Counsel Carey Danis & Lowe; Heninger Garrison Davis, LLC; Lanier Law Firm, P.C.; Tautfest Bond, PLLC; and Watts Guerra LLP*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**ALL CASES** | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF LEONID GRINBERG ON BEHALF OF CATEGORY 1 OBJECTORS' COUNSEL** |

PLEASE TAKE NOTICE, that attorney Leonid Grinberg hereby withdraws his appearance as counsel of record in this matter for Category 1 Objectors' Counsel Carey Danis & Lowe; Heninger Garrison Davis, LLC; Lanier Law Firm, P.C.; Tautfest Bond, PLLC; and Watts Guerra LLP.  Category 1 Objectors' Counsel appeared in this case for the limited and sole purpose of challenging the Court's jurisdiction over Category 1 Objectors and their counsel.  Category 1 Objectors' Counsel continues to be represented by its other counsel at MoloLamken LLP.

Dated:  June 2, 2022

Respectfully submitted,

/s/ Leonid Grinberg

Leonid Grinberg (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
lgrinberg@mololamken.com

*Counsel for Counsel for Category 1 Objectors' Counsel Carey Danis & Lowe; Heninger Garrison Davis, LLC; Lanier Law Firm, P.C.; Tautfest Bond, PLLC; and Watts Guerra LLP*

1

NOTICE OF WITHDRAWAL AS COUNSEL OF LEONID GRINBERG
ON BEHALF OF CATEGORY 1 OBJECTORS' COUNSEL
MDL No. 2741, Case No. 3:16-md-02741-VC