# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| _____ | Case No. 16-md-02741-VC |

This document relates to:

*Randall L. Zuiderveen, et al. v. Monsanto Co.*, Case No. 3:20-cv-00582-VC

Adam J. Brody (P62035)
Brion B. Doyle (P67870)
Seth B. Arthur (P82033)
VARNUM LLP
Attorneys for Plaintiff
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
ajbrody@varnumlaw.com
bbdoyle@varnumlaw.com
sbarthur@varnumlaw.com

Eric G. Lasker (*pro hac vice*)
Heather Pigman (*pro hac vice*)
John Kalas (*pro hac vice*)
HOLLINGSWORTH LLP
Attorneys for Defendant Monsanto Co.
1350 I St. NW
Washington, DC 20005
(202) 898-5843
elasker@hollingsworthllp.com
hpigman@hollingsworthllp.com
jkalas@hollingsworthllp.com

Brian L. Stekloff (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
WILKINSON STEKLOFF LLP
Attorneys for Defendant Monsanto Co.
2001 M St. NW, 10th Floor
Washington, DC 20036
(202) 847-4030
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com

Daniel Pariser (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
Attorneys for Defendant Monsanto Co.
555 12th St. NW
Washington, DC 20004
(202) 942-5000
daniel.pariser@arnoldporter.com

Anthony Martinez (*pro hac vice*)
SHOOK, HARDY & BACON LLP
Attorneys for Defendant Monsanto Co.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-2683
amartinez@shb.com

# **ORDER**

Plaintiff's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b), filed on June 2, 2022, duly came for hearing on _____ before the Honorable Vince Chhabria.

**FINDINGS:**

Based on the oral and written argument and evidence presented in connection with the motion, the Court makes the following findings:

1. Plaintiff's Motion for Relief from Judgment is **GRANTED** pursuant to Federal Rule of Civil Procedure 60(b).

2. This Court's May 16, 2022 Order Dismissing Cases with Prejudice for Failure to Comply with PTO No. 270 [Dkt. No. 14488] is hereby amended to exclude *Randall L. Zuiderveen, et al. v. Monsanto Co.*, Case No. 3:20-cv-00582-VC.

3. The Clerk of the Court is ORDERED to re-open this case, *Randall L. Zuiderveen, et al. v. Monsanto Co.*, Case No. 3:20-cv-00582-VC.

**IT IS SO ORDERED.**

Dated: _____    By: _____
                          Honorable Vince Chhabria
                          United States District Judge