# Exhibit B

**From:** Ken Feinberg <kfeinberg@feinberglawoffices.com>
**Sent:** Friday, November 12, 2021 10:10 AM
**To:** Sharma, Vimi <visharma@varnumlaw.com>
**Cc:** Brody, Adam J. <ajbrody@varnumlaw.com>; Doyle, Brion B. <bbdoyle@varnumlaw.com>; Camille Biros <cbiros@feinberglawoffices.com>
**Subject:** RE: Cases re Claimants with diagnosis after the age of 80

Ms. Sharma,

I thank you for your email and inquiry. As to your two claimants who were diagnosed with NHL when they were 82, they are ineligible to participate in our independent settlement program. Unless a claimant meets all base requirements, including age at diagnosis, we cannot move forward to process an ineligible claim.

We appreciate your inquiry.
Ken

**From:** Sharma, Vimi [mailto:visharma@varnumlaw.com]
**Sent:** Thursday, November 11, 2021 9:03 AM
**To:** Ken Feinberg <kfeinberg@feinberglawoffices.com>
**Cc:** Brody, Adam J. <ajbrody@varnumlaw.com>; Doyle, Brion B. <bbdoyle@varnumlaw.com>; Camille Biros <cbiros@feinberglawoffices.com>
**Subject:** Cases re Claimants with diagnosis after the age of 80

Good morning Mr. Feinberg,

We have two claimants, Donald Cleland and Gary Walters who were diagnosed with NHL when they were 82 years old.

When we have had previous discussions with opposing counsel regarding settlement, both clients have been excluded from the group of being no more than 80 years of age at the time of their NHL Diagnosis.

Please confirm if we should proceed with having our clients signing the claim forms and submitting same.

Sincerely,

**Vimi Sharma**
Paralegal

1

Varnum LLP
Direct: 616-336-6467
Email: visharma@varnumlaw.com

**From:** Ken Feinberg <kfeinberg@feinberglawoffices.com>
**Sent:** Friday, October 15, 2021 4:47 PM
**To:** Doyle, Brion B. <bbdoyle@varnumlaw.com>
**Cc:** Sharma, Vimi <visharma@varnumlaw.com>; Brody, Adam J. <ajbrody@varnumlaw.com>; Camille Biros <cbiros@feinberglawoffices.com>
**Subject:** RE: Cases to be added to Independent Roundup Settlement Program

Brion:

I am in receipt of your email earlier today requesting permission to include three additional cases (all pending in the MDL) to be included in our Settlement Program. I am copying the Administrator of the Program, my colleague Camille Biros, on my email response to officially permit you to add the three additional cases. We also note the deadline of November 12.

Ken

**From:** Doyle, Brion B. <bbdoyle@varnumlaw.com>
**Sent:** Friday, October 15, 2021 1:54 PM
**To:** Ken Feinberg <kfeinberg@feinberglawoffices.com>
**Cc:** Sharma, Vimi <visharma@varnumlaw.com>; Brody, Adam J. <ajbrody@varnumlaw.com>
**Subject:** Cases to be added to Independent Roundup Settlement Program

> **Caution:** This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.

Good afternoon Mr. Feinberg,

As of right now 17 of our 21 cases are in the Independent Roundup Settlement Program and have a deadline of November 12, 2021. We would like to include the following three cases, all of which are pending in the MDL, to the program, with the same deadlines:

1. RANDALL L. ZUIDERVEEN, as Personal Representative of the Estate of Merlin Nelson Zuiderveen, deceased v. Monsanto Company;
2. SJOERD BRUINSMA and BROOK BRUINSMA v. Monsanto Company; and
3. PATRICIA BERGSTRESSER, as Personal Representative of the ESTATE OF ALLEN R. SEEDORFF, deceased v. Monsanto Company.

Please confirm that these three cases will be added.

If you require any additional information, please contact my paralegal, Vimi Sharma, at visharma@varnumlaw.com.

Sincerely,

Brion

2



**Brion B. Doyle**
Partner

**Direct** 616-336-6479
**Email** bbdoyle@varnumlaw.com

   

| Varnum LLP | M 616-336-6000 |
|---|---|
| 333 Bridge Street NW, Suite 1700 | F 616-336-7000 |
| Grand Rapids, Michigan 49504 | W varnumlaw.com |

*********************************
CONFIDENTIAL
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is only for viewing and use of the intended recipients. If you are not an intended recipient, you are hereby notified that any use, disclosure, or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender at 616-336-6000.
*********************************