1 **CELLINO LAW LLP**
Brian A. Goldstein
2 (brian.goldstein@cellinolaw.com)
800 Delaware Avenue
3 Buffalo, NY 14209-2006
Tel: (716) 888-2020
4 Fax: (716) 854-259-2020

5 *Attorneys for Plaintiff*

6 **HOLLINGSWORTH LLP**
Martin C. Calhoun (*pro hac vice*)
7 (mcalhoun@hollingsworthllp.com)
1350 I Street, NW
8 Washington, DC 20005
Tel: (202) 898-5800
9 Fax: (202) 682-1639

10 *Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Joan King v. Monsanto Company*, Case No. 3:20-cv-01098-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of this lawsuit (including all claims asserted by Plaintiff), with each party to bear her or its own attorneys' fees and costs.

DATED: June 3, 2022                    Respectfully submitted,

*/s/ Brian A. Goldstein*
Brian A. Goldstein
(brian.goldstein@cellinolaw.com)
CELLINO LAW LLP
800 Delaware Avenue
Buffalo, NY 14209-2006
Tel:  (716) 888-2020
Fax: (716) 854-259-2020

*Attorneys for Plaintiff*

*/s/ Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
Tel:  (202) 898-5800
Fax:  (202) 682-1639

*Attorneys for Defendant Monsanto Company*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Martin Calhoun, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

*/s/ Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
HOLLINGSWORTH LLP

*Attorneys for Defendant Monsanto Company*