JEFFREY L. HOGUE (SBN 234557)
TYLER J. BELONG (SBN 234543)
**HOGUE & BELONG**
170 Laurel Street
San Diego, CA 92101
Tel.:(619) 238-4720
Fax: (619) 238-5260

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MLD CASE NO: 2741 |
| | CASE NO.: 3:16-md-02741-VC |
| This document relates to: | |
| Nancy Britt v. Monsanto Co., Case No.: 3:20-CV-03649-VC | **STIPULATION OF DISMISSAL** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C. P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Nancy Britt on behalf of herself and the Estate of David Britt, and Defendant Monsanto Company hereby give notice that the above-captioned action is dismissed with prejudice against Defendant Monsanto Company.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Nancy Britt, and counsel for Defendant Monsanto Company that the above-referenced Complaint is hereby dismissed with prejudice.

Each party agrees to bear its own costs and attorneys' fees.

Dated:  June 3, 2022                                Respectfully Submitted,


**SHOOK, HARDY & BACON**                  **HOGUE & BELONG**

By: */s/ Anthony Martinez*                By: */s/ Jeffrey Hogue*
ANTHONY MARTINEZ                          JEFFREY L. HOGUE
Co-Counsel For                            TYLER J. BELONG
Defendant Monsanto Co.                    Attorneys for the Plaintiff