**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508
Email:        jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Alaine Carter v. Monsanto Co.*, Case No. 3:22-cv-01655-VC | |

<u>**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

     1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

     2.     Bayer AG is a publicly held corporation.

DATED: June 7, 2022           Respectfully submitted,

                              SHOOK, HARDY & BACON L.L.P.

                              BY: */s/ Jennise W. Stubbs*
                                   Jennise W. Stubbs
                                   600 Travis Street, Suite 3400
                                   Houston, TX 77002-2926
                                   Telephone:    (713) 227-8008
                                   Facsimile:    (713) 227-9508
                                   Email:        jstubbs@shb.com

                              *Attorneys for Defendant*
                              *MONSANTO COMPANY*

1

**CERTIFICATE OF SERVICE**

2

3      I certify that on the 7th day of June, 2022, I electronically transmitted the foregoing

4   **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court

5   using the ECF system for filing and transmittal, and a true and correct copy of the foregoing

6   document was served electronically as authorized by FED. R. CIV. P. 5.

7

8                                        */s/Jennise W. Stubbs*
                                         Jennise W. Stubbs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28