Ellen N. Adler (SBN 235534)
Amanda J. Wiesner (SBN 304937)
**ADLER LAW GROUP, APLC**
402 W. Broadway, Suite 860
San Diego, CA 92101
Telephone: (619) 531-8700
*enadler@theadlerfirm.com*
*awiesner@theadlerfirm.com*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Siobhan Canney v. Monsanto Company,*<br>*Case No.: 3:20-cv-00527* | MDL No. 02741<br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AS TO PLAINTIFF SIOBHAN CANNEY

**COMES NOW** Plaintiff Siobhan Canney, pursuant to Federal Rule of Civil Procedure 41, and hereby requests that all claims be dismissed against Defendant, without prejudice. Plaintiff and Defendant each to bear their own costs.

DATED: June 7, 2022

_____
Ellen Adler, Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

DATED: June 7, 2022

_____
Ellen Adler