**PODHURST ORSECK, P.A.**
Ramon A. Rasco
SunTrust International Center
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382
Email: rrasco@podhurst.com

*Attorneys for Plaintiff Andrew Colton*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Andrew Colton v. Monsanto Company,<br>Case No.: 3:20-cv-04834-VC | MDL No. 2741<br><br>Case Number: MDL No. 3:16-md-02741-VC |

## PLAINTIFF, ANDREW COLTON'S
## UNOPPOSED MOTION TO MOVE CASE TO WAVE V

Plaintiff, Andrew Colton, by and through his undersigned counsel and without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave IV to Wave V.

1. The case of Andrew Colton is currently part of Wave IV.

2. The Parties have worked collaboratively to schedule the depositions of Plaintiff, Andrew Colton and his wife, Deborah Colton. The Colton's were deposed in December 2021.

Plaintiff, Andrew Colton's Unopposed Motion to Move Case to Wave V
3:16-md-02741-VC & 3:21-cv-04834-VC
Page | 1

3. Despite the Parties diligent and continued efforts, the Parties still have depositions to schedule and have hit roadblocks due to their conflicting schedules.

4. Counsel for Plaintiff Colton met and conferred with counsel for Defendant Monsanto Company. Plaintiff believes the best course of action would be to move this case to a later Wave. Monsanto has informed us that it does not oppose this request.

Therefore, Plaintiff, Andrew Colton, without opposition from Defendant Monsanto Company, respectfully requests the Court to move his case from Wave IV to Wave V.

DATED: June 7, 2022

**PODHURST ORSECK, P.A.**
*Attorney for the Plaintiff*

SunTrust International Center
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By: /s/ *Ramon A. Rasco*
Ramon A. Rasco
Florida Bar No. 617334

Email: rrasco@podhurst.com

Plaintiff, Andrew Colton's Unopposed Motion to Move Case to Wave V
3:16-md-02741-VC & 3:21-cv-04834-VC
P a g e | 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

/s/ Ramon A. Rasco
Ramon A. Rasco

Plaintiff, Andrew Colton's Unopposed Motion to Move Case to Wave V
3:16-md-02741-VC & 3:21-cv-04834-VC
Page | 3