UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case Number: MDL No. 3:16-md-02741-VC ) |
| This document relates to: | ) **"PROPOSED" ORDER GRANTING** ) **MOTION TO MOVE CASE TO WAVE V** ) |
| Andrew Colton v. Monsanto Company, Case No.:  3:20-cv-804834-VC | ) ) ) ) ) ) |

Plaintiff, Andrew Colton's motion to move case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

DATED:  June _____, 2022

_____
District Judge Vince Chhabria