**PODHURST ORSECK, P.A.**
Matthew P. Weinshall
SunTrust International Center
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382
Email: mweinshall@podhurst.com

*Attorneys for Plaintiff Allen Boatright*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case Number: MDL No. 3:16-md-02741-VC ) |
| This document relates to: Boatright v. Monsanto Company, Case No.: 3:21-cv-00675 | ) ) ) ) ) ) ) |

**PLAINTIFF, ALLEN BOATRIGHT'S
UNOPPOSED MOTION TO MOVE CASE TO WAVE V**

Plaintiff, Allen Boatright, by and through his undersigned counsel and without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave IV to Wave V.

1. The case of Allen Boatright is currently part of Wave IV.

2. The Parties have worked collaboratively to schedule the depositions of Plaintiff, Allen Boatright and his wife, Connie Boatright. The Boatright's were deposed in November 2021. In addition, Plaintiff's oncologist, Viralkumar Bhanderi, M.D.'s deposition was taken in February 2022.

Plaintiff, Allen Boatright's Unopposed Motion to Move Case to Wave V
3:16-md-02741-VC & 3:21-cv-00675-VC
P a g e  | 1

3. The Parties have worked collaboratively to schedule the deposition of Plaintiff's treating physician, Tim Broeseker, M.D. as requested by Monsanto Company but have not yet been able to set a mutually agreeable date or time.

4. The Parties have also worked collaboratively to schedule a site inspection as requested by Monsanto Company but have yet to find a mutually agreeable date or time.

5. Despite the Parties diligent and continued efforts, the Parties have hit roadblocks due to their conflicting schedules.

6. Counsel for Plaintiff Boatright met and conferred with counsel for Defendant Monsanto Company.  Plaintiff believes the best course of action would be to move this case to a later Wave.  Monsanto has informed us that it does not oppose this request.

Therefore, Plaintiff, Allen Boatright, without opposition from Defendant Monsanto Company, respectfully requests the Court to move his case from Wave IV to Wave V.

DATED:  June 7, 2022

**PODHURST ORSECK, P.A.**
*Attorney for the Plaintiff*

SunTrust International Center
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By:   /s/ *Matthew Weinshall*
Matthew P. Weinshall
Florida Bar No. 84783

Email: mweinshall@podhurst.com

Plaintiff, Allen Boatright's Unopposed Motion to Move Case to Wave V
3:16-md-02741-VC & 3:21-cv-00675-VC
P a g e  | 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

*/s/ Matthew Weinshall*
Matthew Weinshall

Plaintiff, Allen Boatright's Unopposed Motion to Move Case to Wave V
3:16-md-02741-VC & 3:21-cv-00675-VC
P a g e | 3