Ellen N. Adler (SBN 235534)
Amanda J. Wiesner (SBN 304937)
**ADLER LAW GROUP, APLC**
402 W. Broadway, Suite 860
San Diego, CA 92101
Telephone:   (619) 531-8700
*enadler@theadlerfirm.com*
*awiesner@theadlerfirm.com*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Siobhan Canney v. Monsanto Company*, Case No. 3:20-cv-00527-VC | |

### **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned matter be dismissed without prejudice, each party bearing its own costs and expenses.

Respectfully submitted this 9th day of June, 2022.

**ADLER LAW GROUP, APLC**

*/s/Ellen Adler*
Ellen Adler
Amanda J. Wiesner
402 W. Broadway, Suite 860
San Diego, CA 92101
Telephone:   (619) 531-8700
Email:          enadler@theadlerfirm.com
Email:          awiesner@theadlerfirm.com

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON L.L.P.**

*/s/Jennise W. Stubbs*
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

This is to certify that service of this document was made pursuant to the Court's electronic filing process on this 9th day of June 2022, via the ECF document system.

<pre>
                         /s/Ellen Adler
                         Ellen Adler
</pre>