Vanessa Offutt
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Phone:  305-358-5171
Fax:  305-358-7470
voffutt@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Robin Hayes, et al v. Monsanto Company,* Case No. 3:21-cv-05398-VC | **NOTICE OF APPEARANCE OF VANESSA OFFUTT ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　　　PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Vanessa Offutt of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

June 9, 2022　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: _/s/ Vanessa Offutt_
　　　　　　　　　　　　　　　　　　　　　　　　Vanessa Offutt
　　　　　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　　Citigroup Center Suite 3200
　　　　　　　　　　　　　　　　　　　　　　　　201 South Biscayne Boulevard
　　　　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　　　　　Phone:  305-358-5171
　　　　　　　　　　　　　　　　　　　　　　　　Fax:  305-358-7470
　　　　　　　　　　　　　　　　　　　　　　　　voffutt@shb.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　　*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, Vanessa Offutt, hereby certify that, on June 9, 2022 I electronically filed NOTICE OF APPEARANCE OF VANESSA OFFUTT ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                     */s/ Vanessa Offutt*
                                     Vanessa Offutt

                                     *Attorney for Defendant*
                                     *MONSANTO COMPANY*