Jason A. Ott
DAILEY LAW FIRM, P.C.
ARDC: 6300487
30 N. LaSalle St., Suite 3200
Chicago, IL 60602
Telephone: (312) 765-7191
jason@daileylawyers.com

*Attorney for Plaintiff*

John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Fouzan Alassaf v. Monsanto Co.*<br>Cause No.   3:16-cv-03582-VC<br>(N.D. Cal) | |

1

Stipulated Dismissal, MDL No. 2741

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Fouzan Alassaf and Defendant Monsanto Company hereby stipulate to the voluntary dismissal with prejudice of Case No. 3:16-cv-03582-VC. This matter has been settled and Plaintiff requests this file to be closed.

Dated:  June 9, 2022

                    Respectfully submitted,

By: */s/ Jason A. Ott*
    Jason A. Ott
    DAILEY LAW FIRM, P.C.
    ARDC: 6300487
    30 N. LaSalle St., Suite 3200
    Chicago, IL 60602
    Telephone: (312) 765-7191
    jason@daileylawyers.com

***Attorney for Plaintiff***

SHOOK, HARDY & BACON L.L.P.

By: */s/ John L. Ackley*
    John L. Ackley
    Texas Bar No. 24108036
    E-mail:  jackley@shb.com
    600 Travis, Suite 3400
    Houston, Texas 77002-2926
    Telephone:  713-227-8008
    Fax:  713-227-9508

***Attorney for Defendant,***
***MONSANTO COMPANY***