Katherine G. Mastrucci
SHOOK, HARDY & BACON L.L.P.
Citigroup Center Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Phone: 305-358-5171
Fax: 305-358-7470
kmastrucci@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF KATHERINE G. MASTRUCCI ON BEHALF OF MONSANTO COMPANY** |
| *Antonio Perillo v. Monsanto Company* Case No. 3:21-cv-02550-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Katherine G. Mastrucci of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

June 10, 2022                                            Respectfully Submitted,

                                                        By: /s/ *Katherine G. Mastrucci*
                                                            Katherine G. Mastrucci
                                                            SHOOK, HARDY & BACON L.L.P.
                                                            Citigroup Center Suite 3200
                                                            201 South Biscayne Boulevard
                                                            Miami, Florida 33131
                                                            Phone: 305-358-5171
                                                            Fax: 305-358-7470
                                                            kmastrucci@shb.com

                                                        *Attorney for Defendant*
                                                        *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, Katherine G. Mastrucci, hereby certify that, on June 10, 2022 I electronically filed NOTICE OF APPEARANCE OF KATHERINE G. MASTRUCCI ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

          /s/ Katherine G. Mastrucci
          Katherine G. Mastrucci

*Attorney for Defendant*
MONSANTO COMPANY