# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| _____ | Case No. 16-md-02741-VC |

This document relates to:

*Edward B. Shipman v. Monsanto Co.,*
Case No. 3:21-cv-03272

| | |
|---|---|
| Adam J. Brody (P62035)<br>Brion B. Doyle (P67870)<br>Seth B. Arthur (P82033)<br>VARNUM LLP<br>Attorneys for Plaintiff<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>ajbrody@varnumlaw.com<br>bbdoyle@varnumlaw.com<br>sbarthur@varnumlaw.com<br><br>Eric G. Laker (*pro hac vice*)<br>Heather Pigman (*pro hac vice*)<br>John Kalas (*pro hac vice*)<br>HOLLINGSWORTH LLP<br>Attorneys for Defendant Monsanto Co.<br>1350 I St. NW<br>Washington, DC 20005<br>(202) 898-5843<br>elasker@hollingsworthllp.com<br>hpigman@hollingsworthllp.com<br>jkalas@hollingsworthllp.com | Brian L. Stekloff (*pro hac vice*)<br>Rakesh Kilaru (*pro hac vice*)<br>WILKINSON STEKLOFF LLP<br>Attorneys for Defendant Monsanto Co.<br>2001 M St. NW, 10th Floor<br>Washington, DC 20036<br>(202) 847-4030<br>bstekloff@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com<br><br>Daniel Pariser (*pro hac vice*)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Attorneys for Defendant Monsanto Co.<br>555 12th St. NW<br>Washington, DC 20004<br>(202) 942-5000<br>daniel.pariser@arnoldporter.com<br><br>Anthony Martinez (*pro hac vice*)<br>SHOOK, HARDY & BACON LLP<br>Attorneys for Defendant Monsanto Co.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>(816) 559-2683<br>amartinez@shb.com |

# **ORDER**

Plaintiff's Motion for relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b), filed on June 10, 2022, duly came for hearing on _____ before the Honorable Vince Chhabria.

**FINDINGS:**

Based upon the oral and written argument and evidence presented in connection with the motion, the Court makes the following findings:

1. Plaintiff's Motion for Relief from Judgment is GRANTED pursuant to Federal Rule of Civil Procedure 60(b).

2. This Court's May 16, 2022 Order Dismissing Cases with Prejudice for Failure to Comply with PTO No. 270 [Docket No. 14488] is hereby amended to exclude *Edward Shipman v. Monsanto Company*, Case No. 3:21-cv-03272.

3. The Clerk of the Court is ORDERED to re-open this case, *Edward Shipman v. Monsanto Company*, Case No. 3:21-cv-03272.

**IT IS SO ORDERED.**

**Dated:** _____   **By:**_____
**Honorable Vince Chhabria,**
**United States District Judge**