| Plaintiff | Case No. | |
|---|---|---|
| Adams, John | 3:21-cv-04466 | |
| Aden, Aubrey | 3:19-cv-01849 | |
| Armstrong, Daniel | 3:21-cv-02125 | |
| Bennett, Sierra M. | 3:20-cv-04832 | |
| Benton, Gerald Wade | 3:19-cv-05209 | (Ready to Submit) |
| Bern, Arlan, et al. | 3:19-cv-05887 | |
| Bosh, Jennie | 3:19-cv-07369 | |
| Bryan, Amy Lee | 3:19-cv-05334 | |
| Bundy, Rob | 3:20-cv-06345 | |
| Burton, Jason | 3:21-cv-07223 | |
| Caminiti, Kimberly A. | 3:19-cv-05417 | |
| Cato, Henry | 3:20-cv-01920 | |
| Caton, Brian | 3:19-cv-07675 | |
| Chapman, Otis Lindell | 3:20-cv-01277 | |
| Cobian, Manuel | 3:19-cv-07351 | |
| Coley, Steven B. | 3:18-cv-04553 | |
| Czernich, Jr., John Joseph | 3:20-cv-02643 | |
| Daigle, Nicole B. | 3:19-cv-04011 | |
| Edwards, Sedrick D. | 3:20-cv-06987 | |
| Ellerbe, Dana L. | 3:21-cv-01503 | |
| Flowers, Faye A. | 3:20-cv-00581 | (Ready to Submit) |
| Frantz, Joni M. | 3:19-cv-03970 | (Ready to Submit) |
| Fuqua, Jodi | 3:21-cv-01826 | |
| Goble, Jr., Isaac W. | 3:20-cv-04648 | |
| Godsey, Patricia | 3:19-cv-00923 | |
| Gonzalez, Martin | 3:19-cv-03300 | |
| Green, Donald R. | 3:20-cv-03302 | |
| Green, Larry | 3:17-cv-06975 | |
| Griffin, Donna S. | 3:19-cv-07318 | |
| Henagan, Deborah | 3:20-cv-06349 | |

| Name | Case Number | |
|---|---|---|
| Henson, Margot M. | 3:20-cv-02125 | |
| Keeler Jr., David | 3:18-cv-01694 | |
| Kelly, Kecia | 3:19-cv-07208 | (Ready to Submit) |
| Kelly, Teresa | 3:19-cv-05339 | |
| Kendrick, Wendy W. | 3:19-cv-03326 | (Ready to Submit) |
| King, Robert T. | 3:19-cv-04531 | |
| Laginess, Craig M. | 3:20-cv-07217 | |
| Lane, Miracle C. | 3:19-cv-03901 | (Ready to Submit) |
| Leas, Robert | 3:19-cv-01376 | |
| Liesinger, Mary Ann | 3:21-cv-05221 | |
| Massey, William V. | 3:19-cv-06444 | |
| McCall, Timothy R. | 3:19-cv-05868 | (Ready to Submit) |
| McCandlish, Melvin G. | 3:20-cv-02409 | (Ready to Submit) |
| McMorris, Melissa Kaye | 3:20-cv-07220 | |
| McRay, Mary Lou | 3:21-cv-01213 | |
| Metcalf, Roderick Burrell | 3:19-cv-05210 | (Ready to Submit) |
| Miller, Sr., Clayton Anthony | 3:19-cv-01556 | |
| Minando, Perry | 3:17-cv-03227 | |
| Morgan, Yvonne E. | 3:20-cv-02408 | |
| Morris, Christopher | 3:20-cv-01957 | |
| Mullis, Donald K. | 3:19-cv-04112 | |
| Murphy, Dennis | 3:19-cv-07120 | |
| Myers, Raleigh Lehane | 3:19-cv-05291 | (Ready to Submit) |
| Newsom, Henrietta | 3:20-cv-00578 | |
| Niolet, Kelvin Barry | 3:21-cv-00173 | |
| Payne, Charles Stephenson | 3:19-cv-05875 | |
| Penix, Mary E. | 3:20-cv-07554 | |
| Perilman, Richard | 3:19-cv-08446 | |
| Pike, John | 3:20-cv-08192 | |

|   | Name | Case Number | |
|---|---|---|---|
|   | Ready, Kristina Boutwell | 3:21-cv-02122 | |
|   | Rizzuto, Jared J. | 3:19-cv-03956 | (Ready to Submit) |
|   | Robbins, Gwendolyn | 3:19-cv-04014 | (Ready to Submit) |
|   | Robinson, Carol | 3:21-cv-00674 | |
|   | Rogers, Jr., Dwight | 3:20-cv-03064 | |
|   | Rutland, Roy | 3:20-cv-05372 | |
|   | Sanchez, Maria | 3:20-cv-02634 | |
|   | Scruggs, John L. | 3:19-cv-05867 | (Ready to Submit) |
|   | Shields, Roscoe | 3:20-cv-02485 | (Ready to Submit) |
| ✳ | Shipman, Edward B. | 3:21-cv-03272 | |
|   | Shirah, Patricia Diane | 3:19-cv-05227 | |
|   | Sims, Kimberly J. | 3:19-cv-05999 | |
|   | Singleton, Jr., Danny Ray | 3:20-cv-02410 | |
|   | Sissac, Henry Roger | 3:21-cv-00043 | |
|   | Smith, Alice M. | 3:20-cv-00577 | (Ready to Submit) |
|   | Smith, Betty J. | 3:20-cv-03938 | |
|   | Smith, Cornelius | 3:20-cv-06353 | |
|   | Smith, George D. | 3:18-cv-03757 | |
|   | Smith, Sean M. | 3:19-cv-07235 | |
|   | Speyrer, Wesley Louis | 3:20-cv-06354 | |
|   | Stepney, Gilda | 3:19-cv-05568 | |
|   | Story, Stephen Russell | 3:20-cv-06991 | |
|   | Tate, Jessica Laurel | 3:21-cv-01504 | |
|   | Taylor, Kerrigan D. | 3:19-cv-05650 | |
|   | Thirstrup, Robert J. | 3:19-cv-03327 | |
|   | Tory, Hamilton | 3:19-cv-05379 | |
|   | Utecht, Levi C. | 3:19-cv-04677 | |
|   | Wagner, Marty | 3:20-cv-03733 | |
|   | Walker, Maxine | 3:19-cv-04009 | |
|   | Washington, Renee | 3:21-cv-00640 | |

21

| Name | Case Number |
|---|---|
| Watson, Walter | 3:18-cv-02100 |
| Webb, Dan W. | 3:20-cv-00493 |
| Wiggins, Mark E. | 3:19-cv-06445 |
| Williams, Charles | 3:20-cv-04758 |
| Wix, Patsy W. | 3:20-cv-02648 |
| Wolfenbarger, Todd | 3:19-cv-06822 |
| Woodruff, Patricia | 3:19-cv-07531 |
| Zuiderveen, Randall | 3:20-cv-00582 |