# John Enochs

| | |
|---|---|
| **From:** | Roundup Program <roundupprogram@feinberglawoffices.com> |
| **Sent:** | Thursday, March 3, 2022 4:04 PM |
| **To:** | Jenny Pham |
| **Cc:** | John Enochs; Betsy Barnes; Bert Greenwell; Diem Trang Tran; Andrew Jameson |
| **Subject:** | [EXTERNAL]Confirmation of Receipt of Claim for Edward Shipman, Jr. - Roundup Product Liability Litigation MDL No. 271 (N.D.Cal) Independent Roundup Settlement |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Ms. Pham,

This email will confirm receipt of your claim with the Independent Roundup Settlement Program referenced above.

We will contact you if additional information or documentation is needed, and will notify you once we have completed the review of your claim and made a final determination.

Thank you,
Feinberg Law Offices

**From:** Jenny Pham [mailto:jpham@morrisbart.com]
**Sent:** Thursday, March 3, 2022 4:09 PM
**To:** Roundup Program <roundupprogram@feinberglawoffices.com>
**Cc:** John Enochs <jenochs@morrisbart.com>; Betsy Barnes <bbarnes@morrisbart.com>; Bert Greenwell <bgreenwell@morrisbart.com>; Diem Trang Tran <dtran@morrisbart.com>; Andrew Jameson <ajameson@morrisbart.com>
**Subject:** Shipman Jr, Edward 20-0078RUP Roundup Settlement Program

**Caution:** This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.

Mr. Feinberg,

Please find attached the fully completed Claim Form, Affidavit of Use and Exposure, and supporting documents, on behalf of our client Mr. Edward Shipman Jr. for consideration regarding the Roundup Settlement submission.

If you need further information please let me know.

Thank you,
Jenny Pham

1



**Jenny Pham**
Mass Tort Paralegal
MorrisBart, LLC
Pan American Life Center
601 Poydras St., 24th Floor
New Orleans, LA  70130
Direct:  504-526-1143
Fax:       833-277-4214
Jpham@morrisbart.com
http://www.morrisbart.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer/lawfirm. It is intended exclusively for the individual(s) or entity(ies) to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are NOT the named addressee, you are NOT authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.