# John Enochs

| | |
|---|---|
| **From:** | Martinez, Anthony (SHB) <AMARTINEZ@shb.com> |
| **Sent:** | Thursday, March 24, 2022 2:22 PM |
| **To:** | John Enochs |
| **Cc:** | Larsen, Mat (SHB); Cady, Tina (SHB); Lyons, Dana (SHB); Daniels, Erika (SHB); Ackley, John L. (SHB); Pittman, Amy L. (SHB); Engel, Mitch (SHB); Lewis, Janet (SHB); Betsy Barnes; Rick Root; Bert Greenwell; Jenny Pham; John Richards |
| **Subject:** | RE: [EXTERNAL]Roundup MDL Wave V - Fact Witness Depositions |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

John, this sounds like a good plan. Lets get dates for Duck and Zeno and their spouses. Can you keep me updated on the 34 that have submitted settlement papers and let me know if any decline the settlement because we should get the scheduled for a depo as soon as that occurs.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



SHOOK
HARDY & BACON

**From:** John Enochs <jenochs@morrisbart.com>
**Sent:** Thursday, March 24, 2022 2:02 PM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Cc:** Larsen, Mat (SHB) <MLARSEN@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Daniels, Erika (SHB) <EDANIELS@shb.com>; Ackley, John L. (SHB) <jackley@shb.com>; Pittman, Amy L. (SHB) <APITTMAN@shb.com>; Engel, Mitch (SHB) <MENGEL@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>; Betsy Barnes <bbarnes@morrisbart.com>; Rick Root <rroot@morrisbart.com>; Bert Greenwell <bgreenwell@morrisbart.com>; Jenny Pham <jpham@morrisbart.com>; John Richards <jrichards@morrisbart.com>
**Subject:** RE: [EXTERNAL]Roundup MDL Wave V - Fact Witness Depositions

EXTERNAL

Mr. Martinez,

Good afternoon. Thank you for contacting us regarding the below listed clients included on the Wave V schedule. At this time, almost all of the below clients have submitted settlement documents to Mr. Feinberg's office and await responses, and several have already accepted settlements. Specifically, three (3) clients have accepted settlements (in red below), thirty-four (34) have submitted settlement documents to Mr. Feinberg (in blue below) and await a response, and one (1) will submit settlement documents within the next ten (10) days (in green

1

below). This leaves one client (Albert Duck), who was found ineligible to participate in the settlement program due to age at diagnosis, and one client (Vera Zeno's rep), whom we have been unable to reach.

At this time, one hundred percent (100%) of our clients who have been made offers through the settlement program have accepted the offers, and we anticipate that most, if not all, of the clients presently participating in the program will do the same. As all but two of the clients listed below are participating in the settlement program, we believe it would be prudent to postpone the respective depositions until later in the year, preferably until at least October, so that we can attempt resolution through settlement before incurring the unnecessary time and expense of taking depositions regarding claims that have a very high likelihood of being settled before the December 12, 2022 deadline.

If you wish to take the plaintiff and spouse depositions for Mr. Duck and Ms. Zeno before the end of July, we can provide you with dates for these. We request, however, that the remaining depositions be postponed pending completion of the settlement process.

Please let me know if you agree with the foregoing.

Best regards,

John Enochs

1. Miracle Lane (Submitted to Mr. Feinberg)
2. Joni Frantz (Submitted to Mr. Feinberg)
3. William Massey (Submitted to Mr. Feinberg)
4. Raleigh Myers (Submitted to Mr. Feinberg)
5. Janice Wood Liang (Submitted to Mr. Feinberg)
6. Dwight Rogers Jr. (Submitted to Mr. Feinberg)
7. Grant Clark Jr. (Submitted to Mr. Feinberg)
8. Craig Laginess (Submitted to Mr. Feinberg)
9. Melvin McCandlish (Submitted to Mr. Feinberg)
10. Jeanette Wood (Submitted to Mr. Feinberg)
11. Yvonne Morgan (Submitted to Mr. Feinberg)
12. Danny Singleton Sr. (Submitted to Mr. Feinberg)
13. Cornelius Smith (Submitted to Mr. Feinberg)
14. Wesley Speyrer (Submitted to Mr. Feinberg)
15. Joseph Williams Sr. (Accepted Settlement)
16. Rose Burass (Submitted to Mr. Feinberg)
17. Dana Ellerbe (Expect to submit to Mr. Feinberg within the next 10 days)
18. Henry Sissac (Submitted to Mr. Feinberg)
19. Sean Smith (Submitted to Mr. Feinberg)

