## John Enochs

| | |
|---|---|
| From: | John Enochs |
| Sent: | Friday, March 25, 2022 2:33 PM |
| To: | RoundupProgram |
| Cc: | Roundup Team (MT) |
| Subject: | Shipman Jr, Edward  20-0078RUP |
| Attachments: | Edward Shipman Filed Cnomplaint (MDL).pdf |

Please find attached the filed complaint you requested for Edward Shipman.  3:21-cv-03272-VC

Harrison Kemp, Mann & Kemp, PLLC are our c-counsel, but we are taking the lead.

Please let me know if you need any additional information.

Thanks,

John



**John C. Enochs**
Attorney
MorrisBart, LLC
Pan American Life Center
601 Poydras St., 24th Floor
New Orleans, LA  70130
Direct:  504-526-1087
Fax:       833-277-4214
jenochs@morrisbart.com
http://www.morrisbart.com

1