## John Enochs

| | |
|---|---|
| **From:** | Roundup Program <roundupprogram@feinberglawoffices.com> |
| **Sent:** | Friday, June 10, 2022 12:45 PM |
| **To:** | John Enochs; Roundup Program |
| **Cc:** | Betsy Barnes |
| **Subject:** | RE: [EXTERNAL]RE: Shipman Jr, Edward  20-0078RUP |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Mr. Enochs,

Thank you for your response. We confirm that the claim submission for this Claimant was submitted on March 3, 2022.

Please keep us informed of your progress with responding to the dismissal order. Once you get in touch with the Court, we will need confirmation of the reversal of the dismissal order and that the Claimant's case is back in the MDL. In the meantime, this claim is still under review with the Program.

Regards,
Feinberg Law Offices

**From:** John Enochs [mailto:jenochs@morrisbart.com]
**Sent:** Friday, June 10, 2022 9:21 AM
**To:** Roundup Program <roundupprogram@feinberglawoffices.com>
**Cc:** Betsy Barnes <bbarnes@morrisbart.com>
**Subject:** RE: [EXTERNAL]RE: Shipman Jr, Edward 20-0078RUP

In follow up to my prior email this morning, Mr. Shipman's claim packet was submitted to the settlement program by Jenny Pham of our office on March 3, 2022. Any information you can provide regarding the status of the submission that may be helpful to addressing this with the Court would be greatly appreciated. I will resend this in a separate email.

Best regards,

John

1



**John C. Enochs**
Attorney
MorrisBart, LLC
Pan American Life Center
601 Poydras St., 24th Floor
New Orleans, LA  70130
Direct:  504-526-1087
Fax:       833-277-4214
jenochs@morrisbart.com
http://www.morrisbart.com

**From:** Roundup Program <roundupprogram@feinberglawoffices.com>
**Sent:** Thursday, June 9, 2022 5:28 PM
**To:** John Enochs <jenochs@morrisbart.com>; Roundup Program <roundupprogram@feinberglawoffices.com>
**Cc:** Roundup Team (MT) <Roundup@morrisbart.com>
**Subject:** [EXTERNAL]RE: Shipman Jr, Edward 20-0078RUP

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Mr. Enochs,

We are reaching out regarding the attached Court Order. Per the Order, the case for your Claimant, Edward Shipman, has been dismissed from the MDL. We want to confirm whether or not you are in the process of responding to this Order, or requesting a reversal of the order from the Court. Can you provide us with any additional information, or any further documentation regarding this dismissal?

Regards,
Feinberg Law Offices

**From:** John Enochs [mailto:jenochs@morrisbart.com]
**Sent:** Friday, March 25, 2022 3:33 PM
**To:** Roundup Program <roundupprogram@feinberglawoffices.com>
**Cc:** Roundup Team (MT) <Roundup@morrisbart.com>
**Subject:** Shipman Jr, Edward 20-0078RUP

**Caution:** This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.

Please find attached the filed complaint you requested for Edward Shipman.  3:21-cv-03272-VC

Harrison Kemp, Mann & Kemp, PLLC are our c-counsel, but we are taking the lead.

Please let me know if you need any additional information.

Thanks,

John

2



John C. Enochs
Attorney
MorrisBart, LLC
Pan American Life Center
601 Poydras St., 24th Floor
New Orleans, LA 70130
Direct: 504-526-1087
Fax:    833-277-4214
jenochs@morrisbart.com
http://www.morrisbart.com