Andrés Rivero
Florida Bar No. 613819
**RIVERO MESTRE LLP**
2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: arivero@riveromestre.com

*Attorneys for Plaintiff Judge William C. Turnoff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 5** |
| *William C. Turnoff v. Monsanto Company*, Case No.: 3:19-cv-03837-VC | |

    Plaintiff, William C. Turnoff, files this joint motion to move this case to Wave 5 and states as follows:

    1.    Plaintiff is currently in Wave 4(B). *See* ECF 14763.

    2.    To date, the parties have worked together on all discovery matters.

1

PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 5
Case No.: 1:19-cv-22291-VC

3. Despite the parties' diligent and continued efforts, fact discovery is still ongoing. Not all depositions of fact witnesses have been completed. One of those depositions is taking place on July 15, 2022. Additionally, Defendant's inspection of Plaintiff's home has not yet been scheduled.

4. Plaintiff's counsel met and conferred with counsel for Defendant, which has agreed to move the case to Wave 5 and does not oppose this motion.

Accordingly, the Plaintiff respectfully requests that the Court move this case from Wave 4(B) to Wave 5.

Dated:   June 13, 2022

**RIVERO MESTRE LLP**
2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: arivero@riveromestre.com
E-mail: rkuntz@riveromestre.com
E-mail: ddaponte@riveromestre.com

By:  /s/ Andrés Rivero
ANDRÉS RIVERO
Florida Bar No. 613819
ROBERT KUNTZ
Florida Bar No. 94668
DAVID L. DAPONTE
Florida Bar No. 1002724

*Counsel for Judge William C. Turnoff*

2

PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 5
Case No.: 1:19-cv-22291-VC

**CERTIFICATE OF SERVICE**

I hereby certify that on the June 13, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

                                        /s/ Andrés Rivero
                                        ANDRÉS RIVERO