# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **"PROPOSED" ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 5** |
| *William C. Turnoff v. Monsanto Company*, Case No. 3:19-cv-03837-VC | |

Plaintiff William C. Turnoff's motion to move this case from Wave 4(B) to Wave 5 is granted. **IT IS SO ORDERED.**

DATED: _____, 2022

_____
Honorable Vince Chhabria
United States District Court Judge