UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

This document relates to:

| | |
|---|---|
| *Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG* <br> Case No. 3:20-cv-024727-VC | **PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiffs' motion to move the case from Wave IV to Wave VI is granted. **IT IS SO ORDERED.**

Dated: _____, 2022

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT