Chris Moore
RICHARDSON, THOMAS, HALTIWAGER,
MOORE & LEWIS, LLC
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
T: (803) 281-8147
chris@richardsonthomas.com

*Attorney for Plaintiff*

Anthony Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
T: (816) 474-6550
amartinez@shb.com

*Attorney for Defendant Monsanto Co.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741<br>Civil Action No.:  3:16-md-02741-VC |
| This document relates to:<br><br>*Randy Isbell v. Monsanto Co.*<br>Case No. 3:20-cv-03226-VC | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Randy Isbell and Defendant Monsanto Co. hereby stipulate to the voluntary dismissal with prejudice of Case No. 3:20-cv-03226-VC.

This matter has been settled and Plaintiff requests this file to be closed.

[SIGNATURE PAGE TO FOLLOW]

1
Stipuated Dismissal, MDL No. 2741

Respectfully submitted,        By:     **RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS, LLC**

*s/Chris Moore*
Chris Moore
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
T: (803) 281-8147
chris@richardsonthomas.com

*Attorney for Plaintiff*

**SHOOK, HARDY & BACON, LLP**

*s/ Anthony Martinez*
Anthony Martinez
2555 Grand Boulevard
Kansas City, Missouri 64108
T: (816) 474-6550
amartinez@shb.com

*Attorney for Defendant Monsanto Co.*

June 15, 2022