Chris Moore
RICHARDSON, THOMAS, HALTIWAGER,
MOORE & LEWIS, LLC
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
T: (803) 281-8147
chris@richardsonthomas.com

*Attorney for Plaintiff*

Anthony Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
T: (816) 474-6550
amartinez@shb.com

*Attorney for Defendant Monsanto Co.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741<br>Civil Action No.: 3:16-md-02741-VC |
| This document relates to:<br><br>*Kenneth C. Morris v. Monsanto Co.*<br>Case No. 3:20-cv-01957-VC | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kenneth C. Morris and Defendant Monsanto Co. hereby stipulate to the voluntary dismissal with prejudice of Case No. 3:20-cv-01957-VC.  This matter has been settled and Plaintiff requests this file to be closed.

[SIGNATURE PAGE TO FOLLOW]

1
Stipulated Dismissal, MDL No. 2741

Respectfully submitted,    By:    **RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS, LLC**

*s/Chris Moore*
Chris Moore
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
T: (803) 281-8147
chris@richardsonthomas.com

*Attorney for Plaintiff*

**SHOOK, HARDY & BACON, LLP**

*s/ Anthony Martinez*
Anthony Martinez
2555 Grand Boulevard
Kansas City, Missouri 64108
T: (816) 474-6550
amartinez@shb.com

*Attorney for Defendant Monsanto Co.*

June 15, 2022