## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DAVID AYRES AND KAREN AYRES,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **MDL NO. 2741** |
| **v.** | ) | **Civil Action No.:** |
| | ) | **3:16-md-02741-VC** |
| **MONSANTO COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |

### MOTION FOR ENLARGEMENT OF TIME

COMES NOW, The Plaintiff, Pursuant to Fed. R. Civ. P. 6(b), and hereby moves for enlargement of time to file a Substitution of Party.  As grounds, Plaintiff would show as follows:

1.    David Ayres passed away on February 15, 2022, due to complications following a stroke.

2.    On March 16, 2022, a Suggestion of Death was filed in case number 3:16-md-02741 (See Doc. 14678) and on March 24, 2022, in case number 3:17-cv-05714 (see Doc. 15).

3.    On March 21, 2022, Counsel for Plaintiff filed a Petition for Letters of Administration in the Chatham County Probate Court seeking to have decedent's wife appointed as administrator of his Estate.

4.  To date, the Chatham County Probate has not issued a ruling as to Mrs. Ayres appointment as Administrator to the Estate of David Ayres. As soon as an administrator is appointed, Substitution will be filed.

Wherefore, Plaintiff requests additional time in which to file a Substitution of Party as a result of the death of Mr. David Ayres.

s/ Robert E. LeMoine<br>
ROBERT E. LEMOINE<br>
Attorney for Plaintiff

**OF COUNSEL:**
**TURNBULL HOLCOMB & LEMOINE, P.C.**
2101 6th Ave N. Ste. 1100
Birmingham, AL 35203
Telephone: (205) 831-5040
Fax: (205) 848-6300
blemoine@turnbullfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court this 17th day of June 2022, via USDC Electronic Filing System to all counsel registered to receive automatic e-file notifications.

This the 17th day of June, 2022.

/s/ Robert E. LeMoine<br>
OF COUNSEL