# EXHIBIT A

| | |
|---|---|
| **From:** | Das, Devarati |
| **Sent:** | Tuesday, January 25, 2022 5:45 PM |
| **To:** | 'jblincow@blincowgriffin.com' |
| **Cc:** | Pigman, Heather; Kalas, John; Martinez, Anthony SHB (external) |
| **Subject:** | MDL Wave IV Discovery - Deficient Responses |

Good afternoon,

On December 16, 2021, we served Monsanto Company's Interrogatories, Requests for Admission, Request for Entry Upon Land, and Request for Inspection of Tangible Goods for the following MDL Wave IV plaintiffs represented by Blincow Griffin Law Firm: 1) Brenda Reiser. Responses to the discovery were due by January 15, 2022.

To date, we have not received the following: 1) all discovery responses for Brenda Reiser.

Please provide all discovery responses for the above plaintiffs by February 9, 2022.

Thank you.



**Devarati Das**
Associate

D 202.898.5863 | ddas@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com