# EXHIBIT B

# Hein, Allison

| | |
|---|---|
| **From:** | Das, Devarati |
| **Sent:** | Wednesday, June 1, 2022 8:34 PM |
| **To:** | 'jscanland@milawoffices.com' |
| **Cc:** | Chernack, Gregory |
| **Subject:** | RE: MDL Wave IV - Site Inspection Dates |

Good evening,

As a reminder, we still have not received the requested dates for inspection for Linda Matthaus-Shelton and Adrine Hann. Given the numerous attempts to obtain dates for site inspections, in the absence of a response by the deadline below, Monsanto will seek relief from the court.

Please send proposed dates of inspection by end of day Sunday, June 5, 2022.

Thank you.

---

**From:** Das, Devarati <ddas@Hollingsworthllp.com>
**Sent:** Tuesday, May 24, 2022 1:10 AM
**To:** 'jscanland@milawoffices.com' <jscanland@milawoffices.com>
**Cc:** Chernack, Gregory <GChernack@Hollingsworthllp.com>
**Subject:** RE: MDL Wave IV - Site Inspection Dates

Good morning,

As a reminder, we still have not received proposed dates for site inspections for the following plaintiffs: Linda Matthaus-Shelton and Adrine Hann.

Please provide dates for the above plaintiffs at this time.

Thank you.

---

**From:** Das, Devarati
**Sent:** Friday, May 6, 2022 4:28 PM
**To:** 'jscanland@milawoffices.com' <jscanland@milawoffices.com>
**Cc:** Chernack, Gregory <GChernack@Hollingsworthllp.com>
**Subject:** MDL Wave IV - Site Inspection Dates

Good Afternoon,

As a reminder, we'd like to schedule a site inspection in the Linda Matthaus-Shelton and Adrine Hann matters. Please provide date(s) in May or June when we may inspect the properties under plaintiff's control.

Please feel free to reach out if you'd like to discuss.

Thank you.

1

# Hein, Allison

| | |
|---|---|
| **From:** | Das, Devarati |
| **Sent:** | Wednesday, June 8, 2022 3:08 AM |
| **To:** | Jerard Scanland |
| **Cc:** | Chernack, Gregory; Martinez, Anthony SHB (external) |
| **Subject:** | RE: Linda Matthaus-Shelton - Authorizations [override] |

Good Morning,

We will get back to you shortly with availability in July and August for a site inspection of Ms. Matthaus-Shelton's property. Would you like to provide dates for inspection in the Hann matter, or would you prefer our availability?

Thank you.

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Friday, June 3, 2022 2:00 PM
**To:** Jerard Scanland <jscanland@milawoffices.com>
**Cc:** Das, Devarati <ddas@Hollingsworthllp.com>; Chernack, Gregory <GChernack@Hollingsworthllp.com>
**Subject:** RE: Linda Matthaus-Shelton - Authorizations [override]

**[External Message]**

Great.  We will move this one to sub-wave D.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



**From:** Jerard Scanland <jscanland@milawoffices.com>
**Sent:** Friday, June 3, 2022 12:57 PM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Cc:** Devarati Das <ddas@hollingsworthllp.com>; Chernack, Gregory <GChernack@hollingsworthllp.com>
**Subject:** Re: Linda Matthaus-Shelton - Authorizations [override]

**EXTERNAL**

Dear Mr. Martienz:

    I am fine with that.

Warmest Personal Regards,

1

Jerard

On Fri, Jun 3, 2022 at 1:27 PM Martinez, Anthony (SHB) <AMARTINEZ@shb.com> wrote:

> Jerard,
>
> I have added Devarati and Greg who can work on dates with you.
>
> Can we move this case to subwave d to give us more time to do the inspection and collect records?
>
> **Anthony R. Martinez**
> *Partner*
> Shook, Hardy & Bacon L.L.P.
>
> 816.559.2683 | amartinez@shb.com
>
> 
>
> ---
>
> **From:** Jerard Scanland <jscanland@milawoffices.com>
> **Sent:** Friday, June 3, 2022 11:17 AM
> **To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
> **Subject:** Re: Linda Matthaus-Shelton - Authorizations [override]
>
> **EXTERNAL**
>
> Dear Mr. Martinez:
>
> What days do you have available in July and August for a site visit?
>
> Warmest Personal Regards,
>
> Jerard
>
> On Tue, Jan 25, 2022 at 9:49 AM Martinez, Anthony (SHB) <AMARTINEZ@shb.com> wrote:

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com

SHOOK
HARDY & BACON

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

--

JERARD M. SCANLAND

MUSSIN & SCANLAND, PLLC

3

Senior Partner

13351 Reeck Court, Suite 5

Southgate, Michigan 48195

Phone: (734)-282-6037

Fax: (734)-447-5853

**NOTICE OF CONFIDENTIALITY**

This e-mail and accompanying documents contain confidential information which is legally privileged and is solely intended for the use of the individuals and/or entities named above.  If you are not the intended recipient, you are hereby on notice that any disclosure, copying, and/or distribution of the contents of this e-mail is strictly prohibited.  If you have received this email in error, please immediately contact the sender by reply e-mail and then destroy all copies of this e-mail as well as any items that may have been printed. Thank you for your compliance.

--
**JERARD M. SCANLAND**
**MUSSIN & SCANLAND, PLLC**

Senior Partner
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853

**NOTICE OF CONFIDENTIALITY**

This e-mail and accompanying documents contain confidential information which is legally privileged and is solely intended for the use of the individuals and/or entities named above.  If you are not the intended recipient, you are hereby on notice that any disclosure, copying, and/or distribution of the contents of this e-mail is strictly prohibited.  If you have received this email in error, please immediately contact the sender by reply e-mail and then destroy all copies of this e-mail as well as any items that may have been printed. Thank you for your compliance.