# EXHIBIT C

| | |
|---|---|
| **From:** | Das, Devarati |
| **Sent:** | Tuesday, January 25, 2022 5:44 PM |
| **To:** | 'jscanland@milawoffices.com' |
| **Cc:** | Pigman, Heather; Kalas, John; Martinez, Anthony SHB (external) |
| **Subject:** | MDL Wave IV Discovery - Deficient Responses |

Good afternoon,

On December 16, 2021, we served Monsanto Company's Interrogatories, Requests for Admission, Request for Entry Upon Land, and Request for Inspection of Tangible Goods for the following MDL Wave IV plaintiffs represented by Mussin & Scanland: 1) Adrine Hann; 2) Bernice Katz; 3) Linda Matthaus-Shelton. Responses to the discovery were due by January 15, 2022.

To date, we have not received the following: 1) responses to Monsanto Company's Interrogatories, Request for Entry Upon Land, and Request for Inspection of Tangible Goods for Adrine Hann; 2) responses to Monsanto Company's Interrogatories, Request for Entry Upon Land, and Request for Inspection of Tangible Goods for Bernice Katz; and, 3) responses to Monsanto Company's Interrogatories, Request for Entry Upon Land, and Request for Inspection of Tangible Goods for Linda Matthaus-Shelton; 4) sufficient and distinct responses to the Requests for Admissions for Adrine Hann, Bernice Katz, and Linda Matthaus-Shelton.

Please provide all discovery responses for the above plaintiffs by February 9, 2022.

Thank you.



**Devarati Das**
Associate

D 202.898.5863 | ddas@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com