# EXHIBIT D

| | |
|---|---|
| **From:** | Das, Devarati |
| **Sent:** | Tuesday, May 17, 2022 1:29 PM |
| **To:** | Gill, Natalie J. |
| **Subject:** | FW: Linda Matthaus-Shelton v Monsanto |

**From:** Chernack, Gregory <GChernack@Hollingsworthllp.com>
**Sent:** Tuesday, May 17, 2022 1:27 PM
**To:** Das, Devarati <ddas@Hollingsworthllp.com>
**Subject:** Fwd: Linda Matthaus-Shelton v Monsanto

Begin forwarded message:

> **From:** "Donahue, Alicia (SHB)" <ADONAHUE@shb.com>
> **Date:** March 21, 2022 at 12:33:03 PM CDT
> **To:** "JScanland@milawoffices.com" <JScanland@milawoffices.com>
> **Cc:** "Salazar, Liz (SHB)" <ESALAZAR@shb.com>
> **Subject: FW: Linda Matthaus-Shelton v Monsanto**
>
> Sending this again with correct email address!!!
> **Alicia J. Donahue**
> *Partner*
> Shook, Hardy & Bacon L.L.P.
>
> 415.544.1911 | adonahue@shb.com
>
> <image002.jpg>
>
> **From:** Donahue, Alicia (SHB)
> **Sent:** Monday, March 21, 2022 10:09 AM
> **To:** 'jscandland@milawoffices.com' <jscandland@milawoffices.com>
> **Cc:** Martinez, Anthony (SHB) <amartinez@shb.com>; Cady, Tina (SHB) <tcady@shb.com>; Salazar, Liz (SHB) <esalazar@shb.com>
> **Subject:** Linda Matthaus-Shelton v Monsanto
> Dear Counsel:
> I wanted to follow up once again on the items for production that are still outstanding.
> At her deposition on 1/13/22, Ms. Matthaus –Shelton testified that she had the following items in her possession:
> 1. Bottle of Roundup and photos of same
> 2. A box of medical records related to her diagnosis and treatment
>
> We agreed at the deposition that you would provide these items to us asap.
> Please let us know when we might expect to receive them.
> Many Thanks,

Alicia
**Alicia J. Donahue**
*Partner*
Shook, Hardy & Bacon L.L.P.

415.544.1911 | adonahue@shb.com

<image003.jpg>

2