# EXHIBIT E

| | |
|---|---|
| **From:** | Das, Devarati |
| **Sent:** | Friday, February 25, 2022 1:25 PM |
| **To:** | 'ralph applegate' |
| **Cc:** | Pigman, Heather; Kalas, John; Martinez, Anthony SHB (external) |
| **Subject:** | RE: Documents |
| **Attachments:** | Applegate, Ralph A. - Requests for Inspection of Tangible Goods.pdf; Applegate, Ralph A. - Requests to Permit Entry Upon Land.pdf; Applegate, Ralph A. - Exposure ROGs.pdf; Applegate, Ralph A. - Exposure RFAs.pdf |

Good afternoon Mr. Applegate,

As indicated by our email, on December 21, 2022, we served discovery documents to be completed and sent back with responses. To date, we have not received any responses to these documents. I have attached the documents that were sent in December to this email for your reference. As a courtesy, we are also overnighting hard copies of these documents by FEDEX to your listed address.

Please provide your responses by March 11, 2022.

Thank you,
Devarati



**Devarati Das**
Associate

D 202.898.5863 | ddas@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

**From:** ralph applegate <rapplegate48@gmail.com>
**Sent:** Thursday, February 24, 2022 7:11 PM
**To:** Das, Devarati <ddas@Hollingsworthllp.com>
**Subject:** Fwd: Documents


**[This Message originated outside your organization from a free domain]**

---------- Forwarded message ---------
From: **ralph applegate** <rapplegate48@gmail.com>
Date: Thu, Feb 24, 2022 at 7:04 PM
Subject: Documents
To: Das, Devarati <ddas@hollingsworthllp.com>


I am not guessing , whatsoever, what you want?

1

--
Sincerely.
Ralph Applegate


--
Sincerely.
Ralph Applegate

2