# EXHIBIT F

| | |
|---|---|
| **From:** | ralph applegate <rapplegate48@gmail.com> |
| **Sent:** | Monday, February 28, 2022 7:47 PM |
| **To:** | info@doctorsdata.com; goldaple; Nana; Geraint Roberts; Das, Devarati; davidyost@gmail.com |
| **Subject:** | redacted copies of hair test results for low-dose inorganic arsenic mg. |

**[This Message originated outside your organization from a free domain]**

Regardless of fact that this test does not determine how much total inorganic arsenic in our bodies,

I would like to have 10 copies so that I can advise these stupid Justices just exactly what this may mean ?

Beginning with brain, tongue, neck, r/l lungs, heart, liver, r/l kidneys, bladder, stomach, bowel, prostate,

penis, r/l testicles,hair, finger nails, toenails, feces maybe, other body hair, r/l upper arms, r/l lower arms,

, r/l hands, r/l upper legs, r/l lower legs, r/l feet, practically all of these except blood, hair, feces, toe and

finger nails can not be tested to find proof of how much inorganic arsenic is inhaled when we are exposed,

therefore even my findings in my pleadings in my lawsuit are not precisely correct , but, no other person has

seen fit to argue with me , period. All of yo give me your better shot even if it is possible to do so ,HRKutcher@

gmail.com ,Howard, is only fit mechanical engineer/scientist I know who can do that, but, recently he has been

elderly ill to do so. I am looking for all criticism I can get, but, not from attorneys ?

--
Sincerely.
Ralph Applegate

1

| | |
|---|---|
| **From:** | ralph applegate <rapplegate48@gmail.com> |
| **Sent:** | Friday, February 25, 2022 6:51 PM |
| **To:** | Das, Devarati |
| **Subject:** | Re: Documents |

**[This Message originated outside your organization from a free domain]**

why,joe never responded to my requests, why should I respond to his ?

On Fri, Feb 25, 2022 at 1:24 PM Das, Devarati <ddas@hollingsworthllp.com> wrote:

> Good afternoon Mr. Applegate,
>
> As indicated by our email, on December 21, 2022, we served discovery documents to be completed and sent back with responses. To date, we have not received any responses to these documents. I have attached the documents that were sent in December to this email for your reference. As a courtesy, we are also overnighting hard copies of these documents by FEDEX to your listed address.
>
> Please provide your responses by March 11, 2022.
>
> Thank you,
>
> Devarati
>
> 
>
> **Devarati Das**
> Associate
>
> D 202.898.5863 | ddas@Hollingsworthllp.com
> 1350 I Street NW | Washington, DC 20005
> www.hollingsworthllp.com
>
> **From:** ralph applegate <rapplegate48@gmail.com>
> **Sent:** Thursday, February 24, 2022 7:11 PM
> **To:** Das, Devarati <ddas@Hollingsworthllp.com>
> **Subject:** Fwd: Documents

1

**[This Message originated outside your organization from a free domain]**

---------- Forwarded message ---------
From: **ralph applegate** <rapplegate48@gmail.com>
Date: Thu, Feb 24, 2022 at 7:04 PM
Subject: Documents
To: Das, Devarati <ddas@hollingsworthllp.com>


I am not guessing , whatsoever, what you want?


--

Sincerely.

Ralph Applegate



--

Sincerely.

Ralph Applegate



**Disclaimer**

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.



--
Sincerely.
Ralph Applegate