# EXHIBIT H

# Hein, Allison

| | |
|---|---|
| **From:** | Jim O'Brien <jim@obrien.law> |
| **Sent:** | Friday, January 7, 2022 1:40 PM |
| **To:** | Kalas, John |
| **Cc:** | Martinez, Anthony SHB (external); Pigman, Heather; Das, Devarati |
| **Subject:** | Re: In re Roundup - Wave IV Discovery Requests |

**[External Message]**

John,

Thank you for taking the time yesterday to discuss my concerns with Monsanto's discovery requests to my Wave IV clients. I think the discussion helped each of us understand the other's points better.

Based on our discussion, I've decided not to start with an affirmative motion for a protective order. Instead, we will prepare responses that include objections and answers where feasible. We may need judicial intervention, but we won't start with it.

With that in mind, I appreciate your offer to extend our response deadlines and I would like to take you up on that. Could we have a 30-day extension, to February 7, 2022? This would be for all 11 cases in Wave IV:
- Booth, David
- Coressel, Estate of James
- Cryan, Catherine,
- Dominique, Estate of Floyd
- Perry, Catherine
- Rhuland, Jason
- Rowland, Dean
- Setzer, Estate of William
- Shipley, Joseph
- Wachtman, Vernon
- Wistinghausen, Robert

Thank you in advance,


-Jim

James G. O'Brien
O'Brien Law, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604

Office: (419) 930-6401
Toll-free: (888) 234-3430
Email: jim@obrien.law

**From:** Jim O'Brien <jim@obrien.law>
**Date:** Thursday, January 6, 2022 at 3:13 PM
**To:** "Kalas, John" <JKalas@Hollingsworthllp.com>

1

**Cc:** "Martinez, Anthony SHB (external)" <amartinez@shb.com>, "Pigman, Heather" <HPigman@Hollingsworthllp.com>, "Das, Devarati" <ddas@Hollingsworthllp.com>
**Subject:** Re: In re Roundup - Wave IV Discovery Requests

Just give me 5 minutes to handle something and I'll be all set.


-Jim

James G. O'Brien
O'Brien Law, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604

Office: (419) 930-6401
Toll-free: (888) 234-3430
Email: jim@obrien.law

**From:** "Kalas, John" <JKalas@Hollingsworthllp.com>
**Date:** Thursday, January 6, 2022 at 3:11 PM
**To:** Jim O'Brien <jim@obrien.law>
**Cc:** "Martinez, Anthony SHB (external)" <amartinez@shb.com>, "Pigman, Heather" <HPigman@Hollingsworthllp.com>, "Das, Devarati" <ddas@Hollingsworthllp.com>
**Subject:** Re: In re Roundup - Wave IV Discovery Requests

I'm also free now if you are

Sent from my iPhone



**John M. Kalas**
Partner

D 202.898.5848 | JKalas@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

On Jan 6, 2022, at 3:11 PM, Kalas, John <JKalas@hollingsworthllp.com> wrote:

Yep will be calling. Thanks

Sent from my iPhone

> On Jan 6, 2022, at 3:11 PM, Jim O'Brien <jim@obrien.law> wrote:
>
> **[External Message]**
>
> I just wanted to confirm that we're going to have that call in 20 minutes.

Best way to reach me is my direct: 419-930-6406.

-Jim

James G. O'Brien
O'Brien Law, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604

Office: (419) 930-6401
Toll-free: (888) 234-3430
Email: jim@obrien.law

---

**From:** Jim O'Brien <jim@obrien.law>
**Date:** Monday, January 3, 2022 at 3:22 PM
**To:** "Kalas, John" <JKalas@Hollingsworthllp.com>
**Cc:** "Martinez, Anthony SHB (external)" <amartinez@shb.com>, "Pigman, Heather" <HPigman@Hollingsworthllp.com>, "Das, Devarati" <ddas@Hollingsworthllp.com>
**Subject:** Re: In re Roundup - Wave IV Discovery Requests

Sure, that works fine.
If it's just us talking, call my direct at (419) 930-6406. If more people are joining, I can create a conference call… or you can.

Thanks,

-Jim

James G. O'Brien
O'Brien Law, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604

Office: (419) 930-6401
Toll-free: (888) 234-3430
Email: jim@obrien.law

---

**From:** "Kalas, John" <JKalas@Hollingsworthllp.com>
**Date:** Sunday, January 2, 2022 at 7:50 PM
**To:** Jim O'Brien <jim@obrien.law>
**Cc:** "Martinez, Anthony SHB (external)" <amartinez@shb.com>, "Pigman, Heather" <HPigman@Hollingsworthllp.com>, "Das, Devarati" <ddas@Hollingsworthllp.com>
**Subject:** RE: In re Roundup - Wave IV Discovery Requests

Jim -

Can you talk at 330 ET on January 6th? Thanks.

3

John

---

**From:** Jim O'Brien [jim@obrien.law]
**Sent:** Wednesday, December 29, 2021 2:52 PM
**To:** Kalas, John
**Cc:** Martinez, Anthony SHB (external); Pigman, Heather; Das, Devarati
**Subject:** Re: In re Roundup - Wave IV Discovery Requests

**[External Message]**

---

Anthony,

Please see the attached letter regarding the Wave IV discovery requests.

Once you've had a chance to review it, are you able to have a phone call:
- Tuesday January 4 any time
- Wednesday January 5 after 3pm Eastern
- Thursday January 6 any time

If not any of these times, please suggest a time that would work for you.


-Jim

James G. O'Brien
O'Brien Law, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604

Office: (419) 930-6401
Toll-free: (888) 234-3430
Email: jim@obrien.law

---

**From:** "Kalas, John" <JKalas@Hollingsworthllp.com>
**Date:** Wednesday, December 8, 2021 at 4:47 PM
**To:** Jim O'Brien <jim@obrien.law>
**Cc:** "Martinez, Anthony SHB (external)" <amartinez@shb.com>, "Pigman, Heather" <HPigman@Hollingsworthllp.com>, "Das, Devarati" <ddas@Hollingsworthllp.com>
**Subject:** In re Roundup - Wave IV Discovery Requests

Good Afternoon Mr. O'Brien,

Please find in the link below Monsanto Company's Interrogatories, Requests for Admission, Request for Entry Upon Land, and Request for Inspection of Tangible Goods for the following MDL Wave IV plaintiffs represented by O'Brien Law: 1) David Booth; 2) Denise Coressel; 3) Catherine Cryan; 4) Vivian Dominique; 5) Catherine Perry; 6) Jason & Carrie Rhuland; 7) Dean & Kelly Rowland; 8) William & Pamela Setzer; 9) Vernon Watchman; 10) Robert & Kimberly Wistinghausen.

https://hollingsworthllp.sharefile.com/d-s75f5394bd3e2491c8c67cd23b8ac53ca

Please let me know if you have any questions.

4

Best,

John Kalas

**Disclaimer**

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.

**Disclaimer**

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.

**Disclaimer**

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.