1  Lakshmi Achari
   SHOOK, HARDY & BACON L.L.P.
2  600 Travis, Suite 3400
   Houston, Texas 77002-2926
3  Telephone:  713-227-8008
   Fax:  713-227-9508
4  E-mail:  lachari@shb.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF LAKSHMI ACHARI ON BEHALF OF MONSANTO COMPANY** |
| *Donna Sutliff, et al. v. Monsanto Co.* Case No. 3:19-cv-02832-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Lakshmi Achari of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant Monsanto Company in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

June 17, 2022                         Respectfully Submitted,

                                      By:  */s/ Lakshmi Achari*
                                      Lakshmi Achari
                                      SHOOK, HARDY & BACON L.L.P.
                                      600 Travis, Suite 3400
                                      Houston, Texas 77002
                                      Phone:  713-227-8008
                                      Fax:  713-227-9508
                                      lachari@shb.com

                                      *Attorney for Defendant*
                                      *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Lakshmi Achari, hereby certify that, on June 17, 2022 I electronically filed NOTICE OF APPEARANCE OF LAKSHMI ACHARI ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                       */s/ Lakshmi Achari*
                                       Lakshmi Achari

                                       *Attorney for Defendant*
                                       *MONSANTO COMPANY*