1  **SCANDURRO & LAYRISSON, LLC**
   Timothy D. Scandurro
2  (tim@scanlayr.com)
   607 St. Charles Avenue
3  New Orleans, LA 70130
   Tel: (504) 522-7100
4  Fax: (504) 529-6199

5  *Attorneys for Plaintiff*

6  **HOLLINGSWORTH**LLP
   Martin C. Calhoun (*pro hac vice*)
7  (mcalhoun@hollingsworthllp.com)
   1350 I Street, NW
8  Washington, DC 20005
   Tel: (202) 898-5800
9  Fax: (202) 682-1639

10 *Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 3:16-md-02741-VC |
| This document relates to: *Mark Tucker v. Monsanto Company*, Case No. 3:21-cv-07022-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of this lawsuit (including all claims asserted by Plaintiff), with each party to bear her or its own attorneys' fees and costs.

DATED: June 21, 2022

Respectfully submitted,

*/s/ Timothy D. Scandurro*
Timothy D. Scandurro
SCANDURRO & LAYRISSON, LLC
(tim@scanlayr.com)
607 St. Charles Avenue
New Orleans, LA 70130
Tel:  (504) 522-7100
Fax: (504) 529-6199

*Attorneys for Plaintiff*

/s/ *Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTHLLP
1350 I Street, NW
Washington, DC 20005
Tel:  (202) 898-5800
Fax:  (202) 682-1639

*Attorneys for Defendant Monsanto Company*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Martin Calhoun, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
HOLLINGSWORTHLLP

*Attorneys for Defendant Monsanto Company*