Jorge Carazo-Quetglas
CARAZO QUETGLAS LAW OFFICES
PMB 133
Ave. Esmeralda #53, Ste. 2
Guaynabo, PR 00969-4461
Tel. (787) 707-0588
E mail: jorge@jctuayudalegal.com
*Attorney for Plaintiffs*

John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Rios, Martin Velez, et al.*<br>Cause No. 3:20-cv-08552<br>(N.D. Cal) | |

1

Stipulated Dismissal, MDL No. 2741

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Pretrial Order No. 155, Plaintiffs and Defendant Monsanto Company hereby stipulate to the voluntary dismissal WITHOUT prejudice of the following (non-lead) plaintiffs from Case No. 3:20-cv-08552:

- Juan Rivera-Pagán (previously identified as Juan Pagan);
- Luz M. Rodríguez-Sánchez (previously identified as Luz Sanchez);
- Carlos M. Plaza González (previously identified as Carlos González);
- José Jimenez Yordán (previously identified as Jorge Jimenez);
- Rafael Schulze-Maldonado (previously identified as Rafael Shulze);
- Eloina Torres-Santiago (previously identified as Eroina Santiago);
- Alma Arvelo-Plumey (previously identified as Alma Alvelo);
- Gabriel Ocacio-Acevedo (previously identified as Gabriel Acevedo); and
- Estate of Ramón Berrios-Sampler (previously identified as Ramon Berrios).

Each and every plaintiff listed above has filed a short form complaint pursuant to Pretrial Order No. 155.  It is each plaintiff's intent to continue to pursue his or her claims against Monsanto Company in the newly filed case.[1]

Dated:  April 14, 2022

Respectfully submitted,

---

[1] The remaining non-lead plaintiffs do not intend to pursue their lawsuit against Monsanto, and will be subject to a separate stipulated dismissal: Jorge Caballero Jimenez; Cecilio Reyes Garced; Luis Antonio Colón;  Misael Batista Hernández; José Juan Medina Olivera; Neivida Torres Melendez; Miguel Estrada González; Efraín Ortiz Pomales; Ramón Galarza Echevaría (for himself and in representation of the Estate of Ramón Antonio Galarza González); and Gabriel Rodríguez (for himself and in representation of the Estate of Ana Lydia Acevedo del Río).

CARAZO QUETGLAS LAW OFFICES

<u>s/ JORGE CARAZO-QUETGLAS</u>
Jorge Carazo-Quetglas
USDC-PR: 201305

PMB 133
Ave. Esmeralda #53, Ste. 2
Guaynabo, PR 00969-4461
Tel. (787) 707-0588
E mail: jorge@jctuayudalegal.com

***Attorney for Plaintiffs***

SHOOK, HARDY & BACON L.L.P.

By: */s/ John L. Ackley*
John L. Ackley
Texas Bar No. 24108036
E-mail: jackley@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508

***Attorney for Defendant,***
***MONSANTO COMPANY***