Jorge Carazo-Quetglas
CARAZO QUETGLAS LAW OFFICES
PMB 133
Ave. Esmeralda #53, Ste. 2
Guaynabo, PR 00969-4461
Tel. (787) 707-0588
E mail: jorge@jctuayudalegal.com
*Attorney for Plaintiffs*


*Attorney for Plaintiffs,*
RIOS, MARTIN VELEZ, ET AL

John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Rios, Martin Velez, et al*.<br>Cause No. 3:20-cv-08552<br>(N.D. Cal) | |

1

Stipulated Dismissal, MDL No. 2741

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and consistent with Monsanto's Status Report on its Motion to Dismiss (ECF No. 14778), the parties hereby stipulate that the following plaintiffs be dismissed with prejudice:

- Jorge Caballero Jimenez;
- Cecilio Reyes Garced;
- Luis Antonio Colón;
- Misael Batista Hernández;
- José Juan Medina Olivera;
- Neivida Torres Melendez;
- Miguel Estrada González;
- Efraín Ortiz Pomales;
- Ramón Galarza Echevaría (for himself and in representation of the Estate of Ramón Antonio Galarza González);  and
- Gabriel Rodríguez (for himself and in representation of the Estate of Ana Lydia Acevedo del Río).

Moreover, both parties agree to bear its own costs and expenses.

Dated:  April 25, 2022

Respectfully submitted,

CARAZO QUETGLAS LAW OFFICES

s/ JORGE CARAZO-QUETGLAS
Jorge Carazo-Quetglas
USDC-PR: 201305
PMB 133

Ave. Esmeralda #53, Ste. 2
Guaynabo, PR 00969-4461
Tel. (787) 707-0588
E mail: jorge@jctuayudalegal.com

***Attorney for Plaintiffs***

SHOOK, HARDY & BACON L.L.P.

By: */s/ John L. Ackley*
John L. Ackley
Texas Bar No. 24108036
E-mail: jackley@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508

***Attorney for Defendant,***
***MONSANTO COMPANY***