UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 \| \| Case No. MDL No. 3:16-md-02741-VC \| |
| This document relates to: | \| \| |
| *Mark Stackhouse v. Monsanto Co.*, Case No.: 3:21-cv-02908-VC | \| \| |

**<u>Unopposed Motion to Move Case to Wave V</u>**

Plaintiff Mark Stackhouse, Executor of the Estate of Walter Stackhouse – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave IV to Wave V:

1. Mr. Stackhouse's case is part of Wave IV and was assigned to IVb.

2. The parties have exchanged discovery, the properties involved have been inspected by the defense, and the depositions of the Plaintiff and of Plaintiff's father's oncologist have been timely completed.

3. Counsel for Plaintiff met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Walter Stackhouse without opposition from Defendant Monsanto Company, respectfully request the Court move his case from Wave IV to Wave V.

Dated: June 22, 2022                      Respectfully submitted,

/s/ *Margaret M. Murray*
Margaret M. Murray (Ohio Bar No. 0066633)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive

        Sandusky OH  44870
        Telephone: (419) 624-3000
        Direct Dial: (419) 624-3128
        Facsimile: (419) 624-0707
        Email: mmm@murrayandmurray.com

        Attorney for Plaintiff

## CERTIFICATION

I certify that on June 22, 2022, the foregoing was filed electronically using the CM/ECF System.  Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        /s/ *Margaret M. Murray*
        Margaret M. Murray (Ohio Bar No. 0066633)
        MURRAY & MURRAY CO., L.P.A.

        Attorney for Plaintiff