UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 \|<br>\| Case No. MDL No. 3:16-md-02741-VC \|<br>\| **ORDER GRANTING MOTION TO MOVE** |
| This document relates to: | \| **CASE TO WAVE V** \| |
| *Mark Stackhouse v. Monsanto Co.*, Case No.: 3:21-cv-02908-VC | \| \| |

Plaintiff's motion to move the case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

Dated:

_____