**ICARD MERRILL**
Anthony James Manganiello
(amanganiello@icardmerrill.com)
Worth Graham
(wgraham@icardmerrill.com)
2033 Main Street, Suite 600
Sarasota, FL 34237
Tel: (941) 366-8100
Fax: (941) 366-6384

*Attorneys for Plaintiff*

**HOLLINGSWORTH**LLP
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  (202) 898-5800
Fax:  (202) 682-1639

*Attorneys for Defendants Monsanto Company and Bayer Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Rob Bundy v. Monsanto Company, et al.,* Case No. 3:20-cv-06345-VC | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER CORPORATION** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants Bayer Corporation and Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all claims asserted by Plaintiff), as to Bayer Corporation only, with each party to bear his or its own attorneys' fees and costs.

| | | |
|---|---|---|
|1| DATED: June 23, 2022 | Respectfully submitted, |

/s/ *Worth Graham*
Anthony James Manganiello
(amanganiello@icardmerrill.com)
Worth Graham
(wgraham@icardmerrill.com)
2033 Main Street, Suite 600
Sarasota, FL 34237
Tel: (941) 366-8100
Fax: (941) 366-6384

*Attorneys for Plaintiff*

/s/ *Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTHLLP
1350 I Street, NW
Washington, DC 20005
Tel: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendants Monsanto Company and Bayer Corporation*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Martin Calhoun, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
HOLLINGSWORTHLLP

*Attorneys for Defendants Monsanto Company and Bayer Corporation*

2
STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER CORPORATION
3:16-md-02741-VC & 3:20-cv-06345-VC