Ashley M. Liuzza (SBN 34645)
STAG LIUZZA, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
aliuzza@stagliuzza.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:20-cv-03073-VC |
| THIS DOCUMENT RELATES TO: | NOTICE OF APPEARANCE OF ASHLEY M. LIUZZA |
| Juan LASTRA and Tianne LASTRA, 3:20-cv-03073-VC | ON BEHALF OF PLAINTIFF |

## APPEARANCE OF COUNSEL

To:     The Clerk of Court and all parties of record.

PLEASE TAKE NOTICE that Ashley M. Liuzza, of Stag Liuzza, L.L.C., hereby enters an appearance as counsel for Plaintiffs in the above-referenced action. Michal G. Stag and Merritt E. Cunningham from Stag Liuzza, L.L.C. are already counsel of record for the Plaintiffs. Please amend your service list accordingly and serve said co-counsel with all pleadings and notices in this action using the contact information below:

Ashley M. Liuzza
Stag Liuzza, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
Tel: (504) 593-9600
Fax: (504) 593-9601
aliuzza@stagliuzza.com, jbatt@stagliuzza.com

Dated: June 23, 2022

STAG LIUZZA, L.L.C.

*s/ Ashley M. Liuzza*
Michael G. Stag (SBN 23314)
Ashley M. Liuzza (SBN 34645)
Merritt E. Cunningham (SBN 32843)
STAG LIUZZA, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
Tel: (504) 593-9600
Fax: (504) 593-9601
mstag@stagliuzza.com
aliuzza@stagliuzza.com
mcunningham@stagliuzza.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Ashley M. Liuzza*
Ashley M. Liuzza