# EXHIBIT A.

 **Gmail**                    Jerard Scanland <jscanland@milawoffices.com>

## Linda Matthaus-Shelton - Authorizations [override]
19 messages

---

**Martinez, Anthony (SHB)** <AMARTINEZ@shb.com>          Tue, Jan 25, 2022 at 9:49 AM
To: Jerard Scanland <jscanland@milawoffices.com>, "Congrove, Tim (SHB)" <TCONGROVE@shb.com>
Cc: "Cady, Tina (SHB)" <TCADY@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>, "Lyons, Dana (SHB)"
<DLYONS@shb.com>, "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Pittman, Amy L. (SHB)" <APITTMAN@shb.com>

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records
from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to
which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all
copies of the original message. Thank you.

 **Matthaus Auths (462162).zip**
2229K

---

**Daniels, Erika (SHB)** <EDANIELS@shb.com>              Wed, Feb 9, 2022 at 12:24 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)"
<DLYONS@shb.com>, "Kasselman, Gwen (SHB)" <GKASSELMAN@shb.com>, "Lingor, Stephanie S. (SHB)"
<SLINGOR@shb.com>

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



[Quoted text hidden]
[Quoted text hidden]

---

**5 attachments**

📄 **Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

📄 **Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

---

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                    Thu, Feb 24, 2022 at 1:59 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)"
<DLYONS@shb.com>, "Kasselman, Gwen (SHB)" <GKASSELMAN@shb.com>, "Lingor, Stephanie S. (SHB)"
<SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



[Quoted text hidden]
[Quoted text hidden]

---

**5 attachments**

📄 **Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

📄 **Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

---

**Jerard Scanland** <jscanland@milawoffices.com>                                    Thu, Feb 24, 2022 at 2:15 PM
To: "Daniels, Erika (SHB)" <EDANIELS@shb.com>

Dear Ms. Daniels:

    Thank you for your email. I will have the documents to you shortly.

Warmest Personal Regards,

Jerard
[Quoted text hidden]
--
**JERARD M. SCANLAND**
**MUSSIN & SCANLAND, PLLC**





Senior Partner
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853

**NOTICE OF CONFIDENTIALITY**

This e-mail and accompanying documents contain confidential information which is legally privileged and is solely intended for the use of the individuals and/or entities named above. If you are not the intended recipient, you are hereby

on notice that any disclosure, copying, and/or distribution of the contents of this e-mail is strictly prohibited. If you have received this email in error, please immediately contact the sender by reply e-mail and then destroy all copies of this e-mail as well as any items that may have been printed. Thank you for your compliance.

---

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                    Thu, Mar 3, 2022 at 1:32 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Kasselman, Gwen (SHB)" <GKASSELMAN@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

[Quoted text hidden]

---

**5 attachments**

📄 **Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

📄 **Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

---

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                    Fri, Mar 11, 2022 at 12:09 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

[Quoted text hidden]

---

**5 attachments**

📄 **Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

📄 **Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

---

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                    Tue, Mar 22, 2022 at 1:42 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

[Quoted text hidden]

---

**5 attachments**

📄 **Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**

65K

📄 **Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

---

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                    Tue, Mar 29, 2022 at 3:34 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)"
<DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

[Quoted text hidden]

**5 attachments**

📄 **Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

📄 **Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

---

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                    Wed, Apr 6, 2022 at 1:33 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>, Ciana Mazzella <ciana@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)"
<DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

[Quoted text hidden]

**5 attachments**

📄 **Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

📄 **Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

---

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                    Wed, Apr 13, 2022 at 11:11 AM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>, Ciana Mazzella <ciana@milawoffices.com>

Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

[Quoted text hidden]

**5 attachments**

**Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

**Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

**Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

**Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

**Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

---

**Ciana Mazzella** <ciana@milawoffices.com>                                   Mon, Apr 18, 2022 at 11:58 AM
To: "Daniels, Erika (SHB)" <EDANIELS@shb.com>
Cc: "jscanland@milawoffices.com" <jscanland@milawoffices.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

Dear All:

Here are the authorizations sent and signed by Matthaus.

