Lee L. Coleman
**Hughes & Coleman® Injury Lawyers, PLLC**
1256 Campbell Lane, Ste. 201
Bowling Green, KY 42104
Telephone: (270) 782-6000
Fax: (270) 782-8820
E-mail: lcoleman@hughesandcoleman.com

**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
William R. Sutton
Rhon E. Jones (pro hac vice)
218 Commerce Street
Montgomery, AL 36104
Tel.: 334-269-2343
Fax: 334-954-7555
E-mail: William.Sutton@BeasleyAllen.com
E-mail: Rhon.Jones@BeasleyAllen.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) | |
| This document relates to: | ) ) | |
| *David Kirby v. Monsanto Co.*, Case No. 3:19-cv-02047-VC | ) ) ) | MDL No. 2741 Case No. 3:16-md-02741-VC |

**SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION**

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that Plaintiff David Kirby has died. The death certificate is attached as Exhibit A. Jonathan Kirby has been appointed Administrator of the Estate of David Kirby, as evidenced by the Order attached as Exhibit B.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested that "Jonathan Kirby, Administrator of the Estate of David Kirby, Deceased" be substituted in place of "David Kirby" as plaintiff in this action, so that Decedent's claims survive, and the action on his behalf may proceed.

Respectfully submitted,

**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**

/s/ William R. Sutton
William R. Sutton
Rhon E. Jones *(pro hac vice)*
218 Commerce Street
Montgomery, AL 36104
Tel.: 334-269-2343
Fax: 334-954-7555
E-mail: William.Sutton@BeasleyAllen.com
E-mail: Rhon.Jones@BeasleyAllen.com


**HUGHES & COLEMAN® INJURY LAWYERS, PLLC**
Lee L. Coleman
Hughes & Coleman® Injury Lawyers, PLLC
1256 Campbell Lane, Ste. 201
Bowling Green, KY 42104
Telephone: (270) 782-6000
Fax: (270) 782-8820
E-mail: lcoleman@hughesandcoleman.com

*Attorneys for Plaintiffs*

SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION
3:16-md-02741-VC & 3:19-cv-02047-VC

**CERTIFICATE OF SERVICE**

    I hereby certify that, on June 24, 2022, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record, in accordance an in a manner authorized by Rule 5(b)2 of the Federal Rules of Civil Procedure.

/s/ William R. Sutton
William R. Sutton