# EXHIBIT A

# KENTUCKY CERTIFICATE OF DEATH

116 202024962
Case #: E202007050011

| | |
|---|---|
| **1a. DECEDENT'S LEGAL NAME** (First, Middle, Last) (Include AKA's if any) AKA (BOBBY)<br>DAIVD RAY KIRBY | **1b. IF FEMALE, DECEDENT'S LAST NAME PRIOR TO FIRST MARRIAGE**<br>N/A  **2. SEX** MALE |
| **3. ACTUAL OR PRESUMED DATE OF DEATH** (Month/Day/Year) (Spell Month)<br>July 01, 2020 | **4. SOCIAL SECURITY NUMBER** [redacted]  **5a. AGE-LAST BIRTHDAY (Years)** 82  **6. DATE OF BIRTH** [redacted]  **7. COUNTY OF DEATH** WARREN |

**8. PLACE OF DEATH** (Check only one)
HOSPITAL: [X] Inpatient  [ ] ER/Outpatient  [ ] Dead on Arrival   OTHER: [ ] Hospice Facility  [ ] Nursing Home/Long Term Care Facility  [ ] Decedent's Residence  [ ] Other (Specify)

**9. FACILITY NAME:** GREENVIEW REGIONAL HOSPITAL
**10. CITY OR TOWN, STATE AND ZIP CODE:** BOWLING GREEN, KY 42102-9024

**11. BIRTHPLACE:** SOUTHHILL, KENTUCKY
**12. MARITAL STATUS:** [X] Married
**13. SURVIVING SPOUSE:** [redacted]

**14. DECEDENT'S USUAL OCCUPATION:** CARPENTER
**15. KIND OF BUSINESS/INDUSTRY:** CONSTRUCTION
**16. WAS DECEDENT EVER IN U.S. ARMED FORCES?** [X] No

**17a. RESIDENCE - State:** KENTUCKY  **17b. COUNTY:** BUTLER  **17c. CITY OR TOWN:** MORGANTOWN  **17d. STREET AND NUMBER:** [redacted]  **17e. ZIP CODE:** [redacted]  **17f. INSIDE CITY LIMITS?** [X] Yes

**18. DECEDENT'S EDUCATION:** [redacted]
**19. DECEDENT OF HISPANIC ORIGIN?** [redacted]
**20. DECEDENT'S RACE:** [redacted]

**21. FATHER'S NAME:** [redacted]
**22. MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** [redacted]

**23a. INFORMANT'S NAME:** [redacted]   **23b. RELATIONSHIP TO DECEDENT:** SPOUSE   **23c. MAILING ADDRESS:** [redacted]

**24. METHOD OF DISPOSITION:** [X] Burial
**25. PLACE OF DISPOSITION:** COOL SPRINGS CEMETERY
**26. LOCATION:** MORGANTOWN, KY

**27. SIGNATURE OF FUNERAL SERVICE LICENSEE:** GERALD M. JONES II
**DATE SIGNED:** 07/06/2020
**28. KY LICENSE NUMBER:** 5493
**29. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY:** JONES FUNERAL CHAPEL, INC. PO BOX 414, MORGANTOWN, KY 42261

**30. DATE PRONOUNCED DEAD:** 07/01/2020
**31. ACTUAL OR PRESUMED TIME OF DEATH:** 2225
**32. WAS MEDICAL EXAMINER OR CORONER CONTACTED?** [X] No

## CAUSE OF DEATH

**33. PART I.**
a. IMMEDIATE CAUSE: UREMIC ENCEPHALOPATHY — Approximate Interval: 14 DAY(S)
b. DUE TO (OR AS A CONSEQUENCE OF):
c. DUE TO (OR AS A CONSEQUENCE OF):
d. DUE TO (OR AS A CONSEQUENCE OF):

**PART II.** Other significant conditions contributing to death: ACUTE BLOOD LOSS ANEMIA, PNEUMONIA, CHF

**34. MANNER OF DEATH:** [X] Natural

**35. WAS AN AUTOPSY PERFORMED?** [X] No
**36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** [ ] Yes [ ] No
**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** [X] No
**38. IF FEMALE:** (N/A)

**39. DATE OF INJURY:** (blank)  **40. TIME OF INJURY:** (blank)  **41. INJURY AT WORK?** (blank)  **42. PLACE OF INJURY:** (blank)  **43. IF TRANSPORTATION INJURY:** (blank)

**44. DESCRIBE HOW INJURY OCCURRED:** (blank)
**45. LOCATION OF INJURY:** (blank)

**46. TO BE COMPLETED BY CERTIFIER:** To the best of my knowledge, death occurred at the time, date, and place, and due to cause(s) and manner stated.
**SIGNATURE:** MARTY D. CASEBIER, MD
**47. DATE CERTIFIED:** 07/13/2020
**48. LICENSE NUMBER:** 37380
**49. TITLE OF CERTIFIER:** PHYSICIAN

**50. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (ITEM 33):** MARTY CASEBIER, GREENVIEW REGIONAL HOSPITAL, 1801 ASHLEY CIRCLE, BOWLING GREEN, KY 42102-9024

**51. REGISTRAR'S SIGNATURE:** Christina S. Stewart
**52. DATE FILED:** 07/14/2020

FORM VS NO. 1-A (REVISED 06/2015)