# EXHIBIT B

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I, Dorothy L. Kirby, of Butler County, Kentucky, by this Agreement do hereby grant and entrust to Jonathan R. Kirby, individually, as my true and lawful attorney-in-fact, to act for me in my name, place, and stead, as set forth below:

My Agent is authorized to institute, supervise, prosecute, defend, intervene in, abandon, compromise, settle, dismiss, and appeal from any and all legal, equitable, judicial or administrative hearings, actions, suits, proceeding, attachments, arrests or distresses, involving me in any way, including but not limited to claims by or against me arising out of property damages or personal injuries suffered by or caused by me or under such circumstances that the loss resulting therefrom will or may be imposed on me and otherwise engaged in litigation involving me, my property or any interest of mine, including any property or interest or person for which I have or may have any responsibility.

In witness whereof, I have signed this Agreement and Power of Attorney this 3rd day of December, 2020.

_____
Dorothy L. Kirby

We, Samantha Short Miller and Chris Hughson, the witnesses, sign our names to this instrument, being first duly sworn, and do hereby declare to the undersigned authority that the Principal signs and executes this Durable Power of Attorney and he/she signs it willingly, and that each of us, in the presence and hearing of the Principal and in the presence of the other subscribing witness, hereby signs the Durable Power of Attorney as witness to the Principal's signing, and that to the best of our knowledge, the Principal is eighteen (18) years of age or older, of sound mind, and under no constraint or undue influence.

_____  _____
WITNESS                    WITNESS

COMMONWEALTH OF KENTUCKY )
                         )ss
COUNTY OF BUTLER         )

The foregoing Durable Power of Attorney was subscribed, sworn to and acknowledged before me by Dorothy L. Kirby, the Principal, and subscribed and sworn to before me by Samantha Short Miller and Chris Hughson, witnesses, on this 3rd day of December, 2020.

**DANA L PENDLEY**
Notary Public - State at Large
KENTUCKY - Notary ID # 571042
My Commission Expires January 6, 2021

Dana L. Pendley
NOTARY PUBLIC: STATE AT LARGE
My Commission expires: 01/06/2021
Notary ID: 571042

SPECIMEN SIGNATURE OF ATTORNEY IN FACT:

_____
Jonathan R. Kirby

THIS INSTRUMENT PREPARED BY:

_____
Samantha Short Miller, Attorney at Law
Short & Miller, PLLC
119 North Main Street
P. O. Box 1248
Morgantown, KY 42261
Telephone: (270) 526-2424
Facsimile: (270) 526-2426

## AFFIDAVIT

The undersigned, being first duly sworn, deposed and says:

1. That I am the __Spouse__ of __David Kirby__, who died on or about the __1st__ day of __July__, 20__20__.

2. That no personal representative or executor has been appointed for the decedent's estate in this state or elsewhere and no application for such an appointment is pending in this state or elsewhere.

3. That this affidavit is made in support of the undersigned's request for the release of prescription records and medical records.

Further, your affiant sayeth naught.

Executed this the __29__ day of __March__, 20__20__.

_Dorothy Kirby_
Signature

_Dorothy Kirby_
Printed Name

State of __Kentucky__ )
County of __Butler__ )

On this __9th__ day of __April__, 20__21__, before me personally appeared __Dorothy Kirby__, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to in this document, and who acknowledged that he/she signed the above attached document.

Seal

_Sherry E. Johnson_
Notary Public

__4-15-2024__
Commission Expires

My Comm # KYNP5371