UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Paula Pinheiro  v. Monsanto Co.*, Case No.: 3:20-cv-08173-VC | |

## Unopposed Motion to Move Case to Wave V

Plaintiff Paula Pinheiro respectfully requests that the Court move her case from Wave IV to Wave V, for the following reasons:

1. Plaintiff Pinheiro's counsel has conferred with Monsanto's counsel, who has no objection to the request to transfer this case to Wave V.

2. Plaintiff Pinheiro's case is currently included in Wave IV.

3. Mindful of the deadlines pertaining to Wave IV, the parties have been diligently conducting discovery in this matter.  The Plaintiff's deposition has been taken. The depositions of her former spouse and her oncologist have been taken as well. The Plaintiff has produced documents responsive to Defendant's requests. Medical records have also been collected and reviewed.

4. Despite the parties' best efforts, however, there are aspects of discovery, including taking the depositions of doctors who provided care and treatment to Ms. Pinheiro, which cannot be completed by the June 9 discovery deadline.

5. Plaintiff believes the best, most practical course of action would be to move this case from Wave IV to Wave V.  Again, Defendant has no opposition to this request.

4879-4289-1811 v1

Therefore, Plaintiff Paula Pinheiro respectfully requests that the Court move her case from Wave IV to Wave V.

Dated: June 8, 2022

                                            Respectfully submitted,

                                            /s/ Michael McKay
                                            Michael McKay
                                            McKay Law, LLC
                                            5635 N. Scottsdale Rd., Suite 170
                                            Scottsdale, AZ 85250
                                            480-681-7000
                                            mckay@mckay.law