UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Eduino N. Pinheiro v. Monsanto Co.*, Case No.: 3:21-cv-00041-VC | |

**Unopposed Motion to Move Case to Wave V**

Plaintiff Eduino N. Pinheiro respectfully requests that the Court move his case from Wave IV to Wave V, for the following reasons:

1. Plaintiff Pinheiro's counsel has conferred with Monsanto's counsel, who has no objection to the request to transfer this case to Wave V.

2. Plaintiff Pinheiro's case is currently included in Wave IV.

3. Mindful of the deadlines pertaining to Wave IV, the parties have been diligently conducting discovery in this matter. The Plaintiff's deposition has been taken. The deposition of his former spouse has been taken as well. The Plaintiff has produced documents responsive to Defendant's requests. Medical records have also been collected and reviewed.

4. Despite the parties' best efforts, however, there are aspects of discovery, including taking the depositions of doctors who provided care and treatment to Mr. Pinheiro, which cannot be completed by the June 9 discovery deadline.

5. Plaintiff believes the best, most practical course of action would be to move this case from Wave IV to Wave V. Again, Defendant has no opposition to this request.

      Therefore, Plaintiff Eduino N. Pinheiro respectfully requests that the Court move his case from Wave IV to Wave V.

Dated: June 8, 2022

                                          Respectfully submitted,

                                          /s/ Michael McKay
                                          Michael McKay
                                          McKay Law, LLC
                                          5635 N. Scottsdale Rd., Suite 170
                                          Scottsdale, AZ 85250
                                          480-681-7000
                                          mckay@mckay.law