UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Garfield Gordon v. Monsanto Co.*, Case No.: 3:19-cv-06423-VC | |

**Unopposed Motion to Move Case to Wave V**

Plaintiff Garfield Gordon respectfully requests that the Court move his case from Wave IV to Wave V, for the following reasons:

1. Plaintiff Gordon's counsel has conferred with Monsanto's counsel, who has no objection to the request to transfer this case to Wave V.

2. Plaintiff Gordon's case is currently included in Wave IV.

3. Mindful of the deadlines pertaining to Wave IV, the parties have been diligently conducting discovery in this matter. The Plaintiff's deposition has been taken as has the deposition of one of his treating physicians. Plaintiff has produced a majority of documents responsive to Defendant's requests.

4. Despite the parties' best efforts, however, there are aspects of discovery still to be conducted, including the collection of additional medical, employment, and insurance records, which will not be completed by the June 9 discovery deadline, and may lead to the need for additional depositions.

5. Plaintiff believes the best, most practical course of action would be to move this case from Wave IV to Wave V. Again, Defendant has no opposition to this request.

Therefore, Plaintiff Garfield Gordon respectfully requests that the Court move his case from Wave IV to Wave V.

Dated: June 8, 2022

                                            Respectfully submitted,

                                            /s/ *Michael McKay*
                                            Michael McKay
                                            McKay Law, LLC
                                            5635 N. Scottsdale Rd., Suite 170
                                            Scottsdale, AZ 85250
                                            480-681-7000
                                            mckay@mckay.law