UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 \|  \| |
| This document relates to: | \| **ORDER GRANTING MOTION TO MOVE** \| **CASE TO WAVE V** \| |
| *Garfield Gordon  v. Monsanto Co.*, Case No.: 3:19-cv-06423-VC | \| \| |

Plaintiff's motion to move the case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

Dated:

_____