Rhon E. Jones (JON093)
rhon.jones@beasleyallen,.com
John E. Tomlinson (TOM014)
john.tomlinson@beasleyallen.com
William R. Sutton (SUT013)
william.sutton@beasleyallen.com
Danielle Ingram (ING038)
danielle.ingram@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Phone:  (334) 269-2343
Fax:  (334) 954-7555

Laura M. Coker (STR085)
lcoker@stonecrosby.com
**STONE CROSBY, P.C.**
8820 US Highway 90
Daphne, Alabama 86526
Phone: (251) 626-6696
Fax: (251) 626-2617

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Robert Leas v Monsanto Co.,*<br>Case No.  3:19-cv-01376-VC | **MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL ON BEHALF OF PLAINTIFF ROBERT LEAS**<br><br>AND ORDER |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff, Robert Leas "Plaintiff" moves this Honorable Court to substitute his counsel of record as follows:

1. Plaintiff moves to enter and confirm the appearance of William R. Sutton and Danielle Ingram as counsel of record for Plaintiff in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on and directed to the undersigned counsel.

2. Plaintiff moves to withdraw John E. Tomlinson as counsel of record for Plaintiff and to remove John E. Tomlinson from the ECF service list.

DATED: February 10, 2021

Respectfully submitted,

/s/Rhon E. Jones
Rhon E. Jones (JON093)
William R. Sutton (SUT013)
Danielle Ingram (ING038)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com
danielle.ingram@beasleyallen.com

Laura M. Coker (STR085)
**STONE CROSBY, P.C.**
8820 US Highway 90
Daphne, Alabama 86526
Phone: (251) 626-6696
Fax: (251) 626-2617
lcoker@stonecrosby.com

*Attorneys for Plaintiff*

The Clerk of Court shall add William R. Sutton and Danielle Ingram as counsel of record for Plaintiff and shall remove John E. Tomlinson.

IT IS SO ORDERED.

Date: June 27, 2022



GRANTED
Judge Vince Chhabria