Rhon E. Jones (JON093)
rhon.jones@beasleyallen,.com
John E. Tomlinson (TOM014)
john.tomlinson@beasleyallen.com
William R. Sutton (SUT013)
william.sutton@beasleyallen.com
Danielle Ingram (ING038)
danielle.ingram@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Phone:  (334) 269-2343
Fax:  (334) 954-7555

Joseph H. Aughtman (ASB-8081-A43J)
jay@aughtmanlaw.com
**AUGHTMAN LAW FIRM, LLC**
1772 Platt Place
Montgomery, Alabama 36117
Phone: (334) 215-9873
Fax: (334) 213-5663

Paul Burkett (ASB-8019-U66P)
pburkett@azarlaw.com
**AZAR AND AZAR, LLC**
4276 Lomac Street
Montgomery, Alabama 36106
Phone: (334) 265-8551

Nicholas Cole Hughes (ASB-5981-S73H)
nick@argohughes.com
**ARGO HUGHES, LLC**
475 Providence Main Street
Suite 303D
Huntsville, Alabama 35806
Phone: (334) 279-0088
Fax: (334) 279-8830

Matthew Bruce Alfreds (ASB-1428-T68A)
mbalfreds@mattalfreds.com
**LAW OFFICE OF MATTHEW B. ALFREDS**
445 S. Decatur Street
Montgomery, Alabama 36104
Phone (334) 264-1498
Fax: (334) 264-1468

MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL ON
BEHALF OF PLAINTIFF MARIA SANCHEZ
3:20-cv-02634-VC and 3:16-md-02741-VC

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: | **MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL ON BEHALF OF PLAINTIFF MARIA SANCHEZ, INDIVIDUALLY AND ON BEHALF OF LESBIA PINEDA, DECEASED** |
| *Maria Sanchez, Individually and on behalf of Lesbia M. Pineda, deceased, v Monsanto Co.,* Case No. 3:20-cv-02634-vc | AND ORDER |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff, Maria Sanchez "Plaintiff" moves this Honorable Court to substitute his counsel of record as follows:

1. Plaintiff moves to enter and confirm the appearance of both William R. Sutton and Danielle Ingram as counsel of record for Plaintiff in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on and directed to the undersigned counsel.

2. Plaintiff moves to withdraw John E. Tomlinson as counsel of record for Plaintiff and to remove John E. Tomlinson from the ECF service list.

DATED: February 11, 2021

                                                    Respectfully submitted,

/s/Rhon E. Jones
Rhon E. Jones (JON093)
William R. Sutton (SUT013)
Danielle Ingram (ING038)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com
danielle.ingram@beasleyallen.com

Joseph H. Aughtman (ASB-8081-A43J)
jay@aughtmanlaw.com
**AUGHTMAN LAW FIRM, LLC**
1772 Platt Place
Montgomery, Alabama 36117
Phone: (334) 215-9873
Fax: (334) 213-5663

Paul Burkett (ASB-8019-U66P)
pburkett@azarlaw.com
**AZAR AND AZAR, LLC**
4276 Lomac Street
Montgomery, Alabama 36106
Phone: (334) 265-8551

Nicholas Cole Hughes (ASB-5981-S73H)
nick@argohughes.com
**ARGO HUGHES, LLC**
475 Providence Main Street
Suite 303D
Huntsville, Alabama 35806
Phone: (334) 279-0088
Fax: (334) 279-8830

Matthew Bruce Alfreds (ASB-1428-T68A)
mbalfreds@mattalfreds.com
**LAW OFFICE OF MATTHEW B. ALFREDS**
445 S. Decatur Street
Montgomery, Alabama 36104
Phone (334) 264-1498
Fax: (334) 264-1468

*Attorneys for Plaintiff*

The Clerk of Court shall enter and confirm the appearance of both William R. Sutton and Danielle Ingram as counsel of record for Plaintiff and shall remove John E. Tomlinson.

IT IS SO ORDERED.

Date: June 27, 2022



GRANTED
Judge Vince Chhabria