UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Richard Canning and Shirley Canning, v. Monsanto Co.,* Case No. 3:19-cv-04230-VC | |

### [~~PROPOSED~~] ORDER

1. Counsel's motion is GRANTED.

2. The law firm of Lynch and Lynch, and attorneys Matthew James Ilacqua, Peter E. Heppner, and Francis J. Lynch, III, are hereby permitted to withdraw as counsel for Richard E. Canning and Shirley Canning. Lynch and Lynch and attorneys Matthew James Ilacqua, Peter E. Heppner, and Francis J. Lynch, III shall have no further obligation to represent the interests of Richard E. Canning or Shirley Canning.

Dated: June 27, 2022, 2022



Hon. VINCE CHHABRIA
United States District Judge

GRANTED
Judge Vince Chhabria

1