# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Sheller v. Bayer AG, et al.*, Case No. 3:19-cv-07972 | |

## ORDER GRANTING
## MOTION TO WITHRAW APPEARANCE AS COUNSEL

On this __27th__ day of __June_____, it is hereby ORDERED that the Motion to Withdraw Appearance of Jessica H. Meeder on behalf of Plaintiff Aaron Sheller is GRANTED.

The appearance of Jessica H. Meeder on behalf of Plaintiff Aaron Sheller is hereby terminated.

_____
Judge


GRANTED
Judge Vince Chhabria