UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2741 ) ) Case Number: MDL No. 3:16-md-02741-VC ) |
| This document relates to: | ) "~~PROPOSED~~" ORDER GRANTING ) MOTION TO MOVE CASE TO WAVE V ) |
| Boatright v. Monsanto Company, Case No.: 3:21-cv-00675 | ) ) ) ) ) ) ) |

Plaintiff, Allen Boatright's motion to move case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

DATED: June ___27___, 2022

_____
District Judge Vince Chhabria



GRANTED

Judge Vince Chhabria