UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: | ORDER GRANTING MOTION TO MOVE CASE TO WAVE V |
| *Mark Stackhouse v. Monsanto Co.*, Case No.: 3:21-cv-02908-VC | |

Plaintiff's motion to move the case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

Dated:   June 27, 2022

