**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843

*Attorneys for Defendant*
*MONSANTO COMPANY*

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Tel:  (415) 675-3400

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Hardeman v. Monsanto Co., et al.*,<br>3:16-cv-0525-VC | **NOTICE OF MOTION AND MOTION FOR AN ORDER RELEASING AND EXONERATING SUPERSEDEAS BOND**<br><br>Date:  August 4, 2022<br>Time: 2:30 p.m.<br>Courtroom:  5 |

|   |   |
|---|---|
| 1 | **TO PLAINTIFF EDWIN HARDEMAN, AND THE CLERK OF THE ABOVE-ENTITLED COURT**: PLEASE TAKE NOTICE that on August 4, 2022 at 2:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5, located at 450 Golden Gate Avenue, San Francisco, CA 94102, defendant Monsanto Company will and hereby does move this Court to enter an Order releasing and exonerating the supersedeas bond that Monsanto Company filed with the Court on June 3, 2019 and the bond rider that it filed with the Court on October 21, 2019. Per Judge Chhabria's Calendar Notice, the parties are to appear at the hearing remotely via Zoom. |

TO PLAINTIFF EDWIN HARDEMAN, AND THE CLERK OF THE ABOVE-ENTITLED COURT: PLEASE TAKE NOTICE that on August 4, 2022 at 2:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5, located at 450 Golden Gate Avenue, San Francisco, CA 94102, defendant Monsanto Company will and hereby does move this Court to enter an Order releasing and exonerating the supersedeas bond that Monsanto Company filed with the Court on June 3, 2019 and the bond rider that it filed with the Court on October 21, 2019. Per Judge Chhabria's Calendar Notice, the parties are to appear at the hearing remotely via Zoom.

This Motion is based on the grounds that on September 16, 2021 Monsanto Company paid plaintiff Edwin Hardeman the full amount owed as of that date under this Court's August 26, 2021 Second Amended Judgment, as confirmed by plaintiff Hardeman's Notice of Satisfaction of Judgment filed on September 17, 2021, and on the grounds that plaintiff Hardeman has stipulated to the requested relief. This Motion is made pursuant to Federal Rule of Civil Procedure 62 and the case law holding that "Courts release supersedeas bonds when the bond has served its purpose and no outstanding judgment remains." *Goss Int'l Corp. v. Tokyo Kikai Seisakusho, Ltd.*, No. 00–CV–35–LRR, 2006 WL 4757279, at *3 (N.D. Iowa Aug. 9, 2006) (citations omitted); *see also Kifafi v. Hilton Hotels Ret. Plan*, 79 F. Supp. 3d 93, 100 (D.D.C. 2015).

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the concurrently filed Declaration of Lee Marshall in Support of Motion for an Order Releasing and Exonerating Supersedeas Bond, all pleadings and papers on file in this action, and such other and further matters as the Court may consider.

DATED: June 27, 2022            Respectfully submitted,

/s/ Lee Marshall
BRYAN CAVE LEIGHTON PAISNER LLP
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:    (415) 675-3444

Brian L. Stekloff (*pro hac vice*)

- 2 -

NOTICE OF MOTION AND MOTION FOR AN ORDER RELEASING AND
EXONERATING SUPERSEDEAS BOND; 3:16-cv-0525-VC

(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178

Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW, Washington, DC 20005
Tel: 202-898-5843

Michael X. Imbroscio (pro hac vice)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center, 850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY

- 3 -
NOTICE OF MOTION AND MOTION FOR AN ORDER RELEASING AND
EXONERATING SUPERSEDEAS BOND; 3:16-cv-0525-VC

## MEMORANDUM OF POINTS AND AUTHORITIES

### A. Introduction

Defendant Monsanto Company ("Defendant") now moves the Court for entry of an Order releasing and exonerating the supersedeas bond that it filed with the Court on June 3, 2019 and the bond rider that it filed with the Court on October 21, 2019. On September 16, 2021, Defendant paid plaintiff Edwin Hardeman ("Plaintiff") all amounts owed under the Court's August 26, 2021 Second Amended Judgment, and Plaintiff filed a Notice of Satisfaction of Judgment the following day. Additionally, Plaintiff has stipulated to the requested relief. Accordingly, and as explained below, the supersedeas bond and bond rider no longer serve any purpose, and this Motion to release and exonerate them should be granted.

### B. Relevant Procedural History

On May 3, 2019, this Court entered a Judgment in the amount of $80,267,634.10 in favor of Plaintiff, and against Defendant. Dkt. no. 306.

