UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | ORDER GRANTING MOTION TO MOVE CASE TO WAVE V |
| *Paula Pinheiro v. Monsanto Co.*, Case No.: 3:20-cv-08173-VC | |

Plaintiff's motion to move the case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

Dated: June 29, 2022



4863-3857-0787 v1