UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | ORDER GRANTING MOTION TO MOVE CASE TO WAVE V |
| *Garfield Gordon v. Monsanto Co.*, Case No.: 3:19-cv-06423-VC | |

Plaintiff's motion to move the case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

Dated:   June 29, 2022



GRANTED
Judge Vince Chhabria