UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| | \| |
| | \| |
| This document relates to: | \| |
| | \| |
| *Nicoletta Nicolacopoulos v. Monsanto Co.*, Case No.: 3:20-cv-01018-VC | \| |

**UNOPPOSED**
**MOTION TO MOVE CASE TO WAVE V**

Plaintiff Nicoletta Nicolacopoulos – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave IV to Wave V:

1. Ms. Nicolacopoulos' case is part of Wave IV.

2. On January 22, 2022, Ms. Nicolacopoulos passed away.

3. Plaintiff's family is in the process of obtaining probate to continue this case.

4. Counsel for the Nicolacopoulos' met and conferred with counsel for Monsanto.  Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff, Nicoletta Nicolacopoulos, and the soon to be created Estate of, without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave IV to Wave V.

Dated: March 18, 2022

Respectfully submitted,

*/s/David Bricker*
David Bricker, CA State Bar No. 158896
David C. Strouss, BBO# 546253
Jasmine M. Howard, BBO# 698130
**THORNTON LAW FIRM, LLP**
One Lincoln Street, Boston, MA  02111
(617) 720-1333  FAX (617) 720-1333
dbricker@tenlaw.com
dstrouss@tenlaw.com
jhoward@tenlaw.com