IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Michael Holliday v. Monsanto Company*<br>Case No: 3:19-cv-03014-VC | VINCE CHHABRIA<br>U.S. DISTRICT JUDGE |

## JOINT STIPULATION

1. Plaintiff Michael Holliday filed the above-captioned case in the Western Division of the Northern District of Ohio, alleging that his injuries occurred within that district.

2. On January 14, 2022, this Court entered an Order granting the joint request for revised schedule for Wave 4 cases and addition of cases to Wave 4. The order required the parties in Wave 4 to file a stipulation identifying the governing state law by June 30, 2022, if the applicable state law is undisputed.

3. Undersigned counsel for Michael Holliday and for Monsanto Company agree and stipulate that the governing state law in the above-captioned case is the law of Ohio.

DATED:      June 30, 2022          Respectfully submitted,

/s/ *Margaret M. Murray*
Margaret M. Murray (Ohio Bar No. 0066633)
mmm@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky OH  44870
Telephone:     (419) 624-3000
Direct Dial:     (419) 624-3128

        Facsimile:    (419) 624-0707

        Attorney for Plaintiff, Michael Holliday

        /s/ *Anthony Martinez*
        Anthony Martinez
        amartinez@shb.com
        SHOOK HARDY & BACON, LLP
        2555 Grand Blvd.
        Kansas City MO  64108
        Telephone:    (816) 559-2683
        Facsimile:    (816) 421-5547

        Attorney for Defendant, Monsanto Co.

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2022, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

        /s/ *Margaret M. Murray*
        Margaret M. Murray (Ohio Bar No. 0066633)
        mmm@murrayandmurray.com
        MURRAY & MURRAY CO., L.P.A.

        Attorney for Plaintiff, Michael Holliday