**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Henrietta Newsom, et al. v. Monsanto Co., et al.,*<br>Case No. 3:20-cv-00578-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>Hearing date: July 7, 2022 at 2:30 pm (via Zoom) |

## UNOPPOSED MOTION TO SUBSTITUTE REAL PARTY IN INTEREST

Plaintiff Henrietta Newsom died on October 5, 2021.  An estate has been opened and Elizabeth Hyde has been appointed Personal Representative of the Estate of Henrietta Newsom, Dec. *See* Exhibit A, Order of Administration; Exhibit B, Letters of Administration. This motion will be brought on for hearing on July 7, 2022, at 2:30 pm (via Zoom).

Plaintiff moves for an order substituting Elizabeth Hyde, Personal Representative, on behalf of the Estate of Henrietta Newsom, Deceased, as the real party in interest in place of the late Plaintiff Henrietta Newsom. FED. R. CIV. P. 25(a)(1).  Plaintiff has consulted with counsel for Defendant Monsanto Company.  Defendant has no objection to this substitution.

Wherefore, Plaintiff respectfully requests an order substituting Elizabeth Hyde, Personal Representative of the Estate of Henrietta Newsom, Deceased.

Respectfully submitted, this the 30th day of June, 2022.

/s/ Jason L. Nabors
Jason L. Nabors, MS Bar #101630

JASON L. NABORS, MS BAR NO. 101630
NABORS LAW FIRM
P.O. Box 1334
Ridgeland, MS 39158
Telephone:  (601) 790-7270
Facsimile:  (601) 300-2975
Email:  jason@naborslawfirm.com

ROBERT A. MALOUF, MS BAR NO. 1844
P.O. Box 1334
Ridgeland, MS 39158
Telephone: 601-856-7392
Facsimile: 601-856-7396
Email: ramalo@aol.com

Marc Boutwell, MS Bar # 9263
103 W. China Street
Lexington, MS  39095
Telephone: 662-834-9029
boutwel1@bellsouth.net

CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document with the Clerk of the Court using the

ECF system, which sent electronic notification to all counsel of record including the following:

Joe G. Hollingsworth, Esq.
Eric G. Lasker, Esq.
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
Email: jhollingsworth@hollingsworthllp.com
        elasker@hollingsworthllp.com

DATED:  June 30, 2022.

   /s/ Jason L. Nabors
        Jason L. Nabors