# EXHIBIT A

IN THE CHANCERY COURT OF TATE COUNTY, MISSISSIPPI

IN RE: IN THE MATTER OF THE ESTATE
HENREITTA NEWSOM, DECEASED                                  CAUSE NO: 21-00425

PETITIONER, ELIZABETH HYDE

## ORDER OF ADMINISTRATION

THIS DAY, THIS CAUSE came on to be heard on the sworn Petition of Elizabeth Hyde, heir at law of Henreitta Newsom, deceased, and this Court finds it has jurisdiction of the subject matter and of the parties and further finds as follows, to-wit:

1. That Elizabeth Hyde be appointed as Administrator of the estate of Henreitta Newsom, deceased; and, it appearing to the satisfaction of the Court that Henreitta Newsom, died intestate in Tate County, MS, on October 5, 2021, being at the time of her death, a citizen and resident of Tate County, Mississippi, and is necessary and proper that an Administrator be appointed for said decedent's estate; and that no other persons or person has been appointed or has applied for Administrator of said estate; and that Elizabeth Hyde is suitable and proper to be appointed as Administratrix of this estate. That this Court specifically waives a formal inventory, appraisal and bond. In the alternative, bond is hereby set at __WAIVED__.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that Elizabeth Hyde be, and she is hereby appointed as Administrator of the estate of Henreitta Newsom, deceased, and upon taking and filing of the bond in the amount of __-0-__, or in the alternative waived by this Court, and filing of the Oath as Administrator of the estate, Letters of Administration shall issue accordingly unto Elizabeth Hyde.

SO ORDERED AND ADJUDGED this the __3rd__ day of __Jan__, __2022__.

_____
CHANCELLOR

Submitted by:

*/s/ Marc Boutwell*
Marc Boutwell, MSB#9263
Law Office of Marc Boutwell, PLLC
PO Box 956
Lexington, MS 39095
662-834-9029