# EXHIBIT B

IN THE CHANCERY COURT OF TATE COUNTY, MISSISSIPPI

IN RE: IN THE MATTER OF THE ESTATE
OF HENREITTA NEWSOM, DECEASED

ADMINISTRATOR, ELIZABETH HYDE                                              NO. 21-00425

## LETTERS OF ADMINISTRATION

That Henreitta Newsom died intestate in Tate County, MS, on or about October 5, 2021, and said **ELIZABETH HYDE** has been duly appointed as Administrator of said estate.

Therefore, the said **ELIZABETH HYDE** is fully empowered and required to administer all and singular the good, chattels, and credits of the deceased in the State to take the name into her hands, and ask, levy, recover, and receive the same; to make a true and perfect inventory or inventories of all the said goods, chattels, and credits which shall come to her hands; possession or knowledge, or into the hands or possession of any other person or persons for **Henreitta Newsom, deceased,** to make in said Court, when required, a just and true account or accounts of her actings and proceedings in the premises, and may extend, according to the value thereof, and as the law shall charge them; and in all things according to law, to exert the rights and perform the duties of the trust conferred upon him.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court, in Tate County, Mississippi.

Given under my hand and seal of office, this the 2nd day of February, 2022.

CHANCERY CLERK OF TATE
COUNTY, MISSISSIPPI

By: _Emily Taylor_
D. C.

**FILED**

FEB 02 2022

TIM HALE
CHANCERY CLERK
Emily Taylor, D.C.