1    JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
     O'Brien Law LLC
2    405 Madison Avenue, 10th Floor
     Toledo, Ohio 43604
3    Phone: (419) 930-6401
     Fax:    (419) 930-6403
4    Email: jim@obrien.law

5    *Counsel for Plaintiffs*

6

7            **IN THE NORTHERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.    2741<br>MDL Case   16-MD-2741-VC<br>Judge:     Hon. Vince Chhabria |
| This document relates to:<br><br>*David Booth v. Monsanto Company*, No. 3:20-cv-4654-VC<br><br>*Estate of James Coressel v. Monsanto Company*, No. 3:20-cv-3720-VC<br><br>*Catherine Cryan v. Monsanto Company*, No. 3:17-cv-5084-VC<br><br>*Estate of Floyd Dominique v. Monsanto Company*, No. 3:21-cv-2705-VC<br><br>*Catherine Perry v. Monsanto Company*, No. 3:21-cv-5621-VC<br><br>*Jason Rhuland v. Monsanto Company*, No. 3:19-cv-5598-VC<br><br>*Dean Rowland v. Monsanto Company*, No. 3:19-cv-5310-VC<br><br>*Estate of William Setzer v. Monsanto Company*, No. 3:17-cv-3448-VC<br><br>*Robert Wistinghausen v. Monsanto Company,* No. 3:20-cv-27-VC | **JOINT STIPULATION REGARDING STATE LAW** |

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

- 1 -

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

1 **JOINT STIPULATION REGARDING STATE LAW**

2  1.  The above-captioned Plaintiffs filed each of their cases in The Northern District

3  of Ohio.

4  2.  Each of these cases has been designated a Wave IV remand case.

5  3.  The Court ordered that if the applicable state law is undisputed, the Parties shall

6  file a joint stipulation identifying the governing state law by June 30, 2022.

7  (Doc. 14475.)

8  4.  The undersigned counsel for Monsanto and counsel for each of the above-

9  captioned Wave IV cases agree and stipulate that the governing state law is the

10  law of Ohio.

11

12  June 30, 2022                    O'Brien Law LLC,

13  _/s/ James Griffin O'Brien_
James Griffin O'Brien (Cal. 308239, Ohio 0088460)
14  O'BRIEN LAW, LLC
405 Madison Ave., 10th Floor
15  Toledo, Ohio 43604
Tel.   (419) 930-6401
16  Fax   (419) 930-6403
Email  jim@obrien.law
17
*Counsel for Plaintiffs*
18
_/s/ Anthony Martinez_        (by permission)
19  Anthony R. Martinez
SHOOK, HARDY & BACON LLP
20  2555 Grand Blvd
Kansas City, Missouri 64108
21  Telephone: (816) 559-2683
Fax: (816) 421-5547 a
22  martinez@shb.com

23  *Attorney for Defendant Monsanto Company*

24

25

26

27

28

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

1

## CERTIFICATE OF SERVICE

2    I transmitted a true and accurate copy of the foregoing upon:

3            Joe G. Hollingsworth
             HOLLINGSWORTH LLP
4            1350 I Street, N.W.
             Washington, DC 20005
5            (202) 898-5800
6            Fax: (202) 682-1639
             Email: jhollingsworth@hollingsworthllp.com
7
8            *Counsel for Monsanto Company*

9
     by filing a copy on the Court's electronic filing system.
10

11

12   June 30, 2022                    */s/ James G. O'Brien* _____
                                      James G. O'Brien (Cal. 308239, Ohio 0088460)
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28