**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Henrietta Newsom, et al. v. Monsanto Co., et al.*,<br>Case No. 3:20-cv-00578-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>Hearing date: July 7, 2022 at 2:30 pm (via Zoom) |

## <u>MOTION TO SET ASIDE ORDER DISMISSING CASE WITH PREJUDICE</u>

Counsel for Plaintiffs Elizabeth Hyde and the Estate of Henrietta Newsom respectfully files this Motion to Set Aside Order [Dkt. No. 10] Dismissing Case With Prejudice, pursuant to Rule 60 of the Federal Rules of Civil Procedure, and other applicable rules and law, and would state as follows.  This Motion will be brought on for hearing on July 7, 2022, at 2:30 pm.

1.      A settlement was reached between Plaintiffs and Defendants in this case on October 1, 2021.

2.      Plaintiff Henrietta Newsom died on October 5, 2021.

3.      Plaintiff Elizabeth Hyde is Henrietta Newsom's daughter.  Elizabeth Hyde is the other named plaintiff in this case, which is a wrongful death action brought on behalf of wrongful death beneficiaries of James Newsom, Dec.  Henrietta Newsom was the surviving spouse of James Newsom.

4.      Henrietta Newsom agreed to the terms of the settlement before her death.  She was of sound mind at the time of the settlement.  Her daughter, Elizabeth Hyde, also agreed to the settlement at that time.   Henrietta Newsom died before the settlement documents could be signed and finalized.

5.      Counsel for Defendants instructed counsel for Plaintiffs that an estate for Henrietta Newsom would need to be opened and the administrator substituted as plaintiff in this case before the settlement funds could be paid.

6.      An estate has been opened in Mississippi, and Elizabeth Hyde has been appointed Personal Representative of the Estate of Henrietta Newsom, Dec. *See* Exhibit A, Order of Administration; Exhibit B, Letters of Administration.

7.      Plaintiffs have filed a motion [Dkt. No. 13] with this court for an order substituting Elizabeth Hyde, Personal Representative, on behalf of the Estate of Henrietta Newsom, Deceased.  Said motion will be brought on for hearing on July 7, 2022, at 2:30 pm (via Zoom).

8.      Once the estate is substituted as a party, the settlement will be finalized.

9.      Because this case settled on October 1, 2021, counsel for Plaintiff understood that the special master's settlement program would not apply to this case.

10.      Since this case has been settled and pending estate work and final settlement resolution since October of 2021, Plaintiffs respectfully move the Court for an order setting aside the Order Dismissing Case with Prejudice, pursuant to Rule 60 of the Federal Rules of Civil Procedure and other applicable rules and law.

11.      Relief from judgment under Rule 60(a) is appropriate under these circumstances due to a mistake arising from oversight or omission.   Relief from judgment is appropriate under Rule 60(b)(1) due to "mistake, inadvertence, surprise, or excusable neglect."  Relief from judgement in appropriate under Rule 60(b)(6) for any other reason that justifies relief.

12.     Counsel for Plaintiffs understood that the settlement program was only to apply to non-settled cases.  Since the parties in this case previously reached a settlement agreement, counsel for Plaintiffs did not appreciate any applicability of the settlement program to this case.

13.     No prejudice is caused to any party as a result of any mistake, oversight, omission, inadvertence or excusable neglect.

14.     As soon as the settlement is finalized, the parties will enter an agreed stipulation of dismissal with prejudice.

Wherefore, Plaintiffs respectfully request an order setting aside the Order [Dkt. No. 10] Dismissing Case With Prejudice.

Respectfully submitted, this the 30th day of June, 2022.

/s/ Jason L. Nabors
Jason L. Nabors, MS Bar #101630

JASON L. NABORS, MS BAR NO. 101630
NABORS LAW FIRM
P.O. Box 1334
Ridgeland, MS 39158
Telephone:  (601) 790-7270
Facsimile:  (601) 300-2975
Email:  jason@naborslawfirm.com

ROBERT A. MALOUF, MS BAR NO. 1844
P.O. Box 1334
Ridgeland, MS 39158
Telephone: 601-856-7392
Facsimile: 601-856-7396
Email: ramalo@aol.com

Marc Boutwell, MS Bar # 9263

103 W. China Street
Lexington, MS  39095
Telephone: 662-834-9029
boutwel1@bellsouth.net

CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document with the Clerk of the Court using the

ECF system, which sent electronic notification to all counsel of record including the following:

Joe G. Hollingsworth, Esq.
Eric G. Lasker, Esq.
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
Email: jhollingsworth@hollingsworthllp.com
        elasker@hollingsworthllp.com

DATED:  June 30, 2022.

  /s/ Jason L. Nabors
    Jason L. Nabors