

Aaron S. Podhurst
Robert C. Josefsberg
Joel D. Eaton
Steven C. Marks
Peter Prieto
Stephen F. Rosenthal
Ricardo M. Martinez-Cid
Ramon A. Rasco
John Gravante III
Lea P. Bucciero
Matthew P. Weinshall
Alissa Del Riego
Kristina M. Infante
Pablo Rojas
Christina Martinez

Robert Orseck (1934-1978)
Walter H. Beckham, Jr. (1920-2011)

Karen Podhurst Dern
Of Counsel

June 30, 2022

**LETTER BRIEF FILED VIA ECF**

The Honorable Vince Chhabria
United States District Court,
Northern District of California

      RE:    **In re Roundup Products Liability Litigation., MDL No. 3:16-md-02741-VC**
              *This Document Relates To: Nancy Salas vs. Monsanto Co., et al. No. 3:21-cv-06173-VC*

Judge Chhabria:

      The Nancy Salas vs. Monsanto Company, et al. matter pertains to MDL Wave 4A. In accordance with this Court's Order dated January 14, 2022, (D.E. 14475) the parties hereby file this letter brief stating their agreement that Florida law shall apply to the Nancy Salas vs. Monsanto Company, et al. matter.

Dated: June 30, 2022              Respectfully submitted,

                                            By:    */s/ Steven C. Marks*
                                                    STEVEN C. MARKS (FBN 516414)
                                                    smarks@podhurst.com
                                                    KRISTINA M. INFANTE (FBN 112557)
                                                      kinfante@podhurst.com
                                                     PABLO ROJAS (FBN 1022427)
                                                     projas@podhurst.com
                                                     **PODHURST ORSECK, P.A.**
                                                     One Southeast 3rd Avenue, Suite 2300
                                                     Miami, Florida 33131
                                                     (305) 358-2800 / Fax (305) 358-2382

                                                     *Attorneys for Plaintiff Nancy Salas*

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131  Miami 305.358.2800  Fax  305.358.2382  ● Ft. Lauderdale 954.463.4346    www.podhurst.com

/s/ *Anthony R. Martinez, Esq.*
Anthony R. Martinez, Esq.
amartinez@shb.com
Kirk Marty, Esq.
kmarty@shb.com
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550

*Attorneys for Defendant, Monsanto Company*

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 ● Ft. Lauderdale 954.463.4346    www.podhurst.com