UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Wanda Copeland, as Personal Representative of the Estate of Everett Ott. v. Monsanto Company* Case No. 3:20-cv-02649-VC | |

**JOINT STIPULATION**

1. Plaintiff filed the above captioned cases in the District of South Carolina alleging their injuries occurred in the District of South Carolina.

2. On January 14, 2022, this Court issued an order stating that the parties in Wave 4 are to file a stipulation identifying the governing state law by June 30, 2022 if the applicable state law is undisputed.

3. Undersigned counsel for Monsanto and counsel for Wave IV Plaintiff Wanda Copeland agree and stipulate that the governing state law in the above captioned cases is the law of South Carolina.

DATED: June 30, 2022.

/s/ Graham L. Newman
Graham L. Newman
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)
gnewman@csa-law.com

ATTORNEY FOR PLAINTIFFS

/s/ Anthony Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I, Graham L. Newman, hereby certify that on June 30, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Graham L. Newman
Graham L. Newman