1  **SHOOK, HARDY & BACON L.L.P.**
    Jennise W. Stubbs
2   600 Travis Street, Suite 3400
    Houston, TX 77002-2026
3   Telephone:    (713) 227-8008
    Facsimile:    (713) 227-9508
4   Email:        jstubbs@shb.com

5  *Attorneys for Defendant*
    *MONSANTO COMPANY*

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

| 8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|----|----------------------------------------------|--------------|
| 9  |                                              | Case No. 3:16-md-02741-VC |
| 10 | This document relates to:                    | |
| 11 | *Yant, Richard, et al. v. Monsanto Co.*, Case No. 3:22-cv-03820-VC | |

12

13          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

14          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

15  ("Monsanto") makes the following disclosures:

16          1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

17          2.      Bayer AG is a publicly held corporation.

18

19  DATED: June 30, 2022                   Respectfully submitted,

20                                         SHOOK, HARDY & BACON L.L.P.

21                                         BY: */s/ Jennise W. Stubbs*
                                               Jennise W. Stubbs
22                                             600 Travis Street, Suite 3400
                                               Houston, TX 77002-2926
23                                             Telephone:    (713) 227-8008
                                               Facsimile:    (713) 227-9508
24                                             Email:        jstubbs@shb.com

25
                                           *Attorneys for Defendant*
26                                         *MONSANTO COMPANY*

27

28

# CERTIFICATE OF SERVICE

I certify that on the 30th day of June, 2022, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                            */s/Jennise W. Stubbs*
                                            Jennise W. Stubbs