UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Master Docket Case No.3:16-md-02741-VC<br><br>Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO**:<br><br>*Phillip Arnt v. Monsanto Co.*,<br>Case No.  3:20-cv-02412 | |

## JOINT STIPULATION

1. Plaintiff Phillip Arnt filed the above-captioned case in the Western District of Michigan, alleging that his injuries occurred within that district.

2. On January 14, 2022, this Court entered an Order granting the joint request for revised schedule for Wave 4 cases and addition of cases to Wave 4. The order required the parties in Wave 4 to file a stipulation identifying the governing state law by June 30, 2022, if the applicable state law is undisputed.

3. Undersigned counsel for Plaintiff and for Monsanto Company agree and stipulate that the governing state law in this above-captioned case is the law of Michigan.

DATED:    June 30, 2022                     Respectfully submitted,

CHARLES E. BOYK LAW OFFICES, LLC

By: /s/   *Wesley D. Merillat*
Wesley D. Merillat (*pro hac vice*)
Ohio Bar. No. 0080253
CHARLES E. BOYK LAW OFFICES, LLC
1500 Timberwolf Dr.
Holland, Ohio 43528
Tel:  419.241.1395
wmerillat@charlesboyk-law.com

***Attorney for Plaintiff Phillip Arnt***

1

SHOOK, HARDY & BACON L.L.P.

By: */s/ Anthony R. Martinez*
Anthony R. Martinez (pro hac vice)
Missouri Bar No. 61791
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Tel:  816.559.2683
amartinez@shb.com

***Attorney for Defendant,
MONSANTO COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2022, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

/s/   Wesley D. Merillat
Wesley D. Merillat (*pro hac vice*)
Ohio Bar. No. 0080253
CHARLES E. BOYK LAW OFFICES, LLC

wmerillat@charlesboyk-law.com

***Attorney for Plaintiff Phillip Arnt***