UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: | **JOINT STIPULATION** |
| Praba Baid, et al., v. Monsanto Co., Case No. 3:20-cv-067774-VC | |
| Lisa Breger, et al., v. Monsanto Co., Case No. 3:18-cv-02257-VC | |
| Richard Canning, et al., v. Monsanto Co., Case No. 3:19-cv-04230-VC | |
| Robert Cotter, et al., v. Monsanto Co., Case No. 3:20-cv-03108-VC | |
| Wayne Morin, et al., v. Monsanto Co., Case No. 3:20-cv-01019-VC | |
| Gerald Nelson, et al., v. Monsanto Co., Case No. 3:19-cv-045760-VC | |
| William Beau Ryan, et al., v. Monsanto Co., Case No. 3:20-cv-03936-VC | |

1. Plaintiffs filed the above captioned cases in the United States District Court of Massachusetts.

2. On January 14, 2022, this Court issued an order stating that the parties in Wave IV are to file a stipulation identifying the governing state law by June 30, 2022, if the applicable state law is undisputed.

3. Undersigned counsel for Monsanto and counsel for the above stated Wave 4 Plaintiffs agree and stipulate that the governing state law in the above captioned cases is the law of Massachusetts.

Dated: June 30, 2022

*/s/ David Bricker*
David Bricker (BBO #569010)
David C. Strouss (BBO #546253)
THORNTON LAW FIRM, LLP
One Lincoln Street
13th Floor
Boston, MA  02111
dbricker@tenlaw.com
dstrouss@tenlaw.com
617-720-1333

*Attorneys for Plaintiffs*


/s/ *Anthony Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, David Bricker, hereby certify that on June 30, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David Bricker*