UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION*<br><br>**THIS DOCUMENT RELATES TO**:<br>*Richard Perilman v. Monsanto Company*<br>*Case No. 3:19-cv-08446-VC* | MDL No. 2741<br><br>Master Docket Case No. 3:16-md-02741-VC<br><br>**JOINT STIPULATION** |

    1. On September 30, 2019, Plaintiff, Richard Perilman filed the above captioned case in the Northern District of Ohio and is alleging injuries which occurred in the Northern District of Ohio

    2. On January 14, 2022, this Court issued an order stating that the parties in Wave IV are to file a stipulation identifying the governing state law by June 30, 2022, if the applicable state law is undisputed.

    3. Undersigned counsel for Wave IV Plaintiff, Richard Perilman and counsel for Monsanto agree and stipulate that the governing state law in the above captioned case is the law of Ohio.

Dated: June 30, 2022.    Respectfully Submitted,

/s/*Robert K. Jenner*
Robert K. Jenner
**JENNER LAW, P.C.**
1829 Reisterstown Road, Suite 350
Baltimore, MD 21208
Phone: (410) 413-2155
Fax: (410) 982-0122
Email: rjenner@jennerlawfirm.com
*Attorney for Plaintiff*

/s/ *Anthony R. Martinez*
Anthony R. Martinez
**SHOOK, HARDY & BACON LLP**
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, Tudor I Farcas, hereby certify that on July 30, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Tudor Farcas*
Tudor Farcas