UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Donnie Leon Powell v. Monsanto Company*<br>Case No. 3:20-cv-05623-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC |

**UNOPPOSED MOTION TO MOVE CASE TO WAVE V**

TO THE HONORABLE JUDGE CHABRIA:

 Plaintiff Donnie Leon Powell ("Plaintiff") is a Wave IV Plaintiff and hereby requests that the Honorable Court move his case from Wave IV to Wave V, for the following reasons:

 Plaintiff's counsel has conferred with Monsanto's counsel, who has no objection to the request to transfer this case to Wave V.

 Plaintiff's case is currently included in Wave IV.

 Mindful of the deadlines pertaining to Wave IV, the parties have been diligently conducting discovery in this matter. The Plaintiff's deposition has been taken. The Plaintiff has produced documents responsive to Defendant's requests. Medical records have also been

collected and reviewed.

However, Mr. Powell recently passed away. Plaintiff will be filing a suggestion of death and motion to substitute the Estate on his behalf.

Plaintiff believes the most practical course of action would be to move this case from Wave IV to Wave V. Defendant has no opposition to this request.

Therefore, Plaintiff respectfully requests that the Court move his case from Wave IV to Wave V.

Respectfully submitted,

*/s/ Vincent P. Circelli*
Vincent P. Circelli
State Bar No. 24058804
vcircelli@circelliwalterlaw.com
**CIRCELLI & WALTER, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
(817) 697-4942 telephone
(817) 697-4944 facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Monsanto on June 30, 2022 concerning the matters raised herein and he indicated he agreed with the relief requested.

*/s/ Vincent P. Circelli*
Vincent P. Circelli

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on June 30, 2022 in manner described below:

<u>via e-serve</u>
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Eric G. Lasker
elasker@hollingsworthllp.com
**HOLLINGSWORTH LLP**
1350 I Street, N. W.
Washington, DC 20005
Telephone:    (202) 898-5800
Facsimile:    (202) 682-1639

*/s/ Vincent P. Circelli*
Vincent P. Circelli