UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: *Donnie Leon Powell v. Monsanto Company* Case No. 3:20-cv-05623-VC | |

**ORDER GRANTING MOTION TO MOVE CASE TO WAVE V**

Plaintiff's motion to move the case from Wave IV to Wave V is granted.

IT IS SO ORDERED.

DATED: _____

_____
DISTRICT JUDGE