UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741<br>) Master Docket Case No. 16-md-02741-VC<br>)<br>) Hon. Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | )<br>) **PLAINTIFF'S NOTICE OF CHANGE OF** |
| *Patricia Casale v. Monsanto Co.,*<br>Case No. 3:2019-cv-05238 | ) **FIRM NAME, ADDRESS AND EMAIL**<br>) **DESIGNATION**<br>) |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the Plaintiff's Attorney's firm name change and address change as follows, which are effective immediately:

Loreen I. Kreizinger, Esquire
STEINGER, GREENE & FEINER
2727 NW 62nd Street
Fort Lauderdale, FL  33309

Telephone:  (954) 491-7701
Facsimile:  (954) 947-3570

The new email designation is:  LKreizinger@injurylawyers.com

DATED:  June 30, 2022          Respectfully submitted,

/s/ *Loreen Kreizinger*
Loreen Kreizinger, Esquire (FL 855588)
LKreizinger@injurylawyers.com
STEINGER, GREENE & FEINER P.A.
2727 NW 62nd Street
Fort Lauderdale, FL 33309
Telephone: (954) 491-7701
Facsimile:  (954) 947-3570
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30th day of June, 2022, the foregoing Plaintiff's Attorney's Notice of Change of Firm Name, Address and Email Designation was served by electronic mail upon all counsel of record by electronic mail and/or by placing a copy of same in the U.S. Mail, first class, postage prepaid.

By:   */s/ Loreen Kreizinger*