UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Case Number: 3:16-md-02741-VC

MDL No. 2741

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION
_____

**THIS DOCUMENTS RELATES TO:**

WESLEY TAM,

vs.                                                            **JOINT STIPULATION**

MONSANTO COMPANY,

_____/

    1.    Plaintiff filed the above captioned cases in the state court of Florida alleging the Injuries occurred in the Southern District of Florida

    2.    On January 14, 2022, this Court issued an order stating that the parties in Waves 4 - 6 are to file a stipulation identifying the governing state law by June 30, 2022, if the applicable state law is undisputed.

    3.    Undersigned counsel For Monsanto and counsel for Wave 4 Plaintiff, Wesley Tam agree and stipulate that the governing state law in the above captioned case is the law of Florida.

DATED : June 30, 2022.

Respectfully Submitted,

/s/ Forrest Sygman_____
Forrest Sygman, Esq.
(forrest@sygmanlaw.com)
(associate@sygmanlaw.com)
FORREST SYGMAN, P.A.
7300 N. Kendall Drive, Ste 203
Miami, FL 33156
Tel: (305) 661-8955
Attorneys for Plaintiff

/s/ Anthony Martinez
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683

*Attorneys for Defendant
MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of June, 2022, the foregoing document was filed via the Court's CM/ECF System which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Forrest Sygman
Forrest Sygman, Esq.