# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Patricia Casale v. Monsanto Company | Case No. 3:19-cv-05238-VC |
| | **JOINT STIPULATION AS TO GOVERNING STATE LAW** |

1. Plaintiff filed the above captioned case in the Southern District of Florida alleging her injuries occurred in the Southern District of Florida.

2. On January 14, 2022, this Court issued an Order stating that the parties in Wave IV are to file a stipulation identifying the governing state law by June 30, 2022 (Doc. 14475), if the applicable state law is undisputed.

3. Undersigned counsel for Monsanto and counsel for Wave IV Plaintiff Patricia Casale agree and stipulate that the governing state law in the above captioned case is the law of Florida.

DATED:  June 30, 2022                          Respectfully submitted,

/s/ Loreen I. Kreizinger
Loreen I. Kreizinger (FL 855588)
STEINGER, GREENE & FEINER, PA
2727 W. Cypress Creek Road
Fort Lauderdale, FL  33309
Telephone:  (954) 491-7701
Facsimile:   (954) 947-3570

LKreizinger@injurylawyers.com
*Attorney for Plaintiff*


/s/  Anthony Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO  65108
Telephone:  (816) 559-2683
Facsimile:   (816) 421-5547
amartinez@shb.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Loreen I. Kreizinger, hereby certify that on June 30, 2022, the foregoing document was field via the Court's CM/ECF system, which will automatically serve and send email notifications of such filing to all registered attorneys of record.


*/s/ Loreen I. Kreizinger*
Loreen I. Kreizinger