James H. Cook, (IA AT0001622; CA 131772)
DUTTON, DANIELS, HINES, KALKHOFF,
COOK & SWANSON, PLC
3151 Brockway Rd.
P.O. Box 810
Waterloo, IA  50704
319-234-4471
jcook@duttonfirm.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Brett Beckfield | Case No. 3:21-cv-03006 |
| v. | **JOINT STIPULATION** |
| Monsanto Co. | |

1.      Plaintiff filed the above captioned case in the Northern District of Iowa alleging his injuries occurred in the Northern District of Iowa.

2.      On January 14, 2022, this Court issued an order stating that the parties in Wave IV are to file a stipulation identifying the governing state law by June 30, 2022, if the applicable state law is undisputed.

3.      Undersigned counsel for Monsanto and counsel for Wave IV Plaintiff Brett Beckfield agree and stipulate that the governing state law in the above captioned case is the law of Iowa.

DATED:  June 30, 2022                    Respectfully Submitted,

/s/ *James H. Cook*
James H. Cook, Esq., AT0001622
DUTTON, DANIELS, HINES, KALKHOFF,
COOK & SWANSON, PLC
3151 Brockway Rd.
P.O. Box 810
Waterloo, IA  50701
Tel:  319-234-4471
Email:  jcook@duttonfirm.com

*Attorney for Plaintiff*


 /s/ *Anthony Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, MO  64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*


### CERTIFICATE OF SERVICE

I, James H. Cook, hereby certify that on June 30, 2022, the foregoing document was filed

via the Court's CM/ECF system, which will automatically serve and send email notification of

such filing to all registered attorneys of record.

 /s/ *James H. Cook*
James H. Cook