UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741 |
| **THIS DOCUMENT RELATES TO:**<br><br>THOMAS N. WILLIAMS and MARY JO WILLIAMS<br><br>v.<br><br>MONSANTO CO. | Master Docket Case No. 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>Case No. 3:19-cv-03537-VC<br><br>**JOINT STIPULATION** |

1.      Plaintiffs filed the above-captioned cases in the Southern District of Iowa, alleging their injuries occurred in the Southern District of Iowa.

2.      On January 14, 2022, this Court issued an order stating that the parties in Wave 4 are to file a stipulation identifying the governing state law by June 30, 2022, if the applicable law is undisputed.

3.      Undersigned counsel for Monsanto and counsel for Wave IV Plaintiffs Thomas N. Williams and Mary Jo Williams agree and stipulate that the governing state law in the above-captioned cases is the law of the state of Iowa.

DATED: June 30, 2022.

                                      Respectfully Submitted,

By:      */s/ Bruce H. Stoltze, Jr.*
            Bruce H. Stoltze, Jr.(AT0010694)
            Stoltze Law Group, PLC
            300 Walnut, Ste. 260
            Des Moines, Iowa 50309
            Telephone:    (515) 989-8529
            Facsimile:     (515) 989-8530
            E-mail: bruce.stoltze.jr@stoltze.law
            **ATTORNEY FOR PLAINTIFFS**

2

>*/s/ Anthony R. Martinez*
> Anthony R. Martinez
> Shook, Hardy & Bacon LLP
> 2555 Grand Boulevard
> Kansas City, Missouri  64108
> Telephone:     (816) 559-2683
> Facsimile:     (816) 421-5547
> E-mail:  amartinez@shb.com
> **ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE:**

I, Bruce H. Stoltze, Jr., hereby certify that on June 30, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/Bruce H. Stoltze, Jr.*
Bruce H. Stoltze, Jr.