UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Linda Kay and Todd Kay v. Monsanto Co.*, Case No. 3:21-cv-00175-VC | |

## JOINT STIPULATION

1. Plaintiffs filed the above captioned case in the District of South Carolina alleging their injuries occurred within that district.

2. On January 14, 2022, this Court issued an Order stating that the parties in Wave IV are to file a stipulation identifying the governing state law by June 30, 2022 if the applicable state law is undisputed.

3. Undersigned counsel for Monsanto Company and counsel for Wave IV Plaintiffs Todd and Linda Kay agree and stipulate that the governing state law in the above captioned case is the law of South Carolina.

DATED:     June 30, 2022

Respectfully submitted,

*s/ Cameron L. Marshall*
Cameron L. Marshall
7 Gamecock Avenue, Suite 707
Charleston, South Carolina 29407
(843) 795-2298
(843) 795-5081 (*facsimile*)
cameron@attorneymarshall.com

*ATTORNEY FOR PLAINTIFFS*

1

*s/ Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
255 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Facsimile: (816) 421-5547
amartinez@shb.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I, Cameron L. Marshall, hereby certify that on June 30, 2022, the foregoing document was filed using the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*s/     Cameron L. Marshall*