IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741**<br><br>**Case No. MDL No. 3:16-md-02741-VC** |
| **THIS DOCUMENT RELATES TO:**<br>*Estate of Richard Garrison v. Monsanto Company*<br>Case No: 3:19-cv-00280-VC | **VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |

## JOINT STIPULATION

1.  Plaintiff Graham Garrison on behalf of the Estate of Richard Garrison filed the above-captioned case in the Southern District of Ohio.

2.  On January 14, 2022, this Court entered an Order granting the joint request for revised schedule for Wave 4 cases and addition of cases to Wave 4. The order required the parties in Wave 4 to file a stipulation identifying the governing state law by June 30, 2022, if the applicable state law is undisputed.

3.  Undersigned counsel for Graham Garrison on behalf of the Estate of Richard Garrison and for Monsanto Company agree and stipulate that the governing state law in the above-captioned case is the law of Ohio.

DATED: June 30, 2022          Respectfully submitted,

/s/ Richard W. Schulte
Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com

*Attorney for Plaintiff* Graham Garrison
on behalf of the Estate of Richard
Garrison


/s/ *Anthony Martinez*
Anthony Martinez
amartinez@shb.com
SHOOK HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City MO  64108
Telephone:	(816) 559-2683
Facsimile:	(816) 421-5547

Attorney for Defendant, Monsanto Co.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2022, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

/s/ Richard W. Schulte
Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
*Attorney for Plaintiff* Graham Garrison on behalf of the Estate of Richard Garrison