UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Henry Cato<br><br>v.<br><br>Monsanto Co. | MDL No. 2741<br><br>Master Docket Case No. 16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>Case No. 3:20-cv-01920-VC<br><br>**JOINT STIPULATION** |

    1.    Plaintiff filed the above-captioned case in the District of South Carolina alleging his injuries occurred in the District of South Carolina and the District of North Carolina.

    2.    On January 14, 2022, this Court issued an order stating that the parties in Wave 4 are to file a stipulation identifying the governing state law by June 30, 2022, if applicable state law is undisputed.

    3.    Undersigned counsel for Monsanto and counsel for Wave IV Plaintiff Henry Cato agree and stipulate that the governing state law in the above-captioned case is the law of North Carolina.

DATED: June 30, 2022

Respectfully submitted,

*s/Chris Moore*
Chris Moore (SC FBN: 10445)
RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS, LLC
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
T: (803) 281-8147
F: (803) 632-8263
chris@richardsonthomas.com

*Attorney for Plaintiff*

JOINT STIPULATION – 3:20-CV-04758-VC

*s/Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
T: (816) 474-6550
F: (816) 421-5547
amartinez@shb.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, Chris Moore, hereby certify that on June 30, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record

*s/Chris Moore*
Chris Moore

JOINT STIPULATION – 3:20-CV-04758-VC