## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2741 |
| | | Case No. 3:16-md-02741-VC |
| This document relates to: | * * * | |
| *Dennis McNamara Jr. v. Monsanto Co.*, Case No. 3;21-cv-00963-VC | * * | |

## STIPULATION

1. Plaintiffs filed the above captioned case in the Eastern District of Louisiana alleging his injuries occurred within that district.

2. On January 14, 2022, this Court issued an Order stating that the parties in Wave IV are to file a stipulation identifying the governing state law by June 30, 2022 if the applicable state law is undisputed.

3. Undersigned counsel for Wave IV Plaintiff McNamara agrees and hereby stipulates that the governing state law in the above captioned case is the law of the state of Louisiana.

DATED:   June 30, 2022

                                       Respectfully submitted:

                                       /s/ *John M. Robin*

                                       JOHN M. ROBIN (LSBA #11341)
                                       ZACHARY D. RHODES, LSBA #38063
                                       CATHERINE M. ROBIN (LSBA #37398)
                                       600 Covington Center
                                       Covington, Louisiana 70433
                                       Telephone: (985) 893-0370
                                       Fax: (985) 893-2511
                                       johnmrobin@johnmrobinlaw.com
                                       *Attorneys for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 30th day of June, 2022.

<u>/s/ *John M. Robin*</u>