**FEARS NACHAWATI**
Danae N. Benton
5489 Blair Road
Dallas, TX 75231
Telephone:   (214) 890-0711
Facsimile:   (214) 890-0712
Email: dbenton@fnlawfirm.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: Angelo Bulone v. Monsanto Co., Case No. 3:20-cv-03719 | Case No. 3:16-md-02741-VC |

### STIPULATION IDENTIFYING GOVERNING STATE LAW

Pursuant to the Court's Order on January 14, 2022, the parties hereby stipulate that the governing law in this matter is South Carolina state law.

Respectfully submitted this 30th day of June 2022.

Case 3:16-md-02741-VC   Document 15070   Filed 06/30/22   Page 2 of 3

Respectfully submitted,

**FEARS NACHAWATI**

*/s/Danae N. Benton*
Danae N. Benton
5489 Blair Road
Dallas, TX 75231
Telephone:   (214) 890-0711
Facsimile:    (214) 890-0712
Email: dbenton@fnlawfirm.com

*Attorney for Plaintiff*

**HOLLINGSWORTH**LLP

/s/ *Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile:  (202) 682-1639

*Attorneys for Defendant Monsanto Company*

-2-
STIPULATION IDENTIFYING GOVERNING STATE LAW

-3-

## CERTIFICATE OF SERVICE

I certify that on the 30th day of June 2022, I electronically transmitted the foregoing **STIPULATION IDENTIFYING GOVERNING STATE LAW** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

/s/Danae N. Benton
Danae N. Benton