JEFFREY L. HOGUE (SBN 234557)
TYLER J. BELONG (SBN 234543)
**HOGUE & BELONG**
170 Laurel Street
San Diego, CA 92101
Tel.:(619) 238-4720
Fax: (619) 238-5260

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br><br> This document relates to: <br><br> Nancy Britt v. Monsanto Co., Case No.: 3:20-CV-03649-VC | MLD CASE NO: 2741 <br><br> CASE NO.: 3:16-md-02741-VC <br><br><br> **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, Tyler J. Belong and Jeffrey L. Hogue moves this Court to grant them leave to withdraw as counsel on behalf of Plaintiff Nancy Britt in the above-captioned case. In support of this Motion, they state as follows:

1. The represented party has filed a Stipulation of Dismissal on June 3, 2022 (document number 14928.)

Dated:  July 1, 2022                              Respectfully Submitted,


                                                                **HOGUE & BELONG**

                                                                By: */s/ Tyler Belong*
                                                                JEFFREY L. HOGUE
                                                                TYLER J. BELONG
                                                                Attorneys for the Plaintiff

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
CASE NO.: 3:16-md-02741-VC & 3:20-CV-03649-VC