# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MLD CASE NO: 2741 |
|---|---|
| | CASE NO.: 3:16-md-02741-VC |
| This document relates to: | |
| Nancy Britt v. Monsanto Co., Case No.: 3:20-CV-03649-VC | **[PROPOSED] ORDER** |

# [PROPOSED] ORDER

1. Counsel's motion is GRANTED.

2. The law firm of Hogue & Belong, and attorneys Jeffrey Lee Hogue and Tyler Jay Belong are hereby permitted to withdraw as counsel for Nancy Britt. Hogue & Belong and attorneys Jeffrey Lee Hogue and Tyler Jay Belong shall have no further obligation to represent the interests of Nancy Britt.

Dated: _____

_____
Hon. Vince Chhabria
United States District Court,
Northern District of California