JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
O'Brien Law LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
Phone: (419) 930-6401
Fax:     (419) 930-6403
Email: jim@obrien.law

*Counsel for Plaintiffs*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.      2741<br>MDL Case   16-MD-2741-VC<br>Judge:         Hon. Vince Chhabria |
| This document relates to:<br><br>*David Booth v. Monsanto Company*, No. 3:20-cv-4654-VC<br><br>*Estate of James Coressel v. Monsanto Company*, No. 3:20-cv-3720-VC<br><br>*Catherine Cryan v. Monsanto Company*, No. 3:17-cv-5084-VC<br><br>*Estate of Floyd Dominique v. Monsanto Company*, No. 3:21-cv-2705-VC<br><br>*Catherine Perry v. Monsanto Company*, No. 3:21-cv-5621-VC<br><br>*Jason Rhuland v. Monsanto Company*, No. 3:19-cv-5598-VC<br><br>*Dean Rowland v. Monsanto Company*, No. 3:19-cv-5310-VC<br><br>*Estate of William Setzer v. Monsanto Company*, No. 3:17-cv-3448-VC<br><br>*Robert Wistinghausen v. Monsanto Company,* No. 3:20-cv-27-VC | **DECLARATION OF<br>JAMES GRIFFIN O'BRIEN** |

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

- 1 -
DECLARATION OF JAMES GRIFFIN O'BRIEN

**DECLARATION OF JAMES GRIFFIN O'BRIEN**

1. I am an attorney licensed in Ohio and California and I represent the Plaintiffs in the nine above-captioned cases.

2. Monsanto issued 44 sets of discovery requests in my eleven Wave IV cases (four sets in each case).

3. On December 29, 2021, I sent a letter to Monsanto's counsel raising numerous concerns with the discovery requests. A true and accurate copy of my letter is attached as **Exhibit A**.

4. A true and accurate copy of an email chain between Monsanto attorney John Kalas and me regarding the discovery requests is attached as **Exhibit B**.

5. I spoke with John Kalas on January 6, 2022.

6. During that call, I raised my concerns about the onerousness of the discovery requests and indicated I was considering filing a motion for a protective order.

7. Mr. Kalas disagreed the discovery requests violated the Rules, but he suggested that rather than filing a motion for a protective order, that my clients answer them to the extent we believed reasonable, object as appropriate, and we would meet and confer if our responses or objections raised an issue.

8. I agreed to Mr. Kalas' suggestion and I did not file for a protective order.

9. On February 7, 2022, I transmitted our discovery responses.

10. As an exemplar, I am attaching a true and accurate copy of just one Plaintiffs' discovery responses:

    a. A true and accurate copy of Plaintiff The Estate of James A. Coressel's Responses to Monsanto's Request for Entry onto Land are as **Exhibit C**.

    b. A true and accurate copy of Plaintiff The Estate of James A. Coressel's Responses to Monsanto's Request for Inspection of Tangible Goods are attached as **Exhibit D**.

     c. A true and accurate copy of Plaintiff The Estate of James A. Coressel's Responses to Monsanto's First Set of Interrogatories are attached as **Exhibit E**.

     d. A true and accurate copy of Plaintiff The Estate of James A. Coressel's Responses to Monsanto's First Requests for Admission are attached as **Exhibit F**.

11. Between February 7, 2022 and the filing of the instant Motion, I have heard nothing more from Mr. Kalas or any Monsanto attorney regarding this issue.

12. No one from Monsanto contacted me or attempted to resolve any discovery dispute before filing a Motion to Compel in these nine cases.

I affirm that the statements made in the foregoing Declaration are true, under penalty of perjury.

July 1, 2022

_____
James Griffin O'Brien, Declarant

O'Brien Law LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401