JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
O'Brien Law LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
Phone: (419) 930-6401
Fax:     (419) 930-6403
Email: jim@obrien.law

*Counsel for Plaintiffs*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.    2741<br>MDL Case  16-MD-2741-VC<br>Judge:        Hon. Vince Chhabria |
| This document relates to:<br><br>*David Booth v. Monsanto Company*, No. 3:20-cv-4654-VC<br><br>*Estate of James Coressel v. Monsanto Company*, No. 3:20-cv-3720-VC<br><br>*Catherine Cryan v. Monsanto Company*, No. 3:17-cv-5084-VC<br><br>*Estate of Floyd Dominique v. Monsanto Company*, No. 3:21-cv-2705-VC<br><br>*Catherine Perry v. Monsanto Company*, No. 3:21-cv-5621-VC<br><br>*Jason Rhuland v. Monsanto Company*, No. 3:19-cv-5598-VC<br><br>*Dean Rowland v. Monsanto Company*, No. 3:19-cv-5310-VC<br><br>*Estate of William Setzer v. Monsanto Company*, No. 3:17-cv-3448-VC<br><br>*Robert Wistinghausen v. Monsanto Company,* No. 3:20-cv-27-VC | **Exhibit C**<br><br>**The Estate of James A. Coressel's**<br><br>**Responses to Monsanto's Request**<br><br>**for Entry onto Land**<br><br>February 7, 2022 |

JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
O'Brien Law LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
Phone: (419) 930-6401
Fax:    (419) 930-6403
Email: jim@obrien.law

*Counsel for Denise Coressel on behalf of the Estate of James A. Coressel*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.            2741<br>Master Docket No. 16-MD-2741-VC |
| This document relates to:<br>**DENISE CORESSEL ON BEHALF OF THE ESTATE OF JAMES A. CORESSEL** *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>**MONSANTO COMPANY**,<br><br>Defendant. | Case No.:    3:20-cv-3720<br>Judge:        Hon. Vince Chhabria |

### **PLAINTIFF'S RESPONSE TO MONSANTO'S REQUEST FOR ENTRY ONTO LAND**

Plaintiff provides the following responses to Defendant Monsanto Company's First Requests to Permit Entry Upon Land or Other Property:

### **GENERAL OBJECTIONS**

Plaintiff objects to the extent these requests are vague and ambiguous.

Plaintiff objects to these requests to the extent they fail to designate the premises to be inspected with particularity. Specifically, the cross references to the other discovery requests are vague and ambiguous. The Federal Rules do not require Plaintiff to know what land Monsanto is seeking entry on by vague descriptions and the Requests

are denied as uncertain and unintelligible to the extent they do not list land with particularity.

Plaintiff objects to Monsanto's repetitive and duplicative requests, both those that are repetitive and duplicative of the other requests herein and those that are repetitive and duplicative of Monsanto's Requests for Admissions, Interrogatories, and Requests to Inspect Tangible Items.

Plaintiff objects that the repetitive nature, the duplicative nature, the vague nature, and the ambiguous nature of these Requests clearly indicate these were designed to burden and harass Plaintiff.

Plaintiff objects to the extent the purported "instructions" go beyond the duties created under the Federal Rules.

## RESPONSES

**Request for Entry No. 1**

The properties (including any storage sheds, garages, and other structures) located at 103 Silver Maple Drive, Perrysburg, OH 43551; 7718 Central Avenue, Toledo, OH 43617; 18201 N. Dixie Highway, Bowling Green, OH 43402; 1415 Wagner Avenue, Greenville, OH 45331; 2272 Collingwood Boulevard, Toledo, OH 43620;; and any other location where goods responsive to Monsanto's Requests for Inspection of Tangible Goods No. 1 are used or stored, or may have been used or stored during the last twenty (20) years (i.e., All equipment that you have used in connection with mixing and applying GLYPHOSATE PRODUCTS for the last twenty (20) years). You are required to provide a date and time over the next 30 days for MONSANTO's attorneys and any of its agents/designees to inspect the property set forth above. You are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect.

**Response**

Subject to the general objections above, Plaintiff responds:

As to the property at 103 Silver Maple Drive, Perrysburg, Ohio, Plaintiff will permit inspection of only the yard, garage, and outbuilding(s) but not the house on Friday, February 18, 2022 between 8:30 a.m. and 4:30 p.m. subject to the following restrictions:

- Although the inspection may occur any time during the eight-hour block of time, at least two days prior, Monsanto must provide its arrival time within a 60-minute window;
- Monsanto must provide the names of the inspectors prior to the inspection;
- Monsanto must provide Plaintiff with a copy of any photos or videos taken;
- Plaintiff reserves the right to photograph and/or videotape the inspection; and,
- Plaintiff reserves the right to limit the scope and the logistics of the inspection as appropriate.

As to the other locations or properties listed in RFE 1, Plaintiff does not have possession, custody, or control of those properties and therefore denies the request.

As to all other requests within RFE 1—particularly the vague and ambiguous references and cross-references—Plaintiff denies the requests as unclear and unintelligible.

**Request for Entry No. 2**

> The properties (including any storage sheds, garages, and other structures) located at 103 Silver Maple Drive, Perrysburg, OH 43551; 7718 Central Avenue, Toledo, OH 43617; 18201 N. Dixie Highway, Bowling Green, OH 43402; 1415 Wagner Avenue, Greenville, OH 45331; 2272 Collingwood Boulevard, Toledo, OH 43620;; and any other location where goods responsive to Monsanto's Requests for Inspection of Tangible Goods No. 2

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

- 3 -

are stored, or may have been stored during the time period relevant to this LAWSUIT (i.e., All bottles and containers of Roundup® -branded products and other GLYPHOSATE PRODUCTS that YOU have used or which are in YOUR possession, custody, or control). YOU are required to provide a date and time over the next 30 days for MONSANTO's attorneys and any of its agents/designees to visit the property set forth above. YOU are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect.

**Response**

Subject to the general objections above, Plaintiff responds: Denied. To the extent Monsanto described premises by address, this request is entirely duplicative of RFE 1. To the extent it differs, that differences is too vague and ambiguous to allow Plaintiff to respond in a meaningful way.

**Request for Entry No. 3**

The properties (including any storage sheds, garages, and other structures) located at 103 Silver Maple Drive, Perrysburg, OH 43551; 7718 Central Avenue, Toledo, OH 43617; 18201 N. Dixie Highway, Bowling Green, OH 43402; 1415 Wagner Avenue, Greenville, OH 45331; 2272 Collingwood Boulevard, Toledo, OH 43620;; and any other location where goods responsive to Monsanto's Requests for Inspection of Tangible Goods No. 3 are stored, or may have been stored during the time period relevant to this LAWSUIT (i.e., All personal protective equipment and clothing that YOU used or wore while mixing and applying Roundup® -branded products and other GLYPHOSATE PRODUCTS over the past twenty (20) years). YOU are required to provide a date and time over the next 30 days for MONSANTO's attorneys and any of its agents/designees to visit the

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

property set forth above. YOU are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect.

**Response**

Subject to the general objections above, Plaintiff responds: Denied. To the extent Monsanto described premises by address, this request is entirely duplicative of RFEs 1 and 2. To the extent it differs, that differences is too vague and ambiguous to allow Plaintiff to respond in a meaningful way.

**Request for Entry No. 4**

The properties (including any storage sheds, garages, and other structures) located at 103 Silver Maple Drive, Perrysburg, OH 43551; 7718 Central Avenue, Toledo, OH 43617; 18201 N. Dixie Highway, Bowling Green, OH 43402; 1415 Wagner Avenue, Greenville, OH 45331; 2272 Collingwood Boulevard, Toledo, OH 43620;; and any other location where goods responsive to Monsanto's Requests for Inspection of Tangible Goods No. 4 are stored, or may have been stored during the time period relevant to this LAWSUIT (i.e., All bottles and containers of pesticides, insecticides, and rodenticides that YOU have used, for any purpose, over the past twenty (20) years.). YOU are required to provide a date and time over the next 30 days for MONSANTO's attorneys and any of its agents/designees to visit the property set forth above. YOU are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect.

**Response**

Subject to the general objections above, Plaintiff responds: Denied. To the extent Monsanto described premises by address, this request is entirely duplicative of RFEs 1, 2, and 3. To the extent it differs, that differences is too vague and ambiguous to allow Plaintiff to respond in a meaningful way.

**Request for Entry No. 5**

The properties (including any storage sheds, garages, and other structures) located at 103 Silver Maple Drive, Perrysburg, OH 43551; 7718 Central Avenue, Toledo, OH 43617; 18201 N. Dixie Highway, Bowling Green, OH 43402; 1415 Wagner Avenue, Greenville, OH 45331; 2272 Collingwood Boulevard, Toledo, OH 43620;; and any other location where goods responsive to Monsanto's Requests for Inspection of Tangible Goods No. 5 are stored, or may have been stored during the time period relevant to this LAWSUIT (i.e., All chemicals and/or other products containing ingredients allegedly associated with cancer or Non-Hodgkin's Lymphoma ("NHL") by the International Agency for Research on Cancer ("IARC") or Plaintiffs' experts that YOU have used or been exposed to, for any purpose, over the past twenty (20) years.). 1 YOU are required to provide a date and time over the next 30 days for MONSANTO's attorneys and any of its agents/designees to visit the property set forth above. YOU are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect.

**Response**

Subject to the general objections above, Plaintiff responds: Denied. To the extent Monsanto described premises by address, this request is entirely duplicative of RFEs 1,

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

2, 3, and 4. To the extent it differs, that differences is too vague and ambiguous to allow Plaintiff to respond in a meaningful way.

**Request for Entry No. 6**

>The properties (including any storage sheds, garages, and other structures) located at 103 Silver Maple Drive, Perrysburg, OH 43551; 7718 Central Avenue, Toledo, OH 43617; 18201 N. Dixie Highway, Bowling Green, OH 43402; 1415 Wagner Avenue, Greenville, OH 45331; 2272 Collingwood Boulevard, Toledo, OH 43620;; and any other location where goods responsive to Monsanto's Requests for Inspection of Tangible Goods No. 6 are stored, or may have been stored during the time period relevant to this LAWSUIT (i.e., All chemicals and/or other products containing ingredients allegedly associated with cancer or NHL by the National Toxicology Program that YOU have used or been exposed to, for any purpose, over the past twenty (20) years.). YOU are required to provide a date and time over the next 30 days for MONSANTO's attorneys and any of its agents/designees to visit the property set forth above. YOU are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect.

**Response**

Subject to the general objections above, Plaintiff responds: Denied. To the extent Monsanto described premises by address, this request is entirely duplicative of RFEs 1, 2, 3, 4, and 5. To the extent it differs, that differences is too vague and ambiguous to allow Plaintiff to respond in a meaningful way.

- 7 -

## SIGNED BY

As to all responses:

February 7, 2022

*/s/ Denise Coressel* (by permission)
_____
Denise Coressel

As to all objections:

February 7, 2022                O'Brien Law LLC,

 */s/ James G. O'Brien*
_____
James G. O'Brien (Cal. 308239, Ohio 0088460)
O'BRIEN LAW, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604
Tel.   (419) 930-6401
Fax   (419) 930-6403
Email  jim@obrien.law

*Counsel for Plaintiffs Denise Coressel on behalf of the Estate of James A. Coressel*

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

- 8 -

## CERTIFICATE OF SERVICE

I transmitted a true and accurate copy of the foregoing upon:

>Joe G. Hollingsworth
>HOLLINGSWORTH LLP
>1350 I Street, N.W.
>Washington, DC 20005
>(202) 898-5800
>Fax: (202) 682-1639
>Email: jhollingsworth@hollingsworthllp.com
>
>*Counsel for Monsanto Company*

by electronic mail.

February 7, 2022  */s/ James G. O'Brien*
James G. O'Brien (Cal. 308239, Ohio 0088460)