JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
O'Brien Law LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
Phone: (419) 930-6401
Fax:    (419) 930-6403
Email:  jim@obrien.law

*Counsel for Plaintiffs*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.   2741<br>MDL Case  16-MD-2741-VC<br>Judge:     Hon. Vince Chhabria |
| This document relates to:<br><br>*David Booth v. Monsanto Company*, No. 3:20-cv-4654-VC<br><br>*Estate of James Coressel v. Monsanto Company*, No. 3:20-cv-3720-VC<br><br>*Catherine Cryan v. Monsanto Company*, No. 3:17-cv-5084-VC<br><br>*Estate of Floyd Dominique v. Monsanto Company*, No. 3:21-cv-2705-VC<br><br>*Catherine Perry v. Monsanto Company*, No. 3:21-cv-5621-VC<br><br>*Jason Rhuland v. Monsanto Company*, No. 3:19-cv-5598-VC<br><br>*Dean Rowland v. Monsanto Company*, No. 3:19-cv-5310-VC<br><br>*Estate of William Setzer v. Monsanto Company*, No. 3:17-cv-3448-VC<br><br>*Robert Wistinghausen v. Monsanto Company,* No. 3:20-cv-27-VC | **Exhibit D**<br><br>**The Estate of James A. Coressel's**<br><br>**Responses to Monsanto's Request**<br><br>**for Inspection of Tangible Goods**<br><br>February 7, 2022 |

JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
O'Brien Law LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
Phone: (419) 930-6401
Fax:    (419) 930-6403
Email: jim@obrien.law

*Counsel for Denise Coressel on behalf of the Estate of James A. Coressel*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.      2741<br>Master Docket No. 16-MD-2741-VC |
| This document relates to:<br><br>**DENISE CORESSEL ON BEHALF OF THE ESTATE OF JAMES A. CORESSEL** *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>**MONSANTO COMPANY**,<br><br>Defendant. | Case No.:    3:20-cv-3720<br><br>Judge:    Hon. Vince Chhabria |

### **PLAINTIFF'S RESPONSE TO MONSANTO'S REQUEST FOR INSPECTION OF TANGIBLE GOODS**

Plaintiff provides the following responses to Defendant Monsanto Company's First Requests for Inspection of Tangible Goods:

### **GENERAL OBJECTIONS**

Plaintiff objects to the extent these requests are vague and ambiguous.

Plaintiff objects to these requests to the extent they fail to designate the tangible items to be inspected with particularity. Specifically, the cross references to the other discovery requests are vague and ambiguous. The Federal Rules do not require Plaintiff to know what tangible items Monsanto is seeking to inspect by vague descriptions and

- 1 -

1 the Requests are denied as uncertain and unintelligible to the extent they do not list
2 tangible items with particularity.

3     Plaintiff objects to Monsanto's repetitive and duplicative requests, both those that
4 are repetitive and duplicative of the other requests herein and those that are repetitive
5 and duplicative of Monsanto's Requests for Admissions, Interrogatories, and Requests
6 for Entry Onto Land.

7     Plaintiff objects that the repetitive nature, the duplicative nature, the vague
8 nature, and the ambiguous nature of these Requests clearly indicate these were
9 designed to burden and harass Plaintiff.

10     Plaintiff objects to the extent the purported "instructions" go beyond the duties
11 created under the Federal Rules.

## RESPONSES

**Request for Inspection No. 1**

All equipment used by YOU in connection with mixing and applying Roundup® -branded products and other GLYPHOSATE PRODUCTS over the past twenty (20) years. This includes, but is not limited to, any tractors, forklifts, trucks, weed eaters, lawn mowers, tanks, trailers, mixing devices or containers, nozzles, wands, hoses, backpack sprayers, and any other spray applicators that YOU used. YOU are required to provide a date and time over the next 30 days for MONSANTO'S attorneys and any of its agents/designees to visit the properties (including any storage sheds, garages, and other structures) located at 103 Silver Maple Drive, Perrysburg, OH 43551; 7718 Central Avenue, Toledo, OH 43617; 18201 N. Dixie Highway, Bowling Green, OH 43402; 1415 Wagner Avenue, Greenville, OH 45331; 2272 Collingwood Boulevard, Toledo, OH 43620;; and any other location where goods responsive to Request for Inspection No. 1 are stored. YOU are further required to provide a time period of at

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect the goods responsive to Request for Inspection No. 1.

**Response:**

Subject to the general objections above, Plaintiff responds:

As to any equipment used in connection with mixing and applying Roundup-branded products and other glyphosate products that exists in the yard, garage, and outbuilding(s) at 103 Silver Maple Drive, Perrysburg, Ohio, Plaintiff will permit inspection on Friday, February 18, 2022 between 8:30 a.m. and 4:30 p.m. subject to the following restrictions:

- Although the inspection may occur any time during the eight-hour block of time, at least two days prior, Monsanto must provide its arrival time within a 60-minute window;
- Monsanto must provide the names of the inspectors prior to the inspection;
- Monsanto must provide Plaintiff with a copy of any photos or videos taken;
- Monsanto may not remove, alter, or destroy any tangible items during the inspection. However, Plaintiff will negotiate a chain of custody and offsite inspection protocol on a case-by-case basis as needed;
- Plaintiff reserves the right to photograph and/or videotape the inspection; and,
- Plaintiff reserves the right to limit the scope and the logistics of the inspection as appropriate.

As to any tangible items at the other addresses or locations listed in RFI 1, Plaintiff does not have possession, custody, or control of those tangible items or those properties and therefore denies the request.

1 　　　As to all other requests within RFI 1—particularly the vague and ambiguous
2 references and cross-references—Plaintiff denies the requests as unclear and
3 unintelligible.

**Request for Inspection No. 2**

　　　All bottles and containers of Roundup® -branded products and other GLYPHOSATE PRODUCTS that YOU have used or which are in YOUR possession, custody, or control. YOU are required to provide a date and time over the next 30 days for MONSANTO'S attorneys and any of its agents/designees to visit the properties (including any storage sheds, garages, and other structures) located at 103 Silver Maple Drive, Perrysburg, OH 43551; 7718 Central Avenue, Toledo, OH 43617; 18201 N. Dixie Highway, Bowling Green, OH 43402; 1415 Wagner Avenue, Greenville, OH 45331; 2272 Collingwood Boulevard, Toledo, OH 43620;; and any other location where goods responsive to Request for Inspection No. 2 are stored. YOU are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect the goods responsive to Request for Inspection No. 2.

**Response:**

　　　Subject to the general objections above, Plaintiff responds:

　　　As to any bottles and containers of Roundup-branded products and other glyphosate products that exist in the yard, garage, and outbuilding(s) at 103 Silver Maple Drive, Perrysburg, Ohio, Plaintiff will permit inspection on Friday, February 18, 2022 between 8:30 a.m. and 4:30 p.m. subject to the following restrictions:

- Although the inspection may occur any time during the eight-hour block of time, at least two days prior, Monsanto must provide its arrival time within a 60-minute window;

- 4 -

- Monsanto must provide the names of the inspectors prior to the inspection;
- Monsanto must provide Plaintiff with a copy of any photos or videos taken;
- Monsanto may not remove, alter, or destroy any tangible items during the inspection. However, Plaintiff will negotiate a chain of custody and offsite inspection protocol on a case-by-case basis as needed; and,
- Plaintiff reserves the right to limit the scope and the logistics of the inspection as appropriate.

As to any tangible items at the other addresses or locations listed in RFI 2, Plaintiff does not have possession, custody, or control of those tangible items or those properties and therefore denies the request.

As to all other requests within RFI 2—particularly the vague and ambiguous references and cross-references—Plaintiff denies the requests as unclear and unintelligible.

**Request for Inspection No. 3**

> All personal protective equipment and clothing that YOU used or wore while mixing and applying Roundup® -branded products and other GLYPHOSATE PRODUCTS over the past twenty (20) years. This includes, but is not limited to, any clothes (such as shirts and pants), shoes/boots (such as steel-toed boots), gloves, masks, and eye protection (such as safety glasses) that YOU used or wore while applying Roundup® -branded products or other GLYPHOSATE PRODUCTS. YOU are required to provide a date and time over the next 30 days for MONSANTO'S attorneys and any of its agents/designees to visit the properties (including any storage sheds, garages, and other structures) located at 103 Silver Maple Drive, Perrysburg, OH 43551; 7718 Central Avenue, Toledo, OH 43617; 18201 N. Dixie Highway, Bowling Green, OH 43402; 1415 Wagner Avenue, Greenville, OH 45331; 2272 Collingwood Boulevard, Toledo, OH

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

43620;; and any other location where goods responsive to Request for Inspection No. 3 are stored. YOU are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect the goods responsive to Request for Inspection No. 3.

**Response:**

Subject to the general objections above, Plaintiff responds:

Plaintiff denies this request as being unduly burdensome, harassing, and beyond the scope of discovery to the extent it seeks to inspect regular clothing and grants it only as to actual personal protective equipment. As to any personal protective equipment that exists in the yard, garage, and outbuilding(s) at 103 Silver Maple Drive, Perrysburg, Ohio, Plaintiff will permit inspection on Friday, February 18, 2022 between 8:30 a.m. and 4:30 p.m. subject to the following restrictions:

- Although the inspection may occur any time during the eight-hour block of time, at least two days prior, Monsanto must provide its arrival time within a 60-minute window;
- Monsanto must provide the names of the inspectors prior to the inspection;
- Monsanto must provide Plaintiff with a copy of any photos or videos taken;
- Monsanto may not remove, alter, or destroy any tangible items during the inspection. However, Plaintiff will negotiate a chain of custody and offsite inspection protocol on a case-by-case basis as needed; and,
- Plaintiff reserves the right to limit the scope and the logistics of the inspection as appropriate.

As to any tangible items at the other addresses or locations listed in RFI 3, Plaintiff does not have possession, custody, or control of those tangible items or those properties and therefore denies the request.

As to all other requests within RFI 3—particularly the vague and ambiguous references and cross-references—Plaintiff denies the requests as unclear and unintelligible.

**Request for Inspection No. 4**

All bottles and containers of pesticides, insecticides, and rodenticides that YOU have used, for any purpose, over the past twenty (20) years. YOU are required to provide a date and time over the next 30 days for MONSANTO'S attorneys and any of its agents/designees to visit the properties (including any storage sheds, garages, and other structures) located at 103 Silver Maple Drive, Perrysburg, OH 43551; 7718 Central Avenue, Toledo, OH 43617; 18201 N. Dixie Highway, Bowling Green, OH 43402; 1415 Wagner Avenue, Greenville, OH 45331; 2272 Collingwood Boulevard, Toledo, OH 43620;; and any other location where goods responsive to Request for Inspection No. 4 are stored. YOU are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect the goods responsive to Request for Inspection No. 4.

**Response:**

Subject to the general objections above, Plaintiff responds:

As to any bottles and containers of pesticides, insecticides, and rodenticides that exist in the yard, garage, and outbuilding(s) at 103 Silver Maple Drive, Perrysburg, Ohio, Plaintiff will permit inspection on Friday, February 18, 2022 between 8:30 a.m. and 4:30 p.m. subject to the following restrictions:

- Although the inspection may occur any time during the eight-hour block of time, at least two days prior, Monsanto must provide its arrival time within a 60-minute window;
- Monsanto must provide the names of the inspectors prior to the inspection;
- Monsanto must provide Plaintiff with a copy of any photos or videos taken;

- 7 -

- Monsanto may not remove, alter, or destroy any tangible items during the inspection. However, Plaintiff will negotiate a chain of custody and offsite inspection protocol on a case-by-case basis as needed; and,
- Plaintiff reserves the right to limit the scope and the logistics of the inspection as appropriate.

As to any tangible items at the other addresses or locations listed in RFI 4, Plaintiff does not have possession, custody, or control of those tangible items or those properties and therefore denies the request.

As to all other requests within RFI 4—particularly the vague and ambiguous references and cross-references—Plaintiff denies the requests as unclear and unintelligible.

**Request for Inspection No. 5**

All chemicals and/or other products containing ingredients allegedly associated with cancer or Non-Hodgkin's Lymphoma ("NHL") by the International Agency for Research on Cancer ("IARC") FN1 or Plaintiffs' experts that YOU have used or been exposed to, for any purpose, over the past twenty (20) years, including but not limited to:

- Any agent with limited or sufficient evidence of carcinogenicity listed on the following website: https://monographs.iarc.fr/wp-content/uploads/2018/07/Table4.pdf including but not limited to:
    - Benzene and/or benzo[a]pyrene (e.g. paint, lacquer, varnish removers, gasoline, glues, paint thinner, furniture wax);
    - Ethylene Oxide (e.g. antifreeze, detergents, Lysol, transmission fluid);
    - Styrene (e.g., floor waxes, printer cartridges);
    - Trichloroethylene (e.g., spot removers, paint strippers, adhesives, carpet cleaning fluid);

- 8 -

- PAH-emission sources
- Products containing tobacco
- Products containing 1,3-butadiene
- Any herbicides, insecticides, or rodenticides OTHER than Roundup

YOU are required to provide a date and time over the next 30 days for MONSANTO'S attorneys and any of its agents/designees to visit the properties (including any storage sheds, garages, and other structures) located at 103 Silver Maple Drive, Perrysburg, OH 43551; 7718 Central Avenue, Toledo, OH 43617; 18201 N. Dixie Highway, Bowling Green, OH 43402; 1415 Wagner Avenue, Greenville, OH 45331; 2272 Collingwood Boulevard, Toledo, OH 43620;; and any other location where goods responsive to Request for Inspection No. 5 are stored. YOU are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect the goods responsive to Request for Inspection No. 5.

FN1: Plaintiffs allege that IARC's classification of glyphosate as probably carcinogenic is proof of the association between glyphosate and NHL. Though Monsanto disagrees with IARC's classification of glyphosate and disagrees with plaintiffs' description of IARC as an authoritative body, because of plaintiffs' reliance on IARC, Monsanto requests that plaintiffs allow inspection of areas where plaintiff stores or has stored products containing the following compounds also associated with cancer by IARC.

**Response:**

Denied. This request is extraordinarily burdensome and was clearly created just to harass and burden Plaintiff. It fails to name particular tangible items with specificity. It is entirely unintelligible since it refers to 2 websites containing lists, is entirely about

- 9 -

1 active ingredients and not anything Plaintiff would be familiar with, and calls for
2 Plaintiff to know what experts will say in the future (expert reports are not yet due).
3 Moreover, the subject matter is so far afield from the issues in this case that the request
4 far exceeds the otherwise liberal scope of discovery (which is a further indication it was
5 created just to harass and burden Plaintiff).

**Request for Inspection No. 5**

> All chemicals and/or other products containing ingredients allegedly associated with cancer or NHL by the National Toxicology Program that YOU have used or been exposed to, for any purpose, over the past twenty (20) years. See https://ntp.niehs.nih.gov/ntp/roc/content/listed_substances_508.pdf. YOU are required to provide a date and time over the next 30 days for MONSANTO'S attorneys and any of its agents/designees to visit the properties (including any storage sheds, garages, and other structures) located at 103 Silver Maple Drive, Perrysburg, OH 43551; 7718 Central Avenue, Toledo, OH 43617; 18201 N. Dixie Highway, Bowling Green, OH 43402; 1415 Wagner Avenue, Greenville, OH 45331; 2272 Collingwood Boulevard, Toledo, OH 43620;; and any other location where goods responsive to Request for Inspection No. 6 are stored. YOU are further required to provide a time period of at least eight (8) consecutive hours, between the hours of 8:00 a.m. and 6:00 p.m., during which the aforementioned persons can visit to inspect the goods responsive to Request for Inspection No. 6.

**Response:**

Denied. This request is extraordinarily burdensome and was clearly created just to harass and burden Plaintiff. It fails to name particular tangible items with specificity. It is entirely unintelligible since it refers to a website containing a list and is entirely

about active ingredients and not anything Plaintiff would be familiar with. Moreover, the subject matter is so far afield from the issues in this case that the request far exceeds the otherwise liberal scope of discovery, which is a further indication it was created just to harass and burden Plaintiff.

## SIGNED BY

As to all responses:

February 7, 2022

*/s/ Denise Coressel (by permission)*

Denise Coressel

As to all objections:

February 7, 2022       O'Brien Law LLC,

*/s/ James G. O'Brien*
James G. O'Brien (Cal. 308239, Ohio 0088460)
O'BRIEN LAW, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604
Tel.   (419) 930-6401
Fax    (419) 930-6403
Email  jim@obrien.law

*Counsel for Plaintiffs Denise Coressel on behalf of the Estate of James A. Coressel*

- 11 -

## CERTIFICATE OF SERVICE

I transmitted a true and accurate copy of the foregoing upon:

>Joe G. Hollingsworth
>HOLLINGSWORTH LLP
>1350 I Street, N.W.
>Washington, DC 20005
>(202) 898-5800
>Fax: (202) 682-1639
>Email: jhollingsworth@hollingsworthllp.com
>
>*Counsel for Monsanto Company*

by electronic mail.

February 7, 2022            */s/ James G. O'Brien*
                            James G. O'Brien (Cal. 308239, Ohio 0088460)