# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *JOSEPH SIMMS and BELINDA SIMMS* ) *v. MONSANTO CO.,* ) ) **CASE NO. 3:19-cv-05886-VC** ) | MDL No. 2741 Case No. 3:16-md-02741-VC **MOTION FOR LEAVE TO SUBSTITUTE PARTIES AND FILE AMENDED COMPLAINT** |

## PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE PARTIES AND FILE AMENDED COMPLAINT

COMES NOW Plaintiff Belinda Simms, by and through the undersigned counsel, and hereby files this Motion for Leave to Substitute Parties and File an Amended Complaint. In support, Plaintiff states the following:

1. Joseph Simms and Belinda Simms filed this action on August 27, 2019 in United States District Court in the Eastern District of Louisiana.

2. Joseph Simms passed away on March 31, 2021, as reported to the Court in the Suggestion of Death filed on April 20, 2022.

3. Belinda Simms, spouse of decedent Joseph Simms, is the proper to make a claim for a survival action under Louisiana Civil Code article 2315.1.

4. Belinda Simms, spouse of decedent Joseph Simms, is also the proper to pursue a wrongful death action under Louisiana Civil Code article 2315.2.

5. Plaintiff Belinda Simms further moves pursuant to Federal Rule of Civil Procedure 15(a)(2) to file an amended complaint, attached hereto as Exhibit A, to plead survival and wrongful death actions.

5. The parties will not be prejudiced by the filing and there has been no undue delay

or bad faith by Plaintiff.

    WHEREFORE, Plaintiff prays that this Court issue an Order granting leave to substitute parties and amend the complaint.

Dated: July 2, 2022                                          Respectfully Submitted,

                                                                  s/Merritt E. Cunningham
                                                                  Michael G. Stag
                                                                  Merritt E. Cunningham
                                                                  STAG LIUZZA, L.L.C.
                                                                  365 Canal St., Ste. 2850
                                                                  New Orleans, LA 70130 Telephone
                                                                  (504) 593-9600 Facsimile (504)
                                                                  593-9601 mstag@stagliuzza.com
                                                                  mcunningham@stagliuzza.com.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Merritt E. Cunningham
Merritt E. Cunningham
