## IN THE IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS** <br> **LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *JOSEPH SIMMS and BELINDA SIMMS* <br> *v. MONSANTO CO.,* <br><br> **CASE NO. 3:19-cv-05886-VC** | **MDL No. 2741** <br><br> **Case No. 3:16-md-02741-VC** <br><br> **ORDER** |

## ORDER

CONSIDERING THE FOREGOING Motion for Leave to Substitute Parties and File Amended Complaint,

IT IS ORDERED that the motion is GRANTED and Plaintiff may amend the complaint.

This _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE