**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master Docket Case No. 3:16-md-02741-VC<br>MDL No. 2741 |
| THIS DOCUMENT RELATES TO:<br>*Roger Wood, individually, and as successor in interest for the estate of Zena Wood, deceased, v. Monsanto Co. and John Does 1-100,*<br><br>Individual Case No. 3:20-cv-01638-VC | JUDGE VINCE CHHABRIA<br><br>SUGGESTION OF DEATH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1) and Federal Rule of Civil Procedure 25(a)(2), counsel for Plaintiff Roger Wood files this Suggestion of Death upon the Record. Plaintiff Roger Wood passed away on January 25, 2021. Roger Wood's death certificate is attached to this Suggestion of Death as Exhibit A. A Motion for Substitution of Parties is being filed contemporaneously for the surviving daughter and only child, Shawn-Leigh Michele Collins, individually and to take the place of Roger Wood for his claims that survive his passing.

Dated: July 5, 2022

Respectfully Submitted,

**MCCUNE WRIGHT AREVALO, LLP**

   */s/ Kristy M. Arevalo*
Kristy M. Arevalo, Esq.
**MCCUNE, WRIGHT, AREVALO, LLP**
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
Tel: (909) 557-1250, Fax: (909) 557-1275
Email: kma@mccunewright.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, Kristy Arevalo, hereby certify that on June 10, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

<u>/s/ Kristy M. Arevalo</u><br>Kristy M. Arevalo