# EXHIBIT A:

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
RIVERSIDE, CALIFORNIA

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA

**STATE FILE NUMBER:** 3052021026019
**LOCAL REGISTRATION NUMBER:** 3202133001679

| Field | Value |
|---|---|
| 1. Name of Decedent - First (Given) | ROGER |
| 2. Middle | KEITH |
| 3. Last (Family) | WOOD |
| 4. Date of Birth | 05/26/1950 |
| 5. Age Yrs. | 70 |
| 6. Sex | M |
| 8. Birth State/Foreign Country | IL |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | YES |
| 12. Marital Status | MARRIED |
| 7. Date of Death | 01/25/2021 |
| 8. Hour | 0915 |
| 13. Education | SOME COLLEGE |
| 14/15. Hispanic? | NO |
| 16. Race | CAUCASIAN |
| 17. Usual Occupation | PRODUCTION CONTROL |
| 18. Kind of Business/Industry | CIVIL SERVICE |
| 19. Years in Occupation | 25 |
| 20. Decedent's Residence | 25131 AVOCET CIR |
| 21. City | HEMET |
| 22. County/Province | RIVERSIDE |
| 23. Zip Code | 92544 |
| 24. Years in County | 1 |
| 25. State/Foreign Country | CA |
| 28. Informant's Name, Relationship | GAYLE PENUELAS-WOOD, SPOUSE |
| 27. Informant's Mailing Address | 25131 AVOCET DR, HEMET, CA 92544 |
| 28. Name of Surviving Spouse - First | GAYLE |
| 29. Middle | L |
| 30. Last (Birth Name) | STROMQUIST |
| 31. Name of Father/Parent - First | CARROLL |
| 32. Middle | L |
| 33. Last | WOOD |
| 34. Birth State | IL |
| 35. Name of Mother/Parent - First | JEAN |
| 36. Middle | T |
| 37. Last (Birth Name) | TANNIHILL |
| 38. Birth State | WI |
| 39. Disposition Date | 02/01/2021 |
| 40. Place of Final Disposition | AT SEA OFF THE COAST OF SAN DIEGO COUNTY |
| 41. Type of Disposition(s) | CR/SEA |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | PREFERRED CREMATION AND BURIAL |
| 45. License Number | FD1746 |
| 46. Signature of Local Registrar | CAMERON KAISER, MD |
| 47. Date | 02/01/2021 |
| 101. Place of Death | RESIDENCE HOSPICE |
| 103. If Other Than Hospital | Decedent's Home (X) |
| 104. County | RIVERSIDE |
| 105. Facility Address | 25131 AVOCET CIR |
| 106. City | HEMET |
| 107. Cause of Death - Immediate Cause (A) | GLIOBLASTOMA MULTIFORME |
| Time Interval Onset and Death | MONS |
| 108. Death Reported to Coroner? | NO (X) |
| 109. Biopsy Performed? | YES (X) |
| 110. Autopsy Performed? | NO (X) |
| 111. Used in Determining Cause? | NO |
| 112. Other Significant Conditions | NONE |
| 113. Was Operation Performed | LEFT CRANIOTOMY WITH TUMOR EXCISION 08/17/2020 |
| 115. Signature and Title of Certifier | RICHARD EARL LEWIS M.D. |
| 116. License Number | G60815 |
| 117. Date | 01/29/2021 |
| 118. Type Attending Physician's Name, Mailing Address, Zip Code | RICHARD EARL LEWIS M.D. 10800 MAGNOLIA AVE, RIVERSIDE, CA 92505 |
| Decedent Attended Since | 11/23/2020 |
| Decedent Last Seen Alive | 01/13/2021 |

State File barcode: *010001004833201*

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file in the office of the County of Riverside, Assessor-County Clerk-Recorder.

**DATE ISSUED:** APR 15 2021



034982537

PETER ALDANA
ASSESSOR-COUNTY CLERK-RECORDER
RIVERSIDE COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-County Clerk-Recorder.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

CARIVERS02