# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**JUDGE: VINCE CHHABRIA** |
| THIS DOCUMENT RELATES TO:<br>*Roger Wood, individually, and as successor in interest for the estate of Zena Wood, deceased, v. Monsanto Co. and John Does 1-100,*<br><br>Individual Case No. 3:20-cv-01638-VC | **MOTION TO SUBSTITUTE PARTY** |

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Roger Wood, respectfully moves this Court to substitute Shawn-Leigh Michele Collins, as the surviving daughter of Roger Wood, deceased, and Zena Wood, deceased, pursuant to Rule 25 of the Federal Rules of Civil Procedure.

1. Roger Wood passed away on January 25, 2021 (*see* Exhibit A.)
2. Roger Wood died testate and has descendants.
3. Shawn-Leigh Michele Collins is the proper party to make this suggestion because she is Roger Wood and Zena Wood's only child and surviving daughter, who has a right to pursue a wrongful death action against Defendants. CCPC §377.60.
4. Roger Wood's action against Defendants survives his death and is not extinguished. CCPC §377.31.
5. The present action continues as a survival action pursuant to F.R.C.P. 25(a)(1).
6. Shawn-Leigh Michele Collins, the surviving daughter of Roger Wood, moves to be substituted as the sole Plaintiff in the present action on behalf of Roger Wood and Zena Wood.
7. No party will be prejudiced by this amendment, and it serves the needs of justice.
8. Therefore, Plaintiff requests that this Court enter an Order substituting Shawn-Leigh

Michele Collins in place of Roger Wood. The Plaintiff caption is requested to be amended as follows: "Shawn-Leigh Michele Collins, individually and on behalf of Zena Wood, deceased."

WHEREFORE, Counsel for Plaintiff, Roger Wood, requests the Court grant Plaintiff's Motion to Substitute Shawn-Leigh Michele Collins, in place of Roger Wood.

Dated: July 5, 2022

Respectfully Submitted,
**MCCUNE, WRIGHT, AREVALO, LLP**

By: */s/ Kristy M. Arevalo*
Kristy M. Arevalo, Esq.
**MCCUNE, WRIGHT, AREVALO, LLP**
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
Tel:   (909) 557-1250
Fax:   (909) 557-1275
Email: kma@mccunewright.com

*Attorney for Plaintiff*

## **CERTIFICATION**

I hereby certify that on this 5th day July 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kristy M. Arevalo*
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**JUDGE: VINCE CHHABRIA** |
| THIS DOCUMENT RELATES TO:<br>*Roger Wood, individually, and as successor in interest for the estate of Zena Wood, deceased, v. Monsanto Co. and John Does 1-100,*<br><br>Individual Case No. 3:20-cv-01638-VC | **[PROPOSED] ORDER** |

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Shawn-Leigh Michele Collins, individually and on behalf of Plaintiff Roger Wood, deceased, in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED**.

Dated: _____

_____
Hon. Vince Chhabria
United States District Court Judge