# EXHIBIT A:

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3052021026019
LOCAL REGISTRATION NUMBER: 3202133001679

1. NAME OF DECEDENT – FIRST (Given): ROGER
2. MIDDLE: KEITH
3. LAST (Family): WOOD

AKA, ALSO KNOWN AS: —
4. DATE OF BIRTH: 05/26/1950
5. AGE: 70
6. SEX: M

9. BIRTH STATE/FOREIGN COUNTRY: IL
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES?: [X] YES
12. MARITAL STATUS: MARRIED
7. DATE OF DEATH: 01/25/2021
8. HOUR: 0915

13. EDUCATION: SOME COLLEGE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: [X] NO
16. DECEDENT'S RACE: CAUCASIAN

17. USUAL OCCUPATION: PRODUCTION CONTROL
18. KIND OF BUSINESS OR INDUSTRY: CIVIL SERVICE
19. YEARS IN OCCUPATION: 25

20. DECEDENT'S RESIDENCE: 25131 AVOCET CIR
21. CITY: HEMET
22. COUNTY/PROVINCE: RIVERSIDE
23. ZIP CODE: 92544
24. YEARS IN COUNTY: 1
25. STATE/FOREIGN COUNTRY: CA

26. INFORMANT'S NAME, RELATIONSHIP: GAYLE PENUELAS-WOOD, SPOUSE
27. INFORMANT'S MAILING ADDRESS: 25131 AVOCET DR, HEMET, CA 92544

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: GAYLE
29. MIDDLE: L
30. LAST (BIRTH NAME): STROMQUIST

31. NAME OF FATHER/PARENT – FIRST: CARROLL
32. MIDDLE: L
33. LAST: WOOD
34. BIRTH STATE: IL

35. NAME OF MOTHER/PARENT – FIRST: JEAN
36. MIDDLE: T
37. LAST (BIRTH NAME): TANNIHILL
38. BIRTH STATE: WI

39. DISPOSITION DATE: 02/01/2021
40. PLACE OF FINAL DISPOSITION: AT SEA OFF THE COAST OF SAN DIEGO COUNTY
41. TYPE OF DISPOSITION(S): CR/SEA
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: PREFERRED CREMATION AND BURIAL
45. LICENSE NUMBER: FD1746
46. SIGNATURE OF LOCAL REGISTRAR: CAMERON KAISER, MD
47. DATE: 02/01/2021

101. PLACE OF DEATH: RESIDENCE HOSPICE
103. IF OTHER THAN HOSPITAL: [X] Decedent's Home
104. COUNTY: RIVERSIDE
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 25131 AVOCET CIR
106. CITY: HEMET

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): GLIOBLASTOMA MULTIFORME
Time interval: MONS
108. DEATH REPORTED TO CORONER?: [X] NO
109. BIOPSY PERFORMED?: [X] YES
110. AUTOPSY PERFORMED?: [X] NO
111. USED IN DETERMINING CAUSE?: (blank)

112. OTHER SIGNIFICANT CONDITIONS: NONE

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: LEFT CRANIOTOMY WITH TUMOR EXCISION 08/17/2020

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since: 11/23/2020
Decedent Last Seen Alive: 01/13/2021
115. SIGNATURE AND TITLE OF CERTIFIER: RICHARD EARL LEWIS M.D.
116. LICENSE NUMBER: G60815
117. DATE: 01/29/2021
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: RICHARD EARL LEWIS M.D., 10800 MAGNOLIA AVE, RIVERSIDE, CA 92505

119. MANNER OF DEATH: (blank)
120. INJURED AT WORK?: (blank)

*010001004833201*

---



**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file in the office of the County of Riverside, Assessor-County Clerk-Recorder.

DATE ISSUED: APR 15 2021

034982537

Peter Aldana
PETER ALDANA
ASSESSOR-COUNTY CLERK-RECORDER
RIVERSIDE COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-County Clerk-Recorder.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

CARIVERS02