1  **SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
2  600 Travis Street, Suite 3400
Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
4  Email:       jstubbs@shb.com

5  *Attorneys for Defendant*
*MONSANTO COMPANY*

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8  | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
| LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |

9

10  This document relates to:

11  *Steven B. John v. Monsanto Co.*,
Case No. 3:22-cv-03815-VC

12

13       **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

14       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

15  ("Monsanto") makes the following disclosures:

16       1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

17       2.    Bayer AG is a publicly held corporation.

18

19  DATED: July 5, 2022              Respectfully submitted,

20                                   SHOOK, HARDY & BACON L.L.P.

21                                   BY: */s/ Jennise W. Stubbs*
                                        Jennise W. Stubbs
22                                      600 Travis Street, Suite 3400
                                        Houston, TX 77002-2926
23                                      Telephone:   (713) 227-8008
                                        Facsimile:   (713) 227-9508
24                                      Email:       jstubbs@shb.com

25
                                     *Attorneys for Defendant*
26                                   *MONSANTO COMPANY*

27

28

## CERTIFICATE OF SERVICE

I certify that on the 5th day of July, 2022, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs