David Dickens, Esq. (pro hac vice)
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
ddicksens@millerfirmllc.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>RICHARD DULNIAK,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY<br><br>    Defendant. | Docket No. 3:16-md-02741<br>Judge Vince Chhabria<br>Case No. 3:22-cv-3956<br><br>**SHORT FORM COMPLAINT**<br>(Pursuant to PTOs 149 and 155) |

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned Anthony Berlin et al. v. Monsanto Company, originally filed in the United States District Court Eastern District of Missouri, Eastern Division, into individual short form complaints for pre-trial work up purposes, Plaintiff Richard Dulniak provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Richard Dulniak.
2. The case is brought against Defendant Monsanto Company (Monsanto).
3. Plaintiff first filed his case against Monsanto in the United States District Court of

1

SHORT FORM COMPLAINT

the Eastern District of Missouri, Eastern Division, 4:18-cv-45.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in Anthony Berlin et al. v. Monsanto Company, Case No. 4:18-cv-45, other than paragraphs 4-9, and 11-42.

5. Plaintiff resided in Leesburg, Florida at the time of filing the original complaint against Monsanto.

6. Plaintiff passed away in Leesburg, Florida on March 19, 2020.

7. Plaintiff resided in Leesburg, Florida at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in Florida.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff was a citizen of Florida, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000.00, exclusive of interest and costs.

10. Plaintiff alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from approximately 1971 to 2016. Mr. Dulniak sprayed Roundup® approximately every two weeks for home use.

12. Plaintiff used Monsanto's Roundup® products in Leesburg, Florida.

13. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in 2014.

14. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Fraud, Misrepresentation, Suppression; and Violation of the Consumer Fraud Acts. Plaintiff requests compensatory and punitive damages.

Dated: July 6, 2022                           **THE MILLER FIRM LLC**

*/s/ David Dickens*
David Dickens (pro hac vice)
108 Railroad Avenue
Orange, VA 22960-9903
Tel: (540) 672-4224
Fax: (540) 672-3055
bbrake@millerfirmllc.com