AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Bobby Ross | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:18-cv-00676-VC / MDL: 2741 |
| Monsanto Company | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bobby Ross, Plaintiff .

Date: 07/07/2022

/s/ Eugene E. Brooks, IV
*Attorney's signature*

Eugene E. Brooks, IV/084750
*Printed name and bar number*

BROOKS LAW OFFICE
P.O. Box 9545
Savannah, GA 31412

*Address*

gbrooks@brooks-law.com
*E-mail address*

(912) 233-9696
*Telephone number*

(912) 232-8650
*FAX number*