UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) |
| _____ | ) ) |
| This document relates to: | ) ) |
| *Bobby D. Ross v. Monsanto Co.*, Case No. 3:18-cv-00676-VC | ) ) ) |

**UNOPPOSED MOTION TO MOVE CASE TO WAVE V**

Plaintiff Bobby D. Ross respectfully requests that the Court move his case from Wave IV to Wave V, for the following reasons:

1. Plaintiff Ross' counsel has conferred with Monsanto's counsel, who has no objection to the request to transfer this case to Wave V.

2. Plaintiff Ross' case is currently included in Wave IV.

3. Mindful of the deadlines pertaining to Wave IV, the parties have been diligently conducting discovery in this matter. The Plaintiff's deposition has been taken as has the deposition of one of his treating physicians. Plaintiff has produced a majority of documents responsive to Defendant's requests.

4. Despite the parties' best efforts, however, there are aspects of discovery still to be conducted, including the collection of additional medical, employment, and insurance records, which will not be completed by the August 23, 2022 [Doc. 14763] expert discovery deadline, and may lead to the need for additional depositions.

1

5. Plaintiff believes the best, most practical course of action would be to move this case from Wave IV to Wave V. Again, Defendant has no opposition to this request.

Therefore, Plaintiff Bobby Ross respectfully requests that the Court move his case from Wave IV to Wave V.

This 7th day of July, 2022.

/s/ Christiaan A. Marcum
Christiaan A. Marcum
(cmarcum@rpwb.com)
**ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC**
1037 Chuck Dawley Boulevard, Building A
P.O. Box 1007 (29465)
Mount Pleasant, SC 29464
Tel: (843) 727-6522

Eugene C. Brooks, IV
gbrooks@brooks-law.com
**BROOKS LAW OFFICE**
P.O. Box 9545
Savannah, Georgia 31412
Tel: (912) 233-9696

*Attorneys for Plaintiff*

Consented to by:

/s/ Anthony R. Martinez, Esq.
Anthony R. Martinez, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 6th day of July, 2022, the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE V was served upon the following counsel for Plaintiff and MDL Co-Lead Counsel via the Court's electronic filing system:

**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
([bstekloff@wilkinsonstekloff.com](bstekloff@wilkinsonstekloff.com))
Rakesh Kilaru (*pro hac vice*)
([rkilaru@wilkinsonstekloff.com](rkilaru@wilkinsonstekloff.com))
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
([elasker@hollingsworthllp.com](elasker@hollingsworthllp.com))
Heather Pigman (*pro hac vice*)
([hpigman@hollingsworthllp.com](hpigman@hollingsworthllp.com))
John Kalas (*pro hac vice*)
([jkalas@hollingsworthllp.com](jkalas@hollingsworthllp.com))
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

**ARNOLD & PORTER KAYE SCHOLER LLP**
Daniel Pariser (*pro hac vice*)
([daniel.pariser@arnoldporter.com](daniel.pariser@arnoldporter.com))
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

**SHOOK, HARDY & BACON LLP**
Anthony Martinez (*pro hac vice*)
([amartinez@shb.com](amartinez@shb.com))
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683

*/s/ Christiaan A. Marcum*
Christiaan A. Marcum
(cmarcum@rpwb.com)
**ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC**
1037 Chuck Dawley Boulevard, Building A
P.O. Box 1007 (29465)
Mount Pleasant, SC 29464
Tel: (843) 727-6522

[signature continued on following page]

Eugene C. Brooks, IV
gbrooks@brooks-law.com
**BROOKS LAW OFFICE**
P.O. Box 9545
Savannah, Georgia 31412
Tel: (912) 233-9696

*Attorneys for Plaintiff*