**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 |
| _____ | ) **Order Granting Consent Motion to** ) **Move Case to Wave V** |
| This document relates to: | ) |
| *Bobby D. Ross v. Monsanto Co.*, Case No. 3:18-cv-00676-VC | ) |

The parties' consent motion to move the case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

This ____ day of _____, _____.


_____


**Prepared by:**
*/s/ Robert E. LeMoine*
Michael A. Holcomb
(aholcomb@turnbullfirm.com)
Robert E. LeMoine
(blemoine@turnbullfirm.com)
**TURNBULL, HOLCOMB & LeMOINE, P.C.**
3379 Peachtree Road, NE, Suite 740
Atlanta, GA 30326
Tel: (404) 793-2566

**Consented to by:**
*/s/ Anthony R. Martinez, Esq.*
Anthony R. Martinez, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683
Attorney for Defendant

1