**GALLON, TAKACS & BOISSONEAULT, CO., L.P.A.**
Jonathan M. Ashton
3516 Granite Circle
Toledo, Ohio 43617
Telephone:     (419) 843-2001
Facsimile:      (419) 843-8022
Email: jashton@gallonlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Richard Yant et al. v. Monsanto Company, et al.*, Case No. 3:22-cv-03820-VC | |

## **NOTICE OF DISMISSAL AS TO CLAIMS AGAINST BAYER CORPORATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Richard Yant and Lori Yant hereby dismiss all of their claims against Bayer Corporation without prejudice. Bayer Corporation has not yet answered or filed a motion for summary judgment, and this notice of dismissal is, therefore, "effective on filing." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

Respectfully submitted this 7th day of July, 2022.

- 2 -

Respectfully submitted,

**GALLON, TAKACS &
BOISSONEAULT, CO., L.P.A**

*/s/* Jonathan M. Ashton
Jonathan M. Ashton
1450 Arrowhead Drive
Maumee, OH 43537
Telephone:   (419) 843-2001
Facsimile:   (419) 843-8022
Email:       jashton@gallonlaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on the 7th day of July, 2022, I electronically transmitted the foregoing **NOTICE OF DISMISSAL AS TO CLAIMS AGAINST BAYER CORPORATION** to the Clerk of the court using the ECF system for filing and transmittal. A true and correct copy of the foregoing document was served on all parties electronically or by another manner as authorized by FED. R. CIV. P. 5.

          */s/* Jonathan M. Ashton
          Jonathan M. Ashton