**CHAPPELL, SMITH & ARDEN, P.A.**
Graham L. Newman (*pro hac vice*)
(gnewman@csa-law.com)
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
Tel:   (803) 929-3600
Fax:   (803) 929-3604

*Attorneys for Plaintiff*
WANDA COPELAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Wanda Copeland, et al. v. Monsanto Co.*, Case No. 3:20-cv-02649-VC | |

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

1. Plaintiff's counsel has consulted with Defendant's counsel who does not oppose the motion to move this case to Wave VI.

2. This case is presently situated in Wave IV(B).

3. All parties to this action have diligently pursued discovery, having taken depositions of the Plaintiff, two fact witnesses, and two treating physicians.

4. The parties have also conducted the inspection of the premises owned by Plaintiff's decedent.

5. Nevertheless, the impending deadlines posed by Wave IV(B) present challenges to the Plaintiff to present the required expert reports.

6. When consulting with one another regarding these challenges, Plaintiff's counsel and Defendant's counsel believe transferring this case to Wave VI would be in the best interests of justice.

Respectfully submitted,

/s/ Graham L. Newman
Graham L. Newman
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)
gnewman@csa-law.com

**CERTIFICATE OF SERVICE**

    I transmitted a true and accurate copy of the foregoing upon:

        Joe G. Hollingsworth
        HOLLINGSWORTH LLP
        1350 I Street, N.W.
        Washington, DC 20005
        (202) 898-5800
        Fax: (202) 682-1639
        Email: jhollingsworth@hollingsworthllp.com

        *Counsel for Monsanto Company*

by filing a copy on the Court's electronic filing system.

        /s/ Graham L. Newman
        Graham L. Newman (SC Fed. ID #9746)

        *Counsel for the Plaintiff*