UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Wanda Copeland, et al. v. Monsanto Co.*, Case No. 3:20-cv-02649-VC | ) ) MDL No. 2741 ) ) ) ) ) ) ) ) ) ) ) |

**ORDER GRANTING CONSENT MOTION TO MOVE CASE TO WAVE VI**

Having reviewed the unopposed motion seeking to transfer this case to Wave VI, the Court grants the requested relief and transfers this case to Wave VI.

IT IS SO ORDERED.

_____
Vince G. Chhabria
Presiding Judge
United States District Court

1