IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Henry Cato v. Monsanto Co.*,<br>Case No. 3:20-cv-01920-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE V

Plaintiff Henry Cato respectfully requests that the Court move his case from Wave IV to Wave V for the following reasons:

1. Counsel for Plaintiff Henry Cato has conferred with Monsanto's counsel, who has no objection to the request to transfer this case to Wave V.

2. Plaintiff Henry Cato's case is currently included in Wave IV.

3. Mindful of the deadlines pertaining to Wave IV, the parties have been diligently conducting discovery in this matter. The Plaintiff's deposition has been taken. Plaintiff has produced a majority of documents responsive to Defendant's requests.

4. Despite the parties' best efforts, however, there are aspects of discovery still to be conducted, including the collection of additional medical, employment, and insurance records, which will not be completed by the August 22, 2022 [Doc. 14763] expert discovery deadline, and may lead to the need for additional depositions.

5. Plaintiff believes the best, most practical course of action would be to move this case from Wave IV and Wave V. Again, Defendant has no opposition to this request.

Therefore, Plaintiff Henry Cato respectfully requests that the Court move his case from

Wave IV to Wave V.

This 8th day of July 2022.

          **RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS, LLC**

          *s/Chris Moore*
          Chris Moore (FBN: )
          Daniel Haltiwanger (FBN: 7544)
          1513 Hampton Street, First Floor
          Columbia, South Carolina 29201
          T: (803) 281-8150
          chris@richardsonthomas.com
          dan@richardsonthomas.com

          *Attorneys for Plaintiff*

Consented to by:

**SHOOK, HARDY & BACON, L.L.P.**

*s/Anthony R. Martinez*
Anthony R. Martinez
2555 Grand Boulevard
Kansas City, Missouri 64108
T: (816) 559-2683

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of July 2022, the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE V was served upon the following counsel for Plaintiff and MDL Co-Lead Counsel via the Court's electronic filing system:

WILKINSON STEKLOFF LLP
Brian L. Stekloff *(pro hac vice)*
bstekloff@wilkinsonstekloff.com
Rakesh Kilaru *(pro hac vice)*
rkilaru@wilkinsonstekloff.com
2001 M St. NW, 10th Floor
Washington, D.C. 20036

ARNOLD & PORTER KAY SCHOLDER LLP
Daniel Pariser *(pro hac vice)*
Daniel.pariser@arnoldport.com
555 12th St. NW
Washington, D.C. 20004

HOLLINGSWORTH LLP
Eric G. Lasker *(pro hac vice)*
elasker@hollingsworthllp.com
Heather Pigman *(pro hac vice)*
hpigman@hollingsworthllp.com
John Kalas *(pro hac vice)*
jkalas@hollingsworthllp.com
1350 I St. NW
Washington, D.C. 20005

SHOOK, HARDY & BACON LLP
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108

*Attorneys for Defendant Monsanto Co.*

**RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS, LLC**

*s/Chris Moore*
Chris Moore (FBN: 10445)
Daniel Haltiwanger (FBN: 7544)
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
T: (803) 281-8150
chris@richardsonthomas.com
dan@richardsonthomas.com

*Attorneys for Plaintiff*