IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Henry Cato v. Monsanto Co.*, Case No. 3:20-cv-01920-VC | |

### ORDER GRANTING CONSENT MOTION TO MOVE CASE TO WAVE V

The parties' consent motion to move the case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

This _____ day of _____, 20_____.

_____

**Prepared by:**

*s/Chris Moore*_____
Chris Moore (FBN: 10445)
Daniel Haltiwanger (FBN: 7544)
RICHARDSON, THOMAS, HALTIWANGER,
MOORE & LEWIS, LLC
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
T: (803) 281-8150
chris@richardsonthomas.com
dan@richardsonthomas.com

**Consented to by:**

*s/Anthony R. Martinez*_____
Anthony R. Martinez
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
T: (816) 559-2683
*Attorney for Defendant*