Paula S. Bliss
BERNHEIM KELLEY BATTISTA BLISS
4 Court Street
Plymouth, MA 02360
Telephone: 617-865-3652
Fax: 617-830-0712
pbliss@realjustice.com

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| IN RE: ROUND UP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| _____ | Case No. 3:16-md-02741-VC |
| This document relates to: | NOTICE OF APPEARANCE OF PAULA S. BLISS |
| *George Aldoupolis, et al v. Monsanto Co. 3:20-cv-03433-VC* | |
| _____ | |

     PLEASE TAKE NOTICE that Paula S. Bliss of the firm of Bernheim Kelley Battista Bliss hereby enters her appearance on behalf of the Plaintiffs in the above-entitled matter and requests that she be added to the electronic service list.

DATED: 7/12/22

BERNHEIM KELLEY BATTISTA BLISS

*/s/ Paula S. Bliss*
Attorney for the Plaintiffs
4 Court Street, Plymouth, MA 02360
Telephone: 617-865-3652
Fax:     617-830-0712
Email: pbliss@realjustice.com

## **CERTIFICAE OF SERVICE**

    I hereby certify that on July 12, 2022, I electronically filed my Notice of Appearance on behalf of the Plaintiffs George Aldoupolis and Helen Aldoupolis with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: 7/12/22

BERNHEIM KELLEY BATTISTA BLISS

*/s/ Paula S. Bliss*
Attorney for the Plaintiffs
4 Court Street, Plymouth, MA 02360
Telephone: 617-865-3652
Fax:            617-830-0712
Email: pbliss@realjustice.com