MARINO FINLEY LLP
  Daniel Marino (D.C. Bar No. 416711)
  dmarino@marnofinley.com
  Tillman J. Finley (D.C. Bar No. 477737)
  tfinley@marinofinley.com
818 Connecticut Avenue, N.W.
Suite 801
Washington, DC  20006
Tel: (202) 223-8888

KASSEL MCVEY ATTORNEYS AT LAW
  John D. Kassel (SCDC 2278) jkassel@kassellaw.com
  Theile B. McVey (SCDC 7614) tmcvey@kassellaw.com
  Jamie Rae Rutkoski (SCDC 12880) jrutkoski@kassellaw.com
1330 Laurel St., P.O. Box 1476
Columbia, SC  2902-1476
Tel: (803) 256-4242 | Fax: (803) 256-1952

*Attorneys for Plaintiff Richard A. Doran, Jr.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Doran v. Monsanto Company*<br>Case No. 3:20-cv-02650-VC | MDL No. 2741<br><br>Master Docket Case No. 16-md-02741<br><br>Hon. Vince Chhabria<br><br>Case No. 3:20-cv-02650-VC<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE V** |

Plaintiff Richard A. Doran, Jr. respectfully requests that the Court move his case from Wave IV to Wave V. In support, Plaintiff sets forth as follows:

1. Mr. Doran's counsel has conferred with counsel for Defendant Monsanto Company, who has agreed to transfer this case to Wave V.

2. Mr. Doran's case is currently included within Wave IV.

3. The parties have conducted discovery in this matter, including interrogatories, document requests, requests to inspect, the deposition of Mr. Doran, and the deposition of one of his treating physicians.

4. Despite the parties' best efforts, however, certain aspects of discovery remain to be completed, including the deposition of another physician who treated Mr. Doran and other matters necessary to the preparation of Plaintiff's expert disclosures.

5. Accordingly, Mr. Doran submits that the best course of proceeding is to move the instant case from Wave IV to Wave V.

6. Defendant has agreed to the requested relief.

Wherefore, Plaintiff Richard A. Doran, Jr. respectfully requests that the Court move his case from Wave IV to Wave V.

DATED: July 12, 2022

Respectfully submitted,

/s/ Tillman J. Finley
Tillman J. Finley (D.C. Bar No. 477737)
tfinley@marinofinley.com
Dan Marino (D.C. Bar No. 416711)
dmarino@marinofinley.com
MARINO FINLEY LLP
818 Connecticut Ave., N.W., Ste. 801
Washington, DC 20006
Tel: (202) 223-8888
Fax: (877) 235-3666

John D. Kassel (SCDC 2278)
Theile B. McVey (SCDC 7614)
Jamie Rae Rutkoski (SCDC 12880)
KASSEL MCVEY ATTORNEYS AT LAW
1330 Laurel St., P.O. Box 1476
Columbia, SC 29202-1476

*Attorneys for Plaintiff Richard A. Doran, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 12th day of July 2022, the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.