UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741 |
| | Hon. Vince Chhabria |
| This document relates to: | Case No. 3:20-cv-02650-VC |
| *Doran v. Monsanto Company* Case No. 3:20-cv-02650-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE V** |

    Plaintiff Richard A. Doran, Jr.'s motion to move the above-captioned case from Wave IV to Wave is hereby **GRANTED.**

    IT IS SO ORDERED.

Dated: _____