# EXHIBIT A

# EXHIBIT A

**John Enochs**

| | |
|---|---|
| From: | John Enochs |
| Sent: | Wednesday, March 2, 2022 10:19 AM |
| To: | Ken Feinberg; Kenneth Feinberg |
| Cc: | Camille Biros |
| Subject: | RE: [EXTERNAL]RE: Roundup Show Cause Order |
| Attachments: | PTO 270 Appendix A (Marked).pdf |

Ken,

Good morning.

I have attached Appendix A to PTO 270. All Morris Bart clients are highlighted in yellow. By my count, there are 46. I have marked 15 of these as "Ready to Submit," which we will send to you by the end of this week. We will submit the remainder on or before the end of this month.

I do not see in our files the notices under PTO 240 that settlement documents needed to be submitted for the matters on Appendix A. If the oversight was on my part, please accept my sincere apologies. I greatly appreciate your working with us to resolve this matter and the extension of time you have provided to submit claims documents. If it would be possible to send all future PTO 240 notices to me directly, this would be greatly appreciated as I will make certain that all claims documents are timely submitted. Please remain assured that it is our intention to participate fully with all requirements of the settlement program for all of our clients in MDL 2741.

In the meantime, please do not hesitate to contact me if you need anything further, and thank you again for your courtesies.

Best regards,

John



John C. Enochs
Attorney
MorrisBart, LLC
Pan American Life Center
601 Poydras St., 24th Floor
New Orleans, LA 70130
Direct: 504-526-1087
Fax:    833-277-4214
jenochs@morrisbart.com
http://www.morrisbart.com

From: Ken Feinberg <kfeinberg@feinberglawoffices.com>
Sent: Tuesday, March 1, 2022 10:40 AM
To: John Enochs <jenochs@morrisbart.com>
Cc: Camille Biros <cbiros@feinberglawoffices.com>
Subject: [EXTERNAL]RE: Roundup Show Cause Order

1

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

John,

Thanks for your prompt email following our telephone conversation earlier this a.m. You are correct in all particulars. We await claims packets for 12 of your clients by the end of this week. Could you please provide us a list of these 12?

Your 30 day extension is granted until the end of March. Again, can you please provide us a list of the remaining clients who will be submitting claims packets within the 30 day extension?

We will advise the Court of the foregoing. Nothing further for you to do.

Much appreciated,
Ken and Camille

From: John Enochs [mailto:jenochs@morrisbart.com]
Sent: Tuesday, March 1, 2022 10:01 AM
To: Ken Feinberg <kfeinberg@feinberglawoffices.com>
Subject: Roundup Show Cause Order

Caution: This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.


Ken,

Thanks so much for the call this morning. Per our conversation, we will submit settlement claims packets for at least twelve of the plaintiffs listed on the show cause order by no later than the end of this week. We have requested a 30-day extension for the remainder, which we will submit on or before the end of March, and we understand you are agreeable to this extension. We understand that you will advise the Court of the foregoing, and that we will not need to do anything further to respond to the show cause order. Please confirm if my understanding is correct.

Best regards,

John Enochs


Get Outlook for iOS