# EXHIBIT E

## John Enochs

| | |
|---|---|
| From: | John Enochs |
| Sent: | Friday, March 25, 2022 2:33 PM |
| To: | RoundupProgram |
| Cc: | Roundup Team (MT) |
| Subject: | Shipman Jr, Edward  20-0078RUP |
| Attachments: | Edward Shipman Filed Cnomplaint (MDL).pdf |

Please find attached the filed complaint you requested for Edward Shipman.  3:21-cv-03272-VC

Harrison Kemp, Mann & Kemp, PLLC are our c-counsel, but we are taking the lead.

Please let me know if you need any additional information.

Thanks,

John



John C. Enochs
Attorney
MorrisBart, LLC
Pan American Life Center
601 Poydras St., 24th Floor
New Orleans, LA 70130
Direct: 504-526-1087
Fax:    833-277-4214
jenochs@morrisbart.com
http://www.morrisbart.com