# EXHIBIT F

## John Enochs

| | |
|---|---|
| From: | John Enochs |
| Sent: | Friday, June 10, 2022 8:13 AM |
| To: | Roundup Program |
| Cc: | Betsy Barnes |
| Subject: | RE: [EXTERNAL]RE: Shipman Jr, Edward 20-0078RUP |

Good morning.

Thank you so much for contacting me about this. We will respond to the Order immediately. Our intention is for Mr. Shipman and all of our clients to participate in the settlement program.

Best regards,

John



John C. Enochs
Attorney
MorrisBart, LLC
Pan American Life Center
601 Poydras St., 24th Floor
New Orleans, LA 70130
Direct: 504-526-1087
Fax: 833-277-4214
jenochs@morrisbart.com
http://www.morrisbart.com

From: Roundup Program <roundupprogram@feinberglawoffices.com>
Sent: Thursday, June 9, 2022 5:28 PM
To: John Enochs <jenochs@morrisbart.com>; Roundup Program <roundupprogram@feinberglawoffices.com>
Cc: Roundup Team (MT) <Roundup@morrisbart.com>
Subject: [EXTERNAL]RE: Shipman Jr, Edward 20-0078RUP

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Mr. Enochs,

We are reaching out regarding the attached Court Order. Per the Order, the case for your Claimant, Edward Shipman, has been dismissed from the MDL. We want to confirm whether or not you are in the process of responding to this Order, or requesting a reversal of the order from the Court. Can you provide us with any additional information, or any further documentation regarding this dismissal?

Regards,
Feinberg Law Offices

From: John Enochs [mailto:jenochs@morrisbart.com]
Sent: Friday, March 25, 2022 3:33 PM
To: Roundup Program <roundupprogram@feinberglawoffices.com>

1

Cc: Roundup Team (MT) <Roundup@morrisbart.com>
Subject: Shipman Jr, Edward 20-0078RUP

Caution: This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.

Please find attached the filed complaint you requested for Edward Shipman. 3:21-cv-03272-VC

Harrison Kemp, Mann & Kemp, PLLC are our c-counsel, but we are taking the lead.

Please let me know if you need any additional information.

Thanks,

John



John C. Enochs
Attorney
MorrisBart, LLC
Pan American Life Center
601 Poydras St., 24th Floor
New Orleans, LA 70130
Direct: 504-526-1087
Fax:    833-277-4214
jenochs@morrisbart.com
http://www.morrisbart.com

2