# EXHIBIT H

## AFFIDAVIT

Pursuant to Civil L.R. 7-5, I, John C. Enochs, declare under penalty of perjury that this Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b) and Brief in Support have been examined by me and that its contents are true and correct based upon my information, knowledge, and belief.

Date: July 12, 2022

_____
John C. Enochs

_____
NOTARY

*[Notary seal: PAUL H. VILLALOBOS, NOTARY PUBLIC, BAR NO. 22981, STATE OF LOUISIANA]*