John H. Gomez (CA Bar # 171485)
Lindsay R. Stevens (CA Bar # 256811)
Jessica S. Williams (CA Bar #314762)
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DRAY, an Individual, | MDL Case No.: 3:16-md-02741-VC |
| Plaintiff, | Case No.: 3:21-cv-06837-VC |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| MONSANTO COMPANY and DOES 1-50, | |
| Defendants. | Complaint filed: September 3, 2021 |
| | Trial Date: None. |

IT IS HEREBY STIPULATED AND AGREED by Daniel Dray, by and through his undersigned counsel, and Defendant Monsanto Company, by and through their undersigned counsel, that the above-captioned action is voluntarily dismissed without prejudice as to Defendant Monsanto Company, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated:  July 13, 2022        Respectfully submitted,

BY:    */s/ John H. Gomez*
       John H. Gomez, Esq.
       **GOMEZ TRIAL ATTORNEYS**
       655 West Broadway, Ste. 1700
       San Diego, CA 92101
       john@thegomezfirm.com
       Tel.: (619) 237-3490
       Fax: (619) 237-3496

Dated:  July 13, 2022        Respectfully submitted,

BY:    */s/ Jennise Walker-Stubbs*
       Jennise Walker-Stubbs
       Shook Hardy & Bacon L.L.P.
       600 Travis Street, Suite 3400
       Houston, TX 77002-2926
       Tel: (713) 227-8008
       Fax: (713) 227-9508
       Email: jstubbs@shb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2022, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

Dated: July 13, 2022               Respectfully Submitted,

By: */s/ John H. Gomez*
    John H. Gomez
    **GOMEZ TRIAL ATTORNEYS**