# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE; ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>SCOTT SEKULICH and KRISTIN SEKULICH v. MONSANTO COMPANY, Case No.: 21-cv-04430<br><br>Defendant. | MDL No. 2741<br><br>Case No. 21-cv-07149 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties hereby stipulate that the above captioned matter, Cause No. 21-cv-07149, be dismissed with prejudice, each party to bear its own costs and expenses.

Dated: June 15, 2022

Respectfully Submitted,

By:   /s/ Chloe J. Schultz
Chloe J. Schultz (IL Bar # 6327569)
Wise Morrissey, LLC
161 N. Clark Street, Suite 3250
Chicago, IL 60601
cjs@wisemorrissey.com
*Attorney for Plaintiffs, Scott and Kristin Sekulich*

By:   /s/ Anthony R. Martinez
Anthony R. Martinez
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
amartinez@shb.com
*Attorney for Defendant, Monsanto Company*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 15th day of June, 2022, I electronically transmitted this document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the CM/ECR registrants.

/s/ Chloe J. Schultz
CHLOE J. SCHULTZ