UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *All Related Actions* | **PRETRIAL ORDER NO. 278: ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR DISCOVERY PURPOSES** |

Pursuant to Civil Local Rule 72-1, the pending and future discovery disputes in this Multidistrict Litigation and all member cases are referred directly to Magistrate Judge Alex G. Tse.

As far as the Court is aware, the following member cases have discovery disputes pending:

- 3:17-cv-03448-VC, *Setzer et al v. Monsanto Company*
- 3:17-cv-05084-VC, *Cryan v. Monsanto Company*
- 3:18-cv-03363-VC, *Applegate v. Monsanto Company*
- 3:19-cv-05310-VC, *Rowland et al v. Monsanto Company*
- 3:19-cv-05598-VC, *Rhuland et al v. Monsanto Company*
- 3:20-cv-00027-VC, *Wistinghausen et al v. Monsanto Company*
- 3:20-cv-00168-VC, *Matthus-Shelton v. Monsanto Company*
- 3:20-cv-03720-VC, *Coressel v. Monsanto Company*
- 3:20-cv-04654-VC, *Booth v. Monsanto Company*

- 3:20-cv-07213-VC, *Hann v. Monsanto Co.*
- 3:21-cv-02705-VC, *Dominique v. Monsanto Company*
- 3:21-cv-05220-VC, *Reiser v. Monsanto Company*
- 3:21-cv-05621-VC, *Perry v. Monsanto Company et al*

It is the responsibility of Monsanto and leadership counsel to inform Judge Tse of any additional cases that have discovery disputes pending.

Magistrate Judge Tse will advise the parties of how he intends to proceed. He may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. All further discovery matters shall be filed pursuant to Magistrate Judge Tse's procedures and standing orders.

**IT IS SO ORDERED.**

Dated: July 14, 2022

_____
VINCE CHHABRIA
United States District Judge