UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*All Related Actions* | **PRETRIAL ORDER NO. 279: ORDER SETTING STATUS CONFERENCE** |

A further status conference is scheduled for September 7, 2022, at 1:00 p.m., via Zoom Webinar, and a joint case management statement is due September 1. In the statement, the parties should be sure to address the following question: Does current leadership on the plaintiffs' side of this MDL have sufficient incentive (and sufficient commitment) to continue vigorously protecting the interests of the remaining MDL plaintiffs?

**IT IS SO ORDERED.**

Dated: July 15, 2022

VINCE CHHABRIA
United States District Judge