# EXHIBIT A

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 193313 | Aguillard | Daniel | Aguillard, Daniel | Glago WIlliams, LLC | CA - N.D. | 3:21-cv-03766 |
| 94921 | Albaugh | Corrina | Albaugh, Corrina | Schneider Law Firm | CA - N.D. | 3:20-cv-02969 |
| 198112 | Almeida | Susan | Almeida, Susan | The Law Offices of Jeffrey S. Glassman | CA - N.D. | 3:21-cv-08884 |
| 83048 | Anderson | Delbert | Anderson, Delbert | DeGaris, Wright & McCall, LLC | CA - N.D. | 3:19-cv-07795 |
| 90073 | Angioi | Johnny | Angioi, Johnny Mickele | Winston & Cashatt | CA - N.D. | 3:20-cv-00583 |
| 202548 | Arthur | Lillian | Reed, Geraldine | Trammell PC | CA - N.D. | 3:21-cv-07274 |
| 94662 | Avila | Elvia | Avila, Elvia | Varnum, LLP | CA - N.D. | 3:20-cv-02971 |
| 82310 | Badzinski | Daniel | Badzinski, Daniel | Cellino & Barnes, P.C. | CA - N.D. | 3:19-cv-06276 |
| 24505 | Bailey | John | Bailey, John | Wright & Schulte, L.L.C. | CA - N.D. | 3:17-cv-06299 |
| 72642 | Baldwin | David | Baldwin, David | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:19-cv-04920 |
| 186507 | Barnes | Donald | Barnes, Donald | The Law Office of John D. Sileo | CA - N.D. | 3:21-cv-00638 |
| 24620 | Barnes | Robert | Barnes, Robert | Thomas Law Offices // Wright & Schulte, L.L.C. | CA - N.D. | 3:19-cv-01185 |
| 92262 | Bauman, III | Norman | Bauman, III, Norman C. | Cellino & Barnes, P.C. | CA - N.D. | 3:20-cv-01765 |
| 171707 | Benedict | Branden | Benedict, Branden | Heygood, Orr & Pearson | CA - N.D. | 3:20-cv-05938 |
| 182466 | Bennett | Ronald | Bennett, Ronald | Chappell, Smith & Arden, P.A. // Stewart Law Offices, LLC | CA - N.D. | 3:21-cv-00602 |
| 82162 | Blanchard | Rory | Blanchard, Rory | Stag Liuzza, LLC | CA - N.D. | 3:19-cv-06443 |
| 39540 | Bourgeois | Ronald | Bourgeois, Ronald P. | Brown & Crouppen, PC | CA - N.D. | 3:19-cv-04656 |
| 39541 | Brenan | Brian | Brenan, Brian | Brown & Crouppen, PC | CA - N.D. | 3:19-cv-04655 |
| 202565 | Brooks | James | Brooks, Nellie | Trammell PC | CA - N.D. | 3:21-cv-07281 |
| 47817 | Brown | Geoffrey | Brown, Geoffrey | Brown & Crouppen, PC | CA - N.D. | 3:19-cv-05592 |
| 90294 | Brown | Willie | Brown, Willie Leon | Bekman, Marder & Adkins, LLC | CA - N.D. | 3:20-cv-03765 |
| 25705 | Brown Sr. | Robert | Brown Sr., Robert | Varnum, LLP | CA - N.D. | 3:17-cv-06600 |
| 35364 | Bruinsma | Sjoerd | Bruinsma, Sjoerd | Varnum, LLP | CA - N.D. | 3:19-cv-01931 |
| 39542 | Bunn | Donovan | Bunn, Donovan K. | Brown & Crouppen, PC | CA - N.D. | 3:19-cv-04653 |
| 42258 | Caminiti | Kimberly | Caminiti, Kimberly A. | Morris Bart, LLC | CA - N.D. | 3:19-cv-05417 |
| 90744 | Carli | James | Carli, Charlene | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:20-cv-00653 |

| 94892 | Carlton | John | Carlton, John | Stag Liuzza, LLC | CA - N.D. | 3:20-cv-02975 |
|---|---|---|---|---|---|---|
| 92196 | Carrier | Dale | Carrier, Dale | Schneider Law Firm | CA - N.D. | 3:20-cv-02398 |
| 99036 | Chase | Doster | Chase, Doster | Bisnar Chase LLP | CA - N.D. | 3:20-cv-05368 |
| 179422 | Chrisman | Margaret | Chrisman, Margaret | Cellino & Barnes, P.C. | CA - N.D. | 3:20-cv-06659 |
| 38018 | Cobb | Charlotte | Cobb, Charlotte | Black, Chapman, Petersen & Stevens // The Sullivan Law Firm | CA - N.D. | 3:19-cv-02294 |
| 186336 | Croston | Jonathan | Croston, Julie A. | Mullens & Mullens, PLLC | CA - N.D. | 3:21-cv-01043 |
| 203350 | Darty | Ben | Darty, Helga | Shamis & Gentile, P.A. | CA - N.D. | 3:21-cv-08709 |
| 96500 | Dawkins | Lee | Dawkins, Lee L. | Bekman, Marder & Adkins, LLC | CA - N.D. | 3:20-cv-03826 |
| 90283 | Deem | J Klaren | Deem, J. Klaren | McCune Wright Arevalo, LLP | CA - N.D. | 3:20-cv-01235 |
| 90745 | DeLuca | Joyce | DeLuca, Joyce | Bekman, Marder & Adkins, LLC | CA - N.D. | 3:20-cv-01364 |
| 90636 | Elliott | Richard | Elliott, Richard R. | Bekman, Marder & Adkins, LLC | CA - N.D. | 3:20-cv-03227 |
| 92158 | Fermanian | Ara | Fermanian, Ara | Dalimonte Rueb Stoller, LLP // Osborne & Francis | CA - N.D. | 3:20-cv-02060 |
| 97013 | Fields | Eugene | Fields, Eugene | Bisnar Chase LLP | CA - N.D. | 3:20-cv-03466 |
| 182353 | Fridgen | Troy | Fridgen, Troy | Schneider Law Firm | CA - N.D. | 3:20-cv-07734 |
| 47858 | Guillory | James | Guillory, James | Brown & Crouppen, PC | CA - N.D. | 3:19-cv-05984 |
| 90392 | Hamilton | William | Hamilton, William | Winston & Cashatt | CA - N.D. | 3:20-cv-01024 |
| 183619 | Hammett | Richard | Hammett, Richard L. | Cellino & Barnes, P.C. | CA - N.D. | 3:21-cv-00273 |
| 90090 | Haren | Joseph | Haren, Joseph A. | Bekman, Marder & Adkins, LLC | CA - N.D. | 3:20-cv-01585 |
| 192282 | Harrison | Joe | Harrison, Joe D. | Nix Patterson, LLP // Whitten Burrage | CA - N.D. | 3:21-cv-03602 |
| 90559 | Hillpot | Francine | Hillpot, Francine | Cellino & Barnes, P.C. | CA - N.D. | 3:20-cv-02425 |
| 70616 | Hoefer | Henry | Hoefer, Henry | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:19-cv-04901 |
| 90766 | Howell | John | Howell, John | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:20-cv-00655 |
| 94152 | Hutchison | William | Hutchison, William | Herren Law, PLLC | CA - N.D. | 3:20-cv-02978 |
| 39543 | Jones | Donald | Jones, Donald F. | Brown & Crouppen, PC | CA - N.D. | 3:19-cv-04652 |
| 77582 | Kazee | Delbert | Kazee, Delbert | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:19-cv-05043 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 196136 | Kenney | Tammy | Kenney, Tammy | Morris Bart, LLC | CA - N.D. | 3:21-cv-05318 |
| 200149 | Komarmy | Joseph | Komarmy, Argentina | Heise Suarez Melville, P.A. // The Brad Sohn Law Firm, PLLC | CA - N.D. | 3:21-cv-07743 |
| 94932 | Krenz | Dennis | Krenz, Dennis | Schneider Law Firm | CA - N.D. | 3:20-cv-03225 |
| 184970 | LaBrocca | John | LaBrocca, John | Burris & Thomas, LLC | CA - N.D. | 3:21-cv-01333 |
| 90434 | Lakso | Bruce | Lakso, Bruce | Cellino & Barnes, P.C. | CA - N.D. | 3:20-cv-01101 |
| 90571 | Legros,Sr. | James | Legros, Sr., James Scott | McCune Wright Arevalo, LLP | CA - N.D. | 3:20-cv-01637 |
| 90423 | Leys | David | Leys, David | Cellino & Barnes, P.C. | CA - N.D. | 3:20-cv-01099 |
| 196088 | Liesinger | Fred | Liesinger, Mary Ann | Cellino & Barnes, P.C. | CA - N.D. | 3:21-cv-05221 |
| 198253 | LoBianco | George | LoBianco, George C. | Cellino & Barnes, P.C. | CA - N.D. | 3:21-cv-07020 |
| 199591 | Lyshoj | Robert | Lyshoj, Robert | Meshbesher & Spence, LTD. | CA - N.D. | 3:21-cv-07123 |
| 205289 | Lyster | Robert | Lyster, Robert | McCune Wright Arevalo, LLP | CA - N.D. | 3:21-cv-09587 |
| 98921 | Manera | Sebastian | Manera, Sebastian William | Gallagher & Kennedy, P.A. // Perez Law Group, PLLC | CA - N.D. | 3:20-cv-04517 |
| 82801 | McKinney | Randy | McKinney, Randy S. | Morris Bart, LLC | CA - N.D. | 3:19-cv-07109 |
| 70593 | Mead | William | Mead, William | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:19-cv-04807 |
| 90375 | Miller | Howard | Miller, Howard B. | Bekman, Marder & Adkins, LLC | CA - N.D. | 3:20-cv-01096 |
| 207771 | Millsap | Robin | Millsap, Robin Halen | McCune Wright Arevalo, LLP | CA - N.D. | 3:22-cv-02541 |
| 99039 | Morgenstern | Phyllis | Morgenstern, Phyllis | Bisnar Chase LLP | CA - N.D. | 3:20-cv-05374 |
| 42732 | Mosso | Tammi | Mosso, Tammi | Rieders, Travis, Humphrey, Waters & Dohrmann | CA - N.D. | 3:19-cv-03718 |
| 70603 | Munch | Daniel | Munch, Daniel | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:19-cv-04805 |
| 189957 | Nelson | Gary | Nelson, Gary | The Ruth Law Team | CA - N.D. | 3:21-cv-01827 |
| 30208 | Nettles | Jerry | Nettles, Jerry | Leger & Shaw | CA - N.D. | 3:19-cv-00901 |
| 196132 | Nusbaum | Richard | Nusbaum, Richard | Cellino & Barnes, P.C. | CA - N.D. | 3:21-cv-05624 |
| 82092 | Palframan | Vonta | Palframan, Vonta Mae | Varnum, LLP | CA - N.D. | 3:19-cv-06749 |
| 94159 | Parker | James | Parker, James F. | Domina Law Group pc llo | CA - N.D. | 3:20-cv-03307 |
| 196133 | Pasternak | Gerald | Pasternak, Gerald A. | Cellino & Barnes, P.C. | CA - N.D. | 3:21-cv-05311 |
| 39636 | Payadue | Jerome | Payadue, Jerome C. | Brown & Crouppen, PC | CA - N.D. | 3:19-cv-04651 |
| 90271 | Perkov | Cathy | Perkov, Cathy | Bekman, Marder & Adkins, LLC | CA - N.D. | 3:20-cv-00920 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 78974 | Pettit | Michael | Pettit, Michael | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:19-cv-05096 |
| 196134 | Pierce | Paul | Pierce, Paul L | Cellino & Barnes, P.C. | CA - N.D. | 3:21-cv-05623 |
| 90391 | Pietrzak, Jr. | David | Selden, Joanne | Cellino & Barnes, P.C. | CA - N.D. | 3:20-cv-01020 |
| 198110 | Plourde | Maurice | Plourde, Maurice | The Law Offices of Jeffrey S. Glassman | CA - N.D. | 3:21-cv-08885 |
| 184807 | Post | Bonnie | Post, Bonnie | The Ruth Law Team | CA - N.D. | 3:21-cv-00179 |
| 205290 | Quinones | Martha | Quinones, Martha | McCune Wright Arevalo, LLP | CA - N.D. | 3:21-cv-09589 |
| 81358 | Riepenhoff | Charles | Riepenhoff, Charles | Charles E. Boyk Law Offices, LLC | CA - N.D. | 3:19-cv-07370 |
| 99105 | Roberts | Cindy | Roberts, Cindy | Gallagher & Kennedy, P.A. // Swor & Gatto, P.A. | CA - N.D. | 3:20-cv-04841 |
| 30966 | Roberts | Timothy | Roberts, Timothy | Thomas Law Offices // Wright & Schulte, L.L.C. | CA - N.D. | 3:17-cv-07099 |
| 90884 | Rohr | Kimberly | Rohr, William | Varnum, LLP | CA - N.D. | 3:20-cv-01397 |
| 31123 | Ross | Bobby | Ross, Bobby D. | Richardson, Patrick, Westbrook & Brickman, LLC | CA - N.D. | 3:18-cv-00676 |
| 85780 | Round | Clark | Round, Clark | Lillis Law Firm // Tonry, Brinson & Glorioso | CA - N.D. | 3:19-cv-08086 |
| 203108 | Schaeffer | Joseph | Schaeffer, Joseph Oscar | Child & Jackson | CA - N.D. | 3:21-cv-08711 |
| 81378 | Schlaak | Donna | Schlaak, Donna | Charles E. Boyk Law Offices, LLC | CA - N.D. | 3:19-cv-07353 |
| 78988 | Simms | Joseph | Simms, Joseph | Stag Liuzza, LLC | CA - N.D. | 3:19-cv-05886 |
| 78951 | Singleton | Larry | Singleton, Larry | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:19-cv-05056 |
| 189271 | Sizemore | Ronald | Sizemore, Ronald W. | Montgomery Jonson LLP | CA - N.D. | 3:21-cv-05321 |
| 183626 | Skov | Linda | Skov, Linda | Harris, Finley & Bogle, P.C. // Harris, Finley & Bogle, P.C. | CA - N.D. | 3:20-cv-09068 |
| 32094 | Skundrick | Phillip | Skundrick, Phillip | Kafoury & McDougal // Wright & Schulte, L.L.C. | CA - N.D. | 3:18-cv-00223 |
| 32284 | Smith | Ronald | Smith, Ronald | Anastopoulo Law Firm, LLC | CA - N.D. | 3:19-cv-02385 |
| 47839 | Spradley | Robert | Spradley, Robert | Brown & Crouppen, PC | CA - N.D. | 3:19-cv-05588 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 75060 | Sterling | Grant | Sterling, Grant | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:19-cv-06428 |
| 98698 | Strickland | Scott | Strickland, Scott | Gallagher & Kennedy, P.A. | CA - N.D. | 3:20-cv-04519 |
| 95172 | Talbott | Gale | Wagner, Marty | Charles E. Boyk Law Offices, LLC // Scott Wagner & Associates, P.A. | CA - N.D. | 3:20-cv-03733 |
| 32544 | Terry | William | Terry, William | Davis & Crump, P.C. // Wright & Schulte, L.L.C. | CA - N.D. | 3:18-cv-03641 |
| 90258 | Thelen | Curtiss | Thelen, Curtiss John | McCune Wright Arevalo, LLP | CA - N.D. | 3:20-cv-01635 |
| 94591 | Tollefson | Ryan | Tollefson, Ryan Lee | Schneider Law Firm | CA - N.D. | 3:20-cv-02810 |
| 47142 | Utecht | Levi | Utecht, Levi C. | Stoltze & Stoltze, PLC | CA - N.D. | 3:19-cv-04677 |
| 89463 | Volquardsen | Morris | Volquardsen, Morris | Domina Law Group pc llo | CA - N.D. | 3:20-cv-01274 |
| 170088 | Wachtman | Vernon | Wachtman, Vernon | O'Brien Law, LLC | CA - N.D. | 3:20-cv-06119 |
| 39638 | Wade | Laura | Wade, Laura | Brown & Crouppen, PC | CA - N.D. | 3:19-cv-04650 |
| 42117 | Walker | Maxine | Walker, Maxine | Morris Bart, LLC | CA - N.D. | 3:19-cv-04009 |
| 181633 | Warino | Larry | Warino, Larry | Lillis Law Firm // Martzell Bickford & Centola | CA - N.D. | 3:20-cv-07326 |
| 186349 | Washington | Renee | Washington, Renee | Morris Bart, LLC | CA - N.D. | 3:21-cv-00640 |
| 90857 | Wilson | Doyle | Wilson, Doyle | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:20-cv-00749 |
| 33048 | Wolters | Lynda | Wolters, Lynda Jean | Crandall Law Office // Points Law PLLC | CA - N.D. | 3:17-cv-04486 |
| 205311 | Wyatt | Gene | Wyatt, Gene Whitlow | Rourke & Blumenthal, LLP | CA - N.D. | 3:21-cv-09292 |
| 89640 | Zakaluzny | Ihor | Zakaluzny, Ihor | F. Gerald Maples Law Firm | CA - N.D. | 3:20-cv-03835 |