# EXHIBIT B

Return to Active Docket

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 95204 | Foral, Sr. | Robert | Foral, Sr., Robert | The Gori Law Firm, P.C. | CA - N.D. | 3:20-cv-03440 |
| 94116 | Holmes | Christopher | Holmes, Christoper | Schlesinger Law Offices, P.A. | CA - N.D. | 3:20-cv-03363 |
| 39873 | Hong | Kenneth | Hong, Kenneth | Scott Trial Lawyers, APC // Singleton Schreiber, LLC | CA - N.D. | 3:19-cv-02895 |
| 39874 | Jones-Basler | Caitlin | Jones-Basler, Caitlin et al. | Scott Trial Lawyers, APC // Singleton Schreiber, LLC | CA - N.D. | 3:19-cv-03536 |
| 95195 | Mitchell | Thelma | Kincell, Bonnie | The Gori Law Firm, P.C. | CA - N.D. | 3:20-cv-03446 |
| 95197 | Molina | Lazaro | Molina, Lazaro | The Gori Law Firm, P.C. | CA - N.D. | 3:20-cv-03448 |