Katelyn E. Richardson (SBN 295715)
rup@johnsonlawgroup.com
**JOHNSON LAW GROUP**
2925 Richmond Avenue, Ste. 1700
Houston, Texas 77098
Telephone:   (713) 626-9336
Facsimile:     (713) 583-9460

*Attorney for Plaintiffs*

Eric Lasker (*pro hac vice*)
elasker@hollingsworthllp.com
**HOLLINGSWORTH LLP**
1350 I Street, NW
Washington, DC 20005
Tel: (202) 898-5800
Fax: (202) 682-1639

*Attorney for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | Lead Case No. 3:16-md-02741-VC<br>MDL No. 2741 |
| **This document relates to:**<br><br>*David Campbell v. Monsanto Company,* Case No**.** 3:19-cv-00654-VC<br><br>*Geneva Frady v. Monsanto Company,* Case No**.** 3:19-cv-02076-VC<br><br>*Martha Matlock, individually and on behalf of the Estate of Gregory Dean Matlock v. Monsanto Company,* Case No**.** 3:19-cv-00902-VC | Hon. Vince Chhabria<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 1

*Lewis Nash v. Monsanto Company,* Case No. 3:19-cv-00952-VC

*Nina Ottinger v. Monsanto Company,* Case No. 3:19-cv-00274-VC

*Gary Purdy v. Monsanto Company,* Case No. 3:18-cv-07147-VC

*Sherrie Scott v. Monsanto Company,* Case No. 3:19-cv-00296-VC

*Mildred Schroeder, Individually and as Personal Representative of the Estate of Edward Schroeder, Deceased v. Monsanto Company*, Case no. 3:17-cv-06773-VC

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matters be dismissed with prejudice, each party to bear its own costs.

Executed this 18th day of July, 2022.

/s/ Katelyn E. Richardson
Katelyn E. Richardson (SBN 295715)
rup@johnsonlawgroup.com
JOHNSON LAW GROUP
2925 Richmond Avenue, Ste. 1700
Houston, Texas 77098
Telephone:   (713) 626-9336
Facsimile:   (713) 583-9460

***Attorney for Plaintiffs***

/s/ Eric G. Lasker
Eric G. Lasker
elasker@hollingsworthllp.com
HOLLINGSWORTHLLP
1350 I Street, NW
Washington, DC 20005
Tel: (202) 898-5800
Fax: (202) 682-1639

***Attorney for Defendant Monsanto Company***

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 2

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Katelyn E. Richardson, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

Dated: July 18, 2022             */s/ Katelyn E. Richardson*
                                 Katelyn E. Richardson

                                 *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2022, I served a copy of the foregoing on all counsel for all parties via CM/ECF, electronical mail and/or mailing same by United States Mail, properly addressed, and first-class postage prepaid to all counsel of record in this matter.

Dated: July 18, 2022             */s/ Katelyn E. Richardson*
                                 Katelyn E. Richardson

                                 *Attorney for Plaintiffs*