UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Matthew Thompson and Jaimie Thompson | Case No. 3:20-cv-08851 |
| v. | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |
| Monsanto Co. | |

Plaintiffs Matthew and Jaimie Thompson—without opposition from Defendant Monsanto Company—respectfully requests the Court move her case from Wave IV to Wave VI:

1. Ms. Thompson's case is part of Wave IV.

2. Over the past several months, Plaintiffs' counsel has been taking and defending fact witness, expert witness, treating physician depositions, engaging in written discovery, and preparing for trial in *Ferro, et al. v Monsanto*, No. 20SL-CC03678—a consolidated case pending in St. Louis County, Missouri.  Expert depositions and discovery in the *Ferro* case must be completed by August 18, 2022 and the *Ferro* trial is currently set to begin on October 24, 2022.

3. Counsel for Plaintiffs met and conferred with counsel for Monsanto.  Plaintiffs believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiffs, Matthew and Jaimie Thompson, without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave IV to Wave VI.

DATED: July 21, 2022                                  Respectfully submitted,

                                                                        /s/ Jeffrey L. Haberman

UNOPPOSED MOTION TO MOVE CASE TO WAVE VI - 1

Jeffrey L. Haberman, Esq. (FL 98522)
Sarah J. Schultz, Esq.
SCHLESINGER LAW OFFICES, P.A.
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
Tel (954) 467-8800
Fax (954) 320-9509
JHaberman@schlesingerlaw.com
*Attorneys for Plaintiffs*

*/s/ Anthony Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
*Attorney for Defendant*

UNOPPOSED MOTION TO MOVE CASE TO WAVE VI - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2022, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman