# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Matthew Thompson and Jaimie Thompson | Case No. 3:20-cv-08851 |
| v. | |
| Monsanto Co. | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI** |

Plaintiffs' Motion to move their case from Wave IV to Wave VI is GRANTED.

**IT IS SO ORDERED.**

Dated: July ___, 2022

_____
JUDGE VINCE CHHABRIA