UNITED STATES DISTRICT COURT
NORTHERN DISTRIT OF CALIFORNIA
CIVIL DIVISION

IN RE: ROUNDUP PRODUCTS                                             MDL NO. 2741
LIABILITY LITIGATION                                                      16-MD-2741-VC

_____/

THIS DOCUMENT RELATES TO:

**EDWIN FOX and SUSIE FOX v. MONSANTO COMPANY**
Case No.:  3:19-cv-05970-VC

_____/

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, SUSIE FOX, as Personal Representative of the Estate of EDWIN FOX, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Pro. 25(a)(1), and moves to substitute SUSIE FOX as the Personal Representative of the Estate of EDWIN FOX as Plaintiff and states as follows:

1. That EDWIN FOX and SUSIE FOX brought this action by and through their undersigned counsel.

2. That on or about August 14, 2021, in Sarasota County, Florida, EDWIN FOX passed away.

3. That SUSIE FOX has been appointed Personal Representative of the Estate of EDWIN FOX.  See attached Letters of Administration  (Exhibit A).

4. That pursuant to Fed. R. Civ. Pro. 25(a)(1), the Court may order substation of the proper party upon motion by any party or by the decedent's successors or representatives.

WHEREFORE, SUSIE FOX, as Personal Representative of the Estate of EDWIN FOX, requests this Court to GRANT her Motion for Substitution of Party.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

*/s/ Austin Grinder*
_____
Austin Grinder, Esquire,
Fla. Bar No: 0054029
Eric D. Roslansky, Esquire
Fla Bar No: 0042067
agrinder@getjustice.com
eroslansky@getjustice.com
tdowney@getjustice.com
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL  33733-6847
(727) 327-3222
*Attorneys for Plaintiff*