**DUTTON, DANIELS, HINES, KALKHOFF,**
**COOK & SWANSON, PLC**
JAMES H. COOK (IA AT0001622; CA 131772)
jcook@duttonfirm.com
3151 Brockway Rd.
Waterloo, IA  50701
Tel:  319-234-4471
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | CASE NO.: 3:16-md-02741-VC |
| This document relates to: | |
| | **STIPULATION OF DISMISSAL** |
| *Dennis Sjaardema v. Monsanto Co.*, Case No. 3:20-cv-06193-VC | |

### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dennis Sjaardema and Defendant Monsanto Company hereby give notice that the above-captioned action is dismissed with prejudice against Monsanto Company.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Dennis Sjaardema, and counsel for Defendant Monsanto Company that the above-referenced Complaint is hereby dismissed with prejudice.

Each party agrees to bear its own costs and attorneys' fees.

Dated:  July 22, 2022

Respectfully Submitted

| SHOOK, HARDY & BACON | DUTTON, DANIELS, HINES, KALKHOFF, COOK & SWANSON |
|---|---|
| By: /s/ *Anthony Martinez*<br>    Anthony Martinez<br>    Co-Counsel For Defendant | By: /s/ *James H. Cook*<br>    James H. Cook<br>    Attorneys for Plaintiff |

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July 2022, the foregoing DISMISSAL was served by the electronic filing system upon counsel of record in this MDL.

*James H. Cook*
James H. Cook
Attorney for Plaintiff