Brian K. Brake, Esq. (pro hac vice)
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
BBrake@millerfirmllc.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Docket No. 3:16-md-02741<br>Judge Vince Chhabria<br>Case No. |
| This document relates to:<br><br>DANIEL GREIL,<br><br>       Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY<br><br>       Defendant. | **SHORT FORM COMPLAINT**<br>(Pursuant to PTOs 149 and 155) |

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the MDL case captioned Anthony Berlin et al. v. Monsanto Company, (3:18-cv-00815) originally filed in the United States District Court Eastern District of Missouri, Eastern Division, (4:18-cv-45) into individual short form complaints for pre-trial work up purposes, Plaintiff Daniel Greil provides the following allegations required by the Court in PTO No. 155:

1.      This case is brought on behalf of Plaintiff Daniel Greil.

2.      The case is brought against Defendant Monsanto Company (Monsanto).

3.      Plaintiff first filed his case against Monsanto in the United States District Court of

the Eastern District of Missouri, Eastern Division, 4:18-cv-45.

4.      Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in Anthony Berlin et al. v. Monsanto Company, Case No. 4:18-cv-45, other than paragraphs 4-16, and 18-42.

5.      Plaintiff resided in Benton, Wisconsin at the time of filing the original complaint against Monsanto.

6.      Plaintiff passed away in Madison, Wisconsin on August 19, 2019.

7.      Plaintiff resided in Benton, Wisconsin at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8.      Plaintiff received medical treatment for his NHL in Wisconsin.

9.      Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff was a citizen of Wisconsin, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000.00, exclusive of interest and costs.

10.     Plaintiff alleges injury from his exposure to Defendant's Roundup products.

11.     Plaintiff was exposed to Monsanto's Roundup products from approximately 1985 to 2015. Mr. Greil sprayed Roundup® approximately twice a month during growing seasons.

12.     Plaintiff used Monsanto's Roundup® products in Lafayette County, Wisconsin.

13.     Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in 2015.

14.     Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Fraud, Misrepresentation, Suppression; and Violation of the Consumer Fraud Acts. Plaintiff requests compensatory and punitive damages.

2

SHORT FORM COMPLAINT

Dated: July 25, 2022

**THE MILLER FIRM LLC**

*/s/Brian K. Brake*
Brian K. Brake (pro hac vice)
108 Railroad Avenue
Orange, VA 22960-9903
Tel: (540) 672-4224
Fax: (540) 672-3055
BBrake@millerfirmllc.com

SHORT FORM COMPLAINT