Albert R. Jordan, IV, HEALY & JORDAN PLLC
1323 28TH Ave., Ste A, Gulfport, MS  39501
228-575-4005 /Fax 228-575-4006
gwhealyiv@aol.com
*Attorney for Plaintiffs*
*CHARLES TROBONA and DEBBIE TROBONA*

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | Case No. 3:19-CV-07234-vc |
| *Charles Trobona and Debbie Trobona v. Monsanto Co. et al.,* | **PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

    1. Plaintiffs' counsel has consulted with Defendant's counsel who does not oppose the motion to move this case to Wave VI.

    2. This case is presently situated in Wave V.

    3. All parties to this action have diligently pursued discovery, having taken depositions of the plaintiffs CHARLES TROBONA and DEBBIE TROBONA, the plaintiff served his fact sheet and produced his medical records.

    4. Nevertheless, the impeding deadlines posed by Waive V present challenges to the Plaintiff to present the require expert reports.

    5. When consulting with one another regarding these challenges, Plaintiff's counsel and Defendant's counsel believe transferring this case to Wave VI would be in the best interests of justice.

1
2
3   Dated this 25 July 2022.
4                                                    /s/ Albert R. Jordan, IV
                                                     ALBERT R. JORDAN, IV
                                                     LA Bar Roll #39599/MS Bar Roll # 102513
5                                                    George W. Healy, IV
                                                     LA Bar Roll #14991/MS Bar Roll #2154
6
7                                                    HEALY & JORDAN, PLLC
                                                     1323 28th Avenue, Suite A
                                                     Gulfport, MS 39501
8                                                    228-575-4005 - Telephone
                                                     228-575-4006 – Facsimile
9                                                    *Attorneys for Plaintiffs*
                                                     *CHARLES TROBONA AND*
10                                                   *DEBBIE TROBONA*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CONSENT MOTION TO MOVE CASE TO WAVE VI - 2

**CERTIFICATE OF SERVICE**

I, Albert R. Jordan, IV, hereby certify that, on ___JULY 25, 2022___, I electronically filed   PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVIE VI  with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record including

Anthony Rey Martinez

Shook, Hardy and Bacon L.L.P.

2555 Grand Blvd.

Kansas City, MO 64108

816-474-6550

Email: amartinez@shb.com

816.559.2683 | amartinez@shb.com

Attorney for Defendant Monsanto Company

DATED: July 25, 2022            .           Respectfully submitted,

/s/ Albert R. Jordan, IV
ALBERT R. JORDAN, IV
LA Bar Roll #39599/MS Bar Roll # 102513
George W. Healy, IV
LA Bar Roll #14991/MS Bar Roll #2154
HEALY & JORDAN, PLLC
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005 - Telephone
228-575-4006 – Facsimile
*Attorneys for Plaintiffs*
*CHARLES TROBONA AND DEBBIE TROBONA*