UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2741 Case No. 3:16-md-02741-VC |
| This document relates to: ) | Case No. 3:19-CV-07234-vc |
| *Charles Trobona and Debbie Trobona v. Monsanto Co. et al.,* ) ) ) ) ) ) | **[PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE CASE TO WAVE VI** |

    Having reviewed the unopposed motion seeking to transfer this case to Wave VI, the Court grants the requested relief and transfers this case to Wave VI.

    IT IS ORDERED.

 Vince G. Chhabria
 Presiding Judge
 United States District Court