Bryce T. Hensley, ROMANUCCI & BLANDIN LLC
321 N. Clark St., Ste. 900, Chicago, IL 60654
P: (312) 458-1000 / F: (312) 458-1004
bhensley@rblaw.net
*Attorney for Plaintiff*
*DENISE BLAU*

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION  )<br>)<br>) | MDL No. 2741 |
| ) | Case No. 3:21-cv-05103-VC |
| This document relates to:  )<br>*Denise Blau v. Monsanto Co. et al.,*  )<br>)<br>)<br>)<br>) | **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

    1. Plaintiff's counsel has consulted with Defendant's counsel who does not oppose the motion to move this case to Wave VI.

    2. This case is presently situated in Wave V.

    3. All parties to this action have diligently pursued discovery, are finalizing dates for Plaintiff's deposition, the Plaintiff has submitted her fact sheet and ordered her medical records.

    4. Nevertheless, the impeding deadlines posed by Wave V present challenges to the Plaintiff to timely present for her deposition.

    5. When consulting with one another regarding these challenges, Plaintiff's counsel and Defendant's counsel believe transferring this case to Wave VI would be in the best interests of justice.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Dated this 26 July 2022.

*/s/ Bryce T. Hensley*
Bryce T. Hensley
ROMANUCCI & BLANDIN LLC
321 N. Clark St., Ste. 900
Chicago, IL 60654
P: (312) 458-1000
F: (312) 458-1004
ARDC No. 6327025
*Attorneys for Plaintiff*
*DENISE BLAU*

# CERTIFICATE OF SERVICE

I, Bryce T. Hensley, hereby certify that, on       JULY 26, 2022      , I electronically filed PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVIE VI with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record including

Anthony Rey Martinez

Shook, Hardy and Bacon L.L.P.

2555 Grand Blvd.

Kansas City, MO 64108

816-474-6550

Email: amartinez@shb.com

816.559.2683 | amartinez@shb.com

Attorney for Defendant Monsanto Company

DATED: July 26, 2022      .

Respectfully submitted,

/s/ Bryce T. Hensley