UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Bobby D. Ross v. Monsanto Co.*, 3:18-cv-00676-VC | **ORDER RE: INCORRECTLY FILED MOTIONS** |
| | Re: MDL Dkt. Nos. 15092, 15200 |
| *Charles Trobona and Debbie Trobona v. Monsanto Co. et al.*, 3:19-cv-07234-VC | |

Pursuant to Pretrial Order No. 1 of *In re Roundup Products Liability Litigation*, 16-md-2741-VC, all documents filed in MDL member cases must be filed on both the master docket and the docket of the member case.

The motions filed at the above docket numbers are being terminated. If the document is refiled in accordance with Pretrial Order No. 1, the Court will consider the filing.

**IT IS SO ORDERED.**

Dated: July 26, 2022

_____
VINCE CHHABRIA
United States District Judge