# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | |
| *John M. Searle v. Monsanto Co.*, No.3:20-cv-08850 | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiff's motion to move their case from Wave IV to Wave VI is GRANTED.

**IT IS SO ORDERED.**

Dated: July ___, 2022

                                                                                                _____
                                                                                                JUDGE VINCE CHHABRIA