# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

EDILIA GONZALEZ, et al.,
    Plaintiff (s),

V.

MONSANTO COMPANY, et al.,
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:19-cv-08225-VC - (MDL-2741)

Notice is hereby given that, subject to approval by the court, __Edilia Gonzalez__ substitutes
(Party (s) Name)

__Christopher T. Aumais__, State Bar No. __249901__ as counsel of record in
(Name of New Attorney)

place of __Danny Abir__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
- Firm Name: Good Gustafson Aumais LLP
- Address: 2330 Westwood Blvd. Suite 103 Los Angeles, California 90064
- Telephone: (310) 274-4663      Facsimile:
- E-Mail (Optional): cta@ggallp.com

I consent to the above substitution.
Date: Jan 21, 2022

*Edilia González*
Edilia González (Jan 21, 2022 06:59 PST)
Edilia González
(Signature of Party (s))

I consent to being substituted.
Date: 11/12/2021

*Danny Abir*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 12, 2022

*Christopher T. Aumais, Esq.*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]