AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN _____ **District of** _____ CALIFORNIA

EDILIA GONZALEZ, et al.,
                 Plaintiff (s),
V.
MONSANTO COMPANY, et al.,
                 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:19-cv-08225-VC - (MDL-2741)

Notice is hereby given that, subject to approval by the court, **Laura Gonzalez** substitutes
(Party (s) Name)

**Christopher T. Aumais**, State Bar No. **249901** as counsel of record in
(Name of New Attorney)

place of **Danny Abir**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:          Good Gustafson Aumais LLP
   Address:             2330 Westwood Blvd. Suite 103 Los Angeles, California 90064
   Telephone:          (310) 274-4663      Facsimile
   E-Mail (Optional):    cta@ggallp.com

I consent to the above substitution.
Date: Jan 19, 2022

*Laura Balbuena*
Laura Balbuena (Jan 19, 2022 17:48 PST)
Laura Balbuena
(Signature of Party (s))

I consent to being substituted.
Date: 11/12/2021

*Danny Abir*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 12, 2022

*Christopher T. Aumais, Esq.*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]