# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Dennis Kennedy and Rebecca Kennedy v. Monsanto Co.,*<br><br>Case No. 3:19-cv-06178-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, with the parties to bear their own fees and costs. Pursuant to Local Rule 5-1.(i)(3), counsel for Plaintiffs attests that the concurrence of each signatory to the filing of this stipulation was obtained in writing.

Executed this 27 day of July 2022.

*/s/ Jay D. Miller* _____
Jay D. Miller
Law Offices of Peter G. Angelos
100 N. Charles Street | 20th Floor
Baltimore, Maryland 21201
T: (410) 649-2000
F: (410) 649-2150
jmiller@lawpga.com

*/s/ Wendy R. Fleishman* _____
Wendy R. Fleishman
LIEFF CABRASER HEIMANN & BERNSTEIN
250 Hudson Street, 8th Floor
New York, New York 10013-1413
T: (212) 355-9500
F: (212) 355-9592
wfleishman@lchb.com

*Counsel for Plaintiff*

*/s/ Martin C. Calhoun* _____
Martin C. Calhoun
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
T: (202) 898-5800
mcalhoun@hollingsworthllp.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2022, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

*/s/ Wendy R. Fleishman*_____
Wendy R. Fleishman
*Counsel for Plaintiff*