Vanessa Offutt
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Tel: 305-423-8549
Fax: 305-463-1649
Vanessa.Offutt@us.dlapiper.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR VANESSA OFFUTT ON BEHALF OF MONSANTO COMPANY** |
| *Robin Hayes, et al v. Monsanto Company,* Case No. 3:21-cv-05398-VC | |

Pursuant to Local Rule 11-5, Vanessa Offutt, respectfully requests leave to withdraw as counsel for Defendant, MONSANTO COMPANY, and in support thereof states as follows:

1. Ms. Offutt is no longer employed with Shook Hardy & Bacon.

2. Following her departure from Shook Hardy & Bacon, Ms. Offutt will no longer represent Defendant in this matter.

3. Shook Hardy & Bacon will remain as counsel for Defendant.

4. The relief requested in the instant Motion will not prejudice any party. The Parties have conferred, and counsel of record does not oppose the relief sought in this Motion.

5. Accordingly, the undersigned counsel respectfully requests leave to withdraw as counsel for Defendant.

July 27, 2022.                                                                 Respectfully Submitted,

By: /s/ *Vanessa Offutt*
Vanessa Offutt
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131
Tel: 305-423-8549
Fax: 305-463-1649
Vanessa.Offutt@us.dlapiper.com

1

## CERTIFICATE OF SERVICE

I, Vanessa Offutt, hereby certify that, on July 27, 2022, I electronically filed UNNOPPOSED MOTION TO WITHDRAW OF VANESSA OFFUTT ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Vanessa Offutt*
Vanessa Offutt