Vanessa Offutt
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Tel: 305-423-8549
Fax: 305-463-1649
Vanessa.Offutt@us.dlapiper.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| *Robin Hayes, et al v. Monsanto Company,* Case No. 3:21-cv-05398-VC | |

This cause having come before the Court pursuant to Vanessa Offutt's Motion to Withdraw as Counsel for Defendant, Monsanto Company, it is hereby ORDERED:

The Motion is GRANTED. Vanessa Offutt is hereby permitted to withdraw as counsel for Defendant and discharged of any further responsibility in this matter.

DONE AND ORDERED this _____ day of July, 2022.

_____
Vince Chhabria
UNITED STATES DISTRICT JUDGE