## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |
| *Phillip Arnt v. Monsanto Co.*, Case No: 3:20-cv-02412 | |

Plaintiff's motion to move their case from Wave IV to Wave VI is GRANTED.


**IT IS SO ORDERED.**


Dated: July ___, 2022


_____

JUDGE VINCE CHHABRIA