UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) MDL No. 2741

This document relates to:

*Wanda Copeland, et al. v. Monsanto Co.*, Case No. 3:20-cv-02649-VC

### ORDER GRANTING CONSENT MOTION TO MOVE CASE TO WAVE VI

Having reviewed the unopposed motion seeking to transfer this case to Wave VI, the Court grants the requested relief and transfers this case to Wave VI.

IT IS SO ORDERED.

July 28, 2022

_____
Vince G. Chhabria
Presiding Judge
United States District Court

IT IS SO ORDERED
Judge Vince Chhabria

1