# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Doran v. Monsanto Company*<br>Case No. 3:20-cv-02650-VC | MDL No. 2741<br><br>Master Docket Case No. 16-md-02741<br><br>Hon. Vince Chhabria<br><br>Case No. 3:20-cv-02650-VC<br><br>**ORDER GRANTING MOTION TO MOVE CASE TO WAVE V** |

Plaintiff Richard A. Doran, Jr.'s motion to move the above-captioned case from Wave IV to Wave V is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 28, 2022



IT IS SO ORDERED

Judge Vince Chhabria

1