UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Mark Proctor and Lois Proctor | Case No. 3:21-cv-00172 |
| v. | [~~PROPOSED~~] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI |
| Monsanto Co. | |

Plaintiffs' Motion to move their case from Wave IV to Wave VI is GRANTED.

**IT IS SO ORDERED.**

Dated: July 28, 2022



IT IS SO ORDERED
Judge Vince Chhabria