UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Thomas Lundy<br><br>v.<br><br>Monsanto Co. | MDL No. 2741<br><br>MDL Case No. 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>Case No. 3:20-cv-09289<br><br>[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE V |

Plaintiff's Motion to move their case from Wave IV to Wave V is GRANTED.

**IT IS SO ORDERED.**

Dated: July 28, 2022



IT IS SO ORDERED
Judge Vince Chhabria