# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 3:18-cv-03757-VC

Date case was first filed in U.S. District Court: May 23, 2018

Date of judgment or order you are appealing: June 29, 2022 (Doc. No. 10)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

George D. Smith

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

24110 Eden Street

City: Plaquemine   State: LA   Zip Code: 70764

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Christopher L. Coffin   **Date** July 29, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                    Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| George D. Smith |

Name(s) of counsel (if any):

| Christopher L. Coffin,  Pendley, Baudin & Coffin, LLP |
| Jessica Perez Reynolds,  Pendley, Baudin & Coffin, LLP |

Address: 24110 Eden Street, Plaquemine, LA 70764

Telephone number(s): (225) 687-6396

Email(s): ccoffin@pbclawfirm.com; jperez@pbclawfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| Monsanto Company |

Name(s) of counsel (if any):

| Joe G. Hollingsworth,  Hollingsworth, LLP |

Address: 1350 I Street, N.W., Washington, DC 20005

Telephone number(s): (202) 898-5800

Email(s): jhollingsworth@hollingsworthllp.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                    *1*                                    *Rev. 12/01/2018*