UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*See below cases* | **ORDER DISMISSING CASES WITH PREJUDICE FOR FAILURE TO COMPLY WITH PTO NO. 270**<br>Re: Dkt. No. 14488 |

The following cases are dismissed with prejudice for failure to comply with Pretrial Order No. 270:

- *Smith v. Monsanto*, Case No. 3:20-cv-03938
- *King v. Monsanto*, Case. No. 3:19-cv-04531
- *Caton v. Monsanto*, Case No. 3:19-cv-07675
- *Sims v. Monsanto*, Case No. 3:19-cv-05999
- *Minando v. Monsanto*, Case No. 3:17-cv-03227
- *Kelly v. Monsanto*, Case No. 3:19-cv-05339
- *Adams v. Monsanto*, Case No. 3:21-cv-04466
- *Czernich v. Monsanto*, Case No. 3:20-cv-02643
- *Murphy v. Monsanto*, Case No. 3:19-cv-07120
- *Story v. Monsanto*, Case No. 3:20-cv-06991
- *Penix v. Monasnto*, Case No. 3:20-cv-07554
- *Shipman v. Monsanto*, Case No. 3:21-cv-03272
- *Newsom v. Monsanto*, Case No. 3:20-cv-00578
- *Green v. Monsanto*, Case No. 3:17-cv-06975
- *Smith v. Monsanto*, Case No. 3:18-cv-03757
- *Watson v. Monsanto*, Case No. 3:18-cv-02100
- *Woodruff v. Monsanto*, Case No. 3:19-cv-07531
- *Aden v. Monsanto*, Case No. 3:19-cv-01849
- *Miller v. Monsanto*, Case No. 3:19-cv-01556
- *Armstrong v. Monsanto*, Case No. 3:21-cv-02125
- *Zuiderveen v. Monsanto*, Case No. 3:20-cv-00582

**IT IS SO ORDERED.**

Dated: May 16, 2022

VINCE CHHABRIA
United States District Judge