1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.,*<br>3:16-cv-0525-VC | **[PROPOSED] ORDER RELEASING AND EXONERATING SUPERSEDEAS BOND** |

**ORDER**

The Court has reviewed Defendant Monsanto Company's Motion for an Order releasing and exonerating the supersedeas bond in the amount of $100,334,542.63 that it filed with the Court on June 3, 2019, and the bond rider that it filed with the Court on October 21, 2019 which reduced the supersedeas bond amount to $31,641,728.78. The Court has also reviewed the Notice of Satisfaction of Judgment filed by plaintiff Edwin Hardeman on September 17, 2021, and the Stipulation of the Parties in which counsel for Monsanto Company and counsel for plaintiff Hardeman stipulate, agree and request that the Court enter an Order releasing and exonerating the supersedeas bond and the bond rider. Based upon the Motion and the evidence submitted in support of it, including the Stipulation of the Parties, and good cause appearing, the Court ORDERS that the supersedeas bond in the amount of $100,334,542.63 filed by Monsanto Company on June 3, 2019, and the bond rider that it filed with the Court on October 21, 2019, are both hereby RELEASED and EXONERATED.

**IT IS SO ORDERED**

July 29, 2022

By: _____
HONORABLE VINCE CHHABRIA
United States District Judge

