| | |
|---|---|
| 1 | **PODHURST ORSECK, P.A.** |
| | Steven C. Marks |
| 2 | (smarks@podhurst.com) |
| | Kristina M. Infante |
| 3 | (kinfante@podhurst.com) |
| | Pablo Rojas |
| 4 | (projas@podhurst.com) |
| | One Southeast 3rd Avenue, Suite 2300 |
| 5 | Miami, FL 33131 |
| | Tel: (305) 358-2800 |
| 6 | Fax: (305) 358-2382 |
| 7 | *Attorneys for Plaintiff* |
| 8 | **HOLLINGSWORTH**LLP |
| | Martin C. Calhoun (*pro hac vice*) |
| 9 | (mcalhoun@hollingsworthllp.com) |
| | 1350 I Street, NW |
| 10 | Washington, DC 20005 |
| | Tel:  (202) 898-5800 |
| 11 | Fax:  (202) 682-1639 |
| 12 | *Attorneys for Defendants Monsanto Company and Bayer Corporation* |
| 13 | |
| 14 | **MORRIS, MANNING & MARTIN LLP** |
| | Patrick L. Lowther |
| 15 | (plowther@mmmlaw.com) |
| | 1600 Atlanta Financial Center |
| 16 | 3343 Peachtree Road NE |
| | Atlanta, GA  30326 |
| 17 | Tel: (404) 495-3633 |
| | Fax: (404) 365-9532 |
| 18 | |
| | *Attorneys for Defendant Home Depot U.S.A., Inc* |
| 19 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **STIPULATION AND NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO BAYER DEFENDANTS** |
| *Nancy Salas v. Monsanto Company, et al.,* Case No. 3:21-cv-06173-VC | |

|   |   |
|---|---|
| 1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants Bayer Corporation, Monsanto Company, and Home Depot U.S.A., Inc., by and through their undersigned counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all claims asserted by Plaintiff), as to Bayer Corporation only, with each party to bear her or its own attorneys' fees and costs. |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants Bayer Corporation, Monsanto Company, and Home Depot U.S.A., Inc., by and through their undersigned counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all claims asserted by Plaintiff), as to Bayer Corporation only, with each party to bear her or its own attorneys' fees and costs.

Defendant Bayer AG has not been served with the Summons and Complaint in this case and has not served an answer or motion for summary judgment. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice this lawsuit (including all claims asserted by Plaintiff), as to Bayer AG only, with each party to bear her or its own attorneys' fees and costs.

For the avoidance of doubt, this filing dismisses only Plaintiff's claims against Bayer Corporation and Bayer AG, so Plaintiff's other claims and this lawsuit remain pending.

DATED: August 1, 2022                           Respectfully submitted,

/s/ *Pablo Rojas*
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
PODHURST ORSECK, P.A.
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382

*Attorneys for Plaintiff*

/s/ *Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
Tel: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendants Monsanto Company and Bayer Corporation*

/s/ *Patrick L. Lowther*
Patrick L. Lowther
(plowther@mmmlaw.com)
MORRIS, MANNING & MARTIN LLP
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA  30326
Tel: (404) 495-3633
Fax: (404) 365-9532

*Attorneys for Defendant Home Depot U.S.A., Inc.*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Martin Calhoun, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Martin C. Calhoun*
Martin C. Calhoun (*pro hac vice*)
HOLLINGSWORTH LLP

*Attorneys for Defendants Monsanto Company and Bayer Corporation*