# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER: MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>THOMAS G. ROGERS                Plaintiff(s)<br>          v.<br>MONSANTO COMPANY               Defendant(s) | 3:20-cv-07221-VC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

THOMAS G. ROGERS        ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute Paul M. Dominguez, Esq.    who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

P.O. Box 10865
*Street Address*

Albuquerque, NM 87184            paul@dominguez.law
*City, State, Zip*                *E-Mail Address*

(505) 850-5854        (505) 796-5107        N/A
*Telephone Number*    *Fax Number*       *State Bar Number*

as attorney of record instead of Mark J. Walters & Christian P. LaBletta
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____        _____
                    U. S. District Judge

G–01 ORDER (09/17)    **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**