# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER  MDL No. 2741  Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | 3:20-cv-07221-VC |
| THOMAS G. ROGERS                                Plaintiff(s)  v.  MONSANTO COMPANY                            Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

THOMAS G. ROGERS      ☒ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

to substitute  Paul M. Dominguez, Esq.  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

P.O. Box 10865
*Street Address*

Albuquerque, NM 87184                         paul@dominguez.law
*City, State, Zip*                                              *E-Mail Address*

(505) 850-5854              (505) 796-5107              N/A
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of  Albert N. Thiel, Jr.

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                          U. S. District Judge

G–01 ORDER (09/17)     **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**