# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER: MDL No. 2741 <br> Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | 3:20-cv-07221-VC |
| THOMAS G. ROGERS                 Plaintiff(s) <br> v. <br> MONSANTO COMPANY           Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__THOMAS G. ROGERS__           ☒ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

to substitute __Paul M. Dominguez, Esq.__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__P.O. Box 10865__
*Street Address*

__Albuquerque, NM 87184__                    __paul@dominguez.law__
*City, State, Zip*                                      *E-Mail Address*

__(505) 850-5854__           __(505) 796-5107__           __N/A__
*Telephone Number*          *Fax Number*              *State Bar Number*

as attorney of record instead of   __Roger Eaton__
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                          U. S. District Judge