AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Bobby Ross | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:18-cv-00676-CV / MDL: 2741 |
| Monsanto Company | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bobby Ross, Plaintiff                           .

Date:   08/03/2022                                    /s/ Robert E. LeMoine
*Attorney's signature*

Robert E. LeMoine, asb-7702-b55l
*Printed name and bar number*
Turnbull, Holcombe & LeMoine, PC
2101 6th Ave N., Suite 1100
Birmingham, AL 35203

*Address*

blemoine@turnbullfirm.com
*E-mail address*

(205) 831-5040
*Telephone number*

(205) 848-6300
*FAX number*