# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS** <u>**LIABILITY LITIGATION**</u> | **MDL No. 2741** |
| | **Case No. 3:16-md-02741-VC** |
| **THIS DOCUMENT RELATES TO:** | |
| | **PLAINTIFF'S UNOPPOSED** |
| *LAKEISHA LAY* | **MOTION TO MOVE CASE TO** |
| *v. MONSANTO CO.,* | **WAVE VI** |
| | |
| **CASE NO. 3:19-cv-02582-VC** | |

COMES NOW Plaintiff, LaKeisha Lay, and files this Unopposed Motion to Move Case to Wave VI and in support thereof states:

1.  This case is presently in Wave V.

2.  All parties to this action have diligently pursued discovery. Plaintiff has served a Plaintiff Fact Sheet and medical records.

3.  The impending deadlines imposed by Wave V present challenges to Plaintiff in producing required expert reports.

4.  Plaintiff's counsel requests this case be transferred to Wave VI to allow additional time to comply with litigation deadlines.

5.  The parties will not be prejudiced by the filing and there has been no undue delay or bad faith by Plaintiff.

6.  Plaintiff's counsel notified Defendant's counsel of its intent to file this Motion and received no opposition to the filing.

7.  WHEREFORE, Plaintiff prays that this Court issue an Order transferring this case to Wave VI.

Dated: August 3, 2022

Respectfully submitted,

<u>s/Merritt E. Cunningham</u>
Michael G. Stag

Merritt E. Cunningham
STAG LIUZZA, L.L.C.
365 Canal St., Ste. 2850
New Orleans, LA 70130
Telephone (504) 593-9600
Facsimile (504) 593-9601
mstag@stagliuzza.com
mcunningham@stagliuzza.com.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Merritt E. Cunningham<br>
Merritt E. Cunningham