**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS** <br> **LIABILITY LITIGATION** <br> <br> **THIS DOCUMENT RELATES TO:** <br> <br> *LAKEISHA LAY* <br> *v. MONSANTO CO.,* <br> <br> **CASE NO. 3:19-cv-02582-VC** | MDL No. 2741 <br> <br> Case No. 3:16-md-02741-VC <br> <br> **[PROPOSED] ORDER GRANTING** <br> **PLAINTIFF'S UNOPPOSED** <br> **MOTION TO MOVE CASE TO** <br> **WAVE VI** |

Plaintiff's motion to move her case from Wave V to Wave VI is GRANTED.

**IT IS SO ORDERED.**

Dated: August _____, 2022

_____
JUDGE VINCE CHHABRIA