UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

Case No. 16-md-02741-VC

This document relates to:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

*Sharon Christiansen individually
and on behalf of Rose Barras v. Monsanto Company*
Case No. 3:21-cv-04467-VC

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, with the parties to bear their own fees and costs. Pursuant to Local Rule 5-1.(i)(3), counsel for the Plaintiff attests that the concurrence of each signatory to the filing was obtained in writing.

Executed this 3rd day of August 2022.

*/s/ John C. Enochs*
MORRIS BART, LLC
601 Poydras Street
24 FL
New Orleans, Louisiana 70130
T: (504) 526-1087
F: (833) 277-4214
jenochs@morrisbart.com

*/s/ Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
Attorneys for Defendant Monsanto Co.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-2683
amartinez@shb.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

*/s/ John C. Enochs*
John C. Enochs, counsel for plaintiff