# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741** |
| **This document relates to:** | **Master Docket No. 3:16-md-2741-VC** |
| ***Ferkel v. Monsanto Co.*** **Case No. 3:19-cv-04476-VC** | **Judge Vince Chhabria** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed without prejudice, each party to bear its own costs.

DATED:  August 4, 2022                          Respectfully submitted,


/s/ *Kirk J. Goza*                               /s/ *Anthony R. Martinez*
Goza & Honnold LLC                        Shook Hardy Bacon L.L.P.
9500 Nall Avenue, Suite 400             2555 Grand Blvd.
Overland Park, KS 66207                   Kansas City, MO 64108
913-451-3433                                    816-474-6550
Kgoza@gohonlaw.com                      amartinez@shb.com

*Attorneys for Plaintiffs*                     *Attorney for Defendants*


**SO ORDERED** this _____ day of _____, 2022.


                                          _____
                                          **HON. VINCE CHHABRIA**

00681910-1

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th Day of August, 2022, I filed a true and correct copy of the foregoing through the Court's CM/ECF system, which will automatically send service notification to all counsel of record.

<u>/s/ Kirk J. Goza</u>
Kirk J. Goza

*Counsel for Plaintiff*