**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:     (713) 227-8008
Facsimile:     (713) 227-9508
Email:        jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Faith Gibson and Edward Gibson v. Monsanto Co.*,<br>Case No. 3:22-cv-04399-VC | |

### MONSANTO COMPANY'S
### <u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

DATED:  August 5, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
  Jennise  W.  Stubbs
  600 Travis Street, Suite 3400
  Houston, TX 77002-2926
  Telephone:   (713) 227-8008
  Facsimile:    (713) 227-9508
  Email:         jstubbs@shb.com

  *Attorneys for Defendant*
  *MONSANTO COMPANY*

## <u>CERTIFICATE OF SERVICE</u>

  I certify that on the 5th day of August, 2022, I electronically  transmitted the foregoing MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS to the Clerk of the court using the ECF system for filing  and transmittal,  and a true and correct copy of the foregoing  document was served electronically  as authorized  by FED. R. CIV. P. 5.


     */s/Jennise W. Stubbs*
     Jennise  W. Stubbs