UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MDL NO.: 2741
*Electronically Filed*

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, ) | MDL No. 2741 |
| ) | |
| This Document Relates to: ) | MDL Case No.: 3:16-md-02741-VC |
| ) | |
| Owen A. Mattingly ) | |
| ) | Case No.: 3:21-cv-01658 |
| vs. ) | |
| ) | |
| Monsanto Co. ) | |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Comes the Plaintiff, Owen A. Mattingly, by counsel, and without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave V to Wave VI. The Defendant states the following:

1. Owen A. Mattingly is part of Wave V;

2. Over the past several months, Plaintiff's counsel has been taking and defending fact witness, expert witness, treating physician depositions, engaging in written discovery, and preparing for trial in other cases which are scheduled for trials in the current calendar year.

3. Counsel for the Plaintiff has conferred with Defendant's counsel and believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff, Owen A. Mattingly, without opposition from Defendant, Monsanto Company, respectfully requests the Court move his case from Wave V to Wave VI.

Respectfully Submitted,

__/s/ *Joseph H. Mattingly III*__
**JOSEPH H. MATTINGLY III**
**JOSEPH H. MATTINGLY III, PLLC**
104 W. Main Street - P.O. Box 678
Lebanon, Kentucky 40033
(270) 692 – 1718
*joe@mattinglylawoffices.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using the ECF filing system for the United States District Court for the Northern District of California on this 9th day of August, 2022, using the CM/ECF system which will send notification of such filing to all parties of record.

By __/s/ *Joseph H. Mattingly III*__
     JOSEPH H. MATTINGLY III