|   |   |
|---|---|
| 1 | C. VICTOR WELSH, III, MSB# 7107 |
| 2 | **PITTMAN, ROBERTS & WELSH, P.L.L.C.** |
|   | 410 South President Street (39201) |
| 3 | Post Office Box 22985 |
| 4 | Jackson, Mississippi 39225-2985 |
|   | Telephone: (601) 948-6200 |
| 5 | Facsimile: (601) 948-6187 |

*Attorney for Plaintiffs, Michele Woodruff Harrell, Alan Woodruff, and Sterling Woodruff, Wrongful Death Heirs of Rodney A. Woodruff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | **MDL No. 2741**<br>**Case No. 3:16-md-02741-VC** |
| **BRIDGET ANDERSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE AND OTHER WRONGFUL DEATH HEIRS OF RODNEY A. WOODRUFF, DECEASED**<br>　　　　　Plaintiffs,<br>vs.<br>**MONSANTO COMPANY, INC. and DOES 1-10**<br>　　　　　Defendants. | **Case No. 3:19-cv-07531-VC**<br><br>**NOTICE OF MOTION AND MOTION FOR RELIEF FROM ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; EX. 1 AND [PROPOSED] ORDER**<br><br>**Date: August 18, 2022**<br>**Courtroom:   4**<br>**Time: 2:30 p.m.**<br>**Judge Assigned: Vince Chhabria** |

NOTICE OF MOTION AND MOTION FOR RELIEF FROM ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; EX. A AND [PROPOSED] ORDER

1

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that, on August 18, 2022, or as soon as counsel may be heard, telephonically or in person in Courtroom 4, United States District Court, Northern District of California, (450 Golden Gate Avenue, San Francisco California, 94102), as the Judge determines, Michele Woodruff Harrell, Alan Woodruff, and Sterling Woodruff, Wrongful Death Heirs of Rodney A. Woodruff, Deceased, by and through undersigned counsel, will bring on for hearing their motion, pursuant to Civ. L.R. 7-9, for leave to file a motion asking this Court to reconsider its May 16, 2022, Order [Dkt. No. 14883] dismissing *Anderson v. Monsanto*, Case No. 3:19-cv-07531-VC, with prejudice.

Movants' Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, exhibit, and any additional argument and evidence this Court may consider.

Dated: August 10, 2022.

> */s/ C. Victor Welsh, III*
> C. VICTOR WELSH, III (MSB #7107)
> cvw@prwlaw.com
> **PITTMAN, ROBERTS & WELSH, P.L.L.C.**
> 410 South President Street (39201)
> Post Office Box 22985
> Jackson, Mississippi 39225-2985
> Telephone: (601) 948-6200
> Facsimile: (601) 948-6187

## MEMORANDUM OF POINTS AND AUTHORITY

1. This case arises out of the wrongful death of Mississippi resident Rodney Allen Woodruff from his exposure to Roundup.

2. This case was filed in the Northern District of Mississippi by the Executrix of the Rodney Allen Woodruff Estate. This case was transferred to this MDL and is identified in this Court's May 16, 2022 Dismissal Order [MDL Dkt. No. 14883] as member case: *Woodruff v. Monsanto*, Case No. 3:19-cv-07531.

3. On May 17, 2022, three of the Rodney Allen Woodruff wrongful death beneficiaries, Michele Woodruff Harrell, Alan Woodruff, and Sterling Woodruff ("the Woodruff Heirs") filed their Motion pursuant to Civ. L.R 7-9 for Leave to File a Motion asking this Court to reconsider its May 16, 2022 dismissal Order and reactivate this case on the Court's docket ("the Motion"). *See*, Member Case Dkt. No. 16.

4. Pursuant to this Court's Pretrial Order No. 1 in *In re Roundup Products Liability Litigation*, No. 16-md-2741, the Woodruff Heirs simultaneously filed their Motion on the master docket and in the member case. *Compare*, MDL Dkt. # 14884 and Member Case Dkt. # 16. The Woodruff Estate joined in the Motion. *See,* MDL Dkt. # 14886.

5. On June 30, 2022, this Court entered its Order terminating the Woodruff Heirs' Motion based on an erroneous finding that the Motion had not been filed on both the master docket and in the member case. *See*, Order Re: Incorrectly Filed Motion: Member Case Dkt. # 18.

6. On that same day, undersigned counsel's office informed the Court of this error. *See, Exhibit "1"*: June 30, 2022 Email from PRW to the Courtroom Deputy. On July 1, 2022, this Court's staff responded acknowledging the error and indicating that no further action was required. *See, Id.*

7. Undersigned counsel is mindful of the time that it takes for this Court to manage these MDL proceedings. Therefore, undersigned counsel is reluctant to burden this Court with an additional motion. However, undersigned counsel is obligated to continue to protect the record to ensure that the Woodruff Heirs' argument to reinstate their case is not prejudiced.

8. Fed.R.Civ.P. 60(b)(1) permits a district court to relieve a party from a judgment or order for "mistake, inadvertence, surprise, or excusable neglect." *Kemp v. United States*, 142 S.Ct. 1856, 1860 (2022). Rule 60(b)(1) allows a district court to grant such relief "so long as the motion is filed 'within a reasonable time,' and, at most, one year after the entry of the order under review." *Id.*

9. What constitutes "a reasonable time" is based on the facts of each case. *Lemoge v. United States,* 587 F.3d 1188, 1196 (9th Cir. 2009). This Motion is being filed less than six (6) weeks after this Court entered its Order and acknowledged the error. Therefore, this Motion is both well taken and timely pursuant to Rule 60(c)(1). *See, e.g., Id.* at 1197 (motion timely filed after seven month delay).

WHEREFORE, PREMISES CONSIDERED, Michele Woodruff Harrell, Alan Woodruff, and Sterling Woodruff, respectfully request that this Court enter an Order withdrawing its Order Re: Incorrectly Filed Motion, filed on June 30, 2022, in Member Case No. 19-cv-07531, Dkt. # 18.

Dated: August 10, 2022.

                */s/ C. Victor Welsh, III*
                C. VICTOR WELSH, III (MSB #7107)
                cvw@prwlaw.com
                **PITTMAN, ROBERTS & WELSH, P.L.L.C.**
                410 South President Street (39201)
                Post Office Box 22985
                Jackson, Mississippi 39225-2985
                Telephone: (601) 948-6200
                Facsimile: (601) 948-6187

## **CERTIFICATE OF SERVICE**

I, C. Victor Welsh, III, hereby certify that, on August 10, 2022, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record, in accordance and in a manner as authorized by F.R.C.P. 5(b)2.

                */s/ C. Victor Welsh, III*
                C. VICTOR WELSH, III (MSB #7107)
                cvw@prwlaw.com
                **PITTMAN, ROBERTS & WELSH, P.L.L.C.**
                410 South President Street (39201)
                Post Office Box 22985
                Jackson, Mississippi 39225-2985
                Telephone: (601) 948-6200
                Facsimile: (601) 948-6187