| | |
|---|---|
| **From:** | VC CRD |
| **To:** | Kathy Parsons |
| **Cc:** | Vic Welsh |
| **Subject:** | RE: Anderson (Woodruff) vs. Monsanto Co., Inc.; No. 3:19-cv-07531-VC; Docket No. 18 |
| **Date:** | Friday, July 1, 2022 10:31:05 AM |
| **Attachments:** | image001.png |

Good morning,

Our apologies for the panic and confusion. The motion on the main MDL docket was overlooked. We will activate the motion on the member case docket and the motions will both be ruled on based on the papers.

Thank you for bringing this to my attention and for your patience.

Have a great weekend.

Kristen Melen, Courtroom Deputy to
The Honorable Vince Chhabria
United States District Court
Northern District of California
415.522.4173

**From:** Kathy Parsons <kp@prwlaw.com>
**Sent:** Thursday, June 30, 2022 12:41 PM
**To:** VC CRD <VCCRD@cand.uscourts.gov>
**Cc:** Vic Welsh <cvw@prwlaw.com>
**Subject:** Anderson (Woodruff) vs. Monsanto Co., Inc.; No. 3:19-cv-07531-VC; Docket No. 18

**CAUTION - EXTERNAL:**

Good Afternoon Kristen:

Today we received Judge Chhabria's Order [18] re: Incorrectly filed Motion referencing Dkt. No. 16 in the above member case.  Attached is a copy of that Order for your convenience.

On May 17, 2022 we filed our Notice of Motion and Motion for Leave to File Motion for Reconsideration [16] in Member Case No. 3:19-cv-07531.  Please see attached.  On that same date we filed the same Notice and Motion [14884] in the master case.  Please see attached.

At earliest opportunity, would you please give me a call to discuss.

Thank you.

**EXHIBIT "1"**



**Kathy Parsons**
kp@prwlaw.com

O: 601.948.6200
F: 601.948.6187

410 South President St, Jackson, MS 39201
www.prwlaw.com

CONFIDENTIALITY NOTICE:

The information contained in this communication is PRIVILEGED AND CONFIDENTIAL and intended only for the use of the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Immediately notify the sender by reply e-mail if you have received this communication in error. Please delete this communication and any copies thereof. This email (including attachments) is covered by the Electronic Communications Privacy Act, 19 USC Sections 2510-2521

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.