Albert R. Jordan, IV
George W. Healy, IV
HEALY & JORDAN PLLC
1323 28TH Ave., Ste A, Gulfport, MS  39501
228-575-4005 /Fax 228-575-4006
gwhealyiv@aol.com
*Attorney for Plaintiffs*
CHARLES TROBONA and DEBBIE TROBONA

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | Case No. 3:19-CV-07234-vc |
| *Charles Trobona and Debbie Trobona v. Monsanto Co. et al.,* | **PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

     1. Plaintiffs' counsel has consulted with Defendant's counsel who does not oppose the motion to move this case to Wave VI.

     2. This case is presently situated in Wave V.

     3. All parties to this action have diligently pursued discovery, having taken depositions of the plaintiffs CHARLES TROBONA and DEBBIE TROBONA, the plaintiff served his fact sheet and produced his medical records.

     4. Nevertheless, the impeding deadlines posed by Waive V present challenges to the Plaintiff to present the require expert reports.

     5. When consulting with one another regarding these challenges, Plaintiff's counsel and Defendant's counsel believe transferring this case to Wave VI would be in the best interests of justice.

Dated this  10 August 2022.

/s/ Albert R. Jordan, IV
ALBERT R. JORDAN, IV
LA Bar Roll #39599/MS Bar Roll # 102513
George W. Healy, IV
LA Bar Roll #14991/MS Bar Roll #2154
HEALY & JORDAN, PLLC
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005 - Telephone
228-575-4006 – Facsimile
*Attorneys for Plaintiffs*
*CHARLES TROBONA AND DEBBIE TROBONA*

CONSENT MOTION TO MOVE CASE TO WAVE VI - 2

**CERTIFICATE OF SERVICE**

I, Albert R. Jordan, IV, hereby certify that, on   August 10, 2022   , I electronically filed   PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVIE VI with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record including

| | |
|---|---|
| Anthony Rey Martinez<br>Shook, Hardy and Bacon L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>816-474-6550<br>Email: amartinez@shb.com<br>816.559.2683 \| amartinez@shb.com<br>Attorney for Defendant Monsanto Company | Joe G. Hollingsworth<br>Hollingsworth LLP<br>1350 I Street, N.W.<br>Washington, DC 20005<br>(202) 898-5800<br>Fax: (202) 682-1639<br>Email: jhollingsworth@hollingsworthllp.com<br>Attorney for Defendant Monsanto Company |

DATED:        August 10, 2022   .            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Albert R. Jordan, IV                
　　　　　　　　　　　　　　　　　　　ALBERT R. JORDAN, IV
　　　　　　　　　　　　　　　　　　　LA Bar Roll #39599/MS Bar Roll # 102513
　　　　　　　　　　　　　　　　　　　George W. Healy, IV
　　　　　　　　　　　　　　　　　　　LA Bar Roll #14991/MS Bar Roll #2154
　　　　　　　　　　　　　　　　　　　HEALY & JORDAN, PLLC
　　　　　　　　　　　　　　　　　　　1323 28th Avenue, Suite A
　　　　　　　　　　　　　　　　　　　Gulfport, MS 39501
　　　　　　　　　　　　　　　　　　　228-575-4005 - Telephone
　　　　　　　　　　　　　　　　　　　228-575-4006 – Facsimile
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　　CHARLES TROBONA AND DEBBIE TROBONA