UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | |
| Patricia Casale, | Honorable Vince Chhabria |
| Plaintiff, | Case No. 3:20-cv-01277 |
| v. | |
| Monsanto Company, | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE V** |
| Defendant. | |

<u>V</u>

Plaintiff 's motion to move their case from Wave IV to Wave V is GRANTED.

**IT IS SO ORDERED.**

Dated August _____, 2022

_____
JUDGE VINCE CHHABRIA