**CHAPPELL, SMITH & ARDEN, P.A.**
Graham L. Newman (*pro hac vice*)
(gnewman@csa-law.com)
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
Tel:   (803) 929-3600
Fax:   (803) 929-3604

*Attorneys for Plaintiffs*
*ERIC MILLER AND DONNA MILLER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Eric Miller, et al. v. Monsanto Co.*, Case No. 3:19-cv-07399-VC | |

### PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

1. Plaintiffs' counsel has consulted with Defendant's counsel who does not oppose the motion to move this case to Wave VI.

2. This case is presently situated in Wave IV(C).

3. All parties to this action have diligently pursued discovery and have taken depositions of both Plaintiffs, one fact witness, and one treating physician.

4. At least one fact witness deposition remains to be taken. This witness resides in the State of New York and attorneys for both the Plaintiffs and the Defendant have been cooperating in attempting to schedule this deposition.

5. The difficulties in completing fact discovery are now impacting the scheduling order deadlines applicable to Wave IV(C).

6. When consulting with one another regarding these challenges, Plaintiffs' counsel and Defendant's counsel believe transferring this case to Wave VI would be in the best interests of justice.

                                                   Respectfully submitted,

/s/ Graham L. Newman
Graham L. Newman
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)
gnewman@csa-law.com

**CERTIFICATE OF SERVICE**

I transmitted a true and accurate copy of the foregoing upon:

>Joe G. Hollingsworth
>HOLLINGSWORTH LLP
>1350 I Street, N.W.
>Washington, DC 20005
>(202) 898-5800
>Fax: (202) 682-1639
>Email: jhollingsworth@hollingsworthllp.com
>Counsel for Monsanto Company

by filing a copy on the Court's electronic filing system.

>/s/ Graham L. Newman
>Graham L. Newman (SC Fed. ID #9746)
>
>Counsel for the Plaintiff