UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 |
| This document relates to: | |
| *Eric Miller, et al. v. Monsanto Co.*, Case No. 3:19-cv-07399-VC | |

## <u>ORDER GRANTING CONSENT MOTION TO MOVE CASE TO WAVE VI</u>

Having reviewed the unopposed motion seeking to transfer this case to Wave VI, the

Court grants the requested relief and transfers this case to Wave VI.

IT IS SO ORDERED.

_____

Vince G. Chhabria
Presiding Judge
United States District Court

1