# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

*Gerald Nelson, et al. v. Monsanto Co.,*

Case No. 3:19-cv-04576-VC

MDL No. 2741

MDL Case No. 3:16-md-02741-VC

Honorable Vince Chhabria

**UNOPPOSED MOTION TO MOVE CASE TO WAVE V**

Plaintiffs Gerald and Lynne Nelson—without opposition from Defendant Monsanto Company—respectfully requests the Court move his case from Wave IV to Wave V:

1.　　Mr. Nelson's case is part of Wave IV(B).

2.　　Plaintiffs' counsel and Defense counsel continue to conduct relevant discovery and seek additional records that cannot be obtained within the fact discovery timeframe outlined in Wave IV.

3.　　Counsel for Plaintiffs met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiffs, Gerald and Lynne Nelson, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave IV to Wave V.

DATED: August 11, 2022

Respectfully submitted,

*/s/ David Bricker*
David Bricker, Esq. CA State Bar No. 158896
David C. Strouss, BBO# 546253
Jasmine M. Howard, BBO# 698130
**THORNTON LAW FIRM, LLP**
One Lincoln Street, Boston, MA  02111

(617) 720-1333  FAX (617) 720-1333
dbricker@tenlaw.com
dstrouss@tenlaw.com
jhoward@tenlaw.com

*Attorneys for Plaintiffs*

*/s/ Anthony Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2022, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ David C. Bricker*
David C. Bricker