Matthew E. Stubbs
Montgomery Jonson LLP
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202
Phone: 513-768-5227 | Fax: 513-768-9244
mstubbs@mojolaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Sandra Goodrich, Administrator of the Estate of James W. Goodrich v. Monsanto Co.*<br>Case No. 3:20-cv-06500 | MDL No. 2741<br><br>**PLAINTIFF SANDRA GOODRICH, ADMINISTRATOR OF THE ESTATE OF JAMES W. GOODRICH'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(1)(a)(i) of the Federal Rules of Civil Procedure, Plaintiff Sandra Goodrich, Administrator of the Estate of James W. Goodrich hereby gives notice that the above-captioned action is voluntarily dismissed.

          Respectfully submitted,

          /s/ *Matthew E. Stubbs*
          George D. Jonson
          Matthew E. Stubbs
          MONTGOMERY JONSON LLP
          600 Vine Street, Suite 2650
          Cincinnati, OH 45202
          (513) 768-5227
          (513) 768-9244 (fax)
          Email: gjonson@mojolaw.com
                    mstubbs@mojolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11th, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                              */s/ Matthew E. Stubbs*
                                              Matthew E. Stubbs

PLAINTIFF SANDRA GOODRICH, ADMINISTRATOR OF THE ESTATE OF JAMES W. GOODRICH'S NOTICE OF VOLUNTARY DISMISSAL - 2