Matthew E. Stubbs
Montgomery Jonson LLP
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202
Phone: 513-768-5227 | Fax: 513-768-9244
mstubbs@mojolaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: *T. Michael Mahedy v. Monsanto Co.* Case No. 3:20-cv-04651 | **PLAINTIFF T. MICHAEL MAHEDY'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(1)(a)(i) of the Federal Rules of Civil Procedure, Plaintiff T. Michael Mahedy hereby gives notice that the above-captioned action is voluntarily dismissed.

Respectfully submitted,

/s/ *Matthew E. Stubbs*
George D. Jonson
Matthew E. Stubbs
MONTGOMERY JONSON LLP
600 Vine Street, Suite 2650
Cincinnati, OH  45202
(513) 768-5227
(513) 768-9244 (fax)
Email:  gjonson@mojolaw.com
           mstubbs@mojolaw.com

PLAINTIFF T. MICHAEL MAHEDY'S NOTICE OF VOLUNTARY DISMISSAL - 1

## CERTIFICATE OF SERVICE

I hereby certify that on August 11th, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Matthew E. Stubbs*
Matthew E. Stubbs

PLAINTIFF T. MICHAEL MAHEDY'S NOTICE OF VOLUNTARY DISMISSAL - 2