UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) |
| | ) MDL No. 2741 |
| This document relates to: | ) ) |
| DAVID BEAUDET, et al. | ) Case No. 16-md-02741-vc ) |
| v. | ) ) |
| MONSANTO COMPANY | ) ) |
| Case No. 3:17-cv-06902 | ) ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS STIPULATED AND AGREED by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the Plaintiffs' claims listed below are dismissed with prejudice, each party to bear its own costs.

1. David Beaudet
2. Ramon and Norman Benavidez
3. Richard Colasuonno
4. Amanda Conway
5. Dianne Cox
6. Christopher Dannen
7. Jesus and Isabelle Gastelum
8. Candy Glenn
9. Mark and Becky Golike
10. Michael Grasso

11. Derril Hayes

12. Cecelia Hines

13. Sam and Martha Hoffman

14. Dena Jones

15. Erwin Klaas

16. Kevin Kraner

17. Timm Larson

18. Leanne Lathrop

19. Robydee Laumbach

20. Randy Luff

21. Jonathan Machtemes

22. Richard Manegio

23. James and Susan Modisher

24. Jerry and Kaffle Pitman

25. Kirk Pitts

26. Morris and Katheleen Price

27. Juan Rivera

28. Thomas and Renae Sampson

29. Frederick Sands

30. Timothy Scully

31. Daniel Shaw

32. Lewis Smith III

33. Irene Springer

34. Dave and Barbara Stephens

35. Frederick Thornton

36. Fred Vanderlaan

37. Donald and Denise White

38. Ben and Laura Zupan

| | |
|---|---|
| */s/ Brian Brake* | */s/Lakshmi Achari* |
| Brian Brake | Lakshmi Achari |
| THE MILLER FIRM LLC | Shook, Hardy & Bacon LLP |
| 108 Railroad Avenue | 600 Travis St., Suite 3400 |
| Orange, VA 22960-9903 | Houston, TX 77002 |
| Tel: (540) 672-4224 | Tel: (713) 546-5663 |
| Fax: (540) 672-3055 | Fax: (713) 227-9508 |
| bbrake@millerfirmllc.com | lachari@shb.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |