UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | )<br>)<br>) |
| | ) MDL No. 2741 |
| This document relates to: | )<br>) |
| ANTHONY BERLIN, et al. | ) Case No. 16-md-02741-vc |
| | )<br>) |
| v. | )<br>) |
| MONSANTO COMPANY | )<br>) |
| Case No. 3:18-cv-00815 | )<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the Plaintiff's claims below are dismissed with prejudice, each party to bear its own costs.

1. Maryann Cheesman

| | |
|---|---|
| */s/Brian Brake*<br>Brian Brake<br>THE MILLER FIRM LLC<br>108 Railroad Avenue<br>Orange, VA 22960-9903<br>Tel: (540) 672-4224<br>Fax: (540) 672-3055<br>bbrake@millerfirmllc.com<br>*Counsel for Plaintiffs* | */s/Lakshmi Achari*<br>Lakshmi Achari<br>Shook, Hardy & Bacon LLP<br>600 Travis St., Suite 3400<br>Houston, TX 77002<br>Tel: (713) 546-5663<br>Fax: (713) 227-9508<br>lachari@shb.com<br>*Counsel for Defendant* |