UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) |
| | ) MDL No. 2741 |
| This document relates to: | ) ) |
| ANTHONY BERLIN, et al. | ) Case No. 16-md-02741-vc ) |
| v. | ) ) |
| MONSANTO COMPANY | ) ) |
| Case No. 3:18-cv-00815 | ) ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS STIPULATED AND AGREED by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the Plaintiffs' claims below are dismissed without prejudice, each party to bear its own costs.

1. Richard Dulniak
   (refiled as 3:22-cv-03956)

2. Daniel Greil
   (refiled as 3:22-cv-4291)

| | |
|---|---|
| */s/Brian Brake* | */s/Lakshmi Achari* |
| Brian Brake | Lakshmi Achari |
| THE MILLER FIRM LLC | Shook, Hardy & Bacon LLP |
| 108 Railroad Avenue | 600 Travis St., Suite 3400 |
| Orange, VA 22960-9903 | Houston, TX 77002 |
| Tel: (540) 672-4224 | Tel: (713) 546-5663 |
| Fax: (540) 672-3055 | Fax: (713) 227-9508 |
| bbrake@millerfirmllc.com | lachari@shb.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |