**CHAPPELL, SMITH & ARDEN, P.A.**
Graham L. Newman (*pro hac vice*)
(gnewman@csa-law.com)
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
Tel:   (803) 929-3600
Fax:   (803) 929-3604

*Attorneys for Plaintiff*
*SAMUEL E. CARRAWAY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Samuel Carraway, et al. v. Monsanto Co.*, Case No. 3:20-cv-03599-VC | MDL No. 2741 |

**SAMUEL E. CARRAWAY'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

1

Pursuant to Local Civil Rules 79-5 and 7-11 of the Northern District of California, Plaintiff files this Administrative Motion to File Under Seal. Plaintiff has consulted with counsel for the Defendant and such counsel does not oppose this motion.

## I.     Action Requested

Plaintiff seeks an order permitting the filing of the attached Petition for Approval of Settlement and proposed order related thereto with proposed redactions.

## II.    Reasons Supporting the Request

Pursuant to LR 79-5 and the confidentiality order in place for this multidistrict litigation, any party wishing to use a document designated "confidential" in support of a motion must file an administrative motion to determine whether filing under seal is appropriate. This action was originally filed in the United States District Court for the District of South Carolina. Plaintiff has entered into a settlement agreement with the Defendant.

This case seeks damages under theories of both wrongful death and survival. Pursuant to S.C. Code Ann. § 15-51-42, settlement of any such actions must receive court approval. The settlement involves confidentiality prohibiting the disclosure of the terms of the settlement including the amount and thus prohibits filing an unredacted version of the proposed redacted Petition for Approval and associated proposed order other than under seal. Pursuant to Center for Auto Safety v. Chrysler Group, LLC, the good cause standard should apply here given that the parties have agreed to a confidentiality clause as part of Plaintiff's settlement, and further, the public is not presumed to have "regular access" to information concerning sensitive financial information. 809 F.3d 1092, 1099 (9th Cir. 2016).

## III.   Conclusion

For the foregoing reasons, Plaintiff requests that this Court enter an order granting Plaintiff leave to file the redacted Petition for Approval for the purpose of obtaining this Court's approval of the settlement in this matter.

Respectfully submitted,

/s/ *Graham L. Newman*_____
Graham L. Newman (*pro hac vice*)
(gnewman@csa-law.com)
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)

*Attorneys for Plaintiff*
*SAMUEL E. CARRAWAY*

**CERTIFICATE OF SERVICE**

I certify that on the above date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

/s/ *Graham L. Newman*
Graham L. Newman (*pro hac vice*)
(gnewman@csa-law.com)
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)

*Attorneys for Plaintiff*
SAMUEL E. CARRAWAY