UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

)
) MDL No. 2741
)
)
)
)
)
)

This document relates to:

*Samuel E. Carraway, et al. v. Monsanto
Company*
Case No. 3:20-cv-03599-VC

)
)
)
)
)

**PROPOSED] ORDER GRANTING SAMUEL E. CARRAWAY'S UNOPPOSED
ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Before the Court is the Plaintiff's unopposed motion to file under seal portions of the

Petition for Approval of Wrongful Death Settlement and the proposed order related thereto. Having

considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the

following documents shall be maintained under seal until further order of the Court, with the

publicly filed versions redacted as follows:

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 8/12/2022 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 4 of the Petition, last word in Paragraph 22 | Plaintiff | Confidential Settlement Amount |
| 8/12/2022 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 4 of the Petition, dollar amounts in Paragraph 23 | Plaintiff | Confidential Settlement Amount |
| 8/12/2022 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 5 of the Petition, dollar amounts in Paragraph 24 | Plaintiff | Confidential Settlement Amount |
| 8/12/2022 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 5 of the Petition, dollar amounts in Paragraph 30 | Plaintiff | Confidential Settlement Amount |
| 8/12/2022 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 6 of the Petition, attorney's fee percentage | Plaintiff | Confidential Settlement Amount |
| 8/12/2022 | Proposed Order Approving Settlement | Exhibit 2 to the Motion | Page 2 of the Order, dollar amounts in Paragraph 7 | Plaintiff | Confidential Settlement Amount |
| 8/12/2022 | Proposed Order Approving Settlement | Exhibit 2 to the Motion | Page 2 of the Order, dollar amounts in Paragraph 8 | Plaintiff | Confidential Settlement Amount |
| 8/12/2022 | Proposed Order Approving Settlement | Exhibit 2 to the Motion | Page 3 of the Order, dollar amounts in Paragraph 10 | Plaintiff | Confidential Settlement Amount |

1

2

Dated: _____, 2022

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28