**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | ) **MDL NO. 2741**<br>)<br>)<br>) **Master Docket No. 3:16-md-02741-VC**<br>) |
| **This Document Relates to:** | ) |
| | ) **Judge Vince Chhabria** |
| *Joseph Lindl v. Monsanto Co.,*<br>**Case No. 3:20-cv-05931-VC** | )<br>)<br>) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed without

prejudice, each party to bear its own costs.


DATED:  August 15, 2022                                    Respectfully submitted,


/s/ *Charles W. Miller*                                      /s/ *Anthony R. Martinez*
Charles W. Miller                                              Anthony R. Martinez
charles@hop-law.com                                      SHOOK, HARDY & BACON, LLP
HEYGOOD, ORR & PEARSON                        2555 Grand Blvd.
6363 N. State Highway 161, Ste. 450            Kansas City, MO  64108
Irving, Texas 75038                                        Telephone: (816) 559-2683
Telephone:     (214) 237-9001                        Facsimile: (816) 421-5547
Facsimile:     (214) 237-9002                         amartinez@shb.com


*Attorneys for Plaintiffs*

                                                                      *Attorney for Defendant*



**SO ORDERED** this _____ day of _____, 2022.


                                                     _____
                                                     **HON. VINCE CHHABRIA**

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

*/s/ Charles W. Miller*
Charles W. Miller
*Attorney for Plaintiff*