# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) **This Document Relates to:** ) *Branden Benedict v. Monsanto Co.,* ) ) **Case No. 3:20-cv-05938-VC** ) ) | **MDL NO. 2741** <br><br> **Case No. 3:16-md-02741-VC** <br><br> **Judge Vince Chhabria** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, each party to bear its own costs.

DATED:  August 15, 2022                                      Respectfully submitted,

/s/ *Charles W. Miller*  
Charles W. Miller  
HEYGOOD, ORR & PEARSON  
6363 North State Highway 161,  
Suite 450  
Irving, TX  75038  
Telephone: (214) 237-9001  
Facsimile: (241) 237-9002  
charles@hop-law.com

*Attorney for Plaintiff*

/s/ *Anthony R. Martinez*  
Anthony R. Martinez  
SHOOK, HARDY & BACON, LLP  
2555 Grand Blvd.  
Kansas City, MO  64108  
Telephone: (816) 559-2683  
Facsimile: (816) 421-5547  
amartinez@shb.com

*Attorney for Defendant*

**SO ORDERED** this _____ day of _____, 2022.

_____  
**HON. Vince Chhabria**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2022, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

>  /s/ Charles W. Miller
>  Charles W. Miller
>  *Attorney for Plaintiff*