# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2741 |
| ) | Case No. 3:16-md-02741-VC |
| ) | |
| This Document Relates to: ) | |
| *Andrea Jones v. Monsanto* ) | Judge Vince Chhabria |
| ) | |
| Case No. 3:20-cv-05933-VC ) ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed without prejudice, each party to bear its own costs.

DATED: August 15, 2022                            Respectfully submitted,

/s/ *Charles W. Miller*                           /s/ *Anthony R. Martinez*
Charles W. Miller                                 Anthony R. Martinez
HEYGOOD, ORR & PEARSON                            SHOOK, HARDY & BACON, LLP
6363 North State Highway 161,                     2555 Grand Blvd.
Suite 450                                         Kansas City, MO  64108
Irving, TX  75038                                 Telephone: (816) 559-2683
Telephone: (214) 237-9001                         Facsimile: (816) 421-5547
Facsimile: (241) 237-9002                         amartinez@shb.com
charles@hop-law.com

*Attorney for Plaintiff*                          *Attorney for Defendants*

**SO ORDERED** this _____ day of _____, 2022.

_____
**HON. Vince Chhabria**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2022, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

>	*/s/ Charles W. Miller*
>	Charles W. Miller
>	*Attorney for Plaintiff*