Lakshmi Achari
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24126364
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
lachari@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Sutliff, Donna, et al.*<br>Cause No. 3:19-cv-02832<br>(N.D. Cal) | |

**MONSANTO COMPANY'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SEVER COMPLAINTS**

Defendant Monsanto Company ("Monsanto") files this motion to dismiss with prejudice due to Plaintiffs' failure to sever claims pursuant to Pretrial Order 155.

Pretrial Order 155 (ECF Doc. 4454) requires multi-plaintiff cases to be severed into individual complaints for pretrial purposes. Pursuant to Pretrial Order 155 ("PTO 155"), all plaintiffs other than the lead plaintiff are required to e-file a new individual case with a Short Form Complaint. These plaintiffs are also required to file their Short Form Complaint on the main docket for MDL No.3:16-

md-02741. In addition to filing new individual cases, the non-lead plaintiffs must agree to be dismissed from the original case. If any plaintiff fails to comply with the severance requirements, Monsanto must notify the plaintiffs' counsel and Lead Counsel and provide seven (7) days for the plaintiffs to comply with PTO 155. If a plaintiff still has not complied within 7 days, Monsanto may move for dismissal with prejudice.

The Plaintiffs identified below have failed to sever their claims into individual complaints, and Monsanto notified each Plaintiff that their claims have not been appropriately severed. Each of these Plaintiffs are named in the original multi-plaintiff case. The original case was docketed in the MDL on March 1, 2019. On June 10, 2022, counsel for Monsanto notified Plaintiffs' counsel that PTO 155 required all of the Plaintiffs, other than the lead plaintiff, to e-file a new individual case with a Short Form Complaint. (Exhibit A.) Monsanto also informed Plaintiffs' counsel that for the original multi-plaintiff case, the parties are to file a joint stipulation voluntarily dismissing all Plaintiffs except the lead plaintiff. (*Id.*) Plaintiffs' counsel responded to that email, agreeing to Monsanto's offer to draft a stipulation of dismissal to coincide with Plaintiffs' counsel filing of the short form complaints.

On June 16, 2022, Monsanto followed up with correspondence that notified Plaintiffs' counsel that Monsanto started drafting the stipulated dismissal. (Exhibit B.) On June 24, 2002, Monsanto followed up with correspondence that inquired about the status on the short form complaints. (Exhibit C.) This email also notified Plaintiffs' counsel that Monsanto would file the stipulation of dismissal after the short form complaints were filed. (*Id.*) After no response from Plaintiffs' counsel, Monsanto followed up with correspondence on July 5 that once again inquired about the status of the short form complaints. (Exhibit D.) There was no response.[1]

[1] Monsanto called Plaintiffs' counsel on July 21 and August 1, 2022, and left messages. There were no responses to these messages either.

On August 1, 2022, Monsanto followed up with correspondence that notified Plaintiffs' counsel and Plaintiff Leadership Counsel that the individual cases needed to be severed to be in compliance with PTO 155. (Exhibit E.) Monsanto stated that failure to comply with PTO 155 can result in the cases being subject to a motion to dismiss. (*Id.*) Monsanto notified Plaintiffs' counsel that Monsanto would file a Motion to Dismiss if the severance issue was not resolved by August 8, 2022. (*Id.*) As of August 16, 2022, Plaintiffs' counsel has not responded, and Plaintiffs still have not complied with their severance obligations:

| **Multi-Plaintiff Case Name** | **Individual Plaintiff** | **Multi-Plaintiff Current Case Number** | **Multi-Plaintiff Case MDL Docket Date** | **Letters to Plaintiffs' Counsel** | **MDL Refiled Case Filed Dt** | **Multi-Plaintiff Case Plaintiff Firm** |
|---|---|---|---|---|---|---|
| Sutliff, Donna et al. | Tignor, Robert | 3:19-cv-02832 | 05/22/2019 | 06/10/2022, 06/16/2022, 06/24/2022, 07/05/2022, 08/01/2022 | None | Christina Pendleton & Associates, P.C. |
| Sutliff, Donna et al. | Wynne, Ronnie | 3:19-cv-02832 | 05/22/2019 | 06/10/2022, 06/16/2022, 06/24/2022, 07/05/2022, 08/01/2022 | None | Christina Pendleton & Associates, P.C. |

The Plaintiffs listed above have not severed their claims from the original multi-plaintiff claim. Monsanto notified Plaintiffs of their noncompliance with PTO 155. Monsanto gave Plaintiffs ample time to sever their claims. After about two months, the Plaintiffs have still failed to comply

with the requirements of PTO 155. Therefore, Monsanto respectfully requests that the Court enter an Order dismissing the Plaintiffs' cases, listed above[2], with prejudice.

**Conclusion**

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above captioned cases with prejudice for failure to sever multi-plaintiff cases into individual complaints for pretrial purposes.

Dated: August 16, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Lakshmi Achari*

Lakshmi Achari
Texas Bar No. 24126364
E-mail: lachari@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508

***Attorney for Defendant,***
***MONSANTO COMPANY***

[2] The Plaintiffs subject to the severance portion of Monsanto's Motion to Dismiss are all of the non-lead Plaintiffs—with Donna Sutliff being the lead Plaintiff on behalf of decedent Timothy Sutliff.

**CERTIFICATE OF SERVICE**

I, Lakshmi Achari, hereby certify that on August 16, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Lakshmi Achari*
Lakshmi Achari