EXHIBIT D'

**Saum, Sonia (SHB)**

| | |
|---|---|
| **From:** | Achari, Lakshmi (SHB) |
| **Sent:** | Thursday, June 16, 2022 9:54 AM |
| **To:** | Staesha Rath |
| **Cc:** | Damon; Brooke Hebert |
| **Subject:** | RE: Roundup - Sutliff, Donna, et al. - PTO 155 - Severance of Multi-Pltf Complaints |

Hi Staesha,

Great. I will start drafting the stipulation and keep you updated.

Thanks,
**Lakshmi Achari**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5663 | Lachari@shb.com



---

**From:** Staesha Rath <sr@cpenlaw.com>
**Sent:** Wednesday, June 15, 2022 2:30 PM
**To:** Achari, Lakshmi (SHB) <LACHARI@shb.com>
**Cc:** Damon <attorneypendleton@gmail.com>; Brooke Hebert <masstorts2@cpenlaw.com>
**Subject:** Fwd: Roundup - Sutliff, Donna, et al. - PTO 155 - Severance of Multi-Pltf Complaints

**EXTERNAL**

Good afternoon Lakshmi - no problem,I am agreeable to you preparing a stipulation of dismissal for the multi plaintiff complaint, which will can co-incide with our filing of the short form complaints.
Staesha

---------- Forwarded message ---------
From: **Achari, Lakshmi (SHB)** <LACHARI@shb.com>
Date: Fri, Jun 10, 2022 at 4:16 PM
Subject: Roundup - Sutliff, Donna, et al. - PTO 155 - Severance of Multi-Pltf Complaints
To: corrigian@osclaw.com <corrigian@osclaw.com>, dlp@cpenlaw.com <dlp@cpenlaw.com>
CC: Saum, Sonia (SHB) <ssaum@shb.com>

Dear Counsel,

The Donna Sutliff, et al. case was docketed in the MDL on 05/22/19.  Below is information for the plaintiffs named in the case.  Under Pretrial Order No. 155 (see attached), multi-plaintiff cases are to be severed into individual complaints for pretrial purposes.  Logistically, the Order requires all of the plaintiffs, other than the lead plaintiff, to e-file a new individual case with a Short Form Complaint.  And as for the original multi-plaintiff case, the parties are to file a joint stipulation voluntarily dismissing all plaintiffs—except the lead plaintiff.  Please advise if you are agreeable to us preparing a stipulation to dismiss for your review and approval to file.  If you have any questions or would like to discuss further, please let me know.

| Multi-Pltf Case Name | User Last Name | User First Name | Multi-Pltf Case User State | Multi-Pltf Case Plaintiff Firm(s) | Multi-Pltf Case Status | Multi-Pltf Case User Status | Multi-Pltf Case Deal Status | Multi-Pltf Case Filed Date | Multi-Pltf Case MDL Docket Date | Multi-Pltf Current Court | Multi-Pltf Current Cause # | MDL Refiled Case Filed Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sutliff, Donna et al. | Sutliff | Timothy | PA | Onder, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC | Served | Served | Discussions | 05/01/2019 | 05/22/2019 | CA - USDC for the Northern District of California | 3:19-cv-02832 | None |
| Sutliff, Donna et al. | Tignor | Robert | VA | Onder, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC | Served | Served | Discussions | 05/01/2019 | 05/22/2019 | CA - USDC for the Northern District of California | 3:19-cv-02832 | None |
| Sutliff, Donna et al. | Wynne | Ronnie | NC | Onder, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC | Served | Served | Discussions | 05/01/2019 | 05/22/2019 | CA - USDC for the Northern District of California | 3:19-cv-02832 | None |

Thanks,

**Lakshmi Achari**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5663 | Lachari@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.
--



  

**Damon Pendleton**

Managing Partner

Christina Pendleton & Associates, P.C.



<u>Phone: 804-799-7979</u> │ <u>Fax: 804-977-2392</u>

<u>DLP@cpenlaw.com</u>

<u>www.virginiasinjurylawyers.com</u>

1506 Staples Mill Road, Suite 101, Richmond, VA 23230
2825 S Crater Rd, Suite A, Petersburg, VA 23805
1500 E Little Creek Rd, Suite 300, Norfolk, VA 23518
325 E Main St, Suite E-3, Wytheville, VA 24382