EXHIBIT F

# Saum, Sonia (SHB)

| | |
|---|---|
| **From:** | Achari, Lakshmi (SHB) |
| **Sent:** | Tuesday, July 5, 2022 12:24 PM |
| **To:** | Staesha Rath |
| **Cc:** | Damon; Brooke Hebert; Martinez, Anthony (SHB); Hannah, Amy Y. (SHB); Cady, Tina (SHB); Pittman, Amy L. (SHB); Saum, Sonia (SHB) |
| **Subject:** | RE: Roundup - Sutliff, Donna, et al. - PTO 155 - Severance of Multi-Pltf Complaints |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **FilingIndicator:** | -1 |

Hello Staesha,

I hope you had a nice weekend! Please let me know the status of the short form complaints.

Thanks,
**Lakshmi Achari**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5663 | Lachari@shb.com



**From:** Achari, Lakshmi (SHB)
**Sent:** Friday, June 24, 2022 10:38 AM
**To:** Staesha Rath <sr@cpenlaw.com>
**Cc:** Damon <attorneypendleton@gmail.com>; Brooke Hebert <masstorts2@cpenlaw.com>
**Subject:** RE: Roundup - Sutliff, Donna, et al. - PTO 155 - Severance of Multi-Pltf Complaints

Hi Staesha,

I hope you are doing well! I am just checking on when you will be filing the short form complaints. We will file the stipulation of dismissal after the short form complaints are filed. Please let me know.

Thanks,
**Lakshmi Achari**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5663 | Lachari@shb.com



**From:** Achari, Lakshmi (SHB)
**Sent:** Thursday, June 16, 2022 9:54 AM
**To:** Staesha Rath <sr@cpenlaw.com>
**Cc:** Damon <attorneypendleton@gmail.com>; Brooke Hebert <masstorts2@cpenlaw.com>
**Subject:** RE: Roundup - Sutliff, Donna, et al. - PTO 155 - Severance of Multi-Pltf Complaints

Hi Staesha,

Great. I will start drafting the stipulation and keep you updated.

Thanks,
**Lakshmi Achari**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5663 | Lachari@shb.com



**From:** Staesha Rath <sr@cpenlaw.com>
**Sent:** Wednesday, June 15, 2022 2:30 PM
**To:** Achari, Lakshmi (SHB) <LACHARI@shb.com>
**Cc:** Damon <attorneypendleton@gmail.com>; Brooke Hebert <masstorts2@cpenlaw.com>
**Subject:** Fwd: Roundup - Sutliff, Donna, et al. - PTO 155 - Severance of Multi-Pltf Complaints

**EXTERNAL**

Good afternoon Lakshmi - no problem,I am agreeable to you preparing a stipulation of dismissal for the multi plaintiff complaint, which will can co-incide with our filing of the short form complaints.
Staesha

---------- Forwarded message ---------
From: **Achari, Lakshmi (SHB)** <LACHARI@shb.com>
Date: Fri, Jun 10, 2022 at 4:16 PM
Subject: Roundup - Sutliff, Donna, et al. - PTO 155 - Severance of Multi-Pltf Complaints
To: corrigian@osclaw.com <corrigian@osclaw.com>, dlp@cpenlaw.com <dlp@cpenlaw.com>
CC: Saum, Sonia (SHB) <ssaum@shb.com>

Dear Counsel,

The Donna Sutliff, et al. case was docketed in the MDL on 05/22/19. Below is information for the plaintiffs named in the case. Under Pretrial Order No. 155 (see attached), multi-plaintiff cases are to be severed into individual complaints for pretrial purposes. Logistically, the Order requires all of the plaintiffs, other than the lead plaintiff, to e-file a new individual case with a Short Form Complaint. And as for the original multi-plaintiff case, the parties are to file a joint stipulation voluntarily dismissing all plaintiffs—except the lead

plaintiff.  Please advise if you are agreeable to us preparing a stipulation to dismiss for your review and approval to file.  If you have any questions or would like to discuss further, please let me know.

| Multi-Pltf Case Name | User Last Name | User First Name | Multi-Pltf Case User State | Multi-Pltf Case Plaintiff Firm(s) | Multi-Pltf Case Status | Multi-Pltf Case User Status | Multi-Pltf Case Deal Status | Multi-Pltf Case Filed Date | Multi-Pltf Case MDL Docket Date | Multi-Pltf Current Court | Multi-Pltf Current Cause # | MDL Refiled Case Filed Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sutliff, Donna et al. | Sutliff | Timothy | PA | Onder, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC | Served | Served | Discussions | 05/01/2019 | 05/22/2019 | CA - USDC for the Northern District of California | 3:19-cv-02832 | None |
| Sutliff, Donna et al. | Tignor | Robert | VA | Onder, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC | Served | Served | Discussions | 05/01/2019 | 05/22/2019 | CA - USDC for the Northern District of California | 3:19-cv-02832 | None |
| Sutliff, Donna et al. | Wynne | Ronnie | NC | Onder, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC | Served | Served | Discussions | 05/01/2019 | 05/22/2019 | CA - USDC for the Northern District of California | 3:19-cv-02832 | None |

Thanks,

**Lakshmi Achari**
*Associate*
Shook, Hardy & Bacon L.L.P.

713.546.5663 | Lachari@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.
--



## Damon Pendleton

Managing Partner

Christina Pendleton & Associates, P.C.

 Phone: 804-799-7979 | Fax: 804-977-2392
DLP@cpenlaw.com
www.virginiasinjurylawyers.com
1506 Staples Mill Road, Suite 101, Richmond, VA 23230
2825 S Crater Rd, Suite A, Petersburg, VA 23805
1500 E Little Creek Rd, Suite 300, Norfolk, VA 23518
325 E Main St, Suite E-3, Wytheville, VA 24382




4