UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br><br>*Mehrens v. Monsanto Co.*<br>Case No. 3:18-cv-01151-VC | MDL No. 2741<br><br>Master Docket No. 3:16-md-2741-VC<br><br>Judge Vince Chhabria |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed without prejudice, each party to bear its own costs.

DATED:  August 15, 2022                                         Respectfully submitted,

/s/ *Kirk J. Goza*                                                              /s/ *Anthony R. Martinez*
Goza & Honnold LLC                                              Shook Hardy Bacon L.L.P.
9500 Nall Avenue, Suite 400                                  2555 Grand Blvd.
Overland Park, KS 66207                                       Kansas City, MO 64108
913-451-3433                                                           816-474-6550
Kgoza@gohonlaw.com                                         amartinez@shb.com

*Attorneys for Plaintiffs*                                          *Attorney for Defendants*

---

**SO ORDERED** this _____ day of _____, 2022.


                                                                               _____
                                                                               **HON. VINCE CHHABRIA**

00682711-1

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th Day of August, 2022, I filed a true and correct copy of the foregoing through the Court's CM/ECF system, which will automatically send service notification to all counsel of record.

*/s/ Kirk J. Goza*
Kirk J. Goza

*Counsel for Plaintiff*
