IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | VINCE CHHABRIA U.S. DISTRICT JUDGE |
| *Michael Holliday v. Monsanto Company* Case No: 3:19-cv-03014-VC | |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiff Michael Holliday – without opposition from Defendant Monsanto Company – respectfully requests the Court move this case from Wave IV to Wave VI:

1. Mr. Holliday's case is part of Wave IV and was pending in Wave IVD.

2. The parties have exchanged discovery, the property involved has been inspected by the defense, and the depositions of the Plaintiff and of the Plaintiff's oncologist have been completed.

3. Counsel for Plaintiff met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later wave and Monsanto does not oppose this request.

Therefore, Plaintiff Michael Holliday, without opposition from Defendant Monsanto Company, respectfully requests that the Court move this case from Wave IV to Wave VI.

DATED:   August 17, 2022           Respectfully submitted,

/s/ *Margaret M. Murray*
Margaret M. Murray (Ohio Bar No. 0066633)

        mmm@murrayandmurray.com
        MURRAY & MURRAY CO., L.P.A.
        111 East Shoreline Drive
        Sandusky OH  44870
        Telephone:    (419) 624-3000
        Direct Dial:    (419) 624-3128
        Facsimile:    (419) 624-0707

        Attorney for Plaintiff, Michael Holliday

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

        /s/ *Margaret M. Murray*
        Margaret M. Murray (Ohio Bar No. 0066633)
        mmm@murrayandmurray.com
        MURRAY & MURRAY CO., L.P.A.

        Attorney for Plaintiff, Michael Holliday