**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741** <br><br> **Case No. MDL No. 3:16-md-02741-VC** |
| **THIS DOCUMENT RELATES TO:** <br><br> *Michael Holliday v. Monsanto Company* <br> Case No: 3:19-cv-03014-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI** |

Plaintiff's motion to move the case from Wave IV to Wave VI is granted.

**IT IS SO ORDERED.**

Dated: _____