Andrea L. Sapone, Esq.
(ASB-4438-E68S)
Wright McCall, LLC
5707 McDermott Freeway, I-10
San Antonio, TX 78201
205-558-9000
asapone@wrightmccall.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELBERT ANDERSON,**<br><br>　　　　　　　　　**Plaintiff**<br>　　　v.<br><br>**MONSANTO COMPANY,**<br><br>　　　　　　　　　**Defendant** | **MDL No. 2741**<br>**Docket No. 3:16-md-02741-VC**<br><br>**MDL Case No. 3:19-cv-07795-VC** |

## STIPULATION OF DISMISSAL

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this case is DISMISSED without prejudice, each party to bear its own costs and expenses.

Respectfully submitted,

**WRIGHT MCCALL, LLC**


/s/ *Andrea L. Sapone*
Andrea L. Sapone, Esq.
(ASB-4438-E68S)
Wright McCall, LLC
5707 McDermott Freeway, I-10
San Antonio, TX 78201
205-558-9000
asapone@wrightmccall.com
Counsel for Plaintiff

*1*

*Stipulation of Dismissal*

**WILKINSON STEKLOFF LLP**

_/s/ Brian Stekloff_
Brian Stekloff
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4030
bstekloff@wilkinsonstekloff.com
Counsel for Defendant

Date: 08/17/2022

*Stipulation of Dismissal*

**CERTIFICATE OF SERVICE**

   I certify that, on August 17, 2022, service of this document was made pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

Respectfully Submitted,

**WRIGHT MCCALL, LLC**

/s/ *Andrea L. Sapone*
Andrea L. Sapone, Esq.
(ASB-4438-E68S)
Wright McCall, LLC
5707 McDermott Freeway, I-10
San Antonio, TX 78201
205-558-9000
asapone@wrightmccall.com
Counsel for Plaintiff