Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) ) Estate of Richard Garrison ) ) v. ) ) ) Monsanto Company. ) | MDL No. 2741 Master Docket Case No. 16-md-02741-VC Honorable Judge Vince Chhabria Case No.: 3:19-cv-00280-VC |

**UNOPPOSED MOTION TO MOVE CASE TO WAVE V**

Plaintiff, Graham Arthur Garrison, Executor for the Estate of Richard Garrison, by and through his undersigned counsel, without opposition from Defendant Monsanto Company, respectfully requests the Court move this case from Wave IV to Wave V.

1. The Estate of Richard Garrison case is part of Wave IV and was pending in Wave IVD.

2. The Parties have exchanged discovery and the depositions of Plaintiff Graham Arthur Garrison and decedent Richard Garrison's oncologist have been taken.

3. Counsel for Plaintiff met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later wave and Monsanto does not oppose this Motion.

1

Therefore, Plaintiff Graham Arthur Garrison, without opposition from Defendant Monsanto Company, respectfully requests that the Court move this case from Wave IV to Wave V.

Dated: August 18, 2022

Respectfully submitted,

/s/ Richard W. Schulte
Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
(Pro hac vice)
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Richard W. Schulte, hereby certify that on August 18, 2022, the foregoing document was served via the Court's CM/ECF system, which will automatically serve and send e-mail notification of the filing to all registered attorneys of record.

/s/ Richard W. Schulte
Richard W. Schulte