1  Richard W. Schulte
   Wright & Schulte, LLC
2  865 S. Dixie Drive
   Vandalia, OH
3  937-435-7500
4  Fax: 937-435-7511
   rschulte@legaldayton.com
5  *Attorney for Plaintiff*

6              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
7

8  IN RE: ROUNDUP PRODUCTS            )
9  LIABILITY LITIGATION               )   MDL No. 2741
                                      )   Master Docket Case No. 16-md-02741-VC
10 THIS DOCUMENT RELATES TO:          )
                                      )   Honorable Judge Vince Chhabria
11 Estate of Richard Garrison         )
                                      )   Case No.: 3:19-cv-00280-VC
12 v.                                 )
                                      )
13                                    )
   Monsanto Company.                  )
14

15          **UNOPPOSED MOTION TO MOVE CASE TO WAVE V**

16    Plaintiff's Motion to Move Case from Wave IV to Wave V is granted.

17    IT IS SO ORDERED

18

19
      Dated:
20

21

22                                          _____

23

24

25

26

27

28

1