**ZIMMERMAN & OHLIGER**
Jason R. Ohliger
Nicholas J. McIntyre
410 Broad Street
Milford, Pennsylvania 18337
Telephone: (570) 296-7300
Email: ohliger@tristatetrial.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Mary Metz Shaffer et al. v. Bayer Corporation et al.*, Case No. 3:22-cv-04404-VC | |

## NOTICE OF DISMISSAL AS TO CLAIMS AGAINST
## BAYER CORPORATION AND LOWE'S HOME IMPROVEMENT, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mary Metz Shaffer, individually and as the Administratrix of the Estate of Robert H. Shaffer, hereby dismisses all of her claims against Bayer Corporation and Lowe's Home Improvement, LLC without prejudice. Bayer Corporation and Lowe's Home Improvement, LLC have not yet answered or moved for summary judgment, and this notice of dismissal is, therefore, "effective on filing." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

Respectfully submitted this 18 day of August, 2022.

1   Respectfully submitted,

2   **ZIMMERMAN & OHLIGER**

3

4   _/s/Jason R. Ohliger_
Jason R. Ohliger
Nicholas J. McIntyre

5   410 Broad Street
Milford, Pennsylvania 18337

6   Telephone:   (570) 296-7300
Email:      ohliger@tristatetrial.com

7

8   _Attorney for Plaintiffs_

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF DISMISSAL WITHOUT PREJUDICE
3:16-md-02741-VC & 3:22-cv-04404-VC

## **CERTIFICATE OF SERVICE**

I certify that on the 18th day of August, 2022, I electronically transmitted the foregoing **NOTICE OF DISMISSAL AS TO CLAIMS AGAINST BAYER CORPORATION AND LOWE'S HOME IMPROVEMENT, LLC** to the Clerk of the court using the ECF system for filing and transmittal. A true and correct copy of the foregoing document was served on all parties electronically or by another manner as authorized by FED. R. CIV. P. 5.

/s/Jason R. Ohliger
Jason R. Ohliger

NOTICE OF DISMISSAL WITHOUT PREJUDICE
3:16-md-02741-VC & 3:22-cv-04404-VC