# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Master Docket Case No. 3:16-md-02741 <br><br> Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: <br><br> *Nancy Britt v. Monsanto Company* <br><br> Case No. 3:20-cv-03649-VC | |

## PLAINTIFF NANCY BRITT'S REQUEST TO BE REMOVED FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)

NOW COMES Nancy Britt ("Movant"), and hereby respectfully moves the Court for permission to remove Jeffrey L. Hogue and Tyler J. Belong from the Court's Case Management/Electronic Filing (CM/ECF) systems Notice of Electronic Filing (NEF) for case the instant case (Case No. 3:16-md-02741.)

Date: 8/18/2022

Respectfully submitted,

*s/ Tyler J. Belong*
Tyler J. Belong  (SBN 234543)
Hogue & Belong, APC
170 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-4720
Facsimile:  (619) 238-5260
Email: tbelong@hoguebelonglaw.com
*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of August 2022, I electronically transmitted the foregoing Motion to Remove from Courtesy Notifications of Electronic Filing to the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants associated with this case.

Respectfully Submitted,

*/s/Cynthia Steele*
Cynthia Steele