1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:    (713) 227-8008
   Facsimile:    (713) 227-9508
4  Email:        jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

9  | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
   | LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |

10
   This document relates to:
11
   *Whitney Neighbors v. Monsanto Company*,
12 Case No. 3:22-cv-04168-VC

13
                    **MONSANTO COMPANY'S**
14     **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

15
        Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
16
   associations of persons, firms, partnerships, corporations (including parent corporations) or
17
   other entities (i) have a financial interest in the subject matter in controversy or in a party to
18
   the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that
19
   could be substantially affected by the outcome of this proceeding:
20
        Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so
21
   Bayer AG has a financial interest in a party to the proceeding.
22

23

24

25

26

27

28
                                        1
   MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                3:16-md-02741-VC  & 3:22-cv-04168-VC

DATED: August 19, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone:  (713) 227-8008
    Facsimile:  (713) 227-9508
    Email:     jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 19th day of August, 2022, I electronically transmitted the foregoing **MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

               */s/Jennise W. Stubbs*
               Jennise W. Stubbs

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC  & 3:22-cv-04168-VC