UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Master Docket No. 3:16-md-2741-VC |
| *McRorie v. Monsanto Co.* Case No. 3:18-cv-01110-VC | Judge Vince Chhabria |

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Counsel for Plaintiff Bertha McRorie hereby submits this Unopposed Motion to Move Case to Wave VI. In support thereof, counsel states as follows:

1. Bertha McRorie's case is currently included in Wave V, per this Court's Order of September 24, 2021 (Dkt. #13819).

2. Upon attempting to contact Mrs. McRorie regarding her case's inclusion on Wave V, Plaintiff's counsel learned Mrs. McRorie was deceased. Plaintiff's counsel is filing a Suggestion of Death contemporaneously herewith.

3. Plaintiff's counsel subsequently tried to locate next-of-kin for Mrs. McRorie and successfully contacted Mrs. McRorie's daughter.

4. Mrs. McRorie's daughter is taking necessary steps to continue Mrs. McRorie's claim but has limited time to do so under the deadlines imposed in Wave V. Plaintiff's counsel therefore believes the best course of action is to move this case to a later Wave.

5. Plaintiff's counsel has conferred with counsel for Defendant Monsanto, and they do not oppose this Motion.

00682967-1

1

WHEREFORE, Plaintiff's counsel respectfully requests this Court move Bertha McRorie's case to Wave VI.

Dated: August 19, 2022                                   Respectfully submitted,

                                                                                     */s/ Kirk J. Goza*

Kirk J. Goza
GOZA & HONNOLD LLC
9500 Nall Ave., Ste. 400
Overland Park, KS 66207
(913) 451-3433
kgoza@gohonlaw.com

*Attorneys for Plaintiff*

00682967-1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of August, 2022, I filed a true and correct copy of the foregoing through the Court's CM/ECF system, which will automatically send service notification to all counsel of record.

*/s/ Kirk J. Goza*
Kirk J. Goza

*Counsel for Plaintiff*
