**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741** |
| **This document relates to:** | **Master Docket No. 3:16-md-2741-VC** |
| *McRorie v. Monsanto Co.* | **Judge Vince Chhabria** |
| **Case No. 3:18-cv-01110-VC** | |

## SUGGESTION ON RECORD OF PLAINTIFF'S DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Plaintiff's counsel suggests on the record the death of Plaintiff Bertha McRorie during the pendency of this action.

Dated: August 19, 2022                    Respectfully submitted,

*/s/ Kirk J. Goza*

Kirk J. Goza
GOZA & HONNOLD LLC
9500 Nall Ave., Ste. 400
Overland Park, KS 66207
(913) 451-3433
kgoza@gohonlaw.com

*Attorneys for Plaintiff*

00683218-1

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2022, I filed a true and correct copy of the foregoing through the Court's CM/ECF system, which will automatically send service notification to all counsel of record.

*/s/ Kirk J. Goza*
Kirk J. Goza

*Counsel for Plaintiff*

00683218-1