**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** *Gilbert P. Pellerin, Sr. and Deborah S. Pellerin v. Monsanto Co.* Case No. 3:21-CV-04634-VC | Honorable Judge Vince Chhabria |
| | **ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiffs' Motion to move their case from Wave V to Wave VI is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____