UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: <br><br> *Arnold Elzey v. Monsanto Co.*, <br> Case No: 3:19-cv-07373 | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiff's motion to move their case from Wave IV to Wave VI is GRANTED.

   **IT IS SO ORDERED.**

Dated: September ___, 2022

_____
JUDGE VINCE CHHABRIA