UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Tawfeeq Alamiri v. Monsanto Co.*, No. 3:20-cv-08844 | |

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiff Tawfeeq Alamiri - without opposition from Defendant Monsanto Company - respectfully requests the Court move his case from Wave IV to Wave VI:

1. Tawfeeq Alamiri's case is currently part of Wave IV

2. Mindful of the deadlines pertaining to Wave IV cases, the parties have diligently pursued discovery in this matter. Plaintiff's deposition, as well as that of his spouse and treating physician, have been taken. Written discovery has been produced and an inspection of Plaintiff's property has been timely completed.

3. However, there are aspects of discovery still to be conducted. Additionally, the deadlines posed by Wave IV presents challenges to Plaintiff to present required expert reports.

4. Plaintiff believes the best; most prudent course of action would be to move this case to a later Wave.

5. In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VI.

1

Therefore, Plaintiff Tawfeeq Alamiri, with the consent of Defendant Monsanto Company, respectfully request the Court move his case from Wave IV to Wave VI.

Dated: August 22, 2022

*Respectfully submitted,*

CHARLES E. BOYK LAW OFFICES, LLC

By:  /s/   *Wesley D. Merillat*
 Wesley D. Merillat (*pro hac vice*)
 Ohio Bar. No. 0080253
 CHARLES E. BOYK LAW OFFICES, LLC
 1500 Timberwolf Dr.
 Holland, Ohio 43528
 Tel:  419.241.1395
 wmerillat@charlesboyk-law.com

**Attorney for Plaintiff Tawfeeq Alamiri**

## CERTIFICATION

I certify that on August 22, 2022, the foregoing was filed with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

Respectfully submitted,

By: /s/ *Wesley D. Merillat*
Wesley D. Merillat