# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |
| *Richard Deneve v. Monsanto Co.*, Case No: 3:19-cv-07341 | |

Plaintiff's motion to move their case from Wave IV to Wave VI is GRANTED.

    **IT IS SO ORDERED.**

Dated: September ___, 2022

                                                           JUDGE VINCE CHHABRIA