**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:         jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Charles Fredric Reid v. Monsanto Co.*, Case No. 3:22-cv-04080-VC | |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1.  Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
2.  Bayer AG is a publicly held corporation.

DATED: August 22, 2022           Respectfully submitted,

                                 SHOOK, HARDY & BACON L.L.P.

                                 BY: */s/ Jennise W. Stubbs*
                                      Jennise W. Stubbs
                                      600 Travis Street, Suite 3400
                                      Houston, TX 77002-2926
                                      Telephone:   (713) 227-8008
                                      Facsimile:    (713) 227-9508
                                      Email:         jstubbs@shb.com

                                 *Attorneys for Defendant*
                                 *MONSANTO COMPANY*

# CERTIFICATE OF SERVICE

I certify that on the 22nd day of August, 2022, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

 */s/Jennise W. Stubbs*
 Jennise W. Stubbs