JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
O'Brien Law LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
Phone: (419) 930-6401
Fax:    (419) 930-6403
Email: jim@obrien.law

*Counsel for Vernon F. Wachtman*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.        2741<br>Master Docket No. 16-MD-2741-VC |
| This document relates to:<br><br>**VERNON F. WACHTMAN** *et al,*<br><br>Plaintiff,<br><br>v.<br><br>**MONSANTO COMPANY**,<br><br>Defendant. | Case No.:   3:20-cv-6119<br><br>Judge:       Hon. Vince Chhabria<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Vernon F. Wachtman and Lillian Wachtman—with the consent of all Parties who have appeared—hereby dismiss this action in its entirety and with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

August 22, 2022            O'Brien Law LLC,

 */s/ James G. O'Brien*
James G. O'Brien (Cal. 308239, Ohio 0088460)
O'BRIEN LAW, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604
Tel.   (419) 930-6401
Fax   (419) 930-6403
Email jim@obrien.law

*Counsel for Plaintiffs Vernon Wachtman and Lillian Wachtman*

- 1 -

    */s/ John Q. Lewis*          (by permission)
John Q. Lewis
Tucker Ellis – Cleveland
Ste. 1100 950 Main Avenue
Cleveland, OH 44113
Tel.    216-696-5325
Fax:   216-592-5009
Email: john.lewis@tuckerellis.com

Madeline Dennis
Tucker Ellis – Cleveland
Ste. 1100 950 Main Avenue
Cleveland, OH 44113
Tel.    216-696-5801
Email: madeline.dennis@tuckerellis.com

*Counsel for Defendant Monsanto Company*

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

- 2 -

## CERTIFICATE OF SERVICE

I transmitted a true and accurate copy of the foregoing upon:

> Joe G. Hollingsworth
> HOLLINGSWORTH LLP
> 1350 I Street, N.W.
> Washington, DC 20005
> (202) 898-5800
> Fax: (202) 682-1639
> Email: jhollingsworth@hollingsworthllp.com
>
> *Counsel for Monsanto Company*

by filing a copy on the Court's electronic filing system.

August 22, 2022                     */s/ James G. O'Brien*
                                    James G. O'Brien (Cal. 308239, Ohio 0088460)

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401