AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Koller et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | MDL No. 2741 |
| v. | ) | Case No. 3:22-cv-04260 |
| Monsanto Company et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Monsanto Company and Bayer CropScience LP.

Date:    08/23/2022

/s/ John Rosenthal
*Attorney's signature*

John Rosenthal, Bar Nos.: DC425263; MD8901100012
*Printed name and bar number*

Winston & Strawn LLP
1901 L St. NW
Washington, DC 20036

*Address*

JRosenthal@winston.com
*E-mail address*

(202) 282-5785
*Telephone number*

202-282-5100
*FAX number*