AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Koller et al. | ) | MDL No. 2741 |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-04260 |
| Monsanto Company et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Monsanto Company and Bayer CropScience LP                               .

Date: 08/23/2022

/s/ Jeff Wilkerson
*Attorney's signature*

Jeff Wilkerson, Bar Nos. CA284044; NC51209
*Printed name and bar number*
Winston & Strawn LLP
300 S. Tryon St., 16th Floor
Charlotte, North Carolina 28202

*Address*

JWilkerson@winston.com
*E-mail address*

(704) 350-7714
*Telephone number*

(704) 350-7800
*FAX number*