## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Scott Koller, et al., v. Monsanto Company, et al.*, Case No. 3:22-cv-04260-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

### STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Local Civil Rule 6-1(a), Plaintiffs and Defendants hereby stipulate to extend the time for each Defendant to answer or otherwise respond to the complaint until September 23, 2022.[1]

**SO STIPULATED**

---

[1] Defendants reserve all rights, defenses, and objections, including as to jurisdiction.

Dated: August 23, 2022

*/s/ Seth Safier*
SETH A. SAFIER (SBN 197427)
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel: (415) 336-6545
Fax: (415) 449-6469
seth@gutridesafier.com

*Counsel for Plaintiffs*

/s/ *Jeff Wilkerson*
JEFF WILKERSON (SBN 284044)
WINSTON & STRAWN LLP
300 S. Tryon St., 16th Floor
Charlotte, North Carolina 28202
Tel: (704) 350-7714
Fax: (704) 350-7800
jwilkerson@winston.com

*Counsel for Defendants Monsanto Company and Bayer CropScience LP*

*/s/ Stephanie Dilworth*
STEPHANIE DILWORTH  (SBN 342109)
JONES DAY® - One Firm Worldwide®
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: (415) 875-5760
Fax: (415) 875-5700
sdilworth@jonesday.com

*Counsel for Defendant The Scotts Company LLC*