UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Scott Koller, et al., v. Monsanto Company, et al.*, Case No. 3:22-cv-04260-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

**BAYER CROPSCIENCE LP'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bayer CropScience LP makes the following disclosures:

1. Bayer CropScience LP, a non-governmental entity, is an indirect subsidiary of Bayer AG.

2. Bayer AG, a publicly held German stock company, has no parent company and no publicly held company owns 10 percent or more of its stock.

Dated: August 23, 2022                          Respectfully submitted,


/s/ *Jeff Wilkerson*
JEFF WILKERSON (SBN 284044)
WINSTON & STRAWN LLP
300 S. Tryon St., 16th Floor
Charlotte, North Carolina 28202
Tel: (704) 350-7714
Fax: (704) 350-7800
jwilkerson@winston.com

*Counsel for Defendant Bayer CropScience LP*

1

## **CERTIFICATE OF SERVICE**

I certify that on the 23rd day of August, 2022, I electronically transmitted the foregoing BAYER CROPSCIENCE LP'S CORPORATE DISCLOSURE STATEMENT to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

/s/ *Jeff Wilkerson*
Jeff Wilkerson