Paul Mankin (SBN 264038)
LAW OFFICE OF PAUL MANKIN, APC
4655 Cass St., Ste. 410
San Diego, CA 92109
Phone: (800) 219-3577
pmankin@paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2741 |
| This document relates to: | Case No. 4:21-cv-00316 |
| BARBARA JOHNSON | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| V. | |
| MONSANTO COMPANY | |

**TO THIS HONORABLE COURT:**

Plaintiff Barbara Johnson provides this Stipulation of Dismissal of this entire matter, with prejudice, each party to bear its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)

Respectfully submitted this 24th Day of August 2022

By: /s/ Paul Mankin
Paul Mankin, Esq.
**Law Office of Paul Mankin, APC**
Attorney for Plaintiff

Stipulation of Dismissal - 1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on August 24, 2022. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access the filing through the Court's ECF system.

/s/ Paul Mankin
*Attorney for Plaintiff*