WILKINSON STEKLOFF LLP
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   (202) 847-4030
Fax:   (202) 847-4005

ARNOLD & PORTER KAYE SCHOLER LLP
Daniel Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

HOLLINGSWORTH LLP
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Heather Pigman (*pro hac vice*)
(hpigman@hollingsworthllp.com)
John Kalas (*pro hac vice*)
(jkalas@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

SHOOK, HARDY & BACON LLP
Anthony Martinez (*pro hac vice*)
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) ) |
| This document relates to: Wesley Tam v. Monsanto Co., Case No. 3:20-cv-04216-VC | ) ) ) ) ) ) ) ) |

**Plaintiff's Disclosure of Expert**

**COMES NOW**, the Plaintiff, Wesley Tam, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26, and hereby files his expert disclosures:

1. The Plaintiff will not be designating an expert subject to Rule 26.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic mail to all parties on this 24th day of August, 2022.

> **FORREST SYGMAN, P.A.**
> The Tate Building
> 7300 N. Kendall Drive, Suite 203
> Miami, FL 33156
> Telephone: (305) 661-8955
> EM: forrest@sygmanlaw.com
> EM: associate@sygmanlaw.com
>
> By: _____
> **Forrest Sygman, Esq., FBN 748020**
> **Marlene Collazo, Esq., FBN 75330**