UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) This document relates to: ) ) *Linda Kay and Todd Kay v. Monsanto Co.*, ) Case No. 3:21-cv-00175-VC ) ) | MDL No. 2741 Case No. 3:16-md-02741-VC |

## **PLAINTIFFS' CONSENT MOTION TO MOVE CASE TO WAVE VI**

1. Plaintiffs' counsel has consulted with Defendant's counsel, who does not oppose this Motion to move the case to Wave VI.

2. This case is presently situated in Wave IV(D).

3. Mindful of the deadlines pertaining to Wave IV(D), the parties to this action have been diligently conducting discovery. Both Plaintiffs' depositions have been taken, as has that of Plaintiff Linda Kay's treating physician. Plaintiffs have produced all documents responsive to Defendant's requests and have allowed Defendant to inspect their premises.

4. The parties have stipulated to the governing state law, the law of South Carolina.

5. Despite the parties' best efforts, the Wave IV(D) deadlines present compliance challenges to Plaintiffs and their counsel.

6. After consultation, Plaintiffs' counsel and Defendant's counsel agree that transferring this case to Wave VI would be in the best interests of justice.

Respectfully submitted,

*/s/ Cameron L. Marshall*
Cameron L. Marshall
7 Gamecock Avenue, Suite 707
Charleston, South Carolina 29407
[P]: (843) 795-2298
[F]: (843) 795-5081
cameron@attorneymarshall.com
*Attorney for Plaintiffs*

*/s/ Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
255 Grand Blvd
Kansas City, Missouri 64108
[P]: (816) 559-2683
[F]: (816) 421-5547
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Cameron L. Marshall, hereby certify that on August 25, 2022, the foregoing document was filed using the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Cameron L. Marshall*
Cameron L. Marshall
7 Gamecock Avenue, Suite 707
Charleston, South Carolina 29407
[P]: (843) 795-2298
[F]: (843) 795-5081
cameron@attorneymarshall.com
*Attorney for Plaintiffs*