UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) This document relates to: ) ) *Linda Kay and Todd Kay v. Monsanto Co.*, ) Case No. 3:21-cv-00175-VC ) ) | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

**ORDER GRANTING CONSENT MOTION TO MOVE CASE TO WAVE VI**

The parties' consent Motion to move the case from Wave IV to Wave VI is hereby **GRANTED.**

    **IT IS SO ORDERED.**

Dated:

Honorable Vince G. Chhabria
United States District Court