R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Plaintiff,*
DEAN BROOKS

Lakshmi Achari (SBN: 24126364)
lachari@shb.com
**SHOOK, HARDY & BACON L.L.P.**
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  (713) 227-8008
Facsimile:  (713) 227-9508

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*David Beaudet, et al.*<br>Cause No. 3:17-CV-06902<br>(N.D. Cal) | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Pretrial Order No. 155, Plaintiff and Defendant Monsanto Company hereby stipulate to the voluntary dismissal with prejudice of the following plaintiff from Case No. 3:17-CV-06902:

- Brooks, Dean

Moreover, both parties agree to bear its own costs and expenses.

Dated:  August 26, 2022

Respectfully submitted,

**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

Pedram Esfandiary (SBN: 312569)
pesfandiary@baumhedlundlaw.com
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Attorneys for Plaintiff,*
*DEAN BROOKS*

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Lakshmi Achari*
Lakshmi Achari (SBN: 24126364)
lachari@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone:  (713) 227-8008
Facsimile:  (713) 227-9508

*Attorneys for Defendant,*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

  I, Lakshmi Achari, hereby certify that on August 26, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

               */s/ Lakshmi Achari*
               Lakshmi Achari