UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to: ) ) ) | |
| *Shaffer, et al. v. Monsanto Co.,* Case No. 3:20-cv-05930-VC ) ) ) | |

## PLAINTIFFS' CONSENT MOTION TO MOVE CASE TO WAVE VI

1. Plaintiffs' counsel has consulted with Defendant's counsel, who does not oppose this Motion to move the case to Wave VI.

2. This case is presently situated in Wave V. Rec. Doc. 13819.

3. Mindful of the deadlines pertaining to Wave V, the parties to this action have been diligently conducting discovery. Plaintiffs' depositions have been taken. Plaintiffs will be producing all documents responsive to Defendant's recent discovery requests and will be allowing Defendant to inspect their premises.

4. Despite the parties' best efforts, the Wave V deadlines present compliance challenges to Plaintiffs and their counsel.

5. After consultation, Plaintiffs' counsel and Defendant's counsel agree that transferring this case to Wave VI would be in the best interests of justice.

Respectfully submitted,

MARTZELL BICKFORD & CENTOLA

__/s/ Lawrence J. Centola, III__
**LAWRENCE J. CENTOLA, III (#27402)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (Fax)

**LILLIS LAW FIRM**
Michael E. Lillis, BAR NO. 33245
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone:   (504) 581-9065
Facsimile:   (504) 581-7635

*Attorneys for the Plaintiffs*


*/s/ Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
255 Grand Blvd
Kansas City, Missouri 64108
[P]: (816) 559-2683
[F]: (816) 421-5547
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Lawrence J. Centola, III, hereby certify that on August 26, 2022, the foregoing document was filed using the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

   /s/ **Lawrence J. Centola, III**
**LAWRENCE J. CENTOLA, III (#27402)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (Fax)
*Attorney for Plaintiffs*
