UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| ) ) | |
| This document relates to: ) ) | |
| ) | |
| *Shaffer, et al. v. Monsanto Co.,* ) Case No. 3:20-cv-05930-VC ) ) | |

## ORDER GRANTING CONSENT MOTION TO MOVE CASE TO WAVE VI

The parties' consent Motion to move the case from Wave V to Wave VI is hereby **GRANTED.**

**IT IS SO ORDERED.**

Dated:

_____
Honorable Vince G. Chhabria
United States District Court