UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2741 |
| | ) | Case No. 3:16-md-02741-VC |
| This document relates to: | ) ) ) | |
| *Anna Roy, et al. v. Monsanto Co.,* Case No. 3:20-cv-03371-VC | ) ) ) ) | |

## ORDER GRANTING CONSENT MOTION TO MOVE CASE TO WAVE VI

The parties' consent Motion to move the case from Wave V to Wave VI is hereby

**GRANTED.**

    **IT IS SO ORDERED.**

Dated:

_____
Honorable Vince G. Chhabria
United States District Court