W. Wylie Blair, Esq.
**ONDER LAW, LLC**
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-MD-02741-VC |
| This document relates to: | |
| Christopher Luetcke v. Monsanto Company, No. 3:22-CV-03963 | UNOPPOSED MOTION TO MOVE CASES TO WAVE 6 |
| Patrick Martin v. Monsanto Company, No. 3:22-CV-03966 | |
| Douglas Moss v. Monsanto Company, No. 3:22-CV-04012 | |
| Suzanne Norgren v. Monsanto Company, No. 3:22-CV-03967 | |
| Marty Pinkard v. Monsanto Company, No. 3:22-CV-04011 | |
| John Schoonover v. Monsanto Company, No. 3:22-CV-03969 | |
| Carol Sorensen v. Monsanto Company, No. 3:22-CV-03971 | |
| Jack Watson v. Monsanto Company, No. 3:22-CV-03972 | |
| Robert Whitford, et al v. Monsanto Company, No. 3:22-CV-04014 | |

## UNOPPOSED MOTION TO MOVE CASES TO WAVE 6

The nine above-captioned Plaintiffs – without opposition from Defendant Monsanto Company – respectfully request the Court move their cases from Wave 5 to Wave 6.

1. Each above captioned Plaintiff is currently situated in Wave 5.

2. All parties to this action have diligently pursued discovery, taken and defended depositions, engaged in written discovery and prepared these cases for trial.

3. Nevertheless, the impending deadlines, as per the current scheduling order for Wave 5, present challenges to all parties to properly complete discovery.

4. When consulting with one another regarding these challenges Plaintiffs' Counsel and Defendant's Counsel believe transferring these cases to Wave 6 would be in the best interests of justice and allow the parties to complete discovery without causing undue delay.

THEREFORE, the nine above-captioned Plaintiffs, without opposition from Defendant Monsanto Company, respectfully request the Court to move their cases from Wave 5 to Wave 6.

Dated: August 26, 2022                **ONDER LAW, LLC**

By: /s/ W. Wylie Blair

W. Wylie Blair
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

**CERTIFICATE OF SERVICE**

      I, W. Wylie Blair, hereby certify that, on August 26th, 2022, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

                                    */s/ W. Wylie Blair*