UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Christopher Luetcke v. Monsanto Company, No. 3:22-CV-03963<br><br>Patrick Martin v. Monsanto Company, No. 3:22-CV-03966<br><br>Douglas Moss v. Monsanto Company, No. 3:22-CV-04012<br><br>Suzanne Norgren v. Monsanto Company, No. 3:22-CV-03967<br><br>Marty Pinkard v. Monsanto Company, No. 3:22-CV-04011<br><br>John Schoonover v. Monsanto Company, No. 3:22-CV-03969<br><br>Carol Sorensen v. Monsanto Company, No. 3:22-CV-03971<br><br>Jack Watson v. Monsanto Company, No. 3:22-CV-03972<br><br>Robert Whitford, et al v. Monsanto Company, No. 3:22-CV-04014 | MDL No. 2741<br><br>Case No. 3:16-MD-02741-VC<br><br>[PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE CASES TO WAVE 6 |

Having reviewed the unopposed motion seeking to transfer these cases to Wave 6, the Court grants the requested relief and transfers these cases to Wave 6.

IT IS SO ORDERED.

                                                                                                      _____
                                                                     Vince G. Chhabria
                                                                     Presiding Judge
                                                                     United States District Court