W. Wylie Blair, Esq.
**ONDER LAW, LLC**
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:22-cv-03966 |
| This document relates to: <br><br> PATRICK MARTIN, <br>    Plaintiff, <br><br> v. <br><br> MONSANTO COMPANY <br>    Defendant. | |

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 156, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company, et al*, originally filed in the Circuit Court of the City of St. Louis, State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Patrick Martin provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Patrick Martin.

2. This case is brought against Defendant Monsanto Company (Defendant).

3. Plaintiff first filed his case against the Defendant in the Circuit Court of the City of St. Louis, State of Missouri. Defendant removed the case to the U.S. District Court for the Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, *et al* Case No. 1722-cc-00795.

5. Plaintiff resided in O'Fallon, Missouri at the time of filing the original complaint against the Defendant.

6. Plaintiff currently resides in O'Fallon, Missouri.

7. Plaintiff resided in O'Fallon, Missouri at the time of his diagnosis of Non-Hodgkin lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in Missouri and Nebraska.

9. Jurisdiction is proper based on the claim being removed from Missouri state court under CAFA and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Defendant's Roundup products from approximately 1994 to present. From approximately 1994 to 2016, Plaintiff used Roundup® as needed to kill weeds in residential projects. Plaintiff sprayed Roundup® monthly.

12. Plaintiff used Defendant's Roundup® products in O'Fallon, Missouri and Bennington, Nebraska.

13. Plaintiff was first diagnosed with NHL in September 2009.

14. Plaintiff brings claims against Defendant under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Fraud, Misrepresentation and Suppression; Violation of the Consumer Fraud Acts;

Breach of Express Warranty and Breach of Implied Warranties.

Dated:  July 6, 2022

**ONDER LAW, LLC**

By:  /s/ W. Wylie Blair

W. Wylie Blair
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax:  (314) 963-1700
blair@onderlaw.com

### CERTIFICATE OF SERVICE

I, W. Wylie Blair, hereby certify that, on July 6, 2022, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ W. Wylie Blair