1  W. Wylie Blair, Esq.
   **ONDER LAW, LLC**
2  110 E. Lockwood
   St. Louis, MO 63119
3  Tel: (314) 963-9000
   Fax: (314) 963-1700
4  blair@onderlaw.com

5  *Attorney for Plaintiffs*

6
                  UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
11 | | Case No. 3:22-cv-04012 |

12
13        This document relates to:

14   DOUGLAS MOSS,
                    Plaintiff,
15
          v.
16
     MONSANTO COMPANY
17
                    Defendant.
18

19
                      **SHORT FORM COMPLAINT**
20

21       Pursuant to Pretrial Order (PTO) No. 155, in which the parties were ordered to sever the

22 plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company, et al*, originally filed

23 in the Circuit Court of the City of St. Louis, State of Missouri, into individual short form

24 complaints for pre-trial work up purposes, Plaintiff Douglas Moss provides the following

25 allegations required by the Court in PTO No. 155:

26       1.   This case is brought on behalf of Plaintiff Douglas Moss.

27       2.   This case is brought against Defendant Monsanto Company, (Defendant).

28

3. Plaintiff first filed his case against the Defendant in the Circuit Court of the City of St. Louis, State of Missouri. Defendant removed the case to the U.S. District Court for the Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, *et al* Case No. 1722-cc-00795.

5. Plaintiff resided in Chicago, Illinois at the time of filing the original complaint against the Defendant.

6. Plaintiff currently resides in Chicago, Illinois.

7. Plaintiff resided in Chicago, Illinois at the time of his diagnosis of Non-Hodgkin lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in Illinois and Florida.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Illinois, a different state than the Defendant's state of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Defendant's Roundup products from approximately 1983 to present. From approximately 1983 to present, Plaintiff used Roundup as needed to kill weeds in residential and commercial projects. Plaintiff sprayed Roundup weekly.

12. Plaintiff used Defendant's Roundup products in Chicago, IL.

13. Plaintiff was first diagnosed with NHL in December 2014.

14. Plaintiff brings claims against Defendant under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence;

Fraud, Misrepresentation and Suppression; Violation of the Consumer Fraud Acts; Breach of Express Warranty Breach of Implied Warranties.

Dated:  July 8, 2022            **ONDER LAW, LLC**

<u>By:  /s/ W. Wylie Blair</u>

W. Wylie Blair
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax:  (314) 963-1700
blair@onderlaw.com

### **CERTIFICATE OF SERVICE**

I, W. Wylie Blair, hereby certify that, on July 8, 2022, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

<u>      /s/ W. Wylie Blair           </u>