Adrian N. Roe, Esq.
**ROE & SIMON LLC**
428 Boulevard of the Allies, 1st Floor
Pittsburgh, PA 15219
Tel: (412) 434-8187
Fax: (412) 774-2908
aroe@roeandsimonllc.com
*Attorney for Plaintiff*

Brian Stekloff, Esq.
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005
bstekloff@wilkinsonstekloff.com
*Attorney for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Schaffner, et al. v. Monsanto Company* Case No. 3:19-cv-07526-VC | **JOINT DESIGNATION OF RECORD ON REMAND** |

     Pursuant to Rule 10.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (JPML), the Parties submit the following joint designation of record to be remanded to the United States District Court for the Western District of Pennsylvania.

| Docket No. | Title of Document |
|---|---|
| *Schaffner* Docket No. 1 | Complaint |
| *Schaffner* Docket No. 10 | Monsanto Company's Answer to Plaintiff's Complaint |

| Docket No. | Title of Document |
| --- | --- |
| MDL Docket No. 54 | Joint Stipulation and Order Amending Governing Protocol for Discovery of Electronically Stored Information |
| MDL Docket No. 63 | Order Governing Privilege Logs |
| MDL Docket No. 65 | Rule 502(d) Order |
| MDL Docket No. 519 | Pretrial Order No. 30: Amended Protective Order |
| MDL Docket No. 1596 | Pretrial Order No. 45: Summary Judgment and Daubert Motions |
| MDL Docket No. 2406 | Pretrial Order No. 61: RE: Bifurcation |
| MDL Docket No. 2419 | Defendant Monsanto Company's Notice of Motion and Motion For Summary Judgment Re: Tier 1 Plaintiffs on Non-Causation Grounds; Declaration of Brian L Stekloff; Exhibits 1-24 |
| MDL Docket No. 2479 | Plaintiffs' Response In Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds |
| MDL Docket No. 2634 | Defendant Monsanto Company's Reply in Support of Motion For Summary Judgment Re: Tier 1 Plaintiffs on Non-Causation Grounds and Exclusion of Drs. Benbrook, Sawyer, and Mills; Declaration of Brian L. Stekloff; Exhibits 25-29 |
| MDL Docket No. 2645 | Pretrial Order No. 70: Final Juror Questionnaire |
| MDL Docket No. 2775 | Pretrial Order No. 81: Ruling on Motions in Limine |
| MDL Docket No. 2790 | Pretrial Order No. 83: Time Limits for Trial |
| MDL Docket No. 2937 | Pretrial Order No. 101: Order re: Monsanto's Motion For Summary Judgment on Non-Causation Grounds |
| MDL Docket No. 2963 | Pretrial Order No. 108: Final Phase 1 Instructions |
| MDL Docket No. 2964 | Pretrial Order No. 109: Final Verdict Form |
| MDL Docket No. 3188 | Pretrial Order No. 137: Final Phase 2 Verdict Form |
| MDL Docket No. 3194 | Pretrial Order No. 139 Final Phase 2 Instructions |

JOINT DESIGNATION OF RECORD ON REMAND; CASE NO. 3:19-CV-07526-VC

| Docket No. | Title of Document |
|---|---|
| MDL Docket No. 4565 | Pretrial Order No. 159: Denying Monsanto's Motions For Judgment as a Matter of Law or, in the Alternative, For a New Trial on Non-Damages Grounds |
| MDL Docket No. 4576 | Pretrial Order No. 160: Granting in Part and Denying in Part Monsanto's Motion For Summary Judgment as a Matter of Law on Punitive Damages Denying Monsanto's Motion For a New Trial on Compensatory Damages |
| MDL Docket No 7999 | Defendant Monsanto Company's Notice of Motion and Motion for Summary Judgment on Non-Causation Grounds |
| MDL Docket No. 8328 | Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds re: Wave 1 Cases |
| MDL Docket No. 12785 | Defendant Monsanto Company's Notice of Motion and Motion for Summary Judgment on Non-Causation Grounds; Declaration of Michael Imbroscio; Exhibits 1-5. |
| MDL Docket No. 12899 | Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds |
| MDL Docket No. 13733 | Defendant Monsanto Company's Notice of Motion and Motion for Summary Judgment on Non-Causation Grounds |
| MDL Docket No. 13885 | Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds |
| MDL Docket No. 14621 | Pretrial Order No. 273: Denying Wave 3 Motions for Summary Judgment on Non-Causation Grounds and Motions to Exclude Plaintiffs' Experts |
| *Hardeman* Docket No. 18 (3:16-cv-00525-VC) | Defendant Monsanto Company's Motion to Dismiss |
| *Hardeman* Docket No. 19 (3:16-cv-00525-VC) | Defendant Monsanto Company's Request for Judicial Notice |
| *Hardeman* Docket No. 27 (3:16-cv-00525-VC) | Plaintiff's Response to Motion to Dismiss |
| *Hardeman* Docket No. 28 (3:16-cv-00525-VC) | Plaintiff's Objection to Monsanto Company's Request for Judicial Notice |

| Docket No. | Title of Document |
|---|---|
| *Hardeman* Docket No. 30 (3:16-cv-00525-VC) | Defendant Monsanto Company's Reply in Support of Motion to Dismiss |
| *Hardeman* Docket No. 31 (3:16-cv-00525-VC) | Defendant Monsanto Company's Response to Plaintiff's Objection to Monsanto Company's Request for Judicial Notice |
| *Hardeman* Docket No. 34 (3:16-cv-00525-VC) | Order denying Motion to Dismiss |

Dated: August 26, 2022

**ROE & SIMON LLC**
By: */s/ Adrian N. Roe*
Adrian N. Roe, Esq.
428 Boulevard of the Allies, 1st Floor
Pittsburgh, PA 15219
Tel: (412) 434-8187
Fax: (412) 774-2908
aroe@roeandsimonllc.com

**WILKINSON STEKLOFF LLP**
By: */s/ Brian Stekloff*
Brian Stekloff, Esq.
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005
bstekloff@wilkinsonstekloff.com

JOINT DESIGNATION OF RECORD ON REMAND; CASE NO. 3:19-CV-07526-VC