**CELLINO LAW, LLP**
Brian A. Goldstein, Esq.
800 Delaware Avenue
Buffalo, NY 14209-2006
Telephone:     (716) 888-2020
Facsimile:     (716) 259-2020
Email: brian.goldstein@cellinolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Silvio Broccoli, et al. v. Monsanto Co.*, Case No. 3:20-cv-03434-VC | |

### **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned matter be dismissed without prejudice, each party bearing its own costs and expenses.

Respectfully submitted this 30th day of August, 2022.

Respectfully submitted,

**CELLINO LAW, LLP**

*/s/Brian A. Goldstein*
Brian A. Goldstein, Esq.
800 Delaware Avenue
Buffalo, NY 14209-2006
Telephone:  (716) 888-2020
Facsimile:   (716) 259-2020
Email:         brian.goldstein@cellinolaw.com

*Attorney for Plaintiffs*

**SHOOK, HARDY & BACON L.L.P.**

*/s/Jennise W. Stubbs*
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone:  (713) 227-8008
Facsimile:   (713) 227-9508
Email:         jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

# CERTIFICATE OF SERVICE

I certify that on the 30th day of August, 2022, I electronically transmitted the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Brian A. Goldstein*
Brian A. Goldstein