Steven D. Soden
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2146
Fax:    (816) 421-5547
ssoden@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF STEVEN D. SODEN ON BEHALF OF MONSANTO COMPANY** |
| *Glenn Moore v. Monsanto Co.,*  Case No.  3:20-cv-00041-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Steven D. Soden of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

August 30, 2022

Respectfully Submitted,

By:  */s/ Steven D. Soden*
Steven D. Soden
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 559-2146
Fax:    (816) 421-5547
ssoden@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

1

## CERTIFICATE OF SERVICE

I, Steven D. Soden, hereby certify that, on August 30, 2022, I electronically filed NOTICE OF APPEARANCE OF STEVEN D. SODEN ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.


DATED: August 30, 2022                                Respectfully submitted,

                                                       _/s/ Steven D. Soden_
                                                       Steven D. Soden
                                                       SHOOK, HARDY & BACON L.L.P.
                                                       2555 Grand Blvd.
                                                       Kansas City, MO 64108
                                                       Phone: (816) 559-2146
                                                       Fax:    (816) 421-5547
                                                       ssoden@shb.com

                                                       *Attorney for Defendant*
                                                       *MONSANTO COMPANY*

NOTICE OF APPEARANCE OF STEVEN D. SODEN ON BEHALF OF
DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC