UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>[~~PROPOSED~~] ORDER GRANTING RECONSIDERATION PURSUANT TO CIV. L.R. 7-9 |

This document relates to:

*PATRICIA WOODRUFF, et al.*
*vs. MONSANTO COMPANY*

3:19-cv-07531-VC

### [~~PROPOSED~~] ORDER

1. Counsel's motion is GRANTED.

2. This Court's Dismissal Order [Dkt. No. 14883] is hereby amended to exclude *Woodruff v. Monsanto*, Case No. 3:19-cv-07531.

3. The Clerk of Court is ORDERED to re-open this case, *Woodruff v. Monsanto*, Case No. 3:19-cv-07531.

4. Counsel shall inform the Court by letter as to the status of the submission of this case to the Special Master Settlement Program.

Dated: _____August 30_____, 2022.

_____
Hon. VINCE CHHABRIA
United States District Court Judge

---

[PROPOSED] ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION PURSUANT TO CIV. L. R. 7-9

1