UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Rios et al. v. Monsanto Co.*, Case No. 20-cv-8552 | **ORDER GRANTING MOTION TO DISMISS IN PART**<br>Re: Dkt. No. 14707 |

Monsanto's motion to dismiss is granted in part, pursuant to the parties' stipulation. The following plaintiffs are dismissed without prejudice. The Clerk of Court can remove from them from the case.

- Juan Rivera-Pagán;
- Luz M. Rodríguez-Sánchez;
- Carlos M. Plaza González;
- José Jimenez Yordán;
- Rafael Schulze-Maldonado;
- Eloina Torres-Santiago;
- Alma Arvelo-Plumey;
- Gabriel Ocacio-Acevedo; and
- Estate of Ramón Berrios-Sampler.

The following plaintiffs have indicated that they do not intend to pursue their claims against Monsanto and are therefore also dismissed without prejudice. The Clerk of Court is directed to remove them from the case.

• Jorge Caballero Jimenez;

• Cecilio Reyes Garced;

• Luis Antonio Colón;

• Misael Batista Hernández;

• José Juan Medina Olivera;

• Neivida Torres Melendez;

• Miguel Estrada González;

• Efraín Ortiz Pomales;

• Ramón Galarza Echevaría (for himself and in representation of the Estate of Ramón Antonio Galarza González); and

• Gabriel Rodríguez (for himself and in representation of the Estate of Ana Lydia Acevedo del Río).

**IT IS SO ORDERED.**

Dated: August 30, 2022

_____
VINCE CHHABRIA
United States District Judge