UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SHEPPARD, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MONSANTO COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 16-md-02741-VC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 17 |

Plaintiff's motion for extension of time to file a substitution of party is granted.

**IT IS SO ORDERED.**

Dated: August 30, 2022

VINCE CHHABRIA
United States District Judge