## IN THE IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS** ) | **MDL No. 2741** |
| **LIABILITY LITIGATION** ) | |
| ) | **Case No. 3:16-md-02741-VC** |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | **ORDER** |
| *JOSEPH SIMMS and BELINDA SIMMS* ) | |
| *v. MONSANTO CO.,* ) | |
| ) | |
| **CASE NO. 3:19-cv-05886-VC** ) | |

## ORDER

CONSIDERING THE FOREGOING Motion for Leave to Substitute Parties and File Amended Complaint,

IT IS ORDERED that the motion is GRANTED and Plaintiff may amend the complaint.

This 30 th day of August , 2022.

_____
UNITED STATES DISTRICT JUDGE