UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| | **ORDER GRANTING MOTIONS TO MOVE CASES TO WAVE VI** |
| | Re: Dkt. Nos. 15213, 15214, 15215, 15248, 15258, 15262, 15264 |

Plaintiffs' unopposed motions to move cases to Wave VI are granted.

**IT IS SO ORDERED.**

Dated: August 30, 2022

VINCE CHHABRIA
United States District Judge