UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Henry Breymeyer v. Monsanto Co.*, No. 3:20-cv-06344 | |

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiff Henry Breymeyer - without opposition from Defendant Monsanto Company - respectfully requests the Court move his case from Wave V to Wave VI:

1. Henry Breymeyer's case is currently part of Wave V

2. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.  While Plaintiff's wife's deposition has been completed, Plaintiff's deposition was suspended due to health issues and needs to be continued until a later, yet to be determined date. His health situation, limited mobility, and limited access to technology have presented scheduling challenges. The parties are cooperating in that regard. Written discovery is ongoing, and the parties still need to coordinate and conduct an inspection of Plaintiff's properties.

3. Plaintiff is still currently undergoing treatment for his Non-Hodgkin's Lymphoma. As such, there are aspects of discovery, including obtaining medical records, that is ongoing.  Accordingly, the deadlines posed by Wave V presents challenges to Plaintiff to present required expert reports.

4. Plaintiff believes the best; most prudent course of action would be to move this case to a later Wave.

5. In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VI.

Therefore, Plaintiff Henry Breymeyer, with the consent of Defendant Monsanto Company, respectfully request the Court move his case from Wave V to Wave VI.

Dated: September 1, 2022

*Respectfully submitted,*

CHARLES E. BOYK LAW OFFICES, LLC

By: /s/  *Wesley D. Merillat*
Wesley D. Merillat (*pro hac vice*)
Ohio Bar. No. 0080253
CHARLES E. BOYK LAW OFFICES, LLC
1500 Timberwolf Dr.
Holland, Ohio 43528
Tel:  419.241.1395
wmerillat@charlesboyk-law.com

**Attorney for Plaintiff Henry Breymeyer**

## **CERTIFICATION**

I certify that on September 1, 2022, the foregoing was filed with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

Respectfully submitted,

By: /s/ *Wesley D. Merillat*
    Wesley D. Merillat