Name and address:

Lindsay R. Stevens, Esq.
GOMEZ TRIAL ATTORNEYS
655 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone (619) 237-3490

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH GREENWOOD | CASE NUMBER: |
|---|---|
| v. | 3:22-CV-04830-VC |
| PLAINTIFF(S) | |
| MONSANTO COMPANY | REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL |
| DEFENDANT(S) | |

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: ROSEMARY PINTO                                                    CA Bar Number: PHV

Firm or agency: FELDMAN PINTO P.C.

Address: 30 South 15th Street, 15th Floor    PHILADELPHIA, PA 19102

Telephone Number: (215) 546-2604            Fax Number: (267) 335-2245

E-mail: rpinto@feldmanpinto.com

Counsel of record for the following party or parties: Plaintiff, Elizabeth Greenwood

Other members of the same firm or agency also seeking to withdraw: N/A

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel:

Name: LINDSAY R. STEVENS          CA Bar Number: 256811

Firm or agency: GOMEZ TRIAL ATTORNEYS

Address: 655 W. BROADWAY, SUITE 1700          SAN DIEGO, CA 92101

Telephone Number: (619) 237-3490          Fax Number: (619)237-3496

E-mail: lstevens@thegomezfirm.com

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 09/01/2022          Signature: /s/ *Rosemary Pinto*

Name: ROSEMARY PINTO

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 09/01/2022          Signature: /s/ *Lindsay R. Stevens*

Name: LINDSAY R. STEVENS

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 09/01/2022          Signature: /s/ *Elizabeth Greenwood*

Name: ELIZABETH GREENWOOD

Title: PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated: September 1, 2022                                    Respectfully submitted,

                                                            */s/ Lindsay R. Stevens*
                                                            Lindsay R. Stevens(SBN 256811)