**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| ELIZABETH GREENWOOD | Plaintiff(s) | CASE NUMBER 3:22-cv-04830-VC |
|---|---|---|
| v. | | |
| MONSANTO COMPANY | Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

ELIZABETH GREENWOOD     ☒ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

to substitute  LINDSAY R. STEVENS  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

655 W. BROADWAY, SUITE 1700
*Street Address*

SAN DIEGO, CA 92101                    lstevens@thegomezfirm.com
*City, State, Zip*                       *E-Mail Address*

(619) 237-3490        (619) 237-3496        256811
*Telephone Number*     *Fax Number*          *State Bar Number*

as attorney of record instead of  ROSEMARY PINTO of FELDMAN PINTO, P.C.
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                              U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)          **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**