AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| ELIZABETH GREENWOOD | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:22-cv-04830-VC |
| MONSANTO COMPANY | ) | **3:16-md-02741-VC** |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Elizabeth Greenwood                                                                                  .

Date: 9/1/2022

/s/Jessica S. Williams
*Attorney's signature*

Jessica S. Williams (SBN 314762)
*Printed name and bar number*
GOMEZ TRIAL ATTORNEYS
655 W. Broadway, Ste 1700
San Diego, CA 92101

*Address*

jwilliams@thegomezfirm.com
*E-mail address*

(619) 237-3490
*Telephone number*

(619) 237-3496
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, the foregoing was electronically filed with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing

on counsel of record.


Dated: September 1, 2022                                    Respectfully submitted,


                                                           */s/ Jessica S. Williams*
                                                           Jessica S. Williams (SBN 314762)

*AMICI* BRIEF OF LAW FIRMS AND LAWYERS OPPOSING PRELIMINARY APPROVAL
MDL NO. 2741, CASE NO. 3:16-md-02741