# ORDER

~~Plaintiff's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b), filed on June 2, 2022, duly came for hearing on _____ before the Honorable Vince Chhabria.~~

**~~FINDINGS:~~**

Based on the oral and written argument and evidence presented in connection with the motion, the Court makes the following findings:

1. Plaintiff's Motion for Relief from Judgment is **GRANTED** pursuant to Federal Rule of Civil Procedure 60(b).

2. This Court's May 16, 2022 Order Dismissing Cases with Prejudice for Failure to Comply with PTO No. 270 [Dkt. No. 14488] is hereby amended to exclude *Randall L. Zuiderveen, et al. v. Monsanto Co.*, Case No. 3:20-cv-00582-VC.

3. The Clerk of the Court is ORDERED to re-open this case, *Randall L. Zuiderveen, et al. v. Monsanto Co.*, Case No. 3:20-cv-00582-VC.

**IT IS SO ORDERED.**

Dated: September 1, 2022      By: _____
Honorable Vince Chhabria
United States District Judge