# EXHIBIT A

**MDL Cases - Inactive Docket Additions**

64 Single Plaintiffs

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 90754 | Acuff | Phyllis | Acuff, Gerald | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:20-cv-00652 |
| 89135 | Baker | Tony | Baker, Glenna | The Bifferato Firm, PA // Thornton Law Firm LLP | CA - N.D. | 3:20-cv-02009 |
| 42191 | Bryan | Amy | Bryan, Amy Lee | Morris Bart, LLC | CA - N.D. | 3:19-cv-05334 |
| 95769 | Carpita | Christopher | Carpita, Christopher | Bekman, Marder & Adkins, LLC | CA - N.D. | 3:20-cv-03598 |
| 92725 | Cato | Henry | Cato, Henry | Richardson, Patrick, Westbrook & Brickman, LLC // Richardson, Thomas, Haltiwanger, Moore & Lewis, LLC | CA - N.D. | 3:20-cv-01920 |
| 176178 | Clark, Jr. | Grant | Clark, Jr., Grant | Morris Bart, LLC | CA - N.D. | 3:20-cv-06499 |
| 42178 | Daigle | Nicole | Daigle, Nicole B. | Morris Bart, LLC | CA - N.D. | 3:19-cv-04011 |
| 91898 | Diakogiannakis | Anastasio | Diakogiannakis, Anastasio | MetroLaw | CA - N.D. | 3:20-cv-08519 |
| 197784 | Duff | Ray | Duff, Ray | Cellino & Barnes, P.C. | CA - N.D. | 3:21-cv-06563 |
| 94930 | Edwards | Sedrick | Edwards, Sedrick D. | Morris Bart, LLC | CA - N.D. | 3:20-cv-06987 |
| 184847 | Ellerbe | Dana | Ellerbe, Dana L. | Morris Bart, LLC | CA - N.D. | 3:21-cv-01503 |
| 81843 | Finley | Paul | Finley, Paul | The Ruth Law Team | CA - N.D. | 3:19-cv-06089 |
| 90040 | Flowers | Faye | Flowers, Faye A. | Morris Bart, LLC | CA - N.D. | 3:20-cv-00581 |
| 42109 | Frantz | Joni | Frantz, Joni M. | Morris Bart, LLC | CA - N.D. | 3:19-cv-03970 |
| 171376 | Frye | Jan | Frye, Jan R. | Domina Law Group pc llo | CA - N.D. | 3:20-cv-06346 |
| 191475 | Gagliano | Charles | Gagliano, Charles J. | Domina Law Group pc llo // Harang Law Offices // Law Office fo Richard H. Barker IV | CA - N.D. | 3:21-cv-02703 |
| 185104 | Gardella | Peter | Gardella, Peter | Shepard Law, PC | CA - N.D. | 3:21-cv-00604 |
| 40364 | Geich | Nick | Geich, Nick | Heygood, Orr & Pearson | CA - N.D. | 3:19-cv-05350 |
| 100600 | Goodwater | Donald | Goodwater, Donald Gene | Domina Law Group pc llo | CA - N.D. | 3:20-cv-06123 |
| 94896 | Gothier | Michael | Gothier, Michael Lewis | Domina Law Group pc llo | CA - N.D. | 3:20-cv-03442 |
| 82286 | Griffin | Donna | Griffin, Donna S. | Morris Bart, LLC | CA - N.D. | 3:19-cv-07318 |
| 50449 | Haggerty | Patrick | Haggerty, Patrick S. | Domina Law Group pc llo | CA - N.D. | 3:19-cv-05594 |
| 189808 | Hanshew-Barrett | Diana | Hanshew-Barrett, Diana | The Ruth Law Team | CA - N.D. | 3:21-cv-01935 |

## MDL Cases - Inactive Docket Additions

64 Single Plaintiffs

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 200713 | Horner | William | Horner, William | Fuller, Williamson, Nelsen & Preheim, LLP | CA - N.D. | 3:21-cv-07744 |
| 82299 | Jilk | Kenneth | Jilk, Kenneth | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:19-cv-06429 |
| 83812 | Johnson | Bryan | Johnson, Bryan | Forester Haynie PLLC | CA - N.D. | 3:20-cv-00038 |
| 63043 | Kelly | Shonderrick | Kelly, Kecia | Morris Bart, LLC | CA - N.D. | 3:19-cv-07208 |
| 90264 | Koster | Rebecca | Koster, Rebecca | McCune Wright Arevalo, LLP | CA - N.D. | 3:20-cv-01634 |
| 181013 | Laginess | Craig | Laginess, Craig M. | Morris Bart, LLC | CA - N.D. | 3:20-cv-07217 |
| 41881 | Lane | Miracle | Lane, Miracle C. | Morris Bart, LLC | CA - N.D. | 3:19-cv-03901 |
| 94757 | Lastra | Juan | Lastra, Juan | Stag Liuzza, LLC | CA - N.D. | 3:20-cv-03073 |
| 83806 | Marr | Bernadean | Marr, Bernadean M. | Domina Law Group pc llo | CA - N.D. | 3:20-cv-00116 |
| 42113 | Massey | William | Massey, William V. | Morris Bart, LLC | CA - N.D. | 3:19-cv-06444 |
| 181012 | Wood | Jeanette | McMorris, Melissa Kaye | Morris Bart, LLC | CA - N.D. | 3:20-cv-07220 |
| 82151 | Miller | Susan | Miller, Susan | The Bifferato Firm, PA // Thornton Law Firm LLP | CA - N.D. | 3:19-cv-07394 |
| 98741 | Moore | Robert | Moore, Robert Tilton | Martin & Jones, PLLC | CA - N.D. | 3:20-cv-04515 |
| 94037 | Morgan | Yvonne | Morgan, Yvonne E. | Morris Bart, LLC | CA - N.D. | 3:20-cv-02408 |
| 190785 | Morgenweck | Dennis | Morgenweck, Dennis | Law Office of Paul Mankin, APC | CA - N.D. | 3:21-cv-03753 |
| 76705 | Morse | Evelyn | Morse, Evelyn | McCune Wright Arevalo, LLP // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:19-cv-04948 |
| 42765 | Mullis | Donald | Mullis, Donald K. | Morris Bart, LLC | CA - N.D. | 3:19-cv-04112 |
| 42115 | Myers | Raleigh | Myers, Raleigh Lehane | Morris Bart, LLC | CA - N.D. | 3:19-cv-05291 |
| 186208 | Niolet | Kelvin | Niolet, Kelvin Barry | Morris Bart, LLC | CA - N.D. | 3:21-cv-00173 |
| 42432 | Payne | Charles | Payne, Charles Stephenson | Morris Bart, LLC | CA - N.D. | 3:19-cv-05875 |
| 42844 | Proctor | Patricia | Proctor, Patricia A. | Morris Bart, LLC | CA - N.D. | 3:19-cv-04113 |
| 42116 | Rizzuto | Jared | Rizzuto, Jared J. | Morris Bart, LLC | CA - N.D. | 3:19-cv-03956 |
| 42433 | Robbins | Gwendolyn | Robbins, Gwendolyn | Morris Bart, LLC | CA - N.D. | 3:19-cv-04014 |
| 186348 | Robinson | Carol | Robinson, Carol | Morris Bart, LLC | CA - N.D. | 3:21-cv-00674 |
| 184222 | Rohe | Nancy | Rohe, Nancy J. | Domina Law Group pc llo | CA - N.D. | 3:21-cv-00607 |
| 203425 | Romanov | Alexsandr | Romanov, Alexsandr | Finz & Finz, P.C. | CA - N.D. | 3:21-cv-08938 |
| 194537 | Schembre | Joseph | Schembre, Joseph | Morris Bart, LLC | CA - N.D. | 3:21-cv-04465 |

**MDL Cases - Inactive Docket Additions**

64 Single Plaintiffs

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 83825 | Schlingman | Dawn | Schlingman, Dawn L. | Domina Law Group pc llo | CA - N.D. | 3:20-cv-00117 |
| 94602 | Schuman | James | Schuman, James | Domina Law Group pc llo | CA - N.D. | 3:20-cv-03451 |
| 42736 | Shirah | Patricia | Shirah, Patricia Diane | Morris Bart, LLC | CA - N.D. | 3:19-cv-05227 |
| 191908 | Shook, Jr. | Gerald | Shook, Jr., Gerald Manley | Domina Law Group pc llo // Hensley Cloninger PC | CA - N.D. | 3:21-cv-03415 |
| 184958 | Sissac | Henry | Sissac, Henry Roger | Morris Bart, LLC | CA - N.D. | 3:21-cv-00043 |
| 175734 | Smith | Cornelius | Smith, Cornelius | Morris Bart, LLC | CA - N.D. | 3:20-cv-06353 |
| 81949 | Smith | Sean | Smith, Sean M. | Morris Bart, LLC | CA - N.D. | 3:19-cv-07235 |
| 88250 | Snodgrass | Ronald | Snodgrass, Ronald Keith | Domina Law Group pc llo | CA - N.D. | 3:20-cv-00840 |
| 100405 | Speyrer | Wesley | Speyrer, Wesley Louis | Morris Bart, LLC | CA - N.D. | 3:20-cv-06354 |
| 66496 | Stepney | Gilda | Stepney, Gilda | Morris Bart, LLC | CA - N.D. | 3:19-cv-05568 |
| 83271 | Stiver | Gary | Stiver, Gary L. | Domina Law Group pc llo | CA - N.D. | 3:19-cv-07978 |
| 170084 | Swan | Daryl | Swan, Daryl Nels | Domina Law Group pc llo | CA - N.D. | 3:21-cv-00639 |
| 171394 | Wilhelm | Jane | Wilhelm, Jane | Domina Law Group pc llo | CA - N.D. | 3:20-cv-06356 |
| 206602 | Zhitnikov | Elena | Zhitnikov, Elena | Thornton Law Firm LLP | CA - N.D. | 3:22-cv-00305 |

**MDL Cases - Inactive Docket Additions**

1 Multi Partial

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 23961 | Brown | Eric | Ashton, Brenda, et al. | Onder, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC // Onder, Shelton, O'Leary & Peterson, LLC // The Miller Firm, LLC | CA - N.D. | 3:18-cv-03959 |