Rhon E. Jones (JON093)
William R. Sutton (SUT013)
Danielle Ingram (ING038)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36103
Phone: (334) 269-2343
rhon.jones@beasleyallen.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741  Case No. MDL No. 3:16-md-02741-VC |
| This document relates to:  *Maria Sanchez, Individually and on behalf of Lesbia M. Pineda, deceased, v Monsanto Co.,* Case No.  3:20-cv-02634-vc | |

## MOTION OF BEASLEY ALLEN, RHON JONES, WILLIAM SUTTON, AND DANIELLE INGRAM TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARIA SANCHEZ

Pursuant to Local Rule 11-5, the Beasley Allen Law Firm and attorneys Rhon Jones, William Sutton, and Danielle Ingram hereby move the Court for leave to withdraw as Plaintiff's Counsel. Plaintiff Maria Sanchez will continue to be represented by Joseph Aughtman of the Aughtman Law Firm, LLC and Nicholas Hughes of Argo Hughes, LLC.

WHEREFORE, the Beasley Allen Law Firm, by and through the undersigned counsel, hereby moves the Court for leave to withdraw as counsel.

Respectfully submitted,

/s/Rhon E. Jones
Rhon E. Jones (JON093)
William R. Sutton (SUT013)
Danielle Ingram (ING038)
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM//ECF Filing System, which shall send electronic notification to counsel of record.

Respectfully submitted,

/s/ Rhon E. Jones
Rhon E. Jones