Lakshmi Achari
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24126364
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
lachari@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
| This document relates to: *Sutliff, Donna, et al*. Cause No. 3:19-cv-02832 (N.D. Cal) | |

## MONSANTO'S REPLY ISO MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SEVER COMPLAINTS

Defendant ("Monsanto") files this Reply in Support of Its Motion to Dismiss with Prejudice for Failure to Sever Complaints.  On August 16, 2022, Monsanto filed a motion to dismiss plaintiffs for failure to sever their claims pursuant to Pretrial Order 155.  Plaintiffs' deadline to file a response was August 30, 2022. As of September 2, 2022, plaintiffs have still not filed a response to Monsanto's

motion to dismiss. (Exhibit A, Exhibit B). Plaintiffs have also failed to sever the multi-plaintiff case into individual complaints for the following plaintiffs:

- Robert Tignor
- Ronnie Wynne

Thus, Monsanto's Motion to Dismiss related to these two plaintiffs is ripe for ruling by the Court and Monsanto respectfully requests that these two plaintiffs' lawsuits be dismissed with prejudice.

## Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the cases for the above two Plaintiffs with prejudice for failure to sever complaints.

Dated:  September 2, 2022

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Lakshmi Achari*
    Lakshmi Achari
    Texas Bar No. 24126364
    E-mail:  lachari@shb.com
    600 Travis, Suite 3400
    Houston, Texas 77002-2926
    Telephone:  713-227-8008
    Fax:  713-227-9508

Attorney for Defendant,
MONSANTO COMPANY

**<u>CERTIFICATE OF SERVICE</u>**

I, Lakshmi Achari, hereby certify that on September 2, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Lakshmi Achari
Lakshmi Achari