# EXHIBIT A

Query    Reports    Utilities    Help    Log Out

APPEAL,PROTO,REFDIS,STAYED

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:16-md-02741-VC

In re Roundup Products Liability Litigation  
Assigned to: Judge Vince Chhabria  
Referred to: Magistrate Judge Alex G. Tse  
Case in other court: 9th Circuit, 17-16427  
                   U.S. Court of Appeals for the Ninth Circuit, 21-16228  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/04/2016  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2022 | 15282 | MOTION to Dismiss *With Prejudice for Failure to Sever Complaints* filed by Monsanto Company. Responses due by 8/30/2022. Replies due by 9/6/2022. (Attachments: # 1 Exhibit Pretrial Order (ECF 4454), # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Achari, Lakshmi) (Filed on 8/16/2022) (Entered: 08/16/2022) |
| 08/16/2022 | 15283 | CLERK'S NOTICE vacating the motion hearing scheduled for 8/18/2022, re 15116 Motion to Vacate. The Court will issue a written ruling based on the motion and responsive briefs. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (knm, COURT STAFF) (Filed on 8/16/2022) (Entered: 08/16/2022) |
| 08/16/2022 | 15284 | STIPULATION WITH PROPOSED ORDER *Dismissal without Prejudice* filed by Allan Mehrens. (Goza, Kirk) (Filed on 8/16/2022) (Entered: 08/16/2022) |
| 08/17/2022 | 15285 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Michael DeMarmels]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/17/2022) (Entered: 08/17/2022) |
| 08/17/2022 | 15286 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Michael DeMarmels]* (Walker-Stubbs, Jennise) (Filed on 8/17/2022) (Entered: 08/17/2022) |
| 08/17/2022 | 15287 | MOTION to Move Case to Wave VI *Unopposed* filed by Michael L Holliday. Responses due by 8/31/2022. Replies due by 9/7/2022. (Attachments: # 1 Proposed Order)(Murray, Margaret) (Filed on 8/17/2022) (Entered: 08/17/2022) |
| 08/17/2022 | 15288 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Michael DeMarmels]* (Walker-Stubbs, Jennise) (Filed on 8/17/2022) (Entered: 08/17/2022) |
| 08/17/2022 | 15289 | MOTION To Move Case to Wave VI *Unopposed* filed by Jean Belfleur, Yva Paul. Responses due by 8/31/2022. Replies due by 9/7/2022. (Attachments: # 1 Proposed Order)(Haberman, Jeffrey) (Filed on 8/17/2022) (Entered: 08/17/2022) |
| 08/17/2022 | 15290 | MOTION To Move Case to Wave V *Unopposed* filed by Deborah Iona. Responses due |

| | | |
|---|---|---|
| | | by 8/31/2022. Replies due by 9/7/2022. (Attachments: # 1 Proposed Order)(Haberman, Jeffrey) (Filed on 8/17/2022) (Entered: 08/17/2022) |
| 08/17/2022 | 15291 | MOTION To Move Case to Wave VI *Unopposed* filed by THOMAS LUNDY. Responses due by 8/31/2022. Replies due by 9/7/2022. (Attachments: # 1 Proposed Order)(Haberman, Jeffrey) (Filed on 8/17/2022) (Entered: 08/17/2022) |
| 08/17/2022 | 15292 | STIPULATION *of Dismissal without prejudice* filed by Delbert Anderson. (Sapone, Andrea) (Filed on 8/17/2022) (Entered: 08/17/2022) |
| 08/18/2022 | 15293 | **CONDITIONAL TRANSFER ORDER (CTO-347). Signed by MDL Panel on 8/18/2022. (ecg, COURT STAFF) (Filed on 8/18/2022) (Entered: 08/18/2022)** |
| 08/18/2022 | 15294 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Robert DiQuollo]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/18/2022) (Entered: 08/18/2022) |
| 08/18/2022 | 15295 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Robert DiQuollo]* (Walker-Stubbs, Jennise) (Filed on 8/18/2022) (Entered: 08/18/2022) |
| 08/18/2022 | 15296 | MOTION Move Case to Wave V Unopposed filed by Graham Arthur Garrison. Responses due by 9/1/2022. Replies due by 9/8/2022. (Attachments: # 1 Proposed Order)(Schulte, Richard) (Filed on 8/18/2022) (Entered: 08/18/2022) |
| 08/18/2022 | 15297 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Robert DiQuollo]* (Walker-Stubbs, Jennise) (Filed on 8/18/2022) (Entered: 08/18/2022) |
| 08/18/2022 | 15298 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Jared Frakes]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/18/2022) (Entered: 08/18/2022) |
| 08/18/2022 | 15299 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Jared Frakes]* (Walker-Stubbs, Jennise) (Filed on 8/18/2022) (Entered: 08/18/2022) |
| 08/18/2022 | 15300 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Jared Frakes]* (Walker-Stubbs, Jennise) (Filed on 8/18/2022) (Entered: 08/18/2022) |
| 08/18/2022 | 15301 | NOTICE of Voluntary Dismissal by Mary Metz Shaffer (Ohliger, Jason) (Filed on 8/18/2022) (Entered: 08/18/2022) |
| 08/18/2022 | 15302 | ADMINISTRATIVE MOTION PLAINTIFF NANCY BRITTS REQUEST TO BE REMOVED FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF) filed by Nancy Britt. Responses due by 8/31/2022. (Belong, Tyler) (Filed on 8/18/2022) (Entered: 08/18/2022) |
| 08/18/2022 | 15303 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Gary Mosiman]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/18/2022) (Entered: 08/18/2022) |
| 08/18/2022 | 15304 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Gary Mosiman]* (Walker-Stubbs, Jennise) (Filed on 8/18/2022) (Entered: 08/18/2022) |
| 08/18/2022 | 15305 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Gary Mosiman]* (Walker-Stubbs, Jennise) (Filed on 8/18/2022) (Entered: 08/18/2022) |

| | | |
|---|---|---|
| 08/19/2022 | 15306 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Florita Keller]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15307 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Florita Keller]* (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15308 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Florita Keller]* (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15309 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Stephanie Holsapple]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15310 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Stephanie Holsapple]* (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15311 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Stephanie Holsapple]* (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15312 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Mary Landry]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15313 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Mary Landry]* (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15314 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Mary Landry]* (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15315 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Whitney Neighbors]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15316 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Whitney Neighbors]* (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15317 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Whitney Neighbors]* (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15318 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Brenda Haley]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15319 | MOTION Unopposed to Move Case to Wave VI filed by Bertha McRorie. Responses due by 9/2/2022. Replies due by 9/9/2022. (Goza, Kirk) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15320 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Brenda Haley]* (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |

| Date | # | Description |
|---|---|---|
| 08/19/2022 | 15321 | SUGGESTION OF DEATH Upon the Record as to Plaintiff Bertha McRorie by Bertha McRorie. (Goza, Kirk) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15322 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Brenda Haley]* (Walker-Stubbs, Jennise) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15323 | Consent MOTION to Move Cases to Wave 5 filed by David Booth, Denise Coressel, Catherine S. Cryan, Vivian L. Dominique, Catherine A. Perry, Carrie Rhuland, Jason C Rhuland, Dean Rowland, Kelly Rowland, Pamela Setzer, William Setzer, Kimberly Wistinghausen, Robert Wistinghausen. Motion Hearing set for 8/25/2022 02:30 PM in Do Not Use Videoconference Only before Judge Vince Chhabria. Responses due by 9/2/2022. Replies due by 9/9/2022. (O'Brien, James) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/19/2022 | 15324 | MOTION for Summary Judgment *on Causation Grounds* filed by Monsanto Company. Motion Hearing set for 10/6/2022 09:30 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 9/2/2022. Replies due by 9/9/2022. (Attachments: # 1 Declaration, # 2 Proposed Order)(White, Jed) (Filed on 8/19/2022) (Entered: 08/19/2022) |
| 08/22/2022 | 15325 | MOTION to Move Case to Wave VI *Unopposed* filed by Lauren C. Daspit, Steven R. Montgomery. Responses due by 9/6/2022. Replies due by 9/13/2022. (Attachments: # 1 Proposed Order)(DeJean, Kenneth) (Filed on 8/22/2022) (Entered: 08/22/2022) |
| 08/22/2022 | 15326 | MOTION to Move Case to Wave VI *Unopposed* filed by Deborah S Pellerin, Gilbert P Pellerin, Sr. Responses due by 9/6/2022. Replies due by 9/13/2022. (Attachments: # 1 Proposed Order)(DeJean, Kenneth) (Filed on 8/22/2022) (Entered: 08/22/2022) |
| 08/22/2022 | 15327 | MOTION TO MOVE CASE TO WAVE VI *UNOPPOSED* filed by Lynne Lenfestey. Responses due by 9/6/2022. Replies due by 9/13/2022. (Attachments: # 1 Proposed Order)(Merillat, Wesley) (Filed on 8/22/2022) (Entered: 08/22/2022) |
| 08/22/2022 | 15328 | MOTION TO MOVE CASE TO WAVE VI *UNOPPOSED* filed by Arnold Elzey. Responses due by 9/6/2022. Replies due by 9/13/2022. (Attachments: # 1 Proposed Order)(Merillat, Wesley) (Filed on 8/22/2022) (Entered: 08/22/2022) |
| 08/22/2022 | 15329 | MOTION TO MOVE CASE TO WAVE VI *UNOPPOSED* filed by Tawfeeq Alamiri. Responses due by 9/6/2022. Replies due by 9/13/2022. (Attachments: # 1 Proposed Order)(Merillat, Wesley) (Filed on 8/22/2022) (Entered: 08/22/2022) |
| 08/22/2022 | 15330 | MOTION TO MOVE CASE TO WAVE VI *UNOPPOSED* filed by Richard Deneve. Responses due by 9/6/2022. Replies due by 9/13/2022. (Attachments: # 1 Proposed Order)(Merillat, Wesley) (Filed on 8/22/2022) (Entered: 08/22/2022) |
| 08/22/2022 | 15331 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Charles Fredric Reid]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/22/2022) (Entered: 08/22/2022) |
| 08/22/2022 | 15332 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Charles Fredric Reid]* (Walker-Stubbs, Jennise) (Filed on 8/22/2022) (Entered: 08/22/2022) |
| 08/22/2022 | 15333 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Charles Fredric Reid]* (Walker-Stubbs, Jennise) (Filed on 8/22/2022) (Entered: 08/22/2022) |
| 08/22/2022 | 15334 | NOTICE of Voluntary Dismissal *, with prejudice* by Lillian Wachtman, Vernon Wachtman (O'Brien, James) (Filed on 8/22/2022) (Entered: 08/22/2022) |

| | | |
|---|---|---|
| 08/23/2022 | 15335 | CLERK'S NOTICE VACATING THE MOTION HEARING SCHEDULED FOR 8/25/2022, re Motion to Move Case to Wave 5.<br><br>The Court will issue a written ruling.<br><br>Mr. O'brien is reminded of the requirement to follow the Local Rules of this court. The motion filed in the main MDL and the member cases for his clients regarding the motion to move cases to a different Wave is an administrative motion which does not require a hearing date. Even if the motion did require a hearing date, the date selected was not in compliance with the Local Rules, having been set too soon after filing.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (knm, COURT STAFF) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/23/2022 | 15336 | NOTICE of Appearance by John J. Rosenthal *for Defendants Monsanto Company and Bayer CropScience LP [Re: Scott Koller]* (Rosenthal, John) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/23/2022 | 15337 | NOTICE of Appearance by Jeffrey Scott Wilkerson *for Defendants Monsanto Company and Bayer CropScience LP [Re: Scott Koller]* (Wilkerson, Jeffrey) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/23/2022 | 15338 | STIPULATION *to Extend Time to Answer or Otherwise Respond to the Complaint [Re: Scott Koller]* filed by Bayer CropScience LP, Monsanto Company. (Wilkerson, Jeffrey) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/23/2022 | 15339 | Certificate of Interested Entities by Bayer CropScience LP identifying Other Affiliate Bayer AG for Bayer CropScience LP. *[Re: Scott Koller]* (Wilkerson, Jeffrey) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/23/2022 | 15340 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[Re: Scott Koller]* (Wilkerson, Jeffrey) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/23/2022 | 15341 | Corporate Disclosure Statement by Bayer CropScience LP identifying Other Affiliate Bayer AG for Bayer CropScience LP. *[Re: Scott Koller]* (Wilkerson, Jeffrey) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/23/2022 | 15342 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[Re: Scott Koller]* (Wilkerson, Jeffrey) (Filed on 8/23/2022) (Entered: 08/23/2022) |
| 08/24/2022 | 15343 | **CONDITIONAL TRANSFER ORDER (CTO-348). Signed by MDL Panel on 8/24/2022. (ecg, COURT STAFF) (Filed on 8/24/2022) (Entered: 08/24/2022)** |
| 08/24/2022 | 15344 | STIPULATION re 13068 Order *of Dismissal with Prejudice* filed by Barbara Johnson. (Mankin, Lee) (Filed on 8/24/2022) (Entered: 08/24/2022) |
| 08/24/2022 | 15345 | Witness List by Wesley Tam *Plaintiffs Disclosure of Expert*. (Sygman, Forrest) (Filed on 8/24/2022) (Entered: 08/24/2022) |
| 08/25/2022 | 15346 | STIPULATION *of dismissal with prejudice* filed by Melvin G McCandish. (Enochs, John) (Filed on 8/25/2022) (Entered: 08/25/2022) |
| 08/25/2022 | 15347 | Consent MOTION Move Case to Wave VI filed by Linda Kay, Todd Kay. Responses due by 9/8/2022. Replies due by 9/15/2022. (Attachments: # 1 Proposed Order) (Marshall, Cameron) (Filed on 8/25/2022) (Entered: 08/25/2022) |
| 08/26/2022 | 15348 | STIPULATION *of Dismissal with Prejudice (as to Plaintiff Dean Brooks)* filed by |

|  |  | Monsanto Company. (Achari, Lakshmi) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| --- | --- | --- |
| 08/26/2022 | 15349 | MOTION Plaintiff's Consent Motion to Move Case to Wave VI *Plaintiff's Consent Motion to Move Case to Wave VI* filed by Robert Chaisson. Responses due by 9/9/2022. Replies due by 9/16/2022. (Attachments: # 1 Proposed Order)(Centola, Lawrence) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15350 | MOTION Plaintiffs' Consent Motion to Move Case to Wave VI *Plaintiffs' Consent Motion to Move Case to Wave VI* filed by Marlene A Shaffer. Responses due by 9/9/2022. Replies due by 9/16/2022. (Attachments: # 1 Proposed Order)(Centola, Lawrence) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15351 | MOTION Plaintiffs' Consent Motion to Move Case to Wave VI *Plaintiffs' Consent Motion to Move Case to Wave VI* filed by Anna Roy. Responses due by 9/9/2022. Replies due by 9/16/2022. (Attachments: # 1 Proposed Order)(Centola, Lawrence) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15352 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Jeremy Hutchings et al.]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15353 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Jeremy Hutchings et al.]* (Walker-Stubbs, Jennise) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15354 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Jeremy Hutchings et al.]* (Walker-Stubbs, Jennise) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15355 | Consent ADMINISTRATIVE MOTION Unopposed Motion to Move Cases from Wave 5 to Wave 6 filed by Christopher Luetcke, Patrick Martin, Douglas Moss, Suzanne Norgren, Marty Pinkard, John Schoonover, Carol Sorensen, Jack Watson, Martha Whitford, Robert Whitford. Responses due by 9/9/2022. (Attachments: # 1 Proposed Order)(Blair, William) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15356 | AMENDED COMPLAINT *Short Form Complaint* against Monsanto Company. Filed byChristopher Luetcke. (Attachments: # 1 Civil Cover Sheet, # 2 Standing Order)(Blair, William) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15357 | AMENDED COMPLAINT *Short Form Complaint* against Monsanto Company. Filed byPatrick Martin. (Attachments: # 1 Civil Cover Sheet, # 2 Standing Order)(Blair, William) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15358 | AMENDED COMPLAINT *Short Form Complaint* against Monsanto Company. Filed byDouglas Moss. (Attachments: # 1 Civil Cover Sheet, # 2 Standing Order)(Blair, William) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15359 | AMENDED COMPLAINT *Short Form Complaint* against Monsanto Company. Filed bySuzanne Norgren. (Attachments: # 1 Civil Cover Sheet, # 2 Standing Order)(Blair, William) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15360 | AMENDED COMPLAINT *Short Form Complaint* against Monsanto Company. Filed byMarty Pinkard. (Attachments: # 1 Civil Cover Sheet, # 2 Standing Order)(Blair, William) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15361 | AMENDED COMPLAINT *Short Form Complaint* against Monsanto Company. Filed byJohn Schoonover. (Attachments: # 1 Civil Cover Sheet, # 2 Standing Order)(Blair, William) (Filed on 8/26/2022) (Entered: 08/26/2022) |

| | | |
|---|---|---|
| 08/26/2022 | 15362 | AMENDED COMPLAINT *Short Form Complaint* against Monsanto Company. Filed byCarol Sorensen. (Attachments: # 1 Civil Cover Sheet, # 2 Standing Order)(Blair, William) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15363 | AMENDED COMPLAINT *Short Form Complaint* against Monsanto Company. Filed byJack Watson. (Attachments: # 1 Civil Cover Sheet, # 2 Standing Order)(Blair, William) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15364 | AMENDED COMPLAINT *Short Form Complaint* against Monsanto Company. Filed byRobert Whitford, Martha Whitford. (Attachments: # 1 Civil Cover Sheet, # 2 Standing Order)(Blair, William) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/26/2022 | 15365 | NOTICE by Monsanto Company *Joint Designation of Record on Remand for Schaffner Case* (Stekloff, Brian) (Filed on 8/26/2022) (Entered: 08/26/2022) |
| 08/29/2022 | 15366 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Curtis Monson]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/29/2022) (Entered: 08/29/2022) |
| 08/29/2022 | 15367 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Curtis Monson]* (Walker-Stubbs, Jennise) (Filed on 8/29/2022) (Entered: 08/29/2022) |
| 08/29/2022 | 15368 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Curtis Monson]* (Walker-Stubbs, Jennise) (Filed on 8/29/2022) (Entered: 08/29/2022) |
| 08/29/2022 | 15369 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Mary Abadie]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/29/2022) (Entered: 08/29/2022) |
| 08/29/2022 | 15370 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Mary Abadie]* (Walker-Stubbs, Jennise) (Filed on 8/29/2022) (Entered: 08/29/2022) |
| 08/29/2022 | 15371 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Mary Abadie]* (Walker-Stubbs, Jennise) (Filed on 8/29/2022) (Entered: 08/29/2022) |
| 08/30/2022 | 15372 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Marilyn Taylor]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/30/2022) (Entered: 08/30/2022) |
| 08/30/2022 | 15373 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Marilyn Taylor]* (Walker-Stubbs, Jennise) (Filed on 8/30/2022) (Entered: 08/30/2022) |
| 08/30/2022 | 15374 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Marilyn Taylor]* (Walker-Stubbs, Jennise) (Filed on 8/30/2022) (Entered: 08/30/2022) |
| 08/30/2022 | 15375 | STIPULATION *OF DISMISSAL WITHOUT PREJUDICE* filed by Silvio Broccoli. (Goldstein, Brian) (Filed on 8/30/2022) (Entered: 08/30/2022) |
| 08/30/2022 | 15376 | NOTICE of Appearance by Steven D. Soden (Soden, Steven) (Filed on 8/30/2022) (Entered: 08/30/2022) |
| 08/30/2022 | 15377 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Sheldon Jones]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/30/2022) (Entered: 08/30/2022) |

| | | |
|---|---|---|
| 08/30/2022 | 15378 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Sheldon Jones]* (Walker-Stubbs, Jennise) (Filed on 8/30/2022) (Entered: 08/30/2022) |
| 08/30/2022 | 15379 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Sheldon Jones]* (Walker-Stubbs, Jennise) (Filed on 8/30/2022) (Entered: 08/30/2022) |
| 08/30/2022 | 15380 | **CONDITIONAL TRANSFER ORDER (CTO-349). Signed by MDL Clerk on 8/30/2022. (ecg, COURT STAFF) (Filed on 8/30/2022) (Entered: 08/30/2022)** |
| 08/30/2022 | 15381 | **ORDER GRANTING RECONSIDERATION. Signed by Judge Vince Chhabria on August 30, 2022. (crblc4, COURT STAFF) (Filed on 8/30/2022) (Entered: 08/30/2022)** |
| 08/30/2022 | 15382 | **ORDER GRANTING MOTION TO DISMISS. Signed by Judge Vince Chhabria on August 30, 2022. (crblc4, COURT STAFF) (Filed on 8/30/2022) (Entered: 08/30/2022)** |
| 08/30/2022 | 15383 | **ORDER DENYING MOTION FOR REMAND. Signed by Judge Vince Chhabria on August 30, 2022.(crblc4, COURT STAFF) (Filed on 8/30/2022) (Entered: 08/30/2022)** |
| 08/30/2022 | 15384 | **ORDER GRANTING MOTION TO DISMISS IN PART. Signed by Judge Vince Chhabria on August 30, 2022. (crblc4, COURT STAFF) (Filed on 8/30/2022) (Entered: 08/30/2022)** |
| 08/30/2022 | 15385 | **ORDER GRANTING REQUEST FOR EXTENSION. Signed by Judge Vince Chhabria on August 30, 2022. (crblc4, COURT STAFF) (Filed on 8/30/2022) (Entered: 08/30/2022)** |
| 08/30/2022 | 15386 | **ORDER GRANTING MOTION TO SUBSTITUTE. Signed by Judge Vince Chhabria on August 30, 2022. (crblc4, COURT STAFF) (Filed on 8/30/2022) (Entered: 08/30/2022)** |
| 08/30/2022 | 15387 | **ORDER GRANTING UNOPPOSED MOTIONS TO MOVE CASES TO WAVE VI. Signed by Judge Vince Chhabria on August 30, 2022. (crblc4, COURT STAFF) (Filed on 8/30/2022) (Entered: 08/30/2022)** |
| 08/31/2022 | 15388 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Thomas Lane II]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/31/2022) (Entered: 08/31/2022) |
| 08/31/2022 | 15389 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Thomas Lane II]* (Walker-Stubbs, Jennise) (Filed on 8/31/2022) (Entered: 08/31/2022) |
| 08/31/2022 | 15390 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Thomas Lane II]* (Walker-Stubbs, Jennise) (Filed on 8/31/2022) (Entered: 08/31/2022) |
| 08/31/2022 | 15391 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Monique Cormier]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/31/2022) (Entered: 08/31/2022) |
| 08/31/2022 | 15392 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Monique Cormier]* (Walker-Stubbs, Jennise) (Filed on 8/31/2022) (Entered: 08/31/2022) |
| | | |

| | | |
|---|---|---|
| 08/31/2022 | 15393 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Monique Cormier]* (Walker-Stubbs, Jennise) (Filed on 8/31/2022) (Entered: 08/31/2022) |
| 08/31/2022 | 15394 | *Defendant Monsanto Company's* ANSWER to Complaint with Jury Demand *[RE: Plaintiff Elizabeth Greenwood]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 8/31/2022) (Entered: 08/31/2022) |
| 08/31/2022 | 15395 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Elizabeth Greenwood]* (Walker-Stubbs, Jennise) (Filed on 8/31/2022) (Entered: 08/31/2022) |
| 08/31/2022 | 15396 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[RE: Plaintiff Elizabeth Greenwood]* (Walker-Stubbs, Jennise) (Filed on 8/31/2022) (Entered: 08/31/2022) |
| 08/31/2022 | 15397 | MOTION for Summary Judgment *on Causation Grounds* filed by Monsanto Company. Motion Hearing set for 10/6/2022 01:00 PM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 9/14/2022. Replies due by 9/21/2022. (Attachments: # 1 Declaration, # 2 Proposed Order)(White, Jed) (Filed on 8/31/2022) (Entered: 08/31/2022) |
| 08/31/2022 | 15398 | MOTION for Summary Judgment *on Causation Grounds* filed by Monsanto Company. Motion Hearing set for 10/6/2022 01:00 PM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 9/14/2022. Replies due by 9/21/2022. (Attachments: # 1 Declaration, # 2 Proposed Order)(White, Jed) (Filed on 8/31/2022) (Entered: 08/31/2022) |
| 09/01/2022 | 15399 | MOTION TO MOVE CASE TO WAVE VI *UNOPPOSED* filed by Henry Breymeyer. Responses due by 9/15/2022. Replies due by 9/22/2022. (Attachments: # 1 Proposed Order)(Merillat, Wesley) (Filed on 9/1/2022) (Entered: 09/01/2022) |
| 09/01/2022 | 15400 | NOTICE of Substitution of Counsel by Lindsay Rene Stevens *Request for Approval of Substitution of Counsel* (Attachments: # 1 Proposed Order Re Substitution of Counsel) (Stevens, Lindsay) (Filed on 9/1/2022) (Entered: 09/01/2022) |
| 09/01/2022 | 15401 | NOTICE of Appearance by Jessica Suzanne Williams *obo Plaintiff, Elizabeth Greenwood* (Williams, Jessica) (Filed on 9/1/2022) (Entered: 09/01/2022) |
| 09/01/2022 | 15402 | **ORDER GRANTING RELIEF FROM JUDGMENT. Signed by Judge Vince Chhabria on September 1, 2022. (crblc4, COURT STAFF) (Filed on 9/1/2022) (Entered: 09/01/2022)** |
| 09/01/2022 | 15403 | JOINT CASE MANAGEMENT STATEMENT filed by Monsanto Company. (Attachments: # 1 Exhibit A - List of Inactive Docket Additions, # 2 Exhibit B - MDL Terminated Through September 30, 2021, # 3 Exhibit C - Proposed Order on Docket Control)(Stekloff, Brian) (Filed on 9/1/2022) (Entered: 09/01/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/02/2022 07:49:03 | | | |
| **PACER Login:** | sh0019sh | **Client Code:** | 31943.320322 ayhannah |
| **Description:** | Docket Report | **Search Criteria:** | 3:16-md-02741-VC Start date: 8/16/2022 End date: 9/2/2022 |

| Billable Pages: | 9 | Cost: | 0.90 |