**EXHIBIT B**

**Query      Reports      Utilities      Help      Log Out**

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:19-cv-02832-VC

Sutliff et al v. Monsanto Company
Assigned to: Judge Vince Chhabria
Demand: $75,000
Lead case: 3:16-md-02741-VC
Member case: (View Member Case)
Case in other court: Missouri Eastern, 4:19-cv-01129
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/22/2019
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Donna Sutliff**
*Executor of the Estate of Timothy Sutliff, deceased*

represented by **James T. Corrigan**
ONDER AND SHELTON, L.L.C.
The University Tower
1034 S. Brentwood Blvd.,
Penthouse 1-A
St. Louis, MO 63117
314-963-9000
Fax: 314-963-1700
Email: corrigan@onderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damon LeRoy Pendleton**
National Mass Torts Law Firm
1506 Staples Mill Rd Ste 200
Richmond, VA 23230
804-466-4412
Fax: 804-325-1421
Email: dlp@cpenlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Tignor**

represented by **James T. Corrigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damon LeRoy Pendleton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronnie Wynne**

represented by **James T. Corrigan**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Damon LeRoy Pendleton**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**      represented by   **Joe G. Hollingsworth**
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
Fax: (202) 682-1639
Email:
jhollingsworth@hollingsworthllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Lawrence Ackley**
Nelson Mullins Riley & Scarborough LLP
5830 Granite Parkway
Ste 100
Plano, TX 75024
469-484-6274
Fax: 469-828-7217
Email: john.ackley@nelsonmullins.com
*ATTORNEY TO BE NOTICED*

**Lakshmi Achari**
Shook, Hardy & Bacon L. L. P.
600 Travis St
Ste 3400
Houston, TX 77006
713-546-5663
Email: lachari@shb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2019 | 1 | COMPLAINT against defendant Monsanto Company with receipt number 0865-7183470, in the amount of $400 Jury Demand,, filed by Donna Sutliff, Ronnie Wynne, Robert Tignor. (Attachments: # 1 Civil Cover Sheet, # 2 Original Filing Form)(Corrigan, James) (Additional attachment(s) added on 5/1/2019: # 3 Summons) (BAK). (Entered: 05/01/2019) |
| 05/01/2019 | 2 | NOTICE OF PROCESS SERVER by Plaintiffs Donna Sutliff, Robert Tignor, Ronnie Wynne Process Server: John Houseman (Corrigan, James) (Entered: 05/01/2019) |
| 05/01/2019 | | Case Opening Notification: 1 Summons(es) issued. The summons was emailed to attorney James T. Corrigan. All parties must file the Notice Regarding Magistrate Judge Jurisdiction Form consenting to or opting out of the Magistrate Judge jurisdiction. Click |

| | | |
|---|---|---|
| | | <u>here</u> for the instructions. and all non-governmental organizational parties (corporations, limited liability companies, limited liability partnerships) must file Disclosure of Organizational Interests Certificate <u>(moed-0001.pdf)</u>. Judge Assigned: U.S. Magistrate Judge Noelle C. Collins. (BAK) (Entered: 05/01/2019) |
| 05/01/2019 | 3 | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401, including any case budgeting matters. (CSAW) (Entered: 05/01/2019) |
| 05/02/2019 | 4 | SUMMONS Returned Executed filed by Donna Sutliff, Ronnie Wynne, Robert Tignor. Monsanto Company served on 5/2/2019, answer due 5/23/2019. (Corrigan, James) (Entered: 05/02/2019) |
| 05/15/2019 | 5 | CONDITIONAL TRANSFER ORDER (CTO-132) regarding MDL No. 2741 IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION signed by John W. Nichols, Clerk of the Panel. (DJO) (Entered: 05/15/2019) |
| 05/16/2019 | 6 | ORDER OF MDL TRANSFER to: Northern District of California. Case transferred via CM/ECF extraction. (DJO) (Entered: 05/16/2019) |
| 05/23/2019 | 7 | Case transferred in from District of Missouri Eastern; Case Number 4:19-cv-01129. Original file certified copy of transfer order and docket sheet received. (Entered: 05/23/2019) |
| 05/23/2019 | | MEMBER CASE OPENED: Missouri Eastern, 4:19-1129, Stuliff et al v. Monsanto Company, Opened in California Northern District as 19-2832 pursuant to Conditional Transfer Order CTO132 cc: JPMDL (msrS, COURT STAFF) (Filed on 5/23/2019) (Entered: 05/23/2019) |
| 06/13/2019 | 8 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. (Hollingsworth, Joe) (Filed on 6/13/2019) (Entered: 06/13/2019) |
| 06/13/2019 | 9 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. (Hollingsworth, Joe) (Filed on 6/13/2019) (Entered: 06/13/2019) |
| 06/13/2019 | 10 | ANSWER to Complaint with Jury Demand byMonsanto Company. (Hollingsworth, Joe) (Filed on 6/13/2019) (Entered: 06/13/2019) |
| 10/29/2020 | 11 | NOTICE of Appearance by Damon LeRoy Pendleton (Pendleton, Damon) (Filed on 10/29/2020) (Entered: 10/29/2020) |
| 08/06/2021 | 12 | MOTION to Dismiss *with Prejudice for Failure to Submit Plaintiff Fact Sheet* filed by Monsanto Company. Responses due by 8/20/2021. Replies due by 8/27/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/6/2021) (Entered: 08/06/2021) |
| 08/06/2021 | 13 | MOTION to Dismiss *with Prejudice for Failure to Submit Plaintiff Fact Sheet [Plaintiff Robert Tignor]* filed by Monsanto Company. Responses due by 8/20/2021. Replies due by 8/27/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/6/2021) (Entered: 08/06/2021) |
| 08/06/2021 | 14 | MOTION to Dismiss *with Prejudice for Failure to Submit Plaintiff Fact Sheet [Plaintiff Ronnie Wynne]* filed by Monsanto Company. Responses due by 8/20/2021. Replies due by 8/27/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/6/2021) (Entered: 08/06/2021) |
| | | |

| 08/12/2021 | 15 | Amended MOTION to Dismiss *with Prejudice for Failure to Submit Plaintiff Fact Sheet* filed by Monsanto Company. Responses due by 8/26/2021. Replies due by 9/2/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/12/2021) (Entered: 08/12/2021) |
|---|---|---|
| 08/12/2021 | 16 | Amended MOTION to Dismiss *with Prejudice for Failure to Submit Plaintiff Fact Sheet (Plaintiff Robert Tignor)* filed by Monsanto Company. Responses due by 8/26/2021. Replies due by 9/2/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/12/2021) (Entered: 08/12/2021) |
| 08/12/2021 | 17 | Amended MOTION to Dismiss *with Prejudice for Failure to Submit Plaintiff Fact Sheet (Plaintiff Ronnie Wynne)* filed by Monsanto Company. Responses due by 8/26/2021. Replies due by 9/2/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/12/2021) (Entered: 08/12/2021) |
| 08/18/2021 | 18 | Second MOTION to Dismiss *with Prejudice for Failure to Submit a Plaintiff Fact Sheet* filed by Monsanto Company. Responses due by 9/1/2021. Replies due by 9/8/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/18/2021) (Entered: 08/18/2021) |
| 08/18/2021 | 19 | Second MOTION to Dismiss *with Prejudice for Failure to Submit a Plaintiff Fact Sheet (Plaintiff Robert Tignor)* filed by Monsanto Company. Responses due by 9/1/2021. Replies due by 9/8/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/18/2021) (Entered: 08/18/2021) |
| 08/18/2021 | 20 | Second MOTION to Dismiss *with Prejudice for Failure to Submit a Plaintiff Fact Sheet (Plaintiff Ronnie Wynne)* filed by Monsanto Company. Responses due by 9/1/2021. Replies due by 9/8/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/18/2021) (Entered: 08/18/2021) |
| 09/10/2021 | 21 | ***DISREGARD, REFILED AT DOCKET NO. 24 *** STATUS REPORT *on Second Amended Motion to Dismiss for Failure to Submit Plaintiff Fact Sheet* by Monsanto Company. (Ackley, John) (Filed on 9/10/2021) Modified on 9/13/2021 (bnsS, COURT STAFF). (Entered: 09/10/2021) |
| 09/10/2021 | 22 | ***DISREGARD, RE-FILED AT DOCKET NO. 25 *** STATUS REPORT *on Second Amended Motion to Dismiss for Failure to Submit Plaintiff Fact Sheet (Plaintiff Robert Tignor)* by Monsanto Company. (Ackley, John) (Filed on 9/10/2021) Modified on 9/13/2021 (bnsS, COURT STAFF). (Entered: 09/10/2021) |
| 09/10/2021 | 23 | ***DISREGARD,RE-FILED AT DOCKET NO. 26 *** STATUS REPORT *on Second Amended Motion to Dismiss for Failure to Submit Plaintiff Fact Sheet (Plaintiff Ronnie Wynne)* by Monsanto Company. (Ackley, John) (Filed on 9/10/2021) Modified on 9/13/2021 (bnsS, COURT STAFF). (Entered: 09/10/2021) |
| 09/10/2021 | 24 | ***DISREGARD,RE-FILED AT DOCKET NO. 27 *** STATUS REPORT *on Second Amended Motion to Dismiss for Failure to Submit Plaintiff Fact Sheet (Updated)* by Monsanto Company. (Ackley, John) (Filed on 9/10/2021) Modified on 9/16/2021 (bnsS, COURT STAFF). (Entered: 09/10/2021) |
| 09/10/2021 | 25 | ***DISREGARD,RE-FILED AT DOCKET NO. 28 *** STATUS REPORT *on Second Amended Motion to Dismiss for Failure to Submit Plaintiff Fact Sheet (Updated; Plaintiff Robert Tignor)* by Monsanto Company. (Ackley, John) (Filed on 9/10/2021) Modified on 9/16/2021 (bnsS, COURT STAFF). (Entered: 09/10/2021) |
| 09/10/2021 | 26 | ***DISREGARD,RE-FILED AT DOCKET NO. 29 *** STATUS REPORT *on Second Amended Motion to Dismiss for Failure to Submit Plaintiff Fact Sheet (Updated; Plaintiff* |

| | | |
|---|---|---|
| | | *Ronnie Wynne)* by Monsanto Company. (Ackley, John) (Filed on 9/10/2021) Modified on 9/16/2021 (bnsS, COURT STAFF). (Entered: 09/10/2021) |
| 09/15/2021 | 27 | STATUS REPORT *for Motion to Dismiss for Failure to Submit a PFS (Second Updated)* by Monsanto Company. (Ackley, John) (Filed on 9/15/2021) (Entered: 09/15/2021) |
| 09/15/2021 | 28 | STATUS REPORT *for Motion to Dismiss for Failure to Submit a PFS (Second Updated) [Plaintiff Robert Tignor]* by Monsanto Company. (Ackley, John) (Filed on 9/15/2021) (Entered: 09/15/2021) |
| 09/15/2021 | 29 | STATUS REPORT *for Motion to Dismiss for Failure to Submit a PFS (Second Updated) [Plaintiff Ronnie Wynne]* by Monsanto Company. (Ackley, John) (Filed on 9/15/2021) (Entered: 09/15/2021) |
| 09/27/2021 | 30 | **PRETRIAL ORDER NO. 253: Denying Motion to Dismiss for Failure to Submit Plaintiff Fact Sheets. Signed by Judge Vince Chhabria on 9/27/2021. (vclc3S, COURT STAFF) (Filed on 9/27/2021) (Entered: 09/27/2021)** |
| 06/17/2022 | 31 | NOTICE of Appearance by Lakshmi Achari *on Behalf of Monsanto Company* (Achari, Lakshmi) (Filed on 6/17/2022) (Entered: 06/17/2022) |
| 08/16/2022 | 32 | MOTION to Dismiss *with Prejudice for Failure to Sever Complaints* filed by Monsanto Company. Responses due by 8/30/2022. Replies due by 9/6/2022. (Attachments: # 1 Exhibit Pretrial Order (ECF #4454), # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Achari, Lakshmi) (Filed on 8/16/2022) (Entered: 08/16/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/02/2022 08:14:26 | | | |
| **PACER Login:** | sh0019sh | **Client Code:** | 31943.320322 ayhannah |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-cv-02832-VC |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |