# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **UNOPPOSED MOTION FOR EXTENSION** |
| *Jeffrey Westfall et al. v. Monsanto Co.,* Case No. 3:21-cv-02909-VC | |

1. Plaintiffs, Jeffrey and Lorraine Westfall, by and through undersigned counsel, hereby respectfully request a twenty-one (21) day extension in which to file a response to Defendant's Motion for Summary Judgment (DOC# 15324.

2. The basis for this request is that Plaintiffs' counsel is consumed by a significant personal matter that requires his near full time and attention. The matter was discussed with Anthony Martinez, counsel for Defendant, who understood the significance of what the undersigned was handling and agreed to an extension of whatever additional time was necessary.

3. At this juncture, counsel for Plaintiffs believes a 21-day extension, until September 23, 2022, would be reasonable and the matter will hopefully be more manageable over that time period.

4. This extension does not affect the hearing date of October 6, 2022 currently set.

5. Counsel for Defendants does not oppose this request for extension.

DATED: September 2, 2022.

Respectfully submitted,

*/s/ Brian C. Lee*
Brian C. Lee, Esq.
The Lee Law Firm, LLC
1109 Carnegie Avenue, Floor 2
Cleveland, Ohio 44115
O: (216)699-7444
F: (216)359-1289
brian@theleelawfirmllc.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Brian C. Lee, hereby certify that on September 2, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Brian C. Lee*
Brian C. Lee, Esq.