**ORDER**

~~Plaintiff's Motion for relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b), filed on June 10, 2022, duly came for hearing on _____ before the Honorable Vince Chhabria~~.

**FINDINGS:**

Based upon the oral and written argument and evidence presented in connection with the motion, the Court makes the following findings:

1. Plaintiff's Motion for Relief from Judgment is GRANTED pursuant to Federal Rule of Civil Procedure 60(b).

2. This Court's May 16, 2022 Order Dismissing Cases with Prejudice for Failure to Comply with PTO No. 270 [Docket No. 14488] is hereby amended to exclude *Edward Shipman v. Monsanto Company*, Case No. 3:21-cv-03272.

3. The Clerk of the Court is ORDERED to re-open this case, *Edward Shipman v. Monsanto Company*, Case No. 3:21-cv-03272.

**IT IS SO ORDERED.**

Dated: September 2, 2022          By: _____
                                   **Honorable Vince Chhabria,**
                                   **United States District Judge**