UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Henrietta Newsom, et al. v. Monsanto Co., et al.*,<br>Case No. 3:20-cv-00578-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

## ORDER

1. Counsel for Plaintiffs' Motion [Dkt No. 14] to Set Aside Order Dismissing Case With Prejudice is granted.

2. Pursuant to Rule 60 of the Federal Rules of Civil Procedure, this Court's Order [Dkt. No. 10] Dismissing Case With Prejudice is hereby set aside with regard to *Henrietta Newsom, et al. v. Monsanto Co., et al.*, Case No. 3:20-cv-00578-VC.

3. The Clerk of the Court is hereby ordered to reopen *Henrietta Newsom, et al. v. Monsanto Co., et al.*, Case No. 3:20-cv-00578-VC.

IT IS SO ORDERED.

Dated: September 2, 2022

U.S. District Judge Vince Chhabria