UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Gonzalez, et al., v. Monsanto Co.*, Case No. 19-cv-8225 | **ORDER GRANTING MOTIONS TO SUBSTITUTE ATTORNEYS**<br><br>Re: Dkt. No. 15205, 15206, 15207, 15208 |

The motions to substitute attorneys are granted.

**IT IS SO ORDERED.**

Dated: September 2, 2022

_____
VINCE CHHABRIA
United States District Judge