UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: *Maria Sanchez, Individually and on behalf of Lesbia M. Pineda, deceased, v Monsanto Co.,* Case No. 3:20-cv-02634-vc | |

**[PROPOSED] ORDER**

1. Counsel's motion is GRANTED

2. The law firm of Beasley Allen, and attorneys Rhon E. Jones, William R. Sutton and Danielle Ingram, are hereby permitted to withdraw as counsel for Maria Sanchez. Beasley Allen Law Firm and attorneys Rhon E. Jones, William R. Sutton and Danielle Ingram shall have no further obligation to represent the interests of Maria Sanchez.

Dated: __September 2__, 2022

_____
Hon. Vince Chhabria
United States District Court Judge

Respectfully submitted,