UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Raleigh Ward<br><br>       Plaintiff,<br><br>v.<br><br>Monsanto Company,<br><br>       Defendant | MDL No.: 2741<br><br>Master Docket Case No.: 16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>Case No.: 3:20-cv-00028-VC |

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE V

Plaintiff Raleigh Ward – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave IV to Wave V:

1. Raleigh Ward's case is currently part of Wave IV.

2. Mindful of the deadlines pertaining to Wave IV cases, the parties have diligently pursued discovery in this matter. Plaintiff's deposition, as well as those of her treating physicians, have been taken. Written discovery has been produced and an inspection of Plaintiff's property has been timely completed.

3. There are, however, aspects of discovery still to be conducted. Additionally, the deadlines posed by Wave IV present challenges to Plaintiff to present required expert reports.

4. Plaintiff believes the best, more prudent court of actions would be to move this case to Wave V.

5. In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed to request a transfer of this case to Wave V.

Therefore, Plaintiff Raleigh Ward, with the consent of Defendant Monsanto Company respectfully requests the Court move his case from Wave IV to Wave V.

Dated: September 6, 2022

        AIKEN, BRIDGES, ELLIOTT, TYLER
              & SALEEBY, P.A.


By: **s/James M. Saleeby, Jr.**
     JAMES M. SALEEBY, JR.
     FED ID# 6715
     181 E. Evans Street, Suite 409
     P. O. Drawer 1931
     Florence, South Carolina 29503
     Phone: (843) 669-8787
     jms@aikenbridges.com
     *ATTORNEY FOR THE PLAINTIFF*

**CERTIFICATE OF SERVICE**

I, J. Logan B. Yates, hereby certify that on September 6, 2022, the foregoing Plaintiff's Unopposed Motion to Move Case to Wave V was served upon all counsel of record by electronic mail and/or by placing a copy of same in the U.S. Mail, first class, postage prepaid.

By: **s/J. Logan B. Yates**
J. Logan B. Yates