# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741 |
| | Master Docket Case No.: 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Raleigh Ward | Case No.: 3:20-cv-00028-VC |
| Plaintiff, | |
| v. | |
| Monsanto Company, | **Order Granting Plaintiff's Unopposed Motion to Move case to Wave V** |
| Defendant | |

Plaintiff's motion to move their case from Wave IV to Wave V is Granted.

   **IT IS SO ORDERED.**

Dated September \_\_\_\_\_, 2022

_____
JUDGE VINCE CHHABRIA