FULLER, WILLIAMSON, NELSEN & PREHEIM, LLP
Derek A. Nelsen
Eric T. Preheim
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
dnelsen@fullerandwilliamson.com
epreheim@fullerandwilliamson.com
 *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
STATE OF CALIFORNIA
NORTHERN DISTRICT

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Deborah H. Horner, individually and as Personal Representative of the Estate of William J. Horner v. Monsanto Company, Inc.*, Case No. 3:21-cv-07744-VC. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The above-named parties, through counsel, stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed, with prejudice, with the parties to bear their own fees and costs incurred.  Pursuant to Local Rule 5-1(h)(3), Plaintiff's counsel attests that the concurrence of each signatory to the filing was obtained in writing.

MDL No. 2741
Case No. 3:16-md-02741-VC
Stipulation for Dismissal With Prejudice

Dated:  September 6, 2022.

          FULLER, WILLIAMSON, NELSEN
          & PREHEIM, LLP

            /s/ Derek A. Nelsen
          Derek A. Nelsen
          Eric T. Preheim
          7521 South Louise Avenue
          Sioux Falls, SD 57108
          (605) 333-0003
          dnelsen@fullerandwilliamson.com
          epreheim@fullerandwilliamson.com
            *Attorneys for Plaintiff*

Dated:  September 6, 2022.

          SHOOK, HARDY & BACON L.L.P.

            /s/Jennise W. Stubbs
          Jennise W. Stubbs
          Ryan S. Killian
          600 Travis Street, Suite 3400
          Houston, TX 77002-2926
          (713) 227-8008
          jstubbs@shb.com
          rkillian@shb.com
            *Attorneys for Defendant*

### Certificate of Service

   I certify that on September 6, 2022, I e-filed and served via CM/ECF Filer (PACER) a true and correct copy of the Stipulation for Dismissal With Prejudice, on:

   Jennise W. Stubbs (jstubbs@shb.com)
   Ryan S. Killian (rkillian@shb.com)
   SHOOK, HARDY & BACON L.L.P.
    *Attorneys for Monsanto Company, Inc.*

            /s/ Derek A. Nelsen
          One of the Attorneys for Plaintiff