# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *JUAN LASTRA and TIANNE LASTRA v. MONSANTO CO.,* ) ) ) **CASE NO. 3:20-cv-03073-VC** ) | **MDL No. 2741** **Case No. 3:16-md-02741-VC** **STIPULATION OF DISMISSAL WITH PREJUDICE** |

      **IT IS HEREBY STIPULATED AND AGREED**, with consent of all parties who have appeared and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, with the parties to bear their own fees and costs.

Dated: September 6, 2022

s/Merritt E. Cunningham
Michael G. Stag
Ashley M. Liuzza
Merritt E. Cunningham
STAG LIUZZA, L.L.C.
365 Canal St., Ste. 2850
New Orleans, LA 70130
Telephone (504) 593-9600
Facsimile (504) 593-9601
mstag@stagliuzza.com
aliuzza@stagliuzza.com
mcunningham@stagliuzza.com.com
*Counsel for Plaintiffs*


s/ Erik G. Lasker
Joe G. Hollingsworth
Erik G. Lasker
1350 I St., NW
Washington, DC 20005
Telephone (202) 898-5800
Facsimile (202) 682-1639
jhollingsworth@hollingsworthllp.com
elasker@hollingsworthllp.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Merritt E. Cunningham  
Merritt E. Cunningham