UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This document relates to: | |
| Nancy Salas v. Monsanto Company, et al. | |
| Member Case No.: 3:21-cv-06173-VC | |

**PLAINTIFF NANCY SALAS'**
**<u>UNOPPOSED MOTION TO MOVE CASE TO WAVE V</u>**

Plaintiff, Nancy Salas, by and through undersigned counsel and without opposition from Defendants Monsanto Company and Home Depot U.S.A., Inc., respectfully requests the Court move her case from Wave IV to Wave V and in support thereof states:

1.  This case is currently part of Wave IV.

2.  The parties have worked collaboratively to set and complete multiple depositions including that of Plaintiff, Nancy Salas, Plaintiff's treating oncologists as well as certain expert witnesses.

3.  The parties have also worked collaboratively to schedule the deposition of several additional expert witnesses, including witnesses retained by both Plaintiff and Defendants.

PLAINTIFF NANCY SALAS' UNOPPOSED MOTION TO MOVE CASE TO WAVE V - CASE NO.: 3:16-MD-02741-VC

4.  Despite the parties' diligent and continued efforts, the parties have hit roadblocks due to the limited availability of certain experts, as well as counsel's sometimes conflicting schedules.

5.  Counsel for Plaintiff met and conferred with counsel for Defendant Monsanto Company in a phone call on August 29, 2022, and counsel for Monsanto advised that Monsanto does not oppose this request.  Counsel for Plaintiff also met and conferred with counsel for Defendant Home Depot in an email dated August 30, 2022, and counsel also advised that Home Depot does not oppose this request.


Therefore, Plaintiff, Nancy Salas, without opposition from Defendants Monsanto Company and Home Depot U.S.A., Inc., respectfully requests the Court move her case from Wave IV to Wave V.


DATED:  September 6, 2022                         By: /s/  Steven C.Marks
                                                    Steven C. Marks
                                                    smarks@podhurst.com
                                                    Kristina M. Infante
                                                    kinfante@podhurst.com
                                                    Pablo Rojas
                                                    projas@podhurst.com
                                                    PODHURST ORSECK, P.A.
                                                    One S.E. 3rd Avenue
                                                    Suite 2300
                                                    Miami, FL 33131
                                                    Tel: (305) 358-2800
                                                    Fax: (305) 358-2382

                                                    Attorneys for Plaintiff
                                                    *Nancy Salas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.


*/s/ Steven C. Marks*
Steven C. Marks