UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

_____

This document relates to:

Nancy Salas v. Monsanto Company, et al.

Case No.: 3:21-cv-06173-VC

_____/

MDL No. 2741
Case No.: 3:16-md-02741-VC

**[PROPOSED] ORDER GRANTING**
**<u>PLAINTIFF'S MOTION TO MOVE CASE TO WAVE V</u>**

Plaintiff, Nancy Salas', motion to move case from Wave IV to Wave V is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____, 2022

_____
District Judge Vince Chhabria