UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Angelo Bulone v. Monsanto Co.*, Case No. 3:20-cv-03719 | |

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

1. Plaintiff's counsel has consulted with Defendant's counsel, who does not oppose this Motion to move the case to Wave VI.

2. This case is presently situated in Wave IV(C).

3. Mindful of the deadlines pertaining to Wave IV(C), the parties to this action have been diligently conducting discovery. Plaintiff's deposition has been taken, as has that of Plaintiff's wife and Plaintiff's treating physician. Plaintiff has produced all documents responsive to Defendant's requests and has allowed Defendant to inspect his premises.

4. The parties have stipulated to the governing state law, the law of South Carolina.

5. Despite the parties' best efforts, the Wave IV(C) deadlines present compliance challenges to Plaintiff and his counsel.

6. After consultation, Plaintiff's counsel and Defendant's counsel agree that transferring this case to Wave VI would be in the best interests of justice.

Dated: September 7, 2022                              Respectfully submitted,

**FEARS NACHAWATI**

*/s/ Danae N. Benton*
Danae N. Benton
5489 Blair Road
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
Email: dbenton@fnlawfirm.com

***Attorney for Plaintiff***

**HOLLINGSWORTH LLP**

*/s/ Martin C. Calhoun*
Martin C. Calhoun (pro hac vice)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

***Attorney for Defendant***

**SHOOK, HARDY & BACON LLP**

*/s/ Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
255 Grand Blvd
Kansas City, Missouri 64108
[P]: (816) 559-2683
[F]: (816) 421-5547

***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I certify that on the 7th day of September 2022, I electronically transmitted the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/ Danae N. Benton*

Danae N. Benton