UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Angelo Bulone v. Monsanto Co.*, Case No. 3:20-cv-03719 | |

## ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

The parties' consent Motion to move the case from Wave IV to Wave VI is hereby **GRANTED.**

**IT IS SO ORDERED.**

Dated:

_____
Honorable Vince G. Chhabria
United States District Court