Behram V. Parekh (CA SBN 180361)
**DALIMONTE RUEB STOLLER, LLP**
515 S Figueroa St, Ste 1550
Los Angeles, CA 90071
Tel: 949.375.6843
Fax: 855.203.2035
behram.parekh@drlawllp.com

*Counsel for Plaintiffs Eduino Pinheiro,
Paula Pinheiro, and Garfield Gordon*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Pinheiro et al v Monsanto Company, et al*<br>Case No. 3:21-cv-00041-VC<br><br>*Pinheiro et al v Monsanto Company, et al*<br>Case No. 3:20-cv-08173-VC<br><br>*Gordon et al v Monsanto Company, et al*<br>Case No. 3:19-cv-06423-VC | **NOTICE OF APPEARANCE OF BEHRAM V. PAREKH ON BEHALF OF EDUINO N. PINHEIRO, PAULA PINHEIRO AND GARFIELD GORDON** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, Behram V. Parekh of the firm, Dalimonte Rueb Stoller, LLP hereby enters an appearance as counsel for Plaintiffs EDUINO N. PINHEIRO, PAULA PINHEIRO and GARFIELD GORDON in the above captioned matters and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on ad directed to the undersigned counsel.

1 | DATED: September 7, 2022 | Respectfully submitted,

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Behram V. Parekh*
       Behram V. Parekh

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 7th day of September 2022, which will send notification of the same to all counsel of record.

          */s/ Behram V. Parekh*