# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY ) 
LITIGATION ) MDL No. 2741
 )
 ) Case No. 16-md-02741-VC
This document relates to: **ALL CASES** )
 ) **[PROPOSED] ORDER RE:**
 ) **HOLLAND LAW FIRM'S**
 ) **ADMINISTRATIVE MOTION**
 ) **TO FILE UNDER SEAL**

The Court, having considered the Holland Law Firm's Administrative Motion to File its Sur-Reply Under Seal, hereby GRANTS the Motion and orders that the Sur-Reply be filed under seal.

September 7, 2022  _____
DATE  JUDGE