UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Rogers v. Monsanto*, Case No. 20-cv-7221 | **ORDER GRANTING MOTIONS TO SUBSTITUTE COUNSEL**<br><br>Re: Dkt. Nos. 16, 17, 18 |

The motions to substitute counsel are granted.

**IT IS SO ORDERED.**

Dated: September 7, 2022

_____
VINCE CHHABRIA
United States District Judge