Sergio E. Pagliery
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 S. Biscayne Boulevard
Miami, Florida 33131
Phone: (305) 358-5171
Fax: (305) 358-7470
spagliery@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to:<br>*Mary Lou McRay as Executrix of the Estate of Arthur Dewayne McRay v. Monsanto Company* et al Case No. 3-21-cv-01213-VC | **NOTICE OF APPEARANCE OF SERGIO E. PAGLIERY ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Sergio E. Pagliery of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

September 8, 2022                              Respectfully Submitted,

By: */s/ Sergio E. Pagliery*
Sergio E. Pagliery
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 S. Biscayne Boulevard
Miami, Florida 33131
Phone: (305) 358-5171
Fax: (305) 358-7470
spagliery@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, Sergio E. Pagliery, hereby certify that, on September 8, 2022 I electronically filed NOTICE OF APPEARANCE OF SERGIO E. PAGLIERY ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: September 8, 2022   Respectfully submitted,

  /s/ Sergio E. Pagliery
Sergio E. Pagliery
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 S. Biscayne Boulevard
Miami, Florida 33131
Phone: (305) 358-5171
Fax: (305) 358-7470
spagliery@shb.com

*Attorney for Defendant
MONSANTO COMPANY*