## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br><br>***Brown v. Monsanto Co.***<br>**Case No. 3:19-cv-04418-VC** | **MDL No. 2741**<br><br>**Master Docket No. 3:16-md-2741-VC**<br><br>**Judge Vince Chhabria** |

### <u>STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed without prejudice, each party to bear its own costs.

DATED:  September 8, 2022                         Respectfully submitted,

/s/ *Kirk J. Goza*                                      /s/ *Anthony R. Martinez*
Goza & Honnold LLC                          Shook Hardy Bacon L.L.P.
9500 Nall Avenue, Suite 400                2555 Grand Blvd.
Overland Park, KS 66207                     Kansas City, MO 64108
913-451-3433                                        816-474-6550
Kgoza@gohonlaw.com                         amartinez@shb.com

*Attorneys for Plaintiffs*                         *Attorney for Defendants*

**SO ORDERED** this _____ day of _____, 2022.

_____
**HON. VINCE CHHABRIA**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of September, 2022, I filed a true and correct copy of the foregoing through the Court's CM/ECF system, which will automatically send service notification to all counsel of record.

<u>/s/ Kirk J. Goza</u>
Kirk J. Goza

*Counsel for Plaintiff*