**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 <br> ) <br> ) Case No. 3:16-md-02741-VC <br> ) |
| This document relates to: <br><br> *Salas v. Monsanto Co.,* 3:21-cv-06173-VC | ) **MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

- 1 -

Pursuant to Civil Local Rules 79-5(d) & (f), Federal Rule of Civil Procedure 5.2, and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, Defendant Monsanto Company ("Monsanto") hereby submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed.

Monsanto has filed under seal discrete portions of certain exhibits to the parties' Joint Statement regarding a discovery dispute that has arisen in the case of *Nancy Salas v. Monsanto Company, et al.*, 3:21-cv-06173-VC. An unredacted copy of the exhibits filed under seal, with red boxes reflecting the proposed redactions is filed herewith. The proposed redactions relate to Plaintiff's medical information, medical histories, and/or Plaintiff's personal identifying information, such as social security numbers, birth dates, and addresses. In accordance with Rule 79-5(d), blank pages stating "EXHIBIT FILED UNDER SEAL" have been filed instead of the unredacted exhibits on the public document.

## ARGUMENT

**I.  AT PLAINTIFF'S REQUEST, MONSANTO HAS PROVISIONALLY REDACTED PORTIONS OF DOCUMENTS THAT REFLECT PLAINTIFF'S MEDICAL INFORMATION, MEDICAL HISTORIES, AND/OR OTHER IDENTIFYING INFORMATION**

Monsanto has filed conditionally under seal portions of the supporting exhibits that contain information about Plaintiff's medical conditions and/or other personally identifiable information of Plaintiff pursuant to Local Rule 79-5(f).

In addition to the personal identifiers required to be redacted pursuant to Federal Rule of Civil Procedure 5.2, Counsel for Plaintiff in this case requested that all medical information for Plaintiff, besides the fact of NHL diagnosis and the treatment for that condition, be redacted. Plaintiff is therefore the "Designating Party" under Local Rule 79-5(f).

**II.  REDACTIONS REQUESTED BY PLAINTIFF AS DESIGNATING PARTY**

| Document | Portion Sought to be Sealed |
|---|---|
| Exhibit B | Portions of pages 2, 3, 6, 7, 12 |
| Exhibit C | Pages 222:15–19, 223:5–13, 223:17–25, 224:4–7, 225:22–24, 226:3–7, 226:12–25, 227:1–5, 227:10–11, 227:16–24, 228:2–4, 228:6–17 |

# CONCLUSION

Monsanto respectfully requests that the Court grant its Administrative Motion to Consider Whether Another Party's Material Should be Sealed.

DATED: September 8, 2022

By: */s/ Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547

*Attorney for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of September, 2022 a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

<u>/s/ Anthony R. Martinez</u>