1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:  (816) 474-6550
Fax:  (816) 421-5547

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
|  | MDL No. 2741 |
|  | Case No. 3:16-md-02741-VC |
| This document relates to: | ) ) ) ) |
| *Salas v. Monsanto Co.,* 3:21-cv-06173-VC | **DECLARATION OF ANTHONY R. MARTINEZ IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

- 1 -

1    I, Anthony R. Martinez, hereby declare as follows:

2    1.    I am a Partner in the law firm of Shook, Hardy & Bacon, LLP.  My firm is counsel of

3    record for Defendant Monsanto Company ("Monsanto") in the above-captioned action.  Monsanto's

4    Administrative Motion to Consider Whether Another Party's Material Should be Sealed seeks to

5    maintain the confidentiality of Plaintiff's medical information and history, and Plaintiff's personal

6    identifying information, such as social security numbers, birth dates, and addresses.

7    **Plaintiffs' Medical Information:**

8    2.    Monsanto is redacting dates of birth, Social Security Numbers, and addresses pursuant

9    to Federal Rule of Civil Procedure 5.2   Counsel for Plaintiff in this case requested that all medical

10   information for Plaintiff, besides the fact of NHL diagnosis and the treatment for that condition, be

11   redacted.  Plaintiff is therefore the "Designating Party" under Local Rule 79-5(f).

12   3.    Pursuant to Plaintiff's request as the Designating Party, Monsanto has prepared

13   proposed redactions of the following documents:

14   - Portions of Pages 2, 3, 6, 7, and 12 – Expert Report of Dr. Kevin Knopf, attached as

15   Exhibit B to the parties' Joint Statement.

16   - Pages 222:15–19, 223:5–13, 223:17–25, 224:4–7, 225:22–24, 226:3–7, 226:12–25,

17   227:1–5, 227:10–11, 227:16–24, 228:2–4, 228:6–17 – Deposition of Dr. Kevin Knopf,

18   taken August 5, 2022, for *Salas v. Monsanto Co.*, Northern District of California Case

19   No. 3:21-cv-06173-VC, attached as Exhibit C to the parties' Joint Statement.

20   4.    I declare under penalty of perjury under the laws of the United States of America that

21   the foregoing is true and correct.

22   Executed this 8th day of September, 2022.

23

24   _____

          Anthony R. Martinez

25

26

27

28

ATTORNEY DECLARATION ISO MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED