**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to: *Salas v. Monsanto Co.,* 3:21-cv-06173-VC | ) **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

- 1 -

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

Before the Court is the Administrative Motion of Defendant Monsanto Company to Consider Whether Another Party's Material Should be Sealed. The Motion has been filed in relation to certain supporting exhibits to the parties' Joint Statement regarding a discovery dispute that has arisen in the case of *Nancy Salas v. Monsanto Co.*, MDL Docket No. _____, and also filed in the related case of *Salas v. Monsanto Co.*, 3:21-cv-06173-VC.

Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

**I.     Redactions Requested by Plaintiff as Designating Party**

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Exhibit B | Portions of pages 2, 3, 6, 7, 12 | |
| Exhibit C | Pages 222:15–19, 223:5–13, 223:17–25, 224:4–7, 225:22–24, 226:3–7, 226:12–25, 227:1–5, 227:10–11, 227:16–24, 228:2–4, 228:6–17 | |

Date: _____, 2022

_____
HONORABLE ALEX TSE
UNITED STATES DISTRICT COURT