**KLEIN & FRANK, P.C.**
BETH KLEIN, ESQ. [SBN 181456]
beth@kleinfrank.com
2505 Walnut Street, Suite 100
Boulder, Colorado 80302
Voice: (303) 448-8884
Facsimile: (303) 861-2449

Attorneys for Plaintiffs, MARIE BERNICE DINNER
And BRUCE DINNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL: 2741 |
| | Case Number: 3:16-MD-2741-VC |
| This document relates to:<br><br>*Marie Bernice Dinner and Bruce Dinner, individually and as husband and wife, v. Monsanto Co., Case No.: 3:20-cv-03360-VC* | **MOTION OF KLEIN FRANK, P.C. AND BETH KLEIN TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

Pursuant to Local Rule 11-5, Klein Frank, P.C. and attorney Beth Klein hereby move the Court for leave to withdraw as Plaintiff's Counsel. Plaintiff will continue to be represented by Aimee Wagstaff and Kathryn Forgie of the Wagstaff Law Firm.

WHEREFORE, Klein Frank, P.C., by and through the undersigned counsel, hereby moves the Court for leave to withdraw as counsel.

Dated: September 7, 2022

KLEIN & FRANK, P.C.
*A duly signed original is on file at Klein & Frank, P.C.*

s/ Beth Klein
Beth Klein
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, the foregoing Motion was served on all parties of record by means of electronic filing via the Electronic Case Filing (ECF) system.

s/ Beth Klein
Beth Klein

MOTION OF KLEIN FRANK, P.C. AND BETH KLEIN PLAINTIFF BRUCE DINNER

3:20-CV-03360-VC and 3:16-md-02741-VC