UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL: 2741 ) ) ) Case Number: 3:16-MD-2741-VC ) |
| This document relates to: *Marie Bernice Dinner and Bruce Dinner, individually and as husband and wife, v. Monsanto Co.,* Case No.: 3:20-cv-03360-VC | ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER**

Counsel's motion is GRANTED

The law firm of Klein Frank, P.C. and Beth Klein, are hereby permitted to withdraw as counsel for Plaintiff. Klein Frank, P.C. and Beth Klein have no further obligation to represent the interests of Plaintiff.

Dated: _____, 2022

_____
Hon. Vince Chhabria
United States District Court Judge

MOTION OF KLEIN FRANK, P.C. AND BETH KLEIN PLAINTIFF BRUCE DINNER

3:20-CV-03360-VC and 3:16-md-02741-VC