UNITED STATES DISTRICT COURT
NORTHERN DISTRIT OF CALIFORNIA
CIVIL DIVISION

IN RE: ROUNDUP PRODUCTS                                          MDL NO. 2741
LIABILITY LITIGATION                                             16-MD-2741-VC

_____/

THIS DOCUMENT RELATES TO:

**EDWIN FOX and SUSIE FOX v. MONSANTO COMPANY**
Case No.: 3:19-cv-05970-VC

_____/

## ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

THIS MATTER, having come before this Court, upon SUSIE FOX, as Personal Representative of the Estate of EDWIN FOX, Motion for Substitution of Party, it is hereby:

ORDERED AND ADJUDGED that SUSIE FOX, as Personal Representative of the Estate of EDWIN FOX, be and hereby is substituted as Party Plaintiff.

It is further ORDERED AND ADJUDGED that all future pleadings shall reflect the proper Party.

DONE AND ORDERED in Chambers this  8  day of   September  , 2022.

District Judge