UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Nelson et al v. Monsanto*, Case No 19-cv-4576 | **ORDER GRANTING MOTION TO CONTINUE CASE TO WAVE V**<br>Re: Dkt. No. 13 |

The unopposed motion to continue the case to Wave V is granted.

**IT IS SO ORDERED.**

Dated: September 8, 2022

VINCE CHHABRIA
United States District Judge