UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Master Docket No. 3:16-md-2741-VC |
| *Ferkel v. Monsanto Co.* <br> Case No. 3:19-cv-04476-VC | Judge Vince Chhabria |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed without prejudice, each party to bear its own costs.

DATED: August 4, 2022                                           Respectfully submitted,

/s/ *Kirk J. Goza*                                              /s/ *Anthony R. Martinez*
Goza & Honnold LLC                                              Shook Hardy Bacon L.L.P.
9500 Nall Avenue, Suite 400                                     2555 Grand Blvd.
Overland Park, KS 66207                                         Kansas City, MO 64108
913-451-3433                                                    816-474-6550
Kgoza@gohonlaw.com                                              amartinez@shb.com

*Attorneys for Plaintiffs*                                      *Attorney for Defendants*

**SO ORDERED** this ___9th___ day of __September__, 2022.

                                                                _____
                                                                **HON. VINCE CHHABRIA**

00681910-1

1