UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) ) |
| This document relates to: | ) ) |
| *Samuel Carraway, et al. v. Monsanto Co.*, Case No. 3:20-cv-03599-VC | ) ) ) ) |

**<u>ORDER APPROVING</u>**
**<u>SAMUEL E. CARRAWAY'S PETITION FOR APPROVAL</u>**
**<u>OF SURVIVAL AND WRONGFUL DEATH SETTLEMENT</u>**

This matter is before the Court on the petition of Samuel E. Carraway, as personal representative of the Estate of Samuel L. Carraway, for the approval of a proposed wrongful death settlement. Having heard the evidence, the Court makes the following findings.

1. Petitioner is the son and personal representative of the Estate of Samuel L. Carraway.
2. The Estate of Samuel L. Carraway is presently open in the probate court of Sumter County, South Carolina.
3. Petitioner commenced the present action against Monsanto Company on May 8, 2020 in the United States District Court for the District of South Carolina.
4. On May 26, 2020, this action was transferred to the Northern District of California via order of the Judicial Panel on Multidistrict Litigation.
5. Petitioner has presented to the court all information pertinent to the proposed settlement required by S.C. Code Ann. § 15-51-42(B).
6. Having reviewed this information, I find the proposed settlement to be fair and reasonable and in the best interest of the statutory beneficiaries and the estate of the decedent.
7. The court approves the disbursement of the settlement proceeds in the following manner.

   Gross Settlement Amount
　　　　　　　　　　　　　8% Common Benefit Hold-back
　　　　　　　　　　　　　Litigation Expense Reimbursement
　　　　　　　　　　　　　Attorney's Fee
　　　　　　　　　　　　　Net Settlement Proceeds to Beneficiaries

8. Petitioner further proposes that 95% of the gross settlement proceeds ▇▇▇ be allocated as consideration for the release of the wrongful death claims of the statutory beneficiaries while 5% of the gross settlement proceeds ▇▇▇ be allocated as consideration for the relief of the survival claims belonging to the Estate.

9. The court finds that Samuel L. Carraway's statutory beneficiaries are as follows: Elizabeth N. Carraway (wife); Samuel E. Carraway (son); Louise E. Carraway (daughter).

10. Pursuant to S.C. Code Ann. § 15-51-40, S.C. Code Ann. § 62-2-102(2), and S.C. Code Ann. § 62-2-103, the net settlement wrongful death proceeds shall be distributed among the statutory beneficiaries as follows:

Elizabeth N. Carraway  (50% of Net Settlement Proceeds)
Samuel E. Carraway            (25% of Net Settlement Proceeds)
Louise E. Carraway            (25% of Net Settlement Proceeds)

11. The net settlement survival proceeds shall be distributed pursuant to the probate laws of the State of South Carolina.

## CONCLUSION

For the reasons stated herein, the Court approve the terms of the proposed settlement.

_____
Vince Chhabria
United States District Judge
Northern District of California