# EXHIBIT A
# (Certificate of Appointment)

| | |
|---|---|
| STATE OF SOUTH CAROLINA )<br>)<br>COUNTY OF: <u>SUMTER</u> )<br>)<br>IN THE MATTER OF: )<br><u>SAMUEL LEROY CARRAWAY JR</u> )<br>(Decedent) ) | IN THE PROBATE COURT<br><br>**CERTIFICATE OF APPOINTMENT**<br><br>CASE NUMBER: <u>2020ES4300193</u> |

This is to certify that

<u>SAMUEL EDWARD CARRAWAY</u>

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the 24th day of <u>April, 2020,</u> is in full force and effect.

**RESTRICTIONS:**

Executed this 24th day of April, 2020.

_Deputy Yvonne B. Choice_
/DALE ATKINSON, Probate Court Judge

**Do not accept a copy of this certificate without the raised seal of the Probate Court.**

FORM #141ES (1/2014)
62-1-305, 62-3-103