# EXHIBIT B
# (Signature Page)

**VERIFICATION OF PERSONAL REPRESENTATIVE**

I, SAMUEL E. CARRAWAY, am the duly-appointed personal representative of the Estate of Samuel L. Carraway. I hereby affirm, under the penalty of perjury, that the assertions contained within this petition are true to the best of my knowledge and that I approve of the terms of this proposed settlement.

Samuel E. Carraway
Personal Representative

SWORN to before me this 14th day of _____, 20 22

Notary Public for South Carolina
My Commission Expires: 9/20/29

**CERTIFICATION OF ATTORNEY**

I, GRAHAM L. NEWMAN, am the attorney for Samuel E. Carraway, as Personal Representative of the Estate of Samuel L. Carraway. I am of the opinion that the proposed settlement is fair and reasonable and is in the best interests of the statutory beneficiaries and the estate of the decedent.

/s/ *Graham L. Newman*
Graham L. Newman (*pro hac vice*)
(gnewman@csa-law.com)
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)

*Attorneys for Plaintiff*
SAMUEL E. CARRAWAY

Petition for Approval of Wrongful Death Settlement
Carraway v. Monsanto Company (3:20-cv-03599-VC)