UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Lindl v. Monsanto*, Case No. 20-cv-5931;<br>*Benedict v. Monsanto*, Case No. 20-cv-5938;<br>*Bostic v. Monsanto*, Case No. 20-cv-5936*;*<br>*Jones v. Monsanto*, Case No. 20-cv-5933 | **ORDER GRANTING STIPULATIONS TO DISMISS WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 15277, 15278, 15279, 15280 |

Plaintiffs' stipulations to dismiss without prejudice are granted.

**IT IS SO ORDERED.**

Dated: September 9, 2022

_____

VINCE CHHABRIA
United States District Judge