**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS | **MDL NO. 2741** |
| LIABILITY LITIGATION | |
| | **Case No. 3:16-md-02741-VC** |
| This Document Relates to: | |
| *Timothy Wayne Batts, individually and* | |
| *as administrator of the estate of Stanely Batts* | **Judge Vince Chhabria** |
| *v. Monsanto* | |
| Case No. 3:20-cv-05939-VC | |

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE TO WAVE VI

Having reviewed the unopposed motion seeking transfer of this case to Wave VI, the Court

**GRANTS** the requested relief and transfers this case to Wave VI.

**IT IS SO ORDERED**.

Date: _____, 2022

_____
VINCE G. CHHABRIA
Presiding Judge
United States District Court