# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2741** |
| | **Case No. 3:16-md-02741-VC** |
| **This Document Relates to:** *David Bischoff v. Monsanto* | **Judge Vince Chhabria** |
| **Case No. 3:20-cv-05937-VC** | |

### [PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE TO WAVE VI

Having reviewed the unopposed motion seeking transfer of this case to Wave VI, the Court **GRANTS** the requested relief and transfers this case to Wave VI.

**IT IS SO ORDERED**.

Date: _____, 2022

_____
VINCE G. CHHABRIA
Presiding Judge
United States District Court