## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** )<br>)<br>)<br>)<br>)<br>**This Document Relates to:** )<br>*Edwin Hernandez v. Monsanto* )<br>)<br>**Case No. 3:19-cv-05872-VC** )<br>) | **MDL NO. 2741**<br><br>**Case No. 3:16-md-02741-VC**<br><br>**Judge Vince Chhabria** |

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

1. Plaintiff's counsel has consulted with Defendant's counsel who does not oppose the motion to move this case to Wave VI

2. This case is presently situated in Wave V.

3. The parties to this action have diligently pursued discovery, with the Plaintiff having served his fact sheet, produced medical records and authorizations, exchanging written discovery and the deposition of Plaintiff having been taken.

4. Nevertheless, the current Wave V present challenges to the Plaintiff to meet the impending expert report deadlines.

6. The parties have conferred regarding these challenges and believe that transferring this case to Wave VI would be in the best interests of justice, and respectfully request enter an order to that effect.

DATED:  September 13, 2022

        *Attorney for Plaintiff*
/s/ *Charles W. Miller*
Charles W. Miller
HEYGOOD, ORR & PEARSON
6363 North State Highway 161,
Suite 450
Irving, TX  75038
Telephone: (214) 237-9001
Facsimile: (241) 237-9002
charles@hop-law.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2022, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

>  */s/ Charles W. Miller*
>  Charles W. Miller