UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> LIABILITY LITIGATION ) <br>  ) <br>  ) <br>  ) <br> **This Document Relates to:** ) <br> *Gaytha Kraushar, individually and on behalf* ) <br> *Of the estate of Marvin Kraushar v. Monsanto* ) <br>  ) <br> **Case No. 3:20-cv-05932-VC** ) <br>  ) | **MDL NO. 2741** <br><br> **Case No. 3:16-md-02741-VC** <br><br> **Judge Vince Chhabria** |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE TO WAVE VI**

Having reviewed the unopposed motion seeking transfer of this case to Wave VI, the Court **GRANTS** the requested relief and transfers this case to Wave VI.

**IT IS SO ORDERED**.

Date: _____, 2022

_____
VINCE G. CHHABRIA
Presiding Judge
United States District Court