FULLER, WILLIAMSON, NELSEN & PREHEIM, LLP
Derek A. Nelsen
Eric T. Preheim
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
dnelsen@fullerandwilliamson.com
epreheim@fullerandwilliamson.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Lawless Warino v. Monsanto Co.,* Case No. 3:320-cv-07327-VC | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, with the parties to bear their own fees and costs. Pursuant to Local Rule 5-1(h)(3), counsel for the Plaintiff attests that the concurrence of each signatory to the filing was obtained in writing.

Respectfully submitted this ___ day of _____, 2022.

| | |
|---|---|
| 1 | **FULLER, WILLIAMSON, NELSEN & PREHEIM, LLP** |
| 2 | /s/Derek A. Nelsen |
|  | Derek A. Nelsen |
| 3 | Eric T. Preheim |
|  | 7521 South Louise Avenue |
| 4 | Sioux Falls, SD 57108 |
| 5 | Telephone:   (605) 333-0003 |
|  | dnelsen@fullerandwilliamson.com |
| 6 | epreheim@fullerandwilliamson.com |
|  | *Attorney for Plaintiffs* |
| 7 | |
| 8 | **SHOOK, HARDY & BACON L.L.P.** |
| 9 | /s/Jennise W. Stubbs |
| 10 | Jennise W. Stubbs |
|  | 600 Travis Street, Suite 3400 |
| 11 | Houston, TX 77002-2926 |
|  | Telephone:   (713) 227-8008 |
| 12 | Facsimile:   (713) 227-9508 |
|  | Email:        jstubbs@shb.com |
| 13 | |
|  | *Attorneys for Defendant* |
| 14 | *MONSANTO COMPANY* |
| 15 | **MARTZELL BICKFORD & CENTOLA** |
| 16 | /s/ Lawrence J. Centola, III |
|  | *LAWRENCE J. CENTOLA, III (#27402)* |
| 17 | ljc@mbfirm.com |
| 18 | 338 Lafayette Street |
|  | New Orleans, LA 70130 |
| 19 | 504-581-9065 |
|  | 504-581-7635(Fax |
| 20 | |
|  | Michael E. Lillis |
| 21 | michael@lillislega.com |
|  | **LILLIS LAW FIRM, LLC** |
| 22 | 338 Lafayette Street |
|  | New Orleans, LA 70130 |
| 23 | Tel: 504-581-9065 |
|  | *Attorneys for Plaintiff – Lawless Warino* |
| 24 | |
| 25 | |

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE
3:16-md-02741-VC & 3:21-cv-07744-VC

- 3 -

STIPULATION OF DISMISSAL WITH PREJUDICE
3:16-md-02741-VC & 3:21-cv-07744-VC

## CERTIFICATE OF SERVICE

I certify that on the _____ day of _____, 2022, I electronically transmitted the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

/s/ *Lawrence J. Centola, III*
Lawrence J. Centola, III