1
2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

3

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION

4

5

**THIS DOCUMENT RELATES TO:**

6

Sharon Berenfeld

7

 v.

8

Monsanto Co.

9

MDL No. 2741

MDL Case No. 3:16-cv-02741-VC

Honorable Vince Chhabria

Case No. 3:18-cv-01428

**UNOPPOSED MOTION TO MOVE CASE
TO WAVE VI**

10

11          Plaintiff Sharon Berenfeld—without opposition from Defendant Monsanto Company—

12   respectfully requests the Court move his case from Wave IV to Wave VI:

13          1.      Ms. Berenfeld's case is part of Wave IV (D).

14          2.      Over the past several months, Plaintiff's counsel has been taking and defending fact

15   witness, expert witness, treating physician depositions, engaging in written discovery, and

16   preparing for trial in *Ferro, et al. v Monsanto*, No. 20SL-CC03678—a consolidated case pending

17   in St. Louis County, Missouri.  Expert depositions and discovery in the *Ferro* case must be

18   completed by August 18, 2022 and the *Ferro* trial is currently set to begin on October 24, 2022.

19          3.      The parties are currently briefing various pretrial motions, designating deposition

20   testimony, and finalizing exhibit and witness lists.

21          4.      Counsel for Plaintiff met and conferred with counsel for Monsanto.  Plaintiff

22   believes the best course of action would be to move this case to a later Wave and Monsanto does

23   not oppose this request.

24          Therefore, Plaintiff, Sharon Berenfeld, without opposition from Defendant, Monsanto

25

26   Company, respectfully request the Court move their case from Wave IV to Wave VI.

27

28

UNOPPOSED MOTION TO MOVE CASE TO WAVE VI - 1

1

2   DATED:  September 14, 2022                    Respectfully submitted,

3                                                 /s/ Jeffrey L. Haberman
                                                  Jeffrey L. Haberman, Esq. (FL 98522)
4                                                 Sarah J. Schultz, Esq.
                                                  SCHLESINGER LAW OFFICES, P.A.
5                                                 1212 SE 3rd Avenue
                                                  Fort Lauderdale, FL 33316
6                                                 Tel (954) 467-8800
                                                  Fax (954) 320-9509
7                                                 JHaberman@schlesingerlaw.com
                                                  Attorneys for Plaintiffs
8

9                                                 /s/ Anthony Martinez
                                                  Anthony R. Martinez
10                                                SHOOK, HARDY & BACON LLP
                                                  2555 Grand Blvd
11                                                Kansas City, Missouri 64108
                                                  Telephone: (816) 559-2683
12                                                Fax: (816) 421-5547
                                                  amartinez@shb.com
13                                                Attorneys for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2022, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman