## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Sharon Berenfeld<br><br>v.<br><br>Monsanto Co. | MDL No. 2741<br><br>MDL Case No. 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>Case No. 3:18-cv-01428<br><br>**ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI** |

Plaintiffs' Motion to move their case from Wave IV to Wave VI is GRANTED.

**IT IS SO ORDERED.**

Dated: September ___, 2022

_____
JUDGE VINCE CHHABRIA