UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Deborah Iona | Case No. 3:20-cv-02404 |
| v. | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |
| Monsanto Co. | |

Plaintiff Deborah Iona—without opposition from Defendant Monsanto Company—respectfully requests the Court move her case from Wave V to Wave VI:

1. Ms. Iona's case is part of Wave V.

2. Over the past several months, Plaintiff's counsel has been taking and defending fact witness, expert witness, treating physician depositions, engaging in written discovery, and preparing for trial in *Ferro, et al. v Monsanto*, No. 20SL-CC03678—a consolidated case pending in St. Louis County, Missouri. Expert depositions and discovery in the *Ferro* case must be completed by August 18, 2022 and the *Ferro* trial is currently set to begin on October 24, 2022.

3. The parties are currently briefing various pretrial motions, designating deposition testimony, and finalizing exhibit and witness lists.

4. Counsel for Plaintiff met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff, Deborah Iona, without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave V to Wave VI.

| | |
|---|---|
| DATED: September 14, 2022 | Respectfully submitted, |
| | /s/ *Jeffrey L. Haberman* |
| | Jeffrey L. Haberman, Esq. (FL 98522) |
| | Sarah J. Schultz, Esq. |
| | SCHLESINGER LAW OFFICES, P.A. |
| | 1212 SE 3rd Avenue |
| | Fort Lauderdale, FL 33316 |
| | Tel (954) 467-8800 |
| | Fax (954) 320-9509 |
| | JHaberman@schlesingerlaw.com |
| | *Attorneys for Plaintiffs* |
| | |
| | /s/ *Anthony Martinez* |
| | Anthony R. Martinez |
| | SHOOK, HARDY & BACON LLP |
| | 2555 Grand Blvd |
| | Kansas City, Missouri 64108 |
| | Telephone: (816) 559-2683 |
| | Fax: (816) 421-5547 |
| | amartinez@shb.com |
| | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2022, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman
