**RICHARDSON, THOMAS, HALTIWANGER,
MOORE & LEWIS, LLC**
Chris Moore
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
T: (803) 281-8147
chris@richardsonthomas.com

*Attorney for Plaintiff*
*ISAAC W. GOBLE, JR.*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This document relates to: *Isaac W. Goble, Jr. v. Monsanto Co.* C/A No.: 3:20-cv-04648-VC | |

**PLAINTIFF TAMMY MARTIN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ISAAC W. GOBLE, JR.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Under LR Civ. R. 79-5 and 7-11 of the Northern District of California and this Court's Standing Order for Civil Cases, ¶¶ 27-29, Plaintiff files this Administrative Motion to File Under Seal.

## I. Action Requested

A ruling on whether the uncontested Petition for Approval of Settlement can be filed with the proposed redactions and whether the accompanying unredacted exhibits may be filed under seal.

## II. Reasons Supporting the Request

Under LR 79-5 and the Confidentiality Order in place for MDL 2741, any party wishing to use a document designated "confidential" in support of a motion must file an Administrative Motion such as this to determine whether filing under seal is appropriate.

This action was originally filed in the United States District Court for the District of South Carolina, Florence Division, on June 23, 2020.  On February 28, 2022, Plaintiff, as personal representative of the Estate, agreed to enter into a Confidential Settlement and Release of All Claims with Monsanto Company as a part of the Roundup Independent Settlement Program.  S.C. Code § 15-51-42 requires Court approval of wrongful death and survival actions.  S.C. Code § 15-51-42(D) provides that "any actions pending in the federal courts, the same [settlement approval] procedure may be followed . . . ."

The settlement involves confidentiality prohibiting the disclosure of the terms of settlement including the amount of settlement.  Because S.C. Code § 15-51-42 requires Plaintiff to provide to the Court the terms of the settlement in her petition for approval of the wrongful death settlement, Plaintiff seeks to file her Petition for Approval under seal.  Under Center for Auto Safety v. Chrysler Group, LLC, the good cause standard should apply here given that the parties

have agreed to a confidentiality clause as part of Plaintiff's settlement, and further, the public is not presumed to have "regular access" to information concerning sensitive financial information. 809 F.3d 1092, 1099 (9th Cir. 2016).

### III. Conclusion

For these reasons, Plaintiff respectfully requests that the Court enter an order granting Plaintiff leave to file a redacted copy of her uncontested Petition for Approval with an unredacted copy of the uncontested Petition for Approval under seal for the purpose of obtaining this Court's approval of the settlement in this matter.

Respectfully submitted,   **RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS, LLC**

BY:   *s/Chris Moore*
Chris Moore
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
chris@richardsonthomas.com

*Attorney for Plaintiff*

September 15, 2022

## CERTIFICATE OF SERVICE

I certify that on the above date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

                                            **RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS, LLC**

BY: *s/Chris Moore*
       Chris Moore
       1513 Hampton Street, First Floor
       Columbia, South Carolina 29201
       chris@richardsonthomas.com

       *Attorney for Plaintiff*