Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Audrey Siegel (SBN 286771)
audrey.siegel@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone:  415-986-1400

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO :<br>*Dean McWilliams v. Monsanto Company, et al.,*<br>Case No. 3:20-cv-07104-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO SUBSTITUTE PARTY**<br><br>Date: October 20, 2022<br>Time: 9:00 a.m.<br>District Judge: Vince Chhabria<br>Courtroom: 4<br><br>Complaint Filed: August 13, 2020<br>Removed: October 13, 2020<br>Trial Date: None set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on Thursday, October 20, 2022, at 9:30 a.m., in Courtroom 4, located on the seventeenth floor of the United States Courthouse at 450 Golden Gate Ave, San Francisco, California, Counsel for Plaintiff Dean McWilliams will and hereby does move the Court to substitute Barbara McWilliams, David McWilliams, and Amy McWilliams, as the successors in interest, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

-1-
**MOTION TO SUBSTITUTE PARTY**

1. Dean McWilliams passed away on October 25, 2021, in Contra Costa County, California. *See* Exhibit A.

2. The present action continues as a survival action pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

3. Dean McWilliams' action against Defendants survives his death and is not extinguished. Cal. Civ. Proc. Code §377.21.

4. Dean McWilliams died intestate. His successors in interest, as defined by California Code of Civil Procedure section 377.11 and California Probate Code section 6401, are his surviving spouse, Barbara McWilliams, and their living children, Amy McWilliams and David McWilliams.

5. Barbara McWilliams, David McWilliams, and Amy McWilliams move to be substituted as the Plaintiffs in the present action on behalf of Dean McWilliams.

6. Barbara McWilliams, David McWilliams, and Amy McWilliams are proper parties to make this suggestion because Barbara McWilliams is the surviving spouse of Dean McWilliams, and David McWilliams and Amy McWilliams are their only living children, who together have the right to pursue a wrongful death action against Defendants as decedent's successors in interest. Cal. Civ. Proc. Code §377.31.

7. Barbara McWilliams, David McWilliams, and Amy McWilliams have each executed a declaration under penalty of perjury setting forth the statements required under California Code of Civil Procedure section 377.32. *See* Exhibit B.

8. No party will be prejudiced by this amendment, and it serves the needs of justice.

9. Therefore, Plaintiff requests that this Court enter an Order substituting Barbara McWilliams, David McWilliams, and Amy McWilliams in place of Dean McWilliams. The Plaintiff caption is requested to be amended as follows: "Barbara McWilliams, David McWilliams, and Amy McWilliams, individually and as successors in interest to Dean McWilliams, decedent".

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of Plaintiff in this action.

**MOTION TO SUBSTITUTE PARTY**

1
2   DATE:  September 15, 2022                    ANDRUS ANDERSON LLP
3
                                                 By:      */s/ Lori E. Andrus*
4
                                                 Audrey C. Siegel (SBN 286771)
5                                                audrey.siegel@andrusanderson.com
                                                 Lori E. Andrus (SBN 205816)
6                                                lori@andrusanderson.com
                                                 ANDRUS ANDERSON LLP
7                                                155 Montgomery Street, Suite 900
                                                 San Francisco, CA  94104
8                                                Telephone:    (415) 986-1400
                                                 Facsimile:    (415) 986-1474
9
10                                               *Attorneys for Plaintiff*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28