# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF CONTRA COSTA
MARTINEZ, CALIFORNIA

**CERTIFICATE OF DEATH**

State File Number: — Local Registration Number: 3202107007096

| Field | Value |
|---|---|
| 1. Name of Decedent – First | DEAN |
| 2. Middle | E. |
| 3. Last (Family) | MCWILLIAMS |
| Also Known As | — |
| 4. Date of Birth | 02/10/1941 |
| 5. Age | 80 |
| 6. Sex | M |
| 8. Birth State/Foreign Country | CO |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces | NO |
| 12. Marital Status at Time of Death | MARRIED |
| 7. Date of Death | 10/25/2021 |
| 9. Hour | 0311 |
| 15. Education | BACHELOR |
| 14/15. Was Decedent Hispanic | YES |
| 16. Decedent's Race | CAUCASIAN |
| 17. Usual Occupation | SALES EXECUTIVE |
| 18. Kind of Business or Industry | CORPORATE SALES |
| 19. Years in Occupation | 61 |
| 20. Residence | 18000 SAN RAMON VALLEY BOULEVARD #135 |
| 21. City | SAN RAMON |
| 22. County/Province | CONTRA COSTA |
| 23. Zip Code | 94583 |
| 24. Years in County | 45 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | DAVE MCWILLIAMS, SON |
| 27. Informant's Mailing Address | 9955 MANGOS DRIVE, SAN RAMON, CA 94583 |
| 28. Name of Surviving Spouse – First | BARBARA |
| 29. Middle | CAROL |
| 30. Last (Birth Name) | DUNN |
| 31. Name of Father/Parent – First | ROBERT |
| 32. Middle | E. |
| 33. Last | MCWILLIAMS |
| 34. Birth State | CO |
| 35. Name of Mother/Parent – First | GERTRUDE |
| 36. Middle | — |
| 37. Last (Birth Name) | PRICE |
| 38. Birth State | CO |
| 39. Disposition Date | 10/29/2021 |
| 40. Place of Final Disposition | RESIDENCE OF SON, DAVE MCWILLIAMS, 9955 MANGOS DRIVE, SAN RAMON, CA 94583 |
| 41. Type of Disposition | CREMATE/RESIDENCE |
| 42. Signature of Embalmer | NOT EMBALMED |
| 43. License Number | — |
| 44. Name of Funeral Establishment | WILSON & KRATZER-CHAPEL OF SAN RAMON |
| 45. License Number | FD1634 |
| 46. Signature of Local Registrar | CHRISTOPHER FARNITANO MD |
| 47. Date | 10/29/2021 |
| 101. Place of Death | SAN RAMON REGIONAL MEDICAL CENTER (Hospital – IP) |
| 103. Facility Address | 6001 NORRIS CANYON ROAD |
| 104. County | CONTRA COSTA |
| 105. City | SAN RAMON |
| 107. Cause of Death – Immediate | ACUTE HYPOXIC RESPIRATORY FAILURE — VH — DAYS |
| Secondary | PNEUMONIA – BILATERAL — BH — DAYS |
| 108. Death Reported to Coroner | NO |
| 109. Biopsy Performed | NO |
| 110. Autopsy Performed | NO |
| 111. Used in Determining Cause | NO |
| 112. Other Significant Conditions | PANCYTOPENIA, FOLLICULAR LYMPHOMA |
| 113. Was Operation Performed | NO |
| 114. I Certify That to the Best of My Knowledge Death Occurred | — |
| 115. Signature and Title of Certifier | KARANDEEP SINGH, MD |
| 116. License Number | A78289 |
| 117. Date | 10/27/2021 |
| 118. Type Attending Physician's Name | KARANDEEP SINGH, MD, 815 HENLEY CT, SAN RAMON, CA 94583 |
| Decedent Attended Since | 10/22/2021 |
| Decedent Last Seen Alive | 10/24/2021 |
| 119. Manner of Death | Natural |

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Contra Costa County Department of Health Services.

DATE ISSUED: 11/02/2021

100172771

CHRISTOPHER FARNITANO, MD
COUNTY HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE