1   Lori E. Andrus (SBN 205816)
    lori@andrusanderson.com
2   Jennie Lee Anderson (SBN 203586)
    jennie@andrusanderson.com
3   Audrey Siegel (SBN 286771)
    audrey.siegel@andrusanderson.com
4   ANDRUS ANDERSON LLP
    155 Montgomery Street, Suite 900
5   San Francisco, California 94104
    Telephone:  415-986-1400
6
7   *Attorneys for Plaintiff*

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12  IN RE : ROUNDUP PRODUCTS          MDL No. 2741
    LIABILITY LITIGATION
13                                    Case No.: 3:16-md-02741-VC

    THIS DOCUMENT RELATES TO :
14  *Dean McWilliams v. Monsanto Company, et*    **[PROPOSED] ORDER GRANTING**
    *al,*                             **MOTION TO SUBSTITUTE PARTY**
15  Case No. 3:20-cv-07104-VC

16

17                         **ORDER**

18       Upon consideration of Counsel for Plaintiff's Motion to Substitute Party

19  IT IS HEREBY ORDERED that:

20     1.  The request to substitute Barbara McWilliams, David McWilliams, and Amy McWilliams

21         in place of Dean McWilliams is granted.

22     2.  According, the Plaintiff caption shall be amended as follows: "Barbara McWilliams,

23         David McWilliams, and Amy McWilliams, individually and as successors in interest to

24         Dean McWilliams, decedent".

25

26     Dated:_____          _____
                                       Hon. Vince Chhabria
27                                     United States District Court Judge

28

                              -1-