UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>Iona v Monsanto, Case No. 20-cv-2404, Glassman v Monsanto, Case No. 20-cv-0024, Berenfeld v Monsanto, Case No. 18-cv-1428, Kraushar v. Monsanto, Case No. 20-cv-5932, Hernandez v. Monsanto, Case No. 19-cv-5872, Daniels v. Monsanto, Case No. 19-cv-5870, Bischoff v. Monsanto, Case No. 20-cv-5937, Batts v. Monsanto, Case No. 20-cv-5939, Baker v. Monsanto, Case No. 19-cv-5873 | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES**<br><br>Re: Dkt. Nos. 15460, 15461, 15462, 15463, 15464, 15465, 15475, 15476, 15477 |

The unopposed motions to move cases to later waves at the above-listed docket numbers are granted.

**IT IS SO ORDERED.**

Dated: September 15, 2022

VINCE CHHABRIA
United States District Judge