UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES** |
| Lundy v. Monsanto, Case No. 20-cv-9289, | |
| Iona v. Monsanto, Case No. 20-cv-2404, | Re: Dkt. Nos. 15287, 15289, 15290, 15291 |
| Paul v. Monsanto, Case No. 20-cv-0621, | |
| Holliday v. Monsanto, Case No. 19-cv-3014 | |

The unopposed motions to move cases to later waves at the above-listed docket numbers are granted.

**IT IS SO ORDERED.**

Dated: September 15, 2022

_____
VINCE CHHABRIA
United States District Judge