UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>Lay v. Monsanto, Case No. 19-cv-2582,<br><br>Garrison v. Monsanto, Case No. 19-cv-0280,<br><br>McRorie v. Monsanto, Case No. 18-cv-1110,<br><br>Montgomery v. Monsanto, Case No. 20-cv-7397, Pellerin v. Monsanto, Case No. 21-cv-4634, Lenfestey v. Monsanto, Case No. 20-cv-8848, Elzey v. Monsanto, Case No. 19-cv-7373, Alamiri v. Monsanto, Case No. 20-cv-8844, Deneve v. Monsanto, Case No. 19-cv-7341 | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES**<br><br>Re: Dkt. Nos. 15248, 15296, 15319, 15325, 15326, 15327, 15328, 15329, 15330 |

The unopposed motions to move cases to later waves at the above-listed docket numbers are granted.

**IT IS SO ORDERED.**

Dated: September 15, 2022

_____
VINCE CHHABRIA
United States District Judge