UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>Bulone v. Monsanto, Case No. 20-cv-3719,<br><br>Salas v. Monsanto, Case No. 21-cv-6173,<br><br>Ward v. Monsanto, Case No. 20-cv-0028,<br><br>Breymeyer v. Monsanto, Case No. 20-cv-6344, Roy v. Monsanto, Case No. 20-cv-3371, Shaffer v. Monsanto, Case No. 20-cv-5930, Chaisson v. Monsanto, Case No. 20-cv-1143, Kay v. Monsanto, Case No. 21-cv-0175 | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES**<br><br>Re: Dkt. Nos. 15347, 15349, 15350, 15351, 15399, 15412, 15416, 15423 |

    The unopposed motions to move cases to later waves at the above-listed docket numbers are granted.

    **IT IS SO ORDERED.**

Dated: September 15, 2022

_____

VINCE CHHABRIA
United States District Judge