UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Colleen Tierney v. Monsanto Co.*, No. 3:20-cv-04211 | |

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI**

Plaintiff Colleen Tierney - without opposition from Defendant Monsanto Company - respectfully requests the Court move her case from Wave IV to Wave VI:

1. Colleen Tierney's case is currently part of Wave IV

2. Mindful of the deadlines pertaining to Wave IV cases, the parties have diligently pursued discovery in this matter. Plaintiff's deposition, as well as that of her treating physician, have been taken.

3. However, Plaintiff is currently undergoing chemotherapy. As such, there are aspects of discovery still to be conducted. Additionally, the deadlines posed by Wave IV presents challenges to Plaintiff to present required expert reports.

4. Plaintiff believes the best; most prudent course of action would be to move this case to a later Wave.

5. In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VI.

Therefore, Plaintiff Colleen Tierney, with the consent of Defendant Monsanto Company,

respectfully request the Court move her case from Wave IV to Wave VI.

Dated: September 16, 2022

        *Respectfully submitted,*

        CHARLES E. BOYK LAW OFFICES, LLC

        By: /s/   *Wesley D. Merillat*
            Wesley D. Merillat (*pro hac vice*)
            Ohio Bar. No. 0080253
            CHARLES E. BOYK LAW OFFICES, LLC
            1500 Timberwolf Dr.
            Holland, Ohio 43528
            Tel:  419.241.1395
            wmerillat@charlesboyk-law.com

        ***Attorney for Plaintiff Colleen Tierney***

**CERTIFICATION**

I certify that on September 16, 2022, the foregoing was filed with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

    Respectfully submitted,

By: /s/ *Wesley D. Merillat*
      Wesley D. Merillat