John J. Rosenthal
WINSTON & STRAWN LLP
1901 L St. NW
Washington, DC 20036
Tel: (202) 282-5785
Fax: (202) 282-5100
jrosenthal@winston.com

Jeff Wilkerson
WINSTON & STRAWN LLP
300 S. Tryon St., 16th Floor
Charlotte, North Carolina 28202
Tel: (704) 350-7714
Fax: (704) 350-7800
jwilkerson@winston.com

Counsel for Defendants
MONSANTO COMPANY AND
BAYER CROPSCIENCE LP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-02741-VC |
| *Scott Koller, et al., v. Monsanto Company, et al.*, Case No. 3:22-cv-04260-VC | **UNOPPOSED ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE AND EXTEND PAGE LIMITS (CIV. L.R. 6 and 7-11)** |

Pursuant to Local Civil Rules 6 and 7-11, Defendants hereby submit this Unopposed Administrative Motion to Extend Briefing Schedule and Page Limits.[1] In support of this motion, Defendants state as follows:

1. Plaintiffs filed the Complaint on July 22, 2022 (Dkt. 1).

---

[1] Monsanto Company and Bayer CropScience LP are related defendants that will be filing a single motion to dismiss. The Scotts Company LLC ("Scotts") is a separate unrelated entity that will be filing its own motion to dismiss and authorized Monsanto to represent that Scotts joins this unopposed motion.

2. The Parties stipulated pursuant to Local Civil Rule 6-1(a) to extend time to respond to the Complaint until September 23, 2022.

3. The Parties have conferred and agreed that a briefing schedule providing a modest amount of additional time for the opposition and reply briefs is appropriate.

4. Defendants also seek modest extensions of the associated page limits (which would apply to both the Defendants' opening briefs and the Plaintiffs' oppositions). Plaintiffs do not oppose the request for additional pages.

5. While Defendants recognize that this Court rarely grants an extension of pages for motions and supporting briefs, the requests are justified here given the complexity and magnitude of this case. The Complaint asserts eleven separate causes of action against four Defendants on behalf of multiple proposed classes. These claims implicate scientific and legal issues that have not been previously litigated before this Court (or elsewhere). The Parties and the Court will benefit from careful briefing of these issues.

6. Defendants do not seek further extension of the motion to dismiss deadline, only the responsive deadlines. The proposed extensions will therefore not disrupt the current schedule or otherwise prejudice any party.

Defendants thus submit this unopposed request for an order (1) setting the following briefing schedule and (2) adopting the indicated page limits:

- Motions to Dismiss (25 pages): **Friday, September 23, 2022**
- Oppositions to Motion to Dismiss (25 pages): **Wednesday, November 9, 2022**
- Replies in Support of Motion to Dismiss (15 pages): **Thursday, December 1, 2022**
- Hearing on Motion: **Thursday, December 15, 2022**

Dated: September 19, 2022

Respectfully,

/s/ *John Rosenthal*
John J. Rosenthal
WINSTON & STRAWN LLP
1901 L St. NW
Washington, DC 20036
Tel: (202) 282-5785
Fax: (202) 282-5100
jrosenthal@winston.com

*Counsel for Defendants Monsanto Company and Bayer CropScience LP*

/s/ *Stephanie Dilworth*
STEPHANIE DILWORTH  (SBN 342109)
JONES DAY® - One Firm Worldwide®
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: (415) 875-5760
Fax: (415) 875-5700
sdilworth@jonesday.com

*Counsel for Defendant The Scotts Company LLC*