# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-02741-VC |
| *Scott Koller, et al., v. Monsanto Company, et al.*, Case No. 3:22-cv-04260-VC | **[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE AND EXTEND PAGE LIMITS** |

Pursuant to Defendants' Unopposed Administrative Motion to Set Briefing Schedule and Extend Page Limits, and for good cause shown, the Court hereby enters the following Order and briefing schedule, and, where indicated, extends the page limits for certain briefs:

- Motions to Dismiss (25 pages): **Friday, September 23, 2022**
- Oppositions to Motion to Dismiss (25 pages): **Wednesday, November 9, 2022**
- Replies in Support of Motion to Dismiss (15 pages): **Thursday, December 1, 2022**
- Hearing on Motion: **Thursday, December 15, 2022**

IT IS SO ORDERED.

DATED this ____ day of September, 2022.

_____
Hon. Vince Chhabria
UNITED STATES DISTRICT JUDGE