UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: *Richard Nissen v. Monsanto Co.*, Case No: 3:20-cv-06989 | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiff's motion to move their case from Wave IV to Wave VI is GRANTED.

IT IS SO ORDERED.

Dated: ~~October~~ September 19, 2022

_____
JUDGE VINCE CHHABRIA