1
2
3
4                              UNITED STATES DISTRICT COURT
5                             NORTHERN DISTRICT OF CALIFORNIA
6
7
8   IN RE: ROUNDUP PRODUCTS LIABILITY         MDL No. 2741
    LITIGATION
9                                             Case No. MDL No. 3:16-md-02741-VC
10
11  This document relates to:
12
13  *Donnie Leon Powell v. Monsanto Company*
    Case No. 3:20-cv-05623-VC
14
15
16
             **ORDER GRANTING MOTION TO MOVE CASE TO WAVE V**
17
18      Plaintiff's motion to move the case from Wave IV to Wave V is granted.
19      IT IS SO ORDERED.
20
21  DATED: _____
22
23                                                    _____
                                                      DISTRICT JUDGE
24
25
26
27
28