UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741 <br><br> Master Docket Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** <br><br> ESTATE OF THOMAS N. WILLIAMS and MARY JO WILLIAMS <br><br> v. <br><br> MONSANTO CO. | Honorable Vince Chhabria <br><br> Case No. 3:19-cv-03537-VC <br><br> **PLAINTIFF, ESTATE OF THOMAS N. WILLIAMS, AND PLAINTIFF, MARY JO WILLIAMS, <u>UNOPPOSED MOTION TO MOVE CASE TO WAVE V</u>** |

Plaintiff, Estate of Thomas N. Williams, and Plaintiff, Mary Jo Williams, by and through their undersigned counsel and without opposition from Defendant Monsanto Company, respectfully request that Court to move this case from Wave IV to Wave V for the following reasons:

1. Counsel for Plaintiffs Estate of Thomas J. Williams and Mary Jo Williams has conferred with Monsanto's counsel who has no objection to the request to transfer this case to Wave V.

2. The case of the Estate of Thomas J. Williams and Mary Jo Williams is currently included Wave IV.

3. Mindful of the deadlines pertaining to Wave IV, the parties have been diligently conducting discovery in this matter. Plaintiff's depositions have been taken as has the deposition of one of Plaintiff's treating physicians. Plaintiff also has produced a majority of documents responsive to Defendant's requests.

4.     However, Plaintiffs are still in the process of reviewing the offer they received from the Settlement Program in this matter.

5.     As such, despite the parties' best efforts, there are aspects of discovery still to be conducted, which will not be completed by the September 21, 2022 expert discovery deadline [Doc. 14763].

6.     Plaintiffs believe the best, most practical course of action would be to move this case from Wave IV to Wave V.

7.     Again, Defendant has no opposition to this request.

Therefore, Plaintiffs, the Estate of Thomas J. Williams and Mary Jo Williams respectfully request that the Court move this Case from Wave IV to Wave V.

DATED: September 21, 2022.

                                                     Respectfully Submitted,

By:     */s/ Bruce H. Stoltze, Jr.*
       Bruce H. Stoltze, Jr.(AT0010694)
       Stoltze Law Group, PLC
       300 Walnut, Ste. 260
       Des Moines, Iowa 50309
       Telephone:     (515) 989-8529
       Facsimile:     (515) 989-8530
       E-mail: bruce.stoltze.jr@stoltze.law
       **ATTORNEY FOR PLAINTIFFS**

**Consented to by:**

*/s/ Anthony R. Martinez*
Anthony R. Martinez
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri  64108
Telephone:     (816) 559-2683
Facsimile:     (816) 421-5547
E-mail:  amartinez@shb.com
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE:**

I, Bruce H. Stoltze, Jr., hereby certify that on September 21, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/Bruce H. Stoltze, Jr.*
Bruce H. Stoltze, Jr.