UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741 <br><br> Master Docket Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** <br><br> *Estate of Thomas N. Williams and Mary Jo Williams v. Monsanto Co.* | Case No. 3:19-cv-03537-VC |

### ORDER GRANTING CONSENT MOTION TO MOVE CASE TO WAVE V

The parties' consent motion to move the case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

This _____, day of _____, 20_____,

_____

**Prepared by:**
*/s/ Bruce H. Stoltze, Jr.*
Bruce H. Stoltze, Jr.(AT0010694)
Stoltze Law Group, PLC
300 Walnut, Ste. 260
Des Moines, Iowa 50309
Telephone:      (515) 989-8529
Facsimile:      (515) 989-8530
E-mail:  bruce.stoltze.jr@stoltze.law
**ATTORNEY FOR PLAINTIFFS**


**Consented to by:**
*/s/ Anthony R. Martinez*
Anthony R. Martinez
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri  64108
Telephone:      (816) 559-2683
Facsimile:      (816) 421-5547
E-mail:  amartinez@shb.com
**ATTORNEY FOR DEFENDANT**

1