UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>**JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT PROPOSED NEW FACT SHEET OR COMPETING FACT SHEETS AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |

## JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT PROPOSED NEW FACT SHEET OR COMPETING FACT SHEETS

On September 12, 2022, the Court issued a Minute Entry requiring the parties, inter alia, to meet and confer regarding proposed changes to the Plaintiff Fact Sheet and to submit a proposed new fact sheet or competing fact sheets and to devise a proposed process for the document depository within 14 days. The parties need additional time to meet and confer to see if they can either reach consensus or minimize their difference and to propose a process for the document depository, and they therefore respectfully request a seven-day extension of time.

Therefore, the parties request until September 28th to submit a proposed new fact sheet or competing fact sheets and to propose a process for the document depository.

Dated: September 21, 2022                    Respectfully submitted,

/s/ David Dickens
David Dickens
ddickens@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave

Orange, VA 22960

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003

/s/ Aimee Wagstaff
Aimee Wagstaff
awagstaff@wagstafflawfirm.com
Wagstaff Law Firm
940 Lincoln Sreet
Denver, CO 80203

*Attorneys for the Plaintiffs*

/s/ Brian L. Stekloff
Brian L. Stekloff (pro hac vice)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005


/s/ Anthony R. Martinez
Anthony R. Martinez, #61791
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

2
JOINT STIPULATION AND [PROPOSED] ORDER