# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |

MDL No. 2741

Case No. 3:16-md-02741-VC

This document relates to:

ALL ACTIONS

**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR REVISED SCHEDULE FOR WAVE 5-6 CASES AND ADDING WAVE 7 SCHEDULE**

THIS MATTER came before the Court based on the Court's order for a revised schedule for Wave 5-7 cases. Having reviewed the proposed schedule and finding good cause shown, the Court GRANTS the parties' proposed schedule for Wave 5-7 cases as detailed below and designates the following below cases as part of Wave 7.

**Wave 5 Schedule**

**Wave 5A Schedule**

| Event | Date |
|---|---|
| Plaintiffs' expert reports due. | 12/27/2022 |
| Monsanto's expert reports due. | 1/24/2023 |
| Close of expert discovery. | 2/24/2023 |

**Wave 5B Schedule**

| Event | Date |
|---|---|
| Plaintiffs' expert reports due. | 1/26/2023 |
| Monsanto's expert reports due. | 2/27/2023 |
| Close of expert discovery. | 3/29/2023 |

**Wave 5C Schedule**

| Event | Date |
|---|---|
| Plaintiffs' expert reports due. | 2/27/2023 |
| Monsanto's expert reports due. | 3/29/2023 |
| Close of expert discovery. | 4/28/2023 |

**Wave 5D Schedule**

| Event | Date |
|---|---|
| Plaintiffs' expert reports due. | 3/29/2023 |
| Monsanto's expert reports due. | 4/28/2023 |
| Close of expert discovery. | 5/29/2023 |

**Wave 5 Briefing Schedule**

| Event | Date |
|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | 6/16/2023 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 6/30/2023 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 7/7//2023 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | 7/21/2023 |
| *Daubert* hearing (if necessary). | 9/1/2023 |

The Wave 5 cases shall be assigned the below sub-waves for expert discovery purposes as follows:

**Wave 5A**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Ward, Raleigh O. | 3:20-cv-00028 | SC - District of SC |
| Arvelo-Plumey, Alma | 3:22-cv-02307 | PR - District of Puerto Rico |
| Berrios-Sampler, Ramon | 3:22-cv-02310 | PR - District of Puerto Rico |
| McRay, Mary Lou | 3:21-cv-01213 | KY - W.D. |
| DiVittorio, Dan | 3:17-cv-05176 | LA - E.D. |
| Powell, Donnie Leon | 3:20-cv-05623 | TX - N.D. |
| Carroll, Sharlyn | 3:20-cv-08516 | MO - E.D. |
| Campbell, Craig T. | 3:19-cv-08378 | MO - E.D. |
| Steele, Henry | 3:20-cv-07889 | LA - E.D. |
| Hutchison, Leslie | 3:20-cv-03444 | MO - E.D. |
| Darst, Daniel Miller | 3:19-cv-04478 | MO - E.D. |
| Poroz, Natala | 3:19-cv-01243 | ME - District of ME |

| | | |
|---|---|---|
| Poteet, Izora | 3:20-cv-02415 | MO - E.D. |
| Sayles, Reginald | 3:20-cv-02417 | MO - E.D. |
| Williams, Larry | 3:20-cv-02416 | MO - E.D. |
| Wade, Craig | 3:20-cv-08178 | MO - E.D. |
| Shipley, Joseph E. | 3:17-cv-01982 | IA - S.D. |
| Murdock, Kenzie Elizabeth | 3:20-cv-01363 | KY - W.D. |
| Lagarde, Jr., Charles | 3:19-cv-02834 | LA - E.D. |
| Scott, Stacy F. | 3:17-cv-05686 | LA - E.D. |
| Fitzpatrick, Kelsea Rookard | 3:20-cv-01959 | KY - E.D. |
| Shipman, Edward B. | 3:21-cv-03272 | AR - W.D. |
| Bussell, David | 3:19-cv-07207 | LA - W.D. |
| Aiken, Jr., Eugene L. | 3:20-cv-00065 | MO - E.D. |
| Albrecht, Michael David | 3:20-cv-01636 | MO - E.D. |
| Pinheiro, Paula | 3:20-cv-08173 | AZ - District of AZ |
| Henagan, Deborah | 3:20-cv-06349 | LA - W.D. |
| Kendrick, Wendy W. | 3:19-cv-03326 | LA - M.D. |
| Booth, David | 3:20-cv-04654 | OH - N.D. |
| Coressel, Denise | 3:20-cv-03720 | OH - N.D. |
| Mire, John | 3:20-cv-04752 | LA - E.D. |
| Baid, Prabha | 3:20-cv-06774 | MA - District of MA |
| Breger, Lisa | 3:18-cv-02257 | MA - District of MA |
| Cotter, Robert | 3:20-cv-03108 | MA - District of MA |
| Morin, Wayne | 3:20-cv-01019 | MA - District of MA |

| Skonicki, Barbara | 3:20-cv-08053 | FL - M.D. |
|---|---|---|
| Williams, Thomas N. | 3:16-cv-03537 | IA – S.D. |
| Estate of Pertzog (Tammy Penland) | 3:20-cv-00006 | FL - M.D. |
| Chirico, Pamela Jean | 3:20-cv-00009 | FL - M.D. |

**Wave 5B**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Gonzalez, Carlos M. Plaza | 3:22-cv-02303 | PR - District of Puerto Rico |
| Jimenez-Yordán, Jose | 3:22-cv-02304 | PR - District of Puerto Rico |
| Ramuno, John V. | 3:20-cv-03732 | MO - E.D. |
| Howe, Thomas | 3:20-cv-00036 | MO - E.D. |
| Jessop, LeAnnah | 3:20-cv-00042 | MO - E.D. |
| Katte, Sandra | 3:20-cv-00039 | MO - E.D. |
| Moore, Glenn | 3:20-cv-00041 | MO - E.D. |
| Rodgers, David | 3:20-cv-06121 | KY - E.D. |
| Bundy, Rob | 3:20-cv-06345 | FL - M.D. |
| Joiner, William Travis | 3:20-cv-03828 | LA - W.D. |
| Madere, Bryan | 3:18-cv-07057 | LA - E.D. |
| Kelly-Leppert, Consuelo E. | 3:21-cv-02910 | MO - E.D. |
| Doran, Jr., Richard A. | 3:20-cv-02650 | SC - District of SC |
| Craig, Walter | 3:20-cv-06660 | MO - E.D. |
| Sonnier, Sr., Steven | 3:20-cv-04217 | LA - W.D. |

| | | |
|---|---|---|
| Williams, Marc | 3:21-cv-02912 | LA - E.D. |
| Duck, Albert Ray | 3:20-cv-02641 | AR - E.D. |
| Culp, David | 3:20-cv-03439 | MO - E.D. |
| Glaze, Deborah | 3:20-cv-00064 | MO - E.D. |
| Gorman, John George | 3:20-cv-01670 | MO - E.D. |
| Johnson, Michael Henry | 3:20-cv-01234 | MO - E.D. |
| Pinheiro, Eduino N. | 3:21-cv-00041 | AZ - District of AZ |
| Liang, Janice Wood | 3:20-cv-07395 | LA - E.D. |
| Rogers, Jr., Dwight | 3:20-cv-03064 | AR - E.D. |
| Cryan, Catherine | 3:17-cv-05084 | OH - N.D. |
| Dominique, Vivian L. | 3:21-cv-02705 | OH - N.D. |
| Sutliff, Timothy | 3:19-cv-02832 | MO - E.D. |
| Salas, Nancy C. | 3:21-cv-06173 | FL - S.D. |
| Fleischhauer, Dieter | 3:21-cv-05971 | IL - N.D. |
| Sarafian, Alexander | 3:20-cv-01068 | MI - E.D. |
| Dobberpuhl, Rickie D. | 3:21-cv-03754 | MO - E.D. |
| Ryder, Timothy | 3:20-cv-00584 | DE - District of DE |
| Turner, Judy | 3:19-cv-06392 | DE - District of DE |
| Nelson, Gerald | 3:19-cv-04576 | MA - District of MA |
| Nicolacopoulos, Nicoletta | 3:20-cv-01018 | MA - District of MA |
| Ryan, William Beau | 3:20-cv-03936 | MA - District of MA |
| Richards, Thomas J. | 3:19-cv-01380 | FL - M.D. |
| Gardner, James Edward | 3:18-cv-01283 | FL - M.D. |

**Wave 5C**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Ocacio-Acevedo, Gabriel | 3:22-cv-02308 | PR - District of Puerto Rico |
| Pagan, Juan Rivera | 3:22-cv-02287 | PR - District of Puerto Rico |
| Rios, Martin Velez | 3:20-cv-08552 | PR - District of Puerto Rico |
| Mank, Christine | 3:19-cv-08035 | ME - District of ME |
| Beisner, Eric | 3:20-cv-00056 | MO - E.D. |
| Bodie, John | 3:20-cv-00057 | MO - E.D. |
| Calloway, John | 3:20-cv-00059 | MO - E.D. |
| Campbell, William | 3:20-cv-00048 | MO - E.D. |
| Keeney, Pamela | 3:20-cv-00433 | MO - E.D. |
| McCulloch, Karen | 3:20-cv-01672 | MO - E.D. |
| Moers, John Warren | 3:20-cv-01671 | MO - E.D. |
| Neff, Jerry | 3:19-cv-05294 | MO - E.D. |
| Gordon, Garfield | 3:19-cv-06423 | AZ - District of AZ |
| Delorme-Barton, Karen | 3:18-cv-01427 | IL - N.D. |
| Singleton, Jr., Danny Ray | 3:20-cv-02410 | LA - W.D. |
| Thirstrup, Robert J. | 3:19-cv-03327 | LA - E.D. |
| Perry, Catherine A. | 3:21-cv-05621 | OH - N.D. |
| Rhuland, Jason C. | 3:19-cv-05598 | OH - N.D. |
| Tignor, Robert | 3:19-cv-02832 | MO - E.D. |
| Colton, Andrew | 3:20-cv-04834 | FL - N.D. |
| Hayes, Robin | 3:21-cv-05398 | IL - C.D. |

| Kelly, Donald J. | 3:21-cv-02548 | LA - M.D. |
|---|---|---|
| Casale, Patricia A. | 3:19-cv-05238 | FL - S.D. |
| Glavanovits, Michele | 3:20-cv-01016 | IL - N.D. |
| Adams, III, Jesse R. | 3:20-cv-04746 | LA - E.D. |
| Dillon, John | 3:19-cv-06184 | MI - E.D. |
| Hebert, Marta J. | 3:21-cv-04636 | MO - E.D. |
| Huber, Jeffrey D. | 3:21-cv-01331 | MO - E.D. |
| Garrison, Richard | 3:19-cv-00280 | OH - S.D. |
| Humphrey, Paul | 3:20-cv-00019 | DE - District of DE |
| Lynn, Rodney | 3:20-cv-01221 | DE - District of DE |
| Miller, Marc | 3:19-cv-07393 | DE - District of DE |
| Phillips, Sandra | 3:20-cv-00844 | DE - District of DE |
| Jackson, Elouise | 3:20-cv-08522 | MO - E.D. |
| Engelking, Kenneth | 3:20-cv-00846 | DE - District of DE |
| Pickert, Alan M. | 3:20-cv-00720 | FL - M.D. |
| Dean, Derek Dante | 3:20-cv-00017 | FL - M.D. |

**Wave 5D**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Sanchez, Luz M. Rodriguez | 3:22-cv-02301 | PR - District of Puerto Rico |
| Schulze-Maldonado, Rafael | 3:22-cv-02305 | PR - District of Puerto Rico |
| Torres-Santiago, Eloina | 3:22-cv-02306 | PR - District of Puerto Rico |
| Miller, Eileen | 3:20-cv-08523 | MO - E.D. |

| | | |
|---|---|---|
| Thomas, Diane M. | 3:20-cv-01233 | MO - E.D. |
| Boone, William | 3:20-cv-07884 | LA - E.D. |
| Huffman, Virginia | 3:20-cv-02061 | LA - M.D. |
| Gonzalez, Martin | 3:19-cv-03300 | VA - E.D. |
| Anderson, Raymond | 3:19-cv-08034 | ME - District of ME |
| Dotson, LaTanya | 3:20-cv-02414 | MO - E.D. |
| Finnell, Patrick | 3:20-cv-02419 | MO - E.D. |
| Goodman, Jasmine | 3:20-cv-03726 | MO - E.D. |
| Hagood, Eric | 3:20-cv-00035 | MO - E.D. |
| Scheideman, Kelly | 3:20-cv-01674 | MO - E.D. |
| Tiddark, Linda | 3:20-cv-03060 | MO - E.D. |
| Wood, Roger | 3:20-cv-01638 | MO - E.D. |
| Humphrey, Kevin | 3:20-cv-04647 | MO - E.D. |
| Wiggins, Mark E. | 3:19-cv-06445 | LA - W.D. |
| Zeno, Anissa | 3:21-cv-04477 | LA - E.D. |
| Stackhouse, Mark | 3:21-cv-02908 | OH - N.D. |
| Katz, Bernice | 3:20-cv-01825 | MI - E.D. |
| Campbell, Kathy Ann | 3:21-cv-02911 | KY - W.D. |
| Rowland, Dean | 3:19-cv-05310 | OH - N.D. |
| Setzer, William | 3:17-cv-03448 | OH - N.D. |
| Wistinghausen, Robert | 3:20-cv-00027 | OH - N.D. |
| Wynne, Ronnie | 3:19-cv-02832 | MO - E.D. |
| Ramey, Lenvil | 3:17-cv-05878 | KY - W.D. |

| | | |
|---|---|---|
| Boatright, Allen | 3:21-cv-00675 | FL - N.D. |
| Williams, Charles | 3:20-cv-04758 | SC - District of SC |
| Turnoff, William C. | 3:19-cv-03837 | FL - S.D. |
| McNamara, Jr., Dennis | 3:21-cv-00963 | LA - E.D. |
| Akrawi, Habib | 3:19-cv-05874 | MI - E.D. |
| Afanador, George | 3:20-cv-01229 | DE - District of DE |
| Brokaw, Jay | 3:19-cv-07395 | DE - District of DE |
| Burlingame, Linda | 3:20-cv-01629 | DE - District of DE |
| Dew, Palmer | 3:19-cv-08082 | DE - District of DE |
| Mullisi, Armelin | 3:20-cv-00007 | FL - M.D. |
| Gazaleh, Jed H. | 3:19-cv-00635 | FL - M.D. |
| Sandra Salem (Estate of Salem, John Joseph) | 3:18-cv-01283 | FL - M.D. |

**Wave 6 Schedule**

| Event | Date |
|---|---|
| Plaintiffs must submit the newly approved Plaintiff Fact Sheet (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 14 days from approval of the new Plaintiff Fact Sheet. |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 14 days from approval of the new Plaintiff Fact Sheet. |
| Deficiency letter(s) sent. | 4 business days from receipt of PFS |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter |
| Close of fact discovery. | 6/12/2023 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 3 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 7/3/2024 |

**Wave 6A Schedule**

| Event | Date |
|---|---|
| Plaintiffs' expert reports due. | 6/26/2023 |
| Monsanto's expert reports due. | 7/26/2023 |
| Close of expert discovery. | 8/25/2023 |

**Wave 6B Schedule**

| Event | Date |
|---|---|
| Plaintiffs' expert reports due. | 7/26/2023 |
| Monsanto's expert reports due. | 8/25/2023 |
| Close of expert discovery. | 9/25/2023 |

**Wave 6C Schedule**

| Event | Date |
|---|---|
| Plaintiffs' expert reports due. | 8/25/2023 |
| Monsanto's expert reports due. | 9/25/2023 |
| Close of expert discovery. | 10/25/2023 |

**Wave 6D Schedule**

| Event | Date |
|---|---|
| Plaintiffs' expert reports due. | 9/25/2023 |
| Monsanto's expert reports due. | 10/25/2023 |
| Close of expert discovery. | 11/30/2023 |

**Wave 6 Briefing Schedule**

| Event | Date |
|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | 12/14/2023 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 12/29/2023 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 1/8/2024 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | 1/22/2024 |
| *Daubert* hearing (if necessary). | 3/1/2024 |

The Wave 6 cases shall be assigned the below sub-waves for expert discovery purposes as follows:

**Wave 6A**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Gonzalez, Edilia | 3:19-cv-08225 | CA - C.D. |
| Holland, Joseph | 3:20-cv-08521 | LA - W.D. |
| Cohen, Saul | 3:19-cv-03632 | CA - N.D. |
| Fitz, Marcus | 3:21-cv-03580 | NY - S.D. |
| Konzny, Larry | 3:20-cv-08797 | FL - M.D. |
| Porter, Patrick | 3:20-cv-05371 | CA - C.D. |

| Petrie, David | 3:21-cv-01509 | CA - C.D. |
|---|---|---|
| Griffiths, Alyne | 3:20-cv-07736 | NV - District of NV |
| Vavara, Cynthia | 3:19-cv-08117 | NY - E.D. |
| Copeland, Wanda | 3:20-cv-02649 | SC - District of SC |
| Alamiri, Tawfeeq | 3:20-cv-08844 | OH - N.D. |
| Arnt, Phillip | 3:20-cv-02412 | MI - W.D. |
| Breymeyer, Henry | 3:20-cv-06344 | IL - C.D. |
| Taylor, Dallan | 3:19-cv-05979 | ID - District of ID |
| Anderson, Gary | 3:20-cv-01584 | MT - District of MT |
| Frye, Martin | 3:21-cv-00039 | MD - District of MD |
| Asher, Charles L. | 3:20-cv-07215 | NE - District of NE |
| Billingsley, Randall F. | 3:20-cv-04326 | NE - District of NE |
| Brumbaugh, Ronald D. | 3:19-cv-03030 | NE - District of NE |
| Corbett, Timothy M. | 3:20-cv-00118 | NE - District of NE |
| Dickerson, Davis W. | 3:21-cv-01825 | NE - District of NE |
| Hochstein, Marvin J. | 3:21-cv-00605 | NE - District of NE |
| Wallace, Joseph | 3:21-cv-01660 | CA - S.D. |
| Pike, John | 3:20-cv-08192 | CA - N.D. |
| McRorie, Bertha | 3:18-cv-01110 | MO - E.D. |
| Bonner, Ann | 3:19-cv-07069 | CA - N.D. |
| Bradshaw, Lena G. | 3:19-cv-06571 | CA - N.D. |
| Brown, Hugh C. | 3:19-cv-06572 | CA - N.D. |
| Clawson-Roberts, Melanie L. | 3:19-cv-06573 | CA - N.D. |

| | | |
|---|---|---|
| Kraushar, Gaytha | 3:20-cv-05932 | MO - E.D. |
| Hollander, Michael | 3:20-cv-03114 | CA - N.D. |
| Pellerin, Sr., Gilbert P. | 3:21-cv-04634 | LA - W.D. |
| Cobian, Manuel | 3:19-cv-07351 | CA - C.D. |
| Rodgers, Roy | 3:21-cv-03297 | Virgin Islands - District of Virgin Islands |
| Lincourt, Catherine | 3:21-cv-05317 | NY - N.D. |
| Holliday, Michael L. | 3:19-cv-03014 | OH - N.D. |
| Boutelle, Marilyn | 3:20-cv-02717 | NY - N.D. |
| Rawson, Dona | 3:20-cv-01960 | CA - C.D. |
| Lindstrom, Dennis | 3:19-cv-05070 | CA - N.D. |
| Gray, Megan | 3:21-cv-06487 | CA - N.D. |
| Benson, Terry | 3:19-cv-04953 | CA - N.D. |
| Bray, Beverly | 3:19-cv-05060 | CA - N.D. |
| Crooks, Jeffrey | 3:19-cv-05027 | CA - N.D. |
| Emmons, Janice | 3:20-cv-06219 | CA - N.D. |
| Ferris, Dennis | 3:19-cv-05077 | CA - N.D. |
| Beyeler, Vet C. | 3:19-cv-04659 | NE - District of NE |
| Bjorklund, Keith G. | 3:19-cv-04681 | MN - District of MN |
| Witsell, Mark A. | 3:20-cv-07214 | HI - District of Hawaii |
| Aultman, James | 3:19-cv-05236 | CA - N.D. |
| Borum, Jay | 3:19-cv-05242 | CA - N.D. |
| Butterfield, Estel | 3:19-cv-05243 | CA - N.D. |
| Porteus, Kevin | 3:20-cv-03309 | NY - E.D. |

| | | |
|---|---|---|
| Holt, Alvin | 3:21-cv-05795 | ID - District of ID |
| Geter, Franklin | 3:19-cv-08380 | NY - S.D. |
| Glatt, Fredda | 3:20-cv-04649 | CA - S.D. |
| Thompson, Matthew | 3:20-cv-08851 | FL - S.D. |
| Iona, Deborah | 3:20-cv-02404 | FL - S.D. |
| Carchia, Kathryn | 3:20-cv-05873 | MA - District of MA |
| Sullivan, Dan | 3:20-cv-03549 | CA - N.D. |
| Moomey, Eva | 3:20-cv-01311 | NM - District of NM |
| Allen, Frank | 3:19-cv-05381 | NH - District of NH |
| Becker, Sara | 3:19-cv-07238 | NH - District of NH |
| Concannon, Barbara | 3:19-cv-05596 | NH - District of NH |
| Klaveano, Jerry K. | 3:20-cv-00198 | WA - E.D. |

**Wave 6B**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Newman, Danielle | 3:20-cv-08524 | LA - W.D. |
| Jenks, Ray | 3:19-cv-03591 | CA - N.D. |
| Gonzalez, Benito Ornelas | 3:20-cv-06198 | CA - C.D. |
| Barry, Mary Gail | 3:21-cv-03581 | NY - S.D. |
| Drons, Robert | 3:20-cv-08167 | FL - N.D. |
| Smither, Lewis | 3:20-cv-08054 | FL - M.D. |
| Khal, Sami | 3:20-cv-09292 | NV - District of NV |
| Kimble, Nacole | 3:21-cv-01334 | NV - District of NV |

| Kay, Linda | 3:21-cv-00175 | SC - District of SC |
|---|---|---|
| Castro, Renilda | 3:19-cv-03887 | CA - N.D. |
| Komm, Leon R. | 3:20-cv-06196 | NY - W.D. |
| Deneve, Richard | 3:19-cv-07341 | IA - N.D. |
| Elzey, Arnold | 3:19-cv-07373 | OH - N.D. |
| Lahote, Michael | 3:19-cv-06448 | MI - E.D. |
| Hinkle, John | 3:20-cv-00841 | NE - District of NE |
| Funk, Carl | 3:20-cv-03928 | ID - District of ID |
| Hueschen, Lee A. | 3:21-cv-04937 | NE - District of NE |
| Jecha, Ronald | 3:20-cv-03303 | NE - District of NE |
| Johnson, Frederick C. | 3:19-cv-08090 | NE - District of NE |
| Kaup, Michael N. | 3:20-cv-01070 | NE - District of NE |
| Kean, Joseph Eugene | 3:19-cv-08222 | NE - District of NE |
| Pearson, Maureen | 3:20-cv-01763 | NE - District of NE |
| Chavez, Livier | 3:20-cv-06775 | CA - C.D. |
| Cantu, Gilberto P. | 3:19-cv-08036 | TX - S.D. |
| Dixon, Lawrence | 3:19-cv-05885 | HI - District of Hawaii |
| Clinker, Mark | 3:19-cv-06574 | CA - N.D. |
| Cooper, Mitchell B. | 3:19-cv-06575 | CA - N.D. |
| Frost, Mike R. | 3:19-cv-06576 | CA - N.D. |
| Johnson, Kenneth W. | 3:19-cv-06577 | CA - N.D. |
| Feldman, Myron | 3:20-cv-05934 | MO - E.D. |
| Hernandez, Edwin | 3:19-cv-05872 | MO - E.D. |

| | | |
|---|---|---|
| Leibel, Ronald | 3:21-cv-05970 | UT - District of UT |
| Blau, Denise | 3:21-cv-05103 | IL - N.D. |
| Caccia, Michael J. | 3:20-cv-01915 | NJ - District of NJ |
| Geter, Franklin | 3:19-cv-08380 | NY - S.D. |
| Glatt, Fredda | 3:20-cv-04649 | CA - S.D. |
| Garrott, Richard | 3:19-cv-05063 | CA - N.D. |
| Goik, Justin | 3:19-cv-04812 | CA - N.D. |
| Holden, Walter | 3:19-cv-05085 | CA - N.D. |
| Johnson II, William | 3:19-cv-05095 | CA - N.D. |
| Kuehn, Nathan | 3:20-cv-00669 | CA - N.D. |
| Livermore, Steven | 3:19-cv-14850 | CA - N.D. |
| McCain, Oliver | 3:19-cv-05097 | CA - N.D. |
| Christensen, David H. | 3:19-cv-04679 | MN - District of MN |
| Larsen, Charles | 3:19-cv-00004 | MN - District of MN |
| Pullen, Howard | 3:19-cv-07462 | HI - District of Hawaii |
| Costa, Melvin | 3:19-cv-05245 | CA - N.D. |
| Gerlach, Stan | 3:19-cv-05246 | CA - N.D. |
| Gniadek, Alan | 3:19-cv-05249 | CA - N.D. |
| Gordon, Andrew | 3:19-cv-05252 | CA - N.D. |
| Hoffman, Robert | 3:19-cv-05253 | CA - N.D. |
| Simmons, Andrew C. | 3:20-cv-03311 | NY - E.D. |
| Blau, Denise | 3:21-cv-05103 | IL - N.D. |
| Caccia, Michael J. | 3:20-cv-01915 | NJ - District of NJ |

| Lundy, Thomas | 3:20-cv-09289 | FL - M.D. |
| Proctor, Mark | 3:21-cv-00172 | FL - S.D. |
| Helmich, Gerald | 3:20-cv-05941 | NY - W.D. |
| Eordekian, Sophie | 3:20-cv-05874 | MA - District of MA |
| Farrell, Eric | 3:20-cv-07321 | CT - District of CT |
| Slominski, Edwin | 3:17-cv-05481 | NM - District of NM |
| Desmarais, Louis | 3:19-cv-08115 | NH - District of NH |
| Goodwin, Linda | 3:20-cv-01738 | NH - District of NH |
| Hallisey, Ann Maire | 3:19-cv-08116 | NH - District of NH |

**Wave 6C**

| Plaintiff's Name | MDL Case No. | Transferor Court |
| --- | --- | --- |
| Romano, Frank | 3:21-cv-01214 | LA - E.D. |
| McWilliams, Dean | 3:20-cv-07104 | CA - N.D. |
| Polsley, Darin | 3:20-cv-07107 | CA - N.D. |
| Embaan, Ben | 3:21-cv-01336 | NV - District of NV |
| Zanelli, Richard Louis | 3:20-cv-05373 | CA - C.D. |
| Collins, James | 3:20-cv-01419 | NJ - District of NJ |
| Kooi, Joslyn Ethel | 3:20-cv-06656 | WA - W.D. |
| Fox, Susan | 3:20-cv-08847 | NY - E.D. |
| Aldoupolis, George | 3:20-cv-03433 | MA - District of MA |
| Lee, Phillip | 3:20-cv-00576 | CA - N.D. |
| Potter, Aaron | 3:20-cv-01102 | NY - W.D. |

| | | |
|---|---|---|
| Lenfestey, Lynne | 3:20-cv-08848 | OH - N.D. |
| Lloyd, Betty J. | 3:20-cv-00588 | OH - N.D. |
| Mefford, Robert | 3:20-cv-02565 | MI - W.D. |
| Berry, Jr., Edward J. | 3:20-cv-05963 | NM - District of NM |
| Pieper, Timothy Norbert | 3:20-cv-00272 | NE - District of NE |
| Pillen, Barbara | 3:20-cv-03449 | NE - District of NE |
| Prestito, Thomas | 3:20-cv-04223 | NE - District of NE |
| Sachau, Kent E. | 3:20-cv-01071 | NE - District of NE |
| Schroeder, John | 3:20-cv-01275 | NE - District of NE |
| Slagle, Kristin | 3:20-cv-05964 | NE - District of NE |
| Hedges, Roylee | 3:19-cv-05306 | NM - District of NM |
| Roth, Philip W. | 3:20-cv-01543 | CO - District of CO |
| Woolfolk, Marilyn | 3:20-cv-04760 | LA - M.D. |
| Trobona, Charles | 3:19-cv-07234 | LA - E.D. |
| May, Randy E. | 3:19-cv-06578 | CA - N.D. |
| Olsen, James S. | 3:19-cv-06579 | CA - N.D. |
| Radanovich, Lilian J. | 3:19-cv-06580 | CA - N.D. |
| Sipich, Barbara | 3:19-cv-06581 | CA - N.D. |
| Bischoff, David | 3:20-cv-05937 | MO - E.D. |
| Daniels, Jerry | 3:19-cv-05870 | MO - E.D. |
| Rogers, Thomas G. | 3:20-cv-07221 | NM - District of NM |
| Fallon, Thomas I. | 3:20-cv-00248 | NY - S.D. |
| Leath, Paul | 3:21-cv-02907 | CA - C.D. |

| | | |
|---|---|---|
| Beavers, Jr., Ricky | 3:20-cv-08799 | WA - W.D. |
| Lopez, Jose De Jesus Gonzalez | 3:20-cv-05888 | CA - N.D. |
| Degarmeaux, Bruce | 3:19-cv-07005 | CA - N.D. |
| Scheh, Johnetta | 3:20-cv-02427 | TX - E.D. |
| Montgomery, Steven R. | 3:20-cv-07397 | LA - W.D. |
| Miller, Deborah | 3:19-cv-04946 | CA - N.D. |
| Moore, Ray | 3:19-cv-04974 | CA - N.D. |
| Mosely, Darrel | 3:19-cv-05088 | CA - N.D. |
| Rice, William | 3:19-cv-04941 | CA - N.D. |
| Rivera, Diane | 3:19-cv-04962 | CA - N.D. |
| Saunders, Virgenna | 3:19-cv-05053 | CA - N.D. |
| Schuch, Elizabeth | 3:20-cv-00953 | CA - N.D. |
| Larson, Michael S. | 3:19-cv-03815 | MN - District of MN |
| Laughlin, Mark D. | 3:19-cv-04016 | MN - District of MN |
| Kimura, Karl | 3:20-cv-00190 | HI - District of Hawaii |
| Jones, Bobby | 3:19-cv-05256 | CA - N.D. |
| Luetcke, Christopher | 3:22-cv-03963 | CA - N.D. |
| Martin, Patrick | 3:22-cv-03966 | CA - N.D. |
| Moss, Douglas | 3:22-cv-04012 | CA - N.D. |
| Norgren, Suzanne | 3:22-cv-03967 | CA - N.D. |
| Poulsen, Mandi | 3:21-cv-03757 | UT - District of UT |
| Dai, Christopher | 3:20-cv-03109 | NY - E.D. |
| Gilberg, Ellen | 3:20-cv-07735 | FL - M.D. |

| Glassman, Philip | 3:20-cv-00024 | FL - S.D. |
|---|---|---|
| Daulton, Renee Theresa | 3:20-cv-08518 | MN - District of MN |
| Moore, Thomas | 3:20-cv-03366 | NH - District of NH |
| Schumacher, Dea Anna | 3:20-cv-00713 | CA - N.D. |
| Joseph, Robert | 3:19-cv-04578 | NH - District of NH |
| Kryger, Maureen | 3:20-cv-04839 | NH - District of NH |
| Nichols, Lee | 3:19-cv-08114 | NH - District of NH |
| Nichols, Roger | 3:20-cv-02718 | NH - District of NH |
| King, Jeffrey | 3:19-cv-08083 | DE - District of DE |

**Wave 6D**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Kearns, Kevin | 3:19-cv-06709 | NY - E.D. |
| Lindeblad, Gary G. | 3:20-cv-06781 | WA - E.D. |
| Guiberson, Don | 3:20-cv-06780 | MT - District of MT |
| Martin, Noel | 3:19-cv-04229 | MN - District of MN |
| Ghaznavi, Rafat K. | 3:21-cv-02706 | FL - N.D. |
| Penalver, Jorge | 3:20-cv-08801 | FL - S.D. |
| Martinez, Elpidia | 3:21-cv-01508 | CA - C.D. |
| Burris, James | 3:21-cv-01337 | NV - District of NV |
| Terriaca, Joseph | 3:19-cv-07210 | NY - E.D. |
| Miller, Eric | 3:19-cv-07399 | SC - District of SC |
| Mendivil, Adam | 3:19-cv-05482 | CA - N.D. |

| | | |
|---|---|---|
| Nissen, Richard A. | 3:20-cv-06989 | OH - N.D. |
| Searle, John M. | 3:20-cv-08850 | OH - N.D. |
| Tierney, Colleen | 3:20-cv-04211 | OH - N.D. |
| Stockdale, Kara | 3:20-cv-06186 | NE - District of NE |
| Sutton, Pamela J. | 3:19-cv-05522 | NE - District of NE |
| Urbanek, Kathryn | 3:20-cv-06355 | NE - District of NE |
| Wilson, Charles S. | 3:21-cv-03414 | NE - District of NE |
| Wolken, Eugene D. | 3:19-cv-07979 | NE - District of NE |
| Zach, Lawrence J. | 3:21-cv-03420 | NE - District of NE |
| Rose, Katrina | 3:21-cv-03167 | NM - District of NM |
| Boucher, Robert | 3:21-cv-07475 | CA - N.D. |
| Bourgeois, Helen | 3:19-cv-03325 | LA - M.D. |
| Gannon, Jason | 3:19-cv-08064 | WA - E.D. |
| Steen, Ronald W. | 3:19-cv-06582 | CA - N.D. |
| Tanner, Carl B. | 3:19-cv-06583 | CA - N.D. |
| Vislocky, Peter E. | 3:19-cv-06794 | CA - N.D. |
| Yetter, Glenn | 3:19-cv-06584 | CA - N.D. |
| Baker, Brenda | 3:19-cv-05873 | MO - E.D. |
| Batts, Stanley | 3:20-cv-05939 | MO - E.D. |
| Ward, Jeffrey Lynn | 3:21-cv-02121 | ID - District of ID |
| Weeder, Tracie E. | 3:19-cv-05378 | OR - District of OR |
| Mattingly, Owen A. | 3:21-cv-01658 | KY - W.D. |
| Rolish, Lois | 3:20-cv-01421 | CA - C.D. |

| | | |
|---|---|---|
| Bulone, Angelo | 3:20-cv-03719 | SC - District of SC |
| Prince, Spencer L. | 3:21-cv-02127 | UT - District of UT |
| Dinner, Marie Bernice | 3:20-cv-03360 | CO - District of CO |
| A. H. | 3:21-cv-04929 | NJ - District of NJ |
| Scott, Allowishes | 3:19-cv-05093 | CA - N.D. |
| Swartz, Arlen, Individually and as a | 3:19-cv-04859 | CA - N.D. |
| Trefry, Charleen | 3:19-cv-04921 | CA - N.D. |
| Vitale, Ralph | 3:19-cv-04919 | CA - N.D. |
| Waligura, Mark | 3:19-cv-04981 | CA - N.D. |
| Wilcome, Francis | 3:19-cv-04875 | CA - N.D. |
| Williams, Dale | 3:20-cv-00641 | CA - N.D. |
| Nelson-Scheffler, Debbie L. | 3:19-cv-03788 | MN - District of MN |
| Sabraski, Jeffrey J. | 3:19-cv-03463 | MN - District of MN |
| Swaney, John F. | 3:19-cv-04680 | MN - District of MN |
| Pinkard, Marty | 3:22-cv-04011 | CA - N.D. |
| Schoonover, John | 3:22-cv-03969 | CA - N.D. |
| Sorensen, Carol | 3:22-cv-03971 | CA - N.D. |
| Watson, Jack | 3:22-cv-03972 | CA - N.D. |
| Whitford, Robert | 3:22-cv-04014 | CA - N.D. |
| Zollinger, Courtney | 3:21-cv-04472 | UT - District of UT |
| Boutelle, Marilyn | 3:20-cv-02717 | NY - N.D. |
| Catania, Anthony | 3:20-cv-03300 | NY - E.D. |
| Belfleur, Jean | 3:20-cv-00621 | FL - M.D. |

| | | |
|---|---|---|
| Berenfeld, Sharon | 3:18-cv-01428 | FL - M.D. |
| Lay, Lakeisha | 3:19-cv-02582 | LA - E.D. |
| Rubin, Joel | 3:20-cv-05870 | MA - District of MA |
| Tudal, Steven | 3:20-cv-05871 | MA - District of MA |
| Parkhurst, John | 3:19-cv-05349 | NH - District of NH |
| Rounds, Vernon | 3:19-cv-04579 | NH - District of NH |
| Sargent, David | 3:20-cv-01913 | NH - District of NH |
| Sheehan, Cynthia | 3:19-cv-05342 | NH - District of NH |

**Wave 7 Schedule:**

| Event | Date |
|---|---|
| Plaintiffs must submit the newly approved Plaintiff Fact Sheet (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 14 days from approval of the new Plaintiff Fact Sheet. |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 14 days from approval of the new Plaintiff Fact Sheet. |
| Deficiency letter(s) sent. | 4 business days from receipt of PFS |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter |
| Close of fact discovery. | 1/1/2024 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 3 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 2/1/2024 |

- 24 -

**Wave 7A Schedule**

| Event | Date |
|---|---|
| Plaintiffs' expert reports due. | 1/15/2024 |
| Monsanto's expert reports due. | 2/14/2024 |
| Close of expert discovery. | 3/15/2024 |

**Wave 7B Schedule**

| Event | Date |
|---|---|
| Plaintiffs' expert reports due. | 2/14/2024 |
| Monsanto's expert reports due. | 3/15/2024 |
| Close of expert discovery. | 4/15/2024 |

**Wave 7C Schedule**

| Event | Date |
|---|---|
| Plaintiffs' expert reports due. | 3/15/2024 |
| Monsanto's expert reports due. | 4/15/2024 |
| Close of expert discovery. | 5/15/2024 |

**Wave 7D Schedule**

| Event | Date |
|---|---|
| Plaintiffs' expert reports due. | 4/15/2024 |
| Monsanto's expert reports due. | 5/15/2024 |
| Close of expert discovery. | 6/14/2024 |

**Wave 7 Briefing Schedule**

| Event | Date |
|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | 6/28/2024 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 7/12/2024 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 7/19/2024 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | 8/2/2024 |
| *Daubert* hearing (if necessary). | 9/13/2024 |

The Wave 7 cases shall be assigned as follows.  Further, below cases will be assigned sub-waves for expert discovery purposes on October 2, 2022:

**Wave 7 Cases[1]**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Favata, Samuel Frank | 3:20-cv-05533 | TN - M.D. |
| Laurianti, Jason | 3:19-cv-02587 | PA - W.D. |
| Myers, Stacy Lynn | 3:20-cv-01308 | MS - S.D. |
| Hunter, Sadie | 3:21-cv-09947 | CA - C.D. |

---

[1] The two putative class actions in this MDL are not included in the Wave process.  In *Robert Ramirez, et al. v. Monsanto Company, et al.*; 3:19-cv-02224, Monsanto recently filed its answer to the amended complaint after the Court's ruling on Monsanto's motion to dismiss.  In *Scott Koller, et al. v. Monsanto Company, et al.*; 3:22-cv-04260, the parties have stipulated to a schedule for briefing on Monsanto's motion to dismiss.

| | | |
|---|---|---|
| Bentley, Randall | 3:22-cv-05050 | LA - W.D. |
| Taylor, Marilyn | 3:22-cv-04400 | LA - E.D. |
| Graham, Jr., Larry | 3:21-cv-10048 | SC - District of SC |
| McNeely, Carol K. | 3:22-cv-00307 | SC - District of SC |
| Rosales, Alma | 3:21-cv-09915 | SC - District of SC |
| Piganelli, Robert | 3:20-cv-07398 | IN - S.D. |
| King, Jr., Arthur J. | 3:21-cv-09294 | GA - N.D. |

| | | |
|---|---|---|
| Sapinsky, Mike | 3:20-cv-00257 | CA - N.D. |
| Hayes, Michael | 3:21-cv-00965 | AL - N.D. |
| Jacobs, Billie June | 3:22-cv-02969 | NC - M.D. |
| Djurdjevic, Mirjana | 3:19-cv-04765 | CA - N.D. |
| Lydon, Marilyn | 3:19-cv-04795 | CA - N.D. |
| Montgomery, Diane | 3:19-cv-04782 | CA - N.D. |
| Redmon, Vernon | 3:19-cv-04887 | CA - N.D. |
| Greenwald, Leslie | 3:22-cv-01135 | LA - E.D. |
| Cockerham, Amaj | 3:19-cv-08089 | NC - M.D. |
| Moreland, Jr., Emory | 3:20-cv-03069 | GA - S.D. |
| Ayres, David | 3:17-cv-05716 | GA - S.D. |
| Batch, Carmen | 3:17-cv-05875 | GA - M.D. |
| Mosley, Barbara | 3:19-cv-01618 | GA - S.D. |
| Sowell, Charles | 3:17-cv-04013 | GA - S.D. |
| Sweat, Arthur | 3:17-cv-05877 | GA - S.D. |
| Jelonek, David | 3:22-cv-01950 | FL - S.D. |

| | | |
|---|---|---|
| Estruch, Mark | 3:22-cv-01134 | NY - W.D. |
| Suchan, Kelli A. | 3:22-cv-00862 | NY - W.D. |
| Froemming, Patrick J. | 3:22-cv-01754 | SC - District of SC |
| Putzrath, Mario J. | 3:19-cv-03786 | NC - W.D. |
| Bosh, Jennie | 3:19-cv-07369 | OK - N.D. |
| Giri, Meena | 3:20-cv-04750 | PA - E.D. |
| Danecki, Edward | 3:19-cv-07378 | WI - E.D. |

| | | |
|---|---|---|
| Crisp, Jeffrey Scott | 3:22-cv-01753 | KY - W.D. |
| Axelson, Maynard | 3:19-cv-06400 | WA - W.D. |
| Benzel, Thomas Jay | 3:19-cv-03462 | WA - E.D. |
| Coe, John Edward | 3:22-cv-01949 | WA - W.D. |
| Cohen, David Robert | 3:19-cv-02077 | WA - W.D. |
| Culler, Barbara | 3:19-cv-06401 | WA - W.D. |
| Delsuc, Laurent | 3:19-cv-02079 | WA - W.D. |
| Eilmes, Jr., Kenneth | 3:19-cv-05345 | WA - E.D. |
| Haase, Caryl Ann | 3:19-cv-05957 | WA - E.D. |
| Hayden, Neal Allen | 3:19-cv-05600 | WA - W.D. |
| Huntley, Carol Ann | 3:19-cv-06407 | WA - W.D. |
| Johnson-Tannan, | 3:19-cv-05956 | WA - E.D. |
| Jones, Douglas G. | 3:19-cv-06408 | WA - W.D. |
| Jones, Nicholas C. | 3:19-cv-06406 | WA - W.D. |
| Mazzeo, Peter A. | 3:19-cv-02315 | WA - W.D. |
| Merchant, Randolph | 3:19-cv-03497 | WA - W.D. |

| | | |
|---|---|---|
| Mythen, Daniel | 3:19-cv-06402 | WA - W.D. |
| Pearson, Verna | 3:19-cv-07525 | WA - W.D. |
| Piesik, Margaret Rae | 3:19-cv-05660 | WA - W.D. |
| Sanders, Thomas | 3:19-cv-07401 | WA - E.D. |
| Stejskal, James D. | 3:19-cv-07524 | WA - W.D. |
| Stolz, Marcel | 3:19-cv-07402 | WA - E.D. |
| Storlie, Frances | 3:19-cv-03785 | WA - E.D. |
| Toyer, Joan Elizabeth | 3:19-cv-06405 | WA - W.D. |
| Mercer, Lance Dylan | 3:19-cv-06403 | WA - W.D. |
| Parsons, Kenneth J. | 3:19-cv-02577 | WA - W.D. |
| Birmingham, Anne | 3:22-cv-02701 | MD - District of MD |
| Fattakhov, Albert | 3:21-cv-09293 | NY - E.D. |
| DeMent, Scott | 3:19-cv-01182 | AZ - District of AZ |
| Hesse, Samuel | 3:21-cv-08551 | WI - E.D. |
| Allemann, Jerry | 3:22-cv-02496 | NE - District of NE |
| Cruikshank, Janene | 3:21-cv-07122 | NE - District of NE |
| Jobman, Jeffrey T. | 3:22-cv-00093 | NE - District of NE |
| Todd-Meyer, Lois M. | 3:21-cv-08324 | NE - District of NE |
| von Rentzell, Aaron | 3:22-cv-02494 | NE - District of NE |
| Graves, Brent L. | 3:21-cv-09832 | SD - District of SD |
| Goranson, Gordon | 3:21-cv-06832 | IN - N.D. |
| Smith, Pamela | 3:21-cv-01505 | OK - W.D. |
| Hambright, William | 3:19-cv-04714 | CA - N.D. |

| | | |
|---|---|---|
| Lewis, Robert W. | 3:17-cv-04035 | FL - M.D. |
| Godsey, Patricia | 3:19-cv-00923 | TX - S.D. |
| Renteria, Marita | 3:22-cv-00877 | NM - District of NM |
| Sheller, Aaron | 3:19-cv-07972 | IN - S.D. |
| Greenwood, Elizabeth | 3:22-cv-04830 | PA - E.D. |
| Bowen, Mary Rachel | 3:22-cv-02965 | TX - S.D. |
| Crabtree, Patrick | 3:21-cv-01661 | TX - N.D. |
| Shrum, Matthew | 3:22-cv-02489 | TX - W.D. |
| Thiaville, Victor | 3:21-cv-05626 | LA - E.D. |
| Phillips, Ronald | 3:19-cv-04379 | TN - M.D. |
| Tolbert, Lena Faye | 3:19-cv-05375 | TN - M.D. |
| Monson, Curtis | 3:22-cv-03824 | LA - E.D. |
| Moore, Carol H. | 3:22-cv-00091 | LA - E.D. |
| Kamm, III, Carl J. | 3:22-cv-00786 | OH - N.D. |
| Yant, Richard | 3:22-cv-03820 | OH - N.D. |
| Mohler, Troy | 3:22-cv-01947 | KY - W.D. |
| Terrell, Fannie | 3:22-cv-00785 | OH - N.D. |
| Gebo, Ron | 3:17-cv-00168 | FL - M.D. |
| Sorrell, Chad | 3:22-cv-05287 | NC - E.D. |
| Finneman, Connie | 3:18-cv-07021 | MO - E.D. |
| Hazel, Mary | 3:19-cv-01560 | MO - E.D. |
| Moore, Larry | 3:19-cv-04517 | MO - E.D. |
| Myers, Philip | 3:19-cv-04411 | MO - E.D. |

| | | |
|---|---|---|
| Redmond, Earl | 3:20-cv-07738 | TN - M.D. |
| Ahrent, Vicki | 3:18-cv-00065 | TN - E.D. |
| Bradley, Harley R. et | 3:19-cv-03523 | MO - E.D. |
| Grubb, Shawn | 3:20-cv-09293 | OK - W.D. |
| Lindvall, Daniel | 3:20-cv-07218 | GA - N.D. |
| Shedd, Jr., Ray | 3:20-cv-03833 | MS - S.D. |
| Ruiz, Irene C. | 3:22-cv-04716 | TX - W.D. |
| Dunaway, Joyce | 3:22-cv-04055 | KY - E.D. |
| Vogl, Linda Mary | 3:21-cv-07027 | SD - District of SD |
| Brown, Karen R. | 3:22-cv-03819 | MT - District of MT |
| Guest, Frisco | 3:20-cv-04214 | AL - N.D. |
| Sweet, David | 3:22-cv-03856 | MA - District of MA |
| Norman, Gazzell | 3:21-cv-06495 | TX - N.D. |
| Teston, Michael | 3:22-cv-04828 | GA - N.D. |
| Smith, Thomas | 3:20-cv-08517 | SD - District of SD |
| Galvan, Richard | 3:22-cv-01889 | CA - N.D. |
| Camara, Victor | 3:19-cv-06965 | FL - M.D. |
| Penny, Perry Ramon | 3:21-cv-07644 | MO - E.D. |
| Rotella, Thomas P. | 3:21-cv-10050 | NY - W.D. |
| Johnson, Aaron | 3:16-cv-06043 | HI - District of Hawaii |
| Pizl, Michal et al. | 3:20-cv-00191 | HI - District of Hawaii |
| Moon, Linda | 3:22-cv-05284 | LA - E.D. |
| Capesius, Gregory | 3:22-cv-04177 | IA - N.D. |

| | | |
|---|---|---|
| Hirai, Richard | 3:21-cv-08116 | CA - N.D. |
| Trimmer, Mark H. | 3:22-cv-04120 | RI - District of RI |
| Bergeson, Carl | 3:22-cv-03826 | MN - District of MN |
| Bull, Sr., Kenneth | 3:22-cv-03380 | MN - District of MN |
| Cormier, Monique | 3:22-cv-04167 | MN - District of MN |
| Cox, Nancy | 3:22-cv-03453 | MN - District of MN |
| DiQuollo, Robert | 3:22-cv-03978 | MN - District of MN |
| Fontenot, Terrell | 3:22-cv-03854 | MN - District of MN |
| Frakes, Jared | 3:22-cv-03979 | MN - District of MN |
| Giannetto, Marc | 3:22-cv-03381 | MN - District of MN |
| Greiner, Robert | 3:22-cv-03384 | MN - District of MN |
| Lane, II, Thomas | 3:22-cv-03814 | MN - District of MN |
| Laroche, Suzanne | 3:22-cv-04637 | MN - District of MN |
| Paris, Robert | 3:22-cv-03387 | MN - District of MN |
| Pronnette, Veronica | 3:22-cv-03813 | MN - District of MN |
| Reed, Anne | 3:22-cv-03454 | MN - District of MN |
| Reinert, Bradford | 3:22-cv-03383 | MN - District of MN |
| Schumacher, Bud | 3:22-cv-03817 | MN - District of MN |
| Serpe, John | 3:22-cv-03385 | MN - District of MN |
| Shirley, Rhoda | 3:22-cv-03386 | MN - District of MN |
| Teela, Michael | 3:22-cv-03382 | MN - District of MN |
| Teodosio, Frank | 3:22-cv-03853 | MN - District of MN |
| Thomas, Rex K. | 3:22-cv-03227 | MN - District of MN |

| | | |
|---|---|---|
| Tullio, Megan | 3:22-cv-03452 | MN - District of MN |
| Winters, Allen | 3:22-cv-03822 | MN - District of MN |
| Young, Amy | 3:22-cv-04832 | MN - District of MN |
| McAllister, Robert D. | 3:22-cv-04302 | CA - N.D. |
| LeBlanc, Jr., Thomas | 3:22-cv-00455 | LA - W.D. |
| Dickerson, Shelby | 3:22-cv-00656 | VA - E.D. |
| Ezzell, Michael | 3:22-cv-03816 | CA - C.D. |
| Dennis, Alzonia | 3:22-cv-03225 | NJ - District of NJ |
| Parry, Diane | 3:22-cv-03226 | TX - S.D. |
| Wood, Johnny | 3:22-cv-03818 | TX - N.D. |
| Ponzini, Larry | 3:19-cv-03535 | AL - N.D. |
| Jizhak, Eugene | 3:20-cv-04646 | CA - S.D. |
| El-Hakam, Bakri | 3:21-cv-09937 | TX - S.D. |
| Clausen, Steven | 3:22-cv-02293 | MO - E.D. |
| Fuller, Juliana | 3:21-cv-09588 | MO - E.D. |
| Hutchings, Jeremy | 3:22-cv-04636 | MO - E.D. |
| Johnson, Joseph | 3:22-cv-02294 | MO - E.D. |
| Reno, David | 3:22-cv-02295 | MO - E.D. |
| Sullivan, Marie | 3:22-cv-02296 | MO - E.D. |
| Wilson, Linda | 3:22-cv-04266 | MO - E.D. |
| Mosiman, Gary | 3:22-cv-04717 | MN - District of MN |
| Zeig, Rosemary | 3:22-cv-05047 | MN - District of MN |
| Aguiar, Linda | 3:22-cv-03379 | TN - M.D. |

| | | |
|---|---|---|
| Albarran Ramirez, | 3:22-cv-02808 | PR - District of Puerto |
| Ambrose, Joanne | 3:22-cv-02809 | IL - N.D. |
| Audiino, Jacqueline | 3:22-cv-02700 | NY - E.D. |
| Caban-Brizzie, | 3:22-cv-03840 | PR - District of Puerto |
| Coffman, Brenda | 3:22-cv-02683 | OH - S.D. |
| Cook, Daniel | 3:22-cv-04403 | MO - E.D. |
| Green, Edward | 3:22-cv-03980 | NY - E.D. |
| Hudnall, Beverly | 3:22-cv-04635 | MS - S.D. |
| John, Steven B. | 3:22-cv-03815 | CA - E.D. |
| Melchiona, Henry | 3:22-cv-02702 | NY - E.D. |
| Pessis, Dennis | 3:22-cv-03831 | IL - N.D. |
| Resto, Elsie Ketty | 3:20-cv-07882 | PR - District of Puerto |
| Rivera, Hector M. | 3:20-cv-07552 | PR - District of Puerto |
| Scolieri, Antonino | 3:20-cv-05771 | NY - E.D. |
| Trinidad, Damaris | 3:20-cv-07325 | NY - S.D. |
| Wade, Roy | 3:22-cv-02703 | TX - E.D. |
| Young, Landon | 3:22-cv-04831 | SC - District of SC |
| Cornell, William | 3:22-cv-03139 | FL - S.D. |
| Jones, Michael | 3:22-cv-03137 | FL - S.D. |
| Rein, Susan | 3:22-cv-03138 | FL - S.D. |
| Reid, Charles Fredric | 3:22-cv-04080 | NC - M.D. |
| Glass, Paul | 3:20-cv-05867 | ID - District of ID |
| Hooks, Demetrius | 3:20-cv-04199 | AL - M.D. |

| | | |
|---|---|---|
| Arven, Mary | 3:19-cv-04925 | CA - N.D. |
| Cann, John M. | 3:22-cv-00306 | SC - District of SC |
| Abadie, Mary | 3:22-cv-04079 | LA - E.D. |
| Arabie, Randy | 3:22-cv-01508 | LA - E.D. |
| Benton, Gerald Wade | 3:19-cv-05209 | AL - N.D. |
| Callais, Dawn | 3:22-cv-01752 | LA - E.D. |
| Crist, Carolyn | 3:22-cv-05051 | LA - E.D. |
| Daigle, Susan | 3:22-cv-01750 | LA - E.D. |
| Dinicola, Paul | 3:22-cv-05049 | LA - E.D. |
| Draten, Stacy | 3:21-cv-08999 | LA - E.D. |
| Duhe, Jr., Eddie | 3:22-cv-05052 | LA - E.D. |
| Fuqua, Jodi | 3:21-cv-01826 | TX - E.D. |
| Holsapple, Stephanie | 3:22-cv-04119 | MS - S.D. |
| Judycki, Joan | 3:22-cv-01507 | LA - E.D. |
| Keller, Florita | 3:22-cv-03821 | MS - S.D. |
| Landry, Mary | 3:22-cv-03827 | LA - E.D. |
| Leonard, Charles | 3:22-cv-01751 | LA - E.D. |
| Martin, Ruffin | 3:22-cv-02103 | LA - E.D. |
| McCall, Timothy R. | 3:19-cv-05868 | AL - N.D. |
| Miramon, Mary Anne | 3:22-cv-02491 | LA - E.D. |
| Paggett, Terrisa | 3:22-cv-02105 | LA - W.D. |
| Positerry, II, Lloyd | 3:22-cv-02490 | LA - E.D. |
| Prevost, Kenneth | 3:22-cv-01506 | LA - E.D. |

| | | |
|---|---|---|
| Scruggs, John L. | 3:19-cv-05867 | AL - N.D. |
| Shields, Roscoe | 3:20-cv-02485 | MS - N.D. |
| Stern, Robert | 3:22-cv-02107 | MS - S.D. |
| Taylor, Kerrigan D. | 3:19-cv-05650 | AL - N.D. |
| Thomas, John | 3:22-cv-05048 | TX - E.D. |
| Tory, Hamilton | 3:19-cv-05379 | MS - S.D. |
| Washington, Annie | 3:22-cv-02106 | LA - W.D. |
| Wilson, William | 3:22-cv-02493 | LA - W.D. |
| Woodall, Hobert | 3:22-cv-02104 | LA - W.D. |
| Harwick, James | 3:22-cv-00087 | AL - M.D. |
| Bray, Angela Holder | 3:22-cv-01133 | TN - E.D. |
| O'Dell, Roger Dean | 3:21-cv-03756 | WV - S.D. |
| McCaskill, Matthew | 3:19-cv-03539 | MS - N.D. |
| Thuss, Robert W. | 3:19-cv-07533 | GA - N.D. |
| Abel, Augustus | 3:21-cv-07124 | OH - S.D. |
| Bowe, William P. | 3:22-cv-01229 | OH - N.D. |
| Faschingbauer, Larry | 3:17-cv-03202 | WI - W.D. |
| Yoder, Howard H. | 3:22-cv-03140 | OH - S.D. |
| Agosta, Carl | 3:21-cv-06562 | MI - E.D. |
| Pena, Antonio | 3:21-cv-08448 | IL - N.D. |
| Stewart, Mark D. | 3:20-cv-01835 | OK - W.D. |
| Carter, Alaine | 3:22-cv-01655 | UT - District of UT |
| Price, Rodney | 3:22-cv-05046 | UT - District of UT |

| | | |
|---|---|---|
| Hensley, Norman | 3:22-cv-02298 | VA - W.D. |
| Bussey, Jr., John W. | 3:21-cv-01044 | MS - S.D. |
| Hogue, Christopher | 3:19-cv-04117 | NC - W.D. |
| Martin, Brian | 3:21-cv-08549 | WA - W.D. |
| Colucci, Richard | 3:22-cv-00860 | NY - S.D. |
| Pelz, Leon | 3:22-cv-03224 | NJ - District of NJ |
| Andrews, Robert | 3:21-cv-07745 | MA - District of MA |
| Romano, Nathan P. | 3:20-cv-06194 | WV - N.D. |
| Francis, Edward | 3:21-cv-08445 | IL - N.D. |
| Smith, Don A. | 3:21-cv-07125 | IL - N.D. |
| Samra, Michael | 3:22-cv-03388 | NJ - District of NJ |
| Ferrington, Charles | 3:21-cv-06113 | LA - W.D. |
| Manukyan, Sofia | 3:22-cv-01268 | CA - C.D. |
| Sarkissian, Vigen J. | 3:22-cv-00309 | CA - C.D. |
| Holmes, Christoper | 3:20-cv-03363 | FL - S.D. |
| Levy, Robert | 3:21-cv-07643 | FL - S.D. |
| Perez, Michael | 3:22-cv-00089 | FL - M.D. |
| Carlsrud, Dale | 3:22-cv-04638 | MN - District of MN |
| Mayer, Karen | 3:21-cv-01663 | ND - District of ND |
| Hong, Kenneth | 3:19-cv-02895 | CA - N.D. |
| Jones-Basler, Caitlin | 3:19-cv-03536 | CA - E.D. |
| Mignone, Joseph | 3:21-cv-00501 | CA - N.D. |
| Jones, David Robert | 3:21-cv-08048 | NY - N.D. |

| | | |
|---|---|---|
| Kirby, Robert | 3:21-cv-08447 | CA - E.D. |
| Denenberg, Doug | 3:21-cv-08920 | IL - N.D. |
| Fisher, Marylnn | 3:21-cv-06764 | IL - N.D. |
| Warholak, Diane E. | 3:21-cv-06112 | PA - W.D. |
| Lanier, Tammy | 3:20-cv-04751 | GA - S.D. |
| Ragan, Doris | 3:21-cv-08939 | GA - M.D. |
| Dallen, Jeanette | 3:22-cv-02495 | FL - Broward County |
| Woods, Henrietta | 3:20-cv-00315 | AL - N.D. |
| Davis, Laura | 3:22-cv-02297 | NJ - District of NJ |
| Leas, Robert | 3:19-cv-01376 | IN - S.D. |
| Smith, Roy H. | 3:19-cv-03597 | FL - M.D. |
| Neighbors, Whitney | 3:22-cv-04168 | MO - E.D. |
| May, James | 3:21-cv-02126 | MA - District of MA |
| Swanson, Naomi | 3:21-cv-08047 | GA - N.D. |
| Foral, Sr., Robert | 3:20-cv-03440 | MO - E.D. |
| Kincell, Bonnie | 3:20-cv-03446 | MO - E.D. |
| Molina, Lazaro | 3:20-cv-03448 | MO - E.D. |
| Randazzo, Nicholas | 3:22-cv-02492 | LA - E.D. |
| Gautier, Nadezhda | 3:22-cv-00101 | LA - E.D. |
| Sabouri, Anousheh | 3:22-cv-02292 | CA - N.D. |
| Muise, Timothy | 3:21-cv-09626 | MA - District of MA |
| Matherne, Michael J. | 3:22-cv-01948 | LA - E.D. |
| Dulniak, Richard | 3:22-cv-03956 | CA - N.D. |

| | | |
|---|---|---|
| Greil, Daniel | 3:22-cv-04291 | CA - N.D. |
| McClure, Mark | 3:21-cv-06688 | CA - N.D. |
| Murphy, Shawn | 3:19-cv-05007 | CA - N.D. |
| Peperoni, Jr., Ron and | 3:19-cv-05001 | CA - N.D. |
| Sullivan, Maria E. | 3:22-cv-01269 | CT - District of CT |
| Schoenberg, Robert | 3:20-cv-06783 | KS - District of KS |
| Anderson, Jacklyn | 3:20-cv-00848 | FL - M.D. |
| Anderson, Michael | 3:19-cv-06092 | FL - M.D. |
| Buchanan, Mark | 3:20-cv-03718 | FL - M.D. |
| Chapman, Dick | 3:19-cv-06723 | FL - M.D. |
| Ellis, Timothy | 3:19-cv-06091 | FL - M.D. |
| Gibson, Faith | 3:22-cv-04399 | FL - M.D. |
| Haley, Brenda | 3:22-cv-04401 | GA - M.D. |
| Jilnicki, Robert | 3:19-cv-06047 | FL - M.D. |
| Jones, Sheldon | 3:22-cv-04265 | GA - M.D. |
| Lampert, Laurie | 3:22-cv-05044 | FL - M.D. |
| Matarazzo, Donna | 3:22-cv-05285 | FL - M.D. |
| Mellon, William | 3:22-cv-01951 | FL - M.D. |
| Occhipinti, Connie | 3:22-cv-00470 | FL - M.D. |
| Pease, Marc | 3:21-cv-10049 | FL - M.D. |
| Plank, Wilson | 3:20-cv-03450 | FL - M.D. |
| Ricke, Anne | 3:19-cv-06090 | FL - M.D. |
| Roman, Albert | 3:22-cv-03855 | FL - M.D. |

| | | |
|---|---|---|
| Seaman, Charles | 3:21-cv-02546 | FL - M.D. |
| Somach, Michael | 3:19-cv-06048 | FL - M.D. |
| Southerland, Willie | 3:19-cv-06049 | FL - M.D. |
| Stevens, Vickie Hall | 3:22-cv-03859 | FL - M.D. |
| Waldrop, Molly-Jack | 3:20-cv-08798 | TX - N.D. |
| Barnhart, David | 3:21-cv-09295 | TX - S.D. |
| Sonnier, Scott | 3:21-cv-08883 | LA - W.D. |
| Vaughn, John | 3:22-cv-03228 | TN - M.D. |
| Webb, Dan W. | 3:20-cv-00493 | MS - N.D. |
| Saunders, Alfred | 3:21-cv-10002 | NY - E.D. |
| Winer, Paula M. | 3:20-cv-04844 | IN - N.D. |
| Demarmels, Michael | 3:22-cv-04406 | NY - S.D. |
| Howell, Tony | 3:20-cv-07322 | NC - W.D. |
| Straub, Richard | 3:22-cv-03829 | AZ - District of AZ |
| Stormes, Lacy | 3:19-cv-06026 | CA - C.D. |
| Whitehouse, Sidney | 3:19-cv-05964 | CA - E.D. |
| Seieroe, David | 3:21-cv-09840 | IA - N.D. |
| Arnold, Carl | 3:22-cv-02810 | NJ - District of NJ |
| Bennett, Linda | 3:22-cv-00659 | NJ - District of NJ |
| Bokhari, Enver | 3:22-cv-02108 | NY - E.D. |
| Carmiel, Bilha | 3:22-cv-03389 | NJ - District of NJ |
| Ginkel, Peter | 3:22-cv-00358 | NJ - District of NJ |
| Magner, Madeline A. | 3:22-cv-02497 | NJ - District of NJ |

| | | |
|---|---|---|
| Pierrot, Charles M. | 3:22-cv-02967 | NJ - District of NJ |
| Ricci, Patrick J. | 3:22-cv-02498 | NJ - District of NJ |
| Rutherford, Michael | 3:22-cv-03823 | NJ - District of NJ |
| Flowers, Sr., William | 3:19-cv-01123 | TN - M.D. |
| Valinoti, Henrietta | 3:22-cv-02966 | NJ - District of NJ |
| Shaffer, Mary Metz | 3:22-cv-04404 | PA - M.D. |
| Zuiderveen, Randall | 3:20-cv-00582 | MI - W.D. |
| Thompson, Jr., James | 3:22-cv-05053 | PA - E.D. |
| Sanchez, Maria | 3:20-cv-02634 | AL - M.D. |
| Tierney, Patrick | 3:19-cv-01937 | WA - W.D. |
| Carriere, Hiram | 3:19-cv-06830 | TX - S.D. |
| Lowery, Michael | 3:19-cv-07375 | TX - W.D. |
| Lane, David | 3:22-cv-01022 | VA - E.D. |

Date: _____, 2022

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT