IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Richard Perilman v. Monsanto Company*<br>Case No. 3:19-cv-08446-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiffs, Richard Perilman, by and through his undersigned counsel and without opposition from Defendant Monsanto Company respectfully requests the Court move his case from Wave IV to Wave VI

1. The case of Richard Perilman is part of Wave IV.

2. The Parties worked collaboratively to conduct the depositions of the Plaintiff in January 2022.

3. The Parties are also worked collaboratively to depose Plaintiff's treating physicians in June of 2022.

4. The Parties are also worked collaboratively to conduct the site inspection requested by Monsanto Company in July of 2022.

5. The parties to this action have diligently pursued discovery, with the Plaintiff having served his fact sheet, produced medical records and authorizations, exchanging written discovery

4.. Nevertheless, the current Wave IV present challenges to the Plaintiff to meet the impending expert report deadlines.

5. Counsel for the Plaintiffs' met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff, Richard Perilman, respectfully requests the Court move their case from Wave IV to Wave VI.

Dated: September 22, 2022.                     By: /s/Tudor I. Farcas_____
**GRANT & EISENHOFER, PA**
*123 S. Justison Street*
*Wilmington, DE 19801*
*Office: (302) 622-7092*
*Cell: (215) 820-4052*
*tfarcas@gelaw.com*

*Attorney for Plaintiffs*

Robert K. Jenner\_
**JENNER LAW, P.C.**
1829 Reisterstown Road
Suite 350
Baltimore, MD 21208
Phone: (410) 413-2155
Fax: (410) 982-0122
Email: rjenner@jennerlawfirm.com

*Attorney for Plaintiff Richard Perilman*


Joel Bieber_____
**JOEL BIEBER, L.L.C.**
6806 Paragon Place
Richmond, Virginia 23230
Telephone: (804) 800-8000
Email: jbieber@joelbieber.com

*Attorney for Plaintiff Richard Perilman*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed, and a copy hereof has been furnished to Anthony R. Martinez, Esq. (amartinez@shb.com), SHOOK, HARDY & BACON L.L.P., 2555 Grand Blvd., Kansas City, MO 64108, and Joe G. Hollingsworth (pro hac vice) (jhollingsworth@hollingsworthllp.com) and Eric G. Lasker (pro hac vice) (elasker@hollingsworthllp.com) HOLLINGSWORTH LLP, 1350 I Street, N.W., Washington, DC 20005, this 22th day of September 2022.

By: /s/Tudor I. Farcas
**GRANT & EISENHOFER, PA**
*123 S. Justison Street*
*Wilmington, DE 19801*
*Office: (302) 622-7092*
*Cell: (215) 820-4052*
*tfarcas@gelaw.com*

*Attorney for Plaintiffs*