# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: *Richard Perilman v. Monsanto Company* Case No. 3:19-cv-08446-VC | |

## ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiff's motion to move the case from Wave IV to Wave VI is granted. **IT IS SO ORDERED**.

Dated: _____, 2022

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT