UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>**JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT PROPOSED NEW FACT SHEET OR COMPETING FACT SHEETS AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |

## [PROPOSED] ORDER

Based upon the joint request for an extension of time to submit a proposed new fact sheet or competing fact sheets and to propose a process for the document depository, and good cause appearing in support thereof, the deadline for submitting a proposed new fact sheet or competing fact sheets and a process for the document depository is extended by seven days to September 28, 2022.

**IT IS SO ORDERED.**

Dated: September 23, 2022

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT