IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | |
| Richard Perilman v. Monsanto Company Case No. 3:19-cv-08446-VC | |

### ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiff's motion to move the case from Wave IV to Wave VI is granted. **IT IS SO ORDERED**.

Dated: September 23, 2022

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT