Behram V. Parekh (CA SBN 180361)
**DALIMONTE RUEB STOLLER, LLP**
515 S Figueroa St, Ste 1550
Los Angeles, CA 90071
Tel: 949.375.6843
Fax: 855.203.2035
behram.parekh@drlawllp.com

*Counsel for Plaintiffs Eduino Pinheiro,
Paula Pinheiro, and Garfield Gordon*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>All Cases | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**ADMINISTRATIVE MOTION TO ALLOW THE FILING OF AN OBJECTION AND RESPONSE TO [PROPOSED] ORDER GRANTING JOINT REQUEST FOR REVISED SCHEDULE FOR WAVE 5-6 CASES AND ADDING WAVE 7 SCHEDULE [D.E. 15506]** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Eduino Pinheiro, Paula Pinheiro, and Garfield Gordon hereby respectfully requests leave to file an objection and response on behalf of themselves, and other plaintiffs in Waves 5 and 6, to the [Proposed] Order Granting Joint Request For Revised Schedule For Wave 5-6 Cases And Adding Wave 7 Schedule [D.E. 15506] ("Proposed Order"). To the best of Plaintiffs' counsel's knowledge, after consulting with numerous other counsel with clients in Waves 5 and 6, none of those counsel were consulted by Lead Counsel prior to the filing of the Proposed Order. Those

counsel were not aware that any changes to the schedule for Wave 5 and 6 cases was contemplated, only that a proposed schedule for Wave 7 cases was to be submitted.

The Proposed Order prejudices the plaintiffs in Waves 5 and 6, advantages defendants, and does not address significant issues of additional discovery, deposition limits, and other issues that should be addressed if the current schedule for Wave 5 and 6 cases is to be modified. Thus, the undersigned counsel, along with potentially other counsel with Wave 5 and 6 cases, respectfully requests leave to file an objection and response to the Proposed Order detailing the reasons for the objection and detailing the additional issues that should be addressed by no later than September 30, 2022, in order to give time for the parties to meet & confer.

Undersigned counsel has informed Lead Counsel of their intention to file this Administrative Motion, and intends to discuss the issues to be raised in the objection and response with Lead Counsel, but are filing this Administrative Motion to ensure that the Court is aware of the objection of at least some counsel with Wave 5 and 6 cases to the Proposed Order, so that the Court does not prematurely enter the Proposed Order.

DATED: September 23, 2022　　　　　　Respectfully submitted,

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Behram V. Parekh*
　　BEHRAM V. PAREKH

*Counsel for Plaintiffs in*

*Eduino Pinheiro et al. v Monsanto Company, et al., Case No. 3:21-cv-00041-VC*

*Paula Pinheiro et al. v Monsanto Company, et al., Case No. 3:20-cv-08173-VC*

*Garfield Gordon et al. v Monsanto Company, et al., Case No. 3:19-cv-06423-VC*

**DECLARATION OF BEHRAM V. PAREKH IN SUPPORT**

I, BEHRAM V. PAREKH, declare as follows:

1. I am a Partner at Dalimonte Rueb Stoller LLP, counsel of record for Plaintiffs Eduino Pinheiro, Paula Pinheiro, and Garfield Gordon in this action. I have personal knowledge of the facts below, and would testify competently thereto.

2. Pursuant to Local Rule 7-11, on September 23, 2022, I informed Lead Counsel of our intention to file this Administrative Motion, and our intent to discuss the issues to be raised in the objection and response with Lead Counsel, and have received informal approval to file this Administrative Motion, but have not obtained a formal stipulation for the requested relief contained in this Administrative Motion.

3. I thought it prudent to file this Motion at this time, without a formal stipulation, in order to ensure that the Court is aware of the objection of at least some counsel with Wave 5 and 6 cases to the Proposed Order, so that the Court does not prematurely enter the Proposed Order, and to allow time for I and possibly other non-lead plaintiffs' counsel to discuss the issues with Lead Counsel.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct. Executed this 23rd day of September, 2022, at Los Angeles, California.

By: */s/Behram V. Parekh*
BEHRAM V. PAREKH

*Counsel for Plaintiffs*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 23rd day of September 2022, which will send notification of the same to all counsel of record.

*/s/ Behram V. Parekh*
BEHRAM V. PAREKH

-4-