IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>All Cases | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO ALLOW THE FILING OF AN OBJECTION AND RESPONSE TO [PROPOSED] ORDER GRANTING JOINT REQUEST FOR REVISED SCHEDULE FOR WAVE 5-6 CASES AND ADDING WAVE 7 SCHEDULE [D.E. 15506]** |

For good cause shown, non-lead Plaintiffs in this MDL are given leave to file an Objection and Response to the [Proposed] Order Granting Joint Request For Revised Schedule For Wave 5-6 Cases And Adding Wave 7 Schedule [D.E. 15506] ("Proposed Order"). Such Objection and Response shall be filed no later than September 30, 2022.

IT IS SO ORDERED.

September ___, 2022

_____
Hon. Vince Chhabria
United States District Judge