# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF CONTRA COSTA
MARTINEZ, CALIFORNIA

## CERTIFICATE OF DEATH

State File Number: 3202107007096

**1. Name of Decedent – First:** DEAN
**2. Middle:** E.
**3. Last (Family):** MCWILLIAMS

**AKA Also Known As:** (blank)

**4. Date of Birth:** 02/10/1941
**5. Age:** 80
**6. Sex:** M

**8. Birth State/Foreign Country:** CO
**10. Social Security Number:** 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
**11. Ever in U.S. Armed Forces:** NO
**12. Marital Status:** MARRIED
**7. Date of Death:** 10/25/2021
**9. Hour:** 0311

**15. Education:** BACHELOR
**16. Decedent's Race:** CAUCASIAN

**17. Usual Occupation:** SALES EXECUTIVE
**18. Kind of Business or Industry:** CORPORATE SALES
**19. Years in Occupation:** 61

**20. Decedent's Residence:** 18000 SAN RAMON VALLEY BOULEVARD #135
**21. City:** SAN RAMON
**22. County/Province:** CONTRA COSTA
**23. Zip Code:** 94583
**24. Years in County:** 45
**25. State/Foreign Country:** CA

**26. Informant's Name, Relationship:** DAVE MCWILLIAMS, SON
**27. Informant's Mailing Address:** 9955 MANGOS DRIVE, SAN RAMON, CA 94583

**28. Name of Surviving Spouse/SRDP – First:** BARBARA
**29. Middle:** CAROL
**30. Last (Birth Name):** DUNN

**31. Name of Father/Parent – First:** ROBERT
**32. Middle:** E.
**33. Last:** MCWILLIAMS
**34. Birth State:** CO

**35. Name of Mother/Parent – First:** GERTRUDE
**36. Middle:** (blank)
**37. Last (Birth Name):** PRICE
**38. Birth State:** CO

**39. Disposition Date:** 10/29/2021
**40. Place of Final Disposition:** RESIDENCE OF SON, DAVE MCWILLIAMS, 9955 MANGOS DRIVE, SAN RAMON, CA 94583
**41. Type of Disposition:** CREMATE/RESIDENCE
**42. Signature of Embalmer:** NOT EMBALMED
**44. Name of Funeral Establishment:** WILSON & KRATZER-CHAPEL OF SAN RAMON
**45. License Number:** FD1634
**46. Signature of Local Registrar:** CHRISTOPHER FARNITANO MD
**47. Date:** 10/29/2021

**103. Place of Death:** SAN RAMON REGIONAL MEDICAL CENTER
**104. County:** CONTRA COSTA
**105. Facility Address or Location Where Found:** 6001 NORRIS CANYON ROAD
**106. City:** SAN RAMON

**107. Cause of Death:**
Immediate Cause (A): ACUTE HYPOXIC RESPIRATORY FAILURE — DAYS
(B): PNEUMONIA - BILATERAL — DAYS

**112. Other Significant Conditions Contributing to Death:** PANCYTOPENIA, FOLLICULAR LYMPHOMA

**113. Was Operation Performed:** NO

**115. Signature and Title of Certifier:** KARANDEEP SINGH, MD
**116. License Number:** A78289
**117. Date:** 10/27/2021
**118. Type Attending Physician's Name:** KARANDEEP SINGH, MD, 815 HENLEY CT, SAN RAMON, CA 94583

Decedent Attended Since: 10/22/2021
Decedent Last Seen Alive: 10/24/2021

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Contra Costa County Department of Health Services.

**DATE ISSUED:** 11/02/2021

100172771

CHRISTOPHER FARNITANO, MD
COUNTY HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE