# Exhibit B

Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Audrey Siegel (SBN 286771)
audrey.siegel@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone:  415-986-1400

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO : *Dean McWilliams v. Monsanto Company, et al*, Case No. 3:20-cv-07104-VC | **DECLARATION OF AMY MCWILLIAMS IN SUPPORT OF MOTION FOR SUBSTITUTION OF PARTY** |

I, Amy McWilliams, hereby declare as follows:

1. I am over the age of eighteen. The facts contained herein are within my personal knowledge, and if called upon as a witness, I could and would competently testify to all of them.

2. I am the daughter of Plaintiff Dean McWilliams ("Decedent").

3. Mr. Dean McWilliams died on October 25, 2021, in Contra Costa County, California.

4. I seek to continue this action as Decedent's successor-in-interest under the Federal Rule of Civil Procedure 25 and California Code of Civil Procedure sections 377.30-377.32.

5. No proceeding is now pending in California for administration of Decedent's estate.

6. I am one of the successors in interest to Dean McWilliams, as defined in Section 377.11 of the California Code of Civil Procedure, and together with my mother Barbara McWilliams,

-1-
**AMY MCWILLIAMS DECLARATION IN SUPPORT OF MOTION FOR SUBSTITUTION OF PARTY**

and brother David McWilliams, succeed to Decedent's interest in the action or proceeding.

7. No other person beyond my mother Barbara McWilliams and brother David McWilliams (who are jointly substituting in with me to pursue Dean McWilliams' survivorship claim in the above-referenced proceeding) and I have a superior right to commence the action or proceeding or to be substituted for Decedent in the pending action or proceeding.

8. A certified copy of Decedent's death certificate is attached hereto as Exhibit A.

\* \* \*

I declare the above to be true and correct under penalty of perjury under the laws of the State of California. Executed this 26 day of July 2022, in Concord, California.

By: _____
Amy McWilliams

-2-
AMY MCWILLIAMS DECLARATION IN SUPPORT OF MOTION FOR SUBSTITUTION OF PARTY

Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Audrey Siegel (SBN 286771)
audrey.siegel@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: 415-986-1400

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO : *Dean McWilliams v. Monsanto Company, et al*, Case No. 3:20-cv-07104-VC | **DECLARATION OF BARBARA MCWILLIAMS IN SUPPORT OF MOTION FOR SUBSTITUTION OF PARTY** |

I, Barbara McWilliams, hereby declare as follows:

1. I am over the age of eighteen. The facts contained herein are within my personal knowledge, and if called upon as a witness, I could and would competently testify to all of them.

2. I am the surviving spouse of Plaintiff Dean McWilliams ("Decedent").

3. Mr. Dean McWilliams died on October 25, 2021, in Contra Costa County, California.

4. I seek to continue this action as Decedent's successor-in-interest under the Federal Rule of Civil Procedure 25 and California Code of Civil Procedure sections 377.30-377.32.

5. No proceeding is now pending in California for administration of Decedent's estate.

6. I am one of the successors in interest to Dean McWilliams, as defined in Section 377.11 of the California Code of Civil Procedure, and together with our daughter Amy McWilliams, and

son David McWilliams, succeed to Decedent's interest in the action or proceeding.

7. No other person beyond my children Amy McWilliams and David McWilliams (who are jointly substituting in with me to pursue Dean McWilliams' survivorship claim in the above-referenced proceeding) and I have a superior right to commence the action or proceeding or to be substituted for Decedent in the pending action or proceeding.

8. A certified copy of Decedent's death certificate is attached hereto as Exhibit A.

\* \* \*

I declare the above to be true and correct under penalty of perjury under the laws of the State of California. Executed this _22_ day of July 2022, in _____, California.

By: _____
Barbara McWilliams

-2-
**BARBARA MCWILLIAMS DECLARATION IN SUPPORT OF MOTION FOR SUBSTITUTION OF PARTY**

1  Lori E. Andrus (SBN 205816)
   lori@andrusanderson.com
2  Jennie Lee Anderson (SBN 203586)
   jennie@andrusanderson.com
3  Audrey Siegel (SBN 286771)
   audrey.siegel@andrusanderson.com
4  ANDRUS ANDERSON LLP
   155 Montgomery Street, Suite 900
5  San Francisco, California 94104
   Telephone: 415-986-1400
6
7  *Attorneys for Plaintiff*

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No.: 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO : *Dean McWilliams v. Monsanto Company, et al*, Case No. 3:20-cv-07104-VC | DECLARATION OF DAVID MCWILLIAMS IN SUPPORT OF MOTION FOR SUBSTITUTION OF PARTY |

I, David McWilliams, hereby declare as follows:

   1. I am over the age of eighteen. The facts contained herein are within my personal knowledge, and if called upon as a witness, I could and would competently testify to all of them.

   2. I am the son of Plaintiff Dean McWilliams ("Decedent").

   3. Mr. Dean McWilliams died on October 25, 2021, in Contra Costa County, California.

   4. I seek to continue this action as Decedent's successor-in-interest under the Federal Rule of Civil Procedure 25 and California Code of Civil Procedure sections 377.30-377.32.

   5. No proceeding is now pending in California for administration of Decedent's estate.

   6. I am one of the successors in interest to Dean McWilliams, as defined in Section 377.11 of the California Code of Civil Procedure, and together with my mother Barbara McWilliams,

-1-
**DAVID MCWILLIAMS DECLARATION IN SUPPORT OF MOTION FOR SUBSTITUTION OF PARTY**

and sister Amy McWilliams, succeed to Decedent's interest in the action or proceeding.

7. No other person beyond my mother Barbara McWilliams and sister Amy McWilliams (who are jointly substituting in with me to pursue Dean McWilliams' survivorship claim in the above-referenced proceeding) and I have a superior right to commence the action or proceeding or to be substituted for Decedent in the pending action or proceeding.

8. A certified copy of Decedent's death certificate is attached hereto as Exhibit A.

\* \* \*

I declare the above to be true and correct under penalty of perjury under the laws of the State of California. Executed this 22ⁿᵈ day of July 2022, in Ramona, California.

By: _____
David McWilliams

-2-
DAVID MCWILLIAMS DECLARATION IN SUPPORT OF MOTION FOR SUBSTITUTION OF PARTY