Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Audrey Siegel (SBN 286771)
audrey.siegel@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: 415-986-1400

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO : *Dean McWilliams v. Monsanto Company, et al,* Case No. 3:20-cv-07104-VC | **[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE PARTY** |

## <u>ORDER</u>

Upon consideration of Counsel for Plaintiff's Motion to Substitute Party

IT IS HEREBY ORDERED that:

1. The request to substitute Barbara McWilliams, David McWilliams, and Amy McWilliams in place of Dean McWilliams is granted.

2. According, the Plaintiff caption shall be amended as follows: "Barbara McWilliams, David McWilliams, and Amy McWilliams, individually and as successors in interest to Dean McWilliams, decedent".

Dated:_____

_____
Hon. Vince Chhabria
United States District Court Judge

-1-