**EXHIBIT A**

STATE OF OHIO )
                            ) ss.
COUNTY OF MEDINA )

I, Jeffrey R. Westfall., being duly sworn, deposes and states as follows:

1. My wife, Lorraine Westfall, and I moved to Medina, Ohio in 1985-86. We built our own home on a lot, located at 3282 Hamilton Road, that we had paid off over the previous five years or so. The lot, which consisted of approximately 2.5 acres, was unimproved.

2. The Hamilton property had a septic tank and well water. Before the home was constructed, I strategically planted numerous pine trees along the borders as my neighbor adjacent to me owned Medina Christmas Tree Farm. I utilized Roundup, exclusively, to keep weeds from the base of these trees over the five-year period before the home was built. After our home was built, I utilized Roundup to kill weeds and keep my septic drainage ditch weed free. I mowed my own lawn and did all yard maintenance myself. No landscape company was ever used. I utilized Roundup as an integral part of my groundskeeping on my property, exclusively for the 15 years we lived at this address. I purchased the Roundup (spray bottle or concentrate) at a variety of stores, including True Value, Tractor Supply and Home Depot. I do not have any receipts for these purchases, unfortunately.

3. In April 2000, we moved then to a new home a few miles down the road at 3317 Thomas Lincoln Pkwy. This was a much larger property, with more acreage and a one-acre pond, consisting of a total of 4.3 acres. While the property had city water connection, it also had a septic tank like our prior Hamilton Road property. I performed all yard maintenance on this property over the past 20 years. Only recently (since my diagnosis) have I started utilizing a landscaping company to mow the 1/2-acre hill on my property as it is too difficult and dangerous for me at this stage.

4. Over the twenty years at this property, before my diagnosis, I exclusively used Roundup to control the weeds around my home, the mulch beds, the property borders and along the edges of the 1-acre pond. We also maintained an extensive garden wherein I also used Roundup. I purchased Roundup from the same stores above, including Lowes – all in Medina. Again, I do not have receipts for these purchases as that was something I never thought was relevant or needed.

5. Over the course of using Roundup, exclusively, for the past 35-40 years, I used the pre-mixed spray bottle or the concentrate wherein I would make the mixture myself and utilize a gallon sprayer. I regularly wore work boots when landscaping and gloves. However, the spray would often get on my skin through the course of spraying as well as when mixing the concentrate.

6. Prior to my diagnosis, I performed all my own landscaping and yard maintenance and took pride in the same. It was a hobby of mine. I worked for KeyBank in Cleveland, Ohio for many years and the yardwork and being outside was a release for me. So, I spent several days a week from spring through the fall in my yard, mulching, pruning, weeding, gardening, mowing, etc.

7. Since my diagnosis, I still maintain my property (without the use of Roundup) but have not been able to maintain as before. As I stated previously, I utilize a landscape company to mow the hillside portion of my property. And, I simply do not have the energy or ability to do so, and often my condition is too painful.

8. Since my diagnosis of Cutaneous T-Cell Lymphoma (Sezary Syndrome) in late 2019/early 2020, I have experienced prolonged pain and suffering. This disease attacks the skin. My skin is brittle and thin. My current treatment entails an infusion, by vein, on a biweekly basis with a drug called Mogamulizumab. This biweekly infusion and subsequent bloodwork take approximately three hours each time.

9. The infusion leaves me weak and unable to perform any duties for the rest of the day. I am unable to interact with my family. I am unable to travel in my retirement because I must be close to my doctors, and I am tied to a needle in my arm. Without this current treatment, I shall surely die. And sadly, and with much fear and anxiety, this current form of treatment has decreased effectiveness over time. I am not and have never been in remission.

10. I am experiencing a severely decreased immune system from the treatment and the disease. This has led to hospital stays for staph infections and shingles that have spread to my eyes. In time, I will succumb to infection passed through my compromised skin, and my decreased immune system will be unable to fight the infection. It is a painful death and my doctor, Dr. Kevin Cooper, has relayed the same. Several photographs attached to this statement show the conditions of my skin, the rashes, and the infections. The pain is perceptible.

11. I have three children and three grandchildren. I will not see my grandchildren's achievements. I will be unable to share in their triumphs and will be unable to counsel them in their decisions as a grandparent and parent should. My quality of life has been severely diminished over the last two years and will certainly diminish in the future. And my longevity, beyond a short window, is uncertain….

FURTHER AFFIANT SAYETH NAUGHT.

_____
JEFFREY R. WESTFALL

**SWORN TO BEFORE** me and subscribed in my presence this ___9___ day of September 2022. This is a jurat certificate. An oath or affirmation was administered to the signer.

_____
Notary Public

Madelynne Smith
Notary Public, State of Ohio
My Commission Expires
March 16, 2027