```
 1              UNITED STATES DISTRICT COURT        EXHIBIT B

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE:  ROUNDUP PRODUCTS     MDL No. 2741

     LIABILITY LITIGATION        Case No. MDL No. 3:16-md-02741-VC

 5

     _____

 6

     JEFFREY WESTFALL, et al.,

 7

             Plaintiffs,

 8

         vs.                    Case No. 3:21-cv-02909-VC

 9

     MONSANTO COMPANY,

10

             Defendant.

11

12

13

                   Tuesday, January 11, 2022

14

15           Remote video recorded deposition of

16   JEFFREY R. WESTFALL conducted at the location of the witness

17   in Medina, Ohio, commencing at 9:05 a.m., on the above

18   date, before Sarah R. Drown, a Registered Merit Reporter,

19   Certified Realtime Reporter, and Notary Public.

20

21

22

23              GOLKOW LITIGATION SERVICES

              877.370.3377 ph | 917.591.5672 fax

24                   deps@golkow.com

25
```

Jeffrey R. Westfall

```
1              anyone other than your wife or your attorneys
2              regarding your lawsuit against Monsanto?
3          A.    No.
4          Q.    Have you communicated in writing to
5              anyone other than your wife and your attorneys
6              about your beliefs about what may have caused
7              your lymphoma?
8          A.    No.
9          Q.    You had told me earlier about doing some
10             odd jobs for the church.
11                Did any of those odd jobs involve any
12             landscaping or yardwork?
13         A.    No.
14         Q.    Have you ever worked as a landscaper or
15             do yardwork for money?
16         A.    No.
17         Q.    Okay.  In general what did you do to
18             prepare for your deposition today?  And when I
19             say "in general," I don't want to know any
20             specifics of communications with your attorney,
21             but I want to know generally what you did.
22         A.    I made sure I had a comfortable chair.
23             I tried to refresh my memory as best as I could.
24         Q.    Okay.
25         A.    I can't think of any other real
```

```
 1                Q.    Okay.  Mr. Westfall, just to make sure
 2          I've covered your employment, or at least the
 3          portion I want to ask you about, my question is,
 4          at any point in your life have you had a job that
 5          included using pesticides or herbicides?
 6                A.    No.
 7                Q.    And then apart from the two properties
 8          we're going to spend some time on in Medina
 9          and -- the Hamilton property and the other one --
10                A.    Yes.
11                Q.    -- have you used, to your knowledge, any
12          pesticides or herbicides on any properties?
13                A.    No.
14                Q.    Do you know what a rodenticide is?
15                A.    I do not.
16                Q.    Okay.  Well, kind of what it sounds
17          like.  It involves rodents.  So it's a poison
18          used to kill things like rats, mice, squirrels,
19          that sort of thing.
20                      Have you ever used rodenticides?
21                A.    I have not.
22                Q.    In any of your employment capacities
23          were you ever exposed to gasoline or diesel fuel?
24                A.    No.
25                Q.    In any of your employment capacities did
```

Jeffrey R. Westfall

```
 1          you work around any hazardous materials?
 2          A.    No.
 3          Q.    You know, going back to maybe some of
 4     your earlier banking positions, did any of the
 5     buildings that you worked in ever turn out to
 6     have asbestos in them?
 7          A.    Not that I know of.
 8          Q.    Have you ever been in a building that
 9     has had asbestos removal going on?
10          A.    No.
11          Q.    Have you ever had any work
12     responsibilities that required wearing any
13     special protective equipment, like goggles or a
14     mask or what's called a Tyvek sort of zip-up
15     suit?
16          A.    No.
17          Q.    Have you ever had a workplace injury
18     that required any medical attention?
19          A.    No.
20          Q.    Have you ever gone out on a workers'
21     compensation claim?
22          A.    No.
23          Q.    Have you ever taken a medical leave from
24     your employment?
25          A.    No.
```

```
 1              far back can you say with either an estimate or
 2              some degree of confidence that you recall reading
 3              the instructions of the Roundup concentrate?
 4         A.    I cannot, Mr. Law.  It's 30 years ago.
 5         Q.    Okay.  And can you tell me what you
 6              recall the instructions were aside from the
 7              mixing?  When you first started using it.
 8         A.    I cannot.  A lot of -- a lot of
 9              disclaimers.  A lot of ingredients.  I don't
10              recall.  I would open it up to look at the mixing
11              instructions, but I don't recall even what those
12              were at this time.
13         Q.    Do you recall any specifics of the
14              disclaimers that you've identified?
15         A.    No.  I don't think a consumer's going to
16              read through.  I believe they're -- I believe
17              they're 20 plus pages long today.
18         Q.    Okay.  So I'm going to -- and please
19              don't take this personally.  I'm going to move to
20              strike the answer as nonresponsive.  I really
21              just want to know what you can recall.
22         A.    It wasn't nonresponsive.  I said, "I
23              don't recall."
24         Q.    Right.  The rest of that was talking
25              about what consumers do or don't read.  I'm
```

```
1              really not trying to be antagonistic on that.  I
2              have to do that for the record.
3         A.   Correct.
4         Q.   I may not be right about it, but if I
5              don't do it now, I might not be able to bring it
6              up later.  So, again, don't take that personally.
7         Okay?
8         A.   I'm not taking anything personally.
9         Q.   Okay.  So going back to those
10             instructions.  You did use the word "disclaimer,"
11             and I'm wondering -- I'm asking if you have any
12             specific recollection of any of the -- what the
13             actual disclaimer language said.
14        A.   No.
15        Q.   Do you have -- okay.
16             And then as that label evolved over
17             time, do you recall any of the disclaimers or
18             instructions apart from the mixing?
19        A.   I remember that the finding the mixing
20             was difficult.  Finding the mixing ratio was
21             difficult.
22        Q.   Because there was so much else to read?
23        A.   I don't want to -- if you want me to
24             elaborate on that, I will.
25        Q.   Well -- okay.  Let me ask a clean
```

Jeffrey K. Westerfall

```
 1          question.
 2                    Why was the mixing ratio difficult to
 3          read for you?
 4          A.    Because of the volume on the back of the
 5          packet.  The packet that came, the instructions,
 6          had a large volume of information.
 7          Q.    Okay.  Do you --
 8          A.    Finding the mixing ratio was hard to
 9          find.
10          Q.    So in the course of looking for that
11          mixing ratio, do you recall reading any of the
12          other instructions?
13          A.    I do not.
14          Q.    Okay.  Up until the time that you
15          stopped using Roundup in, I think you said, 2019,
16          do you recall any of the language that was in the
17          instructions on the label other than the mixing
18          ratios?
19          A.    Do I recall the language?
20          Q.    Correct.  Or the gist of the
21          instructions.
22          A.    The gist was mostly disclaimers.
23          Ingredients.  As far as I can recall.
24          Q.    So we've got ingredients in one
25          category, which is just identifying what it's
```

Jeffrey R. Westfall

```
1              made out of.  Would you agree with that?
2         A.    Correct.
3         Q.    Okay.  And the next category you call
4    disclaimers, and are you able to give me any
5    examples of what you consider to be a disclaimer?
6         A.    Examples of disclaimers are do not
7    operate this vehicle while drinking and driving.
8    Other examples of disclaimers you want me to --
9         Q.    Specific to the Roundup products that
10   you used.
11        A.    I cannot recall the exact language of
12   the disclaimers on the Roundup product.
13        Q.    Okay.  Setting aside the exact language,
14   do you have a recollection or an impression of
15   what the disclaimers were on the Roundup products
16   that you used over the years?
17        A.    No, I don't.  I do not.  I thought it
18   was based more on the term legalese, and I -- I
19   didn't -- at the time I don't recall if I had
20   time to read all of that.
21              You know, as a consumer you have limited
22   time to get the job done.  I didn't think that if
23   it was sold at my local store that it would harm
24   me.  And that was my mindset, if I could, you
25   know, add to your question -- my answer with my
```

Jeffrey R. Westfall

```
1              I'm moving it.
2         Q.    Sure.
3         A.    During mixing, after mixing.
4         Q.    Okay.  Did the product ever irritate
5         your skin?
6         A.    I can't say that it irritated my skin.
7         My skin was irritated due to the nature of the
8         work I was doing.
9         Q.    Okay.  I'm going to run off a quick list
10        of products that are herbicides, and if you
11        recognize the names, will you let me know?  And
12        if you think you might have used one of these
13        products, will you let me know?
14        A.    Yes.
15        Q.    Okay.  So the first one is called
16        Eraser.
17        A.    Never heard of it.  Never used it.
18        Q.    Buccaneer.
19        A.    Never heard of it.  Never used it.
20        Q.    Envy.
21        A.    Never used it.  Never heard of it.
22        Q.    Halex GT.
23        A.    Halex with an "H"?  Like Henry?
24        Q.    Correct.
25        A.    Never heard of it.  Never used it.
```

Jeffrey R. Westfall

```
1              Q.    Almost done here.

2                    Flexstar GT.

3              A.    Never heard of it.  Never used it.

4              Q.    Last one.  Credit 41 Extra.

5              A.    Never heard of it.  Never used it.

6              Q.    At either of the properties that you

7         owned did you ever used insecticides?

8              A.    I would use wasp spray to get rid of

9         wasp nests, yes.  I did on both properties.

10        Under the eaves of my house and those

11        outbuildings.

12             Q.    Do you know what brand or the name of

13        the product that you used --

14             A.    I do not.  I do not know the brand.

15             Q.    How about for indoor of the house?

16        Anything for ants or roaches or spiders?

17             A.    No.  My wife has animals.  She does not

18        want them eating that.  We always had children

19        and grandchildren.  Never used an exterminator.

20        Never used that in the house.

21             Q.    During the time that you lived on this

22        Parkway property, I think you said that's the

23        time you started to collect the motorcycles.

24        Right?

25             A.    Yes.
```

```
 1                Q.    Did you do any of your own repairs on
 2          those motorcycles?
 3                A.    Very minimal.  Pumping up the tires.
 4          Putting a new throttle cable on.  Putting a new
 5          grip on.  I'm not a mechanic.  I would take it to
 6          a mechanic that I know.
 7                Q.    And would that also be true with respect
 8          to any of the automobiles that you've owned?
 9                A.    Yes.  I do not change the oil on those.
10          They're newer automobiles.
11                Q.    Have you from time to time painted the
12          house walls indoors or outdoors?
13                A.    No.
14                      Leading down to the basement, down the
15          basement stairs would get -- the walls would get
16          banged up from carrying Christmas tree ornaments
17          that were outside, carrying them down.  They
18          would scrape, and sometimes I painted that with a
19          flat based white paint.  Indoor paint.
20                Q.    Do you know if that was latex?
21                A.    Yes.  It was latex.
22                Q.    Do you do any home repairs?
23                A.    When I need to, yes.
24                Q.    And what kinds of home repairs have you
25          done?
```

Jeffrey R. Westfall

```
1              A.    Home repairs.  I will tap a pin out of a
2        door and oil the hinges.  I will -- I will fix a
3        cabinet door.  I will adjust a screen door.
4              Put a new -- they call it a plunger to
5        stop the screen door from slamming.  Those wear
6        out.  I replace those.
7              I install cameras on the outside of my
8        home.  I replace -- just minimal maintenance.
9        Light bulbs, et cetera.
10             No, this home is fairly well-built.  It
11       doesn't require a lot of maintenance.
12             Q.    Do you do any woodworking?
13             A.    I do not.
14             Q.    Have you -- do you do any furniture
15       building?
16             A.    I do not.
17             Q.    Any type of activity that requires
18       sawing wood?
19             A.    No.
20             Q.    Have you ever used a fungicide, which
21       would be a chemical to kill fungus and mold?
22             A.    I have not.
23             Q.    Aside from the hallway down to the
24       basement, have you done any other painting?
25             A.    No.  We have an interior painter that my
```

Jeffrey R. Westfall

```
1          wife uses.
2               Q.    To your knowledge, have you ever been
3          exposed to solvents?
4               A.    No.
5               Q.    To your knowledge, have you ever been
6          exposed to asbestos?
7               A.    No.
8               Q.    Aside from your lymphoma treatment, have
9          you ever been exposed to radiation?
10              A.    No.
11              Q.    To your knowledge, have you ever been
12         exposed to benzene?
13              A.    No.
14              Q.    Apart from fueling your own car, have
15         you been exposed to gasoline or diesel?
16              A.    Apart from my personal vehicles, no.
17              Q.    Have you been exposed to diesel exhaust
18         fumes?  And I'm not, you know, counting just
19         normal traffic.
20              A.    I have not.
21              Q.    To your knowledge, have you ever been
22         exposed to lead?
23              A.    No.
24              Q.    We're going to switch gears a little bit
25         and talk some bit about your medical history.
```

1          A.    Yes.

2          Q.    I'm going to run through a number of

3     conditions and -- mainly just to reconfirm what

4     we think we know from your medical records, and

5     if not, maybe learn something that's not in

6     there.

7               So we'll start with did you have any

8     serious health conditions as a child or teenager

9     or a young adult?

10         A.    I did not.

11         Q.    Besides your lymphoma, have you ever had

12    any -- strike that.

13              Besides the melanoma and the basal cell

14    or squamous cell carcinoma and the lymphoma, have

15    you had any other type of cancers?

16         A.    None.

17         Q.    And the lymphoma that you have -- you

18    had, is it accurate you had both radiation and

19    chemotherapy?

20         A.    No.  It's not really -- I have not had

21    radiation --

22         Q.    Okay.

23         A.    -- and it's more of an infusion therapy

24    as opposed to chemotherapy.  It's a drug they're

25    giving me.

Jeffrey R. Westerall

1        Q.    Okay.

2        A.    It reacts with some T-cells.  It's -- I

3        don't think they call it chemotherapy.  They call

4        it more infusion therapy.

5        Q.    And so the infusion medication that

6        you're getting now -- I had meant to ask you a

7        follow up on that earlier.

8              So initially it was covered for free

9        by -- what was the name of that institute or

10       program?

11       A.    Well, initially it was not covered at

12       all and I amassed a huge debt.  Then through the

13       efforts of my family and my doctors, I was able

14       to get it from the manufacturer and they

15       delivered it to the infusion center and covered

16       the cost of the mogamulizumab.  There was still

17       additional costs of thousands of dollars each

18       time they administered it that was not covered.

19       Q.    But the medication -- oh sorry.  Go

20       ahead.

21       A.    Yes.  And then I -- so I kind of lived

22       for that for a year, until I turned 65, and then

23       I was home free.

24       Q.    Okay.  So the manufacturer supplied the

25       medication and -- but you still had to deal with

Jeffrey R. Westfall

```
1          the labor of administering it?
2          A.    Yes.  Some ancillary costs, yes.
3          Q.    Okay.  And then at that point Medicare
4     continued to -- well, strike that.
5               At the time Medicare kicked in, they
6     covered this infusion therapy?
7          A.    Correct.  With my supplemental plans.
8          Q.    Got it.  Have you been told by anyone
9     that there's any risk that, either because of the
10    cost or some other reason, that this medication
11    would be withdrawn?
12         A.    No.  I can't imagine that scenario.
13         Q.    Do you know if Medicare is actually
14    paying the manufacturer the full rate that you
15    were initially being quoted?
16         A.    I believe -- I believe they're paying --
17    I believe they're paying University Hospitals.
18    I'm not sure how the billing works.
19         Q.    Got it.  And are you claiming in this
20    lawsuit the future cost of those transfusions?
21              MR. LEE:  You can answer, but I'm going
22    to object.  I mean I'm going to say yes, we are.
23    We already talked about, you know, off the record
24    the 2020, but everything else, yeah, we will be.
25              MR. LAW:  Okay.  That's fine.  I've got
```

Jeffrey R. Weserall

```
 1        your --
 2                  MR. LEE:  Okay.
 3                  MR. LAW:  -- statement.  And you're
 4        right, I need to get something on the record on
 5        that and make sure we have some clarity on that
 6        breakout.  But yes.  Okay.  Going forward that
 7        will be at least in play, the future costs of
 8        this, and we'll deal with Medicare and however
 9        all of that works out later.
10                  MR. LEE:  Right.  Right.
11                  MR. LAW:  Okay.  Got it.
12        BY MR. LAW:
13           Q.    Have you had any immune deficiency
14        conditions in the past?
15           A.    Yes.
16           Q.    Which ones?
17           A.    I had -- my lymphoma and my therapy
18        triggered an immunosuppressant in my body that
19        triggered shingles on my face, my head, and a
20        staph infection on my lip.  My skin is
21        compromised.  My lymphoma's attacking my skin,
22        which is compromised, which allows additional
23        diseases to enter my body.
24           Q.    Apart from the lymphoma, have you had
25        any other conditions, such as lupus or ulcerative
```

```
 1          colitis or Crohn's disease?
 2             A.    No.  I had alopecia from my treatment or
 3          my lymphoma.  Lost all of my hair.  Lost my
 4          eyebrows.  Lost my eyelashes.  I used to look
 5          like you, Mr. Law.  Welcome to the future.
 6             Q.    Don't sell yourself short.
 7             A.    Okay.
 8             Q.    Okay.  Have you ever had rheumatoid
 9          arthritis?
10             A.    No.
11             Q.    Have you ever had celiac disease?
12             A.    No.
13             Q.    Have you ever had ulcers?
14             A.    No.
15             Q.    I think you have had eczema.  Is that
16          correct?
17             A.    I had what was -- I believe it may be --
18          in my medical files it may be diagnosed as
19          eczema.  At that point I had not been diagnosed
20          with lymphoma.  I believe it's an early stage of
21          lymphoma attacking my skin.  I really didn't have
22          eczema as a child or as a young man.  So later in
23          my life it started to appear.
24             Q.    Okay.  Do you have any understanding of
25          whether that is an immunology-related condition?
```

Jeffrey A. Westfall

```
 1           A.    I -- I can only -- I can only guess.

 2           Q.    Okay.  Don't worry about it.

 3                 Okay.  Have you ever had psoriasis?

 4           A.    No.

 5           Q.    Have you ever had an organ transplant?

 6           A.    No.

 7           Q.    A stem cell transplant?

 8           A.    No.  It may be in my future.  I don't

 9     know.

10           Q.    Diabetes?

11           A.    No.

12           Q.    Have you ever had Epstein-Barr virus?

13           A.    No.

14           Q.    Have you ever had hepatitis B?

15           A.    No.

16           Q.    Have you ever had hepatitis C?

17           A.    No.

18           Q.    Have you ever had inflammatory bowel

19     disease?

20           A.    No.

21           Q.    Have you ever had exposure to radiation?

22           A.    No.

23           Q.    And let's include x-rays in that, just

24     to make sure we cover our bases.

25           A.    Sure.  I've had x-rays.
```

Jeffrey R. Weserall

```
 1              Q.    About how many?
 2              A.    I've had -- dental work; you get an
 3         x-ray once a year.  They take a couple.
 4                    I had my knee x-rayed twice in my
 5         lifetime.  My left knee.  So I can't say how
 6         many.
 7                    I mean throughout my life in dental work
 8         and orthodontia as a teen.  I don't know how many
 9         x-rays I've all.
10              Q.    You have had some skin conditions for a
11         while, correct?
12              A.    Yes.
13              Q.    And let's start with the first skin
14         condition that required a doctor's care or
15         treatment.  When was that?
16              A.    Oh, gosh.  I would say it's while I
17         lived on this -- I believe it's while I lived on
18         this Thomas Lincoln property.  So within the last
19         20 years.  I believe I went to Trillium Creek
20         Dermatology.  I think that was in one of the
21         releases I signed.  Probably just redness on my
22         back, I believe.  I'm not sure.
23              Q.    What -- I'm sorry.  Go ahead.
24              A.    Yeah, it might have been -- it might
25         have been due to some carcinoma on my forehead or
```

Jeffrey R. Westfall

```
 1          so on.  Just normal -- normal dermatologic exams.
 2              Q.    The issues with your back, was that
 3          diagnosed as any particular condition or disease?
 4              A.    No.  It was undiagnosed.
 5              Q.    And so we are clear about our
 6          terminology, when I ask you about skin
 7          conditions, I am including, you know, any of the
 8          skin cancers that you've had.  So if we include
 9          all of those, have you had any skin cancers going
10          back farther than the Parkway house?
11              A.    Yes.  Yes.  Back on Hamilton Road I did
12          have some skin cancers.  Yes.  That working
13          outside, yes, I had sun exposure.
14              Q.    And what type of treatment did you get
15          for that?
16              A.    It's a freezing.  They freeze it.  It
17          burns it through freezing.
18              Q.    And then you've had basal cell
19          carcinoma, correct?
20              A.    Yes.
21              Q.    And you've had squamous cell carcinoma?
22              A.    Yes.
23              Q.    You've had actinic keratosis?
24              A.    Yes.
25              Q.    And the first cancer, was that a
```

```
 1          melanoma?
 2               A.   Yes.
 3               Q.   Has any doctor told you that any of
 4          these skin conditions, or the cancers more
 5          specifically, put you more at risk for other
 6          cancers?
 7               A.   No.
 8               Q.   Have you ever had an adverse reaction to
 9          a vaccine?
10               A.   No.
11               Q.   Have you had any overnight
12          hospitalizations prior to your lymphoma
13          diagnosis?
14               A.   As a child.  Tonsils.
15               Q.   Anything else?
16               A.   No.  Well, the -- the staph infection
17          was prior to my lymphoma diagnosis and -- the
18          staph infection was prior to my lymphoma
19          diagnosis at the Cleveland Clinic.  I was
20          hospitalized at Fairview Hospital in Cleveland.
21               Q.   What year was that?
22               A.   Probably 2017.
23               Q.   At any point --
24               A.   I'm not sure.
25               Q.   At any point has a medical professional
```

Jeffrey R. Westfall

```
 1                I -- and I utilized Roundup extensively.
 2           And from my own research, looking at the internet
 3           and so on, I assume that Roundup's not good for
 4           you and causes lymphoma.
 5           Q.   What was the first source of information
 6           that you can recall that suggested a connection
 7           between Roundup and lymphoma?
 8           A.   Oh, I think I saw attorneys looking for
 9           clients on TV.  And that was way before.  I did
10           not -- I did not pursue that.  I -- I just -- I
11           was focused on my own treatment.  Until -- until
12           I realized this is unique to me.  There are -- in
13           my view there must be some outside source.
14           Q.   Do you personally believe that Roundup
15           caused your lymphoma?
16           A.   I do.
17           Q.   And what is your basis for that belief?
18           A.   Mr. Law, I'm a healthy individual.
19           Healthy my entire life.  Active.  Still active at
20           66.  Fighting it every day.  It came out of
21           nowhere.  Out of nowhere.  I can only speculate
22           on the use of Roundup that I encountered.
23           Q.   And in the course of your research and
24           investigation, did you look for any data that
25           compared the rate of non-Hodgkin's lymphoma in
```

Jeffrey R. Westfall

```
 1              the population before and after Roundup was

 2              introduced into the marketplace?

 3         A.    I did not.  I felt I, my individual

 4              experience, I used Roundup more extensively than

 5              the general population.

 6         Q.    And what are you claiming that Monsanto

 7              did wrong?

 8         A.    I would have to have my attorney

 9              verbalize the actual complaint.

10         Q.    Did you review the complaint that's been

11              filed on your behalf?

12         A.    I have reviewed it.  I just can't recall

13              that section exactly.

14         Q.    There's a fairly long narrative in there

15              describing the alleged conduct of Monsanto.

16              Do you recall that generally?

17         A.    I do.  I have it here if you want me to

18              reference it.

19         Q.    I don't.  We're short on time.

20              I just want to ask you generally.  Did

21              you have any role in drafting any of the language

22              that describes the alleged conduct of Monsanto?

23         A.    I don't believe so.  I verbalized my use

24              of Roundup and my disease and my history.  I

25              verbalized to you my experience using Roundup,
```

Jeffrey R. Westfall

```
1            its deliverability.
2                Q.    Do you understand that all pesticides
3            and herbicides have risks?
4                A.    I do now.
5                Q.    And do you understand that all
6            pesticides and herbicides use chemicals that can
7            affect your health?
8                A.    I do now.  Probably some more than
9            others.
10               Q.    Has any doctor given you a prognosis
11           with respect to your life expectation?
12               A.    No.  And I've asked.
13               Q.    Have they given you a far -- you know,
14           an absolute cap, that nobody makes it past this
15           stage, or have they said it just depends, let's
16           keep going, let's see what happens?
17               A.    They won't -- they won't verbalize that,
18           which leads me to believe it's dire.  If you look
19           up lymphoma life expectancy, it's not good.  I
20           have Sezary syndrome.  Sezary syndrome.  It's
21           even more rare.  It's a very fast duplicating
22           lymphoma.
23               Q.    And to monitor that, is that done by
24           blood work primarily?
25               A.    Yeah.  Blood flow cytometry.  Which,
```

```
 1                    CERTIFICATE
 2
 3     The State of Ohio,   )
 4                          )         SS:
 5     County of Cuyahoga.  )
 6
 7            I, Sarah R. Drown, a Registered Merit
       Reporter, Certified Realtime Reporter, and Notary
 8     Public within and for the State of Ohio, duly
       commissioned and qualified, do hereby certify
 9     that the within named witness, JEFFREY R.
       WESTFALL, was by me first duly sworn to testify
10     the truth, the whole truth and nothing but the
       truth in the cause aforesaid; that the testimony
11     then given by the above-referenced witness was by
       me reduced to stenotypy in the presence of said
12     witness; afterwards transcribed, and that the
       foregoing is a true and correct transcription of
13     the testimony so given by the above-referenced
       witness.
14
              I do further certify that this
15     deposition was taken at the time and place in the
       foregoing caption specified.  I do further
16     certify that I am not a relative, counsel or
       attorney for either party, or otherwise
17     interested in the event of this action.
18            HEREBY, I attest to and certify the
       aforementioned on this 21st day of January, 2022.
19
20
21
22            _____
              Sarah R. Drown, RMR, CRR
23            Notary Public, State of Ohio
              Commission expiration:  04-22-22
24
25
```

Jeffrey R. Westfall

```
 1                  AFFIDAVIT OF NOTARY PUBLIC

 2

 3         The State of Ohio,   )

 4                              ) SS:

 5         County of        .  )

 6

 7            Before me, a Notary Public in and for said

 8         County and State, personally appeared JEFFREY R.

 9         WESTFALL, who acknowledged that they did read

10         their transcript in the above-captioned matter,

11         listed any necessary corrections on the

12         accompanying errata sheet, and did sign the

13         foregoing deposition and that the same is their

14         free act and deed.

15            In TESTIMONY WHEREOF, I have hereunto

16         affixed my name and official seal at this_____

17         day of _____, 2022.

18

19

20                    _____

21                    Notary Public

22

23                    _____

24                    My Commission Expires:

25
```

Jeffrey R. Westfall

```
 1                    SIGNATURE PAGE

 2

 3        In Re:    JEFFREY WESTFALL, et al. vs.

 4                  MONSANTO COMPANY

 5

 6        Case Number:       3:21-cv-02909-VC

 7        Deponent:          JEFFREY R. WESTFALL

 8        Deposition Date:   Tuesday, January 11, 2022

 9

10          To the Reporter:

11

12          I have read the entire transcript of my

13          deposition taken in the captioned matter or the

14          same has been read to me.  I request that the

15          following changes be entered upon the record for

16          the reasons indicated.  I have signed my name to

17          the errata sheet and the appropriate certificate

18          and authorize you to attach both to the original

19          transcript.

20

21

22

23

24 _____

25          JEFFREY R. WESTFALL
```