AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Koller, et al. | ) | MDL No. 2741 |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-04260-VC |
| Monsanto Company, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant The Scotts Company LLC                                                .

Date:   09/23/2022                                          /s/ Stephanie Dilworth
                                                                  *Attorney's signature*

                                                    Stephanie Dilworth - SBN 342109
                                                       *Printed name and bar number*

                                                              Jones Day
                                                    555 California Street, 26th Floor
                                                        San Francisco, CA  94104
                                                                 *Address*

                                                         sdilworth@jonesday.com
                                                              *E-mail address*

                                                             (415) 626-3939
                                                            *Telephone number*

                                                             (415) 875-5700
                                                               *FAX number*