Jeffrey J. Jones (*pro hac vice*)
JONES DAY
150 West Jefferson, Suite 2100
Detroit, Michigan 48226
Tel: (313) 733-3939
Fax: (313) 230-7997
jjjones@jonesday.com

*Attorney for Defendant The Scotts Company LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Scott Koller, et al., v. Monsanto Company, et al.*, Case No. 3:22-cv-04260-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE ON BEHALF OF THE SCOTTS COMPANY LLC** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

      PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jeffrey J. Jones of the firm Jones Day, hereby enters an appearance in the above-captioned matter as counsel for Defendant THE SCOTTS COMPANY LLC, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: September 23, 2022

                                                        Respectfully submitted,

                                                         */s/ Jeffrey J. Jones*
                                                         Jeffrey J. Jones (OH 0030059; MI P80231)
                                                         (*pro hac vice*)
                                                          JONES DAY
                                                          150 West Jefferson, Suite 2100
                                                          Detroit, Michigan 48226
                                                          Tel: (313) 733-3939
                                                          Fax: (313) 230-7997
                                                          jjjones@jonesday.com

## CERTIFICATE OF SERVICE

I certify that on the September 23, 2022, I electronically filed the foregoing NOTICE OF APPEARANCE ON BEHALF OF THE SCOTTS COMPANY LLC with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Jeffrey J. Jones*
Jeffrey J. Jones

*Counsel for The Scotts Company LLC*