Margaret M. Dengler (*pro hac vice*)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Tel: (614) 469-3939
Fax: (614) 461-4198
mdengler@jonesday.com

*Attorney for Defendant The Scotts Company LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Scott Koller, et al., v. Monsanto Company, et al.*, Case No. 3:22-cv-04260-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE ON BEHALF OF THE SCOTTS COMPANY LLC** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Margaret M. Dengler of the firm Jones Day, hereby enters an appearance in the above-captioned matter as counsel for Defendant THE SCOTTS COMPANY LLC, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: September 23, 2022

Respectfully submitted,

*/s/ Margaret M. Dengler*
Margaret M. Dengler (OH 0097819)
(*pro hac vice*)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Tel: (614) 469-3939
Fax: (614) 461-4198
mdengler@jonesday.com

## CERTIFICATE OF SERVICE

I certify that on the September 23, 2022, I electronically filed the foregoing NOTICE OF APPEARANCE ON BEHALF OF THE SCOTTS COMPANY LLC with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Margaret M. Dengler*
Margaret M. Dengler

*Counsel for The Scotts Company LLC*