UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Scott Koller, et al., v. Monsanto Company, et al.*, Case No. 3:22-cv-04260-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

**THE SCOTTS COMPANY LLC'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Scotts Company LLC makes the following disclosures:

1. The Scotts Company LLC is a wholly-owned subsidiary of The Scotts Miracle-Gro Company, which is a publicly held corporation.

Dated: September 23, 2022

Respectfully submitted,

*/s/ Stephanie Dilworth*

Stephanie Dilworth (SBN 342109)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Tel:  (415) 626-3939
Fax:  (415) 875-5700
sdilworth@jonesday.com

Jeffrey J. Jones (*pro hac vice*)
JONES DAY
150 West Jefferson, Suite 2100
Detroit, Michigan 48226
Tel:  (313) 733-3939
Fax:  (313) 230-7997
jjjones@jonesday.com

Margaret M. Dengler (*pro hac vice*)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Tel:  (614) 469-3939
Fax:  (614) 461-4198
mdengler@jonesday.com

*Counsel for The Scotts Company LLC*

## CERTIFICATE OF SERVICE

I certify that on the September 23, 2022, I electronically filed the foregoing THE SCOTTS COMPANY LLC'S CORPORATE DISCLOSURE STATEMENT with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Stephanie Dilworth
Stephanie Dilworth

*Counsel for The Scotts Company LLC*