# Exhibit B



**TOXFACTOR**
**Toxicology Consulting**

**Ambrose K Charles, PhD., MSc., FACFEI**
Toxicologist / Consultant

Fellow, American College of Forensic Examiners Institute
Diplomate & Board Certified in Toxicology and Forensic Medicine

June 23, 2022

**Peter Engilis Report prepared for and submitted to:**

Attorney Jeffrey L. Haberman
Schlesinger Law Offices
1212 Southeast Third Avenue
Fort Lauderdale, Florida 33316

    **Re:** Peter Engilis: Case No. 1:19-cv-07859-VC, United States District Court, Northern District of California.

I have reviewed all pertinent documents[1-16] related to the Plaintiff Mr. Peter Engilis, provided to me by the **Schlesinger Law Offices**, Fort Lauderdale, Florida, which are considered as facts in this case. The toxicology review, analysis, opinions, and interpretations offered here are based on the facts, and the sources from the scientific literature as well as my professional knowledge, expertise, and best scientific judgment.

The nature and extent of 'Engilis' exposure to pesticides and other possible chemical substances will be addressed in the following sections of the report. His exposure scenario could not be justified as under "occupational," but as "residential" from his use description. The following aspects are carefully and objectively deliberated in my assessments are using generally accepted toxicological principles and methodology and are meant to establish:

    a. if a hazardous work environment existed for potential toxic exposure,
    b. if harmful pesticide constituents or other toxic chemicals were present in Engilis' locations of work or at home,
    c. if the time and duration of exposure coincided with his health or work history,
    d. if the claimed chemical(s) has contributed to his exposure,
    e. if the potential chemical exposure probably caused his health problems (toxic outcomes),
    f. if a reliable dose and effect relationship exists between his exposure and observed health effects,

 xv. group' versus an 'exposed group' for identical parameters are not relevant to pinpointing a susceptible individual in the affected group. The solely affected individual may be missed out from the reach of the statistical probability.

 xv. Epidemiological studies suggest that there exists a chemical (pesticide) specific association with NHL. Glyphosate exposure could be linked to inducing (a statistically-elevated risk of clinical significance) NHL subtype – CLL –, the most common type of NHL as observed in the case of Mr. Engilis

 xvi. Latency of NHL: The latency estimates cited in the epidemiological literature demonstrates latency intervals were within a typical range of 2 to 25 years. Initial onset and diagnosis of NHL in Engilis case were within this range, after about 26 years of glyphosate use with few intermittent breaks in other types of employment.

 xvii. Finally, thoughtful consideration of Engilis' health, lack of family history of cancer, non-exposure to other toxic substances, and absence of confounding factors before this episode, would reasonably associate his long glyphosate use history as the only causal factor for the NHL. A full evaluation of all data and evidence available leads to a reasonable scientific conclusion that glyphosate exposure showed a high chance of causing injury to his health and is probably related to the rapid progression to NHL. No other significant habit, agent, lifestyle, or chemical could be identified or suggested as being associated, promoted, or caused his long-term health problems. Timely medical intervention has expectantly saved him any permanent damage.

## 22. Documents & References

1. Document 1. Peter Engilis Medical Records, Walter Hayne MD. Adventist Health System, FL. 461504-**11**, pp1-7.
2. Document 2. Peter Engilis Medical Records, Florida Cancer Specialists. 461504-**12**, pp1-63.
3. Document 3. Peter Engilis Medical Records, Mid Florida Hematology and Oncology Center. 461504-**13**, pp1-18.
4. Document 4. Peter Engilis Medical Records, Broward Oncology Associates. 461504-**15**, pp1-14.
5. Document 5. Peter Engilis Medical Records, James Shoukas MD. Plastic Surgeon, Adventist Health System, FL. 461504-**16**, pp1-10.
6. Document 6. Peter Engilis Medical Records, George Georgakakis MD. Otolaryngology, Head, and Neck, Fort Lauderdale. 461504-**17**, pp1-19.
7. Document 7. Peter Engilis Medical Records, Atlantic Urology Associates/Advanced Urology Institute. 461504-**19**, pp1-18.

8. Document 8. Peter Engilis Medical Records, Jamie Long PsyD. Psychologist. 461504-**21(1,2)**, pp1-12.
9. Document 9. Peter Engilis Medical Records, Adventist Health Fish Memorial. 461504-**31** pp1-250.
10. Document 10. Peter Engilis Medical Records, Dr. Walter Hayne MD, Adventist Health Fish Memorial. 461504-**34 (1,2),** pp11-30.
11. Document 11. Cathy Engilis Deposition. 12/13/2021, pp1-71.
12. Document 12. Peter Engilis, Client Info Sheet, Schlesinger Law Offices, 13, pp1-63.
13. Document 13. Peter Engilis 1st Amendment Plaintiff Fact Sheet.
14. Document 14. Peter Engilis Settlement Form Final.
15. Document 15. Peter Engilis. Roundup affidavit.
16. Document 16. Peter Engilis Jr. Deposition. MDL no.: 2741 Liability Litigation Case No. mdl no.3:16md-02741-Peter Engilis, Jr. and Cathy Engilis v. Monsanto Company Case no.: 3:19-cv-07859-vc. Before United States District Court Northern District of California in Re: Roundup products Nov. 2, 2021. pp1-239.
17. ACS (American Cancer Society). 2022. How Is Chronic Lymphocytic Leukemia Staged? https://www.cancer.org/cancer/chronic-lymphocytic-leukemia/detection-diagnosis-staging/staging.html
18. MD Anderson Cancer Center. 2022. Chronic Lymphocytic Leukemia. https://www.mdanderson.org/cancer-types/chronic-lymphocytic-leukemia.html.
19. ATSDR (Agency for Toxic Substances and Disease Registry). 2020. Toxicological Profile for Glyphosate. Center for Disease Control. August 2020. pp. 1-319. https://www.atsdr.cdc.gov/toxprofiles/tp214-c4.pdf. Department of Health and Human Services.
20. Monsanto. 2006. Roundup Pro® Concentrate 50.2%. In: MSDS (Material Safety Data Sheet) Reference for Plant Protection Products. 2008. Page M461. Eds. Greenbook. Vance Publishing Corporation, Lenexa, KS.
21. Connolly, A., Coggins, M.A., and Koch, H.M. 2020. Human Biomonitoring of Glyphosate Exposures. Toxics. 8(3): 60-81.
22. EPA Guidelines for Carcinogen Risk Assessment. 2005. U.S EPA 630-P-03-001F, March 2005.
23. EPA 2020. Glyphosate: Interim Registration Review Decision. Case No. 0178. EPA-HQ-OPP-2009-0361. January 2020. pp1-36.
24. EPA 2017. Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. EPA's Office of Pesticide Programs. DP Barcode: D444689. TXR: 0057688. December 12, 2017.
25. IARC (International Agency for Research on Cancer). 2017. Some organophosphate insecticides and herbicides. IARC monographs on the evaluation of carcinogenic risks to humans vol. 112. World Health Organization. Lyon, France.
26. Eriksson, M., Hardell, L., Carlberg, M., and Akerman, M. 2008. Pesticide exposure as a risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int. J. Cancer, 123:1657-1663.
27. McDuffie, H.H., Pahwa, P., McLaughlin, J.R., Spinell, J.J., Fincham, S., Dosman, J.A., Robson, D., Skinnider, L.F., and Choi, N.W. 2001. Non-Hodgkin's lymphoma and

specific pesticide exposures in men: Cross-Canada study of pesticides and health. Cancer Epidemiol., Biomarkers & Prevention, 10:1155-1163.

28. Andreotti, G. et al. (& 11 authors) 2018. Glyphosate use and cancer incidence in the Agricultural Health Study. J. Natl. Cancer Inst. 110:509-516.
29a. Ellenhorn's Medical Toxicology. 1997. Diagnosis and Treatment of Human Poisoning. [Ed. Matthew J. Ellenhorn., Second Edition. Williams & Wilkins, Baltimore, pp16548-1652.
29. Leon, M.E. et al. (& 16 other authors). 2019. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway, and the USA: a pooled analysis from the AGRICOH consortium. Int. J. Epidemiol. 48:1519-1535.
30. Zhang, L., Rana, I., Shaffer, R.M., Taioli, E., and Sheppard, L. 2019. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat. Res. 781:186-206.
31. Pahwa, M., Beane Freeman, L.E., Spinelli, J.J., Blair, A., McLaughlin, J.R., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Punam, Pahwa, P.P., Dosman, J.A., Demers, P.A., Harris, S.A. 2019. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand. J. Work Environ, Health. 45(6):600-609.
32. EPA. 2017. Glyphosate. Draft Human Health Risk Assessment in Support of Registration Review. EPA-HQ-OPP-2009-0361-0068. D417700. December 12, 2017. pp1-41
33. Boffetta, P., Ciocan, C., Zunarelli, C., and Pira, E. 2021. Exposure to glyphosate and risk of non-Hodgkin lymphoma: an updated meta-analysis. Med. Lav., 112:194-199.
34. EPA. 2020. Glyphosate: Epidemiology review of Zang et al. 2019 and Leon et al. 2019 publications for response to comments on the proposed interim decision. DP Barcode: D455531. January 6, 2020
35. NPIC (National Pesticide Information Center). 2022. Glyphosate Technical Fact Sheet. http://npic.orst.edu/factsheets/archive/glyphotech.html#references. 2022.
36. Weisenburger, D.S. 2021. A review and update with the perspective of evidence that the herbicide glyphosate (Roundup) is a cause of non-Hodgkin lymphoma. Clin. Lymphoma, Myeloma, and Leukemia. 21:621-630.
37. MyoClinic. 2022. Chronic Lymphocytic Leukemia. https://www.mayoclinic.org/diseases-conditions/chronic-lymphocytic-leukemia/symptoms-causes/syc-20352428?p=1.
38. Zhu Y., Wang Y., Qian Z., Pan J., Liu Q., Dong B., and Xue, W. 2019. Extended lymphadenectomy for high-risk prostate cancer in patients with chronic lymphocytic leukemia may not be necessary: a report of two cases. BMC Cancer. 19: 676. Published online 2019 Jul 9. doi: 10.1186/s12885-019-5876-x.
39. Portier, C.J. 2020. A comprehensive analysis of the animal carcinogenicity data for glyphosate from chronic exposure rodent carcinogenicity studies. Environ. Hlth. 19:10. https://dol.org/10.1186/s 12940-020-00574-1.

**Affirmation:**

Statements contained herein are based on the documents provided and the literature published or available in the public domain and are true and correct. I am a person of full age and majority and competent to execute this expert analysis and report. I reserve the right to supplement or alter or revise my analysis and opinions as additional relevant data or information is available about this case.

Respectfully submitted,

**Dr. Ambrose K. Charles**
Toxicologist / Consultant
Round Rock, Texas 78665
Ph: Mobile 512-740-6137
June 23, 2022