# Exhibit C

# Russo, Louis M.

| | |
|---|---|
| **From:** | Jeffrey L. Haberman <JHaberman@schlesingerlaw.com> |
| **Sent:** | Tuesday, August 16, 2022 11:52 AM |
| **To:** | Kalas, John |
| **Cc:** | Martinez, Anthony SHB (external); jpiorkowski@lawdoc1.com; Russo, Louis M.; Cara Sillato |
| **Subject:** | Re: Follow up from yesterday's deposition |

**[External Message]**

Good afternoon ,
I looked into your request. We had made an inadvertent disclosure to our expert of privileged material. Our expert seemingly listed this material on his reliance list. We are clawing that back.

Thanks,
Jeff

Get Outlook for iOS



**Jeffrey L. Haberman**
Attorney

1212 Southeast Third Avenue
Fort Lauderdale, Florida 33316
Telephone: (954) 467-8800
Facsimile   (954) 320-9509
JHaberman@schlesingerlaw.com
www.SchlesingerLawOffices.com

Our Results

**NOTICE:** THE CONFIDENTIALITY OF THIS E-MAIL AND ATTACHMENTS ARE PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521. IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE **DELETE** IT FROM YOUR SYSTEM & NOTIFY THE SENDER IMMEDIATELY AT 1-877-467-8800.

**From:** Kalas, John <JKalas@Hollingsworthllp.com>
**Sent:** Tuesday, August 16, 2022 11:06:44 AM
**To:** Jeffrey L. Haberman <JHaberman@schlesingerlaw.com>
**Cc:** Martinez, Anthony SHB (external) <amartinez@shb.com>; jpiorkowski@lawdoc1.com <jpiorkowski@lawdoc1.com>; Russo, Louis M. <LRusso@hollingsworthllp.com>
**Subject:** RE: Follow up from yesterday's deposition

Mr. Haberman –

I've now sent two emails with no response.

Please provide these documents immediately.  Whether or not the documents are provided, the deposition will proceed tomorrow but we will reserve our right to move for additional deposition time if these documents – relied upon by Dr. Charles - are not provided today, with sufficient time to review them ahead of deposition.  We will also reserve our right to move for costs and fees in association with any motion or additional deposition time.

Best,

John



**John M. Kalas**
Partner
202.898.5848 | JKalas@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005

**From:** Kalas, John <JKalas@Hollingsworthllp.com>
**Sent:** Sunday, August 14, 2022 8:10 PM
**To:** jhaberman@schlesingerlaw.com
**Cc:** Martinez, Anthony SHB (external) <amartinez@shb.com>; jpiorkowski@lawdoc1.com
**Subject:** RE: Follow up from yesterday's deposition

Mr. Haberman –

I do not believe I've received a response to my email below.  Dr. Charles' deposition is Wednesday and these documents are not publicly available or available to counsel for Monsanto to my knowledge.  Please provide them immediately or immediately identify with specificity where they are available.

Best,

John


**From:** Kalas, John <JKalas@Hollingsworthllp.com>
**Sent:** Wednesday, August 10, 2022 10:06 AM
**To:** jhaberman@schlesingerlaw.com
**Cc:** Martinez, Anthony SHB (external) <amartinez@shb.com>; jpiorkowski@lawdoc1.com
**Subject:** RE: Follow up from yesterday's deposition

Sorry – one follow up. Please also provide document 12, listed as a client info sheet. Thanks.


**From:** Kalas, John
**Sent:** Wednesday, August 10, 2022 10:06 AM
**To:** jhaberman@schlesingerlaw.com
**Cc:** Martinez, Anthony SHB (external) <amartinez@shb.com>; jpiorkowski@lawdoc1.com
**Subject:** Follow up from yesterday's deposition

Mr. Haberman –

Dr. Schneider referred to August invoices he had submitted to your group during yesterday's deposition. Please send those along as soon as possible.

Also – please identify with specificity or provide documents 14 and 15 cited in Dr. Charles' expert report.  They are:

14. Document 14. Peter Engilis Settlement Form Final.
15. Document 15. Peter Engilis. Roundup affidavit.

Thank you.

Best,

John Kalas

**Disclaimer**

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.

CONFIDENTIALITY NOTICE: The confidentiality of this e-mail, including attachments, is protected by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information contained in this e-mail is intended only for use of the individual or entity named above. This e-mail or the attachments may also contain trade secret or proprietary information; information protected by court orders; and/or may be subject to attorney-client privilege, work product privilege, or other privilege under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please delete it from your computer system and notify the sender immediately by calling us toll free at 1-877-467-8800.