Query   Reports   Utilities   Help   Log Out

APPEAL,CLOSED

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:18-cv-02100-VC

Watson v. Monsanto Company  
Assigned to: Judge Vince Chhabria  
Lead case: 3:16-md-02741-VC  
Member case: (View Member Case)  
Case in other court: Tennessee Western, 2:18-cv-02128  
Cause: 28:1332 Diversity-Personal Injury  

Date Filed: 04/06/2018  
Date Terminated: 06/30/2022  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

Walter J. Watson     represented by  **Michael P. McGartland**  
MCGARTLAND & BORCHARDT LLP  
1300 South University  
Ste. 500  
Fort Worth, TX 76107  
817-332-9300  
Email: Mike@mcgartland.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Monsanto Company     represented by  **Joe G. Hollingsworth**  
Hollingsworth LLP  
1350 I Street, N.W.  
Washington, DC 20005  
(202) 898-5800  
Fax: (202) 682-1639  
Email: jhollingsworth@hollingsworthllp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2018 | 1 | COMPLAINT against Monsanto Company (Filing fee $ 400 receipt number 0651-2732644), filed by Walter J. Watson. (Attachments: # 1 Civil Cover Sheet)(McGartland, Michael) (Entered: 02/26/2018) |
| 02/26/2018 | 2 | NOTICE of Summons by Michael P. McGartland on behalf of Walter J. Watson. (McGartland, Michael) (Entered: 02/26/2018) |
| 02/26/2018 | 3 | Judge Sheryl H. Lipman and Chief Magistrate Judge Diane K. Vescovo added. (jld) (Entered: 02/26/2018) |

EXHIBIT 1

| | | |
|---|---|---|
| 02/26/2018 | 4 | NOTICE OF CASE TRACKING ASSIGNMENT PURSUANT TO LOCAL RULE 16.2: Pursuant to Local Rule 16.2, this case has been assigned to the Standard track. http://www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf (jld) (Entered: 02/26/2018) |
| 02/26/2018 | 5 | NOTICE TO COMPLY WITH PLAN FOR ALTERNATE DISPUTE RESOLUTION (ADR): Pursuant to Section to 2.1 of the ADR Plan, all civil cases filed on or after Sept. 1, 2014, shall be referred automatically for ADR. For compliance requirements, refer to the ADR Plan at: http://www.tnwd.uscourts.gov/pdf/content/ADRPlan.pdf (jld) (Entered: 02/26/2018) |
| 02/26/2018 | 6 | NOTICE OF RIGHT TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE Pursuant to 28 U.S.C. 636(c), Fed.R.Civ.P.73, and Local Rule 72.1, this Court has designated the Magistrate Judges of this District to conduct trials and otherwise dispose of any civil case that is filed in this Court. Your decision to consent, or not consent, to the referral of your case to a United States Magistrate Judge for trial and entry of a final judgment must be entirely voluntary. The judge or magistrate judge to whom the case has been assigned will not be informed of your decision unless all parties agree that the case may be referred to a magistrate judge for these specific purposes. A less than unanimous decision will not be communicated by this office to either the judge or magistrate judge. The consent form is available on the courts website at https://www.tnwd.uscourts.gov/forms-and-applications.php (jld) (Entered: 02/26/2018) |
| 02/26/2018 | 7 | Summons Issued as to Monsanto Company. The filer has been notified electronically that the summons has been issued, and the new docket entry reflects this. Upon notification of the new docket entry, the filer is to print the issued summons in order to effect service. (jld) (Entered: 02/26/2018) |
| 04/05/2018 | 8 | CONDITIONAL TRANSFER ORDER (CTO-80) MDL NO. 2741. Signed by Jeffery N. Luthi, Clerk of Panel on 4/4/2018. (agj) (Entered: 04/06/2018) |
| 04/06/2018 | 9 | Case transferred in from District of Tennessee Western; Case Number 2:18-cv-02128. Original file certified copy of transfer order and docket sheet received. (Entered: 04/06/2018) |
| 04/27/2018 | 10 | Certificate of Interested Entities by Monsanto Company (Hollingsworth, Joe) (Filed on 4/27/2018) (Entered: 04/27/2018) |
| 04/27/2018 | 11 | Corporate Disclosure Statement by Monsanto Company (Hollingsworth, Joe) (Filed on 4/27/2018) (Entered: 04/27/2018) |
| 04/27/2018 | 12 | ANSWER to Complaint with Jury Demand byMonsanto Company. (Hollingsworth, Joe) (Filed on 4/27/2018) (Entered: 04/27/2018) |
| 06/29/2022 | 13 | **ORDER DISMISSING CASES WITH PREJUDICE FOR FAILURE TO COMPLY WITH PTO NO. 270. Signed by Judge Vince Chhabria on 5/16/2022. (vclc3, COURT STAFF) (Filed on 6/29/2022) (Entered: 06/29/2022)** |
| 06/30/2022 | | MDL 2741 MEMBER CASE CLOSED: Pursuant to the Court's order of 5/16/2022 in the MDL 2741 master file (dkt. #14883), civil case no. 3:18-cv-02100-VC Watson v. Monsanto Company is terminated. cc: JPMDL (wsn, COURT STAFF) (Filed on 6/30/2022) (Entered: 06/30/2022) |
| 07/29/2022 | 14 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Walter J. Watson. Appeal of Order 13 (Pay.gov Agency Tracking ID ACANDC-17395144.) (Attachments: # 1 Exhibit PTO 270)(Coffin, Christopher) (Filed on 7/29/2022) (Entered: 07/29/2022) |

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 08/05/2022 11:06:54 ||||
| PACER Login: | JAP34024 | Client Code: | 3425 |
| Description: | Docket Report | Search Criteria: | 3:18-cv-02100-VC |
| Billable Pages: | 2 | Cost: | 0.20 |