**From:** Jan Buzard <JBuzard@feinberglawoffices.com>
**Sent:** Monday, July 11, 2022 8:19 AM
**To:** Shelly Shirey <sshirey@pbclawfirm.com>
**Subject:** FW: Dates Packets went out

You don't often get email from jbuzard@feinberglawoffices.com. Learn why this is important

Hi –

See below for Fedex tracking details.  Let me know if there is anything else you need!

Thanks,
Jan


**From:** Wesley Allin <wallin@feinberglawoffices.com>
**Sent:** Monday, July 11, 2022 9:13 AM
**To:** Jan Buzard <JBuzard@feinberglawoffices.com>
**Cc:** Bobby Cardin <bobby@feinberglawoffices.com>
**Subject:** RE: Dates Packets went out

Hi Jan!

Sorry for the delay, we had some time off last week. The tracking number for George Smith's packet was 774814435520 (screenshots of FedEx tracking below).

**DELIVERED**
**Tuesday**
9/21/2021 at 2:36 pm
Signed for by: T.THOMAS
Obtain Proof of delivery

**DELIVERY STATUS**
Delivered ✓
Get Status Updates

**TRACKING ID**
774814435520

FROM
WASHINGTON, DC US

PACKAGE RECEIVED BY FEDEX

IN TRANSIT

OUT FOR DELIVERY

DELIVERED
NEW ORLEANS, LA US

DELIVERED
9/21/2021 at 2:36 PM

The tracking number for Walter Watson's packet was 774814443470.



EXHIBIT 3

7

**DELIVERED**

## Tuesday
9/21/2021 at 2:36 pm

Signed for by: T.THOMAS

⬇ Obtain Proof of delivery

How was your delivery?
☆ ☆ ☆ ☆ ☆

**DELIVERY STATUS**
Delivered ✓

✉ Get Status Updates

**TRACKING ID**
774814443470 ✎ ☆ 📋

FROM
WASHINGTON, DC US

PACKAGE RECEIVED BY FEDEX

IN TRANSIT

OUT FOR DELIVERY

DELIVERED
NEW ORLEANS, LA US

DELIVERED
9/21/2021 at 2:36 PM



Hopefully that helps!
-Wesley