Query    Reports    Utilities    Help    Log Out

APPEAL,CLOSED

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:18-cv-03757-VC

Smith v. Monsanto Company  
Assigned to: Judge Vince Chhabria  
Lead case: 3:16-md-02741-VC  
Member case: (View Member Case)  
Case in other court: Louisiana Eastern, 2:18-cv-05205  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/25/2018  
Date Terminated: 06/30/2022  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**George D Smith**  represented by  **Nicholas Ryan Rockforte**  
Pendley, Baudin & Coffin, LLP (New Orleans)  
1515 Poydras Street  
Suite 1400  
New Orleans, LA 70112  
504-355-0086  
Fax: 504-523-0699  
Email: nrockforte@pbclawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Christopher L. Coffin**  
Pendley, Baudin & Coffin, LLP  
P.O. Drawer 71  
24110 Eden St.  
Plaquemine, LA 70765-0071  
225-687-6396  
Fax: 225-687-6398  
Email: ccoffin@pbclawfirm.com  
*ATTORNEY TO BE NOTICED*

**Evan Patrick Fontenot**  
Pendley, Baudin & Coffin, LLP (Plaquemine)  
P. O. Drawer 71  
24110 Eden St.  
Plaquemine, LA 70765-0071  
225-687-6396  
Email: efontenot@pbclawfirm.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

EXHIBIT 1

| Monsanto Company | represented by | Joe G. Hollingsworth |

Hollingsworth LLP
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
Fax: (202) 682-1639
Email: jhollingsworth@hollingsworthllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2018 | 1 | COMPLAINT with jury demand against Monsanto Company (Filing fee $ 400 receipt number 053L-6893971) filed by George D. Smith. (Attachments: # 1 Civil Cover Sheet)Attorney Nicholas Ryan Rockforte added to party George D. Smith(pty:pla). (Rockforte, Nicholas) (Entered: 05/23/2018) |
| 05/23/2018 | 2 | Initial Case Assignment to Judge Lance M Africk and Magistrate Judge Michael North. (gk) (Entered: 05/23/2018) |
| 05/29/2018 | 3 | ORDER REASSIGNING CASE. Case reassigned to Judge Martin L.C. Feldman. Judge Lance M Africk no longer assigned to case. Signed by Judge Lance M Africk on 5/29/2018.(blg) (Entered: 05/29/2018) |
| 06/12/2018 | 4 | Notice of Conditional Transfer Order from MDL Panel regarding MDL 2741. (lag) (Entered: 06/22/2018) |
| 06/12/2018 | 5 | Order of MDL Transfer to Northern District of California. MDL case number is 2741. Electronic file sent. (Attachments: # 1 Transmittal letter)(lag) (Entered: 06/22/2018) |
| 06/25/2018 | 6 | Case transferred in from District of Louisiana Eastern; Case Number 2:18-cv-05205. Original file certified copy of transfer order and docket sheet received. Modified on 6/26/2018 (fabS, COURT STAFF). (Entered: 06/26/2018) |
| 07/23/2018 | 7 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. (Hollingsworth, Joe) (Filed on 7/23/2018) (Entered: 07/23/2018) |
| 07/23/2018 | 8 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. (Hollingsworth, Joe) (Filed on 7/23/2018) (Entered: 07/23/2018) |
| 07/23/2018 | 9 | ANSWER to Complaint with Jury Demand byMonsanto Company. (Hollingsworth, Joe) (Filed on 7/23/2018) (Entered: 07/23/2018) |
| 06/29/2022 | 10 | **ORDER DISMISSING CASES WITH PREJUDICE FOR FAILURE TO COMPLY WITH PTO NO. 270. Signed by Judge Vince Chhabria on 5/16/2022. (vclc3, COURT STAFF) (Filed on 6/29/2022) (Entered: 06/29/2022)** |
| 06/30/2022 |  | MDL 2741 MEMBER CASE CLOSED: Pursuant to the Court's order of 5/16/2022 in the MDL 2741 master file (dkt. #14883), civil case no. 3:18-cv-03757-VC Smith v. Monsanto Company is terminated. cc: JPMDL (wsn, COURT STAFF) (Filed on 6/30/2022) (Entered: 06/30/2022) |
| 07/29/2022 | 11 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by George D Smith. Appeal of Order 10 (Pay.gov Agency Tracking ID ACANDC-17395077.) (Attachments: # 1 Exhibit PTO 270)(Coffin, Christopher) (Filed on 7/29/2022) (Entered: 07/29/2022) |

| PACER Service Center |   |   |   |
|---|---|---|---|
| Transaction Receipt |   |   |   |
| 08/05/2022 11:08:48 |   |   |   |
| **PACER Login:** | JAP34024 | **Client Code:** | 3425 |
| **Description:** | Docket Report | **Search Criteria:** | 3:18-cv-03757-VC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |