**From:** Jan Buzard <JBuzard@feinberglawoffices.com>
**Sent:** Monday, July 11, 2022 8:19 AM
**To:** Shelly Shirey <sshirey@pbclawfirm.com>
**Subject:** FW: Dates Packets went out

You don't often get email from jbuzard@feinberglawoffices.com. Learn why this is important

Hi –

See below for Fedex tracking details. Let me know if there is anything else you need!

Thanks,
Jan


**From:** Wesley Allin <wallin@feinberglawoffices.com>
**Sent:** Monday, July 11, 2022 9:13 AM
**To:** Jan Buzard <JBuzard@feinberglawoffices.com>
**Cc:** Bobby Cardin <bobby@feinberglawoffices.com>
**Subject:** RE: Dates Packets went out

Hi Jan!

Sorry for the delay, we had some time off last week. The tracking number for George Smith's packet was 774814435520 (screenshots of FedEx tracking below).



The tracking number for Walter Watson's packet was 774814443470.

7



EXHIBIT 3