UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: ROUNDUP PRODUCTS  　　　　　　MDL NO. 2741
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
*Smith v. Monsanto*, No. 3:18-cv-03757

## DECLARATION OF CHRISTOPHER L. COFFIN

I, Christopher L. Coffin, do hereby declare and state:

1. I am a partner at Pendley, Baudin & Coffin, L.L.P. ("PBC") and since 2018, I have represented Plaintiff George Smith in the instant Roundup MDL.

2. Prior to August 2018, my office address was 1515 Poydras Street, Suite 1400, in New Orleans, Louisiana.

3. In August 2018, my office relocated to 1100 Poydras Street in New Orleans, Louisiana and PBC still maintains an office in that location.

4. PBC additionally maintains an office at 24110 Eden Street in Plaquemine, Louisiana.

5. I did not receive the September 2021 FedEx correspondence from the Special Master at either my 1100 Poydras Street office address in New Orleans, or the PBC office address in Plaquemine.

6. I have no personal knowledge of the occupants of 1515 Poydras Street, Suite 1400, New Orleans, Louisiana (PBC's former office) at the time the Special Master's FedEx package was apparently delivered there in September 2021, and I do not know of any person named "T. Thomas", who apparently signed for the Special Master's FedEx package. I did not give anyone at PBC's former office address at 1100 Poydras Street the authority to accept FedEx packages on behalf of myself, PBC or any of its attorneys.

7. To date, I have not received any letter or correspondence from the Special Master regarding Plaintiff Smith with respect to PTO No. 240.

EXHIBIT 4

8. I receive ECF/CM email notifications for all orders and filings entered into the Roundup MDL docket, as well as the individual docket of Plaintiff Smith.

9. I received PTO No. 270, but did not recognize or realize that Plaintiff Smith's case was affected by the Order.

10. If I had received the Special Master's correspondence and request for information and documents, I would have calendared any imposed deadlines and the Plaintiff would have provided the requested materials within the prescribed deadlines.

Signed this 26th day of September, 2022.

Christopher L. Coffin