UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL NO. 2741

THIS DOCUMENT RELATES TO:
*Smith v. Monsanto,* No. 3:18-cv-03757

## DECLARATION OF SHELLY SHIREY

I, Shelly Shirey, do hereby declare and state:

1. I am a legal assistant to Christopher L. Coffin, who is a partner at Pendley, Baudin & Coffin, LLP.

2. I work in the Plaquemine office of Pendley, Baudin & Coffin, LLP located at 24110 Eden Street in Plaquemine, Louisiana.

3. I am familiar with correspondence regarding the Roundup case that is received at both the Plaquemine and New Orleans offices of Pendley, Baudin & Coffin.

4. I did not receive the September 2021 correspondence from the Special Master at either office for Pendley, Baudin & Coffin, LLP.

5. Once I became aware that Plaintiff Smith's case had been dismissed, I contacted the office of the Special Master and requested information about the mailing of the letters regarding Plaintiffs' participation in the Special Master Program.

6. I received FedEx labels from the Special Master's office showing that the package containing the letter was addressed to a former office address of Pendley, Baudin & Coffin, LLP at 1515 Poydras Street, Suite 1400, New Orleans, Louisiana, and the tracking information for the delivery indicated that it had been signed for by a person named "T. Thomas." The Special Master's office confirmed to me that no other attempt at service of the letter would have made on PBC, especially given that the packages were signed for.

EXHIBIT 5

7. I have no personal knowledge of the occupants of PBC's former offices at 1515 Poydras Street, Suite 1400, New Orleans, Louisiana, at the time the Special Master's FedEx package was apparently delivered, nor have I received any mail or packages forwarded to PBC by anyone there, including any person named "T. Thomas." I do not know who "T. Thomas" is.

8. To date, PBC has not received any letters or correspondence from the Special Master regarding Plaintiff Smith with respect to PTO. No. 240.

Signed this 26 day of September, 2022.

_____
Shelly Shirey