EXHIBIT D'



February 25, 2022

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

    Re:    Notice of Failure to Provide Plaintiff Fact Sheet
              *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

      This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

      Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Friday, February 25, 2022.

      Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*[signature]*

John L. Ackley, Esq.

4878-2734-4397

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

**PLAINTIFFS WHO FAILED TO SUBMIT PFS**

| Plaintiff's Name | Counsel | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|---|
| Edward Francis | Bryce Thomas Hensley<br>Romanucci and Blandin, LLC<br>321 N. Clark Street, Suite 900<br>Chicago, IL 60654 | 3:21-cv-08445 | January 7, 2022 | February 25, 2022 |
| Argentina Komarmy<br>[Estate of Joseph Komarmy] | Bradford Rothwell Sohn<br>The Brad Sohn Law Firm PLLC<br>1600 Ponce De Leon Boulevard, Suite 1205<br>Miami, FL 33134<br><br>Mark Jurgen Heise<br>Luis Eduardo Suarez<br>Patricia Melville<br>Heise Suarez Melville<br>1600 Ponce De Leon Boulevard, Suite 1205<br>Coral Gables, FL 33134 | 3:21-cv-07743 | January 3, 2022 | February 25, 2022 |
| Brian Martin | Brian Martin (Pro Se)<br>1129 Sunset Cliffs Blvd<br>San Digeo, CA 92107 | 3:21-cv-08549 | January 31, 2022 | February 25, 2022 |
| Antonio Pena | Matthew Joseph Coleman<br>Parente & Norem, P.C.<br>221 North LaSalle Street, Suite 1750<br>Chicago, IL 60601 | 3:21-cv-08448 | January 24, 2022 | February 25, 2022 |
| Scott Sonnier | C. Mark Whitehead, III<br>The Whitehead Law Firm LLC<br>3639 Ambassador Caffery Parkway<br>Lafayette, LA 70503 | 3:21-cv-08883 | January 31, 2022 | February 25, 2022 |
| Naomi Swanson | Nathan Edward Fitzpatrick<br>The Fitzpatrick Firm, LLC<br>14 Lenox Pointe<br>Atlanta, GA 30324 | 3:21-cv-08047 | January 3, 2022 | February 25, 2022 |
| Lois M. Todd-Meyer | David A. Domina<br>Domina Law Group pc llo<br>2425 South 144th St.<br>Omaha, NE 68144-3267 | 3:21-cv-08324 | January 13, 2022 | February 25, 2022 |

4878-2734-4397

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| Plaintiff's Name | Counsel | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|---|
| Amanda Boyette | Chandra Joan Williams<br>William J. Rhodunda , Jr.<br>Rhodunda Williams & Kondraschow<br>1521 Concord Pike, Suite 205<br>Wilmington, DE 19803<br><br>Gillian Leigh Wade<br>Marc A. Castaneda<br>Sara D. Avila<br>Milstein Jackson Fairchild & Wade, LLP<br>10990 Wilshire Boulevard, Suite 800<br>Los Angeles, CA 90024 | 3:21-cv-08159 | January 7, 2022 | February 25, 2022 |
| Julio Ezcurra | Chandra Joan Williams<br>William J. Rhodunda , Jr.<br>Rhodunda Williams & Kondraschow<br>1521 Concord Pike, Suite 205<br>Wilmington, DE 19803<br><br>Gillian Leigh Wade<br>Marc A. Castaneda<br>Sara D. Avila<br>Milstein Jackson Fairchild & Wade, LLP<br>10990 Wilshire Boulevard, Suite 800<br>Los Angeles, CA 90024 | 3:21-cv-08159 | January 7, 2022 | February 25, 2022 |
| Scott Gilmore | Chandra Joan Williams<br>William J. Rhodunda , Jr.<br>Rhodunda Williams & Kondraschow<br>1521 Concord Pike, Suite 205<br>Wilmington, DE 19803<br><br>Gillian Leigh Wade<br>Marc A. Castaneda<br>Sara D. Avila<br>Milstein Jackson Fairchild & Wade, LLP<br>10990 Wilshire Boulevard, Suite 800<br>Los Angeles, CA 90024 | 3:21-cv-08159 | January 7, 2022 | February 25, 2022 |

4878-2734-4397

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Sherry Hanna | Chandra Joan Williams<br>William J. Rhodunda , Jr.<br>Rhodunda Williams & Kondraschow<br>1521 Concord Pike, Suite 205<br>Wilmington, DE 19803<br><br>Gillian Leigh Wade<br>Marc A. Castaneda<br>Sara D. Avila<br>Milstein Jackson Fairchild & Wade, LLP<br>10990 Wilshire Boulevard, Suite 800<br>Los Angeles, CA 90024 | 3:21-cv-08159 | January 7, 2022 | February 25, 2022 |
| Anthony Jewell | Chandra Joan Williams<br>William J. Rhodunda , Jr.<br>Rhodunda Williams & Kondraschow<br>1521 Concord Pike, Suite 205<br>Wilmington, DE 19803<br><br>Gillian Leigh Wade<br>Marc A. Castaneda<br>Sara D. Avila<br>Milstein Jackson Fairchild & Wade, LLP<br>10990 Wilshire Boulevard, Suite 800<br>Los Angeles, CA 90024 | 3:21-cv-08159 | January 7, 2022 | February 25, 2022 |
| Paul Taylor | Chandra Joan Williams<br>William J. Rhodunda , Jr.<br>Rhodunda Williams & Kondraschow<br>1521 Concord Pike, Suite 205<br>Wilmington, DE 19803<br><br>Gillian Leigh Wade<br>Marc A. Castaneda<br>Sara D. Avila<br>Milstein Jackson Fairchild & Wade, LLP<br>10990 Wilshire Boulevard, Suite 800<br>Los Angeles, CA 90024 | 3:21-cv-08159 | January 7, 2022 | February 25, 2022 |

4878-2734-4397

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| **Plaintiff's Name** | **Counsel** | **Case Number** | **PFS Due Date** | **Notice of Failure to Submit PFS** |
|---|---|---|---|---|
| James Weeks | Chandra Joan Williams<br>William J. Rhodunda , Jr.<br>Rhodunda Williams & Kondraschow<br>1521 Concord Pike, Suite 205<br>Wilmington, DE 19803<br><br>Gillian Leigh Wade<br>Marc A. Castaneda<br>Sara D. Avila<br>Milstein Jackson Fairchild & Wade, LLP<br>10990 Wilshire Boulevard, Suite 800<br>Los Angeles, CA 90024 | 3:21-cv-08159 | January 7, 2022 | February 25, 2022 |
| Kristy Williams | Chandra Joan Williams<br>William J. Rhodunda , Jr.<br>Rhodunda Williams & Kondraschow<br>1521 Concord Pike, Suite 205<br>Wilmington, DE 19803<br><br>Gillian Leigh Wade<br>Marc A. Castaneda<br>Sara D. Avila<br>Milstein Jackson Fairchild & Wade, LLP<br>10990 Wilshire Boulevard, Suite 800<br>Los Angeles, CA 90024 | 3:21-cv-08159 | January 7, 2022 | February 25, 2022 |

4878-2734-4397

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.