EXHIBIT D'



July 21, 2022

Lakshmi Achari

**VIA ELECTRONIC MAIL**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5663
**f** 713.227.9508
lachari@shb.com

Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:   Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Tuesday, June 7, 2022.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

Lakshmi Achari, Esq.

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.

4871-7288-0164

**PLAINTIFFS WHO FAILED TO SUBMIT PFS**

| Plaintiff's Name | Counsel | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|---|
| Linda Bennett | Lynne M. Kizis<br>Wilentz, Goldman and Spitzer, PA<br>90 Woodbridge Center Drive, Suite 900<br>P.O. Box 10<br>Woodbridge, NJ 07095 | 3:22-cv-00659 | May 2, 2022 | July 21, 2022 |
| Angela Bray Holder [Estate of Elizabeth Holder] | T. David Hoyle<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br><br>Jimmy F. Rodgers, Jr.<br>Summers Rufolo & Rodgers PC<br>735 Broad Street, Suite 800<br>Chattanooga, TN 37402-2913 | 3:22-cv-01133 | May 24, 2022 | July 21, 2022 |
| Richard Colucci | Thomas Paul Valet<br>Rappaport, Glass, Levine & Zullo<br>1355 Motor Parkway<br>Islandia, NY 11749 | 3:22-cv-00860 | May 9, 2022 | July 21, 2022 |
| Shelby Dickerson [Estate of Richard Dickerson] | Paul A. Weykamp<br>Law Offices of Paul A. Weykamp<br>16 Stenersen Lane, Suite 2<br>Hunt Valley, MD 21030 | 3:22-cv-00656 | May 2, 2022 | July 21, 2022 |
| Sofia Manykyan | Areg Allen Sarkissian<br>Sarkissian Law Group<br>Encino Office Park 1<br>6345 Balboa Boulevard<br>Suite 114<br>Encino, CA 91316 | 3:22-cv-001268 | May 30, 2022 | July 21, 2022 |
| Maria E. Sullivan | Kelly E. Reardon<br>The Reardon Law Firm P.C.<br>160 Hempstead Street<br>New London, CT 06320 | 3:22-cv-01269 | May 30, 2022 | July 21, 2022 |
| Fannie Terrell [Estate of David M. Terrell] | Steven M. Goldberg<br>Law Office of Steven M. Goldberg<br>31300 Solon Road Suite 12 | 3:22-cv-00785 | May 9, 2022 | July 21, 2022 |

4871-7288-0164 v.1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4871-7288-0164

| Plaintiff's Name | Counsel | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|---|
| | Solon, Ohio 44139 | | | |
| Alan Tomion | Seth A. Dymond<br>Belluck & Fox LLP<br>546 Fifth Avenue, 4th Floor<br>New York, NY 10036 | 3:22-cv-00940 | May 16, 2022 | July 21, 2022 |
| Roy Rodgers | Lee J. Rohn<br>Lee J. Rohn & Associates LLC<br>1108 King Street, Suite 3<br>Christiansted, St. Croix, VI 00820 | 3:21-cv-03297 | June 14, 2021 | July 21, 2022 |

4871-7288-0164 v.1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4871-7288-0164