Lakshmi Achari
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24126364
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
lachari@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Antonio Pena*<br>Cause No. 3:21-cv-08448-VC<br>(N.D. Cal)<br><br>*Roy Rodgers*<br>Cause No. 3:21-cv-03297-VC<br>(N.D. Cal)<br><br>*Naomi Swanson*<br>Cause No. 3:21-cv-08047-VC<br>(N.D. Cal) | |

**MONSANTO COMPANY'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET**

Defendant Monsanto Company ("Monsanto") files this motion to dismiss with prejudice for failure to submit a Plaintiff Fact Sheet ("PFS"). Pretrial Order 50 (ECF Doc. 1883) ("PTO 50") requires each Plaintiff to submit a completed PFS, either through the MDL Centrality system or to Brown Greer directly. According to the order, Group 4 plaintiffs were required to submit a PFS within 91 days from the date of transfer into the MDL. Additionally, PTO 50 states that if a Plaintiff does not

submit a completed PFS within the time specified, Monsanto must give notice to plaintiff's counsel and Lead Counsel identifying the overdue PFS and provide plaintiff seven days in which to submit the PFS. If Monsanto has not received a completed PFS within seven days after serving Plaintiff with the notice, Monsanto may move the Court for an Order dismissing the Complaint with prejudice.  Indeed, this Court has previously "dismissed with prejudice for failure to prosecute" plaintiffs who have failed to submit PFSs in accordance with the Court's orders.

The Plaintiffs identified below failed to submit any PFS whatsoever to date, and Monsanto notified each Plaintiff that a PFS had not been submitted.[1]

| Case | Plaintiff | Case Number | PFS Due Date | Letter to Plaintiff's Counsel |
|---|---|---|---|---|
| Pena | Pena, Antonio | 3:21-cv-08448 | 1/24/2022 | 2/25/2022 |
| Rodgers | Rodgers, Roy | 3:21-cv-03297 | 6/14/2022 | 7/21/2022 |
| Swanson | Swanson, Naomi | 3:21-cv-08047 | 1/3/2022 | 2/25/2022 |

The Notice of Failure to Submit a PFS is attached as follows:

| Exhibit | Description |
|---|---|
| Exhibit A | Letters sent to Plaintiff's Counsel |
| Exhibit B | Letters sent to Plaintiff's Leadership Counsel |

The Plaintiffs listed above have not replied to the Notice of Failure to Submit a PFS, and have not submitted PFSs.  Therefore, Monsanto respectfully requests that the Court enter an Order dismissing these Plaintiffs' cases, listed above, with prejudice.

**Conclusion**

---

[1] Moreover, Monsanto has provided each of these Plaintiffs with a copy of Pretrial Order 50 prior to filing this Motion.

2

Defendant's Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above captioned cases with prejudice for failure to submit a PFS.

Dated:  September 27, 2022

                                              Respectfully submitted,

                                              SHOOK, HARDY & BACON L.L.P.

                                              By: */s/ Lakshmi Achari*
                                                  Lakshmi Achari
                                                  Texas Bar No. 24126364
                                                 E-mail:  lachari@shb.com
                                                 600 Travis, Suite 3400
                                                 Houston, Texas 77002-2926
                                                 Telephone:  713-227-8008
                                                 Fax:  713-227-9508

                                              ***Attorney for Defendant,***
                                              ***MONSANTO COMPANY***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Lakshmi Achari, hereby certify that on September 27, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Lakshmi Achari*
Lakshmi Achari