UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Sutliff v. Monsanto*, Case No. 19-cv-2832 | **ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SEVER**<br>Re: Dkt. No. 15282 |

Monsanto's motion to dismiss the cases of Robert Tignor and Ronnie Wynne are dismissed with prejudice for failure to comply with Pretrial Order 155.

**IT IS SO ORDERED.**

Dated: September 28, 2022

VINCE CHHABRIA
United States District Judge