C. VICTOR WELSH, III, MSB# 7107
**PITTMAN, ROBERTS & WELSH, P.L.L.C.**
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

*Attorney for Plaintiffs, Michele Woodruff Harrell,
Alan Woodruff, and Sterling Woodruff,
Wrongful Death Heirs of Rodney A. Woodruff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| BRIDGET ANDERSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE AND OTHER WRONGFUL DEATH HEIRS OF RODNEY A. WOODRUFF, DECEASED<br>　　　　Plaintiffs,<br>vs.<br>MONSANTO COMPANY, INC. and DOES 1-10<br>　　　　Defendants. | Case No. 3:19-cv-07531-VC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM ORDER |

**[PROPOSED] ORDER**

1. The Woodruff Heirs' motion is GRANTED.

2. This Court's Order Re: Incorrectly Filed Motion, filed on June 30, 2022, in Member Case No. 19-cv-07531 [Dkt. # 18] is WITHDRAWN.

3. The Woodruff Heirs' Motion for Leave to File Motion for Reconsideration Pursuant to Civ. L.R. 7-9 [Member Case Dkt. # 16] is REINSTATED.

1  Dated: September 28, 2022

_____
HON. VINCE CHHABRIA
United States District Court Judge