UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Mehrens v. Monsanto Co.*<br>Case No. 3:18-cv-01151-VC | MDL No. 2741<br><br>Master Docket No. 3:16-md-2741-VC<br><br>Judge Vince Chhabria |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed without prejudice, each party to bear its own costs.

DATED: August 15, 2022

Respectfully submitted,

/s/ *Kirk J. Goza*
Goza & Honnold LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
913-451-3433
Kgoza@gohonlaw.com

*Attorneys for Plaintiffs*

/s/ *Anthony R. Martinez*
Shook Hardy Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
816-474-6550
amartinez@shb.com

*Attorney for Defendants*

SO ORDERED this  28th  day of  September , 2022.

HON. VINCE CHHABRIA

00682711-1

1