UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>**JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT PROPOSED PROCEDURE FOR PROVIDING PLAINTIFFS' COUNSEL UPDATED CASE INFORMATION** |

**JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT PROPOSED PROCEDURE FOR PROVIDING COUNSEL UPDATED CASE INFORMATION**

On September 7, 2022, the Court issued a Minute Entry requiring the parties, inter alia, to meet and confer and submit a proposed procedure for providing individual lawyers access to plaintiffs' document repository and status updates regarding discovery efforts and other litigation matters. The parties need additional time to meet and confer in order to reach consensus and submit a proposal addressing each of the issues discussed during the September 7th status conference. Accordingly, the parties respectfully request an additional 7 days to file the proposed order.

Dated: September 28, 2022               Respectfully submitted,

/s/ David Dickens
David Dickens
ddickens@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003

/s/ Aimee Wagstaff
Aimee Wagstaff
awagstaff@wagstafflawfirm.com
Wagstaff Law Firm
940 Lincoln Sreet
Denver, CO 80203

*Attorneys for the Plaintiffs*

/s/ Brian L. Stekloff
Brian L. Stekloff (pro hac vice)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005


/s/ Anthony R. Martinez
Anthony R. Martinez, #61791
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

2
JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT PROPOSED PROCEDURE
FOR PROVIDING PLAINTIFFS' COUNSEL UPDATED CASE INFORMATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of September 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff

3

JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT PROPOSED PROCEDURE FOR PROVIDING PLAINTIFFS' COUNSEL UPDATED CASE INFORMATION