UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT PROPOSED PROCEDURE FOR PROVIDING PLAINTIFFS' COUNSEL UPDATED CASE INFORMATION** |

Based upon the joint request for an extension of time submit a proposed procedure for providing individual lawyers access to plaintiffs' document repository and status updates regarding discovery efforts and other litigation matters, and good cause appearing in support thereof, the deadline for submitting the proposed procedure is extended by seven days to October 5, 2022.

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT PROPOSED PROCEDURE FOR PROVIDING PLAINTIFFS' COUNSEL UPDATED CASE INFORMATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of September 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

　　　　/s/ Brian L. Stekloff

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT PROPOSED PROCEDURE FOR PROVIDING PLAINTIFFS' COUNSEL UPDATED CASE INFORMATION