UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | |

## PLAINTIFF FACT SHEET

You are required to provide the following information regarding yourself, or for each individual on whose behalf you are asserting legal claims in the above lawsuit. Each question must be answered in full, but you may approximate where specified below. If you do not know or cannot recall the information needed to answer a question, please explain that in response to the question. Please do not leave any questions unanswered or blank, and use additional sheets as needed to fully respond.

## I.   REPRESENTATIVE CAPACITY

A.   If you are completing this Fact Sheet **on behalf of someone else** (*e.g.*, a deceased person, an incapacitated person, or a minor), please complete the following:

1.   Your name: _____

   First                                        Last

2.   Your home address:

   _____

   Street                  City                  State         Zip Code

3.   What is your relationship to the person upon whose behalf you have completed this Fact Sheet? (*e.g.*, parent, guardian, Estate Administrator)

   _____

**[If you are completing this questionnaire in a representative capacity, please respond to the remaining questions on <u>behalf</u> of the person who used or was exposed to Roundup® or other glyphosate-based herbicides**

## II.   PERSONAL INFORMATION

A.   Name: _____

                First                                  Last

    Other Names by which you have been known (from prior marriages or otherwise, if any):

    _____

B.   Sex: _____

C.   Social Security Number: _____

D.   Date and Place of Birth (City, State, Country):

    _____

    _____
    City                    State                  Country

E.   For each different city where you have lived for the past twenty-five (25) years, provide the following information:

| City and State (include Country if outside the United States) | Approximate Dates You Lived There (Month/Year to Month/Year) |
| --- | --- |
| | to ☐ Present |
| | to ☐ Present |
| | to ☐ Present |
| | to ☐ Present |
| | to ☐ Present |
| | to ☐ Present |
| | to ☐ Present |
| | to ☐ Present |

| City and State (include Country if outside the United States) | Approximate Dates You Lived There (Month/Year to Month/Year) |
|---|---|
| | to ☐ Present |
| | to ☐ Present |
| | to ☐ Present |
| | to ☐ Present |
| | to ☐ Present |
| | to ☐ Present |
| | |

F. Please complete the chart below detailing your employment history for the past twenty-five (25) years. If there were periods of retirement, unemployment, or student status during the past 25 years, include those as well.

| Number | Name of Employer | City and State Where You Worked | Approximate Dates of Employment (Month/ Year to Month/Year) | Occupation or Job Title | Job Duties |
|---|---|---|---|---|---|
| 1 | | | to ☐ Present | | |
| 2 | | | to ☐ Present | | |
| 3 | | | to ☐ Present | | |
| 4 | | | to ☐ Present | | |
| 5 | | | to ☐ Present | | |
| 6 | | | to ☐ Present | | |
| 7 | | | to ☐ Present | | |
| 8 | | | to ☐ Present | | |
| 9 | | | to ☐ Present | | |
| 10 | | | to ☐ Present | | |
| 11 | | | to ☐ Present | | |

| Number | Name of Employer | City and State Where You Worked | Approximate Dates of Employment (Month/ Year to Month/Year) | Occupation or Job Title | Job Duties |
|---|---|---|---|---|---|
| 12 | | | to ☐ Present | | |
| 13 | | | to ☐ Present | | |
| 14 | | | to ☐ Present | | |
| 15 | | | to ☐ Present | | |
| 16 | | | to ☐ Present | | |
| 17 | | | to ☐ Present | | |
| 18 | | | to ☐ Present | | |
| 19 | | | to ☐ Present | | |
| 20 | | | to ☐ Present | | |
| 21 | | | to ☐ Present | | |
| 22 | | | to ☐ Present | | |
| 23 | | | to ☐ Present | | |
| 24 | | | to ☐ Present | | |
| 25 | | | to ☐ Present | | |

G.   Workplace Checklist: Have you ever worked in any of the occupations or workplaces listed below? If so, please check "yes" and then list the number(s) in the chart in section (F) above that corresponds to that occupation.

| Industry | Yes | No | Number in Chart in Section G (see above) |
|---|---|---|---|
| Car Mechanic | ☐ | ☐ | |
| Cleaning/Maid Service | ☐ | ☐ | |
| Electrician | ☐ | ☐ | |
| Farming/agricultural | ☐ | ☐ | |

| Industry | Yes | No | Number in Chart in Section G (see above) |
|---|---|---|---|
| Hairdressing | ☐ | ☐ | |
| Handled fission products | ☐ | ☐ | |
| Handled jet propellant | ☐ | ☐ | |
| Handled solvents | ☐ | ☐ | |
| Horticultural | ☐ | ☐ | |
| Hospitals and Clinics | ☐ | ☐ | |
| Landscaping | ☐ | ☐ | |
| Metal Working | ☐ | ☐ | |
| Painting | ☐ | ☐ | |
| Pest Exterminator | ☐ | ☐ | |
| Pesticide use | ☐ | ☐ | |
| Petroleum Refinery | ☐ | ☐ | |
| Rubber Factory | ☐ | ☐ | |
| Schoolteacher | ☐ | ☐ | |
| Textile | ☐ | ☐ | |
| Woodworking | ☐ | ☐ | |
| X-radiation or gamma-radiation (regular exposure) | ☐ | ☐ | |

### III. FAMILY INFORMATION

A. For any grandparent, parent, sibling, or child who has been diagnosed with cancer or who has died, please provide the following information. Please include any adopted or step-children or siblings.

| Name | Relationship | Approximate Birth Year | Approximate Date of Death | Cause of Death | Diagnosed with cancer? | Date/Type |
|------|--------------|------------------------|---------------------------|----------------|------------------------|-----------|
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |
|      |              |                        |                           |                |                        |           |

**IV.**    **PERSONAL MEDICAL HISTORY**

      A.    To the best of your ability, please list all primary care healthcare providers (not including pharmacies) where you have received care over the last 25 years. For each, please provide the name, city and state, and approximate dates of care.

| Name of Healthcare Provider | City and State | Approximate Dates of Care |
|---|---|---|
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |

| Name of Healthcare Provider | City and State | Approximate Dates of Care |
|---|---|---|
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |

| Name of Healthcare Provider | City and State | Approximate Dates of Care |
|---|---|---|
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |
| | | to ☐ Present |

B.     Please indicate whether your medical history includes any of the following conditions, procedures, or medications:

| Condition, Procedure, or Medication: | Yes | No | Treating Physician |
|---|---|---|---|
| Diabetes | ☐ | ☐ | |
| Obesity | ☐ | ☐ | |
| Auto-immune diseases (including but not limited to Crohn's disease, Ulcerative Colitis, HIV, Sjogren's syndrome, rheumatoid arthritis, psoriasis, Celiac disease) | ☐ | ☐ | |
| Epstein Barr | ☐ | ☐ | |
| Ulcers | ☐ | ☐ | |
| Celiac Disease | ☐ | ☐ | |
| Hepatitis C | ☐ | ☐ | |
| Hepatitis B | ☐ | ☐ | |
| Eczema | ☐ | ☐ | |
| Radiation | ☐ | ☐ | |
| Smoking | ☐ | ☐ | |
| Lupus | ☐ | ☐ | |
| Rheumatoid Arthritis | ☐ | ☐ | |
| Organ, stem cell, or other transplant | ☐ | ☐ | |
| Immunosuppressive Medications | ☐ | ☐ | |
| H Pylori | ☐ | ☐ | |
| Breast Implants | ☐ | ☐ | |

C.     To the best of your ability, please list all healthcare providers (not including pharmacies) where you have received treatment over the last 25 years for any type

of cancer (including NHL), or for any of the conditions or procedures listed in the chart directly above. For each, please provide the name, city and state, approximate dates of care, and the reason for your visit. **Please also execute the medical authorizations included in Exhibit A.**

| Name of Healthcare Provider | City and State | Approximate Dates of Care | Reason for Visit |
|---|---|---|---|
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |
| | | to ☐ Present | |

**V.**     **CANCER HISTORY**

A.     Have you been diagnosed with non-Hodgkin's lymphoma, or "NHL"?

☐ Yes          ☐ No

B.     When were you first diagnosed with NHL?

_____
Month                    Year

C.     Approximately when did you first begin experiencing symptoms of NHL?

_____
Month                    Year

D.     Please list the names of the physician(s) that first diagnosed you with NHL and the city and state in which you were diagnosed.

E.     Please list the names of the primary oncologist(s) who have treated your NHL.

F.     What subtype of NHL were you diagnosed with?

G.     Describe the treatment(s) you received for your NHL, including the dates of each treatment and the name of the Healthcare Providers who treated you.

H.     Is your NHL currently in remission (if yes, state when your remission began)?

I.      Have you ever had a recurrence of your NHL (if yes, include how many times you have had a recurrence, a description of each recurrence and when each recurrence occurred)

J.      Have you been diagnosed with any types of cancer other than NHL?

      ☐ Yes      ☐ No

K.      **If yes**, please answer the following questions for each type of cancer that you have been diagnosed with other than NHL:

    1.      What type of cancer was diagnosed (including sub-type, if applicable)?

    2.      On approximately what date did you first experience any symptoms that you believe are related to that cancer?

    3.      Please list the names of the physician(s) that first diagnosed you with that cancer.

    4.      Please list the names of the primary oncologist(s) who have treated that cancer.

| 1. Type of cancer that was diagnosed (including sub-type, if applicable) | 2. Approximate date you first experienced symptoms | 3. Physician(s) that first diagnosed you | 4. Primary Oncologist(s) who treated you |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

L.      Has any physician or healthcare provider ever told you that you have a genetic predisposition for developing NHL or other types of cancer?

      ☐ Yes      ☐ No

    1.      Name, location (city and state), and occupation of the person who told you this.

13

2.      What were you specifically told about your genetic predisposition?

3.      Approximately when were you told this information?

| 1. Name of Physician or Healthcare Provider | 1. Occupation of the Physician or Healthcare Provider | 1. City and State of the Physician or Healthcare Provider | 2. Details told about your genetic predisposition | 3. Approximate Dates when you were told this Information |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## VI.      PRIOR CLAIMS, LEGAL MATTERS, AND MEDICAL COVERAGE

A.      Have you ever filed a workers' compensation claim for accidents or injuries relating to substance exposure in the workplace? (Answer "no" if you have only filed workers' compensation claims **unrelated to** substance exposure.)

☐ Yes          ☐ No

**If yes**, please state:

1.      Approximate date the claim was filed with your employer, or date that you notified employer of accident/injury giving rise to workers' compensation claim:

_____

2.      Nature of injury or accident claimed (what happened):

B.      Have you ever filed a claim for Social Security disability insurance benefits ("SSDI") for a disability caused by substance exposure in the workplace? (Answer "no" if you have only filed SSD1 claims **unrelated to** substance exposure.)

☐ Yes          ☐ No

**If yes**, please state:

1.      Approximate date the claim was filed with the Social Security Administration:

14

_____

    2.      Nature of disability giving rise to claim: _____

C.     Have you ever filed any other type of disability claim for a disability caused by substance exposure in the workplace? (Answer "no" if you have only filed other types of disability claims **unrelated to** substance exposure.)

    ☐ Yes       ☐ No

**If yes**, please state:

    1.      Approximate date claim was filed: _____

    2.      Name of insurer/employer/government or other party to whom claim was made and, if applicable, claim number assigned:

        _____

    3.      Nature of disability giving rise to claim:

D.     Have you ever been denied life insurance for reasons relating to your medical, physical, psychiatric or emotional condition?

    ☐ Yes       ☐ No

**If yes**, please state when, the name of the company, and the reason(s) for denial.

| Name of the Life Insurance Company | When | Reason for Denial |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

E.     Have you ever been denied medical insurance?

    ☐ Yes       ☐ No

**If yes**, please state when, the name of the company, and the reason(s) for denial.

| Name of the Medical Insurance Company | When | Reason for Denial |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

F.      Have you ever **filed** a lawsuit or claim (**including administrative charges, unemployment claims, and bankruptcy petitions**) against anyone aside from the present lawsuit?

☐ Yes          ☐ No

**If yes**, for each lawsuit, state (1) the court in which the lawsuit was filed; (2) the case name; (3) the civil action or docket number assigned to the lawsuit; (4) a description of your claims in the lawsuit; and (5) the final result, outcome, or adjudication of claims (*e.g.*, whether the lawsuit was dismissed by parties, dismissed by court, judgment granted in favor of a party).

| Court | Case Name | Civil Action or Docket Number | Description of Claim | The final result, outcome, or adjudication of the claim |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## VII.    ROUNDUP® AND OTHER GLYPHOSATE-BASED HERBICIDES

A.    Have you used Roundup® or other glyphosate-based products?

☐ Yes          ☐ No

B.    When did you first begin using Roundup® or other glyphosate-based products?

_____

Month                          Year

C.    Have you applied Roundup at one or more personal residences? ☐ Yes      ☐ No ("Residential" use refers to applications of Roundup **at home**. DO NOT include any Roundup exposure events in this section related to *occupational or agricultural exposures*.)

D.    For all residential use please complete the chart below to detail your exposure to Roundup® and other glyphosate-based products. Use as many rows as necessary to describe different periods of usage.

**Residential Roundup Application History**

| | | | | |
|---|---|---|---|---|
| **E X A M P L E** | **Street Address:** | *326 Main St, Fairview, NY* | **Date(s) of Application:** | *March 2001 to July 2011* |
| | **Areas Sprayed:** | *Both sides of 600 ft. fence line & long gravel driveway* | **Area (approx total sq ft):** | *Approx ¼ acre (<10,000 sq ft)* |
| | **Times Per Month:** | *2X/month April 15 to October 15 every year* | **Duration per Event (hrs):** | *45-60 min. mixing & spraying. Refilled sprayer once per job.* |
| | **Protective Clothing:** | *None while spraying, wore gloves during mixing.* | **Equipment & Product:** | *Roundup Super Concentrate, used 2-gal handheld pump sprayer* |
| **1** | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| **2** | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |

| | | | | |
|---|---|---|---|---|
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| 3 | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| 4 | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| 5 | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| 6 | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| 7 | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |

| | | | | | |
|---|---|---|---|---|---|
| | **Times Per Month:** | | **Duration per Event (hrs):** | | |
| | **Protective Clothing:** | | **Equipment & Product:** | | |
| 8 | **Street Address:** | | **Date(s) of Application:** | | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | | |
| | **Protective Clothing:** | | **Equipment & Product:** | | |
| 9 | **Street Address:** | | **Date(s) of Application:** | | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | | |
| | **Protective Clothing:** | | **Equipment & Product:** | | |
| 10 | **Street Address:** | | **Date(s) of Application:** | | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | | |
| | **Protective Clothing:** | | **Equipment & Product:** | | |

Attach additional sheets(s) if needed.  IMPORTANT *Check if attached*:  ☐ **Attached**

      E.     For each of the products identified in the chart above, identify the name of the store/location where you purchased the product and the means of payment (*e.g.*, credit card, cash, check, etc.)

      1.     For the products identified in the chart above, do you have the receipts, proof of purchase, or store of purchase for each product you claim to have used?  ☐ Yes    ☐ No

F.      List all individuals who witnessed you using the products identified in the chart above.

G.      List all crops, plant, weeds, grasses or other vegetation to which you applied the products identified in the chart above.

H.      Describe clothing (shorts, long sleeves, boots, etc.) and personal protection equipment (gloves, mask, etc.) worn during Roundup mixing and application. If none state "None."

      1.      Personal Protective Equipment ("PPE") worn during spray applications:

      2.      Protective clothing worn during mixing (unless "Ready-to-Use" product was applied):

I.      Describe in your own words where and how you stored the products referenced in the table above when not in use.

J.      Have you ever applied Roundup occupationally or agriculturally?  (Occupational" or "Agricultural" use refers to applications of Roundup performed on a professional basis. DO NOT include residential Roundup exposure events in this section.)

1.   For all occupational or agriculture use please complete the chart below to detail your exposure to Roundup® and other glyphosate-based products. Use as many rows as necessary to describe different periods of usage.

**Occupational and/or Agricultural Roundup Application History**

| | | | | |
|---|---|---|---|---|
| **E X A M P L E** | **Street Address:** | *326 Main St, Fairview, NY* | **Date(s) of Application:** | *March 2001 to July 2011* |
| | **Areas Sprayed:** | *Both sides of 600 ft. fence line & long gravel driveway* | **Area (approx total sq ft):** | *Approx ¼ acre (<10,000 sq ft)* |
| | **Times Per Month:** | *2X/month April 15 to October 15 every year* | **Duration Per Event (hrs):** | *45-60 min. mixing & spraying. Refilled sprayer once per job.* |
| | **Protective Clothing:** | *None while spraying, wore gloves during mixing.* | **Equipment & Product:** | *Roundup Super Concentrate, used 2-gal handheld pump sprayer* |
| **1** | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| **2** | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| **3** | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| **4** | **Street Address:** | | **Date(s) of Application:** | |

|   | | | | |
|---|---|---|---|---|
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| **5** | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| **6** | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| **7** | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| **8** | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| **9** | **Street Address:** | | **Date(s) of Application:** | |

| | | | | | |
|---|---|---|---|---|---|
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |
| **10** | **Street Address:** | | **Date(s) of Application:** | |
| | **Areas Sprayed:** | | **Area (approx total sq ft):** | |
| | **Times Per Month:** | | **Duration per Event (hrs):** | |
| | **Protective Clothing:** | | **Equipment & Product:** | |

Attach additional sheets(s) if needed.  IMPORTANT *Check if attached*:  ☐ **Attached**

A.  For each of the products identified in the chart above, identified the store/location where you purchased the product and the means of payment (*e.g.*, credit card, cash, check, etc.)


1.  For the products identified in the chart above, do you have the receipts, proof of purchase, or store of purchase for each product you claim to have used?  ☐ Yes   ☐ No

B.  List all individuals who witnessed you using the products identified in the chart above.



C.  List all crops, plant, weeds, grasses or other vegetation to which you applied the products identified in the chart above.



D.  Describe clothing (shorts, long sleeves, boots, etc.) and personal protection equipment (gloves, mask, etc.) worn during Roundup mixing and application. If none state "None."

1.      Personal Protective Equipment ("PPE") worn during spray applications:

2.      Protective clothing worn during mixing (unless "Ready-to-Use" product was applied):

E.      Describe in your own words where and how you stored the products referenced in the table above when not in use.

F.      Please complete the chart below to detail your exposure to other herbicides or pesticides. Use as many rows as necessary to detail different periods of usage.

| Dates of Usage | Type and Brand of Herbicide or Pesticide | Frequency of Exposure | Usage | Reason for Usage |
|---|---|---|---|---|
| *Example: 2000-2010* | *Example: Viper Insecticide Concentrate* | *Example: every weekday* | *Example: 1 sprayed it using a pump sprayer.* | *Example: 1 used the pesticide in my job as an exterminator.* |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |

| Dates of Usage | Type and Brand of Herbicide or Pesticide | Frequency of Exposure | Usage | Reason for Usage |
|---|---|---|---|---|
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |
| to ☐ Present | | | | |

| Dates of Usage | Type and Brand of Herbicide or Pesticide | Frequency of Exposure | Usage | Reason for Usage |
|---|---|---|---|---|
| to ☐ Present | | | | |
| to ☐ Present | | | | |

## VIII.  MISCELLANEOUS

A.  Have you ever seen, read, or heard any advertisements (e.g., in magazines, television commercials, radio, or web-related advertisements) for Roundup® or any glyphosate product?   ☐ Yes      ☐ No

   1.  If yes, describe each such advertisement, including the name of any Roundup® or any glyphosate product mentioned in the advertisement, the form of the media (*e.g.* brochure, magazine, TV, radio, website, etc.) of the advertisement, and the dates when you saw, read, or heard the advertisement:

B.  Have you ever visited any website containing information regarding Roundup® or any glyphosate product?  ☐ Yes      ☐ No

   1.  If yes, identify  the website(s), when visited, and describe any information you obtained:

C.  Have you ever posted anything online about Roundup® or any glyphosate product?  ☐ Yes      ☐ No

   1.  If "Yes", please produce a copy of the post(s) and identify the date of posting and website it was posted on:

D.  Have you ever seen, read, or heard any advertisements (*e.g.*, in magazines, television commercials, radio, or web-related advertisements) for lawsuits regarding the product Roundup® or any glyphosate product?  ☐ Yes      ☐ No

E.  If yes, describe each such advertisement, including the name of any law firm or lawyer mentioned in the advertisement, the form of the media (*e.g.* brochure, magazine, TV, radio, website, etc.) of the advertisement, and the dates when you saw, read, or heard the advertisement:

## IX.     DAMAGES CLAIMS

A.      If you are claiming loss of income due to injuries allegedly caused by Roundup®
or other glyphosate-based herbicides, complete the following for each of your
employers, starting ten (10) years prior to your first diagnosis with cancer
(whether NHL or another type of cancer) and continuing through today.

| Employer | Location (City and State) | Average Hours per week | Day or Night Shift | Approximate Dates of Employment | How much money did you make in this job per week? Please specify how much was due to overtime pay or bonuses. |
|---|---|---|---|---|---|
| | | | | to ☐ Present | |
| | | | | to ☐ Present | |
| | | | | to ☐ Present | |
| | | | | to ☐ Present | |
| | | | | to ☐ Present | |
| | | | | to ☐ Present | |
| | | | | to ☐ Present | |
| | | | | to ☐ Present | |
| | | | | to ☐ Present | |
| | | | | to ☐ Present | |
| | | | | to ☐ Present | |

B.     State the total amount of time that you have lost from work as a result of any medical condition that you claim was caused by Roundup® or other Monsanto glyphosate-based herbicides, and the amount of income that you lost:

    1.     Medical Condition:

    2.     Total number of days lost from work due to above medical condition or if forced retirement, date of retirement:

        Days: _____

        Date of Retirement: _____

    3.     Estimated total income lost (to date) from missed work, including explanation as to method used to calculate number:

C.     Have you paid or incurred any out-of-pocket medical expenses (that is, expenses not paid by your insurance company or by a government health program) related to any condition that you claim or believe was caused by Roundup® or other Monsanto glyphosate-based products for which you seek recovery in this lawsuit?

    ☐ Yes       ☐ No

    **If yes**, please state the total amount of such expenses at this time: $ _____

D.     If you are making any claims for other non-medical out-of-pocket expenses, please complete the following:

    1.     For what?

    2.     Amount of fees or expenses:

E.     Please list the names of all insurers or government health programs who have been billed for or paid medical expenses related to any condition that you claim or believe was caused by Roundup® or other Monsanto glyphosate-based products for which you seek recovery in this lawsuit.

**X.**   **DOCUMENTS**

Please fill out the section below where required and attach the documents requested below to this Fact Sheet, making certain that all releases are signed and dated within **30** days of submission.  **This section contains a list of documents you must search for and produce as part of this Plaintiff Fact Sheet.  Failure to properly search for and produce the documents requested below may result in sanctions, which can include the dismissal of your case.**

A.   Copies of all medical and pharmacy records for all healthcare providers identified in this document that:

(1) provide proof of your NHL diagnosis;

(2) relate to the care and treatment of your NHL; and/or

(3) relate to the diagnosis, care and treatment of any conditions identified in Section IV.B.

**The obligation to collect medical and pharmacy records is not limited to any records in your current possession, but requires that you actively collect records from the required medical facilities, pharmacies and health care providers identified in this Plaintiff Fact Sheet, and to produce and continue to produce all records you receive in response.  As new records come into your possession, you must produce them and update your responses within 14 days of receipt of records.**

1.   Have you requested medical and pharmacy records from all healthcare providers identified in this document that provide proof of your NHL diagnosis, and produced with this PFS all medical records you received as of the date this document was signed?  ☐ **Yes**      ☐ **No**

a.   (If yes) identify the medical record(s) establishing a diagnosis of NHL that you produced, either by bates number or other identifying information.

2.   Have you requested medical and pharmacy records from all healthcare providers identified in this document that relate to the care and treatment of your NHL and produced with this PFS all medical records you received as of the date this document was signed?  ☐ **Yes**      ☐ **No**

3.   Have you requested medical and pharmacy records from all healthcare providers identified in this document that relate to the diagnosis, care and treatment of any conditions identified in Section IV.B and produced with this PFS all medical records you received as of the date this document was signed?  ☐ **Yes**      ☐ **No**

30

B.   All receipts, proofs of purchase, or store of purchase for any Roundup® product identified in this document that are in your possession custody or control.

  1.   Have you searched for, collected and produced all receipts, proofs of purchase, or store of purchase for any Roundup® product identified in this document that are in your possession custody or control as of the date this document was signed?  ☐ **Yes**     ☐ **No**

C.   Any photos of the areas where you sprayed Roundup® that are in your possession custody or control (this includes photos stored on any electronic devise, social media platform or cloud storage system).

  1.   Have you searched for, collected and produced any photos of the areas where you sprayed Roundup® that are in your possession custody or control as of the date this document was signed?  ☐ **Yes**     ☐ **No**

D.   Any photos of the areas where you stored the Roundup® that are in your possession custody or control (this includes photos stored on any electronic devise, social media platform or cloud storage system).

  1.   Have you searched for, collected and produced any photos of the areas where you stored the Roundup® that are in your possession custody or control as of the date this document was signed?  ☐ **Yes**     ☐ **No**

E.   Any photos of the Roundup® you used that are in your possession custody or control (this includes photos stored on any electronic devise, social media platform or cloud storage system).

  1.   Have you searched for, collected and produced any photos of the Roundup® you used that are in your possession custody or control as of the date this document was signed?  ☐ **Yes**     ☐ **No**

F.   Any social media posts, text messages, emails or other communications you've sent, posted, or received regarding Monsanto, Roundup®, this litigation, or your NHL diagnosis.

  1.   Have you searched for, collected and produced any social media posts, text messages, emails or other communications you've sent, posted, or received regarding Monsanto, Roundup®, this litigation, or your NHL diagnosis as of the date this document was signed?  ☐ **Yes**     ☐ **No**

G.   Medical records release (Ex. A)-execute one per healthcare provider (including mental health, only if you are claiming mental health damages, including emotional distress, in the lawsuit). Plaintiffs' counsel will also obtain 10 blank forms covering past 25 years, and if Monsanto identifies additional health care

providers not identified in the PFS or on Exhibit A, Plaintiff will fill in that health care provider and provide to Monsanto within seven days of the request.

    1.    Have you executed the medical records release(s) identified above?
    ☐ **Yes**    ☐ **No**

H.    Employment history release (Ex. B)-execute one for each employer in past 25 years.

    1.    Have you executed the employment history release identified above?
    ☐ **Yes**    ☐ **No**

I.    Workers' compensation, social security disability, and insurance claims releases (Ex. C).

    1.    Have you executed the workers' compensation, social security disability, and insurance claims releases identified above? ☐ **Yes**    ☐ **No**

J.    If you are claiming loss of income due to injuries allegedly caused by Roundup® or other glyphosate-based herbicides, complete the tax records and social security income release for the past 10 years (Ex. D).

    1.    If applicable, have you completed the tax records and social security income release for the past 10 years ☐ **Yes**    ☐ **No**    ☐ **N/A**

K.    If applicable, decedent's death certificate.

    1.    If applicable, have you produced the decedent's death certificate?
    ☐ **Yes**    ☐ **No**    ☐ **N/A**

## **PLAINTIFF FACT SHEET DECLARATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the information provided in connection with this Plaintiff Fact Sheet is true and correct to the best of my knowledge, information, and belief formed after due diligence and reasonable inquiry. I acknowledge that I have an obligation to supplement the above responses if I become aware of additional responsive information, or if I learn that they are in some material respects incomplete or incorrect.

Pursuant to 28 U.S.C. § 1746, I further declare under penalty of perjury that I have read, agreed to, and understand all of the following:

1.  In order for my case to proceed, I will make myself available for a deposition, to be taken under oath and that will consist of up to 7 hours of questioning by Defendants.

2.  My lawyer and/or I will be responsible for paying the full court filing fee for my case, if not already paid.

3.  I have produced all documents and medical records requested in this Plaintiff Fact Sheet and acknowledge that I have collected records from the required medical facilities, pharmacies and health care providers identified in this Plaintiff Fact Sheet and produced those records.

4.  As new documents and medical records come into my possession, I will produce them and will update my responses to this Plaintiff Fact Sheet within 14 days of receipt of records.

Date: _____          _____
                                 Signature of Plaintiff (no electronic signatures permitted)


                                 _____
                                 Print Name of Signing Plaintiff


Date: _____          _____
                                 Signature of Attorney (no electronic signatures permitted)


                                 _____
                                 Print Name of Signing Attorney

[STATE]                              ) s.s.:
[COUNTY]                             )

On this [  ] day of [     ], 20[   ], before me, the undersigned notary public appeared
_____, proved to me through satisfactory evidence of identification, which were
_____, to be the person whose name is signed on the preceding or attached document,
and who swore or affirmed to me that the contents of the document are truthful and accurate to
the best of (his)(her) knowledge and belief.


_____
[Typed Name],
Notary Public My Commission Expires: _____