UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING REMOVAL FROM ECF** |
| *Britt v. Monsanto*, 20-cv-3649 | Re: Dkt. No. 15302 |

    Plaintiff's motion for administrative relief is granted. The Clerk's Office is directed to remove Jeffrey L. Hogue and Tyler J. Belong from the Court's case management and electronic filing system for case number 3:16-md-02741 and 3:20-cv-03649.

    **IT IS SO ORDERED.**

Dated: September 29, 2022

VINCE CHHABRIA
United States District Judge