UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: All Cases | **ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE OBJECTIONS** |
| | Re: Dkt. No. 15522 |

Counsel's administrative motion for leave to file objections to the proposed schedule for the upcoming waves is granted. The objections shall be filed no later than September 30, 2022. Any responses to the objections shall be filed no later than October 7, 2022.

**IT IS SO ORDERED.**

Dated: September 30, 2022

VINCE CHHABRIA
United States District Judge