UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Kelly v. Monsanto Co.*, 3:21-cv-02548 | |

**Unopposed Motion to Move Case to Wave VI**

Plaintiff Ruby Kelley, substituted herein for Donald Kelley (deceased) – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave V to Wave VI:

1. Ms. Kelley's case is part of Wave V.

2. On October 21, 2021, Mr. Kelley passed away.

3. Plaintiff's family is in the process of obtaining probate to continue this case.

4. Counsel for the Kelley's met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Ruby Kelley, substituted herein for Donald Kelley (deceased), without opposition from Defendant Monsanto Company, respectfully requests the Court move their case from Wave V to Wave VI.

Dated: October 3, 2022

                                              Respectfully submitted,

                                              /s/ Charles C. Bourque, Jr._____
                                              **CHARLES C. BOURQUE, JR. (#20118)**
                                              **JOSEPH G JEVIC III (#23145)**
                                              ST. MARTIN & BOURQUE
                                              315 Barrow St.
                                              Houma, Louisiana  70360
                                              Telephone: (985) 876-3891
                                              Facsimile: (985) 851-2219

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of October, 2022 a copy of the foregoing pleading was served upon all known counsel of record via the Court's CM/ECF system and/or by placing a copy of same in the U.S. Mail properly addressed and postage prepaid, or via email or facsimile.

                                              /s/ Charles C. Bourque, Jr._____
                                              **CHARLES C. BOURQUE**