**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*
*HORIZON DISTRIBUTORS, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Todd Delaney v. Monsanto Company et al.*,<br>Case No. 3:22-cv-05646-VC | |

**HORIZON DISTRIBUTORS, INC.'S**
**<u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Horizon Distributors, Inc. ("Horizon") is owned 100% by SCP Distributors, LLC, which is owned 100% by Pool Corporation, a publicly held corporation. So these entities have a financial interest in a party to the proceeding.

1  DATED: October 3, 2022                    Respectfully submitted,

2                                            SHOOK, HARDY & BACON L.L.P.

3                                            BY: */s/ Jennise W. Stubbs*
                                                 Jennise W. Stubbs
4                                                600 Travis Street, Suite 3400
                                                 Houston, TX 77002-2926
5                                                Telephone:   (713) 227-8008
                                                 Facsimile:   (713) 227-9508
6                                                Email:       jstubbs@shb.com

7
                                             *Attorneys for Defendant*
8                                            *HORIZON DISTRIBUTORS, INC.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                                   2
28  HORIZON DISTRUBUTORS, INC.'S CERTIFICATION
                    OF INTERESTED ENTITIES OR PERSONS
                      3:16-md-02741-VC  &  3:22-cv-05646-VC

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of October, 2022, I electronically transmitted the foregoing **HORIZON DISTRIBUTORS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs