**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorneys for Defendant*
*HORIZON DISTRIBUTORS, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Todd Delaney v. Monsanto Company et al.*,<br>Case No. 3:22-cv-05646-VC | |

### HORIZON DISTRIBUTORS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Horizon Distributors, Inc. ("Horizon") makes the following disclosures:

1. Horizon is an indirect, wholly-owned subsidiary of Pool Corporation.
2. Pool Corporation is a publicly held corporation.

DATED: October 3, 2022                    Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone: (713) 227-8008
    Facsimile: (713) 227-9508
    Email: jstubbs@shb.com

*Attorneys for Defendant*
*HORIZON DISTRIBUTORS, INC.*

# CERTIFICATE OF SERVICE

I certify that on the 3rd day of October, 2022, I electronically transmitted the foregoing **HORIZON DISTRIBUTORS, INC.'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                         */s/Jennise W. Stubbs*
                                         Jennise W. Stubbs