UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **PROPOSED PROCEDURE TO**<br>) **PROVIDE PLAINTIFFS' COUNSEL**<br>) **UPDATED CASE INFORMATION**<br>)<br>) |

THIS MATTER came before the Court based on the Court's order for the parties to devise a procedure to provide individual lawyers access to plaintiffs' document repository and status updates regarding discovery efforts and other litigation matters. Having reviewed the proposed procedure and finding good cause shown, the Court **GRANTS** Co-Lead counsel's proposed procedure and hereby orders as follows:

**A.** **Case Counsel Information Form.** Within fifteen (15) days of this Order, all case counsel with an active MDL case must submit a "Case Counsel Contact Information" form (**Exhibit A**) to Plaintiffs' Co-Lead Counsel via email to the following recipients:

1. Kevin Rowe (Krowe@wagstafflawfirm.com) at Wagstaff Law Firm;
2. Nicole Thomas (NHaney@weitzlux.com) at Weitz & Luxenburg, P.C., and
3. Juan Aguilar (jaguilar@millerfirmllc.com) at The Miller Firm, LLC

For any MDL case filed after the date of this Order, case counsel shall serve the "Case Counsel Contact Information" form on Plaintiffs' Co-Lead counsel, pursuant to the procedure set forth above, on the date that the Plaintiff Fact Sheet is submitted to defendant pursuant to Pretrial Order No. 50.

**B.** **Trial Package.** Plaintiffs' Co-Lead Counsel are required to provide case counsel access to attorney work product and trial materials through a secured, cloud-based program ("MDL Database"). Co-Lead Counsel will provide plaintiffs' counsel with instructions on how to access

these materials within thirty (30) days of receiving the Case Counsel Contact Information form. Co-Lead Counsel is responsible for taking the necessary steps to ensure that access to these materials is restricted to counsel prosecuting cases pending in or remanded out of the MDL.

      **C.**   **Access to the Document Repository.**   Co-Lead Counsel has retained Crivella Technologies Limited to manage the document repository for the Roundup litigation. Co-Lead Counsel shall provide information regarding the cost of the document repository and instructions on how to obtain access to the repository within thirty (30) days of receiving the Case Counsel Information form.

      **D.**   **Status Updates Regarding General Discovery.**   Co-Lead Counsel shall take the necessary steps to provide case counsel with monthly updates on all general discovery matters and other pertinent information regarding the litigation.

      **E.**   **Discovery Disputes.**   Pursuant to Pretrial Order No. 278, all pending and future discovery disputes in this Multidistrict Litigation and all member cases are referred directly to Magistrate Judge Alex G. Tse.  It is the responsibility of plaintiff's counsel to notify Co-Lead Counsel of any case-specific discovery dispute referred to Judge Tse by sending an email to David Dickens of The Miller Firm (ddickens@millerfirmllc.com) providing the docket number, the name of plaintiff's counsel, and a brief description of the dispute.

Date: _____, 2022

                                              HONORABLE VINCE CHHABRIA
                                              UNITED STATES DISTRICT COURT