Anthony M. Juliano, Esq.
**BRACH EICHLER LLC**
101 Eisenhower Parkway
Roseland, New Jersey  07068-1067
Telephone:  (973) 228-5700
*Attorneys for Plaintiff James Collins*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 274<br>**Case No. 3:16-md-02741-VC** |
| This document relates to<br>*James Collins v. Monsanto Company*<br>**3:20-cv-01419-VC** | |

### NOTICE OF APPEARANCE ON BEHALF OF JAMES COLLINS

### TO THE COURT, ALL PARTIES, AND THEIR ATTRONEYS OF RECORD:

PLEASE TAKE NOTICE that Anthony M. Juliano, Esq., of the law firm Brach Eichler LLC, hereby enters his appearance as counsel for Plaintiff James Collins in the above-captioned matter, and respectfully requests that copies of all pleadings, notices, orders correspondence, and other papers in connection with this action be served upon him at the above address.

## CERTIFICATE OF SERVICE

I, Anthony M. Juliano, hereby certifies that on October 6, 2022, I electronically filed NOTICE OF APPEARANCE OF ANTHONY M. JULIANO ON BEHALF OF PLAINTIFF JAMES COLLINS with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to counsel of records.

DATED:  October 6, 2022

Respectfully submitted,

*s/ Anthony M. Juliano*___
Anthony M. Juliano, Esq.
(ajuliano@bracheichler.com)
BRACH EICHLER LLC
101 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:  (973) 228-5700
Facsimile:  (973) 618-5554

*Attorneys for Plaintiff*
*James Collins*

BE:12821050.1/COL285-277097