**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) |
| | ) **Order Granting Consent Motion to** |
| | ) **Move Case to Wave V** |
| | ) |
| This document relates to: | ) |
| | ) |
| *Bobby D. Ross v. Monsanto Co.*, | ) |
| Case No. 3:18-cv-00676-VC | ) |

The parties' consent motion to move the case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

This \_\_\_\_ day of _____, _____.

_____

**Prepared by:**
*/s/ Christiaan A. Marcum*
Christiaan A. Marcum
(cmarcum@rpwb.com)
**ROGERS, PATRICK, WESTBROOK**
**& BRICKMAN, LLC**
1037 Chuck Dawley Boulevard, Building A
P.O. Box 1007 (29465)
Mount Pleasant, SC 29464
Tel: (843) 727-6522

**Consented to by:**
*/s/ Anthony R. Martinez, Esq.*
Anthony R. Martinez, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683
Attorney for Defendant