UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** Patricia Casale,       Plaintiff,   v. Monsanto Company,       Defendant. | Honorable Vince Chhabria Case No. 3:19-cv-05238-VC |

### PLAINTIFF'S UNOPPOSED AMENDED MOTION TO MOVE CASE TO WAVE VI

Plaintiff Patricia Casale - without opposition from Defendant Monsanto Company - respectfully requests the Court move her case from Wave IV to Wave VI:

1. Patricia Casale's case is currently part of Wave IV.

2. Mindful of the deadlines pertaining to Wave IV cases, the parties have diligently pursued discovery in this matter. Plaintiff's deposition, as well as those of her treating physicians, have been taken. Written discovery has been produced and an inspection of Plaintiff's property has been timely completed.

3. There are, however, aspects of discovery still to be conducted. Additionally, the deadlines posed by Wave IV present challenges to Plaintiff to present required expert reports.

4. Plaintiff believes the best, most prudent course of action would be to move this case to Wave VI.

5. In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed to request a transfer of this case to Wave VI.

Therefore, Plaintiff Patricia Casale, with the consent of Defendant Monsanto Company, respectfully request the Court move her case from Wave IV to Wave VI.

DATED: October 6, 2022

                      Respectfully submitted,

*/s/ Loreen Kreizinger*
Loreen Kreizinger, Esquire (FL 855588)
LKreizinger@injurylawyers.com
STEINGER, GREENE & FEINER P.A.
2727 NW 62nd Street
Fort Lauderdale, FL 33309
Telephone: (954) 491-7701
Facsimile: (954) 947-3570

*Attorney for Plaintiff Patricia Casale*

# CERTIFICATION

I HEREBY CERTIFY that, on this 6th day of October, 2022, the foregoing Plaintiff's Unopposed Amended Motion to Move Case to Wave VI was served by electronic mail upon all counsel of record by electronic mail and/or by placing a copy of same in the U.S. Mail, first class, postage prepaid.

By:   */s/ Loreen Kreizinger*