UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** Patricia Casale,       Plaintiff,    v. Monsanto Company,       Defendant. | Honorable Vince Chhabria Case No. 3:19-cv-05238-VC [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED AMENDED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiff 's motion to move their case from Wave IV to Wave VI is GRANTED.

    **IT IS SO ORDERED.**

Dated _____, 2022

                                                _____
                                                JUDGE VINCE CHHABRIA