# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: +1.415.626.3939 • JONESDAY.COM

Direct Number: 4158755760
sdilworth@jonesday.com

October 6, 2022

<u>VIA CM/ECF</u>

The Honorable Vince Chhabria
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re: <u>*Scott Koller, et al. v. Monsanto Company, et al.*, Case No. 3:22-cv-04260-VC</u>

Dear Judge Chhabria:

Defendant The Scotts Company LLC ("Scotts") submits this response to the Court's September 29, 2022 Order, in which the Court requested the parties to show cause why the above-captioned proceeding should not be severed from the MDL.

Counsel for Scotts has reviewed the brief submitted by Monsanto in response to the Court's Order and defers to Monsanto's summary of the issues now before the Court. For its part, Scotts contends that it was wrongfully named as a party to this action, has not previously appeared as a party in these MDL proceedings, and has asked Plaintiffs' counsel to dismiss Scotts from this action. If Plaintiffs decline to do so, Scotts will pursue its rights in this Court, the MDL proceedings, or any court determined to be proper.

Very truly yours,

*/s/ Stephanie Dilworth*

Stephanie Dilworth

JONES DAY

The Honorable Vince Chhabria
October 6, 2022
Page 2


cc: Jeffrey Jones – Jones Day (Co-Counsel)
All Counsel of Record (By CM/ECF)