**CHAPPELL, SMITH & ARDEN, P.A.**
Graham L. Newman (*pro hac vice*)
(gnewman@csa-law.com)
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
Tel:  (803) 929-3600
Fax:  (803) 929-3604

*Attorneys for Plaintiff*
*NANCY GARDNER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Nancy Gardner, et al. v. Monsanto Co.*, Case No. 3:19-cv-07129-VC | MDL No. 2741 |

**PROPOSED ORDER AS TO**
**NANCY GARDNER'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Before this Court is Plaintiff's Administrative Motion to File Under Seal Plaintiff's Petition for Approval of Wrongful Death and Survival Settlement. Having considered the papers and for good cause shown, the Court hereby GRANTS Plaintiff's request and ORDERS Plaintiff's Petition for Approval of Wrongful Death and Survival Settlement will remain redacted and that exhibits thereto will remain confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

IT IS SO ORDERED.

Date: _____      _____
                                    HONORABLE JUDGE CHHABRIA
                                    UNITED STATES DISTRICT COURT