# EXHIBIT A

## (Certificate of Appointment)

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE PROBATE COURT |
| ) | |
| COUNTY OF: <u>OCONEE</u> ) | **CERTIFICATE OF APPOINTMENT** |
| ) | |
| IN THE MATTER OF: ) | |
| <u>JERRY M GARDNER</u> ) | CASE NUMBER: <u>2014ES3700179-2</u> |
| (Decedent) ) | |

This is to certify that

<u>NANCY N GARDNER, ,</u>

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the <u>11th</u> day of <u>June</u>, <u>2019</u>, is in full force and effect.

**RESTRICTIONS:**
**NONE AT THE TIME OF APPOINTMENT.**

Executed this 29th day of April, 2021.

*(signature)*

ASHLEY M. RICE, DEPUTY  Probate Court Judge

**Do not accept a copy of this certificate without the raised seal of the Probate Court.**

FORM #141ES (1/2014)
62-1-305, 62-3-103