# EXHIBIT B

## (Signature Page)

## VERIFICATION OF PERSONAL REPRESENTATIVE

I, NANCY GARDNER, am the duly-appointed personal representative of the Estate of Jerry Gardner. I hereby affirm, under the penalty of perjury, that the assertions contained within this petition are true to the best of my knowledge and that I approve of the terms of this proposed settlement.

*Nancy Gardner*
Nancy Gardner
Personal Representative

SWORN to before me this 23 day of August, 2022
_____
Notary Public for South Carolina
My Commission Expires: 2/3/2023
ASHLEY H. MILES

## CERTIFICATION OF ATTORNEY

I, GRAHAM L. NEWMAN, am the attorney for Samuel E. Carraway, as Personal Representative of the Estate of Jerry Gardner. I am of the opinion that the proposed settlement is fair and reasonable and is in the best interests of the statutory beneficiaries and the estate of the decedent.

/s/ *Graham L. Newman*
Graham L. Newman (*pro hac vice*)
(gnewman@csa-law.com)
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)

*Attorneys for Plaintiff*

SAMUEL E. CARRAWAY

Petition for Approval of Wrongful Death Settlement
Gardner v. Monsanto Company (3:19-cv-07129-VC)