UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation<br><br>This Documents Relates to:<br><br>*Virginia Huffman, Surviving Spouse of Robert Huffman v. Monsanto Co., et al*<br>Docket No: 3:20-cv-02061-VC | MDL No. 2741<br><br>Case No: 3:16-md-02741-VC |

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiff, Virginia Huffman, surviving spouse of Robert Huffman, by and through her undersigned counsel and without opposition from Defendant, Monsanto Company, respectfully requests the Court move her case from Waive V to Wave VI.

1. The case of Virginia Huffman, surviving spouse of Robert Huffman, is currently part of Waive V.

2. The Parties have worked collaboratively to schedule the depositions of Virginia Huffman. Mrs. Huffman was deposed in May 2022.

3. Despite the Parties diligent and continued efforts, the Parties still have depositions to schedule and have hit roadblocks due to their conflicting schedules.

4. Counsel for Plaintiff, Virginia Huffman met and conferred with counsel for Defendant, Monsanto Company. Plaintiff believes the best course of action would be to move this case to a later Waive. Monsanto has informed us that it does not oppose this request.

Therefore, Plaintiff, Virginia Huffman, surviving spouse of Robert Huffman, without opposition from Defendant, Monsanto Company, respectfully requests the Court move her case from Waive V to Waive VI.

DATED: October 7, 2022

RESPECTFULLY SUBMITTED:

FAYARD & HONEYCUTT

By: /s/ D. Blayne Honeycutt
D. BLAYNE HONEYCUTT (#18264)
HANNAH HONEYCUTT CALANDRO (37731)
COLT J. FORE (34288)
519 Florida Avenue SW
Denham Springs, LA 70726
Telephone: 225-664-0304
Fax: 225-664-2010
dbhoneycutt@fayardlaw.com
hannah@fayardlaw.com
colt@fayardlaw.com

*Counsel for plaintiff, Virginia Huffman
Surviving spouse of Robert Huffman*

## CERTIFICATE OF SERVICE

I hereby certify that on 7th day of October, 2022 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ D. Blayne Honeycutt
D. Blayne Honeycutt