UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation<br><br>This Documents Relates to:<br><br>*Virginia Huffman, Surviving Spouse of Robert Huffman v. Monsanto Co., et al*<br>Docket No: 3:20-cv-02061-VC | MDL No. 2741<br><br>Case No: 3:16-md-02741-VC |

## "PROPOSED" ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI

Plaintiff, Virginia Huffman, surviving spouse of Robert Huffman's, motion to move case from Wave V to Wave IV is granted.

**IT IS SO ORDERED.**

DATED:  October _____, 2022

_____
District Judge Vince Chhabria