UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation<br><br>This Documents Relates to:<br><br>*Marilyn Woolfolk, surviving spouse of Martin Y. Woolfolk v. Monsanto Co., et al*<br>Docket No: 3:20-cv-04760-VC | MDL No. 2741<br><br>Case No: 3:16-md-02741-VC |

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiff, Marilyn Woolfolk, surviving spouse of Martin Y. Woolfolk, by and through her undersigned counsel, and without opposition from Defendant, Monsanto Company, respectfully requests the Court move her case from Waive V to Wave VI.

1. The case of Marilyn Woolfolk, surviving spouse of Martin Y. Woolfolk, is currently part of Waive V.

2. The Parties have worked collaboratively to schedule the depositions of Marilyn Woolfolk. Mrs. Woolfolk was deposed in June 2022.

3. Despite the Parties diligent and continued efforts, the Parties still have depositions to schedule and have hit roadblocks due to their conflicting schedules.

4. Counsel for Plaintiffs have met and conferred with counsel for Defendant, Monsanto Company. Plaintiffs believe the best course of action would be to move this case to a later Waive. Monsanto has informed us that it does not oppose this request.

Therefore, Plaintiff, Marilyn Woolfolk, surviving spouse of Martin Y. Woolfolk, without opposition from Defendant, Monsanto Company, respectfully requests the Court move her case from Waive V to Waive VI.

DATED: October 7, 2022                    RESPECTFULLY SUBMITTED:

**FAYARD & HONEYCUTT**

By: /s/ D. Blayne Honeycutt
D. BLAYNE HONEYCUTT (#18264)
HANNAH HONEYCUTT CALANDRO (37731)
COLT J. FORE (34288)
519 Florida Avenue SW
Denham Springs, LA 70726
Telephone: 225-664-0304
Fax: 225-664-2010
dbhoneycutt@fayardlaw.com
hannah@fayardlaw.com
colt@fayardlaw.com

*Counsel for Marilyn Woolfolk,
surviving spouse of Martin Y. Woolfolk*

## CERTIFICATE OF SERVICE

I hereby certify that on 27th day of October, 2022 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ D. Blayne Honeycutt
D. BLAYNE HONEYCUTT