UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: Roundup Products Liability Litigation

This Documents Relates to:

*Marilyn Woolfolk, surviving spouse of Martin Y. Woolfolk v. Monsanto Co., et al*
Docket No: 3:20-cv-04760-VC

MDL No. 2741

Case No: 3:16-md-02741-VC

## "PROPOSED" ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI

Plaintiff, Marilyn Woolfolk, surviving spouse of Martin Y. Woolfolk's, motion to move case from Wave V to Wave IV is granted.

**IT IS SO ORDERED.**

DATED: October ____, 2022

_____
District Judge Vince Chhabria