UNITED STATES DISTRICT COURT

NORTHERN DISTRICT of CALIFORNIA

FILED

OCT 0 7 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ralph A.  Applegate,
        Plaintiff,


v.


Bayer, A.  G.,
        Defendant,

MDL No.  2741
Case No.  3:16-md-02741-VC
APPLEGATE v. MONSANTO CO.,
CASE NO.2:18-CV-03363-VC,
and APPLEGATE v.  BAYER,
A. G., Case No. 3-19-CV-06800-VC


RESPONDENT RALPH A. APPLEGATE's WITH and IN RETROSPECT to SECRECY

    1.Because of secrecy of exposures and number of total Roundup plaintiff's it is not plausible for respondent Applegate to explain in complete detail this pleading.

    2. As far as is known there have been nearly 88000 Wave I, II, III, and IV plaintiff's who fraudulently claimed glyphosate causes cancer, except for respondent Applegate's case number 3-19-CV-06800-VC which claims fraudulent concealment of inorganic arsenic. Respondent Applegate does not know what maybe 175 Pro Se plaintiff's had claimed ?

    3.  Also,as far as is known, there may be as many as nearly 88000 more plaintiff cases claiming glyphosate causes cancer , which were not yet

1.

filed ?  There may be more ?

4.  Bayer, A.G. had agreed fraudulently to settle for $11,000,000,000.,

and has not clearly settled with as many as 100,000 plaintiff's ?

5.  Also, as far as is known, there are continuing to be an unspecified

number of $25,000. offers by email on the internet to respondent Applegate

and likely to others where those offering attorneys refuse to identify

themselves ?

6.  Bayer, A. G.continues to act in bad faith by not settling with

respondent Applegate, even though Associate Justice Amy Coney Barrett

and three(3)other Su. Ct.  of the United States Associate Justices had

ORDERED on June 21, 2022 glyphosate causes cancer to be set aside !

7.  As far as is known none of those 88000 cases that have not been

filed claim that inorganic arsenic causes cancers, nor can they amend and file?

Respondent is only claimant to have done so!

8.  Respondent Applegate demands that Bayer, A.G. settle with

respondent Applegate for $25,000,000. of that $11,000,000,000. fraudulently

offered that should have already been returned to Bayer, A.G. by plaintiff's

and attorneys who were required to have returned those settlements pursuant to

the Su.Ct. of the United States June 21, 2022 ORDER.

9.  Respondent Applegate will dismiss all claims within about two(2)

days of receiving a $25,000,000. check regardless of whether Bayer, A.  G.

has stopped selling Roundup with inorganic arsenic mixed in it ! House of

Representatives Oversight Subcommittee will be responsible for

2.

oversighting that problem !

Respectively submitted

Signed
Ralph A.Applegate
Plaintiff Pro Se
1544 Zettler Road
Columbus,Ohio 43227
rapplegate48@gmail.com

Eric G.  Lasker(pro hac vice)
(elasker@hollingsworthllp.com)
1350 I Street, NW
Washington DC 20005

## Certificate of Service

It is certified that " RESPONDENT RALPH A. APPLEGATE's  WITH

and IN  RETROSPECT to SECRECY " will be regularly  mailed to

Associate Justice Amy Coney  Barrett, SU.CT. of the UNITED STATES,

and to Justice Vince Chhabria, and attorney Eric Lasker, on or before

October 6, 2022 .

3.