Ralph A. Applegate
Columbus, Ohio 43227



COLUMBUS OH 430
4 OCT 2022 PM 4 L

RECEIVED
OCT 07 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Justice
Vince Chhabria
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

94102-348999

