UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> *Rodgers v. Monsanto Company,* <br> Case No. 3:21-cv-03291 | |

**PLAINTIFF RODGERS' OPPOSITION TO MONSANTO COMPANY'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT PLAINTIFF FACT SHEET**

Plaintiff Roy Rodgers ("Plaintiff"), by and through undersigned counsel, provides the following in opposition to Defendant Monsanto Company's Motion to Dismiss with Prejudice for Failure to Submit a Plaintiff Fact Sheet (ECF Doc. 15538).

Plaintiff respectfully requests that the Court deny Defendant's Motion to Dismiss because Plaintiff has complied with Pretrial Order 50. Defendant Monsanto ("Defendant") claims that Plaintiff Rodgers failed to submit a Plaintiff Fact Sheet in compliance with Pretrial Order 50 (ECF Doc. 1883), that Defendant provided Notice of Failure to Submit a Plaintiff Fact Sheet to Plaintiff, Plaintiff failed to respond, and, therefore, the Court should dismiss Plaintiff with prejudice for failure to prosecute. (ECF Doc. 15538). The Court should deny Defendant's Motion because Plaintiff has complied with all requirements of Pretrial Order 50 and Plaintiff's prior non-compliance was an inadvertent oversight resulting from conflicting Plaintiff Fact Sheets required under Pretrial Order 50 and Pretrial Order 240.

Plaintiff inadvertently conflated the requirements of Pretrial Order 50 and Pretrial Order 240.

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

*Rodgers, Roy v. Monsanto Company and John Does*, 1:21-CV-00010
Plaintiff Rodgers' Opposition to Monsanto Company's Motion to Dismiss with Prejudice
Page 2

Pursuant to Pretrial Order 50, Plaintiff was required to secure online portal access with the MDL Centrality system, submit a *specific* Plaintiff Fact Sheet, signed and dated Authorization, and all responsive documents to the MDL Centrality system. Pursuant to Pretrial Order 240, Plaintiff was required to submit *another* Plaintiff Fact Sheet to RoundUp@FeinbergLawOffices.com.

In December 2021, Plaintiff completed the Plaintiff Fact Sheet required by Pretrial Order 50, signed and dated Authorizations, and all responsive documents requested in the Fact Sheet. Undersigned Counsel sent the responsive documents to RoundUp@FeinbergLawOffices.com instead of utilizing the MDL Centrality System or emailing the documents to Brown Greer PLC. *See* Email dated December 3, 2021, attached hereto as **EXHIBIT 1.** Plaintiff subsequently received notice from Feinberg Law Offices that the incorrect Plaintiff Fact Sheet was submitted. Plaintiff then submitted the Plaintiff Fact Sheet required under Pretrial Order 240 to RoundUp@FeinbergLawOffices.com.

On July 21, 2022, Plaintiff received Defendant's Notice of Failure to Provide Plaintiff Fact Sheet. However, because Plaintiff had already completed with the specific Plaintiff Fact Sheet required by Pretrial Order 50, Undersigned Counsel believed that Plaintiff had complied the requirements of Pretrial Order 50.

Upon receipt of Monsanto Company's Motion to Dismiss with Prejudice for Failure to Submit a Plaintiff Fact Sheet, Undersigned Counsel, now realizing the error, promptly uploaded the Plaintiff Fact Sheet required by Pretrial Order 50, signed and dated Authorizations, and all responsive documents requested in the Fact Sheet to the MDL Centrality System. *See* Email dated October 4, 2022, attached hereto as **EXHIBIT 2** and Confirmation of Filing Fee attached hereto as **EXHIBIT 3.**

*Rodgers, Roy v. Monsanto Company and John Does*, 1:21-CV-00010
Plaintiff Rodgers' Opposition to Monsanto Company's Motion to Dismiss with Prejudice
Page 3

   Plaintiff has complied with all the requirements of Pretrial Order 50 and respectfully requests that the Court deny Defendant Monsanto Company's Motion to Dismiss with Prejudice and grant Plaintiff such other and further relief as this Court deems just and proper.

             RESPECTFULLY SUBMITTED
             LEE J. ROHN AND ASSOCIATES, LLC
             Attorneys for Plaintiffs


DATED: October 11, 2022    BY:  */s/ Lee J. Rohn*
             Lee J. Rohn, Esq.
             VI Bar No. 52
             1108 King Street, Suite 3 (mailing)
             56 King Street, Third Floor (physical)
             Christiansted, St. Croix
             U.S. Virgin Islands 00820
             Telephone: (340) 778-8855
             lee@rohnlaw.com

*Rodgers, Roy v. Monsanto Company and John Does*, 1:21-CV-00010
Plaintiff Rodgers' Opposition to Monsanto Company's Motion to Dismiss with Prejudice
Page 4

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on October 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Chad Messier, Esq.
Dudley, Topper and Feuerzeig, LLP
1000 Frederiksberg Gade
P.O. Box 756
St. Thomas, VI 00804-0756
Email Address: cmessier@dtflaw.com; agerard@dtflaw.com
    Attorney For: Monsanto Company

Lakshmi Archari, Esq.
Shook, Hardy & Bacon L.L.P.
600 Travis St., Suite 3400
Houston, TX 77002
Email Address: lachari@shb.com

BY: __/s/ *Lee J. Rohn*_____ (bf)