UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Rodgers v. Monsanto Company,*<br>Case No. 3:21-cv-03291 | |

### AFFIRMATION OF LEE J. ROHN, ESQ.

**TERRITORY OF THE VIRGIN ISLANDS** )
                                                   )    SS.
**DIVISION OF ST. CROIX** )

      I, Lee J. Rohn, Esq., being first duly sworn, declare under penalty of perjury that the following is true and correct.

1. I make this affirmation of my own personal knowledge.

2. I represent Roy Rodgers in the above-referenced matter.

3. Mr. Rodgers completed the Plaintiff Fact Sheet, signed and dated Authorizations, and all responsive documents ("PFS") in December 2021.

4. Inadvertently, the Pretrial Order 50, and Pretrial Order 240 were conflated.

5. Given that the PFS was completed, when the deficiency letter was received from Defendant Monsanto Company's attorney, it was believed, it was in error given that the paperwork had already been completed and submitted.

Rodgers, Roy v. Monsanto Company, Case No. 16-md-02741-VC
<u>AFFIRMATION OF LEE J. ROHN, ESQ.</u>
Page 2

6. I was unaware that the paperwork was submitted to The Law Offices of Kenneth R. Feinberg with the independent Settlement Program in compliance with Pretrial Order 240 – not to Greer Brown PLC or the MDL Centrality System in compliance with Pretrial Order 50.

7. The error is wholly this firm and independent of the Plaintiff, Mr. Rodgers.

8. Mr. Rodgers complied with the Court's requirements and provided the paperwork.

9. My office simply made a mistake.

10. All requirements of Pretrial Order 50 have now been complied with and Mr. Rodgers PFS has been properly submitted to the MDL Centrality System.

Dated: October 11, 2022                                        /s/ Lee J. Rohn
                                                                              Lee J. Rohn