| | |
|---|---|
| From: | Ruthlin Aldonza-Williams |
| To: | "roundupprogram@feinberglawoffices.com" |
| Cc: | Lee Rohn; Info |
| Subject: | Roy Rodgers Plaintiff Fact Sheet |
| Date: | December 3, 2021 3:29:32 PM |
| Attachments: | Roy Rodgers Plaintif Fact Sheet and Authorizations.pdf |

Good day,

Please find the completed claim form attached for Roy Rodgers.

Best regards,

**Ruth Aldonza-Williams**
Legal Assistant
Lee J. Rohn & Associates, LLC
1108 King Street, Suite 3
Christiansted, VI 00820
Telephone No. (340) 778-8855
Fax No. (340) 773-2954
ruthlin@rohnlaw.com

**EXHIBIT 1**