| From: | MDL Centrality Administrator |
|---|---|
| To: | Info |
| Subject: | MDL Centrality - Roundup Filing Fee Received - 6008 |
| Date: | October 4, 2022 4:49:07 PM |
| Importance: | High |

The MDL Centrality Administrator has received your payment of the $25 filing fee for the plaintiff referenced below. For your records, here is the information related to the transaction.

| Roundup Products Liability Litigation Payment Confirmation | | | | |
|---|---|---|---|---|
| Plaintiff ID | Plaintiff Name | Transaction ID | Transaction By | Transaction Date |
| 6008 | ROY RODGERS | BP0P7DE55385 | Lee Rohn | 10/04/2022 |

Thank you,

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, VA 23231
Telephone: (804) 237-6231
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**EXHIBIT 3**