UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

Case No. 16-md-02741-VC

This document relates to:

*Rodgers v. Monsanto Company,*
Case No. 3:21-cv-03291

# ORDER

**THIS MATTER** having come before the Monsanto Company's Motion to Dismiss with Prejudice for Failure to Submit a Plaintiff Fact Sheet dated September 27, 2022, Document 15538and the Court having been advised in its premises, it is **ORDERED t**hat Defendant Monsanto Company's Motion to Dismiss with Prejudice for Failure to Submit a Plaintiff Fact Sheet is **DENIED.**

**SO ORDERED** this _____ day of _____ 2022.

_____
District Judge of the Northern District of California