JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
O'Brien Law LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
Phone: (419) 930-6401
Fax:    (419) 930-6403
Email: jim@obrien.law

*Counsel for Joseph E. Shipley and Margaret Shipley*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.  2741<br>Master Docket No. 16-MD-2741-VC |
| This document relates to:<br>**JOSEPH E. SHIPLEY** *et al*,<br>    Plaintiffs,<br>v.<br>**MONSANTO COMPANY**,<br>    Defendant. | Case No.:  3:17-cv-1982<br>Judge:    Hon. Vince Chhabria |

## STIPULATION OF DISMISSAL

Plaintiffs Joseph E. Shipley and Margaret Shipley—with the consent of all the defendants that have appeared—dismiss this action in its entirety. Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | |
|---|---|
| 1  October 11, 2022 | O'Brien Law LLC, |
| 2 | */s/ James G. O'Brien* |
| | James G. O'Brien (Cal. 308239, Ohio 0088460) |
| 3 | O'BRIEN LAW, LLC |
| | 405 Madison Ave., 10th Floor |
| 4 | Toledo, Ohio 43604 |
| | Tel.   (419) 930-6401 |
| 5 | Fax   (419) 930-6403 |
| | Email  jim@obrien.law |

*Counsel for Plaintiffs Joseph E. Shipley and Margaret Shipley*

 */s/ Anthony R. Martinez*     (by permission)
Anthony R. Martinez
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 559-2683
Email: amartinez@shb.com

*Counsel for Defendant Monsanto Company*

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

## **CERTIFICATE OF SERVICE**

I transmitted a true and accurate copy of the foregoing upon:

> Joe G. Hollingsworth
> HOLLINGSWORTH LLP
> 1350 I Street, N.W.
> Washington, DC 20005
> (202) 898-5800
> Fax: (202) 682-1639
> Email: jhollingsworth@hollingsworthllp.com
>
> *Counsel for Monsanto Company*

by filing a copy on the Court's electronic filing system.

October 11, 2022               */s/ James G. O'Brien*
                               James G. O'Brien (Cal. 308239, Ohio 0088460)

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

CERTIFICATE OF SERVICE