Aimee H. Wagstaff, SBN 278480
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, CO 80203
Tel: 303-376-6360
awagstaff@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Dinner v. Monsanto Co. et al.,* Case No. 3:20-cv-03360-VC | MDL No. 2741 <br><br> Case No. 16-md-02741-VC <br><br> **NOTICE OF APPEARANCE OF AIMEE H. WAGSTAFF ON BEHALF OF PLAINTIFF** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Aimee H. Wagstaff, of Wagstaff Law Firm, hereby enters her appearance in the above-captioned case as counsel for Plaintiff, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this case be served upon her at the above address.

DATED: October 12, 2022          By:     /s/ Aimee H. Wagstaff
                                         Aimee H. Wagstaff, SBN 278480
                                         WAGSTAFF LAW FIRM
                                         940 N. Lincoln Street
                                         Denver, CO 80203
                                         Tel: 303-376-6360
                                         awagstaff@wagstafflawfirm.com

                                         *Attorney for Plaintiff*

- 1 -

NOTICE OF APPEARANCE OF AIMEE H. WAGSTAFF ON BEHALF OF PLAINTIFF
3:16-md-02741-VC

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: October 12, 2022             By:    /s/ Aimee H. Wagstaff