Kathryn M. Forgie, SBN 110404
WAGSTAFF LAW FIRM
1901 Harrison Street, Suite 1100
Oakland, CA 94612
Tel: 303-376-6360
kforgie@wagstafflawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Dinner v. Monsanto Co. et al.,* Case No. 3:20-cv-03360-VC | **NOTICE OF APPEARANCE OF KATHRYN M. FORGIE ON BEHALF OF PLAINTIFF** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Kathryn M. Forgie, of Wagstaff Law Firm, hereby enters her appearance in the above-captioned case as counsel for Plaintiff, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this case be served upon her at the above address.

DATED: October 12, 2022       By:     */s/ Kathryn M. Forgie*
                                      Kathryn M. Forgie, SBN 110404
                                      WAGSTAFF LAW FIRM
                                      1901 Harrison Street, Suite 1100
                                      Oakland, CA 94612
                                      Tel: 303-376-6360
                                      kforgie@wagstafflawfirm.com

                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: October 12, 2022                    By:    */s/ Kathryn M. Forgie*

- 2 -
NOTICE OF APPEARANCE OF KATHRYN M. FORGIE ON BEHALF OF PLAINTIFF
3:16-md-02741-VC