**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Daniel Darst et al v. Monsanto Co.*, No. 3:19-cv-04478 | |

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiff Daniel Darst - without opposition from Defendant Monsanto Company - respectfully requests the Court move his case from Wave V to Wave VI:

1. Daniel Darst's case is currently part of Wave V

2. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter. Plaintiff's deposition and inspection of his property have not yet been scheduled

3. Additionally, the deadlines posed by Wave V presents challenges to Plaintiff to present required expert reports.

4. Plaintiff believes the best, most prudent course of action would be to move this case to a later Wave.

5. In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VI.

10X8304

Therefore, Plaintiff Daniel Darst, with the consent of Defendant Monsanto Company, respectfully request the Court move his case from Wave V to Wave VI.

Dated: October 12, 2022

*Respectfully submitted,*
Daniel Miller Darst and Amy Jean Kutchen Darst,
Plaintiffs,

By:    *David A. Domina*  11043NE
Domina Law Group pc llo
2425 South 144th St. Omaha NE 68144-3267
402 493 4100
ddomina@dominalaw.com

Plaintiffs' Lawyer

**Certificate of Service**

I certify that on August 1, 2022,  I Served the foregoing by filing with the Court using  the CM/ECF system which sent notice to counsel of record when accepted and filed

*David A. Domina*