UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: *Daniel Darst el al v. Monsanto Co.*, Case No: 3:19-cv-04478 | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiff's motion to move their case from Wave V to Wave VI is GRANTED.

**IT IS SO ORDERED.**

Dated: October ___, 2022

                                                                                   _____
                                                                                   JUDGE VINCE CHHABRIA

10X8312