UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *William Travis Joiner v. Monsanto Co.*, Case No.: 3:20-cv-03828-VC | |

**Unopposed Motion to Move Case to Wave VI**

Plaintiff William Travis Joiner – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave V to Wave VI:

1. Mr. Joiner's case is part of Wave V.

2. Earlier this year Mr. Joiner suffered a stroke and has yet to regain full audible skills.

3. Plaintiff's family is in the process of preparing legal representation documents.

4. Counsel for Joiner met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff William Travis Joiner, and the soon to be named legal representative, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave V to Wave VI.

Dated: October 12, 2022

        Respectfully submitted,

        IRPINO, AVIN & HAWKINS LAW FIRM

        */s/ Pearl Robertson*
        Pearl Robertson (LA Bar# 34060)
        2216 Magazine Street
        New Orleans, LA 70130
        Telephone: (504) 525-1500
        Facsimile: (504) 525-1501
        probertson@irpinolaw.com

        *Counsel for Plaintiff*

        */s/ Curtis R. Joseph, Jr.*
        Curtis R. Joseph (LA Bar# 26944)
        Winchell & Joseph, LLC
        2124 Fairfield Avenue
        Shreveport, LA 71104
        Telephone: (318) 221-1600
        Facsimile: (318) 425-1256

        *Co-Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Pearl Robertson*