Kristy M. Arevalo, State Bar No. 216308
kma@mccunewright.com
Cathy M. Roe, State Bar No. 331565
cmr@mccunewright.com
**McCUNE LAW GROUP**
**McCUNE WRIGHT AREVALO**
**VERCOSKI KUSEL WECK BRANDT APC**
3281 East Guasti Road, Ste. 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: All actions | **MDL No.** 2741<br><br>**Case No.** 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>**NOTICE OF FIRM NAME CHANGE** |

**<u>TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST</u>**:

PLEASE TAKE NOTICE that the law firm of McCune Wright Arevalo, LLP has changed its

firm name to McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC,

effective immediately.  The address, phone and email addresses remain the same:

McCune Law Group
McCune Wright Arevalo Vercoski
Kusel Weck Brandt APC
3281 East Guasti Road, Suite 100
Ontario, CA  91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

\\

\\

NOTICE OF FIRM NAME CHANGE

Please update your records to reflect this change.

Dated:  October 11, 2022

**McCune Law Group**

McCune Wright Arevalo Vercoski
Kusel Weck Brandt APC

By:  _____

Kristy M. Arevalo
Attorneys for Plaintiff(s)

- 2 -

**NOTICE OF FIRM NAME CHANGE**

PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF SAN BERNARDINO

      I am employed in the County of San Bernardino, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 3281 East Guasti Rd., Suite 100 Ontario, CA 91761

      On October 11, 2022, I served the foregoing document described as **NOTICE OF FIRM NAME CHANGE** on the interested parties through their respective attorneys of record in this action, by placing a ☒ true copy or ☐ original thereof enclosed in sealed envelopes addressed as follows:

**METHOD OF SERVICE PURSUANT TO CCP SECTION 1013:**

[  ]    **(BY MAIL)**   I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing.  Under that practice, I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Ontario, California.

[  ]    **(BY FACSIMILE)**   I caused such documents to be transmitted by facsimile to the offices of the addressee(s) to the facsimile number(s) listed above.

[  ]    **(BY PERSONAL SERVICE)**  I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

[  ]    **(BY OVERNIGHT DELIVERY)**  I caused such document to be delivered by overnight delivery to the offices of the addressee(s).

[ x ]    **(BY ELECTRONIC MAIL)**  By electronically mailing a true and correct copy through McCune Wright Arevalo Electronic Mail System from bcc@mccunewright.com to the Email Address(es) noted above per Code of Civil Procedure, Section 1010.6 or an agreement by the parties to accept service by Email.  I did not receive, within a reasonable time after transmission, any electronic message that the Email transmission(s) were unsuccessful.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on the above-referenced date at Ontario, California.

Brancy C. Chude

- 3 -

**NOTICE OF FIRM NAME CHANGE**