# EXHIBIT A:

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052021026019
LOCAL REGISTRATION NUMBER: 3202133001679

### Decedent's Personal Data
- 1. NAME OF DECEDENT – FIRST (Given): ROGER
- 2. MIDDLE: KEITH
- 3. LAST (Family): WOOD
- AKA: —
- 4. DATE OF BIRTH: 05/26/1950
- 5. AGE: 70
- 6. SEX: M
- 8. BIRTH STATE/FOREIGN COUNTRY: IL
- 10. SOCIAL SECURITY NUMBER: 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
- 11. EVER IN U.S. ARMED FORCES?: X YES
- 12. MARITAL STATUS: MARRIED
- 7. DATE OF DEATH: 01/25/2021
- 8. HOUR: 0915
- 13. EDUCATION: SOME COLLEGE
- 14/15. HISPANIC?: NO
- 16. RACE: CAUCASIAN
- 17. USUAL OCCUPATION: PRODUCTION CONTROL
- 18. KIND OF BUSINESS OR INDUSTRY: CIVIL SERVICE
- 19. YEARS IN OCCUPATION: 25

### Usual Residence
- 20. DECEDENT'S RESIDENCE: 25131 AVOCET CIR
- 21. CITY: HEMET
- 22. COUNTY: RIVERSIDE
- 23. ZIP: 92544
- 24. YEARS IN COUNTY: 1
- 25. STATE: CA

### Informant
- 28. INFORMANT'S NAME, RELATIONSHIP: GAYLE PENUELAS-WOOD, SPOUSE
- 27. MAILING ADDRESS: 25131 AVOCET DR, HEMET, CA 92544

### Spouse/SRDP and Parent Information
- 28. NAME OF SURVIVING SPOUSE – FIRST: GAYLE
- 29. MIDDLE: L
- 30. LAST (BIRTH NAME): STROMQUIST
- 31. NAME OF FATHER/PARENT – FIRST: CARROLL
- 32. MIDDLE: L
- 33. LAST: WOOD
- 34. BIRTH STATE: IL
- 35. NAME OF MOTHER/PARENT – FIRST: JEAN
- 36. MIDDLE: T
- 37. LAST (BIRTH NAME): TANNIHILL
- 38. BIRTH STATE: WI

### Funeral Director/Local Registrar
- 38. DISPOSITION DATE: 02/01/2021
- 40. PLACE OF FINAL DISPOSITION: AT SEA OFF THE COAST OF SAN DIEGO COUNTY
- 41. TYPE OF DISPOSITION(S): CR/SEA
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 44. NAME OF FUNERAL ESTABLISHMENT: PREFERRED CREMATION AND BURIAL
- 45. LICENSE NUMBER: FD1746
- 46. SIGNATURE OF LOCAL REGISTRAR: CAMERON KAISER, MD
- 47. DATE: 02/01/2021

### Place of Death
- 101. PLACE OF DEATH: RESIDENCE HOSPICE
- 103. IF OTHER THAN HOSPITAL: X Decedent's Home
- 104. COUNTY: RIVERSIDE
- 105. FACILITY ADDRESS: 25131 AVOCET CIR
- 106. CITY: HEMET

### Cause of Death
- 107. CAUSE OF DEATH:
  - IMMEDIATE CAUSE (A): GLIOBLASTOMA MULTIFORME — MONS
- 108. DEATH REPORTED TO CORONER?: X NO
- 109. BIOPSY PERFORMED?: X YES
- 110. AUTOPSY PERFORMED?: X NO
- 111. USED IN DETERMINING CAUSE?: NO
- 112. OTHER SIGNIFICANT CONDITIONS: NONE
- 113. WAS OPERATION PERFORMED: LEFT CRANIOTOMY WITH TUMOR EXCISION 08/17/2020

### Physician's Certification
- 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
- Decedent Attended Since: 11/23/2020
- Decedent Last Seen Alive: 01/13/2021
- 115. SIGNATURE AND TITLE OF CERTIFIER: RICHARD EARL LEWIS M.D.
- 116. LICENSE NUMBER: G60815
- 117. DATE: 01/29/2021
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: RICHARD EARL LEWIS M.D., 10800 MAGNOLIA AVE, RIVERSIDE, CA 92505

### Coroner's Use Only
(blank)

*010001004833201*

---



**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file in the office of the County of Riverside, Assessor-County Clerk-Recorder.

DATE ISSUED: APR 15 2021

034982537

PETER ALDANA
ASSESSOR-COUNTY CLERK-RECORDER
RIVERSIDE COUNTY, CALIFORNIA



This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-County Clerk-Recorder.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

CARIVERSO2