Aimee H. Wagstaff, SBN 278480
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, CO 80203
Tel: 303-376-6360
awagstaff@wagstafflawfirm.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *El-Hakam, et al. v. Monsanto Co., et al.,* Case No. 3:21-cv-09937-VC | **NOTICE OF APPEARANCE OF AIMEE H. WAGSTAFF ON BEHALF OF PLAINTIFFS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Aimee H. Wagstaff, of Wagstaff Law Firm, hereby enters her appearance in the above-captioned case as counsel for Plaintiffs, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this case be served upon her at the above address.

DATED: October 14, 2022    By:    /s/ Aimee H. Wagstaff
Aimee H. Wagstaff, SBN 278480
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, CO 80203
Tel: 303-376-6360
awagstaff@wagstafflawfirm.com

*Attorney for Plaintiffs*

- 1 -
NOTICE OF APPEARANCE OF AIMEE H. WAGSTAFF ON BEHALF OF PLAINTIFFS
3:21-cv-09937-VC; 3:16-md-02741-VC

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: October 14, 2022                         By:      */s/ Aimee H. Wagstaff*