1  Kathryn M. Forgie, SBN 110404
2  WAGSTAFF LAW FIRM
   1901 Harrison Street, Suite 1100
3  Oakland, CA 94612
   Tel: 303-376-6360
4  kforgie@wagstafflawfirm.com

5  *Attorney for Plaintiffs*

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 16-md-02741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF KATHRYN M. FORGIE ON BEHALF OF PLAINTIFFS** |
| *El-Hakam, et al. v. Monsanto Co., et al.,* Case No. 3:21-cv-09937-VC |  |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Kathryn M. Forgie, of Wagstaff Law Firm, hereby enters her appearance in the above-captioned case as counsel for Plaintiffs, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this case be served upon her at the above address.

DATED: October 14, 2022        By:    */s/ Kathryn M. Forgie*
                                      Kathryn M. Forgie, SBN 110404
                                      WAGSTAFF LAW FIRM
                                      1901 Harrison Street, Suite 1100
                                      Oakland, CA 94612
                                      Tel: 303-376-6360
                                      kforgie@wagstafflawfirm.com

                                      *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

DATED: October 14, 2022        By:    */s/ Kathryn M. Forgie*