UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC (AGT) |
| This document relates to:<br>*All Related Actions* | **DISCOVERY ORDER NO. 1: ORDER SETTING DISCOVERY CONFERENCE** |

A discovery conference before the undersigned is scheduled for October 21, 2022, at 10:00 a.m., via Zoom Webinar. Plaintiffs' leadership counsel and Monsanto's counsel must attend and should be prepared to discuss discovery dispute procedures going forward. Anyone who filed an opposition brief to Monsanto's pending motion to compel at Dkt. 14964, and those who filed the discovery letter brief at Dkt. 15534, may also participate in the conference.

Everyone wishing to appear for the conference must email AGTCRD@cand.uscourts.gov and identify: (1) the name of the attorney who will be participating; (2) who that attorney represents; and (3) the docket number of the relevant discovery brief. All emails must be sent by October 19, 2022, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: October 14, 2022

_____
ALEX G. TSE
United States Magistrate Judge