Lakshmi Achari
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24126364
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
lachari@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Antonio Pena*<br>Cause No. 3:21-cv-08448-VC<br>(N.D. Cal)<br><br>*Roy Rodgers*<br>Cause No. 3:21-cv-03297-VC<br>(N.D. Cal)<br><br>*Naomi Swanson*<br>Cause No. 3:21-cv-08047-VC<br>(N.D. Cal) | |

**MONSANTO'S REPLY ISO MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET**

Defendant ("Monsanto") files this Reply in Support of Its Motion to Dismiss with Prejudice for Failure to Submit a Plaintiff Fact Sheet ("PFS").  On September 27, 2022, Monsanto filed a motion to dismiss plaintiffs for their failure to submit a PFS.  Plaintiff Roy Rodgers was initially subject to

the Motion but has submitted a completed PFS, warranting withdrawal from this Motion. However, Monsanto has not received a PFS from the below Plaintiffs:

- Antonio Pena
- Naomi Swanson

Thus, Monsanto's Motion to Dismiss related to these two Plaintiffs is ripe for ruling by the Court and Monsanto respectfully requests that these two Plaintiffs' lawsuits be dismissed with prejudice.

## Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the cases for the above two Plaintiffs with prejudice for failure to submit a PFS.

Dated:  October 17, 2022

                Respectfully submitted,

                SHOOK, HARDY & BACON L.L.P.

                By: */s/ Lakshmi Achari*
                    Lakshmi Achari
                    Texas Bar No. 24126364
                    E-mail:  lachari@shb.com
                    600 Travis, Suite 3400
                    Houston, Texas 77002-2926
                    Telephone:  713-227-8008
                    Fax:  713-227-9508

                ***Attorney for Defendant,***
                ***MONSANTO COMPANY***

**CERTIFICATE OF SERVICE**

I, Lakshmi Achari, hereby certify that on October 17, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Lakshmi Achari*
Lakshmi Achari
