# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *All Related Actions* | **PRETRIAL ORDER NO. 280: ORDER DIRECTING CASE COUNSEL TO PROVIDE CASE COUNSEL CONTACT INFORMATION FORM** |

It is hereby ordered that all case counsel with an active MDL case submit a "Case Counsel Contact Information" document (**Exhibit A**) to Plaintiffs' Co-Lead Counsel via email, with a copy to:

1. Kevin Rowe (Krowe@wagstafflawfirm.com) at Wagstaff Law Firm;

2. Nicole Thomas (NHaney@weitzlux.com) at Weitz & Luxenburg, P.C., and

3. Juan Aguilar (jaguilar@millerfirmllc.com) at The Miller Firm, LLC

within fifteen (15) days. For new MDL cases, case counsel shall serve the Case Counsel Contact Information Sheet on Plaintiffs' Co-Lead counsel at set forth above at the same time they serve the PFS.

**IT IS SO ORDERED.**

Dated: October 17, 2022

_____
VINCE CHHABRIA
United States District Judge