# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **Case Counsel Contact Information** |
| *All Cases* | |

**Case Counsel Contact Information**

1. Case Name(s) and Case Number(s):
   _____
   _____
   _____
   _____.

2. Lead Counsel Contact Information (Attorney, Law Firm, Address, E-mail, Phone Number):
   _____
   _____
   _____
   _____.

3. Other Attorneys/Staff to be noticed: (Name, Law Firm, Address, E-mail, Phone Number):
   _____
   _____
   _____
   _____
   _____
   _____
   _____.

1