Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Audrey Siegel (SBN 286771)
audrey.siegel@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: 415-986-1400

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO :<br>*Dean McWilliams v. Monsanto Company, et al,*<br>Case No. 3:20-cv-07104-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE PARTY |

## ORDER

Upon consideration of Counsel for Plaintiff's Motion to Substitute Party

IT IS HEREBY ORDERED that:

1. The request to substitute Barbara McWilliams, David McWilliams, and Amy McWilliams in place of Dean McWilliams is granted.

2. According, the Plaintiff caption shall be amended as follows: "Barbara McWilliams, David McWilliams, and Amy McWilliams, individually and as successors in interest to Dean McWilliams, decedent".

Dated: October 17, 2022

_____
Hon. Vince Chhabria
United States District Court Judge

-1-
[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE PARTY