| | |
|---|---|
| **WILKINSON STEKLOFF LLP** | **COVINGTON & BURLING LLP** |
| Brian L. Stekloff (*pro hac vice*) | Michael X. Imbroscio (*pro hac vice*) |
| (bstekloff@wilkinsonstekloff.com) | (mimbroscio@cov.com) |
| Rakesh Kilaru (*pro hac vice*) | One City Center |
| (rkilaru@wilkinsonstekloff.com) | 850 10th St. NW |
| 2001 M St. NW | Washington, DC 20001 |
| 10th Floor | Tel: 202-662-6000 |
| Washington, DC 20036 | |
| Tel: 202-847-4030 | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| Fax: 202-847-4005 | K. Lee Marshall (CA Bar No. 277092) |
| | (klmarshall@bclplaw.com) |
| **HOLLINGSWORTH LLP** | Three Embarcadero Center, 7th Floor |
| Eric G. Lasker (*pro hac vice*) | San Francisco, CA 94111 |
| (elasker@hollingsworthllp.com) | Tel: 415-675-3400 |
| 1350 I St. NW | Fax: 415-675-3434 |
| Washington, DC 20005 | |
| Tel: 202-898-5843 | Jed P. White (CA Bar No. 232339) |
| Fax: 202-682-1639 | (jed.white@bclplaw.com) |
| | 120 Broadway, Suite 300 |
| | Santa Monica, CA 90401 |
| | Tel: 310-576-2100 |
| | Fax: 310-576-2200 |

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Linda J. Matthaus-Shelton v. Monsanto Company,* 3:20-cv-00168-VC | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |
| | **Hearing:** |
| | Date: December 1, 2022 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 4 |

1  The Motion for Summary Judgment filed by Defendant Monsanto Company
2 ("Monsanto") came for a hearing on December 1, 2022, in Courtroom 4, in the above-
3 entitled Court, the Honorable Vince Chhabria presiding.  Having considered all papers
4 submitted by the parties concerning the Motion for Summary Judgment, and
5 pleadings and papers on file in this action,
6  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
7  1.  Monsanto's Motion for Summary Judgment is granted as set forth in the
8 Court's Order dated _____.
9  2.  Judgment is hereby entered in favor of Monsanto.

Dated:  By: _____
Honorable Vince Chhabria
United States District Judge

1