# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Alexander Sarafian, et al. v. Monsanto Company*, Case No.: 3:20-cv-01068-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

## PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiffs, Alexander Sarafian and Kara Sarafian, by and through their attorneys, VANDEVEER GARZIA, P.C., and without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave V to Wave VI.

1. The case of Mr. Alexander Sarafian and Mrs. Kara Sarafian is currently part of Wave V.

2. The Parties worked collaboratively to schedule the depositions Alexander Sarafian and Kara Sarafian, most recently in September 2022 and October 2022.

3. The Parties also worked collaboratively to set the site inspection requested by Monsanto Company in March 2022 and April 2022.

4. Despite the Parties diligent and continued efforts, the Parties have not been able to set a mutually agreeable date or time for the Sarafian's depositions or the site inspection because of the parties conflicting schedules.

5. Counsel for the Sarafian's met and conferred with counsel for Defendant, Monsanto Company. Plaintiffs believe the best course of action would be to move this case to a later Wave. Monsanto does not oppose this request.

Therefore, Plaintiffs, Alexander Sarafian and Kara Sarafian, without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave V to Wave VI.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | VANDEVEER GARZIA, P.C. |
|  | */s/ David B. Timmis* |
|  | By: _____ |
|  | DAVID B. TIMMIS (P40539) |
|  | DAVID Q. HOUBECK (P77002) |
|  | Attorneys for Plaintiffs |
|  | 840 West Long Lake Road, Suite 600 |
|  | Troy, MI  48098 |
| Dated:  October 18, 2022 | (248) 312-2800 |
|  | *Counsel for Plaintiffs Alexander Sarafian and Kara Sarafian* |