UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| **THIS DOCUMENT RELATES TO:** *John Dillon, et al. v. Monsanto Co*mpany Case No.: 3:19-cv-06184-VC | Case No. 16-md-02741-VC |

**PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VI**

Plaintiffs, John Dillon and Catherine Dillon, by and through their attorneys, VANDEVEER GARZIA, P.C., and without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave V to Wave VI.

1. The case of Mr. John Dillon and Ms. Catherine Dillon is currently part of Wave V.

2. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.

3. The parties worked collaboratively and took the deposition of John Dillon in December 2021.

4. The parties also worked collaboratively and took the deposition of Mr. Dillon's treating oncologist, Dr. Gregory Yanik, in April 2022.

5. Despite the Parties diligent and continued efforts, the Parties have not been able to set a mutually agreeable date or time for the remaining depositions and site inspection because of the parties conflicting schedules.

6. Additionally, the deadlines posed by Wave V presents a challenge to Plaintiff to present required expert reports.

7. Counsel for the Dillon's met and conferred with counsel for Defendant, Monsanto Company. Plaintiffs believe the best course of action would be to move this case to a later Wave. Monsanto does not oppose this request.

Therefore, Plaintiffs, John Dillon and Catherine Dillon, without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave V to Wave VI.

    Respectfully submitted,

    VANDEVEER GARZIA, P.C.

          */s/ David B. Timmis*
    By: _____
    DAVID B. TIMMIS (P40539)
    DAVID Q. HOUBECK (P77002)
    Attorneys for Plaintiffs
    840 West Long Lake Road, Suite 600
    Troy, MI 48098
Dated: October 18, 2022    (248) 312-2800