# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** *John Dillon, et al. v. Monsanto Co*mpany Case No.: 3:19-cv-06184-VC | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiffs' motion to move the case from Wave V to Wave VI is granted.

**IT IS SO ORDERED.**

Dated: October __, 2022

_____

JUDGE VINCE CHHABRIA