Kristy M. Arevalo, State Bar No. 216308
**McCune Law Group**
**McCune Wright Arevalo**
**Vercoski Kusel Weck Brandt, APC**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION  _____  This document relates to:  Steven Livermore v. Monsanto Company  Case No. 3:16-md-02741-VC | MDL No. 2741  Case No. 3:16-md-02741-VC  **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(l)(A)(ii), that the above-captioned matter be dismissed without prejudice, with the parties to bear their own fees and costs. In the event the claim is to be re-filed, it will be re-filed in the current MDL No. 2741. Pursuant to Local Rule 5-1.(i)(3), counsels for Plaintiff attests that the concurrence of each signatory to the filing of this stipulation was obtained in writing.

Executed on this 18th day of October 2022.

**SHOOK, HARDY & BACON L.L.P.**

By: _____
Anthony R. Martinez
*Attorney for Defendant Monsanto Company*

**McCune Law Group**
McCune Wright Arevalo Vercoski
Kusel Weck Brandt, APC

By: _____
Kristy M. Arevalo
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

                                          **MCCUNE LAW GROUP**
                                          MCCUNE WRIGHT AREVALO VERCOSKI
                                          KUSEL WECK BRANDT, APC

By: _/s/ Kristy M. Arevalo_
        Kristy M. Arevalo
        *Attorney for Plaintiff*

-2-

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
MDL No. 2741 - Case No. 3:16-md-02741-VC