UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Related Actions* | MDL No. 2741<br>Case No. 16-md-02741-VC (AGT)<br><br>**DISCOVERY ORDER NO. 2: ORDER CONTINUING INITIAL DISCOVERY CONFERENCE** |

Due to the unavailability of certain counsel, the initial discovery conference set for October 21, 2022, is continued to November 9, 2022, at 2:00 p.m. (Pacific).  This will be the undersigned's initial discovery conference in this MDL so there is a dual purpose: (1) to get acquainted with the trial team members most knowledgeable on discovery; and (2) to address the pending discovery disputes at Dkts. 14964, 15434, and 15534.

Ultimately, the Court must defer to counsel on who may be best situated to attend this conference.  With respect to the first purpose, plaintiffs' leadership counsel and Monsanto's retained counsel overseeing discovery must attend.  Together, they should be prepared to discuss discovery dispute procedures and management of those disputes going forward.  It would be most productive for Monsanto's lead counsel who are knowledgeable in overall case management to also attend this initial conference because of the natural interplay between discovery and case management.  As for the second stated objective, above, counsel for the parties who opposed Monsanto's pending motion to compel at Dkt. 14964, and counsel who filed the discovery letter briefs at Dkts. 15434 and 15534, should also participate in the conference.

Everyone wishing to participate in the conference must email AGTCRD@cand.uscourts.gov and identify: (1) the name of the attorney who will be participating; (2) who that attorney represents; and (3) the docket number of the relevant discovery brief.  All emails must be sent by November 3, 2022, at 5:00 p.m. (Pacific).  Given the high number of anticipated participants, when joining the Zoom platform as a panelist, kindly make sure your first and last name are identified on screen for ease of reference by the Court.

**IT IS SO ORDERED.**

Dated: October 18, 2022

_____
ALEX G. TSE
United States Magistrate Judge