|   |   |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|  | Case No. 3:16-md-2741-VC |
| This document relates to: |  |
| *Keith Bjorklund, et al. v. Monsanto Company* Case No. 3:19-cv-04681-VC |  |

### SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby suggests on the record the death of Plaintiff Keith Bjorklund during the pendency of this action. Counsel will file a separate motion or stipulation for the filing of an Amended Complaint substituting parties in this matter.

| | |
|---|---|
| Dated: October 19, 2022 | MESHBESHER & SPENCE, LTD. |
| | By  /s/ Anthony J. Nemo |
| | Anthony J. Nemo (MN#221351) |
| | Andrew L. Davick  (MN#332719) |
| | Ashleigh E. Raso, (MN #0393353) |
| | 1616 Park Avenue |
| | Minneapolis, MN 55404 |
| | Telephone: (612) 339-9121 |
| | Facsimile: (612) 339-9188 |
| | tnemo@meshbesher.com |
| | adavick@meshbesher.com |
| | araso@meshbesher.com |
| | Attorneys for Plaintiffs |

1

## CERTIFICATE OF SERVICE

I, Katherine M. Hunt, hereby certify that on October 19, 2022, I electronically filed the foregoing Document using the CM/ECF system which will serve notifications of such filing to the email of all counsel of record in this action.

/s/ *Katherine M. Hunt*
Katherine M. Hunt