UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) This document relates to: ) ) ) ) *Natala Poroz v. Monsanto Co.,et al.,* ) Case No. 3:19-cv-01243-CV ) | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiff, Natala Poroz, as Personal Representative of the Estate of William P. Beckwith, deceased, by and through her attorney DOMINGUEZ LAW FIRM, (Paul M. Dominguez) and without oppositions from Defendant Monsanto Company, respectfully requests the Court move her case from Wave V to Wave VI:

1. The case of Natala Poroz, as Personal Representative of the Estate of William P. Beckwith, is part of Wave V.

2. The Parties worked collaboratively to set depositions on September 14, 2022.

3. Factual evidence is still being gathered from an individual who is not a party of this lawsuit despite the diligent and continued efforts of Plaintiff's counsel to obtain the evidence.

4. Counsel for Natala Poroz conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Natala Poroz, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave V to Wave VI.

DATED: October 19, 2022

                        Respectfully submitted,

                        DOMINGUEZ LAW FIRM

                        By*: /s/ Paul M. Dominguez*
                        Paul M. Dominguez, Esq. (pro hac vice)
                        P.O. Box 10865
                        Albuquerque, New Mexico 87184
                        Tel: (505) 850-5854
                        Fax: (505) 796-5707
                        paul@dominguez.law

                        *Attorney for Plaintiff*