UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> Natala Poroz v. Monsanto Co., et al., Case No. 3:19-cv-01243-CV | ) ) ) ) ) | (**PROPSED ORDER) GRANTING MOTION TO MOVE CASE TO WAVE VI.** |

The Plaintiff's Unopposed Motion to move the case from Wave V to Wave VI is granted.

**IT IS SO ORDERED**.

Dated: _____

_____
VINCE CHHABRIA
United States District Judge