UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABIILTY LITIGATION<br><br>This document relates to:<br><br>*David Booth v. Monsanto Company*, No. 3:20-cv-4654-VC<br><br>*Estate of James Coressel v. Monsanto Company*, No. 3:20-cv-3720-VC<br><br>*Catherine Cryan v. Monsanto Company*, No. 3:17-cv-5084-VC<br><br>*Estate of Floyd Dominique v. Monsanto Company*, No. 3:21-cv-2705-VC<br><br>*Catherine Perry v. Monsanto Company*, No. 3:21-cv-5621-VC<br><br>*Jason Rhuland v. Monsanto Company*, No. 3:19-cv-5598-VC<br><br>*Dean Rowland v. Monsanto Company*, No. 3:19-cv-5310-VC<br><br>*Estate of William Setzer v. Monsanto Company*, No. 3:17-cv-3448-VC<br><br>*Robert Wistinghausen v. Monsanto Company*, No. 3:20-cv-27-VC | Case No. 16-md-02741-VC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MOVE CASES TO WAVE 5**<br><br>Dkt. 15323 |

Plaintiffs' unopposed motion to move the above-captioned individual cases from Wave 4 to Wave 5 is granted.

**IT IS SO ORDERED.**

Dated: October 20, 2022

_____
VINCE CHHABRIA
United States District Judge