UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-MD-02741-VC |
| This document relates to: | |
| Christopher Luetcke v. Monsanto Company, No. 3:22-CV-03963 | **[PROPOSED]** ORDER GRANTING CONSENT MOTION TO MOVE CASES TO WAVE 6 |
| Patrick Martin v. Monsanto Company, No. 3:22-CV-03966 | |
| Douglas Moss v. Monsanto Company, No. 3:22-CV-04012 | |
| Suzanne Norgren v. Monsanto Company, No. 3:22-CV-03967 | |
| Marty Pinkard v. Monsanto Company, No. 3:22-CV-04011 | |
| John Schoonover v. Monsanto Company, No. 3:22-CV-03969 | |
| Carol Sorensen v. Monsanto Company, No. 3:22-CV-03971 | |
| Jack Watson v. Monsanto Company, No. 3:22-CV-03972 | |
| Robert Whitford, et al v. Monsanto Company, No. 3:22-CV-04014 | |

Having reviewed the unopposed motion seeking to transfer these cases to Wave 6, the Court grants the requested relief and transfers these cases to Wave 6.

IT IS SO ORDERED.

Dated: October 20, 2022

_____
Vince G. Chhabria
United States District Judge