UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI** |
| *Kelly v. Monsanto Co., 3:21-cv-02548* | |

Plaintiff's motion to move the case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

Dated: October 20, 2022

    _____
    HONORABLE VINCE CHHABRIA
    UNITED STATES DISTRICT COURT