UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )<br>) **Order Granting Consent Motion to**<br>) **Move Case to Wave V**<br>) |
| This document relates to: | ) |
| *Bobby D. Ross v. Monsanto Co.*, Case No. 3:18-cv-00676-VC | ) ) |

The parties' consent motion to move the case from Wave IV to Wave V is granted.

**IT IS SO ORDERED.**

Dated: October 20, 2022

_____
**VINCE CHHABRIA**
United States District Judge