# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Patricia Casale, | Case No. 3:19-cv-05238-VC |
| Plaintiff, | |
| v. | |
| Monsanto Company, | [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED AMENDED MOTION TO MOVE CASE TO WAVE VI |
| Defendant. | |

Plaintiff 's motion to move their case from Wave IV to Wave VI is GRANTED.


**IT IS SO ORDERED.**


Dated: October 20, 2022


_____
JUDGE VINCE CHHABRIA