UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: Roundup Products Liability Litigation

This Documents Relates to:

*Virginia Huffman, Surviving Spouse of Robert Huffman v. Monsanto Co., et al*
Docket No: 3:20-cv-02061-VC

MDL No. 2741

Case No: 3:16-md-02741-VC

## ~~"PROPOSED"~~ ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI

Plaintiff, Virginia Huffman, surviving spouse of Robert Huffman's, motion to move case from Wave V to Wave IV is granted.

**IT IS SO ORDERED.**

DATED: October  20 , 2022

_____
District Judge Vince Chhabria