| | |
|---|---|
| 1 | **BENNEROTTE & ASSOCIATES, P.A** |
| | Vincent J. Moccio |
| 2 | (vincent @bennerotte.com) |
| | 3085 Justice Way, #200 |
| 3 | Eagan, MN 5121 |
| | Tel: (612) 799-5160 |
| 4 | Fax: (651) 288-0860 |
| 5 | *Attorneys for Plaintiff* |
| 6 | **SHOOK, HARDY & BACON, LLP** |
| | Anthony R. Martinez |
| 7 | (amartinez@shb.com) |
| | 2555 Grand Blvd. |
| 8 | Kansas City, MO 64108 |
| | Tel: (816) 474-6550 ext. 2001 |
| 9 | |
| 10 | *Attorneys for Defendant Monsanto Company* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Noel Martin and Vicki Martin v. Monsanto Company*, Case No. 3:19-cv-04229 -VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of this lawsuit (including all claims asserted by Plaintiff), with each party to bear her or its own attorneys' fees and costs.

|   |   |
|---|---|
| DATED: October 21, 2022 | Respectfully submitted, |
|   | */ s/ Vincent J. Moccio* |
|   | Vincent J. Moccio |
|   | (vincent @bennerotte.com) |
|   | **BENNEROTTE & ASSOCIATES, P.A** |
|   | 3085 Justice Way, #200 |
|   | Eagan, MN 5121 |
|   | Tel: (612) 799-5160 |
|   | Fax: (651) 288-0860 |
|   |   |
|   | *Attorneys for Plaintiff* |
|   |   |
|   | */s/ Anthony R. Martinez* |
|   | Anthony R. Martinez |
|   | (amartinez@shb.com) |
|   | SHOOK, HARDY & BACON, LLP |
|   | 2555 Grand Blvd |
|   | Kansas City, MO 64108 |
|   | Tel: (816) 474-6550 ext. 2001 |
|   |   |
|   | *Attorneys for Defendant Monsanto Company* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP


*Attorneys for Defendant Monsanto Company*