1 Robert H. Gruber, State Bar No. 301620
2 rgruber@reitergruber.com
3 Charles D. Reiter, State Bar No. 306381
creiter@reitergruber.com
4 **REITER GRUBER LLP**
5 100 Wilshire Blvd., Ste 700
Santa Monica, CA 90401
6 Telephone: 310-496-7799

7 *Attorneys for Plaintiff*

8         **UNITED STATES DISTRICT COURT**
9         **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Dona Rawson v. Monsanto Company | |
| Case No. 3:20-cv-01960-VC | |

        IT IS HEREBY STIPULATED AND AGREED, between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(l)(A)(ii), that the above-captioned matter be dismissed without prejudice, with the parties to bear their own fees and costs. In the event the claim is to be re-filed, it will be re-filed in the current MDL No. 2741. Pursuant to Local Rule 5-1.(i)(3), counsel for Plaintiff attests that the concurrence of each signatory to the filing of this stipulation was obtained in writing.

        Executed on this 21st day of October 2022.

**SHOOK, HARDY & BACON L.L.P.**                **REITER GRUBER LLP**

By: /s/ Anthony R. Martinez                    By: _____
    Anthony R. Martinez                            Robert H. Gruber
    *Attorney for Defendant*                       *Attorney for Plaintiff*
    *Monsanto Company*

-1-
STIPULATION OF DISMISSAL WITHOUT PREJUDICE
MDL No. 2741 - Case No. 3:16-md-02741-VC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

**REITER GRUBER LLP**

By: _/s/ Charles D. Reiter_
Charles D. Reiter
*Attorneys for Plaintiff*