UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, ) ) ) ) *This document relates to:* ) ) RON F. SKORONSKI, Plaintiff v. ) MONSANTO COMPANY, INC., ) Defendant, ) ) Case No. 3:19-cv-07105-VC ) | MDL No. 2741<br>Case No. 3:16-md-02741-VC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

This matter comes before the Court by agreement of the parties. Plaintiff Ron F. Skoronski appears by and through his attorneys of record, Davin C. Curtiss and Christopher C. Fry of O'Connor & Thomas, P.C. Defendant Monsanto Company appears by and through its counsel of record, Anthony R. Martinez and Timothy E. Congrove of Shook, Hardy & Bacon L.L.P.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs.

| RON F. SKORONSKI, Plaintiff | MONSANTO COMPANY, Defendant |
|---|---|
| By   /s/ *Christopher C. Fry*<br>     Christopher C. Fry         AT0002683 | By     /s/ *Anthony R. Martinez*<br>     Anthony R. Martinez<br>     Timothy E. Congrove |
| O'CONNOR & THOMAS, P.C.<br>1000 Main Street<br>Dubuque, IA  52001<br>Telephone:  563-557-8400<br>Facsimile:   888-391-3056<br>E-Mail:  cfry@octhomaslaw.com | SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO  64108<br>Telephone:  816-474-6550<br>Facsimile:   816-421-5547<br>E-Mail:  tcongrove@shb.com<br>              amartinez@shb.com |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |

1

2

CERTIFICATE OF SERVICE

The undersigned certifies that service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system on the 24th day of October, 2022.

Signature:   /s/ *Christopher C. Fry*