UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

Case No. 16-md-02741-VC

This document relates to:

*Timothy R. McCall v. Monsanto Co.,*
Case No. 3:19-cv-05868

## SUGGESTION OF DEATH OF PLAINTIFF TIMOTHY R. MCCALL AND UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel for Plaintiff, Timothy R. McCall, in this case suggests to this Honorable Court and upon the record, the death of Plaintiff, Timothy R. McCall. This suggestion is supported by the attached Death Certificate as Exhibit A, which identifies David McCall as Plaintiff's Brother and Informant as well as the Affidavit of Small Succession as Exhibit B, designating David McCall as the natural executor and administrator of Plaintiff's estate.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested that David McCall, be submitted in place of Timothy R. McCall as Plaintiff in this action, so that the decedent's claims survive, and the action on his behalf may proceed, and the settlement of the claims perfected.

The request under this Motion is not sought for delay, but so that justice may be done.

Dated: October 24, 2022

Respectfully submitted,

>*/s/ John C. Enochs*
>MORRIS BART, LLC
>John C. Enochs (La. Bar. 22774)
>601 Poydras Street, 24 FL
>New Orleans, LA 70130
>(504) 526-1087
>jenochs@morrisbart.com

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have contacted Counsel for Defendant Monsanto Company, which advised that it has no opposition to the present motion.

>*/s/ John C. Enochs*
>John C. Enochs

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 24th day of October, 2022.

>*/s/John C. Enochs*
>John C. Enochs