# EXHIBIT A
# (DEATH CERTIFICATE)

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH  State File Number 101 2021-49805

| Field | Value |
|---|---|
| 1. DECEASED LEGAL NAME | Timothy Ran McCall |
| 2. DATE AND TIME OF DEATH | Sep 6, 2021 |
| 3. ALIAS NAME (IF ANY) | None Given |
| 4. DATE AND TIME PRONOUNCED DEAD | Sep 6, 2021  2215 |
| 5. COUNTY OF DEATH | Jefferson |
| 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | Birmingham, 35218 |
| 7. PLACE OF DEATH | 1837 Pike Road |
| 8. SEX | Male |
| 9. LAST NAME PRIOR TO FIRST MARRIAGE | |
| 10. SERVED IN ARMED FORCES | No |
| 11. AGE | 51 |
| 12. DATE OF BIRTH | Nov 14, 1969 |
| 13. BIRTHPLACE | Alabama |
| 14. SOCIAL SECURITY NUMBER | 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 |
| 15. MARITAL STATUS | Never Married |
| 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | |
| 17. RESIDENCE STATE | Alabama |
| 18. RESIDENCE COUNTY | Jefferson |
| 19. CITY, TOWN OR LOCATION AND ZIP CODE | Hueytown, 35023 |
| 20. STREET ADDRESS | 124 Wesley Circle |
| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS | David McCall, Brother, 124 Wesley Circle, Hueytown, AL 35023 |
| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Charles Ran McCall |
| 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Shirley Ann Gooden |
| 24. DISPOSITION OF BODY | Cremation |
| 25. CEMETERY OR CREMATORY | Davenport Harris Funeral Homes |
| 26. LOCATION | Birmingham, Alabama |
| 27. DATE OF DISPOSITION | Sep 10, 2021 |
| 28. FUNERAL DIRECTOR OR OTHER AGENT | Brittany Brown |
| 29. LICENSE NUMBER | |
| 30. DATE SIGNED | Oct 7, 2021 |
| 31. FUNERAL HOME NAME AND ADDRESS | Davenport-Harris Funeral Home, 301 Martin Luther King Dr SW, Birmingham, AL 35211 |
| 32. LICENSE NUMBER | |
| 33. MEDICAL CERTIFICATION | Medical Examiner |
| 34. NAME | Gregory G Davis MD |
| 35. LICENSE NUMBER | 17494 |
| 36. DATE SIGNED | Oct 1, 2021 |
| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 1515 6th Ave S, Birmingham, Alabama 35233 |
| 38. REGISTRAR | Nicole Henderson Rushing |
| 39. DATE FILED | Oct 8, 2021 |

### CAUSE OF DEATH

| 40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH | INTERVAL |
|---|---|
| IMMEDIATE CAUSE A. Chronic illicit drug use, including cocaine | probably years |
| DUE TO (OR AS A CONSEQUENCE OF): B. | |
| DUE TO (OR AS A CONSEQUENCE OF): C. | |
| DUE TO (OR AS A CONSEQUENCE OF): D. | |

41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH

| 42. MANNER OF DEATH | 43. PREGNANT (IF FEMALE) | 44. AUTOPSY | 45. FINDINGS CONSIDERED | 46. TOXICOLOGY | 47. FINDINGS CONSIDERED | 48. TOBACCO USE CONTRIBUTED TO DEATH |
|---|---|---|---|---|---|---|
| Natural Causes | | No | | Yes | Yes | No |

49. HOW INJURY OCCURRED

| 50. DATE AND TIME OF INJURY | 51. INJURY AT WORK | 52. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|
| | | |

| 53. PLACE OF INJURY | 54. LOCATION OF INJURY |
|---|---|
| | |

ADPH HS R2/REV 01-21

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2021-442-109-4

October 8, 2021

Nicole H. Rushing
Nicole Henderson Rushing
State Registrar of Vital Statistics