# EXHIBIT B
# (AFFIDAVIT OF SMALL SUCCESSION)

## ALABAMA AFFIDAVIT OF SMALL SUCCESSION

STATE OF ALABAMA

COUNTY OF Jefferson

On this 9 day of Sept, 2022, BEFORE ME, the undersigned notary public, personally came and appeared:

David McCall (hereinafter "Affiant"), who did depose and state:

1) Affiant is the surviving brother of Timothy McCall (hereinafter "Decedent"), who died on September 6, 2021, in Birmingham, Alabama. A true and correct copy of the Death Certificate is attached hereto as Exhibit "A."

2) As reflected in the attached Death Certificate, at the time of the Decedent's death, the Decedent was a resident and citizen of the State of Alabama and lived at 124 Wesley Circle, Hueytown, Alabama 35023.

3) The Decedent died intestate.

4) As the Decedent was a resident and citizen of Alabama at the time of his death, Alabama law governs all real and personal property held by his estate.

5) Pursuant to Al. Code Section 43-2-692, based upon the value of the Decedent's interest in all personal property held in his estate at the time of his death, summary distribution of the estate is permissible without formal administration.

6) As the surviving brother of the Decedent at the time of death, Affiant is the natural and lawful Executor and heir of the estate with full authority to settle all Decedent's affairs without the necessity of formal administration pursuant to Al. Code Section 43-2-692, as stated above.

7) Pursuant to Al. Code Section 43-2-692, Affiant is vested with full and lawful authority to administer the Decedent's estate.

8) Affiant understands and affirms under penalty of perjury that the facts set forth in this affidavit are true and correct based upon personal information and belief and that Affiant shall administrate the Decedent's estate in accordance with the laws of the State of Alabama.

9) Affiant explicitly acknowledges that he understands all rights and obligations set forth in Al. Code Section 43-2-692 and will execute all of his responsibilities pursuant to this Article and the laws of the State of Alabama.

\_\_Jefferson\_\_, Alabama, this \_6\_ day of \_Sept.\_, 2022

_David M<sup>c</sup> Call_
David McCall ("Affiant")

_____
(witness)

\_\_\_Lindsey Shelton\_\_\_
(witness)

[Notary Seal: LINDSEY JESPERSEN / NOTARY PUBLIC / STATE OF ALABAMA / COMM. EXP. 09-20-2025]

_____
NOTARY (Life Commission)

This document is approved as to form.

\_\_\_John C. Enoch\_\_\_
Attorney