# EXHIBIT C
# (PROPOSED ORDER)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS      MDL No. 2741
LIABILITY LITIGATION

                              Case No. 16-md-02741-VC

This document relates to:

*Timothy R. McCall v. Monsanto Co.*,
Case No. 3:19-cv-05868

## ORDER

Considering plaintiff's unopposed motion;

IT IS ORDERED THAT David McCall be substituted as party plaintiff in place of Timothy R. McCall.

This _____ day of _____, 2022.

                                                       **THE HONORABLE VINCE CHHABRIA**
                                                       United States District Judge