Douglas W. Crandall, ISB No. 3962
CRANDALL LAW OFFICE
P. O. Box 2240
Eagle, ID 83616
Telephone: (208) 343-1211
crandall_law@msn.com

Michelle R. Points, ISB No. 6224
Points Law, PLLC
190 S Capitol Blvd, Suite 220
Boise, ID 83702
Telephone: (208) 287-3216
mpoints@pointslaw.com

Attorneys for Plaintiff

SHOOK, HARDY & BACON, LLP
Anthony R. Martinez #61791
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

Attorney for Defendant Monsanto Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>_____<br>This document relates to:<br>*Carl Funk v. Monsanto Co.,*<br>*Case No. 3:20-cv-03928-VC* | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Carl

Funk and Defendant Monsanto Company, by and through their undersigned counsel,

STIPULATION OF DISMISSAL WITH PREJUDICE - 1

hereby stipulate to the voluntary dismissal with prejudice of this lawsuit (including all claims asserted by Plaintiff), with each party to bear its own attorney's fees and costs.

DATED: October 24, 2022.

          CRANDALL LAW OFFICE

          /s/ Douglas W. Crandall
          Douglas W. Crandall
          Crandall Law Office
          P. O. Box 2240
          Eagle, ID 83616
          Telephone: (208) 343-1211
          Fax: (208) 336-2088

          Attorney for Plaintiff

          SHOOK, HARDY & BACON L.L.P.

          /s/ Anthony R. Martinez
          Anthony R. Martinez
          Shook, Hardy & Bacon L.L.P.
          2555 Grand Blvd.
          Kansas City, MO 64108
          Telephone: (816) 559-2683

          Attorney for Defendant Monsanto Company

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

          /s/ Anthony R. Martinez
          Anthony R. Martinez
          Shook, Hardy & Bacon L.L.P.
          Attorney for Defendant Monsanto Company