Douglas W. Crandall, ISB No. 3962
CRANDALL LAW OFFICE
P. O. Box 2240
Eagle, ID  83616
Telephone: (208) 343-1211
crandall_law@msn.com

Michelle R. Points, ISB No. 6224
Points Law, PLLC
190 S Capitol Blvd, Suite 220
Boise, ID  83702
Telephone: (208) 287-3216
mpoints@pointslaw.com

Attorneys for Plaintiff

SHOOK, HARDY & BACON, LLP
Anthony R. Martinez #61791
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

Attorney for Defendant Monsanto Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br> ——————————————————— <br> This document relates to: <br> *Dallan Taylor v. Monsanto Co., Case No. 3:19-cv-05979-VC* | MDL No. 2741 <br><br> Case No. MDL No. 3:16-md-02741-VC <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

Dallan Taylor and Defendant Monsanto Company, by and through their undersigned

STIPULATION OF DISMISSAL WITH PREJUDICE - 1

counsel, hereby stipulate to the voluntary dismissal with prejudice of this lawsuit (including all claims asserted by Plaintiff), with each party to bear its own attorney's fees and costs.

DATED: October 24, 2022.

                                      CRANDALL LAW OFFICE

                                      /s/ Douglas W. Crandall
Douglas W. Crandall
Crandall Law Office
P. O. Box 2240
Eagle, ID 83616
Telephone: (208) 343-1211
Fax: (208) 336-2088

Attorney for Plaintiff

SHOOK, HARDY & BACON L.L.P.

                                      /s/ Anthony R. Martinez
Anthony R. Martinez
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2683
Attorney for Defendant Monsanto Company

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

                                      /s/ Anthony R. Martinez
Anthony R. Martinez
Shook, Hardy & Bacon L.L.P.
Attorney for Defendant Monsanto Company