UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Keith Bjorklund, et al. v. Monsanto Company*<br>Case No. 3:19-cv-04681-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br><br>**STIPULATION FOR FILING<br>FIRST AMENDED COMPLAINT<br>AND PROPOSED ORDER** |

WHEREAS Plaintiffs Keith Bjorklund and Cathryn Bjorklund commenced a lawsuit against Monsanto Company in the United States District Court, District of Minnesota on July 26, 2019, which was subsequently transferred to this Court on August 12, 2019 pursuant to 28 U.S.C. § 1407;

WHEREAS Plaintiff Keith Bjorklund died on May 20, 2020;

WHEREAS Plaintiff Keith Bjorklund's spouse, co-plaintiff Cathryn Bjorklund, was appointed by the Minnesota State Court, County of Benton, on September 18, 2020, to serve as trustee for Mr. Bjorklund's heirs and next-of-kin to pursue a wrongful death claim in this matter pursuant to Minn. Stat. § 573.02;

WHEREAS Cathryn Bjorklund seeks to amend the original Complaint to include a claim for wrongful death, and amend the parties named in the caption;

IT IS THEREFORE HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective attorneys of record, that Plaintiff Cathryn Bjorklund may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file an Amended Complaint in the form of the *First Amended Complaint and Demand for Jury Trial* attached hereto as Exhibit A.

IT IS FURTHER STIPULATED AND AGREED that by not opposing the filing of

Plaintiffs' *First Amended Complaint and Demand for Jury Trial*, Defendant Monsanto does not waive, and reserves, the right to assert any and all arguments and defenses in response to the *First Amended Complaint*.

                                                  Respectfully submitted,

Dated: 10/20/2022                            MESHBESHER & SPENCE, LTD.

                                                  By: */s/ Anthony J. Nemo*
                                                  Attorney for Plaintiffs

Dated: 10/20/2022                            SHOOK, HARDY & BACON, L.L.P.

                                                  By: */s/ Anthony R. Martinez*
                                                  Attorney for Defendant

# **ORDER**

Based upon the written stipulation of the parties, and good cause appearing in support thereof, Plaintiff may file an amended complaint in the form of the First Amended Complaint and Demand for Jury Trial attached hereto as Exhibit A.

**IT IS SO ORDERED**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE