UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Michael Larson, et al. v. Monsanto Company*<br>Case No. 3:19-cv-03815-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>**STIPULATION FOR FILING FIRST AMENDED COMPLAINT AND PROPOSED ORDER** |

WHEREAS Plaintiffs Michael Larson and Cindy Larson commenced a lawsuit against Monsanto Company in the United State District Court, District of Minnesota, on June 5, 2019, which was subsequently transferred to this Court on July 1, 2019 pursuant to 28 U.S.C. § 1407;

WHEREAS Plaintiff Michael Larson died on May 23, 2021;

WHEREAS Plaintiff Michael Larson's spouse, co-plaintiff Cynthia Larson (a/k/a Cindy Larson), was appointed by the Minnesota State Court, County of Anoka, on September 16, 2021 to serve as trustee for Mr. Larson's heirs and next-of-kin to pursue a wrongful death claim in this matter pursuant to Minn. Stat. § 573.02;

WHEREAS Cynthia Larson seeks to amend the original Complaint to include a claim for wrongful death, and amend the parties named in the caption;

IT IS THEREFORE HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective attorneys of record, that Plaintiff Cynthia Larson may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file an Amended Complaint in the form of the *First Amended Complaint and Demand for Jury Trial* attached hereto as Exhibit A.

IT IS FURTHER STIPULATED AND AGREED that by not opposing the filing of Plaintiffs' *First Amended Complaint and Demand for Jury Trial*, Defendant Monsanto does not

waive, and reserves, the right to assert any and all arguments and defenses in response to the *First Amended Complaint*.

| | |
|---|---|
| Dated: 10/20/2022 | MESHBESHER & SPENCE, LTD. |
| | By: */s/ Anthony J. Nemo*<br>Attorney for Plaintiffs |
| Dated: 10/20/2022 | SHOOK, HARDY & BACON, L.L.P. |
| | By: */s/ Anthony R. Martinez*<br>Attorney for Defendant |

# **ORDER**

Based upon the written stipulation of the parties, and good cause appearing in support thereof, Plaintiff may file an amended complaint in the form of the First Amended Complaint and Demand for Jury Trial attached hereto as Exhibit A.

**IT IS SO ORDERED**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE