Jorge Carazo-Quetglas
CARAZO QUETGLAS LAW OFFICES
PMB 133
Ave. Esmeralda #53, Ste. 2
Guaynabo, Puerto Rico 00969-4461
Telephone: (787) 707-0588/ Fax: (787) 707-0595
E mail: jorge@jctuayudalegal.com
USDC-PR: 201305

*Attorney for Plaintiffs,*

Anthony R. Martinez #61791
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Email: amartinez@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Eloina Torres-Santiago*,<br>Cause No. 3:22-cv-02306-VC<br>(N.D. Cal)<br><br>*Jose Jimenez Yordan*,<br>Cause No. 3:22-cv-02304-VC<br>(N.D. Cal)<br><br>*Alma Arvelo-Plumey*,<br>Cause No. 3:22-cv-02307-VC<br>(N.D. Cal)<br><br>*Rafael Schulze-Maldonado*,<br>Cause No. 3:22-cv-02305-VC<br>(N.D. Cal) | |

1

*Gabriel Ocacio-Acevedo*,
Cause No. 3:22-cv-02308-VC
(N.D. Cal)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned matter be dismissed with prejudice, each party bearing its own costs and expenses.

Dated:  October 25, 2022

Respectfully submitted,

CARAZO QUETGLAS LAW OFFICES

By: */s/ Jorge Carazo-Quetglas*
  Jorge Carazo-Quetglas
  CARAZO QUETGLAS LAW OFFICES
  PMB 133
  Ave. Esmeralda #53, Ste. 2
  Guaynabo, Puerto Rico 00969-4461
  Tel: (787) 707-0588/ Fax: (787) 707-0595
  E-mail: jorge@jctuayudalegal.com
  USDC-PR: 201305

*Attorney for Plaintiffs*


SHOOK, HARDY & BACON L.L.P.

By: */s/ Anthony R. Martinez*
  Anthony R. Martinez #61791
  SHOOK, HARDY & BACON, LLP
  2555 Grand Boulevard
  Kansas City, MO 64108-2613
  Telephone: (816) 474-6550
  Email: amartinez@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 25, 2022, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

                                          */s/ Anthony R. Martinez*
                                          Anthony R. Martinez