UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC (AGT) |
| This document relates to: *May, et al. v. Monsanto*, Case No. 3:17-cv-02126 | **DISCOVERY ORDER NO. 3: DENYING PLAINTIFFS' REQUEST TO CONDUCT TRIAL PRESERVATION DEPOSITION PRIOR TO RULE 30 DEPOSITION** |
| | Re: Dkt. No. 13 |

Monsanto is entitled to conduct a Rule 30 deposition of Dr. James May prior to his trial preservation deposition, which is currently scheduled to commence on October 27, 2022. Plaintiffs' request that these depositions occur in the reverse order is denied. Plaintiffs' alternative requests—that Dr. May's Rule 30 deposition be capped at 3 hours (rather than the default 7 hours), and that Monsanto be preemptively limited in its use of Dr. May's Rule 30 testimony at trial—are also denied. To the extent Dr. May's health requires that his Rule 30 deposition take less than 7 hours, Monsanto states that it is "willing to conduct a shorter deposition" and will "meet and confer with Plaintiffs regarding an appropriate time limitation," Dkt. 13 at 3, and the undersigned is confident that counsel will work together in good faith to resolve any such issue.

**IT IS SO ORDERED.**

Dated: October 25, 2022

_____
ALEX G. TSE
United States Magistrate Judge