UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Habib Akrawi v. Monsanto Company*, Case No.: 3:19-cv-05874-VC | **PROOF OF SERVICE OF CASE COUNSEL CONTACT INFORMATION FORM IN COMPLAINCE WITH PTO 280** |

## PROOF OF SERVICE OF CASE CONTACT INFORMATION FORM IN COMPLIANCE WITH PTO 280

I certify that the Case Contact Information Sheet in this matter was served upon Plaintiffs' Co-lead Counsel via email, with a copy to Kevin Rowe, Nicole Thomas, and Juan Aguilar, to their email addresses of record, on October 25, 2022, in compliance with Pre-Trial Order 280 [Doc. 15627].

Respectfully submitted,

VANDEVEER GARZIA, P.C.

*s/ David Q. Houbeck*
By:_____
DAVID Q. HOUBECK (P77002)
Attorney for Plaintiff
840 West Long Lake Road, Suite 600
Troy, MI  48098
(248) 312-2800 – phone
(248) 879-0042 – fax
dhoubeck@vgpclaw.com

DATED:        October 25, 2022

1

## ***PROOF OF SERVICE***

The undersigned certifies that on October 25, 2022 a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by electronic filing with the Clerk of the Court using the ECF System which will send notification of such filing to the foregoing attorneys of record. I declare under the penalty of perjury that the statement above is true to the best of my information knowledge and belief.

           /s/ *Tanya N. Jury*
           TANYA N. JURY