**SCHULER, HALVORSON, WEISSER, ZOELLER, OVERBECK, BAXTER, P.A.**
ERIC C, HAYDEN, ESQUIRE
ehayden@shw-law.com
acoates@shw-law.com
1615 Forum Place, Suite 4-D
West Palm Beach, FL 33401
(561) 689-8180
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGIATION<br><br>This document relates to:<br>*Antonio Perillo v. Monsanto Company*<br>Case No.: 3:21-cv-02550-VC | MDL No. 2741<br><br>Case No.: MDL No. 3:16-md-02741-VC |

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE V

Plaintiff, Antonio Perillo, by and through their attorneys, Schuler, Weisser, Zoeller, Overbeck & Baxter, P.A., and without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave IV to Wave V.

1. The case of Antonio Perillo is currently part of Wave IV.

2. Mindful of the deadlines pertaining to Wave IV cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff's deposition on December 15, 2021; deposition of Dr. Raymond Tsao on May 31, 2022; Tony Perillo June 13, 2022; deposition of Dr. Lorenzo Falchi on June 6, 2022.

4. The parties are scheduled to take Plaintiff's experts' depositions as follows: Dr. Amit Mehta on November 8, 2022 in Raleigh, NC; Dr. Ambrose Charles on

November 10, 2022 by video conference; and Dr. Kunchok Dorjee on November 11, 2022 by video conference.

5. The parties have both complied with the deadlines for expert disclosures and immediate began the coordinating of all necessary experts.

6. Defendant's deadline to file their Rule 26 Expert Disclosures was on October 21, 2022 and Plaintiff is in need of taking all the experts disclosed and set forth therein. Additionally, the deadlines posed in Wave IV presents a challenge to both Plaintiff and Defendant to find mutual agreeable dates and times to schedule the remaining depositions, prior to the deadline of discovery cutoff on November 11, 2021.

7. Counsel for Antonio Perillo met and conferred with counsel for Defendant, Monsanto Company. The parties believe the best course of action would be to move this case to a later Wave. Monsanto does not oppose this request.

Therefore, Plaintiff, Antonio Perillo, without opposition from Defendant, Monsanto Company, respectfully request the Court to move their case from Wave IV to Wave V.

Dated:  October 25, 2022

Respectfully submitted,

SCHULER, WEISSER,
ZOELLER & OVERBECK, P.A.
Attorneys for Plaintiff
Barristers Building
1615 Forum Place, Suite 4D
West Palm Beach, FL  33401
(561)-689-8180

By: */s/ Eric C. Hayden, Esq.*

Richard D. Schuler

FL Bar No. 158226
Attorneys for Plaintiff(s)
Primary: rschuler@shw-law.com
Email2: ehayden@shw-law.com
Email3: acoates@shw-law.com
Email4: crussell@shw-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, a true and correct copy of the foregoing document was served upon the parties below via electronic mail:

Anthony R. Martinez, Esquire
**SHOOK, HARDY & BACON, LLP**
2555 Grand Boulebard
Kansas City, MO 64108
(816) 474-6550
amartinez@shb.com
*Attorney for Defendant, Monsanto Company*

/s/ *Eric C. Hayden, Esq.*