James H. Cook, (IA AT0001622; CA 131772)
D UTTON, D ANIELS, H INES, K ALKHOFF,
C OOK & S WANSON, PLC
3151 Brockway Rd.
P.O. Box 810
Waterloo, IA  50704
319-234-4471
jcook@duttonfirm.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Brett Beckfield v. Monsanto Company*<br>Case No. 3:21-cv-05322 | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE V** |
|---|---|

    Plaintiff, Brett Beckfield, by and through his attorneys, Dutton, Daniels, Hines, Kalkhoff, Cook & Swanson, P.L.C., and without opposition from Defendant, Monsanto Company, respectfully requests to move his case from Wave IV to Wave V.

1. The case of Brett Beckfield is currently part of Wave IV.

2. Mindful of the deadlines pertaining to Wave IV cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff's deposition and the deposition of Plaintiff's spouse on October 27, 2021; deposition of Christopher Ehmann, M.D. on April 5, 2022; deposition of Luhua Wang, M.D. on April 26, 2022; deposition of Plaintiff's expert, Kevin, Knopf, M.D. on October 25, 2022.

4. The parties were scheduled to take the deposition of Plaintiff's expert, Christoph Vogel, PhD, on October 27, 2022, which deposition Attorney Anthony Martinez asked to move to November 11, 2022. Attorney for Plaintiff, James H. Cook, does not have that date available.

5. The deposition of Plaintiff's expert, Kent Jayne, is scheduled for November 7, 2022.

6. Counsel for Plaintiff Brett Beckfield has met and conferred with counsel for Defendant, Monsanto Company. The parties believe the best course of action would be to move this case to a later Wave. Monsanto does not oppose this request.

WHEREFORE, Plaintiff, Brett Beckfield, without opposition from Defendant, Monsanto Company, respectfully requests the Court to move his case from Wave IV to Wave V.

DATED: October 26, 2022           Respectfully Submitted,

/s/ *James H. Cook*
James H. Cook, Esq., AT0001622
DUTTON, DANIELS, HINES, KALKHOFF,
COOK & SWANSON, PLC
3151 Brockway Rd.
P.O. Box 810
Waterloo, IA  50701
Tel:  319-234-4471
Email:  jcook@duttonfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2022, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, MO  64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
*Attorney for Defendant*

                                              */s/ James H. Cook*
                                              James H. Cook