James H. Cook, (IA AT0001622; CA 131772)
Dutton, Daniels, Hines, Kalkhoff,
Cook & Swanson, PLC
3151 Brockway Rd.
P.O. Box 810
Waterloo, IA  50704
319-234-4471
jcook@duttonfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Brett Beckfield v. Monsanto Company*<br>Case No. 3:21-cv-05322 | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE V** |
|---|---|

Plaintiff's motion to move the case from Wave IV to Wave V is granted.

IT IS SO ORDERED.

Dated:  November _____, 2022.


_____
JUDGE VINCE CHHABRIA