Kevin J. Schneider (NE Bar #18898)
Sydney M. Huss (NE Bar #26581)
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
Sterling Ridge
12910 Pierce Street, Suite 200
Omaha, NE 68144
Phone: (402) 397-1700
Fax: (402) 397-1806
kschneider@clinewilliams.com
shuss@clinewilliams.com
*Attorneys for Plaintiff John Hinkle*

Anthony R. Martinez, #61791
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
amartinez@shb.com
*Attorney for Defendant Monsanto Company*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*John Hinkle v. Monsanto Company*, Case No. 3:20-cv-00841-VC | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned matter be dismissed without prejudice, each party to bear their own costs and fees. The parties further stipulate that in the event Plaintiff refiles this action, such action will be filed directly in MDL No. 2741.

DATED this 28th day of October, 2022.

JOHN HINKLE, Plaintiff

By: /s/ Sydney M. Huss
Kevin J. Schneider (NE Bar #18898)
Sydney M. Huss (NE Bar #26581)
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
Sterling Ridge
12910 Pierce Street, Suite 200
Omaha, NE 68144
Phone: (402) 397-1700
Fax: (402) 397-1806
kschneider@clinewilliams.com
shuss@clinewilliams.com
*Attorneys for Plaintiff John Hinkle*

MONSANTO COMPANY, Defendant

By: /s/ Anthony R. Martinez
Anthony R. Martinez, #61791
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
amartinez@shb.com
*Attorney for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of October, 2022, a true and correct copy of the foregoing document was filed with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

/s/ Sydney M. Huss