GILLIAN L. WADE (State Bar No. 229124)
SARA D. AVILA (State Bar No. 263213)
MARC A. CASTANEDA (State Bar No. 299001)
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
savila@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

JOEL OSTER (*admitted pro hac vice*)
Law Offices of Howard Rubenstein, P.A.
joel@joelosterlaw.com
22052 W. 66th St. #192
Shawnee, Kansas 66226

*Attorneys for Plaintiffs and the proposed Settlement Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GILMORE, et al., | MDL No. 2741 |
| Plaintiffs, | Case No. 3:21-cv-08159 |
| vs. | **DECLARATION OF CHANDRA J. WILLIAMS IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR CLASS REPRESENTATIVES** |
| MONSANTO COMPANY, | |
| Defendant. | |
| | Date: January 12, 2023 |
| | Time: 2:30 |
| | Place: Via Zoom Webinar |
| | Judge: Hon. Vince G. Chhabria |

I, Chandra J. Williams, declare as follows:

1. I am admitted to the Delaware bar and am a founding partner at Rhodunda Williams & Kondraschow (RWK), and counsel of record for Plaintiff Scott Gilmore. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2. This declaration is submitted in support of Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Costs and Expenses, and Incentive Awards for Class Representatives, filed concurrently herewith.

3. Unless otherwise specified, references to capitalized terms have the same meaning as ascribed in the Settlement Agreement and Release (the "Settlement"), which was attached to the Declaration of Gillian L. Wade ("Wade Decl.") filed on January 20, 2022. Dkt. No. 94-1 at pages 18-105.

4. On June 21, 2022 the Court granted preliminary approval of the proposed class action settlement. Dkt. 121 (the "Preliminary Approval Order").

5. RWK was local counsel while the case was pending in the District Court of Delaware.

6. My firm assisted with the prosecution of this Action on a contingent basis with no guarantee of recovery. My firm, along with Class Counsel, incurred 100% of the risk in pursuing this Action. My firm advanced expenses with the understanding that we would be paid a reasonable fee for our work in this Action, and receive reimbursement for expenses only if successful. My firm also passed on other employment opportunities in order to devote the time and resources necessary to pursue this Action.

7.     The backgrounds and qualifications for RWK, as well as the attorneys who worked on the matter are set forth in the Firm Resume, which is attached hereto as **Exhibit 1**.

8.     I have extensive experience litigating cases in the District Court of Delaware, as well as Delaware State Court and other Federal Courts. I have been practicing law for 16 years, and my practice currently focuses on civil litigation, among other areas. As local counsel for Plaintiff Gilmore while the case was pending in Delaware, I assisted Class Counsel with local issues and was responsible for ensuring all of Plaintiff's pleadings, filings, and procedural actions complied with the Local Rules for the District Court of Delaware. For example, I consulted and communicated with co-counsel and my law partner, local counsel for Monsanto, and the Court's staff; formatted and finalized pleadings and other documents; filed documents with the Court; and, performed research regarding local practices.

9.     William J. Rhodunda, Jr. is a founding partner at RWK. He has a strong background in civil litigation, and before entering private practice he held several government positions. Mr. Rhodunda contributed to handling local issues in this Action while it was pending in Delaware. As local counsel for Plaintiff Gilmore while the case was pending in Delaware, Mr. Rhodunda also assisted Class Counsel with local issues and helped to ensure Plaintiff's procedural actions complied with the Local Rules for the District Court of Delaware. For example, he consulted and communicated with co-counsel and me and performed research regarding local practices.

10.    I am thoroughly familiar with the quality and quantity of work done in this case while it was pending in Delaware by attorneys and professionals at RWK.

11.    I believe the work expended by my firm in this litigation was reasonable and necessary considering the amount of work required to litigate this Action. This work contributed to resolving this Action. There has been no unreasonable duplication of services for which my firm

now seeks compensation. I have endeavored to ensure there was no unnecessary work or duplication of effort. In the situations in which two or more attorneys participated in any matter, the participation was reasonable because of the complexity of the issues involved and the time constraints which existed.

12.     The following information regarding my firm's time and out-of-pocket expenses is taken from time and expense records prepared and maintained by the firm in the ordinary course of business. Time records were prepared by each attorney or paralegal working on the litigation. The expense records are prepared from receipts, invoices, expense vouchers, check records and other documents, and are an accurate record of the expenses. Throughout the litigation of the Action, I reviewed and approved for payment all out-of-pocket expenses. I also reviewed the printouts and backup documentation where necessary. The purpose of these reviews was to confirm the accuracy of the entries on the printouts as well as the reasonableness of the time and expenses committed to this litigation.

13.     The lodestar calculation is based on my firm's current billing rates. These rates have been determined to be reasonable by other courts in class action litigations. The schedule below provides a summary of the hours expended, the resulting lodestar, and the bar passage year for each timekeeper.

14.     The total number of hours spent on this litigation by professional staff at my firm on this Action as of October 1, 2022 was 31.50 hours. The total lodestar for the professional staff is $12,600.00.

| Attorney/ Paralegal | Hours | Rate | Lodestar | Bar Admission Year |
|---|---|---|---|---|
| William J. Rhodunda, Jr. (Partner) | 5.3 | $400.00 | $2,120.00 | 1989 |
| Chandra J. Williams (Partner) | 26.2 | $400.00 | $10,480.00 | 2006 |
| **TOTALS** | **31.5** | | **$12,600.00** | |

15.     My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately, and such charges are not duplicated in my firm's billing rates.

16.     As detailed below, my firm has incurred a total of $671.87 in unreimbursed expenses in connection with the prosecution of this action from its inception through October 1, 2022. The expenses incurred in those cases are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, receipts, invoices, check records, and other source materials and are an accurate record of the expenses incurred.

17.     The out-of-pocket litigation expenses incurred by my firm are reasonable in an amount and were necessary for the effective and efficient prosecution of this Action. In addition, I believe the expenses are of a type that normally would be charged to a fee-paying client in the private legal marketplace and have been charged by my firm to fee-paying clients.

18.     Below is an itemized listing of each out-of-pocket expense my firm incurred in the Action:

| Expense Category | Total |
|---|---|
| Service of Process | $63.80 |
| Court Costs | $500.00 |
| Postage / Overnight Delivery / Messenger | $108.00 |
| | |
| **TOTAL** | **$671.80** |

I declare under penalty of perjury under the laws of the United States and the State of

Delaware that the foregoing is true and correct.  Executed on October 25, 2022 in Wilmington,

DE.

Chandra J. Williams

# EXHIBIT 1

# Rhodunda Williams & Kondraschow

**www.RAWLAW.com**   *Established 2009*

William J. Rhodunda, Jr.
Chandra J. Williams
Nicholas G. Kondraschow
Brian T. Murray*
*Of Counsel*

Brandywine Plaza West
1521 Concord Pike, Ste 205
Wilmington, DE 19803
Telephone:  (302) 576-2000
Facsimile:  (302) 576-2004
EIN:  27-0943004

Since 2009, Rhodunda, Williams & Kondraschow, LLC has provided quality legal services at reasonable rates.  As a general practice law firm in Wilmington, Delaware, RAWLAW concentrates on civil litigation, real estate, family law, criminal defense, business law and landlord/tenant matters, representing individuals and businesses throughout all Delaware Courts.

## SERVICES

❖ **Civil Litigation**

With cases in both the State and Federal courts, from the Justice of the Peace to Delaware Supreme Court, RAWLAW has years of experience in providing comprehensive and personal representation in a wide-array of practice areas, including:

- Business and commercial litigation
- Contract and lease disputes
- Land Use / Land Development litigation
- Insurance disputes and Personal Injury
- Class action suits
- Local Counsel

We represent a variety of clients, ranging from large corporations, small family-owned businesses to individuals.  RAWLAW prosecutes and defends civil actions from the investigation stage, through trial or settlement, and including appeals.

RAWLAW understands the practical and legal aspects of all litigation.  Each matter is personal to the client, and therefore it is personal to us.  We handle each case based on its unique circumstances and the client's goals, and we are committed to reaching the best and most cost-effective resolution for you.

❖ **Commercial and Residential Real Estate Settlements, Refinances and Leasing**

RAWLAW has countless years of experience in real estate and provides their clients with a variety of services in the purchase, sale, refinancing or leasing of property.  RAWLAW prepares and reviews Agreements of Sale, addenda, and leases, oversees the execution of

title searches to ensure clear title to real estate; satisfies mortgages and partakes in any other aspect necessary to ensure settlement occurs timely and correctly.  RAWLAW has conducted hundreds of residential and commercial real estate closings and re-financings using cost-effective measures that benefit the client.  Often your home is your most valuable asset, and RAWLAW will take the time and necessary steps to protect it.

RAWLAW drafts, reviews and revises commercial and residential leases for both landlords and tenants to ensure the clients' needs are met.  Our experience in handling commercial and residential lease disputes provides RAWLAW with special insight in drafting, negotiating and enforcing commercial leases.

❖ **Commercial and Residential Land Development Approvals and Variances**

Because Bill was involved in the development of the New Castle County zoning and subdivision code, which is currently the governing Land Use Code in New Castle County, he has an insider perspective in handling land development approvals.  Bill was County Attorney for New Castle County for many years during which time he managed the County Law Department.  Bill has successfully represented clients before the Board of Adjustment of governments throughout New Castle, Kent and Sussex Counties; before the County Councils, Levy Court and other entities; and before the various Courts throughout the State.  Bill has a great understanding of the approval process, and will work with you from beginning to end to ensure your project is successful.

❖ **Criminal Defense**

Bill is a former Deputy Attorney General for the State of Delaware and has handled hundreds of jury trials over the years.  He knows the prosecutors and the system, and he will work tirelessly to ensure your rights are protected whether you are charged with a traffic citation, code violation, misdemeanor or felony in any part of Delaware.

❖ **Family Law**

Family matters are often emotional and trying.  Chandra has handled a wide variety of cases, assisting clients in protecting their family's rights. As our client, we will remain compassionate, yet we will fight for you.  RAWLAW handles a wide array of domestic relations issues including:

- Separation / Divorce
- Custody / Visitation
- Child support
- Spousal support and alimony
- Protection from abuse
- Adoptions / Guardianship
- Enforcement of separation agreements.

---

# ATTORNEYS

❖ **WILLIAM J. RHODUNDA, JR.**

As a founding partner of RAWLAW, Bill's practice focuses on civil litigation and residential and commercial real estate transactions - closings and refinances, zoning issues, and plan approvals. He has extensive experience in zoning and subdivision law, real estate and regulatory matters in private practice. He also has a strong background in civil and criminal litigation, as well as government relations.

Prior to entering private practice, Bill held several government positions. He was appointed the County Attorney for New Castle County, Delaware and managed the County Law Department. In that capacity, he was extensively involved with the development of the New Castle County zoning and subdivision code, the current governing land use code in New Castle County. In addition, Bill handled legal matters relating to pending land use applications, and matters before the New Castle County Board of Adjustment and Planning Board. As County Attorney, Bill also prepared and lobbied for legislation on behalf of the County at both the state and local levels.

Bill served as the Chief Litigator for the City of Wilmington's City Solicitor's Office where he defended actions filed against the City of Wilmington. He successfully defended the City in all six cases that proceeded to trial during his tenure. He was a Deputy Attorney General for the State of Delaware, where he handled more than 60 jury trials in which he prosecuted a wide range of criminal cases, including first-degree murder, cocaine trafficking, and other major felonies.

Bill graduated from Concord High School and the University of Delaware. He received his law degree from the Dickinson School of Law. Bill is admitted to practice in all Delaware courts and Federal courts, including the United States Supreme Court.

❖ **CHANDRA J. WILLIAMS**

Chandra is a founding member of RAWLAW. Chandra's practice focuses on civil and domestic litigation. She has extensive experience litigating cases in each of the Delaware State Courts as well as Federal Courts. Chandra received her law degree from Widener University School of Law and her undergraduate degree from the University of Delaware. Before entering private practice, Chandra served as a Judicial Law Clerk for the Honorable William C. Carpenter, Jr. in the Superior Court for the State of Delaware for two years.

Chandra is a member of the Delaware Bar Association, the American Bar Association, The Delaware Association of Criminal Defense Lawyers, and the prestigious Richard S. Rodney Inn of Court.  Chandra is licensed to practice law in Delaware, Pennsylvania, and New Jersey, and is admitted to practice in all Delaware courts, the United States District Court and the Third Circuit Court of Appeals.

❖ **NICHOLAS G. KONDRASCHOW**

Nick is a member of RAWLAW. Nick's practice focuses on business transactions and planning and civil litigation. Prior to joining RAWLAW in 2012, Nick had five years prior experience handling corporate matters at Delaware's largest corporate law firm and handling civil litigation in the Wilmington office of a national law firm. While attending law school, Nick clerked for two years for a Delaware civil litigation/criminal defense law firm.

Nick received his undergraduate degree from the University of Delaware and his law degree from the Villanova University School of Law where he graduated magna cum laude and was a Dean's Merit Scholar. He is admitted to practice in the State and Federal courts of Delaware.

❖ **BRIAN T. MURRAY, Of Counsel**

Brian joined the firm in an of counsel capacity on October 1,2018. Prior to that he was a sole practitioner for 25 years with an office in Newark. Brian's practice focuses on residential and commercial real estate transactions whether purchasing, refinancing or selling. He has extensive experience representing real estate investors and in sheriff Sales in all three counties. He also has a strong background in Landlord/Tenant law.

Prior to entering private practice, Brian was an Assistant City Solicitor for the City of Wilmington where he worked with the Departments of Real Estate and Housing, Finance and Commerce. He was also a Deputy Attorney General and prosecuted criminal cases in the Municipal Court. As Assistant City Solicitor, he was involved on helping to bring numerous businesses to the City of Wilmington and was the City's attorney for the Tour DuPont bike race as well as the building of the Daniel S. Frawley Stadium for the Wilmington Blue Rocks.

Brian graduated from St. Marks High School and the University of Delaware. He received his law degree from Western New England University. He is admitted to practice in all Delaware courts and the United States District Court.