GILLIAN L. WADE (State Bar No. 229124)
SARA D. AVILA (State Bar No. 263213)
MARC A. CASTANEDA (State Bar No. 299001)
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
savila@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

JOEL OSTER (*admitted pro hac vice*)
Law Offices of Howard Rubenstein, P.A.
joel@joelosterlaw.com
22052 W. 66th St. #192
Shawnee, Kansas 66226

*Attorneys for Plaintiffs and the proposed Settlement Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GILMORE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MONSANTO COMPANY, <br><br> Defendant. | MDL No. 2741 <br><br> Case No. 3:21-cv-08159 <br><br> **DECLARATION OF LYDIA STURGIS ZBRZEZNJ IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR CLASS REPRESENTATIVES** <br><br> Date: January 12, 2023 <br> Time: 2:30 <br> Place: Via Zoom Webinar <br> Judge: Hon. Vince G. Chhabria |

I, Lydia Sturgis Zbrzeznj, declare as follows:

1.     I am admitted to the Florida bar and am a Managing Member at Southern Atlantic Law Group, PLLC, and counsel for several plaintiffs in the Related Cases, as specified in paragraph 5 below. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2.     This declaration is submitted in support of Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Costs and Expenses, and Incentive Awards for Class Representatives, filed concurrently herewith.

3.     Unless otherwise specified, references to capitalized terms have the same meaning as ascribed in the Settlement Agreement and Release (the "Settlement"), which was attached to the Corrected Declaration of Gillian L. Wade ("Wade Decl.") filed on February 16, 2022 ("Wade Dec."). Dkt. No. 102-1.

4.     On June 21, 2022 the Court granted preliminary approval of the proposed class action settlement. Dkt. 121 (the "Preliminary Approval Order").

5.     I am an attorney for the plaintiffs in the following Related Cases: *Biddle v. Lowe's Home Centers LLC,* No. 50-2019-CC-011405 (Cty. Ct. 15th Cir. In and for Palm Beach Cty., Fla.) ("*Biddle*"); *Ezcurra v. Monsanto,* No. 9:20-cv-80524 (S.D. Fla.) ("*Ezcurra*"); *Fagundes v. The Home Depot,* No. 0:20-cv-61035 (S.D. Fla.) ("*Fagundes*"); Gregorio et al v. Home Depot U.S.A., Inc., No. CACE-21- 002428 (Cty. Ct. 17th Cir. In and for Broward Cty., Fla.) ("*Gregorio*"); *Lamerson v. Walmart Stores, Inc.,* No. 50-2019-CC-009139 (Cty. Ct. 15th Cir. In and for Palm Beach Cty., Fla.) ("*Lamerson*"); *Morley v. Ace Hardware Corp.,* No. CONO-19-010648 (Cty. Ct. 17th Cir. In and for Broward Cty., Fla.) ("*Morley*"); *Shelly v. Target Corp.,* No. 50-2019-CC-

010718 (Cty. Ct. 15th Cir. In and for Palm Beach Cty., Fla.) ("*Shelly*"); and, *Waters v. Home Depot,* No. 50-2019-CC-009140 (Cty. Ct. 15th Cir. In and for Palm Beach Cty., Fla.) ("*Waters*").

6. The backgrounds and qualifications from the Southern Atlantic Law Group, PLLC attorneys who worked on the matter are set forth in the Firm Resume, which is attached hereto as **Exhibit 1**.

7. My firm was involved in the Related Cases listed in paragraph 5. As set forth above, I am a Managing Member of my firm, and was responsible for the tasks in each matter that are outlined below.

8. Nicholas Zbrzeznj is a Managing Member at Southern Atlantic Law Group, PLLC also worked on prosecuting *Ezcurra* and *Fagundes*, as described below.

9. Kara Hatmaker is a paralegal at Southern Atlantic Law Group, PLLC also played a primary role in prosecuting the cases listed in Paragraph 5 above. Ms. Hatmaker graduated from the University of North Florida in 2010, and has been a paralegal for over five years. She was responsible for assisting with discovery, compilation of exhibits for court filings, ensuring all court-filings were calendared appropriately and communicated to all counsel for Plaintiffs, and ensured that the necessary filings were served and/or filed within the applicable deadlines.

10. I am thoroughly familiar with the quality and quantity of work done by attorneys and professionals at Southern Atlantic Law Group, PLLC in the Related Actions listed in Paragraph 5 above. I have endeavored to ensure there was no unnecessary work or duplication of effort.

11. I believe the work expended by my firm in these Related Actions was reasonable and necessary considering the amount of work required to litigate in them. This work contributed

to resolving this Action. There has been no unreasonable duplication of services for which my firm and Class Counsel now seek compensation.

12. The following information regarding my firm's time is taken from time records prepared and maintained by the firm in the ordinary course of business. Time records were prepared by each attorney or paralegal working on the litigation.

13. My firm represented the plaintiffs in *Biddle*, *Gregorio*, *Lamerson*, *Morley*, *Shelly*, *Waters*. In those cases, I took the lead in drafting pleadings; communicating with co-counsel; addressing the removal to federal court; communicating with opposing counsel in the removal proceedings; preparing the motions for remand; handling all filings and deadlines for these cases once we were in federal court; reviewing orders remanding the matters back to state court and ensuring the matter was appropriately remanded under the order. Additionally, in *Fagundes* Mr. Zbrzeznj's also helped draft pleadings; handled issues related to responding to the Notice of Removal; communicated with opposing counsel in the removal proceedings; worked on the motion for remand; and, handled filings and deadlines in federal court.

14. The total number of hours spent by professional staff at my firm on *Biddle* as of October 19, 2022 was 45.8 hours. The total lodestar for the professional staff is $16,395.00.

| Attorney/ Paralegal | Hours | Rate | Lodestar | Bar Admission Year |
|---|---|---|---|---|
| Lydia Sturgis Zbrzeznj (Managing Member) | 38.8 | $400.00 | $15,520.00 | 2012 |
| Kara Hatmaker (Paralegal) | 7 | $125.00 | $875.00 | N/A |
| TOTALS | 45.8 | | $16,395.00 | |

15. In *Ezcurra* my firm was counsel of record for the plaintiff and I was involved in nearly every aspect of the litigation. Mr. Zbrzeznj and I performed a number of tasks in that case,

including: performing legal research, drafting pleadings, communicating with Mr. Ezcurra, opposing counsel, and co-counsel; drafting discovery requests and responses to discovery propounded on the plaintiff; ensuring compliance with court deadlines; and, drafting subpoenas.

16. The total number of hours spent by professional staff at my firm on *Biddle* as of October 19, 2022 was 45.8 hours. The total lodestar for the professional staff is $16,395.00.

| Attorney/ Paralegal | Hours | Rate | Lodestar | Bar Admission Year |
|---|---|---|---|---|
| Lydia Sturgis Zbrzeznj (Managing Member) | 38.8 | $400.00 | $15,520.00 | 2012 |
| Kara Hatmaker (Paralegal) | 7 | $125.00 | $875.00 | N/A |
| TOTALS | 45.8 | | $16,395.00 | |

17. The total number of hours spent by professional staff at my firm on *Ezcurra* as of October 19, 2022 was 390.2 hours. The total lodestar for the professional staff is $136,830.00.

| Attorney/ Paralegal | Hours | Rate | Lodestar | Bar Admission Year |
|---|---|---|---|---|
| Lydia Sturgis Zbrzeznj (Managing Member) | 272.2 | $400.00 | $108,880.00 | 2012 |
| Nicholas Zbrzeznj (Managing Member) | 48 | $400.00 | $19,200.00 | 2012 |
| Kara Hatmaker (Paralegal) | 70 | $125.00 | $8,750.00 | N/A |
| TOTALS | 390.2 | | $136,830.00 | |

18. The total number of hours spent by professional staff at my firm on *Fagundes* as of October 19, 2022 was 48.3 hours. The total lodestar for the professional staff is $17,670.00.

| Attorney/ Paralegal | Hours | Rate | Lodestar | Bar Admission Year |
|---|---|---|---|---|
| Lydia Sturgis Zbrzeznj (Managing Member) | 36.2 | $400.00 | $14,480.00 | 2012 |
| Nicholas Zbrzeznj (Managing Member) | 6.1 | $400.00 | $2,4400.00 | 2012 |
| Kara Hatmaker | 6 | $125.00 | $750.00 | N/A |

| Attorney/ Paralegal | Hours | Rate | Lodestar | Bar Admission Year |
|---|---|---|---|---|
| (Paralegal) | | | | |
| **TOTALS** | 48.3 | | $17,670.00 | |

19. The total number of hours spent by professional staff at my firm on *Gregorio* as of October 19, 2022 was 19.4 hours. The total lodestar for the professional staff is $17,670.00.

| Attorney/ Paralegal | Hours | Rate | Lodestar | Bar Admission Year |
|---|---|---|---|---|
| Lydia Sturgis Zbrzeznj (Managing Member) | 13.4 | $400.00 | $5,360.00 | 2012 |
| Kara Hatmaker (Paralegal) | 6 | $125.00 | $750.00 | N/A |
| **TOTALS** | 19.4 | | $6,110.00 | |

20. The total number of hours spent by professional staff at my firm on *Lamerson* as of October 19, 2022 was 31.2 hours. The total lodestar for the professional staff is $10,280.00.

| Attorney/ Paralegal | Hours | Rate | Lodestar | Bar Admission Year |
|---|---|---|---|---|
| Lydia Sturgis Zbrzeznj (Managing Member) | 23.2 | $400.00 | $9,280.00 | 2012 |
| Kara Hatmaker (Paralegal) | 8 | $125.00 | $1,000.00 | N/A |
| **TOTALS** | 31.2 | | $10,280.00 | |

21. The total number of hours spent by professional staff at my firm on *Morley* as of October 19, 2022 was 37.2 hours. The total lodestar for the professional staff is $12,405.00.

| Attorney/ Paralegal | Hours | Rate | Lodestar | Bar Admission Year |
|---|---|---|---|---|
| Lydia Sturgis Zbrzeznj (Managing Member) | 28.2 | $400.00 | $11,280.00 | 2012 |
| Kara Hatmaker (Paralegal) | 9 | $125.00 | $1,125.00 | N/A |
| **TOTALS** | 37.2 | | $12,405.00 | |

22. The total number of hours spent by professional staff at my firm on *Shelly* as of October 19, 2022 was 35.9 hours. The total lodestar for the professional staff is $12,435.00.

| Attorney/ Paralegal | Hours | Rate | Lodestar | Bar Admission Year |
|---|---|---|---|---|
| Lydia Sturgis Zbrzeznj (Managing Member) | 28.9 | $400.00 | $11,560.00 | 2012 |
| Kara Hatmaker (Paralegal) | 7 | $125.00 | $875.00 | N/A |
| TOTALS | 35.9 | | $12,435.00 | |

23. The total number of hours spent by professional staff at my firm on *Waters* as of October 19, 2022 was 36.8 hours. The total lodestar for the professional staff is $13,345.00.

| Attorney/ Paralegal | Hours | Rate | Lodestar | Bar Admission Year |
|---|---|---|---|---|
| Lydia Sturgis Zbrzeznj (Managing Member) | 31.8 | $400.00 | $12,720.00 | 2012 |
| Kara Hatmaker (Paralegal) | 5 | $125.00 | $625.00 | N/A |
| TOTALS | 36.8 | | $13,345.00 | |

24. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately, and such charges are not duplicated in my firm's billing rates.

I declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct. Executed on October 28, 2022 in Winter Haven, FL.

_____
Lydia S. Zbrzeznj

**EXHIBIT 1**

**Southern Atlantic Law Group, PLLC**

**Lydia Sturgis Zbrzeznj** was born in Fort Lauderdale, Florida on February 21, 1984. She graduated from Florida Coastal School of Law, summa cum Laude, and was admitted to the Florida Bar in 2012. Thereafter, she immediately entered private practice, beginning with the civil litigation firm Frost Van den Boom & Smith, P.A., managed by a past Florida Bar President. Ms. Zbrzeznj's practice has involved class litigation as well as commercial, contract, products liability, and personal injury litigation. Ms. Zbrzeznj has been appointed class counsel in *Becker v. Massimo Zanetti Beverage, USA, Inc., et. al.*, Case NO. 20ph-cv00569, in the Circuit Court of Phelps County, Missouri; *Ferron v. Kraft Heinz Foods Company*, Case NO. 20-cv-62136 in the District Court for the Southern District of Florida; and *Wacker, et al. v. Mead Johnson & Company, LLC*, Case NO. 22ph-cv00808, in the Circuit Court of Phelps County, Missouri.

Ms. Zbrzeznj is admitted to practice before the courts of Florida as well as the Federal Courts for the Middle and Southern Districts of Florida and the United States Court of Appeals for the Eleventh Circuit. She is a member of the Florida Association for Women Lawyers, Polk Association for Women Lawyers, Polk County Trial Lawyers Association, Tenth Circuit Judicial Nominating Commission, and serves as the Chair for the Tenth Circuit Judicial Nominating Commission, and serves on the Florida Bar Standing Committee on Professionalism and the Florida Bar Voluntary Bar Liaison Committee.

Ms. Zbrzeznj graduated with a B.A. in government from the College of William and Mary in 2006. During college, Ms. Zbrzeznj was a four-year starter on the women's soccer team. While at Florida Coastal School of Law, Ms. Zbrzeznj was a Dean's Scholar for all six semesters of law school, served as an editor of the Florida Coastal Law Review, a research assistant, and received "book awards" in Constitutional Law I, Constitutional Law II, Criminal Procedure, Lawyers Process I & II (legal research and writing), Comprehensive Law Practice III, Florida Constitutional Law, Media Law, Sports Law Seminar, and Torts I. Ms. Zbrzeznj also received a Sport's Law Certificate and a Pro Bono Honors award, and was ranked first in her class for all six semesters of law school. Ms. Zbrzeznj was selected to speak at the Second District Court of Appeal fall 2012 induction ceremony based on her score on the July 2012 Florida bar exam.

**Nicholas Thaddeus Zbrzeznj** was born in Erie, Pennsylvania on November 1, 1985. He graduated from Florida Coastal School of Law, summa cum Laude, and was admitted to the Florida Bar in 2012. Thereafter, he began working as an assistant state attorney at the State Attorney's Office for the Tenth Judicial Circuit. During the majority of his time as an assistant state attorney Mr. Zbrzeznj worked in the special prosecution division, which focused on prosecuting internet crimes against children. Subsequently, Mr. Zbrzeznj entered private practice, beginning with the civil litigation firm Frost Van den Boom, P.A., managed by a past Florida Bar President. Mr. Zbrzeznj's private practice has involved class action litigation as well as complex commercial, contract, insurance, and personal injury litigation. Mr. Zbrzeznj has been appointed class counsel in *Becker v. Massimo Zanetti Beverage, USA, Inc.*, et. al., Case NO. 20ph-cv00569, in the Circuit Court of Phelps County, Missouri; *Ferron v. Kraft Heinz Foods Company*, Case NO. 20-cv-62136

Exhibit 1  1 of 2

in the District Court for the Southern District of Florida; and *Wacker, et al. v. Mead Johnson & Company, LLC*, Case NO. 22ph-cv00808, in the Circuit Court of Phelps County, Missouri.

Mr. Zbrzeznj is admitted to practice before the courts of Florida as well as the Federal Courts for the Middle and Southern Districts of Florida. He serves as a member of the Tenth Circuit Judicial Nominating Commission and Polk County Trial Lawyers Association and is the Tenth Circuit Representative on the Florida Bar Young Lawyer's Division Board of Governors. Mr. Zbrzeznj also serves on the Florida Bar Consumer Protection Law Committee.

Mr. Zbrzeznj graduated with a B.S. in Business, Liberal Arts, and Science, and minors in Management Information Systems and Political Science from Pennsylvania State University in 2008 with honors. While at Penn State, Mr. Zbrzeznj was selected to the Beta Gamma Sigma international honors society for collegiate schools of business and was the recipient of the Delta Sigma Pi Scholarship Key Award, as well the Penn State Evan Pugh Scholar Award for Seniors, which is given to Seniors in the upper 0.5 percent of their class. While at Florida Coastal School of Law, Mr. Zbrzeznj was a Dean's Scholar for all six semesters of law school, served as an editor of the Florida Coastal Law Review, was a research assistant, and received "book awards" in Amateur Sports Law, Comprehensive Law Practice III, Contracts I, Contracts II, Evidence, Entertainment Law, Lawyering Process II (research and writing), Media Law, Professional Sports Law, Property II, Torts II, and Trusts & Estates. Mr. Zbrzeznj also received a Sport's Law Certificate and a Pro Bono Honors award, and graduated with a class rank of two. Mr. Zbrzeznj was selected to speak at the Florida Supreme Court fall 2012 induction ceremony based on his score on the July 2012 Florida Bar Exam.

Exhibit 1  2 of 2