1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:   (713) 227-9508
4  Email:       jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
9
10 | This document relates to: | |
11 | *Tana Callahan v. Monsanto Co., Case No. 3:21-cv-05663-VC* | |
12

13              **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

14      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company
15 ("Monsanto") makes the following disclosures:

16      1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

17      2.   Bayer AG is a publicly held corporation.

18

19 DATED: November 2, 2022              Respectfully submitted,

20                                     SHOOK, HARDY & BACON L.L.P.

21                                     BY: */s/ Jennise W. Stubbs*
22                                         Jennise W. Stubbs
                                           600 Travis Street, Suite 3400
23                                         Houston, TX 77002-2926
                                           Telephone:   (713) 227-8008
24                                         Facsimile:   (713) 227-9508
                                           Email:       jstubbs@shb.com
25
26                                     *Attorneys for Defendant*
                                       *MONSANTO COMPANY*
27

28

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of November, 2022, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs