# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | Hon. Vince Chhabria<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

Plaintiffs' leadership and Monsanto's counsel hereby provide the following updates to the Court in advance of the Case Management Conference on November 9, 2022.

## I.   Inactive Docket Overview

Pursuant to PTO 246, Monsanto is filing along with this case management statement a list of new cases that should be added to the inactive docket since the last submission (Exhibit A). Monsanto is also filing a list of cases on the inactive docket that should be returned to active status (Exhibit B). The parties agree that 78 cases currently on the inactive docket can be dismissed with prejudice (Exhibit C).

In summary, since the Court entered PTO 246 establishing the inactive docket, the parties have agreed that 3,246 cases, involving 3,305 plaintiffs, can be moved to the inactive docket and administratively closed. 762 cases remain active in the MDL.

## II.   Active Docket Overview

Of the cases that remain active in the MDL, there are:

1. 10 cases in Wave 4

2. 125 cases in Wave 5

3. 261 cases in Wave 6

4. 328 cases in proposed Wave 7

### III. Pending Filings

On September 28, 2022, the parties submitted proposals regarding an updated Plaintiff Fact Sheet. [D.E. 15556].

On September 22, 2022, the parties submitted a proposed Wave 7 schedule. [D.E. 15513]. Certain plaintiffs' attorneys filed an objection to the schedule on September 30, 2022. [D.E. 15562]. Monsanto filed a response to the objection on October 7, 2022. [D.E. 15587].

The parties will be prepared to discuss any issues related to these filings at the November 9 case management conference. Additionally, as the Court is aware, the first discovery conference will be held before the Honorable Judge Tse on November 9 as well.

DATED: November 2, 2022

Respectfully submitted,

/s/ David Dickens
David Dickens
ddickens@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003

/s/ Aimee Wagstaff
Aimee Wagstaff
awagstaff@wagstafflawfirm.com
Wagstaff Law Firm
940 Lincoln Sreet
Denver, CO 80203

/s/ Yvonne Flaherty
Yvonne Flaherty
ymflaherty@locklaw.com
Lockridge Grendal Nauen, PLLP
100 Washington Ave South, Suite 200
Minneapolis, MN 55401

/s/ Hunter Lundy
Hunter Lundy
Lundy, Lundy, Soileau & South, LLP
501 Broad Street
Lake Charles, LA 70601

/s/ R. Brent Wisner
R. Brent Wisner
rbwisner@baumhedlundlaw.com
Baum Hedlund Aristei & Goldman
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024

*Attorneys for Plaintiffs*


/s/ Brian L. Stekloff
Brian L. Stekloff (pro hac vice)
bstekloff@wilkinsonstekloff.com
Rakesh Kilaru (pro hac vice)
rkilaru@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

*Attorneys for Defendant*
*MONSANTO COMPANY*