# EXHIBIT A

Inactive Docket Additions

43 Single Plaintiffs

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 182228 | Alamiri | Tawfeeq | Alamiri, Tawfeeq | Charles E. Boyk Law Offices, LLC | CA - N.D. | 3:20-cv-08844 |
| 42189 | Benton | Gerald | Benton, Gerald Wade | Morris Bart, LLC | CA - N.D. | 3:19-cv-05209 |
| 34004 | Chaisson | Robert | Chaisson, Robert | Lillis Law Firm // Martzell Bickford & Centola | CA - N.D. | 3:19-cv-01143 |
| 81348 | Cobian | Manuel | Cobian, Manuel | Law Offices of Perrin F. Disner | CA - N.D. | 3:19-cv-07351 |
| 100309 | Craig | Walter | Craig, Walter | Keegan & Baker, LLP | CA - N.D. | 3:20-cv-06660 |
| 26617 | DiVittorio | Dan | DiVittorio, Dan | Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, L.L.P. | CA - N.D. | 3:17-cv-05176 |
| 93818 | Duck | Albert | Duck, Albert Ray | Mann & Kemp, PLLC // Morris Bart, LLC | CA - N.D. | 3:20-cv-02641 |
| 92208 | Guest | Frisco | Guest, Frisco Decarlos | Ifediba Law Group, P.C. | CA - N.D. | 3:20-cv-04214 |
| 89132 | Helton | James | Helton, Almeita | The Bifferato Firm, PA // Thornton Law Firm LLP | CA - N.D. | 3:20-cv-00425 |
| 100639 | Moss | Gloria | Henagan, Deborah | Morris Bart, LLC | CA - N.D. | 3:20-cv-06349 |
| 188788 | Huber | Jeffrey | Huber, Jeffrey D. | Welsh & Welsh, PC | CA - N.D. | 3:21-cv-01331 |
| 94160 | Jecha | Ronald | Jecha, Ronald | Domina Law Group pc llo | CA - N.D. | 3:20-cv-03303 |
| 202493 | Jernigan | Constance | Jernigan, Carroll | Trammell PC | CA - N.D. | 3:21-cv-07270 |
| 83820 | Kean | Joseph | Kean, Joseph Eugene | Domina Law Group pc llo | CA - N.D. | 3:19-cv-08222 |
| 39239 | Kendrick | Wendy | Kendrick, Wendy W. | Morris Bart, LLC | CA - N.D. | 3:19-cv-03326 |
| 185123 | Koch | James | Koch, James | Johnson, Kramer, Mulholland, Cochrane & Cochrane, P.L.C. // Larry Helvey Law Firm | CA - N.D. | 3:21-cv-01212 |
| 191014 | Leath | Paul | Leath, Paul | Law Office of Paul Mankin, APC | CA - N.D. | 3:21-cv-02907 |
| 182231 | Lenfestey | Lynne | Lenfestey, Lynne | Charles E. Boyk Law Offices, LLC | CA - N.D. | 3:20-cv-08848 |
| 208510 | Leonard | Charles | Leonard, Charles | Morris Bart, LLC | CA - N.D. | 3:22-cv-01751 |
| 181646 | Liang | Janice Wood | Liang, Janice Wood | Morris Bart, LLC | CA - N.D. | 3:20-cv-07395 |
| 42308 | McCall | Timothy | McCall, Timothy R. | Morris Bart, LLC | CA - N.D. | 3:19-cv-05868 |
| 42430 | Metcalf | Roderick | Metcalf, Roderick Burrell | Morris Bart, LLC | CA - N.D. | 3:19-cv-05210 |
| 82192 | Miller | Marc | Miller, Marc | The Bifferato Firm, PA // Thornton Law Firm LLP | CA - N.D. | 3:19-cv-07393 |

Inactive Docket Additions

43 Single Plaintiffs

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 205161 | Muise | Timothy | Muise, Timothy | The Law Offices of Jeffrey S. Glassman | CA - N.D. | 3:21-cv-09626 |
| 90387 | Pearson | Maureen | Pearson, Maureen | Domina Law Group pc llo | CA - N.D. | 3:20-cv-01763 |
| 89147 | Phillips | Norman | Phillips, Sandra | The Bifferato Firm, PA // Thornton Law Firm LLP | CA - N.D. | 3:20-cv-00844 |
| 42766 | Plummer | David | Plummer, David | Thornton Law Firm LLP | CA - N.D. | 3:19-cv-04580 |
| 94574 | Roy | Anna | Roy, Anna | Martzell Bickford & Centola | CA - N.D. | 3:20-cv-03371 |
| 90863 | Schumacher | George | Schumacher, Dea Anna | The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:20-cv-00713 |
| 172347 | Shaffer, Jr. | Milhaldo | Shaffer, Marlene A. | Lillis Law Firm // Martzell Bickford & Centola | CA - N.D. | 3:20-cv-05930 |
| 94111 | Shields | Roscoe | Shields, Roscoe | Morris Bart, LLC | CA - N.D. | 3:20-cv-02485 |
| 203323 | Sonnier | Scott | Sonnier, Scott | The Whitehead Law Firm, L.L.C. | CA - N.D. | 3:21-cv-08883 |
| 209053 | Sullivan | Marie | Sullivan, Marie | McCune Law Group; McCune Wright Arevalo Vercoski Kusel Weck Brandt APC | CA - N.D. | 3:22-cv-02296 |
| 42726 | Taylor | Kerrigan | Taylor, Kerrigan D. | Morris Bart, LLC | CA - N.D. | 3:19-cv-05650 |
| 39244 | Thirstrup | Robert | Thirstrup, Robert J. | Morris Bart, LLC | CA - N.D. | 3:19-cv-03327 |
| 199572 | Todd-Meyer | Lois | Todd-Meyer, Lois M. | Domina Law Group pc llo | CA - N.D. | 3:21-cv-08324 |
| 81956 | Turner | Judy | Turner, Judy | The Bifferato Firm, PA // Thornton Law Firm LLP | CA - N.D. | 3:19-cv-06392 |
| 198104 | Vogl | Linda | Vogl, Linda Mary | Hossley — Embry, LLP | CA - N.D. | 3:21-cv-07027 |
| 180994 | Westfall | Jeffrey | Westfall, Jeffrey R. | Fadel & Beyer, LLC | CA - N.D. | 3:21-cv-02909 |
| 61620 | Wiggins | Mark | Wiggins, Mark E. | Morris Bart, LLC | CA - N.D. | 3:19-cv-06445 |
| 191194 | Wilson | Charles | Wilson, Charles S. | Domina Law Group pc llo | CA - N.D. | 3:21-cv-03414 |
| 83350 | Wolken | Eugene | Wolken, Eugene D. | Domina Law Group pc llo | CA - N.D. | 3:19-cv-07979 |
| 191196 | Zach | Lawrence | Zach, Lawrence J. | Domina Law Group pc llo | CA - N.D. | 3:21-cv-03420 |