# EXHIBIT B

Return to Active Docket

13 Plaintiffs

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 170082 | Favata | Samuel | Favata, Samuel Frank | 615 Lawyer // Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:20-cv-05533 |
| 100831 | Glass | Paul | Glass, Paul | Milberg Coleman Bryson Phillips Grossman, PLLC // Points Law PLLC | CA - N.D. | 3:20-cv-05867 |
| 27838 | Hazel | Mary | Hazel, Mary | Goza & Honnold LLC | CA - N.D. | 3:19-cv-01560 |
| 39873 | Hong | Kenneth | Hong, Kenneth | Scott Trial Lawyers, APC // Singleton Schreiber, LLP | CA - N.D. | 3:19-cv-02895 |
| 98919 | Hooks | Demetrius | Hooks, Demetrius | Milberg Coleman Bryson Phillips Grossman, PLLC // Rasmussen Law Firm, LLC | CA - N.D. | 3:20-cv-04199 |
| 39874 | Jones-Basler | Caitlin | Jones-Basler, Caitlin et al. | Scott Trial Lawyers, APC // Singleton Schreiber, LLP | CA - N.D. | 3:19-cv-03536 |
| 38668 | Moore | Larry | Moore, Larry | Goza & Honnold LLC | CA - N.D. | 3:19-cv-04517 |
| 38176 | Myers | Philip | Myers, Philip | Goza & Honnold LLC | CA - N.D. | 3:19-cv-04411 |
| 182223 | Resto | Elsie | Resto, Elsie Ketty Pagán | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:20-cv-07882 |
| 181628 | Rivera | Hector | Rivera, Hector M. Toro | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:20-cv-07552 |
| 84843 | Sapinsky | Mike | Sapinsky, Mike | Barr & Mudford, LLP // Singleton Schreiber, LLP | CA - N.D. | 3:20-cv-00257 |
| 100836 | Scolieri | Antonino | Scolieri, Antonino | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:20-cv-05771 |
| 181632 | Trinidad | Gladys | Trinidad, Damaris | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:20-cv-07325 |