UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *All Related Actions* | **ORDER RE: CASE MANAGEMENT CONFERENCE** |

At the November 9 status conference, the parties should be prepared to discuss what role, if any, lead counsel should have to ensure compliance with the holdback order for the common benefit fund. In particular, can lead counsel do anything to ensure that the amount held back for the common benefit fund comes from an individual attorney's portion of the recovery rather than the client's?

**IT IS SO ORDERED.**

Dated: November 3, 2022

VINCE CHHABRIA
United States District Judge