UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **ORDER OVERRULING OBJECTIONS AND ADOPTING PROPOSED SCHEDULE FOR WAVES 5–7**<br><br>Re: Dkt. Nos. 15506, 15562 |

Lead plaintiffs' counsel and Monsanto have agreed to a schedule governing expert discovery and briefing for Wave 5–7 cases. But counsel for a subset of plaintiffs in the MDL disagree with this schedule and raise a flurry of objections. None of their objections have merit. Objecting counsel mainly disagree with a sub-wave system that has different expert discovery deadlines, but spreading out these deadlines is necessary because many experts here are practicing physicians with demanding schedules. Wave 5 and 6 collectively have over 400 plaintiffs, and it is impracticable to have the same deadline for all experts in each wave. It also would overwhelm attorneys in this case. The same sub-wave process proposed for Wave 5–7 cases currently is being used for Wave 4, which appears to be working out fine. If objecting counsel disagree with a particular deadline for a specific case, they may ask the Court to move that case to another wave or sub-wave. It appears from numerous prior consent motions that Monsanto generally has agreed to these requests. Case-specific administrative and expert discovery issues, including whether rebuttal experts are warranted, should be individually addressed.

Objecting counsel's other grievances are overruled. Objecting counsel want to relitigate issue preclusion, but the Court already rejected any preclusive effect from the *Hardeman* verdict. *See* Pretrial Order 275, Dkt. No. 14623. Objecting counsel's dissatisfaction with lead plaintiffs' counsel's discovery efforts and the trial package is also unfounded. Finally, objecting counsel has no valid basis to receive settlement information—including individual settlement amounts—from the Special Master. What other plaintiffs and Monsanto agreed upon for settlement has nothing to do with Wave 5–7 cases and is confidential to them.

The Court will adopt the schedule proposed by lead plaintiffs' counsel and Monsanto.

**IT IS SO ORDERED.**

Dated: November 3, 2022

_____
VINCE CHHABRIA
United States District Judge