UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Isaac W. Goble, Jr. v. Monsanto, Co.*, Case No. 3:20-cv-4648-VC | **ORDER RE: PETITION FOR APPROVAL OF WRONGFUL DEATH SETTLEMENT**<br><br>Dkt. No. 15479 |

Counsel for the plaintiff filed a petition for settlement approval. It is unclear how counsel arrived at the disbursement amount in paragraph 10(h) and whether that amount correctly accounts for the 8% holdback of the gross settlement amount for the common benefit fund. The petition is denied. Within seven days of this order and after checking the math, counsel shall re-file the petition.

**IT IS SO ORDERED.**

Dated: November 3, 2022

VINCE CHHABRIA
United States District Judge