UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Patsy W. Wix, as Personal Representative of the Estate of William Dennis Huskey v. Monsanto Co.*, Case No.: 3:20-cv-02648-VC | **ORDER RE: PETITION FOR APPROVAL OF WRONGFUL DEATH SETTLEMENT**<br><br>Dkt. No. 15478 |

The plaintiff is asking the Court to sign off on a proposed settlement. But the petition for settlement approval contains a misstatement. Counsel for the plaintiff wrote under paragraph 10(g) that "Plaintiff has agreed to an attorneys' fee of [X], eight percent of which is behind held in trust for the common benefit fund." Under the holdback order, however, the 8% holdback is based on the gross settlement amount, not on the overall attorney's fee. *See* Pretrial Order No. 236.

The petition is denied. Within seven days, counsel shall re-file the petition for approval that includes an explanation of how it is consistent with the holdback order.

**IT IS SO ORDERED.**

Dated: November 3, 2022

VINCE CHHABRIA
United States District Judge