UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**JUDGE: VINCE CHHABRIA** |
| THIS DOCUMENT RELATES TO:<br>*Roger Wood, individually, and as successor in interest for the estate of Zena Wood, deceased, v. Monsanto Co. and John Does 1-100,*<br><br>Individual Case No. 3:20-cv-01638-VC | [PROPOSED] ORDER |

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Shawn-Leigh Michele Collins, individually and on behalf of Plaintiff Roger Wood, deceased, in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED**.

Dated: November 8, 2022

Hon. Vince Chhabria
United States District Court Judge