UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER RE: INCORRECTLY FILED MOTION** |
| *Joiner v. Monsanto Co.*, Case No.: 3:20-cv-03828-VC | Re:  Case No. 20-cv-3828 (Dkt. No. 15) |
| *Wade v. Monsanto Co.*, Case No.: 3:20-cv-08178-VC | Case No. 20-cv-8178 (Dkt. No. 16) |

Pursuant to Pretrial Order No. 1 of *In re Roundup Products Liability Litigation*, 16-md-2741-VC, all documents filed in MDL member cases must be filed on both the master docket and the docket of the member case. The motions filed at the above docket number are being terminated because they were filed in only the member case. If the document is refiled in accordance with Pretrial Order No. 1, the Court will consider the filing.

Counsel is reminded of the requirement to follow the Local Rules of this Court. The filed documents appear to be administrative motions, which do not require a hearing date.

**IT IS SO ORDERED.**

Dated: November 8, 2022

VINCE CHHABRIA
United States District Judge