**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | ) | **MDL No. 2741** |
| | ) | |
| | ) | **Case No. 3:16-md-02741-VC** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | **PLAINTIFF'S MOTION FOR** |
| *LAKEISHA LAY* | ) | **ORDER PERMITTING WITHDRAWAL** |
| *v. MONSANTO CO.,* | ) | **AND SUBSTITUTION OF COUNSEL** |
| | ) | |
| **CASE NO. 3:19-cv-02582-VC** | ) | |

COMES NOW Plaintiff, LaKeisha Lay, pursuant to Civil L.R. 5-1(c)(2), 7-11 and 11-5, and hereby moves this Court for an Order permitting the withdrawal of its counsel of record, Michael G. Stag and Merritt E. Cunningham of Stag Liuzza, L.L.C., and the substitution of Stephen D. Demik and Scott Hendler of Hendler Flores Law, P.L.L.C. on her behalf in this action.

Plaintiff and undersigned counsel consent to such withdrawal and substitution of counsel. Accordingly, Plaintiff respectfully requests that the Court enter an Order reflecting this change, and that the Clerk make all necessary changes to the Court's records and ECF, and direct all future communications regarding this individual case to the following:

> Stephen D. Demik 221167 (CA Bar No.)
> sdemik@hendlerlaw.com
> Scott M. Hendler 09445500 (TX Bar No.)
> shendler@hendlerlaw.com
> Hendler Flores Law, P.L.L.C.
> 901 S. MoPac Expressway
> Building 1, Suite 300
> Austin, Texas 78746
> Telephone: (512) 439-3216
> Facsimile: (512) 439-3201

This filing will not prejudice the parties and there has been no undue delay or bad faith by Plaintiff.

WHEREFORE, Plaintiff prays that this Court issue an Order permitting withdrawal and

substitution of counsel and update the Court's ECF system for this case by removing Michael G.

Stag and Merritt E. Cunningham of Stag Liuzza, L.L.C, and docketing the appearance of substitute

counsel, Stephen D. Demik and Scott M. Hendler of Hendler Flores Law, P.L.L.C.

Dated: November 9, 2022                              Respectfully submitted,

                                                    s/ Merritt E. Cunningham
                                                    Michael G. Stag

                                                    Merritt E. Cunningham
                                                    STAG LIUZZA, L.L.C.
                                                    365 Canal St., Ste. 2850
                                                    New Orleans, LA 70130
                                                    Telephone (504) 593-9600
                                                    Facsimile (504) 593-9601
                                                    mstag@stagliuzza.com
                                                    mcunningham@stagliuzza.com.com


                                                    s/ Stephen Demik
                                                    Stephen D. Demik 221167 (CA Bar No.)
                                                    sdemik@hendlerlaw.com
                                                    Scott M. Hendler 09445500 (TX Bar No.)
                                                    shendler@hendlerlaw.com
                                                    Hendler Flores Law, P.L.L.C.
                                                    901 S. MoPac Expressway
                                                    Building 1, Suite 300
                                                    Austin, Texas 78746
                                                    Telephone: (512) 439-3216
                                                    Facsimile: (512) 439-3201

**CERTIFICATE OF SERVICE**

I hereby certify that on **Nov. 9, 2022**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>s/Merritt E. Cunningham</u>
Merritt E. Cunningham