**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **IN RE: ROUNDUP PRODUCTS** | ) | **MDL No. 2741** |
| **LIABILITY LITIGATION** | ) | |
| | ) | **Case No. 3:16-md-02741-VC** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| *LAKEISHA LAY* | ) | **WITHDRAW AND SUBSTITUTION** |
| *v. MONSANTO CO.,* | ) | **OF COUNSEL** |
| | ) | |
| **CASE NO. 3:19-cv-02582-VC** | ) | |

Upon consideration of Plaintiff's Motion for Order Permitting Withdrawal and Substitution of Counsel,

IT IS HEREBY ORDERED THAT the motion is GRANTED. Stephen D. Demik and Scott Hendler of Hendler Flores Law, P.L.L.C. shall be substituted as counsel of record for Plaintiff. The Clerk of Court is hereby directed to update the Court's ECF system to reflect these changes.

IT IS SO ORDERED

Date:_____                    _____
                                                  HONORABLE VINCE CHHABRIA
                                                  UNITED STATES DISTRICT COURT