UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| | Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: | |
| *Smith v. Monsanto,* No. 3:18-cv-03757 | |

### PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE AND RESET HEARING

NOW INTO COURT, comes Plaintiff, George Smith, through undersigned counsel, who respectfully moves the Court to continue the hearing on Plaintiff's Motion for Relief from Judgment, currently set for November 10, 2022, and reset it for November 17, 2022. Counsel for Plaintiff has conferred with Defense Counsel regarding this Motion and there is no opposition.

Respectfully submitted.

*/s/Christopher L. Coffin*
Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                        */s/Christopher L. Coffin*
                                        CHRISTOPHER L. COFFIN