UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| | Honorable Vince Chhabria |

THIS DOCUMENT RELATES TO:

*Smith v. Monsanto,* No. 3:18-cv-03757

---

**PROPOSED ORDER GRANTING PLAINTITFF'S UNOPPOSED MOTION TO CONTINUE AND RESET HEARING**

Upon consideration of Plaintiff's Motion to Continue and Reset Hearing Date for Plaintiff's Motion for Relief from Judgment,

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion shall be continued from November 10, 2022, to November 17, 2022.

Date: _____, 2022

                                            _____
                                            HONORABLE VINCE CHHABRIA
                                            UNITED STATES DISTRICT COURT