UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION _____ This document relates to: *Michael Potash v. Monsanto Co.*, Case No. 3:21-cv-01041-VC | ) ) MDL No. 2741 ) ) ) ) ) ) ) ) ) ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED: November 9, 2022

HEIDMAN LAW FIRM, PLLC

By: _____
PATRICK L. SEALEY
1128 Historic 4th Street
PO Box 3086
Sioux City, Iowa 51101
Phone: (712) 255-8838
Fax:   (712) 258-6714
e-mail: Patrick.Sealey@hiedmanlaw.com

ATTORNEYS FOR PLAINTIFF

STIPULATION OF DISMISSAL WITH PREJUDICE

3:16-md-02741-VC & 3:21-cv-01041-VC

SHOOK, HARDY & BACON LLP

By: /s/ Anthony R. Martinez
ANTHONY R. MARTINEZ
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax:   (816) 421-5547
e-mail: amartinez@shb.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of November 2022, the foregoing PLAINTIFF MICHAEL POTASH'S STIPULATION FOR DISMISSAL was served by electronic mail upon the following counsel for Defendant.

ANTHONY R. MARTINEZ
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax:   (816) 421-5547
e-mail: amartinez@shb.com

By: _____
PATRICK L. SEALEY
1128 Historic 4th Street
PO Box 3086
Sioux City, Iowa 51101
Phone: (712) 255-8838
Fax:   (712) 258-6714
e-mail: Patrick.Sealey@hiedmanlaw.com

ATTORNEYS FOR PLAINTIFF