**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:   jstubbs@shb.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Teddy L. Mullins v. Monsanto Co.,* Case No. 3:22-cv-05045-VC | |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
2. Bayer AG is a publicly held corporation.

DATED: November 9, 2022            Respectfully submitted,

                                   SHOOK, HARDY & BACON L.L.P.

                                   BY: */s/ Jennise W. Stubbs*
                                       Jennise W. Stubbs
                                       600 Travis Street, Suite 3400
                                       Houston, TX 77002-2926
                                       Telephone:   (713) 227-8008
                                       Facsimile:   (713) 227-9508
                                       Email:   jstubbs@shb.com

                                   *Attorneys for Defendant*
                                   MONSANTO COMPANY

# CERTIFICATE OF SERVICE

I certify that on the 9th day of November, 2022, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

　　　　　　　　　　　　　　　　　　　　*/s/Jennise W. Stubbs*
　　　　　　　　　　　　　　　　　　　　Jennise W. Stubbs