Arati. C. Furness (SBN: 225435)
**FORESTER HAYNIE PLLC**
400 N. Saint Paul Street, Suite 700
Dallas, TX 75201
T: (214) 210-2100
F: (469) 399-1070

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> This document relates to: <br> *Craig Wade individually and on behalf of Estate of Chris Wade, 3:20-cv-08178* | MDL Case No: 3:16-md-02741-VC <br><br> **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

  Pursuant to Local Rule 11-5, D. Matthew Haynie, Arati C. Furness and Forester Haynie, moves this Court to grant them leave to withdraw as counsel on behalf of Plaintiff Craig Wade and Estate of Chris Wade in the above-captioned case. Grounds for this motion are as follows:

1. Forester Haynie PLLC acted as local counsel when filing case for Law Office of Darren Wolf when case was originally filed in the Eastern District of Missouri.

2. An MDL has since been created, In Re Roundup Litigation, and this case was transferred into the In Re Roundup MDL.

3. Law Office of Darren Wolf is no longer in need of local counsel and continues to represent the client, Craig Wade, individually and on behalf of the Estate of Chris Wade.

  WHEREFORE, Matthew Haynie, Arati C. Furness and Forester Haynie PLLC hereby requests the Court grant leave to withdraw as counsel. Further the undersigned requests that Forester Haynie be removed from the electronic service list for this case.

Dated:  11/7/2022                                       Respectfully Submitted,

                                                        */s/ Arati C. Furness*
                                                        Arati. C. Furness (SBN 225435)
                                                        D. Matthew Haynie
                                                        FORESTER HAYNIE PLLC
                                                        400 N. Saint Paul Street, Suite 700
                                                        Dallas, TX 75201
                                                        T: (214) 210-2100
                                                        afurness@foresterhaynie.com
                                                        matthew@foresterhaynie.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to:<br>   *Craig Wade individually and on behalf of Estate of Chris Wade, 3:20-cv-08178* | MDL Case No: 3:16-md-02741-VC<br><br>[PROPOSED] **ORDER** |
|---|---|

1. Counsel's motion is GRANTED.

2. The law firm Forester Haynie and attorneys D. Matthew Haynie and Arati C. Furness are hereby permitted to withdraw as counsel for Craig Wade and the Estate of Chris Wade. Forester Haynie shall have no further obligation to represent the interests of Craig Wade or the Estate of Chris Wade.

Dated: _____   _____

                                                            Honorable Judge Vince Chhabria,
                                                            United States District Court,
                                                            Northern District of California

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 7rd day of November, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF filing system and copied to all registered CM/ECF participants in the above-styled action, as well as emailed to Law Office of Darren Wolf, at darren@darrenwolf.com.

/s/ *Arati C. Furness*
Arati. C. Furness (SBN 225435)
FORESTER HAYNIE PLLC
400 N. Saint Paul Street, Suite 700
Dallas, TX 75201
T: (214) 210-2100
afurness@foresterhaynie.com