**RICHARDSON, THOMAS, HALTIWANGER,
MOORE & LEWIS, LLC**
Chris Moore
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
T: (803) 281-8147
chris@richardsonthomas.com

*Attorney for Plaintiff*
*PATSY W. WIX, AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF WILLIAM DENNIS HUSKEY*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No.: 3:16-md-02741-VC |
| This document relates to: *Patsy W. Wix, as Personal Representative of the Estate of William Dennis Huskey v. Monsanto Co.* C/A No.: 3:20-cv-02648-VC | |

**DECLARATION OF CHRIS MOORE IN SUPPORT OF THE UNCONTESTED
ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

1

I, Chris Moore, declare and state the following:

1. I am an attorney with Richardson, Thomas, Haltiwanger, Moore & Lewis, LLC and serve as counsel for the Plaintiff in the above-styled matter.

2. The Plaintiff's Uncontested Administrative Motion to File under Seal seeks to maintain confidentiality of the settlement agreement between Plaintiff and Defendant.

3. There are compelling overriding interests here that override the right of the public access and support sealing the Petition for Approval of Wrongful Death Settlement: 1) the privacy and protection of the beneficiaries of the settlement; and 2) preserving the agreement of the parties to keep the settlement agreement confidential, which is routinely done.

4. The sealing of the Petition for Approval of Wrongful Death Settlement and the proposed order approving the petition is the only means of protecting these overriding interests. There is no less restrictive means to protect the privacy of the beneficiaries and to preserve the parties' agreement to maintain confidentiality.

5. All confidential settlement agreement information has been redacted pursuant to the Court's Amended Protective Order of September 6, 2017 (MDL Doc. # 519).

6. Pursuant to Plaintiff's request as the Designating Part and Fed. R. Civ. P. 5.2, Plaintiff has prepared proposed redactions of the following documents:

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 11/9/2022 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 2 of the Petition, dollar amounts in Paragraph 10-d | Plaintiff | Confidential Settlement Amount |

| | | | | | |
|---|---|---|---|---|---|
| 11/9/2022 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 3 of the Petition, attorney fee percentage and costs in Paragraph 10-g | Plaintiff | Confidential Settlement Amount |
| 11/9/2022 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 3 of the Petition, dollar amounts in Paragraph 10-i | Plaintiff | Confidential Settlement Amount |

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Respectfully submitted,    **RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS, LLC**

BY:   *s/Chris Moore*
Chris Moore
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
chris@richardsonthomas.com

*Attorney for Plaintiff*

November 9, 2022

## CERTIFICATE OF SERVICE

  I certify that on the above date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

**RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS, LLC**

BY:  <u>s/Chris Moore</u>
   Chris Moore
   1513 Hampton Street, First Floor
   Columbia, South Carolina 29201
   chris@richardsonthomas.com

   *Attorney for Plaintiff*