IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This document relates to: *Patsy W. Wix, as Personal Representative of the Estate of William Dennis Huskey v. Monsanto Co.* C/A No.: 3:20-cv-02648-VC | |

### [PROPOSED] ORDER GRANTING PATSY W. WIX'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Before the Court is the Plaintiff's unopposed motion to file under seal portions of the Petition for Approval of Wrongful Death Settlement and the proposed order related hereto. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 11/9/2022 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 2 of the Petition, dollar amounts in Paragraph 10-d | Plaintiff | Confidential Settlement Amount |
| 11/9/2022 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 3 of the Petition, attorney fee percentage and costs in Paragraph 10-g | Plaintiff | Confidential Settlement Amount |

1

| 11/9/2022 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 3 of the Petition, dollar amounts in Paragraph 10-i | Plaintiff | Confidential Settlement Amount |

Dated: _____, 2022

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT