**FORESTER HAYNIE PLLC**
D. Matthew Haynie
matthew@foresterhaynie.com
Jesse H. Forester
jay@foresterhaynie.com
Arati C. Furness (SBN 225435)
afurness@foresterhaynie.com
400 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Tel:   (214) 210-2100
Fax:   (496) 890-1070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| *William Campbell v. Monsanto Co.*, Case No. 3:20-cv-00048-VC | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed without prejudice, with the parties to bear their own fees and costs.

DATED: November 10, 2022

        Respectfully submitted,

 /s/ *Arati C. Furness*
**FORESTER HAYNIE PLLC**
Arati C. Furness
afurness@foresterhaynie.com
400 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Tel:     (214) 210-2100
Fax:    (496) 890-1070

*Attorney for Plaintiff*

 /s/ *Arati C. Furness*
**FORESTER HAYNIE PLLC**
Arati C. Furness
afurness@foresterhaynie.com
400 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Tel:     (214) 210-2100
Fax:    (496) 890-1070

*Attorney for Plaintiff*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Arati Furness, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

 /s/ *Arati C. Furness*
**FORESTER HAYNIE PLLC**
Arati C. Furness
*Attorney for Plaintiff*