# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**JUDGE: VINCE CHHABRIA** |
| THIS DOCUMENT RELATES TO:<br>*William Campbell v. Monsanto Co.*,<br>Case No. 3:20-cv-00048-VC | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL** |

## [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL

THIS MATTER having come before the Court is the Plaintiff's Stipulation of Dismissal without prejudice. The parties have stipulated that the above-captioned action should be dismissed without prejudice with the parties to bear their own fees and costs.

**IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal is **GRANTED**.

2. The above-captioned action is **dismissed**, without prejudice and with each party bearing their own fees and costs.

Dated: _____

                                                    Hon. Vince Chhabria
                                                    United States District Court Judge