1  Mary Kate Throckmorton
   SHOOK, HARDY & BACON L.L.P.
2  2555 Grand Blvd
   Kansas City, Missouri 64108
3  Phone: (816) 474-6550
   Fax: (816) 421-5547
4  mthrock@shb.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6
                    **UNITED STATES DISTRICT COURT**
7                   **NORTHERN DISTRICT OF CALIFORNIA**

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. MDL No. 3:16-md-02741-VC |
   | This document relates to: | **NOTICE OF APPEARANCE OF MARY KATE THROCKMORTON ON BEHALF OF MONSANTO COMPANY** |
   | *Edwin Slominski v. Monsanto Co.* Case No. 3:17-cv-05481-VC | |

14  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

15         PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Mary Kate Throckmorton of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

20  November 10, 2022                         Respectfully Submitted,

                                              By: */s/ Mary Kate Throckmorton*
                                              Mary Kate Throckmorton
                                              SHOOK, HARDY & BACON L.L.P.
                                              2555 Grand Blvd
                                              Kansas City, Missouri 64108
                                              Phone: (816) 474-6550
                                              Fax: (816) 421-5547
                                              mthrock@shb.com

                                              *Attorney for Defendant*
                                              *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Stephen I. Hansen, hereby certify that, on November 10, 2022 I electronically filed NOTICE OF APPEARANCE OF MARY KATE THROCKMORTON ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 10, 2022            Respectfully submitted,

                                                                    */s/ Mary Kate Throckmorton*
Mary Kate Throckmorton
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
mthrock@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*