**FORESTER HAYNIE PLLC**
D. Matthew Haynie
matthew@foresterhaynie.com
Jesse H. Forester
jay@foresterhaynie.com
Arati C. Furness (SBN 225435)
afurness@foresterhaynie.com
400 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Tel:    (214) 210-2100
Fax:    (496) 890-1070

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |
| This document relates to: | |
| *Jasmine Goodman v. Monsanto Co.,* *Case No. 3:20-cv-03726-VC* | |

**UNOPPOSED MOTION TO MOVE CASE TO WAVE VI**

Plaintiff Jasmine Goodman – without opposition from Defendant Monsanto Company – respectfully requests the Court move their case from Wave V to Wave VI:

1. Ms. Jasmine Goodman's case is part of Wave V.
2. Ms. Goodman is raising a young child and has a difficult work schedule.
3. Ms. Goodman's initial deposition had to be continued due to internet issues.
4. Counsel for Ms. Goodman met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Jasmine Goodman, without opposition from Defendant Monsanto Company, respectfully requests the Court move their case from Wave V to Wave VI.

DATED:  November 10, 2022

                                      Respectfully submitted,

                                       /s/ *Arati C. Furness*
                                  **FORESTER HAYNIE PLLC**
                                  D. Matthew Haynie
                                  matthew@foresterhaynie.com
                                  Jesse H. Forester
                                  jay@foresterhaynie.com
                                  Arati C. Furness
                                  afurness@foresterhaynie.com
                                  400 N. Saint Paul Street, Suite 700
                                  Dallas, Texas 75201
                                  Tel:     (214) 210-2100
                                  Fax:    (496) 890-1070