# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**JUDGE: VINCE CHHABRIA** |
| THIS DOCUMENT RELATES TO:<br>*Jasmine Goodman v. Monsanto Co.,*<br>*Case No. 3:20-cv-03726-VC* | **[PROPOSED] ORDER TO MOVE CASE TO WAVE VI** |

## [PROPOSED] ORDER TO MOVE CASE TO WAVE VI

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Move Plaintiff's Case to Wave VI. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to move the Plaintiff's Case to Wave VI is **HEREBY GRANTED**.

Dated: _____

_____
Hon. Vince Chhabria
United States District Court Judge