**FORESTER HAYNIE PLLC**
D. Matthew Haynie
matthew@foresterhaynie.com
Jesse H. Forester
jay@foresterhaynie.com
Arati C. Furness (SBN 225435)
afurness@foresterhaynie.com
400 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Tel:   (214) 210-2100
Fax:   (496) 890-1070

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |
| *LeAnnah Jessop, Individually and on behalf of the Estate of George M. Jessop v. Monsanto Co.*, Case No. 3:20-cv-00042-VC | |

## **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI**

Plaintiff LeAnnah Jessop, Individually and on behalf of the Estate of George M. Jessop – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave V to Wave VI:

1. Ms. LeAnnah Jessop's case is part of Wave V.
2. Ms. Jessop's son recently had surgery for a brain tumor and is now receiving treatment.
3. Ms. Jessop is currently focused on caring for her son.
4. Counsel for Ms. Jessop met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff LeAnnah Jessop, Individually and on behalf of the Estate of George M. Jessop, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave V to Wave VI.

DATED:  November 11, 2022

Respectfully submitted,

 /s/ *Arati C. Furness*
**FORESTER HAYNIE PLLC**
D. Matthew Haynie
matthew@foresterhaynie.com
Jesse H. Forester
jay@foresterhaynie.com
Arati C. Furness
afurness@foresterhaynie.com
400 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Tel:     (214) 210-2100
Fax:    (496) 890-1070