# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**JUDGE: VINCE CHHABRIA** |
| THIS DOCUMENT RELATES TO:<br>*Jeff Kleinberg v. Monsanto Co.*,<br>Case No. 3:20-cv-00040-VC | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL** |

## [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL

THIS MATTER having come before the Court is the Plaintiff's Stipulation of Dismissal with Prejudice. The parties have stipulated that the above-captioned action should be dismissed with prejudice with the parties to bear their own fees and costs.

**IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal is **GRANTED**.

2. The above-captioned action is **dismissed**, with prejudice and with each party bearing their own fees and costs.

Dated: _____

                                                                    _____
                                                                    Hon. Vince Chhabria
                                                                    United States District Court Judge