**FORESTER HAYNIE PLLC**
D. Matthew Haynie
matthew@foresterhaynie.com
Jesse H. Forester
jay@foresterhaynie.com
Arati C. Furness (SBN 225435)
afurness@foresterhaynie.com
400 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Tel:    (214) 210-2100
Fax:    (496) 890-1070

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |
| This document relates to: | |
| *Glenn Moore v. Monsanto Co.*, Case No. 3:20-cv-00041-VC | |

## **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI**

Plaintiff Glenn Moore – without opposition from Defendant Monsanto Company – respectfully requests the Court move their case from Wave V to Wave VI:

1. Mr. Glenn Moore's case is part of Wave V.

2. Mr. Moore's first deposition had to be continued due to internet issues.

3. Mr. Moore was then hospitalized for quite some time for pneumonia.  When released Mr. Moore was on several medication.  When we spoke with him, we didn't feel he would be competent to testify.

4. Mr. Moore's deposition is now set; however, parties will not be able to complete fact discovery due to previous delays.

5. Counsel for the Glenn Moore met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Glenn Moore, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave V to Wave VI.

DATED:  November 11, 2022

    Respectfully submitted,

    /s/ *Arati C. Furness*
**FORESTER HAYNIE PLLC**
D. Matthew Haynie
matthew@foresterhaynie.com
Jesse H. Forester
jay@foresterhaynie.com
Arati C. Furness
afurness@foresterhaynie.com
400 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Tel:     (214) 210-2100
Fax:    (496) 890-1070