**FORESTER HAYNIE PLLC**
D. Matthew Haynie
matthew@foresterhaynie.com
Jesse H. Forester
jay@foresterhaynie.com
Arati C. Furness (SBN 225435)
afurness@foresterhaynie.com
400 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Tel:     (214) 210-2100
Fax:     (496) 890-1070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |
| This document relates to: | |
| *Izora Poteet, individually and on behalf of the Estate of J.P. Stewart, v. Monsanto Co.*, Case No. 3:20-cv-02415-VC | |

## **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI**

Plaintiff Izora Poteet, Individually and on behalf of the Estate of J.P. Stewart – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave V to Wave VI:

1. Ms. Izora Poteet's case is part of Wave V.

2. Ms. Poteet is representative for her husband, J.P. Stewart. Over the summer she was diagnosed with a terminal illness. We are currently looking with Ms. Poteet for someone else to act as her and her husband's representative.

3. Counsel for Ms. Poteet met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Izora Poteet, Individually and on behalf of the Estate J.P. Stewart, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave V to Wave VI.

DATED: November 11, 2022

                                                  Respectfully submitted,

                                                   /s/ *Arati C. Furness*
                                                  **FORESTER HAYNIE PLLC**
Arati C. Furness
afurness@foresterhaynie.com
D. Matthew Haynie
matthew@foresterhaynie.com
Jesse H. Forester
jay@foresterhaynie.com
400 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Tel:    (214) 210-2100
Fax:   (496) 890-1070