**FORESTER HAYNIE PLLC**
D. Matthew Haynie
matthew@foresterhaynie.com
Jesse H. Forester
jay@foresterhaynie.com
Arati C. Furness (SBN 225435)
afurness@foresterhaynie.com
400 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Tel:   (214) 210-2100
Fax:   (496) 890-1070

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |
| *Larry Williams v. Monsanto Co.*, Case No. 3:20-cv-02416-VC | |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiff Larry Williams – without opposition from Defendant Monsanto Company – respectfully requests the Court move their case from Wave V to Wave VI:

1. Larry Williams's case is part of Wave V.
2. Mr. William's work schedule is very hectic.  It has been difficult to schedule his deposition around it.
3. Counsel for the Mr. Williams met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Larry Williams, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave V to Wave VI.

DATED:  November 11, 2022

                Respectfully submitted,

               /s/ *Arati C. Furness*
              **FORESTER HAYNIE PLLC**
              Arati C. Furness
              afurness@foresterhaynie.com
              D. Matthew Haynie
              matthew@foresterhaynie.com
              Jesse H. Forester
              jay@foresterhaynie.com
              400 N. Saint Paul Street, Suite 700
              Dallas, Texas 75201
              Tel:     (214) 210-2100
              Fax:    (496) 890-1070