**KLEIN & FRANK, P.C.**
Beth Klein
(beth@kleinfrank.com)
5277 Manhattan Circle, Ste. 102
Boulder, CO 80303
Tel: (303) 448-8884
Fax: (303) 861-2449

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez #61791
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Joseph Hamilton and Brenda Hamilton v. Monsanto Co. and John Does 1-50*, Case No. 3:20-cv-03362-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of this lawsuit (including all claims asserted by Plaintiff), with each party to bear her or its own attorneys' fees and costs.

DATED: November 11, 2022        Respectfully submitted,

/s/ Beth Klein   _____
Beth Klein
KLEIN & FRANK, P.C.
(beth@kleinfrank.com)
5277 Manhattan Circle, Ste. 102
Boulder, CO  80303
Tel: (303) 448-8884
Fax: (303) 861-2449

*Attorneys for Plaintiff*

/s/ *Anthony R. Martinez*
Anthony R. Martinez #61791
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorneys for Defendant Monsanto Company*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*_____
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorneys for Defendant Monsanto Company*