# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br>This document relates to: <br>  *Craig Wade individually and on behalf of Estate of Chris Wade, 3:20-cv-08178* | MDL Case No: 3:16-md-02741-VC <br><br>[PROPOSED] ORDER |
|---|---|

1. Counsel's motion is GRANTED.

2. The law firm Forester Haynie and attorneys D. Matthew Haynie and Arati C. Furness are hereby permitted to withdraw as counsel for Craig Wade and the Estate of Chris Wade. Forester Haynie shall have no further obligation to represent the interests of Craig Wade or the Estate of Chris Wade.

Dated:  November 14, 2022

                                                      Honorable Judge Vince Chhabria,
United States District Court,
Northern District of California