UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS** | **MDL NO. 2740** |
| **LIABILITY LITIGATION:** | |
| | **Case No. 16-md-02741-VC** |
| **THIS DOCUMENT RELATES TO:** | |
| | **JUDGE VINCE CHHABRIA** |
| 3:2019cv03326   Kendrick v. Monsanto Company | |
| 3:2019cv05650   Taylor v. Monsanto Company | |
| 3:2021cv05318   Kenney v. Monsanto Company | |
| 3:2019cv03327   Thirstrup v. Monsanto Company | |
| 3:2019cv04009   Walker v. Monsanto Company | |
| 3:2019cv06445   Wiggins v. Monsanto Company | |
| 3:2020cv02409   McCandish v. Monsanto Company | |
| 3:2020cv02410   Singleton v. Monsanto Company | |
| 3:2020cv06349   Henagan v. Monsanto Company | |
| 3:2020cv07395   Liang v. Monsanto Company | |
| 3:2021cv01504   Tate v. Monsanto Company | |
| 3:2021cv04477   Zeno v. Monsanto Company | |
| 3:2022cv01507   Prevost v. Monsanto Company | |
| 3:2022cv01506   Judycki v. Monsanto Company | |
| 3:2022cv01508   Arabie v. Monsanto Company | |
| 3:2022cv01750   Daigle v. Monsanto Company | |
| 3:2022cv01751   Leonard v. Monsanto Company | |
| 3:2022cv01752   Callais v. Monsanto Company | |
| 3:2022cv02490   Positerry v. Monsanto Company | |
| 3:2022cv02491   Miramon v. Monsanto Company | |
| 3:2022cv02493   Wilson v. Monsanto Co mpany | |
| 3:2022cv03827   Landry v. Monsanto Company | |
| 3:2022cv04079   Abadie v. Monsanto Company | |
| 3:2022cv05314   Frost v. Monsanto Company | |

## MOTION TO WITHDRAW ONE OF FIRM'S COUNSEL

COME NOW Plaintiffs, by and through undersigned counsel Richard L. Root and John C. Enochs, both of the Morris Bart, LLC firm, who respectfully request that Richard L. Root be withdrawn as counsel, and that John C. Enochs remain as Lead Counsel on all civil actions identified above.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal of counsel Richard L. Root, as set forth herein.

Dated: November 14, 2022

                              Respectfully Submitted:

                              */s/ John C. Enochs*
                              John C. Enochs

                              */s/ Richard L. Root*
                              Richard L. Root

                              Morris Bart, LLC
                              601 Poydras Street 24th Floor
                              New Orleans, LA 70130
                              (504) 525-8000 Phone
                              (833-277-4214 Fax
                              roundup@morrisbart.com
                              rroot@morrisbart.com
                              jenochs@morrisbart.com

                              *Attorneys for Plaintiffs*

### SERVICE LIST

Joe G. Hollingsworth
Eric G. Lasker
Hollingsworth, LLP
1350 I Street N.W.
Washington, DC 20005
Email: jhollingsworth@hollingsworthllp.com
Email: elasker@hollingsworthllp.com
.
Kent Altsuler
24 Greenway Plaza, Ste. 1400
Houston, Texas 77046
Email: ken.altsuler@lewisbrisbois.com

Anthony R. Martinez
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108
Email: amartinez@shb.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 14, 2022, the foregoing Joint Motion to Withdraw and Substitute Counsel was electronically filed and served using the CM/ECF system which, in addition to the email notification in the Service List above, will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

           */s/ John C. Enochs*