UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION:
THIS DOCUMENT RELATES TO:

MDL NO. 2740

3:2019cv03326 Kendrick v. Monsanto Company
3:2019cv05650 Taylor v. Monsanto Company
3:2021cv05318 Kenney v. Monsanto Company
3:2019cv03327 Thirstrup v. Monsanto Company
3:2019cv04009 Walker v. Monsanto Company

Case No. 16-md-02741-VC

3:2019cv06445 Wiggins v. Monsanto Company
3:2020cv02409 McCandish v. Monsanto Company
3:2020cv02410 Singleton v. Monsanto Company
3:2020cv06349 Henagan v. Monsanto Company
3:2020cv07395 Liang v. Monsanto Company
3:2021cv01504 Tate v. Monsanto Company
3:2021cv04477 Zeno v. Monsanto Company
3:2022cv01506 Judycki v. Monsanto Company
3:2022cv01507 Prevost v. Monsanto Company
3:2022cv01508 Arabie v. Monsanto Company
3:2022cv01750 Daigle v. Monsanto Company
3:2022cv01751 Leonard v. Monsanto Company
3:2022cv01752 Callais v. Monsanto Company
 3:2022cv02490 Positerry v. Monsanto Company
3:2022cv02491 Miramon v. Monsanto Company
3:2022cv02493 Wilson v. Monsanto Company
3:2022cv03827 Landry v. Monsanto Company
3:2022cv04079 Abadie v. Monsanto Company
3:2022cv05314 Frost v. Monsanto Company

JUDGE VINCE CHHABRIA

## ORDER

Considering the foregoing Motion to Withdraw Counsel of Record:

**IT IS ORDERED** that the Motion is GRANTED, and that Richard L. Root be withdrawn and that John C. Enochs remain as lead counsel of record for those represented by the Morris Bart, LLC firm in the civil actions identified above.

Signed this _____ day of _____, 2022.

_____
VINCE CHHABRIA
UNITED STATES JUDGE