UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION:** | **MDL NO. 2740** |
| | Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | |
| | **JUDGE VINCE CHHABRIA** |
| 3:2021cv08999 Draten v. Monsanto Company<br>3:2022cv02103 Martin v. Monsanto Company<br>3:2022cv02104 Woodall v. Monsanto Company<br>3:2022cv02105 Paggett v. Monsanto Company<br>3:2022cv02106 Washington v. Monsanto Company<br>3:2022cv05052 Duhe v. Monsanto Company<br>3:2022cv05049 Dinicola v. Monsanto Company<br>3:2022cv05051 Crist v. Monsanto Company | |

## MOTION TO WITHDRAW ONE OF FIRM'S COUNSEL

COME NOW Plaintiffs, by and through undersigned counsel Richard L. Root and John C. Enochs, both of the Morris Bart, LLC firm, who respectfully request that Richard L. Root be withdrawn as counsel, and that John C. Enochs remain as Lead Counsel on all civil actions identified above.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal of counsel Richard L. Root, as set forth herein.

Dated: November 14, 2022

                                      Respectfully Submitted:

                                      */s/ John C. Enochs*
                                      John C. Enochs

                                      */s/ Richard L. Root*
                                      Richard L. Root

                                      Morris Bart, LLC
                                      601 Poydras Street 24th Floor
                                      New Orleans, LA 70130
                                      (504) 525-8000 Phone
                                      (833-277-4214 Fax
                                      roundup@morrisbart.com
                                      rroot@morrisbart.com
                                      jenochs@morrisbart.com

                                      *Attorneys for Plaintiffs*

### SERVICE LIST

| | |
|---|---|
| Joe G. Hollingsworth | Anthony R. Martinez |
| Eric G. Lasker | Shook, Hardy & Bacon, LLP |
| Hollingsworth, LLP | 2555 Grand Blvd. |
| 1350 I Street N.W. | Kansas City, MO 64108 |
| Washington, DC 20005 | Email: amartinez@shb.com |
| Email: jhollingsworth@hollingsworthllp.com | |
| Email: elasker@hollingsworthllp.com | |
| . | |
| Kent Altsuler | |
| 24 Greenway Plaza, Ste. 1400 | |
| Houston, Texas 77046 | |
| Email: ken.altsuler@lewisbrisbois.com | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 14, 2022, the foregoing Joint Motion to Withdraw and Substitute Counsel was electronically filed and served using the CM/ECF system which, in addition to the email notification in the Service List above, will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

*/s/ John C. Enochs*