UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION:<br>THIS DOCUMENT RELATES TO: | MDL NO. 2740 |
| 3:2021cv08999 Draten v. Monsanto Company<br>3:2022cv02103 Martin v. Monsanto Company<br>3:2022cv02104 Woodall v. Monsanto Company<br>3:2022cv02105 Paggett v. Monsanto Company<br>3:2022cv02106 Washington v. Monsanto Company<br>3:2022cv05052 Duhe v. Monsanto Company<br>3:2022cv05049 Dinicola v. Monsanto Company<br>3:2022cv05051 Crist v. Monsanto Company | Case No. 16-md-02741-VC<br><br>JUDGE VINCE CHHABRIA |

**ORDER**

Considering the foregoing Motion to Withdraw Counsel of Record:

**IT IS ORDERED** that the Motion is GRANTED, and that Richard L. Root be withdrawn and that John C. Enochs remain as lead counsel of record for those represented by the Morris Bart, LLC firm in the civil actions identified above.

Signed this _____ day of _____, 2022.

_____
VINCE CHHABRIA
UNITED STATES JUDGE