# Exhibit A

John W. Raggio (SBN: 338261)
**FEARS NACHAWATI, PLLC**
5489 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

*Counsel for Potential Class
Members/Objectors George Leonard,
Valentin Cervantes, and Patricia Godsey*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Scott Gilmore, et al. v. Monsanto Co.,*<br><br>Case No. 3:21-cv-08159 | **DECLARATION OF JOHN W. RAGGIO IN SUPPORT OF MOTION FOR OBJECTORS ATTORNEYS' FEES**<br><br>Re: Dkt. No. 14486<br><br>Date: January 12, 2023<br>Time: 2:30 p.m.<br>Place: Via Zoom Webinar<br>Judge: Honorable Vince Chhabria |

I, John Raggio, declare as follows:

1. I am admitted to the bar of this state and am a partner and general counsel at Fears Nachawati Law Firm, now known as Nachawati Law Group ("NLG"), Counsel for Potential Class Members and Objectors George Leonard, Valentin Cervantes, and Patricia Godsey ("Leonard Objectors"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify thereto under oath.

2. This declaration is submitted in support of Motion for Objectors Attorneys' Fees, filed concurrently herewith.

3. I am thoroughly familiar with the quality and quantity of work done in this matter by attorneys at NLG as I am a partner and general counsel with the firm. I have endeavored to ensure there was no unnecessary work or duplication of effort.

4. The hours and expenses listed below were incurred solely in connection with the objections made by the Leonard Objectors to the proposed settlement.

5. The total number of hours spent by professional staff at my firm on the Leonard Objectors' opposition was 38.9. NLG's lodestar fee in this matter, based on current billing rates, is $25,645.00.

| Attorney | Hourly Rate | Hours | Lodestar | Bar Admission |
|---|---|---|---|---|
| S. Ann Saucer (Partner) | $ 950 | 1.2 | $1,140.00 | LA - 1991 TX - 1996 |
| Michael L. Gorwitz (Associate) | $ 650 | 37.7 | $24,505.00 | MN - 2018 |
| **TOTALS** | | **38.9** | **$25,645.00** | |

DECL. OF J. RAGGIO IN SUPPORT OF MOTION FOR OBJECTORS' ATTORNEYS' FEES
CASE NO. 16-MD-02741-VC

6. Below is an itemized listing of out-of-pocket expense NLG incurred in this matter:

| Expense Category | Total |
|---|---|
| Legal Research (Westlaw) | $ 768.19 |
|  |  |
| **TOTAL** | $ 768.19 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14, 2022 in Dallas, Texas.

/s/ John W. Raggio
John W. Raggio (SBN: 338261)