UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Scott Gilmore, et al. v. Monsanto Co.,*<br><br>Case No. 3:21-cv-08159 | MDL No. 2741<br>Case No. 3:16-md-02741-VC |

**[PROPOSED] ORDER GRANTING OBJECTORS' MOTION FOR ATTORNEYS' FEES**

This matter comes before the Court on Objectors' George Leonard, Valentin Cervantes, and Patricia Godsey ("Objectors" or "Leonard Objectors") Motion for Attorneys' Fees (ECF No. _____) (the "Motion"). The Court has reviewed the motion and responses thereto, the operative law and record, and heard arguments of counsel on January 12, 2023. Objectors' Motion is hereby GRANTED, and the Court ORDERS the following:

1. Objectors' Counsel is hereby awarded $ 25,645.00 in attorneys' fees; and

2. Objectors' Counsel is hereby awarded $ 768.19 in expenses.

**IT IS SO ORDERED.**


DATED: _____.

                                                                                     HON. VINCE CHHABRIA
                                                                                     UNITED STATES DISTRICT JUDGE