AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In RE: Roundup Products Liability Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:16-md-02741-VC |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric Farrell and Laura Farrell.

Date: 11/15/2022

*Attorney's signature*

Kelly E. Reardon, Esq. (ct28441)
*Printed name and bar number*

The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

*Address*

kreardon@reardonlaw.com
*E-mail address*

(860) 442-0444
*Telephone number*

(860) 444-6445
*FAX number*