UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *William Travis Joiner v. Monsanto Co.*, Case No.: 3:20-cv-03828-VC | |

## MOTION TO SUBSTITUTE PLAINTIFF

Now comes Plaintiff, by and through the undersigned attorney, and gives notice of the incapacity of the Plaintiff in this action. Over the past 18 months, Plaintiff William Travis Joiner has suffered multiple strokes. Since that time, Mr. Joiner's recovery has been slow, and the effects of the strokes appear to have left Mr. Joiner inaudible and cognitively impaired.

Therefore, Plaintiff hereby moves that Mr. Joiner's spouse, Dianna Joiner, be substituted as Plaintiff for Mr. Joiner in the instant action.

Dated: November 15, 2022.                    Respectfully submitted,

                                             IRPINO, AVIN & HAWKINS LAW FIRM

                                             */s/Pearl Robertson*
                                             Pearl Robertson (LA Bar# 34060)
                                             2216 Magazine Street
                                             New Orleans, LA 70130
                                             Telephone: (504) 525-1500
                                             Facsimile: (504) 525-1501
                                             probertson@irpinolaw.com

                                             *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Pearl Robertson