**PITTMAN, ROBERTS & WELSH, P.L.L.C.**
C. VICTOR WELSH, III, MSB# 7107
(cvw@prwlaw.com)
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

*Attorney for Plaintiff, Kristina Ready*

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 474-6550 ext. 2001

*Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
| This document relates to: *Kristina Ready v. Monsanto Company,* Case No. 3:21-cv-02122-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant

Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal

with prejudice of this lawsuit (including all claims asserted by Plaintiff), with each party to bear her or

its own attorney's fees and costs.

1

2

Dated: November 15, 2022.                    Respectfully submitted,

3

4                                              */s/ C. Victor Welsh, III*
                                               C. VICTOR WELSH, III (MSB #7107)
5                                              cvw@prwlaw.com
                                               **PITTMAN, ROBERTS & WELSH, P.L.L.C.**
6                                              410 South President Street (39201)
7                                              Post Office Box 22985
                                               Jackson, Mississippi 39225-2985
8                                              Telephone: (601) 948-6200
9                                              Facsimile: (601) 948-6187

10
                                              **ATTESTATION**
11

12          Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above,

13     and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

14

15

16                                             */s/ Anthony R. Martinez*
                                               Anthony R. Martinez
17                                             SHOOK, HARDY & BACON LLP
18

19                                             *Attorneys for Defendant Monsanto Company*

20

21

22

23

24

25

26

27

28