IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This document relates to: *Patsy W. Wix, as Personal Representative of the Estate of William Dennis Huskey v. Monsanto Co.* C/A No.: 3:20-cv-02648-VC | |

## ORDER APPROVING WRONGFUL DEATH SETTLEMENT

This matter comes before me upon petition of Patsy W. Wix, as the personal representative of the Estate of William Dennis Huskey for approval of a wrongful death settlement as required by S.C. Code § 15-51-42, et seq. The Court approves the proposed settlement as follows:

1. The Plaintiff is Patsy W. Wix, who was appointed as personal representative of the Estate of William Dennis Huskey (hereinafter "Decedent") on December 4, 2019 by order of the Probate Court of Cherokee County, South Carolina.

2. Plaintiff brought this action alleging her decedent's use of Defendant's product caused her decedent to develop of non-Hodgkin's lymphoma ("NHL").

3. The matter was initially filed in the United States District Court for the District of South Carolina, Spartanburg Division, on March 20, 2020, and was transferred to the Court who is overseeing the multi-district litigation (MDL) *In re Roundup Products Liability Litigation*, Case No. 3:16-md-02741-VC.

4. The parties have agreed to settle the case under the terms and conditions provided for through the Roundup Independent Settlement Program.

5. Under South Carolina law wrongful death settlements must receive court approval by the court before which the case is pending. *See* S.C. Code § 15-51-42.

6. Both Plaintiff and her counsel have petitioned this Court to approve the settlement and have laid out the details and terms of the settlement as required under South Carolina law.

7. Upon review of the petition, the settlement, and proposed disbursements including attorneys fees and costs, and considering the Plaintiff's request that the Court approve the settlement, the Court finds that the terms of the settlement are fair and reasonable under the circumstances and approves the settlement.

8. The Court approves the proposed settlement and disbursements and authorizes the parties to finalize the settlement and execute all necessary paperwork in order to end this matter which each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Date:  November 15, 2022

_____
Vince G. Chhabria
Presiding Judge
United States District Judge