UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Daniel Darst et al v. Monsanto Co.*, Case No. 3:19-cv-04478<br><br>*Antonio Perillo v. Monsanto Co.*, Case No. 3:21-cv-02550-VC<br><br>*Brett Beckfield v. Monsanto Co.*, Case No. 3:21-cv-05322<br><br>*Jasmine Goodman v. Monsanto Co.*, Case No. 3:20-cv-03726-VC<br><br>*LeAnnah Jessop, individually and on behalf of the Estate of George M. Jessop v. Monsanto Co.*, Case No. 3:20-cv-00042-VC<br><br>*Glenn Moore v. Monsanto Co.*, Case No. 3:20-cv-00041-VC<br><br>*Izora Poteet, individually and on behalf of the Estate of J.P. Stewart, v. Monsanto Co.*, Case No. 3:20-cv-02415-VC<br><br>*Larry Williams v. Monsanto Co.*, Case No. 3:20-cv-02416-VC | Case No.  16-md-02741-VC<br><br>**ORDER GRANTING MOTIONS TO MOVE WAVES**<br><br>Re: Dkt. Nos. 15595; 15683; 15692; 15764; 15769; 15771; 15772; 15773 |

The above-listed unopposed motions to move cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: November 15, 2022

_____
VINCE CHHABRIA
United States District Judge