UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC (AGT) |
| This document relates to:<br><br>ALL ACTIONS | **DISCOVERY ORDER NO. 4: REGARDING MONSANTO'S MOTIONS TO COMPEL**<br><br>Re: Dkt. Nos. 14964, 15434, 15534 |

This Order memorializes the discovery rulings made on the record at the November 9, 2022, discovery conference.

1. Monsanto's motion to compel discovery responses from 13 plaintiffs, *see* Dkt. 14964, is resolved as follows:

| Plaintiff Name | Member Case No. | Plaintiff Counsel | Ruling |
|---|---|---|---|
| Booth, David | 20-cv-04654 | O'Brien Law | Granted |
| Corressel, James | 20-cv-03720 | O'Brien Law | Granted |
| Cryan, Catherine | 17-cv-05084 | O'Brien Law | Granted |
| Dominique, Floyd | 21-cv-02705 | O'Brien Law | Granted |
| Perry, Catherine | 21-cv-05621 | O'Brien Law | Granted |
| Rhuland, Jason | 19-cv-05598 | O'Brien Law | Granted |
| Rowland, Dean | 19-cv-05310 | O'Brien Law | Granted |
| Setzer, William | 17-cv-03448 | O'Brien Law | Granted |
| Wistinghausen, Robert | 20-cv-00027 | O'Brien Law | Granted |
| Applegate, Ralph | 18-cv-03363 | Pro Se | Denied as moot in light of notice of voluntary dismissal, *see* Dkt. 60 |
| Hann, Adrine | 20-cv-07213 | Mussin & Scanland | Denied as moot in light of order granting Monsanto's motion for summary judgment, *see* Dkt. 23 |
| Matthus-Shelton, Linda | 20-cv-00168 | Mussin & Scanland | Granted pending resolution of Monsanto's motion for summary judgment, *see* Dkt. 17 |
| Reiser, Brenda | 21-cv-05220 | Blincow Griffin Law Firm | Granted pending resolution of Monsanto's motion for summary judgment, *see* Dkt. 17 |

1

The nine plaintiffs represented by O'Brien Law must respond to Monsanto's outstanding discovery requests within 30 days of this Order. Plaintiffs Linda Matthus-Shelton and Brenda Reiser, whose respective counsel failed to appear at the November 9 discovery conference, must provide discovery responses within 30 days of any order denying Monsanto's pending motions for summary judgment.

2. Monsanto's motion to compel Dr. Knopf's continued deposition in *Salas v. Monsanto Co.*, No. 21-cv-06173, is granted. *See* Dkt. 15434-1. The underlying sealing request is also granted. Monsanto's questions to Dr. Knopf about the basis of his expert opinions and the materials he discussed and cited in his report are within the scope of permissible inquiry. Dr. Knopf's deposition shall resume at the time when plaintiff's counsel began instructing Dr. Knopf not to answer such questions. Monsanto's request for fees and costs is denied.

3. Monsanto's motion to compel production of the Client Info Sheet provided to and considered by plaintiff's testifying expert in *Engilis v. Monsanto Co.*, No. 19-cv-07859, is granted. *See* Dkt. 15534; Fed. R. Civ. P. 26(b)(4)(C). The plaintiff must produce that document within 7 days of this Order.

**IT IS SO ORDERED.**

Dated: November 15, 2022

ALEX G. TSE
United States Magistrate Judge