UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT REVISIONS TO THE PLAINTIFF FACT SHEET AND CERTIFICATION OF COMPLIANCE WITH THE COMMON BENEFIT HOLDBACK AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |

### JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT REVISIONS TO THE PLAINTIFF FACT SHEET AND CERTIFICATION OF COMPLIANCE WITH THE COMMON BENEFIT HOLDBACK

On November 9, 2022, the Court issued a Minute Entry requiring the parties, inter alia, to meet and confer and submit, within 7 days, revisions to the Plaintiff Fact Sheet and a proposed certification for plaintiffs' attorneys to certify compliance with the common benefit holdback as required by Pretrial Order No. 236. The parties need additional time to meet and confer in order to reach consensus on the language to be included in the revised Plaintiff Fact Sheet and the certification of counsel. Accordingly, the parties respectfully request an additional 7 days to file the proposed order.

Dated: November 16, 2022           Respectfully submitted,

/s/ David Dickens
David Dickens
ddickens@millerfirmllc.com
The Miller Firm LLC

108 Railroad Ave
Orange, VA 22960

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003

/s/ Aimee Wagstaff
Aimee Wagstaff
awagstaff@wagstafflawfirm.com
Wagstaff Law Firm
940 Lincoln Sreet
Denver, CO 80203

*Attorneys for the Plaintiffs*

/s/ Brian L. Stekloff
Brian L. Stekloff (pro hac vice)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005


/s/ Anthony R. Martinez
Anthony R. Martinez, #61791
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff