UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT REVISIONS TO THE PLAINTIFF FACT SHEET AND CERTIFICATION OF COMPLIANCE WITH THE COMMON BENEFIT HOLDBACK** |

Based upon the joint request for an extension of time submit revisions to the Plaintiff Fact Sheet and a proposed certification for plaintiffs' attorneys to certify compliance with the common benefit holdback as required by Pretrial Order No. 236, and good cause appearing in support thereof, the deadline for submitting the proposed procedure is extended by seven days to November 25, 2022.

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

　　　　　　　　　　　　　　/s/ Brian L. Stekloff