UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| *Jeffrey Westfall et al. v. Monsanto Co.,* Case No. 3:21-cv-02909-VC | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of this lawsuit (including all claims asserted by Plaintiffs), with each party to bear their own attorneys' fees and costs.

DATED: November 17, 2022.

Respectfully submitted,

*/s/Brian C. Lee*
Brian C. Lee (#0081675)
The Lee Law Firm, LLC
1109 Carnegie Avenue, Floor 2
Cleveland, Ohio 44115
O: (216)699-7444
F: (216)359-1289
brian@theleelawfirmllc.com
*Attorney for Plaintiffs*

and

*/s/ Anthony R. Martinez*
Anthony R. Martinez (#61791)
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
P: (816) 474-6550
*Attorney for Defendant*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Brian C. Lee, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/Brian C. Lee
Brian C. Lee, Esq.
The Lee Law Firm, LLC

## CERTIFICATE OF SERVICE

I, Brian C. Lee, hereby certify that on November 17, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/Brian C. Lee
Brian C. Lee, Esq.