UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT REVISIONS TO THE PLAINTIFF FACT SHEET AND CERTIFICATION OF COMPLIANCE WITH THE COMMON BENEFIT HOLDBACK |

Based upon the joint request for an extension of time submit revisions to the Plaintiff Fact Sheet and a proposed certification for plaintiffs' attorneys to certify compliance with the common benefit holdback as required by Pretrial Order No. 236, and good cause appearing in support thereof, the deadline for submitting the proposed procedure is extended by seven days to November 25, 2022.

**IT IS SO ORDERED.**

Dated:   November 17, 2022

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT