UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL Related Actions | MDL No. 2741<br>Case No. 16-md002741-VC<br><br>**Case Counsel Contact Information** |

## CASE COUNSEL CONTACT INFORMATION

1. Case Name(s) and Case Number(s)

| | | |
|---|---|---|
| Breger, Lisa | 3:18-cv-02257 | MA |
| Nelson, Gerald | 3:19-cv-04576 | MA |
| Diogo, Antonino | 3:1-cv-08087 | MA |
| Inman, Rita | 3:19-cv-08223 | MA |
| Morin, Wayne | 3:20-cv-01019 | MA |
| Nicolacopoulos, Nicoletta | 3:20-cv-01018 | MA |
| Cotter, Robert | 3:20-cv-03108 | MA |
| Ryan, William | 3:20-cv-03936 | MA |
| Baid, Prabha | 3:20-cv-0677 | MA |
| Medugno, Henry | 3:21-cv-04635 | MA |

| Name | Case | State |
|---|---|---|
| Canning, Richard | 3:19-cv-04230 | MA |
| Humphrey, Paul (Est) | 3:20-cv-00019 | MA |

| Name | Case | State |
|---|---|---|
| King, Jeff | 3:19-cv-08083 | DE |
| Miller, Marc | 3:19-cv-07393 | DE |
| Turner, Judy | 3:19-cv-06392 | DE |
| Dew, Palmer | 3:19-cv-08082 | DE |
| Miller, Susan | 3:19-cv-07394 | DE |
| Brokaw, Jay | 3:19-cv-07395 | DE |
| Burlingame, Gary (Est) | 3:20-cv-01629 | DE |
| Helton, James (Est) | 3:20-cv-00425 | DE |
| Phillips, Norman (Est) | 3:20-cv-00844 | DE |
| Baker, Tony (Est) | 3:20-cv-02009 | DE |
| Ryder, Timothy | 3:20-cv-00584 | DE |
| Engelking, Ken | 3:20-cv-00846 | DE |
| Vogel, James | 3:20-cv-00845 | DE |
| Lynn, Rodney | 3:20-cv-01221 | DE |
| Afanador, George (Est) | 3:20-cv-01229 | DE |
| Noucas, James | 3:20-01222 | DE |
| Lawrence, James | 3:20-cv-09291 | DE |
| Plummer, David | 1:19-cv-698 | NH |
| Zhitnov, Elena | 3:22-cv-00305-VC | DE |

2. Lead Counsel Contact Information (Attorney, Law Firm, Address, E-mail, Phone Number):

| | |
|---|---|
| David C. Strouss, Esq. | David Bricker, Esq. |
| **THORNTON LAW FIRM, LLP** | **THORNTON LAW FIRM, LLP** |
| One Lincoln Street | 9595 Willshire Blvd, Suite 900 |
| Boston, MA  02111 | Beverly Hills, CA 90212 |
| (617) 720-1333  FAX (617) 720-2445 | T: (310) 282-8676 |
| dstrouss@tenlaw.com | dbricker@tenlaw.com |

3. Other Attorneys/Staff to be noticed (Attorney, Law Firm, Address, E-mail, Phone Number):

Evan R. Hoffman, Esq.
Jasmine M. Howard, Esq.
Malissa Riehl, Esq.
Joan Silvio
Naomi Katz
**THORNTON LAW FIRM, LLP**
One Lincoln Street
Boston, MA  02111
(617) 720-1333  FAX (617) 720-2445

ehoffman@tenlaw.com
jhoward@tenlaw.com
mriehl@tenlaw.com
jsilvio@tenlaw.com
nkatz@tenlaw.com