# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*All Cases* | **Case Counsel Contact Information** |

## Case Counsel Contact Information

1. Case Name(s) and Case Number(s):
   Patricia Casale v. Monsanto Company, Case No. 3:19-cv-05238-VC

2. Lead Counsel Contact Information (Attorney, Law Firm, Address, E-mail, Phone Number):
   Loreen I. Kreizinger, STEINGER, GREENE & FEINER
   2727 West Cypress Creek Road
   Fort Lauderdale, FL  33309
   (954) 372-2959;  lkreizinger@injurylawyers.com

3. Other Attorneys/Staff to be noticed: (Name, Law Firm, Address, E-mail, Phone Number):
   Brigitte Chiappetta, Paralegal
   Steinger, Greene & Feiner
   2727 West Cypress Creek Road
   Fort Lauderdale, FL  33309
   (954) 947-3570
   bchiappetta@injurylawyers.com