Name and address:

Chelsea Monroe, Esq.
Motley Rice Law Firm
28 Bridgeside Blvd.
Mt.Pleasant, SC 29464
Telephone (843)216-9018
Facsimile (843) 216-9450

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Faiz Mohammed Fazal     PLAINTIFF(S)

v

MONSANTO COMPANY     DEFENDANT(S)

CASE NUMBER:
MDL No. 2741
Master Docket Case No. 16-md-02741-VC

3:22-cv-06071-VC

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Carrie Guest                                         CA Bar Number: N/A

Firm or agency: Martin & Jones, Attorneys at Law

Address: 4140 Parklake Avenue | Suite 400| Raleigh, NC 27612

Telephone Number: (919) 821-0005         Fax Number: (919) 863- 6086

Other members of the same firm or agency also seeking to withdraw:

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel:

Name: Chelsea Monroe, Esq.     CA Bar Number: N/A
Firm or agency: Motley Rice, LCC
Address: 28 Bridgeside Blvd Mt. Pleasant, SC 29464
Telephone Number: (843) 216-9018     Fax Number: (843) 216-9450
E-mail: cmonroe@motleyrice.com

## SECTION III - SIGNATURES

*Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 11/18/2022     Signature: /s/Carrie Guest
                     Name: Carrie Guest

*New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 11/18/2022     Signature: /s/ Chelsea Monroe
                     Name: Chelsea Monroe

*Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: 11/18/2022     Signature: /s/ Faiz Mohammed Fazal
                     Name: Faiz Mohammed Fazal
                     Title:

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Faiz Mohammed Fazal    Plaintiff(s)
v.
MONSANTO COMPANY    Defendant(s)

CASE NUMBER   MDL No. 2741
Master Docket Case No. 16-md-02741-VC

3:22-cv-06071-VC

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

Faiz Mohammed Fazal              Plaintiff X       Defendant       Other
*Name of Party*

to substitute   Chelsea Monroe      who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

28 Bridgeside Blvd.
*Street Address*

Mt Pleasant, South Carolina 29464          cmonroe@motleyrice.com
*City, State, Zip*                                *E-Mail Address*

843-216-9018          (843-216-9450          N/A
                                                    *State Bar Number*

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____               _____
                                        U. S. District Judge

G–01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Chelsea Monroe
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Fax: (843) 216-9450
Email: cmonroe@motleyrice.com
