UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER RE: STIPULATION OF DISMISSAL** |
| *Applegate v. Monsanto Co.*, Case No. 18-cv-3363 | Re: Dkt. No. 60 (Case No. 18-cv-3363) |

Monsanto has filed a motion for summary judgment. Dkt. No. 59. Rather than filing a response, the plaintiff, Mr. Ralph Applegate, who is not represented by an attorney, has filed a notice of dismissal. Dkt. No. 60. His notice states that the dismissal is "without prejudice," which means that he could reopen the case in the future. His notice also lists Monsanto's attorney as a signatory.

Normally, under court rules, a plaintiff cannot unilaterally terminate a case without prejudice after the defendant has filed for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). So the only way now for Mr. Applegate to dismiss his case without prejudice is if Monsanto agrees. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). It's unclear whether Mr. Applegate actually got Monsanto's attorney to agree with the dismissal. Within seven days of this order, Monsanto is directed to state whether it agrees with Mr. Applegate's notice of dismissal. If Monsanto does not agree, then Mr. Applegate's notice of dismissal will be rejected, and the Court will rule on the motion for summary judgment.

**IT IS SO ORDERED.**

Dated: November 18, 2022

VINCE CHHABRIA
United States District Judge