GILLIAN L. WADE (State Bar No. 229124)
SARA D. AVILA (State Bar No. 263213)
MARC A. CASTANEDA (State Bar No. 299001)
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
savila@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

JOEL OSTER
Law Offices of Howard Rubinstein
joel@joelosterlaw.com
22052 W. 66th St. #192
Shawnee, Kansas 66226

*Attorneys for Plaintiffs and the Proposed Settlement Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GILMORE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MONSANTO COMPANY, <br><br> Defendant. | MDL No. 2741 <br><br> Case No. 3:21-cv-08159 <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS IN PLAINTIFFS' MOTION FOR FINAL APPROVAL** <br><br> Judge:  Hon. Vince G. Chhabria |

## NOTICE OF MOTION AND MOTION

Pursuant to Local Civil Rule 7-11, Plaintiffs respectfully move for an order authorizing them to file a 50-page brief in support of their Motion for Final Approval of Class Action Settlement (the "Motion"), which is due November 28, 2022. The 25-page extension requested by Plaintiff is justified because this is a complex settlement with an extensive factual and procedural history. Also, the comprehensive rules on final approval, in combination with this District's updated Procedural Guidance for Class Action Settlements, require Plaintiffs to analyze many factors. The requested page extension will permit Plaintiffs to be in a better position to adequately address these factors and provide the Court with a pertinent factual background and authority. The Court granted the same page limit extension for Plaintiff's Motion for Preliminary Approval. Additionally, Defendant does not oppose the instant motion. For these reasons, Plaintiffs' administrative motion should be granted.

Dated: November 18, 2022        /s/ Gillian L. Wade

GILLIAN L. WADE
SARA D. AVILA
MARC A. CASTANEDA
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

JOEL OSTER
The Law Offices of Howard Rubinstein
joel@osterlaw.com
22052 W. 66th St. #192
Shawnee, Kansas 66226

*Counsel for Plaintiffs and the Settlement Class*