GILLIAN L. WADE (State Bar No. 229124)
SARA D. AVILA (State Bar No. 263213)
MARC A. CASTANEDA (State Bar No. 299001)
Milstein, Jackson Fairchild & Wade, LLP
gwade@mjfwlaw.com
savila@mjfwlaw.com
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, CA 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

JOEL OSTER
Law Offices of Howard Rubinstein
joel@joelosterlaw.com
22052 W. 66th St. #192
Shawnee, Kansas 66226

*Attorneys for Plaintiffs and the Proposed Settlement Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GILMORE, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>MONSANTO COMPANY,<br><br>  Defendant. | MDL No. 2741<br><br>Case No. 3:21-cv-08159<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS**<br><br>Judge:   Hon. Vince G. Chhabria |

## **[PROPOSED] ORDER**

This matter comes before the Court on Plaintiffs' administrative motion for leave to exceed page limitations (ECF No. 15842) (the "Motion"). After review of the supporting papers and responses, the Court ORDERS the following: Plaintiffs are authorized to file a 50-page brief in support of their Motion for Final Approval of Class Action Settlement.

**IT IS SO ORDERED.**

DATE: _____

_____
The Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE