# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **Case Counsel Contact Information** |
| *All Cases* | |

## Case Counsel Contact Information

1. Case Name(s) and Case Number(s):

   Cockerham v. Monsanto; 3:19-cv-8089   (originated out of the MDNC and to be assigned to Wave 7)

2. Lead Counsel Contact Information (Attorney, Law Firm, Address, E-mail, Phone Number):

   Joel Bondurant; Bondurant Law, PLLC d/b/a Bondurant Litigation (in the process of changing firm name to BrennerBondurant, PLLC); 15720 Brixham Hill Ave, Ste 300, Charlotte, NC 28277; joel@bondurantlawfirm.com; 704-885-5910

3. Other Attorneys/Staff to be noticed: (Name, Law Firm, Address, E-mail, Phone Number):

   No one else need be noticed at this time

1