UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Henrietta Newsom, et al. v. Monsanto Co., et al.*,<br>Case No. 3:20-cv-00578-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

## ORDER

1. Counsel for Plaintiff's motion [Dkt. No. 13] is granted.

2. Elizabeth Hyde is hereby substituted in place of Henrietta Newsom.

3. Accordingly, the caption shall be amended as follows: "Elizabeth Hyde, as Personal Representative of the Estate of Henrietta Newsom, deceased."

Dated: November 21, 2022

VINCE CHHABRIA
United States District Judge