**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Estate of Robert Hammons v. Monsanto Co.* Case No. 3:22-CV-5286 | **Case Counsel Contact Information** |

**Case Counsel Contact Information**

1. Case Name(s) and Case Number(s):
    Estate of Robert Wayne Hammons, Eastern District of KY, Case NO. 3:22-CV-000158 _____
    _____
    _____.

2. Lead Counsel Contact Information (Attorney, Law Firm, Address, E-mail, Phone Number):
    E. Liddell Vaughn, Anderson & Vaughn, PLLC, 1205 S. Third St., PO Box 517 Louisville, KY 40201, Phone: 502-637-3335 and Emails: lv@avaattorneys.com _____
    _____.

3. Other Attorneys/Staff to be noticed: (Name, Law Firm, Address, E-mail, Phone Number):
    Angela Meredith, Paralegal, Anderson & Vaughn, PLLC, 1205 S. Third St., PO Box 517 Louisville, KY 40201, Phone No. 502-637-3335 and Email: angela@avinjury.com _____
    _____
    _____
    _____
    _____
    _____
    _____.