UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>**JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT REVISIONS TO THE PLAINTIFF FACT SHEET AND CERTIFICATION OF COMPLIANCE WITH THE COMMON BENEFIT HOLDBACK AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |

### JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT REVISIONS TO THE PLAINTIFF FACT SHEET AND CERTIFICATION OF COMPLIANCE WITH THE COMMON BENEFIT HOLDBACK

On November 9, 2022, the Court issued a Minute Entry requiring the parties, inter alia, to meet and confer and submit, within 7 days, revisions to the Plaintiff Fact Sheet and a proposed certification for plaintiffs' attorneys to certify compliance with the common benefit holdback as required by Pretrial Order No. 236. The parties need additional time to meet and confer in order to reach consensus on the language to be included in the revised Plaintiff Fact Sheet and the certification of counsel. Accordingly, the parties respectfully request an additional 7 days from the previous extension to December 2, 2022 to file the proposed order.

Dated: November 23, 2022            Respectfully submitted,

/s/ David Dickens
David Dickens
ddickens@millerfirmllc.com
The Miller Firm LLC

```
                                108 Railroad Ave
                                Orange, VA 22960

                                /s/ Robin Greenwald
                                Robin Greenwald
                                rgreenwald@weitzlux.com
                                Weitz & Luxenberg, PC
                                700 Broadway
                                New York, NY 10003

                                /s/ Aimee Wagstaff
                                Aimee Wagstaff
                                awagstaff@wagstafflawfirm.com
                                Wagstaff Law Firm
                                940 Lincoln Sreet
                                Denver, CO 80203
```

*Attorneys for the Plaintiffs*

```
                                /s/ Brian L. Stekloff
                                Brian L. Stekloff (pro hac vice)
                                WILKINSON STEKLOFF LLP
                                2001 M St. NW, 10th Floor
                                Washington, DC 20036
                                Tel: 202-847-4030
                                Fax: 202-847-4005


                                /s/ Anthony R. Martinez
                                Anthony R. Martinez, #61791
                                SHOOK, HARDY & BACON L.L.P.
                                2555 Grand Blvd.
                                Kansas City, MO 64108
                                Telephone: (816) 474-6550
                                Fax: (816) 421-5547
                                amartinez@shb.com
```

*Attorneys for Defendant*
*MONSANTO COMPANY*

---

2
JOINT STIPULATION AND [PROPOSED] ORDER

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of November 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

           /s/ Anthony R. Martinez