UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION:
THIS DOCUMENT RELATES TO:

MDL NO. 2741

Case No. 16-md-02741-VC

JUDGE VINCE CHHABRIA

3:2019cv03326   Kendrick v. Monsanto Company
3:2019cv05650   Taylor v. Monsanto Company
3:2019cv03327   Thirstrup v. Monsanto Company
3:2019cv04009   Walker v. Monsanto Company
3:2019cv06445   Wiggins v. Monsanto Company
3:2020cv02409   McCandish v. Monsanto Company
3:2020cv02410   Singleton v. Monsanto Company
3:2020cv06349   Henagan v. Monsanto Company
3:2020cv07395   Liang v. Monsanto Company
3:2021cv01504   Tate v. Monsanto Company
3:2021cv04477   Zeno v. Monsanto Company
3:2021cv05318   Kenney v. Monsanto Company
3:2022cv01507   Prevost v. Monsanto Company
3:2022cv01506   Judycki v. Monsanto Company
3:2022cv01508   Arabie v. Monsanto Company
3:2022cv01750   Daigle v. Monsanto Company
3:2022cv01751   Leonard v. Monsanto Company
3:2022cv01752   Callais v. Monsanto Company
3:2022cv02103   Martin v. Monsanto Company
3:2022cv02104   Woodall v. Monsanto Company
3:2022cv02105   Paggett v. Monsanto Company
3:2022cv02106   Washington v. Monsanto Company
3:2022cv02490   Positerry v. Monsanto Company
3:2022cv02491   Miramon v. Monsanto Company
3:2022cv02493   Wilson v. Monsanto Co mpany
3:2022cv03827   Landry v. Monsanto Company
3:2022cv04079   Abadie v. Monsanto Company
3:2022cv05052   Duhe v. Monsanto Company
3:2022cv05049   Dinicola v. Monsanto Company
3:2022cv05051   Crist v. Monsanto Company
3:2022cv05314   Frost v. Monsanto Company

## ORDER

Considering the foregoing Motion to Withdraw Counsel of Record:

**IT IS ORDERED** that the Motion is GRANTED, and that Richard L. Root be withdrawn and that John C. Enochs remain as lead counsel of record for those represented by the Morris Bart, LLC firm in the civil actions identified above.

Signed this _____ day of _____, 2022.

_____
VINCE CHHABRIA
UNITED STATES JUDGE