UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | MDL NO. 2741 |
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION: | Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | |
| 3:2021cv08999  Draten v. Monsanto Co. | JUDGE VINCE CHHABRIA |

## MOTION TO WITHDRAW ONE OF FIRM'S COUNSEL

    COME NOW Plaintiffs, by and through undersigned counsel Richard L. Root and John C. Enochs, both of the Morris Bart, LLC firm, who respectfully request that Richard L. Root be withdrawn as counsel, and that John C. Enochs remain as Lead Counsel on all civil actions identified above.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal of counsel Richard L. Root, as set forth herein.

Dated: November 23, 2022

                                          Respectfully Submitted:

                                          */s/ John C. Enochs*
                                          John C. Enochs

                                          */s/ Richard L. Root*
                                          Richard L. Root

                                          Morris Bart, LLC
                                          601 Poydras Street 24th Floor
                                          New Orleans, LA 70130
                                          (504) 525-8000 Phone
                                          (833-277-4214 Fax
                                          roundup@morrisbart.com
                                          rroot@morrisbart.com
                                          jenochs@morrisbart.com

                                          *Attorneys for Plaintiffs*

### SERVICE LIST

| | |
|---|---|
| Joe G. Hollingsworth<br>Eric G. Lasker<br>Hollingsworth, LLP<br>1350 I Street N.W.<br>Washington, DC 20005<br>Email: jhollingsworth@hollingsworthllp.com<br>Email: elasker@hollingsworthllp.com<br>.<br>Kent Altsuler<br>24 Greenway Plaza, Ste. 1400<br>Houston, Texas 77046<br>Email: ken.altsuler@lewisbrisbois.com | Anthony R. Martinez<br>Shook, Hardy & Bacon, LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Email: amartinez@shb.com |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 23, 2022, the foregoing Joint Motion to Withdraw and Substitute Counsel was electronically filed and served using the CM/ECF system which, in addition to the email notification in the Service List above, will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

*/s/ John C. Enochs*