UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<table>
<tr><td>

**FILED**

NOV 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

</td></tr>
</table>

In re: ROUNDUP PRODUCTS
LIABILITY LITIGATION,

------------------------------

 THE MILLER LAW FIRM, LLC and
WEITZ & LUXENBERG,

           Appellants,

  v.

LABORDE EARLES LAW FIRM; et
al.,

           Appellees.

No. 21-16228

D.C. No. 3:16-md-02741-VC
U.S. District Court for Northern
California, San Francisco

**MANDATE**

      The judgment of this Court, entered November 03, 2022, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7