# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT REVISIONS TO THE PLAINTIFF FACT SHEET AND CERTIFICATION OF COMPLIANCE WITH THE COMMON BENEFIT HOLDBACK** |

Based upon the joint request for an extension of time submit revisions to the Plaintiff

Fact Sheet and a proposed certification for plaintiffs' attorneys to certify compliance with the

common benefit holdback as required by Pretrial Order No. 236, and good cause appearing in

support thereof, the deadline for submitting the proposed procedure is extended by seven days to

December 2, 2022.

**IT IS SO ORDERED.**

Dated:   November 28, 2022

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

1
[PROPOSED] ORDER