**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| SCOTT GILMORE, JAMES WEEKS, PAUL TAYLOR, SHERRY HANNA, AMANDA BOYETTE, JULIO EZCURRA, ANTHONY JEWELL, and KRISTY WILLIAMS | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:21-cv-8159 |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) | |

**DECLARATION OF BRANDON SCHWARTZ REGARDING NOTICE PLAN**
**IMPLEMENTATION AND SETTLEMENT ADMINISTRATION**

I, Brandon Schwartz, declare:

1.      I am the Director of Notice for Postlethwaite & Netterville, APAC ("P&N"), a full-service administration firm providing legal administration services, including the design, development, and implementation of unbiased complex legal notification programs.

2.      In the *Declaration of Brandon Schwartz Regarding Proposed Notice Plan* ("Schwartz Declaration," Dkt. 94-4) filed with the Court on January 20, 2022 and submitted along with my C.V., I detailed the proposed Notice Plan to administer the claims process in the above-referenced matter (the "Action")[1]. As stated in the Schwartz Declaration, P&N designed the Notice Plan to give notice to the Settlement Class in the most practicable manner possible. To do so, P&N designed, and the Court approved, a multifaceted approach utilizing a combination of (1) print media, (2) online display, (3) social media, (4) online video, (5) connected TV/OTT[2], (6) digital newsletters, (7) search advertising, (8) third-party class action websites, (9) email notice to a purchased list of individuals that have an interest in lawn and garden maintenance, (10) a national press release, (11) a toll-free settlement hotline, and (12) a Settlement Website.

3.      On June 21, 2022, the Court approved the Notice Plan and appointed P&N as the Claims Administrator in the *Order Granting Motion for Preliminary Approval of Class Action Settlement* (the "Order," Dkt 121). The Court conditionally certified a Class defined as "[a]ll Persons in the United States who, during the Class Period, purchased Products in the United States other than for resale or distribution, excluding (i) judicial officers and associated court staff assigned to this case, and their immediate family members; (ii) past and present (as of the Effective Date) officers, directors, and employees of Monsanto; and (iii) all those otherwise in the Settlement Class who timely and properly exclude themselves from the Settlement Class pursuant to the Settlement Agreement and in the manner approved by the Court and set forth in

---

[1] All capitalized terms not otherwise defined in this document shall have the meaning ascribed to them in the Settlement Agreement.

[2] Connected TV/OTT is a television that connects to the internet to support streaming video content. Connected TV/OTT's include Smart TV's, Apple TV, Amazon Fire TV, or devices like Roku and gaming consoles, etc.

the Class Notice".

4.      Upon entry of the Order, P&N began to implement the Notice Plan in accordance with its requirements.  This declaration will discuss the implementation of the Notice Plan and Settlement Administration.

### Notice Plan Summary

#### *Class Action Fairness Act Notice ("CAFA")*

5.      On or about June 21, 2021, pursuant to 28 U.S.C. §1715, P&N, on behalf of the Defendant, caused notice of this Settlement and related materials to be sent to the Attorneys General of all U.S. states, U.S. Territories and Puerto Rico as well as the Attorney General of the United States.

6.      To date, P&N has not received any objection or any other response from any Attorneys General. A copy of the CAFA Notices and status of delivery are attached hereto as **Exhibit A**.

#### *Publication Notice*

7.      Pursuant to the Order, P&N caused the Publication Notice to be published in the September 2022 (on-sale August 12, 2022) edition of *Better Homes & Gardens*. The top of the Notice stated the following, as approved by the Court: "Class Members will retain their right to sue if they currently have, or later develop, cancer or any other illness or injury from exposure to the Products." A copy of the Publication Notice as it appeared in *Better Homes & Gardens* is attached as **Exhibit B.**

#### *Digital Banner Notice*

8.      Pursuant to the Order, P&N caused digital banner notices to run across Google, Yahoo! and Centro Ad Networks, Facebook, Instagram, Pinterest, Outbrain and video notice on YouTube. Digital notices were targeted to individuals in accordance with the Schwartz Declaration (¶22) and allowed website visitors to identify themselves as potential Class Members and click through to the Settlement Website. More than 402,466,504 impressions were generated during the campaign, which was 18,816,104 more than described in the Schwartz Declaration.

The digital banner notices ran in English and Spanish on appropriate websites. Screenshots of the digital banner notices are attached as **Exhibit C**.

### *Digital Newsletters*

9.      Pursuant to the Order, P&N disseminated notice through the digital newsletter publications of *Family Handyman*, *Better Homes & Gardens*, *Southern Living*, *Golf Magazine*, and *Kiplinger*.

10.     Notice in *Family Handyman* digital newsletter was provided by custom created content and a 728x90 ad unit and was sent to an average opt-in audience of 657,781 over three newsletters. Notice in *Better Homes & Gardens* digital newsletter was provided by a custom email and was sent to an average opt-in audience of 122,258 over three newsletters. Notice in *Southern Living* digital newsletter was provided by a custom email and was sent to an average opt-in audience of 153,770 over three newsletters. Notice in *Golf Magazine* digital newsletter was provided by 300x250, 970x250, 300x600, and 320x50 ad units as well as a companion digital banner in the same ad sizes that ran on www.golfmagazine.com. In total, 1,050,47 impressions ran over a one-month period across *Golf Magazine* channels. Notice in *Kiplinger* ran three times in *Kiplinger Today* and *A Step Ahead* digital newsletters for a total of six insertions. Notice was provided by custom created content alongside a 600x400 image and was sent to an average opt-in audience of 603,832 and 642,719 for *Kiplinger Today* and *A Step Ahead*, respectively.

11.     Screenshots of the digital newsletter notices and companion banners are attached in **Exhibit D**.

### *Connected TV ("CTV")/Over-the-Top ("OTT")*

12.     Pursuant to the Order, P&N caused a 30-second English language television notice on connected TV devices.  Over four weeks, CTV delivered 1,105,995 impressions, which was 105,995 more than described in the Schwartz Declaration.

### *Sponsored Search Advertising*

13.     Pursuant to the Order, P&N caused notice to appear by sponsored search advertising via Google Ads.  Sponsored search ads appeared in the search results field on

Google.com.   Keywords related to the litigation such as Roundup, Weed & Grass Killer, Monsanto, Lawn Care, Weed Removal, and Garden, among others, were used to prompt the sponsored search ads. In total, 143,268 impressions were generated.  Screenshots of the sponsored search ads are attached in **Exhibit E**.

### Third-Party Class Action Settlement Websites

14.    Pursuant to the Order, P&N placed notices with Top Class Actions, (www.topclassactions.com) and ClassAction.org (www.classaction.org). These notices were posted in featured sections of the websites and included in their opt-in digital newsletters.

15.    Screenshots of the notices in Top Class Actions and ClassAction.org are attached in **Exhibit F**.

### Email Notice

16.    Pursuant to the Order, P&N disseminated notice to a purchased list of approximately 3,500,000 email addresses of individuals that have an interest in lawn and garden maintenance.

17.    The Publication Notice was formatted for email distribution and contained a link to the Settlement Website and online Claim Form, instructions for filing a Claim, and the toll-free telephone number from which a Claim Form could be requested.  P&N followed standard email best practices, including utilizing "unsubscribe" links and the Claims Administrators contact information in the email notice. Prior to sending, emails were put through a hygiene and verification process to protect the integrity of the email campaign and maximize deliverability. Steps included deduplication, syntax validation, misspelled domain detection and correction, domain validation, and risk validation.

18.    On August 1, 2022, P&N began to disseminate the email notice to the email addresses that passed the hygiene and verification process. Of these, 906,130 emails were undeliverable. Ultimately, the email notice was successfully delivered to 2,845,608 email addresses.

19.    A true and correct copy of the email notice is attached as **Exhibit G**.

*Press Release*

20.     Pursuant to the Order, on July 6, 2022, P&N disseminated a nationwide news release over Cision's PR Newswire US1 & National Hispanic newslines in English and Spanish announcing the Settlement.  The release resulted in 441 pickups by media outlets and a total potential audience of 112,920,514. A copy of the release in English and Spanish as well as the visibility report is attached as **Exhibit H.**

## Settlement Website

21.     On July 5, 2022, P&N took the neutral informational Settlement Website, www.WeedKillerAdSettlement.com, live. Pursuant to the Order, the Settlement Website landing page states the following: "Class Members will retain their right to sue if currently have, or later develop, cancer or any other illness or injury from exposure to the Products." Visitors to the Settlement Website can download the Notice of Class Action Settlement, the Claim Form, as well as Court Documents, such as the Class Action Complaint; Settlement Agreement; Motions filed by Class Counsel, including Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards; and Orders of the Court. Visitors were able to submit Claims electronically, submit documentation and address updates electronically, and submit requests electronically for Settlement documents, including the Claim Form, Opt-Out Form, and Settlement Agreement to be mailed to them. Visitor were also able to find answers to frequently asked questions (FAQs), important dates and deadlines, instructions for how Class Members may opt-out (request exclusion) from or object to the Settlement Agreement, and contact information for the Claims Administrator. As of November 28, 2022, the Settlement Website has received 1,733,957 unique visitors and 4,480,247 page views.

22.     The Agreement and Notice Plan did not require mail notice of the Settlement. However, 154 individuals requested notice or claim packets by mail. Of those, 3 were undeliverable. A true and correct copy of the Long Form Notice and Claim Form (English and Spanish) are attached hereto as **Exhibit I**.

**Email Support**

23.     P&N established the email address, info@WeedKillerAdSettlement.com, to provide email support so Class Members could address specific questions and requests to the Claims Administrator.  The email address is included in the Notice of Class Action Settlement and displayed on the Settlement Website. As of November 28, 2022, P&N received 487 emails to the email address established for the Settlement.

**Settlement Post Office Box**

24.     P&N also established a dedicated Post Office Box ("P.O. Box"):

Gilmore v. Monsanto Co.
P.O. Box 4208
Baton Rouge, LA 70821

25.     The P.O. Box serves as a location for Class Members to submit Claim Forms, exclusion request forms, and other Settlement related correspondences. The P.O. Box appears in the Notice of Class Action Settlement and in multiple locations on the Settlement Website.  P&N monitors the P.O. Box daily and uses a dedicated mail intake team to process each item received.

**Dedicated Toll-Free Hotline**

26.     P&N also established the toll-free hotline, 1-833-749-1489, dedicated to this Settlement. The toll-free hotline is accessible 24 hours per day, seven days per week and utilizes an interactive voice response ("IVR") system where Class Members can obtain essential information regarding the Settlement and be provided responses to frequently asked questions. Class Members have the option to leave a voicemail and receive a call back from the call center representative. The toll-free hotline appeared in the Notice of Class Action Settlement and in multiple locations on the Settlement Website. As of November 28, 2022, the toll-free hotline has received 314 calls and 153 voicemails, totaling 1,168 minutes.

**Notice Plan Conclusion**

27.     In class action notice planning, execution, and analysis, we are guided by due process considerations under the United States Constitution, and by case law pertaining to the recognized notice standards under relevant Northern District of California and Federal Rules of

Civil Procedure, Rule 23 ("FRCP 23"). This framework directs that the notice plan be optimized to reach the class and, in a settlement notice situation such as this, that the notice or notice plan itself not limit knowledge of legal rights—nor the ability to exercise other options—to class members in any way. All of these requirements were met in this case.

28.     In total, the Notice Plan as described delivered an 81% reach with an average frequency of 2.60. The measurable reach of the Notice Plan does not include CTV, email notice, search advertising, third-party class action websites, Settlement Website, toll-free hotline, & press release, as these media vehicles are difficult to calculate. They, however, meaningfully strengthened the reach and frequency of the Notice Plan.

29.     It is my opinion, based on my expertise and experience and that of my team, that the methods of notice dissemination implemented by this Settlement, and the Court's Preliminary Approval Order, provided effective notice of the Settlement, provided the best notice that is practicable, complied with the Northern District of California's guidelines related to class action settlements, adhered to FRCP 23, followed the guidance set forth in the Manual for Complex Litigation 4th Ed. and FJC guidance, and met the requirements of due process, including its "desire to actually inform" requirement.

## Claim Form Submissions

30.     Class Members had the option of making Claims online or by sending the printed Claim Form to the Claims Administrator. The online Claim Form feature was available on the Settlement Website beginning July 5, 2022. The online Claim Form only required Class Members to provide their contact information, the address where the Products were primarily used, information about their purchase history, and certification of the truthfulness of the information contained in the Claim Form. The online Claim Form was designed to streamline the process that allowed Class Members to select Products purchased and provide the required purchase information using a drop-down menu. As part of the claims process, Class Members had the option to select their preferred payment method via check or digital payment, such as by PayPal, Venmo, Zelle, Digital MasterCard. As of November 28, 2022, 194,158 (84%) valid claims have

elected to receive a digital payment.

31.     The deadline for Claim submissions was October 19, 2022.  As of November 28, 2022, P&N has received 247,099 net Claim[3] submissions accounting for 1,391,159 total products claimed.  P&N shall continue to analyze Claims that have already been received as well as any additional timely Claims mailed to the P.O. Box and postmarked by the claim filing deadline.

32.     As of November 28, 2022, P&N has received 230,097 Claim submissions that it has deemed to be valid. Table 1 below provides summary statistics of Claim submissions, current dispositions, and projected Claim allocations. A detailed report of Claims received and payout by product type (as of November 28, 2022) is included as **Exhibit J**.

| Table 1: Claims Statistics (as of November 28, 2022) | | |
|---|---|---|
| Description | Volume (#) | Dollars ($) |
| Net Claims Received | 247,099 | $14,711,068.50 |
| (-) Invalid Claims | 805 | $29,050.00 |
| (-) Duplicate Claims Identified[4] | 16,197 | $472,375.00 |
| Net Valid Claims: High End | 230,097 | $14,209,643.50 |
| (-) Deficient Document Claim Submissions[5] | 3,829 | $1,499,338.00 |
| Net Valid Claims: Low End | 226,268 | $12,710,305.50 |

33.     P&N has reviewed the proof of purchase provided with all 3,864 de-duplicated documented claims and determined that 3,829 are deficient and lack sufficient proof of purchase

---

[3] Net Claims represent claims received after the removal of suspected fraud and/or claims with indication of automated submission. P&N has exercised industry accepted practices and processes to identify, investigate and validate and/or reject potentially fraudulent submissions, including safeguards to ensure that Claims that had indications of automation were submitted by real persons, Internet Protocol Address validation as well as email and digital payment verifications.
[4] P&N identified and processed duplicate claims by aggregating the products claimed for all claim submissions within each "duplicate group" submitted by a Claimant (a group of Claims submitted with the same Claimant name and address) to arrive at the total products claimed for each duplicate group. P&N then calculated the maximum allowable products for an attested Claim submission at the duplicate group level. The net dollars shown in Table 1 reflect this adjustment.
[5] Deficient Claim submissions represent Claims submitted with product values exceeding the attested Claim threshold and/or with claimed purchases of the three Products that require proof of purchase, for which the documents submitted by the Claimant did not substantiate the products claimed.

to substantiate the products claimed as required by the terms of the Settlement Agreement and the Preliminary Approval Order.  Nearly all of these deficient Claims were found to be deficient because (1) the documents submitted as "proof of purchase" did not even remotely approximate proof of any purchase of the relevant products or (2) no proof of purchase was submitted. All deficient Claims were sent a notification of the Claims Administrator's determination regarding their Claim deficiency, and were provided an opportunity to cure the defect before a final determination is made regarding the validity and value of the Claim submission.

34.     Claimants who properly cure their Deficient Claims will be awarded a Claim value that is the greater of the dollar value that is supported by the documentation provided by the claimant in response to the deficiency notice. Claimants who do not cure the deficiency will receive the value of the maximum allowable products for an attested Claim submission. Depending on the number of deficiencies that are cured by Claimant responses and the final determination for each deficient Claim submission, P&N anticipates the total payment to Class Members to be between $14,209,643.50 and $12,710,305.50 with an average payment per Claim between $61.75 and $56.17.

35.     On October 20, 2022, the online Claim Form portal closed at midnight Central time. On October 21, 2022, an individual reached out to P&N and Class Counsel to share that he attempted to access the online Claim Form at 10:37 p.m. PST on October 19 and was unable to do so. On November 14, 2022, Class Counsel notified the Court by filing a letter, *Gilmore, et al. v. Monsanto Co., No. 3:21-cv-08159-VC - Claims Form on Settlement Website* (the "Letter"). Pursuant to the Letter, P&N has notified 462 individuals who started a Claim in the hours before the portal closed and did not complete the claims process. P&N informed these indviduals that, if they attempted to complete a Claim on October 19, 2022 between 10:00 p.m. PST and midnight, and wish to make a Claim, they may submit a request to receive a link to the online Claim Form.

36.     Pursuant to the Letter, P&N posted the following on the Settlement Website and Claim Form landing pages: "On October 19, 2022, the Claim Form was inaccessible from 10:00 p.m. Pacific Time until midnight. If you attempted to access the Claim Form in this timeframe

and wish to make a claim, please click HERE." Upon clicking on the link, Class Members were asked to provide their name, email address, and attest, via an interactive check box, that they attempted to access the online Claim Form on October 19, 2022 between the hours of 10:00 p.m. PST and midnight but were unable to do so. Upon completing the form and attestation, a link to the online Claim Form was emailed to the email address provided by the Class Member. As of November 28, 2022, P&N has received 443 submissions with a request to make a Claim and 157 completed Claim submissions. These claims remain under review.

37.     P&N, in addition to the above steps, contacted 519 individuals with a late Claim submission to determine why the Claim was late and whether the tardiness was related to the Claim Form being inaccessible on October 19, 2022 between 10:00 p.m. Pacific Time until midnight.

38.     Pursuant to the Letter, P&N will review (a) any additional Claims received by November 25, 2022 and (b) responses from individuals that provide reasons for late Claim submissions and coordinate with the Parties to determine permissibility of those Claims.

### Exclusions and Objections

39.     The deadline for Class Members to ask to be excluded from the Settlement was October 19, 2022. To date, P&N has received seven (7) exclusions, which have been provided to the Parties. A list of the Class Members requesting to be excluded is attached as **Exhibit K**.

40.     Pursuant to the Court's Order, "Class Members must file and serve any objections to the proposed settlement, including any memorandum and/or submissions in support of said objection, on the first business day on or after thirty-five (35) calendar days from the filing of the Motion for Attorneys' Fees, Costs, and Class Counsel Incentive Awards. The requirement to submit a written objection as a prerequisite to appearing before the Court to object to the Settlement may be excused upon a showing of good cause. The Court will require only substantial compliance with the requirements for submitting an objection in this Order and the Class Notice". P&N does not have any knowledge of an objection filed to date. P&N has also not received any comments from Class Members regarding the substance of the Settlement.

**Notice and Administration Expenses**

41.     P&N has incurred $446,449.45 in fees and costs completing the Notice Plan and $135,079.70 in fees and costs administering the Settlement and anticipates incurring $245,433.00 in additional fees and costs for administration for a total cost of $826,962.00 for the Notice Plan and administration.

**Conclusion**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 28th day of November 2022 in Portland, Oregon.

_____
Brandon Schwartz



**assurance** – **consulting** – **tax** – **technology**

**pncpa.com**

## Exhibit A: CAFA Notice



North America   Europe   Asia

1901 L Street, NW
Washington, DC 20036
T +1 202 282 5000
F +1 202 282 5100

**JOHN J. ROSENTHAL**
Partner
202-282-5785
jrosenthal@winston.com

June 21, 2021

**VIA CERTIFIED MAIL OR FEDERAL EXPRESS**

To: State and Federal Officials pursuant to 28 U.S.C. § 1715 (see enclosed distribution list)

> **Re:**   **CAFA Notices for the Proposed Settlement in *Scott Gilmore et al. v. Monsanto Company*, Case No. 20-1085-MN, U.S. District Court for the District of Delaware**

Dear Attorney General:

Pursuant to the federal Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, Defendant Monsanto Company ("Monsanto") hereby notifies you of the proposed settlement in the above-captioned action ("*Gilmore*") currently pending in the United States District Court for the District of Delaware, before the Honorable Maryellen Noreika.

This action relates to allegations of false advertising regarding certain Roundup®, Ace®, and HDX® brand herbicide products.  Plaintiffs allege that Monsanto unlawfully failed to warn consumers that these products pose certain health risks, including that the products allegedly increase the risk of cancer.  Monsanto denies these allegations and any wrongdoing.  However, viewing settlement of these claims as being in the best interest of its business, and to avoid burdensome and costly litigation, Monsanto has agreed to settle this matter on a nationwide basis.

For purposes of the proposed settlement, the Settlement Class is defined as:

> [A]ll Persons in the United States who, during the Class Period, purchased Products [] in the United States other than for resale or distribution. Excluded from the Settlement Class are (i) judicial officers and associated court staff assigned to [the *Gilmore*] case, and their immediate family members; (ii) past and present (as of the Effective Date) officers, directors, and employees of Monsanto; [and] (iii) all those otherwise in the Settlement Class who timely and properly exclude themselves from the Settlement Class pursuant to this Agreement and in the manner approved by the Court and set forth in the Class Notice.

The "Class Period" is separately defined for each state by reference to the applicable statute of limitations for false-advertising or breach-of-warranty claims (whichever is longer) in that state (accounting for any COVID-related tolling and any tolling as a result of related cases).  The Class Period for each state is defined in Exhibit B to the Settlement Agreement.  The "Products" are a



defined set of products, set forth in Exhibit A to the Settlement Agreement, which include all Roundup®, Ace®, and HDX® brand glyphosate-containing herbicide products manufactured by Monsanto and marketed to consumers during the Class Period.

Pursuant to 28 U.S.C. § 1715(b), please find enclosed a CD containing, and paper copies of, the following materials related to the proposed settlement:

1. **Copy of the complaint, any amended complaints, and any materials filed with the complaints**. *See* **28 U.S.C. § 1715(b)(1).**

Enclosed is the Complaint, dated August 19, 2020; the First Amended Complaint, dated January 12, 2021; and the operative Second Amended Complaint, dated June 11, 2021.

2. **Notice of any scheduled judicial hearing in the class action.** *See* **28 U.S.C. § 1715(b)(2).**

No hearing has yet been scheduled.

3. **Any proposed or final notification to class members of a proposed settlement and right to request exclusion from the class action.** *See* **28 U.S.C. § 1715(b)(3).**

Enclosed is a copy of the Declaration of Brandon Schwartz Regarding Proposed Notice Plan (the "Schwartz Declaration"), which was filed concurrently with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and for Certification of the Class For the Purposes of Settlement ("Plaintiffs' Motion"). *See* Dkt. No. 28. The Schwartz Declaration describes the proposed notice plan. Exhibits C-E to the Schwartz Declaration are, respectively, the Proposed Publication Notice (a short-form notice), the proposed Class Action Settlement Notice (a long-form notice), and samples of display and social-media banner notices that will direct potential Class Members to the Settlement Website (which shall include copies of the proposed notices and other information on the settlement). The proposed notifications inform potential Class Members of the terms of the proposed settlement and of their rights and legal options.

4. **Any proposed or final class action settlement.** *See* **28 U.S.C. § 1715(b)(4).**

Enclosed is a copy of the Class Action Settlement Agreement, which was filed concurrently with Plaintiffs' Motion. Dkt. No. 26-1.



June 21, 2021
Page 3

5.      **Any settlement or other agreement contemporaneously made between Class Counsel and Counsel for the defendants.**  *See* **28 U.S.C**. **§ 1715(b)(5).**

There are no additional settlement or other contemporaneous agreements made between Class Counsel and counsel for Monsanto in this matter.

6.      **Any final judgment or notice of dismissal.**  *See* **28 U.S.C**. **§ 1715(b)(6).**

To date, neither a final judgment nor a notice of dismissal has been entered in this matter.

7.      **Names of class members who reside in each State and estimated proportionate share of the claims of such members to the entire settlement.**  *See* **28 U.S.C**. **§ 1715(b)(7).**

It is not feasible at this time to ascertain with certainty the names and current addresses of potential Settlement Class Members or their estimated shares of the settlement.

8.      **Any written judicial opinion relating to the materials described under subparagraphs (3) through (6).**  *See* **28 U.S.C**. **§ 1715(b)(8).**

To date, there are no written judicial opinions relating to the settlement materials described above.


If you have any questions about this notice or the above-referenced litigation, please contact the undersigned counsel for Monsanto.


Sincerely,

*John J. Rosenthal*

John J. Rosenthal

## CAFA Notice Service List

| Name 1 | Name 2 | Address1 | Address2 | Address3 | City | State | Zip | Mail Date 1 | Mail Date 2 | Delivery Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Office of the Attorney General | CAFA Notice | 1031 W. 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | 501 Washington Avenue | PO Box 300152 | | Montgomery | AL | 36104 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | 323 Center Street, Suite 200 | | | Little Rock | AR | 72201-2610 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | PO Box 7 | | | Pago Pago | AS | 96799 | 6/18/2021 | 7/29/2021 | 9/10/2021 |
| Office of the Attorney General | CAFA Notice | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | CAFA Coordinator, Consumer Law Section | 455 Golden Gate Avenue, Suite 11000 | | San Francisco | CA | 94102 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | | Denver | CO | 80203 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | 165 Capitol Avenue | | | Hartford | CT | 06106 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | 441 4th Street NW, Suite 1100S | | | Washington | DC | 20001 | 6/18/2021 | | 6/24/2021 |
| United States Office of the Attorney General | CAFA Notice | US Department of Justice | 950 Pennsylvania Ave, NW | | Washington | DC | 20530-0001 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | 820 North French Street | 6th Floor | | Wilmington | DE | 19801 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | The Capitol | PL-01 | | Tallahassee | FL | 32399-1050 | 6/18/2021 | | 6/28/2021 |
| Office of the Attorney General | CAFA Notice | 40 Capitol Square SW | | | Atlanta | GA | 30334 | 6/18/2021 | | 6/23/2021 |
| Department of the Attorney General | CAFA Notice | Administrative Division | 590 S. Marine Corps Dr., Suite 901 | | Tamuning | GU | 96913 | 6/18/2021 | | 6/26/2021 |
| Office of the Attorney General | CAFA Notice | 425 Queen Street | | | Honolulu | HI | 96813 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | Hoover State Office Building | 1305 East Walnut Street | | Des Moines | IA | 50319 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | 954 West Jefferson Street, 2nd floor | PO Box 83720 | | Boise | ID | 83720-0010 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | 100 West Randolph Street | | | Chicago | IL | 60601 | 6/18/2021 | | 6/28/2021 |
| Office of the Attorney General | CAFA Notice | Indiana Government Center South | 302 West Washington Street, 5th Floor | | Indianapolis | IN | 46204 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | 120 SW 10th Ave, 2nd Floor | | | Topeka | KS | 66612-1597 | 6/18/2021 | | 6/29/2021 |
| Office of the Attorney General | CAFA Notice | 700 Capitol Avenue, Suite 118 | | | Frankfort | KY | 40601-3449 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | PO Box 94005 | | | Baton Rouge | LA | 70804 | 6/18/2021 | | 6/22/2021 |
| Office of the Attorney General | CAFA Notice | ATTN: CAFA Coordinator/General Counsel's Office | One Ashburton Place | | Boston | MA | 02108 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | 200 St. Paul Place | | | Baltimore | MD | 21202 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | 6 State House Station | | | Augusta | ME | 04333 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | G. Mennen Williams Building | 525 West Ottawa Street | PO Box 30212 | Lansing | MI | 48909 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | 445 Minnesota Street, Suite 1400 | | | St Paul | MN | 55101-2131 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | Supreme Court Building | 207 West High Street | | Jefferson City | MO | 65102 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | Administrative Building | PO Box 10007 | | Saipan | MP | 96950 | 6/18/2021 | | 7/2/2021 |
| Office of the Attorney General | CAFA Notice | Walter Sillers Building | 550 High Street, Suite 11 | | Jackson | MS | 39201 | 6/18/2021 | | 6/29/2021 |
| Office of the Attorney General | CAFA Notice | Justice Building Third Floor | 215 North Sanders | | Helena | MT | 59601 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | ATTN: Consumer Protection | 114 West Edenton Street | | Raleigh | NC | 27603 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | State Capitol | 600 East Boulevard Avenue, Dept. 125 | | Bismarck | ND | 58505 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | 2115 State Capitol | PO Box 98920 | | Lincoln | NE | 68509 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | 33 Capitol Street | | | Concord | NH | 03301 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | RJ Hughes Justice Complex | 25 Market Street | PO BOX 080 | Trenton | NJ | 08625-0080 | 6/18/2021 | | 6/25/2021 |
| Office of the Attorney General | CAFA Notice | ATTN: Farrah Diaz, Paralegal | 201 3rd St NW, Suite 300 | | Albuquerque | NM | 87102 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | Old Supreme Court Building | 100 North Carson Street | | Carson City | NV | 89701 | 6/18/2021 | 7/29/2021 | 8/4/2021 |
| Office of the Attorney General | CAFA Notice | Office of the Attorney General | The Capitol | | Albany | NY | 12224-0341 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | State Office Tower | 30 East Broad Street, 14th Floor | | Columbus | OH | 43215 | 6/18/2021 | | 6/25/2021 |
| Office of the Attorney General | CAFA Notice | 313 NE 21st Street | | | Oklahoma City | OK | 73105 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | Oregon Department of Justice | 1162 Court Street NE | | Salem | OR | 97301-4096 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | PO Box 9020192 | | | San Juan | PR | 00902-0192 | 6/18/2021 | | 6/28/2021 |
| Office of the Attorney General | CAFA Notice | ATTN: Lisa Pinsonneault/CAFA Notice | 150 South Main Street | | Providence | RI | 02903 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | PO Box 11549 | | | Columbia | SC | 29211-1549 | 6/18/2021 | | 6/28/2021 |
| Office of the Attorney General | CAFA Notice | 1302 E. Highway 14, Suite 1 | | | Pierre | SD | 57501-8501 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General and Reporter | CAFA Notice | PO Box 20207 | | | Nashville | TN | 37202 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | Capitol Station | PO Box 12548 | | Austin | TX | 78711-2548 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | 6/18/2021 | | 6/28/2021 |
| Office of the Attorney General | CAFA Notice | 202 North Ninth Street | | | Richmond | VA | 23219 | 6/18/2021 | | 6/28/2021 |
| Office of the Attorney General | CAFA Notice | 34-38 Kronprindsens Gade | Gers Building, 2nd Floor | | St Thomas | VI | 00802 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | 109 State Street | | | Montpelier | VT | 05609 | 6/18/2021 | | 6/24/2021 |
| Office of the Attorney General | CAFA Notice | 1125 Washington Street SE | PO Box 40100 | | Olympia | WA | 98504-0100 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | Wisconsin Department of Justice | PO Box 7857 | | Madison | WI | 53707-7857 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | State Capitol | Building 1, Room E-26 | | Charleston | WV | 25305 | 6/18/2021 | | 6/23/2021 |
| Office of the Attorney General | CAFA Notice | Kendrick Building | 2320 Capital Avenue | | Cheyenne | WY | 82002 | 6/18/2021 | | 6/24/2021 |



assurance – consulting – tax – technology

pncpa.com

# Exhibit B: Publication Notice



Better Homes & Gardens®

BH
G

100th
Anniversary

THIS
OCCASION
CALLS
FOR CAKE
Ina Garten's
Favorite
Chocolate
Cake

Celebrate with us

SEPTEMBER 2022 BHG.COM $3.99      SPECIAL COMMEMORATIVE ISSUE

3+

**If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products, You May Be Entitled To a Cash Payment From A Proposed Class Action Settlement.**

**CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE IF THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS.**

This Settlement resolves a class action lawsuit, *Scott Gilmore et al. v. Monsanto Company, et al.* (No. 1:20-cv-01085-MN), pending in the United States District Court for the Northern District of California (the "Court") against Monsanto Company, the manufacturer of certain Roundup®, Ace®, and HDX® weed and grass killer products (the "Products").

The lawsuit alleges that Monsanto falsely advertised and promoted the Products by failing to disclose that they, and their active ingredient, glyphosate, could potentially cause cancer or other adverse health effects. Monsanto denies these allegations and any wrongdoing. The Settlement avoids costs and risks from continuing the lawsuit, provides relief to purchasers of the Products during the relevant time period, and releases Monsanto and others from liability for related claims.

**Who's Included?** You may be a Settlement Class Member entitled to a cash payment if you purchased certain Roundup®, HDX®, or Ace® brand weed and grass killer products containing glyphosate sold by consumer retailers during the relevant time period. This case is not a personal-injury case. Plaintiffs do not allege that they were injured or became ill from exposure to the Products. You do not have to have suffered personal injury to be a member of the Settlement Class or to file a claim. If you purchased any of the Products during the Class Period for purposes other than resale or distribution, you are in the Settlement Class and can make a claim.

The time period during which purchases are included in this Settlement differs from state to state, depending on each state's statutes of limitations. Visit the Settlement Website at www.WeedKillerAdSettlement.com for a complete list of the eligible Products and to determine if your purchase(s) are eligible for compensation.

**What Does The Settlement Provide?** The proposed Class Action Settlement Agreement ("Settlement" or "Agreement") will provide the Class with monetary relief in an amount not less than **$23 million** (the "Floor Amount") and not greater than **$45 million** (the "Ceiling Amount") to pay all aspects of the Settlement. Class Members will be able to make claims for payments for the qualifying Products they bought during the Class Period, equivalent to approximately 20% of their weighted average retail price during the relevant Class Period. Payments per unit range from $0.50 to $33.00, for between 2 and 11 units without proof of purchase, depending on the state of purchase (you may be able to exceed the applicable limits with valid proof of purchase). If the Court approves the Settlement and you have not excluded yourself as described below, you will be bound by the Settlement and barred from suing Monsanto and related entities for the claims released in the Settlement. The Released Claims are described in detail at www.WeedKillerAdSettlement.com.

**What Are My Rights And Options?**
**Make a Claim.** You must submit a claim by going to www.WeedKillerAdSettlement.com and submitting (or mailing) a claim form. Class Members may make a claim by either an affirmation of the identity and quantity purchased or submitting proof(s) of purchase. The deadline to **postmark or submit your claim online is October 19, 2022.**

**Other Options.** The purpose of this Notice is to inform you of this lawsuit so you can make an informed decision as to whether you should remain in or opt out of this Settlement. **Your legal rights are affected,** and you have a choice to make now. If you do not want to be legally bound by the Settlement, you must exclude yourself by **October 19, 2022.** If you do not exclude yourself, you will release any claims you may have, as more fully described in the Settlement Agreement, available at www.WeedKillerAdSettlement.com. If you remain a Settlement Class Member and object to the Settlement by **December 5, 2022.** You may choose to pay for and be represented by a lawyer who may send the objection for you. The Settlement Website explains how to exclude yourself or object.

The Court will hold a Final Approval Hearing on January 12, 2023, at 2:30 p.m. to consider whether to approve the Settlement, attorneys' fees and expenses, and Class Representative service awards. You may ask the Court to appear at the Final Approval Hearing, but you do not have to appear at the hearing.

**How Can I Get More Information?**
This notice summarizes the proposed Settlement. For detailed information, visit the Settlement Website below, contact the Claims Administrator at (833) 749-1489, contact Class Counsel at (310) 396-9600, or access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT CALL OR WRITE THE COURT FOR INFORMATION OR ADVICE.**

**1-833-749-1489**
**www.WeedKillerAdSettlement.com**

# COOKBOOK

wedges. Serves 4.

**PER SERVING** 489 cal, 25 g fat (7 g sat fat), 777 mg sodium, 48 g carb, 11 g fiber, 3 g sugars, 22 g pro

## Sopa de Lima
### By Rick Martínez

*Mazatlán-based food writer, YouTube star, and Borderline Salty podcast host Rick Martínez shares a taste of the Yucatan with this rich chicken soup flavored with limes and chile. Don't skip the finishing touch of citrus-pickled onions.*

**HANDS-ON TIME** 30 min.
**TOTAL TIME** 1 hr. 15 min.

- 1½ lb. bone-in, skin-on chicken thighs (about 4 large)
- ¾ cup chopped roma tomato
- ½ cup chopped white onion
- 1 large Anaheim chile, cubanelle, or green bell pepper, seeded and chopped
- 2 garlic cloves, grated
- 1½ tsp. Recado de Todo Clase (recipe, *right*)
- 6 cups homemade chicken stock or purchased reduced-sodium chicken broth
- 2 limes, very thinly sliced
  Chopped fresh cilantro
  Cebolla Morada Encurtida (recipe, *right*)
  Sliced habanero chile, seeded (optional)
- 6 corn tortillas, fried, or tostadas, broken into pieces

**1.** In a large heavy pot heat 2 Tbsp. *olive oil* over medium-high. Cook chicken until browned on both sides, 8 to 10 minutes. Transfer to a plate.

**2.** Add tomato, onion, Anaheim pepper, garlic, 1¾ tsp. *kosher salt,* and Recado de Todo Clase to the same pot. Cook, stirring occasionally, until vegetables begin to brown and tomato begins to break down, 8 to 10 minutes.

**3.** Return chicken and any accumulated juices to the pot. Add chicken stock. Bring to boiling; reduce heat. Simmer,

uncovered, until chicken is done (at least 175°F), 30 minutes.

**4.** Using a slotted spoon, transfer chicken to a cutting board. When cool enough to handle, remove meat from bones and shred meat. Discard bones and skin. Stir shredded chicken into pot.

**5.** Ladle soup into bowls. Top with lime slices,* cilantro, Cebolla Morada Encurtida, habanero (if using), and tortillas. Serves 6.

**\*NOTE** The soup will become more acidic and take on more lime flavor as it stands, but after 10 minutes, the pith in the lime will make the soup go bitter. So remove and discard lime slices after the desired level of lime flavor is reached (as with steeping tea). If you like, serve with lime wedges for squeezing into soup.

**RECADO DE TODO CLASE (GROUND SPICE BLEND)** In a spice grinder or mortar and pestle, grind 3 Tbsp. dried oregano (preferably Mexican), 2 Tbsp. black peppercorns, 8 allspice berries, 5 whole cloves, one 1-inch piece canela or cassia cinnamon stick, 1 bay leaf, and ½ tsp. cumin seeds until finely ground. Transfer to an airtight container and store in a cool, dark place up to 3 months. Makes ¼ cup.

**CEBOLLA MORADA ENCURTIDA (PICKLED RED ONIONS WITH HABANERO)** Thinly slice one large red onion and separate into rings. In a medium bowl toss onion with ¾ tsp. kosher salt. Add enough hot water to cover; stir to dissolve salt. Let stand 15 minutes. Halve, stem, and seed one habanero chile. Line a small skillet with foil; heat over medium-high. Add the habanero skin side down; press down with a wooden spoon until charred in spots, 4 to 5 minutes (no need to char the flesh side). Transfer to a 1-qt. glass jar or nonreactive container. (If you like things extra spicy, chop the chile before adding it to the jar.) Drain the onion, rinse with cold water, and

SOPA DE LIMA RECIPE REPRINTED WITH PERMISSION FROM MI COCINA: *RECIPES AND RAPTURE FROM MY KITCHEN IN MEXICO* BY RICK MARTÍNEZ. COPYRIGHT © 2022. PUBLISHED BY CLARKSON POTTER PUBLISHERS, AN IMPRINT OF PENGUIN RANDOM HOUSE



# Exhibit C: Digital Banner Notice

   
Home / News / Health News

# Health News



**HEALTH NEWS**

## US to Diversify Infant Formula Industry to Avoid Shortages

The Biden administration is looking to help foreign manufacturers of baby formula stay on the U.S. market for the long term.

**Associated Press   July 6, 2022**



A false advertising class action settlement may entitle you to compensation if you bought certain Roundup®, HDX®, or Ace® brand weed killer products.

## MORE HEALTH CARE NEWS

**NEWS**
Healthcare of Tomorrow


**NATIONAL NEWS**
New Health Care Index Shows Increased Costs


**NEWS**
Risks Are High at Low-Volume Hospitals


## THE LATEST

### Grief Can Be Heartbreaking for People Battling Heart Failure

July 6, 2022

### Cancer Drug May Be Lifesaver for Hospitalized COVID Patients

July 6, 2022

## RECOMMENDED

**ECONOMY**
Fed Chose Dousing Inflation Over Economy


**ECONOMY**
Job Openings Drop But Remain Elevated




GET UP TO 25% OFF! EXTRA SPACE FOR MOMENTS   ExtraSpace Storage   RENT NOW

### Vaccinations Cut U.S. COVID Deaths by 58%: Study

July 6, 2022


Home / News / Health News

# Health News

   


This settlement is not about personal injury.

**HEALTH NEWS**

## US to Diversify Infant Formula Industry to Avoid Shortages

The Biden administration is looking to help foreign manufacturers of baby formula stay on the U.S. market for the long term.

**Associated Press** July 6, 2022

## MORE HEALTH CARE NEWS

**NEWS**
Healthcare of Tomorrow


**NATIONAL NEWS**
New Health Care Index Shows Increased Costs


**NEWS**
Risks Are High at Low-Volume Hospitals


## THE LATEST

### Grief Can Be Heartbreaking for People Battling Heart Failure

July 6, 2022

### Cancer Drug May Be Lifesaver for Hospitalized COVID Patients

July 6, 2022


GET UP TO 25% OFF! EXTRA SPACE FOR MOMENTS — ExtraSpace Storage — RENT NOW

### Vaccinations Cut U.S. COVID Deaths by 58%: Study

July 6, 2022

## RECOMMENDED

**ECONOMY**
Fed Chose Dousing Inflation Over Economy


**ECONOMY**
Job Openings Drop But Remain Elevated


    **NEWS »** | News | Best Countries | Best States | Healthiest Communities | Opinion | Elections | The Racial Divide | Photos | Events

Home / News / Health News

# Health News



**HEALTH NEWS**

## US to Diversify Infant Formula Industry to Avoid Shortages

The Biden administration is looking to help foreign manufacturers of baby formula stay on the U.S. market for the long term.

**Associated Press**   July 6, 2022

This settlement is not about personal injury. Class members will retain their right to sue if they currently have, or later develop, cancer or any other illness or injury from exposure to the product.

## MORE HEALTH CARE NEWS

**NEWS**
Healthcare of Tomorrow


**NATIONAL NEWS**
New Health Care Index Shows Increased Costs


**NEWS**
Risks Are High at Low-Volume Hospitals


## THE LATEST

### Grief Can Be Heartbreaking for People Battling Heart Failure
July 6, 2022

### Cancer Drug May Be Lifesaver for Hospitalized COVID Patients
July 6, 2022


GET UP TO 25% OFF! EXTRA SPACE FOR MOMENTS — ExtraSpace Storage — RENT NOW

### Vaccinations Cut U.S. COVID Deaths by 58%: Study
July 6, 2022

## RECOMMENDED

**ECONOMY**
Fed Chose Dousing Inflation Over Economy


**ECONOMY**
Job Openings Drop But Remain Elevated




Home / News / Health News

# Health News

  



**HEALTH NEWS**

## US to Diversify Infant Formula Industry to Avoid Shortages

The Biden administration is looking to help foreign manufacturers of baby formula stay on the U.S. market for the long term.

**Associated Press**  July 6, 2022


This settlement is not about personal injury. Visit www.WeedKillerAdSettlement.com to learn more.

**MORE HEALTH CARE NEWS**

**NEWS**
Healthcare of Tomorrow 

**NATIONAL NEWS**
New Health Care Index Shows Increased Costs 

**NEWS**
Risks Are High at Low-Volume Hospitals 

**RECOMMENDED**

## THE LATEST

### Grief Can Be Heartbreaking for People Battling Heart Failure

July 6, 2022

### Cancer Drug May Be Lifesaver for Hospitalized COVID Patients

July 6, 2022


GET UP TO 25% OFF! EXTRA SPACE FOR MOMENTS — ExtraSpace Storage — RENT NOW

### Vaccinations Cut U.S. COVID Deaths by 58%: Study

July 6, 2022

**ECONOMY**
Fed Chose Dousing Inflation Over Economy 

**ECONOMY**
Job Openings Drop But Remain Elevated 

**HGTV**

TRENDING   SHOWS   DESIGN   OUTDOORS   LIVING   HOW TO   SWEEPSTAKES   SHOP   PHOTO INSPIRATION

⏺ LIVE NOW GOOD BONES

Sign up for the HGTV Handmade newsletter for our best craft projects and DIY ideas.

[Enter your Email]   **Sign Up**   ✕

Home → Outdoors

# Gardens


Garden Types


Vegetable Gardening


Flowers


Garden Crafts


Weeds


Greenhouses



**20 Raised Garden Bed Ideas** 26 Photos
Discover different types of raised garden bed styles and flower bed styles that will inspire you to create your own orderly garden space.

## What's New in Gardens

Browse our latest gardening tips, design ideas and product picks.


**How to Grow and Care for Orchids**


**1935 New Jersey Stone Manor House Set on Vast Grounds** 18 Photos


**Pristine Montecito Home Embraces Indoor/Outdoor Living** 20 Photos



Have you purchased certain Roundup®, HDX®, or Ace® brand weed killer products? If so, you may be eligible for a payment from a false advertising class action settlement.

**LEARN MORE**


ARDEN
**New Homes, 5-Acre Farm & Barn**

**Go Shopping**
Spruce up your outdoor space with products handpicked by HGTV editors

▶ **LIVE NOW** GOOD BONES

# HGTV

TRENDING    SHOWS    DESIGN    OUTDOORS    LIVING    HOW TO    SWEEPSTAKES    SHOP    PHOTO INSPIRATION    🔍

Sign up for the HGTV Handmade newsletter for our best craft projects and DIY ideas.     [Enter your Email]    **Sign Up**    ✕

Home → Outdoors

## Gardens


Garden Types


Vegetable Gardening


Flowers


Garden Crafts


Weeds


Greenhouses



**20 Raised Garden Bed Ideas** 26 Photos
Discover different types of raised garden bed styles and flower bed styles that will inspire you to create your own orderly garden space.

## What's New in Gardens

Browse our latest gardening tips, design ideas and product picks.


**How to Grow and Care for Orchids**


**1935 New Jersey Stone Manor House Set on Vast Grounds** 18 Photos


**Pristine Montecito Home Embraces Indoor/Outdoor Living** 20 Photos


This settlement is not about personal injury.
**LEARN MORE**


ARDEN
**New Homes, 5-Acre Farm & Barn**
→

## Go Shopping

Spruce up your outdoor space with products handpicked by HGTV editors.

**HGTV**

TRENDING    SHOWS    DESIGN    OUTDOORS    LIVING    HOW TO    SWEEPSTAKES    SHOP    PHOTO INSPIRATION

🔴 **LIVE NOW** GOOD BONES

Sign up for the HGTV Handmade newsletter for our best craft projects and DIY ideas.

Enter your Email    Sign Up    ✕

Home → Outdoors

# Gardens


Garden Types


Vegetable Gardening


Flowers


Garden Crafts


Weeds


Greenhouses



**20 Raised Garden Bed Ideas** 26 Photos
Discover different types of raised garden bed styles and flower bed styles that will inspire you to create your own orderly garden space.

## What's New in Gardens

Browse our latest gardening tips, design ideas and product picks.


**How to Grow and Care for Orchids**


**1935 New Jersey Stone Manor House Set on Vast Grounds** 18 Photos


**Pristine Montecito Home Embraces Indoor/Outdoor Living** 20 Photos



**This settlement is not about personal injury.**

Class members will retain their right to sue if they currently have, or later develop, cancer or any other illness or injury from exposure to the product.


LEARN MORE



ARDEN

**New Homes, 5-Acre Farm & Barn**

**Go Shopping**
Spruce up your outdoor space with products handpicked by HGTV editors

TODAY HOURLY **DAILY** RADAR MINUTECAST MONTHLY AIR QUALITY HEALTH & ACTIVITIES



Purchasers of certain Roundup®, HDX®, or Ace® brand weed killer products may be eligible for a cash payment from a class action settlement. Visit www.WeedKillerAdSettlement.com to learn more.

**JULY 6 – JULY 17**

| | | | | |
|---|---|---|---|---|
| WED 7/6 | | 73° /65° | Clouds yielding to sun | 💧 0% |
| THU 7/7 | | 73° /65° | Low clouds, then sun | 💧 0% |
| FRI 7/8 | | 71° /63° | Low clouds, then sunshine | 💧 0% |
| SAT 7/9 | | 73° /66° | Areas of low clouds, then sun | 💧 0% |



**Top Articles** by AccuWeather

**Severe weather charging across North Central states toward Midwest**



Hertz

**Hertz. Let's Go!**

Book Now

## Top Stories

**SEVERE WEATHER**
Derecho barrels through northern Plains, Midwest injuring at least 4
30 minutes ago



**WEATHER NEWS**
Woman captures the moment lightning strikes her husband's car
2 hours ago



**WEATHER NEWS**
Giant invasive snail sends one Florida county into quarantine
1 day ago




Suburban streets covered in flood water
8 hours ago    0:59

Podcast: Lightning safety awareness



**Around the Web**



CBSSPORTS.COM  247SPORTS  MAXPREPS  SPORTSLINE  SHOP  PLAY GOLF  STUBHUB  CAESARS SPORTSBOOK

☰ **◎CBS | GOLF**   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   RANKINGS   BRITISH OPEN   •••      PLAY   WATCH   BET   PODCASTS   LOG IN

| GOLF SCORES ▾ | Justin Harding 2:15A | Adrian Otaegui 2:15A | Troy Merritt 2:15A | Nino Bertasio 2:15A | Sean Crocker 2:15A | Chris Kirk 2:25A | David Lipsky 2:25A | Jason Scrive ▶ | ODDS BY CAESARS SPORTSBOOK | FULL LEADERBOARD |

Purchasers of certain Roundup®, HDX®, or Ace® brand weed killer products may be eligible for a cash payment from a class action settlement.
Visit www.WeedKillerAdSettlement.com to learn more.





**Scottish Open predictions, expert picks**

**Tiger Woods set for 'historic' return**

**Poston wins John Deere Classic**

PGA Tour and LPGA Tour cancel China tournaments
PATRICK MCDONALD

Billy Horschel calls LIV Golf defectors 'hypocrites'
KYLE PORTER

Branden Grace wins LIV Golf event in Portland
PATRICK MCDONALD

Why the PGA Tour needs to attract the young stars
KYLE PORTER

Gooch, Reed roasted after comparing LIV to Ryder Cup
KYLE PORTER

Spieth, Thomas, Fowler, Scheffler hit links in Ireland
KYLE PORTER

CAESARS SPORTSBOOK   GET UP TO $1,500 RISK-FREE BET   PROMO CODE: GAME15      **SIGN UP NOW**

GAMBLING PROBLEM? CALL 877-8-HOPENY OR TEXT HOPENY (467369)

NY only. 21+. with eligible promo code only. Bet amount of qualifying wager returned only if wager is settled as a loss. Paid as a single bet credit. Maximum bet credit $1,500. Bet credit must be used wi

**Search for tee times**

| 🔍 Find a tee time City, course or zip | 📅 Date 07/06/2022 ❯ | 👤 Players One ❯ | **SEARCH** | Powered By Supreme Golf |







## EL TIEMPO AHORA
16:27



**81°** F

RealFeel® 86°

Nublado

| RealFeel Shade™ | 84° |
| Calidad del aire | Mala |
| Viento | NO 4 mi/h |
| Ráfagas de viento | 7 mi/h |

MÁS DETALLES →


Los compradores de ciertos productos herbicidas de la marca Roundup®, HDX® o Ace® pueden ser elegibles para un pago en efectivo de un acuerdo de demanda colectiva.
Visite www.WeedKillerAdSettlement.com para obtener más información.

## CALIDAD ACTUAL DEL AIRE

### HOY
6/7



70
AQI

**Mala**

El aire ha alcanzado un nivel alto de contaminación y es poco saludable para los grupos sensibles. Reduzca el tiempo que pasa fuera si siente síntomas como dificultad para respirar o irritación de la garganta.

Basado en los contaminantes actuales

Más detalles →

Más información en
plume labs


View Newark Homes >
Homes From $500K to $1.02M
Pulte HOMES™

## PREVISIONES PARA LA SALUD

| | |
| --- | --- |
| Polen arbóreo | Moderado |
| Polen de malezas | Alto |
| Polen de gramíneas | Bajo |
| Moho | Moderado |
| Polvo y caspa | Alto |

## HOY
6/7



**87°** Máx

Húmedo temprano; nubes y sol



The Weather Channel — An IBM Business

Buscar ciudad o código postal

US | °F

☀ 100° San Antonio, TX

| Hoy | Por hora | 10 días | Fin de semana | Mensual | Radar | ▶ Video | Más pronósticos ▼ |

**San Antonio, TX** A partir de las 3:16 p. m. CDT

# 100°
**Soleado**
Día 100° • Noche 76°

### Pronóstico de hoy para San Antonio, TX

| Mañana | **Tarde** | Noche | Madrugada |
|--------|-----------|-------|-----------|
| 85° | **100°** | 89° | 79° |
| ☀ | ⛅ | ☁ | ☁ |
| -- | **0%** | 0% | ✦ 6% |

**Próximas horas**

Advertisement

Los compradores de ciertos productos herbicidas de la marca Roundup®, HDX® o Ace® pueden ser elegibles para un pago en efectivo de un acuerdo de demanda colectiva.

Visite www.WeedKillerAdSettlement.com para obtener más información.

Advertisement

Want an IT degree without breaking the bank? Choose WGU. **WGU** LEARN MORE

### El tiempo en San Antonio, TX hoy

# 106°

### Seguimiento de huracán

CAT 2 — **Huracán Bonnie** jul. 6, 10:00 a. m. — ◉ mapbox — Culiacán — **México** TAM


Los compradores de ciertos productos herbicidas de la marca Roundup®, HDX®
o Ace® pueden ser elegibles para un pago en efectivo de un acuerdo de demanda colectiva.
Visite www.WeedKillerAdSettlement.com para obtener más información
Publicidad

Latam | EE.UU. | Mundo | Negocios | Entretenimiento | Tecno | Deportes | Viajes | Salud | Estilo | Opinión | Video | Podcasts

 

TEMAS DEL DÍA   Estados más caros de EE.UU.  |  Corea del Norte  |  Sube el dólar en Colombia  |  Vitamina D  |  Carolina Corcho  |  Ucrania  |  Bonnie  |  Karol G



1 / 2

**REINO UNIDO**

# ¿Por qué está en crisis el gobierno de Boris Johnson? ¿Qué sigue después?

El primer ministro del Reino Unido, Boris Johnson, se enfrenta a su peor crisis hasta el momento, luego de la dimisión de dos altos ministros de su gabinete el martes. Esto es lo que hay que saber sobre las dimisiones y el futuro del primer ministro en el cargo.

- Gran golpe para Boris Johnson por dimisión de dos altos ministros del Gobierno del Reino Unido
- ANÁLISIS | El futuro de Boris Johnson peligra al sufrir el Partido Conservador una doble derrota electoral
- Boris Johnson, bajo más presión por las nuevas fotos del &quot;Partygate&quot;



**CORONAVIRUS**

Reinfección por covid podría aumentar riesgo de complicaciones



**COLOMBIA**

¿Por qué está subiendo el dólar frente al peso en Colombia?



**COLOMBIA**

Las polémicas de la próxima ministra de



**INMIGRACIÓN**

## Visas para estudiantes en EE.UU.: precio, requisitos y cómo tramitar



**EUROPA**

## ¿Se puede conectar Europa con una red de trenes de alta velocidad?



**TENIS**

## Rafael Nadal ya está en semifinales tras vencer a Taylor Fritz en 5 sets



**KCRG/KCAL/16 de junio de 2021**

80 MILLONES DE PERSONAS BAJO ALERTA DE CALOR EN EE.UU.

**Tiempo**  Alerta de calor para 80 millones de personas en EE.UU.

**VENEZUELA**                                       2 horas

Iglesia venezolana actualiza protocolos de prevención de abuso sexual

**BALONCESTO**                                      2 horas

Biden y Harris hablaron con la esposa de Brittney Griner, detenida en Rusia

**FINANZAS PERSONALES**                             4 horas

Los 10 estados de Estados Unidos con el coste de vida más caro


ExtraSpace Storage
GET UP TO 25% OFF!
EXTRA SPACE FOR MOMENTS
RENT NOW
Publicidad



25 AÑOS   LONGOBARDI POR CNN   ESCUCHA EN CNNRADIO.COM.AR   LUNES A VIERNES

EN DIRECTO  NOTA A NUESTROS LECTORES: Tiempo de transformación y oportunidades



JUL. 6, 2022

ANUNCIO



## TITULARES DE HOY



**NOTICIAS DE ÚLTIMA HORA**

### Tiempo de transformación y oportunidades


Un reverendo y una estriper se unen para paliar los efectos de las redadas


Los Niños Triquis visitaron a Los Ángeles y Las Vegas para participar en torneos locales


VIDEO: Alianza de El Salvador vence a Tauro y buscará en Panamá pase a cuartos


¿Quieres ir al cine? Estos son los estrenos del 23 de agosto

## ÚLTIMAS NOTICIAS DE L.A. TIMES EN ESPAÑOL ›



Eric Holder Jr. declarado culpable de asesinato por la muerte del rapero Nipsey Hussle

Se desmaya en pleno concierto Santana ¿Qué le pasó y cómo está su salud?

¿La Valquiria de 'Thor' alguna vez encontrará el amor en el MCU? Esto es lo que Tessa Thompson dijo

Salen a la venta el resto de los boletos para Qatar 2022

ANUNCIO






**Weed Killer Ad Settlement**
Sponsored · 🌐

Purchasers of certain Roundup®, HDX®, or Ace® brand weed killer products may be eligible for a cash payment from a class action settlement.



WEEDKILLERADSETTLEMENT.COM
**Class Action Settlement**                    Learn more

👍 3

Like          Comment          Share

Sponsored



**BigBadToyStore**
bigbadtoystore.com



Search Facebook

  

 Friends

Groups

Saved

Marketplace

Watch

 See more

**Weed Killer Ad Settlement**
Sponsored · 🌐

A false advertising class action settlement may entitle you to compensation if you bought certain Roundup®, HDX®, or Ace® brand weed killer products. This settlement is not about personal injury. Class members will retain their right to sue if they currently have, or later develop, cancer or any other illness or injury from exposure to the product.



WEEDKILLERADSETTLEMENT.COM
**Class Action Settlement**

Learn more

👍 Like          💬 Comment          ↗ Share

Sponsored



FARFETCH

**FARFETCH**
farfetch.com

**Weed Killer Ad Settlement**
Sponsored · 🌐

Have you purchased certain Roundup®, HDX®, or Ace® brand weed killer products? If so, you may be eligible for a payment from a false advertising class action settlement. This settlement is not about personal injury. Class members will retain their right to sue if they currently have, or later develop, cancer or any other illness or injury from exposure to the product.



WEEDKILLERADSETTLEMENT.COM
Class Action Settlement

Learn more

Sponsored

Charles Bach Wonders!
wonderstickets.com

Like    Comment    Share

*Instagram*

**weed_killer_ad_settlement**
Sponsored

...



**Learn more**                                              〉

♡  ◯  ◁                                                      ⊓



weed_killer_ad_settlement Purchasers of certain
Roundup®, HDX®, or Ace® brand weed killer products
may be eligible for a cash payment from a class action
settlement.

*Instagram*

**weed_killer_ad_settlement**
Sponsored

• • •



**Learn more** ›

♡  ○  ◁                                    ▷

weed_killer_ad_settlement A false advertising class action settlement may entitle you to compensation if you bought certain Roundup®, HDX®, or Ace® brand weed killer products. This settlement is not about personal injury. Class members will retain their right to sue if they currently have, or later develop, cancer or any other illness or injury from exposure to the product.

*Instagram*

**weed_killer_ad_settlement**
Sponsored                                              •••



**Learn more**                                              ❯



weed_killer_ad_settlement Have you purchased certain Roundup®, HDX®, or Ace® brand weed killer products? If so, you may be eligible for a payment from a false advertising class action settlement. This settlement is not about personal injury. Class members will retain their right to sue if they currently have, or later develop, cancer or any other illness or injury from exposure to the product.

*Instagram*

weed_killer_ad_settlement
Sponsored

···



**Learn more**  ›

 

weed_killer_ad_settlement ¿Ha comprado ciertos productos herbicidas de la marca Roundup®, HDX® o Ace®? Si es así, puede ser elegible para un pago de un acuerdo de demanda colectiva por publicidad falsa. Este acuerdo no se trata de lesiones personales. Los miembros de la clase conservarán su derecho a demandar si actualmente tienen, o más tarde desarrollan, cáncer o cualquier otra enfermedad o lesión por la exposición al producto.



Purchasers of certain Roundup®, HDX®, or Ace® brand weed killer products may be eligible for a cash payment from a class action settlement.
weedkilleradsettlement.com | Sponsored



Celebrity

**Hayden Panettiere claims she was given 'happy pills' as a teen star**



EXCLUSIVE State Of Origin

**Secret injury opens door for Blues comeback**



Mansions

**Unfinished concrete slab selling for $16.5 million**



World

**UK PM in crisis as ministers quit in droves**



Music

**Music legend Santana collapses on stage**



**Stranger Things 'Bread' van**

Saved the day in Kamchatka,

Advertisement





NEWS JUST IN

47 minutes ago

**Dinosaur goes up for sale for jaw-dropping price**

47 minutes ago

**Airports at breaking point as staff shortages bite**




WeedKillerAdSettlement.com

Business ⌄   Create ⌄

Saved!

weedkilleradsettlement.com

# Class Action Settlement

Purchasers of certain Roundup®, HDX®, or Ace® brand weed killer products may be eligible for a cash payment from a class action settlement.

Weed Killer Ad Settlement
14 followers

Note to self
What do you want to remember about this Pin?

Add note

## Comments ⌄

Add a comment

## More like this


**Deadhead Flower Tips**
Cutting Back Spent Blooms |



**Transplanting Black-eyed Susans**
thriftyfun
Transplanting Black-eyed Susans


Senior man pressure spraying
Creative Market
Creative Market



EASY TO INSTALL WALL BLOCK


55 Budget-Friendly Ways To Instantly Boost Your Home's Curb...


"Why do we close our eyes when we pray, cry, kiss or dream? Because the most beautiful things in life are not seen but felt by the heart."
- Denzel Washington

The Sight - The Sight


CONFIDENTLY FINANCE YOUR
FAMILY'S CARE
CareCredit
5. Repel Pesky Insects
If you're tired of all those irritating insect


GARDEN CLUB SIMPLE TIPS
Garden Ideas & Projects - The Home Depot






Business ⌄    Create ⌄

⋯    ⬆    ☆                    Saved!



weedkilleradsettlement.com

# Class Action Settlement

A false advertising class action settlement may entitle you to compensation if you bought certain Roundup®, HDX®, or Ace® brand weed killer products.

Weed Killer Ad Settlement
14 followers

**Note to self**
What do you want to remember about this Pin?    Add note

**Comments** ⌄

Add a comment    😀

## More like this



It's a beautiful world!







Finance your healthcare with the CareCredit credit card.





The 7 Step Process to Restore Your Cracked and Eroded Driveways











Yellow Tulips Real Touch Tulips...
Etsy



Meadow Flowers Art Print
Fine Art America



Indian Paintbrush by Christopher...
Fine Art America









weedkilleradsettlement.com

## Class Action Settlement

Have you purchased certain Roundup®, HDX®, or Ace® brand weed killer products? If so, you may be eligible for a payment from a false advertising class action settlement.

Weed Killer Ad Settlement
14 followers

**Note to self**
What do you want to remember about this Pin?    Add note

**Comments** ⌄

Add a comment 😀

WeedKillerAdSettlement.com

### More like this





Rob Elliot Furniture


Wild Lettuce Herbal Tonic
Etsy






Gurney's Perennial Native...
The Home Depot


Reebok CL Harman Run Men's...
Kohl's







 Kohl's

EASY TO INSTALL
WALL BLOCK

Home Made





assurance  –  consulting  –  tax  –  technology

pncpa.com

Exhibit D: Digital Newsletter Notice



# Kiplinger Today

Build wealth, spend wisely, cut taxes, retire rich

**Kiplinger**

SIGN UP · WEBSITE

---

## TOP STORY

### Recession Next Year Is More Likely Than Not

Look for a mild, short slowdown as the Fed moves to tame inflation. On the plus side: Consumers still have savings to spend. READ MORE

Plus: No Jobs Slowdown Yet, But Clouds Are on the Horizon

---

## ETFS

### 10 Defensive ETFs to Protect Your Portfolio



(Getty Images)

Want to prevent a further portfolio beating across the rest of 2022? These defensive ETFs can provide some market cover. READ MORE

Plus: 5 Best Dow Dividend Stocks to Buy

---



### Weed & Grass Killer Class Action

If you purchased certain Roundup®, HDX®, or Ace® brand weed & grass killer products, you may be entitled to a cash payment from a proposed class action settlement. Visit the Settlement Website for a list of the eligible Products and to make a claim. READ MORE

ADVERTISEMENT

---

## IRAS

### Don't Be Tricked into Voluntarily Paying Higher Taxes on Your IRA

Traditional IRAs are set up in a way that basically incentivizes you (and your heirs) into paying the highest tax bill possible. Don't fall for it. Financial planner Keith Singer wants you to consider a Roth conversion instead. READ MORE

Plus: The Best Way for Kids to Save Isn't in a Bonus Bank Account **Full Story!** Kiplinger

(714)

---

## RETIREMENT PLANNING

### An Easy Way to Find How Much You Will Spend in Retirement



(Getty Images)

One simple math equation can help you determine where to start building your retirement income plan, and whether your money should last, explains investment adviser Patrick Mueller. READ MORE

Plus: Should You Pay Off Your Mortgage After You Retire?

---

### Hedge Against Inflation With This Investment

Times like today clearly show the value of diversifying a portfolio beyond stocks and bonds. Real estate is one way to do that because the asset class generally doesn't move in tandem with stock and bond markets. READ MORE

ADVERTISEMENT

---

## RECESSIONS

### 5 Ways to Prepare for a Recession

The signs seem to be pointing in one direction these days, and that's down. If you're worried about being ready for a recession, consider these five measures from financial adviser Carel Osman. READ MORE

Plus: 10 Facts You Must Know About Recessions

---



### Avoid These 7 Financial Advisor Mistakes Heading Into 2022

Working with a financial advisor can be a critical part of any retirement plan, but most people make these 7 avoidable mistakes when hiring one. READ MORE

---

## TAX BREAKS

### Most-Overlooked Tax Deductions and Credits for the Self-Employed

(Getty Images)

If you've recently gone into business for yourself, don't miss these tax breaks for the self-employed. READ MORE

Plus: Tax Changes and Key Amounts for the 2022 Tax Year

---

### Do You Know How To Include Income in Your Retirement Plan?

Compare scenarios to see what impact today's changes could have on your retirement tomorrow. Find out how much you can afford each month with our data-driven spending plan. Easily include additional sources of income such as Social Security, rental income, pensions, and annuities. READ MORE

---

## ABOUT KIPLINGER

**When we write about money, we get it right.**

**So the decisions you make with dollars are also right.**

Since 1920, Kiplinger has earned a reputation as a trusted provider of unbiased financial advice, objective business and economic forecasts, and practical help to millions of business professionals, investors, and individuals seeking to make more profitable decisions with their money.

Flagship publications include Kiplinger's Personal Finance magazine, The Kiplinger Letter, The Kiplinger Tax Letter, Kiplinger's Retirement Report, and Kiplinger's investing for income. All are regarded as the leading publications in their respective fields.

Every day, millions of readers rely on our free e-newsletters and podcasts to help on everything from getting the best rate on a mortgage or car loan, to managing their businesses in an uncertain world, avoiding an IRS audit, building wealth for a secure retirement, or investing wisely in any kind of market.

Now it's your turn to reap all the rewards Kiplinger has to offer. Visit Kiplinger.com, your gateway to all of the above and much more. Check in any time for the latest advice on how to make more money, and keep more of the money you make.

Stay right on the money, with Kiplinger.

**Kiplinger**

Sign Up · Print Publications · Unsubscribe

Privacy Policy | Cookies Policy | Terms and Conditions

CONTACT US | FEEDBACK | ADVERTISE

Case 3:16-md-02741-VC    Document 15865-2    Filed 11/29/22    Page 49 of 211



July 25, 2022

CONNECT WITH KIPLINGER

# Kiplinger Today

Build wealth, spend wisely, cut taxes, retire rich



SIGN UP · WEBSITE

---

TOP STORY

### Does an Annuity Belong in a 401(k)?

Unlike pensions, 401(k)s place the risk of outliving savings squarely on the retiree's shoulders. Find out what's right for you. READ MORE

Plus: Crypto in My 401(k)? In One Way It Makes Sense, But on the Other Hand ...

---

RECESSIONS

### Is A Recession Looming? History Says We Shouldn't Panic



Getty Images

From rising interest rates to battle growing inflation and supply chain issues that don't show any hint of resolving, warning signs of a recession are becoming hard to ignore. But try a little perspective, says financial planner Tony Drake. READ MORE Plus: Rising Interest Rates, Falling Bonds and a Possible Way Forward

---



### Weed & Grass Killer Class Action

If you purchased certain Roundup®, HDX®, or Ace® brand weed & grass killer products, you may be entitled to a cash payment from a proposed class action settlement. Visit the Settlement Website for a list of the eligible Products and to make a claim. READ MORE

ADVERTISEMENT

---

TAX DEADLINES

### 12 Things You Must Know About Claiming and Maximizing Your Social Security Benefits

Claiming Social Security benefits at the right time means more money in your pocket. Here's a guide to everything from knowing your full retirement age to taking Social Security spousal benefits. READ MORE

Plus: Main Reasons Why the Government Denies Social Security Disability Benefits

---

STOCKS

### Gold Stocks Worth Their Weight



Getty Images

A stronger dollar has weighed on gold futures, but analysts see plenty of potential for these top-rated gold stocks. READ MORE

Plus: The 12 Best Consumer Discretionary Stocks to Buy for the Rest of 2022

---

### See Returns for Real Estate By Sector in 2021

A key challenge for many investors is finding truly passive investments that generate predictable and substantial income. So, a big benefit of investing in real estate through CRE Income Fund is that it pays investors a stable monthly income – 10% annual yield - from a portion of the rents collected. Source: National Council of Real Estate Investment Fiduciaries. Find out more

ADVERTISEMENT

---

RETAIL

### The Best Smart Home Devices

Innovations ranging from voice-activated faucets to robotic lawn mowers can easily boost your home's IQ—and create more free time for you. READ MORE

Plus: Good Reasons to Cancel Amazon Prime

---



### Trusted Financial Advice Backed by Personal Attention

At Vanguard, we're invested in you. Which is precisely why we've created Vanguard Personal Advisor Services®, providing remote access to financial advisors, real-time goal tracking, and more confidence you'll meet your goals. **There's never been a more perfect time to get started.**

ADVERTISEMENT    Vanguard
Personal Advisor Services

---

TAX BREAKS

### Retirees, Make These Midyear Moves to Cut Next Year's Tax Bill



Getty Images

Save money next April by making these six hot-as-July tax moves. READ MORE

Plus: Tax Planning Shouldn't Be an Afterthought

ADVERTISEMENT

---

### Are You Paying Hidden Retirement Fees, Use This Tool

See what retirement might look like for you and get a feel for what our award-winning free dashboard can do. Want a more accurate assessment? READ MORE

ADVERTISEMENT

---

ABOUT KIPLINGER

**When we write about money, we get it right.**
**So the decisions you make with your dollars are also right.**

Since 1920, Kiplinger has earned a reputation as a trusted provider of unbiased financial advice, objective business and economic forecasts, and practical help to millions of business professionals, investors, and individuals seeking to make more profitable decisions with their money.

Our flagship publications include Kiplinger's Personal Finance magazine, The Kiplinger Letter, The Kiplinger Tax Letter, Kiplinger's Retirement Report, and Kiplinger's Investing for Income. All are regarded as the leading publications in their respective fields.

Every day, millions of readers rely on our free e-newsletters and podcasts for help on everything from getting the best rate on a mortgage or car loan, to managing their businesses in an uncertain world, avoiding an IRS audit, building wealth for a secure retirement, or investing wisely in any kind of market.

Now it's your turn to reap all the rewards Kiplinger has to offer. Visit Kiplinger.com, your gateway to all of the above and much more. Check in any time for our latest advice on how to make more money, and keep more of the money you make.

**Stay right on the money, with Kiplinger.**

# Kiplinger

---

Sign Up | Print Publications | Unsubscribe

Privacy Policy | Cookies Policy | Terms and Conditions

CONTACT US: FEEDBACK | ADVERTISE

FUTURE    Future US LLC ©
1100 13th St. NW, Suite 1000, Washington, DC 20005



Kiplinger Today

Build wealth, spend wisely, cut taxes, retire rich



SIGN UP · WEBSITE

---

**TOP STORY**

## Where You Can Find Cheap Overstock Deals on Amazon

Beyond the everyday offerings of Amazon Prime lies Amazon Outlet for bigger discounts. (And it's nice stuff, too.) **READ MORE**

Plus: Have You Heard of This New Amazon Perk?

---

**PAYING FOR COLLEGE**

## These Bonds Funds Could Build a Summer Rally



The market expects consistently lower inflation to arrive sooner rather than later. That's great news for these three bond funds. **READ MORE**

Plus: The 10 Best Bond ETFs to Buy

---



### Weed & Grass Killer Class Action

If you purchased certain Roundup®, HDX®, or Ace® brand weed & grass killer products, you may be entitled to a cash payment from a proposed class action settlement. Visit the Settlement Website for a list of the eligible Products and to make a claim. **READ MORE**

ADVERTISEMENT

---

**SMART BUYING**

## $1,000 Is Enough to Start Investing Here

It's easier than ever to access low-cost, automated investing advice. **READ MORE**

Plus: You've Worked a Lifetime to Build Your Wealth. Here's How to Keep It!

---

**REAL ESTATE**

## Work in Real Estate? 5 Tips to Get Through the Home Sales Slowdown



It's crunch time for real estate agents and brokers. Don't let slumping home sales become a personal finance crisis. Financial planner Lisa Brown wants you to take these proactive steps to head off trouble. **READ MORE**

Plus: How to Shop for a Low Mortgage Rate

---



### Must See Data-Driven Retirement Planner

Find out how much you can afford each month with our data-driven spending plan. **READ MORE**

ADVERTISEMENT

---

**LIFE INSURANCE**

## Tax Relief for Mississippi Water Crisis Victims

Upcoming federal tax filing and payment deadlines are extended for residents and businesses impacted by drinking-water issues. **READ MORE**

Plus: Arizona Storm Victims Get More Time to Pay Taxes

---

**RETIREMENT PLANNING**

## Why a Good Retirement Plan Isn't Separate Pieces, But a Holistic Strategy



From taxes to income and investments, there are many moving parts to your retirement plan. Financial planner Brian Quick explains how to fit them together to make the most of what you've got. **READ MORE**

Plus: An Easy Way to Find How Much You Will Spend in Retirement

---

### This Billion Dollar Startup Can Change the Way People Retire

This billion dollar startup is helping people plan for an easier retirement. With 110 million Americans over age 50, it's no wonder people are taking notice. **READ MORE**

ADVERTISEMENT

---

**ABOUT KIPLINGER**

When we write about money, we get it right.

So the decisions you make with your dollars are also right.

Since 1920, Kiplinger has earned a reputation as a trusted provider of unbiased financial advice, objective business and economic forecasts, and practical help to millions of business professionals, investors, and individuals seeking to make more profitable decisions with their money.

Our flagship publications include Kiplinger's Personal Finance magazine, The Kiplinger Letter, The Kiplinger Tax Letter, Kiplinger's Retirement Report, and Kiplinger's Investing for Income. All are regarded as the leading publications in their respective fields.

Every day, millions of readers rely on our free e-newsletters and podcasts for help on everything from getting the best rate on a mortgage or car loan, to managing their businesses in an uncertain world, avoiding an IRS audit, building wealth for a secure retirement, or investing wisely in any kind of market.

Now it's your turn to reap all the rewards Kiplinger has to offer. Visit Kiplinger.com, your gateway to all of the above and much more. Check in any time for our latest advice on how to make more money, and keep more of the money you make.

Stay right on the money, with Kiplinger.

**Kiplinger**

---

Sign Up | Print Publications | Unsubscribe

Privacy Policy | Cookies Policy | Terms and Conditions

CONTACT US: FEEDBACK | ADVERTISE



July 22, 2022

# A Step Ahead

Protect your business and investments in turbulent times



CONNECT WITH KIPLINGER

SIGN UP · WEBSITE

---

**WHAT'S IN THE WORKS**

Wall Streeters are starting to debate whether the bear market bottomed in mid-June – since then, the S&P 500 is up about 6%. **"Over the past few days we are seeing some signs of life from breadth,"** says Scott Brown, technical market strategist at **LPL Financial.** Market breadth refers to a ratio of the number of rising stocks to the number of those declining in value.

"Tuesday was the best day for breadth on the New York Stock Exchange since January 4, 2019," says Brown. "While breadth has been rather unimpressive during the market's rally since the June lows, days like Tuesday are exactly what we are looking for, and can go a long way towards changing the character of this market."

## Weed & Grass Killer Class Action

If you purchased certain Roundup®, HDX®, or Ace® brand weed & grass killer products, you may be entitled to a cash payment from a proposed class action settlement. Visit the Settlement Website for a list of the eligible Products and to make a claim. **READ MORE**

ADVERTISEMENT

---

**CONTINUED**

The Tuesday reading saw advancers outnumber decliners by more than 14:1 on the NYSE, and that comes on the heels of a nearly 8:1 reading on Friday, which at the time was the best reading since May of this year. Data on the S&P 500 was similar, with 98% of stocks advancing, the most since December 26, 2018, the first trading day after the market low that occurred on December 24, 2018.

**"To be clear, the S&P 500 is not out of the woods yet,"** says Brown. Some 25% of stocks in the S&P 500 are lower than they were a month ago, he notes. And the sharp rally on Tuesday ran into resistance as the S&P 500 approached its late-June highs, then wobbled on Wednesday.

**Evusheld, a monoclonal antibody protection against COVID-19 infection for the immunocompromised made by AstraZeneca (AZN), is being underused despite proven effectiveness.** Few seem to know about it, including physicians. Only 165,000 of an estimated 7 million immunocompromised have received it so far. The need is there. The immunocompromised make up 12% of hospital admissions for COVID-19, while being only 3% of the population, according to the Centers for Disease Control and Prevention. A reason for the disparity is that prior vaccination of the immunocompromised doesn't seem to help as much in reducing symptoms if an infection occurs as it would in the general population. AstraZeneca launched a direct-to-consumer ad campaign last month.

Evusheld is administered by two shots of 300 mg each into muscle. The patient has to be monitored for an hour after receiving the injection. Recipients must be 12 years of age or older. Its efficacy lasts for about 6 months, and it can be readministered after that time. Evusheld is intended as a vaccine supplement or substitute. If as a supplement, it should be given at least two months after vaccination.

*Free download, The Kiplinger Letter's Forecast. No information required from you.*



## Hire a Professional: Compare Up to 3 Financial Advisors That Serve Your Area

Ready to kick your retirement plan into high gear? Compare fiduciary financial advisors who serve your area. **READ MORE**

ADVERTISEMENT

---

**ALSO ON KIPLINGER**

- The 27 Best Smart Home Devices
- What Is the Social Security COLA?
- 10 Defensive ETFs to Protect Your Portfolio
- Top Bear Market Tips from 10 Financial Advisers
- **Sign up free for A Step Ahead: Guidance on how to navigate today's challenges to business, the economy, and financial markets.**

---

**ABOUT KIPLINGER**

**When we write about money, we get it right.**
**So the decisions you make with your dollars are also right.**

Since 1920, Kiplinger has earned a reputation as a trusted provider of unbiased financial advice, objective business and economic forecasts, and practical help to millions of business professionals, investors, and individuals seeking to make more profitable decisions with their money.

Our flagship publications include *Kiplinger's Personal Finance* magazine, *The Kiplinger Letter*, *The Kiplinger Tax Letter*, *Kiplinger's Retirement Report*, and *Kiplinger's Investing for Income*. All are regarded as the leading publications in their respective fields.

Every day, millions of readers rely on our free e-newsletters and podcasts for help on everything from getting the best rate on a mortgage or car loan, to managing their businesses in an uncertain world, avoiding an IRS audit, building wealth for a secure retirement, or investing wisely in any kind of market.

Now it's your turn to reap all the rewards Kiplinger has to offer. Visit Kiplinger.com, your gateway to all of the above and much more. Check in any time for our latest advice on how to make more money, and keep more of the money you make.

**Stay right on the money, with Kiplinger.**

# Kiplinger

---



Future US LLC ©
1100 13th St. NW, Suite 1000, Washington, DC 20005

August 1, 2022                                CONNECT WITH KIPLINGER

# A Step Ahead

Protect your business and investments in turbulent times

**Kiplinger**

SIGN UP · WEBSITE

---

**WHAT'S IN THE WORKS**

## Has the Stock Market Bottomed?

**Market strategist Ed Yardeni** is making the case that the stock market bottomed on **June 16**, at a level of 3,666.77. The broad-market benchmark is up 12.6% since then. "There are still some buying opportunities, but the market has had a nice rally," Yardeni says.

**Signs that a bottom is in,** according to Yardeni.

**The economy just isn't that bad.** "We've had data showing a slowdown, but not any meaningful recession scenario," Yardeni says. That was confirmed by the most recent reading of the Purchasing Managers Index, released by the Institute of Supply Chain Management on August 1, he says. The PMI index registered 52.8%, down from 53 in June and the lowest figure since June 2020. But the dip was less than expected, and a reading of 50 or above indicates that the manufacturing economy is expanding, not contracting. Recessions are typically associated with readings around 45 to 48, Yardeni says. "It doesn't mean we can't still have a recession, but this rally reflects the perception that even if it's a technical recession it won't be that bad."

**Inflation might be peaking.** Commodity prices have been easing since early June, and average hourly earnings are showing signs of moderation. The stock market wasn't phased by a 9.1% jump in consumer prices for the year ended in June. The July Consumer Price Index, released on August 10, is likely to show moderation in food and energy costs, and also in the prices of durable goods such as appliances. "Rent inflation is going to be the problem," Yardeni says. Don't expect inflation to retreat to 2% any time soon, "but 4% to 5% is going to look pretty good in the second half of 2022. Next year, it could go down to 3% to 4% - and maybe that's it for a while."

**Federal Reserve rate hikes might soon be over.** The strengthening of the U.S. dollar is roughly equivalent to a half-point hike, Yardeni figures. And quantitative tightening—the process by which the Fed reduces the size of its balance sheet by letting some of the bonds it holds mature without replacing them—might be worth another half-point. Short-term bond yields seem to be predicting one more half-point hike in September, says Yardeni, "and we kind of agree with that."

---

### Weed & Grass Killer Class Action

If you purchased certain Roundup®, HDX®, or Ace® brand weed & grass killer products, you may be entitled to a cash payment from a proposed class action settlement. Visit the Settlement Website for a list of the eligible Products and to make a claim. **READ MORE**

ADVERTISEMENT

---

**CONTINUED**

**Market underpinnings are holding up.** Negative sentiment, which works well as a market indicator, seemed to trough in June. Yes, analysts are cutting back corporate earnings estimates—but not by much. "Analysts didn't get the recession memo," Yardeni says. Look for estimated earnings growth to be basically flat for the rest of the year, and the market's price-earnings ratio to hover close to where it is now—arguing for a range bound market for the rest of 2022, according to Yardeni, with no new high until closer to the end of 2023.

And speaking of PMI, **purchasing managers in manufacturing companies are reporting a gradual slowdown, but not a quick one. That may indicate a delay in the expected onset of recession.** New orders are contracting, but production is still rising, on average, as manufacturers work through backlogs. About a third of manufacturers say that their customers' inventories are still too low. While this is down from nearly half in May, it still indicates support for current levels of production. Production levels would be even higher, but a third of companies surveyed reported continuing labor shortages.

**While the slowdown is gradual, it is still a slowdown.** Companies' inventories of materials are growing at a fast rate as supply chain problems ease. Normally, this would be regarded as a good thing, but some companies are expressing concerns that they may have too much, given declining orders. Also, a good part of export order growth is demand for U.S. energy, given the shortages in Europe caused by the restriction in Russian supply. As European economies sputter this fall, non-energy U.S. exports to Europe are also likely to slow.

---



### 7 Mistakes Comfortable Retirees Know to Avoid

Working with a financial advisor can be a crucial part of any retirement plan, but most people make these 7 avoidable mistakes when hiring one. **READ MORE**

ADVERTISEMENT

---

**ALSO ON KIPLINGER**

- Income-Investing Picks for a Recession
- Audit-Proof Your Small Business
- 10 Easily Fixable, But Often Overlooked, Financial Planning Items
- How Senate Breakthrough on Climate Could Benefit ESG Investors
- 12 Reasons to Retire in an RV

---

**ABOUT KIPLINGER**

**When we write about money, we get it right.**
**So the decisions you make with your dollars are also right.**

Since 1920, Kiplinger has earned a reputation as a trusted provider of unbiased financial advice, objective business and economic forecasts, and practical help to millions of business professionals, investors, and individuals seeking to make more profitable decisions with their money.

Our flagship publications include *Kiplinger's Personal Finance* magazine, *The Kiplinger Letter*, *The Kiplinger Tax Letter*, *Kiplinger's Retirement Report*, and *Kiplinger's Investing for Income*. All are regarded as the leading publications in their respective fields.

Every day, millions of readers rely on our free e-newsletters and podcasts for help on everything from getting the best rate on a mortgage or car loan, to managing their businesses in an uncertain world, avoiding an IRS audit, building wealth for a secure retirement, or investing wisely in any kind of market.

Now it's your turn to reap all the rewards Kiplinger has to offer. Visit Kiplinger.com, your gateway to all of the above and much more. Check in any time for our latest advice on how to make more money, and keep more of the money you make.

**Stay right on the money, with Kiplinger.**

**Kiplinger**

---

Sign Up | Print Publications | Unsubscribe

Privacy Policy | Cookies Policy | Terms and Conditions

CONTACT US: FEEDBACK | ADVERTISE

FUTURE                Future US LLC ®
                      1100 13th St. NW, Suite 1000, Washington, DC 20005

August 3, 2022

# **A Step** Ahead

Protect your business and investments in turbulent times

**Kiplinger**

SIGN UP · WEBSITE

---

**SAVING MONEY**

**It has been an undeniably rough year for stocks, with the S&P 500 down more than 14% so far.** Adding to the dark clouds are recession worries, which were amplified last week after the preliminary reading on Q2 gross domestic product showed the U.S. economy contracted for a second straight quarter. And with midterm elections on the horizon and uncertainty around the staying power of sky-high inflation and the magnitude of the Fed's next rate hike swirling, it's likely the volatility will continue . . at least for the time being.

---

## Weed & Grass Killer Class Action

If you purchased certain Roundup®, HDX®, or Ace® brand weed & grass killer products, you may be entitled to a cash payment from a proposed class action settlement. Visit the Settlement Website for a list of the eligible Products and to make a claim. **READ MORE**

ADVERTISEMENT

---

**CONTINUED**

But for investors, if their time horizon is long enough, this volatility can be weathered, says Mike Charalambous, director at investment information website Invezz. "The way you invest during a recession is actually as important – if not more – than what you decide to invest in," he adds. **The team at Invezz offers up five tips for investors to prepare portfolios for a potential recession.**

1. "**Invest with money you can afford.** It goes without saying that you should never spend money that you cannot afford to lose, and investing is no exception."
2. "**Look into stocks that are 'protected' from market volatility.** Some firms are less affected by economic cycles while the rest of the economy suffers." These include consumer staples and healthcare stocks, which provide essential services.
3. "**Diversify to reduce risk**. "Not placing all of your eggs in one basket means that the impact of a crash in one industry or firm is reduced by other investments."
4. "**Invest in a ready-made portfolio**. Many investment management firms offer ready-made portfolios which aim to have a sensible spread of investments, including non-stock market assets such as bonds and property."
5. "**Proceed with caution when it comes to "fad" investments**. "As usual, do your homework, and if you believe it is a worthwhile investment, go ahead and do it."

**Some people taking Paxlovid as a treatment for COVID-19 are finding that their symptoms reappear for a time after finishing their five-day course with the drug.** This can wreak havoc with patients' attempts to limits contacts while they are contagious. Scientists are currently studying the phenomenon. A current theory is that Paxlovid stops the virus from replicating enough so that symptoms disappear and COVID-19 tests become negative, but that after the patient stops taking the drugs, the virus may start up again. If this is true, the solution may be that some people need to take Paxlovid for longer than five days. Some doctors are already prescribing longer treatment periods, but there are no official recommendations yet.

**The Centers for Disease Control and Prevention recommend Paxlovid for early treatment of COVID-19 in those who are high risk.** The drug does lessen symptoms while it is being taken, and likely reduces the severity of symptoms if there is a rebound. **However, those who want more certainty could consider receiving intravenous treatments of monoclonal antibodies, which are more readily available now than they were earlier in the pandemic.**

*Free download, The Kiplinger Letter's Forecast. No information required from you.*

---



**Trusted Financial Advice Backed by Personal Attention**

At Vanguard, we're invested in you. Which is precisely why we've created Vanguard Personal Advisor Services®, providing remote access to financial advisors, real-time goal tracking, and more confidence you'll meet your goals. **There's never been a more perfect time to get started.**

ADVERTISEMENT

---

**ALSO ON KIPLINGER**

- How to Invest for a Recession
- How Four Households Are Tackling Inflation
- Get Free Over-the-Counter COVID Tests Through Medicare
- 10 Dividend Growth Stocks Delivering Impressive Increases
- Sign Up for Kiplinger's Free Tax Tips E-Newsletter for Money-Saving Tax Planning and Compliance Advice

---

**ABOUT KIPLINGER**

**When we write about money, we get it right.**
**So the decisions you make with your dollars are also right.**

Since 1920, Kiplinger has earned a reputation as a trusted provider of unbiased financial advice, objective business and economic forecasts, and practical help to millions of business professionals, investors, and individuals seeking to make more profitable decisions with their money.

Our flagship publications include Kiplinger's Personal Finance magazine, The Kiplinger Letter, The Kiplinger Tax Letter, Kiplinger's Retirement Report, and Kiplinger's Investing for Income. All are regarded as the leading publications in their respective fields.

Every day, millions of readers rely on our free e-newsletters and podcasts for help on everything from getting the best rate on a mortgage or car loan, to managing their businesses in an uncertain world, avoiding an IRS audit, building wealth for a secure retirement, or investing wisely in any kind of market.

Now it's your turn to reap all the rewards Kiplinger has to offer. Visit Kiplinger.com, your gateway to all of the above and much more. Check in any time for our latest advice on how to make more money, and keep more of the money you make.

**Stay right on the money, with Kiplinger.**

**Kiplinger**

---

Sign Up | Print Publications | Unsubscribe

Privacy Policy | Cookies Policy | Terms and Conditions

CONTACT US: FEEDBACK | ADVERTISE

F U T U R E

Future US LLC ®
1100 13th St. NW, Suite 1000, Washington, DC 20005

| | |
|---|---|
| **From:** | Better Homes & Gardens - Partner Offers <BHG@specialoffers.meredith.com> |
| **Sent:** | Wednesday, July 27, 2022 7:01 AM |
| **To:** | |
| **Subject:** | If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products |

You may be entitled to get a payment from a class action settlement.

View in Browser

# Better Homes & Gardens.

Dear Better Homes & Gardens member:

We're always searching for special offers to benefit Better Homes & Gardens members. Here's an offer from one of our partners that we thought might interest you.

## If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products, You May Be Entitled To A Cash Payment From A Proposed Class Action Settlement

**SUBMIT A CLAIM**

**Documentation May be Required for Some Claims**

**CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE IF THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS.**

This Settlement resolves a class action lawsuit, *Scott Gilmore et al. v. Monsanto Company, et al* . (No. 3:21-cv-8159), pending in the United States District Court for the Northern District of California (the "Court") against Monsanto Company, the manufacturer of certain Roundup®, Ace®, and HDX® weed and grass killer products (the "Products").

The lawsuit alleges that Monsanto falsely advertised and promoted the Products by failing to disclose that they, and their active ingredient, glyphosate, could potentially cause cancer or other adverse health effects. Monsanto denies these allegations and any wrongdoing. The Settlement avoids costs and risks from continuing the lawsuit, provides relief to purchasers of the Products during the relevant time period, and releases Monsanto and others from liability for related claims.

### Who's Included?

1

You may be a Settlement Class Member entitled to a cash payment if you purchased certain Roundup®, HDX®, or Ace® brand weed and grass killer products containing glyphosate sold by consumer retailers during the relevant time period. This case is not a personal-injury case. Plaintiffs do not allege that they were injured or became ill from exposure to the Products. You do not have to have suffered personal injury to be a member of the Settlement Class or to file a claim. If you purchased any of the Products during the Class Period for purposes other than resale or distribution, you are in the Settlement Class and can make a claim.

The time period during which purchases are included in this Settlement differs from state to state, depending on each state's statutes of limitations. Visit the Settlement Website at www.WeedKillerAdSettlement.com for a complete list of the eligible Products and to determine if your purchase(s) are eligible for compensation.

## What Does The Settlement Provide?

The proposed Class Action Settlement Agreement ("Settlement" or "Agreement") will provide the Class with monetary relief in an amount not less than **$23 million** (the "Floor Amount") and not greater than **$45 million** (the "Ceiling Amount") to pay all aspects of the Settlement. Class Members will be able to make claims for payments for the qualifying Products they bought during the Class Period, equivalent to approximately 20% of their weighted average retail price during the relevant Class Period. Payments per unit range from $0.50 to $33.00, for between 2 and 11 units without proof of purchase, depending on the state of purchase (you may be able to exceed the applicable limits with valid proof of purchase). If the Court approves the Settlement and you have not excluded yourself as described below, you will be bound by the Settlement and barred from suing Monsanto and related entities for the claims released in the Settlement. The Released Claims are described in detail at www.WeedKillerAdSettlement.com.

## What Are My Rights And Options?

**Make a Claim.** You must submit a claim by going to www.WeedKillerAdSettlement.com and submitting (or mailing) a claim form. Class Members may make a claim by either an affirmation of the identity and quantity purchased or submitting proof(s) of purchase. The deadline to **postmark or submit your claim online is October 19, 2022**.

**Other Options.** The purpose of this Notice is to inform you of this lawsuit so you can make an informed decision as to whether you should remain in or opt out of this Settlement. **Your legal rights are affected**, and you have a choice to make now. If you do not want to be legally bound by the Settlement, you must exclude yourself by **October 19, 2022**. If you do not exclude yourself, you will release any claims you may have, as more fully described in the Settlement Agreement, available at www.WeedKillerAdSettlement.com. You may remain a Settlement Class Member and object to the Settlement by **December 5, 2022**. You may choose to pay for and be represented by a lawyer who may send the objection for you. The Settlement Website explains how to exclude yourself or object.

The Court will hold a Final Approval Hearing on January 12, 2023, at 2:30 p.m. to consider whether to approve the Settlement, attorneys' fees and expenses, and Class Representative service awards. You may ask the Court to appear at the Final Approval Hearing, but you do not have to appear at the hearing.

## How Can I Get More Information?

This notice summarizes the proposed Settlement. For detailed information, visit the Settlement Website, contact the Claims Administrator at (833) 749-1489, contact Class Counsel at (310) 396-9600, or access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

   

**Unsubscribe**

This email was sent to bschwartz@pncpa.com  |  Was this email forwarded to you? **Subscribe here**

Meredith Corporation, 1716 Locust Street, Des Moines, IA 50309 ©2022. All Rights Reserved.
Privacy Policy  |  Terms of Service

| | |
|---|---|
| **From:** | Better Homes & Gardens - Partner Offers <BHG@specialoffers.meredith.com> |
| **Sent:** | Wednesday, August 3, 2022 7:02 AM |
| **To:** | |
| **Subject:** | If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products |

You may be entitled to get a payment from a class action settlement.

View in Browser

# Better Homes & Gardens.

Dear Better Homes & Gardens member:

We're always searching for special offers to benefit Better Homes & Gardens members. Here's an offer from one of our partners that we thought might interest you.

## If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products, You May Be Entitled To A Cash Payment From A Proposed Class Action Settlement

**SUBMIT A CLAIM**

**Documentation May be Required for Some Claims**

**CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE IF THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS.**

This Settlement resolves a class action lawsuit, *Scott Gilmore et al. v. Monsanto Company, et al* . (No. 3:21-cv-8159), pending in the United States District Court for the Northern District of California (the "Court") against Monsanto Company, the manufacturer of certain Roundup®, Ace®, and HDX® weed and grass killer products (the "Products").

The lawsuit alleges that Monsanto falsely advertised and promoted the Products by failing to disclose that they, and their active ingredient, glyphosate, could potentially cause cancer or other adverse health effects. Monsanto denies these allegations and any wrongdoing. The Settlement avoids costs and risks from continuing the lawsuit, provides relief to purchasers of the Products during the relevant time period, and releases Monsanto and others from liability for related claims.

## Who's Included?

1

You may be a Settlement Class Member entitled to a cash payment if you purchased certain Roundup®, HDX®, or Ace® brand weed and grass killer products containing glyphosate sold by consumer retailers during the relevant time period. This case is not a personal-injury case. Plaintiffs do not allege that they were injured or became ill from exposure to the Products. You do not have to have suffered personal injury to be a member of the Settlement Class or to file a claim. If you purchased any of the Products during the Class Period for purposes other than resale or distribution, you are in the Settlement Class and can make a claim.

The time period during which purchases are included in this Settlement differs from state to state, depending on each state's statutes of limitations. Visit the Settlement Website at www.WeedKillerAdSettlement.com for a complete list of the eligible Products and to determine if your purchase(s) are eligible for compensation.

## What Does The Settlement Provide?

The proposed Class Action Settlement Agreement ("Settlement" or "Agreement") will provide the Class with monetary relief in an amount not less than **$23 million** (the "Floor Amount") and not greater than **$45 million** (the "Ceiling Amount") to pay all aspects of the Settlement. Class Members will be able to make claims for payments for the qualifying Products they bought during the Class Period, equivalent to approximately 20% of their weighted average retail price during the relevant Class Period. Payments per unit range from $0.50 to $33.00, for between 2 and 11 units without proof of purchase, depending on the state of purchase (you may be able to exceed the applicable limits with valid proof of purchase). If the Court approves the Settlement and you have not excluded yourself as described below, you will be bound by the Settlement and barred from suing Monsanto and related entities for the claims released in the Settlement. The Released Claims are described in detail at www.WeedKillerAdSettlement.com.

## What Are My Rights And Options?

**Make a Claim.** You must submit a claim by going to www.WeedKillerAdSettlement.com and submitting (or mailing) a claim form. Class Members may make a claim by either an affirmation of the identity and quantity purchased or submitting proof(s) of purchase. The deadline to **postmark or submit your claim online is October 19, 2022**.

**Other Options.** The purpose of this Notice is to inform you of this lawsuit so you can make an informed decision as to whether you should remain in or opt out of this Settlement. **Your legal rights are affected**, and you have a choice to make now. If you do not want to be legally bound by the Settlement, you must exclude yourself by **October 19, 2022**. If you do not exclude yourself, you will release any claims you may have, as more fully described in the Settlement Agreement, available at www.WeedKillerAdSettlement.com. You may remain a Settlement Class Member and object to the Settlement by **December 5, 2022**. You may choose to pay for and be represented by a lawyer who may send the objection for you. The Settlement Website explains how to exclude yourself or object.

The Court will hold a Final Approval Hearing on January 12, 2023, at 2:30 p.m. to consider whether to approve the Settlement, attorneys' fees and expenses, and Class Representative service awards. You may ask the Court to appear at the Final Approval Hearing, but you do not have to appear at the hearing.

## How Can I Get More Information?

This notice summarizes the proposed Settlement. For detailed information, visit the Settlement Website, contact the Claims Administrator at (833) 749-1489, contact Class Counsel at (310) 396-9600, or access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

   

**Unsubscribe**

This email was sent to bschwartz@pncpa.com  |  Was this email forwarded to you? **Subscribe here**

Meredith Corporation, 1716 Locust Street, Des Moines, IA 50309 ©2022. All Rights Reserved.
Privacy Policy  |  Terms of Service

You may be entitled to get a payment from a class action settlement.
View in Browser

# Better Homes & Gardens.

Dear Better Homes & Gardens member:
We're always searching for special offers to benefit Better Homes & Gardens members. Here's an offer from one of our partners that we thought might interest you.

## If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products, You May Be Entitled To A Cash Payment From A Proposed Class Action Settlement

### SUBMIT A CLAIM

**Documentation May be Required for Some Claims**

**CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE IF THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS.**

This Settlement resolves a class action lawsuit, *Scott Gilmore et al. v. Monsanto Company, et al* . (No. 3:21-cv-8159), pending in the United States District Court for the Northern District of California (the "Court") against Monsanto Company, the manufacturer of certain Roundup®, Ace®, and HDX® weed and grass killer products (the "Products").

The lawsuit alleges that Monsanto falsely advertised and promoted the Products by failing to disclose that they, and their active ingredient, glyphosate, could potentially cause cancer or other adverse health effects. Monsanto denies these allegations and any wrongdoing. The Settlement avoids costs and risks from continuing the lawsuit, provides relief to purchasers of the Products during the relevant time period, and releases Monsanto and others from liability for related claims.

### Who's Included?

You may be a Settlement Class Member entitled to a cash payment if you purchased certain Roundup®, HDX®, or Ace® brand weed and grass killer products containing glyphosate sold by consumer retailers during the relevant time period. This case is <u>not</u> a personal-injury case. Plaintiffs do not allege that they were injured or became ill from exposure to the Products. You do not have to have suffered personal injury to be a member of the Settlement Class or to file a claim. If you purchased any of the Products during the Class Period for purposes other than resale or distribution, you are in the Settlement Class and can make a claim.

The time period during which purchases are included in this Settlement differs from state to state, depending on each state's statutes of limitations. Visit the Settlement Website at www.WeedKillerAdSettlement.com for a complete list of the eligible Products and to determine if your purchase(s) are eligible for compensation.

### What Does The Settlement Provide?

The proposed Class Action Settlement Agreement ("Settlement" or "Agreement") will provide the Class with monetary relief in an amount not less than **$23 million** (the "Floor Amount") and not greater than **$45 million** (the "Ceiling Amount") to pay all aspects of the Settlement. Class Members will be able to make claims for payments for the qualifying Products they bought during the Class Period, equivalent to approximately 20% of their weighted average retail price during the relevant time period. Payments per unit range from $0.50 to $33.00, for between 2 and 11 units without proof of purchase, depending on the state of purchase (you may be able to exceed the applicable limits with valid proof of purchase). If the Court approves the Settlement and you have not excluded yourself as described below, you will be bound by the Settlement and barred from suing Monsanto and related entities for the claims released in the Settlement. The Released Claims are described in detail at www.WeedKillerAdSettlement.com.

### What Are My Rights And Options?

**Make a Claim.** You must submit a claim by going to <u>www.WeedKillerAdSettlement.com</u> and identifying your proof of membership in the Class and providing an affirmation of the identity and quantity purchased or submitting proof(s) of purchase. The deadline to **postmark or submit your claim online is October 19, 2022**.

**Other Options.** The purpose of this Notice is to inform you of this lawsuit so you can make an informed decision as to whether you should remain in or opt out of this Settlement. **Your legal rights are affected**, and you have a choice to make now. If you do not want to be legally bound by the Settlement, you must exclude yourself by **October 19, 2022**. If you do not exclude yourself, you will release any claims you may have, as more fully described in the Settlement Agreement, available at <u>www.WeedKillerAdSettlement.com</u>. You may remain a Settlement Class Member and object to the Settlement by **December 5, 2022**. You may choose to pay for and be represented by a lawyer who may send the objection for you. The Settlement Website explains how to exclude yourself or object.

The Court will hold a Final Approval Hearing on January 12, 2023, at 2:30 p.m. to consider whether to approve the Settlement, attorneys' fees and expenses, and Class Representative service awards. You may ask the Court to appear at the Final Approval Hearing, but you do not have to appear at the hearing.

### How Can I Get More Information?

This notice summarizes the proposed Settlement. For detailed information, visit the Settlement Website, contact the Claims Administrator at (833) 749-1489, contact Class Counsel at (310) 396-9600, or access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at <u>https://ecf.cand.uscourts.gov</u>, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

   

**Unsubscribe**

This email was sent to bschwartz@pncpa.com | Was this email forwarded to you? **Subscribe here**

Meredith Corporation, 1716 Locust Street, Des Moines, IA 50309 ©2022. All Rights Reserved.
Privacy Policy | Terms of Service

| | |
|---|---|
| **From:** | Southern Living - Partner Offers <SouthernLiving@specialoffers.meredith.com> |
| **Sent:** | Wednesday, July 27, 2022 7:00 AM |
| **To:** | |
| **Subject:** | If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products |

You may be entitled to get a payment from a class action settlement.

View in Browser

# Southern Living

Dear Southern Living member:

We're always searching for special offers to benefit Southern Living members. Here's an offer from one of our partners that we thought might interest you.

## If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products, You May Be Entitled To A Cash Payment From A Proposed Class Action Settlement

SUBMIT A CLAIM

**Documentation May be Required for Some Claims**

**CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE IF THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS.**

This Settlement resolves a class action lawsuit, *Scott Gilmore et al. v. Monsanto Company, et al*. (No. 3:21-cv-8159), pending in the United States District Court for the Northern District of California (the "Court") against Monsanto Company, the manufacturer of certain Roundup®, Ace®, and HDX® weed and grass killer products (the "Products").

The lawsuit alleges that Monsanto falsely advertised and promoted the Products by failing to disclose that they, and their active ingredient, glyphosate, could potentially cause cancer or other adverse health effects. Monsanto denies these allegations and any wrongdoing. The Settlement avoids costs and risks from continuing the lawsuit, provides relief to purchasers of the Products during the relevant time period, and releases Monsanto and others from liability for related claims.

## Who's Included?

You may be a Settlement Class Member entitled to a cash payment if you purchased certain Roundup®, HDX®, or Ace® brand weed and grass killer products containing glyphosate sold by consumer retailers during the relevant time period. This case is <u>not</u> a personal-injury case. Plaintiffs do not allege that they were injured or became ill from exposure to the Products. You do not have to have suffered personal injury to be a member of the Settlement Class or to file a claim. If you purchased any of the Products during the Class Period for purposes other than resale or distribution, you are in the Settlement Class and can make a claim.

The time period during which purchases are included in this Settlement differs from state to state, depending on each state's statutes of limitations. Visit the Settlement Website at www.WeedKillerAdSettlement.com for a complete list of the eligible Products and to determine if your purchase(s) are eligible for compensation.

## What Does The Settlement Provide?

The proposed Class Action Settlement Agreement ("Settlement" or "Agreement") will provide the Class with monetary relief in an amount not less than **$23 million** (the "Floor Amount") and not greater than **$45 million** (the "Ceiling Amount") to pay all aspects of the Settlement. Class Members will be able to make claims for payments for the qualifying Products they bought during the Class Period, equivalent to approximately 20% of their weighted average retail price during the relevant Class Period. Payments per unit range from $0.50 to $33.00, for between 2 and 11 units without proof of purchase, depending on the state of purchase (you may be able to exceed the applicable limits with valid proof of purchase). If the Court approves the Settlement and you have not excluded yourself as described below, you will be bound by the Settlement and barred from suing Monsanto and related entities for the claims released in the Settlement. The Released Claims are described in detail at www.WeedKillerAdSettlement.com.

## What Are My Rights And Options?

**Make a Claim.** You must submit a claim by going to www.WeedKillerAdSettlement.com and submitting (or mailing) a claim form. Class Members may make a claim by either an affirmation of the identity and quantity purchased or submitting proof(s) of purchase. The deadline to **postmark or submit your claim online is October 19, 2022**.

**Other Options.** The purpose of this Notice is to inform you of this lawsuit so you can make an informed decision as to whether you should remain in or opt out of this Settlement. **Your legal rights are affected**, and you have a choice to make now. If you do not want to be legally bound by the Settlement, you must exclude yourself by **October 19, 2022**. If you do not exclude yourself, you will release any claims you may have, as more fully described in the Settlement Agreement, available at www.WeedKillerAdSettlement.com. You may remain a Settlement Class Member and object to the Settlement by **December 5, 2022**. You may choose to pay for and be represented by a lawyer who may send the objection for you. The Settlement Website explains how to exclude yourself or object.

The Court will hold a Final Approval Hearing on January 12, 2023, at 2:30 p.m. to consider whether to approve the Settlement, attorneys' fees and expenses, and Class Representative service awards. You may ask the Court to appear at the Final Approval Hearing, but you do not have to appear at the hearing.

## How Can I Get More Information?

This notice summarizes the proposed Settlement. For detailed information, visit the Settlement Website, contact the Claims Administrator at (833) 749-1489, contact Class Counsel at (310) 396-9600, or access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

   

**Unsubscribe**

This email was sent to bschwartz@pncpa.com  |  Was this email forwarded to you? **Subscribe here**

Meredith Corporation, 1716 Locust Street, Des Moines, IA 50309 ©2022. All Rights Reserved.

Privacy Policy  |  Terms of Service

**From:**        Southern Living - Partner Offers <SouthernLiving@specialoffers.meredith.com>
**Sent:**         Wednesday, August 3, 2022 8:01 AM
**To:**
**Subject:**    If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products

You may be entitled to get a payment from a class action settlement.
View in Browser

# Southern Living

Dear Southern Living member:
We're always searching for special offers to benefit Southern Living members. Here's an offer from one of
our partners that we thought might interest you.

## If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products, You May Be Entitled To A Cash Payment From A Proposed Class Action Settlement

SUBMIT A CLAIM

**Documentation May be Required for Some Claims**

**CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE IF THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS.**

This Settlement resolves a class action lawsuit, *Scott Gilmore et al. v. Monsanto Company, et al* . (No. 3:21-cv-8159), pending in the United States District Court for the Northern District of California (the "Court") against Monsanto Company, the manufacturer of certain Roundup®, Ace®, and HDX® weed and grass killer products (the "Products").

The lawsuit alleges that Monsanto falsely advertised and promoted the Products by failing to disclose that they, and their active ingredient, glyphosate, could potentially cause cancer or other adverse health effects. Monsanto denies these allegations and any wrongdoing. The Settlement avoids costs and risks from continuing the lawsuit, provides relief to purchasers of the Products during the relevant time period, and releases Monsanto and others from liability for related claims.

## Who's Included?

You may be a Settlement Class Member entitled to a cash payment if you purchased certain Roundup®, HDX®, or Ace® brand weed and grass killer products containing glyphosate sold by consumer retailers during the relevant time period. This case is <u>not</u> a personal-injury case. Plaintiffs do not allege that they were injured or became ill from exposure to the Products. You do not have to have suffered personal injury to be a member of the Settlement Class or to file a claim. If you purchased any of the Products during the Class Period for purposes other than resale or distribution, you are in the Settlement Class and can make a claim.

The time period during which purchases are included in this Settlement differs from state to state, depending on each state's statutes of limitations. Visit the Settlement Website at www.WeedKillerAdSettlement.com for a complete list of the eligible Products and to determine if your purchase(s) are eligible for compensation.

## What Does The Settlement Provide?

The proposed Class Action Settlement Agreement ("Settlement" or "Agreement") will provide the Class with monetary relief in an amount not less than **$23 million** (the "Floor Amount") and not greater than **$45 million** (the "Ceiling Amount") to pay all aspects of the Settlement. Class Members will be able to make claims for payments for the qualifying Products they bought during the Class Period, equivalent to approximately 20% of their weighted average retail price during the relevant Class Period. Payments per unit range from $0.50 to $33.00, for between 2 and 11 units without proof of purchase, depending on the state of purchase (you may be able to exceed the applicable limits with valid proof of purchase). If the Court approves the Settlement and you have not excluded yourself as described below, you will be bound by the Settlement and barred from suing Monsanto and related entities for the claims released in the Settlement. The Released Claims are described in detail at www.WeedKillerAdSettlement.com.

## What Are My Rights And Options?

**Make a Claim.** You must submit a claim by going to www.WeedKillerAdSettlement.com and submitting (or mailing) a claim form. Class Members may make a claim by either an affirmation of the identity and quantity purchased or submitting proof(s) of purchase. The deadline to **postmark or submit your claim online is October 19, 2022**.

**Other Options.** The purpose of this Notice is to inform you of this lawsuit so you can make an informed decision as to whether you should remain in or opt out of this Settlement. **Your legal rights are affected**, and you have a choice to make now. If you do not want to be legally bound by the Settlement, you must exclude yourself by **October 19, 2022**. If you do not exclude yourself, you will release any claims you may have, as more fully described in the Settlement Agreement, available at www.WeedKillerAdSettlement.com. You may remain a Settlement Class Member and object to the Settlement by **December 5, 2022**. You may choose to pay for and be represented by a lawyer who may send the objection for you. The Settlement Website explains how to exclude yourself or object.

The Court will hold a Final Approval Hearing on January 12, 2023, at 2:30 p.m. to consider whether to approve the Settlement, attorneys' fees and expenses, and Class Representative service awards. You may ask the Court to appear at the Final Approval Hearing, but you do not have to appear at the hearing.

## How Can I Get More Information?

This notice summarizes the proposed Settlement. For detailed information, visit the Settlement Website, contact the Claims Administrator at (833) 749-1489, contact Class Counsel at (310) 396-9600, or access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

   

**Unsubscribe**

This email was sent to bschwartz@pncpa.com  |  Was this email forwarded to you? **Subscribe here**

Meredith Corporation, 1716 Locust Street, Des Moines, IA 50309 ©2022. All Rights Reserved.
Privacy Policy  |  Terms of Service



Dear Southern Living member:
We're always searching for special offers to benefit Southern Living members. Here's an offer from one of our partners that we thought might interest you.

## If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products, You May Be Entitled To A Cash Payment From A Proposed Class Action Settlement

<div align="center">

**SUBMIT A CLAIM**

Documentation May be Required for Some Claims

</div>

**CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE IF THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS.**

This Settlement resolves a class action lawsuit, *Scott Gilmore et al. v. Monsanto Company, et al* . (No. 3:21-cv-8159), pending in the United States District Court for the Northern District of California (the "Court") against Monsanto Company, the manufacturer of certain Roundup®, Ace®, and HDX® weed and grass killer products (the "Products").

The lawsuit alleges that Monsanto falsely advertised and promoted the Products by failing to disclose that they, and their active ingredient, glyphosate, could potentially cause cancer or other adverse health effects. Monsanto denies these allegations and any wrongdoing. The Settlement avoids costs and risks from continuing the lawsuit, provides relief to purchasers of the Products during the relevant time period, and releases Monsanto and others from liability for related claims.

### Who's Included?

You may be a Settlement Class Member entitled to a cash payment if you purchased certain Roundup®, HDX®, or Ace® brand weed and grass killer products containing glyphosate sold by consumer retailers during the relevant time period. This case is not a personal-injury case. Plaintiffs do not allege that they were injured or became ill from exposure to the Products. You do not have to have suffered personal injury to be a member of the Settlement Class or to file a claim. If you purchased any of the Products during the Class Period for purposes other than resale or distribution, you are in the Settlement Class and can make a claim.

The time period during which purchases are included in this Settlement differs from state to state, depending on each state's statutes of limitations. Visit the Settlement Website at www.WeedKillerAdSettlement.com for a complete list of the eligible Products and to determine if your purchase(s) are eligible for compensation.

### What Does The Settlement Provide?

The proposed Class Action Settlement Agreement ("Settlement" or "Agreement") will provide the Class with monetary relief in an amount not less than **$23 million** (the "Floor Amount") and not greater than **$45 million** (the "Ceiling Amount") to pay all aspects of the Settlement. Class Members will be able to make claims for payments for the qualifying Products they bought during the Class Period, equivalent to approximately 20% of their weighted average retail price during the relevant Class Period. Payments per unit range from $0.50 to $33.00, for between 2 and 11 units without proof of purchase, depending on the state of purchase (you may be able to exceed the applicable limits with valid proof of purchase). If the Court approves the Settlement and you have not excluded yourself as described below, you will be bound by the Settlement and barred from suing Monsanto and related entities for the claims released in the Settlement. The Released Claims are described in detail at www.WeedKillerAdSettlement.com.

### What Are My Rights And Options?

**Make a Claim.** You must submit a claim by going to www.WeedKillerAdSettlement.com and submitting (or mailing) a claim form. Class Members may make a claim by either an affirmation of the identity and quantity purchased or submitting proof(s) of purchase. The deadline to **postmark or submit your claim online is October 19, 2022.**

**Other Options.** The purpose of this Notice is to inform you of this lawsuit so you can make an informed decision as to whether you should remain in or opt out of this Settlement. **Your legal rights are affected,** and you have a choice to make now. If you do not want to be legally bound by the Settlement, you must exclude yourself by **October 19, 2022.** If you do not exclude yourself, you will release any claims you may have, as more fully described in the Settlement Agreement, available at www.WeedKillerAdSettlement.com. You may remain a Settlement Class Member and object to the Settlement by **December 5, 2022.** You may choose to pay for and be represented by a lawyer who may send the objection for you. The Settlement Website explains how to exclude yourself or object.

The Court will hold a Final Approval Hearing on January 12, 2023, at 2:30 p.m. to consider whether to approve the Settlement, attorneys' fees and expenses, and Class Representative service awards. You may ask the Court to appear at the Final Approval Hearing, but you do not have to appear at the hearing.

### How Can I Get More Information?

This notice summarizes the proposed Settlement. For detailed information, visit the Settlement Website, contact the Claims Administrator at (833) 749-1489, contact Class Counsel at (310) 396-9600, or access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

   

**Unsubscribe**

This email was sent to bschwartz@pmcpa.com   |   Was this email forwarded to you? Subscribe here

Meredith Corporation, 1716 Locust Street, Des Moines, IA 50309 ©2022. All Rights Reserved.

Privacy Policy | Terms of Service

# FAMILY HANDYMAN: DIY TIPS & HINTS 8/2







# FAMILY HANDYMAN: DIY TIPS & HINTS 8/11

 









 

# FAMILY HANDYMAN: DIY TIPS & HINTS 8/26













Purchasers of certain Roundup®, HDX®, or Ace® brand weed killer products may be eligible for a cash payment from a class action settlement.

Visit www.WeedKillerAdSettlement.com to learn more.

# GOLF

INSIDEGOLF    Q

PRO SHOP   NEWS   INSTRUCTION   GEAR   TRAVEL & LIFESTYLE   LEADERBOARD   VIDEOS & PODCASTS

Join INSIDEGOLF and get $100 of value for $20!  **LEARN MORE**

GEAR

## This insane golf club collection will blow your mind — and it's coming to auction

BY: JONATHAN WALL    AUGUST 21, 2022



REAL RESULTS.



This golf club collection is unlike anything you've ever seen before.

GOLDEN AGE

yan Carey was skeptical. When you're in the business of tracking down rare golf finds as the founder of Golden Age Auctions, potential consignors will do whatever it takes to get you to look at their collections, especially in a red-hot market.

Carey's auction house has been the epicenter for some of the biggest golf collectible sales in recent months. There's the Woods-used "Tiger Slam" irons and wedges that sold for more than $5.1 million, as well as a Tiger Scotty Cameron Newport 2 GSS backup putter that went for $391,000.

With collectors coming out of the woodwork to cash in on their golf collectibles, Carey has done his best to track down the rare one-of-a-kind



# Exhibit E: Sponsored Search Advertising






Roundup false advertising

🔍 All    📰 News    🏷 Shopping    🖼 Images    ▶ Videos    ⋮ More          Tools

About 3,770,000 results (0.35 seconds)

**Ad** · www.weedkilleradsettlement.com/    ⋮

### Roundup False Advertising - Class Action Settlement

A false advertising class action settlement may entitle you to compensation

**Ad** · www.foresterhaynie.com/    ⋮

### Roundup Claims - Roundup Lawsuit - foresterhaynie.com

Take the next steps toward your Roundup Cancer Lawsuit today with a free case review. Act now to make sure you are included in a possible settlement before it's too late.

Roundup Lawsuit FAQs · Contact Us · Serious Injury · Wages & Overtime · Browse Attorneys

**Ad** · www.drugnews.net/roundup/cancer    ⋮

### RoundUp Settlement for Victims - Are You Due Compensation?

Recent $10 billion settlement for lymphoma victims has just been awarded. You may qualify. Nationwide law firm. Call today to qualify your case. Learn More. Nationwide Help Available.

**Ad** · www.pondlehocky.com/free-evaluation    ⋮    (215) 607-2886

### $10 Billion Settlement Reached - Roundup Lawsuit

Strong Representation That Is Passionate About Holding Negligent Corporations Accountable. Contact Us If You Used Roundup and Developed Non-Hodgkin's Lymphoma or One of Its...

Roundup Linked to Cancer · Free Consultation · Read The FAQs · Workers' Compensation

https://www.lacykatzen.com › article    ⋮

### Lacy Katzen | Monsanto agrees to settle false advertising ...

The proposed class seeks to include everyone in the U.S. who bought **Roundup** with labels stating that **glyphosate** targets only plants. The claims would be subject ...



Weed Killer Settlement                                                    ✕    🎤    🔍

🔍 All    🏷 Shopping    📰 News    🖼 Images    ▶ Videos    ⋮ More                    Tools

About 5,930,000 results (0.69 seconds)

Ad · www.weedkilleradsettlement.com/  ▾

**If You Purchased Roundup - You May Be Eligible For Money**

Have you purchased certain Roundup®, HDX®, or Ace® brand weed killer products? If so, you
may be eligible for a payment from a false advertising class action settlement.

Ad · www.foresterhaynie.com/        ⋮    (214) 210-2100

**Roundup Cancer Settlement - Roundup Lawsuit Lawyers**

Take the next steps toward your Roundup Cancer lawsuit today with a free case review. Act now
to make sure you are included in a possible settlement before it's too late. No Upfront Legal
Fees. Highlights: Chat Option Available, Using Unique Approach, Free Consultation Available.

Roundup Lawsuit FAQs · Contact Us · Serious Injury · Law Student Program · Browse Attorneys

Roundup Settlement Update

A man who worked as a groundskeeper in the San Francisco area won a **$289 million jury
award** in a major decision in August 2018. The plaintiff in that Roundup lawsuit claimed that
his exposure to the weedkiller caused him to develop non-Hodgkin's lymphoma.  May 31, 2022

https://topclassactions.com › investigations › roundup-can...        ⋮

**Roundup Cancer Lawsuit Settlement Claim Review**

                                                    ❓ About featured snippets    ▪ Feedback

## People also ask    ⋮

What is the average settlement for the Roundup lawsuit?                                    ⌄

Has anyone received any money from the Roundup lawsuit?                                    ⌄

What's the latest on the Roundup settlement?                                                ⌄

When can I expect my Roundup settlement check?                                            ⌄

                                                                            Feedback

  Roundup False Labeling

   

 All    Shopping    News    Images    Videos    More        Tools

About 5,620,000 results (0.62 seconds)

Ad · www.weedkilleradsettlement.com/ ▾

**Purchasers of Roundup Products - You May Be Eligible for Money**

Purchasers of certain Roundup®, HDX®, or Ace® brand weed killer products. You may be eligible
for a cash payment from a class action settlement.

https://lawstreetmedia.com › news › agriculture › round... ⋮

**Roundup False Labeling Class-Action Reaches $45 Million ...**

Jun 16, 2021 — A group of **Roundup** users asked the Delaware District Court to give preliminary
approval to a $45 million settlement and certify a nationwide ...

https://news.bloomberglaw.com › bayers-39-million-de... ⋮

**Bayer's $39 Million Deal in Roundup Label Suit Survives Appeal**

8 days ago — Bayer's $39.55 million settlement to resolve class claims over allegedly misleading
**Roundup labeling** remains intact after the US Court of ...

## People also ask ⋮

| Why is Roundup still allowed to be sold? | ⌄ |
|---|---|
| How do you prove exposure to Roundup? | ⌄ |
| Is Roundup phased out? | ⌄ |
| Has Roundup changed its formula? | ⌄ |

Feedback

https://beyondpesticides.org › dailynewsblog › 2017/04 ⋮

**Monsanto Sued for Misleading Labeling of Popular Herbicide ...**

Apr 10, 2017 — "For decades, Monsanto has used **false labeling** claims to dupe consumers into
believing that they can spray **Roundup** on their yards and in ...

https://www.epa.gov › newsreleases › epa-takes-action-... ⋮

**EPA Takes Action to Provide Accurate Risk Information to ...**



**assurance – consulting – tax – technology**

**pncpa.com**

# Exhibit F: Third–Party Class Action Settlement Websites


# Roundup®, HDX®, Ace® weed killer false advertising $45M class action settlement

FOLLOW ARTICLE

By Top Class Actions
July 6, 2022

**EDITOR'S NOTE:** This content has been sponsored and edited for clarity in collaboration with the sponsor.

Monsanto has agreed to pay up to $45 million as part of a class action settlement resolving false advertising and breach-of-warranty claims surrounding certain **Roundup®**, HDX® and Ace® weed and grass killer products.

Plaintiffs in the **class action lawsuit** allege Monsanto illegally promoted and sold Roundup®, HDX®, Ace® brand products without disclosing the potential health risks. This case is not a personal injury case. Plaintiffs do not allege they were injured or became ill from exposure to the products. Monsanto has not admitted any wrongdoing but has agreed to the settlement.

**CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE IF THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS.**

The settlement benefits anyone in the United States who, during their respective class period, purchased any size or variety of the following products other than for resale or distribution:

- Roundup® Ready-to-Use Weed & Grass Killer (all applicators)
- Roundup® Ready-to-Use Weed & Grass Killer Plus (all applicators)
- Roundup® Weed & Grass Killer Concentrate Plus
- Roundup® Weed & Grass Killer Super Concentrate
- Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer
- Roundup® Weed & Grass Killer Concentrate with Wand
- Roundup® Concentrate Poison Ivy Plus Tough Brush Killer
- Roundup® Concentrate Wild Blackberry Plus Vine and Brush Killer
- Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer
- Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer
- Roundup® Ready-to-Use Max Control 365
- Roundup® Concentrate Max Control 365
- Roundup® Ready-to-Use Weed & Grass Killer Super Concentrate
- Roundup® Precision Gel Weed & Grass Killer
- Roundup® Pro Concentrate (2.5-gallon size)
- HDX® Weed & Grass Killer Ready to Use
- HDX® Weed & Grass Killer Concentrate
- Ace® Ready-to-Use Weed & Grass Killer
- Ace® Weed & Grass Killer Concentrate

The class period will depend on the state in which each class member made their purchase. A list of class periods is available on the settlement website.

These weed and grass killer products were sold at retailers such as Home Depot, Walmart, Amazon, Target, Lowe's and others.

Under the terms of the false advertising settlement, class members can claim a cash payment.

Payments are anticipated to be between $0.55 and $33 per unit, depending on which products the class member purchased.

The deadline to submit a claim form is Oct. 19, 2022.

The deadline to opt out of the settlement is Oct. 19, 2022. The deadline to object is Dec. 5, 2022.

A final fairness hearing will take place Jan. 11, 2023.

| | |
|---|---|
| **Who's Eligible** | The settlement benefits anyone in the United States who, during their respective class period, purchased any size or variety of the false advertising weed killer products other than for resale or distribution. |
| **Potential Award** | $0.55 to $33 per unit.<br><br>Payments per unit range are expected to range from $0.50 to $33, depending on the price of the product(s) purchased, for between two and 9 units without proof of purchase, depending on the state in which the purchase was made. |
| **Proof of Purchase** | With the exception of the three largest concentrate products, consumer claims can be made without proof of purchase, but are limited to one unit per year within the class period.<br><br>An unlimited number of products can be claimed if valid proof of purchase is provided for each product. Proof of purchase must identify the product and quantity purchased. |
| **Claim Form** | CLICK HERE TO FILE A CLAIM »<br><br>**NOTE:** If you do not qualify for this settlement do NOT file a claim.<br><br>Remember: you are submitting your claim under penalty of perjury. You are also harming other eligible Class Members by submitting a fraudulent claim. If you're unsure if you qualify, please read the FAQ section of the Settlement Administrator's website to ensure you meet all standards (Top Class Actions is not a Settlement Administrator). If you don't qualify for this settlement, check out our database of other **open class action settlements** you may be eligible for. |
| **Claim Form Deadline** | 10/19/2022 |
| **Case Name** | Gilmore, et al. v. Monsanto Co., et al., Case No. 5:21-cv-8159 in the U.S. District Court for the Northern District of California |
| **Final Hearing** | 01/11/2023 |
| **Settlement Website** | WeedKillerSettlement.com |
| **Claims Administrator** | Gilmore v. Monsanto Co.<br>c/o Postlethwaite & Netterville<br>P.O. Box 4206<br>Baton Rouge, LA 70821<br>info@WeedKillerSettlement.com<br>1-833-749-9695 |
| **Class Counsel** | Gillian L. Wade<br>Sara D. Avila<br>Marc A. Castaneda<br>MILSTEIN, JACKSON, FAIRCHILD & WADE LLP<br><br>Joel Oster<br>LAW OFFICES OF HOWARD RUBINSTEIN |
| **Defense Counsel** | John Rosenthal<br>Jeff Wilkerson<br>WINSTON & STRAWN LLP<br><br>Brian Stekloff<br>Rakesh Kilaru<br>WILKINSON STEKLOFF LLP |

Read More About More Class Action Lawsuits & Class Action Settlements:

- Neutrogena, Aveeno sunscreen carcinogens $11.75M class action lawsuit settlement
- Bennington, Vermont, Saint-Gobain soil and water contamination $34M class action lawsuit settlement
- California Amtrak waste materials contamination class action settlement
- Fairlife milk cow mistreatment $21M class action settlement

We tell you about cash you can claim EVERY WEEK!
Sign up for our free newsletter.

Email
Country
United States

CAPTCHA
I'm not a robot

SUBSCRIBE NOW

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

POST COMMENT

## Related Posts



Roundup®, HDX®, Ace® weed killer false advertising $45M class action settlement

---



TOP INVESTIGATIONS

BCAA Supplements Class Action Lawsuit Investigation

Apple, Lenovo, HP, Samsung, SMS laptop, tablet defects class action lawsuit investigation

DHL Express wage & hour class action lawsuit investigation

JUUL, Vuse heart and lung side effects lawsuit claim review

Light of Hope sexual assault lawsuit claim review

Baby powder cancer class action lawsuit claim review

SPONSORED SETTLEMENTS



Roundup®, HDX®, Ace® weed killer false advertising $45M class action settlement

Office of Personnel Management data breach $63M class action settlement

Volkswagen, Audi transmission defect class action settlement

Allura fiber cement siding $12.5M class action settlement

TOP REVIEWS

BCAA Supplements Class Action Lawsuit Investigation

YoTauWash unsolicited calls EPI class action settlement

Spirit Games, Grande Games, Beijing Bole Technology casino apps $3.5M class action settlement

Roundup®, HDX®, Ace® weed killer false advertising $45M class action settlement

Jaguar Land Rover class action alleges windshield defect in 2020-2022 vehicles

Oster General class action alleges lidocaine patches don't stick as advertised

Search lawsuits, settlements and more...

# Let's **Take Action**

TOGETHER WE CAN FIGHT BACK

**Browse**
OUR CLASS ACTION LAWSUIT LIST

**Report**
A POTENTIAL CLAIM



JOIN OTHERS IN PURSUING JUSTICE: **STAND UP, STAY INFORMED, SHARE YOUR STORIES**

**LAWSUIT LIST**

## Most Visited

- LG Refrigerator Compressor Lawsuits
- Samsung Ice Maker Lawsuits
- Shampoo Hair Loss Lawsuits
- GM Transmission Lawsuits

## Recently Added

- Wells Fargo Redlining Lawsuit
- Milwaukee Leaking Switch Tank
- Equifax Scoring Error Lawsuit
- Greystar Rent Hike Lawsuits

## Featured Lawsuits

- Airbnb Background Checks
- Philips CPAP Recall Lawsuit
- Roundup Cancer Lawsuits
- Camp Lejeune Claims

## Under Investigation

- Ford Edge Flexplate Lawsuit
- Poppy Seed Tea Lawsuits
- Foreign Transaction Fee Lawsuits
- Shattering Oven Doors

Forbes   billboard   FOX NEWS   THE HUFFINGTON POST   YAHOO! News

# The **Consumer's Resource** *for* Class Action Lawsuits

Every day, innocent people are hurt, both physically and financially, due to the negligence and deceptive business practices of corporations and large institutions. Here at ClassAction.org, we give victims the tools they need to fight back: knowledge and access. On our site, you'll find information on active litigation and investigations, breaking news and opinion, and open class action settlements.

To protect yourself and your family, stay informed. Visit our blog, follow us on social media, or subscribe to our newsletter for the latest updates.

STAY CURRENT

**Sign Up** For Our Newsletter



New cases and investigations, settlement deadlines, and news straight to your inbox.

your@email.com

**SUBSCRIBE**

FEATURED **CLASS ACTION SETTLEMENTS**

**VIEW ALL SETTLEMENTS**

### Facebook Internet Tracking Litigation



14 Days Left                    ● Featured

| TYPICAL SETTLEMENT | CLAIM DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 9/22/22 | N/A |

If you were a Facebook user between April 22, 2010 and September 26, 2011 and you visited external websites displaying the Facebook "Like" button, you may be able to file a claim with the settlement.

Visit Official Settlement Website    → Share

### Weed Killers



41 Days Left                    ● Featured

| TYPICAL SETTLEMENT | CLAIM DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 10/19/22 | No |

If you bought certain Roundup®, HDX® or Ace® weed killer products, you may be owed money as part of a recent class action settlement.

Visit Official Settlement Website    → Share

### Illinois Snapchat Privacy



58 Days Left                    ● Featured

| TYPICAL SETTLEMENT | CLAIM DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 11/5/22 | N/A |

If you used Snapchat's lenses or filters between November 17, 2015 and the present while living in Illinois, you may be able to claim a piece of this settlement.

Visit Official Settlement Website    → Share

OPEN SETTLEMENTS

# Class Action Settlements
## Claim Your Rebate Today

Every year, millions of dollars are left on the table in unclaimed settlement funds. In some cases, this is simply because people are unaware of their rights to claim settlement money – or are confused as to what's involved in staking their claims.

At ClassAction.org, part of our mission is to break some myths about **class action lawsuits** and to provide insight into what actually goes into the filing – and resolution of – a lawsuit.

**To view a list of current lawsuits and investigations, click here.**



STAY CURRENT

**Sign Up** For
Our Newsletter

New cases and investigations, settlement deadlines, and news straight to your inbox.

your@email.com

SUBSCRIBE

## Featured Settlements



### Facebook Internet Tracking Litigation

15 Days Left                    • Featured

| TYPICAL SETTLEMENT | CLAIM DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 9/22/22 | N/A |

If you were a Facebook user between April 22, 2010 and September 26, 2011 and you visited external websites displaying the Facebook "Like" button, you may be able to file a claim with the settlement.

⧉ Visit Official Settlement Website          ⟫ Share



### Weed Killers

42 Days Left                    • Featured

| TYPICAL SETTLEMENT | CLAIM DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 10/19/22 | No |

If you bought certain Roundup®, HDX® or Ace® weed killer products, you may be owed money as part of a recent class action settlement.

⧉ Visit Official Settlement Website          ⟫ Share



### Illinois Snapchat Privacy

59 Days Left                    • Featured

| TYPICAL SETTLEMENT | CLAIM DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 11/5/22 | N/A |

If you used Snapchat's lenses or filters between November 17, 2015 and the present while living in Illinois, you may be able to claim a piece of this settlement.

⧉ Visit Official Settlement Website          ⟫ Share

## Class Action Settlements:
## Millions Left on the Table Every Year

What happens to money that's left on the table after a settlement

## Weed Killers



42 Days Left                                           • Featured

| TYPICAL SETTLEMENT | CLAIM DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 10/19/22 | No |

If you bought certain Roundup®, HDX® or Ace® weed killer products, you may be owed money as part of a recent class action settlement.

🗗 Visit Official Settlement Website          ＞ Share

## State of Arizona - Foothills Reserve HOA



43 Days Left                                           • New

| TYPICAL SETTLEMENT | CLAIM DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 10/20/22 | Yes |

Homeowners in the Foothills Reserve Subdivision in Phoenix (as of July 3, 2018) may be able to claim a piece of this settlement.

🗗 Visit Official Settlement Website          ＞ Share

## State Farm - Structural Damage (Alabama)



47 Days Left

| TYPICAL SETTLEMENT | CLAIM DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 10/24/22 | N/A |

This settlement covers State Farm customers who made a structural damage claim for a property in Alabama after an incident that occurred between March 8, 2011 and August 3, 2017.

🗗 Visit Official Settlement Website          ＞ Share

## HIV cART Direct Purchasers



51 Days Left                                           • New

| TYPICAL SETTLEMENT | CLAIM DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 10/28/22 | Yes |

If you purchased HIV cART drugs directly from the manufacturer, you may be included in this settlement.

🗗 Visit Official Settlement Website          ＞ Share

## AT&T Administrative Fees (California)



52 Days Left

| TYPICAL SETTLEMENT | CLAIM DEADLINE | PROOF REQUIRED? |
|---|---|---|
| Varies | 10/29/22 | Yes |

If you have or had an AT&T post-paid wireless plan and paid an administrative fee between June 20, 2015 and June 16, 2022, you may be included in this settlement.

🗗 Visit Official Settlement Website          ＞ Share

## Enfamil Formula



54 Days Left

| TYPICAL SETTLEMENT | CLAIM DEADLINE | PROOF REQUIRED? |
|---|---|---|
| $15 | 10/31/22 | No |

You may be included in this settlement if you purchased certain Enfamil brand formula products between January 1, 2017 and June 23, 2022.

🗗 Visit Official Settlement Website          ＞ Share

**ClassAction.org**
Published by Hootsuite ❷ · July 7 · 🌐

If you bought certain Roundup, HDX or Ace weed killer products, you may be owed money as part of a recent class action settlement. https://join.classaction.org/settlements/weed-killers




Claim Deadline: **October 19, 2022**

# Weed Killer
## Class Action Settlement

ClassAction.org

JOIN.CLASSACTION.ORG
**Weed Killer Class Action Settlement | ClassAction.org**
If you bought certain Roundup®, HDX® or Ace® weed killer products, you may be owed mon...

| 2,038 | 124 | – | |
|-------|-----|---|---|
| People reached | Engagements | Distribution score | **Boost post** |

👍😢😠 16                                    2 Comments 4 Shares



| 👍 Like | 💬 Comment | ➦ Share |
|--------|-----------|---------|

Most relevant ▾

ClassAction.org



Claim Deadline:    Oct. 19, 2022

# Weed Killer
# Class Action Settlement

If you bought **certain Roundup®, HDX® or Ace® weed killer products**, you may be owed money as part of a recent class action settlement.

**Monsanto Company** has agreed to pay anywhere between **$23 million and $45 million** to resolve claims of false advertising.

**Class Members will retain their right to sue if they currently have, or later develop, cancer or any other illness or injury from exposure to the products.**

The link below will take you to the official website for the Monsanto settlement.

**TAKE ME TO THE OFFICIAL SETTLEMENT SITE**

## FAQs

### What's Going On?

A settlement has been reached to resolve claims that Monsanto Company falsely advertised some of its Roundup®, HDX® and Ace® **glyphosate-based weed killers** by failing to disclose that the products and their active ingredient **could cause cancer and other health problems.**

### Who's Eligible for the Settlement?

The settlement applies to anyone in the U.S. who purchased any of the affected weed and grass killer products during the time period applicable to their state of purchase.

You can find the applicable time periods **here** and a list of eligible Roundup®, HDX® and Ace® products **here**.

### How Much Could I Get?

You may be able to make a claim for anywhere between **$0.50 and $33.00 per product.**

Ultimately, how much you receive will depend on a number of factors including which products you bought, whether you have receipts or other proof, and how many valid claims are submitted with the settlement.

### How Do I File a Claim?

You'll have to go to the settlement's dedicated website and click "submit a claim."

You can find the settlement website **right here**.

### Is This Site Legit?

**Yes.** It has been designated by the court as the official website for the settlement and where consumers will need to go if they want to submit a claim.

### Anything Else I Should Know?

Those who file claims with the settlement **will still retain their right to sue** if they have or later develop cancer or other health problems caused by exposure to the products.

### Is There a Deadline for This?

**Yes. The deadline for filing a claim is October 19, 2022.**

The link below will take you to the official website for the Monsanto settlement.

**TAKE ME TO THE OFFICIAL SETTLEMENT SITE**

ClassAction.org

Terms of Use    Disclaimer    Privacy Notice

© 2009 - 2022 ClassAction.org

Case 3:16-md-02741-VC   Document 15865-2   Filed 11/28/22   Page 84 of 211

JULY 15, 2022

## Various Weed Killers Covered by Recent Settlement

To kick things off, a new settlement involving various weed killer products is now available below – but if you bought certain Roundup®, HDX® or Ace® weed killer products, you may be owed money.

From there, we'll touch on a few recently filed lawsuits involving burgers, car seats, and tool rentals, respectively. Specifically, Arby's is facing some scrutiny over the amount of wagyu beef in its new burgers, Chicco is being sued over the potentially harmful flame retardant chemicals in its car seats and Home Depot is facing claims over its insurance for tool rentals.

Keep reading for the details, as well as the latest class action settlements you may be able to claim.

— Ty Armstrong, Writer/Community Manager

### Roundup®, HDX®, Ace® Weed Killer Settlement: File a Claim Today



If you purchased certain Roundup, HDX or Ace weed and grass killer products, you may be entitled to a cash payment from a recent class action settlement. Monsanto Company has agreed to pay up to $45 million to settle claims that it falsely promoted some of its Roundup, HDX and Ace glyphosate-based weed killers by failing to disclose that they could cause cancer and other health problems. Those eligible to file claims could be owed anywhere between $0.50 and $33.00 per product purchased.

Importantly, if you currently have or later develop cancer or other health problems from use of these products, filing a claim with the settlement does not preclude you from suing for your injuries.

For more information on the deal and what you'll need to do to file a claim, check out this page.

### Arby's: "We Have the Meats" – But What Kind?



Within the past few years, wagyu has become synonymous with quality beef. And, to capitalize on consumer demand for the meat, Arby's recently added wagyu burgers to their menu. A proposed class action is calling into question, however, exactly how much of the highly sought-after (and typically expensive) beef is being used in the new sandwiches.

The lawsuit states that although consumers expect Arby's limited-edition Bacon Ranch Wagyu Steakhouse Burger and Deluxe Wagyu Steakhouse Burger to be made entirely with wagyu beef, the products actually contain 48 percent regular angus beef. As the complaint tells it, consumers have paid a premium price for the burgers based on Arby's representation that they're made entirely with wagyu and wouldn't have bought the burgers had they known their true contents.

You can read more about the allegations right here.

---

IN OTHER NEWS

### Chicco Car Seats: Harmful Flame Retardants?

As we look to keep our children safe, we shouldn't have to trade one danger for another. Unfortunately, Chicco USA is now facing a proposed class action lawsuit claiming that its most popular line of car seats is treated with hazardous flame retardants and possibly toxic per- and polyfluoroalkyl substances (PFAS). The case alleges that although infants and young children are more susceptible to the harmful health effects of flame retardants and PFAS, Chicco has nevertheless failed to make any disclosure regarding its use of these chemicals on the KeyFit 30 car seat model.

The lawsuit goes on to say that Chicco goes out of its way to make it appear that it only uses flame retardant chemicals on its products to comply with federal regulations – but there's no requirement that chemicals be used to meet flammability standards. The use of natural fibers in the car seats would provide the same benefit, the case says, but it's a significantly more expensive option.

You can read up on all the details here.

### Home Depot Facing Suit Over Tool Rental "Damage Protection"

One would think that damage protection coverage for tool rentals would cover most unforeseen circumstances that result in a piece of equipment being damaged.

A recently filed class action is claiming, however, that Home Depot's damage protection insurance doesn't cover any damage at all and merely insures "normal wear and tear." The case explains that Home Depot customers pay an extra 15 percent of the cost of the rental for virtually nothing – even though a section of the contract indeed mentions coverage for tools "damaged during normal use." As the lawsuit puts it, Home Depot has either breached its contracts with customers or made a mistake in drafting the paperwork. The plaintiff in the case says he was asked to pay $3,000 for a damaged drain camera despite having damage protection coverage.

Want more? You can read up on the details here.

---

SETTLEMENTS

### New Settlements

**University of Tampa — COVID Tuition Reimbursement**
This settlement covers University of Tampa students who paid or whose tuition was paid on their behalf for the Spring 2020 semester and who remained enrolled in the university as of March 1, 2020.

**Health Aid of Ohio — Data Breach**
You may be included in this settlement if you were sent a notice informing you that your personal information may have been compromised in a February 2021 data breach affecting Health Aid of Ohio.

**SpinX, Grande Games — Casino Apps (Washington)**
This settlement covers consumers who played Cash Frenzy, Lotsa Slots, Jackpot World, Vegas Friends, Jackpot Mania, Jackpot Fever, DAFU, Cash Bash and Jackpot Crush while in Washington state before January 31, 2022.

### Settlements Ending Soon

- **San Diego Family Care Data Breach**
  (July 15, 2022)
- **Trulieve Background Checks**
  (July 18, 2022)
- **Sole Fitness Treadmills**
  (July 26, 2022)
- **Vending Machine Fingerprint Collection — Illinois**
  (July 29, 2022)
- **Castle Parking Solutions Car Booting — Georgia**
  (August 2, 2022)

To view a complete list of settlements and to find out how you can file a claim, click here.

---

FORWARD TO A FRIEND

Know someone who might be interested in our newsletter?

Why not forward this email to them?

CONNECT WITH US






ClassAction.org

Having trouble reading this?
View it in your browser.

Please do not reply to this message.
Replies to this message are routed to an unmonitored mailbox. Thank you.

Unsubscribe from Newsletter
[Sender_Address], [Sender_City], [Sender_State] [Sender_Zip]





assurance – consulting – tax – technology

pncpa.com

# Exhibit G: Email Notice

**Notice of Settlement - Gilmore v. Monsanto Co.**

**Gilmore v. Monsanto Co. Settlement Administrator**<notice@pnclassaction.com>
Reply-To: info@weedkilleradsettlement.com

# If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products, You May Be Entitled To A Cash Payment From A Proposed Class Action Settlement

*The United States District Court authorized this Notice. It is not a solicitation from a lawyer. You are not being sued.*

## SUBMIT A CLAIM

**Documentation May be Required for Some Claims**

**CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE IF THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS.**

This Settlement resolves a class action lawsuit, *Scott Gilmore et al. v. Monsanto Company, et al.* (No. 3:21-cv-8159), pending in the United States District Court for the Northern District of California (the "Court") against Monsanto Company, the manufacturer of certain Roundup®, Ace®, and HDX® weed and grass killer products (the "Products").

The lawsuit alleges that Monsanto falsely advertised and promoted the Products by failing to disclose that they, and their active ingredient, glyphosate, could potentially cause cancer or other adverse health effects. Monsanto denies these allegations and any wrongdoing. The Settlement avoids costs and risks from continuing the lawsuit, provides relief to purchasers of the Products during the relevant time period, and releases Monsanto and others from liability for related claims.

## Who's Included?

You may be a Settlement Class Member entitled to a cash payment if you purchased certain Roundup®, HDX®, or Ace® brand weed and grass killer products containing glyphosate sold by consumer retailers during the relevant time period. This case is not a personal-injury case.

Plaintiffs do not allege that they were injured or became ill from exposure to the Products. You do not have to have suffered personal injury to be a member of the Settlement Class or to file a claim. If you purchased any of the Products during the Class Period for purposes other than resale or distribution, you are in the Settlement Class and can make a claim.

The time period during which purchases are included in this Settlement differs from state to state, depending on each state's statutes of limitations. Visit the Settlement Website at www.WeedKillerAdSettlement.com for a complete list of the eligible Products and to determine if your purchase(s) are eligible for compensation.

## What Does The Settlement Provide?

The proposed Class Action Settlement Agreement ("Settlement" or "Agreement") will provide the Class with monetary relief in an amount not less than **$23 million** (the "Floor Amount") and not greater than **$45 million** (the "Ceiling Amount") to pay all aspects of the Settlement. Class Members will be able to make claims for payments for the qualifying Products they bought during the Class Period, equivalent to approximately 20% of their weighted average retail price during the relevant Class Period. Payments per unit range from $0.50 to $33.00, for between 2 and 11 units without proof of purchase, depending on the state of purchase (you may be able to exceed the applicable limits with valid proof of purchase). If the Court approves the Settlement and you have not excluded yourself as described below, you will be bound by the Settlement and barred from suing Monsanto and related entities for the claims released in the Settlement. The Released Claims are described in detail at www.WeedKillerAdSettlement.com.

## What Are My Rights And Options?

**Make a Claim.** You must submit a claim by going to www.WeedKillerAdSettlement.com and submitting (or mailing) a claim form. Class Members may make a claim by either an affirmation of the identity and quantity purchased or submitting proof(s) of purchase. The deadline to **postmark or submit your claim online is October 19, 2022.**

**Other Options.** The purpose of this Notice is to inform you of this lawsuit so you can make an informed decision as to whether you should remain in or opt out of this Settlement. **Your legal rights are affected**, and you have a choice to make now. If you do not want to be legally bound by the Settlement, you must exclude yourself by **October 19, 2022**. If you do not exclude yourself, you will release any claims you may have, as more fully described in the Settlement Agreement, available at www.WeedKillerAdSettlement.com.

You may remain a Settlement Class Member and object to the Settlement by **December 5, 2022**. You may choose to pay for and be represented by a lawyer who may send the objection for you. The Settlement Website explains how to exclude yourself or object.

The Court will hold a Final Approval Hearing on January 12, 2023, at 2:30 p.m. to consider whether to approve the Settlement, attorneys' fees and expenses, and Class Representative

service awards. You may ask the Court to appear at the Final Approval Hearing, but you do not have to appear at the hearing.

## How Can I Get More Information?

This notice summarizes the proposed Settlement. For detailed information, visit the Settlement Website, contact the Claims Administrator at (833) 749-1489, contact Class Counsel at (310) 396-9600, or access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

Gilmore v. Monsanto Co.

P.O. Box 4208

Baton Rouge, LA 70821

Unsubscribe - Unsubscribe Preferences



# Exhibit H: Press Release

# If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products, You May Be Entitled To a Cash Payment From A Proposed Class Action Settlement

USA - English ▾

NEWS PROVIDED BY
**Class Administrator →**
Jul 06, 2022, 08:00 ET

SAN FRANCISCO, July 6, 2022 /PRNewswire/ -- The following notice is being jointly issued by Milstein, Jackson, Fairchild & Wade, LLP, The Law Offices of Howard Rubinstein, and Winston & Strawn LLP and has been authorized by the United States District Court for the Northern District of California, in *Gilmore et al. v. Monsanto Company, et al.* (No. 3:21-cv-8159).

**CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE IF THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS.**

The lawsuit alleges that Monsanto, the manufacturer of certain Roundup®, Ace®, and HDX® weed and grass killer products (the "Products"), falsely advertised and promoted the Products by failing to disclose that they, and their active ingredient, glyphosate, could potentially cause cancer or other adverse health effects. Monsanto denies these allegations and any wrongdoing. The Settlement avoids costs and risks from continuing the lawsuit, provides relief to purchasers of the Products during the relevant time period, and releases Monsanto and others from liability for related claims.

**Who's Included?**

You may be a Settlement Class Member entitled to a cash payment if you purchased certain Roundup®, HDX®, or Ace® brand weed and grass killer products containing glyphosate sold by consumer retailers during the relevant time period. This case is not a personal-injury case. Plaintiffs do not allege that they were injured or became ill from exposure to the Products. You do not have to have suffered personal injury to be a member of the

Settlement Class or to file a claim. If you purchased any of the Products during the Class Period for purposes other than resale or distribution, you are in the Settlement Class and can make a claim.

The time period during which purchases are included in this Settlement differs from state to state, depending on each state's statutes of limitations. Visit the Settlement Website at www.WeedKillerAdSettlement.com for a complete list of the eligible Products and to determine if your purchase(s) are eligible for compensation.

### What Does The Settlement Provide?

The proposed Class Action Settlement Agreement ("Settlement" or "Agreement") will provide the Class with monetary relief in an amount not less than **$23 million** (the "Floor Amount") and not greater than **$45 million** (the "Ceiling Amount") to pay all aspects of the Settlement. Class Members will be able to make claims for payments for the qualifying Products they bought during the Class Period, equivalent to approximately 20% of their weighted average retail price during the relevant Class Period. Payments per unit range from $0.50 to $33.00, for between 2 and 11 units without proof of purchase, depending on the state of purchase (you may be able to exceed the applicable limits with valid proof of purchase). If the Court approves the Settlement and you have not excluded yourself as described below, you will be bound by the Settlement and barred from suing Monsanto and related entities for the claims released in the Settlement. The Released Claims are described in detail at www.WeedKillerAdSettlement.com.

### What Are My Rights And Options?

**Make a Claim.** You must submit a claim by going to www.WeedKillerAdSettlement.com and submitting (or mailing) a claim form. Class Members may make a claim by either an affirmation of the identity and quantity purchased or submitting proof(s) of purchase. The deadline **to postmark or submit your claim online is October 19, 2022**.

**Other Options.** The purpose of this Notice is to inform you of this lawsuit so you can make an informed decision as to whether you should remain in or opt out of this Settlement. **Your legal rights are affected**, and you have a choice to make now. If you do not want to be legally bound by the Settlement, you must exclude yourself by **October 19, 2022**. If you do not exclude yourself, you will release any claims you may have, as more fully described in the Settlement Agreement, available at www.WeedKillerAdSettlement.com. You may remain a Settlement Class Member and object to the Settlement by **December 5, 2022**. You may choose to pay for and be represented by a lawyer who may send the objection for you. The Settlement Website explains how to exclude yourself or object.

The Court will hold a Final Approval Hearing on January 12, 2023, at 2:30 p.m. to consider whether to approve the Settlement, attorneys' fees and expenses, and Class Representative service awards. You may ask the Court to appear at the Final Approval Hearing, but you do not have to appear at the hearing.

### How Can I Get More Information?

This notice summarizes the proposed Settlement. For detailed information, visit the Settlement Website, contact the Claims Administrator at (833) 749-1489, contact Class Counsel at (310) 396-9600, or access the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

### PLEASE DO NOT CALL OR WRITE THE COURT FOR INFORMATION OR ADVICE.

SOURCE Class Administrator

# Si compró ciertos productos Weed & Grass Killer de Roundup®, HDX®, or Ace®, usted puede tener derecho al pago en efectivo de un Acuerdo Propuesto de la Demanda Colectiva.

NEWS PROVIDED BY
**Class Administrator →**
Jul 06, 2022, 08:00 ET

San Francisco, CA, 6 de julio de 2022 /PRNewswire-HISPANIC PR WIRE/ -- El siguiente aviso está siendo emitido conjuntamente por Milstein, Jackson, Fairchild & Wade, LLP, The Law Offices of Howard Rubinstein y Winston & Strawn LLP y ha sido autorizado por el Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California, en *Gilmore et al. v. Monsanto Company, et al.* (No. 3:21-cv-8159).

**LOS MIEMBROS DEL COLECTIVO MANTENDRÁN SU DERECHO A DEMANDAR SI ACTUALMENTE TIENEN, O DESARROLLAN POSTERIORMENTE, CÁNCER O CUALQUIER OTRA ENFERMEDAD O LESIÓN POR LA EXPOSICIÓN A LOS PRODUCTOS.**

La demanda alega que Monsanto, fabricante de ciertos productos herbicidas Roundup®, Ace® y HDX® (los "Productos"), anunció y promocionó falsamente los Productos al no revelar que estos, y su ingrediente activo, el glifosato, podrían causar cáncer u otros efectos adversos para la salud. Monsanto niega estos alegatos y cualquier delito. El Acuerdo evita los costes y los riesgos de continuar con el pleito, proporciona alivio a los compradores de los Productos durante el período de tiempo pertinente, y libera a Monsanto y a otros de la responsabilidad de las reclamaciones relacionadas.

### ¿Quién está incluido?

Usted puede ser un Miembro de la Clase del Acuerdo con derecho a un pago en efectivo si compró ciertos productos herbicidas y herbicidas de la marca Roundup®, HDX® o Ace® que contienen glifosato vendidos por minoristas de consumo durante el período de tiempo relevante. Este caso no <u>es</u> un caso de lesiones personales. Los demandantes no alegan que se lesionaron o se enfermaron por la exposición a los Productos. No necesita

haber sufrido lesiones personales para ser miembro del colectivo o para presentar un reclamo. Si compró cualquiera de los Productos durante el Período de la Clase para fines distintos de la reventa o distribución, usted está en el Colectivo y puede hacer un reclamo.

El período de tiempo durante el cual se incluyen las compras en este Acuerdo varía de estado a estado, en función de las leyes de prescripción de cada estado. Visite el sitio web del acuerdo en www.WeedKillerAdSettlement.com para obtener una lista completa de los Productos elegibles y para determinar si su(s) compra(s) son elegible(s) para una compensación.

## ¿Qué brinda el Acuerdo?

El Acuerdo de Conciliación de Demanda Colectiva propuesto ("Acuerdo" o "Acuerdo") proporcionará al Colectivo un alivio monetario en un monto no inferior a **$23 millones** (el "Importe mínimo") y no superior a **$45 millones** (el "Monto Máximo") para pagar todos los aspectos del Acuerdo. Los Miembros del Colectivo podrán reclamar pagos por los Productos que cumplan los requisitos que compraron durante el Periodo de la Demanda Colectiva, equivalentes a, aproximadamente, el 20 % de su precio medio ponderado de venta al público durante el Periodo de la Demanda Colectiva correspondiente. Los pagos por unidad oscilan entre $0.50 y $33.00, por entre 2 y 11 unidades sin comprobante de compra, dependiendo del estado de compra (podría excederse del límite aplicable sin el comprobante de compra). Si el Tribunal aprueba el Acuerdo y usted no se ha excluido como se describe a continuación, estará sujeto al Acuerdo y se le prohibirá demandar a Monsanto y entidades relacionadas por las reclamaciones eximidas en el Acuerdo. Las Reclamaciones Eximidas se describen en detalle en www.WeedKillerAdSettlement.com.

## ¿Cuáles son mis derechos y opciones?

**Presentar una reclamación.** Debe presentar una reclamación entrando en www.WeedKillerAdSettlement.com y presentando (o enviando) un formulario de reclamación. Los Miembros del Colectivo pueden presentar una reclamación mediante una afirmación de la identidad y la cantidad comprada o presentando la(s) prueba(s) de compra. El plazo **para la fecha en el sello postal o para presentar su reclamación en línea es el 19 de octubre de 2022**.

**Otras opciones.** El propósito de este Aviso es informarle sobre esta demanda para que pueda tomar una decisión informada sobre si debe permanecer u optar por no participar en este Acuerdo. **Sus derechos legales se ven afectados**, y debe elegir ya. Si no quiere estar legalmente vinculado con este Acuerdo, puede excluirse hasta el **19 de octubre de 2022**. Si no se excluye, renunciará a cualquier reclamación que pudiese

tener, tal como se describe con más detalle en el Acuerdo, que se encuentra disponible en el sitio web www.WeedKillerAdSettlement.com. Puede seguir siendo un Miembro del Colectivo del Acuerdo y objetarlo antes del **5 de diciembre de 2022**. Puede elegir pagar para ser representado por un abogado que pueda enviar la objeción por usted. En el sitio web se explica cómo puede excluirse u objetar.

El Tribunal celebrará una Audiencia de Aprobación Final el 12 de enero de 2023, a las 2:30 p.m. para considerar si aprueba el Acuerdo, los honorarios y gastos de los abogados y los premios de servicio del Representante de clase. Puede pedirle a la Corte que comparezca en la Audiencia de Aprobación Final, pero no tiene que comparecer en la audiencia.

### ¿Cómo puedo obtener más información?

En este aviso se resume el Acuerdo propuesto. Para obtener información detallada, visite el sitio web del Acuerdo, póngase en contacto con el Administrador de Reclamaciones llamando al (833) 749-1489, póngase en contacto con los Abogados del Grupo llamando al (310) 396-9600, o acceda al expediente del Tribunal en este caso, pagando una tasa, a través del sistema de Acceso Público a los Registros Electrónicos del Tribunal (PACER) en https://ecf.cand.uscourts.gov o visitando la oficina del Secretario del Tribunal del Distrito de los Estados Unidos para el Distrito Norte de California, entre las 9:00 a.m. y las 4:00 p.m., de lunes a viernes, excluyendo los días festivos del Tribunal.

**NO LLAME O ESCRIBA AL TRIBUNAL PARA OBTENER INFORMACIÓN O ASESORAMIENTO.**

FUENTE Class Administrator

SOURCE Class Administrator

If You Purchased Certain Roundup®, HDX®, or Ace® Weed & Grass Killer Products, You May Be Entitled To a Cash Payment From A Proposed Class Action Settlement

Composite

English | PR Newswire ID: **3586519-1** | Clear Time **Jul 06, 2022 8:00 AM ET** | View Release ▾

Report shows data for: | All 2 releases ▾

📄 **Pickup**

## 112.9M
TOTAL POTENTIAL AUDIENCE

## 441
TOTAL EXACT MATCHES

TOP EXACT MATCH PICKUP



**AP NEWS [The ...**
24.2M visitors/month [1]

**PR Newswire**
7.6M visitors/month [1]

**Seeking Alpha**
6.4M visitors/month [1]

**Markets Insider**
5M visitors/month [1]

**Benzinga**
4M visitors/month [1]

**KTLA [Los Ang...**
3M visitors/month [1]

**Morningstar**
2.3M visitors/month [1]

**KXAN-TV NBC-3...**
2M visitors/month [1]

**WFLA [Tampa, FL]**
1.8M visitors/month [1]

**WIVB [Buffalo...**
1.8M visitors/month [1]

**WJW-TV FOX-8 ...**
1.8M visitors/month [1]

**WGN [Chicago,...**
1.7M visitors/month [1]

**KDVR [Denver,...**
1.5M visitors/month [1]

**Nexis Newsdesk**
1.5M visitors/month [1]

**WXIN-TV FOX-5...**
1.4M visitors/month [1]

*DATA SOURCES: [1] **similarweb** [2] ALEXA, [3] SITEWORTHTRAFFIC.COM [4] CISION DIGITAL REACH

*THE DATA CITED HERE BY SIMILARWEB REPRESENTS SITE TRAFFIC DATA OF WORLDWIDE UNIQUE VISITORS ON DESKTOP AND MOBILE DEVICES. DATA IS UPDATED MONTHLY.

---

## Views & Engagement

Views & Engagement data will continue to mature over time. Totals below are expected to have reached 98% maturity when the circles below are darker in color.

| **1,754** | **4** | **4,359** |
|:---:|:---:|:---:|
| CLICK-THROUGHS | SHARES | RELEASE VIEWS |

---

## Distribution

| **949** | **1.4K** |
|:---:|:---:|
| TOTAL AP OUTLETS DISTRIBUTED | TOTAL INFLUENCERS DISTRIBUTED |

TOP AP OUTLETS

CISION INFLUENCER LISTS

 **C-SPAN**
86.2M Visitors/Month
Washington, DC

 **Scribd, Inc.**
43.5M Visitors/Month
San Francisco, CA

 **FoxNews.com**
32.5M Visitors/Month
New York, NY

 **CBS News Radio**
30M Visitors/Month
New York, NY

 **New York Time...**
29.9M Visitors/Month
New York, NY

 **Apple Inc.**
29.7M Visitors/Month
Cupertino, CA

**CNBC.com**



26.1M Visitors/Month
Englewood Cliffs, NJ

**CBSnews.com**
26.1M Visitors/Month
New York, NY

| List Name | Outlet | Recipients |
|-----------|--------|------------|
| **Human Interes...** | **Freelancer** | **12** |
| **Human Interes...** | **Fusion** | **8** |
| **Human Interes...** | **El Observador** | **5** |
| **Human Interes...** | **NBC News Latino** | **5** |
| **Human Interes...** | **The Associated Press** | **4** |
| **Human Interes...** | **Dos Mundos** | **3** |

# Pickup

## Overview

| TOTAL PICKUP | **441** |
| --- | --- |

Exact Match          **441** postings

| TOTAL POTENTIAL AUDIENCE | **112.9M** |
| --- | --- |

Exact Match          **112.9M** visitors

## Total Pickup Over Time

Total pickup since your content was distributed



## Total Pickup by Source Type



- Broadcast Media (171/49.4%)
- Newspaper (69/19.9%)
- News & Information Service (56/16.2%)
- Online News Sites & Other Influencers (25/7.2%)
- Blog (11/3.2%)
- Other (14/4.0%)

## Total Pickup by Industry



- Media & Information (319/72.3%)
- Multicultural & Demographic (102/23.1%)
- Financial (8/1.8%)
- Retail & Consumer (7/1.6%)
- General (2/0.5%)
- Other (3/0.7%)

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated.

Total Exact Matches: **441**
Total Potential Audience: **112,920,514**

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|------|-------------|----------|-------------|----------|-------------------|
| AP | AP NEWS [The Associated Press] Online 🖥 View Release | United States | News & Information Service | Media & Information | 24,200,584 [1] visitors/month |
| CISION PR Newswire | PR Newswire Online 🖥 View Release | Global | PR Newswire | Media & Information | 7,560,415 [1] visitors/month |
| CISION PR Newswire | PR Newswire Online 🖥 View Release | Global | PR Newswire | Media & Information | 7,560,415 [1] visitors/month |
| Seeking Alpha | Seeking Alpha Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 6,422,118 [1] visitors/month |
| MARKETS INSIDER | Markets Insider Online 🖥 View Release | Global | Online News Sites & Other Influencers | Financial | 5,045,824 [1] visitors/month |

| | Benzinga<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 3,982,964 [1]<br>visitors/month |
|---|---|---|---|---|---|
| | KTLA [Los Angeles, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,988,825 [1]<br>visitors/month |
| | Morningstar<br>Online 🖥 View Release | Global | Financial Data, Research & Analytics | Financial | 2,324,616 [1]<br>visitors/month |
| | KXAN-TV NBC-36 [Austin, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,035,709 [1]<br>visitors/month |
| | WFLA [Tampa, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,844,121 [1]<br>visitors/month |
| | WIVB [Buffalo, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,815,186 [1]<br>visitors/month |
| | WJW-TV FOX-8 [Cleveland, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,762,315 [1]<br>visitors/month |
| | WGN [Chicago, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,680,649 [1]<br>visitors/month |
| | KDVR [Denver, CO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,549,698 [1]<br>visitors/month |
| | Nexis Newsdesk<br>Online 🖥 View Release | United States | News & Information Service | Media & Information | 1,526,094 [1]<br>visitors/month |
| | WXIN-TV FOX-59 [Indianapolis, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,443,768 [1]<br>visitors/month |
| | KLAS-TV CBS-8 [Las Vegas, NV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,359,632 [1]<br>visitors/month |
| | KLAS-TV CBS-8 [Las Vegas, NV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,359,632 [1]<br>visitors/month |
| | KTVI-TV FOX-2 [St. Louis, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,279,996 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | WHTM [Harrisburg, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,222,373 [1] visitors/month |
| | WPIX-TV CW-11 [New York, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,173,192 [1] visitors/month |
| | KRON [San Francisco, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,157,462 [1] visitors/month |
| | KFOR [Oklahoma City, OK]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 991,747 [1] visitors/month |
| | KRQE [Albuquerque, NM]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 986,140 [1] visitors/month |
| | WBTV-TV [Charlotte, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 975,562 [1] visitors/month |
| | KSWB [San Diego, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 949,528 [1] visitors/month |
| | WGHP [Greensboro, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 922,100 [1] visitors/month |
| | WOOD [Grand Rapids, MI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 894,836 [1] visitors/month |
| | WHNT [Huntsville, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 881,829 [1] visitors/month |
| | WDAF [Kansas City, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 880,652 [1] visitors/month |
| | KOIN-TV CBS-6 [Portland, OR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 847,310 [1] visitors/month |
| | WXIX-TV FOX-19 [Cincinnati, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 843,626 [1] visitors/month |
| | WAVY-TV NBC-10 [Portsmouth, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 841,358 [1] visitors/month |
| | WCMH [Columbus, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 788,876 [1] visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| WRIC [Richmond, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 782,061 [1]<br>visitors/month |
| WNCN [Raleigh, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 762,790 [1]<br>visitors/month |
| WAFB-TV [Midland, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 754,775 [1]<br>visitors/month |
| KKTV-TV CBS-11 [Colorado Springs, CO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 712,044 [1]<br>visitors/month |
| WATE [Knoxville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 681,060 [1]<br>visitors/month |
| WREG [Memphis, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 674,935 [1]<br>visitors/month |
| WKRN [Nashville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 666,630 [1]<br>visitors/month |
| WKRN [Nashville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 666,630 [1]<br>visitors/month |
| WKRN [Nashville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 666,630 [1]<br>visitors/month |
| WHSV-TV [Harrisonburg, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 645,324 [1]<br>visitors/month |
| WANE [Fort Wayne, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 610,156 [1]<br>visitors/month |
| WKBN [Youngstown, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 588,889 [1]<br>visitors/month |
| KHON [Honolulu, HI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 586,365 [1]<br>visitors/month |
| KNWA/KFTA [Fayetteville, AR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 537,164 [1]<br>visitors/month |
| WTEN/ WXXA-TV [Albany, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 530,731 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
|  WKYT-TV [Lexington, KY]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 525,912 [1] visitors/month |
|  KELO [Sioux Falls, SD]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 494,570 [1] visitors/month |
|  KTVX [Salt Lake City, UT]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 460,216 [1] visitors/month |
|  WOWT-TV [Omaha, NE]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 457,108 [1] visitors/month |
|  WNDU-TV [South Bend, IN]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 453,928 [1] visitors/month |
|  WWLP-TV NBC-22 [Springfield, MA]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 451,170 [1] visitors/month |
|  WKRG [Mobile, AL]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 443,457 [1] visitors/month |
|  WPRI/WNAC [Providence, RI]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 441,313 [1] visitors/month |
|  The Cowboy Channel<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 425,871 [1] visitors/month |
|  WTNH [New Haven, CT]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 410,559 [1] visitors/month |
|  WJHL [Johnson City, TN]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 406,462 [1] visitors/month |
|  KOLD-TV [Tucson, AZ]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 402,930 [1] visitors/month |
|  WAFF-TV [Huntsville, AL]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 388,746 [1] visitors/month |
|  WIAT [Birmingham, AL]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 388,618 [1] visitors/month |

| | | | | |
|---|---|---|---|---|
| KSEE/KGPE [Fresno, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 385,418 [1]<br>visitors/month |
| WBTW [Myrtle Beach, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 383,595 [1]<br>visitors/month |
| WSYR-TV ABC-9 NewsChannel [Syracuse, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 375,643 [1]<br>visitors/month |
| WSYR-TV ABC-9 NewsChannel [Syracuse, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 375,643 [1]<br>visitors/month |
| KSNW [Wichita, KS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 371,242 [1]<br>visitors/month |
| WROC/WUHF/WZDX [Rochester, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 366,346 [1]<br>visitors/month |
| WHO-TV NBC-13 [Des Moines, IA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 359,380 [1]<br>visitors/month |
| WSYR-TV ABC-9 NewsChannel [Syracuse, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 353,477 [1]<br>visitors/month |
| WQRF/WTVO [Rockford, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 353,266 [1]<br>visitors/month |
| WFRV [Green Bay, WI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 349,628 [1]<br>visitors/month |
| KTXL [Sacramento, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 349,284 [1]<br>visitors/month |
| KTXL [Sacramento, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 349,284 [1]<br>visitors/month |
| WGNO [New Orleans, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 346,782 [1]<br>visitors/month |
| WBRE/WYOU [Wilkes-Barre, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 341,248 [1]<br>visitors/month |
| WSPA/WYCW [Spartanburg, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 322,771 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| WJHG-TV [Panama City Beach, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 307,516 [1]<br>visitors/month |
| KOLR/KOZL [Springfield, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 289,825 [1]<br>visitors/month |
| KOLR/KOZL [Springfield, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 289,825 [1]<br>visitors/month |
| WEHT/WTVW [Evansville, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 288,412 [1]<br>visitors/month |
| KARK-TV NBC-4 [Little Rock, AR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 275,113 [1]<br>visitors/month |
| KVEO-TV CBS-4 [Harlingen, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 273,895 [1]<br>visitors/month |
| Finanzen.at<br>Online 🖥 View Release | Germany | Online News Sites & Other Influencers | Financial | 267,740 [1]<br>visitors/month |
| WCBD-TV NBC-2 [Charleston, SC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 261,686 [1]<br>visitors/month |
| KLFY [Lafayette, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 253,238 [1]<br>visitors/month |
| KXRM [Colorado Springs, CO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 251,646 [1]<br>visitors/month |
| KSNT-TV NBC-27 [Topeka, KS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 245,510 [1]<br>visitors/month |
| WTRF [Wheeling, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 241,629 [1]<br>visitors/month |
| KGET [Bakersfield, CA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 238,960 [1]<br>visitors/month |
| WDTN/WBDT [Dayton, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 230,693 [1]<br>visitors/month |
| WJBF [Augusta, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 228,645 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| WETM-TV NBC-18 [Elmira, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 227,602 [1]<br>visitors/month |
| WJTV-TV CBS-12 [Jackson, MS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 226,065 [1]<br>visitors/month |
| KTSM [El Paso, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 218,285 [1]<br>visitors/month |
| WMBD-TV CBS 31 / WYZZ-TV FOX 43 [Peoria, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 215,682 [1]<br>visitors/month |
| WSAV [Savannah, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 215,266 [1]<br>visitors/month |
| KAMC/KLBK<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 214,585 [1]<br>visitors/month |
| WBOY [Clarksburg, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 210,244 [1]<br>visitors/month |
| KLRT-TV FOX-16 [Little Rock, AR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 199,455 [1]<br>visitors/month |
| WNCT [Greenville, NC]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 198,621 [1]<br>visitors/month |
| Daily Journal [Tupelo, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 196,513 [1]<br>visitors/month |
| WRBL [Columbus, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 176,440 [1]<br>visitors/month |
| WLNS-TV CBS-6 [Lansing, MI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 169,816 [1]<br>visitors/month |
| Ser Padres<br>Online 🖥 View Release | United States | Magazine | Multicultural & Demographic | 164,467 [1]<br>visitors/month |
| WMBB-TV ABC-13 [Panama City, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 161,249 [1]<br>visitors/month |
| WOWK-TV CBS-13 [Charleston, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 161,032 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| KXMA/KXMB [Bismark, ND]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 156,262 [1]<br>visitors/month |
| KTAB/KRBC [Abilene, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 152,449 [1]<br>visitors/month |
| WCIA-TV CBS 3 [Champaign, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 151,898 [1]<br>visitors/month |
| KFDX-TV NBC-3 / KJTL-TV FOX-18 [Wichita Falls, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 149,742 [1]<br>visitors/month |
| RFD-TV [Nashville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 141,022 [1]<br>visitors/month |
| WTTV [Indianapolis, IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 137,336 [1]<br>visitors/month |
| KIAH [Houston, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 135,843 [1]<br>visitors/month |
| WVLA [Baton Rouge, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 130,855 [1]<br>visitors/month |
| WVLA [Baton Rouge, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 130,855 [1]<br>visitors/month |
| WTAJ [Altoona, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 129,409 [1]<br>visitors/month |
| WICZ-TV FOX-40 [Binghamton, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 108,401 [1]<br>visitors/month |
| WJET-TV ABC-24 / WFXP-TV FOX-44 [Erie, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 108,116 [1]<br>visitors/month |
| WJET-TV ABC-24 / WFXP-TV FOX-44 [Erie, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 108,116 [1]<br>visitors/month |
| KAMR/KCIT<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 106,845 [1]<br>visitors/month |
| KTAL-TV NBC-6 [Shreveport, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 101,761 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | KSWO-TV [Lawton, OK]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 100,290 [1]<br>visitors/month |
| | WTWO-TV NBC-2/WAWV-TV ABC-38<br>MyWabashValley [Terre Haute IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 98,472 [1]<br>visitors/month |
| | WTWO-TV NBC-2/WAWV-TV ABC-38<br>MyWabashValley [Terre Haute IN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 98,472 [1]<br>visitors/month |
| | WFXR [Roanoke, VA<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 93,245 [1]<br>visitors/month |
| | QuadCities WHBF-TV CBS-4 / KLJB-TV FOX-18<br>[Rock Island, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 92,056 [1]<br>visitors/month |
| | QuadCities WHBF-TV CBS-4 / KLJB-TV FOX-18<br>[Rock Island, IL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 92,056 [1]<br>visitors/month |
| | WDKY [Lexington, KY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 90,539 [1]<br>visitors/month |
| | WFFF-TV FOX 44 / WVNY-TV ABC-22<br>[Colchester, VT]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 86,658 [1]<br>visitors/month |
| | WVLA [Baton Rouge, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 83,771 [1]<br>visitors/month |
| | Skagit Valley Herald [Mount Vernon, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 83,011 [1]<br>visitors/month |
| | Skagit Valley Herald [Mount Vernon, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 83,011 [1]<br>visitors/month |
| | Skagit Valley Herald [Mount Vernon, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 83,011 [1]<br>visitors/month |
| | Skagit Valley Herald [Mount Vernon, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 83,011 [1]<br>visitors/month |
| | Skagit Valley Herald [Mount Vernon, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 83,011 [1]<br>visitors/month |
| | Skagit Valley Herald [Mount Vernon, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 83,011 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| KLST/KSAN [San Angelo, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 81,625 [1]<br>visitors/month |
| KSNF/KODE [Joplin, MO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 80,574 [1]<br>visitors/month |
| KCAU-TV ABC-9 Siouxland Proud [Sioux City, IA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 78,558 [1]<br>visitors/month |
| KCAU-TV ABC-9 Siouxland Proud [Sioux City, IA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 78,558 [1]<br>visitors/month |
| WYTV-TV ABC-33 [Youngstown, OH]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 75,652 [1]<br>visitors/month |
| KARD/KTVE [West Monroe, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 73,755 [1]<br>visitors/month |
| WJMN-TV CBS 3 [Escanaba, WI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 69,254 [1]<br>visitors/month |
| Ellensburg Daily Record [Ellensburg, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 68,801 [1]<br>visitors/month |
| Ellensburg Daily Record [Ellensburg, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 68,801 [1]<br>visitors/month |
| Ellensburg Daily Record [Ellensburg, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 68,801 [1]<br>visitors/month |
| AmericaTeVe<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 65,066 [1]<br>visitors/month |
| Suncoast News Network [Sarasota, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 64,388 [1]<br>visitors/month |
| KDAF-TV CW-33 [Dallas, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 64,150 [1]<br>visitors/month |
| The Costa Rica News - TCRN<br>Online 🖥 View Release | Costa Rica | Online News Sites & Other Influencers | Media & Information | 63,841 [1]<br>visitors/month |
| WVNS [Beckley, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 61,117 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | WVNS [Beckley, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 61,117 [1]<br>visitors/month |
|  | WVNS [Beckley, WV]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 61,117 [1]<br>visitors/month |
|  | The Troy Messenger<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 58,751 [1]<br>visitors/month |
|  | Chinook Observer<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 56,456 [1]<br>visitors/month |
|  | Chinook Observer<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 56,456 [1]<br>visitors/month |
|  | Chinook Observer<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 56,456 [1]<br>visitors/month |
|  | The State Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 56,231 [1]<br>visitors/month |
|  | KREX/KFQX/KGJT [Grand Junction, CO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 55,489 [1]<br>visitors/month |
|  | KMID/KPEJ [Odessa, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 51,467 [1]<br>visitors/month |
|  | Spoke<br>Online 🖥 View Release | United States | News & Information Service | Business Services | 51,366 [1]<br>visitors/month |
|  | KWKT-TV FOX-44 / KYLE-TV MyNetworkTV [Woodway, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 47,791 [1]<br>visitors/month |
|  | The State Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 46,690 [1]<br>visitors/month |
|  | The Coastland Times<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 46,594 [1]<br>visitors/month |
|  | WDHN-TV ABC [Webb, AL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 45,504 [1]<br>visitors/month |
|  | WBGH/WIVT [Binghamton, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 45,103 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | WFXV/WPNY/WUTR<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 42,802 [1]<br>visitors/month |
|  | One News Page Global Edition<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 35,197 [1]<br>visitors/month |
|  | One News Page Global Edition<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 35,197 [1]<br>visitors/month |
|  | One News Page Global Edition<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 35,197 [1]<br>visitors/month |
|  | WPHL [Philadelphia, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 33,866 [1]<br>visitors/month |
|  | WWTI-TV ABC-50 [Watertown, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 33,174 [1]<br>visitors/month |
|  | WWTI-TV ABC-50 [Watertown, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 33,174 [1]<br>visitors/month |
|  | The Tryon Daily Bulletin<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 29,613 [1]<br>visitors/month |
|  | The Advocate-Messenger<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 29,235 [1]<br>visitors/month |
|  | WTNZ FOX-43 (Knoxville, TN)<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 24,508 [1]<br>visitors/month |
|  | Mega TV<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 22,950 [1]<br>visitors/month |
|  | Mega TV<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 22,950 [1]<br>visitors/month |
|  | The Stanly News & Press<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 22,677 [1]<br>visitors/month |
|  | Austin Daily Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 21,723 [1]<br>visitors/month |
|  | Mom Blog Society<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | 19,479 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | RFD-TV's The American Rodeo<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 16,080 [1]<br>visitors/month |
| | WNTZ [Alexandria, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 14,220 [1]<br>visitors/month |
| | WLAX-TV FOX 28/45 [La Crosse, WI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 12,143 [1]<br>visitors/month |
| | La Mega 106.9 FM<br>Online 🖥 View Release | Puerto Rico | Broadcast Media | Multicultural & Demographic | 11,307 [1]<br>visitors/month |
| | Univision Minnesota<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 10,252 [1]<br>visitors/month |
| | The Post-Searchlight<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 10,142 [1]<br>visitors/month |
| | Portada-Online.com<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 9,382 [1]<br>visitors/month |
| | La Nueva 94 FM<br>Online 🖥 View Release | Puerto Rico | Broadcast Media | Multicultural & Demographic | 9,019 [1]<br>visitors/month |
| | Davie County Enterprise Record<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 8,251 [1]<br>visitors/month |
| | Univision Canada<br>Online 🖥 View Release | Canada | Broadcast Media | Multicultural & Demographic | 8,181 [1]<br>visitors/month |
| | Lang1234.com<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 6,667 [1]<br>visitors/month |
| | The Podcast Park<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 6,623 [1]<br>visitors/month |
| | The Roanoke Chowan News Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 6,454 [1]<br>visitors/month |
| | BambuUP<br>Online 🖥 View Release | Vietnam | Blog | Financial | 6,235 [1]<br>visitors/month |
| | The Atmore Advance<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 5,324 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | El Zol 106.7 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 5,227 [1]<br>visitors/month |
|  | The Tidewater News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 5,126 [1]<br>visitors/month |
|  | Luverne Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 4,787 [1]<br>visitors/month |
|  | Americus Times-Recorder<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 4,756 [1]<br>visitors/month |
|  | La Mega 97.9 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 4,739 [1]<br>visitors/month |
|  | Middlesboro News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 4,633 [1]<br>visitors/month |
|  | Cordele Dispatch<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 4,513 [1]<br>visitors/month |
|  | The Greenville Advocate<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 4,505 [1]<br>visitors/month |
|  | WPGX-TV FOX-28 [Panama City, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 4,467 [1]<br>visitors/month |
|  | La Raza 97.9 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 4,115 [1]<br>visitors/month |
|  | La Zeta 93.7 FM<br>Online 🖥 View Release | Puerto Rico | Broadcast Media | Multicultural & Demographic | 3,745 [1]<br>visitors/month |
|  | D'Latinos<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 3,130 [1]<br>visitors/month |
|  | Magazines Today<br>Online 🖥 View Release | Global | Trade Publications | Media & Information | 3,108 [1]<br>visitors/month |
|  | Mercadotecnia y Medios<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 2,812 [1]<br>visitors/month |
|  | KHMT/KSVI [Billings, MT]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,651 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | Latin Business Today<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 2,520 [1]<br>visitors/month |
|  | Latin Business Today<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 2,520 [1]<br>visitors/month |
|  | Latin Business Hoy<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 2,520 [1]<br>visitors/month |
|  | ChicaNOL<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | 2,477 [1]<br>visitors/month |
|  | One News Page United States Edition<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 2,468 [1]<br>visitors/month |
|  | Amor 93.1 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 2,372 [1]<br>visitors/month |
|  | KJUN-TV / KFOL-TV HTV10 [Houma, LA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,957 [1]<br>visitors/month |
|  | Zeta 92.3 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 1,891 [1]<br>visitors/month |
|  | The Demopolis Times<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,880 [1]<br>visitors/month |
|  | El Perico<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 1,784 [1]<br>visitors/month |
|  | El Perico<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 1,784 [1]<br>visitors/month |
|  | La Raza 93.3 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 1,714 [1]<br>visitors/month |
|  | La Ley 107.9 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 1,680 [1]<br>visitors/month |
|  | La Ley 107.9 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 1,680 [1]<br>visitors/month |
|  | Kenbridge Victoria Dispatch<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,639 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | The Charlotte Gazette<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,466 [1]<br>visitors/month |
| | Play 96.5 FM<br>Online 🖥 View Release | Puerto Rico | Broadcast Media | Multicultural & Demographic | 1,443 [1]<br>visitors/month |
| | Mega 96.3 FM<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 1,378 [1]<br>visitors/month |
| | WWDN 104.5 FM [Danville, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,342 [1]<br>visitors/month |
| | Lowndes Signal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 949 [1]<br>visitors/month |
| | Harlan Enterprise<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 917 [1]<br>visitors/month |
| | Seattle 24×7<br>Online 🖥 View Release | United States | Trade Publications | Tech | 880 [1]<br>visitors/month |
| | Hoy en Delaware<br>Online 🖥 View Release | United States | Newspaper | Multicultural & Demographic | 844 [1]<br>visitors/month |
| | Fuente Latina<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | 834 [1]<br>visitors/month |
| | The Vicksburg Post<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 789 [1]<br>visitors/month |
| | The Vicksburg Post<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 789 [1]<br>visitors/month |
| | My Silly Little Gang<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | 751 [1]<br>visitors/month |
| | Elizabethton Star<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 683 [1]<br>visitors/month |
| | Elizabethton Star<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 683 [1]<br>visitors/month |
| | La Familia de Broward<br>Online 🖥 View Release | United States | Magazine | Multicultural & Demographic | 672 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | WMPW 105.9 FM [Danville, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 658 [1]<br>visitors/month |
|  | WKSK 101.9 FM [South Boston, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 599 [1]<br>visitors/month |
|  | WWZW-FM Classic story96.7 [Lexington, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 597 [1]<br>visitors/month |
|  | WLUS 98.3 FM [Clarksville, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 578 [1]<br>visitors/month |
|  | KMLK 98.7-FM [El Dorado, AR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 543 [1]<br>visitors/month |
|  | Alaska Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 531 [1]<br>visitors/month |
|  | Bluegrass Live<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 518 [1]<br>visitors/month |
|  | Cori's Cozy Corner<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | 515 [1]<br>visitors/month |
|  | Cori's Cozy Corner<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | 515 [1]<br>visitors/month |
|  | WCNN 680 AM / 93.7 FM [Atlanta, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 494 [1]<br>visitors/month |
|  | Journal News Today<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 488 [1]<br>visitors/month |
|  | Forefront Media News<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 488 [1]<br>visitors/month |
|  | Univision Kansas City<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 450 [1]<br>visitors/month |
|  | NewsNet Northeast<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 431 [1]<br>visitors/month |
|  | Southwest Daily News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 428 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | Southwest Daily News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 428 [1]<br>visitors/month |
|  | The Oxford Eagle<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 423 [1]<br>visitors/month |
|  | The Oxford Eagle<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 423 [1]<br>visitors/month |
|  | WFOM 106.3 FM / 1230 AM [Atlanta, GA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 419 [1]<br>visitors/month |
|  | Oregon Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 415 [1]<br>visitors/month |
|  | WHLF 95.3 FM [South Boston, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 411 [1]<br>visitors/month |
|  | The Panolian<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 410 [1]<br>visitors/month |
|  | The Panolian<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 410 [1]<br>visitors/month |
|  | Southern Sports Today<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 409 [1]<br>visitors/month |
|  | California Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 407 [1]<br>visitors/month |
|  | World bfn<br>Online 🖥 View Release | Global | News & Information Service | Media & Information | 401 [1]<br>visitors/month |
|  | Mi Ciudad Tampa Bay<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 401 [1]<br>visitors/month |
|  | NewsNet Michigan<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 392 [1]<br>visitors/month |
|  | Alabama Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 388 [1]<br>visitors/month |
|  | Orange Leader<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 387 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | Orange Leader<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 387 [1]<br>visitors/month |
| | La Nación Hispana<br>Online 🖥 View Release | United States | Newspaper | Multicultural & Demographic | 385 [1]<br>visitors/month |
| | Business Class News<br>Online 🖥 View Release | United States | Blog | Media & Information | 376 [1]<br>visitors/month |
| | WSHV 96.7 FM [South Hill, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 362 [1]<br>visitors/month |
| | NewsNet Southeast<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 347 [1]<br>visitors/month |
| | Picayune Item<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 342 [1]<br>visitors/month |
| | Picayune Item<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 342 [1]<br>visitors/month |
| | American Press<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 332 [1]<br>visitors/month |
| | American Press<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 332 [1]<br>visitors/month |
| | Tactics Magazine for Shopping Centers<br>Online 🖥 View Release | Canada | Trade Publications | Retail & Consumer | 321 [1]<br>visitors/month |
| | Tactics Magazine for Shopping Centers<br>Online 🖥 View Release | Canada | Trade Publications | Retail & Consumer | 321 [1]<br>visitors/month |
| | Albert Lea Tribune [Albert Lea, MN]<br>Online 🖥 View Release | United States | print media | Media & Information | 317 [1]<br>visitors/month |
| | Ismael Cala Foundation<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | 312 [1]<br>visitors/month |
| | Daily Leader<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 309 [1]<br>visitors/month |
| | Daily Leader<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 309 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| Arkansas Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 307 [1]<br>visitors/month |
| LaGrange Daily News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 304 [1]<br>visitors/month |
| LaGrange Daily News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 304 [1]<br>visitors/month |
| Leader Publications<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 294 [1]<br>visitors/month |
| Leader Publications<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 294 [1]<br>visitors/month |
| Valley Times-News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 291 [1]<br>visitors/month |
| Valley Times-News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 291 [1]<br>visitors/month |
| Energía, Industria, Comercio y Minería<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 282 [1]<br>visitors/month |
| WZZS-FM 106.9 La Número Uno / WTMY-AM 1280 La Número Uno<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 280 [1]<br>visitors/month |
| Prensa Mexicana<br>Online 🖥 View Release | United States | Newspaper | Multicultural & Demographic | 278 [1]<br>visitors/month |
| West Virginia Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 277 [1]<br>visitors/month |
| South Carolina Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 277 [1]<br>visitors/month |
| Oklahoma Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 277 [1]<br>visitors/month |
| North Dakota Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 277 [1]<br>visitors/month |
| New York Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 277 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| New Jersey Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 277 [1] visitors/month |
| Mississippi Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 277 [1] visitors/month |
| Michigan Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 277 [1] visitors/month |
| Louisiana Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 277 [1] visitors/month |
| Iowa Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 277 [1] visitors/month |
| Indiana Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 277 [1] visitors/month |
| Florida Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 277 [1] visitors/month |
| Natchez Democrat<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 267 [1] visitors/month |
| Natchez Democrat<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 267 [1] visitors/month |
| The Andalusia Star-News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 267 [1] visitors/month |
| The Andalusia Star-News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 267 [1] visitors/month |
| NewsNet Midwest<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 265 [1] visitors/month |
| EstilosBlog<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | 264 [1] visitors/month |
| The Clanton Advertiser<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 263 [1] visitors/month |
| The Clanton Advertiser<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 263 [1] visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | Ironton Tribune<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 260 [1]<br>visitors/month |
| | Ironton Tribune<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 260 [1]<br>visitors/month |
| | Hola Arkansas!<br>Online 🖥 View Release | United States | Newspaper | Multicultural & Demographic | 253 [1]<br>visitors/month |
| | Montana Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 243 [1]<br>visitors/month |
| | Missouri Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 243 [1]<br>visitors/month |
| | Smithfield Times<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 242 [1]<br>visitors/month |
| | Smithfield Times<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 242 [1]<br>visitors/month |
| | Salisbury Post<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 241 [1]<br>visitors/month |
| | Salisbury Post<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 241 [1]<br>visitors/month |
| | El Hispano Para Todos<br>Online 🖥 View Release | United States | Newspaper | Multicultural & Demographic | 236 [1]<br>visitors/month |
| | L'Observateur<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 236 [1]<br>visitors/month |
| | L'Observateur<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 236 [1]<br>visitors/month |
| | Hawaii Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 236 [1]<br>visitors/month |
| | Alabama Now<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 233 [1]<br>visitors/month |
| | Alabama Now<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 233 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | Shelby County Reporter<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 232 [1]<br>visitors/month |
| | Shelby County Reporter<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 232 [1]<br>visitors/month |
| | Pennsylvania Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 232 [1]<br>visitors/month |
| | Nevada Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 231 [1]<br>visitors/month |
| | Magnolia State Live<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 226 [1]<br>visitors/month |
| | Magnolia State Live<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 226 [1]<br>visitors/month |
| | Manhattanweek<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 209 [1]<br>visitors/month |
| | Mystery Shopping Teacher<br>Online 🖥 View Release | United States | Blog | Retail & Consumer | 208 [1]<br>visitors/month |
| | Connecticut Hispano News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 206 [1]<br>visitors/month |
| | Conexion Florida<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 202 [1]<br>visitors/month |
| | Kansas Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 198 [1]<br>visitors/month |
| | Port Arthur News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 196 [1]<br>visitors/month |
| | Port Arthur News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 196 [1]<br>visitors/month |
| | Jessamine Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 195 [1]<br>visitors/month |
| | Jessamine Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 195 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| GEORGIA LATINO News | Georgia Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 195 [1]<br>visitors/month |
| GEORGIA LATINO News | Georgia Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 195 [1]<br>visitors/month |
| ARIZONA HISPANO News | Arizona Hispano News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 192 [1]<br>visitors/month |
| Suffolk News-Herald | The Suffolk News-Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 185 [1]<br>visitors/month |
| Suffolk News-Herald | The Suffolk News-Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 185 [1]<br>visitors/month |
| TEXAS LATINO News | Texas Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 180 [1]<br>visitors/month |
| INTERIOR JOURNAL | The Interior Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 173 [1]<br>visitors/month |
| INTERIOR JOURNAL | The Interior Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 173 [1]<br>visitors/month |
| OHIO LATINO News | Ohio Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 173 [1]<br>visitors/month |
| TRANSPORTE | Transporte, Logística & Comercio Internacional<br>Online 🖥 View Release | United States | Newspaper | Multicultural & Demographic | 167 [1]<br>visitors/month |
| WASHINGTON LATINO News | Washington Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 162 [1]<br>visitors/month |
| Folsom Local News | Folsom Local News [Folsom, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 153 [1]<br>visitors/month |
| Folsom Local News | Folsom Local News [Folsom, CA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 153 [1]<br>visitors/month |
| MASSACHUSETTS LATINO News | Massachusetts Hispano News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 151 [1]<br>visitors/month |
| The Daily News | The Bogalusa Daily News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 148 [1]<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | The Bogalusa Daily News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 148 [1]<br>visitors/month |
| | The Farmville Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 144 [1]<br>visitors/month |
| | The Farmville Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 144 [1]<br>visitors/month |
| | areaLosAngele<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 144 [1]<br>visitors/month |
| | Sangri Times<br>Online 🖥 View Release | India | Online News Sites & Other Influencers | General | 139 [1]<br>visitors/month |
| | NewsNet Southwest<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 138 [1]<br>visitors/month |
| | Conexión Hispana<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | 136 [1]<br>visitors/month |
| | NewsNet West<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 134 [1]<br>visitors/month |
| | The Clemmons Courier<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 127 [1]<br>visitors/month |
| | The Clemmons Courier<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 127 [1]<br>visitors/month |
| | Claiborne Progress<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 127 [1]<br>visitors/month |
| | Claiborne Progress<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 127 [1]<br>visitors/month |
| | Illinois Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 127 [1]<br>visitors/month |
| | Winchester Sun<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 125 [1]<br>visitors/month |
| | Winchester Sun<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 125 [1]<br>visitors/month |

| | | | | |
|---|---|---|---|---|
| The Wetumpka Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 125 [1]<br>visitors/month |
| The Wetumpka Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 125 [1]<br>visitors/month |
| Utah Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 120 [1]<br>visitors/month |
| Alexander City Outlook<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 108 [1]<br>visitors/month |
| Alexander City Outlook<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 108 [1]<br>visitors/month |
| The Brewton Standard<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 105 [1]<br>visitors/month |
| The Brewton Standard<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 105 [1]<br>visitors/month |
| Delaware Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 105 [1]<br>visitors/month |
| Colorado Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | 101 [1]<br>visitors/month |
| Washington Daily News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 89 [1]<br>visitors/month |
| Washington Daily News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 89 [1]<br>visitors/month |
| The Selma Times-Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 61 [1]<br>visitors/month |
| The Selma Times-Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 61 [1]<br>visitors/month |
| Wyoming Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| National NewsNet<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | Not Available |

| | Coastal Today Magazine<br>Online 🖥 View Release | United States | Magazine | Travel & Leisure | Not Available |
|---|---|---|---|---|---|
| | Buenos Dias Nebraska<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | Not Available |
| | Virginia Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| | Vermont Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| | Tennesse Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| | SuperLatina TV<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | Not Available |
| | South Dakota Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| | The Tryon Daily Bulletin<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | The Troy Messenger<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | The Tidewater News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | The Stanly News & Press<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | The Post-Searchlight<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | The Coastland Times<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | The Charlotte Gazette<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | The Roanoke Chowan News Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |

| | | | | | |
|---|---|---|---|---|---|
| | Davie County Enterprise Record<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Middlesboro News<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Luverne Journal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Lowndes Signal<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Kenbridge Victoria Dispatch<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Harlan Enterprise<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | The Greenville Advocate<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | The Demopolis Times<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Cordele Dispatch<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Bluegrass Live<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Austin Daily Herald<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | The Atmore Advance<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | The Advocate-Messenger<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |
| | Americus Times-Recorder<br>Online 🖥 View Release | United States | Newspaper | Media & Information | Not Available |

| | | | | |
|---|---|---|---|---|
| Rhode Island Hispano News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| Grit Daily<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | Not Available |
| North Carolina Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| New Mexico Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| Nebraska Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| Minnesota Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| Maine Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| WWDW 107.7-FM [Alberta, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | Not Available |
| K Pratcher Media<br>Online 🖥 View Release | United States | Business/Company Site | General | Not Available |
| Kentucky Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| Idaho Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| Grit Daily<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | Not Available |
| Geovanny Vicente Romero<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | Not Available |
| Geovanny Vicente Romero<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | Not Available |

| | | | | |
|---|---|---|---|---|
| Wisconsin Latino News<br>Online 🖥 View Release | United States | News & Information Service | Multicultural & Demographic | Not Available |
| New Hampshire Latino News<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | Not Available |
| Nancy Clara<br>Online 🖥 View Release | United States | Blog | Multicultural & Demographic | Not Available |
| Revista MUJERES Internacional<br>Online 🖥 View Release | United States | Magazine | Multicultural & Demographic | Not Available |
| WZSP-FM 105.3 La Zeta [Nocatee, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Multicultural & Demographic | Not Available |

*Data sources: [1]  🔵 **similarweb**    [2] Alexa, [3] siteworthtraffic.com [4] Cision Digital Reach

*The data cited here by SimilarWeb represents site traffic data of worldwide unique visitors on desktop and mobile devices. Data is updated monthly.

# Traffic

## Overview

| RELEASE VIEWS & HITS | 4.7K | MULTIMEDIA | 0 |
| --- | --- | --- | --- |

| | |
| --- | --- |
| Release Views | **4.4K** |
| Media Views | **194** |
| Public Views | **4.2K** |
| Partner Sites | **341** |
| PR Newswire Properties | **3.8K** |
| Release Web Crawler Hits | **360** |

## Release Views
Release Views Over Time

10000

1 663



## Media Views on PR Newswire for Journalists

### Top 10 Outlets



## Views on Partner Sites

## Top 10 Sites



## Traffic to PR Newswire Properties

### Type of Views



- ■ Desktop Views
- ■ Mobile/Tablet Views

### Views

| Type | Views |
|------|-------|
| Desktop Views | 2,553 |
| Mobile/Tablet Views | 1,271 |
| **Total Views on PR Newswire Properties** | **3,824** |

## External Traffic Sources
Understand how viewers found your release.

| Source Type | Source | Instances |
|-------------|--------|-----------|
| Direct | | 1,455 |
| Direct | Direct | 1,455 |
| ⌄ Search Engine (7) | | 1,264 |
| **Total** | | **3,817** |

| Source Type | Source | Instances |
|---|---|---|
| Search Engine | Google | 1,244 |
| Search Engine | Start Page | 6 |
| Search Engine | Yahoo! | 4 |
| Search Engine | Info.com | 4 |
| Search Engine | Bing | 4 |
| Search Engine | Yandex | 1 |
| Search Engine | DuckDuckGo | 1 |
| ⌄ Social Media (2) | | 8 |
| Social Media | Twitter | 7 |
| Social Media | Facebook | 1 |
| ⌄ PR Newswire Properties (2) | | 828 |
| PR Newswire Properties | prnewswire.com | 825 |
| PR Newswire Properties | newswire.ca | 3 |
| ⌄ Other Sites (11) | | 262 |
| Other Sites | hip2save.com | 247 |
| Other Sites | prod.uhrs.playmsn.com | 4 |
| Other Sites | trello.com | 2 |
| Other Sites | webdigital.dmr.st | 2 |
| Other Sites | disq.us | 1 |
| Other Sites | iqstock.news | 1 |
| Other Sites | aibull.io | 1 |
| Other Sites | openmultipleurl.com | 1 |
| Other Sites | hq.wb.archive.org | 1 |
| Other Sites | admin.intellizence.com | 1 |
| Other Sites | chinookobserver.com | 1 |
| **Total** | | **3,817** |



Legend:
- Direct
- Search Engine
- Social Media
- PR Newswire Properties
- Other Sites

# Audience

## Overview

| VIEWS FROM IDENTIFIED AUDIENCES | AP & INFLUENCER LIST RECIPIENTS |
|---|---|
| **305** | **2.4K** |

| Media Views | 194 |
|---|---|
| Organization Views | 111 |

| Wire Distribution / AP Outlets | 949 |
|---|---|
| Targeted Influencers | 1.4K |

## Audience Summary

### Media Demographics

A break down of the industries covered, the media types and the locations of the journalists & bloggers accessing your releases on PR Newswire for Journalists.

### Top Industries   Top Media Types   Top Locations



## Geo-segmentation

See where views of your release originated. Hover over map to see totals by location.

Select a region:

World View 









## Audience Details

### Media Views
See the details of each media outlet from PR Newswire for Journalists that viewed your release.

| Outlet | Industry | Source Type | Location | Views |
|--------|----------|-------------|----------|-------|
| Slack Inc | Healthcare | Trade Periodicals, Web/On-Line Service | United States | 3 |
| **Total** | | | | **194** |

| | | | | |
|---|---|---|---|---|
| Cision | Academe, Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Multicultural, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Newspaper, Television | India | 3 |
| Times of News 24x7 | Healthcare | Blogger, Other, Web/On-Line Service | India | 3 |
| Accion Labs | Auto, Entertainment, Environment, Features | Newspaper, Radio | India | 3 |
| Delion | Environment, Financial Services, General Business, Other, Technology | Blogger, Newspaper | Canada | 3 |
| cision | Auto | Blogger | United States | 3 |
| Life a la Latina | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger | United States | 3 |
| Spiltmilk.mom | Auto, Broadcast, Entertainment, General Business, Healthcare, Media, Other, Public Issues, Technology, Travel | Blogger, Freelance/Writer, Radio | United States | 3 |
| Pongan el Café | Broadcast, Consumer Products, Entertainment, Media, Technology, Travel | Blogger | United States | 3 |
| CHANTELLEW | Financial Services, General Business, Public Issues | Blogger | Monaco | 3 |
| OncologyTube.com | Media, Other | Web/On-Line Service | United States | 3 |
| Freelance | Features | Freelance/Writer | Canada | 3 |
| Retail TouchPoints | Consumer Products, General Business, Other | Web/On-Line Service | United States | 3 |
| MT Newswires | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Wire Service | Philippines | 3 |
| stocksniper | Other | Blogger | United States | 3 |
| Soap Opera Network / ErrolLewis.com | Broadcast, Entertainment, Features, Media, Technology, Travel | Blogger, Freelance/Writer, Other, Television | United States | 3 |
| Path to Purchase IQ and Retail Leader | Consumer Products, Other | Trade Periodicals | United States | 3 |
| Nawae Pakistan | Public Issues | Web/On-Line Service | Pakistan | 3 |
| STEWAWEL News & Information | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Radio, Television, Web/On-Line Service, Wire Service | United States | 3 |
| **Total** | | | | **194** |

| | | | | |
|---|---|---|---|---|
| Legal Support World | Other | Blogger, Freelance/Writer | United States | 3 |
| Daily News | Other | Other | South Africa | 3 |
| Cision (PR Newswire) | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | United States | 3 |
| Randall-Reilly Publishing Co. | Transportation | Trade Periodicals | United States | 3 |
| Okinawa Marine | Broadcast, Environment, Features, Financial Services, Media, Public Issues, Technology, Transportation, Travel | Freelance/Writer, Newspaper, Web/On-Line Service, Wire Service | Japan | 3 |
| Houston Chronicle | Features | Newspaper | United States | 3 |
| heart & soul | Entertainment, Healthcare, Travel | Consumer Periodicals, Radio, Web/On-Line Service | United States | 3 |
| Gaceta UNAM | Environment, Features, Healthcare, Media, Public Issues, Sports, Travel | Newspaper, Web/On-Line Service | Mexico | 3 |
| New York 1 News | Other | Television | United States | 3 |
| Freelancer | Entertainment, Features, Healthcare | Freelance/Writer, Newspaper | United States | 3 |
| PR | Technology | Other | Malaysia | 3 |
| News Aktuell | Other | Wire Service | Switzerland | 3 |
| HomePage News | Consumer Products, Features | Trade Periodicals | United States | 3 |
| Economic Review | Auto, Energy, Features, Financial Services, Media, Public Issues, Sports | Freelance/Writer, Newspaper, Trade Periodicals | Pakistan | 3 |
| Lola Digital Media | Auto, Consumer Products, Energy, Environment, Features, Media, Sports, Technology, Travel | Freelance/Writer | United States | 2 |
| basil &amp; salt magazine | Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Media, Public Issues, Technology, Travel | Blogger, Freelance/Writer, Other, Radio | United States | 2 |
| mmirandalaurenn | Consumer Products, Entertainment, Media, Other | Blogger | United States | 2 |
| Record Gazette | Entertainment, General Business, Media, Public Issues | Newspaper | United States | 2 |
| WRHU 88.7 FM | Financial Services | Radio | United States | 2 |
| Puget Sound Business Journal | General Business | Newspaper, Web/On-Line Service | United States | 2 |
| YouSeeNothing | Entertainment, Environment, Financial Services, Healthcare, Media, Public Issues, Technology | Blogger, Web/On-Line Service | United States | 2 |
| **Total** | | | | **194** |

| | | | | |
|---|---|---|---|---|
| Kingsport Times-New | Other | Newspaper | United States | 2 |
| United News of India | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Wire Service | India | 2 |
| WSAZ | Financial Services | Television | United States | 2 |
| Business Insider | Consumer Products, General Business, Other, Sports | Web/On-Line Service | United States | 2 |
| Freelance | Entertainment, Financial Services, General Business, Healthcare, Public Issues, Technology | Freelance/Writer | United States | 2 |
| Selfobsessed Inc | Financial Services, General Business, Healthcare, Media, Public Issues | Blogger, Freelance/Writer | India | 2 |
| hispanic pr blog | Media | Freelance/Writer | United States | 2 |
| Feather River Bulletin | Other | Newspaper | United States | 2 |
| C4 Trends | Healthcare, Media, Technology | Trade Periodicals | United States | 2 |
| The Shelby Report | Other | Trade Periodicals | United States | 2 |
| FootPrint Coalition | Auto, Consumer Products, Energy, Environment, Financial Services, Heavy Industry, Other, Public Issues, Technology, Transportation | Blogger | United States | 2 |
| Morning Brew | Consumer Products, General Business | Other | United States | 2 |
| Freelancer | Other | Trade Periodicals | United States | 2 |
| NewsRise | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Freelance/Writer, Newspaper, Radio, Wire Service | Malaysia | 2 |
| Food Dive | Consumer Products | Trade Periodicals | United States | 2 |
| KCPQ (Q13) | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Television | United States | 2 |
| Winsight | Auto, Consumer Products, Technology | Trade Periodicals | United States | 2 |
| **Total** | | | | **194** |

| | | | | |
|---|---|---|---|---|
| CanGlobal Media | Auto, Broadcast, Entertainment, Features, General Business, Heavy Industry, Media, Public Issues, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Radio, Television, Web/On-Line Service | Canada | 2 |
| TVWNews India | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Newspaper | India | 2 |
| Abasto Magazine | Consumer Products | Other | United States | 2 |
| Retail Leader | Media | Trade Periodicals | United States | 2 |
| Sing Tao Daily Toronto Edition 多伦多星島 | Other | Newspaper | Canada | 2 |
| Retailopia | Consumer Products | Blogger | India | 2 |
| Rodman Media Corp. | Consumer Products, Media | Trade Periodicals, Web/On-Line Service | United States | 2 |
| Retail Gazette | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | United Kingdom | 2 |
| NewsRx | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | United States | 2 |
| Viable.Earth | Auto, Consumer Products, Energy, Environment | Web/On-Line Service | Vietnam | 2 |
| Yahoo Canada | Auto, Broadcast, Consumer Products, Entertainment, Environment, Features, General Business, Healthcare, Heavy Industry, Media, Public Issues, Technology, Travel | Web/On-Line Service | Canada | 2 |
| Sustaina Stocks | Financial Services, General Business | Web/On-Line Service | Denmark | 2 |
| about-sale.com | Consumer Products, General Business, Media | Blogger | Slovak | 2 |
| Beacon Media | Broadcast, Consumer Products, Entertainment, Environment, Features, General Business, Healthcare, Media, Public Issues, Sports, Technology, Transportation, Travel | Newspaper | United States | 2 |
| NBCUniversal | Consumer Products, Media | Television, Web/On-Line Service | United States | 2 |
| Bloomberg News | Other | Wire Service | Netherlands | 2 |
| ALM | Other | Newspaper | United States | 2 |
| The Epoch Times | Media, Public Issues, Technology | Newspaper | United States | 2 |
| **Total** | | | | **194** |

| | | | | |
|---|---|---|---|---|
| Slice Publications Ltd | Other | Other | New Zealand | 2 |
| Mann Publications | Consumer Products, Entertainment, Features, General Business, Media, Other, Public Issues, Technology, Travel | Blogger, Freelance/Writer, Newspaper, Other, Trade Periodicals, Web/On-Line Service | United States | 2 |
| Formula4Media/Sports Insight Extra/Footwear Insight | Consumer Products, General Business, Media, Sports, Technology | Blogger, Freelance/Writer, Other, Trade Periodicals, Web/On-Line Service | United States | 2 |
| CNN | Consumer Products, Environment, General Business | Web/On-Line Service | United States | 2 |
| KrazzyMag | Auto, Entertainment, Financial Services, Healthcare, Media, Sports, Technology, Travel | Blogger, Other, Web/On-Line Service | India | 2 |
| CLARA | Other | Consumer Periodicals | Spain | 1 |
| **Total** | | | | **194** |

## Organization Views
See which organizations have viewed your releases

| Organization | Headquarters | Visitor Location | Parent Organization | Industry | Views |
|---|---|---|---|---|---|
| Breezeline | Batterymarch Park Suite 200 , United States | UNITED STATES | | | 7 |
| EVO North | Pakistan | PAKISTAN | | | 5 |
| Akamai Technologies, Inc. | 145 Broadway , United States | UNITED STATES | | Software & Internet | 4 |
| SETON LAKE INDIAN BAND | 3777 Kingsway , Canada | CANADA | | | 3 |
| First American Title | 1 FIRST AMERICAN WAY 1st fl, Data Center , United States | UNITED STATES | First American Title Insurance Company | Insurance | 2 |
| CFR RINKENS LLC - PARAMOUNT - DATA | 15501 TEXACO AVE , United States | UNITED STATES | | | 2 |
| SpaceX Services, Inc. | 1 Rocket Rd , United States | UNITED STATES | | Manufacturing | 2 |
| Conroe Independent School District | 3205 West Davis , United States | UNITED STATES | The Woodlands High School | Education | 2 |
| Williams-Sonoma | 3250 Van Ness Ave , United States | UNITED STATES | Williams-Sonoma Inc | | 2 |
| SWINERTON INCORPORATED | 16798 WEST BERNARDO DR , United States | UNITED STATES | | | 2 |
| SOUTH BROWARD HOSPITAL DIST | 851 S DOUGLAS RD , United States | UNITED STATES | | | 2 |
| West Corporation | 11808 Miracle Hills Dr. , United States | UNITED STATES | West Corporation | Software & Internet | 1 |
| Avago Technologies U.S. Inc. | 1320 Ridder Park Drive , United States | UNITED STATES | | | 1 |
| California Department of Justice | 4949 Broadway , United States | UNITED STATES | Calif. , company | Government | 1 |
| **Total** | | | | | **111** |

| | | | | | |
|---|---|---|---|---|---|
| Baycare Health System | 16255 Bay Vista Drive , United States | UNITED STATES | BayCare Health System | Healthcare, Pharmaceuticals, & Biotech | 1 |
| Department of Veterans Affairs | 810 Vermont Ave., NW , United States | UNITED STATES | Department of Veterans Affairs | Government | 1 |
| US Dept of Justice | P.O. Box 59110 , United States | UNITED STATES | Department of Justice | Government | 1 |
| City of Albuquerque | One Civic Plaza, NW Room 2061 Information Systems Division , United States | UNITED STATES | Albuquerque City Attorney | Law Firms & Legal Services | 1 |
| Limra International | 300 Day Hill Rd. , United States | UNITED STATES | LIMRA International Inc | Non-Profit | 1 |
| CLARKSVILLE DEPARTMENT OF ELECTRICITY | 2021 Wilma Rudolph Blvd. , United States | UNITED STATES | Clarksville Department of Electricity | Energy & Utilities | 1 |
| Pink Connect Ltd | Connect House CV36 4AW , United Kingdom | | Pink Connect Ltd | Telecommunications | 1 |
| SpaceX Canada Corp. | P.O. Box 997 , Canada | UNITED STATES | | | 1 |
| INOC LLC | 4 Tower Place 2nd Floor , United States | UNITED STATES | INOC LLC | Media & Entertainment | 1 |
| GCW CONSULTING LLC | 935 ROYAL AVE , United States | UNITED STATES | GCW Consulting LLC | Business Services | 1 |
| Checksmart Financial Company | 6785 Bobcat Way 200 , United States | UNITED STATES | | | 1 |
| MCNC | PO Box 12889 , United States | UNITED STATES | MCNC | Software & Internet | 1 |
| Clinical Laboratories | 901 Keystone Industrial Park , United States | UNITED STATES | | | 1 |
| University of Miami | 5200 Brunson Drive , United States | UNITED STATES | University of Miami | Education | 1 |
| St. Alexius Hospital | 3933 South Broadway , United States | UNITED STATES | St. Alexius Hospital | Healthcare, Pharmaceuticals, & Biotech | 1 |
| State of Louisiana Office of Technology Services | 1800 N 3rd Street , United States | UNITED STATES | | | 1 |
| Temple University | 3rd floor Telecommunications 1101 W Montgomery Avenue , United States | UNITED STATES | Temple University | Education | 1 |
| East Arkansas Video, Inc. | 521 N. Washington Street , United States | UNITED STATES | East Arkansas Cable TV | Telecommunications | 1 |
| JKM Infotech | India | INDIA | | Business Services | 1 |
| Davidson College | P O Box 7164 , United States | UNITED STATES | Davidson College | Education | 1 |
| Wilkes County Association of REALTORS Inc | 1400 River Street , United States | UNITED STATES | Wilkes County Association of REALTORS Inc | Non-Profit | 1 |
| City of Morganton | CoMPAS Suite A100 , United States | UNITED STATES | City of Morganton | Government | 1 |
| NET GATE COMUNICATII SRL | Valea Ialomitei nr.1A,Bucuresti,Romania , United States | ROMANIA | | | 1 |
| CKY Hopkinsville Electric | 1820 East Ninth Street , United States | UNITED STATES | EnergyNet | Telecommunications | 1 |
| ALHS | 331 3rd St SW , United States | UNITED STATES | | | 1 |
| **Total** | | | | | **111** |

| | | | | | |
|---|---|---|---|---|---|
| T.K Bytech LTD | 1hs April 22, APRILIANA COURT, Flat 203 6035 , Turkey | RUSSIAN FEDERATION | | | 1 |
| Oakland Community College | 2480 Opdyke Road , United States | UNITED STATES | Oakland Community College | Education | 1 |
| DOCTOR C ESTEP | 3737 W BETHEL AVE , United States | UNITED STATES | | | 1 |
| White Cloud Technologies LLC | 663 Main Ave. East , United States | UNITED STATES | | Wholesale & Distribution | 1 |
| Fresenius Medical Care NA | 1 Summer St , United States | UNITED STATES | Fresenius Medical Care AG | Manufacturing | 1 |
| University of Central Florida | CS Building 54, Room 301 4000 Central Florida Blvd. , United States | UNITED STATES | University of Central Florida | Education | 1 |
| Regus Management Group, LLC | 15305 Dallas Pkwy , United States | UNITED STATES | | | 1 |
| New Mexico State University | Box 30001 MSC 3AT , United States | UNITED STATES | New Mexico State University | Education | 1 |
| 1st tennessee light artillery regiment company | 67 Elkview Drive , United States | UNITED STATES | 1st tennessee light artillery regiment company | Retail | 1 |
| Dechert LLP | 2929 Arch Street Ste 412 , United States | UNITED STATES | Dechert LLP | Law Firms & Legal Services | 1 |
| FAMILY HEALTH CENTERS | 2215 PORTLAND AVE , United States | UNITED STATES | | | 1 |
| SOJOURNER RECOVERY SVC | 1020 SYMMES RD , United States | UNITED STATES | | | 1 |
| University of Maine System | c/o ITS Computing Center 5752 Neville Hall , United States | UNITED STATES | | | 1 |
| AVITA HEALTH SYSTEM | 715 RICHLAND MALL , United States | UNITED STATES | | | 1 |
| Panq B.V. | Luchthavenweg 81.221 5657EA , Netherlands | CHINA | | | 1 |
| Blue Ridge Mountain Electric Membership Corporation - BRM EMC | PO Box 9 1360 Main Street , United States | UNITED STATES | Blue Ridge Mountain EMC | Energy & Utilities | 1 |
| University of Kansas Medical Center | University of Kansas Medical Center 3901 Rainbow Blvd , United States | UNITED STATES | University of Kansas | Education | 1 |
| TIM KIRBY DBA IKON STEEL | 3515 S WINCHESTER RD , United States | UNITED STATES | | | 1 |
| City of Brentwood | 5211 Maryland Way , United States | UNITED STATES | Brentwood TN | Government | 1 |
| The Light Plant Commission of the City of Paragould | 1901 Jones Rd. , United States | UNITED STATES | Paragould.net | | 1 |
| Static IP Services | 111 New South Rd , United States | UNITED STATES | | | 1 |
| A. Duda & Sons, Inc. | 1200 Duda Trail , United States | UNITED STATES | | | 1 |
| Rosenberg Martin Greenberg | 25 S Charles St , United States | UNITED STATES | Rosenberg Martin Greenberg LLP | Law Firms & Legal Services | 1 |
| State of South Carolina | 4430 Broad River Road , United States | UNITED STATES | DHEC | Government | 1 |
| CITY OF FORREST CITY | 225 N WASHINGTON , United States | UNITED STATES | | | 1 |
| **Total** | | | | | **111** |

| | | | | | |
|---|---|---|---|---|---|
| University of Rochester | University IT 44 Celebration Drive, Suite 3.100 , United States | UNITED STATES | University of Rochester | Education | 1 |
| Nevada System of Higher Education | System Computing Services / MS 0270 1664 N. Virginia St., BLDG 133 , United States | UNITED STATES | University of Nevada School of Medicine | Education | 1 |
| City of Hudson, Ohio | 1140 Terex Rd , United States | UNITED STATES | City of Hudson, Ohio | Government | 1 |
| Wellstar Health System | 805 Sandy Plains Road , United States | UNITED STATES | WellStar Health System Inc | Healthcare, Pharmaceuticals, & Biotech | 1 |
| ZIVLINAAALRA01 CG-NAT | 5150 W. Old 106th St , United States | GERMANY | | | 1 |
| PIVOT | PO BOX 289 , United States | UNITED STATES | Pivot Point Inc | | 1 |
| University of Washington | 4545 15th Ave NE , United States | UNITED STATES | University of Washington | Education | 1 |
| Armstrong Atlantic State University | 11935 Abercorn Street , United States | UNITED STATES | Armstrong Atlantic State University | Education | 1 |
| Mills College | 5000 MacArthur Blvd , United States | UNITED STATES | Mills College | Education | 1 |
| BANNER HEALTH | 2929 N Central Avenue , United States | UNITED STATES | Banner Health | Healthcare, Pharmaceuticals, & Biotech | 1 |
| Independent Inc | 1801 Lawrence Dr , United States | UNITED STATES | | | 1 |
| Cleveland Clinic Foundation | 17325 Euclid Avenue , United States | UNITED STATES | Cleveland Clinic Foundation | Non-Profit | 1 |
| USAA | 9800 Fredericksburg Rd. , United States | UNITED STATES | USAA | Insurance | 1 |
| HUAWEI INTERNATIONAL PTE. LTD. | 15A Changi Business Park Central 1 Eightrium # 03-03/04 , Singapore | CHINA | | | 1 |
| Kobb Technology Llp | India | | | | 1 |
| MONTES DE AREIA LLC | 922 W CRAZY HORSE RD , United States | UNITED STATES | | | 1 |
| Krugliak, Wilkins, Griffiths & Dougherty Co., LPA | 4775 Munson St. NW , United States | UNITED STATES | Krugliak Wilkins Griffiths & Dougherty Co | Law Firms & Legal Services | 1 |
| WUXI APPTEC INC | 2540 EXECUTIVE DR , United States | UNITED STATES | | | 1 |
| Blue Cross & Blue Shield of Minnesota | P.O. Box 64560 , United States | UNITED STATES | Blue Cross and Blue Shield of Minnesota | Insurance | 1 |
| Mountain Village Town Of | 455 Mountain Village BV. St A , United States | UNITED STATES | | | 1 |
| WMTel | PO Box 155 , United States | UNITED STATES | | | 1 |
| THE CARLYLE | 923 W BATTLEFIELD ST , United States | UNITED STATES | | | 1 |
| Maxihost LLC | 616 Corporate Way Suite 2-3521 , United States | UNITED STATES | | | 1 |
| AB DATA LTD | 5301 N IRONWOOD RD , United States | UNITED STATES | AB Data Ltd | Business Services | 1 |
| Pipex - Tiscali Migration Space | United Kingdom | UNITED KINGDOM | | | 1 |
| **Total** | | | | | **111** |

## Targeted Audience
The lists below represent categories of targeted audiences you selected for your release.

## Cision Influencer Lists
Human Interest (English) (144 organizations, 193 recipients)

| Organization | Number of recipients |
|---|---|
| Freelancer | 12 |
| Fusion | 8 |
| El Observador | 5 |
| NBC News Latino | 5 |
| The Associated Press | 4 |
| Dos Mundos | 3 |
| LATINA Style | 3 |
| PlanetM | 3 |
| Al día en América | 2 |
| ¡Que Onda! Magazine | 2 |

Human Interest (Spanish) (651 organizations, 1,501 recipients)

| Organization | Number of recipients |
|---|---|
| Freelancer | 100 |
| Univisión Network | 63 |
| Univisión 34 Los Ángeles | 24 |
| Telemundo 51 | 23 |
| CNN en Español | 19 |
| KRCA Ch. 62 Estrella TV | 18 |
| Telemundo 47 | 16 |
| Telemundo 52 | 16 |
| Univisión 23 Dallas | 16 |
| Telemundo Network | 15 |

## Associated Press Outlets
Every PR Newswire U.S. wire newsline includes targeted distribution to the Associated Press, an essential global news network that delivers content to an extensive set of media platforms and formats. The list below represents the outlets you reach via this partnership.

| Outlet Name | City | State | Newsline | Type | Audience |
|---|---|---|---|---|---|
| C-SPAN | Washington | DC | US1 | Television | 86,200,000 Subscribers |
| Scribd, Inc. | San Francisco | CA | US1 | Aggregator | 43,531,670 Visitors per Month |
| FoxNews.com | New York | NY | US1 | Online | 32,516,438 Visitors per Month |
| CBS News Radio | New York | NY | US1 | Radio | 30,000,000 Broadcast Audience |
| New York Times Digital | New York | NY | US1 | Newspaper | 29,886,442 Visitors per Month |
| Apple Inc. | Cupertino | CA | US1 | Organization/Company | 29,709,459 Visitors per Month |
| CNBC.com | Englewood Cliffs | NJ | US1 | Online | 26,089,260 Visitors per Month |
| CBSnews.com | New York | NY | US1 | Online | 26,080,671 Visitors per Month |
| abcnews.com | New York | NY | US1 | Online | 24,167,779 Visitors per Month |
| U.S. News & World Report | Washington | DC | US1 | Magazine | 23,945,529 Visitors per Month |

# Engagement

## Overview

TOTAL ENGAGEMENT ACTIONS                                1.8K

| | |
|---|---:|
| **Click-throughs** | **1.8K** |
| **Shares** | **4** |

## Engagement Timeline
See when your audience engaged with your release.



## Engagement Details
A break down of click-throughs, shares and other engagement actions.

## Click-throughs
The number of times your releases sent visitors to the pages you linked to.

| URL | Click-throughs |
|---|---|
| **Total** | **1,754** |

| URL | Click-throughs |
|---|---|
| https://www.weedkilleradsettlement.com/?utm_source=PRN | 807 |
| https://www.weedkilleradsettlement.com/?utm_source=PRN&utm_medium=Whos_Included&utm_campaign=Gilmore | 422 |
| https://www.weedkilleradsettlement.com/?utm_source=PRN&utm_medium=Make_A_Claim&utm_campaign=Gilmore | 249 |
| https://www.weedkilleradsettlement.com/?utm_source=PRN&utm_medium=Stlmt_Provide&utm_campaign=Gilmore | 121 |
| https://www.weedkilleradsettlement.com/?utm_source=PRN&utm_medium=Other_Options&utm_campaign=Gilmore | 111 |
| https://www.weedkilleradsettlement.com/?utm_source=PRN_Spa&utm_medium=Whos_Included&utm_campaign=Gilmore | 9 |
| https://www.weedkilleradsettlement.com/?utm_source=PRN_Spa&utm_medium=Make_A_Claim&utm_campaign=Gilmore | 7 |
| https://www.weedkilleradsettlement.com/?utm_source=PRN_Spa&utm_medium=Other_Options&utm_campaign=Gilmore | 7 |
| https://www.weedkilleradsettlement.com/?utm_source=PRN_Spa&utm_medium=Stlmt_Provide&utm_campaign=Gilmore | 7 |
| https://ecf.cand.uscourts.gov | 6 |
| https://ecf.cand.uscourts.gov/ | 4 |
| https://www.weedkilleradsettlement.com/?utm_source=PRN_Spa | 2 |
| https://www.cision.com/legal/cookie-policy/ | 1 |
| https://www.cision.com/us/blog/ | 1 |
| **Total** | **1,754** |

# Shares
A break down of the types of sharing your releases generated.

| Type of share | Shares |
|---|---|
| Webmail | 3 |
| LinkedIn | 1 |
| **Total Shares** | **4** |

About Cision PR Newswire    Contact    Terms of Use    Privacy    Blog

Copyright © 2022 Cision US Inc., 130 E Randolph St., 7th Floor, Chicago, IL 60601. View our Privacy Policy.



assurance – consulting – tax – technology

pncpa.com

# Exhibit I: Long Form Notice and Claim Form

## <u>NOTICE OF PROPOSED CLASS ACTION SETTLEMENT</u>

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Gilmore et al. v. Monsanto Company, et al.*
No. 3:21-cv-8159 (N.D. Cal.)

*The United States District Court authorized this Notice.*
*It is not a solicitation from a lawyer. You are not being sued.*

You may be a Class Member entitled to a cash payment under a Settlement relating to false advertising and breach of warranty claims if you purchased certain **Roundup®**, **HDX®, or Ace®** brand glyphosate-based weed-killer products (the "Products").

<div style="border:2px solid red; color:red; text-align:center; font-weight:bold">

CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE IF THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS

</div>

The Products at issue in the Settlement include:

| | |
|---|---|
| **Roundup® Ready-to-Use Weed & Grass Killer** | **Roundup® Ready-to-Use Max Control 365** |
| **Roundup® Ready-to-Use Weed & Grass Killer Plus** | **Roundup® Concentrate Max Control 365** |
| **Roundup® Weed & Grass Killer Concentrate Plus** | **Roundup® Weed & Grass Killer Sure Shot Foam** |
| **Roundup® Weed & Grass Killer Super Concentrate** | **Roundup® Precision Gel Weed & Grass Killer** |
| **Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer** | **Roundup® Pro Concentrate (2.5 Gal.)** |
| **Roundup® Ready-to-Use Wild Blackberry Plus Vine and Brush Killer** | **HDX® Weed & Grass Killer Ready-to-Use** |
| **Roundup® Concentrate Poison Ivy Plus Tough Brush Killer** | **HDX® Weed & Grass Killer Concentrate** |
| **Roundup® Concentrate Wild Blackberry Plus Vine and Brush Killer** | **Ace® Ready-to-Use Weed & Grass Killer** |
| **Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer** | **Ace® Weed & Grass Killer Concentrate** |
| **Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer** | |

### Examples of Covered Products:



1

**THIS NOTICE CONCERNS YOUR LEGAL RIGHTS**
**PLEASE READ IT CAREFULLY**

WHAT ARE THE TERMS OF THE PROPOSED SETTLEMENT?

The proposed Class Action Settlement Agreement ("Settlement" or "Agreement") will provide the Class with monetary relief in an amount not less than **$23 million** (the "Floor Amount") and not greater than **$45 million** (the "Ceiling Amount") to pay all aspects of the Settlement, including, but not limited to, all costs of Class Notice, Claims Administration Expenses, Class Member Claims, Class Representative service awards, Class Counsel's Expenses, and Class Counsel's Fees.

This is not a personal-injury settlement and does not provide relief for personal injury or sickness. **CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE IF THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS.**

Class Members will be able to make claims for payments for the Roundup®, HDX®, and Ace® Products listed below, equivalent to approximately 20% of their weighted average retail price during the relevant class period. Payments per unit range from $0.50 to $33.00, depending on the price of the product(s) purchased, for between 2 and 11 units without proof of purchase, depending on the state of purchase. The amount available for each Product is shown in **Appendix 1.** With the exception of the three largest concentrated Products, claims can be made without proof of purchase, but such claims are limited to 1 unit per year within the Class Period. For example, if a Claimant purchased a 1.33 gal. container of Roundup® Ready to Use Max Control 365 in California at least once a year since 2015, the refund amount could be $56.00 without proof of purchase.

An unlimited number of bottles of the Products can be claimed if the Class Member provides valid proof of purchase for each Product purchased. Claimants may be contacted and required to also provide a declaration signed under penalty of perjury that provides additional information to confirm that the proof of purchase is genuine and sufficient.

If total claims submitted by Authorized Claimants exceed the Ceiling Amount after all other expenses are deducted, the amount refunded to Authorized Claimants will be reduced *pro rata*. On the other hand, if total claims submitted are below the Floor Amount after all other expenses are deducted, the amount refunded to Authorized Claimants will be increased *pro rata*.

If uncashed checks cause the total amount paid by Monsanto to fall below the Floor Amount, that amount will be distributed *pro rata* to Class Members if a further distribution is economically feasible. Otherwise, that amount will be donated to the National Consumer Law Center.

WHY IS THERE A NOTICE?

You have the right to know about a proposed settlement of a class action lawsuit, and about your options, before the Court decides whether to approve the settlement. This Notice explains the lawsuit, the settlement, your legal rights, and what benefits are available and how to get them.

The court in charge of this case is the United States District Court for the Northern District of California (the "Court"), and the case is called *Scott Gilmore et al. v. Monsanto Company, et al.*, No. 3:21-cv-8159 (N.D. Cal.). The case is assigned to District Judge Vince Chhabria. The individuals who sued are called the Class Representatives, and the company they sued, Monsanto Company ("Monsanto"), is called the Defendant.

If you are a Class Member, unless you exclude yourself from the Settlement, you cannot sue, continue to sue, or be part of any other lawsuit against the Defendant, any Retailers of the Products, or any other Released Persons, about the claims released in this Settlement. That also means that all decisions by the Court will bind you. The Released Claims and Released Persons are defined in the Settlement Agreement and describe the legal claims that you give up (or "release") if you stay in the Settlement. The Released Claims relate to the same facts, products, and issues raised in the lawsuit (also referred to as claims arising from an "identical factual predicate"). <u>The Released Claims DO NOT include claims that you developed cancer, or any other personal injury, as a result of exposure to the Products.</u> A detailed description of the Released Claims is included in **Appendix 2.** The Settlement Agreement is available on the Settlement Website, <u>www.WeedKillerAdSettlement.com.</u>

<u>WHAT IS THE LAWSUIT ABOUT?</u>

The lawsuit seeks to obtain compensation for alleged false advertising and breach of warranty. Plaintiffs argue that Defendant falsely advertised and promoted the Products by failing to disclose that the Products, and their active ingredient, glyphosate, could potentially cause cancer or other adverse health effects. If you purchased any of the Products during the Class Period for purposes other than resale or distribution, you are in the Class.

Monsanto denies Plaintiffs' allegations and any wrongdoing and disputes the Class's right to recover anything. Nevertheless, it has agreed to settle the lawsuit for the purpose of avoiding the time and expense of further litigation.

This case is <u>not</u> a personal-injury case. Plaintiffs do not allege that they were injured or became ill from exposure to the Products. You need not have suffered personal injury to be a member of the Class or to file a claim. And the Settlement does <u>not</u> release any claims you may have against Monsanto or anyone else that you developed cancer, or any other personal injury, as a result of exposure to the Products.

<u>WHY IS THIS A CLASS ACTION?</u>

In a class action, one or more people called "class representatives" or "plaintiffs" (in this case, Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell, and Kristy Williams), sue on behalf of people who have similar claims and so are all part of a "class" and called "class members." Bringing a case, such as this one, as a class action allows the adjudication of many similar claims of consumers that might be economically too small to bring in individual actions. One court resolves the issues for all class members, except for those who exclude themselves from the class.

WHY IS THERE A SETTLEMENT?

Plaintiffs and Class Counsel have evaluated the information made available during the lawsuit and have taken into account the risks and uncertainties of proceeding with this litigation, including the risks and uncertainties of class certification, prevailing on the merits, proving damages at trial, and prevailing on post-trial motions and appeal. Based upon their consideration of these factors, Plaintiffs and Class Counsel believe it is in the best interests of the Class to settle the lawsuit and provide an opportunity for Class Members to receive a settlement payment.

Monsanto denies Plaintiffs' allegations and any wrongdoing, and the Class's right to recover anything. Nevertheless, it has agreed to settle the lawsuit for the purpose of avoiding the time and expense of further litigation.

The terms of the proposed Settlement are set forth in more detail in the Agreement filed with the Court, which is also available on the Settlement Website, at www.WeedKillerAdSettlement.com.

THE CLASS

The Court has certified a Settlement Class defined as:

> All Persons in the United States, who, during the Class Period, purchased Products (as defined below) in the United States other than for resale or distribution.

The "Products" are defined as:

- Roundup® Ready-to-Use Weed & Grass Killer (all sizes, applicators, and varieties)
- Roundup® Ready-to-Use Weed & Grass Killer Plus (all sizes, applicators, and varieties)
- Roundup® Weed & Grass Killer Concentrate Plus (all sizes and varieties)
- Roundup® Weed & Grass Killer Super Concentrate (all sizes and varieties)
- Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer (all sizes and varieties)
- Roundup® Ready-to-Use Wild Blackberry Plus Vine and Brush Killer (all sizes and varieties)
- Roundup® Concentrate Poison Ivy Plus Tough Brush Killer (all sizes and varieties)
- Roundup® Concentrate Wild Blackberry Plus Vine and Brush Killer (all sizes and varieties)
- Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (all sizes and varieties)
- Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer (all sizes and varieties)
- Roundup® Ready-to-Use Max Control 365 (all sizes and varieties)
- Roundup® Concentrate Max Control 365 (all sizes and varieties)
- Roundup® Weed & Grass Killer Sure Shot Foam (all sizes and varieties)
- Roundup® Precision Gel Weed & Grass Killer (all sizes and varieties)
- Roundup® Pro Concentrate (2.5 gal.)
- HDX® Weed & Grass Killer Ready-to-Use (all sizes and varieties)

4

- HDX® Weed & Grass Killer Concentrate (all sizes and varieties)
- Ace® Ready-to-Use Weed & Grass Killer (all sizes and varieties)
- Ace® Weed & Grass Killer Concentrate (all sizes and varieties)

The "Class Period" depends on the state where each Class Member made his or her purchases. **A list of the applicable Class Periods for each State is located on the Settlement Website at www.WeedKillerAdSettlement.com and also attached to this Notice as Appendix 3. You should check it carefully to ensure your purchase was made within the applicable Class Period for your state.**

The Products were sold widely at Home Depot, Lowe's, and Wal-Mart, in all 50 states and the District of Columbia, and in the United States territories, and were also available at stores including, but not limited to, Target, Ace Hardware, True Value, Orchard Supply, and Amazon.com.

<u>HOW DO I KNOW IF I AM A CLASS MEMBER?</u>

You are a member of the Class if you:

- ***Purchased a Roundup®, Ace®, or HDX® Product included in the Class definition above,***

- ***During the Class Period applicable to your state (see Appendix 3 to this Notice), and***

- ***For purposes other than distribution or resale.***

If you are not sure whether you are a Class Member, or have any other questions about the Settlement, you should visit the Settlement Website, <u>www.WeedKillerAdSettlement.com</u>, or call the Claims Administrator toll-free at 1-833-749-1489.

<u>WILL THE SETTLEMENT AFFECT MY RIGHT TO SUE IF I CLAIM THAT I HAVE OR LATER DEVELOP CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS?</u>

No. You can participate in the settlement <u>without</u> releasing any claims you may have against Monsanto or anyone else that you developed cancer, or any other personal injury, as a result of exposure to the Products. This case is <u>not</u> a personal-injury case. Plaintiffs do not allege that they were injured or became ill from exposure to the Products. You need not have suffered personal injury to be a member of the Class or to participate in the settlement.

<u>YOUR RIGHTS TO PARTICIPATE IN, EXCLUDE YOURSELF FROM, OR OBJECT TO THE SETTLEMENT</u>

| Summary of Your Legal Rights & Options | | Deadline |
|---|---|---|
| **Submit a Claim Form** | This is the only way to get a cash payment. Claim Forms must be submitted online or mailed to the Claims Administrator by the Claims Deadline. | **October 19, 2022** |
| **Ask To Be Excluded (i.e., "Opt Out")** | **Get out of this settlement. Get no benefits from it. Keep your rights.** If you ask to be excluded (i.e., "opt out"), you will not be bound by this Settlement and will keep any right you might have to sue Monsanto separately or participate in another lawsuit about the same legal claims in this lawsuit. If there is a recovery from the proposed Settlement, you will not share in that recovery. For instructions on how to exclude yourself, see page 7. | **October 19, 2022** |
| **Object** | **Tell the Court why you believe the proposed Settlement is unfair, unreasonable, or inadequate.** You may file a written objection and/or appear at the Final Approval Hearing to tell the Court why you believe the proposed Settlement is unfair, unreasonable, or inadequate. You may still file a claim even if you object. If you ask to be excluded from the Class (i.e., "opt out"), you may not file an objection or a claim. For instructions on how to object, see page 8. | **December 5, 2022** |
| **Do Nothing** | **Stay in this lawsuit. Await the outcome. Give up certain rights.** By doing nothing, you will get no cash payment, but if the Settlement is approved, you will be giving up any right you may have to sue Monsanto separately about the same legal claims in this lawsuit. | **No Deadline** |

<u>HOW DO I MAKE A CLAIM?</u>

You must submit a Claim Form to get a monetary payment. Claim Forms are simple and easy to complete, requiring (i) contact information; (ii) proof of purchase or information about the identity and quantity purchased; (iii) the retail location (including city and state) of the purchase; (iv) the approximate date of purchase; and (v) your affirmation that the information provided is true and correct. In exchange for receiving a monetary payment, under the Settlement Agreement, you will give up your rights to sue the Released Persons about the claims in the lawsuit or any other Released Claims.

Claim Forms must be submitted online or postmarked **no later than October 19, 2022.** Claim Forms may be filed online at the Settlement Website, www.WeedKillerAdSettlement.com. Printed

Claim Forms will be mailed to Class Members upon request by calling or writing to the Claims Administrator. Printed Claim Forms should be mailed to:

<div align="center">

Gilmore v. Monsanto Co. - Claims
c/o Postlethwaite & Netterville
P.O. Box 4208
Baton Rouge, LA 70821

</div>

## HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?

If you do not want to be bound by this Settlement, you must request to be excluded from the Class. All Class Members who purchased the Products listed above during the Class Period who do not exclude themselves from the Settlement will be bound by the orders issued by the Court regarding the Settlement.

If you request to be excluded from the Class, you will retain any individual rights you have against Monsanto and will not have "released" Monsanto or any other Released Persons from any claims. However, you will *not* receive the compensation described above. You may not object to the Settlement under this option.

If you wish to be excluded from the Class (also referred to as "opting out"), you must either download and print an Opt-Out Form from the Settlement Website (www.WeedKillerAdSettlement.com) or request that the Claims Administrator send you a paper Opt-Out Form, fill out and sign the Opt-Out Form, and mail it to the Claims Administrator, **postmarked on or before October 19, 2022**, at the following address:

<div align="center">

Gilmore v. Monsanto Co. - Exclusions
c/o Postlethwaite & Netterville
P.O. Box 4208
Baton Rouge, LA 70821

</div>

## IF I OPT OUT, CAN I STILL GET A SETTLEMENT PAYMENT?

No. You will not get any money from the Settlement if you opt out and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit. If you opt out from the Settlement, do not submit a Claim Form asking for benefits.

## HOW DO I TELL THE COURT IF I DON'T LIKE THE SETTLEMENT?

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a different settlement; the Court can only approve or reject the settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you may object.

If you want to express an objection to part or all of the Settlement, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If the

<div align="center">7</div>

Settlement is approved, you will still be bound by the Settlement and will receive the Settlement compensation if you file a valid and timely Claim Form.

If you wish to object, you must electronically file a written objection via the Court's Electronic Case Filing (ECF) system; deliver a written objection to the Class Action Clerk by mail, express mail, or personal delivery; or file a written objection in person at any location of the United States District Court for the Northern District of California. The written objection must (a) clearly identify the case name and number (*Gilmore v. Monsanto Co.*, Case No. 3:21-cv-8159); (b) contain information sufficient to identify and contact you or your attorney; and (c) contain a clear and concise statement of your objection, as well as any facts and law supporting the objection. You may object either on your own behalf or through an attorney hired at your own expense. If you are represented by an attorney, you must either sign the objection yourself or execute a separate declaration stating that you authorize the filing of the objection. You must substantially comply with the foregoing requirements for filing a written objection before appearing at the settlement approval hearing, but these requirements may be excused by the Court for good cause. Objections must be **filed or postmarked no later than December 5, 2022.**

If you wish to appear at the Final Approval Hearing, you should file with the Court a notice of intention to appear, either in person or through an attorney **no later than December 5, 2022.**

The address for the Class Action Clerk is below:

**Class Action Clerk**
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

WHAT IS THE DIFFERENCE BETWEEN OBJECTING AND OPTING OUT?

Objecting is simply telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself from the Settlement by opting out. Excluding yourself from the Settlement by opting out is telling the Court that you do not want to be part of the Settlement. If you exclude yourself from the Settlement, you have no basis to object to the Settlement because it no longer affects you.

DO I HAVE A LAWYER IN THE CASE?

The Court has appointed, as Class Counsel in this case, Gillian L. Wade, Sara D. Avila, and Marc A. Castaneda, of Milstein, Jackson, Fairchild & Wade, LLP, Joel Oster of the Law Offices of Howard Rubinstein, and any attorneys at those firms assisting in the representation of the Class in this Action.

The Court has determined that Class Counsel are qualified to represent you and all other Class Members. You will not be charged for these lawyers. The lawyers handling the case are experienced in handling similar cases. Nevertheless, you have the right to consult or retain an

attorney of your choice at your own expense to advise you regarding the Settlement and your rights in connection with the Settlement and Final Approval Hearing described below.

<u>HOW WILL THE LAWYERS GET PAID?</u>

Class Counsel intends to apply for fees of up to one-fourth of the Ceiling Amount, and Plaintiffs and Class Counsel intend to apply for service awards of up to $5,000 each for the Plaintiffs Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell, and Kristy Williams (the "named plaintiffs"). Whether to award those amounts is in the Court's discretion. If awarded, these payments will be subtracted from the amount available to pay Class Members' claims.

<u>WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?</u>

The Court has scheduled a Final Approval Hearing (also referred to as a "Fairness Hearing") to determine whether the Court should approve the Settlement as fair, reasonable, and adequate to the Class, and whether Judgment should be entered in accordance with the Agreement. The Court will also consider at the Final Approval Hearing the request of Class Counsel for an award of attorneys' fees and reimbursement of expenses, as well as the request of the named plaintiffs for service awards for services rendered on behalf of the Class.

The Final Approval Hearing will occur on January 12, 2023, at 2:30 p.m. via Zoom.

Your attendance at the Final Approval Hearing is not required. However, you may be heard orally at the hearing in opposition to the proposed Settlement if you wish.

You may also enter an appearance through an attorney retained at your own expense. If you do not enter an appearance through an attorney, and do not object, Class Counsel will represent you at the hearing.

The Court may delay the date of the Final Approval Hearing without further notice to the members of the Settlement Class, in which case the new date of the Final Approval Hearing will be posted on the Settlement Website, <u>www.WeedKillerAdSettlement.com</u>.

<u>WHAT HAPPENS IF I DO NOTHING AT ALL?</u>

If you do nothing, you will get no money from the Settlement. Unless you exclude yourself, if the Settlement is approved, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Monsanto or any Released Persons about the claims in this case or any other Released Claims.  However, <u>you will retain any claim</u> you may have against Monsanto or anyone else that you developed cancer, or any other personal injury, as a result of exposure to the Products.

<u>HOW CAN I GET MORE INFORMATION?</u>

This Notice's description of the case and Settlement is general. If you want more detailed information about the lawsuit and proposed Settlement, or to review the Settlement documents and

related pleadings, you may visit the Settlement Website at www.WeedKillerAdSettlement.com. If you have additional questions, you can visit the Settlement Website or contact the Claims Administrator:

**By Mail:** Gilmore v. Monsanto Co., c/o Postlethwaite & Netterville, P.O. Box 4208, Baton Rouge, LA 70821

**By Email:** info@WeedKillerAdSettlement.com

**By Phone (Toll Free):** 1-833-749-1489

Updates will be posted on the Settlement Website as information about the Settlement process becomes available.

If you wish to review the Court's docket in this case, you may do so at https://pacer.uscourts.gov/file-case/court-cmecf-lookup/court/CANDC, the Court's public access website.

**DO NOT TELEPHONE OR ADDRESS ANY QUESTIONS ABOUT THE CASE OR SETTLEMENT TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS. THE COURT EXPRESSES NO VIEW AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED BY ANY PARTY TO THE ACTION.**

**For more information, visit www.WeedKillerAdSettlement.com or call 1-833-749-1489.**

**Appendix 1**

| Product | Anticipated Payment Per Unit |
|---|---|
| 16 oz. Roundup® Weed and Grass Killer Sure Shot Foam | $1.00 |
| 22 oz. Roundup® Weed and Grass Killer Sure Shot Foam | $1.00 |
| 24 oz. Roundup® Ready-to-Use Weed and Grass Killer | $1.00 |
| 30 oz. Roundup® Ready-to-Use Weed and Grass Killer | $1.00 |
| 24 oz. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer | $1.50 |
| 24 oz. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer | $2.00 |
| 1 gal. Roundup® Ready-to-Use Weed and Grass Killer (all applicator types) | $2.00 |
| 0.5 gal. (64 oz.) Roundup® Ready-to-Use Weed and Grass Killer | $2.50 |

| | |
|---|---|
| 0.5 gal. (64 oz.) Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer | $2.50 |
| 1.25 gal. Roundup® Ready-to-Use Weed and Grass Killer (all applicator types) | $2.50 |
| 5 oz. Roundup® Precision Gel Weed and Grass Killer | $3.00 |
| 1 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer | $3.00 |
| 1 gal. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer | $3.00 |
| 16 oz. Roundup® Weed & Grass Killer Concentrate Plus | $3.50 |
| 1.33 gal. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer | $3.50 |
| 1.1 gal. Roundup® Ready-to-Use Weed & Grass Killer (all applicator types) | $4.00 |

| | |
|---|---|
| 32 oz. Roundup® Weed and Grass Killer Concentrate Plus | $4.00 |
| 35.2 oz. Roundup® Weed and Grass Killer Concentrate Plus | $4.00 |
| 1.33 gal. Roundup® Ready-to-Use Weed & Grass Killer (all applicator types) | $4.00 |
| 1.33 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (all applicator types) | $5.00 |
| 1.25 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (all applicator types) | $5.00 |
| 16 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer | $5.50 |
| 3-pack – 6 oz. Roundup® Weed & Grass Killer Concentrate Plus | $5.50 |
| 32 oz. Roundup® Concentrate Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer | $5.50 |

| | |
|---|---|
| 1.25 gal. Roundup® Ready-to-Use Max Control 365 (all applicator types) | $6.00 |
| 36.8 oz. Roundup® Weed & Grass Killer Concentrate Plus | $6.00 |
| 40 oz. Roundup® Weed & Grass Killer Concentrate Plus | $6.00 |
| 1.1 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (all applicator types) | $6.00 |
| 1.33 gal. Roundup® Ready-to-Use Max Control 365 (all applicator types) | $7.00 |
| Combination Pack – 1.33 gal Roundup® Ready-to-Use Weed & Grass Killer and 2x7 oz. Roundup® Weed & Grass Killer Concentrate Plus | $7.50 |
| 0.5 gal. (64 oz.) Roundup® Concentrate Plus Weed & Grass Killer | $7.50 |
| 32 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer | $8.00 |

| | |
|---|---|
| 32 oz. Roundup® Concentrate Max Control 365 | $8.50 |
| Combination pack – 1.33 gal. Roundup® Ready-to-Use Max Control 365 and 8 oz. Roundup® Concentrate Max Control 365. | $9.00 |
| 80 oz. Roundup® Weed & Grass Killer Concentrate Plus | $9.50 |
| Combination Pack – 1.33 gal. Roundup® Ready-to-Use Weed & Grass Killer and 8 oz. Roundup® Weed & Grass Killer Super Concentrate | $9.50 |
| Combination pack – 1.33 gal. Roundup® Extended Control Weed & Grass Killer Plus Weed Preventer and 16 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer. | $10.50 |
| 35.2 oz. Roundup® Weed & Grass Killer Super Concentrate | $11.50 |
| 2-pack – 80 oz. Roundup® Weed & Grass Killer Concentrate Plus | $12.50 |
| 0.42 gal. Roundup® Weed & Grass Killer Super Concentrate | $14.00 |

| | |
|---|---|
| 0.5 gal. (64 oz.) Roundup® Weed & Grass Killer Super Concentrate | $15.00 |
| 1 gal. Roundup® Weed & Grass Killer Super Concentrate | $21.50 |
| 2.5 gal. Roundup® Pro Concentrate | $33.00 |
| 24 oz. Ace® Ready-to-Use Weed & Grass Killer | $0.50 |
| 1 gal. Ace® Ready-to-Use Weed & Grass Killer | $1.50 |
| 1 gal. Ace® Ready-to-Use Weed & Grass Killer with battery-operated sprayer | $3.00 |
| 32 oz. Ace® Concentrate Weed & Grass Killer | $3.00 |
| 1 gal. Ace® Concentrate Weed & Grass Killer | $5.50 |

| | |
|---|---|
| 32 oz. HDX® Concentrate Weed & Grass Killer | $1.50 |
| 0.5 gal. HDX® Concentrate Weed & Grass Killer | $3.00 |
| 2.5 gal. HDX® Concentrate Weed & Grass Killer | $12.50 |

**Appendix 2**

**RELEASE OF CLAIMS**

If the Court approves the Settlement and you have not excluded yourself as described above, you will be bound by the Settlement and will be forever barred from suing Monsanto or other entities (as detailed in the Settlement) for the claims released in the Settlement. This applies whether you currently know about the existence of such claims or not.

Here, the claims you will give up are:

Upon the Effective Date, each of the Class Members will be deemed to have, and by operation of the Judgment will have, fully, finally, and forever released, relinquished, and discharged, and covenanted not to sue, the Released Parties from any and all Claims (with the exception of Personal Injury Claims and Medical Monitoring Claims), whether known or unknown, matured or unmatured, asserted or unasserted, latent or patent, at law or in equity, existing under federal or state law, regardless of legal theory or relief claimed, that any Class Member has or may in the future have against any Released Party arising out of or related in any way to the same factual predicates as the Action, including:

  o  any allegedly false, misleading, incomplete, or inaccurate statement, or any alleged omission, regarding the alleged carcinogenicity, toxicity, genotoxicity, endocrine disruptive effects, or any other alleged health effects of the Products or any ingredient or component thereof, including, but not limited to, glyphosate (whether or not such statement or alleged omission regarding an ingredient or component thereof is made specifically with regard to the Products, with regard to the ingredient or component thereof separately, or with regard to other products), or any scientific claims or debate regarding the same;

  o  any alleged breach of contract or breach of warranty arising out of or related to the alleged carcinogenicity, toxicity, genotoxicity, endocrine disruptive effects, or any other alleged health effects of the Products or any ingredient or component thereof, including, but not limited to, glyphosate, or any scientific claims or debate regarding the same; or

  o  any other alleged economic loss or injury (other than those economic losses or injuries encompassed within the definitions of Personal Injury Claims or Medical Monitoring Claims) allegedly suffered by or inflicted on any Class Member because of or related to the alleged carcinogenicity, toxicity, genotoxicity, endocrine disruptive effects, or any other alleged health effects of the Products or any ingredient or component thereof, including, but not limited to, glyphosate, or any scientific claims or debate regarding the same.

Collectively, the foregoing are "Class Released Claims." For avoidance of doubt, this release does not release any Personal Injury Claims or Medical Monitoring Claims. To the extent that any action or proceeding includes both Personal Injury Claims or Medical Monitoring Claims and Claims that would otherwise be released by this Agreement, the Personal Injury Claims and/or Medical

Monitoring Claims will not be deemed released, but the other Claims will be released. By way of example, if a Class Member brought an action asserting that he or she bought and used Roundup® products that failed to warn of an alleged risk of Non-Hodgkin Lymphoma and that this caused them to develop Non-Hodgkin Lymphoma, and sought to recover damages for their physical injury, for lost wages, and for medical bills, neither that Personal Injury Claim nor the related damages (including economic damages such as lost wages or medical bills) would be released by this Settlement. For further avoidance of doubt, this release shall apply to Claims (other than Personal Injury Claims and Medical Monitoring Claims) arising from, resulting from, or in any way relating to or in connection with a Class Member's purchase or use of the Products in the past, present, or future.

"Claims" means past, present, and future claims, counterclaims, actions, rights, remedies, causes of action, liabilities, suits, demands, damages, losses, payments, judgments, verdicts, debts, dues, sums of money, liens, costs and expenses (including, without limitation, attorneys' fees and costs), accounts, reckonings, bills, covenants, contracts, controversies, agreements, obligations, or promises, including any of the foregoing for equitable or injunctive relief, direct damages, indirect damages, consequential damages, incidental damages, punitive or exemplary damages, statutory and other multiple damages or penalties of any kind, or any other form of damages or relief whatsoever, and whether based upon breach of contract, warranty or covenant, tort, negligence, strict liability, gross negligence, recklessness, willful or wanton conduct, malice, oppression, conscious disregard, joint and several liability, guarantee, contribution, reimbursement, subrogation, indemnity, defect, failure to warn, fault, misrepresentation, common-law fraud, statutory consumer fraud, quantum meruit, breach of fiduciary duty, violation of statutes or administrative regulations, and/or any other legal (including common-law), foreign, statutory, equitable, or other theory or right of action, whether in law or in equity, fixed, contingent or noncontingent, known or unknown, discovered or undiscovered, suspected or unsuspected, foreseen or unforeseen, matured or unmatured, accrued or unaccrued, ripened or unripened, perfected or unperfected, choate or inchoate, developed or undeveloped, liquidated or unliquidated, now recognized by law or that may be created or recognized in the future by statute, regulation, or judicial decision or in any other manner, and whether direct, representative, derivative, class, or individual in nature, in any forum that any Person had, has, or may have in the future.

"Medical Monitoring Claims" shall mean Claims that seek to require, or recover damages amounting to the costs of, medical monitoring or screening for potential physical injury or illness of a natural person. It is expressly contemplated that a cause of action could include both Claims that are Medical Monitoring Claims and Claims that are not Medical Monitoring Claims.

"Monsanto" means Monsanto Company and Bayer AG and each and all of their respective past, present, or future, direct or indirect, predecessors, successors, parents, subsidiaries, Affiliates, and divisions; and any past, present, or future officer, director, shareholder, owner, employee, partner, trustee, representative, agent, servant, insurer, attorney, predecessor, successor, or assignee of any of the above.

"Personal Injury Claims" shall mean Claims that assert a right to recover damages for the actual physical injury or illness of a natural person or that seek to recover compensatory, punitive, or exemplary damages, or attorney's fees, allegedly resulting or arising from the actual physical

injury or illness of a natural person, including, for example, claims for mental or physical pain or suffering; emotional or mental harm; loss of enjoyment of life; loss of wages, income, earnings, or earning capacity; medical expenses; doctor, hospital, nursing, or drug bills; loss of support, services, consortium, companionship, society, or affection; damage to familial relations; and wrongful death and survival actions. It is expressly contemplated that a cause of action could include both Claims that are Personal Injury Claims and Claims that are not Personal Injury Claims.

"Related Parties" means the past, present, and future manufacturers, formulators, distributors, marketing agents, commissionaires, resellers, Retailers, clinical researchers, agents, licensees, contractors, joint ventures, joint venturers, and consultants of or with respect to the Products, and any and all past, present, or future suppliers of materials, components, and services used in the development, registration, formulation, manufacture, distribution, handling, sale, or marketing of the Products, including the labeling and packaging thereof, and each and all of their respective past, present, or future, direct or indirect, predecessors, successors, parents, subsidiaries, Affiliates, divisions, joint ventures, and joint venturers; and any past, present, or future officer, director, shareholder, owner, employee, partner, trustee, representative, agent, servant, insurer, attorney, predecessor, successor, or assignee of any of the above.

"Released Persons" means, respectively, Monsanto; Scotts; any distributors and/or Retailers of the Products; Related Parties; any Persons that are currently, may in the future be, or have in the past been, marketing, advertising, distributing, selling, or reselling the Products and any past, current, or future parent companies (including intermediate parents and ultimate parents) and subsidiaries, Affiliates, predecessors, successors, and assigns, and each of their respective past, present, or future officers, directors, employees, agents, members, franchisees, franchisors, attorneys, insurers, stockholders, representatives, heirs, administrators, executors, successors, and assigns; and any other Person acting on behalf of Monsanto, Scotts, or any other Released Person.

"Retailers" means any person or entity that has offered, is presently offering, or may in the future offer the Products for sale or resale (including, without limitation, wholesale distributors, private-label distributors, and all retailers and retail distributors), and each and all of their respective past, present, or future, direct or indirect, predecessors, successors, parents, subsidiaries, Affiliates, and divisions; and any past, present, or future officer, director, shareholder, owner, employee, partner, trustee, representative, agent, servant, insurer, attorney, predecessor, successor, or assignee of any of the above. "Retailers" shall include, but is in no way limited by, Ace Hardware Corporation; Costco Wholesale Corporation; Home Depot U.S.A., Inc.; The Home Depot, Inc.; Lowe's Companies, Inc.; Lowe's Home Centers, LLC; Target Corporation; Walmart Inc.; and Wal-Mart Stores, Inc., and each and all of their respective past, present, or future, direct or indirect, predecessors, successors, parents, subsidiaries, Affiliates, and divisions; and any past, present, or future officer, director, shareholder, owner, employee, partner, trustee, representative, agent, servant, insurer, attorney, predecessor, successor, or assignee of any of the above.

In addition, each Class Member shall be deemed to have waived and relinquished the rights and benefits available to them under California Civil Code section 1542. **Section 1542 provides**:

> **"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his settlement with the debtor."**

Notwithstanding California Civil Code section 1542 or any other federal or state statute or rule of law of similar effect, the Agreement shall be given full force and effect according to each and all of its expressed terms and provisions, including those related to any unknown or unsuspected claims, liabilities, demands, or causes of action which are based on, arise from, or are in any way connected with the Action.

**Appendix 3**

**List of Applicable Class Periods for Each State or Territory**

| State or Territory | Beginning of Class Period |
|---|---|
| Alabama | February 2017 |
| Alaska | February 2017 |
| American Samoa | February 2018 |
| Arizona | February 2017 |
| Arkansas | February 2016 |
| California | August 2015 |
| Colorado | February 2018 |
| Connecticut | February 2016 |
| Delaware | February 2017 |
| District of Columbia | February 2017 |
| Florida | February 2016 |
| Georgia | October 2016 |
| Guam | August 2016 |
| Hawaii | February 2017 |
| Idaho | February 2017 |
| Illinois | February 2017 |
| Indiana | February 2017 |
| Iowa | February 2017 |
| Kansas | December 2015 |
| Kentucky | February 2017 |
| Louisiana | February 2017 |
| Maine | February 2015 |
| Maryland | August 2016 |
| Massachusetts | October 2016 |
| Michigan | October 2014 |
| Minnesota | December 2013 |
| Mississippi | February 2015 |
| Missouri | August 2014 |
| Montana | February 2017 |
| Nebraska | February 2017 |
| Nevada | October 2016 |
| New Hampshire | February 2017 |
| New Jersey | November 2014 |
| New Mexico | February 2017 |
| New York | June 2011 |
| North Carolina | February 2017 |
| North Dakota | February 2015 |
| Northern Mariana Islands | February 2015 |

22

| State or Territory | Beginning of Class Period |
|---|---|
| Ohio | February 2017 |
| Oklahoma | November 2015 |
| Oregon | November 2015 |
| Pennsylvania | February 2015 |
| Puerto Rico | December 2019 |
| Rhode Island | February 2017 |
| South Carolina | February 2015 |
| South Dakota | February 2017 |
| Tennessee | February 2017 |
| Texas | March 2016 |
| Utah | February 2016 |
| Vermont | November 2013 |
| Virgin Islands | February 2015 |
| Virginia | September 2016 |
| Washington | February 2017 |
| West Virginia | February 2017 |
| Wisconsin | February 2015 |
| Wyoming | February 2017 |

## AVISO DE ACUERDO PROPUESTO DE DEMANDA COLECTIVA

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO NORTE DE CALIFORNIA

*Gilmore et al. v. Monsanto Company, et al.*
No. 3:21-cv-8159 (N.D. de California)

*El Tribunal de Distrito de los Estados Unidos autorizó este Aviso.*
*Este documento no constituye una oferta de representación de un abogado. Usted no está siendo demandado.*

Usted puede ser un Miembro del Grupo con derecho a un pago en efectivo en virtud de un Acuerdo relacionado con publicidad falsa y reclamos por incumplimiento de garantía si compró ciertos **Roundup®**, **HDX®, o Ace®** productos herbicidas a base de glifosato de marca (los "Productos").

> **LOS MIEMBROS DE LA CLASE CONSERVARÁN SU DERECHO A DEMANDAR SI, ACTUALMENTE, TIENEN, O MÁS TARDE DESARROLLAN, CÁNCER O CUALQUIER OTRA ENFERMEDAD O LESIÓN DERIVADA DE LA EXPOSICIÓN A LOS PRODUCTOS.**

Los Productos en cuestión en el Acuerdo incluyen:

| | |
|---|---|
| Roundup® Ready-to-Use Weed & Grass Killer | Roundup® Ready-to-Use Max Control 365 |
| Roundup® Ready-to-Use Weed & Grass Killer Plus | Roundup® Concentrate Max Control 365 |
| Roundup® Weed & Grass Killer Concentrate Plus | Roundup® Weed & Grass Killer Sure Shot Foam |
| Roundup® Weed & Grass Killer Super Concentrate | Roundup® Precision Gel Weed & Grass Killer |
| Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer | Roundup® Pro Concentrate (2.5 Gal.) |
| Roundup® Ready-to-Use Wild Blackberry Plus Vine and Brush Killer | HDX® Weed & Grass Killer Ready-to-Use |
| Roundup® Concentrate Poison Ivy Plus Tough Brush Killer | HDX® Weed & Grass Killer Concentrate |
| Roundup® Concentrate Wild Blackberry Plus Vine and Brush Killer | Ace® Ready-to-Use Weed & Grass Killer |
| Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer | Ace® Weed & Grass Killer Concentrate |
| Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer | |

**Ejemplos de productos cubiertos:**



1

**<span style="color:red">ESTE AVISO ESTÁ RELACIONADO A SUS DERECHOS LEGALES
LÉALO CUIDADOSAMENTE</span>**

¿CUÁLES SON LOS TÉRMINOS DEL ACUERDO PROPUESTO?

El Acuerdo de Conciliación de Demanda Colectiva propuesto ("Acuerdo" o "Acuerdo") proporcionará a la Clase un alivio monetario en un monto no inferior a **$23 millones** (el "Importe mínimo") y no superior a **$45 millones** (el "Monto Máximo") para pagar todos los aspectos del Acuerdo, incluidos, entre otros, todos los costos de La Notificación colectiva, los Gastos de administración de reclamaciones, las Reclamaciones de los miembros de la clase, las indemnizaciones por servicios de Representante de la Clase, los Gastos del Abogado de la Clase y los Honorarios del Abogado de la Clase.

Este no es un acuerdo por lesiones personales y no proporciona alivio por lesiones personales o enfermedades. **<span style="color:red">LOS MIEMBROS DE LA CLASE CONSERVARÁN SU DERECHO A DEMANDAR SI, ACTUALMENTE, TIENEN, O MÁS TARDE DESARROLLAN, CÁNCER O CUALQUIER OTRA ENFERMEDAD O LESIÓN DERIVADA DE LA EXPOSICIÓN A LOS PRODUCTOS.</span>**

Los Miembros del Colectivo podrán presentar reclamaciones de reembolsos por los Productos Roundup® enumerados a continuación, equivalentes a aproximadamente el 20% de su precio minorista promedio ponderado (después del redondeo) durante el período de la demanda colectiva correspondiente (según se define a continuación). Los pagos por unidad oscilan entre $0.50 y $33.00, dependiendo del precio del producto(s) comprado(s), por entre 2 y 11 unidades sin comprobante de compra, dependiendo del estado de compra. La cantidad disponible para cada Producto se muestra en **Apéndice 1.** Con la excepción de los tres Productos concentrados más grandes, las reclamaciones se pueden hacer sin prueba de compra, pero dichas reclamaciones se limitan a 1 unidad por año dentro del Período de la Clase. Por ejemplo, si un Reclamante compró un contenedor de 1.33 galones de Roundup® Ready to Use Max Control 365 en California al menos una vez al año desde 2015, el monto del reembolso podría ser de $ 56.00 sin prueba de compra.

Se puede reclamar un número ilimitado de botellas de los Productos si el Miembro de la Clase proporciona un comprobante de compra válido para cada Producto comprado. Los reclamantes pueden ser contactados y obligados a proporcionar también una declaración firmada bajo pena de perjurio que proporciona información adicional para confirmar que la prueba de compra es genuina y suficiente.

Si el total de reclamaciones presentadas por los Reclamantes Autorizados excede el Monto Máximo después de que se deduzcan todos los demás gastos, el monto reembolsado a los Reclamantes Autorizados se reducirá *Prorrateo*. Por otra parte, si el total de reclamaciones presentadas es inferior al Importe Mínimo una vez deducidos todos los demás gastos, el importe reembolsado a los Reclamantes Autorizados se incrementará *proporcionalmente*.

Si los cheques no cobrados hacen que el monto total pagado por Monsanto caiga por debajo del Monto Mínimo, ese monto se distribuirá *Prorrateo* a los Miembros de la Clase si una distribución adicional es económicamente factible. De lo contrario, esa cantidad será donada al Centro Nacional de Derecho del Consumidor.

## ¿POR QUÉ HAY UN AVISO?

Usted tiene derecho a conocer el Acuerdo propuesto en el proceso judicial de una demanda colectiva y todas sus opciones antes de que el Tribunal decida aprobar el Acuerdo. Este Aviso explica la demanda, el acuerdo, sus derechos legales, y qué beneficios están disponibles y cómo obtenerlos.

El tribunal a cargo de este caso es el Tribunal de Distrito de los Estados Unidos del Distrito Norte de California (el "Tribunal"), y el caso se denomina *Scott Gilmore et al. vs. Monsanto Company, et al.*, Caso n. ° 3:21-cv-8159 (N.D. de California) El caso es asignado al juez de distrito Vince Chhabria. Los individuos que demandaron se denominan los Representantes del Colectivo y la compañía a la que demandaron, Monsanto Company ("Monsanto"), se denomina el Demandado.

Si usted es un Miembro del Colectivo, a menos que se excluya del Acuerdo, no puede demandar al Demandado, continuar demandando o ser parte de cualquier otra demanda contra el Demandado, cualquier vendedor de los Productos, o cualquier otra Persona Liberada referente a las reclamaciones eximidas en este acuerdo. También significa que todas las decisiones del Tribunal serán vinculantes para usted. Las Reclamaciones Eximidas y las Personas Eximidas se definen en el Acuerdo y describen las reclamaciones legales a las que usted renuncia (o "exime") si permanece en el Acuerdo. Las Reclamaciones Liberadas se relacionan con los mismos hechos, productos y cuestiones planteadas en la demanda (también conocidas como reclamaciones que surgen de un "predicado fáctico idéntico"). Las Reclamaciones Liberadas NO incluyen reclamaciones de que usted desarrolló cáncer, o cualquier otra lesión personal, como resultado de la exposición a los Productos. Se incluye una descripción detallada de las Reclamaciones Eximidas en el **Apéndice 2.** El Acuerdo está disponible en el sitio web del Acuerdo, www.WeedKillerAdSettlement.com.

## ¿DE QUÉ TRATA LA DEMANDA?

La demanda busca obtener una compensación por presunta publicidad falsa e incumplimiento de garantía. Los demandantes argumentan que el Demandado anunció y promovió falsamente los Productos al no revelar que los Productos y su ingrediente activo, el glifosato, podrían causar cáncer u otros efectos adversos para la salud. Si compró cualquiera de los Productos durante el Período de la Clase para fines distintos de la reventa o distribución, usted está en la Clase.

Monsanto niega las acusaciones de los Demandantes y cualquier delito y disputa el derecho del Colectivo a ser restituido. Sin embargo, ha acordado resolver la demanda con el fin de evitar el tiempo y los gastos de litigios adicionales.

Este caso es no un caso de lesiones personales. Los demandantes no alegan que se lesionaron o se enfermaron por la exposición a los Productos. No necesita haber sufrido lesiones personales para ser miembro de la Clase o para presentar un reclamo. Y el Acuerdo lo hace. no liberar cualquier reclamo que pueda tener contra Monsanto o cualquier otra persona de que desarrolló cáncer, o cualquier otra lesión personal, como resultado de la exposición a los Productos.

<u>¿POR QUÉ ES ESTA UNA DEMANDA COLECTIVA?</u>

En una demanda colectiva, una o más personas llamadas "representantes de clase" o "demandantes" (en este caso, Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell y Kristy Williams), demandan en nombre de personas que tienen reclamos similares y, por lo tanto, son parte de una "clase" y se llaman "miembros de la clase". Presentar un caso, como este, en concepto de una demanda colectiva permite la adjudicación de muchas reclamaciones similares de consumidores que podrían ser demasiado pequeños, desde el punto de vista económico, para presentar demandas individuales. Un tribunal resuelve los problemas para todos los miembros del colectivo, excepto para aquellos que se excluyan del colectivo.

<u>¿POR QUÉ HAY UN ACUERDO?</u>

Los Demandantes y los Abogados del Colectivo han evaluado la información disponible en el curso de la demanda y han tomado en consideración los riesgos e incertidumbres de proceder con este litigio, incluidos los riesgos e incertidumbres de la certificación del colectivo, prevaleciendo a favor de los méritos, demostrando daños en el juicio y prevaleciendo en mociones y apelaciones posteriores al juicio. En función de su consideración de estos factores, los Demandantes y los Abogados del Colectivo consideran que lo más conveniente para el Colectivo es resolver la demanda y brindar una oportunidad para que los Miembros del Colectivo reciban un Pago del Acuerdo.

Monsanto niega las acusaciones de los Demandantes y cualquier delito y el derecho del Colectivo a ser restituido. Sin embargo, ha acordado resolver la demanda con el fin de evitar el tiempo y los gastos de litigios adicionales.

Los términos del Acuerdo propuesto se establecen en el Acuerdo presentado ante el Tribunal, que también está disponible en línea, en www.WeedKillerAdSettlement.com

<u>LA DEMANDA COLECTIVA</u>

El Tribunal ha certificado un Acuerdo de la Demanda Colectiva definido como:

> Todas las Personas en los Estados Unidos que, durante el Período de la Clase, compraron Productos (como se define a continuación) en los Estados Unidos que no sea para su reventa o distribución.

Los "Productos" se definen como:

- Ready-to-Use Weed & Grass Killer de Roundup® (todos los tamaños, aplicadores y variedades)
- Ready-to-Use Weed & Grass Killer Plus de Roundup® (todos los tamaños, aplicadores y variedades)
- Weed & Grass Killer Concentrate Plus de Roundup® (todos los tamaños y variedades)
- Weed & Grass Killer Super Concentrate de Roundup® (todos los tamaños y variedades)

- Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer (todos los tamaños y variedades)
- Roundup® Ready-to-Use Wild Blackberry Plus Vine and Brush Killer (todos los tamaños y variedades)
- Roundup® Concentrate Poison Ivy Plus Tough Brush Killer (todos los tamaños y variedades)
- Roundup® Concentrate Wild Blackberry Plus Vine and Brush Killer (todos los tamaños y variedades)
- Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (todos los tamaños y variedades)
- Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer (todos los tamaños y variedades)
- Roundup® Ready-to-Use Max Control 365 (todos los tamaños y variedades)
- Roundup® Concentrate Max Control 365 (todos los tamaños y variedades)
- Weed & Grass Killer Sure Shot Foam de Roundup® (todos los tamaños y variedades)
- Precision Gel Weed & Grass Killer de Roundup® (todos los tamaños y variedades)
- Roundup® Pro Concentrado (2,5 gal.)
- Weed & Grass Killer Ready-to-Use de HDX® (todos los tamaños y variedades)
- Weed & Grass Killer Concentrate de HDX® (todos los tamaños y variedades)
- Ready-to-Use Weed & Grass Killer de Ace® (todos los tamaños y variedades)
- Weed & Grass Killer Concentrate de Ace® (todos los tamaños y variedades)

El "Período de Clase" depende del estado en el que cada Miembro de la Clase realizó sus compras. **Una lista de los Períodos de la Demanda Colectiva aplicables para cada Estado se encuentra en el sitio web del Acuerdo en www.WeedKillerAdSettlement.com y también se adjunta a este Aviso como Apéndice 3. Debe consultarla cuidadosamente para asegurarse de que su compra se realizó dentro del Periodo de la Demanda Colectiva aplicable en su estado.**

Los productos se vendieron ampliamente en Home Depot, Lowe's y Wal-Mart, en los 50 estados y el Distrito de Columbia y en los territorios de los Estados Unidos, y también estaban disponibles en tiendas que incluyen, sin limitación, Target, Ace Hardware, True Value, Orchard Supply y Amazon.com.

## ¿CÓMO SÉ SI SOY MIEMBRO DEL COLECTIVO?

Usted es miembro de la Clase si:

- ***Haber comprado un Producto Roundup®, Ace® o HDX® incluido en la definición de Colectivo anterior***

- ***Durante el Período de Clase aplicable a su estado (consulte el Apéndice 3 de este Aviso), y***

- ***Para fines distintos de la distribución o reventa.***

5

Si no está seguro de si es un Miembro del Colectivo, o si tiene alguna otra pregunta sobre el Acuerdo, debe visitar el sitio web del Acuerdo, www.WeedKillerAdSettlement.com, o llame gratis al Administrador de Reclamaciones al 1-833-749-1489.

<u>¿EL ACUERDO AFECTARÁ MI DERECHO A DEMANDAR SI AFIRMO QUE TENGO O MÁS TARDE DESARROLLO CÁNCER O CUALQUIER OTRA ENFERMEDAD O LESIÓN POR LA EXPOSICIÓN A LOS PRODUCTOS?</u>

No. Usted no puede participar en el Acuerdo <u>sin</u> liberar cualquier reclamo que pueda tener contra Monsanto o cualquier otra persona de que desarrolló cáncer, o cualquier otra lesión personal, como resultado de la exposición a los Productos. Este caso no <u>es</u> un caso de lesiones personales. Los demandantes no alegan que se lesionaron o se enfermaron por la exposición a los Productos. No necesita haber sufrido lesiones personales para ser miembro de la Clase o para participar en el acuerdo.

<u>SUS DERECHOS A PARTICIPAR, EXCLUIRSE O PRESENTAR UNA OBJECIÓN AL ACUERDO.</u>

| Resumen de sus derechos y opciones legales | | Plazo |
|---|---|---|
| **Presentar un Formulario de Reclamación** | Es la única forma de obtener un pago. Los Formularios de Reclamación deben enviarse en línea o por correo al Administrador de Reclamaciones a más tardar el día de la fecha límite de la reclamación. | **octubre 19, 2022** |
| **Pedir ser Excluido (es decir, "Optar por No Participar")** | **Salirse de este acuerdo. No obtener ningún beneficio de esta demanda. Reservarse sus derechos.**<br>Si solicita ser excluido (es decir, "opta por no participar"), no estará sujeto a este Acuerdo y conservará cualquier derecho que tenga de demandar a Monsanto por separado o de participar en otro juicio sobre las mismas reclamaciones legales en esta demanda. Si hay una restitución resultante del Acuerdo propuesto, usted no será parte de esa restitución. Para obtener instrucciones sobre cómo excluirse, consulte la página 7. | **octubre 19, 2022** |
| **Presentar una objeción** | **Informar al Tribunal por qué cree que el Acuerdo propuesto es injusto, irrazonable o inadecuado.**<br>Puede presentar una objeción por escrito y/o comparecer en la Audiencia de Aprobación Final para informarle al Tribunal por qué cree que el Acuerdo propuesto es injusto, irrazonable o insuficiente. Aún puede presentar una reclamación incluso si se opone. Si solicita ser excluido del Colectivo (es decir, "opta por no participar"), no puede presentar una objeción o una reclamación Para obtener instrucciones sobre cómo objetar, consulte la página 8. | **diciembre 5, 2022** |

| | **Quedarse en esta demanda. Esperar el resultado. Renunciar a ciertos derechos.** | |
|---|---|---|
| **No hacer nada** | Al no hacer nada, no recibirá ningún pago en efectivo, pero de aprobarse el Acuerdo, estará renunciando a cualquier derecho que pueda tener de demandar a Monsanto por separado sobre las mismas reclamaciones legales en esta demanda. | **Sin plazo** |

## ¿CÓMO PRESENTO UNA RECLAMACIÓN?

Debe enviar un Formulario de Reclamación para obtener un pago monetario. Los Formularios de Reclamaciones son simples y fáciles de completar, los mismos requieren (i) información de contacto; (ii) comprobante de compra o información sobre la identidad y la cantidad comprada; (iii) la ubicación de venta (incluyendo ciudad y estado) de la compra; (iv) la fecha aproximada de compra; y (v) su afirmación de que la información proporcionada es fiel y correcta. A cambio de recibir un pago monetario, según el Acuerdo de Conciliación, usted renunciará a sus derechos de demandar a las Personas Liberadas sobre las reclamaciones en la demanda o cualquier otra Reclamación Liberada.

Los Formularios de Reclamación deben ser enviados con sello postal o **en línea a más tardar el 19 de octubre de 2022.** Los formularios de reclamo se pueden presentar en línea en el sitio web del acuerdo, www.WeedKillerAdSettlement.com. Los formularios de reclamo impresos serán enviado por correo a los Miembros de la Clase previa solicitud llamando o escribiendo al Administrador de Reclamos. Los Formularios de Reclamación impresos deben enviarse por correo a:

<div align="center">

Gilmore contra Monsanto Co. - Claims
c/o Postlethwaite & Netterville
P.O. Box 4208
Baton Rouge, LA 70821

</div>

## ¿CÓMO ME EXCLUYO DEL ACUERDO?

Si no desea estar sujeto a este Acuerdo, debe solicitar ser excluido del Colectivo. Todos los Miembros del Colectivo que compraron los Productos Roundup® enumerados anteriormente durante el Período de la Demanda Colectiva que no se excluyen del Acuerdo estarán sujetos a las órdenes emitidas por el Tribunal con respecto al Acuerdo.

Si solicita ser excluido del Colectivo, conservará todos los derechos individuales que tenga contra Monsanto y no habrá "eximido" a Monsanto o a cualquier otra Persona Liberada de ninguna reclamación. Sin embargo, usted *no* recibirá la compensación descrita anteriormente. No puede objetar el Acuerdo bajo esta opción.

Si desea ser excluido del Grupo (también denominado "optar por no participar"), debe descargar e imprimir un Formulario de Opción de Exclusión del Sitio Web del Acuerdo (www.WeedKillerAdSettlement.com) o solicitar queel Administrador de Reclamaciones le envíe un Formulario de Opción de Exclusión en papel, rellenar y firmar el Formulario de Opción de

Exclusión y enviarlo por correo al Administrador de Reclamaciones, con matasellos del **19 de octubre de 2022**o anterior, a la siguiente dirección:

<div align="center">

Gilmore contra Monsanto Co. - Exclusions
c/o Postlethwaite & Netterville
P.O. Box 4208
Baton Rouge, LA 70821

</div>

## SI OPTO POR NO PARTICIPAR, ¿PUEDO AUN ASÍ OBTENER UN PAGO DEL ACUERDO?

No. No obtendrá dinero alguno del Acuerdo si opta por no participar y no puede objetar el Acuerdo. No estará legalmente obligado a nada de lo que suceda en esta demanda. Si opta por no participar en el Acuerdo, no envíe un Formulario de Reclamación solicitando beneficios.

## ¿CÓMO LE INFORMO AL TRIBUNAL SI NO ME GUSTA EL ACUERDO?

Puede solicitar al Tribunal que niegue la aprobación mediante la presentación de una objeción. No puede solicitar al Tribunal que ordene un acuerdo diferente; el Tribunal solo puede aprobar o denegar el acuerdo. Si el Tribunal niega la aprobación, no se emitirán pagos transaccionales y el proceso seguirá. Si eso es lo que quieres que suceda, puedes objetar.

Si desea expresar una objeción a parte o a la totalidad del Acuerdo, usted puede, pero no está obligado a, comparecer en la Audiencia de Aprobación Final, ya sea en persona o a través de su propio abogado. Si se aprueba el Acuerdo, usted seguirá estando obligado por el Acuerdo y recibirá la compensación del Acuerdo si presenta un Formulario de Reclamación válido y a tiempo.

Si desea objetar, debe presentar electrónicamente una objeción por escrito a través del sistema de Presentación Electrónica de Casos (ECF) de la Corte; entregar una objeción por escrito al Secretario de Demanda Colectiva por correo, correo urgente o entrega personal; o presentar una objeción por escrito en persona en cualquier lugar del Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California. La objeción escrita deberá: (a) identificar claramente el nombre y el número del caso (*Gilmore contra Monsanto Co*., caso núm. 3:21-cv-8159); (b) contener información suficiente para identificarlo y contactarlo a usted o a su abogado; y (c) contener una declaración clara y concisa de su objeción, así como cualquier hecho y ley que respalde la objeción. Puede objetar por su cuenta o a través de un abogado contratado a cargo de usted. Si está representado por un abogado, debe firmar la objeción usted mismo o ejecutar una declaración separada en la que autorice la presentación de la objeción. Debe cumplir sustancialmente con los requisitos anteriores para presentar una objeción por escrito antes de comparecer en la audiencia de aprobación del acuerdo, pero estos requisitos pueden ser excusados por el Tribunal por una buena causa. Las objeciones **deben presentarse o llevar el sello postal a más tardar el 5 de diciembre de 2022.**

Si desea comparecer en la Audiencia de Aprobación Final, debe presentar ante el Tribunal una notificación de intención de comparecer, ya sea en persona o a través de un abogado, a **más tardar el 5 de diciembre de 2022.**

La dirección del Secretario de Demanda Colectiva es la siguiente:

**Class Action Clerk**
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

## ¿CUÁL ES LA DIFERENCIA ENTRE OBJETAR Y OPTAR POR NO PARTICIPAR?

Objetar es simplemente informarle al Tribunal que no le satisface algo sobre el Acuerdo. Puede objetar al Acuerdo únicamente si no se excluye del Acuerdo al optar por no participar. Excluirse del Acuerdo mediante la exclusión es informarle al Tribunal que no desea ser parte del Acuerdo. Si se excluye del Acuerdo, no tiene bases para objetar el Acuerdo debido a que ya no le afectaría.

## ¿TENGO UN ABOGADO EN ESTE CASO?

El Tribunal ha designado, como Abogado de la Clase en este caso, a Gillian L. Wade, Sara D. Avila y Marc A. Castaneda, de Milstein, Jackson, Fairchild & Wade, LLP, Joel Oster de las Oficinas Legales de Howard Rubinstein, y a cualquier abogado de esas firmas que ayude en la representación de la Clase en esta Acción.

El Tribunal ha determinado que los Abogados del Colectivo están calificados para representarlo a usted y a todos los demás Miembros del Colectivo. No se le cobrará por sus servicios. Los abogados que manejan el caso tienen experiencia en el manejo de casos similares. Sin embargo, tiene derecho a consultar o contratar a un abogado de su elección, por cuenta propia, para que lo asesore sobre el Acuerdo y sus derechos en relación con el Acuerdo y la Audiencia de Aprobación Final que se describen a continuación.

## ¿CÓMO SE LES PAGA A LOS ABOGADOS?

El Abogado de la Clase tiene la intención de solicitar honorarios de hasta un cuarto del Monto Máximo, y los Demandantes y el Abogado de la Clase tienen la intención de solicitar premios por servicio de hasta $ 5,000 cada uno para los Demandantes Scott Gilmore, James Weeks, Paul Taylor, Sherry Hanna, Amanda Boyette, Julio Ezcurra, Anthony Jewell y Kristy Williams (los "demandantes nombrados"). La concesión de esas cantidades queda a discreción del Tribunal. Si se otorgan, estos pagos se restarán de la cantidad disponible para pagar las reclamaciones de los Miembros de la Clase.

## ¿CUÁNDO Y DÓNDE EL TRIBUNAL DECIDIRÁ SI APRUEBA EL ACUERDO?

El Tribunal ha programado una Audiencia de Aprobación Final (también conocida como "Audiencia de Equidad") para determinar si el Tribunal debe aprobar el Acuerdo como justo, razonable y suficiente para el Colectivo, y si el Fallo debe presentarse de conformidad con el Acuerdo. El Tribunal también considerará en la Audiencia de Aprobación Final la solicitud de los Abogados del Colectivo para la adjudicación de los honorarios de los abogados y el reembolso de

los gastos, así como la solicitud de los demandantes nombrados para la adjudicación de servicios por los servicios prestados en nombre del Colectivo.

La Audiencia de Aprobación Final ocurrirá el 12 de enero de 2023, a las 2:30 p.m. a través de Zoom.

No se requiere su asistencia a la Audiencia de Aprobación Final. Sin embargo, puede ser escuchado oralmente en la audiencia de oposición al Acuerdo propuesto si así lo desea.

También puede registrar una comparecencia a través de un abogado contratado por cuenta propia. Si no efectúa una comparecencia a través de un abogado y no objeta, los Abogados del Colectivo lo representarán en la audiencia.

El Tribunal puede retrasar la fecha de la Audiencia de Aprobación Final sin previo aviso a los miembros del Colectivo del Acuerdo, en cuyo caso la nueva fecha de la Audiencia de Aprobación Final se publicará en el sitio web del Acuerdo, www.WeedKillerAdSettlement.com.

¿QUÉ SUCEDE SI NO HAGO NADA?

Si no hace nada, no obtendrá dinero del Acuerdo. A menos que se excluya, si se aprueba el Acuerdo, no podrá iniciar una demanda, continuar con una demanda o ser parte de cualquier otra demanda contra Monsanto o cualquier Persona Liberada sobre las reclamaciones en este caso o cualquier otra Reclamación Liberada. Sin embargo, usted conservará cualquier reclamación que pueda tener contra Monsanto o cualquier otra persona por haber desarrollado cáncer, o cualquier otro daño personal, como resultado de la exposición a los Productos.

¿CÓMO PUEDO OBTENER MÁS INFORMACIÓN?

La descripción del caso de este Aviso y el Acuerdo es general. Si desea obtener información más detallada sobre la demanda y el Acuerdo propuesto, o revisar los documentos del Acuerdo y los alegatos relacionados, puede visitar el sitio web del Acuerdo en www.WeedKillerAdSettlement.com. Si tiene preguntas adicionales, puede visitar el sitio web del Acuerdo o comunicarse con el Administrador de Reclamaciones:

**Por correo:** Gilmore v. Monsanto Co., c/o Postlethwaite & Netterville, P.O. Box 4208, Baton Rouge, LA 70821

**Por correo electrónico:** info@WeedKillerAdSettlement.com

**Por teléfono (gratuito):** 1-833-749-1489

Las actualizaciones serán publicadas en el sitio web del Acuerdo, a medida que la información sobre el proceso del Acuerdo esté disponible.

Si desea consultar el expediente del Tribunal en este caso, puede hacerlo en https://pacer.uscourts.gov/file-case/court-cmecf-lookup/court/CANDC, el sitio web de acceso público del Tribunal.

**NO LLAME NI DIRIJA NINGUNA PREGUNTA SOBRE EL CASO O ACUERDO AL SECRETARIO DEL TRIBUNAL O A LA JUEZA. ELLOS NO TIENEN PERMITIDO RESPONDER SUS PREGUNTAS. EL TRIBUNAL NO EXPRESA NINGÚN PUNTO DE VISTA EN CUANTO A LOS MÉRITOS DE CUALQUIER RECLAMO O DEFENSA ESTABLECIDOS POR NINGUNA PARTE DE LA CAUSA.**

**Para más información, visite www.WeedKillerAdSettlement.com o llame al 1-833-749-1489.**

**Apéndice 1**

| Producto | Pago anticipado por unidad |
|---|---|
| 16 oz Weed & Grass Killer Sure Shot Foam de Roundup® | $1.00 |
| 22 onzas. Weed & Grass Killer Sure Shot Foam de Roundup® | $1.00 |
| 24 oz Ready-to-Use Weed & Grass Killer de Roundup® | $1.00 |
| 30 oz Ready-to-Use Weed & Grass Killer de Roundup® | $1.00 |
| 24 oz Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer o Wild Blackberry Plus Vine & Brush Killer | $1.50 |
| 24 oz Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer | $2.00 |
| 1 gal Ready-to-Use Weed & Grass Killer de Roundup® (todos los tipos de aplicador) | $2.00 |
| 0.5 gal (64 onzas) Ready-to-Use Weed & Grass Killer de Roundup® | $2.50 |

| | |
|---|---|
| Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer | $2.50 |
| 1.25 gal Ready-to-Use Weed & Grass Killer de Roundup® (todos los tipos de aplicador) | $2.50 |
| 5 onzas. Precision Gel Weed & Grass Killer de Roundup® | $3.00 |
| 1 gal Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer de Roundup® | $3.00 |
| 1 gal Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer de Roundup® | $3.00 |
| 16 oz Weed & Grass Killer Concentrate Plus de Roundup® | $3.50 |
| 1.33 gal Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer de Roundup® | $3.50 |
| 1.1 gal Ready-to-Use Weed & Grass Killer de Roundup® (todos los tipos de aplicador) | $4.00 |

| | |
|---|---|
| 32 oz Weed & Grass Killer Concentrate Plus de Roundup® | $4.00 |
| 35.2 oz Weed & Grass Killer Concentrate Plus de Roundup® | $4.00 |
| 1.33 gal Ready-to-Use Weed & Grass Killer de Roundup® (todos los tipos de aplicador) | $4.00 |
| 1.33 gal. Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer de Roundup® (todos los tipos de aplicador) | $5.00 |
| 1.25 gal Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer de Roundup® (todos los tipos de aplicador) | $5.00 |
| 16 oz Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer de Roundup® | $5.50 |
| Paquete de 3 de 6 oz Weed & Grass Killer Concentrate Plus de Roundup® | $5.50 |
| 32 oz Concentrate Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer de Roundup® | $5.50 |

| | |
|---|---|
| 1.25 gal Ready-to-Use Max Control 365 de Roundup® (todos los tamaños y variedades) | $6.00 |
| 36.8 oz Weed & Grass Killer Concentrate Plus de Roundup® | $6.00 |
| 40 oz Weed & Grass Killer Concentrate Plus de Roundup® | $6.00 |
| 1.1 gal Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer de Roundup® (todos los tipos de aplicador) | $6.00 |
| 1.33 gal Ready-to-Use Max Control 365 de Roundup® (todos los tamaños y variedades) | $7.00 |
| Paquete combinado: 1.33 gal Roundup® Ready-to-Use Weed & Grass Killer y 2x7 oz. Weed & Grass Killer Concentrate Plus de Roundup® | $7.50 |
| 0.5 gal (64 oz.) Concentrate Plus Weed & Grass Killer de Roundup® | $7.50 |
| 32 oz Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer de Roundup® | $8.00 |

| | |
|---|---|
| 32 oz Concentrate Max Control 365 de Roundup® | $8.50 |
| Paquete combinado - 1.33 gal Ready-to-Use Max Control 365 y 8 oz. de Roundup® Concentrate Max Control 365 de Roundup® | $9.00 |
| 80 oz Weed & Grass Killer Concentrate Plus de Roundup® | $9.50 |
| Paquete combinado - 1.33 gal Ready-to-Use Weed and Grass Killer de Roundup® y de 8 oz Weed & Grass Killer Super Concentrate de Roundup® | $9.50 |
| Paquete combinado - 1.33 gal Extended Control Weed & Grass Killer Plus Weed Preventer de Roundup® y 16 oz. Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer de Roundup® | $10.50 |
| 35.2 oz Weed & Grass Killer Super Concentrate de Roundup® | $11.50 |
| Paquete de 2 – 80 oz. Weed & Grass Killer Concentrate Plus de Roundup® | $12.50 |
| 0.42 gal Weed & Grass Killer Super Concentrate de Roundup® | $14.00 |

| | |
|---|---|
| 0.5 gal. (64 oz.) Weed & Grass Killer Super Concentrate de Roundup® | $15.00 |
| 1 gal Weed & Grass Killer Super Concentrate de Roundup® | $21.50 |
| 2.5 gal. Pro Concentrate de Roundup® | $33.00 |
| 24 oz Ready-to-Use Weed & Grass Killer de Ace® | $0.50 |
| 1 gal Ready-to-Use Weed & Grass Killer de Ace® | $1.50 |
| 1 gal Ready-to-Use Weed & Grass Killer con pulverizador operado a batería de Ace® | $3.00 |
| 32 oz Concentrate Weed & Grass Killer de Ace® | $3.00 |
| 1 gal Concentrate Weed & Grass Killer de Ace® | $5.50 |

| | |
|---|---|
| 32 oz Concentrate Weed & Grass Killer de HDX® | $1.50 |
| 0.5 gal Concentrate Weed & Grass Killer de HDX® | $3.00 |
| 2.5 gal. Concentrate Weed & Grass Killer de HDX® | $12.50 |

<u>Apéndice 2</u>

**EXENCIÓN DE RECLAMACIONES**

Si el Tribunal aprueba el Acuerdo y usted no se ha excluido como se describe anteriormente, estará sujeto al Acuerdo y se le prohibirá, de manera permanente, demandar a Monsanto u otras entidades (según se detalla en el Acuerdo) por las reclamaciones eximidas en el Acuerdo. Esto se aplica ya sea que actualmente conozca la existencia de tales reclamaciones o que no las conozca.

A continuación se encuentran las reclamaciones a las que renunciará:

A partir de la Fecha de Entrada en Vigencia, se considerará que cada uno de los Miembros del Colectivo, y por imperio del fallo, habrá liberado, renunciado y eximido para siempre, y se habrá comprometido a no demandar, a las Partes Eximidas de todas y cada una de las Reclamaciones (con la excepción de las Reclamaciones por Daños Personales y las Reclamaciones por Supervisión Médica), ya sean conocidas o desconocidas, maduradas o no maduradas, declaradas o no declaradas, latentes o patentes, en derecho o en equidad, existentes bajo la ley federal o estatal, independientemente de la teoría legal o la reparación reclamada, que cualquier Miembro del Colectivo tenga o pueda tener en el futuro contra cualquier Parte Exonerada que surja de o esté relacionada de alguna manera con los mismos fundamentos de hecho que la Acción, incluyendo:

o   cualquier declaración supuestamente falsa, engañosa, incompleta o inexacta, o cualquier supuesta omisión, con respecto a la supuesta carcinogenicidad, toxicidad, genotoxicidad, efectos endocrinos perturbadores o cualquier otro supuesto efecto sobre la salud de los Productos o cualquier ingrediente o componente de los mismos, incluidos, entre otros, el glifosato (ya sea que dicha declaración o supuesta omisión con respecto a un ingrediente o componente de los mismos se haga específicamente con respecto a los Productos, con respecto al ingrediente o componente del mismo por separado, o con respecto a otros productos), o cualquier declaración científica o debate sobre el mismo;

o   cualquier presunto incumplimiento de contrato o incumplimiento de garantía que surja de o esté relacionado con la supuesta carcinogenicidad, toxicidad, genotoxicidad, efectos disruptores endocrinos o cualquier otro supuesto efecto sobre la salud de los Productos o cualquier ingrediente o componente de los mismos, incluidos, entre otros, el glifosato, o cualquier afirmación científica o debate con respecto al mismo; o

o   cualquier otra supuesta pérdida o lesión económica (que no sean las pérdidas o lesiones económicas incluidas en las definiciones de Reclamaciones por Lesiones Personales o Reclamaciones de Monitoreo Médico) supuestamente sufrida o infligida a cualquier Miembro de la Clase debido a o relacionada con la supuesta carcinogenicidad, toxicidad, genotoxicidad, efectos disruptivos endocrinos o cualquier otro supuesto efecto sobre la salud de los Productos o cualquier ingrediente o componente de los mismos, incluyendo, pero no limitado a, glifosato, o cualquier afirmación científica o debate con respecto al mismo.

Colectivamente, lo anterior son "Reclamaciones Emitidas en Clase". Para evitar dudas, este comunicado no libera ningún Reclamo por Lesiones Personales o Reclamos de Monitoreo Médico. En la medida en que cualquier acción o procedimiento incluya tanto Reclamaciones por Daños Personales o Reclamaciones por Monitoreo Médico como Reclamaciones que, de otro modo, serían eximidas por este Acuerdo, las Reclamaciones por Daños Personales y/o las Reclamaciones por Monitoreo Médico no se considerarán eximidas, pero sí las otras Reclamaciones. A modo de ejemplo, si un Miembro de la Clase presentó una acción afirmando que compró y usó productos Roundup® que no advirtieron sobre un supuesto riesgo de linfoma no Hodgkin y que esto les causó desarrollar linfoma no Hodgkin, y trató de recuperar daños por su lesión física, por salarios perdidos y por facturas médicas, ni esa Reclamación por Lesiones Personales ni los daños relacionados (incluidos los daños económicos, como salarios perdidos o facturas médicas) serían liberados por este Acuerdo. Para evitar más dudas, esta exención se aplicará a las Reclamaciones (que no sean Reclamaciones por Lesiones Personales y Reclamaciones de Monitoreo Médico) que surjan de, resulten de, o de alguna manera relacionadas con o en relación con la compra o el uso de los Productos por parte de un Miembro de la Clase en el pasado, presente o futuro.

"Reclamaciones" significa reclamaciones pasadas, presentes y futuras, reconvenciones, acciones, derechos, recursos, causas de acción, responsabilidades, demandas, demandas, daños, pérdidas, pagos, sentencias, veredictos, deudas, cuotas, sumas de dinero, gravámenes, costos y gastos (incluidos, entre otros, honorarios y costos de abogados), cuentas, ajustes de cuentas, facturas, convenios, contratos, controversias, acuerdos, obligaciones o promesas, incluyendo cualquiera de los anteriores para una reparación equitativa o cautelar, daños directos, daños indirectos, daños consecuentes, daños incidentales, daños punitivos o ejemplares, daños o sanciones múltiples legales y de otro tipo, o cualquier otra forma de daños o alivio de cualquier tipo, y ya sea basado en incumplimiento de contrato, garantía o pacto, agravio, negligencia, responsabilidad estricta, negligencia grave, imprudencia, conducta deliberada o sin sentido, malicia, opresión, desprecio consciente, responsabilidad solidaria, garantía, contribución, reembolso, subrogación, indemnización, defecto, falta de advertencia, culpa, tergiversación, fraude de derecho consuetudinario, fraude legal al consumidor, quantum meruit, incumplimiento del deber fiduciario, violación de estatutos o reglamentos administrativos, y / o cualquier otro legal (incluido el derecho consuetudinario), extranjero, estatutario, equitativo u otra teoría o derecho de acción, ya sea en la ley o en la equidad, fijo, contingente o no contingente, conocido o desconocido, descubierto o no descubierto, sospechoso o insospechado, previsto o imprevisto, maduro o no maduro, devengado o no vencido, madurado o no madurado, perfeccionado o no perfeccionado, elegido o incoado, desarrollado o no desarrollado, liquidado o no liquidado, ahora reconocido por la ley o que pueda ser creado o reconocido en el futuro por ley, reglamento o decisión judicial o de cualquier otra manera, y ya sea de naturaleza directa, representativa, derivada, de clase o individual, en cualquier foro que cualquier Persona haya tenido, tenga o pueda tener en el futuro.

"Reclamaciones de monitoreo médico" significará Reclamaciones que buscan requerir, o recuperar daños que ascienden a los costos de, monitoreo médico o detección de posibles lesiones físicas o enfermedades de una persona física. Se contempla expresamente que una causa de acción podría incluir tanto Reclamaciones que son Reclamaciones de Monitoreo Médico como Reclamaciones que no son Reclamaciones de Monitoreo Médico.

"Monsanto" significa Monsanto Company y Bayer AG y todos y cada uno de sus respectivos pasados, presentes o futuros, directos o indirectos, predecesores, sucesores, matrices, subsidiarias,

afiliadas y divisiones; y cualquier funcionario pasado, presente o futuro, director, accionista, propietario, empleado, socio, fideicomisario, representante, agente, sirviente, asegurador, abogado, predecesor, sucesor o cesionario de cualquiera de los anteriores.

"Reclamaciones por lesiones personales" significará Reclamaciones que hacen valer el derecho a recuperar daños por la lesión física o enfermedad real de una persona física o que buscan recuperar daños compensatorios, punitivos o ejemplares, o honorarios de abogados, presuntamente resultantes o derivados de la lesión física o enfermedad real de una persona física, incluyendo, por ejemplo, reclamaciones por dolor o sufrimiento mental o físico; daño emocional o mental; pérdida del disfrute de la vida; pérdida de salarios, ingresos, ganancias o capacidad de ganancia; gastos médicos; facturas de médicos, hospitales, enfermería o medicamentos; pérdida de apoyo, servicios, consorcio, compañerismo, sociedad o afecto; daños a las relaciones familiares; y muerte por negligencia y acciones de supervivencia. Se contempla expresamente que una causa de acción podría incluir tanto Reclamaciones que son Reclamaciones por Daños Personales como Reclamaciones que no son Reclamaciones por Daños Personales.

"Partes relacionadas" significa los fabricantes pasados, presentes y futuros, formuladores, distribuidores, agentes de marketing, comisionistas, revendedores, minoristas, investigadores clínicos, agentes, licenciatarios, contratistas, empresas conjuntas, empresas conjuntas y consultores de o con respecto a los Productos, y todos y cada uno de los proveedores pasados, presentes o futuros de materiales, componentes y servicios utilizados en el desarrollo, registro, formulación, fabricación, distribución, manejo, venta o comercialización de los Productos, incluido el etiquetado y empaquetado de los mismos, y todos y cada uno de sus respectivos pasados, presentes o futuros, directos o indirectos, predecesores, sucesores, matrices, subsidiarias, Afiliadas, divisiones, empresas conjuntas y empresas conjuntas; y cualquier funcionario pasado, presente o futuro, director, accionista, propietario, empleado, socio, fideicomisario, representante, agente, sirviente, asegurador, abogado, predecesor, sucesor o cesionario de cualquiera de los anteriores.

"Personas Eximidas" significa, respectivamente, Monsanto; Scotts; cualquier distribuidor y/o minorista de los Productos; Partes Relacionadas; cualquier Persona que actualmente, en el futuro o en el pasado, comercialice, anuncie, distribuya, venda o revenda los Productos y cualquier empresa matriz pasada, actual o futura (incluidas las matrices intermedias y las matrices finales) y filiales, afiliados, predecesores, sucesores y cesionarios, y cada uno de sus respectivos funcionarios, directores, empleados, agentes, miembros, franquiciados, franquiciadores, abogados, aseguradores, accionistas, representantes, herederos, administradores, albaceas, sucesores y cesionarios pasados, presentes o futuros; y cualquier otra persona que actúe en nombre de Monsanto, Scotts o cualquier otra Persona Eximida.

"Minoristas" significa cualquier persona o entidad que haya ofrecido, ofrezca actualmente o pueda ofrecer en el futuro los Productos para su venta o reventa (incluyendo, sin limitación, los distribuidores mayoristas, los distribuidores de marca propia y todos los minoristas y distribuidores minoristas), y todos y cada uno de sus respectivos predecesores, sucesores, matrices, subsidiarias, filiales y divisiones pasadas, presentes o futuras, directas o indirectas; y cualquier funcionario, director, accionista, propietario, empleado, socio, fideicomisario, representante, agente, servidor, asegurador, abogado, predecesor, sucesor o cesionario de cualquiera de los anteriores. "Minoristas" incluirá, pero no se limita a, Ace Hardware Corporation; Costco Wholesale

Corporation; Home Depot U.S.A., Inc.; The Home Depot, Inc.; Lowe's Companies, Inc.; Lowe's Home Centers, LLC; Target Corporation; Walmart Inc. y Wal-Mart Stores, Inc, y todos y cada uno de sus respectivos predecesores, sucesores, matrices, filiales, afiliados y divisiones pasadas, presentes o futuras, directas o indirectas; y cualquier funcionario, director, accionista, propietario, empleado, socio, fiduciario, representante, agente, servidor, asegurador, abogado, predecesor, sucesor o cesionario de cualquiera de los anteriores.

Además, se considerará que cada Miembro de la Clase ha renunciado y renunciado a los derechos y beneficios disponibles para ellos bajo la sección 1542 del Código Civil de California. **La Sección 1542 estipula**:

> **"Una exención general no se extiende a las reclamaciones que el acreedor no sabe o sospecha que existen a su favor en el momento de ejecutar la exención, la cual, de ser conocida, debe haber afectado materialmente su acuerdo con el deudor."**

A pesar de la Sección 1542 del Código Civil de California o de cualquier otro estatuto federal o estatal o precepto de ley de efecto similar, este Acuerdo tendrá plena vigencia y efecto de acuerdo con todos y cada uno de sus términos y disposiciones expresados, incluidos los relacionados con cualquier reclamación, responsabilidad, demanda o fundamento de la demanda ya sea desconocido o no sospechado, que se basen, surjan o estén relacionadas de alguna manera con la Acción.

**Apéndice 3**

**Lista de Períodos de la Demanda Colectiva Aplicables para Cada Estado o Territorio**

| Estado o Territorio | Comienzo del período de clase |
|---|---|
| Alabama | Febrero 2017 |
| Alaska | Febrero 2017 |
| Samoa Americana | Febrero 2018 |
| Arizona | Febrero 2017 |
| Arkansas | Febrero 2016 |
| California | Agosto 2015 |
| Colorado | Febrero 2018 |
| Connecticut | Febrero 2016 |
| Delaware | Febrero 2017 |
| Distrito de Columbia | Febrero 2017 |
| Florida | Febrero 2016 |
| Georgia | Octubre 2016 |
| Guam | Agosto 2016 |
| Hawái | Febrero 2017 |
| Idaho | Febrero 2017 |
| Illinois | Febrero 2017 |
| Indiana | Febrero 2017 |
| Iowa | Febrero 2017 |
| Kansas | Diciembre 2015 |
| Kentucky | Febrero 2017 |
| Luisiana | Febrero 2017 |
| Maine | Febrero 2015 |
| Maryland | Agosto 2016 |
| Massachusetts | Octubre 2016 |
| Michigan | Octubre 2014 |
| Minesota | Diciembre 2013 |
| Misisipi | Febrero 2015 |
| Misuri | Agosto 2014 |
| Montana | Febrero 2017 |
| Nebraska | Febrero 2017 |
| Nevada | Octubre 2016 |
| Nueva Hampshire | Febrero 2017 |
| Nueva Jersey | Noviembre 2014 |
| Nuevo México | Febrero 2017 |
| Nueva York | Junio 2011 |
| Carolina del Norte | Febrero 2017 |
| Dakota del Norte | Febrero 2015 |
| Islas Marianas del Norte | Febrero 2015 |

| Estado o Territorio | Comienzo del período de clase |
|---|---|
| Ohio | Febrero 2017 |
| Oklahoma | Noviembre 2015 |
| Oregón | Noviembre 2015 |
| Pensilvania | Febrero 2015 |
| Puerto Rico | Diciembre 2019 |
| Rhode Island | Febrero 2017 |
| Carolina del Sur | Febrero 2015 |
| Dakota del Sur | Febrero 2017 |
| Tennessee | Febrero 2017 |
| Texas | Marzo 2016 |
| Utah | Febrero 2016 |
| Vermont | Noviembre 2013 |
| Islas Vírgenes | Febrero 2015 |
| Virginia | Septiembre 2016 |
| Washington | Febrero 2017 |
| Virginia Occidental | Febrero 2017 |
| Wisconsin | Febrero 2015 |
| Wyoming | Febrero 2017 |

Gilmore v. Monsanto Company
c/o Postlethwaite & Netterville
PO Box 4208
Baton Rouge, LA 70821

<div style="border">
**Your Claim Form Must Be
Submitted On or Before
10/19/2022**
</div>

## *Gilmore et al. v. Monsanto Company et al.*

United States District Court for the Northern District of California (Case No. 3:21-cv-8159)

### CLAIM FORM INSTRUCTIONS

Please follow the instructions below to file a claim for any purchases you made of certain Roundup®, HDX®, or Ace® brand glyphosate based weed-killer products (the "Roundup Products"). A complete list of eligible Products is available in Appendix A of this Claim Form.

TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE ALL OF THE REQUIRED (*) INFORMATION BELOW AND YOU MUST SIGN THIS CLAIM FORM. THIS CLAIM FORM SHOULD ONLY BE USED IF A CLAIM IS BEING MAILED IN AND IS NOT BEING FILED ONLINE. **YOU MAY ALSO FILE YOUR CLAIM ONLINE AT www.WeedKillerAdSettlement.com**.

**CLASS MEMBERS WILL RETAIN THEIR RIGHT TO SUE IF THEY CURRENTLY HAVE, OR LATER DEVELOP, CANCER OR ANY OTHER ILLNESS OR INJURY FROM EXPOSURE TO THE PRODUCTS**

### Section I: Claimant Information

1. **Claimant Information:** Complete all fields in Section I. Please be sure to only enter one letter/character in each box as needed.

### Section II: Purchase History

**General Instructions:** Before entering your purchase details in Section II, please review the product code table in **Appendix A** on page 3 of this Claim Form and the purchase location and threshold values on page 4 of this Claim Form. Detailed instructions regarding these two tables are included below.

2. **Find Your Product Code in Appendix A of this Claim Form:** A list of all eligible products is included in **Appendix A** on page 3 of this Claim Form. Review these products carefully to identify each product you purchased and use the four-digit Product Code when you enter your purchases in Section II.

3. **Determine Your Eligible Purchase (Class) Period:** To determine if your purchases were made during the eligible purchase period for this settlement, please refer to **Appendix B** on page 4 of this Claim Form. You will first need to locate the state(s) where your purchases were made, then review the Eligible Purchase Period for those states to determine if your purchases were made in the eligible purchase period. If you claim any purchases prior to the start of the eligible purchase period, those purchases will be deemed ineligible and not approved for recovery within this settlement.

4. **Enter Purchase History Details:** Once you have reviewed the eligible purchase period and Product Code(s) for your purchases, you must enter the details for each purchase you made for eligible product(s). For each purchase transaction, you must enter the name of the retail location where the purchase was made, the city and state where the retailer was located, the year the purchase was made, the quantity purchased, and the Product Code related to the product you purchased. Repeat this step for each purchase transaction you are claiming. An example has been included in Section II to assist you.

5. **Provide Supporting Documentation:** You must provide documentation showing proof of purchase if you are:
   a. claiming purchases of 1 Gal. Roundup® Weed and Grass Killer Super Concentrate, 2.5 Gal. Roundup® Pro Concentrate, and/or 2.5 Gal. HDX® Weed & Grass Killer Concentrate will require reasonable proof of purchase; OR
   b. claiming more than 1 purchase a year per household for any of the other eligible Products during the eligible class period based on the state of purchase.

   The total allowable purchases that can be claimed without providing documentation are listed in **Appendix B** on page 4 of this claim form. If you exceed the limits outlined within **Appendix B**, you must provide copies of documentation supporting each purchase claimed on this claim form. *If the documentation provided does not adequately support the quantity of purchases claimed, you may be required to provide additional information or your claim may be reduced or denied by the Claims Administrator.* Please include copies of the supporting documentation along with completed claim form that is mailed to the Claims Administrator.

### Section III: Certification

6. **Sign and Submit Your Claim Form:** Once you have completed Sections I and II of this claim form, you must sign and date the certification section of this Claim Form for your claim to be valid. After you have completed this step, you must return the completed Claim Form to the Claims Administrator at the address located at the top of this page. **Your claim must be postmarked no later than October 19, 2022.**

*Please keep a copy of your Claim Form for your records.*

**Gilmore et al. v. Monsanto Company et al.**

United States District Court for the Northern District of California (Case No. 3:21-cv-8159)

## CLAIM FORM
### CLAIM SUBMISSION DEADLINE: 10/19/2022

### Section I: Claimant Information

First Name*

Last Name*                                                                                    Suffix

Mailing Address: Street Address/P.O. Box (include Apartment/Suite/Floor Number)*

City*                                                          State*          Zip Code*

Email Address*

( ___ ) ___ - ____
Current Phone Number

Were the Roundup Products you purchased primarily used at the address indicated above?
If No, please provide the address where the products were primarily used below.     ☐ Yes   ☐ No

Address Where Products Were Primarily Used

City                                                                    State        Zip Code

### Section II: Purchase History

Provide the following information regarding purchases of Roundup Products you made during the Class Period.

**Supporting Documentation Requirements:** Absent actual proof of purchase, claims are limited to a maximum of one (1) Product for each year or partial year within the Class Period. However, all claims purchases of 1 Gal. Roundup® Weed and Grass Killer Super Concentrate, 2.5 Gal. Roundup® Pro Concentrate, and/or 2.5 Gal. HDX® Weed & Grass Killer Concentrate will require reasonable proof of purchase. There are no purchase limits for products for which Proof of Purchase is provided. See **Appendix B** on page 4 of this claim form for additional information on product purchase limits.

| | Retail Location of Purchase* | State of Purchase* | City of Purchase* | Product Code* (Appendix A) | Year of Purchase* (Appendix B) | Quantity Purchased* |
|---|---|---|---|---|---|---|
| Ex. | Home Depot | C A | Sacramento | U 0 2 4 | 2 0 1 7 | 0 2 |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

*If more space is necessary, you may also attach a separate sheet or complete your claim form online.*

### Section III: Certification

I declare, under penalty of perjury, that all of the information on this claim form is true and correct to the best of my knowledge. I understand that my claim from may be subject to audit, verification, and Court review.

Signature*: _____

Date*: ☐☐ / ☐☐ / ☐☐☐☐

**FOR MORE INFORMATION, VISIT www.WeedKillerAdSettlement.com or CALL 1-833-749-1489**

*It is your responsibility to notify the Claims Administrator of any changes to your contact information after the submission of your Claim Form.*

**Appendix A**
**Product Codes**

| Sample Images | Product Code | Product Description |
|---|---|---|
| | G005 | 5 oz. Roundup® Precision Gel Weed and Grass Killer |
| | F016 | 16 oz. Roundup® Weed and Grass Killer Sure Shot Foam |
| | F022 | 22 oz. Roundup® Weed and Grass Killer Sure Shot Foam |
| | U024 | 24 oz. Roundup® Ready-to-Use Weed and Grass Killer |
| | U030 | 30 oz. Roundup® Ready-to-Use Weed and Grass Killer |
| | U064 | 0.5 gal. (64 oz.) Roundup® Ready-to-Use Weed and Grass Killer |
| | U128 | 1 gal. Roundup® Ready-to-Use Weed and Grass Killer (all applicator types) |
| | U140 | 1.1 gal. Roundup® Ready-to-Use Weed & Grass Killer (all applicator types) |
| | U160 | 1.25 gal. Roundup® Ready-to-Use Weed and Grass Killer (all applicator types) |
| | U170 | 1.33 gal. Roundup® Ready-to-Use Weed & Grass Killer (all applicator types) |
| | E024 | 24 oz. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer |
| | E032 | 32 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer |
| | E064 | 0.5 gal. (64 oz.) Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer |
| | E128 | 1 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer |
| | E140 | 1.1 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (all applicator types) |
| | E160 | 1.25 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (all applicator types) |
| | E170 | 1.33 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (all applicator types) |
| | CE16 | 16 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer |
| | CP16 | Combination pack – 1.33 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer and 16 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer. |
| | P024 | 24 oz. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer |
| | P032 | 32 oz. Roundup® Concentrate Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer |
| | P128 | 1 gal. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer |
| | P170 | 1.33 gal. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer |
| | M032 | 32 oz. Roundup® Concentrate Max Control 365 |
| | M160 | 1.25 gal. Roundup® Ready-to-Use Max Control 365 (all applicator types) |
| | M170 | 1.33 gal. Roundup® Ready-to-Use Max Control 365 (all applicator types) |
| | CP8C | Combination pack – 1.33 gal. Roundup® Ready-to-Use Max Control 365 and 8 oz. Roundup® Concentrate Max Control 365. |
| | C306 | 3-pack – 6 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C016 | 16 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C032 | 32 oz. Roundup® Weed and Grass Killer Concentrate Plus |
| | C035 | 35.2 oz. Roundup® Weed and Grass Killer Concentrate Plus |
| | C036 | 36.8 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C040 | 40 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C064 | 0.5 gal. (64 oz.) Roundup® Concentrate Plus Weed & Grass Killer |
| | C080 | 80 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C280 | 2-pack – 80 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | CP27 | Combination Pack – 1.33 gal Roundup® Ready-to-Use Weed & Grass Killer and 2x7 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C320 | 2.5 gal. Roundup® Pro Concentrate |
| | CP8S | Combination Pack – 1.33 gal. Roundup® Ready-to-Use Weed & Grass Killer and 8 oz. Roundup® Weed & Grass Killer Super Concentrate |
| | S035 | 35.2 oz. Roundup® Weed & Grass Killer Super Concentrate |
| | S053 | 0.42 gal. Roundup® Weed & Grass Killer Super Concentrate |
| | S064 | 0.5 gal. (64 oz.) Roundup® Weed & Grass Killer Super Concentrate |
| | S128 | 1 gal. Roundup® Weed & Grass Killer Super Concentrate |
| | A024 | 24 oz. Ace® Ready-to-Use Weed & Grass Killer |
| | A032 | 32 oz. Ace® Concentrate Weed & Grass Killer |
| | A128 | 1 gal. Ace® Ready-to-Use Weed & Grass Killer |
| | A901 | 1 gal. Ace® Ready-to-Use Weed & Grass Killer with battery-operated sprayer |
| | A800 | 1 gal. Ace® Concentrate Weed & Grass Killer |
| | H032 | 32 oz. HDX® Concentrate Weed & Grass Killer |
| | H064 | 0.5 gal. HDX® Concentrate Weed & Grass Killer |
| | H320 | 2.5 gal. HDX Concentrate Weed & Grass Killer |

**Appendix B**
## Eligible Purchase (Class) Periods and Proof of Purchase Requirements

| State or Territory of Purchase | State Abbreviation | Eligible Purchase (Class) Period | Maximum Units Eligible without Proof of Purchase* (See Note below for list of Roundup Products that require proof of purchase) |
|---|---|---|---|
| Alabama | AL | February 2017 - Present | 6 |
| Alaska | AK | February 2017 - Present | 6 |
| American Samoa | AS | February 2018 - Present | 5 |
| Arizona | AZ | February 2017 - Present | 6 |
| Arkansas | AR | February 2016 - Present | 7 |
| California | CA | August 2015 - Present | 8 |
| Colorado | CO | February 2018 - Present | 5 |
| Connecticut | CT | February 2016 - Present | 7 |
| Delaware | DE | February 2017 - Present | 6 |
| District of Columbia | DC | February 2017 - Present | 6 |
| Florida | FL | February 2016 - Present | 7 |
| Georgia | GA | October 2016 - Present | 6 |
| Guam | GU | August 2016 - Present | 7 |
| Hawaii | HI | February 2017 - Present | 6 |
| Idaho | ID | February 2017 - Present | 6 |
| Illinois | IL | February 2017 - Present | 6 |
| Indiana | IN | February 2017 - Present | 6 |
| Iowa | IA | February 2017 - Present | 6 |
| Kansas | KS | December 2015 - Present | 7 |
| Kentucky | KY | February 2017 - Present | 6 |
| Louisiana | LA | February 2017 - Present | 6 |
| Maine | ME | February 2015 - Present | 8 |
| Maryland | MD | August 2016 - Present | 7 |
| Massachusetts | MA | October 2016 - Present | 6 |
| Michigan | MI | October 2014 - Present | 8 |
| Minnesota | MN | December 2013 - Present | 9 |
| Mississippi | MS | February 2015 - Present | 8 |
| Missouri | MO | August 2014 - Present | 9 |
| Montana | MT | February 2017 - Present | 6 |
| Nebraska | NE | February 2017 - Present | 6 |
| Nevada | NV | October 2016 - Present | 6 |
| New Hampshire | NH | February 2017 - Present | 6 |
| New Jersey | NJ | November 2014 - Present | 8 |
| New Mexico | NM | February 2017 - Present | 6 |
| New York | NY | June 2011 - Present | 12 |
| North Carolina | NC | February 2017 - Present | 6 |
| North Dakota | ND | February 2015 - Present | 8 |
| Northern Mariana Islands | MP | February 2015 - Present | 8 |
| Ohio | OH | February 2017 - Present | 6 |
| Oklahoma | OK | November 2015 - Present | 7 |
| Oregon | OR | November 2015 - Present | 7 |
| Pennsylvania | PA | February 2015 - Present | 8 |
| Puerto Rico | PR | December 2019 - Present | 3 |
| Rhode Island | RI | February 2017 - Present | 6 |
| South Carolina | SC | February 2015 - Present | 8 |
| South Dakota | SD | February 2017 - Present | 6 |
| Tennessee | TN | February 2017 - Present | 6 |
| Texas | TX | March 2016 - Present | 7 |
| Utah | UT | February 2016 - Present | 7 |
| Vermont | VT | November 2013 - Present | 9 |
| Virgin Islands | VI | February 2015 - Present | 8 |
| Virginia | VA | September 2016 - Present | 6 |
| Washington | WA | February 2017 - Present | 6 |
| West Virginia | WV | February 2017 - Present | 6 |
| Wisconsin | WI | February 2015 - Present | 8 |
| Wyoming | WY | February 2017 - Present | 6 |

*__Note__ : All claimed purchases of 1 Gal. Roundup® Weed and Grass Killer Super Concentrate, 2.5 Gal. Roundup® Pro Concentrate, and/or 2.5 Gal. HDX® Weed & Grass Killer Concentrate will require reasonable proof of purchase.

Gilmore v. Monsanto Company
c/o Postlethwaite & Netterville
PO Box 4208
Baton Rouge, LA 70821

<div style="border">
**Su formulario de reclamo debe ser presentado a más tardar el 19/10/2022**
</div>

# *Gilmore et al. v. Monsanto Company et al.*

Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California (Caso n.º 3:21-cv-8159)

## <u>INSTRUCCIONES DEL FORMULARIO DE RECLAMACIÓN</u>

Siga las instrucciones a continuación para presentar un reclamo por cualquier compra que haya realizado de ciertos productos herbicidas a base de glifosato de la marca Roundup®, HDX® o Ace® (los "Productos Roundup"). Una lista completa de productos elegibles está disponible en el Apéndice A de este Formulario de Reclamación.

PARA RECIBIR LOS BENEFICIOS DE ESTE ACUERDO, DEBERÁ INDICAR TODA LA INFORMACIÓN REQUERIDA (*) A CONTINUACIÓN Y DEBERÁ FIRMAR ESTE FORMULARIO DE RECLAMACIÓN. DEBE USAR ESTE FORMULARIO DE RECLAMACIÓN SOLO SI ENVIARÁ POR CORREO SU RECLAMACIÓN Y NO LA PRESENTARÁ EN LÍNEA. **USTED TAMBIÉN PUEDE PRESENTAR SU RECLAMO EN LÍNEA EN www.WeedKillerAdSettlement.com.**

**<span style="color:red">LOS MIEMBROS DE LA CLASE CONSERVARÁN SU DRECHO A DEMANDAR SI, ACTULAMENTE, TIENEN, O MÁS TARDE DESARROLLAN, CÁNCER O CUALQUIER OTRA ENFERMEDAD O LESIÓN DERIVADA DE LA EXPOSICIÍÑON A LOS PRODUCTOS.</span>**

## <u>Sección I: Información del Demandante</u>

1.  **Información del Demandante:** Complete todos los campos en la Sección I. Asegúrese de ingresar solo una letra/carácter en cada casilla según sea necesario.

## <u>Sección II: Historial de Compras</u>

**Instrucciones generales:** Antes de ingresar los detalles de su compra en la Sección II, revise la tabla de códigos de productos en el **Apéndice A** en la página 3 de este Formulario de Reclamación y la ubicación de la compra y los valores de umbral en la página 4 de este Formulario de Reclamación. Las instrucciones detalladas referentes a estas dos tablas se incluyen a continuación.

2.  **Encuentre su Código de Producto en el Apéndice A de este Formulario de Reclamación:** se incluye una lista de todos los productos elegibles en el **Apéndice A** en la página 3 de este Formulario de Reclamación. Revise estos productos cuidadosamente para identificar cada producto que usted compró y use el Código de Producto de cuatro dígitos cuando ingrese sus compras en la Sección II.
3.  **Determine su Período de Compra (Colectivo) elegible:** Para determinar si sus compras se realizaron durante el período de compra elegible para este Acuerdo, consulte el **Apéndice B** en la página 4 de este Formulario de Reclamación. Primero deberá ubicar los estados donde se realizaron sus compras, luego revisar el Período de Compra Elegible para esos estados a fin de determinar si sus compras se realizaron en el período de compra elegible. Si reclama alguna compra previa al inicio del período de compra elegible, esas compras se considerarán no elegibles y no se aprobarán para su restitución dentro de este Acuerdo.
4.  **Ingrese los detalles del historial de compras:** Una vez que haya revisado el período de compra elegible y los Códigos de Productos para sus compras, debe ingresar los detalles de cada compra que realizó para los productos elegibles. Para cada transacción de compra, debe ingresar el nombre de la ubicación del comercio minorista donde se realizó la compra, la ciudad y el estado donde se encontraba el minorista, el año en que se realizó la compra, la cantidad comprada y el Código de Producto relacionado con el producto que compró. Repita esta para cada transacción de compra que esté reclamando. Se ha incluido un ejemplo en la Sección II para ayudarle.
5.  **Brinde documentación de respaldo:** debe proporcionar documentación que muestre un comprobante de compra si está:
    a.  reclamando compras de 1 Gal. Weed & Grass Killer Super Concentrate de Roundup®, 2.5 gal. Pro Concentrate de Roundup®, y/o 2.5 gal. Weed & Grass Killer Concentrate de HDX® requerirá una prueba razonable de compra, O
    b.  reclamar más de 1 compra al año por hogar para cualquiera de los otros productos elegibles durante el período de la demanda elegible según el estado de compra.

El total de compras permisibles que se pueden reclamar sin proporcionar documentación se enumeran en el **Apéndice B** en la página 4 de este Formulario de Reclamación. Si excede los límites descritos en el **Apéndice B**, debe proporcionar copias de la documentación que respalda cada compra reclamada en este Formulario de Reclamación. *Si la documentación proporcionada no respalda adecuadamente la cantidad de compras reclamadas, es posible que se le solicite que proporcione información adicional o el Administrador de Reclamaciones puede reducir o rechazar su reclamación.* Incluya copias de la documentación de respaldo junto con el Formulario de Reclamación completo que se envía por correo al Administrador de Reclamaciones.

## <u>Sección III: Certificación</u>

6.  **Firme y envíe su Formulario de Reclamación:** una vez que haya completado las Secciones I y II de este Formulario de Reclamación, debe firmar y fechar la sección de certificación de este Formulario de Reclamación para que su reclamación sea válida. Luego de completar este paso, debe devolver el Formulario de Reclamación completo al Administrador de la Reclamación a la dirección que se encuentra en la parte superior de esta página. **Su reclamación debe ser enviada con sello postal a más tardar el 19 de octubre de 2022.** *<u>Conserve una copia de su Formulario de Reclamación para sus registros.</u>*

**Gilmore et al. v. Monsanto Company et al.**

Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California (Caso n.º 3:21-cv-8159)

## FORMULARIO DE RECLAMO
### FECHA LÍMITE DE PRESENTACIÓN DE RECLAMOS: 19/10/2022

### Sección I: Información del Demandante

Primer nombre*

Apellido*                                                                    Sufijo

Dirección postal: dirección/P.O. Box (incluya el número de apartamento/oficina/piso)

Ciudad*                                              Estado*      Código postal*

Dirección de correo electrónico*

( ___ ) ___ - _____
Número de teléfono actual

¿Los productos Roundup® que compró se utilizaron principalmente en la dirección indicada anteriormente? Si su respuesta es No, brinde la dirección donde se utilizaron principalmente los productos a continuación.          ☐ Sí   ☐ No

Dirección donde se usaron principalmente los productos

Ciudad                                                          Estado   Código postal

### Sección II: Historial de Compras

Proporcione la siguiente información referente a las compras deproductos Roundup® que realizó durante el Período de la Demanda Colectiva.

**Requisitos de documentación de respaldo:** A falta de prueba de compra real, las reclamaciones se limitan a un máximo de un (1) Producto por cada año o año parcial dentro del Período de la Clase. Sin embargo, todas las reclamaciones de compras de 1 Gal. Weed & Grass Killer Super Concentrate de Roundup®, 2.5 gal. Pro Concentrate de Roundup®, y/o 2.5 gal. Weed & Grass Killer Concentrate de HDX® requerirá una prueba razonable de compra.  No hay límites de compra para productos para los cuales se proporciona un Comprobante de Compra. Consulte el **Apéndice B** en la página 4 de este Formulariode Reclamación paraobtener información adicional sobre los límites de compra de productos.

| | Ubicación del Comercio Minorista de la Compra* | Estado de la Compra* | Ciudad de la Compra* | Producto Código* (Apéndice A) | Año de compra* (Apéndice B) | Cantidad Comprada* |
|---|---|---|---|---|---|---|
| Ej. | Home Depósito | C A | Sacramento | U 0 2 4 | 2 0 1 7 | 0 2 |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

*Si necesita espacio adicional, también puede adjuntar una hoja separada o completar su Formulario de Reclamación en línea.*

### Sección III: Certificación

Declaro, bajo pena de perjurio, que toda la información en este Formulario de Reclamación es auténtica y correcta a mi leal saber y entender. Entiendo que mi reclamación puede estar sujeta a auditoría, verificación y revisión por parte del Tribunal.

Firma*: _____

Fecha*: ☐☐ / ☐☐ / ☐☐☐☐

**PARA OBTENER MÁS INFORMACIÓN, VISITE www.WeedKillerAdSettlement.com o LLAME AL 1-833-749-1489**

*Es su responsabilidad notificar al Administrador de la Reclamación sobre cualquier cambio en su información de contacto después de enviar su Formulario de Reclamación.*

**Apéndice A**
**Códigos de Producto**

| Imágenes de Muestra | Código de Producto | Descripción del producto |
|---|---|---|
|  | G005 | 5 oz. Roundup® Precision Gel Weed and Grass Killer |
| | F016 | 16 oz. Roundup® Weed and Grass Killer Sure Shot Foam |
| | F022 | 22 oz. Roundup® Weed and Grass Killer Sure Shot Foam |
| | U024 | 24 oz. Roundup® Ready-to-Use Weed and Grass Killer |
| | U030 | 30 oz. Roundup® Ready-to-Use Weed and Grass Killer |
| | U064 | 0.5 gal. (64 oz.) Roundup® Ready-to-Use Weed and Grass Killer |
| | U128 | 1 gal. Roundup® Ready-to-Use Weed and Grass Killer (todos los tipos de aplocadores) |
| | U140 | 1.1 gal. Roundup® Ready-to-Use Weed & Grass Killer (todos los tipos de aplocadores) |
| | U160 | 1.25 gal. Roundup® Ready-to-Use Weed and Grass Killer (todos los tipos de aplocadores) |
| | U170 | 1.33 gal. Roundup® Ready-to-Use Weed & Grass Killer (todos los tipos de aplocadores) |
|  | E024 | 24 oz. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer |
| | E032 | 32 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer |
| | E064 | 0.5 gal. (64 oz.) Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer |
| | E128 | 1 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer |
| | E140 | 1.1 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (todos los tipos de aplocadores) |
| | E160 | 1.25 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (todos los tipos de aplocadores) |
| | E170 | 1.33 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (todos los tipos de aplocadores) |
| | CE16 | 16 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer |
| | CP16 | Combination pack – 1.33 gal. Roundup® Extended Control Weed & Grass Killer Plus Weed Preventer and 16 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer. |
|  | P024 | 24 oz. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer |
| | P032 | 32 oz. Roundup® Concentrate Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer |
| | P128 | 1 gal. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer |
| | P170 | 1.33 gal. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer |
|  | M032 | 32 oz. Roundup® Concentrate Max Control 365 |
| | M160 | 1.25 gal. Roundup® Ready-to-Use Max Control 365 (todos los tipos de aplocadores) |
| | M170 | 1.33 gal. Roundup® Ready-to-Use Max Control 365 (todos los tipos de aplocadores) |
| | CP8C | Combination pack – 1.33 gal. Roundup® Ready-to-Use Max Control 365 and 8 oz. Roundup® Concentrate Max Control 365. |
|  | C306 | 3-pack – 6 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C016 | 16 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C032 | 32 oz. Roundup® Weed and Grass Killer Concentrate Plus |
| | C035 | 35.2 oz. Roundup® Weed and Grass Killer Concentrate Plus |
| | C036 | 36.8 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C040 | 40 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C064 | 0.5 gal. (64 oz.) Roundup® Concentrate Plus Weed & Grass Killer |
| | C080 | 80 oz. Roundup® Weed and Grass Killer Concentrate Plus |
| | C280 | 2-pack – 80 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | CP27 | Combination Pack – 1.33 gal Roundup® Ready-to-Use Weed & Grass Killer and 2x7 oz. Roundup® Weed & Grass Killer Concentrate Plus |
| | C320 | 2.5 gal. Roundup® Pro Concentrate |
| | CP8S | Combination Pack – 1.33 gal. Roundup® Ready-to-Use Weed & Grass Killer and 8 oz. Roundup® Weed & Grass Killer Super Concentrate |
| | S035 | 35.2 oz. Roundup® Weed & Grass Killer Super Concentrate |
| | S053 | 0.42 gal. Roundup® Weed & Grass Killer Super Concentrate |
| | S064 | 0.5 gal. (64 oz.) Roundup® Weed & Grass Killer Super Concentrate |
| | S128 | 1 gal. Roundup® Weed & Grass Killer Super Concentrate |
|  | A024 | 24 oz. Ace® Ready-to-Use Weed & Grass Killer |
| | A032 | 32 oz. Ace® Concentrate Weed & Grass Killer |
| | A128 | 1 gal. Ace® Ready-to-Use Weed & Grass Killer |
| | A901 | 1 gal. Ace® Ready-to-Use Weed & Grass Killer with battery-operated sprayer |
| | A800 | 1 gal. Ace® Concentrate Weed & Grass Killer |
|  | H032 | 32 oz. HDX® Concentrate Weed & Grass Killer |
| | H064 | 0.5 gal. HDX® Concentrate Weed & Grass Killer |
| | H320 | 2.5 gal. HDX Concentrate Weed & Grass Killer |

## Apéndice B
## Períodos de Compra (de la Demanda Colectiva) Elegibles y Requisitos de Comprobante de Compra

| Estado o Territorio de la compra | Abraviatura del Estado | Período de Compra (de la Demanda Colectiva) Elegible | Unidades máximas elegibles sin comprobante de compra* (Consulte la Nota a continuación para obtener una lista de productos Roundup que requieren prueba de compra) |
|---|---|---|---|
| Alabama | AL | Febrero 2017 - Actualidad | 6 |
| Alaska | AK | Febrero 2017 - Actualidad | 6 |
| Samoa Americana | AS | Febrero 2018 - Actualidad | 5 |
| Arizona | AZ | Febrero 2017 - Actualidad | 6 |
| Arkansas | AR | Febrero 2016 - Actualidad | 7 |
| California | CA | Agosto 2015 - Actualidad | 8 |
| Colorado | CO | Febrero 2018 - Actualidad | 5 |
| Connecticut | CT | Febrero 2016 - Actualidad | 7 |
| Delaware | DE | Febrero 2017 - Actualidad | 6 |
| Distrito de Columbia | DC | Febrero 2017 - Actualidad | 6 |
| Florida | FL | Febrero 2016 - Actualidad | 7 |
| Georgia | GA | Octubre 2016 - Actualidad | 6 |
| Guam | GU | Agosto 2016 - Actualidad | 7 |
| Hawaii | HI | Febrero 2017 - Actualidad | 6 |
| Idaho | ID | Febrero 2017 - Actualidad | 6 |
| Illinois | IL | Febrero 2017 - Actualidad | 6 |
| Indiana | IN | Febrero 2017 - Actualidad | 6 |
| Iowa | IA | Febrero 2017 - Actualidad | 6 |
| Kansas | KS | Diciembre 2015 - Actualidad | 7 |
| Kentucky | KY | Febrero 2017 - Actualidad | 6 |
| Louisiana | LA | Febrero 2017 - Actualidad | 6 |
| Maine | ME | Febrero 2015 - Actualidad | 8 |
| Maryland | MD | Agosto 2016 - Actualidad | 7 |
| Massachusetts | MA | Octubre 2016 - Actualidad | 6 |
| Michigan | MI | Octubre 2014 - Actualidad | 8 |
| Minnesota | MN | Diciembre 2013 - Actualidad | 9 |
| Mississippi | MS | Febrero 2015 - Actualidad | 8 |
| Missouri | MO | Agosto 2014 - Actualidad | 9 |
| Montana | MT | Febrero 2017 - Actualidad | 6 |
| Nebraska | NE | Febrero 2017 - Actualidad | 6 |
| Nevada | NV | Octubre 2016 - Actualidad | 6 |
| New Hampshire | NH | Febrero 2017 - Actualidad | 6 |
| Nueva Jersey | NJ | Noviembre 2014 - Actualidad | 8 |
| Nuevo Mexico | NM | Febrero 2017 - Actualidad | 6 |
| Nueva York | NY | Junio 2011 - Actualidad | 12 |
| Carolina del Norte | NC | Febrero 2017 - Actualidad | 6 |
| Dakota del Norte | ND | Febrero 2015 - Actualidad | 8 |
| Islas Marianas del Norte | MP | Febrero 2015 - Actualidad | 8 |
| Ohio | OH | Febrero 2017 - Actualidad | 6 |
| Oklahoma | OK | Noviembre 2015 - Actualidad | 7 |
| Oregon | OR | Noviembre 2015 - Actualidad | 7 |
| Pennsylvania | PA | Febrero 2015 - Actualidad | 8 |
| Puerto Rico | PR | Diciembre 2019 - Actualidad | 3 |
| Rhode Island | RI | Febrero 2017 - Actualidad | 6 |
| Carolina del Sur | SC | Febrero 2015 - Actualidad | 8 |
| Dakota del Sur | SD | Febrero 2017 - Actualidad | 6 |
| Tennessee | TN | Febrero 2017 - Actualidad | 6 |
| Texas | TX | Marzo 2016 - Actualidad | 7 |
| Utah | UT | Febrero 2016 - Actualidad | 7 |
| Vermont | VT | Noviembre 2013 - Actualidad | 9 |
| Islas Vírgenes | VI | Febrero 2015 - Actualidad | 8 |
| Virginia | VA | Septiembre 2016 - Actualidad | 6 |
| Washington | WA | Febrero 2017 - Actualidad | 6 |
| Virginia Occidental | WV | Febrero 2017 - Actualidad | 6 |
| Wisconsin | WI | Febrero 2015 - Actualidad | 8 |
| Wyoming | WY | Febrero 2017 - Actualidad | 6 |

*__Nota__: Todas las compras reclamadas de 1 Gal. Weed & Grass Killer Super Concentrate de Roundup®, 2.5 gal. Pro Concentrate de Roundup®, y/o 2.5 gal. Weed & Grass Killer Concentrate de HDX® requerirá una prueba razonable de compra.



assurance – consulting – tax – technology

pncpa.com

# Exhibit J: Claims by Product type

**Claims By Product** (as of November 28, 2022)

*Scott Gilmore et al. v. Monsanto Company, et al.  No.3:21-cv-8159 (N.D. Cal.)*

| Product | Per-Unit Payment | Total Products Claimed (#) | Value of Claims | Products Approved to Date (#) | Products Approved to Date (#) |
|---|---|---|---|---|---|
| 0.42 gal. Roundup® Weed & Grass Killer Super Concentrate | $14.00 | 58,153 | $814,142.00 | 55,940 | $783,160.00 |
| 0.5 gal. (64 oz.) Roundup® Concentrate Plus Weed & Grass Killer | $7.50 | 19,881 | $149,107.50 | 19,021 | $142,657.50 |
| 0.5 gal. (64 oz.) Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer | $2.50 | 5,262 | $13,155.00 | 4,451 | $11,127.50 |
| 0.5 gal. (64 oz.) Roundup® Ready-to-Use Weed and Grass Killer | $2.50 | 19,606 | $49,015.00 | 16,883 | $42,207.50 |
| 0.5 gal. (64 oz.) Roundup® Weed & Grass Killer Super Concentrate | $15.00 | 493,034 | $7,395,510.00 | 491,007 | $7,365,105.00 |
| 0.5 gal. HDX® Concentrate Weed & Grass Killer | $3.00 | 5,447 | $16,341.00 | 4,533 | $13,599.00 |
| 1 gal. Ace® Concentrate Weed & Grass Killer | $5.50 | 6,551 | $36,030.50 | 5,300 | $29,150.00 |
| 1 gal. Ace® Ready-to-Use Weed & Grass Killer | $1.50 | 2,158 | $3,237.00 | 1,520 | $2,280.00 |
| 1 gal. Ace® Ready-to-Use Weed & Grass Killer with battery-operated sprayer | $3.00 | 3,996 | $11,988.00 | 3,185 | $9,555.00 |
| 1 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer | $3.00 | 9,521 | $28,563.00 | 8,313 | $24,939.00 |
| 1 gal. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer | $3.00 | 3,051 | $9,153.00 | 2,546 | $7,638.00 |
| 1 gal. Roundup® Ready-to-Use Weed and Grass Killer (all applicator types) | $2.00 | 24,835 | $49,670.00 | 21,547 | $43,094.00 |
| 1 gal. Roundup® Weed & Grass Killer Super Concentrate | $21.50 | 12,297 | $264,385.50 | - | $0.00 |
| 1.1 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (all applicator types) | $6.00 | 12,760 | $76,560.00 | 11,299 | $67,794.00 |
| 1.1 gal. Roundup® Ready-to-Use Weed & Grass Killer (all applicator types) | $4.00 | 24,870 | $99,480.00 | 21,238 | $84,952.00 |
| 1.25 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer (all applicator types) | $5.00 | 7,323 | $36,615.00 | 6,200 | $31,000.00 |
| 1.25 gal. Roundup® Ready-to-Use Max Control 365 (all applicator types) | $6.00 | 16,932 | $101,592.00 | 15,998 | $95,988.00 |
| 1.25 gal. Roundup® Ready-to-Use Weed and Grass Killer (all applicator types) | $2.50 | 8,309 | $20,772.50 | 6,857 | $17,142.50 |
| 1.33 gal. Roundup® Ready-to-Use Extended Control Weed & Grass Killer (all applicator types) | $5.00 | 12,499 | $62,495.00 | 10,289 | $51,445.00 |
| 1.33 gal. Roundup® Ready-to-Use Max Control 365 (all applicator types) | $7.00 | 28,244 | $197,708.00 | 26,682 | $186,774.00 |
| 1.33 gal. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer | $3.50 | 4,726 | $16,541.00 | 3,752 | $13,132.00 |
| 1.33 gal. Roundup® Ready-to-Use Weed & Grass Killer (all applicator types) | $4.00 | 36,218 | $144,872.00 | 30,059 | $120,236.00 |
| 16 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer | $5.50 | 5,711 | $31,410.50 | 4,961 | $27,285.50 |
| 16 oz. Roundup® Weed & Grass Killer Concentrate Plus | $3.50 | 1,864 | $6,524.00 | 1,648 | $5,768.00 |
| 16 oz. Roundup® Weed and Grass Killer Sure Shot Foam | $1.00 | 17,303 | $17,303.00 | 13,863 | $13,863.00 |
| 2.5 gal. HDX® Concentrate Weed & Grass Killer | $12.50 | 7,476 | $93,450.00 | - | $0.00 |
| 2.5 gal. Roundup® Pro Concentrate | $33.00 | 35,929 | $1,185,657.00 | - | $0.00 |
| 22 oz. Roundup® Weed and Grass Killer Sure Shot Foam | $1.00 | 15,375 | $15,375.00 | 12,537 | $12,537.00 |
| 24 oz. Ace® Ready-to-Use Weed & Grass Killer | $0.50 | 1,223 | $611.50 | 911 | $455.50 |
| 24 oz. Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer | $2.00 | 6,276 | $12,552.00 | 5,370 | $10,740.00 |
| 24 oz. Roundup® Ready-to-Use Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer | $1.50 | 2,065 | $3,097.50 | 1,676 | $2,514.00 |
| 24 oz. Roundup® Ready-to-Use Weed and Grass Killer | $1.00 | 21,107 | $21,107.00 | 17,604 | $17,604.00 |
| 2-pack – 80 oz. Roundup® Weed & Grass Killer Concentrate Plus | $12.50 | 47,974 | $599,675.00 | 46,067 | $575,837.50 |
| 30 oz. Roundup® Ready-to-Use Weed & Grass Killer | $1.00 | 17,656 | $17,656.00 | 14,434 | $14,434.00 |
| 32 oz. Ace® Concentrate Weed & Grass Killer | $3.00 | 2,665 | $7,995.00 | 2,256 | $6,768.00 |
| 32 oz. HDX® Concentrate Weed & Grass Killer | $1.50 | 3,045 | $4,567.50 | 2,566 | $3,849.00 |
| 32 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer | $8.00 | 61,915 | $495,320.00 | 57,288 | $458,304.00 |
| 32 oz. Roundup® Concentrate Max Control 365 | $8.50 | 20,536 | $174,556.00 | 19,255 | $163,667.50 |
| 32 oz. Roundup® Concentrate Poison Ivy Plus Tough Brush Killer or Wild Blackberry Plus Vine & Brush Killer | $5.50 | 7,390 | $40,645.00 | 5,771 | $31,740.50 |
| 32 oz. Roundup® Weed Grass Killer Concentrate Plus | $4.00 | 4,193 | $16,772.00 | 3,789 | $15,156.00 |
| 35.2 oz. Roundup® Weed & Grass Killer Super Concentrate | $11.50 | 31,106 | $357,719.00 | 29,824 | $342,976.00 |
| 35.2 oz. Roundup® Weed and Grass Killer Concentrate Plus | $4.00 | 2,175 | $8,700.00 | 1,894 | $7,576.00 |
| 36.8 oz. Roundup® Weed & Grass Killer Concentrate Plus | $6.00 | 5,808 | $34,848.00 | 5,805 | $34,830.00 |
| 3-pack – 6 oz. Roundup® Weed & Grass Killer Concentrate Plus | $5.50 | 2,319 | $12,754.50 | 1,991 | $10,950.50 |
| 40 oz. Roundup® Weed & Grass Killer Concentrate Plus | $6.00 | 5,668 | $34,008.00 | 5,509 | $33,054.00 |
| 5 oz. Roundup® Precision Gel Weed and Grass Killer | $3.00 | 70,581 | $211,743.00 | 58,465 | $175,395.00 |
| 80 oz. Roundup® Weed & Grass Killer Concentrate Plus | $9.50 | 27,316 | $259,502.00 | 26,510 | $251,845.00 |
| Combination Pack – 1.33 gal Roundup® Ready-to-Use Weed & Grass Killer and 2x7 oz. Roundup® Weed & Grass Killer Concentrate Plus | $7.50 | 18,046 | $135,345.00 | 17,000 | $127,500.00 |
| Combination pack – 1.33 gal. Roundup® Extended Control Weed & Grass Killer Plus Weed Preventer and 16 oz. Roundup® Concentrate Extended Control Weed & Grass Killer Plus Weed Preventer | $10.50 | 72,172 | $757,806.00 | 66,522 | $698,481.00 |
| Combination pack – 1.33 gal. Roundup® Ready-to-Use Max Control 365 and 8 oz. Roundup® Concentrate Max Control 365 | $9.00 | 36,376 | $327,384.00 | 34,090 | $306,810.00 |
| Combination Pack – 1.33 gal. Roundup® Ready-to-Use Weed & Grass Killer and 8 oz. Roundup® Weed & Grass Killer Super Concentrate | $9.50 | 24,216 | $230,052.00 | 22,883 | $217,388.50 |
| **Totals** | | **1,391,159** | **$14,711,068.50** | **1,247,109** | **$12,710,305.50** |



assurance – consulting – tax – technology

pncpa.com

# Exhibit K: Exclusions

| Exclusion Requests | | | |
| --- | --- | --- | --- |
| *Scott Gilmore et al. v. Monsanto Company, et al.*  Case No. 3:21-cv-8159 | | | |
| Count | First Name | Last Name | State | Postmarked Date |
| 1 | Aaron | Naparstek | CA | October 7, 2022 |
| 2 | Alfred | Wilkins | MD | October 18, 2022 |
| 3 | John | Lysek | CA | October 7, 2022 |
| 4 | Mark | Endry | CO | October 17, 2022 |
| 5 | Ruby | Cornejo | CA | October 7, 2022 |
| 6 | Scott | Koller | CA | October 7, 2022 |
| 7 | Tim | Ferguson | CA | October 7, 2022 |