JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100

BRIAN STEKLOFF
Wilkinson Stekloff LLP
bstekloff@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

*Attorneys for Defendant* (*additional counsel listed on signature page*)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GILMORE, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | MDL No. 2741<br><br>Case No. 3:21-cv-08159<br><br>**JOINDER IN PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF CLASS FOR PURPOSES OF SETTLEMENT**<br><br>Date:    Jan. 12, 2023<br>Time:   2:30 p.m.<br>Place:   Via Zoom Webinar<br>Judge:  Hon. Vince G. Chhabria |

Defendant Monsanto Company hereby joins in Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of Class For Purposes of Settlement.[1]  For the reasons set forth in that motion, this Court should grant the motion and finally approve the Settlement, which is fair, reasonable, and adequate and complies with Federal Rule of Civil Procedure 23's requirements.

Dated: November 28, 2022

By:   /s/ John J. Rosenthal

JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036

JEFF WILKERSON
Winston & Strawn LLP
jwilkerson@winston.com
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202

SHAWN R. OBI
Winston & Strawn LLP
sobi@winston.com
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071

BRIAN STEKLOFF
Wilkinson Stekloff LLP
bstekloff@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, DC 20036

RAKESH KILARU
Wilkinson Stekloff LLP
rkilaru@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, DC 20036

*Counsel for Defendant*

---

[1] Plaintiffs moved in a separate motion for attorney's fees, costs, and incentive awards for the named plaintiffs.  Dkt. No. 122.  Monsanto does not, by filing this joinder to the motion for final approval, join in Plaintiffs' motion for attorney's fees, costs, and incentive awards, but rather leaves whether to grant those requests in this Court's discretion.