Brian Brake (Pro Hac Vice)
bbrake@millerfirmllc.com
**THE MILLER FIRM, LLC**
The Sherman Building
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

*Attorney for Plaintiffs,*
THOMAS LAGUIDICE, RHONDA POWELL, AND GARY WALKER

Lakshmi Achari (SBN: 24126364)
lachari@shb.com
**SHOOK, HARDY & BACON L.L.P.**
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  (713) 227-8008
Facsimile:  (713) 227-9508

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*David Beaudet, et al. v. Monsanto Co.*<br>Cause No. 3:17-CV-06902<br>(N.D. Cal) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant Monsanto Company hereby stipulate and agree to the voluntary dismissal with prejudice of the following plaintiffs from Case No. 3:17-CV-06902:

- Laguidice, Thomas
- Powell, Rhonda
- Walker, Gary

Moreover, both parties agree to bear its own costs and expenses.

Dated:  November 29, 2022

          Respectfully submitted,

         **THE MILLER FIRM**

         */s/ Brian Brake*
         Brian Brake (Pro Hac Vice)
         bbrake@millerfirmllc.com
         108 Railroad Avenue
         Orange, VA 22960
         Telephone: (540) 672-4224
         Facsimile: (540) 672-3055
         *Attorneys for Plaintiffs,*
         *THOMAS LAGUIDICE, RHONDA POWELL,*
         *AND GARY WALKER*

         **SHOOK, HARDY & BACON L.L.P.**

         By: */s/ Lakshmi Achari*
         Lakshmi Achari (SBN: 24126364)
         lachari@shb.com
         600 Travis, Suite 3400
         Houston, Texas 77002-2926
         Telephone:  (713) 227-8008
         Facsimile:  (713) 227-9508

         *Attorneys for Defendant,*
         *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2022, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

*/s/Lakshmi Achari*
Lakshmi Achari