UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> ) <br> _____ ) <br> ) <br> This document relates to: ) <br> ) <br> ) <br> *Dieter Fleischhauer and Susan Lynn* ) <br> *Fleischhauer v. Monsanto Co.,* ) <br> Case No. 3:21-cv-05971-VC ) <br> _____ ) | MDL No. 2741 <br><br><br> **[PROPOSED] ORDER TO** <br> **MOVE CASE TO WAVE VI** |

    THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Move Plaintiff's Case to Wave VII. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to move the Plaintiff's Case to Wave VII is **HEREBY GRANTED**.

Dated: _____          _____
                                                                                  Hon. Vince Chhabria
                                                                                 United States District Court Judge