UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS ) | |
| ) | MDL No. 2741 |
| _____ ) | |
| ) | |
| This document relates to: ) | |
| ) | |
| ) | **[PROPOSED] ORDER TO** |
| *Robin Hayes and Patrick Hayes*  ) | **MOVE CASE TO WAVE VI** |
| *v. Monsanto Co.,*  ) | |
| Case No. 3:21-cv-05398-VC ) | |
| _____ ) | |

    THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Move Plaintiff's Case to Wave VII. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to move the Plaintiff's Case to Wave VII is **HEREBY GRANTED**.

Dated:  _____      _____
                                                                                Hon. Vince Chhabria
                                                                                United States District Court Judge