UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No.  16-md-02741-VC |
| This document relates to:<br><br>*Reiser v. Monsanto Co.*,<br>Case No. 3:21-cv-05220-VC | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE; *SUA SPONTE* TRANSFER TO WAVE 7; REFERRAL TO SOUTH CAROLINA COMMISSION ON LAWYER CONDUCT**<br><br>Re: Dkt. No. 17 |

Monsanto has filed a summary judgment motion because the plaintiff, Brenda Reiser, has not disclosed any causation expert witness in this case. Dkt. No. 17. In her complaint, Ms. Reiser alleged that she "used Roundup extensively" in 2006 and 2008 at her home. Am. Compl. ¶¶ 25–26, Dkt. No. 10. She said she was diagnosed with NHL in 2020 and is undergoing treatment. *Id.* at ¶¶ 28–29.

As noted in Monsanto's motion, the South Carolina Supreme Court suspended Ms. Reiser's attorney, John Blincow, from legal practice in December 2021. Dkt. 17 at 4; *see* Order, *In the Matter of John Keith Blincow, Jr.*, Appellate Case Nos. 2021-001487 and 2021-001495 (Dec. 21, 2021). Presumably, that's why discovery deadlines were missed, and no one appeared for Ms. Reiser at a November 2022 discovery hearing before Judge Tse. *See* Dkt. No. 18 at 2.

In South Carolina, a lawyer who is suspended from practice is required to notify his clients and opposing counsel, as well as withdraw from representation in active cases. S.C. App. Ct. R. 407, Rules of Prof. Conduct 30(a)–(c). It does not appear that Mr. Blincow did any of this—he is still listed as Ms. Reiser's attorney in the docket.

Rather than punish Ms. Reiser for her attorney's mistakes by summarily entering judgment in Monsanto's favor, the Court takes the following steps:

- Ms. Reiser's case is moved from Wave 4D to Wave 7.

- Lead MDL plaintiff's counsel is directed to provide Ms. Reiser with a copy of this Order within 10 days. Lead MDL plaintiff counsel also is directed to identify any *Roundup* case in which Mr. Blincow is enrolled as counsel and notify these plaintiffs of Mr. Blincow's suspended status. Lead MDL plaintiff counsel shall assist these plaintiffs, including Ms. Reiser, with replacing counsel if the plaintiff wishes to continue with the case.

- Monsanto's summary judgment motion is denied without prejudice. If warranted, Monsanto may refile the motion in Wave 7.

- The Clerk is directed to provide a copy of this Order to the South Carolina Commission on Lawyer Conduct.

**IT IS SO ORDERED.**

Dated: November 29, 2022

VINCE CHHABRIA
United States District Judge