UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Antonio Pena v. Monsanto Co.*, Case No. 3:21-cv-08448-VC<br><br>*Roy Rodgers v. Monsanto Co.*, Case No. 3:21-cv-03297-VC<br><br>*Naomi Swanson v. Monsanto Co.*, Case No. 3:21-cv-08047-VC | **ORDER GRANTING IN PART MOTION TO DISMISS FOR FAILURE TO SUBMIT PLAINTIFF FACT SHEET**<br><br>Re: Dkt. Nos. 15537; 15538; 15539 |

Monsanto's motion to dismiss for failure to submit a fact sheet is granted in part. *Pena* and *Swanson* are dismissed with prejudice, and the Clerk of Court is directed to close those member cases. Monsanto has withdrawn its request to dismiss *Rodgers*. Dkt. No. 15625 at 1–2.

**IT IS SO ORDERED.**

Dated: November 29, 2022

VINCE CHHABRIA
United States District Judge