Jorge Carazo-Quetglas
CARAZO QUETGLAS LAW OFFICES
PMB 133
Ave. Esmeralda #53, Ste. 2
Guaynabo, PR 00969-4461
Tel. (787) 707-0588
E mail: jorge@jctuayudalegal.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741**<br>**Case No. 3:16-md-02741-VC** |
| **This document relates to:**<br><br>**Estate of Ramon Berrios-Sampler**<br>**Case No. 3:22-cv-02310**<br>**(N.D. Cal)** | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

### **ORDER**

Plaintiffs' motion to move the case from Wave V to Wave VI is granted.

IT IS SO ORDERED.

Dated: _____

_____

1