Jorge Carazo-Quetglas
CARAZO QUETGLAS LAW OFFICES
PMB 133
Ave. Esmeralda #53, Ste. 2
Guaynabo, PR 00969-4461
Tel. (787) 707-0588
E mail: jorge@jctuayudalegal.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741**<br>**Case No. 3:16-md-02741-VC** |
| **This document relates to:**<br><br>**Juan Rivera-Pagan**<br>**Case No. 3:22-cv-02287**<br>**(N.D. Cal)** | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

**TO THE HONORABLE COURT:**

**COMES NOW**, Plaintiff Juan Rivera-Pagan, through the undersigned attorney and – without opposition from Defendant Monsanto Company – respectfully requests this Honorable Court to move his case from Wave V to Wave VI:

 1. The case of Juan Rivera-Pagan is part of Wave V.

 2. The deposition of Plaintiff has been taken.

 3. Plaintiff has served a Plaintiff Fact Sheet, medical records and authorizations to obtain medical records.

 4. Despite their efforts, the Parties have not been able to complete the discovery in this case.

1

5. Plaintiff believes the best course of action is to move this case to Wave VI in order to complete the outstanding discovery.

6. The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

7. Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VI.

**WHEREFORE,** it is Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VI.

**RESPECTFULLY SUBMITTED,** this 30th day of November, 2022

CARAZO QUETGLAS LAW OFFICES

s/ JORGE CARAZO-QUETGLAS
Jorge Carazo-Quetglas
USDC-PR:     201305
PMB 133
Ave. Esmeralda #53, Ste. 2
Guaynabo, PR 00969-4461
Tel. (787) 707-0588
E mail: jorge@jctuayudalegal.com

*Attorney for Plaintiffs*