Jorge Carazo-Quetglas
CARAZO QUETGLAS LAW OFFICES
PMB 133
Ave. Esmeralda #53, Ste. 2
Guaynabo, PR 00969-4461
Tel. (787) 707-0588
E mail: jorge@jctuayudalegal.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Rios, Martin Velez, et al.*<br>Cause No. 3:20-cv-08552<br>(N.D. Cal) | UNOPPOSED MOTION TO MOVE CASE TO WAVE VI |

**ORDER**

Plaintiffs' motion to move the case from Wave V to Wave VI is granted.

IT IS SO ORDERED.

Dated: _____

_____

1