| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel: 202-847-4030<br>Fax: 202-847-4005<br><br>**HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel: 202-898-5843<br>Fax: 202-682-1639 | **COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel: 202-662-6000<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>K. Lee Marshall (CA Bar No. 277092)<br>(klmarshall@bclplaw.com)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Tel: 415-675-3400<br>Fax: 415-675-3434<br><br>Jed P. White (CA Bar No. 232339)<br>(jed.white@bclplaw.com)<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Tel:  310-576-2100<br>Fax: 310 -576-2200 |

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>———<br><br>*Engilis v. Monsanto Company*,<br>3:19-cv-07859-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF DR. CHARLES BENBROOK AND DR. WILLIAM SAWYER**<br><br>Hearing date:  January 12, 2023<br>Time:  10:00 a.m. |

1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2 |     **PLEASE TAKE NOTICE THAT** beginning on a date to be determined, in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, or as ordered by the Court, Defendant Monsanto Company ("Monsanto") will present its Motion to Exclude Testimony of Dr. Charles Benbrook and Dr. William Sawyer. Monsanto seeks an order excluding opinion of these witnesses under Federal Rule of Evidence 702.

9 | DATED: November 30, 2022          Respectfully submitted,

10 |                                               **BRYAN CAVE LEIGHTON PAISNER LLP**

12 |                                               */s/ Jed P. White*
Jed P. White
Attorneys for Defendant Monsanto Company

Monsanto hereby moves to exclude Plaintiffs' experts Dr. Charles Benbrook and Dr. William Sawyer under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 589 (1993) in the above-captioned case. Monsanto recognizes the Court's Pretrial Order Nos. 201, 202, and 260, which denied without prejudice Monsanto's motions as to these two experts in earlier Waves.

Therefore, consistent with the Court's instruction not to re-litigate issues previously ruled upon, but in order to fully preserve the record, Monsanto hereby incorporates the following pleadings that were filed on the MDL docket:

- Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert* Grounds (ECF No. 2418)
- Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook (Dkt. No. 8006) and Reply in Support (Dkt. No. 8531)
- Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert* Grounds (Dkt. No. 8010) and Reply in Support (Dkt. No. 8532)
- Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert Grounds* (Dkt. No. 8572) and Reply in Support (Dkt. No. 8907)
- Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert Grounds* (Dkt. No. 8573)
- Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer (Dkt. No. 12793) and Reply in Support (Dkt. No. 12941)
- Monsanto's Motion to Exclude Testimony of Dr. William Sawyer under Rule 702 (Dkt. No. 13779) and Replies in Support (Dkt. Nos. 14056 and 14165)
- Monsanto's Motion to Exclude Testimony of Dr. William Sawyer (Dkt. No. 13913) and Reply in Support (Dkt. No. 14085)

By incorporating by reference its prior filings, Monsanto is in no way waiving any of the arguments raised therein.

/ / /

/ / /

In accordance with Pretrial Order Nos. 201, 202, and 260, Monsanto also hereby expressly preserves its right to file new motions to exclude Dr. Benbrook and Dr. Sawyer after the above-captioned cases are transferred to their home districts for trial, including raising case-specific arguments and/or additional arguments not previously raised in this MDL.

Dated:  November 30, 2022

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Jed P. White*
Jed P. White
Attorneys for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of November, 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Jed P. White