**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Engilis v. Monsanto Company*, 3:19-cv-07859-VC | **DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF WAVE 4 PLAINTIFFS' GENERAL CAUSATION EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>Hearing Date: January 12, 2023<br>Time: 10:00 a.m. |

- 1 -

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE THAT** beginning on a date to be determined, in

3  Courtroom 4 of the United States District Court, Northern District of California, located at 450

4  Golden Gate Avenue, San Francisco, CA 94102, or as ordered by the Court, Defendant

5  Monsanto Company ("Monsanto") will present its Motion to Exclude Testimony of Wave 4

6  Plaintiffs' General Causation Experts Under Rule 702 and for Summary Judgment on Causation

7  Grounds.  Monsanto seeks an order excluding opinion of these witnesses under Federal Rule of

8  Evidence 702.

9

10  Dated:  November 30, 2022                 Respectfully submitted,

11                                            **BRYAN CAVE LEIGHTON PAISNER LLP**

12

13                                            */s/ Jed P. White*
                                              Jed P. White

14                                            Attorneys for Defendant Monsanto Company

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO EXCLUDE TESTIMONY OF WAVE 4 PLAINTIFFS' GENERAL CAUSATION EXPERTS
UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Wave 4 Plaintiffs disclosed four experts on the issue of general causation: Dr. Christopher Portier, Dr. Beate Ritz, Dr. Dennis Weisenburger, and Dr. Charles Jameson. *See* Declaration of Jed White, Ex. A, Plaintiffs' Expert Disclosures – General Causation (June 23, 2022).  For all four experts, Plaintiffs incorporated by reference the experts' reports and/or testimony in prior Roundup litigation cases. *Id.*   Monsanto hereby moves to exclude Plaintiffs' general causation experts under Federal Rule of Evidence 702 and for summary judgment for failure to establish causation in the above-captioned cases.

Consistent with the Court's instructions not to re-litigate issues previously ruled upon by the Court, but in order to fully preserve the appellate record, Monsanto hereby incorporates the following pleadings that were filed on the MDL docket:

- Monsanto Company's Daubert and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #545)
- Monsanto Company's Reply in Support of its Daubert and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #681)
- Monsanto Company's Supplemental Memorandum of Points and Authorities Regarding Andreotti et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, Journal of the National Cancer Institute (2018) in Support of its *Daubert* and Summary Judgment Motion (ECF #1137)
- Monsanto Company's Notice of Supplemental Authority in Support of its *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #1158)
- Monsanto Company's Supplemental Memorandum Regarding New Opinions Disclosed at *Daubert* Hearing (ECF #1354)
- Monsanto Company's Notice of Supplemental Authority in Support of its *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #1508)
- Monsanto Company's Supplemental Daubert Memorandum Regarding Dr. Dennis

MOTION TO EXCLUDE TESTIMONY OF WAVE 4 PLAINTIFFS' GENERAL CAUSATION EXPERTS
UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS

1    Weisenburger's Testimony Regarding Epidemiology Evidence (ECF #1539)

2    • Monsanto Company's Motion to Exclude Testimony of Chadi Nabhan, Andrei

3    Shustov, and Dennis Weisenburger on Daubert Grounds (ECF #2420)

4    • Monsanto's Reply in Support of Motion to Exclude Testimony of Chadi Nabhan,

5    Andrei Shustov, and Dennis Weisenburger on Daubert Grounds (ECF #2525)

6    • Monsanto's Motion to Exclude Factual Testimony About IARC from Dr. Charles

7    Jameson (ECF # 8007) and Reply in Support (ECF # 8528)

8    • Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook, Dr. Charles

9    Jameson, and Mr. Stephen Petty (ECF #12781)

10   • Monsanto's Motion to Exclude Testimony of (Wave 2) Plaintiffs' Experts Under

11   Rule 702 and for Summary Judgment on Causation Grounds (ECF #12782)

12   • Monsanto's Motion to Exclude the Testimony of Dr. Christopher Portier Under Rule

13   702 and Request to Take Discovery Deposition (ECF #12837) and Reply in Support

14   (ECF #12947)

15   • Monsanto's Motion to Exclude Testimony of Wave 3 Plaintiffs' General Causation

16   Experts under Rule 702 and for Summary Judgment on Causation Grounds (ECF

17   #13734)

18   • Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook, Dr. Charles

19   Jameson, and Mr. Stephen Petty (ECF #13908)

20   • Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts under Rule 702 and

21   for Summary Judgment on Causation Grounds (ECF #13915)

22   By incorporating by reference its prior filings, Monsanto is in no way waiving any of the

23   arguments raised therein.

24   / / /

25   / / /

26   / / /

27   / / /

28

1    In accordance with Pretrial Order No. 202, Monsanto also expressly preserves its right

2 to file new motions to exclude these experts after the above-captioned cases are transferred to

3 their home districts for trial, including raising case-specific arguments and/or additional

4 arguments not previously raised.

5

6 Dated:  November 30, 2022                    Respectfully submitted,

7                                              **BRYAN CAVE LEIGHTON PAISNER LLP**

8

9                                              */s/ Jed P. White*
                                               Jed P. White
10                                             Attorneys for Defendant Monsanto Company

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO EXCLUDE TESTIMONY OF WAVE 4 PLAINTIFFS' GENERAL CAUSATION EXPERTS
UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS

1

**CERTIFICATE OF SERVICE**

2

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2386. My email address is eva.sieg@bclplaw.com.

3

4

On November 30, 2022, I served the foregoing document(s), described as:

5

**DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF WAVE 4 PLAINTIFFS' GENERAL CAUSATION EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** on each interested party in this action, as follows:

6

7

☒     BY CM/ECF NOTICE OF ELECTRONIC FILING:  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court, or by another manner as authorized by FED. R. CIV. P. 5.

8

9

10

Executed on November 30, 2022, at Santa Monica, California.

11

☒     FEDERAL:  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

12

13

14

*/s/ Eva J. Sieg*_____
Eva J. Sieg

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -
CERTIFICATE OF SERVICE