UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Fleischhauer, et al. v. Monsanto Co.*, Case No. 21-cv-5971-VC<br><br>*Hayes, et al. v. Monsanto Co.*, Case No. 21-cv-5398-VC | **ORDER TERMINATING MOTIONS**<br>Re: Dkt. Nos. 15870 & 15871 |

Pursuant to Pretrial Order No. 1 of *In re Roundup Products Liability Litigation*, 16-md-2741-VC, all documents filed for MDL member cases must be filed on both the master docket and the docket of the member case. The motions filed at the above docket numbers are being terminated because they were filed in only the master case. If the documents are refiled in accordance with Pretrial Order No. 1, the Court will consider the filings. The motion for *Hayes*, Dkt. No. 15871, also has the incorrect member case number.

Counsel is reminded of the requirement to follow the Local Rules of this Court. The filed documents appear to be administrative motions, which do not require a hearing date. The December 8, 2022 hearing on these motions are vacated.

**IT IS SO ORDERED.**

Dated: November 30, 2022

_____
VINCE CHHABRIA
United States District Judge