**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> *Engilis v. Monsanto Company*, 3:19-cv-07859-VC | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC <br><br> **DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF JOEL J. GAGNIER** <br><br> Hearing date: January 12, 2023 <br> Time: 10:00 a.m. |

**DECLARATION OF JED P. WHITE**

I, Jed P. White, declare and state as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude Testimony of Joel J. Gagnier, Under Rule 702.

2. Annexed hereto as Exhibit A is a true and correct copy of Joel J. Gagnier's expert report in the above-captioned matter, dated May 24, 2022.

3. Annexed hereto as Exhibit B is a true and correct copy of the deposition of Joel J. Gagnier in *Ferro, et al. v. Monsanto Company*, St. Louis County, Missouri Circuit Court Case No. 20SL-CC03678, dated June 2, 2022.

4. Annexed hereto as Exhibit C is a true and correct copy of the deposition of Joel J. Gagnier in *Alesi, et al. v. Monsanto Company*, St. Louis County, Missouri Circuit Court Case No. 20SL-CC03617, dated March 28, 2022.

5. Annexed hereto as Exhibit D is a true and correct copy of the Curriculum Vitae of Joel J. Gagnier, dated January 14, 2022.

6. Annexed hereto as Exhibit E is a true and correct copy of excerpts of Michael D. Green et al., *Reference Guide on Epidemiology*, in Reference Guide on Scientific Evidence (3d ed. 2011).

7. Annexed hereto as Exhibit F is a true and correct copy of McDuffie, *et al.*, *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers & Prevention (2001).

8. Annexed hereto as Exhibit G is a true and correct copy of A.J. De Roos, *et al.*, *Integrative Assessment of Multiple Pesticides as Risk Factors for Non-Hodgkin's Lymphoma Among Men*, 60 Occup. Environ. Med. (2003).

9. Annexed hereto as Exhibit H is a true and correct copy of IARC Monograph 113.

10. Annexed hereto as Exhibit I is a true and correct copy of IARC Monograph 112.

11. Annexed hereto as Exhibit J is a true and correct copy of Surgeon General 2004 Report on Smoking.

12. Annexed hereto as Exhibit K is a true and correct copy of the expert report of Joel J. Gagnier in *Alesi, et al. v. Monsanto Company*, St. Louis County, Missouri Circuit Court Case No. 20SL-CC03617, dated March 18, 2022.

13. Annexed hereto as Exhibit L is a true and correct copy of the expert report of Joel J. Gagnier in *Ferro, et al. v. Monsanto Company*, St. Louis County, Missouri Circuit Court Case No. 20SL-CC03678, dated May 24, 2022.

14. Annexed hereto as Exhibit M is a true and correct copy of the deposition of Joel J. Gagnier in *Alesi, et al. v. Monsanto Company*, St. Louis County, Missouri Circuit Court Case No. 20SL-CC03617, dated June 9, 2022.

15. Annexed hereto as Exhibit N is a true and correct copy of Schünemann, Holger; Brożek, Jan; Guyatt, Gordon; Oxman, Andrew, *GRADE Handbook*, available at training.cochrane.org.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th Day of November, in Santa Monica, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Jed P. White

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of November, 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

>			/s/ Jed P. White
>			Jed P. White