# EXHIBIT A

## I. EXPERT BACKGROUND

### A. Qualifications

1. I am Dr. Joel Gagnier ND, MSc, PhD. I am a Naturopathic Doctor (trained in primary care medicine), Clinical Epidemiologist and scientific researcher. I had a private primary care practice for 10 years and have been doing clinical research and biostatistics for 25 years.

2. I received by B.A. degree in Honors Psychology (with thesis and high distinction) from the University of Windsor, Windsor, Ontario, Canada, in 1996. I then received my ND degree in 2001 from the Canadian College of Naturopathic Medicine. Then I completed an MSc in Clinical Epidemiology and Health Care Research in 2005 and a PhD in Medical Sciences with a focus in Clinical Epidemiology and Biostatistics in 2009, both from the University of Toronto, Toronto, Ontario, Canada. I then completed postdoctoral training in Epidemiologic Methods in the Department of Epidemiology in 2009-2010, School of Public health, University of Michigan, Ann Arbor, Michigan, USA. For my graduate degrees and post-doctoral fellowship I was awarded three separate, highly competitive, research fellowships from the Canadian Institutes of Health Research.

3. I have had eminent graduate supervisors and mentors such as Drs Claire Bombardier MD, Hal Morgenstern PhD, Douglas Altman DSc, Joseph Beyene PhD, Dan Clauw MD, David Moher PhD, and Paula Rochon MD, MPH. They have trained me very well over the years.

4. I am an Associate Professor with tenure in the Department of Orthopaedic Surgery, Michigan Medicine, University of Michigan and Associate Professor in the Department

of Epidemiology, School of Public Health, University of Michigan, Ann Arbor, Michigan, USA. I am also an Associate Professor in the Department of Epidemiology and Biostatistics and the Department of Surgery, Schulich School of Medicine and Dentistry, Western University, London, Ontario, Canada.

5. In my academic career I am a Clinical Epidemiologist who directs a clinical and methodologic research program. My research expertise and program fit broadly into two inter-related areas: 1. Clinical research for improving outcomes and safety of health-care interventions for musculoskeletal (MSK) and pain conditions (e.g., shoulder pathologies, ligamental and cartilaginous conditions of the knee and hip, MSK injuries) and the role of comorbidities (e.g., dyslipidemias, smoking, diabetes, exercise) in predicting outcomes, and; 2. Methodologic research aimed at improving the design, biostatistical analyses and reporting of clinical research (e.g., psychometric properties of patient reported outcome measures, biostatistical methods in clinical research, research reporting recommendations, core outcome sets, systematic reviews and meta-analyses). I have published over 150 peer-reviewed scientific papers and I have also published several book chapters in these areas. I have been an investigator on many clinical studies and have received over 10 million dollars in extramural and intramural funding to do so. I have recognized expertise across these areas.

6. I have been an editor and editorial board member for many academic journals. I am Editor in Chief of a SAGE journal Research Methods in Medicine & Health Sciences (2018 to present). I have been an associate editor for BioMed Central (BMC) Trials (2018 to 2020), BMC Medical Research Methodology (2016 to 2020), BMC Musculoskeletal Disorders (2016 to 2020), Public Library of Science (PLOS) – One

(2006 to 2020). I am an editorial board member of Translational Sports Medicine (2017 to present), Sports Medicine - Open (2014 to present), Clinical Trials (2012 to present), World Journal Of Orthopaedics (2010 to present), and International Journal of Applied Research in Natural Products (2006 to present). I have been an invited peer-reviewer for many peer-reviewed journals including: BMJ Case Reports (2018-present), Value in Health (2017 to present); Quality of Life Research (2017 to present); Journal of Orthopaedic Trauma (2017 to present); Cancer Epidemiology (2017 to present); BMJ-Open (2017 to present); Journal of the American Medical Association – Oncology (2016 to present), Journal of the American Medical Association (2012 to present), BMC Complementary and Alternative Medicine (2016 to present), British Journal of Rheumatology (2016 to present), The Journal of Rheumatology (2014 to present), Journal of Orthopaedic Research (2014 to present), American Journal of Sports Medicine (2014 to present), Clinical Trials (2013-present), Annals of Surgery (2012 to present), Cochrane Collaboration Musculoskeletal Group (2012 to present), British Medical Journal (2010 to present), Journal of Bone and Joint Surgery (2011 to present), BMC Medicine (2011 to present), QJM: An international Journal of Medicine (2008 to present), European Heart Journal (2005 to present), Trials (2009 to present), Current Medical Research and Opinion (2008 to present), Headache (2003 to present), BMC Medical Research Methodology (2004 to present), Anemia guidelines for family practice, 2nd edition (2007), Journal of Clinical Epidemiology (2004 to present), Cochrane Collaboration Back Review Group (2003 to present), Annals of Internal Medicine (2006 to present), Canadian Medical Association Journal (2005 to present), Clinical Nutrition (2002 to present), Cephalalgia (2001 to present), British Journal of

Clinical Pharmacology (2006 to present). I have also been invited to be a peer-reviewer for many granting agencies and foundations including: the Wellcome Trust (2018 to present), Arthritis Research UK (2018 to present), Tryg Foundation, Denmark (2016 to present), Orthopaedic Research and Education Foundation (OREF) Rockwood Clinical Research in Shoulder Care (2016 – present), National Institutes of Health – Early Career Reviewer Program (2013 to present), Agency for Health Research and Quality (2012 to present), Food and Health Bureau, The People's Republic of China (2009 to present); Canadian Institutes of Health Research, Randomized Controlled Trials Unit (2004 to present), The Hospital for Sick Children Foundation, National Grants Program (2004 to present); Natural Health Products Directorate, Health Canada (2003 to present).

**B. Curriculum Vitae and Publications**

7. My complete up to date curriculum vitae is provided with this report.

**C. Compensation**

8. I am receiving compensation in this case of $400.00 per hour. My compensation is not contingent on my opinions and does not depend on the outcome of this matter.

**II. ASSIGNMENT, SUMMARY OF OPINIONS AND MATERIALS RELIED UPON**

**a. Summary of Opinions**

9. I was asked by counsel for the petitioner to collect, review, assess and provide a scientific opinion on the human clinical epidemiologic research evidence regarding the relationship between exposure to glyphosate-based herbicides and the risk of non-Hodgkin lymphoma (NHL).

10. *Approach to my assessment.* I will proceed as follows in this report: 1. Describe the most recent systematic reviews and meta-analyses on this topic, noting their findings as well as strengths and weaknesses, 2. Describe methods of the new up to date systematic review and meta-analysis I performed including recent studies not included in prior reviews, 3. Describe the results of the extensive literature search performed, 4. Describe the included studies acquired, 5. Perform a formal critical appraisal (risk of bias assessment) of each included article, 6. Describe the meta-analytic findings, 7. Describe explorations of heterogeneity of effect across the studies, 8. Describe the results of my exploration of publication bias, 9. Describe the G.R.A.D.E. assessment across the acquired evidence, 10. Provide a discussion of the evidence, 11. Provide my overall summary opinion of the evidence.

11. **Critical Review of Systematic reviews**

I searched Medline up to Jan 17th, 2022 for systematic reviews and meta-analyses and found 5 relevant studies as well as 1 IARC report. I chose to search Medline only since systematic reviews are not my primary resource, but an important section of the literature to discuss and frame the overall evidence. Furthermore, the results of these systematic reviews can be compared and contrasted with my new and updated systematic review findings. Therefore, this "critical review of systematic reviews" should not be considered a systematic review of systematic reviews.

First, Schinasi and Leon (2014)[1] searched the literature (PubMed and Web of Science) from 1980 to June 31st 2013, and performed meta-analyses using a random effects model and they used the effect estimates from individual studies that were the most adjusted (i.e., the individual study effect estimated that was most adjusted for

statistically for potential confounders such as age, location etc). They also performed sensitivity analyses for study design, gender, geographic area, decade of cancer diagnosis, and source of controls in the case-control studies. They included a total of 6 studies (case-control of cohort studies)[2-7] looking at the association of glyphosate exposure or not with NHL and reported a meta risk ratio (RR) of 1.5 (95% confidence interval (CI): 1.1-2.0) and an $I^2$ = 32.7%. This means on average, that individuals exposed to glyphosates had an increased risk of 50% of developing NHL, and that the smallest possible increase in risk was 10% and the largest possible increase in risk was 100%, relative to the non-glyphosate exposed individuals. Also, the $I^2$ value which is a measure of the magnitude of statistical heterogeneity was 32.7% in this meta-analysis, meaning that the statistical heterogeneity was low across these trials, meaning that the results were relatively homogeneous across included studies. They also performed a meta-analysis across two studies [4,8] of glyphosate exposure or not and B cell lymphoma, and report a RR of 2.0 (95% CI: 1.1-3.6) and an $I^2$ value of 0.0%, meaning the risk of B cell lymphoma in the glyphosate exposure group was on average 100% that of the non-glyphosate exposed group. Also, at the very least the risk of B cell lymphoma in the glyphosate exposed group is 10% and at most 300% the risk in the non-exposed groups. The $I^2$ of 0% indicates that the findings were homogeneous with no statistical variation across the individual study effect estimates. They did not see any variations in effect in their sensitivity analyses, showing a robustness of treatment effect (meta RR) for the association of glyphosates and NHL. This meta-analysis has the following strengths: Comprehensive meta-analytic methods, sensitivity analyses, using most adjusted estimates and only including case control and cohort studies. But it has

the following drawbacks: Searching only PubMed and web of science, only including English language studies, not performing risk of bias assessments of the included studies and not examining the risk of publication bias. Overall, this systematic review was of moderate quality.

The next published systematic review is by Chang and Delzell (2016)[9] who searched Pubmed, web of science, and google scholar, up to June 23rd, 2015. They supplemented the electronic searches with reviewing the bibliographies of recent review articles. They also examined the methodological quality of the included studies, used the most fully adjusted estimates where available from each study, estimated both fixed and random effects meta-analysis models, explored between study heterogeneity, examined publication bias, performed a variety of sensitivity analyses (for study design, source of controls, gender, geographic region, and time period of diagnosis), and finally used the Bradford Hill viewpoints to assess the evidence for a causal relationship between glyphosate exposure and lymphohematopoietic cancers. They included 7 independent studies [2-7,10] examining the association of glyphosate with NHL (5 other studies overlapped with these seven and were not considered further). A total of 6 of these studies overlapped with those included in Schinasi (2014) discussed above [1].  In a meta-analysis of the same 6 studies from Schinasi, they report a meta RR of 1.3 (95% CI: 1.0-1.6), with the results being identical in the random and fixed effects models, with an $I^2$ of 0% and a Cochran's Q p value = 0.84, indicating no statistical heterogeneity, and a consistency of effects across the studies. The test for publication bias and funnel plot asymmetry was also non-significant (p=0.20) and therefore, the lack of publication of small studies (either positive or negative for the association) do not appear to be

uniformly missing in the literature they included. But, they were somewhat underpowered to explore publication bias, as at least 10 studies are recommended to perform such investigations of small study effects. In two additional analyses, one using a different RR from the DeRoos et al study [2] (the RR from hierarchical regression as opposed to the RR from logistic regression) and another using the data from Hohenadel et al [10] (which eliminated 4 cases of misclassified NHL) instead of the data from McDuffie et al [6] (which included these 4 cases) the meta RR remained very similar. A final analysis used the hierarchical regression RR from DeRoos and the RR from Hohenadel et al and found a slightly increased meta RR of 1.4 (95% CI: 1.0-1.8; with no evidence of heterogeneity). They also performed meta-analyses for NHL subtypes. For B-cell lymphoma the meta-analytic results across two studies [4,8], and report a RR of 2.0 (95% CI: 1.1-3.6) and an $I^2$ value of 0.0%, with both random and fixed effects analyses, the same result as reported in Schinasi et al [1]. They also report results for a variety of additional NHP subtypes in Tables 2 and 3 of their paper. The authors performed several sensitivity analyses (or subgroup analyses; see table 4) and found no appreciable differences for study type, gender, geographic region, though they do report a slight decrease in the meta-RR across studies that ascertained cases in the 1980s compared to those conducted in the 1990s and in the 2000s. The authors of this systematic review then go on to evaluate bias by discussing selection bias, exposure misclassification, confounding and other issues that could possibly exist in these studies. They finally use the nine Bradford Hill criteria for assessing the possibility of a causal relationship. Across these latter sections of the article the authors go to great lengths to describe a variety of possibilities of how the papers are "possibly" biased and

may not meet the Bradford Hill criteria for causation. In the end such arguments and gesturing are only inferences that have no verifiable basis. They conclude that they found a positive relationship between glyphosate exposure and NHL, but that given the methodological weaknesses, and lack of fulfillment, in their view, of the Bradford Hill criteria that there is no causal relationship between glyphosate exposure and risk of NHL. Note, this study was sponsored by Monsanto. This study has several strengths and drawbacks. The strengths include: They used the most fully adjusted estimates where available from each study, estimated both fixed and random effects meta-analysis models, explored between study heterogeneity, examined publication bias, and performed a variety of sensitivity analyses. Weaknesses include: The electronic search strategy not being comprehensive as they did not search several key databases (e.g., EMBASE, Cochrane), the methods used to examine methodological quality of the included studies was very questionable and does not follow recommendations by respected groups such as Cochrane and the Center for Evidence-Based Medicine at Oxford University. Finally, their conclusions do not follow from the strong, statistically significant relationship they found across the 6 studies, namely a meta RR of 1.3 (95% CI: 1.0-1.6), with the results being identical in the random and fixed effects models, with an $I^2$ of 0% and a Cochran's Q p value of 0.84, indicating no statistical heterogeneity, and a consistency of effects across the studies. These results state on average a 30% increased risk of NHP in those exposed to glyphosate compared relative to not exposed to glyphosate, an effect estimate identical to a prior systematic review on the same topic [1]. Overall, this study is of low quality.

The next systematic review by Zhang et al (2019)[11] searched PubMed up to March of 2018 and also reviewed the reference lists from the IARC report [12]. A US EPA review [13] and the WHO JMPR report [14]. They included a total of 6 studies [2,4,5,7,6,15]. Instead of including DeRoos 2005 from the AHS study[3], they included the updated data from the more recent AHS publication [15], but they did not include the Cocco study [8] since it did not differentiate the types of Lymphomas, nor did it actually look at glyphosate exposure. The authors did an evaluation if the risk of bias of the included studies, using acceptable methods [16], used from data from each study representing the most highly exposed category, they performed several sensitivity analyses (e.g., for exposure selection), a separate meta-analysis for ever exposed (using data from the earlier AHS publication [3]), used both fixed and random effects models, estimated between study heterogeneity, and evaluated publication bias. Overall, they found in the fixed effect model a meta-RR of 1.41 (95% CI: 1.13–1.75), which indicates a statistically significant 41% increased risk of NHL following glyphosate exposure. They also report an $I^2$ of 39.4% and a p-value for the Cochran's Q test of 0.14, indicating that the studies were not heterogenous. In the random effects model, they report a meta-RR of 1.56 (95% CI: 1.12–2.16). The funnel plots and tests of asymmetry in their exploration of publication bias revealed no publication bias, and in the sensitivity analyses the meta-RR were similar. Therefore, their findings appeared to be robust, and using the updated AHS data, they appeared to suggest and even greater risk of NHL following glyphosate exposure than earlier meta-analyses [1,9]. They performed a variety of additional analyses, all showing a similar RR increase for NHL (including subtypes) for those with glyphosate exposure. They go on to discuss potential

benefits and drawbacks of the cohort and case-control studies included and finally discuss animal studies and possible mechanisms. Overall, the evidence they discuss support a strong causal link between glyphosate-based herbicide exposure and NHL. This paper has several strengths including: meta-analysis methods, sensitivity analyses, assessment of each studies risk of bias (though they did nothing with it), an assessment of publication bias and assessment of causation. Drawback included: Lack of searching additional databases. Overall, this was the best meta-analysis, the highest quality, that I identified in the literature to date.

The next meta-analysis is by Donato et al (2020)[17] who searched PubMed, Scopus, and EMBASE up to May 15, 2019, as well as searched reference lists of key studies and reviews. They considered papers from multiple languages and eventually included seven non-overlapping articles for NHL [8,2,4,5,18,6,7] and three for MM (the latter of which I will not discuss here). They state they conducted a meta-analysis using a random effects model for NHL, using the most adjusted estimates from each study, evaluated heterogeneity and conducted sensitivity analyses by removing one study at a time from the meta-analysis and performed a cumulative meta-analysis. They also performed a meta-analysis according to duration of exposure and for NHL subtypes and they explored the risk of publication bias with funnel plots and the Egger test. The meta-analysis for NHL, based on these 7 studies results in a meta-RR of 1.03 (95%CI: 0.86-1.21), with a non-significant p-value for the Cochran's Q test for heterogeneity and an $I^2$ of 0%. In the sensitivity analyses, removing most studies did not change the meta-RR found, but removing the Leon study increased the RR to 1.27 (95% CI: 0.92-1.61), and the tests for publication bias (using a standard funnel plot and the Egger test) revealed

that small studies showing no relationship between NHL and glyphosate appeared to be missing in the literature. They performed several other analyses on subsets of studies which I will not discuss here since they are not relevant. Overall, this study had several strengths: a comprehensive search, the use of sensitivity analyses, and the exploration of publication bias. But, this study had several important and fatal flaws: first, while they explored publication bias with a standard funnel plot and Egger test, they did not perform a contour-enhanced funnel plot, which delineates small study effects due to true publication bias arising from varying levels of statistical significance, which I perform below and will explain. Secondly, this meta-analysis included the study by Cocco [8] which did not delineate B-cell lymphomas in their study, and thus mixed two cases of NHL with one MM and one unspecified B-cell lymphoma. Furthermore, their weighting of the Leon 2019 [18] was very high, much higher than it should have been, according to our calculation and those of Rana et al [19]. Furthermore, we could not replicate any of the findings, except for the funnel plot, that Donato report. Finally, the authors had a conflict of interest with the major manufacturer of glyphosate herbicides. Overall, and for these reasons, the results of this meta-analysis should be questioned and not relied upon for reasoning regarding the relationship between NHL and glyphosate exposure.

The next systematic review and meta-analysis was published in January of 2021 [20] by Kabat et al. This review specifically was performed to further examine the risk estimates included in the Zhang systematic review [11] described above. They specially sought to explore in sensitivity analyses how the substitution of various risk estimates would affect the meta-estimate. Therefore, this is not an updated systematic review with

a new search and article inclusion, but instead a reanalysis of the studies included in

Zhang [11]. They chose to consider exposure estimated not for the highest category of

exposure (as Zhang did), but for ever exposure, but they could not get an ever exposure

estimate from the AHS study [15] and instead chose the unlagged RR from Q4 from that

study as an approximation for ever exposure. This decision is problematic in my view,

since it clearly is an unjustifiable assumption. They go on to report several analyses by

choosing different estimates from the included studies, and they use the updated data

from the NAPP study reported by Pahwa (2019)[21]. All estimates they report in the

sensitivity analyses are non-statistically significant (p=0.05) with confidence intervals

that cross the line of no effect (i.e., RR = 1.0). Overall, when choosing estimates from

these papers assuming a long latency the strength of the evidence (size of the meta-

RR) for an association between glyphosate and NHL is stronger, than when choosing

ever exposure data and when using the updated NAPP data (i.e., also referred to as the

updated AHS data). The authors then go on the discuss the strengths and drawbacks of

systematic reviews and meta-analyses, but appear to lack requisite knowledge in meta-

analytic methods. For example, they note that meta-analyses were originally developed

to synthesize the results of randomized clinical trials and that because of this

methodologic development is needed for the conduct of meta-analyses of for

observational studies (e.g., case-control and cohort studies). First of all, meta-analyses

were not developed for combining randomized trials, the methods were developed in

other fields to help quantify variations in observations in astronomy and geodesy.

Secondly, methodologic guidance does exist, and has existed for some time for using

meta-analytic methods for performing and reporting systematic reviews of observational

studies [22,23,24]. This paper has one strength, including the updated data reported in Pahwa. But, it has significant drawbacks. The most glaring drawback in this study were the decisions for which estimate to include from individual studies not being justified a priori with related hypotheses. Additional drawbacks include: lack of assessment if risk of bias of the included studies, lack of exploration of publication bias, lack of exploration of variations in treatment effect estimates due to heterogeneity of effect. Overall, the results of this meta-analysis are questionable, add little to literature in the area, and therefore is of low quality.

The final, and most recent meta-analysis published by Bonffetta et al (2021)[25] is an updated analysis of a prior meta-analysis by the same group [17], but included more recent data reported in the Pahwa et al [21] study. In this briefly reported meta-analysis, without a comprehensive methods section, they include a total of 6 studies [5,4,7,8,18,21]. They report in their main analysis that the random-effects meta-analyses for ever-exposure to glyphosate and risk of NHL meta-RR was 1.05 (95% CI: 0.90-1.24; $I^2$ = 0%; n=6 studies). The standard funnel plot and Egger's test revealed the possibility of publication bias, or more accurately, a small study effect, though they did not examine publication bias with the use of contour-enhanced funnel plots, as described above. The meta-RR for the highest category of exposure was 1.15 (95% CI: 0.72-1.83); the meta-RR for diffuse large B-cell lymphoma (DLBCL) was 1.29 (95% CI: 1.02-1.63); the meta-RR for follicular lymphoma was 0.84 (95% CI: 0.61-1.17). The meta-RR for chronic lymphocytic leukemia/ small lymphocytic lymphoma was 1.33 (95% CI: 0.65-2.70). Overall, their findings show a clear increased risk for DLBCL. Also, while they understate it, they show a trend toward an increased risk in in all other analyses

(95% confidence intervals are mostly to the right of the line of no effect, i.e., a meta-RR=1.0), though all of these confidence intervals crossed the line of no effect slightly, and therefore the meta-RR was statistically non-significant. Finally, in the analysis for follicular lymphoma they report a trend toward a decreased risk for those ever exposed to glyphosate, but again the 95% CI crossed the line of no effect, and therefore is not statistically significant. This study has some strengths including: Using the updated data from Pahwa, performing sensitivity analyses and performing subgroup analyses, and examining publication bias for the main analysis. But it also had several key drawbacks: an incomplete description of the analytic methods used, a lack of power for the abundant analyses performed, and the lack of use of contour-enhanced funnel plots. Overall, this meta-analysis is somewhat weak and does not provide any convincing evidence for or against glyphosate being related to NHL in general or the subtypes.

**12. Updated meta-analysis.**

**12.1. Methods:**

*Research questions: 1.* Does exposure to glyphosate-based herbicides, at any level, in adults result in an increased risk of developing NHL of any type, compared to not being exposed or being exposed to a lower level than the highest exposure group?

2. Does exposure to glyphosate-based herbicides, at any level, in adults result in an increased risk of developing a subtype of NHL, compared to not being exposed or being exposed to a lower level than the highest exposure group?

*Inclusion criteria:* Observational study design (cohort, case-control, cross-sectional, pooled analyses), includes estimates of risk, or data to calculate those estimates, for

NHP and any type of exposure to glyphosate-based herbicides, participants of any age, studies in any language.

*Search methods:* I performed a literature search in Medline (PubMed version) from 1970 to February 1st, 2022, reviewed reference lists from relevant reviews and from included studies. The search terms used were as follows: PubMed example search terms: (glyphosat* OR pesticide [MeSH] or herbicides [MeSH]) AND (lymphoma, non-Hodgkin [MeSH] OR lymphoma [tiab] OR non–Hodgkin [tiab] OR non–hodgkins [tiab] OR lymphoma[tiab] OR lymphomas[tiab] OR NHL OR cancer OR cancers) AND ("occupational exposure"[MeSH] OR occupational exposure[ tiab] OR occupational exposures[tiab] OR farmers [MeSH] OR farmer OR applicators OR applicator OR agricultural workers OR agricultural worker or workers or worker). I also performed a literature search in EMBASE from its inception to February 4th, 2022 using the following search strategy: ('glyphosate'/exp OR glyphosate OR 'pesticide'/exp OR pesticide OR 'herbicides'/exp OR herbicides) AND ('lymphoma, non-hodgkin'/exp OR 'lymphoma, non-hodgkin' OR (('lymphoma,'/exp OR lymphoma,) AND 'non hodgkin') OR non–hodgkin OR non–hodgkins OR 'lymphoma'/exp OR lymphoma OR 'lymphomas'/exp OR lymphomas OR nhl OR 'cancer'/exp OR cancer OR 'cancers'/exp OR cancers) AND ('occupational exposure'/exp OR 'occupational exposure' OR 'occupational exposur' OR (('occupational'/exp OR occupational) AND exposur) OR 'occupational exposures' OR (('occupational'/exp OR occupational) AND exposures) OR 'farmers'/exp OR farmers OR 'farmer'/exp OR farmer OR 'applicators'/exp OR applicators OR 'applicator'/exp OR applicator OR 'agricultural workers'/exp OR 'agricultural workers' OR (agricultural AND workers) OR 'agricultural worker'/exp OR 'agricultural worker' OR (agricultural AND

('worker'/exp OR worker)) OR workers OR 'worker'/exp OR worker) AND (cohort OR 'case control')

*Data collection and extraction:* All included studies were abstracted, reviewed and summarized.

*Study risk of bias assessment:* The risk of bias (ROB) of the included studies (case-control and cohort studies) was evaluated using the using the Newcastle Ottawa Scale (NOS) [25]. For pooled analyses of epidemiologic studies there is no existing risk of bias tools or accepted guidance, therefore I used other related recommendations to guide my assessment of these studies [e.g., 46,47]. I used a cutoff of 70% or greater of the items fulfilled as low risk of bias, of between 40% and 69% as moderately high risk of bias, and of between 0 and 39% as very high risk of bias. These categories were predetermined and were used in a follow-up subgroup analyses and actual study ROB score used in meta-regression analyses to explore the influence of study quality on meta-analytic risk ratios.

*Measures of treatment effect:* Study results were analyzed using primarily STATA/MP 14.2. Effect estimates for dichotomous outcome events will be expressed as ratios of risks, rates or odds and/or differences of risk or rates, depending on the type of analysis. Peto "odds ratios" may be used when the estimated intervention effect is weak, outcome events are rare, and there are similar numbers of intervention and comparison subjects in the study [26].

*Statistical methods:* Summary estimates of the intervention effect were combined across studies of similar interventions and outcomes, using standard methods of meta-analysis [27], provided the data and reported findings are suitable for that purpose. Separate

meta-analyses will be used for different exposure classification, outcomes, study designs, or study population characteristics (e.g., women vs. men) where possible. Meta-analyses, fixed and random effects models, where appropriate, will be used to obtain an overall estimate of the intervention effect using inverse-variance weighting.

*Exploration of heterogeneity:* Heterogeneity was assessed using three methods: 1) graphical displays of study-specific and overall effect estimates (forest plots); 2) The Cochran's chi-squared test for the presence of statistical heterogeneity, e.g., where $p < 0.10$ indicates significant heterogeneity); 3) the $I^2$ statistic, where $I^2 > 0.50$ may indicate substantial heterogeneity [28]. Meta-regression analysis was used to predict study-specific effect estimates as a function of study-specific indicators of population characteristics (e.g., age, sex, exposure length, exposure intensity / route, concomitant exposures, and comorbidities), study design, and methodologic features (ROB scores) as noted above where possible. The goal is to account for variation in the estimated effect across studies. When the amount of residual heterogeneity not explained by the predictors is judged to be small, fixed-effects models will be fitted to the summary data, which assume the true effect, conditional on covariates, is the same in all studies. When the amount of residual heterogeneity is judged to be substantial, unexplained variation across studies will be treated as random effects in the model. To assess the robustness of our results, sensitivity analyses were done for varying reported risk ratios from the individual studies or overlapping studies, as described below.

*Evaluation of publication bias:* Funnel plots, both standard and contour-enhanced, were used to detect signs of publication bias, the phenomenon whereby positive findings are

more likely than negative findings to be published [29] and other small study effects [30].

*Grading of the evidence:* The GRADE criteria were used to provide an overall grading of the quality of the evidence for each outcome across studies [31]. A GRADE table was also produced.

**12.2 Results**

*Literature search:* From the Pubmed search I found 1,014 citations and from the EMBASE search 952 citations. After deleting duplicates and applying the inclusion and exclusion criteria I was left with 15 unique papers, though with several being updated analyses and overlapping cohorts associated with prior papers. I will explain the overlap below.

*Included papers:* Here I will briefly describe each included paper in chronologic order of publication date. The methodologic quality, risk of bias, of these studies will be discussed in the proceeding section.

*Description of included peer-reviewed publications:*

The first published paper included was by Cantor et al. (1992)[32] who conducted a case-control study of newly diagnosed non-Hodgkin lymphoma (NHL) in 622 white men (cases) compared to 1245 randomly sample, matched controls, who were also white men, in the USA, specifically Iowa and Minnesota. The study measured the risk of NHL associated with farming occupation and specific agricultural exposures to pesticides. Men who ever farmed had a relative increased risk of NHL than non-farmers (OR=1.2, 95% CI: 1.0-1.5) independent of crop or animal types. Men who ever handled glyphosate also showed a slight increased risk of NHL, but the association was not

statistically significant (OR=1.1, 95% CI: 0.7- 1.9) when adjusted for vital status, age, state, cigarette smoking status, family history of lymphohaemotapoietic cancer, high-risk occupations and high-risk exposures. The corresponding relative risk that I calculated from the data in table 6 was 1.091 (95% CI: 0.69 to 1.72; p=0.7055), and an absolute risk difference (in this case increase) of 0.8% (case risk = 0.098 (9.8%) minus control risk= 0.090 (9%)) and a number needed to harm (NNH) of 122.48. Therefore, with each 123 people exposed to glyphosate, 1 individual would get NHL. This study had several strengths including: that it used a large population-based sample in a farming community, used adjusted analyses, had matched cases and controls, and verified NHL cases. However, the main limitation of this study was that there was low power to assess the risk of NHL with glyphosate with only 26 cases of NHL.

The next published paper is by McDuffie et al. (2001)[6] who conducted a case-control study in six Canadian provinces. The study investigated the associations between exposure to a variety of herbicides and NHL in 517 male cases and 1506 controls. In table 2 they report that the odds of NHL was OR=1.26 (95% CI:0.87-1.81; adjusted for age and province of residence) and an OR=1.20 (95% CI: 0.83-1.74; adjusted for age, province of residence, and various medical variables (see table 2, p1158 [6]) for any exposure to glyphosates (10 hours or more per year). In a separate analysis of exposure days per year to glyphosate for risk of NHL, when compared to the unexposed group, the men with >0 and </= 2 days of exposure had an OR=1.00 (95% CI: 0.63-1.57); and for those with > 2 days of exposure per year had an increased risk of NHL with an OR=2.12 (95% CI: 1.20-3.73) with all analyses being adjusted for age and province of residence. This study had several strengths including: a large multisite

sample, confirmation of NHL cases using strong methods, matched controls by age, use of a pilot to refine exposure definitions, verification of pesticide use information in a validation pilot, building on a questionnaire used in prior studies, use of an operational manual and trainings for all sites, adjusted statistical analyses, analyses for any use and a dose response model. Drawbacks include a moderately small number of overall cases.

The next study was by Hardell et al. (2002)[5] who conducted a pooled analysis of two case-control studies in Sweden one of NHL (originally reported in 33) and another on hairy cell leukemia (HCL), (originally reported in 34). The pooled analysis of NHL and HCL was based on 515 cases and 1141 controls, matched for age and country. In the univariate analysis, any exposure to glyphosate increased the risk of NHL and HCL (OR=3.04; 95% CI: 1.08-8.52; 8 exposed cases and 8 controls). After adjusting for study, study area and vital status in the multivariate analysis, the odds of NHL and HCL due to any exposure to glyphosate was OR=1.85 (95% CI: 0.55-6.20). Drawbacks included: small number of NHL cases, lack of data on high and low exposures specifically for glyphosate (in their dose-response analysis they grouped glyphosates with other herbicides and did show increased risk of NHL with increased exposure days, see table 2 [5]). Strengths include the large sample, adjusted analyses and inclusion of deceased individuals so as to not have missing data on exposure (family members were asked about exposures in those that were deceased).

The next study was by, De Roos et al. (2003)[2], which used pooled data from three case-control studies on NHL conducted in the 1980s in Nebraska [35], Kansas [36], and Iowa and Minnesota [32] to examine pesticide exposure in farming as a risk

factor for NHL among men. The three pooled studies all had slightly different methods of study recruitment. The pooled sample population included 870 cases and 2,569 controls – the majority of cases (n=650) and controls (n=1933) were included for the analysis of 47 pesticides controlling for potential confounding by other pesticides, those pesticides for which at least 20 persons were exposed. Logistic regression and hierarchical regression models (adjusting estimates based on prior evidence that the 47 pesticides may cause any type of cancer) were used and all models were adjusted for age, study site, and all other pesticides. In the logistic regression model based on 36 cases the odds ratios for association between any exposure to glyphosate and NHL were 2.1 (95% CI: 1.1-4.0) and in hierarchical regression model the OR=1.6 (95% CI: 0.9-2.8).  Of note, the hierarchical regression method (a type of Bayesian analytic technique) has questionable merit here since the adjustments were based on prior evidence of factors that may cause any cancer and not specifically NHL, and the prior evidence used for the adjustments (the priors) was quite dated. This study did have several drawbacks: there was missing data on approximately 25% of the original sample (who answered did not know to exposure on one or more of the 47 pesticides), and who were excluded from the analysis, they did not perform a sensitivity analysis for these participants, but the remaining groups still appeared to be relatively similar. The major strength of this study is the pooled nature of the analysis and the control for other pesticide use in their models.

The next study was by Lee et al. (2004) [37] evaluated whether asthma acts as an effect modifier of the association between pesticide exposure and NHL. The study was conducted using a pooled analysis of population-based case-control studies [35,32]

in Iowa, Minnesota and Nebraska, also used in the pooled analysis of De Roos discussed above [2]. The sample included both men and women; 872 cases with NHL from 1980 to 1986 and 2,381 frequency-matched controls. A total of 177 subjects (45 cases, 132 controls) reported having been told by a clinician that they had asthma. The risk of NHL was elevated in both non-asthmatics (OR=1.4, 95% CI: 0.98-2.1) and asthmatics (OR=1.2, 95% CI: 0.4-3.3), though neither OR was statistically significant. This study is redundant with the De Roos study [2] and therefore will not be considered further and is not included in the meta-analyses below.

The next study, by Eriksson et al (2008) [4] reported the results of a case-control study of exposure to pesticides as a risk factor for NHL, with the sample drawn from Sweden. After controlling for age, sex, and year of diagnosis (for cases) or year of enrollment (for controls), which they did in all analyses, the odds of NHL for exposure to glyphosate was 2.02 (95% CI: 1.10-3.71). In their latency analysis, for 1-10 years of exposure the OR for NHL was 1.11 (95% CI: 0.24-5.08) and for >10 years the OR for NHL was 2.26 (95% CI: 1.16-4.40). When considering exposure for more than 10 days per year, the OR was 2.36 (95% CI: 1.04-5.37) and for </= 10 days the OR=1.69 (95% CI: 0.70-4.70). Exposure to glyphosate was associated with increased odds for lymphoma subtypes and elevated odds of B-cell lymphoma (OR=1.87, 95% CI: 0.998-3.51) and the subcategory of small lymphocytic lymphoma/chronic lymphocytic leukemia (OR=3.35, 95% CI: 1.42-7.89). This study has several strengths including: confirmation of cases by independent pathologists, randomly sampled matched controls (for age and sex), blinded interviewers, dose response analyses, latency analyses, and

a large sample size. Drawbacks included: 253 cases (over 20% of the original cases) being excluded for various reasons. Overall, this case-control study was well done.

The next study, by Orsi et al. (2009)[7] was a case-control study conducted across six hospitals in France between 2000 and 2004. The study sample included men and women aged 20-75 years and controls that were matched of the same age and sex as the cases were recruited in the same hospital, though only men were included in their analyses. All cases were diagnostically confirmed by a panel of pathologists and hematologists; in-person interviews and expert review of cases were used to evaluate pesticide exposure, with 168 cases being re-interviewed because of insufficient information. They fitted unconditional logistic models, stratifying for age and center, also performed tests for trend of duration and examined the robustness of results using conditional logistic regression restricted to the pair-matched case-control samples. Further, a sensitivity analysis was performed by excluding the subjects in each center and the controls sharing the same broad reason for admission, in turn.  The analysis included 491 cases (244 cases of NHL) and 456 controls. For the association between any Glyphosate exposure and NHL, they report an OR=1.0 (95% CI: 0.5-2.2). They also performed an analysis for NHL subtypes, diffuse large cell lymphoma and follicular lymphoma, also finding non-statistically significant ORs (see table 4).  The main drawback of this study was the small sample of participants reporting exposure to glyphosate. The main strengths included: Cases recruited within 3 months of diagnoses, matched controls, adjusting for age and center in all analyses, sensitivity analyses, small number of dropouts, blinding of patients and interviewers.

Cocco et al. (2013)[38] reported on a pooled analysis of case-control studies conducted in six countries between 1998-2004 (EPILYMPH, Czech Republic, France, Germany, Ireland, Italy, and Spain) investigating the role of occupational exposure to specific groups of chemicals in the etiology of lymphoma overall, B-cell lymphoma, and several subtypes; they included 2,348 cases and 2,462 controls. The controls for samples from Germany and Italy were randomly selected from the general population and matched on gender, 5-year age-group and residence area; with other countries used matched hospital controls. Participation rate was 88% for the cases, 81% for hospital controls and 52% of population controls participated. In-person interviews, by trained interviewers, were conducted to collect detailed information on occupational history on farm-specific work related to type of crop, farm size, pest being treated, type of schedule of pesticide use. Experts and an agronomist at each study center assessed exposure metrics and a cumulative exposure score was calculated. Unconditional logistic regression models were used (adjusted for age, sex, education, and study center) to estimate the risk of B-cell lymphoma, DLBCL, and CLL associated with ever exposure. The OR for ever-exposure to glyphosate for B-cell lymphoma was 3.1 (95% CI: 0.6-17.1), with 4 exposed cases and 2 exposed controls. Overall, this study had very good methods, as described above, but had a very small number of cases and controls with B-cell lymphoma exposed to glyphosate (2 and 4 respectively). Therefore, the power in this study to detect the association is relatively low, as reflected in the very wide confidence intervals.

The next published study was by Andreotti (2018) [15], an update of the prospective cohort study reported by De Roos (2005)[3], from the study called the

Agricultural Health Study (AHS) which includes licensed pesticide applicators from North Carolina and Iowa. Between 1993 and 1997 57,310 individuals were enrolled, with 63% completing follow-up phone interviews 5 years after enrollment (1999-2005). Cancer diagnoses were done via registry linkage, classified according to the ICD, 3rd revision, and vital status was determined through state death registries and the National Death Index. A questionnaire was used to determine glyphosate and other pesticide exposure, both at enrollment and at each follow-up (e.g., number of days each pesticide was used) and several lifetime exposure metrics were created including ever/never use, lifetime days of use, and intensity-weighted lifetime days (intensity days x intensity score. The intensity score was determined from literature-based measurements and information provided by the applicator. Multiple imputation was used to impute missing data. After exclusions, 54,251 applicators were enrolled but only 63% completed follow-up phone interviews 5 years later. Poisson regression was used to estimate incidence rate ratios and 95% confidence intervals; cumulative lifetime days and intensity-weighted lifetime days were separated into quartiles, tertiles, or medians; risk estimates were adjusted for age, cigarette smoking, alcoholic drinks, family history of cancer, state, and the 5 pesticides most highly correlated with glyphosate. They also evaluated potential confounding factors (e.g. BMI and pack-years of cigarette smoking) and adjusted for solvents linked to cancer risk. Finally, they conducted sensitivity analyses using additional exposure information. The authors report, in their primary analysis, that for the unlagged intensity-weighted lifetime days of glyphosate exposure, there were no statistically significant associations between glyphosate and NHP pr any NHL subtypes. They report for NHL and the top exposure quartile a RR =0.87 (95%CI: 0.64-1.20,

p=0.95), which did not change when MM was excluded. The findings were unchanged in the sensitivity analyses including further adjustment for confounders. In the supplementary data which report the cancer incidence for lifetime days of glyphosate exposure they also showed no significant relative risk trends across quartiles of exposure for NHL (p=0.44) though they did not do any analyses on the any lifetime exposure. Furthermore, the lagged exposure data in table 2 of the supplementary material show no associations for glyphosate exposure and NHL at 10 or 15 years, for trends across quartiles, but again no any lifetime use analyses were shown. This study has several strengths including: its prospective design, large sample size and event rate, controlling for confounds and sensitivity analyses. But this study had several major drawbacks including: a 37% loss to follow-up, questionable method of imputation [39] and the lack of any lifetime use analyses.

The next study was my Leon et al (2019)[18] which was a pooled analysis of 3 large agricultural worker cohorts, the Agricultural and Cancer (AGRICAN) cohort from France [40], the Cancer in the Norwegian Agricultural population (CNAP) cohort [41], and the AHS cohort [42] from the USA, the latter as reported in Andreotti above. This study was done within the AGRICOH consortium [43] and looked at the risk of NHL and major subtypes in 316,270 farmers and farm workers. The cohorts were included that met certain conditions including periodic data linkage to cancer incidence registries, availability of data on pesticides and or crop cultivation to estimate exposure and sample sizes that were large enough to study NMH subtypes. The harmonizing of pesticide exposure data across the cohorts was published elsewhere [44]. They looked at fourteen chemical groups. They developed crop-exposure matrices (CEMs) for each

cohort, described assignment of potential exposure, and the main endpoint was first incident NHL during follow-up, with follow-up time being calculated as number of days between start of follow-up and first date of incident cancer, loss to follow-up or migration out of the area, death or end of follow-up. Statistical analyses included imputation for missing data, cox proportional hazards models, with all covariates being time dependent, and all models used age at date of censoring as the time scale and were first adjusted for sex and animal production, and other covariates included. Fully adjusted models were built for each cohort separately. Models were run for each cohort individually and combined using a random effects meta-analysis (though they do not state what exact model) and $I^2$ was calculated to express the magnitude of statistical heterogeneity across cohorts. They report a HR of having NHL in those ever exposed to glyphosate as (95% CI: 0.77-1.18) with an $I^2$=57% and p=0.10, for CLL/small lymphocytic lymphoma a HR of 0.92 (95% CI: 0.69-1.24), $I^2$=0%, p=0.38, for DLBCL a HR=1.36 (95% CI: 1.00-1.85), $I^2$=0%, p=0.48, for follicular lymphoma HR=0.79 (95%CI: 0.52-1.21), I2=0% p=0.56, and for MM a HR=0.86 (95% CI: 0.66, 1.15), $I^2$=0%, p=0.95. This pooled analysis, an individual patient data meta-analysis, has several strengths including: Its large size and the use of data from prospective cohort studies. The drawbacks in this study include: the lack of details of the meta-analytic procedures, the lack of assessment of publication bias, and potential for exposure misclassification.

The next study is by Pahwa (2019)[21] was a pooled analysis of case-control studies in the US and Canada [6,32,35,36], with Cantor [32] and McDuffie [6] being described above. This pooled analysis used the original histology codes to classify NHL cases using the ICD-0-1 scheme, they estimated several exposure metrics, used simple

(and questionable) imputation method for missing data, used unconditional logistic

regression for NHL overall and several NHL subtypes controlling for age, state/province,

sex, lymphatic or hematopoietic cancer in a first relative, response by a proxy and use

of personal protective equipment (PPE) as well as farming and medical factors, the

latter two of which was not retained in the final model due to lack of impact on the OR.

They also looked at the possibility of confounding by pesticide use. They investigated

trends for the duration, frequency and lifetime days of glyphosate use and NHL and

sensitivity analyses were done excluding proxy respondents from the main analysis.

The study included 1690 NHL cases and 5131 controls, with all being included in the

ever/never analysis, and smaller sample sizes being included in the duration of use and

frequency and lifetime days analyses. The authors report a significant association

between ever use of glyphosate and NHL overall in the first adjusted model (adjusted

for age, state/province, sex, lymphatic or hematopoietic cancer in a first relative,

response by a proxy and use of personal protective equipment (PPE)) without

controlling for other pesticide use with an OR = 1.43 (95% CI: 1.11-1.83), but the

relationship decreased after additionally adjusting for 2 pesticides, resulting in an OR of

1.13 (95%CI: 0.84-1.51). Also, the OR for the DLBCL was initially statistically significant

in the first adjusted model but not in the other pesticide adjusted model, the same

results being found for other NHL subtypes. In the analysis for number of days per year

exposed to glyphosate, individuals who handled glyphosate for >2 days per year had an

OR of 2.42 (95% CI 1.48-3.96) for NHL overall in the first adjusted model (double the

OR compared to no exposure or >0 to </= 2 days per year) and this statistically

significant relationship persisted after controlling for the use of 2,4-D, dicamba and

malathion (or=1.73, 95% CI: 1.02-2.94), with similar results for DLBCL but not for other subtypes (see table 4 in Pahwa). They also report a statistically significant trend in overall NHL risk for lifetime days of use of glyphosate (p=0.05) with ORs going from 1.0 to 1.20 to 1.55 in the first adjusted model but not in the other pesticide additionally adjusted model. The sensitivity analyses had no impact on the overall findings and there did not appear to be any between study heterogeneity. Overall, this study was very well done with strengths including: pooled analyses, sensitivity assessments, dose and exposure responses assessments, a large sample size, adjustment for other pesticide use.

The final included study, published in April of 2021 by Meloni et al [45] was a multi-centered case-control study conducted in Italy, between 2011 and 207, across six centers including 867 lymphoma cases and 774 controls, the latter being hospital-based cancer free from surgery wards, eye care departments, hematology outpatients or patients suffering from traumatic injuries, gastrointestinal disorders, cardiovascular disorders. At recruitment 7.4% of cases and 38.4% of controls refused to participate. The investigators used a detailed questionnaire given by trained interviewers, and occupational physicians and industrial hygienists, with expertise in the retrospective assessment of agricultural exposures, and assessed exposure to glyphosate classified by duration, confidence, frequency, and intensity of exposure to glyphosate for each study subject. They classified lymphoma according to the 2008 update of the WHO classification of lymphoma, which relies on morphology, immunophenotype, molecular biology, genetics, and clinical presentation and course of the disease, and it includes all the lymphoma subtypes originating from B-lymphocytes, including CLL and MM, among

the group of B-cell lymphoma (BCL). T-cell lymphomas, and Hodgkin lymphoma (HL) were separately classified. They then used unconditional regression analysis, and modelled risk of major lymphoma subtypes associated with exposure to glyphosate and adjusted for age, gender, education, and study center. They report an OR of 1.4 (95% CI: 0.62-2.94) for NHL and ever glyphosate exposure and an OR of 1.2 (95%CI: 0.35-4.21) for those ever exposed with medium-high confidence. They also report for B-cell lymphoma (B-CL) and OR of 1.6 (95% CI: 0.73-3.66), for DLBCL an OR=0.80 (95%CI: 0.10-6.62), for Follicular lymphoma (FL) an OR=3.7 (95%CI: 1.06-12.8) and for Chronic Lymphocytic Leukemia (CLL) an OR=0.6 (95% CI: 0.11-3.48) in those ever exposed. For those ever exposed with medium-high confidence the former 2 ORs for B-CL and DLBCL remained similar but for FL the OR went up to 7.1 (95% CI=1.57-31.9). In their analysis in relation to exposure metrics, they reported several statistically significant associations for duration, intensity, frequency and cumulative exposure (see table 4 in Meloni et al [45]). This study had several strengths including: a decently large sample, multicentered design, careful exposure determination, adjusted analyses. But this study also had several drawbacks; small number of cases (lack of power to detect small associations) no sensitivity analyses, lack of control for other pesticides, lack of known reasons for refusal for involvement at recruitment, and lack of details of Lyphoma diagnostic methods or confirmation. Overall, this study was well done.

*Risk of Bias Assessment:*

To be most accurate, when assessing an article for its validity, one should apply sets of rigorously developed criteria to do so. Validity, specifically, internal validity, is the degree to which the study findings are true for the sample of patients included. Internal

validity hinges upon the methodological characteristics of the study. To assess internal validity, I apply risk of bias criteria. Essentially, these are a set of discrete criteria that are directed at specific methodologic aspects that protect against biased findings. The risk of bias assessment using the Newcastle Ottawa Scale is listed in table 1 below.

*Meta-analytic Findings:*

Ever Exposure:

The first meta-analysis I ran was a fixed effects inverse variance model using the natural log of the OR and CIs for all included papers, except for Cantor 1992 [32], McDuffie 2001, DeRoos 2003, Lee 2004, since they were all included in the recent follow-up pooled analyses by Pahwa 2019. The overall meta-analytic OR was 1.146 (CI: 0.991-1.326) with a p= 0.066 and a significant test for statistical heterogeneity p=0.048, and an $I^2$ value of 50.7%, which represents some heterogeneity (Figures 1 and 2). This analysis includes the data from Leon 2019, which only reported hazards ratios, which I considered equivalent to ORs since there were a low number of events and the HR was close to 1.0, as well as the Andreotti data which were partly overlapping with Leon. To clarify, the Leon paper include the AHS data up to December 31, 2011 for Iowa and December 31st 2010 for North Carolina, whereas, the Andreotti paper included AHS data up to 2013 for Iowa and December 31st 2012 for North Carolina. But to test this decision, I performed sensitivity analyses by removing Andreotti in my two main analyses.

Figure 1: Fixed Effects Meta-Analysis Results Table for ever exposure

```
      Study      |     ES    [95% Conf. Interval]    % Weight
------------------+------------------------------------------------
Hardell 2002      |    1.850      0.550      6.200       1.44
Eriksson 2008     |    2.020      1.100      3.710       5.73
Orsi 2009         |    1.010      0.500      2.200       3.86
Cocco 2013        |    3.100      0.600     17.100       0.75
Andreotti 2018    |    0.870      0.640      1.200      21.43
Leon 2019         |    0.920      0.690      1.180      29.41
Pahwa 2019        |    1.430      1.110      1.830      33.88
Meloni 2021       |    1.400      0.620      2.940       3.50
------------------+------------------------------------------------
I-V pooled ES     |    1.146      0.991      1.326     100.00
------------------+------------------------------------------------

Heterogeneity calculated by formula
 Q = SIGMA_i{ (1/variance_i)*(effect_i – effect_pooled)^2 }
where variance_i = ((upper limit – lower limit)/(2*z))^2

Heterogeneity chi-squared =  14.20 (d.f. = 7) p = 0.048
I-squared (variation in ES attributable to heterogeneity) =  50.7%

Test of ES=1 : z=   1.84 p = 0.066
```

Figure 2: Forest Plot Fixed Effects Meta-Analysis for ever exposure



Given the significant test for statistical heterogeneity, and that fact that I could not determine variables to explain this heterogeneity, I also ran an inverse variance random effects model which incorporates the heterogeneity into the model which resulted in vary similar findings (see figure 3).

<u>Figure 3: Random Effects Meta-Analysis Results Table for ever exposure</u>

```
. metan LogOR LogORLCI LogORUCI, eform lcols (Study) randomi


              Study   |     ES     [95% Conf. Interval]      % Weight
---------------------+-------------------------------------------------
Hardell 2002         |   1.850      0.550      6.200          3.76
Eriksson 2008        |   2.020      1.100      3.710         10.96
Orsi 2009            |   1.010      0.500      2.200          8.35
Cocco 2013           |   3.100      0.600     17.100          2.09
Andreotti 2018       |   0.870      0.640      1.200         20.75
Leon 2019            |   0.920      0.690      1.180         22.76
Pahwa 2019           |   1.430      1.110      1.830         23.57
Meloni 2021          |   1.400      0.620      2.940          7.76
---------------------+-------------------------------------------------
D+L pooled ES        |   1.206      0.938      1.550        100.00
---------------------+-------------------------------------------------
 Heterogeneity calculated by formula
  Q = SIGMA_i{ (1/variance_i)*(effect_i - effect_pooled)^2 }
 where variance_i = ((upper limit - lower limit)/(2*z))^2

 Heterogeneity chi-squared =  14.20 (d.f. = 7) p = 0.048
 I-squared (variation in ES attributable to heterogeneity) =  50.7%
 Estimate of between-study variance Tau-squared =  0.0532

 Test of ES=1 : z=   1.46 p = 0.143
```

I performed a sensitivity analysis removing Andreotti first, and leaving Leon in, and found that the pooled effect estimate in the fixed effects model remained similar at OR=1.236(95% CI: 1.049-1.457) with p=0.011 and non-significant heterogeneity. Therefore, there was no need to run a random effects model here. Note, the estimate increases without the Andreotti data and the p-value is statistically significant. I then performed a sensitivity analysis removing Leon, as HRs are not exactly equivalent to ORs though close which resulted in the fixed effects meta-analytic OR = 1.256 (CI:

1.057-1.494) with a p= 0.010 and a non-significant test for statistical heterogeneity

p=0.104, and an $I^2$ value of 43.1% (see figure 4). Given the non-significant test for

heterogeneity, I did not follow this up with a random effects model.

Figure 4: Fixed effects model removing Leon for ever exposure

```
. metan LogOR LogORLCI LogORUCI, eform lcols (Study)

            Study     |     ES      [95% Conf. Interval]    % Weight
--------------------+-----------------------------------------------
Hardell 2002        |    1.850      0.550      6.200            2.04
Eriksson 2008       |    2.020      1.100      3.710            8.12
Orsi 2009           |    1.010      0.500      2.200            5.46
Cocco 2013          |    3.100      0.600     17.100            1.07
Andreotti 2018      |    0.870      0.640      1.200           30.36
Pahwa 2019          |    1.430      1.110      1.830           47.99
Meloni 2021         |    1.400      0.620      2.940            4.95
--------------------+-----------------------------------------------
I-V pooled ES       |    1.256      1.057      1.494          100.00
--------------------+-----------------------------------------------
 Heterogeneity calculated by formula
   Q = SIGMA_i{ (1/variance_i)*(effect_i - effect_pooled)^2 }
 where variance_i = ((upper limit - lower limit)/(2*z))^2

   Heterogeneity chi-squared =   10.54 (d.f. = 6) p = 0.104
   I-squared (variation in ES attributable to heterogeneity) =   43.1%

   Test of ES=1 : z=   2.58 p = 0.010
```

Overall, these results from our main analyses suggest an increased risk of 15%

to 25% for NHL in those exposed to Glyphosate at any point in their life. Next, I will

focus on the risk in those in higher exposure categories.

Highest Reported Level of Exposure:

First, I performed an inverse variance fixed effects model, including Leon 2019

and Andreotti, and found a meta-analytic estimate OR=1.15 (CI: 0.99-1.34), p=0.072,

and a statistically significant test for heterogeneity p=0.018 and a moderately high

magnitude of statistical heterogeneity $I^2$=58.6%. See figures 5 and 6.

Figure 5: Fixed Effects Meta-Analysis Results Table for Highest Exposure Category

```
           Study       |   ES    [95% Conf. Interval]    % Weight
---------------------+------------------------------------------
Hardell 2002         |  1.850    0.550     6.200          1.61
Eriksson 2008        |  2.360    1.040     5.370          3.51
Orsi 2009            |  1.010    0.500     2.200          4.30
Cocco 2013           |  3.100    0.600    17.100          0.84
Andreotti 2018       |  1.120    0.830     1.510         26.38
Leon 2019            |  0.950    0.770     1.180         51.84
Pahwa 2019           |  2.420    1.480     3.960          9.75
Meloni 2021          |  1.100    0.350     3.510          1.78
---------------------+------------------------------------------
I-V pooled ES        |  1.152    0.988     1.343        100.00
---------------------+------------------------------------------
Heterogeneity calculated by formula
  Q = SIGMA_i{ (1/variance_i)*(effect_i - effect_pooled)^2 }
where variance_i = ((upper limit - lower limit)/(2*z))^2

  Heterogeneity chi-squared =   16.90 (d.f. = 7) p = 0.018
  I-squared (variation in ES attributable to heterogeneity) =  58.6%

  Test of ES=1 : z=   1.80 p = 0.072
```

Figure 6: Forest Plot Fixed Effects Meta-Analysis for highest exposure category



Given the significant test for statistical heterogeneity, and that fact that I could not determine

variables to explain this heterogeneity, I also ran an inverse variance random effects model

which incorporates the heterogeneity into the model which resulted in vary similar findings

(see figures 7 and 8). This resulted in a statistically significant overall effect with a meta-analytic

OR=1.381 (95% CI=1.004-1.898), p=0.047.

## Figure 5: Random Effects Meta-Analysis Results Table for Highest Exposure Category

```
. metan logOR LogORLCI LogORUCI, eform lcols (Study ExposureType) randomi

                Study  |    ES      [95% Conf. Interval]    % Weight
---------------------+------------------------------------------------
Hardell 2002         |  1.850      0.550       6.200         5.55
Eriksson 2008        |  2.360      1.040       5.370         9.80
Orsi 2009            |  1.010      0.500       2.200        11.15
Cocco 2013           |  3.100      0.600      17.100         3.20
Andreotti 2018       |  1.120      0.830       1.510        22.52
Leon 2019            |  0.950      0.770       1.180        24.96
Pahwa 2019           |  2.420      1.480       3.960        16.82
Meloni 2021          |  1.100      0.350       3.510         6.00
---------------------+------------------------------------------------
D+L pooled ES        |  1.381      1.004       1.898       100.00
---------------------+------------------------------------------------

Heterogeneity calculated by formula
  Q = SIGMA_i{ (1/variance_i)*(effect_i - effect_pooled)^2 }
where variance_i = ((upper limit - lower limit)/(2*z))^2

  Heterogeneity chi-squared =  16.90 (d.f. = 7) p = 0.018
  I-squared (variation in ES attributable to heterogeneity) =  58.6%
  Estimate of between-study variance Tau-squared =  0.0938

  Test of ES=1 : z=   1.99 p = 0.047
```

## Figure 6: Forest Plot Random Effects Meta-Analysis for highest exposure category



I then performed a sensitivity analysis removing Andreotti and leaving Leon in, which resulted in a pooled effect estimate of OR=1.163 (95%CI: 0.972-1.391) p=0.098 with significant heterogeneity at $I^2$=64.4%. Therefore, I ran a random effects model to incorporating the statistical heterogeneity which resulted in meta-analytic OR=1.52 (95%CI=0.974-2.372), p=0.065, still with significant heterogeneity left over. I then performed a sensitivity analysis removing Leon again, as HRs are not exactly equivalent to ORs though close, which resulted in the fixed effects meta-analytic OR = 1.417 (CI: 1.135-1.768) with a p= 0.002 and a non-significant test for statistical heterogeneity p=0.108, and an $I^2$ value of 42.4% (see figure 7 and 8). Given the non-significant test for heterogeneity, I did not follow this up with a random effects model.

Figure 7: Fixed Effects Meta-Analysis Results Table for Highest Exposure Category

```
. metan logOR LogORLCI LogORUCI, eform lcols (Study ExposureType)

            Study   |    ES    [95% Conf. Interval]     % Weight
--------------------+---------------------------------------------------
Hardell 2002        |   1.850     0.550     6.200        3.34
Eriksson 2008       |   2.360     1.040     5.370        7.28
Orsi 2009           |   1.010     0.500     2.200        8.93
Cocco 2013          |   3.100     0.600    17.100        1.75
Andreotti 2018      |   1.120     0.830     1.510       54.76
Pahwa 2019          |   2.420     1.480     3.960       20.25
Meloni 2021         |   1.100     0.350     3.510        3.69
--------------------+---------------------------------------------------
I-V pooled ES       |   1.417     1.135     1.768      100.00
--------------------+---------------------------------------------------
 Heterogeneity calculated by formula
  Q = SIGMA_i{ (1/variance_i)*(effect_i - effect_pooled)^2 }
 where variance_i = ((upper limit - lower limit)/(2*z))^2

 Heterogeneity chi-squared = 10.42 (d.f. = 6) p = 0.108
 I-squared (variation in ES attributable to heterogeneity) = 42.4%

 Test of ES=1 : z= 3.08 p = 0.002
```

Figure 8: Forest Plot Random Effects Meta-Analysis for highest exposure category



Next, I used the cumulative exposure data from Meloni [45] instead of the frequency of exposure data. This resulted in meta-analytic estimate of OR=1.152 (CI: 0.988-3.343), p=0.072, with a statistically significant test for heterogeneity p=0.018 and an $I^2$ of 58.6% (figures 9 and 10). Therefore, I then ran a random effect model (see figures 11 and 12). The meta-analytic estimate for the random effects model increased to an OR=1.381 (CI: 1.004-1.898), which was statistically significant p=0.047.

Figure 9: Fixed Effects Meta-Analysis Results Table for Highest Exposure Category with Cumulative Exposure from Meloni [45]

```
. metan logOR LogORLCI LogORUCI, eform lcols (Study ExposureType)

              Study      |      ES     [95% Conf. Interval]     % Weight
---------------------+------------------------------------------------------
Hardell 2002         |   1.850       0.550       6.200           1.61
Eriksson 2008        |   2.360       1.040       5.370           3.51
Orsi 2009            |   1.010       0.500       2.200           4.30
Cocco 2013           |   3.100       0.600      17.100           0.84
Andreotti 2018       |   1.120       0.830       1.510          26.38
Leon 2019            |   0.950       0.770       1.180          51.84
Pahwa 2019           |   2.420       1.480       3.960           9.75
Meloni 2021          |   1.100       0.350       3.510           1.78
---------------------+------------------------------------------------------
I-V pooled ES        |   1.152       0.988       1.343         100.00
---------------------+------------------------------------------------------
Heterogeneity calculated by formula
  Q = SIGMA_i{ (1/variance_i)*(effect_i - effect_pooled)^2 }
where variance_i = ((upper limit - lower limit)/(2*z))^2

  Heterogeneity chi-squared =   16.90 (d.f. = 7) p = 0.018
  I-squared (variation in ES attributable to heterogeneity) =  58.6%

  Test of ES=1 : z=   1.80 p = 0.072
```

Figure 10: Forest Plot Fixed Effects Meta-Analysis for highest exposure category with Cumulative Exposure from Meloni [45]



Figure 11: Random Effects Meta-Analysis Results Table for Highest Exposure Category with Cumulative Exposure from Meloni [45]

```
. metan logOR LogORLCI LogORUCI, eform lcols (Study ExposureType) randomi

            Study     |    ES     [95% Conf. Interval]    % Weight
    ------------------+------------------------------------------------
    Hardell 2002      |  1.850     0.550      6.200        5.55
    Eriksson 2008     |  2.360     1.040      5.370        9.80
    Orsi 2009         |  1.010     0.500      2.200       11.15
    Cocco 2013        |  3.100     0.600     17.100        3.20
    Andreotti 2018    |  1.120     0.830      1.510       22.52
    Leon 2019         |  0.950     0.770      1.180       24.96
    Pahwa 2019        |  2.420     1.480      3.960       16.82
    Meloni 2021       |  1.100     0.350      3.510        6.00
    ------------------+------------------------------------------------
    D+L pooled ES     |  1.381     1.004      1.898      100.00
    ------------------+------------------------------------------------
    Heterogeneity calculated by formula
      Q = SIGMA_i{ (1/variance_i)*(effect_i - effect_pooled)^2 }
    where variance_i = ((upper limit - lower limit)/(2*z))^2

      Heterogeneity chi-squared =  16.90 (d.f. = 7) p = 0.018
      I-squared (variation in ES attributable to heterogeneity) = 58.6%
      Estimate of between-study variance Tau-squared =  0.0938

      Test of ES=1 : z=   1.99 p = 0.047
```

Figure 12: Random Effects Meta-Analysis Results Table for Highest Exposure Category with Cumulative Exposure from Meloni [45]



I then performed a sensitivity analysis removing Andreotti and leaving Leon in, which resulted in a pooled effect estimate of OR=1.163 (95% CI: 0.972-1.391), p=0.098, with significant heterogeneity at $I^2$=64.4%. I then ran a random effects model to incorporate heterogeneity and found an OR=1.52 (95% CI: 0.974-2.371), p=0.065, but still with significant heterogeneity. I then performed another sensitivity analysis leaving Andreotti in and removing Leon which resulted in a fixed effects meta-analytic estimate of 1.417 (95% CI: 1.135-1.768), p=0.002, with not significant heterogeneity of 41.5%, p=0.108, therefore it was not necessary to run a random effects meta-analysis.

I then performed a 3 additional analyses including the cumulative data from Meloni as well as from Pahwa and in a fixed effect meta-analysis I found a combined OR=1.116 (95% CI: 0.958-1.299), p=0.159, with non-significant statistical heterogeneity, $I^2$=28.9%, p=0.197. I then performed a sensitivity analysis removing Andreotti and leaving Leon in, which resulted in a pooled effect estimate with the fixed effects model of OR=1.114 (95% CI; 0.934-1.33), p=0.231, with nonsignificant heterogeneity at $I^2$=39.1%, p=0.131. I then performed another sensitivity analysis leaving Andreotti in and removing Leon which resulted in a fixed effects meta-analytic estimate of 1.318 (95% CI; 1.060-1.637), p=0.013, with not significant heterogeneity of 0.0%, p=0.492, therefore it was not necessary to run a random effects meta-analysis.

I performed two additional sensitivity analyses for ever-exposure and maximum exposure to glyphosate by removing Hardell study [5] since this study included hairy cell leukemia (HCL), though this is sometimes considered a form of NHL, and found similar results for all estimates (not presented here).

Overall, these results from our main analyses suggest an increased risk of 38% to 42% for NHL in those exposed to Glyphosate at various levels of exposure definitions used in the individual studies.

*Investigation of Publication Bias:*

Ever Exposure

The standard funnel plot for the main analysis for the relationship of ever exposure to NHL is shown in figure 13, with the Egger regression line. On visual inspection and using the Egger test for funnel plot asymmetry it appears that there may be a possibility of publication bias, or other small/imprecise study effect, p=0.011 (indication a rejection of the null hypothesis of no publication bias). But, the Egger test and funnel plot is underpowered, and potentially misleading when you have less than 10 studies. Therefore, this statistical test should be viewed with extreme caution.

Figure 13: Standard funnel plot for ever exposure data for all non-duplicate included studies.



To confirm the role of p-values, true publication bias, I also ran contour-enhanced funnel lots, which can determine if lack of publication of imprecise studies due to p-value

cutoffs (see figure 14). This funnel plot shows that it is possible that imprecise negative studies are missing to the left of the lower bunch of studies on the plot, but it also appears that the more precise (larger) studies show some negative results (which in this case include the pooled studies of 2-3 smaller studies), making the risk of true publication bias due to missing small studies unlikely. Therefore, it is possible that the small study effects I see in the standard funnel plot are actually due to methodologic strengths in these imprecise (smaller individual) studies. Overall, this analysis is inconclusive for the presence of true publication bias due to the small number of studies included.

Figure 14: Contour-enhanced plot for ever exposure data for all non-duplicate included studies.



Next, I performed the same funnel plots for the highest level of exposure, using the cumulative exposure values where available. Figure 15 shows the standard funnel plot with the Egger regression line, that was statistically significant for funnel plot asymmetry (p=0.003).

Figure 15: Standard funnel plot for highest level of exposure data for all non-duplicate included studies.



The contour-enhanced funnel plot is shown in figure 16, which has a very different interpretation as for the standard funnel plot, in this case the risk of true publication bias appears to even lower and instead the asymmetry is likely due to robust small study effect, true effects and not true publication bias (the missing of small imprecise studies). Though, for both sets of funnel plots the power is still low so the interpretation of these plots should be made with caution.

Figure 16: Contour-enhanced funnel plot for highest level of exposure data for all non-duplicate included studies.



*Risk of Bias Assessment:*

The risk of bias of the included studies is reported in tables 1, 2 and 3. Table 1 includes risk of bias assessments for case-control studies, table 2 for cohort studies and table 3 for pooled analyses. While I included 12 separate studies from our review of the peer-reviewed literature, 4 of these [2,6,32,37] overlapped either partially or fully with other studies that pooled multiple individual studies [18,21], the latter of which are pooled analyses to be assessed for risk of bias separately. Therefore, I assess 8 studies here for risk of bias. Three studies were considered at low risk of bias (>70% of items fulfilled), four studies of moderate risk of bias (between 40 and 69% of items fulfilled) and one study at a high risk of bias (under 40% of items fulfilled).

Table 1: Risk of Bias Assessment of Case-Control Studies

|  | Study [citation] |
| --- | --- |

| Risk of Bias Item | Hardell 2002 [5] | Eriksson 2008 [4] | Orsi 2009 [7] | Cocco 2013 [8] | Meloni 2021 [ |
|---|---|---|---|---|---|
| Adequate Case Definition | 1 | 1 | 1 | 1 | 0 |
| Representativeness of Cases | 1 | 1 | 1 | 1 | 0 |
| Control Selection | 1 | 1 | 0 | 0 | 0 |
| Definition of Controls | 0 | 0 | 1 | 1 | 0 |
| Controls for Other Pesticides | 1 | 1 | 0 | 0 | 0 |
| Controls for Age | 1 | 1 | 1 | 1 | 1 |
| Exposure Assessment | 0 | 0 | 0 | 0 | 0 |
| Method Consistency | 1 | 1 | 0 | 1 | 1 |
| Non-Response Rate | 0 | 1 | 1 | 0 | 0 |
| Total score | 6/9 (66.7%) | 7/9 (77.8%) | 5/9 (55.9%) | 5/9 (55.9%) | 2/9 (22.2%) |

## Table 2: Risk of bias assessment of cohort

| | Study (citation) |
|---|---|
| Risk of Bias Item | Andreotti 2018 [15] |
| Representativeness of exposed cohort | 1 |
| Selection of non-exposed cohort | 1 |
| Ascertainment of exposure | 1 |
| Demonstration that outcome of interest was not present at start of the study | 1 |
| Comparability of the cohorts | 1 |
| Assessment of outcome | 1 |
| Was follow-up long enough for outcomes to occur | 1 |
| Adequacy of follow-up | 0 |
| Total score | 8/9 (88.9%) |

## Table 3: Risk of bias assessment of pooled analyses

| | Study (citation) | |
|---|---|---|
| Risk of Bias Item | Leon 2019 [43] | Pahwa 2019 [21] |
| Locating studies for pooling | 0 | 0 |
| Selecting studies for pooling | 1 | 1 |
| Risk of bias assessment of included studies | 0 | 0 |
| Merging data for pooled analysis | 1 | 1 |
| Estimating study specific effects | 1 | 1 |
| Examining heterogeneity of effects | 1 | 1 |
| Estimating pooled effects | 1 | 1 |
| Explaining any heterogeneity between studies | 0 | 1 |
| Sensitivity analyses | 0 | 1 |
| Total score (%) | 5/9 (55.5%) | 7/9 (77.8) |

I then performed meta-regression analyses for the influence of study quality on the estimated of treatment effect of the two main analyses including all non-overlapping studies, for ever-exposed and for the highest level of exposure. Results are shown in figures 17 and 18.

Figure 17: Meta-regression exploring variation in ever-exposed meta-analytic estimate by risk of bias

```
Meta-regression                                    Number of obs  =        8
REML estimate of between-study variance            tau2           =  .07793
% residual variation due to heterogeneity          I-squared_res  =  57.61%
Proportion of between-study variance explained     Adj R-squared  = -34.10%
With Knapp-Hartung modification
```

| LogOR | exp(b) | Std. Err. | t | P>\|t\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| ROB | .9989388 | .0076326 | -0.14 | 0.894 | .9804361 | 1.017791 |
| _cons | 1.315451 | .7022091 | 0.51 | 0.626 | .3562862 | 4.856805 |

Figure 18: Meta-regression exploring variation in highest exposure meta-analytic estimate by risk of bias

```
Meta-regression                                    Number of obs  =        8
REML estimate of between-study variance            tau2           =        0
% residual variation due to heterogeneity          I-squared_res  =   0.00%
Proportion of between-study variance explained     Adj R-squared  =      .%
With Knapp-Hartung modification
```

| logOR | exp(b) | Std. Err. | t | P>\|t\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| ROB | 1.006257 | .0139762 | 0.45 | 0.669 | .9726335 | 1.041044 |
| _cons | .699824 | .6176127 | -0.40 | 0.700 | .0807507 | 6.06501 |

The meta-regression analyses both revealed that the meta-analytic treatment effect estimates for the relationship of glyphosate exposure with NHL did not change across varying levels of risk of bias of the included studies. Furthermore, I performed several

additional meta-regression analyses grouping low and moderate risk of bias and comparing this to high risk of bias studies, and again, for low risk of comparing this to moderate combined with high risk of bias finding no significant effects. Therefore, the meta-analytic effect estimates presented above are robust to varying risk of bias of the included studies.

*Grade Assessment:*

The GRADE table is shown in table 4. Across all analyses, the overall evidence, using the grade approach, is moderate. Systematic reviews of observational studies start as low evidence and can go down or up. In this case I did not rate the evidence down for any of the certainty assessments described by the GRADE working group [31] and instead increased the GRADE of evidence to moderate due to the dose-response relationship shown across the included studies and as evidenced by the increased ORs when going from ever-exposure to the highest level of exposure in days to cumulative exposure metrics. Therefore, the overall the GRADE of evidence is moderate. In the GRADE approach high GRADE evidence is typically limited to systematic reviews and meta-analyses of randomized trials only.

Table 4: G.R.A.D.E. summary table

| Certainty Assessment | | | | | | | Overall GRADE | No. of Patients |
|---|---|---|---|---|---|---|---|---|
| *Outcome Measure* | *Study Design* | *Risk of Bias* | *Inconsistency* | *Indirectness* | *Imprecision* | Publication Bias | | |
| **NHL** | All observational | none | none | none | Some but not critical | None or unlikely | moderate | 387,639 |

## 12.3 Interpretation and conclusions

To sum up: 1. The results from our main analyses suggest an increased risk of 20% to 26% for NHL in those ever exposed to Glyphosate at any point in their life. 2.

The results from our main analyses suggest an increased risk of 10% to 52% for NHL in those exposed to Glyphosate at the various highest levels of exposure definitions used in the individual studies. These findings were robust in the face of sensitivity analyses, do not appear to be influenced by publication bias and do not vary by individual study quality. Overall, there is a moderate GRADE of evidence that exposure to glyphosate increased the odds of NHL in humans in those ever exposed or most highly exposed.

Here I have completed the most up to date, largest and rigorous systematic review and meta-analysis ever completed on the question, "Does exposure to glyphosate increase the risk or not for NHL?". Overall, most meta-analyses and sensitivity analyses performed yield the same answer, which is a resounding YES. The evidence is strong that glyphosate increases the risk of NHL in those ever exposed and even a greater risk in those with the highest measured exposures. Furthermore, while some of the included studies had methodologic flaws, the risk of bias of the included studies did not have any influence on these findings, whether treated continuously or categorically. Furthermore, the risk of publication bias while possible in the case of the ever-exposure analysis is not likely for the reasons described above, and in fact the small study effects seen may have been due to other reasons than true publication bias. As noted, the power of the test for publication bias is low due to the small number of included studies used (n=8). Overall, all of these findings place high confidence in the results presented above.

My conclusions here, to reasonable degree of scientific certainty, are that the scientific evidence available from human subjects epidemiologic research points clearly to an increased risk of NHL in those ever exposed to and for high levels of exposure to

glyphosate. I have high confidence that any follow-up research on this question will yield similar findings, strengthening the evidence of a cause-and-effect relationship.

## 13. References

1. Schinasi L, Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527. doi: 10.3390/ijerph110404449. PMID: 24762670; PMCID: PMC4025008.

2. De Roos, A.J.; Zahm, S.H.; Cantor, K.P.; Weisenburger, D.D.; Holmes, F.F.; Burmeister, L.F.; Blair, A. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup. Environ. Med. 2003, 60, doi:10.1136/oem.60.9.e11.

3. De Roos, A.J.; Blair, A.; Rusiecki, J.A.; Hoppin, J.A.; Svec, M.; Dosemeci, M.; Sandler, D.P.;Alavanja, M.C. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ. Health Perspect. 2005, 113, 49–54.

4. Eriksson, M.; Hardell, L.; Carlberg, M.; Akerman, M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int. J. Cancer 2008, 123,1657–1663.

5. Hardell, L.; Eriksson, M.; Nordstrom, M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: Pooled analysis of two Swedish case-control studies. Leuk. Lymphoma 2002, 43, 1043–1049.

6. McDuffie, H.H.; Pahwa, P.; McLaughlin, J.R.; Spinelli, J.J.; Fincham, S.; Dosman, J.A.; Robson, D.; Skinnider, L.F.; Choi, N.W. Non-Hodgkin's lymphoma and

specific pesticide exposures in men: Cross-Canada study of pesticides and health. Cancer Epidemiol. Biomark. Prev. 2001, 10, 1155–1163.

7.  Orsi, L.; Delabre, L.; Monnereau, A.; Delval, P.; Berthou, C.; Fenaux, P.; Marit, G.; Soubeyran, P.; Huguet, F.; Milpied, N.; et al. Occupational exposure to pesticides and lymphoid neoplasms among men: Results of a French case-control study. Occup. Environ. Med. 2009, 66, 291–298.

8.  Cocco, P.; Satta, G.; D'Andrea, I.; Nonne, T.; Udas, G.; Zucca, M.; Mannetje, A.; Becker, N.; Sanjose, S.; Foretova, L.; et al. Lymphoma risk in livestock farmers: Results of the Epilymph study. Int. J. Cancer 2013, 132, 2613–2618.

9.  Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. J Environ Sci Health B. 2016;51(6):402-34. doi: 10.1080/03601234.2016.1142748. Epub 2016 Mar 25. PMID: 27015139; PMCID: PMC4866614.

10. Hohenadel K., Harris S.A., McLaughlin J.R., Spinelli J.J., Pahwa P., Dosman J.A., Demers P.A., Blair A. Exposure to multiple pesticides and risk of non-Hodgkin lymphoma in men from six Canadian provinces. Int. J. Environ. Res. Public Health. 2011:2320–2330.

11. Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res Rev Mutat Res. 2019 Jul-Sep;781:186-206. doi: 10.1016/j.mrrev.2019.02.001. Epub 2019 Feb 10. PMID: 31342895; PMCID: PMC6706269.

12. IARC, Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos, IARC Monographs on the Evaluation of Carcinogenic Risks to Humans vol. 112, International Agency for Research on Cancer (IARC), Lyon, France, 2015.

13. EPA, Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, EPA's Office of Pesticide Programs, United States Environmental Protection Agency, 2017, https://cfpub.epa.gov/si/si_public_file_download.cfm?p_download_id= 534487.

14. JMPR, World Health Organization: Pesticide Residues in Food-2016: Toxicological Evaluations. Joint Meeting of the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues, Geneva, Switzerland, 9-13 May 2016 World Health Organization, 2017.

15. Andreotti, S. Koutros, J.N. Hofmann, D.P. Sandler, J.H. Lubin, C.F. Lynch, C.C. Lerro, A.J. De Roos, C.G. Parks, M.C. Alavanja, D.T. Silverman, L.E. Beane Freeman, Glyphosate use and cancer incidence in the agricultural health study, J. Natl. Cancer Inst. 110 (2018) 509–516.

16. Wells, B. Shea, D. O'connell, J. Peterson, V. Welch, M. Losos, P. Tugwell, The Newcastle-Ottawa Scale (NOS) for Assessing the Quality of Nonrandomised Studies in Meta-Analyses, Ottawa Hospital Research Institute, Ottawa (ON, 2009 Available in March, (2016).

17. Donato F, Pira E, Ciocan C, Boffetta P. Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med Lav.

2020 Feb 24;111(1):63-73. doi: 10.23749/mdl.v111i1.8967. PMID: 32096774; PMCID: PMC7809965.

18. Leon ME, Schinasi LH, Lebailly P, et al: Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol 2019; 48: 1519-35.

19. Rana I, Taioli E, Zhang L. Weeding out inaccurate information on glyphosate-based herbicides and risk of non-Hodgkin lymphoma. Environ Res. 2020 Dec;191:110140. doi: 10.1016/j.envres.2020.110140. Epub 2020 Aug 29. PMID: 32871148; PMCID: PMC7889289.

20. Kabat GC, Price WJ, Tarone RE. On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans. Cancer Causes Control. 2021 Apr;32(4):409-414. doi: 10.1007/s10552-020-01387-w. Epub 2021 Jan 15. PMID: 33447891.

21. Pahwa M, Beane Freeman LE, Spinelli JJ, Blair A, McLaughlin JR, Zahm SH, Cantor KP, Weisenburger DD, Punam Pahwa PP, Dosman JA, Demers PA, Harris SA. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health. 2019 Nov 1;45(6):600-609. doi: 10.5271/sjweh.3830. Epub 2019 Jun 27. PMID: 31246262.

22. Higgins JPT, Green S. (editors). Cochrane handbook for systematic review od interventions. Version 5.1.0 [updated March 2011]. The Cochrane collaboration, 2011.

23. Stroup DF, Berlin JA, Morton SC, Olkin I, Williamson GD, Rennie D, Moher D, Becker BJ, Sipe TA, Thacker SB. Meta-analysis of observational studies in epidemiology: a proposal for reporting. Meta-analysis Of Observational Studies in Epidemiology (MOOSE) group. JAMA. 2000 Apr 19;283(15):2008-12. doi: 10.1001/jama.283.15.2008. PMID: 10789670.

24. Brooke BS, Schwartz TA, Pawlik TM. MOOSE Reporting Guidelines for Meta-analyses of Observational Studies. *JAMA Surg.* 2021;156(8):787–788. doi:10.1001/jamasurg.2021.0522

25. Wells, B. Shea, D. O'connell, J. Peterson, V. Welch, M. Losos, P. Tugwell, The Newcastle-Ottawa Scale (NOS) for Assessing the Quality of Nonrandomised Studies in Meta-Analyses, Ottawa Hospital Research Institute, Ottawa (ON, 2009). Available in March, (2016).

26. Yusuf S, Peto R, Lewis J, Colins R, Sleight P. Beta blockade during and after myocardial infarction:an overview of randomized trials. *Progress in Cardiovascular Disease.* 1985; 27:335-371.

27. Borenstein M, Hedges LV, Higgins JPT, Rothstein HR. *Introduction to Meta-Analysis.* NewJersey: John Wiley and Sons, 2009.

28. Higgins JPT, Thompson SG. Quantifying heterogeneity in a meta-analysis. *Statist Med.* 2002;21:1539-1558.

29. Light RJ, Pillemer DB. *Summing Up: The Science of Reviewing Research.* Cambridge, MA: HarvardUniversity Press, 1984.

30. Peters JL, Sutton AJ, Jones DR, Abrams KR, Rushton L. Contour-enhanced meta-analysis funnel plots help distinguish publication bias from other causes of

asymmetry. J Clin Epidemiol. 2008 Oct;61(10):991-6. doi: 10.1016/j.jclinepi.2007.11.010. Epub 2008 Jun 6. PMID: 18538991.

31. Gordon Guyatt: Users' Guide to the Medical Literature: A Manual for Evidence-Based Clinical Practice, 3rd ed. ISBN-13: 978-0071790710, 860 pages.

32. Cantor KP, Blair A, Everett G, Gibson R, Burmeister LF, Brown LM, Schuman L, Dick FR. Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. Cancer Res. 1992 May 1;52(9):2447-55. PMID: 1568215.

33. Hardell, L., & Eriksson, M. (1999). A case-control study of non-Hodgkin lymphoma and exposure topesticides. *Cancer, 85*(6), 1353-1360.

34. Nordstrom, M., Hardell, L., Magnuson, A., Hagberg, H., & Rask-Andersen, A. (1998). Occupational exposures, animal exposure and smoking as risk factors for hairy cell leukaemia evaluated in acase-control study. *Br J Cancer, 77*(11), 2048-2052.

35. Zahm, S. H., Weisenburger, D. D., Babbitt, P. A., Saal, R. C., Vaught, J. B., Cantor, K. P., & Blair, A.(1990). A case-control study of non-Hodgkin's lymphoma and the herbicide 2, 4- dichlorophenoxyacetic acid (2, 4-D) in eastern Nebraska. *Epidemiology*, 349-356.

36. Hoar, S. K., Blair, A., Holmes, F. F., Boysen, C. D., Robel, R. J., Hoover, R., & Fraumeni, J. F. (1986).Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma. *JAMA, 256*(9), 1141- 1147.

37. Lee, W. J., Cantor, K. P., Berzofsky, J. A., Zahm, S. H., & Blair, A. (2004). Non-Hodgkin's lymphomaamong asthmatics exposed to pesticides. *Int J Cancer, 111*(2), 298-302. doi:10.1002/ijc.20273

38. Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M, 't Mannetje AM, Becker N, Benavente Y, de Sanjosé S, Foretova L, Staines A, Maynadié M, Nieters A, Brennan P, Miligi L, Ennas MG, Boffetta P. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. Occup Environ Med. 2013 Feb;70(2):91-8. doi: 10.1136/oemed-2012-100845. Epub 2012 Nov 1. PMID: 23117219.

39. Sheppard L, Shaffer RM. Re: Glyphosate use and cancer incidence in the agricultural health study. J Natl Cancer Inst. 209;111(2).

40. Leveque-Morlais N, Tual S, Clin B, Adjemian A, Baldi I, Lebailly P. The AGRIculture and CANcer (AGRICAN) cohort study: enrollment and causes of death for the 2005–2009 period. Int Arch Occup Environ Health 2015;88:61–73.

41. Kristensen P, Andersen A, Irgens LM, Laake P, Bye AS. Incidence and risk factors of cancer among men and women in Norwegian agriculture. Scand J Work Environ Health 1996;22:14–26.

42. Alavanja MC, Sandler DP, McMaster SB et al. The agricultural health study. Environ Health Perspect 1996;104:362–69.

43. Leon ME, Beane Freeman LE, Douwes J et al. AGRICOH: a consortium of agricultural cohorts. Int J Environ Res Public Health 2011;8:1341–57.

44. Brouwer M, Schinasi L, Beane Freeman LE et al. Assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium. Occup Environ Med 2016;73:359–67.

45. Meloni F, Satta G, Padoan M, Montagna A, Pilia I, Argiolas A, Piro S, Magnani C, Gambelunghe A, Muzi G, Ferri GM, Vimercati L, Zanotti R, Scarpa A, Zucca M, De Matteis S, Campagna M, Miligi L, Cocco P. Occupational exposure to glyphosate and risk of lymphoma:results of an Italian multicenter case-control study. Environ Health. 2021 Apr 28;20(1):49. doi: 10.1186/s12940-021-00729-8. PMID: 33910586; PMCID: PMC8082925.

46. Shea BJ, Reeves BC, Wells G, Thuku M, Hamel C, Moran J, Moher D, Tugwell P, Welch V, Kristjansson E, Henry DA. AMSTAR 2: a critical appraisal tool for systematic reviews that include randomised or non-randomised studies of healthcare interventions, or both. BMJ. 2017 Sep 21;358:j4008. doi: 10.1136/bmj.j4008. PMID: 28935701; PMCID: PMC5833365.

47. Friedenreich CM. Methods for pooled analyses of epidemiologic studies. Epidemiology. 1993 Jul;4(4):295-302. doi: 10.1097/00001648-199307000-00004. PMID: 8347739.

Joel J Gagnier ND, MSc, PhD

May 24, 2022