# EXHIBIT D

Joel Joseph Gagnier



## Education and Training

| | |
|---|---|
| 7/2009-<br>8/2010 | University of Michigan, Ann Arbor, MI, USA<br>Department of Epidemiology, School of Public Health<br>Post-Doctoral Fellow<br>Supervisor: Hal Morgenstern |
| 9/2005-<br>2010 | University of Toronto, Toronto, ON<br>Institute of Medical Science, Faculty of Medicine<br>Degree: Doctorate of Philosophy, Medical Science / Clinical Epidemiology &<br>Biostatistics, 4/9/2010<br>Supervisor: Claire Bombardier |
| 2001-<br>2005 | University of Toronto, Toronto, ON<br>Department of Health Policy, Management and Evaluation, Faculty of Medicine<br>Degree: Master's of Science, Clinical Epidemiology and Health-Care Research,<br>5/15/2005<br>Supervisor: Claire Bombardier |
| 2000 | Harvard University, Dept of Continuing Medical Education<br>Certificate: Clinical Training in Mind Body Medicine, 2000 |
| 1997-<br>2001 | Canadian College Of Naturopathic Medicine (CCNM), Toronto, ON<br>Doctor of Naturopathic Medicine (ND), 2001 |
| 1993-<br>1996 | University Of Windsor<br>Degree: Bachelor of Arts (General) equivalent, 1997<br>Concentration: Religious Studies and Philosophy |
| 1991-<br>1996 | University Of Windsor<br>Degree: Bachelor of Arts (Honors with Thesis), 1996<br>Concentration: Clinical Psychology<br>Supervisor: Neil Holland |

## Certification and Licensure

| | |
|---|---|
| 10/2001-<br>Present | Naturopathic Doctor, Ontario,<br>College of Naturopaths Ontario<br>License #: 1003 |

## Academic and Clinical Appointments

Academic Appointments

| | |
|---|---|
| 4/2013- | Director, Laboratory for Clinical Epidemiology and Research in Orthopaedic Surgery (CEROS), University of Michigan, Ann Arbor, Michigan, USA. |
| 10/2010-Present | Assistant Professor, Department of Epidemiology, School of Public Health, University of Michigan, Ann Arbor, Michigan, USA |
| 9/2010-Present | Assistant Professor, Department of Orthopaedic Surgery, University of Michigan, Ann Arbor, Michigan, USA |
| 7/2010-Present | Instructor, Graduate Summer Session in Epidemiology, University of Michigan, Department of Epidemiology, School of Public Health, Ann Arbor, Michigan, USA |
| 8/2009-12/2009 | Research Associate, Institute of Clinical and Evaluative Sciences, Clinical Epidemiology, Sunnybrook & Health Sciences Centre, Toronto, Ontario, CAN |
| 9/2002-8/2004 | Assistant Professor, Canadian College of Naturopathic Medicine, Toronto, Aug Ontario, CAN |
| 4/2001-9/2002 | Research Scholar, Canadian College of Naturopathic Medicine, Toronto, Ontario, CAN |
| 9/1994-2/1997 | Research Assistant, University of Windsor, Department of Psychology, Windsor, Ontario, CAN |

Clinical Appointments

| | |
|---|---|
| 1/2009 9/2010 | Absolute Chiropractic and Wellness Centre, Windsor, ON, CAN Private Practice, Naturopathic Doctor |
| 12/2006-1/2009 | Nguyen Chiropractic and Rehabilitation Centre, Windsor, ON, CAN Private Practice, Naturopathic Doctor |
| 11/2004-12/2006 | Ottawa Street Medical Centre, Windsor, ON, CAN Private Practice, Naturopathic Doctor |
| 11/2001-11/2004 | Provincial Medical Centre, Windsor, ON, CAN Private Practice, Naturopathic Doctor |
| 9/1998-5/2001 | Canadian College of Naturopathic Medicine Robert Schad Naturopathic Clinic Clinical Internship |

**Research Interests**

Clinical epidemiology, clinical research methods, evidence-based medicine, biostatistics, psychometrics, clinimetrics, orthopaedics, musculoskeletal conditions, primary care medicine, complementary and alternative medicine, clinical nutrition

**Grants**

<u>Active</u>

Sponsor: Patient Centered Outcomes Research Institute
Title: Development of a core outcome set for clinical trials in shoulder disorders
PI: Joel Gagnier
Amount: $230,826.00 (USD)

Sponsor: The PhRMA Foundation (July 2015 – June 2016)
Title: Establishing a minimal important difference for the PROMIS Physical Function Upper Extremity CAT instrument in patients with rotator cuff disease
PI: Joel Gagnier
Amount: $100,000.00

Sponsor: Mark Cuban Foundation
Title: Evaluation of Recombinant Growth Hormone Therapy to Prevent Muscle Atrophy in Patients with Anterior Cruciate Ligament Tears (June 2015 – May 2017)
PI: Chris Medias
Role: Co-investigator
Amount: $796,994.00 (USD)

Sponsor: Department of Orthopaedic Surgery, University of Michigan
Title: Minimally important difference for the PROMIS Physical Function CAT instrument in patients with rotator cuff disease (May 2015 – Present)
PI: Joel Gagnier
Amount: $15,000.00 (USD)

Sponsor: The National institutes of Health
Title: Bone Robustness as a Biomarker of Skeletal Aging and Fragility
PI: Karl Jepsen
Role: Co-investigator
Amount: $2,056,841.00 (USD)

Sponsor: Department of Orthopaedic Surgery, University of Michigan
Title: Minimally important differences for the WORC and ASES in shoulder patients (September 2014 – Present)
PI: Joel Gagnier
Amount: $25,000.00 (USD)

Sponsor: CIHR, Operating Grant
Title: A Multi-Centre 2x2 Factorial Randomized Trial Comparing Sliding Hip Screws versus Cancellous Screws AND Vitamin D versus Placebo on Patient Important Complications and Quality of Life in the Treatment of Young Adult (Ages 18-60) Femoral Neck Fractures (FAITH-2)
PI: Gerard Slobogean
Role: Site PI
Amount: 1st year $133,004.00 (CDN)

Sponsor: American Orthopaedic Society for Sports Medicine
Title: Changes in Biomarkers of Cartilage Degeneration and Inflammation Following Arthroscopic Decompression of Femoacetabular Impingement (June 2012 – June 2014)
PI: Asheesh Bedi
Role: Co-investigator
Amount: $50,000.00 (USD)

Sponsor: Blue Cross Blue Shield Michigan (December 2012 – June 2015)
Title: Development and implementation of a safety checklist for patient hand-offs
PI: Joel Gagnier
Amount: $80,500.00 (USD)

Sponsor: Department of Orthopaedic Surgery, University of Michigan
Title: A predictive model for skeletal fractures (May 2012 – present)
PI: Karl Jepsen
Role: Co-investigator
Amount: $15,000.00 (USD)

Sponsor: Mr. Kenneth Eisenberg
Title: Clinical Research in Rotator Cuff Disease (May 2012 – June 2015)
PI: Joel Gagnier & Bruce Miller
Amount: $150,000.00 (USD)

Completed

Sponsor: M-Cubed, University of Michigan
Title: Core outcome measures for rotator cuff disorders
PI: Joel Gagnier
Amount: $60,000.00 (USD)

Sponsor: Department of Orthopaedic Surgery, University of Michigan
Title: A Chart Review of Adverse Events in Orthopaedic Surgery Patients (May 2011 – Present)
PI: Joel Gagnier
Amount: $15,000.00 (USD)

Sponsor: Office of the Vice-President Research, University of Michigan (June 2012 – June 2013)
Title: Development of case-report guidelines: the C.A.R.E. initiative.

PI: Joel Gagnier
Amount: $2,500.00 (USD)

Sponsor: Department of Orthopaedic Surgery, University of Michigan
Title: Consensus based development of case reporting guidelines (June 2012 – June 2013)
PI: Joel Gagnier
Amount: $15,000.00 (USD)

Sponsor: Department of Orthopaedic Surgery, University of Michigan
Title: Scoping reviews in orthopaedic surgery: Randomized controlled trials (RCT) in Knee, hip
and shoulder conditions and methodological studies (May 2011 – May 2013)
PI: Joel Gagnier
Amount: $50,000.00 (USD)

Sponsor: National Institutes of Health
Title: Development of guidelines for investigating heterogeneity in systematic reviews (Sep 2010
– December 2012)
PI: Joel Gagnier
Amount: $424,875.00 (USD)
Role: Primary Investigator

Sponsor: Ontario Research Fund's Research Excellence program
Title: New Technologies for Ginseng Agriculture and Product Development (2008-2012).
PI: Ed Lui
Role: Co-investigator
Amount: $6,927,640.00 (CAD)

Sponsor: The Bone & Joint Injury Prevention & Rehabilitation Centre, University of Michigan
Title: A systematic review of interventions designed to prevent anterior cruciate ligament (ACL)
injuries in adolescents and adults (2009-2010)
PI: Hal Morgenstern
Role: Co-investigator
Amount: $35,000.00 (USD)

Sponsor: Agency for Health-Care Research and Quality (AHRQ)
Title: Complementary and Alternative Therapies for Back Pain II (2009-2010)
PI: David Moher
Role: Co-investigator
Amount: $249,905.10 (USD)

Sponsor: Agency for Health-Care Research and Quality (AHRQ)
Title: Complementary and Alternative Medicine in Back Pain Utilization Report: I (2008)
PI: Lina Santaguida
Role: Co- investigator
Amount: $195,690.00 (USD)

Sponsor: Clinical Research Division, Canadian Institutes of Health Research
Title: Focused Consultation: Development of reporting guidelines for randomized controlled trials of botanical medicines (2003-2004).
PI: Joel Gagnier and Claire Bombardier
Role: Co-Primary Investigator
Amount: $57,315.00 (CAD)

Sponsor: Institute of health services and policy research, Canadian Institutes of Health Research
Title: Focused Consultation: Development of reporting guidelines for randomized controlled trials of botanical medicines (2003)
PI: Joel Gagnier and Claire Bombardier
Role: Co-Primary Investigator
Amount: $5000.00

Sponsor: Ontario Chiropractic Association
Title: Randomized Placebo-controlled clinical trial of chiropractic treatment and White Willow bark: A natural product treatment of low back pain in adults (2002)
PI: Kim Humphreys
Role: Co-investigator
Amount: $90,298.00 (CAD)

Sponsor: ESSIAC Corporation Canada.
Title: Attitudes and experiences of Canadians taking Essiac for the treatment of cancer (2002).
PI: Edward J. Mills
Role: Co-investigator
Amount: $139,201.00 (CAD)

Sponsor: Ontario HIV treatment Network.
Title: Determining if ingestion of Silybum Marianum (Milk Thistle) influences the metabolization of indinavir in Healthy subjects: a randomized controlled Phase I study (2002)
PI: Edward Mills
Role: Co-investigator (CAD)
Amount: $100,000.00

**Honors and Awards**

| | |
|---|---|
| 6/2015 | International Society of Arthroscopy, Knee Surgery and Orthopaedic Sports Medicine, June 2015<br>*Caspari Award* (best upper extremity paper), 2nd place<br>Value: $1500.00 |
| 7/2009<br>7/2011 | Canadian Institute of Health Research<br>Clinical Research Priority<br>*Post-Doctoral Fellowship*<br>Value: $180,000.00 |

| 12/2008 | University of Toronto |
|---|---|
| | *Open Fellowship* |
| | Value: $3000.00 |

| 5/2005-4/2008 | Canadian Institute of Health Research and the Natural Health Products Directorate |
|---|---|
| | *Postgraduate Fellowship* |
| | Value: $165,000.00 |

| 5/2001-4/2005 | Canadian Institute of Health Research and the Office of Natural Health Products |
|---|---|
| | *Postgraduate Fellowship* |
| | Value: $162,667.00 |

| 7/2001 | Heel Inc. Bursary |
|---|---|
| | *Research paper submitted*, *First place* |
| | Value: $700.00 |

| 11/1999-2000 | Canadian National Government |
|---|---|
| | *Millennium Scholarship* |
| | Value: $400.00 |

| 9/1999 | EHN Inc |
|---|---|
| | *Potential in Research Scholarship* |
| | Value: $2500.00 |

| 9/1999 | CCNM Bursary |
|---|---|
| | *Excellence in Research* |
| | Value: $1500.00 |

| 9/1996-1998 | Essex County Real-Estate Board |
|---|---|
| | *Academic Bursary* |
| | Value: $1000.00/annum |

## Memberships in Professional Societies

| 6/2015-Present | Orthopaedic Research Society, Clinical Research Committee |
|---|---|
| | *Member* |

| 4/2015-Present | American Society of Professionals in Patient Safety |
|---|---|
| | *Member* |

| 10/2011-Present | Complementary Medicine Field, Cochrane Collaboration |
|---|---|
| | *Board Member* |

| 11/2010-Present | American Academy of Orthopaedic Surgeons |
|---|---|
| | *Member* |

| 11/2010-<br>Present | American Orthopaedic Society for Sports Medicine<br>*Member* |
|---|---|
| 11/2010-<br>Present | Orthopaedic Research Society<br>*Member* |
| 10/2008-<br>Present | Cochrane Bias Methods Group<br>*Member* |
| 5/2003-<br>Present | CONSORT (Consolidated Standards of Reporting Trials) Group<br>*Member* |
| 6/2003-<br>6/2006 | ESCORT (Evidence surrounding CONSORT on reporting of trials)<br>*Member* |
| 5/2002-<br>Present | Cochrane Back Review Group<br>*Member* |
| 5/2002-<br>Present | World Association of Medical Editors (WAME)<br>*Member* |
| 9/1998-<br>2001 | Canadian College of Naturopathic Medicine<br>*CCNM Research Committee, Student Representative* |
| 9/1997-<br>2001 | Canadian College of Naturopathic Medicine<br>*Student Research Committee, founder and student representative* |
| 9/1997-<br>Present | Ontario Association of Naturopathic Doctors<br>*Member* |
| 9/1997-<br>Present | Canadian Association of Naturopathic Doctors<br>*Member* |
| 9/1995-<br>5/1996 | University of Windsor, Psychology Department<br>*Undergraduate Studies Committee, Representative* |

## Editorial Positions, Boards, and Peer-Review Service

<u>Academic Editor</u>: Public Library of Science (PLOS) – One (2006 to present)

<u>Methodology Editor:</u> Global Advances in Health and Medicine (2012 to present)

<u>Clinical Editor</u>: British Medical Journal: Clinical Evidence, 2008.

<u>Editorial Board Member</u>: Sports Medicine - Open (2014 to present), Clinical Trials (2012 to present), Global Advances in Health and Medicine (2012 to present), World Journal Of Orthopaedics (2010 to present), Evidence-Based Complementary Medicine (2010 to present), International Journal of Applied Research in Natural Products (2006 to present), Alternative Therapies in Health and Medicine (2004 to 2008), Explore: The journal of science and healing (2004 to 2011).

<u>Peer-Reviewer for Journals</u>: The Journal of Rheumatology (2014 to present), Journal of Orthopaedic Research (2014 to present), American Journal of Sports Medicine (2014 to present), Clinical Trials (2013-present), Annals of Surgery (2012 to present), Cochrane Collaboration Musculoskeletal Group (2012 to present), British Medical Journal (2010 to present), Journal of Bone and Joint Surgery (2011 to present), BMC Medicine (2011 to present), QJM: An international Journal of Medicine (2008 to present), European Heart Journal (2005 to present), Trials (2009 to present), Current Medical Research and Opinion (2008 to present), Headache (2003 to present), BMC Medical Research Methodology (2004 to present), Anemia guidelines for family practice, 2nd edition (2007), Journal of Clinical Epidemiology (2004 to present), Cochrane Collaboration Back Review Group (2003 to present), Annals of Internal Medicine (2006 to present), Canadian Medical Association Journal (2005 to present), Clinical Nutrition (2002 to present), Cephalalgia (2001 to present), British Journal of Clinical Pharmacology (2006 to present)

<u>Peer-Reviewer for Granting Agencies</u>: National Institutes of Health – Early Career Reviewer Program (2013 to present), Agency for Health Research and Quality (2012 to present), Food and Health Bureau, The People's Republic of China (2009 to present); Canadian Institutes of Health Research, Randomized Controlled Trials Unit (2004 to present), The Hospital for Sick Children Foundation, National Grants Program (2004 to present); Natural Health Products Directorate, Health Canada (2003 to present).

<u>Other Editing/Peer-Reviewing</u>: McMaster Online Rating of Evidence (2004 to present).

**Teaching**

<u>Didactic Courses</u>

Measurement of patient reported outcomes in clinical research (2016 to present). Graduate Summer Session in Epidemiology, Department of Epidemiology, School of Public Health, University of Michigan, Ann Arbor, MI, USA.

Systematic Reviews and Meta-analyses (2014 to present), Clinical Epidemiology Program, School of Public Health, King Saud University, Riyadh, Kingdom of Saudi Arabia.

Clinical Research I and II (2013-present), Research 101, Department of Orthopaedic Surgery, University of Michigan, Ann Arbor, MI, USA

Advanced Systematic Reviews and Meta-Analyses (2013), Epid 759, Graduate Summer Session in Epidemiology, Department of Epidemiology, School of Public Health, University of Michigan, Ann Arbor, MI, USA

Research Design, Statistical Methods, Critical Appraisal (2011 to present), Orthopaedic Basic Science Lectures, Department of Orthopaedic Surgery, University of Michigan, Ann Arbor, MI, USA

An Introduction to Systematic Reviews and Meta-Analyses (2010 to present), Epid 757, 45th Graduate Summer Session in Epidemiology, Department of Epidemiology, School of Public Health, University of Michigan, Ann Arbor, MI, USA

Introduction to systematic reviews and meta-analyses (2010 to present), Epidemiology, Health Services and Policy, Epid 626, Department of Epidemiology, School of Public Health, University of Michigan

An Introduction to Traditional Chinese Medicine (2008 to present), Department of English, St. Clair College, Windsor, ON

Pharmacology & Toxicology of Naturally Sourced Medicines (2007 to 2013), Department of Pharmacology, University Of Western Ontario, London, ON
          a. Efficacy Assessment: Standards of Evidence
          b. Jamieson Laboratories Ltd and NHP Industry

Principles of Research (2013 to 2015), Naturopathic Doctor Bridge Program, Canadian College of Naturopathic Medicine, Toronto, ON, CAN

Introduction to Clinical Epidemiology: Critical Appraisal and Biostatistics (2003-2005), Naturopathic Doctor Program, Canadian College of Naturopathic Medicine, Toronto, ON, CAN

Physical and Clinical Diagnosis (2003-2005), Naturopathic Doctor Program, Canadian College of Naturopathic Medicine, Toronto, ON, CAN

History, Philosophy and Principles of Medicine (2002-2004), Naturopathic Doctor Program, Canadian College of Naturopathic Medicine, Toronto, ON, CAN

Issues in Counseling (2002-2003), Naturopathic Doctor Program, Canadian College of Naturopathic Medicine, Toronto, ON, CAN

<u>Intramural Lectures</u>

Gagnier JJ, DeRosier J, Bagian J. Development, Implementation and Evaluation of a Patient Handoff Tool in Orthopaedics. December 2014. Clinical Research Series in Musculoskeletal Medicine

Robbins C, Gagnier JJ. Surgical versus nonsurgical interventions for rotator cuff tears: A cohort study. September 2014. MedSport Grand Rounds.

Huang H, Gagnier JJ. Psychometric properties of patient reported outcome measures for rotator cuff disease. April 2014. Clinical Research Series in Musculoskeletal Medicine

Robbins C, Gagnier JJ. Surgical versus nonsurgical interventions for rotator cuff tears: A cohort study. March 2014. Clinical Research Series in Musculoskeletal Medicine

Oltean H. Gagnier JJ.  Surgical versus nonsurgical interventions for rotator cuff tears: A cohort study. December 2012. Clinical Research Series in Musculoskeletal Medicine

"A Chart Review of Adverse Events Following Orthopaedic Procedures", April 12, 2012, Grand Rounds, Department of Orthopaedic Surgery, University of Michigan, Ann Arbor, MI, USA

"A Chart Review of Adverse Events Following Orthopaedic Procedures", April 10, 2012, Lunch Seminar, Orthopaedic Research Laboratories, Department of Orthopaedic Surgery, University of Michigan, Ann Arbor, MI, USA

"Systematic Reviews and Meta-Analyses", SI 653 / HMP 670, April 5th 2012 Evidence Based Health Information, School of Information, University of Michigan, Ann Arbor, MI, USA

"Systematic Reviews and Meta-Analyses" (Winter 2010), Epidemiology, Health Services and Policy, Department of Epidemiology, School of Public Health, University of Michigan, Ann Arbor, MI, USA

"An Introduction to Systematic Reviews and Meta-Analyses" (2010), Emerging Scholars Interdisciplinary Network, Summer Fellowship Program in Applied Multi-Ethnic Research at the Inter-University Consortium for Political & Social Research, University of Michigan, Ann Arbor, MI, USA

"A Systematic Review and Meta-Analysis of Interventions for the Prevention of Anterior Cruciate Ligament Injuries", Research Rounds, Department of Orthopaedic Surgery, University of Michigan, Ann Arbor, MI, USA

<u>Graduate Student / Resident Supervision</u>

| | |
|---|---|
| 2015 | Marc Zughaib, Mark Morris |
| 2013-2014 | Jacob Williams, Megan Mullins, Chris Kweon |
| 2013 | James Cowan and Ryan Mlynarek "Methodological quality of observational studies of total knee and total hip arthroplasty" |
| 2012 | Jeffery Wilde, Orthopaedic Surgery |
| 2011- | John Grant, Research Fellow, Orthopaedic Surgery |

2012            "Psychometric properties of outcome measures for rotator cuff related
                pathologies: A systematic review."
                Role: Co-supervisor

2011            Laurence Briski, 2nd year Medicine, Summer Research
                "A Systematic Review of Post-Operative Rehabilitation Efforts Designed to
                Prevent Recurrence of Shoulder Injuries in Adolescents and Adults"
                Role: Primary supervisor

2011            Mark Seeley, Ramesh Srinivasan, Resident, Orthopaedic Surgery
                "Childhood obesity (body mass index > 95th percentile) as a risk factor for
                fracture severity and complexity in pediatric patients with supracondylar humerus
                fractures"
                Role: Co-investigator

2010-           John Grant, Resident, Orthopaedic Surgery
2011            "Ability of Pre-Season Body Composition and Physical Fitness to Predict the
                Risk of Injury in Male Collegiate Hockey Players"
                Role: Co-investigator

2010-           Mustafa Gomberawalla, Resident, Orthopaedic Surgery
2011            "Systematic Review of treatment options for displaced proximal humerus
                fractures"
                Role: Primary supervisor

Graduate Student / Resident Co-supervision and consultations

2015    Chris Kweon MD, Alex Weber MD, James Cowan MD, Linnea Welton MD, Mark
        Morris MD, Ryan Mlynarek MD, Jacob Kirsch MD, Jared Thomas MD, Benjamin Snider
        MD, Nick Schroeder MD

2014    Chris Kweon MD, Alex Weber MD, James Cowan MD, Linnea Welton MD, Mark
        Morris MD, Ryan Mlynarek MD, Jacob Kirsch MD, Jared Thomas MD, Benjamin Snider
        MD, Nick Schroeder MD

2013    Chris Kweon MD, Micheal Knesek MD, Jermanual Landfair MD, Mark Seeley MD,
        Alex Weber MD, Joseph Ward MD

2012    Michael Knesek MD, Joseph Maratt MD

2011    David Ruta MD, Joseph Maratt MD, Osamu Yanifuji MD, Mark Seeley MD, Benjamin
        Snider, Joshua Murphy MD, Ashley Bower, Chris Walsh MD, Ramesh Srinivasan MD

2010    Mark Seeley MD, Benjamin Snider, Joshua Murphy MD, Ashley Bower, Chris Walsh
        MD, Selina Silva PhD

## Visiting Professorships

9/2008-        Guest lecturer, St Clair College, Windsor, ON, CAN

9/2007-        Guest lecturer, University of Western Ontario, Department of Physiology,
Present        Pharmacology and Toxicology, London, ON, CAN

9/2004-        Guest Lecturer, Canadian College of Naturopathic Medicine, Toronto, ON,
Present        CAN

## Seminars and Extramural Invited Presentations

03/2016        American Association of Orthopaedic Surgeons Annual Meeting, Orlando,
Florida

Taylor A, Gagnier JJ, Robbins C, Miller C. Do Statin Medications Affect Clinical
Outcomes in Patients with Rotator Cuff Tears? Podium Presentation.

Li X, Cusano A, Gagnier J, Sing D, Eichinger J, Jawa A, Bedi A. Insurance status
affects postoperative morbidity and complication rate after shoulder arthroplasty.
Podium Presentation.

Marratt J, Gagnier J, Urquhart A, Butler P, Roberts K, Hallstrom B. Direct
anterior approach does not reduce dislocation risk. Podium Presentation.

Kirsch J, Nathani A, Bedi A, Gagnier J, Robbins C, Miller B. Is there an
association between the "Critical Shoulder Angle" and clinical outcome after
Rotator Cuff Repair? Poster Presentation.

11/2015        American Association of Hip and Knee Surgeons, Dallas, TX

Maratt J, Gagnier JJ, Butler P, Urquhart A, Roberts K, Hallstrom B. Direct
anterior approach does not reduce dislocation risk. Oral Presentation.

10/2015        Cochrane Collaboration 23rd Annual Colloquium, Vienna, Austria

Gagnier JJ, Beyene J. A network meta-analysis of randomized controlled trials of
interventions for the treatment of rotator cuff tears. Poster

Gagnier JJ, Mullins M, Huang W. Patient Reported outcome questionnaires for
total knee arthroplasty: A systematic review of psychometric properties and
methodological quality. Poster.

Gagnier JJ, Huang W, Mullins M. Patient Reported outcome questionnaires for
total hip arthroplasty: A systematic review of psychometric properties and
methodological quality. Poster.

09/2015     54th Annual Meeting, Carl E. Badgley Lectureship, Ann Arbor, Michigan

Miller B, Bedi A, Miller J, Robbins C, Gagnier JJ. Outcomes in rotator cuff disease. Oral Presentation.

Robbins C, Carpenter JE, Bedi A, Gagnier JJ, Miller BS. Factors related to improved quality of life in operative and non-operative RCT patients. Poster

Kirsch J, Nathani A, Robbins CB, Gagnier JJ, Bedi A, Miller BS. Is there an association between the "Critical Shoulder Angle" and clinical outcome after Rotator Cuff Repair? Poster

Sibilsky Enselman ER, Ross JR, Larson CM, Kelly BT, Mendias CL, Gagnier JJ, Bedi A. An assessment of serum biomarkers, strength, and dynamic stability after arthroscopic surgery for symptomatic femoroacetabular impingement. Poster

07/2015     American Orthopaedic Society of Sports Medicine, Annual Scientific Meeting, Orlando, FL

Gagnier JJ, Miller BS, Bedi A, Carpenter J, Robbins C. Factors related to improved quality of life for patients with operative and non-operative rotator cuff tears. Poster

06/2015     Michigan Orthopaedic Society Annual Scientific Meeting, Mackinac Island.

Gagnier, JJ, Derosier J, Bagian J. Development, Implementation and Evaluation of a Handoff Tool for Use in Orthopaedics. Oral Presentation

06/2015     International Society of Arthroscopy, Knee Surgery and Orthopaedic Sports Medicine, June 2015

Miller BS, Landfair G, Gagnier JJ, Robbons C, Carpenter J, Bedi A. Does smoking affect treatment allocation and outcomes in patients with rotator cuff tears? Oral Presentation

Gagnier JJ, Miller BS, Carpenter JE, Bedi A, Robbins C. Minimally Important Differences In The WORC and ASES In Patients Treated Surgically Or Non-surgically For Full Thickness Rotator Cuff Tears. Poster.

Gagnier JJ, Miller BS, Bedi A, Carpenter J, Robbins C. Factors related to improved quality of life for patients with operative and non-operative rotator cuff tears. Poster

03/2015     American Academy of Health Behavior Meeting, San Antonio, TX, 2015

Robbins C, Gagnier JJ, Torabi M. Clinical and psychological factors that influence resilience among older disabled Vietnam war veterans. Poster.

03/2015      American Association of Orthopaedic Surgeons Annual Meeting, Las Vegas, NV, 2015

Gagnier JJ. Patient reported outcome measures for rotator cuff disease, total knee and total hip arthroplasty: An evaluation of measurement properties. Invited oral presentation

Welton KL, Gagnier JJ, Urquhart AG. Orthopaedic Surgery Arthroplasty Clinics See Larger Proportion of Obese Patients. Poster.

Knesek M, Gagnier JJ. Patterns of Strain and the Determination of the Safe Arc of Motion after Subscapularis Repair. Oral presentation.

Landfair G, Gagnier JJ, Robbins C, Miller B. Does Smoking Affect Treatment Allocation and Outcomes in Patients with Rotator Cuff Tears? Oral presentation.

Gagnier JJ, Miller BS, Carpenter JE, Bedi A, Robbins C. Minimally Important Differences In The WORC and ASES In Patients Treated Surgically Or Non-surgically For Full Thickness Rotator Cuff Tears. Poster.

Cowan J, Mlynarek R, Gagnier JJ. Evaluation of lower limb arthroplasty observational studies using the AQUILA checklist. Poster.

Li Y, Gagnier JJ. Femoroacetabular Impingement in Asymptomatic Adolescents: At What Age Do CAM and Pincer Deformities First Appear? Oral presentation.

03/2015      Orthopaedic Research Society, Annual Meeting, Las Vegas, NV, 2015

Gagnier JJ. Patient reported outcome measures for rotator cuff disease, total knee and total hip arthroplasty: An evaluation of measurement properties. Invited oral presentation.

Gagnier JJ, Miller BS, Carpenter JE, Bedi A, Robbins C. Factors related to quality of life in operative and non-operative rotator cuff patients. Poster

Gagnier JJ, Miller BS, Carpenter JE, Bedi A, Robbins C. Minimally Important Differences In The WORC and ASES In Patients Treated Surgically Or Non-surgically For Full Thickness Rotator Cuff Tears. Oral presentation.

Mullins M, Huang W, Gagnier JJ. Patient Reported outcome questionnaires for total knee arthroplasty: A systematic review of psychometric properties and methodological quality. Poster.

Huang W, Mullins M, Gagnier JJ. Patient Reported outcome questionnaires for total hip arthroplasty: A systematic review of psychometric properties and methodological quality. Poster.

10/2014     2014 Epid Internship Poster Session, Department of Epidemiology, School of Public Health, University of Michigan, Ann Arbor, MI,

Mullins M, Huang H, **Gagnier JJ.** Patient Reported Outcome Questionnaires for Total Knee Arthroplasty: A Systematic Review of Psychometric Properties and Methodological Quality. Poster

10/2014     Innovation Cubed: Successes, Insights and New Directions, Ann Arbor, Michigan

**Gagnier JJ**, Morgenstern H, Williams J, Huang H, MacEachern M. Core outcomes for patients with rotator cuff disease. Poster

9/2014     53rd Annual Meeting, Carl E. Badgley Lectureship: Management of Upper Extremity Injuries and Conditions, Ann Arbor, Michigan

Mullins M, Huang H, **Gagnier JJ.** Patient Reported Outcome Questionnaires for Total Knee Arthroplasty: A Systematic Review of Psychometric Properties and Methodological Quality. Poster

Huang H, Mullins M, **Gagnier JJ**. Patient Reported Outcome Questionnaires for Total Hip Arthroplasty: A Systematic Review of Psychometric Properties and Methodological Quality. Poster

7/2014     American Orthopaedic Society of Sports Medicine, Seattle, WA

**Gagnier JJ**, Robbins, C, Carpenter J, Bedi A, Miller B. Rotator cuff disease: A prospective cohort study of patients treated surgically and non-surgically. Oral presentation.

Kweon C, Gagnier JJ, Robbins C, Bedi A, Carpenter J, Miller B. Surgical versus non-surgical management of Rotator Cuff Tears: Predictor of treatment allocation. Oral presentation.

6/2014     Michigan Orthopaedic Society, Makinac Island, Michigan

Mlynarek, R, Cowan J, **Gagnier JJ**. Evaluation of lower limb arthroplasty observational studies using the AQUILA checklist. Oral presentation

4/2014     Canadian Cochrane Symposium, Ottawa, Ontario, Canada

**Gagnier JJ,** Moher D, Morgenstern H. Recommendations for investigating clinical heterogeneity in systematic reviews. Oral presentation

Chess L, **Gagnier JJ.** Methods of investigating clinical heterogeneity in Cochrane and non-Cochrane systematic reviews. Oral presentation.

3/2014      American Academy of Orthopaedic Surgeons, Annual Meeting, New Orleans, USA

**Gagnier JJ**, Oltean H, Carpenter J, Bedi A, Miller B. Rotator cuff disease: A prospective follow-up of patients treated surgically and non-surgically. Oral presentation.

**Gagnier JJ**, Oltean H, Carpenter J, Bedi A, Miller B. Rotator cuff disease: A prospective follow-up of patients treated surgically and non-surgically. Oral presentation, "Game Changers".

3/2014      Orthopaedic Research Society, Annual Meeting, New Orleans, USA

Robbins C, Carpenter, JC, Bedi A, Gagnier JJ. Demographic factors related to WORC scores in surgical vs. non-surgical patients. Poster presentation.

Kabeer R, Gagnier JJ. Assessing the Quality of Reporting of Observational Studies in Orthopaedic Literature Using the Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) Statement. Poster presentation.

ORS Clinical Research Forum, Gagnier JJ, Session II: Registries, Cohorts & RCTs: Advantages and Disadvantages. Moderator.

11/2013     Department of Epidemiology Seminar Series, School of Public Health, University of Michigan, Ann Arbor, MI

**Gagnier JJ**. Methods of investigating heterogeneity in systematic reviews.

10/2013     52nd Annual Meeting, Carl E. Badgley Lectureship: Management of Lower Extremity Injuries and Conditions.

**Gagnier JJ**. Improving surgical safety in orthopaedics. Oral presentation.

**Gagnier JJ**, Grant JA, Miller BS, Rosenbaum A. A psychometric evaluation of rotator cuff outcome measures: A systematic review. Poster.

**Gagnier JJ**, Morgenstern H, Kellam P, Hallstrom B. Incidence and nature of adverse events in patients following orthopaedic surgery. Poster.

**Oltean H**, Gagnier J. Use of clustering in randomized controlled trials in orthopaedic surgery. Poster

| | |
|---|---|
| 9/2013 | 21st Annual Cochrane Colloquium, Quebec City, QE, CAN |

**Gagnier JJ,** Moher D, Morgenstern H. Recommendations for investigating clinical heterogeneity in systematic reviews. Oral Presentation

**Gagnier JJ**, Beyene J. Permutation based resampling for deriving p-values for pooled effect estimates in meta-analyses. Poster.

| | |
|---|---|
| 9/2013 | International Congress On Peer-Review and Biomedical publications, Chicago, IL, USA |

Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, **Riley D**, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Oral Presentation

Oltean H, **Gagnier J**. Use of clustering in randomized controlled trials in orthopaedic surgery. Poster.

**Gagnier JJ,** Moher D, Morgenstern H. Recommendations for investigating clinical heterogeneity in systematic reviews. Oral Presentation

| | |
|---|---|
| 7/2013 | American Orthopaedic Society of Sports Medicine |

**Gagnier JJ**, Oltean H, Carpenter J, Bedi A, Miller B. Rotator cuff disease: A prospective follow-up of patients treated surgically and non-surgically. Poster.

| | |
|---|---|
| 6/2013 | Michigan Orthopaedic society |

Gagnier JJ, Oltean H, Carpenter J, Bedi A, Miller B. Rotator cuff disease: A prospective follow-up of patients treated surgically and non-surgically. Oral presentation

| | |
|---|---|
| 3/2013 | American Academy of Orthopaedic Surgeons, Annual Meeting, Chicago, IL |

**Maratt J**, Gagnier JJ, Gomberawalla MM, Reske SE, Hallstrom BR, Urquhart AG. Patient Perceptions of the cost of total hip and knee arthroplasty. Oral Presentation

**Gomberawalla MM**, Miller BS, Coale RM, Bedi A, Gagnier JJ. Meta-analysis of joint preservation verses arthroplast for the treatment of displaced 3- and 4-part fractures of the proximal humerus. Oral Presentation.

**Li Y**, Heyworth BE, Glotzbecker M, Seeley M, Suppan CA, Gagnier J, VanderHave KL, Caird MS, Farley FA, Hedequist D. Comparison of titanium

elastic nail and plate fixation of pediatric subtrochanteric femur fractures. Oral session

1/2013     Clinical Research Seminar Series in Musculoskeletal Medicine, University of Michigan

**Oltean, H**, Gagnier JJ, Miller B. Prospective follow-up of patients treated surgically or non-surgically for full-thickness rotator cuff tears.

1/2013     Orthopaedic Research Society, Annual Meeting, San Antonio, TX

**Gagnier JJ, Beyene J.** Advanced Design, implementation and analysis of clinical trials in orthopaedic surgery: A how to for clinical trialists. Workshop

**Gagnier JJ**, Grant JA, Miller BS, Rosenbaum A. A psychometric evaluation of rotator cuff outcome measures: A systematic review. Poster.

**Gagnier JJ**, Morgenstern H, Kellam P, Hallstrom B. Incidence and nature of adverse events in patients following orthopaedic surgery. Poster.

**Oltean H**, Gagnier J. Use of clustering in randomized controlled trials in orthopaedic surgery. Poster.

10/2012     Badgley Lectureship, University of Michigan, Ann Arbor, MI

Kellam P, **Gagnier JJ**. Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Poster.

Chess L, **Gagnier JJ**. Methodological quality of randomized controlled trials in the recent orthopaedic literature. Poster.

10/2012     The Equator Network, Frieburg, Germany

Kellam P, **Gagnier JJ**. Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Poster.

Chess L, **Gagnier JJ**. Methodological quality of randomized controlled trials in the recent orthopaedic literature. Poster.

10/2012     Cochrane Colloquium, Auckland, New Zealand

**Gagnier JJ,** Moher D, Morgenstern H. Recommendations for investigating clinical heterogeneity in systematic reviews. Oral Presentation

**Gagnier JJ**. Investigating clinical heterogeneity in systematic reviews. Workshop

Kellam P, **Gagnier JJ**. Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Poster.

Chess L, **Gagnier JJ**. Methodological quality of randomized controlled trials in the recent orthopaedic literature. Poster.

10/2012     Clinical Research Seminar Series in Musculoskeletal Medicine, University of Michigan

**Gagnier JJ,** Grant JA, Miller BS, Rosenbaum A. A psychometric evaluation of rotator cuff outcome measures: A systematic review. Oral Presentation.

6/2012     Michigan Orthopaedic Society, Annual Scientific Meeting, Makinac Island, MI

**Gomberawalla MM**, Miller BS, Coale RM, Bedi A, Gagnier JJ. Meta-analysis of joint preservation verses arthroplast for the treatment of displaced 3- and 4-part fractures of the proximal humerus. Oral Presentation.

Grant JA, Miller BS, Rosenbaum A, **Gagnier JJ**. A psychometric evaluation of rotator cuff outcome measures: A systematic review. Oral Presentation.

**Gagnier JJ**, Morgenstern H, Chess L. A systematic review of interventions designed to prevent anterior cruciate ligament injuries in adolescents and adults. Oral Presentation.

Briski LM, **Gagnier JJ**. Comparing the efficacy of different post-operative interventions following rotator cuff repair: A systematic review and meta-analysis. Oral Presentation.

**Gagnier JJ**, Morgenstern H, Kellam P, Hallstrom B. Incidence and nature of adverse events in patients following orthopaedic surgery. Oral Presentation.

Kellam P, **Gagnier JJ**. Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Poster.

Chess L, **Gagnier JJ**. Methodological quality of randomized controlled trials in the recent orthopaedic literature. Poster.

5/2012     Canadian Cochrane Symposium, Winnipeg, Canada

**Gagnier JJ,** Moher D, Morgenstern H. Recommendations for investigating clinical heterogeneity in systematic reviews. Oral Presentation

**Gagnier JJ**. Investigating clinical heterogeneity in systematic reviews. Workshop

3/2012     St. Clair College, Windsor, ON

**Gagnier JJ.** March 6th and March 7th, An Introduction to Traditional Chinese Medicine

2/2012   Orthopaedic Research Society, Annual Meeting, San Francisco, CA

**Gagnier JJ, Bhandari M, Beyene J**. Design, implementation and analysis of clinical trials in orthopaedic surgery: A how to for clinical trialists. Workshop

**Kellam P**, Gagnier JJ. Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Poster.

**Chess L**, Gagnier JJ. Methodological quality of randomized controlled trials in the recent orthopaedic literature. Poster.

11/2011   Clinical Research Seminar Series in Musculoskeletal Medicine, University of Michigan

**Gagnier JJ.** An introduction to systematic reviews and meta-analyses. Oral Presentation.

**Briski L**, Gagnier JJ. Comparing post-operative interventions following rotator cuff repair: A systematic review and meta-analysis. Oral presentation

11/2011   Student Biomedical Research Program Day, Faculty of Medicine, University of Michigan

**Briski L**, Gagnier JJ. Comparing post-operative interventions following rotator cuff repair: A systematic review and meta-analysis. Poster presentation

10/2011   Cochrane Colloquium, Madrid, Spain

**Gagnier JJ,** Moher D, Morgenstern H. Recommendations for investigating clinical heterogeneity in systematic reviews. Oral Presentation

**Gagnier JJ**. Investigating clinical heterogeneity in systematic reviews. Workshop

10/2011   Clinical Research Seminar Series in Musculoskeletal Medicine

**Gagnier JJ**, Chess L. Quality of Clinical Trials in Orthopaedic Surgery. Oral Presentation.

6/2011   International Epidemiology Congress
       June 21-24, McGill University, Montreal, QC, CAN

**Gagnier, J.J.,** &Beyene, J. An empirical study using permutation based resampling techniques in meta-analyses. Poster

6/2011   Recommendations for investigating clinical heterogeneity in systematic reviews
June 3-4, University Of Michigan, Ann Arbor, MI, USA
Role: Organizer and Chair

5/2011   Larry S. Mathews Day, Adult Lower Extremety Joint Reconstruction Lectureship
May 13, University Of Michigan, Ann Arbor, MI, USA

**Gagnier, J.J.** Surgical safety checklists: Research and initiatives at the University of Michigan. Oral Presentation.

5/2011   Combining forces to improve systematic reviews: Gender, Equity & Bias
May 2-3, 2011, University of Ottawa, Ottawa, ON, CAN

**Gagnier, JJ.** Dealing with heterogeneity in systematic reviews

2/2011   Canadian Cochrane Symposium, Vancouver, BC, CAN

**Gagnier, J.J.,** &Beyene, J. An empirical study using permutation based resampling technques in meta-analyses. Oral Presentation

Beyene J., **Gagnier, J.J.**. Dealing with heterogeneity. Workshop.

10/2010   Cochrane and Campbell Colloquium, Keystone, CO, USA

**Gagnier JJ,** Beyene J, Moher D, Boon H, Bombardier C. Methods of assessing clinical heterogeneity in systematic reviews: A methodologic review. Oral Presentation

10/2010   Badgley Day, University of Michigan, Ann Arbor, MI, USA

**Gagnier, J.J.,** &Beyene, J. An empirical study using permutation based resampling technques in meta-analyses. Poster

10/2010   Orthopaedic Research Labs, Lunch Seminar, University of Michigan, Ann Arbor, MI, USA

**Gagnier JJ,** Morgenstern H, Chess L. Meta-analysis of neuromuscular interventions for prevention of anterior cruciate ligament injuries.

5/2010   Grand Rounds, Department of Orthopaedic Surgery

**Gagnier JJ,** Morgenstern H, Chess L. Meta-analysis of neuromuscular interventions for prevention of anterior cruciate ligament injuries.

5/2010          Canadian Cochrane Symposium, Ottawa, ON, CAN

                Guyatt, G, Chan A, **Gagnier JJ**. Assessing Risk of Bias in Systematic Reviews,
                Workshop

                **Gagnier JJ,**  Beyene J, Moher D, Boon H, Bombardier C. Methods of assessing
                clinical heterogeneity in systematic reviews: A methodologic review. Oral
                Presentation

3/2010          Evidence Based Medicine Workshop: A Primer for Health-Care Professionals,
                BCIT, Vancouver, BC, CAN
                **Gagnier, J.J.**

1/2010          Women's Hospital College, Toronto, ON, CAN
                Research Rounds
                **Gagnier, J.J.** Reporting and heterogeneity in controlled trials and systematic
                reviews

11/2009         Institute for Clinical and Evaluative Sciences,
                Sunnybrook Health Sciences Centre, Toronto, ON, CAN
                Clinical Epidemiology Rounds

                **Gagnier, J.J.** Reporting and heterogeneity in controlled trials and systematic
                reviews.

5/2009          Faculty of Pharmacy, University of Toronto, ON, CAN.

                **Gagnier, J.J.** Reporting and heterogeneity in controlled trials and systematic
                reviews.

3/2009          7th Annual Canadian Cochrane Symposium, Halifax, NS, CAN

                Moher, D., Altman D, **Gagnier, J.J.,**  Hartling, L. Bias in systematic reviews and
                meta-analyses. Workshop.

2/2009          Natural Health Products Research Society, Vancouver, BC, CAN

                **Gagnier J. J.**, Moher, D., Beyene, J., Boon, H., Bombardier, C. Reporting quality
                of randomized controlled trials of herbal interventions.

2/2009          Refine Health & Fitness Workshop Series, Windsor, ON, CAN

                **Gagnier, J.J.**. Cardiovascular health: Nutrition, supplementation, exercise, sleep,
                relaxation

1/2009         Refine Health & Fitness Workshop Series, Windsor, ON, CAN

               **Gagnier, J.J.** , Bates M. Effective Weight Loss: Nutrition, supplementation, exercise

10/2008        Joint annual conference of the Canadian Institute of Chinese Medicinal Research and the Ontario Ginseng Innovation and Research Centre, London, ON, CAN

               **Gagnier,J.J.**  Natural Health Product Regulations in Canada: What you should know!

10/2008        North American Spine Society: Pre-course on Evidence Informed Management of CLBP, Toronto, ON, CAN

               **Gagnier, J.J.** Comparing the evidence supporting herbal vs. vitamin vs. homeopathic supplements

9/2008         Cochrane Colloquium, Freiburg, GE

               Higgins, J., **Gagnier, J.J.**  Assessing risk of bias in included studies : the recommended tool for Cochrane reviews. Workshop

               **Gagnier, J.J.,** &Beyene, J. An empirical study using permutation based resampling technques in meta-analyses. Poster

9/2008         Standards for reporting in controlled trials of acupuncture (STRICTA) workshop, Freiburg, GE

               A workshop to bring STRICTA guidelines into the CONSORT family of reporting standards.

6/2008         44th Drug Information Association Annual Meeting, June 22nd – 26th , Boston MA, USA

               **Gagnier, J.J.** Natural health product development: Concept development, evidence and finished goods

4/2008         7th Annual Oxford International Conference on the Science of Botanicals and the American Society of Pharmacognosy 4th Interim Meeting, April 12th-16th Oxford, MI, USA

               **Gagnier, J.J.,** Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement

4/2008         Workshop on Pragmatic Controlled Trials, March 31st – April 3rd

Toronto, ON, CAN.

| | |
|---|---|
| 3/2008 | Natural Health Products Research Society Annual Conference: "Science across borders: Global Natural Health Products." March 26th-29th, Toronto, Ontario |
| | Panelist: Integrating Natural Health Products into Clinical Practice |
| 2/2008 | Evidence Based Medicine Workshop: A Primer for Health-Care Professionals, BCIT, Vancouver, BC, CAN<br>**Gagnier, JJ.**, Beyene J. |
| 1/2008 | Pharmacology & Toxicology of Naturally Sourced Medicines (443b/543b), Department of Pharmacology, University Of Western Ontario, London, ON<br>a. Efficacy Assessment: Standards of Evidence<br>b. Jamieson Laboratories Ltd and NHP Industry |
| 6/2007 | Public Health Science Rounds, Hospital for Sick Children, Toronto, ON, CAN<br>**Gagnier, JJ**. "Methodological Quality and Reporting of controlled trials of herbal Interventions" |
| 5/2007 | First Collaborative Meeting on Phytomedicine, Ascona, Switzerland<br>**Gagnier, JJ**. "Methodological Quality and Reporting of controlled trials of herbal interventions" |
| 3/2007 | Interactive workshop on risk-based combination products, British Columbia Institute of Technology, Toronto, ON, CAN |
| 10/2006 | Cochrane Colloquium, Dublin, Ireland |
| | **Gagnier, J.J.,** Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement |
| | Manheimer, E., Berman, B., Beckner, W., Liu, J., **Gagnier, J.J.**, Moher, D. Workshop: Methodological Challenges of preparing systematic reviews for complementary and alternative medicine |
| 10/2006 | 6th Annual Meeting of ISoP, Liège, Belgium |
| | **Gagnier, J.J**., Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement |
| 6/2006 | Cadbury Adams; Weight Loss Symposium, Toronto, ON, CAN |

**Gagnier J.J..** An evidence-based review of natural health products for weight loss

5/2006   Society for Clinical Trials, Orlando, Florida, USA

**Gagnier, J.J.,** Loke, Y., Sackett DL. Evidence surrounding the consolidated standards on the reporting of trials: ESCORT. Clinical Trials, 2006:3(3).

3/2006   Primary Care Series, OAND, Toronto, ON, CAN

**Gagnier, JJ**  Gastroenterology Update

2/2006   Canadian Arthritis Network, Pain and Arthritis Research Workshop, Calgary, Alberta, CAN

1/2005   Clinical Epidemiology Rounds, University Health Network, Toronto, ON, CAN

**Gagnier, J.J.,** Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement.

11/2005   12th International Symposium on Complementary Health Care, Exeter, UK

Gagnier, J.J., **Boon, H.,** Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement.

9/2005   International Peer-Review Congress, Chicago, Illinois, USA

**Gagnier, J.J.,** Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement.

5/2005   Society for Clinical Trials, Portland, Oregon, USA

**Gagnier, J.J.,** Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement.  .

4/2005   Evidence-Based Complementary and Alternative Medicine Update Seminar Series, Toronto, ON, Canada

**Gagnier, J.J.** Current high impact medical research

**Gagnier, J.J.** Rheumatology Update

| | |
|---|---|
| 2/2005 | Second Natural Health Product Research Conference, Vancouver, BC, CAN |
| | **Gagnier, J.J.,** Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement. |
| 11/2004 | Freedom 55 Financial, Windsor Yacht Club, Windsor, ON, CAN |
| | **Gagnier, J.J.** Staying healthy through the winter months and through life |
| 11/2004 CAN | Hospital for Sick Children, Population Health Science Rounds, Toronto, ON, |
| | **Gagnier, J.J.** Reporting quality of controlled trials of CAM interventions |
| 10/2004 | XII Annual Cochrane Colloquium, Ottawa, ON, CAN |
| | **Gagnier, J.J.**, DeMelo, J., Bombardier, C. Poster: Reporting quality of controlled trials of botanical medicine |
| | **Gagnier, J.J.**, Clarke, J., Furlan, A., Bombardier, C. Oral: Methodology quality of randomized controlled trials of spinal disorders |
| | Manheimer, E., Berman, B., Beckner, W., Liu, J., **Gagnier, J.J.**, Moher, D. Workshop: Methodological Challenges of preparing systematic reviews for complementary and alternative medicine |
| 5/2004 | HPME Research Day, Faculty of Medicine, University of Toronto, ON, CAN |
| | **Gagnier, J.J.** Poster: Reporting quality of controlled trials of botanical medicine |
| | **Gagnier, J.J.** Poster: Methodology quality of randomized controlled trials of spinal disorders |
| | **Gagnier, J.J.** Poster: Development of a methodological quality checklist for controlled trials of acupuncture |
| | **Gagnier, J.J.** Poster: Systematic review of *Harpagophytum procumbens* for low back pain and osteoarthritis |
| 5/2004 | Child Care Services, St.Clair College, Windsor, ON, CAN **Gagnier, J.J.** An overview of Naturopathic Medicine |
| 2/2004 | Natural Health Products Research Conference, Montreal, Quebec **Gagnier, J.,** Bombardier, C, DeMelo, J (2004). Reporting quality of controlled intervention trials of botanical medicines. |

11/2003    10th International Symposium on Complementary Health Care.  London, UK.

**Gagnier, J.**, Chrubasik, S., Manheimer, E. (2003). Harpagophytum for osteoarthritis and low back pain: A systematic review. FACT: An evidence-based approach, 8(4), p.498.

**Gagnier, J.**, Mills, E (2003). Development and reliability of a methodological quality scale for controlled trials of acupuncture. FACT: An evidence-based approach, 8(4), p.497

Mills, E.J., Prousky, J., **Gagnier, J.**, Raskin, G., Rachlis, B., Montori, V.M., Juurlink, D. Tolerability and adverse reactions following oral administration of over-the-counter niacin 500 mg in healthy subjects: a randomized double-blind placebo controlled trial. FACT: An evidence-based approach, 8(4), p.522.

10/2003    XI Annual Cochrane Colloquium, Barcelona, Spain
Manheimer, E., Berman, B., Beckner, W., Liu, J., **Gagnier, J.J.**, Moher, D. Workshop: Methodological Challenges of preparing systematic reviews for complementary and alternative medicine

5/2003     HPME Research Day, Faculty of Medicine, University of Toronto, ON, CAN
**Gagnier, J.J.**, VanTulder, M., Bombardier, C., Burman, B. Poster: Botanical Medicine for Low Back Pain

12/2002    9th Annual Conference on Complementary Care, Exeter, UK
**Gagnier, J.J.**, VanTulder, M., Bombardier, C., Burman, B. Oral: Botanical Medicine For Low Back Pain: A systematic review.

11/2003    Scouts Canada, 460th Cub Pack, North York, ON, CAN
**Gagnier, J.J.** Prevention of the common cold.

9/2002     Integrated Clinical Skills (4th year), CCNM, Toronto, ON, CAN
**Gagnier, J.J.** Cochrane Collaboration and Cochrane Library/ Research and Naturopathic Medicine

9/2002     Institute for Work & Health, Toronto, ON, CAN
**Gagnier, J.J.** Cochrane Collaboration and Systematic Reviews/Quality of Trials Review

5/2002     AHMA conference, Toronto, ON, CAN
**Gagnier, J.J.** Poster: Melatonin and Feverfew for Migraine Headaches

1/2002     Evidence-Based Medicine Series, CCNM, Toronto, ON, CAN
**Gagnier, J.J.** EBM: Why? and How?

| 11/2001 | Healthy Choices, Windsor, ON, CAN |
|---|---|
| | **Gagnier, J.J.** Principles of Healthy Eating |

| 9/2001 | Integrated Clinical Skills (4th year), CCNM, Toronto, ON, CAN |
|---|---|
| | Johnston, B., **Gagnier, J.J.** Psychosocial Interventions and Cancer |

| 3/2001 | Integrated Clinical Skills (4th year), CCNM, Toronto, ON, CAN |
|---|---|
| | **Gagnier, J.J.**, Johnston, B. Psychosocial Interventions and Cancer |

| 11/2000 | Chapters, Bayview Village, Toronto, ON, CAN |
|---|---|
| | **Gagnier, J.J.** A Functional/Biochemical Approach to healthy aging |

| 10/2000 | Public Lecture Series, CCNM, Toronto, ON, CAN |
|---|---|
| | **Gagnier, J.J.** A review of current research on Vitamin D and Vitamin E |

| 10/2000 | Public Lecture Series, CCNM, Toronto, ON, CAN |
|---|---|
| | **Gagnier, J.J.** A review of Medical Literature on Prolonging Organ Reserve in the Elderly |

| 10/2000 | Public Lecture Series, CCNM, Toronto, ON, CAN |
|---|---|
| | **Gagnier, J.J.**, Singh, R. Sports Supplementation: A review of the literature |

| 5/2000 | Student Information Day, Ryerson Polytechnic University, Toronto, ON, CAN |
|---|---|
| | **Gagnier, J.J.**, McCoy, J.D. An Overview of the Naturopathic Medicine as a Profession |

| 5/2000 | Seniors Day, CCNM, Toronto, ON, CAN |
|---|---|
| | **Gagnier, J.J.** Drug-Nutrient Interactions and Depletions |

| 4/2000 | Second Mile Senior's Organization, Toronto, ON, CAN |
|---|---|
| | **Gagnier, J.J.** An Introduction to Naturopathic Medicine |

| 3/2000 | Children's Day, CCNM, Toronto, ON, CAN |
|---|---|
| | **Gagnier, J.J.**, Singh, R. Infant Nutrition |

| 2/2000 | St. Michael's Church and Community Center, Women's Group, Toronto, ON, CAN |
|---|---|
| | **Singh, R.**, **Gagnier, J.J.** Infant Nutrition |

| 5/1996 | Undergraduate Thesis Conference, Mc Master University, Hamilton, ON, CAN |
|---|---|
| | **Gagnier, J.J.**, MacDonald, D., Holland, C. Oral: Transpersonal self-concept and the five-factor model of personality |

**Bibliography**

Peer-Reviewed Publications

1. Ross JR, Bedi A, Clohisy JC, Gagnier JJ; ANCHOR Study Group, Larson CM. Surgeon willingness to participate in randomized controlled trials for femoraacetabular impingement. Arthroscopy. 2015. (Sept 19) [Epub ahead of print]

2. Knesek M, Brunfeld A, Jepsen K, Robbins C, Gagnier J, Bedi A.  Patterns of Strain and the Determination of the Safe Arc of Motion after Subscapularis Repair—A Biomechanical Study. J of Orthop Res. 2015 (Sept 3) [Epub ahead of print].

3. Welton KL, Gagnier JJ, Urquhart A. Orthopaedic surgery arthroplast clinical see larger proportion of obese patients. Orthopaeidcs. 2015 (Accepted).

4. Li Y, Gagnier JJ. Prevalence of Femoroacetabular Impingement Morphology in Asymptomatic Adolescents. JPO. 2015 (Accepted).

5. Marratt JD, Gagnier JJ, Gombera MM, Reske SE, Hallstrom BR, Urquhart AG. Patients' perceptions of the costs of total hip and knee arthroplasty. Am J Orthop. 2015;44(5):E135-41.

6. Kweon C, Gagnier JJ, Robbins C, Bedi A, Carpenter J, Miller B. Surgical versus non-surgical management of rotator cuff tears: Demographics more predictive than patient-reported pain and disability. AJSM. 2015 (Accepted).

7. Cowan J, Mlynarek R, Pijls B, Gagnier JJ. Evaluation of quality of lower limb arthroplasty observational studies using AQUILA checklist. Journal of Arthroplasty. 2015 2015 Mar 31. pii: S0883-5403(15)00218-1..

8. Oltean, H, Robbins C, VanTulder MW, Berman B, Bombardier C, Gagnier JJ. Herbal medicine for low back pain. Cochrane Database Syst Rev. 2014 Dec 23;12:CD004504.

9. Oltean H, Gagnier JJ. Use of clustering analysis in randomized controlled trials in orthopaedic surgery. 2014. BMC Med Res Methodol (Accepted).

10. Bedi A, Wojtys E, Gagnier JJ, Beaulieu M, Ashton-Miller J, Kelly, B. Restriction in Hip Internal Rotation is Associated with an Increased Risk of ACL Injury. 2014. KSST (Accepted).

11. Huang S, Grant J, Miller B, Mirza FM, Gagnier JJ. A systematic review of psychometric properties of patient reported outcome instruments for use in patients with rotator cuff disease. AJSM. 2015; Jan 26: PMID: 25622986.

12. Grant JA, Bedi A, Kurz J, Bancroft R, Gagnier JJ, Miller B. Ability of Pre-Season Body Composition and Physical Fitness to Predict the Risk of Injury in Male Collegiate Hockey Players. 2014. Sports Health: A multidisciplinary Approach. 2014, June 23: doi: 10.1177/1941738114540445. [Epub ahead of print].

13. Welton K, Gagnier JJ, Gomberwalla M, Graziano G, Patel R. Patient impressions of reimbursement for otheropedic spine surgeons.  Spine J. 2014 Feb 7. pii: S1529-9430(14)00138-7. doi: 10.1016/j.spinee.2014.01.060. [Epub ahead of print].

14. Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Headache. 2013 Nov;53(10):1541-7. doi: 10.1111/head.12246.

15. Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Deutsche Ärzteblatt. Sep;110(37):603-8. doi: 10.3238/arztebl.2013.0603. Epub 2013 Sep 13.

16. Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Global Advances in Health and Medicine.

17. Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Journal of Clinical Epidemiology. 2014 Jan;67(1):46-51. doi: 10.1016/j.jclinepi.2013.08.003. Epub 2013 Sep 12.

18. Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Journal of Dietary Supplements. 2013 Dec;10(4):381-90. doi: 10.3109/19390211.2013.830679.

19. Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Journal of Medical Case Reports. 2013 Sep 10;7(1):223. doi: 10.1186/1752-1947-7-223.

20. Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. BMJ Case Reports. 2013 Oct 23;2013. doi:pii: bcr2013201554. 10.1136/bcr-2013-201554.

21. Seeley M, Gagnier J, Caird M. Obesity and its effects on pediatric supracondylar humerus fractures. JBJS. 2014 Feb 5;96(3):e18. doi: 10.2106/JBJS.L.01643.

22. Chess L, Gagnier JJ. Risk of bias of randomized controlled trials published in orthopaedic journals. 2013. BMC Med Res Method. 2013 Jun 9;13:76. doi: 10.1186/1471-2288-13-76.

23. Gagnier JJ, Morgenstern H, Moher D. Consensus-based recommendations for investigating clinical heterogeneity in systematic reviews and meta-analyses. 2013. BMC Med Res Method. Aug 30;13:106. doi: 10.1186/1471-2288-13-106.

24. Riley D, Gagnier JJ. "Nothing about me without me": New perspectives on case reports. Global Advances in Health and Medicine. 2012;1(5):12-13.

25. Jepsen KJ, Evans R, Negus CH, Gagnier JJ, Centi A, Arbel Y, Hadid A, Yanovich R, Moran DS. Variation in tibial functionality and fracture susceptibility among healthy, young adults arises from the acquisition of biologically distinct sets of traits. J Bone Miner Res. 2013 Jun;28(6):1290-300. doi: 10.1002/jbmr.1879.

26. Li Y, Heyworth BE, Glotzbecker M, Seeley M, Suppan CA, Gagnier J, VanderHave KL, Caird MS, Farley FA, Hedequist D. Comparison of titanium elastic nail and plate fixation of pediatric subtrochanteric femur fractures J Pediatr Orthop. 2013 Apr-May;33(3):232-8. doi: 10.1097/BPO.0b013e318288b496. PMID: 23482257

27. Gagnier JJ, Kellam P. Reporting and methodological quality of systematic reviews in orthopaedic surgery. 2012. JBJS. 2013 Jun 5;95(11):e771-7. doi: 10.2106/JBJS.L.00597.

28. Gomberawalla M, Miller BS, Coale RM, Bedi A, Gagnier JJ. A Meta-analysis of Joint Preservation Versus Arthroplasty for the Treatment of Displaced 3- and 4-part Fractures of the Proximal Humerus. 2013 Nov;44(11):1532-9. doi: 10.1016/j.injury.2013.03.030. Epub 2013 May 9.

29. Gagnier JJ, Beyene J, Moher D, Boon H, Bombardier C. Methods of assessing clinical heterogeneity in systematic reviews: A methodologic review. BMC Medical Res Methodology. 2012. PMID: 22846171.

30. Gagnier JJ, Morgenstern H, Chess L. Meta-analysis of neuromuscular interventions for prevention of anterior cruciate ligament injuries. AJSM. 2012. PMID: 22972854.

31. Gagnier JJ, Bombardier C, Boon H, Moher D, Beyene J. An empirical study using permutation-based resampling in meta-regression. Systematic Reviews. 2012, 1:18. PMID: 2258781.

32. Furlan AD, Yazdi F, Tsertsvadze A, Gross A, Van Tulder MW, Santaguida PL, Gagnier JJ, Ammendolia C, Dryden T, Doucette S, Skidmore B, Daniel R, Tsouros S and Ostermann T. A Systematic Review and Meta-Analysis of Efficacy, Cost-Effectiveness, and Safety of selected complementary and alternative medicine for neck and low-back pain. Evidence Based Complem Altern Med. 2012: 953139. Epub 2011 Nov 24. PMID: 22203884.

33. Cameron M, Gagnier J, Chrubasik S. Herbal therapy for treating rheumatoid arthritis. Cochrane Database Syst Rev. 2011;16(2): CD002948. PMID: 21328257.

34. Gagnier JJ, Moher D, Boon H, Beyene J, Bombardier C. Randomized controlled trials of herbal intervention underreport important details of the intervention. J Clin Epidemiol. 2011; 64(7): 760-9.

35. MacPherson H, Altman DG, Hammerschlag R, Youping L, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. J Evid Based Med. 2010;Aug;3(3):140-55.

36. MacPherson H, Altman DG, Hammerschlag R, Li Y, Wu T, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. J Altern Complement Med. 2010; Oct;16(10):ST1-14

37. MacPherson H, Altman DG, Hammerschlag R, Li Y, Wu T, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. Acupunct Med. 2010;28(2):83-93.

38. MacPherson H, Altman DG, Hammerschlag R, Li Y, Wu T, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. PLoS Med. 2010;7(6):e1000261.

39. Furlan A, Yazdi F, Tsertsvadze A, Gross A, Van Tulder, M, Santaguida L, Cherkin D, Gagnier J, Ammendolia C, Ansari M, Ostermann T, Dryden T, Doucette S, Skidmore B, Daniel R, Tsouros S, Weeks L, Galipeau J. Complementary and Alternative Therapies for Back Pain II. Evidence Report/Technology Assessment No. 194. (Prepared by the University of Ottawa Evidence-based Practice Center under Contract No. 290-2007-10059-I (EPCIII). AHRQ Publication No. 10(11)E007. Rockville, MD: Agency for Healthcare Research and Quality. October 2010.

40. Gagnier, J.J.  Evidence based review of natural health products for non-specific low back pain .The Open Pain Journal. 2010;3: 52-9.

41. Cameron M, Gagnier JJ, Little CV, Parsons T, Blumle A, Chrubasik S. Evidence of Effectiveness of Herbal Medicinal Products in the Treatment of Arthritis .Part 2: Rhuematoid Arthritis. Phytotherapy Research. 2009;23(12): 1647-62.

42. Cameron M, Gagnier JJ, Little CV, Parsons T, Blumle A, Chrubasik S. Evidence of Effectiveness of Herbal Medicinal Products in the Treatment of Arthritis .Part 1: Osteoarthritis. Phytotherapy Research. 2009;23(11): 1497-515.

43. Oxman, A, Lumbard, C, Treweek, S, Gagnier, JJ, Maclure, M. A pragmatic resolution. Journal of Clinical Epidemiology. 2009; 65(5): 495-8.

44. Santaguida PL, Gross A, Busse J, Gagnier J, Walker K, Bhandari M, Raina P. Evidence Report on Complementary and Alternative Medicine in Back Pain Utilization Report. Evidence Report/Technology Assessment. 2009, No. 177.

45. Zwarenstein, M, Treweek, S, Altman, DG, Gagnier, JJ, Tunis, S, Haynes, RB, Oxman, AD, Moher, D. Improving the reporting of pragmatic trials: an extension of the CONSORT Statement. The British Medical Journal. 2008, 337.

46. Oxman, A, Lumbard, C, Treweek, S, Gagnier, JJ, Maclure, M. Why we will remain pragmatists: four problems with the impractical mechanistic framework and a better solution. Journal of Clinical Epidemiology. 2009; 65(5): 485-8.

47. Gagnier, J.J.  Evidence-informed management of chronic low back pain with natural health products. The Spine Journal. 2008:8;70-9.

48. Gagnier, J.J. Commentary: Methods to increase response rates to postal questionnaires. International Journal of Epidemiology. Sept 13th, 2007.

49. Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: Explanation and elaboration. Journal of Clinical Epidemiology. 2006:59;1134-49.

50. Gagnier, J.J., VanTulder, M.W., Berman, B., Bombardier, C. Herbal medicine for low back pain: A Cochrane Review. Spine. 2007;32(1):82-92.

51. Gagnier, J.J., VanTulder, M.W., Berman, B., Bombardier, C. Herbal medicine for low back pain. Cochrane Library, 2006; Issue 1.

52. Gagnier, J.J. , DeMelo, J., Boon, H., Rochon, P, Bombardier, C. Reporting quality of controlled intervention trials of herbal medicine. American Journal Of Medicine. 2006:119(9).

53. Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the quality of reporting randomized controlled trials evaluating herbal medicine interventions: Implementing the CONSORT statement. HerbalGram. 2006;71:50-6.

54. Gagnier J.J., Moher D. Commentary: Helping consumers of healthcare knowledge: improving the quality of reports of randomized controlled trials. Explore: The Journal of Science and Healing. 2006; 2:2.

55. Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. Annals of Internal Medicine. 2006:144:364-7.

56. Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. Explore: The Journal of Science and Healing. 2006;2:2.

57. Mills, E., Wu, P., Gagnier, J.J., Montori, V. Quality of reporting since revised CONSORT statement. Contemp Clin Trials. 2005;26(4):480-7.

58. VanTulder M, Furlan A, Gagnier J. Guest Editorial: Complementary and alternative therapies for low back pain. Best Pract Res Clin Rheumatol. 2005 Aug;19(4):639-54.

59. Krleza-Jeric K, Chan A-W, Dickersin K for the Ottawa Group (writing committee includes J. Gagnier). Proposal for International Registration of Protocol Information and Results from Human Trials of Health-related Interventions. BMJ.

60. Ioannidis JPA, Evans SJW, Gotzsche PC, O'Neill RT, Altman DG, Schulz K, Moher D, for the CONSORT Group (writing committee includes J. Gagnier). Better reporting of harms in randomized trials: An extension of the CONSORT statement. Annals of Internal Medicine. 2004;141:781-88.

61. Mills EJ, Wu P, Gagnier JJ, Heels-Ansdell D, Montori VM. An analysis of general medical and specialist journals that endorse CONSORT found that reporting was not enforced consistently. Journal of Clinical Epidemiology. 2005 Jul;58(7):662-7. PMID: 15939216

62. Mills EJ, Wu P, Gagnier JJ, Montori VM, Ebbert J. Acupuncture for cocaine dependence: A systematic review. Harms Journal 2005;2:4.

63. Moher, D., Altman, D.G.,, Schulz, K, Elbourne, D. for the CONSORT Group (writing committee includes J. Gagnier). Opportunities and challenges for improving the quality of reporting clinical research: CONSORT and beyond. Canadian Medical Association Journal. 2004; 171(4):349-50

64. Gagnier, J.J., Chrubasik, S., Manheimer, E. . Harpagophytum procumbens for osteoarthritis and low back pain: A systematic review. BMC Complementary and Alternative Medicine. 2004;4(1):13

65. Campbell, M.K., Elbourne, D.R., Altman, D.G.  for the CONSORT Group (writing committee includes J. Gagnier). CONSORT statement: extension to cluster randomised trials. British Medical Journal. 2004; 328; 301-8.

66. Gagnier, J.J. Letter to the Editor, A clarification of critical appraisal, evidence and education. Medscape General Medicine. 2004;April.

67. Mills, E., Prousky, J., Gagnier, G., Raskin, G., Rachlis, B., Juurlink, D. The safety of over the counter niacin: a randomized placebo-controlled trial. BMC Clinical Pharmacology 2003; 3(1):4.

68. Gagnier, J.J. The therapeutic Potential of Melatonin in Migraines and other Headache Types. Alternative Medicine Review 2001:6(4);383-389.

69. McDonald, D., Gagnier, J.J., Friedman, H. The Self-Expansiveness Level Form: Examination of its Validity and Relation to the NEO Personality Inventory Revised. Psychological Reports 2000:86;707-726.

<u>Book chapters</u>

1. Natural Products in Clinical Trials. Atta-Ur-Rahman, Iqbal Choudhary, Hesham El-Seedi, Editors. Gagnier JJ. Herbal Medicine for Low Back Pain (2015).

2. Network meta-analysis: Evidence synthesis with mixed treatment comparison. Giuseppe Biondi-Zoccai Editor. Chapter: Appraising between-study heterogeneity (2014).

3. Evidence-based management of low back pain. S Dagenais & S Haldeman, Editors. Gagnier JJ. Chapter: Evidence-informed management of chronic low back pain with natural health products (2010).

4. Comprehensive Bioactive Natural Products. Volume 2: Efficacy, Safety & Clinical Evaluation 1. VJ Gupta, Editor. Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement (2010).

5. Guide to Pain Management in Low Resource Settings. N. Patel & A. Kopf, Editors. Gagnier, J.J. Herbal and other supplements (2010).

<u>Published Abstracts (incomplete)</u>

1. Gagnier J.J., Moher, D., Beyene, J., Boon, H., Bombardier C. Quality of reporting of randomized controlled trials of herbal interventions: Assessment with the CONSORT for herbal medicines. Pharmaceutical Biology. 2009;47(suppl) :21.
2. Gagnier J.J., Moher, D., Beyene, J., Boon, H., Bombardier C. An empirical investigation of permutation based resampling techniques in systematic reviews. German Journal for Evidence and Quality in Health Care. 2008;102(Supp. 4).
3. Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. Planta Medica 2008;74:318.
4. Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. Drug Safety 2006;29(10):958.
5. Gagnier, J.J., Loke, Y., Sackett DL. Evidence surrounding the consolidated standards on the reporting of trials: ESCORT. Clinical Trials, 2006:3(3).
6. Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. FACT: An evidence-based approach 2006.
7. Gagnier, J., Boon, H., Rochon, P., Barnes, J., Moher, D., Bombardier B., for the CONSORT Group. Improving the quality of reporting for randomized clinical trials evaluating herbal interventions: An extension of the CONSORT statement. Clinical Trials, 2005:2(1);S43.

8.  Gagnier, J., Bombardier, C, DeMelo, J (2004). Reporting quality of controlled intervention trials of botanical medicines. Canadian Journal of Clinical Pharmacology, 2004

9.  Gagnier, J., Chrubasik, S., Manheimer, E. Harpagophytum for osteoarthritis and low back pain: A systematic review. Journal of Herbal Pharamacotherapy, 2004:4(1)

10. Gagnier, J., Mills, E. Development and reliability of a methodological quality scale for controlled trials of acupuncture. Journal of Herbal Pharamacotherapy, 2004:4(1)

11. Gagnier, J., Chrubasik, S., Manheimer, E. Harpagophytum for osteoarthritis and low back pain: A systematic review. FACT: An evidence-based approach 2003:8(4), 498.

12. Gagnier, J., Mills, E. Development and reliability of a methodological quality scale for controlled trials of acupuncture. FACT: An evidence-based approach 2003:8(4), 497

13. Mills, E.J., Prousky, J., Gagnier, J., Raskin, G., Rachlis, B., Montori, V.M., Juurlink, D. Tolerability and adverse reactions following oral administration of over-the-counter niacin 500 mg in healthy subjects: a randomized double-blind placebo controlled trial. FACT: An evidence-based approach 2003:8(4), 522.

14. Gagnier, J. Botanical Medicine for Low Back Pain: A systematic review. FACT: An evidence-based approach 2003:8(1).

15. Gagnier, J. Botanical Medicine for Low Back Pain: A systematic review. Journal of Herbal Pharamacotherapy 2003:3(1)