# EXHIBIT H

IARC MONOGRAPHS

# DDT, LINDANE, AND 2,4-D

## VOLUME 113

IARC MONOGRAPHS
ON THE EVALUATION
OF CARCINOGENIC RISKS
TO HUMANS

International Agency for Research on Cancer

World Health
Organization



IARC MONOGRAPHS

# DDT, LINDANE, AND 2,4-D

## VOLUME 113

This publication represents the views and expert opinions of an IARC Working Group on the Evaluation of Carcinogenic Risks to Humans, which met in Lyon, 2–9 June 2015

LYON, FRANCE - 2018

IARC MONOGRAPHS
ON THE EVALUATION
OF CARCINOGENIC RISKS
TO HUMANS

# IARC MONOGRAPHS

In 1969, the International Agency for Research on Cancer (IARC) initiated a programme on the evaluation of the carcinogenic risk of chemicals to humans involving the production of critically evaluated monographs on individual chemicals. The programme was subsequently expanded to include evaluations of carcinogenic risks associated with exposures to complex mixtures, lifestyle factors and biological and physical agents, as well as those in specific occupations. The objective of the programme is to elaborate and publish in the form of monographs critical reviews of data on carcinogenicity for agents to which humans are known to be exposed and on specific exposure situations; to evaluate these data in terms of human risk with the help of international working groups of experts in carcinogenesis and related fields; and to indicate where additional research efforts are needed. The lists of IARC evaluations are regularly updated and are available on the Internet at http://monographs.iarc.fr/.

This programme has been supported since 1982 by Cooperative Agreement U01 CA33193 with the United States National Cancer Institute, Department of Health and Human Services. Additional support has been provided since 1986 by the European Commission Directorate-General for Employment, Social Affairs, and Inclusion, initially by the Unit of Health, Safety and Hygiene at Work, and since 2014 by the European Union Programme for Employment and Social Innovation "EaSI" (2014–2020) (for further information please consult: http://ec.europa.eu/social/easi). Support has also been provided since 1992 by the United States National Institute of Environmental Health Sciences, Department of Health and Human Services. The contents of this volume are solely the responsibility of the Working Group and do not necessarily represent the official views of the United States National Cancer Institute, the United States National Institute of Environmental Health Sciences, the United States Department of Health and Human Services, or the European Commission.

Published by the International Agency for Research on Cancer,
150 cours Albert Thomas, 69372 Lyon Cedex 08, France
©International Agency for Research on Cancer, 2018
On-line publication, December 2017

Distributed by WHO Press, World Health Organization, 20 Avenue Appia, 1211 Geneva 27, Switzerland
(tel.: +41 22 791 3264; fax: +41 22 791 4857; email: bookorders@who.int).

Publications of the World Health Organization enjoy copyright protection in accordance with the provisions of Protocol 2 of the Universal Copyright Convention. All rights reserved.

Corrigenda to the IARC Monographs are published online at http://monographs.iarc.fr/ENG/Publications/corrigenda.php
To report an error, please contact: editimo@iarc.fr

 Co-funded by the European Union

The International Agency for Research on Cancer welcomes requests for permission to reproduce or translate its publications, in part or in full. Requests for permission to reproduce or translate IARC publications – whether for sale or for non-commercial distribution – should be addressed to the IARC Communications Group at: publications@iarc.fr.

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the Secretariat of the World Health Organization concerning the legal status of any country, territory, city, or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

The IARC Monographs Working Group alone is responsible for the views expressed in this publication.

## IARC Library Cataloguing in Publication Data

DDT, Lindane, and 2,4-D / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans (2015: Lyon, France)

(IARC monographs on the evaluation of carcinogenic risks to humans ; volume 113)

1. Carcinogens  2. Neoplasms – chemically induced  3. DDT – toxicity  4. Lindane – toxicity
5. 2,4-Dichlorophenoxyacetic Acid – toxicity  6. Herbicides – toxicity  7. Insecticides – toxicity
8. Occupational exposure

I. International Agency for Research on Cancer  II. Series

ISBN 978-92-832-0179-3                                    (NLM Classification: W1)
ISSN 1017-1606

# CONTENTS

**NOTE TO THE READER** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**LIST OF PARTICIPANTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**PREAMBLE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
   A. GENERAL PRINCIPLES AND PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
     1.  Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
     2.  Objective and scope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
     3.  Selection of agents for review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
     4.  Data for the *Monographs* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
     5.  Meeting participants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
     6.  Working procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
   B. SCIENTIFIC REVIEW AND EVALUATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
     1.  Exposure data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
     2.  Studies of cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
     3.  Studies of cancer in experimental animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
     4.  Mechanistic and other relevant data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
     5.  Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
     6.  Evaluation and rationale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
   References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

**GENERAL REMARKS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

**DDT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
   1. Exposure Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
     1.1. Identification of the agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
     1.2 Production and use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
     1.3 Measurement and analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
     1.4 Occurrence and exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
     1.5 Regulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74

2. Cancer in Humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .76
   2.1 Cohort studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .76
   2.2 Case–control studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .107
3. Cancer in Experimental Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .158
   3.1 Mouse. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .158
   3.2 Rat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .173
   3.3 Hamster . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .176
   3.4 Monkey . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .177
   3.5 Carcinogenicity of metabolites of DDT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .177
4. Mechanistic and Other Relevant Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .179
   4.1 Toxicokinetic data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .179
   4.2 Mechanisms of carcinogenesis. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .184
   4.3 Data relevant to comparisons across agents and end-points . . . . . . . . . . . . . . . . .215
   4.4 Cancer susceptibility data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .220
   4.5 Other adverse effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .227
5. Summary of Data Reported . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .228
   5.1 Exposure data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .228
   5.2 Human carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .229
   5.3 Animal carcinogenicity data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .230
   5.4 Mechanistic and other relevant data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .231
6. Evaluation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .233
   6.1 Cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .233
   6.2 Cancer in experimental animals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .233
   6.3 Overall evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .233
   6.4 Rationale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .233
References. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 233

**LINDANE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .267
1. Exposure Data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .267
   1.1 Identification of the agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .267
   1.2 Production and use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .268
   1.3 Measurement and analysis. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .269
   1.4 Occurrence and exposure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .270
   1.5 Regulation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .289
2. Cancer in Humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .290
   2.1 Cohort studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .290
   2.2 Case–control studies nested within cohorts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .297
   2.3 Case–control studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .299
   2.4 Meta-analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .312
3. Cancer in Experimental Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .312
   3.1 Mouse. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .312
   3.2 Rat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .320
4. Mechanistic and Other Relevant Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .321
   4.1 Toxicokinetics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .321
   4.2 Mechanisms of carcinogenesis. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .324
   4.3 Data relevant to comparisons across agents and end-points . . . . . . . . . . . . . . . . .341
   4.4 Cancer susceptibility data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .349

Contents

    4.5  Other adverse effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .349
  5.  Summary of Data Reported . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .353
    5.1  Exposure data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .353
    5.2  Human carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .354
    5.3  Animal carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .354
    5.4  Mechanistic and other relevant data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .355
  6.  Evaluation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .356
    6.1  Cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .356
    6.2  Cancer in experimental animals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .356
    6.3  Overall evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .356
  References. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .356

**2,4-DICHLOROPHENOXYACETIC ACID** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .373
  1.  Exposure Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .373
    1.1  Identification of the agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .373
    1.2  Production and use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .374
    1.3  Measurement and analysis. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .376
    1.4  Occurrence and exposure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .377
    1.5  Regulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .399
  2.  Cancer in Humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .401
    2.1  Cohort studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .401
    2.2.  Case–control studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .407
    2.3  Meta-analyses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .422
  3.  Cancer in Experimental Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .429
    3.1  Mouse. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .429
    3.2  Rat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .435
    3.3  Dog . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .437
  4.  Mechanistic and Other Relevant Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .439
    4.1  Toxicokinetics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .439
    4.2  Mechanisms of carcinogenesis. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .441
    4.3  Data relevant to comparisons across agents and end-points . . . . . . . . . . . . . . . . .465
    4.4  Cancer susceptibility data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .471
    4.5  Other adverse effects. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .471
  5.  Summary of Data Reported . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .477
    5.1  Exposure data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .477
    5.2  Human carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .477
    5.3.  Animal carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .478
    5.4  Mechanistic and other relevant data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .479
  6.  Evaluation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .480
    6.1  Cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .480
    6.2  Cancer in experimental animals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .480
    6.3  Overall evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .480
  References. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .480

**LIST OF ABBREVIATIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .499

**ANNEX 1. SUPPLEMENTAL MATERIAL** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .503

the order of 5 (for $p,p'$-DDT) to 10 (for DDE) years, whereas $o,p'$-DDT is rapidly metabolized and excreted. $p,p'$-DDT has been reported to induce several P450 enzymes in rats and several PXR-mediated P450s in a human hepatoma cell line. Metabolism in humans and experimental systems are expected to be similar.

With respect to the key characteristics of human carcinogens, adequate data were available to evaluate whether DDT modulates receptor-mediated effects, is immunosuppressive, induces oxidative stress, alters cell proliferation, cell death or nutrient supply, is genotoxic, and induces chronic inflammation.

The evidence is *strong* that DDT modulates receptor-mediated effects that can operate in humans. DDT and its metabolites can modulate thyroid hormones in exposed humans. While evidence is less clear for effects on the sex steroid hormone axis in men and women, estrogenic effects of $o,p'$-DDT and $p,p'$-DDT, such as binding and activation of ER, were consistently seen across numerous experimental systems, including human cells, and were blocked by anti-estrogens in human breast cancer cells and in mice. Evidence that DDT and its metabolites antagonize the AR, with $p,p'$-DDE being the most potent, was consistent across non-human experimental systems in vivo and in cells from a variety of species including humans. DDT and its metabolites can bind and activate progesterone in cells from multiple species including humans. DDT induced PR expression in ER-positive breast cancer cells. It also activated PR in such cells and in a yeast system, and blocked transactivation of PR by progesterone. Some studies also report activation of CAR or PXR by DDT. Some studies suggest a relationship between $o,p'$-DDT or $p,p'$-DDE and breast or mammary cancer that involves HER2.

The evidence is *strong* that DDT is immunosuppressive, and this can operate in humans. In studies in exposed humans, immunological changes are reported to be correlated with $p,p'$-DDT or $p,p'$-DDE levels, though subjects in these studies were also exposed to other contaminants that may be correlated with $p,p'$-DDT or $p,p'$-DDE levels. Additionally, human natural killer cell suppression has been observed in multiple in vitro studies of $p,p'$-DDT, indicative of its potential to decrease immunosurveillance. In mice exposed in vivo to $p,p'$-DDT or $o,p'$-DDT, suppression of B-cell function indicating effects on humoral immune response have been reported, with potentiation via stress that is consistent with data showing modulation of glucocorticoids. Suppression of humoral immune response by $p,p'$-DDT, $o,p'$-DDT, or $p,p'$-DDE has also been reported in rats, rabbits, and marine mammals in vivo, as well as mice and rats in vitro.

The evidence is *strong* that DDT induces oxidative stress, and this can occur in humans. $p,p'$-DDT, $p,p'$-DDD, and/or $p,p'$-DDE activated the Wnt/β-catenin pathway via ROS and stimulated proliferation of human colorectal and liver cancer cells in vitro and in xenografted mice. $p,p'$-DDT, $p,p'$-DDD, and/or $p,p'$-DDE increased ROS levels in human peripheral blood mononuclear cells. Several of these effects were inhibited by anti-oxidant treatment. In liver of exposed rats, $p,p'$-DDT increased lipid peroxidation and levels of 8-hydroxy-2′-deoxyguanosine (8-OHdG).

The evidence is *moderate* that DDT alters cell proliferation or cell death. There is evidence, primarily for $o,p'$-DDT, of ER-dependent induction of cell proliferation in particular cell types *in vitro*. In some cell types *in vitro*, $o,p'$-DDT induces apoptosis although in others, a suppression of this end-point has been noted.

The evidence for genotoxicity of DDT is *moderate*. There is some evidence of DNA damage, chromosome aberrations, and micronuclei in human cells exposed to DDT in vitro. Experimental mammalian in vivo and in vitro data are mixed, for some of these same end-points. Data in non-mammalian experimental systems are predominantly negative.

The evidence that DDT induces inflammation is *moderate*. While the number of studies is small, there are data in human and mammalian cells in vitro that $p,p'$-DDT, $o,p'$-DDT, $p,p'$-DDD, or $p,p'$-DDE can induce a pro-inflammatory state. However, there are no data in exposed humans and very few data in experimental systems in vivo.

In high throughput testing in the Tox21 and ToxCast research programs of the United States government, $p,p'$-DDT, $o,p'$-DDT, $p,p'$-DDE, and $p,p'$-DDD were positive in between 42 and 62 high throughput assay end-points, mostly related to receptor-mediated effects or cell proliferation/cell death/nutrient supply, among the 265 assay end-points relevant to the key characteristics of human carcinogens.

There is some evidence pertaining to cancer susceptibility factors related to infectious agents and perinatal exposures.

Overall, the mechanistic data provide strong support for the carcinogenicity findings of DDT. This includes strong evidence that DDT modulates receptor-mediated effects, is immunosuppressive, and induces oxidative stress, and that these effects can operate in humans.

# 6. Evaluation

## 6.1 Cancer in humans

There is *limited evidence* in humans for the carcinogenicity of DDT. Positive associations have been observed between DDT and cancers of the liver and testis, and non-Hodgkin lymphoma.

## 6.2 Cancer in experimental animals

There is *sufficient evidence* in experimental animals for the carcinogenicity of DDT.

There is *sufficient evidence* in experimental animals for the carcinogenicity of DDE.

There is *sufficient evidence* in experimental animals for the carcinogenicity of DDD.

## 6.3 Overall evaluation

DDT is *probably carcinogenic to humans (Group 2A)*.

## 6.4 Rationale

In addition to limited evidence for the carcinogenicity of DDT in humans and sufficient evidence for the carcinogenicity of DDT in experimental animals, there is strong mechanistic evidence for DDT that three key characteristics of known human carcinogens can operate in humans: receptor-mediated effects, immunosuppression, and oxidative stress.

# References

Abbassy MS, Ibrahim HZ, Abu El-Amayem MM (1999). Occurrence of pesticides and polychlorinated biphenyls in water of the Nile river at the estuaries of Rosetta and Damiatta branches, north of delta, Egypt. *J Environ Sci Health*, B34(2):255–67. doi:10.1080/03601239909373196

Acquavella JF, Alexander BH, Mandel JS, Burns CJ, Gustin C (2006). Exposure misclassification in studies of agricultural pesticides: insights from biomonitoring. *Epidemiology*, 17(1):69–74. doi:10.1097/01.ede.0000190603.52867.22 PMID:16357597

Adami HO, Lipworth L, Titus-Ernstoff L, Hsieh CC, Hanberg A, Ahlborg U et al. (1995). Organochlorine compounds and estrogen-related cancers in women. *Cancer Causes Control*, 6(6):551–66. doi:10.1007/BF00054165 PMID:8580305

Adetona O, Horton K, Sjodin A, Jones R, Hall DB, Aguillar-Villalobos M et al. (2013). Concentrations of select persistent organic pollutants across pregnancy trimesters in maternal and in cord serum in Trujillo, Peru. *Chemosphere*, 91(10):1426–33. doi:10.1016/j.chemosphere.2013.01.043 PMID:23453434

Ahmed FE, Hart RW, Lewis NJ (1977). Pesticide induced DNA damage and its repair in cultured human cells. *Mutat Res*, 42(2):161–74. doi:10.1016/S0027-5107(77)80020-1 PMID:190533

Ahmed MT, Loutfy N, El Shiekh E (2002). Residue levels of DDE and PCBs in the blood serum of women in the

Port Said region of Egypt. *J Hazard Mater*, 89(1):41–8. doi:10.1016/S0304-3894(01)00283-7 PMID:11734345

Al-Jamal JH, Dubin NH (2000). The effect of raloxifene on the uterine weight response in immature mice exposed to 17beta-estradiol, 1,1,1-trichloro-2, 2-bis(p-chlorophenyl)ethane, and methoxychlor. *Am J Obstet Gynecol*, 182(5):1099–102. doi:10.1067/mob.2000.105407 PMID:10819839

Al-Mughrabi KI, Qrunfleh IM (2002). Pesticide residues in soil from the Jordan Valley, Jordan. *Bull Environ Contam Toxicol*, 68(1):86–96. doi:10.1007/s00128-001-0223-7 PMID:11731836

Al-Othman AA, Abd-Alrahman SH, Al-Daghri NM (2015). DDT and its metabolites are linked to increased risk of type 2 diabetes among Saudi adults: a cross-sectional study. *Environ Sci Pollut Res Int*, 22(1):379–86. doi:10.1007/s11356-014-3371-0 PMID:25077657

Al-Saleh I, Al-Doush I, Alsabbaheen A, Mohamed GD, Rabbah A (2012). Levels of DDT and its metabolites in placenta, maternal and cord blood and their potential influence on neonatal anthropometric measures. *Sci Total Environ*, 416:62–74. doi:10.1016/j.scitotenv.2011.11.020 PMID:22192892

Alary JG, Guay P, Brodeur J (1971). Effect of phenobarbital pretreatment on the metabolism of DDT in the rat and the bovine. *Toxicol Appl Pharmacol*, 18(2):457–68. doi:10.1016/0041-008X(71)90138-4 PMID:5569383

Alavanja MC, Hofmann JN, Lynch CF, Hines CJ, Barry KH, Barker J et al. (2014). Non-hodgkin lymphoma risk and insecticide, fungicide and fumigant use in the Agricultural Health Study. *PLoS ONE*, 9(10):e109332. doi:10.1371/journal.pone.0109332 PMID:25337994

Alawi MA, Tamimi S, Jaghabir M (1999). Storage of organochlorine pesticides in human adipose tissues of Jordanian males and females. *Chemosphere*, 38(12):2865–73. doi:10.1016/S0045-6535(98)00488-3 PMID:10214717

Albertini S, Friederich U, Würgler FE (1988). Induction of mitotic chromosome loss in the diploid yeast Saccharomyces cerevisiae D61.M by genotoxic carcinogens and tumor promoters. *Environ Mol Mutagen*, 11(4):497–508. doi:10.1002/em.2850110410 PMID:3286249

Alegría-Torres JA, Díaz-Barriga F, Gandolfi AJ, Pérez-Maldonado IN (2009). Mechanisms of p,p′-DDE-induced apoptosis in human peripheral blood mononuclear cells. *Toxicol In Vitro*, 23(6):1000–6. doi:10.1016/j.tiv.2009.06.021 PMID:19545618

Aliyeva G, Halsall C, Alasgarova K, Avazova M, Ibrahimov Y, Aghayeva R (2013). The legacy of persistent organic pollutants in Azerbaijan: an assessment of past use and current contamination. *Environ Sci Pollut Res Int*, 20(4):1993–2008. doi:10.1007/s11356-012-1076-9 PMID:22825638

Alvarado-Hernandez DL, Montero-Montoya R, Serrano-García L, Arellano-Aguilar O, Jasso-Pineda Y, Yáñez-Estrada L (2013). Assessment of exposure to organochlorine pesticides and levels of DNA damage in mother-infant pairs of an agrarian community. *Environ Mol Mutagen*, 54(2):99–111. doi:10.1002/em.21753 PMID:23355095

Álvarez-Pedrerol M, Ribas-Fitó N, Torrent M, Carrizo D, Garcia-Esteban R, Grimalt JO et al. (2008a). Thyroid disruption at birth due to prenatal exposure to beta-hexachlorocyclohexane. *Environ Int*, 34(6):737–40. doi:10.1016/j.envint.2007.12.001 PMID:18207242

Álvarez-Pedrerol M, Ribas-Fitó N, Torrent M, Carrizo D, Grimalt JO, Sunyer J (2008b). Effects of PCBs, p,p′-DDT, p,p′-DDE, HCB and beta-HCH on thyroid function in preschool children. *Occup Environ Med*, 65(7):452–7. doi:10.1136/oem.2007.032763 PMID:17933884

Amacher DE, Zelljadt I (1984). Mutagenic activity of some clastogenic chemicals at the hypoxanthine guanine phosphoribosyl transferase locus of Chinese hamster ovary cells. *Mutat Res*, 136(2):137–45. doi:10.1016/0165-1218(84)90156-3 PMID:6717480

Amdany R, Chimuka L, Cukrowska E, Kukučka P, Kohoutek J, Tölgyessy P et al. (2014). Assessment of bioavailable fraction of POPS in surface water bodies in Johannesburg City, South Africa, using passive samplers: an initial assessment. *Environ Monit Assess*, 186(9):5639–53. doi:10.1007/s10661-014-3809-3 PMID:24869948

Amer SM, Fahmy MA, Donya SM (1996). Cytogenetic effect of some insecticides in mouse spleen. *J Appl Toxicol*, 16(1):1–3. doi:10.1002/(SICI)1099-1263(199601)16:1<1::AID-JAT294>3.0.CO;2-A PMID:8821669

Andersen HR, Andersson A-M, Arnold SF, Autrup H, Barfoed M, Beresford NA et al. (1999). Comparison of short-term estrogenicity tests for identification of hormone-disrupting chemicals. *Environ Health Perspect*, 107:Suppl 1: 89–108. doi:10.1289/ehp.99107s189 PMID:10229711

Andreotti G, Freeman LE, Hou L, Coble J, Rusiecki J, Hoppin JA et al. (2009). Agricultural pesticide use and pancreatic cancer risk in the Agricultural Health Study Cohort. *Int J Cancer*, 124(10):2495–500. doi:10.1002/ijc.24185 PMID:19142867

Angsubhakorn S, Pradermwong A, Phanwichien K, Nguansangiam S (2002). Promotion of aflatoxin B1-induced hepatocarcinogenesis by dichlorodiphenyl trichloroethane (DDT). *Southeast Asian J Trop Med Public Health*, 33(3):613–23. PMID:12693600

Aronson KJ, Miller AB, Woolcott CG, Sterns EE, McCready DR, Lickley LA et al. (2000). Breast adipose tissue concentrations of polychlorinated biphenyls and other organochlorines and breast cancer risk. *Cancer Epidemiol Biomarkers Prev*, 9(1):55–63. PMID:10667464

Aronson KJ, Wilson JW, Hamel M, Diarsvitri W, Fan W, Woolcott C et al. (2010). Plasma organochlorine levels

and prostate cancer risk. *J Expo Sci Environ Epidemiol*, 20(5):434–45. doi:10.1038/jes.2009.33 PMID:19513097

Asawasinsopon R, Prapamontol T, Prakobvitayakit O, Vaneesorn Y, Mangklabruks A, Hock B (2006). The association between organochlorine and thyroid hormone levels in cord serum: a study from northern Thailand. *Environ Int*, 32(4):554–9. doi:10.1016/j.envint.2006.01.001 PMID:16492389

Asawasinsopon R, Prapamontol T, Prakobvitayakit O, Vaneesorn Y, Mangklabruks A, Hock B (2006a). The association between organochlorine and thyroid hormone levels in cord serum: a study from northern Thailand. *Environ Int*, 32(4):554–9. doi:10.1016/j.envint.2006.01.001 PMID:16492389

Asawasinsopon R, Prapamontol T, Prakobvitayakit O, Vaneesorn Y, Mangklabruks A, Hock B (2006b). Plasma levels of DDT and their association with reproductive hormones in adult men from northern Thailand. *Sci Total Environ*, 355(1–3):98–105. doi:10.1016/j.scitotenv.2005.03.004 PMID:15964612

Assennato G, Ferri GM, Tria G, Porro A, Macinagrossa L, Ruggieri M (1995). [Tumors of the hemolymphopoietic tract and employment in agriculture: a case-control study carried out in an epidemiologic area in southern Italy.] *G Ital Med Lav*, 17(1–6):91–7. PMID:8991832

ATSDR (2002). Toxicological profile for DDT, DDE, and DDD. Atlanta (GA), USA: U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry (ATSDR). Available from: http://www.atsdr.cdc.gov, accessed March 2015.

Aubé M, Larochelle C, Ayotte P (2008). 1,1-dichloro-2,2-bis(p-chlorophenyl)ethylene (*p,p'*-DDE) disrupts the estrogen-androgen balance regulating the growth of hormone-dependent breast cancer cells. *Breast Cancer Res*, 10(1):R16. doi:10.1186/bcr1862 PMID:18275596

Aubé M, Larochelle C, Ayotte P (2011). Differential effects of a complex organochlorine mixture on the proliferation of breast cancer cell lines. *Environ Res*, 111(3):337–47. doi:10.1016/j.envres.2011.01.010 PMID:21295777

Austin H, Keil JE, Cole P (1989). A prospective follow-up study of cancer mortality in relation to serum DDT. *Am J Public Health*, 79(1):43–6. doi:10.2105/AJPH.79.1.43 PMID:2909181

Axmon A, Thulstrup AM, Rignell-Hydbom A, Pedersen HS, Zvyezday V, Ludwicki JK et al.; INUENDO (2006). Time to pregnancy as a function of male and female serum concentrations of 2,2′,4,4′,5,5′-hexachlorobiphenyl (CB-153) and 1,1-dichloro-2,2-bis (p-chlorophenyl)-ethylene (p,p′-DDE). *Hum Reprod*, 21(3):657–65. doi:10.1093/humrep/dei397 PMID:16361295

Aydin ME, Ozcan S, Beduk F, Tor A (2013). Levels of organochlorine pesticides and heavy metals in surface waters of Konya closed basin, Turkey. *ScientificWorldJournal*, 2013:849716. doi:10.1155/2013/849716 PMID:23533363

Azandjeme CS, Delisle H, Fayomi B, Ayotte P, Djrolo F, Houinato D et al. (2014). High serum organochlorine pesticide concentrations in diabetics of a cotton producing area of the Benin Republic (West Africa). *Environ Int*, 69:1–8. doi:10.1016/j.envint.2014.04.002 PMID:24769438

Bachelet D, Truong T, Verner MA, Arveux P, Kerbrat P, Charlier C et al. (2011). Determinants of serum concentrations of 1,1-dichloro-2,2-bis(p-chlorophenyl) ethylene and polychlorinated biphenyls among French women in the CECILE study. *Environ Res*, 111(6):861–70. doi:10.1016/j.envres.2011.06.001 PMID:21684540

Badach H, Nazimek T, Kamińska IA (2007). Pesticide content in drinking water samples collected from orchard areas in central Poland. *Ann Agric Environ Med*, 14(1):109–14. PMID:17655187

Bagga D, Anders KH, Wang HJ, Roberts E, Glaspy JA (2000). Organochlorine pesticide content of breast adipose tissue from women with breast cancer and control subjects. *J Natl Cancer Inst*, 92(9):750–3. doi:10.1093/jnci/92.9.750 PMID:10793112

Bakke B, De Roos AJ, Barr DB, Stewart PA, Blair A, Freeman LB et al. (2009). Exposure to atrazine and selected non-persistent pesticides among corn farmers during a growing season. *J Expo Sci Environ Epidemiol*, 19(6):544–54. doi:10.1038/jes.2008.53 PMID:19052531

Balaguer P, François F, Comunale F, Fenet H, Boussioux AM, Pons M et al. (1999). Reporter cell lines to study the estrogenic effects of xenoestrogens. *Sci Total Environ*, 233(1–3):47–56. doi:10.1016/S0048-9697(99)00178-3 PMID:10492897

Band PR, Abanto Z, Bert J, Lang B, Fang R, Gallagher RP et al. (2011). Prostate cancer risk and exposure to pesticides in British Columbia farmers. *Prostate*, 71(2):168–83. doi:10.1002/pros.21232 PMID:20799287

Banerjee BD (1987a). Sub-chronic effect of DDT on humoral immune response to a thymus-independent antigen (bacterial lipopolysaccharide) in mice. *Bull Environ Contam Toxicol*, 39(5):822–6. doi:10.1007/BF01855861 PMID:3318960

Banerjee BD (1987b). Effects of sub-chronic DDT exposure on humoral and cell-mediated immune responses in albino rats. *Bull Environ Contam Toxicol*, 39(5):827–34. doi:10.1007/BF01855862 PMID:3690008

Banerjee BD, Koner BC, Ray A (1997). Influence of stress on DDT-induced humoral immune responsiveness in mice. *Environ Res*, 74(1):43–7. doi:10.1006/enrs.1997.3749 PMID:9339213

Banerjee BD, Ramachandran M, Hussain QZ (1986). Sub-chronic effect of DDT on humoral immune response in mice. *Bull Environ Contam Toxicol*, 37:433–40. doi:10.1007/BF01607785 PMID:3527308

Banerjee BD, Ray A, Pasha ST (1996). A comparative evaluation of immunotoxicity of DDT and its metabolites in rats. *Indian J Exp Biol*, 34(6):517–22. PMID:8792639

Banerjee BD, Saha S, Mohapatra TK, Ray A (1995). Influence of dietary protein on DDT-induced immune

responsiveness in rats. *Indian J Exp Biol*, 33(10):739–44. PMID:8575804

Baris D, Kwak LW, Rothman N, Wilson W, Manns A, Tarone RE et al. (2000). Blood levels of organochlorines before and after chemotherapy among non-Hodgkin's lymphoma patients. *Cancer Epidemiol Biomarkers Prev*, 9(2):193–7. PMID:10698481

Baris D, Zahm SH, Cantor KP, Blair A (1998). Agricultural use of DDT and risk of non-Hodgkin's lymphoma: pooled analysis of three case-control studies in the United States. *Occup Environ Med*, 55(8):522–7. doi:10.1136/oem.55.8.522 PMID:9849538

Barr JR, Maggio VL, Barr DB, Turner WE, Sjödin A, Sandau CD et al. (2003). New high-resolution mass spectrometric approach for the measurement of poly-chlorinated biphenyls and organochlorine pesticides in human serum. *J Chromatogr B Analyt Technol Biomed Life Sci*, 794(1):137–48. doi:10.1016/S1570-0232(03)00451-3 PMID:12888206

Bartsch H, Malaveille C, Camus AM, Martel-Planche G, Brun G, Hautefeuille A et al. (1980). Validation and comparative studies on 180 chemicals with S. typh-imurium strains and V79 Chinese hamster cells in the presence of various metabolizing systems. *Mutat Res*, 76(1):1–50. doi:10.1016/0165-1110(80)90002-0 PMID:6993936

Bates MN, Buckland SJ, Garrett N, Ellis H, Needham LL, Patterson DG Jr et al. (2004). Persistent organo-chlorines in the serum of the non-occupationally exposed New Zealand population. *Chemosphere*, 54(10):1431–43. doi:10.1016/j.chemosphere.2003.09.040 PMID:14659945

Beard J, Sladden T, Morgan G, Berry G, Brooks L, McMichael A (2003). Health impacts of pesticide exposure in a cohort of outdoor workers. *Environ Health Perspect*, 111(5):724–30. doi:10.1289/ehp.5885 PMID:12727601

Behfar A, Nazari Z, Rabiee MH, Raeesi G, Oveisi MR, Sadeghi N et al. (2013). The organochlorine pesti-cides residue levels in Karun river water. *Jundishapur J Nat Pharm Prod*, 8(1):41–6. doi:10.5812/jjnpp.6783 PMID:24624185

Behrooz RD, Sari AE, Bahramifar N, Ghasempouri SM (2009). Organochlorine pesticide and polychlo-rinated biphenyl residues in human milk from the Southern Coast of Caspian Sea, Iran. *Chemosphere*, 74(7):931–7. doi:10.1016/j.chemosphere.2008.10.014 PMID:19042005

Beineke A, Siebert U, McLachlan M, Bruhn R, Thron K, Failing K et al. (2005). Investigations of the poten-tial influence of environmental contaminants on the thymus and spleen of harbor porpoises (Phocoena phocoena). *Environ Sci Technol*, 39(11):3933–8. doi:10.1021/es048709j PMID:15984767

Ben Hassine S, Ameur WB, Gandoura N, Driss MR (2012). Determination of chlorinated pesticides, polychlorinated biphenyls, and polybrominated diphenyl ethers in human milk from Bizerte (Tunisia) in 2010. *Chemosphere*, 89(4):369–77. doi:10.1016/j.chemosphere.2012.05.035 PMID:22743186

Ben Hassine S, Hammami B, Ben Ameur W, El Megdiche Y, Barhoumi B, El Abidi R et al. (2014). Concentrations of organochlorine pesticides and polychlorinated biphenyls in human serum and their relation with age, gender, and BMI for the general population of Bizerte, Tunisia. *Environ Sci Pollut Res Int*, 21(10):6303–13. doi:10.1007/s11356-013-1480-9 PMID:23338993

Ben Rhouma K, Tébourbi O, Krichah R, Sakly M (2001). Reproductive toxicity of DDT in adult male rats. *Hum Exp Toxicol*, 20(8):393–7. doi:10.1191/096032701682692946 PMID:11727789

Benachour N, Moslemi S, Sipahutar H, Seralini GE (2007). Cytotoxic effects and aromatase inhibition by xenobi-otic endocrine disrupters alone and in combination. *Toxicol Appl Pharmacol*, 222(2):129–40. doi:10.1016/j.taap.2007.03.033 PMID:17599374

Berg AH, Thomas P, Olsson PE (2005). Biochemical char-acterization of the Arctic char (Salvelinus alpinus) ovarian progestin membrane receptor. *Reprod Biol Endocrinol*, 3(1):64. doi:10.1186/1477-7827-3-64 PMID:16281974

Bergonzi R, Specchia C, Dinolfo M, Tomasi C, De Palma G, Frusca T et al. (2009). Distribution of persistent organo-chlorine pollutants in maternal and foetal tissues: data from an Italian polluted urban area. *Chemosphere*, 76(6):747–54. doi:10.1016/j.chemosphere.2009.05.026 PMID:19539348

Bernard L, Martinat N, Lécureuil C, Crépieux P, Reiter E, Tilloy-Ellul A et al. (2007). Dichlorodiphenyltrichloroethane impairs folli-cle-stimulating hormone receptor-mediated signal-ling in rat Sertoli cells. *Reprod Toxicol*, 23(2):158–64. doi:10.1016/j.reprotox.2006.11.002 PMID:17157474

Bertrand KA, Spiegelman D, Aster JC, Altshul LM, Korrick SA, Rodig SJ et al. (2010). Plasma organochlo-rine levels and risk of non-Hodgkin lymphoma in a cohort of men. *Epidemiology*, 21(2):172–80. doi:10.1097/EDE.0b013e3181cb610b PMID:20087190

Bhatia R, Shiau R, Petreas M, Weintraub JM, Farhang L, Eskenazi B (2005). Organochlorine pesticides and male genital anomalies in the child health and devel-opment studies. *Environ Health Perspect*, 113(2):220–4. doi:10.1289/ehp.7382 PMID:15687061

Bhatnagar VK, Kashyap R, Zaidi SS, Kulkarni PK, Saiyed HN (2004). Levels of DDT, HCH, and HCB residues in human blood in Ahmedabad, India. *Bull Environ Contam Toxicol*, 72(2):261–5. doi:10.1007/s00128-003-9049-9 PMID:15106760

Bi X, Thomas GO, Jones KC, Qu W, Sheng G, Martin FL et al. (2007). Exposure of electronics dismantling workers to polybrominated diphenyl ethers, poly-chlorinated biphenyls, and organochlorine pesticides

lack of rationale for dose selection, and limited reporting.

In treated mice, lindane consistently increased the incidence of benign and/or malignant tumours of the liver, which were classified across the various studies as benign or malignant liver cell tumours, hepatomas (not further classified), benign or malignant hepatomas, or hepatocellular adenoma or carcinoma. In one study in males, there was an increase in the incidence of benign hepatomas. In a second study in males and females, there was an increase in the incidence of benign or malignant (combined) liver cell tumours in both sexes. In a third study in males and females, there was an increase in the incidence of liver hepatoma (not further classified) in males. In a fourth study in females of three different strains of mice, there was an increase in the incidence of hepatocellular adenoma or carcinoma (combined) in two strains, and of bronchiolo-alveolar tumours of the lung (not further classified) in one of these two strains. In a fifth study in males and females, there was a positive trend in the incidence of bronchiolo-alveolar adenoma or carcinoma (combined) in females. One study in males and females gave negative results, and another one study in males and females was inadequate for the evaluation.

In rats, one study in males and females gave negative results, and another study was inadequate for the evaluation.

## 5.4  Mechanistic and other relevant data

Lindane is highly lipophilic, readily absorbed via all routes of exposure, and distributes widely in the body, with a preference for adipose and other lipid-rich tissues. It is extensively metabolized via cytochrome P450s to a multitude of metabolites and excreted as various conjugates, including mercapturic acids. Terminal half-lives in humans have been estimated to be around 1 day, with a few studies reporting half-lives of up to approximately 1 week. Lindane induces several cytochrome P450 enzymes in rats, and induces CYP2B6 and inhibits CYP2D6 and CYP2E1 in human hepatocytes.

With respect to the key characteristics of human carcinogens, adequate data were available to evaluate whether lindane is immunosuppressive, induces oxidative stress, modulates receptor-mediated effects, is genotoxic, alters cell proliferation, cell death or nutrient supply, and induces chronic inflammation.

The evidence is *strong* that lindane is immunosuppressive, and this characteristic can operate in humans. Lindane causes dose-dependent immunosuppressive effects in vivo in several species, including mice, rats, birds and fish. Lindane suppresses the humoral immune response in mice and rats. In vitro, lindane suppresses the activation of human lymphocytes and is toxic to murine lymphocytes. Immunological studies in exposed humans are inconclusive with respect to immunosuppression, but haematotoxic effects have been observed in humans and rodents.

The evidence is *strong* that lindane induces oxidative stress. Markers of oxidative stress in blood lymphocytes were increased in cases of acute poisoning with lindane in humans. Additional data in experimental systems, including in human lymphocytes in vitro and rats in vivo, provide consistent evidence of increases in reactive oxygen species or markers of oxidative stress.

The evidence is *moderate* that lindane modulates receptor-mediated effects. No consistent associations between lindane and serum hormone levels were found in a few studies in humans. Lindane binds and blocks the androgen receptor in human cells and experimental systems. It did not activate transfected human androgen receptor in vitro. Studies in experimental systems indicate that lindane has anti-estrogenic and anti-androgenic activity.

The evidence is *moderate* that lindane is genotoxic. In human cells in vitro, chromosomal aberration, sister-chromatid exchange, and increased micronucleus formation were reported after treatment with lindane. Negative or mixed results were reported in assays for DNA-adduct formation and other types of DNA damage. In rats, mice, and Chinese hamsters, findings were mixed across experimental systems, including chromosomal and other DNA damage end-points. Negative or statistically significant but very small effects were reported in bacteria and lower eukaryotes. No reliable genotoxicity data were available in exposed humans.

The evidence is *weak* that lindane alters cell proliferation or death, or induces chronic inflammation. No data were available in exposed humans. Studies of apoptosis and proliferation in human cancer cells gave mixed results. Induction of apoptosis was reported in mice in vivo and in several mouse cell types in vitro, but inhibition of apoptosis was reported in rat hepatocytes. A few studies in rats in vivo and in vitro have reported Kupffer cell activation in the liver.

In high-throughput testing in the Toxicity Testing in the 21st Century (Tox21) and Toxicity Forecaster (ToxCast) research programmes of the government of the USA, lindane gave positive results for 17 assay end-points, mostly related to receptor-mediated effects, among the 265 assay end-points relevant to the key characteristics of human carcinogens.

No cancer susceptibility factors have been identified in humans.

Adverse effects of lindane in the liver, kidney, and haematopoietic systems have been reported in exposed humans, as well as in experimental systems. Additionally, testicular toxicity has been reported in rats exposed to lindane.

Overall, the mechanistic data provide strong support for the carcinogenicity of lindane. This includes strong evidence that lindane is immunosuppressive and induces oxidative stress, and that effects can operate in humans.

# 6. Evaluation

## 6.1 Cancer in humans

There is *sufficient evidence* in humans for the carcinogenicity of lindane. Lindane causes non-Hodgkin lymphoma.

## 6.2 Cancer in experimental animals

There is *sufficient evidence* in experimental animals for the carcinogenicity of lindane.

## 6.3 Overall evaluation

Lindane is *carcinogenic to humans (Group 1)*.

# References

Abbassy MS, Ibrahim HZ, el-Amayem MM (1999). Occurrence of pesticides and polychlorinated biphenyls in water of the Nile river at the estuaries of Rosetta and Damiatta branches, north of Delta, Egypt. *J Environ Sci Health B*, 34(2):255–67. doi:10.1080/03601239909373196 PMID:10192956

Abhilash PC, Jamil S, Singh N (2007). Matrix solid-phase dispersion extraction versus solid-phase extraction in the analysis of combined residues of hexachlorocyclohexane isomers in plant matrices. *J Chromatogr A*, 1176(1-2):43–7. doi:10.1016/j.chroma.2007.11.005 PMID:18035358

Achari RG, Sandhu SS, Warren WJ (1975). Chlorinated hydrocarbon residues in ground water. *Bull Environ Contam Toxicol*, 13(1):94–6. doi:10.1007/BF01684870 PMID:48391

Ahdaya SM, Monroe RJ, Guthrie FE (1981). Absorption and distribution of intubated insecticides in fasted mice. *Pestic Biochem Physiol*, 16(1):38–46. doi:10.1016/0048-3575(81)90070-5

Ahmed FE, Hart RW, Lewis NJ (1977). Pesticide induced DNA damage and its repair in cultured human cells. *Mutat Res*, 42(2):161–74. doi:10.1016/S0027-5107(77)80020-1 PMID:190533

Aks SE, Krantz A, Hryhorczuk DO, Wagner S, Mock J (1995). Acute accidental lindane ingestion in toddlers. *Ann Emerg Med*, 26(5):647–51. doi:10.1016/S0196-0644(95)70020-X PMID:7486377

Al-Mughrabi KI, Qrunfleh IM (2002). Pesticide residues in soil from the Jordan Valley, Jordan. *Bull Environ Contam Toxicol*, 68(1):86–96. doi:10.1007/s00128-001-0223-7 PMID:11731836

Alavanja M, Hofmann J, Lynch C, Hines C, Barry K, Barker J et al. (2014a). Occupational use of insecticides, fungicides and fumigants and risk of non-Hodgkin lymphoma and multiple myeloma in the Agricultural Health Study. *Occup Environ Med*, 71:Suppl 1: A36 doi:10.1136/oemed-2014-102362.111

Alavanja MC, Hofmann JN, Lynch CF, Hines CJ, Barry KH, Barker J et al. (2014b). Non-hodgkin lymphoma risk and insecticide, fungicide and fumigant use in the agricultural health study. *PLoS ONE*, 9(10):e109332 doi:10.1371/journal.pone.0109332 PMID:25337994

Albertini S, Friederich U, Wurgler FE (1988). Induction of mitotic chromosome loss in the diploid yeast Saccharomyces cerevisiae D61.M by genotoxic carcinogens and tumor promoters. *Environ Mol Mutagen*, 11(4):497–508. doi:10.1002/em.2850110410

American Cancer Society (2016). Types of non-Hodgkin lymphoma. Available from: http://www.cancer.org/cancer/non-hodgkinlymphoma/detailedguide/non-hodgkin-lymphoma-types-of-non-hodgkin-lymphoma, accessed 18 April 2016.

Ananya R, Subeena S, Kumar DA, Kumar DT, Kumar MS (2005). Oxidative stress and histopathological changes in the heart following oral lindane (gamma hexachlorohexane) administration in rats. *Med Sci Monit*, 11(9):BR325–9. PMID:16127354

Anderson HA, Falk C, Hanrahan L, Olson J, Burse VW, Needham L et al. ; The Great Lakes Consortium (1998). Profiles of Great Lakes critical pollutants: a sentinel analysis of human blood and urine. *Environ Health Perspect*, 106(5):279–89. PMID:9560354

Angerer J, Maass R, Heinrich R (1983). Occupational exposure to hexachlorocyclohexane. VI. Metabolism of gamma-hexachlorocyclohexane in man. *Int Arch Occup Environ Health*, 52(1):59–67. doi:10.1007/BF00380608 PMID:6192092

Anguiano G, Llera-Herrera R, Rojas E, Vazquez-Boucard C (2007). Subchronic organismal toxicity, cytotoxicity, genotoxicity, and feeding response of Pacific oyster (*Crassostrea gigas*) to lindane (γ-HCH) exposure under experimental conditions. *Environ Toxicol Chem*, 26(10):2192–7. doi:10.1897/06-377R3.1 PMID:17867868

Anilakumar KR, Nagaraj NS, Santhanam K (2007). Reduction of hexachlorocyclohexane-induced oxidative stress and cytotoxicity in rat liver by Emblica officinalis gaertn. *Indian J Exp Biol*, 45(5):450–4. PMID:17569287

Anilakumar KR, Saritha V, Khanum F, Bawa AS (2009). Ameliorative effect of ajwain extract on hexachlorocyclohexane-induced lipid peroxidation in rat liver. *Chem Toxicol*, 47(2):279–82. doi:10.1016/j.fct.2008.09.061

Aoki K, Egawa M, Saito T, Hosokawa T, Kurasaki M (2008). Effects of gamma-hexachlorocyclohexane on apoptosis induced by serum deprivation in PC12 cells. *J Environ Sci Health B*, 43(6):471–5. doi:10.1080/03601230802174573 PMID:18665982

Aronson KJ, Wilson JW, Hamel M, Diarsvitri W, Fan W, Woolcott C et al. (2010). Plasma organochlorine levels and prostate cancer risk. *J Expo Sci Environ Epidemiol*, 20(5):434–45. doi:10.1038/jes.2009.33 PMID:19513097

Arthur RD, Cain JD, Barrentine BF (1976). Atmospheric levels of pesticides in the Mississippi Delta. *Bull Environ Contam Toxicol*, 15(2):129–34. doi:10.1007/BF01685150 PMID:1252627

ATSDR (1989). Hexachlorocyclohexane. Atlanta (GA), USA: Agency for Toxic Substances and Disease Registry. Available from: http://www.atsdr.cdc.gov/toxprofiles/tp43-c4.pdf.

ATSDR (2005). Toxicological profile for alpha-, beta-, gamma-, and delta-hexachlorocyclohexane. Atlanta (GA), USA: Agency for Toxic Substances and Disease Registry. Available from: http://www.atsdr.cdc.gov/toxprofiles/tp43.pdf.

Aydin ME, Ozcan S, Beduk F, Tor A (2013). Levels of organochlorine pesticides and heavy metals in surface waters of Konya closed basin, Turkey. *Scientific WorldJournal*, 2013:849716 doi:10.1155/2013/849716 PMID:23533363

Azandjeme CS, Delisle H, Fayomi B, Ayotte P, Djrolo F, Houinato D et al. (2014). High serum organochlorine pesticide concentrations in diabetics of a cotton producing area of the Benin Republic (West Africa). *Environ Int*, 69:1–8. doi:10.1016/j.envint.2014.04.002 PMID:24769438

Band PR, Abanto Z, Bert J, Lang B, Fang R, Gallagher RP et al. (2011). Prostate cancer risk and exposure to pesticides in British Columbia farmers. *Prostate*, 71(2):168–83. doi:10.1002/pros.21232 PMID:20799287

Banerjee BD, Koner BC, Ray A, Pasha ST (1996). Influence of subchronic exposure to lindane on humoral immunity in mice. *Indian J Exp Biol*, 34(11):1109–13. PMID:9055633

Banerjee BD, Seth V, Bhattacharya A, Pasha ST, Chakraborty AK (1999). Biochemical effects of some pesticides on lipid peroxidation and free-radical scavengers. *Toxicol Lett*, 107(1-3):33–47. doi:10.1016/S0378-4274(99)00029-6 PMID:10414779

Barr JR, Maggio VL, Barr DB, Turner WE, Sjödin A, Sandau CD et al. (2003). New high-resolution mass spectrometric approach for the measurement of polychlorinated biphenyls and organochlorine pesticides in human serum. *J Chromatogr B Analyt Technol Biomed Life Sci*, 794(1):137–48. doi:10.1016/S1570-0232(03)00451-3 PMID:12888206

Bates MN, Buckland SJ, Garrett N, Ellis H, Needham LL, Patterson DG Jr et al. (2004). Persistent organochlorines in the serum of the non-occupationally exposed New Zealand population. *Chemosphere*,

357

54(10):1431–43. doi:10.1016/j.chemosphere.2003.09.040 PMID:14659945

Battaglia CLR, Gogal RM Jr, Zimmerman K, Misra HP (2010). Malathion, lindane, and piperonyl butoxide, individually or in combined mixtures, induce immunotoxicity via apoptosis in murine splenocytes in vitro. Int J Toxicol, 29(2):209–20. doi:10.1177/1091581809357954 PMID:20075186

Baumann K, Angerer J, Heinrich R, Lehnert G (1980). Occupational exposure to hexachlorocyclohexane. I. Body burden of HCH-isomers. Int Arch Occup Environ Health, 47(2):119–27. doi:10.1007/BF00716371 PMID:6160111

Becker K, Kaus S, Krause C, Lepom P, Schulz C, Seiwert M et al. (2002). German Environmental Survey 1998 (GerES III): environmental pollutants in blood of the German population. Int J Hyg Environ Health, 205(4):297–308. doi:10.1078/1438-4639-00155 PMID:12068749

Behfar A, Nazari Z, Rabiee MH, Raeesi G, Oveisi MR, Sadeghi N et al. (2013). The organochlorine pesticides residue levels in Karun river water. Jundishapur J Nat Pharm Prod, 8(1):41–6. doi:10.5812/jjnpp.6783 PMID:24624185

Ben Hassine SB, Ameur WB, Gandoura N, Driss MR (2012). Determination of chlorinated pesticides, polychlorinated biphenyls, and polybrominated diphenyl ethers in human milk from Bizerte (Tunisia) in 2010. Chemosphere, 89(4):369–77. doi:10.1016/j.chemosphere.2012.05.035 PMID:22743186

Betoulle S, Duchiron C, Deschaux P (2000). Lindane differently modulates intracellular calcium levels in two populations of rainbow trout (Oncorhynchus mykiss) immune cells: head kidney phagocytes and peripheral blood leucocytes. Toxicology, 145(2-3):203–15. doi:10.1016/S0300-483X(99)00226-7 PMID:10771144

Bharathi SP, Raj HM, Jain S, Banerjee BD, Ahmed T, Arora VK (2013). Role of pesticides in the induction of tumor angiogenesis. Anticancer Res, 33(1):231–40. PMID:23267150

Bhatnagar VK, Kashyap R, Zaidi SS, Kulkarni PK, Saiyed HN (2004). Levels of DDT, HCH, and HCB residues in human blood in Ahmedabad, India. Bull Environ Contam Toxicol, 72(2):261–5. doi:10.1007/s00128-003-9049-9 PMID:15106760

Biggs ML, Davis MD, Eaton DL, Weiss NS, Barr DB, Doody DR et al. (2008). Serum organochlorine pesticide residues and risk of testicular germ cell carcinoma: a population-based case-control study. Cancer Epidemiol Biomarkers Prev, 17(8):2012–8. doi:10.1158/1055-9965.EPI-08-0032 PMID:18708392

Bijoy Nandan S, Nimila PJ (2012). Lindane toxicity: histopathological, behavioural and biochemical changes in Etroplus maculatus (Bloch, 1795). Mar Environ Res, 76:63–70. doi:10.1016/j.marenvres.2011.10.011 PMID:22115920

Blair A, Cantor KP, Zahm SH (1998). Non-hodgkin's lymphoma and agricultural use of the insecticide lindane. Am J Ind Med, 33(1):82–7. doi:10.1002/(SICI)1097-0274(199801)33:1<82::AID-AJIM9>3.0.CO;2-Y PMID:9408531

Boada LD, Zumbado M, Henríquez-Hernández LA, Almeida-González M, Alvarez-León EE, Serra-Majem L et al. (2012). Complex organochlorine pesticide mixtures as determinant factor for breast cancer risk: a population-based case-control study in the Canary Islands (Spain). Environ Health, 11(1):28 doi:10.1186/1476-069X-11-28 PMID:22534004

Borrás E, Sánchez P, Muñoz A, Tortajada-Genaro LA (2011). Development of a gas chromatography-mass spectrometry method for the determination of pesticides in gaseous and particulate phases in the atmosphere. Anal Chim Acta, 699(1):57–65. doi:10.1016/j.aca.2011.05.009 PMID:21704758

Botella B, Crespo J, Rivas A, Cerrillo I, Olea-Serrano MF, Olea N (2004). Exposure of women to organochlorine pesticides in southern Spain. Environ Res, 96(1):34–40. doi:10.1016/j.envres.2003.10.001 PMID:15261782

Bouvier G, Blanchard O, Momas I, Seta N (2006). Pesticide exposure of non-occupationally exposed subjects compared to some occupational exposure: a French pilot study. Sci Total Environ, 366(1):74–91. doi:10.1016/j.scitotenv.2005.08.016 PMID:16181660

Brassow HL, Baumann K, Lehnert G (1981). Occupational exposure to hexachlorocyclohexane. II. Health conditions of chronically exposed workers. Int Arch Occup Environ Health, 48(1):81–7. doi:10.1007/BF00405934 PMID:6163731

Briz V, Molina-Molina JM, Sánchez-Redondo S, Fernández MF, Grimalt JO, Olea N et al. (2011). Differential estrogenic effects of the persistent organochlorine pesticides dieldrin, endosulfan, and lindane in primary neuronal cultures. Toxicol Sci, 120(2):413–27. doi:10.1093/toxsci/kfr019 PMID:21278053

Brodtmann NV Jr (1976). Continuous analysis of chlorinated hydrocarbon pesticides in the lower Mississippi River. Bull Environ Contam Toxicol, 15(1):33–9. doi:10.1007/BF01686193 PMID:1276488

Brooks GC (1977). Chlorinated insecticides: retrospect and prospect. In: Plimmer JR, editor. Pesticide chemistry in the 20th century. ACS Symposium Series. Washington (DC), USA: American Chemical Society; pp. 1–19.

Brown LM, Blair A, Gibson R, Everett GD, Cantor KP, Schuman LM et al. (1990). Pesticide exposures and other agricultural risk factors for leukemia among men in Iowa and Minnesota. Cancer Res, 50(20):6585–91. PMID:2208120

Buchanan D, Pilkington A, Sewell C, Tannahill SN, Kidd MW, Cherrie B et al. (2001). Estimation of cumulative exposure to organophosphate sheep dips in a study of chronic neurological health effects among

United Kingdom sheep dippers. *Occup Environ Med*, 58(11):694–701. PMID:11600724

Cantor KP, Blair A, Everett G, Gibson R, Burmeister LF, Brown LM et al. (1992). Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. *Cancer Res*, 52(9):2447–55. PMID:1568215

Cantor KP, Strickland PT, Brock JW, Bush D, Helzlsouer K, Needham LL et al. (2003). Risk of non-Hodgkin's lymphoma and prediagnostic serum organochlorines: β-hexachlorocyclohexane, chlordane/heptachlor-related compounds, dieldrin, and hexachlorobenzene. *Environ Health Perspect*, 111(2):179–83. doi:10.1289/ehp.4347 PMID:12573902

Carreño J, Rivas A, Granada A, Jose Lopez-Espinosa M, Mariscal M, Olea N et al. (2007). Exposure of young men to organochlorine pesticides in Southern Spain. *Environ Res*, 103(1):55–61. doi:10.1016/j.envres.2006.06.007 PMID:16889768

Cazorla-Reyes R, Fernández-Moreno JL, Romero-González R, Frenich AG, Vidal JL (2011). Single solid phase extraction method for the simultaneous analysis of polar and non-polar pesticides in urine samples by gas chromatography and ultra high pressure liquid chromatography coupled to tandem mass spectrometry. *Talanta*, 85(1):183–96. doi:10.1016/j.talanta.2011.03.048 PMID:21645688

CDC (2009). Fourth national report on human exposure to environmental chemicals. Atlanta (GA), USA: Centers for Disease Control and Prevention. Available from: http://www.cdc.gov/exposurereport/pdf/fourthreport.pdf

CEC (2006). The North American regional action plan (NARAP) on lindane and other hexachlorocyclohexane (HCH) isomers. Montreal, Canada: Commission for Environmental Cooperation. Available from: http://www.cec.org/Storage/36/2797_NARAP_on_Lindane_and_Other_Hexachlorocyclohexane_Isomers.pdf.

CEC (2015). Lindane. Pollutants. Montreal, Canada: Commission for Environmental Cooperation. Available from: http://www.cec.org/lindane, accessed 3 June 2015.

Chadwick RW, Chadwick CJ, Freal JJ, Bryden CC (1977). Comparative enzyme induction and lindane metabolsim in rats pre-treated with various organochlorine pesticides. *Xenobiotica*, 7(4):235–46. doi:10.3109/00498257709035781 PMID:68630

Chadwick RW, Chang JJ, Gilligan PH, Forehand LR, Long JE, Duffy MC (1990). Effect of lindane on nitroreductase and dechlorinase enzyme activity in the gastrointestinal tract. *Toxicol Lett*, 50(2-3):299–308. doi:10.1016/0378-4274(90)90023-F PMID:1689881

Chadwick RW, Copeland MF, Wolff GL, Cooke N, Whitehouse DA, Mole ML (1985). Effects of age and obesity on the metabolism of lindane by black *a/a*, yellow $A^{vy}/a$, and pseudoagouti $A^{vy}/a$ phenotypes of (YS x VY) F1 hybrid mice. *J Toxicol Environ Health*, 16(6):771–96. doi:10.1080/15287398509530788 PMID:2419580

Chadwick RW, Copeland MF, Wolff GL, Stead AG, Mole ML, Whitehouse DA (1987). Saturation of lindane metabolism in chronically treated (YS x VY) F1 hybrid mice. *J Toxicol Environ Health*, 20(4):411–34. doi:10.1080/15287398709530994 PMID:2435921

Chang SK, Williams PL, Dauterman WC, Riviere JE (1994). Percutaneous absorption, dermatopharmacokinetics and related bio-transformation studies of carbaryl, lindane, malathion, and parathion in isolated perfused porcine skin. *Toxicology*, 91(3):269–80. doi:10.1016/0300-483X(94)90014-0 PMID:7521545

Channa KR, Röllin HB, Wilson KS, Nøst TH, Odland JØ, Naik I et al. (2012). Regional variation in pesticide concentrations in plasma of delivering women residing in rural Indian Ocean coastal regions of South Africa. *J Environ Monit*, 14(11):2952–60. doi:10.1039/c2em30264k PMID:23047303

ChemSources (2009). Chem Sources Online [online search engine]. Clemson (SC), USA: Chemical Sources International. Available from: http://www.chemsources.com/chemonline.html, accessed 3 June 2015.

Chowdhury AR, Gautam AK (1994). Steroidogenic impairment after lindane treatment in male rats. *J UOEH*, 16(2):145–52. PMID:7517064

Clere N, Lauret E, Malthiery Y, Andriantsitohaina R, Faure S (2012). Estrogen receptor alpha as a key target of organochlorines to promote angiogenesis. *Angiogenesis*, 15(4):745–60. doi:10.1007/s10456-012-9288-7 PMID:22829064

Cocco P, Brennan P, Ibba A, de Sanjosé Llongueras S, Maynadié M, Nieters A et al. (2008). Plasma polychlorobiphenyl and organochlorine pesticide level and risk of major lymphoma subtypes. *Occup Environ Med*, 65(2):132–40. doi:10.1136/oem.2007.033548 PMID:17699548

Cole R, Frederick R, Healy R (1984). Preliminary findings of the priority pollutant monitoring project of the nationwide urban runoff program. *J Water Pollut Control Fed*, 56(898):908.

Concha-Graña E, Fernández-González V, Grueiro-Noche G, Muniategui-Lorenzo S, López-Mahía P, Fernández-Fernández E et al. (2010). Development of an environmental friendly method for the analysis of organochlorine pesticides in sediments. *Chemosphere*, 79(7):698–705. doi:10.1016/j.chemosphere.2010.02.052 PMID:20299072

Cooper RL, Chadwick RW, Rehnberg GL, Goldman JM, Booth KC, Hein JF et al. (1989). Effect of lindane on hormonal control of reproductive function in the female rat. *Toxicol Appl Pharmacol*, 99(3):384–94. doi:10.1016/0041-008X(89)90148-8 PMID:2473543

Cuesta A, Meseguer J, Angeles Esteban M (2008). Effects of the organochlorines p,p′-DDE and lindane on

gilthead seabream leucocyte immune parameters and gene expression. *Fish Shellfish Immunol*, 25(5):682–8. doi:10.1016/j.fsi.2008.02.006 PMID:18757214

Dahmardeh Behrooz R, Barghi M, Bahramifar N, Esmaili-Sari A (2012). Organochlorine contaminants in the hair of Iranian pregnant women. *Chemosphere*, 86(3):235–41. doi:10.1016/j.chemosphere.2011.09.031 PMID:22047617

Dalsenter PR, Faqi AS, Chahoud I (1997b). Serum testosterone and sexual behavior in rats after prenatal exposure to lindane. *Bull Environ Contam Toxicol*, 59(3):360–6. doi:10.1007/s001289900486 PMID:9256387

Dalsenter PR, Faqi AS, Webb J, Merker HJ, Chahoud I (1996). Reproductive toxicity and tissue concentrations of lindane in adult male rats. *Hum Exp Toxicol*, 15(5):406–10. doi:10.1177/096032719601500508 PMID:8735465

Dalsenter PR, Faqi AS, Webb J, Merker HJ, Chahoud I (1997a). Reproductive toxicity and toxicokinetics of lindane in the male offspring of rats exposed during lactation. *Hum Exp Toxicol*, 16(3):146–53. doi:10.1177/096032719701600303 PMID:9088967

Daniel V, Huber W, Bauer K, Suesal C, Conradt C, Opelz G (2001). Associations of blood levels of PCB, HCHS, and HCB with numbers of lymphocyte subpopulations, in vitro lymphocyte response, plasma cytokine levels, and immunoglobulin autoantibodies. *Environ Health Perspect*, 109(2):173–8. doi:10.1289/ehp.01109173 PMID:11266329

Danzo BJ (1997). Environmental xenobiotics may disrupt normal endocrine function by interfering with the binding of physiological ligands to steroid receptors and binding proteins. *Environ Health Perspect*, 105(3):294–301. doi:10.1289/ehp.97105294 PMID:9225094

Dar SA, Das S, Ramachandran VG, Bhattacharya SN, Mustafa MD, Banerjee BD et al. (2012). Alterations in T-lymphocyte sub-set profiles and cytokine secretion by PBMC of systemic lupus erythematosus patients upon in vitro exposure to organochlorine pesticides. *J Immunotoxicol*, 9(1):85–95. doi:10.3109/1547691X.2011.642103 PMID:22214240

Das SN, Paul BN, Saxena AK, Ray PK (1990). Effect of in utero exposure to hexachlorocyclohexane on the developing immune system of mice. *Immunopharmacol Immunotoxicol*, 12(2):293–310. doi:10.3109/08923979009019674 PMID:1699991

Davies JE, Dedhia HV, Morgade C, Barquet A, Maibach HI (1983). Lindane poisonings. *Arch Dermatol*, 119(2):142–4. doi:10.1001/archderm.1983.01650260050017 PMID:6186202

De Roos AJ, Hartge P, Lubin JH, Colt JS, Davis S, Cerhan JR et al. (2005). Persistent organochlorine chemicals in plasma and risk of non-Hodgkin's lymphoma. *Cancer Res*, 65(23):11214–26. doi:10.1158/0008-5472.CAN-05-1755 PMID:16322272

De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF et al. (2003). Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. *Occup Environ Med*, 60(9):E11 doi:10.1136/oem.60.9.e11 PMID:12937207

Detzel A, Patyk A, Fehrenbach H., Franke B., Gingrich J., Lell M., Vogt R, et al. (1998). Investigation of emissions and abatement measures for persistent organic pollutants in the Federal Republic of Germany. Umweltbundesamt. Research report 295 44 365, UBA-FB 98-115, UBA-Texte 74/98. Berlin, Germany: Federal Environmental Agency.

Dewan A, Gupta SK, Jani JP, Kashyap SK (1980). Effect of lindane on antibody response to typhoid vaccine in weanling rats. *J Environ Sci Health B*, 15(4):395–402. doi:10.1080/03601234800937219 PMID:6156966

Dhooge W, Arijs K, D'Haese I, Stuyvaert S, Versonnen B, Janssen C et al. (2006). Experimental parameters affecting sensitivity and specificity of a yeast assay for estrogenic compounds: results of an interlaboratory validation exercise. *Anal Bioanal Chem*, 386(5):1419–28. doi:10.1007/s00216-006-0669-x PMID:16896612

Di Consiglio E, De Angelis G, Traina ME, Urbani E, Testai E (2009). Effect of lindane on CYP-mediated steroid hormone metabolism in male mice following in utero exposure. *J Appl Toxicol*, 29(8):648–55. doi:10.1002/jat.1452 PMID:19557771

Dick IP, Blain PG, Williams FM (1997). The percutaneous absorption and skin distribution of lindane in man. I. In vivo studies. *Hum Exp Toxicol*, 16(11):645–51. doi:10.1177/096032719701601103 PMID:9426365

Drummond L, Gillanders EM, Wilson HK (1988). Plasma gamma-hexachlorocyclohexane concentrations in forestry workers exposed to lindane. *Br J Ind Med*, 45(7):493–7. PMID:2456092

Dubois M, Grosse Y, Thomé JP, Kremers P, Pfohl-Leszkowicz A (1997). Metabolic activation and DNA-adducts detection as biomarkers of chlorinated pesticide exposures. *Biomarkers*, 2(1):17–24. doi:10.1080/135475097231922

Duff RM, Kissel JC (1996). Effect of soil loading on dermal absorption efficiency from contaminated soils. *J Toxicol Environ Health*, 48(1):93–106. doi:10.1080/009841096161492 PMID:8637061

Dunier M, Siwicki AK (1994). Effects of lindane exposure on rainbow trout (Oncorhynchus mykiss) immunity. I. Effect of lindane on antibody-secreting cells (ASC) measured by ELISPOT assay. *Ecotoxicol Environ Saf*, 27(1):1–6. doi:10.1006/eesa.1994.1001 PMID:7525199

Dunier M, Siwicki AK, Scholtens J, Dal Molin S, Vergnet C, Studnicka M (1994). Effects of lindane exposure on rainbow trout (Oncorhynchus mykiss) immunity. III. Effect on nonspecific immunity and B lymphocyte functions. *Ecotoxicol Environ Saf*, 27(3):324–34. doi:10.1006/eesa.1994.1026 PMID:7519551

Eichler D, Heupt W, Paul W (1983). Comparative study on the distribution of alpha- and gamma-hexachlorocyclohexane in the rat with particular reference to the problem of isomerization. *Xenobiotica*, 13(11):639–47. doi:10.3109/00498258309052225 PMID:6201012

Ellero S, Chakhtoura G, Barreau C, Langouët S, Benelli C, Penicaud L et al. (2010). Xenobiotic-metabolizing cytochromes P450 in human white adipose tissue: expression and induction. *Drug Metab Dispos*, 38(4):679–86. doi:10.1124/dmd.109.029249 PMID:20035023

Engst R, Macholz M, Kujawa M (1976a). [Demonstration of metabolites of hexachlorcyclohexane in human urine] *Z Gesamte Hyg*, 22(3):205–8.[German] PMID:61659

Engst R, Macholz RM, Kujawa M (1976b). Occurrence of beta-glucuronide bound metabolites of hexachlorocyclohexane isomers in human urine. *Z Gesamte Hyg*, 22(7):495–8.[German] PMID:60832

Ennaceur S, Gandoura N, Driss MR (2008). Distribution of polychlorinated biphenyls and organochlorine pesticides in human breast milk from various locations in Tunisia: levels of contamination, influencing factors, and infant risk assessment. *Environ Res*, 108(1):86–93. doi:10.1016/j.envres.2008.05.005 PMID:18614165

EPA (2001a). Data evaluation record. Lindane. Study type: oncogenicity feeding – mouse. TX 014564. Washington (DC), USA: United States Environmental Protection Agency.

EPA (2001b). Cancer assessment document. Evaluation of the carcinogenic potential of lindane. TXR No. 0050297. Washington (DC), USA: United States Environmental Protection Agency.

EPA (2015a). Lindane (gamma-hexachlorocyclohexane). Hazard summary. Created in April 1992; revised in January 2000. Health effects notebook for hazardous air pollutants. Washington (DC), USA: United States Environmental Protection Agency. Available from: https://www.epa.gov/sites/production/files/2016-09/documents/lindane.pdf, accessed 29 August 2017.

EPA (2015b) Basic information about lindane in drinking water. Washington (DC), USA: United States Environmental Protection Agency. Available from: http://water.epa.gov/drink/contaminants/basicinformation/lindane.cfm

Etim OE, Farombi EO, Usoh IF, Akpan EJ (2006). The protective effect of aloe vera juice on lindane induced hepatotoxicity and genotoxicity. *Pak J Pharm Sci*, 19(4):337–40.

European Commission (2000a). Directive 2000/60/EC establishing a framework for Community action in the field of water policy; supplemented by the Groundwater Directive (2006/118/EC) and the Environmental Quality Standards Directive (2008/105/EC). Available from: http://ec.europa.eu/health/endocrine_disruptors/docs/wfd_200060ec_directive_en.pdf, accessed June 2016.

European Commission (2000b). Commission decision of 20 December 2000 concerning the non-inclusion of lindane in Annex I to Council Directive 91/414/EEC and the withdrawal of authorisations for plant-protection products containing this active substance. Available from: http://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32000D0801&from=EN, accessed June 2016.

European Commission (2004). Regulation (EC) No 850/2004 of the European Parliament and of the Council of 29 April 2004 on persistent organic pollutants and amending Directive 79/117/EEC. Available from: http://ec.europa.eu/environment/waste/studies/pdf/annex_1_pop_regul_850_2004.pdf, accessed June 2016.

Fahrig R (1974). Comparative mutagenicity studies with pesticides. *IARC Sci Publ*, 10:161–81.

FDA (2015). Food and Drug Administration Public Health Advisory: Safety of topical lindane products for the treatment of scabies and lice. Available from: http://www.fda.gov/drugs/drugsafety/postmarketdrugsafetyinformationforpatientsandproviders/ucm110845.htm, accessed 3 June 2015.

Feldmann RJ, Maibach HI (1974). Percutaneous penetration of some pesticides and herbicides in man. *Toxicol Appl Pharmacol*, 28(1):126–32. doi:10.1016/0041-008X(74)90137-9 PMID:4853576

Filer D, Patisaul HB, Schug T, Reif D, Thayer K (2014). Test driving ToxCast: endocrine profiling for 1858 chemicals included in phase II. *Curr Opin Pharmacol*, 19:145–52. doi:10.1016/j.coph.2014.09.021 PMID:25460227

Fisher BD, Mueller GC (1971). Gamma-hexachlorocyclohexane inhibits the initiation of lymphocyte growth by phytohemagglutinin. *Biochem Pharmacol*, 20(9):2515–8. doi:10.1016/0006-2952(71)90255-3 PMID:4126989

Fitzloff JF, Pan JC (1984). Epoxidation of the lindane metabolite, beta-PCCH, by human- and rat-liver microsomes. *Xenobiotica*, 14(7):599–604. doi:10.3109/00498258409151455 PMID:6209866

Fitzloff JF, Portig J, Stein K (1982). Lindane metabolism by human and rat liver microsomes. *Xenobiotica*, 12(3):197–202. doi:10.3109/00498258209046794 PMID:6180560

Forgue MF, Pinelli E, Beraud M, Souqual MC, Pipy B (1990). Chemiluminescence response and arachidonic acid metabolism of macrophages induced by gamma-hexachlorocyclohexane (lindane). *Food Addit Contam*, 7(sup1):Suppl 1: S97–9. doi:10.1080/02652039009373856 PMID:1702068

Franz TJ, Lehman PA, Franz SF, Guin JD (1996). Comparative percutaneous absorption of lindane and permethrin. *Arch Dermatol*, 132(8):901–5. doi:10.1001/archderm.1996.03890320049007 PMID:8712839

Freire C, Koifman RJ, Sarcinelli PN, Rosa AC, Clapauch R, Koifman S (2014). Association between serum levels

of organochlorine pesticides and sex hormones in adults living in a heavily contaminated area in Brazil. *Int J Hyg Environ Health*, 217(2–3):370–8. doi:10.1016/j.ijheh.2013.07.012 PMID:23972672

Gencik A (1977). Cytogenetic examination of the bone marrow of rats after administration of lindane. *Bratislavske Lekarske Listy*, 67(5):579–82.[Slovak]

Ginsburg CM, Lowry W, Reisch JS (1977). Absorption of lindane (gamma benzene hexachloride) in infants and children. *J Pediatr*, 91(6):998–1000. doi:10.1016/S0022-3476(77)80915-3 PMID:72815

Giordano A, Richter P, Ahumada I (2011). Determination of pesticides in river water using rotating disk sorptive extraction and gas chromatography-mass spectrometry. *Talanta*, 85(5):2425–9. doi:10.1016/j.talanta.2011.07.087 PMID:21962663

Gopalaswamy UV, Aiyar AS (1986). Biotransformation and toxicity of lindane and its metabolite hexachlorobenzene in mammals. *IARC Sci Publ*, 77:267–76.

Goto M, Hattori M, Miyagawa T, Enomoto M (1972). Beiträge zur ökologischen Chemie: II. Hepatoma-Bildung in Mäusen nach Verabreichung von HCH-Isomeren in hohen dosen. [Contributions to environmental chemistry: II. Hepatoma formation in mice after administration of HCH isomers in high doses]*Chemosphere*, 1(6):279–82. [German] doi:10.1016/0045-6535(72)90033-1

Grabarczyk M, Kopeć-Szlezak J, Szczepańska I, Woźniak J, Podstawka U (1990). The effect of gamma-hexachlorocyclohexane (lindane) on blood cells, kidney and liver tissues in rabbits. *Haematologia (Budap)*, 23(3):171–9. PMID:1706296

Grey WE, Marthre DE, Rogers SJ (1983). Potential exposure of commercial seed-treating applicators to the pesticides carboxin-thiram and lindane. *Bull Environ Contam Toxicol*, 31(2):244–50. doi:10.1007/BF01607901 PMID:6193827

Gunderson EL (1995). FDA Total Diet Study, July 1986-April 1991, dietary intakes of pesticides, selected elements, and other chemicals. *J AOAC Int*, 78(6):1353–63. PMID:8664570

Guo H, Jin Y, Cheng Y, Leaderer B, Lin S, Holford TR et al. (2014). Prenatal exposure to organochlorine pesticides and infant birth weight in China. *Chemosphere*, 110:1–7. doi:10.1016/j.chemosphere.2014.02.017 PMID:24880592

Halse K, Schlabach M, Eckhardt S, Sweetman A, Jones KC, Breivik K (2011). Spatial variability of POPs in European background air. *Atmos Chem Phys*, 11(4):1549–64. doi:10.5194/acp-11-1549-2011

Hanada M, Yutani C, Miyaji T (1973). Induction of hepatoma in mice by benzene hexachloride. *Gan*, 64(5):511–3. PMID:4129376

Hart LJ, Smith SA, Smith BJ, Robertson J, Holladay SD (1997). Exposure of tilapian fish to the pesticide lindane results in hypocellularity of the primary hematopoietic organ (pronephros) and the spleen without altering activity of phagocytic cells in these organs. *Toxicology*, 118(2-3):211–21. doi:10.1016/S0300-483X(97)03619-6 PMID:9129175

Hassoun E, Bagchi M, Bagchi D, Stohs SJ (1993). Comparative studies on lipid peroxidation and DNA-single strand breaks induced by lindane, DDT, chlordane and endrin in rats. *Comp Biochem Physiol, C*, 104(3):427–31. doi:10.1016/0742-8413(93)90013-B

Herbst M, Weisse I, Koellmer H (1975). A contribution to the question of the possible hepatocarcinogenic effects of lindane. *Toxicology*, 4(1):91–6. doi:10.1016/0300-483X(75)90025-6 PMID:48294

Hervás JP (1976). Multinucleate plant cells. I. Aneuploidy in a proliferating population. *Exp Cell Res*, 97(1):203–12. doi:10.1016/0014-4827(76)90669-8

Herzel F (1972). Organochlorine insecticides in surface waters in Germany–1970 and 1971. *Pestic Monit J*, 6(3):179–87. PMID:4122187

Hewitt R, Forero A, Luncsford PJ, Martin FL (2007). Enhanced micronucleus formation and modulation of BCL-2:BAX in MCF-7 cells after exposure to binary mixtures. *Environ Health Perspect*, 115(S-1):Suppl 1: 129–36. doi:10.1289/ehp.9361 PMID:18174961

Hoar SK, Blair A, Holmes FF, Boysen CD, Robel RJ, Hoover R et al. (1986). Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma. *JAMA*, 256(9):1141–7. doi:10.1001/jama.1986.03380090081023 PMID:3801091

Hoff RM, Muir DCG, Grift NP (1992a). Annual cycle of polychlorinated biphenyls and organohalogen pesticides in air in southern Ontario. Air concentration data. *Environ Sci Technol*, 26(2):266–75. doi:10.1021/es00026a005

Høyer AP, Jørgensen T, Grandjean P, Hartvig HB (2000). Repeated measurements of organochlorine exposure and breast cancer risk (Denmark). *Cancer Causes Control*, 11(2):177–84. doi:10.1023/A:1008926219539 PMID:10710203

Hrycek A, Kalina Z, Owczarzy I (1984). Cytochemical analysis of selected dehydrogenases in peripheral blood leukocytes of workers exposed to polychlorinated pesticides. *Med Pr*, 35(3):185–9. PMID:6209525 [Polish]

HSDB (2009). Lindane (CAS No. 58-89-9). Hazardous Substances Data Bank [online database]. Bethesda (MD), USA: United States National Library of Medicine. Available from: http://toxnet.nlm.nih.gov/ cgi-bin/sis/htmlgen?HSDB, accessed 18 December 2009.

IARC (1974). Some organochlorine pesticides. *IARC Monogr Eval Carcinog Risk Chem Man*, 5:1–241. Available from: http://monographs.iarc.fr/ENG/Monographs/vol1-42/mono5.pdf

IARC (1976). Some carbamates, thiocarbamates and carbazides. *IARC Monogr Eval Carcinog Risk Chem Man*, 12:1–282. PMID:188751. Available from: http://



**IARC MONOGRAPHS**

This volume of the *IARC Monographs* provides evaluations of the carcinogenicity of DDT and lindane (both organochlorine insecticides), and 2,4-D (a chlorophenoxy herbicide).

DDT is one of the most studied chemicals of environmental concern. It came into widespread use for disease-vector control and agriculture in the 1940s and was an important tool in malaria eradication efforts.  Most uses of DDT were subsequently restricted because of its persistence and adverse environmental effects.  Nevertheless, it is still detectable in the environment, in food, and in the blood and adipose tissue of humans and animals.  Lindane was commercialized as an agricultural insecticide during the same period as DDT and is now largely banned due to its toxicity.  Since its introduction in the 1940s, 2,4-D has become one of the most widely used herbicide active ingredients worldwide.  It is still used in significant quantities, primarily in agriculture, including in mixtures with other active ingredients.

The *IARC Monographs* Working Group reviewed epidemiological evidence, animal bioassays, and mechanistic and other relevant data to reach conclusions as to the carcinogenic hazard to humans of these agents.

© National Photo Collection of Israel,
Photography dept. Government Press Office