**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Engilis v. Monsanto Company*, 3:19-cv-07859-VC | **APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing date: January 12, 2023<br>Time: 1:00 pm |

APPENDIX OF EXHIBITS IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant Monsanto Company ("Monsanto") submits this Appendix of Exhibits in support of Monsanto's Motion for Summary Judgment.

| Exhibit A | Excerpts of deposition of Peter Engilis, Jr., dated November 21, 2021, in *Engilis v. Monsanto Company*, Northern District of California Case No. 3:19-cv-07859-VC | Declaration of Jed P. White |
|---|---|---|
| Exhibit B | Backgrounder—*History of Monsanto's Glyphosate Herbicides* dated June 2005 | Declaration of Jed P. White |
| Exhibit C | Excerpts of EPA, OPP, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* dated September 12, 2016 | Declaration of Jed P. White |
| Exhibit D | Excerpts of EPA Reregistration Eligibility Decision (RED) Glyphosate dated September 1993 | Declaration of Jed P. White |
| Exhibit E | Excerpts of EPA, OPP, *Cancer Assessment Document—Evaluation of the Carcinogenic Potential of Glyphosate* dated October 1, 2015 | Declaration of Jed P. White |
| Exhibit F | Excerpts of EPA, OPP, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* dated December 12, 2017 | Declaration of Jed P. White |
| Exhibit G | Excerpts of EPA, *Glyphosate—Proposed Interim Registration Review Decision Case Number 0178* dated April 23, 2019. | Declaration of Jed P. White |

APPENDIX OF EXHIBITS IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT

| Exhibit H | Joint Meeting on Pesticide Residues, *Pesticide residues in food – 2016*, Special Session of the Joint FAO/WHO Meeting on Pesticide Residues dated May 2016 | Declaration of Jed P. White |
|---|---|---|
| Exhibit I | Acknowledgment of Satisfaction of Judgment in *Johnson v. Monsanto*, No. CGC-16-550128 (S.F. Super. Ct. Jan. 13, 2021) | Declaration of Jed P. White |
| Exhibit J | Notice of Satisfaction of Judgment in *Hardeman v. Monsanto*, No. 3:16-cv-00525-VC (N.D. Cal. Sept. 17, 2021) | Declaration of Jed P. White |
| Exhibit K | Acknowledgement of Satisfaction of Judgment in *Pilliod v. Monsanto*, No. RG17862702 (Alameda Super. Ct. July 5, 2022) | Declaration of Jed P. White |
| Exhibit L | Bayer Press Release dated July 29, 2021 | Declaration of Jed P. White |

/s/ *Jed P. White*_____
Jed P. White
Attorneys for Defendant Monsanto
Company

APPENDIX OF EXHIBITS IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT

1

**CERTIFICATE OF SERVICE**

2           I HEREBY CERTIFY that on this 30th day of November, 2022, a copy of the foregoing was

3    filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all

4    appearing parties of record.

5                                                    */s/ Jed P. White*
                                                     Jed P. White

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -
APPENDIX OF EXHIBITS IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT