**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> *Engilis v. Monsanto Company*, 3:19-cv-07859-VC | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC <br><br> **DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing date: January 12, 2023 <br> Time: 1:00 pm |

## DECLARATION OF JED P. WHITE

I, Jed P. White, declare and state as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion for Summary Judgment.

2. Annexed hereto as Exhibit A is a true and correct copy of excerpts of deposition of Peter Engilis, Jr., dated November 21, 2021, in *Engilis v. Monsanto Company*, Northern District of California Case No. 3:19-cv-07859-VC.

3. Annexed hereto as Exhibit B is a true and correct copy *Backgrounder—History of Monsanto's Glyphosate Herbicides* dated June 2005.

4. Annexed hereto as Exhibit C is a true and correct copy of excerpts of EPA, OPP, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* dated September 12, 2016.

5. Annexed hereto as Exhibit D is a true and correct copy of excerpts of EPA Reregistration Eligibility Decision (RED) Glyphosate dated September 1993.

6. Annexed hereto as Exhibit E is a true and correct copy of excerpts of EPA, OPP, *Cancer Assessment Document–Evaluation of the Carcinogenic Potential of Glyphosate* dated October 1, 2015.

7. Annexed hereto as Exhibit F is a true and correct copy of excerpts of EPA, OPP, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* dated December 12, 2017.

8. Annexed hereto as Exhibit G is a true and correct copy of excerpts of EPA, *Glyphosate–Proposed Interim Registration Review Decision Case Number 0178* dated April 23, 2019.

9. Annexed hereto as Exhibit H is a true and correct copy of Joint Meeting on Pesticide Residues, *Pesticide residues in food ‐ 2016*, Special Session of the Joint FAO/WHO Meeting on Pesticide Residues dated May 2016.

10. Annexed hereto as Exhibit I is a true and correct copy of Acknowledgment of Satisfaction of Judgment in *Johnson v. Monsanto*, No. CGC-16-550128 (S.F. Super. Ct. Jan. 13, 2021).

11. Annexed hereto as Exhibit J is a true and correct copy of Notice of Satisfaction of Judgment in *Hardeman v. Monsanto*, No. 3:16-cv-00525-VC (N.D. Cal. Sept. 17, 2021).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

12. Annexed hereto as Exhibit K is a true and correct copy Acknowledgement of Satisfaction of Judgment in *Pilliod v. Monsanto*, No. RG17862702 (Alameda Super. Ct. July 5, 2022).

13. Annexed hereto as Exhibit L is a true and correct copy of Bayer Press Release dated July 29, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th Day of November, in Santa Monica, California.

_____
Jed P. White

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of November, 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

>             */s/ Jed P. White*
>             Jed P. White