# EXHIBIT A

1         UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3

4  IN RE: ROUNDUP PRODUCTS  ) MDL No.: 2741

5  LIABILITY LITIGATION     ) Case No. MDL No.:

6  This Document Relates to:) 3:16-md-02741-VC

7  Peter Engilis, Jr. and   )

8  Cathy Engilis            )

9  V. Monsanto Company       )

10  Case No.:                )

11  3:19-cv-07859-VC         )

12

13            DEPOSITION OF:

14          PETER ENGILIS, JR.

15

16      Taken on the 2nd day of November,

17  2021, at approximately 9:07 a.m., via Zoom.

18

19

20

21

22

23

24

25  Court Reporter: Karen Smith

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS, PETER ENGILIS, JR. AND CATHY ENGILIS:

Jeffrey L. Haberman, Esq.
Sarah J. Schultz, Esq.
Schlesinger Law Offices
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
jhaberman@schlesingerlaw.com
Sshultz@schlesingerlaw.com

ON BEHALF OF THE DEFENDANT, MONSANTO COMPANY:

Devin A. Moss, Esq.
Amanda Saper, Esq.
Shook, Hardy & Bacon, LLP
201 South Biscayne Boulevard
Miami, FL 33131
dmoss@shb.com
asaper@shb.com

Anne Hovis, Esq.
Piorkowski Law Firm, P.C.
1800 K Street, NW, Suite 1000
Washington DC 20006
ahovis@piorkowskilaw.com

1    ALSO PRESENT:

2        Dennis Mullin, Videographer

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Peter English, Jr.

1   Q          Okay.  And how long did you live
2   at that address in Boca Raton?
3   A          From 1984 to May of 1990.
4   Q          And where did you live prior to
5   Boca Raton?
6   A          Fort Lauderdale.
7   Q          Do you know the address in Fort
8   Lauderdale?
9   A          2166 Northeast 56th Street.
10  Q          That's 66th Street?
11  A          56.  I'm sorry, 56th Street.
12  Q          No, that's my fault.  It's -- the
13  audio is a little glitchy.
14             How long did you live at that
15  56th Street address?
16  A          Probably ten years.
17  Q          Approximately 1974 to 1984?
18  A          Something like that.  Yes, sir.
19  Q          Okay.  Do you remember where you
20  lived prior to that address?
21  A          When I was younger, my parents
22  had two houses.  I've got to remember
23  addresses now.  I lived part-time in North
24  Scituate, Rhode Island.
25  Q          And when was that?

Peter Engilis, Jr.

1    a quick break.

2          MR. MOSS:  Yeah.  I'm going to

3    move into a new section, so there's a good

4    stopping point here.  But we can go off the

5    record.

6          MR. HABERMAN:  All right.  So

7    let's go off the record for ten minutes.

8          VIDEOGRAPHER:  The time is

9    9:51 a.m.  We're going off the video record.

10          (Short recess.)

11          VIDEOGRAPHER:  The time is now

12    10:03 a.m.  We are back on the video record.

13    Q          (By Mr. Moss)  Okay.

14    Mr. Engilis, I'm going to now ask you some

15    questions about your Roundup purchase and

16    use.  When did you first start using

17    Roundup?

18    A          1990.

19    Q          What's the name of the product

20    that you used?

21    A          Roundup Weed & Grass Killer.

22    Q          Can you describe the product?

23    A          It's a liquid.

24    Q          You --

25    A          A gallon -- I think a gallon

Peter Engilis, Jr.

```
1    A          No, it was on the top I believe.

2    Q          The opening was on the top, okay.

3    Do you happen to have any pictures of any of

4    the Roundup containers you purchased?

5    A          No.

6    Q          Why did you decide to buy that

7    Roundup product?

8    A          We had excessive weeds in our

9    backyard in the bushes and stuff.

10   Q          Is there a reason you chose that

11   specific type of weed killer?

12   A          My wife bought it the first time.

13   Q          And so because your wife

14   purchased it the first time, you continued

15   to use that product?

16   A          Correct.

17   Q          No other reason why you decided

18   to use Roundup as opposed to a different

19   weed killer?

20   A          She bought it; I used it.

21   Q          Like many other things in life,

22   Mr. Engilis.

23   A          Yes.

24   Q          Am I correct that you only used

25   Roundup for residential use?
```

Peter Engilis, Jr.

1  A        Correct.

2  Q        You never used it for a

3  commercial use?

4  A        No.

5  Q        Okay.  So you told me that you

6  chose to use an herbicide to -- was it to

7  kill weeds in your yard?

8  A        Correct.

9  Q        And did that Roundup product

10  work?

11  A        Yes, but it needed frequent use

12  to control it.

13          THE COURT REPORTER:  I can't hear

14  you, Mr. Moss.

15          MR. MOSS:  Oh, I'm sorry.  I'll

16  speak up or get closer to my computer.  Is

17  that better?

18          THE COURT REPORTER:  Yes, it is

19  now.  But I didn't hear what you just said.

20  I'm sorry.

21          MR. MOSS:  What was the last

22  question you got?

23              (Record read.)

24  Q        (By Mr. Moss)  Did the Roundup

25  product that you used work, Mr. Engilis?

Peter English, Jr.

```
1    A          Yes.

2    Q          What other benefits did it

3    provide?

4               MR. HABERMAN:  Object to form.

5    You can answer.

6    A          I used it to kill weeds.  I had

7    dollar weed and poison ivy and --

8    Q          Okay.  So you used it to kill

9    weeds and kill poison ivy?

10   A          Correct.

11   Q          Before using Roundup, had you

12   tried any other methods of maintaining your

13   yard?

14   A          No.

15   Q          Do you believe you always

16   purchased Roundup, or was it possible you

17   purchased some other type of weed killer or

18   herbicide?

19   A          It was always Roundup.

20   Q          Where did you typically purchase

21   Roundup?

22   A          At Lowe's.

23   Q          You've been living at your Soft

24   Shadow Lane since May of 1990?

25   A          Correct.
```

Peter Engilis, Jr.

```
1    Q          Did you purchase Roundup before
2    moving to that property?
3    A          No.
4    Q          Okay.  So your entire use of
5    Roundup is at your current address?
6    A          No.  I --
7    Q          Okay.  Explain that.
8    A          I had a rental house in
9    Summerfield, Florida, that I used.  It was
10   on a golf course, and I sprayed the back of
11   that for the same problem.
12   Q          Okay.  You said you had a rental
13   property?
14   A          Yes.
15   Q          In Summerfield?
16   A          Correct.
17   Q          Do you remember the address of
18   that rental property?
19   A          I believe it was 13901 Del Webb
20   Boulevard.
21   Q          Del Webb?
22   A          D-E-L, new word, W-E-B-B.
23   Q          And that's in Summerfield
24   Florida?
25   A          Correct.
```

Peter Engrisse, Jr.

1    Q        How long did you own that rental
2    property?
3    A        I believe it was about -- I think
4    I owned it about five years.
5    Q        Do you remember when?
6    A        2008 to 2013 maybe.
7    Q        Okay.  Aside from that rental
8    property, am I correct that your use of
9    Roundup was limited to your current address
10   on Soft Shadow Lane?
11   A        I used it at my condo years ago
12   as well.
13   Q        Was that prior to 1990?
14   A        No.
15   Q        Okay.  What condo was that?
16   A        I have a condo at -- in Fort
17   Lauderdale on Northeast 56th Street.
18   Q        Okay.  That's -- oh, you still
19   own that property?
20   A        Correct, yeah.
21   Q        And you also used Roundup there?
22   A        Yes.
23   Q        You mentioned that you purchased
24   the Roundup product that you used at Lowe's?
25   A        Correct.

Peter Engilis, Jr.

```
1   Q         Is that -- has that always been
2   the same Lowe's?
3   A         The -- no.  Because the different
4   houses were in different cities so I used --
5   got it at Lowe's at different stores -- I
6   mean at different cities.  It's my go-to
7   store.
8   Q         Okay.  Do you always get it at a
9   Lowe's?
10  A         Yes, I believe so.
11  Q         Okay.  So is there a Lowe's near
12  your current address on Soft Shadow Lane
13  that you purchased Roundup at?
14  A         Yes.
15  Q         Do you know the address of that
16  Lowe's?
17  A         No, but it's on Saxon Boulevard
18  in Orange City.
19  Q         You said Saxon?
20  A         S-A-X-O-N Boulevard.
21  Q         Saxon, excuse me.  So if you were
22  purchasing Roundup to use at your current
23  home on Soft Shadow Lane, it would be at
24  that Lowe's?
25  A         Correct.
```

1  prior to 2015, you didn't use your credit

2  card to make --

3  A        Thereabout.  It was, you know, a

4  transition where I used to pay with

5  everything with cash.  And then I just, you

6  know, started using plastic for everything.

7  It just was a lot easier and it was safer.

8  Q        Okay.  Fair enough.

9  A        So it's my -- I mean, I --

10  Q        When did you stop using Roundup?

11  A        2015.

12  Q        Okay.  That happen to have

13  anything to do with why you started using

14  credit cards and not cash?

15  A        No.

16  Q        Do you have any receipts from any

17  of your Roundup purchases?

18  A        No.

19  Q        Do you typically keep receipts?

20  A        No.

21  Q        When you would go to Lowe's to

22  purchase Roundup, do you remember anyone at

23  the stores assisting you with your purchase

24  of Roundup?

25  A        Not really, no.

1    Q        Okay.  Do you remember where in

2    the store the Roundup was kept?

3    A        In the lawn and garden area.

4    Q        Okay.  Do you remember any other

5    sort of other products that were kept near

6    the Roundup?

7    A        I can't remember.  I'm sorry.

8    Q        Do you remember any sort of

9    display for Roundup in the stores?

10   A        I can't remember.  I'm sorry.

11   Q        Absolutely.  And Mr. Engilis, "I

12   don't remember," "I don't know" is a

13   perfectly acceptable answer.  Like I

14   mentioned, I'm just looking for your best

15   recollection.  So "I don't know" is a

16   perfectly acceptable answer.

17   A        Some stuff you don't think about,

18   you know, and that's --

19   Q        No, no.  Of course.  Honestly,

20   that's why I'm asking, just to see if you do

21   happen to remember.

22            Do you remember if there were

23   different types of Roundup?

24   A        Yes.

25   Q        Okay.  And other than your wife

Peter Engilis, Jr.

1   purchasing that specific brand, is there any

2   reason you purchased that specific type of

3   Roundup?

4   A         It seemed like -- it seemed --

5   well, first time I used it, it did work.  So

6   I continued buying the same product.

7   Q         Your wife picked that type, and

8   you continued using it because it worked?

9   A         Correct.

10  Q         So you didn't see any Roundup

11  advertisements in the store when you

12  purchased it?

13  A         No.  I don't believe so.

14  Q         So you haven't ever seen an

15  advertisement for Roundup?

16            MR. HABERMAN:  Objection.  You

17  can answer.

18            THE WITNESS:  I can answer?

19  A         On TV.

20  Q         Okay.  So you think you've seen

21  an ad for Roundup on TV?

22  A         Correct.

23  Q         Can you tell me when you remember

24  seeing that advertisement?

25  A         No, I can't.  I'm sorry.

Peter English, Jr.

1  Q        No.  Understandable.  Do you
2  remember how many times you may have seen an
3  ad on TV for Roundup?
4  A        No.  I'm sorry.
5  Q        Do you know any -- do you recall
6  any details about that advertisement?
7  A        I think there was like a
8  dandelion, and they showed it dropping over
9  dead, if I recall.
10  Q        Anything else?  Do you remember
11  that was said in that advertisement?
12  A        No.  No.  I'm sorry.
13  Q        All you remember is the
14  dandelion?
15  A        I think.  It's -- you know, it's
16  a long time ago.  I can't remember.
17  Q        Absolutely.  Right.  So you don't
18  remember any other details about that
19  advertisement?
20  A        No, sir.
21  Q        Where did you store the Roundup
22  in your house?
23  A        In my garage.
24  Q        Did you store any other sorts
25  of -- anything else around the Roundup?

Peter English, Jr.

1    A          My tools.  Some of my -- I'm

2    trying to think what's in -- around that

3    area.  I have a workbench right next to it,

4    and I have shelves which I store old records

5    and old electrical devices that don't work

6    and stuff like that.

7    Q          Any other sorts of cleaning

8    chemicals or insecticides or pesticides in

9    your garage?

10   A          No.

11   Q          Have you ever read the label on

12   the Roundup product that you purchased?

13   A          Yes.

14   Q          Okay.  When did you read the

15   label?

16   A          A long time ago.  Years ago.  I'm

17   sorry.

18   Q          Do you know if you read it at the

19   store when you purchased it?

20   A          Probably.  I'm sorry.  I can't --

21   I can't remember those specifics.  I

22   apologize.

23   Q          No, no.  Absolutely.  Like I

24   said, that's perfectly acceptable.

25              Do you think you read it before

1    using it?

2    A          Yes.

3    Q          Do you remember what the label

4    looked like?

5    A          The label on the front of the

6    package?  Was --

7    Q          Whatever label that you read.

8    A          I recall it had a -- the label

9    was white with -- I think Roundup was

10   written in blue.  And maybe some green on

11   it, a green slash or something.  I'm not

12   sure.  And then on the back the warning

13   talked about, you know, if you got it in

14   your eyes, rinse it out your eyes.  And

15   avoid using it -- I'm trying to think.

16   Maybe not using it when it rains, something

17   like that.  I'm not sure.

18   Q          Okay.

19   A          And there was something about it

20   was safe when it wasn't wet.  When it dried,

21   it was safe.

22   Q          Okay.  You said that -- so you

23   read the warning label on it?

24   A          Yes.

25   Q          You said it said something about

Peter Engilis, Jr.

1  some purpose to it, but -- I'm not wasting

2  time, I promise.

3          Have you generally been about 195

4  during the time that you used Roundup?

5  A       I was much lighter in 1990.

6  Q       When you say much lighter, how

7  much lighter?

8  A       Maybe 170.

9  Q       Okay.  And then -- I apologize if

10 it's intrusive, but have you just slowly put

11 on weight over the years?

12 A       Yes.

13 Q       Okay.  Now, at your rental

14 property in -- is it Summerfield?

15 A       Correct.

16 Q       How often would you use Roundup

17 there?

18 A       Once a month.

19 Q       Okay.  And that's consistent for

20 the five years you owned it?

21 A       Yes, because I'd go out every

22 month to make -- check the house out and

23 make sure everything was okay.

24 Q       And that was a condo that you

25 owned, or was it a house?

Peter English, Jr.

```
 1    A          Single-family house.

 2    Q          Single-family home, okay.  And

 3    are you saying that you sprayed Roundup each

 4    month that you went out to check on it?

 5    A          Yeah.  I had, again, a lot of

 6    problems with weeds in the beds at the back

 7    of the house.  The poison ivy, the dollar

 8    weed, and -- I believe it was potato vine

 9    too.

10    Q          Were there ever months that you

11    didn't go check on the property?

12    A          Possibly.

13    Q          And at your condo in Fort

14    Lauderdale -- well, let me ask you, at

15    Summerfield, how long would it take you to

16    spray that property with Roundup?

17    A          Probably 20 minutes or so.

18    Q          Now on to the Fort Lauderdale

19    condominium.  How often would you spray

20    Roundup there?

21    A          Once a month maybe.

22    Q          So correct -- was that your

23    parents' condo that you now own?

24    A          Yes.  I bought it from them.

25    Q          When did you buy that from them?
```

Peter English, Jr.

1    time you used Roundup on the house?

2    A        Again, I didn't have an exact

3    pattern every time.  Sometimes if I had the

4    hand sprayer and the small bottle, I might

5    spot spray something, but depends if I was

6    just doing a quick touch-up or if I was

7    doing the whole yard.  It varied, you know.

8    Q        Okay.  So these two places on the

9    front of your house, you just said on a --

10   there's a sego palm on the left, you

11   wouldn't spray the whole area.  Were you

12   spot spraying these areas?

13   A        I was spraying basically the

14   ground because they'd get overgrown with

15   weeds and grasses.  And, you know, I'd pay

16   somebody to pull the weeds and they'd be

17   back quickly, so it was much easier and time

18   effective to just spray it periodically.

19   And, you know, that seemed to be the best

20   way of doing it.  Those big round shrubs

21   next to the sego, there's space behind that

22   of about 2 to 3 feet.  Runs the whole width

23   of that area.  And spray in that area too.

24   Otherwise the grass -- the wild grass would

25   grow crazy in there.

Peter English, Jr.

```
1    Q        Okay.  You're saying that there's
2    an area behind those two larger palms on the
3    right?
4    A        No, on the left.  The shrubs --
5    Q        Oh, on the --
6    A        The round shrubs.
7    Q        I see.
8    A        Yeah.  So I'd go back there and
9    spray the ground in there, because, again,
10   it would get overgrown.  It would take hours
11   to pull the weeds.  And, you know, paying
12   somebody gets real expensive, so the Roundup
13   was a quick solution.
14   Q        Okay.  Are there any other areas
15   that you used Roundup on at this property?
16   A        Not really.
17   Q        When you say not really, is it
18   possible there were other places, but --
19   A        It's possible something come
20   up -- I'm thinking on the right side of the
21   house, there's a strip between the grass and
22   the house where I have pavers, and sometimes
23   the weeds would get in there so sometimes
24   I'd spot spray that.  And actually now that
25   you remind me, I forgot at the back of the
```

Peter English, Jr.

1   raining?

2   A         No.

3   Q         Okay.  Do you remember what time

4   of day you used to spray?

5   A         No.

6   Q         Did you find that the product

7   worked well?

8   A         Yes.

9   Q         Do you happen to know what types

10  of weeds you were spraying?

11  A         As I said earlier, I had poison

12  ivy.  Something they called potato vine.

13  Dollar weed.  And then I'd get a lot of,

14  like, wild grasses, these grasses that would

15  grow, you know, two feet tall -- or a foot

16  tall, I should say.  There was another weed.

17  I have no idea what the name of it was, but

18  that was real prevalent.  It was a short

19  stubby weed that kind of grew in a cluster,

20  but I have no idea what they were.

21  Q         Okay.  Do you remember when you

22  would spray an area you had previously

23  sprayed, were there fewer weeds than before?

24  A         Yeah, it worked.  It worked.

25  They always came back but it worked.

1          MR. MOSS:  Absolutely.

2     Q          (By Mr. Moss)  Mr. Engilis, when

3     you were spraying Roundup, do you remember

4     ever feeling it on your skin?

5     A          Not that I can recall, no.

6     Q          So fair to say you were careful

7     every time you sprayed Roundup not to get it

8     on your skin?

9          MR. HABERMAN:  Objection.

10    Q          You can answer.

11    A          I don't -- you know, I don't

12    recall wanting it on my skin, let alone

13    getting it on my skin.  Is it possible there

14    was some overspray occasionally?  I guess.

15    Q          But sitting here today, you don't

16    remember ever feeling Roundup on your skin?

17    A          No.

18         MR. HABERMAN:  Objection.

19    Q          That was a no?

20    A          I'm sorry?

21    Q          I think you're --

22         MR. MOSS:  Did you get that,

23    Ms. Smith?

24    Q          (By Mr. Moss)  Mr. Engilis, have

25    you ever spoke with anyone at Monsanto about

1    how to use Roundup?

2    A          No.

3    Q          Have you ever communicated with a

4    salesman or sales representative from

5    Monsanto?

6    A          No.

7    Q          Have you ever communicated with

8    anyone else at Monsanto about anything?

9    A          No.

10   Q          I know you mentioned that you've

11   hired lawn services and still use them.  Do

12   you know if any of those companies you've

13   used have ever sprayed Roundup on your

14   properties?

15   A          I don't believe they have, no.

16   Q          Okay.  Do you know if anyone else

17   has ever sprayed Roundup at any of your

18   properties?

19   A          My first lawn guy 20-something

20   years ago may have.  I can't recall.

21   Q          Okay.  Has your wife ever sprayed

22   Roundup on any of your properties?

23   A          No, not that I know of.

24   Q          Anyone else besides you ever

25   sprayed Roundup on your properties?

1    A        Not that I'm aware of.

2    Q        All right.  Mr. Engilis, I'm

3    going to move on and go through some of your

4    medical history if that's okay.

5    A        Sure.

6    Q        I'm just going to start by asking

7    you whether you've ever been diagnosed with

8    a series of different conditions.

9             So currently you have leukemia,

10   correct?

11   A        Yes.

12   Q        Is that CLL?

13   A        Correct.

14   Q        Have you ever been diagnosed with

15   non-Hodgkin's lymphoma?

16   A        Well, I didn't find out until the

17   last couple of years that CLL is a form of

18   non-Hodgkin's lymphoma.  I'm trying to

19   think.  When I was diagnosed with leukemia,

20   the doctor came to me and said, I have good

21   news and bad news.  You don't have

22   lymphoma -- because they thought I had

23   lymphoma -- but you have CLL.  And that's

24   why I was misled to not know that CLL was a

25   form of NHL.

Peter Engilis, Jr.

```
 1              C E R T I F I C A T E

 2

 3          I hereby certify that the above

 4   and foregoing deposition was taken down

 5   by me in stenotype, and the questions and

 6   answers thereto were reduced to computer

 7   print under my supervision, and that the

 8   foregoing represents a true and correct

 9   transcript of the deposition given by

10   said witness upon said hearing.

11

12          I further certify that I am

13   neither of counsel nor of kin to the

14   parties to the action, nor am I in

15   anywise interested in the result of said

16   cause.

17

18   _____

         Karen Smith, Commissioner

19

20

21

22

23

24

25
```