# EXHIBIT C

# Glyphosate Issue Paper:
# Evaluation of Carcinogenic Potential

# EPA's Office of Pesticide Programs
# September 12, 2016



**Table of Contents**

List of Acronyms ................................................................................................................. 7

List of Tables ..................................................................................................................... 10

1.0     Introduction........................................................................................................... 12

1.1     Background ............................................................................................................ 12

1.2     Evaluation of Carcinogenic Potential.................................................................. 12

1.3     Overview of Draft "Framework for Incorporating Human Epidemiologic & Incident Data in Health Risk Assessment" .......................................................................... 13

1.4     Summary of the Exposure Profile in the United States...................................... 15

1.5     Organization of this Document............................................................................. 19

2.0     Systematic Review & Data Collection................................................................. 19

2.1     Data Collection: Methods & Sources .................................................................. 20

2.1.1     Open Literature Search ...................................................................................... 20

2.1.2     Studies Submitted to the Agency ...................................................................... 21

2.2     Evaluation of Relevant Studies............................................................................ 22

3.0     Data Evaluation of Epidemiology........................................................................ 22

3.1     Introduction........................................................................................................... 22

3.2     Considerations for Study Quality Evaluation and Scope of Assessment...................... 23

3.2.1     Study Designs...................................................................................................... 24

3.2.1.1     Analytical Studies .......................................................................................... 25

3.2.1.2    **Descriptive Studies** ......................................................................... 27

3.2.2    **Exposure Measures** ......................................................................... 27

3.2.3    **Outcome Measures** ......................................................................... 28

3.2.4    **Confounding** ......................................................................... 28

3.2.5    **Statistical Analyses** ......................................................................... 29

3.2.6    **Risk of Bias** ......................................................................... 29

3.3    **Review of Quality Results** ......................................................................... 30

3.3.1    **"High" Quality Group** ......................................................................... 30

3.3.2    **"Moderate" Quality Group** ......................................................................... 31

3.3.3    **"Low" Quality Group** ......................................................................... 32

3.4    **Assessment of Epidemiological Studies for Relevance to Analysis** ............................. 44

3.5    **Summary of Relevant Epidemiological Studies** ............................................................. 44

3.5.1    **Solid Tumor Cancer Studies** ......................................................................... 45

3.5.2    **Non-Solid Tumor Cancer Studies** ......................................................................... 53

3.6    **Discussion** ......................................................................... 63

4.0    **Data Evaluation of Animal Carcinogenicity Studies** ......................................................................... 68

4.1    **Introduction** ......................................................................... 69

4.2    **Consideration of Study Quality for Animal Carcinogenicity Studies** ......................... 69

4.3    **Assessment of Animal Carcinogenicity Studies** ......................................................................... 71

**4.4**     **Summary of Animal Carcinogenicity Studies** ................................................................ 73

**4.5**     **Rat Carcinogenicity Studies with Glyphosate** ............................................................ 74

**4.5.1**   **Burnett et al., 1979 (MRID 00105164)** ................................................................ 74

**4.5.2**   **Lankas, 1981 (MRID 00093879)** ......................................................................... 74

**4.5.3**   **Stout and Ruecker, 1990 (MRID 41643801)** ...................................................... 75

**4.5.4**   **Atkinson et al., 1993a (MRID 496317023)** ........................................................ 79

**4.5.5**   **Brammer, 2001 (MRID 49704601)** ..................................................................... 79

**4.5.6**   **Pavkov and Wyand 1987 (MRIDs 40214007, 41209905, 41209907)** ......................... 80

**4.5.7**   **Suresh, 1996 (MRID 49987401 )** ........................................................................ 81

**4.5.8**   **Enemoto, 1997 (MRID 50017103-50017105)** ..................................................... 81

**4.5.9**   **Wood et al., 2009a (MRID 49957404)** ................................................................ 81

**4.5.10**       **Summary of Rat Data** ................................................................................. 82

**4.6**     **Mouse Carcinogenicity Studies with Glyphosate** ........................................................ 85

**4.6.1**   **Reyna and Gordon, 1973 (MRID 00061113)** ...................................................... 85

**4.6.2**   **Knezevich and Hogan, 1983 (MRID 00130406)** .................................................. 85

**4.6.3**   **Atkinson, 1993b (MRID 49631702)** .................................................................... 87

**4.6.4**   **Wood et al., 2009b (MRID 49957402)** ................................................................ 88

**4.6.5**   **Sugimoto, 1997 (MRID 50017108 - 50017109)** ................................................. 89

**4.6.6**   **Pavkov and Turnier, 1987 (MRIDs 40214006, 41209907)** ................................. 90

**4.6.7**   **Summary of Mouse Data** ................................................................. **90**

**4.7**   **Absorption, Distribution, Metabolism, Excretion (ADME)**............................ **94**

**4.8**   **Discussion**....................................................................................... **95**

**5.0**   **Data Evaluation of Genetic Toxicity** ................................................... **97**

**5.1**   **Introduction**.................................................................................... **97**

**5.2**   **Scope of the Assessment Considerations for Study Quality Evaluation**..................... **97**

**5.3**   **Tests for Gene Mutations for Glyphosate Technical**...................................... **99**

**5.3.1**   **Bacterial Mutagenicity Assays** .......................................................... **99**

**5.3.2**   ***In vitro* Tests for Gene Mutations in Mammalian Cells** ......................................... **103**

**5.4**   ***In vitro* Tests for Chromosomal Abnormalities**............................................... **105**

**5.4.1**   ***In vitro* Mammalian Chromosomal Aberration Test**................................................ **105**

**5.4.2**   ***In vitro* Mammalian Micronucleus Test**........................................................ **106**

**5.5**   ***In Vivo* Genetic Toxicology Tests**........................................................ **111**

**5.5.1**   ***In Vivo* Assays for Chromosomal Abnormalities** ........................................ **111**

**5.5.1.1**   **Mammalian Bone Marrow Chromosomal Aberration Assays**........................... **111**

**5.5.1.2**   **Rodent Dominant Lethal Test** ........................................................ **111**

**5.5.1.3**   ***In Vivo* Mammalian Erythrocyte Micronucleus Assays** ..................................... **112**

**5.6**   **Additional Genotoxicity Assays Evaluating Primary DNA Damage** ........................ **119**

**5.7**   **Summary and Discussion** .............................................................. **126**

**6.0**     **Data Integration & Weight-of-Evidence Analysis Across Multiple Lines of Evidence 128**

**6.1**     **Background** ................................................................................................ **128**

**6.2**     **Dose-Response and Temporal Concordance** ............................................... **128**

**6.3**     **Strength, Consistency, and Specificity** ....................................................... **130**

**6.4**     **Biological Plausibility and Coherence** ........................................................ **131**

**6.5**     **Uncertainty** ................................................................................................. **133**

**6.6**     **Evaluation of Cancer Classification per the 2005 EPA Guidelines for Carcinogen Risk Assessment** ............................................................................................... **135**

**6.6.1**     **Introduction** ............................................................................................. **135**

**6.6.2**     **Discussion of Evidence to Support Cancer Classification Descriptors** ................. **137**

**6.7**     **Proposed Conclusions Regarding the Carcinogenic Potential of Glyphosate** .......... **140**

**7.0**     **Collaborative Research Plan for Glyphosate and Glyphosate Formulations** .......... **141**

**8.0**     **References** ................................................................................................. **144**

**List of Acronyms**

ADME: Absorption, Distribution, Metabolism, and Excretion
AHS: Agricultural Health Study
AOP: Adverse Outcome Pathway
AMPA: Aminomethylphosphonic Acid
BrdU: Bromodeoxyuridine
CA: Chromosomal Aberration
CARC: Cancer Assessment Review Committee
CBPI: Cytokinesis Block Proliferation Index
CHL: Chinese Hamster Lung
CHO: Chinese Hamster Ovary
CPRC: Carcinogenicity Peer Review Committee
EFSA: European Food Safety Authority
EPSPS: 5-enolpyruvylshikimate-3-phosphate synthase
FAO: Food and Agriculture Organization
FIFRA: Federal Insecticide, Fungicide, and Rodenticide Act
FISH: Fluorescence *in situ* Hybridization
GC-MS: Gas Chromatography-Mass Spectrometry
HL: Hodgkin Lymphoma
HPLC: High-Performance Liquid Chromatography
HPRT: Hypoxanthine-Guanine Phosphoribosyl Transferase
IARC: International Agency for Research on Cancer
JMPR: Joint Meeting Pesticide Residues
MGUS: Monoclonal Gammopathy of Undetermined Significance
MN: Micronuclei
MOA: Mode of Action
MPCE: Micronucleated Polychromatic Erythrocytes
MRID: Master Record Identifier (a unique number assigned to each study submitted to EPA)
MTD: Maximum Tolerated Dose
NB: Nuclear Bud
NCR: National Research Council
NHL: Non-Hodgkin Lymphoma
NPB: Nucleoplasmic Bridges
NTP: National Toxicology Program
OCSPP: Office of Chemical Safety and Pollution Prevention
OECD: Organization for Economic Cooperation and Development
OPP: Office of Pesticides Program
PCE: Polychromatic Erythrocytes
PK: Pharmacokinetic
PPE: Personal Protective Equipment
PWG: Pathology Work Group
RED: Registration Eligibility Decision
ROS: Reactive Oxygen Species
SAP: Scientific Advisory Panel
SCE: Sister Chromatid Exchange

SCGE: Single Cell Gel Electrophoresis
TAC: Total Antioxidant Capacity
TK: Thymidine Kinase
UDS: Unscheduled DNA Synthesis
USGS: United States Geological Survey
UV: Ultraviolet
WHO: World Health Organization
XPRT: Xanthine-Guanine Phosphoribosyl Transferase

## List of Figures

Figure 1.1.  Source to outcome pathway (adapted from NRC, 2007)

Figure 1.2.  Glyphosate agricultural usage (pounds applied annually) from 1987- 2014. Boxes indicate years when glyphosate-resistant crops were introduced.  Source: Proprietary Market Research Data (1987 – 2014)

Figure 1.3. Map of estimated agricultural use for glyphosate in 1994 from USGS

Figure 1.4. Map of estimated agricultural use for glyphosate in 2014 from USGS

Figure 3.1.  Study evaluation process for epidemiological studies

Figure 3.2.  Forest plot of effect estimates (denoted as ES for effect sizes) and associated 95% confidence intervals (CI) for non-Hodgkin lymphoma (NHL)

Figure 7.1.  Results of HepG2 exposures following 24 hour incubation using different glyphosate formulations

**List of Tables**

Table 3.1 Study Quality Considerations

Table 3.2.  Summary of Study Design Elements Impacting Study Quality Assignment and Overall Ranking

Table 3.3. Summary of Findings: Solid Tumor Cancer Studies

Table 3.4.  Summary of Findings: Non-Solid Tumor Cancer Studies

Table 4.1.  Testicular Interstitial Cell Tumors in Male Sprague-Dawley Rats (Lankas, 1981) Cochran-Armitage Trend Test & Fisher's Exact Test Results

Table 4.2.  Pancreatic Islet Cell Tumors in Male Sprague-Dawley Rats (Stout and Ruecker, 1990) Cochran-Armitage Trend Test & Fisher's Exact Test Results

Table 4.3.  Historical Control Data — Pancreatic Islet Cell Adenomas in Male Sprague- Dawley Rats (MRID No. 41728701)

Table 4.4.  Hepatocellular Tumors in Male Sprague-Dawley Rats (Stout and Ruecker, 1990) Cochran-Armitage Trend Test & Fisher's Exact Test Results

Table 4.6.  Thyroid C-Cell Tumors in Male Sprague-Dawley Rats (Stout and Ruecker, 1990) Cochran-Armitage Trend Test & Fisher's Exact Test Results

Table 4.7.  Thyroid C-Cell Tumors in Female Sprague Dawley Rats Cochran-Armitage Trend Test & Fisher's Exact Test Results (Stout and Ruecker, 1990)

Table 4.8. Thyroid Non-Neoplastic Lesions (Stout and Ruecker, 1990)

Table 4.9.  Liver Adenomas in Male Wistar Rats (Brammer, 2001) Cochran-Armitage Trend Test and Fisher's Exact Test Results

Table 4.10.  Mammary Gland Tumor Incidences in Female Rats (Wood et al., 2009a) Fisher's Exact Test and Cochran-Armitage Trend Test Results

Table 4.11. Summary of Rat Carcinogenicity Studies

Table 4.12.  Kidney Tubular Cell Tumors in Male CD-1 Mice (Knezevich and Hogan, 1983) Cochran-Armitage Trend Test & Fisher's Exact Test Results

Table 4.13. Kidney Histopathological Alterations in Male CD-1 Mice (Knezevich and Hogan, 1983)

Table 4.14.  Hemangiosarcomas in Male CD-1 Mice (Atkinson, 1993b) Cochran-Armitage Trend Test and Fisher's Exact Test Results

Table 4.15.  Lung Tumors in Male CD-1 Mice (Wood et al., 2009b) Fisher's Exact Test and Cochran-Armitage Trend Test Results

Table 4.16.  Malignant Lymphomas in Male CD-1 Mice (Wood et al., 2009b) Fisher's Exact Test and Cochran-Armitage Trend Test Results

Table 4.17.  Hemangioma Incidences (Sugimoto, 1997) Fisher's Exact Test and Cochran-Armitage Trend Test Results

Table 4.18. Summary of Mouse Carcinogenicity Studies

Table 5.1.  *In vitro* Test for Gene Mutations in Bacteria: Glyphosate Technical

Table 5.2.  *In vitro* Mammalian Gene Mutation Assays: Glyphosate Technical

Table 5.3.  *In vitro* Tests for Chromosome Aberrations in Mammalian Cells- Glyphosate Technical

Table 5.4.  *In vitro* Tests for Micronuclei Induction in Mammalian Cells- Glyphosate Technical

Table 5.5.  *In Vivo* Tests for Chromosomal Aberrations in Mammals- Glyphosate Technical

Table 5.6.  In Vivo Tests for Micronuclei Induction in Mammals- Glyphosate Technical

Table 5.7 Assays for Detecting Primary DNA Damage- Glyphosate Technical

## 1.0    Introduction

## 1.1    Background

Glyphosate is a non-selective, phosphonomethyl amino acid herbicide registered to control weeds in various agricultural and non-agricultural settings.  The herbicide acts by inhibiting the 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS) enzyme, which is not present in mammalian systems.  Glyphosate was initially registered in 1974.  Since then, several human health analyses have been completed for glyphosate.  In 1986, EPA issued the Glyphosate Registration Standard which updated the agency's toxicity database for this compound.  In 1993, EPA issued the registration eligibility decision (RED) that indicated that glyphosate was eligible for re-registration.

Currently, glyphosate is undergoing Registration Review[1], a program where all registered pesticides are reviewed at least every 15 years as mandated by the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA).  The initial docket opening for glyphosate occurred in 2009 with the publication of the human health scoping document and preliminary work plan[2].  As part of this process, the hazard and exposure of glyphosate are reevaluated to determine its potential risk to human and environmental health.  Risks are assessed using current practices and policies to ensure pesticide products can still be used safely.  Registration Review also allows the agency to incorporate new science.  For human health risk assessment, both non-cancer and cancer effects are evaluated for glyphosate and its metabolites, aminomethylphosphonic acid (AMPA) and *N*-acetyl-glyphosate; however, this document will focus on the cancer effects only.  EPA expects to complete its complete human health risk assessment in 2017 that will include an assessment of risk from anticipated exposures resulting from registered uses of glyphosate in residential and occupational settings.

## 1.2    Evaluation of Carcinogenic Potential

Since its registration, the carcinogenic potential of glyphosate has been evaluated by EPA several times.  In 1985, the initial peer review of glyphosate was conducted in accordance with the Proposed Guidelines for Carcinogen Risk Assessment.  The agency classified glyphosate as a Group C chemical (Possible Human Carcinogen), based on the presence of kidney tumors in male mice.  In 1986, the agency requested that the FIFRA Scientific Advisory Panel (SAP) evaluate the carcinogenic potential of glyphosate.  The panel determined that the data on renal tumors in male mice were equivocal (only an increase in adenomas was observed and the increase did not reach statistical significance).  As a result, the panel recommended a Group D chemical classification (Not Classifiable as to Human Carcinogenicity) for glyphosate and advised the agency to issue a data call-in notice for further studies in rats and/or mice to clarify the unresolved questions (FIFRA SAP Report, 1986)[3].

---

[1] Additional information on the Registration Review process can be found at: https://www.epa.gov/pesticide-reevaluation/registration-review-process

[2] Documents of the Registration Review can be found in the public docket at: EPA-HQ-OPP-2009-0361, accessible at www.regulations.gov.

[3] Review available at: http://www.epa.gov/pesticides/chem_search/cleared_reviews/csr_PC-103601_24-Feb-86_209.pdf

With the submission of two rat carcinogenicity studies following this data call-in, a second peer review was conducted in 1991 by the agency's Carcinogenicity Peer Review Committee (CPRC) to incorporate the new data.  In accordance with the agency's 1986 Draft Guidelines for Carcinogen Risk Assessment, the CPRC classified glyphosate as a Group E Chemical: "Evidence of Non-Carcinogenicity for Humans" based upon lack of evidence for carcinogenicity in mice and rats and the lack of concern for mutagenicity (TXR# 0008897).

Most recently, in September 2015, a third review was done by the Cancer Assessment Review Committee (CARC).  Relevant glyphosate data available to EPA at that time for glyphosate were reevaluated, including studies submitted by the registrant and studies published in the open literature.  The agency performed this evaluation in support of Registration Review in accordance with the 2005 Guidelines for Carcinogen Risk Assessment, classified glyphosate as "Not Likely to be Carcinogenic to Humans" (CARC, 2015; TXR #0057299).

Recently, several international agencies have evaluated the carcinogenic potential of glyphosate. In March 2015, the International Agency for Research on Cancer (IARC), a subdivision of the World Health Organization (WHO), determined that glyphosate was a probable carcinogen (group 2A) (IARC, 2015).  Later, in November 2015, the European Food Safety Authority (EFSA) determined that glyphosate was unlikely to pose a carcinogenic hazard to humans (EFSA, 2015).  In May 2016, the Joint Food and Agriculture Organization (FAO)/WHO Meeting on Pesticide Residues (JMPR), another subdivision of the WHO, concluded that glyphosate was unlikely to pose a carcinogenic risk to humans from exposure through the diet (JMPR, 2016). Some individual countries (e.g., France, Sweden) have been moving to ban glyphosate based on the IARC decision, while other countries (e.g., Japan, Canada) have continued to support their conclusion that glyphosate is unlikely to pose a carcinogenic risk to humans.

The recent peer review performed by CARC served as an initial analysis to update the data evaluation for glyphosate at that time.  Based on an evaluation of the studies included in the recent analyses by IARC, JMPR, and EFSA, the agency then became aware of additional relevant studies not available to EPA.  As a result, EPA also requested information from registrants about studies that existed, but had never been submitted to the agency.  The current evaluation incorporates these additional studies. In addition, the Agency conducted a systematic review of the open literature and toxicological databases for glyphosate by using a draft "Framework for Incorporating Human Epidemiologic & Incident Data in Health Risk Assessment".  As such, the current evaluation also provides a more thorough evaluation than the 2015 CARC review.

## 1.3     Overview of Draft "Framework for Incorporating Human Epidemiologic & Incident Data in Health Risk Assessment"

In 2010, OPP developed a draft "Framework for Incorporating Human Epidemiologic & Incident Data in Health Risk Assessment" which provides the foundation for evaluating multiple lines of scientific evidence in the context of understanding of the mode of action (MOA)/adverse outcome pathway (AOP) (U.S. EPA, 2010).  The draft framework, which includes two key components, problem formulation and use of the MOA/AOP pathway frameworks, was reviewed

favorably by the FIFRA SAP in 2010 (FIFRA SAP, 2010).  Recently, EPA has applied this framework to the evaluation of atrazine and chlorpyrifos[4].

OPP's draft framework is consistent with updates to the World Health Organization/International Programme on Chemical Safety MOA/human relevance framework, which highlights the importance of problem formulation and the need to integrate information at different levels of biological organization (Meek *et al.*, 2014).  Consistent with recommendations by the National Research Council (NRC) in its 2009 report on *Science and Decisions*, OPP's draft framework describes the importance of using problem formulation at the beginning of a complex scientific analysis.  The problem formulation stage starts with planning dialogue with risk managers to identify goals for the analysis and possible risk management strategies.  This initial dialogue provides the regulatory context for the scientific analysis and helps define the scope of such an analysis.  The problem formulation stage also involves consideration of the available information regarding the pesticide use/usage, toxicological effects of concern, and exposure pathways and duration along with key gaps in data or scientific information.  Specific to glyphosate, the scoping document prepared for Registration Review (J. Langsdale *et al.*, 2009) along with the review conducted by the CARC (CARC, 2015) represent the problem formulation analyses for the weight-of-evidence evaluation for carcinogenic potential.  A summary of the US exposure profile is provided in Section 1.4 below to provide context for interpreting the various lines of evidence.

One of the key components of the agency's draft framework is the use of the MOA framework/AOP concept (Figure 1.1) as a tool for organizing and integrating information from different sources to inform the causal nature of links observed in both experimental and observational studies.  Specifically, the modified Bradford Hill Criteria (Hill, 1965) are used to evaluate strength, consistency, dose response, temporal concordance and biological plausibility of multiple lines of evidence in a weight-of-evidence analysis.



**Figure 1.1.  Source to outcome pathway (adapted from NRC, 2007).**

---

[4] Chlorpyrifos Revised Human Health Risk Assessment for Registration Review; 29-DEC-2014; D424485. U.S. EPA 2010 SAP Background White Paper – Re-evaluation of Human Health Effects of Atrazine: Review of Experimental Animal and In Vitro Studies and Drinking Water Monitoring Frequency. EPA-HQ-OPP-2010-0125. U.S. EPA 2011 SAP Issue Paper – Re-evaluation of Human Health Effects of Atrazine: Review of Cancer Epidemiology, Non-cancer Experimental Animal and In Vitro Studies and Drinking Water Monitoring Frequency. EPA-HQ-OPP-2011-0399.