# EXHIBIT I

EJ-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* |
|---|
| After recording, return to: |
| Curtis G. Hoke (SBN 282465) |
| The Miller Firm LLC |
| 108 Railroad Ave. |
| Orange, VA 22960 |
| State Bar Number 282465 |
| TEL NO.: 540-672-4224   FAX NO. *(optional):* 540-672-3155 |
| E-MAIL ADDRESS *(Optional):* choke@millerfirmllc.com |
| ☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Civic Center Courthouse

FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY

PLAINTIFF: Dewayne Lee Johnson
DEFENDANT: Monsanto Company

CASE NUMBER:
CGC-16-550128

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
☒ FULL    ☐ PARTIAL    ☐ MATURED INSTALLMENT

FOR COURT USE ONLY

**ELECTRONICALLY**
**F I L E D**
Superior Court of California,
County of San Francisco

**01/13/2021**
**Clerk of the Court**
BY: EDNALEEN ALEGRE
Deputy Clerk

1. Satisfaction of the judgment is acknowledged as follows:
   a. ☒ Full satisfaction
      (1) ☒ Judgment is satisfied in full.
      (2) ☐ The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. ☐ Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. ☐ Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:*
   Dewayne Anthony Lee Johnson, 28 Blackberry Drive, Napa, CA 94558

3. Full name and address of assignee of record, if any:
   na

4. Full name and address of judgment debtor being fully or partially released:*
   Monsanto Company, 800 North Lindbergh Blvd. St. Louis, Missouri 63167

5. a. Judgment entered on *(date):* November 23, 2020
   b. ☐ Renewal entered on *(date):*

6. ☐ An ☐ abstract of judgment ☐ certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
|  |  |  |

7. ☐ A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: 1/13/2021

▶ *(signature)*

*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060,
724.120, 724.250

## **Acknowledgement Form**

State of  Virginia                    )

)ss.:

County of Orange                    )

On the 13th day of January in the year 2021, before me, the undersigned notary public, personally appeared Curtis Hoke, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual executed the instrument.

_____ Notary Public

*[Notary seal: RICHARD MICHAEL MAYER, COMMONWEALTH OF VIRGINIA, REGISTRATION NO. 309365, MY COMM. EXPIRES 04/30/2021, NOTARY PUBLIC]*

*Johnson v. Monsanto Company, et al.*
*San Francisco Superior Court Case No.: CGC-16-550128*

## PROOF OF SERVICE

I, Curtis G. Hoke, declare as follows:

I am a citizen of the United States and am employed in Orange County, Virginia. I am over the age of eighteen years and not a party to the within action. My business address is 108 Railroad Avenue, Orange, Virginia 22960. On **January 13, 2021**, I served the following documents by the method indicated below:

1.     **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

☑     **By Electronically Serving** the document(s) described above via LexisNexis File & Serve by 7:00 p.m. Pacific Standard Time on all parties appearing on the LexisNexis File & Serve service list.

**SEE ATTACHED SERVICE LIST**

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this **January 13, 2021** at Arlington, Virginia.

_____

Curtis G. Hoke,
Declarant

PROOF OF SERVICE
- 1

*Johnson v. Monsanto Company, et al.*
**San Francisco Superior Court Case No.: CGC-16-550128**

**SERVICE LIST**

| | |
|---|---|
| George C. Lombardi, Esq.<br>Sandra Edwards, Esq.<br>James M. Hilmert, Esq.<br>**WINSTON & STRAWN LLP**<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5969<br>Fax: (312) 558-5700<br>glombard@winston.com<br>jhilmert@winston.com<br>sedwards@winston.com | Counsel for Defendant<br><br>Served electronically Via Lexis Nexis File&Serve Xpress |
| Joe G. Hollingsworth, Esq.<br>Eric G. Lasker, Esq.<br>Martin C. Calhoun, Esq.<br>Kirby T. Griffis, Esq.<br>William J. Cople III, Esq.<br>**HOLLINGSWORTH LLP**<br>1350 I Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 898-5800<br>Fax: (202) 682-1639<br>jhollingsworth@hollingsworthllp.com<br>elasker@hollingsworthllp.com<br>mcalhoun@hollingsworthllp.com<br>kgriffis@hollingsworthllp.com<br>wcople@hollingsworthllp.com | Counsel for Defendant<br><br>Served electronically via Lexis Nexis File&Serve Xpress |
| Joshua W. Malone, Esq.<br>**Farella Braun + Martel LLP**<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Tel: (415) 95404400<br>Fax: (415) 954-4480<br>jmalone@fbm.com | Counsel for Defendant<br><br>Served electronically via Lexis Nexis File&Serve Xpress |
| Kenneth Lee Marshall, Esq.<br>**Bryan Cave Leighton Paisner LLP**<br>Three Embarcadero Center, 7th Floor | Counsel for Defendant |

PROOF OF SERVICE
- 2

| | |
|---|---|
| San Francisco, CA  94111-4070<br>Phone: 415-675-3444<br>klmarshall@bclplaw.com | Served electronically via Lexis Nexis File&Serve Xpress |
| David Axelrad, Esq.<br>Dean Bochner, Esq.<br>Jason Litt, Esq.<br>**Horvitz & Levy LLP**<br>3601 West Olive Avenue<br>8th Floor<br>Burbank, CA  91505<br>Phone: 818.995.0800<br>daxelrad@horvitzlevy.com<br>dbochner@horvitzlevy.com<br>jlitt@horvitzlevy.com | Counsel for Defendant<br><br>Served electronically via Lexis Nexis File&Serve Xpress |