# EXHIBIT K

EJ-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* | FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY |
|---|---|
| After recording, return to:<br>Curtis G. Hoke (SBN 282465)<br><br>The Miller Firm, LLC<br>108 Railroad Ave.<br>Orange, VA 22960<br>TEL NO.: 540-672-4224   FAX NO. *(optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>[x] ATTORNEY FOR   [x] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon St,
MAILING ADDRESS: 1225 Fallon St,
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: René C. Davidson Courthouse

PLAINTIFF: Alva Pilliod and Alberta Pilliod
DEFENDANT: Monsanto Company

CASE NUMBER: RG17862702

### ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
[x] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

**FOR COURT USE ONLY**

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
07/05/2022 at 01:04:29 PM
By: Suzanne Pesko,
Deputy Clerk

1. Satisfaction of the judgment is acknowledged as follows:
   a. [x] Full satisfaction
      (1) [x] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:*
   Alva Pilliod; Alberta Pilliod

3. Full name and address of assignee of record, if any:
   N/A

4. Full name and address of judgment debtor being fully or partially released:*
   Monsanto Company, 800 N Lindbergh Blvd, Creve Coeur, MO 63141

5. a. Judgment entered on *(date):* May 20, 2019
   b. [ ] Renewal entered on *(date):*

6. [ ] An [ ] abstract of judgment [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| | | |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: June 29, 2022

▶ _____
*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060,
724.120, 724.250

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Three Embarcadero Center, 7th Floor, San Francisco, CA 94111. My email address is: darya.oborina@bclplaw.com.

On July 5, 2022, I served the foregoing documents, described as:

**ACKNOWLEDGMENT OF SATISFACTION OF FULL JUDGMENT**

on each interested party in this action, as follows:

Attn. Alva Pilliod and Alberta Pilliod
Monsanto Company
800 N Lindbergh Blvd,
Creve Coeur, MO 63141

*Judgment Debtors*

**BY OVERNIGHT DELIVERY** – Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 5, 2022, at San Francisco, California.

*Darya V. Oborina*
DARYA V. OBORINA