**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,  *Engilis v. Monsanto Company*, 3:19-cv-07859-VC | MDL No. 2741  Case No.: 3:16-md-02741-VC  **DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF ANDREW SCNEIDER, M.D.**  Hearing date: January 12, 2023 Time: 10:00 a.m. |

## DECLARATION OF JED P. WHITE

I, Jed P. White, declare and state as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude Testimony of Andrew Schneider, M.D., Under Rule 702.

2. Annexed hereto as Exhibit A is a true and correct copy of the Plaintiffs' Amended Rule 26 Specific Causation Expert Disclosures, dated July 27, 2022, for *Engilis v. Monsanto Company*, Northern District of California Case No. 3:19-cv-07859-VC.

3. Annexed hereto as Exhibit B is a true and correct copy of Andrew Schneider's expert report disclosed in the above-captioned matter, dated June 22, 2022.

4. Annexed hereto as Exhibit C is a true and correct copy of Order regarding the parties' motions to exclude experts in *Ferro, et al. v. Monsanto Company*, St. Louis County, Missouri Circuit Court Case No. 20SL-CC03678, dated October 13, 2022.

5. Annexed hereto as Exhibit D is a true and correct copy of the deposition of Andrew Schneider in in *Ferro, et al. v. Monsanto Company*, St. Louis County, Missouri Circuit Court Case No. 20SL-CC03678, dated June 13, 2022.

6. Annexed hereto as Exhibit E is a true and correct copy of the deposition of Andrew Schneider in the above-referenced matter, dated August 9, 2022.

7. Annexed hereto as Exhibit F is a true and correct copy of excerpts of the deposition of Peter Engilis, Jr., dated November 2, 2021.

8. Annexed hereto as Exhibit G is a true and correct copy of the deposition of Andrew Schneider in in *Ferro, et al. v. Monsanto Company*, St. Louis County, Missouri Circuit Court Case No. 20SL-CC03678, dated July 6, 2022.

9. Annexed hereto as Exhibit H is a true and correct copy of excerpts of trial testimony in *Larry Johnson v. Monsanto Company*, Jackson County Circuit Court of Oregon, Case No. 21CV10291, dated June 8, 2022.

1 |       I declare under penalty of perjury under the laws of the United States that the foregoing is true
2 | and correct.  Executed this 30th Day of November, in Santa Monica, California.

                                                                                                                   Jed P. White

- 2 -
WHITE DECLARATION - MOTION TO EXCLUDE TESTIMONY OF ANDREW SCHNEIDER, M.D.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of November, 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

             */s/ Jed P. White*
             Jed P. White