20. Lee Tate (Submitted to Mr. Feinberg)
21. Vera Zeno (We have been unable to reach this client.)
22. Kayla Reed (Accepted Settlement)
23. Wendy Kendrick (Submitted to Mr. Feinberg)
24. Jared Rizzuto (Submitted to Mr. Feinberg)
25. Robert Thirstrup (Submitted to Mr. Feinberg)
26. Faye Flowers (Submitted to Mr. Feinberg)
27. Donna Griffin (Submitted to Mr. Feinberg)
28. Donald Mullis (Submitted to Mr. Feinberg)
29. Patricia Proctor (Submitted to Mr. Feinberg)
30. Nicole Daigle (Submitted to Mr. Feinberg)
31. Gloria Moss (Submitted to Mr. Feinberg)
32. Shonderrick Kelly (Submitted to Mr. Feinberg)
33. Maxine Walker (Submitted to Mr. Feinberg)
34. Mark Wiggins (Submitted to Mr. Feinberg)
35. Richard Dufrene (Accepted Settlement)
36. Tammy Kenney (Submitted to Mr. Feinberg)
37. Joseph Schembre (Submitted to Mr. Feinberg)
38. Renee Washington (Submitted to Mr. Feinberg)

In addition, we were contacted by our co-counsel (Harrison Kemp), who was contacted by your offices regarding the following clients in Wave V:

39. Albert Duck (ineligible to participate in settlement program due to age at diagnosis)
 40. Edward Shipman (Submitted to Mr. Feinberg)



John C. Enochs
Attorney
MorrisBart, LLC
Pan American Life Center
601 Poydras St., 24th Floor
New Orleans, LA 70130
Direct: 504-526-1087
Fax:    833-277-4214
jenochs@morrisbart.com
http://www.morrisbart.com

From: Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
Sent: Wednesday, March 23, 2022 12:36 PM
To: Betsy Barnes <bbarnes@morrisbart.com>; Rick Root <rroot@morrisbart.com>; John Enochs <jenochs@morrisbart.com>; Bert Greenwell <bgreenwell@morrisbart.com>; John Richards <jrichards@morrisbart.com>
Cc: Larsen, Mat (SHB) <MLARSEN@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Daniels, Erika (SHB) <EDANIELS@shb.com>; Ackley, John L. (SHB) <jackley@shb.com>; Pittman, Amy L. (SHB) <APITTMAN@shb.com>; Engel, Mitch (SHB) <MENGEL@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
Subject: [EXTERNAL]Roundup MDL Wave V - Fact Witness Depositions

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

All,

I represent Monsanto in the Roundup MDL. The MDL Court has established Wave V in the MDL Roundup litigation. Under the Wave V schedule we most complete depositions of 200+ plaintiffs, spouses, and treating physicians by December 12, 2022. In order to accomplish this, I would like to begin reserving dates for plaintiff and spouse depositions in May, June, and July. We are willing to take these fact witness depositions virtually or in-person.

However, if you choose a virtual deposition, please communicate with your client well in advance of the deposition to confirm they have the internet and technology to accommodate a virtual deposition. Further, if you prefer a virtual deposition, all parties must appear virtually. We cannot agree to a scenario where you are in-person with your client but defense counsel is appearing virtually. If your client does not have the technology to accommodate a virtual deposition and/or you want to appear in-person with your client, then we will need to schedule the deposition in-person. When you provide the date of the deposition, please indicate if it will be virtual or in-person, and if in-person, the location where you would like us to find a conference room for the deposition.

After the plaintiff and spouse depositions, we will need to take the depositions of treating physicians as well. Based on our experience in Waves 1-4, nine months is not that much time to complete these depositions, especially when it is difficult to schedule treaters. Thus, we will not accept deposition dates for plaintiffs and spouses past July.

Please let me know available dates for the depositions of the below Wave V plaintiffs and their spouses in May, June or July:

1. Miracle Lane
2. Joni Frantz
3. William Massey
4. Raleigh Myers
5. Janice Wood Liang
6. Dwight Rogers Jr.
7. Grant Clark Jr.
8. Craig Laginess
9. Melvin McCandlish
10. Jeanette Wood
11. Yvonne Morgan
12. Danny Singleton Sr.
13. Cornelius Smith
14. Wesley Speyrer
15. Joseph Williams Sr.
16. Rose Burass
17. Dana Ellerbe
18. Henry Sissac
19. Sean Smith
20. Lee Tate
21. Vera Zeno
22. Kayla Reed
23. Wendy Kendrick
24. Jared Rizzuto
25. Robert Thirstrup
26. Faye Flowers

27. Donna Griffin
28. Donald Mullis
29. Patricia Proctor
30. Nicole Daigle
31. Gloria Moss
32. Shonderrick Kelly
33. Maxine Walker
34. Mark Wiggins
35. Richard Dufrene
36. Tammy Kenney
37. Joseph Schembre
38. Renee Washington

Best Regards,

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

5