[Quoted text hidden]

**Authorizations.pdf**
240K

---

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                                   Thu, Apr 28, 2022 at 4:02 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>, Ciana Mazzella <ciana@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

[Quoted text hidden]

**4 attachments**

**Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

**Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

**Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

**Matthaus (MDL Wave IV) SSA Auth Form.pdf**
442K

---

**Swiatek, Stasia (SHB)** <ASWIATEK@shb.com>                                   Wed, May 4, 2022 at 5:37 PM
To: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "jscanland@milawoffices.com" <jscanland@milawoffices.com>, Ciana Mazzella <ciana@milawoffices.com>

Cc: "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>, "Daniels, Erika (SHB)" <EDANIELS@shb.com>

Counsel:

Following up regarding the four (4) attached authorizations for further records collection.

Thank you,

**Anastasia Swiatek**
*Senior Analyst*
Shook, Hardy & Bacon L.L.P.

816.559.4061 | aswiatek@shb.com
mobile 913.907.4507



[Quoted text hidden]
[Quoted text hidden]

---

**4 attachments**

📄 **Matthaus (MDL Wave IV) SSA Auth Form.pdf**
442K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

---

**Ciana Mazzella** <ciana@milawoffices.com>                          Mon, May 16, 2022 at 10:46 AM
To: "Swiatek, Stasia (SHB)" <ASWIATEK@shb.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "jscanland@milawoffices.com" <jscanland@milawoffices.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

Dear All:

Please find enclosed authorizations signed by Ms. Matthus

Warmest Personal Regards

[Quoted text hidden]

 **Authorizations Matthus.pdf**
410K

---

**Jerard Scanland** <jscanland@milawoffices.com>                    Fri, Jun 3, 2022 at 12:16 PM
To: "Martinez, Anthony (SHB)" <AMARTINEZ@shb.com>

Dear Mr. Martinez:

What days do you have available in July and August for a site visit?

Warmest Personal Regards,

Jerard
[Quoted text hidden]
[Quoted text hidden]

---

**Martinez, Anthony (SHB)** <AMARTINEZ@shb.com>                    Fri, Jun 3, 2022 at 1:27 PM
To: Jerard Scanland <jscanland@milawoffices.com>
Cc: Devarati Das <ddas@hollingsworthllp.com>, "Chernack, Gregory" <GChernack@hollingsworthllp.com>

Jerard,

I have added Devarati and Greg who can work on dates with you.

Can we move this case to subwave d to give us more time to do the inspection and collect records?

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



---

**From:** Jerard Scanland <jscanland@milawoffices.com>
**Sent:** Friday, June 3, 2022 11:17 AM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Subject:** Re: Linda Matthaus-Shelton - Authorizations [override]

**EXTERNAL**

[Quoted text hidden]

---

**Jerard Scanland** <jscanland@milawoffices.com>                    Fri, Jun 3, 2022 at 1:56 PM
To: "Martinez, Anthony (SHB)" <AMARTINEZ@shb.com>
Cc: Devarati Das <ddas@hollingsworthllp.com>, "Chernack, Gregory" <GChernack@hollingsworthllp.com>

Dear Mr. Martienz:

I am fine with that.

Warmest Personal Regards,

Jerard
[Quoted text hidden]

**Martinez, Anthony (SHB)** <AMARTINEZ@shb.com>                                    Fri, Jun 3, 2022 at 2:00 PM
To: Jerard Scanland <jscanland@milawoffices.com>
Cc: Devarati Das <ddas@hollingsworthllp.com>, "Chernack, Gregory" <GChernack@hollingsworthllp.com>

Great.  We will move this one to sub-wave D.

[Quoted text hidden]

**Das, Devarati** <ddas@hollingsworthllp.com>                                    Wed, Jun 8, 2022 at 3:08 AM
To: Jerard Scanland <jscanland@milawoffices.ccm>
Cc: "Chernack, Gregory" <GChernack@hollingsworthllp.com>, "Martinez, Anthony SHB (external)" <amartinez@shb.com>

Good Morning,


We will get back to you shortly with availability in July and August for a site inspection of Ms. Matthaus-Shelton's
property. Would you like to provide dates for inspection in the Hann matter, or would you prefer our availability?


Thank you.




**Devarati Das**
Associate
202.898.5863 | ddas@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Friday, June 3, 2022 2:00 PM
**To:** Jerard Scanland <jscanland@milawoffices.com>
**Cc:** Das, Devarati <ddas@Hollingsworthllp.com>; Chernack, Gregory <GChernack@Hollingsworthllp.com>
**Subject:** RE: Linda Matthaus-Shelton - Authorizations [override]


**[External Message]**


Great.  We will move this one to sub-wave D.


**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



---

**From:** Jerard Scanland <jscanland@milawoffices.com>
**Sent:** Friday, June 3, 2022 12:57 PM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Cc:** Devarati Das <ddas@hollingsworthllp.com>; Chernack, Gregory <GChernack@hollingsworthllp.com>
**Subject:** Re: Linda Matthaus-Shelton - Authorizations [override]

**EXTERNAL**

Dear Mr. Martienz:

I am fine with that.

Warmest Personal Regards,

Jerard

On Fri, Jun 3, 2022 at 1:27 PM Martinez, Anthony (SHB) <AMARTINEZ@shb.com> wrote:

> Jerard,
>
> I have added Devarati and Greg who can work on dates with you.
>
> Can we move this case to subwave d to give us more time to do the inspection and collect records?
>
> **Anthony R. Martinez**
> *Partner*
> Shook, Hardy & Bacon L.L.P.
>
> 816.559.2683 | amartinez@shb.com
>
> 

**From:** Jerard Scanland <jscanland@milawoffices.com>
**Sent:** Friday, June 3, 2022 11:17 AM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Subject:** Re: Linda Matthaus-Shelton - Authorizations [override]

## EXTERNAL

Dear Mr. Martinez:

What days do you have available in July and August for a site visit?

Warmest Personal Regards,

Jerard

On Tue, Jan 25, 2022 at 9:49 AM Martinez, Anthony (SHB) <AMARTINEZ@shb.com> wrote:

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

## Disclaimer

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.

 Gmail

Jerard Scanland <jscanland@milawoffices.com>

## Linda Matthaus-Shelton - Authorizations [override]
19 messages

**Martinez, Anthony (SHB)** <AMARTINEZ@shb.com>                Tue, Jan 25, 2022 at 9:49 AM
To: Jerard Scanland <jscanland@milawoffices.com>, "Congrove, Tim (SHB)" <TCONGROVE@shb.com>
Cc: "Cady, Tina (SHB)" <TCADY@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>, "Lyons, Dana (SHB)"
<DLYONS@shb.com>, "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Pittman, Amy L. (SHB)" <APITTMAN@shb.com>

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records
from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to
which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all
copies of the original message. Thank you.

 **Matthaus Auths (462162).zip**
2229K

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                Wed, Feb 9, 2022 at 12:24 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)"
<DLYONS@shb.com>, "Kasselman, Gwen (SHB)" <GKASSELMAN@shb.com>, "Lingor, Stephanie S. (SHB)"
<SLINGOR@shb.com>

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Tuesday, January 25, 2022 8:49 AM
**To:** Jerard Scanland <jscanland@milawoffices.com>; Congrove, Tim (SHB) <tcongrove@shb.com>
**Cc:** Cady, Tina (SHB) <tcady@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Pittman, Amy L. (SHB) <apittman@shb.com>
**Subject:** Linda Matthaus-Shelton - Authorizations [override]

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



---

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**5 attachments**

📄 **Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
   65K

📄 **Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
   226K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
   224K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**

96K

Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf
222K

---

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                    Thu, Feb 24, 2022 at 1:59 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)"
<DLYONS@shb.com>, "Kasselman, Gwen (SHB)" <GKASSELMAN@shb.com>, "Lingor, Stephanie S. (SHB)"
<SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, February 9, 2022 11:25 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB)
<DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB)
<SLINGOR@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Tuesday, January 25, 2022 8:49 AM
**To:** Jerard Scanland <jscanland@milawoffices.com>; Congrove, Tim (SHB) <tcongrove@shb.com>
**Cc:** Cady, Tina (SHB) <tcady@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Pittman, Amy L. (SHB) <apittman@shb.com>
**Subject:** Linda Matthaus-Shelton - Authorizations [override]

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**5 attachments**

📄 **Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

📄 **Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**

222K

---

**Jerard Scanland** <jscanland@milawoffices.com>                                    Thu, Feb 24, 2022 at 2:15 PM
To: "Daniels, Erika (SHB)" <EDANIELS@shb.com>

Dear Ms. Daniels:

       Thank you for your email. I will have the documents to you shortly.

Warmest Personal Regards,

Jerard

On Thu, Feb 24, 2022 at 1:59 PM Daniels, Erika (SHB) <EDANIELS@shb.com> wrote:

> Counsel:
>
> Following up regarding the attached authorizations for further records collection.
>
> Thank you,
>
> **Erika E. Daniels**
> *Paralegal*
> Shook, Hardy & Bacon L.L.P.
>
> 816.559.2332 | edaniels@shb.com
>
> 
>
> ---
>
> **From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
> **Sent:** Wednesday, February 9, 2022 11:25 AM
> **To:** jscanland@milawoffices.com
> **Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>
> **Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]
>
> Counsel:
>
> Following up regarding the attached authorizations for further records collection.
>
> Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Tuesday, January 25, 2022 8:49 AM
**To:** Jerard Scanland <jscanland@milawoffices.com>; Congrove, Tim (SHB) <tcongrove@shb.com>
**Cc:** Cady, Tina (SHB) <tcady@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Pittman, Amy L. (SHB) <apittman@shb.com>
**Subject:** Linda Matthaus-Shelton - Authorizations [override]

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

--
**JERARD M. SCANLAND**
**MUSSIN & SCANLAND, PLLC**




Senior Partner
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853

### NOTICE OF CONFIDENTIALITY

This e-mail and accompanying documents contain confidential information which is legally privileged and is solely intended for the use of the individuals and/or entities named above.  If you are not the intended recipient, you are hereby on notice that any disclosure, copying, and/or distribution of the contents of this e-mail is strictly prohibited.  If you have received this email in error, please immediately contact the sender by reply e-mail and then destroy all copies of this e-mail as well as any items that may have been printed. Thank you for your compliance.

---

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                           Thu, Mar 3, 2022 at 1:32 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Kasselman, Gwen (SHB)" <GKASSELMAN@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

Counsel:


Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com




---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, February 24, 2022 12:59 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB)

<DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB)
<SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, February 9, 2022 11:25 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB)
<DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB)
<SLINGOR@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Tuesday, January 25, 2022 8:49 AM
**To:** Jerard Scanland <jscanland@milawoffices.com>; Congrove, Tim (SHB) <tcongrove@shb.com>
**Cc:** Cady, Tina (SHB) <tcady@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Pittman, Amy L. (SHB) <apittman@shb.com>
**Subject:** Linda Matthaus-Shelton - Authorizations [override]

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**5 attachments**

**Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

**Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

**Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

**Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

**Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

Daniels, Erika (SHB) <EDANIELS@shb.com>                                    Fri, Mar 11, 2022 at 12:09 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>

Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, March 3, 2022 12:32 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, February 24, 2022 12:59 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]


Counsel:


Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, February 9, 2022 11:25 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]


Counsel:


Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Tuesday, January 25, 2022 8:49 AM
**To:** Jerard Scanland <jscanland@milawoffices.com>; Congrove, Tim (SHB) <tcongrove@shb.com>
**Cc:** Cady, Tina (SHB) <tcady@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Pittman, Amy L. (SHB) <apittman@shb.com>
**Subject:** Linda Matthaus-Shelton - Authorizations [override]

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com

cid:image001.jpg@01D64AD3.D642B860

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

**5 attachments**

📄 **Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

📄 **Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

---

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                                      Tue, Mar 22, 2022 at 1:42 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)"
<DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Friday, March 11, 2022 11:09 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB)
<DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB)
<JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*

Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, March 3, 2022 12:32 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, February 24, 2022 12:59 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, February 9, 2022 11:25 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]


Counsel:


Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Tuesday, January 25, 2022 8:49 AM
**To:** Jerard Scanland <jscanland@milawoffices.com>; Congrove, Tim (SHB) <tcongrove@shb.com>

Cc: Cady, Tina (SHB) <tcady@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Pittman, Amy L. (SHB) <apittman@shb.com>
**Subject:** Linda Matthaus-Shelton - Authorizations [override]

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**5 attachments**

**Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

**Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

**Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

**Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

**Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                                    Tue, Mar 29, 2022 at 3:34 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Tuesday, March 22, 2022 12:42 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Friday, March 11, 2022 11:09 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, March 3, 2022 12:32 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, February 24, 2022 12:59 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, February 9, 2022 11:25 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Tuesday, January 25, 2022 8:49 AM
**To:** Jerard Scanland <jscanland@milawoffices.com>; Congrove, Tim (SHB) <tcongrove@shb.com>
**Cc:** Cady, Tina (SHB) <tcady@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Pittman, Amy L. (SHB) <apittman@shb.com>
**Subject:** Linda Matthaus-Shelton - Authorizations [override]

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**5 attachments**

📄 **Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

📄 **Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**

222K

---

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                           Wed, Apr 6, 2022 at 1:33 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>, Ciana Mazzella <ciana@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)"
<DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Tuesday, March 29, 2022 2:35 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB)
<DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB)
<JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Tuesday, March 22, 2022 12:42 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. {SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Friday, March 11, 2022 11:09 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, March 3, 2022 12:32 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]


Counsel:


Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, February 24, 2022 12:59 PM
**To:** jscanland@milawoffices.com

**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, February 9, 2022 11:25 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Tuesday, January 25, 2022 8:49 AM
**To:** Jerard Scanland <jscanland@milawoffices.com>; Congrove, Tim (SHB) <tcongrove@shb.com>
**Cc:** Cady, Tina (SHB) <tcady@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Pittman, Amy L. (SHB) <apittman@shb.com>
**Subject:** Linda Matthaus-Shelton - Authorizations [override]

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**5 attachments**

📄 **Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

📄 **Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Manpower HR3 Employment Auth Form.pdf**
96K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

**Daniels, Erika (SHB)** <EDANIELS@shb.com>                                Wed, Apr 13, 2022 at 11:11 AM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>, Ciana Mazzella <ciana@milawoffices.com>

Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)"
<DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, April 6, 2022 12:33 PM
**To:** jscanland@milawoffices.com; Ciana Mazzella <ciana@milawoffices.com>
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB)
<DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB)
<JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Tuesday, March 29, 2022 2:35 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Tuesday, March 22, 2022 12:42 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Friday, March 11, 2022 11:09 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, March 3, 2022 12:32 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, February 24, 2022 12:59 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, February 9, 2022 11:25 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB)
<DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB)
<SLINGOR@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]


Counsel:


Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Tuesday, January 25, 2022 8:49 AM
**To:** Jerard Scanland <jscanland@milawoffices.com>; Congrove, Tim (SHB) <tcongrove@shb.com>
**Cc:** Cady, Tina (SHB) <tcady@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>; Lyons, Dana (SHB)
<dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Pittman, Amy L. (SHB) <apittman@shb.com>
**Subject:** Linda Matthaus-Shelton - Authorizations [override]


Jerard,


Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records
from these medical providers.


**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**5 attachments**

📄 **Matthaus (MDL Wave IV) Holland Hosp Med Recs Dept Medical Auth Form.pdf**
65K

📄 **Matthaus (MDL Wave IV) St Joseph Mercy Hosp Ann Arbor Med Recs Dept Medical Auth Form.pdf**
226K

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

---

**Ciana Mazzella** <ciana@milawoffices.com>                                    Mon, Apr 18, 2022 at 11:58 AM
To: "Daniels, Erika (SHB)" <EDANIELS@shb.com>
Cc: "jscanland@milawoffices.com" <jscanland@milawoffices.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

Dear All:

Here are the authorizations sent and signed by Matthaus.


On Wed, Apr 13, 2022 at 11:11 AM Daniels, Erika (SHB) <EDANIELS@shb.com> wrote:

> Counsel:
>
> Following up regarding the attached authorizations for further records collection.
>
> Thank you,
>
> **Erika E. Daniels**
> *Paralegal*
> Shook, Hardy & Bacon L.L.P.
>
> 816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, April 6, 2022 12:33 PM
**To:** jscanland@milawoffices.com; Ciana Mazzella <ciana@milawoffices.com>
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]


Counsel:


Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Tuesday, March 29, 2022 2:35 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]


Counsel:


Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Tuesday, March 22, 2022 12:42 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton – Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Friday, March 11, 2022 11:09 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton – Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, March 3, 2022 12:32 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, February 24, 2022 12:59 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]


Counsel:


Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, February 9, 2022 11:25 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]


Counsel:


Following up regarding the attached authorizations for further records collection.


Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Tuesday, January 25, 2022 8:49 AM
**To:** Jerard Scanland <jscanland@milawoffices.com>; Congrove, Tim (SHB) <tcongrove@shb.com>
**Cc:** Cady, Tina (SHB) <tcady@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Pittman, Amy L. (SHB) <apittman@shb.com>
**Subject:** Linda Matthaus-Shelton - Authorizations [override]

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

 **Authorizations.pdf**
240K

---

Daniels, Erika (SHB) <EDANIELS@shb.com>                                    Thu, Apr 28, 2022 at 4:02 PM
To: "jscanland@milawoffices.com" <jscanland@milawoffices.com>, Ciana Mazzella <ciana@milawoffices.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

Counsel:

Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, April 13, 2022 10:11 AM
**To:** jscanland@milawoffices.com; Ciana Mazzella <ciana@milawoffices.com>
**Cc:** Daniels, Erika (SHB) <edaniels@shb.com>; Cady, Tina (SHB) <tcady@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Lingor, Stephanie S. (SHB) <slingor@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>
**Subject:** FW: Linda Matthaus-Shelton – Authorizations [override]


Counsel:


Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, April 6, 2022 12:33 PM
**To:** jscanland@milawoffices.com; Ciana Mazzella <ciana@milawoffices.com>
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB)

<DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton – Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com

---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Tuesday, March 29, 2022 2:35 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton – Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Tuesday, March 22, 2022 12:42 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]


Counsel:


Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Friday, March 11, 2022 11:09 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Autnorizations [override]


Counsel:


Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, March 3, 2022 12:32 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, February 24, 2022 12:59 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, February 9, 2022 11:25 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Tuesday, January 25, 2022 8:49 AM
**To:** Jerard Scanland <jscanland@milawoffices.com>; Congrove, Tim (SHB) <tcongrove@shb.com>
**Cc:** Cady, Tina (SHB) <tcady@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Pittman, Amy L. (SHB) <apittman@shb.com>
**Subject:** Linda Matthaus-Shelton - Authorizations [override]

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**4 attachments**

📄 **Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

📄 **Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

📄 **Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

📄 **Matthaus (MDL Wave IV) SSA Auth Form.pdf**
442K

---

**Swiatek, Stasia (SHB)** <ASWIATEK@shb.com>                                    Wed, May 4, 2022 at 5:37 PM
To: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "jscanland@milawoffices.com" <jscanland@milawoffices.com>, Ciana Mazzella <ciana@milawoffices.com>
Cc: "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>, "Daniels, Erika (SHB)" <EDANIELS@shb.com>

Counsel:

Following up regarding the four (4) attached authorizations for further records collection.

Thank you,

**Anastasia Swiatek**
*Senior Analyst*
Shook, Hardy & Bacon L.L.P.

816.559.4061 | aswiatek@shb.com
mobile 913.907.4507



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, April 28, 2022 3:02 PM
**To:** jscanland@milawoffices.com; Ciana Mazzella <ciana@milawoffices.com>
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, April 13, 2022 10:11 AM
**To:** jscanland@milawoffices.com; Ciana Mazzella <ciana@milawoffices.com>
**Cc:** Daniels, Erika (SHB) <edaniels@shb.com>; Cady, Tina (SHB) <tcady@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Lingor, Stephanie S. (SHB) <slingor@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>
**Subject:** FW: Linda Matthaus-Shelton – Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, April 6, 2022 12:33 PM
**To:** jscanland@milawoffices.com; Ciana Mazzella <ciana@milawoffices.com>
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton – Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*

Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Tuesday, March 29, 2022 2:35 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Tuesday, March 22, 2022 12:42 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Friday, March 11, 2022 11:09 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]


Counsel:


Following up regarding the attached authorizations for further records collection.


Thank you,


**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, March 3, 2022 12:32 PM
**To:** jscanland@milawoffices.com

**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, February 24, 2022 12:59 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, February 9, 2022 11:25 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Tuesday, January 25, 2022 8:49 AM
**To:** Jerard Scanland <jscanland@milawoffices.com>; Congrove, Tim (SHB) <tcongrove@shb.com>
**Cc:** Cady, Tina (SHB) <tcady@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Pittman, Amy L. (SHB) <apittman@shb.com>
**Subject:** Linda Matthaus-Shelton - Authorizations [override]

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible. We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**4 attachments**

**Matthaus (MDL Wave IV) SSA Auth Form.pdf**
442K

**Matthaus (MDL Wave IV) Univ of Michigan Hosps and Health Ctrs Med Recs Dept Medical Auth Form.pdf**
224K

**Matthaus (MDL Wave IV) Lakewood Family Medicine Medical Auth Form.pdf**
222K

**Matthaus (MDL Wave IV) Manpower HRs Employment Auth Form.pdf**
96K

---

**Ciana Mazzella** <ciana@milawoffices.com>                     Mon, May 16, 2022 at 10:46 AM
To: "Swiatek, Stasia (SHB)" <ASWIATEK@shb.com>
Cc: "Daniels, Erika (SHB)" <EDANIELS@shb.com>, "jscanland@milawoffices.com" <jscanland@milawoffices.com>, "Cady, Tina (SHB)" <TCADY@shb.com>, "Lyons, Dana (SHB)" <DLYONS@shb.com>, "Lingor, Stephanie S. (SHB)" <SLINGOR@shb.com>, "Lewis, Janet (SHB)" <JSLEWIS@shb.com>

Dear All:

Please find enclosed authorizations signed by Ms. Matthus

Warmest Personal Regards

On Wed, May 4, 2022 at 5:37 PM Swiatek, Stasia (SHB) <ASWIATEK@shb.com> wrote:

> Counsel:
>
> Following up regarding the four (4) attached authorizations for further records collection.
>
> Thank you,
>
> **Anastasia Swiatek**
> *Senior Analyst*

Shook, Hardy & Bacon L.L.P.

816.559.4061 | aswiatek@shb.com
mobile 913.907.4507



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, April 28, 2022 3:02 PM
**To:** jscanland@milawoffices.com; Ciana Mazzella <ciana@milawoffices.com>
**Cc:** Daniels, Erika (SHB) <EDANIELS@snb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, April 13, 2022 10:11 AM
**To:** jscanland@milawoffices.com; Ciana Mazzella <ciana@milawoffices.com>
**Cc:** Daniels, Erika (SHB) <edaniels@shb.com>; Cady, Tina (SHB) <tcady@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Lingor, Stephanie S. (SHB) <slingor@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, April 6, 2022 12:33 PM
**To:** jscanland@milawoffices.com; Ciana Mazzella <ciana@milawoffices.com>
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Tuesday, March 29, 2022 2:35 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Tuesday, March 22, 2022 12:42 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Friday, March 11, 2022 11:09 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, March 3, 2022 12:32 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Thursday, February 24, 2022 12:59 PM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB)
<DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB)
<SLINGOR@shb.com>; Lewis, Janet (SHB) <JSLEWIS@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



**From:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Sent:** Wednesday, February 9, 2022 11:25 AM
**To:** jscanland@milawoffices.com
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Kasselman, Gwen (SHB) <GKASSELMAN@shb.com>; Lingor, Stephanie S. (SHB) <SLINGOR@shb.com>
**Subject:** FW: Linda Matthaus-Shelton - Authorizations [override]

Counsel:

Following up regarding the attached authorizations for further records collection.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



---

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Tuesday, January 25, 2022 8:49 AM
**To:** Jerard Scanland <jscanland@milawoffices.com>; Congrove, Tim (SHB) <tcongrove@shb.com>
**Cc:** Cady, Tina (SHB) <tcady@shb.com>; Lewis, Janet (SHB) <jslewis@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Pittman, Amy L. (SHB) <apittman@shb.com>
**Subject:** Linda Matthaus-Shelton - Authorizations [override]

Jerard,

Can you please have Ms. Shelton sign and return these authorizations as soon as possible.   We need to collect records from these medical providers.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com