On June 3, 2019, Defendant filed a supersedeas bond in the amount of $100,334,542.63, which this Court ruled was the supersedeas bond amount required to stay execution of the Judgment pending Defendant's appeal thereof. Dkt. nos. 316, 320. The Court approved the supersedeas bond by Order entered on June 4, 2019. Dkt. no. 326.

On July 17, 2019, this Court entered an Amended Judgment against Defendant in the amount of $25,313,383.02, exclusive of post-judgment interest and a costs award to Plaintiff. Dkt. no. 355. Based on that reduction, Defendant moved for an Order reducing the required bond amount to $31,641,728.78, which this Court granted by Order entered on September 30, 2019. Dkt. no. 370. On October 21, 2019, Defendant filed a bond rider reducing the amount of the supersedeas bond to $31,641,728.78. Dkt. no. 371.

On May 14, 2021, the Ninth Circuit Court of Appeals issued its opinion affirming this Court's Amended Judgment. Dkt. no. 379.

On August 26, 2021, this Court entered a Second Amended Judgment in the amount of $26,677,905.53, which was awarded in addition to the Court's September 3, 2019 costs award

to Plaintiff in the amount of $150,640.48. Dkt. nos. 384, 366. Per its terms, the amount awarded in the Second Amended Judgment was to accrue post-judgment interest at the rate of $1,752.91 per day starting from July 17, 2021. Dkt. no. 384.

On September 16, 2021, Defendant paid Plaintiff the amount of $26,937,226.40 in full satisfaction of all amounts owed under the Second Amended Judgment, including its incorporated costs award and all amounts of accrued post-judgment interest owed as of that date ($108,680.42). Dkt. no. 386; *see also* Declaration of Lee Marshall in Support of Motion for an Order Releasing and Exonerating Supersedeas Bond ("Marshall Decl.") at ¶ 2.

Plaintiff filed a Notice of Satisfaction of Judgment on September 17, 2021. Dkt. no. 386

On May 25, 2022, Plaintiff and Defendant jointly stipulated, agreed and requested that the Court enter an Order releasing and exonerating the supersedeas bond filed by Defendant on June 3, 2019 and the bond rider that it filed on October 21, 2019. *See* Marshall Decl. at Exh. A.

**C. Legal Discussion**

Under Federal Rule of Civil Procedure 62, "an appellant may obtain a stay of a judgment pending appeal by posting a supersedeas bond." *Kifafi v. Hilton Hotels Ret. Plan*, 79 F. Supp. 3d 93, 100 (D.D.C. 2015) (citation omitted). "The purpose of a supersedeas bond is to preserve the status quo while protecting the non-appealing party's rights pending appeal." *Id*. (quoting *Halliburton Energy Services, Inc. v. NL Industries*, 703 F.Supp.2d 666, 669 (S.D. Tex. 2010) quoting *Poplar Grove Planting & Refining Co. v. Bache Halsey Stuart, Inc*., 600 F.2d 1189, 1190–91 (5th Cir.1979)). "Courts release supersedeas bonds when the bond has served its purpose and no outstanding judgment remains." *Goss Int'l Corp. v. Tokyo Kikai Seisakusho, Ltd.*, No. 00–CV–35–LRR, 2006 WL 4757279, at *3 (N.D. Iowa Aug. 9, 2006) (citations omitted); *see also Kifafi*, 79 F. Supp. 3d at 100.

As discussed above, on September 16, 2021 Defendant paid Plaintiff all amounts owed under the Second Amended Judgment as of that date. Plaintiff filed a Satisfaction of Judgment the following day, and has stipulated to the relief Defendant seeks by this Motion. Accordingly, the supersedeas bond that Defendant filed with the Court on June 3, 2019, and the bond rider

that it filed with the Court on October 21, 2019, no longer serve any purpose, and there is good cause for the Court to enter an Order releasing and exonerating both of them. *See*, *e.g.*, *Goss Int'l Corp*, 2006 WL 4757279, at *3; *Kifafi*, 79 F. Supp. 3d at 100.

**D. Conclusion**

For the foregoing reasons, the Court should enter an Order releasing and exonerating the supersedeas bond that Defendant filed with the Court on June 3, 2019 and the bond rider that it filed with the Court on October 21, 2019.

DATED: June 27, 2022                Respectfully submitted,

By: /s/ Lee Marshall
BRYAN CAVE LEIGHTON PAISNER LLP
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:     (415) 675-3444

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178

Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW, Washington, DC 20005
Tel: 202-898-5843

Michael X. Imbroscio (pro hac vice)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center, 850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY