# EXHIBIT F

```
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: ROUNDUP PRODUCTS   ) MDL No.: 2741
 5   LIABILITY LITIGATION      ) Case No. MDL No.:
 6   This Document Relates to:) 3:16-md-02741-VC
 7   Peter Engilis, Jr. and    )
 8   Cathy Engilis             )
 9   V. Monsanto Company       )
10   Case No.:                 )
11   3:19-cv-07859-VC          )
12
13              DEPOSITION OF:
14             PETER ENGILIS, JR.
15
16      Taken on the 2nd day of November,
17   2021, at approximately 9:07 a.m., via Zoom.
18
19
20
21
22
23
24
25   Court Reporter: Karen Smith
```

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFFS, PETER ENGILIS,
 3   JR. AND CATHY ENGILIS:
 4       Jeffrey L. Haberman, Esq.
 5       Sarah J. Schultz, Esq.
 6       Schlesinger Law Offices
 7       1212 Southeast Third Avenue
 8       Ft. Lauderdale, FL 33316
 9       jhaberman@schlesingerlaw.com
10       Sshultz@schlesingerlaw.com
11   ON BEHALF OF THE DEFENDANT, MONSANTO
12   COMPANY:
13       Devin A. Moss, Esq.
14       Amanda Saper, Esq.
15       Shook, Hardy & Bacon, LLP
16       201 South Biscayne Boulevard
17       Miami, FL 33131
18       dmoss@shb.com
19       asaper@shb.com
20
21       Anne Hovis, Esq.
22       Piorkowski Law Firm, P.C.
23       1800 K Street, NW, Suite 1000
24       Washington DC 20006
25       ahovis@piorkowskilaw.com
```

 1   ALSO PRESENT:
 2       Dennis Mullin, Videographer
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Peter Engilis, Jr.

1  don't know that I even have his phone
2  number, but I can find out.  But definitely
3  the third one, I have his name and number.
4  Q          Thank you, Mr. Engilis.  I
5  appreciate that.
6             While you were spraying Roundup,
7  what would you typically wear?
8  A          Typically wear, you know, shorts
9  and a T-shirt, old boat shoes.  I'd
10 typically wear long-sleeve T-shirts, and
11 then I'd wear plastic gloves.
12 Q          So you'd typically wear a
13 long-sleeve T-shirt?
14 A          Yes, uh-huh.
15 Q          What type of fabric would those
16 shirts be?
17 A          Okay.  I'm assuming cotton.
18 Q          A T-shirt though?
19 A          Yes, uh-huh.
20 Q          You said you would wear shorts.
21 Did you ever wear pants while you were doing
22 that?
23 A          Blue jeans probably.
24 Q          Okay.  Would you typically wear
25 long -- wear pants or shorts?

Peter Engilis, Jr.

1  A          Depends on the temperature
2  outside.  I'm a blue jeans kind of guy, but
3  in the summertime when it's hot, I'd
4  probably be wearing my Sportif shorts.
5  Q          Okay.  But when it wasn't too
6  hot, you'd wear blue jeans?
7  A          Yes, uh-huh.
8  Q          You said you would wear boat
9  shoes?
10 A          Yes, uh-huh.
11 Q          Did you always wear close-toed
12 shoes, not sandals?
13 A          I hate sandals.  I have never
14 worn sandals, to my wife's chagrin.
15 Q          Would you wear socks with the
16 shoes?
17 A          Sometimes.
18 Q          You mentioned that you would wear
19 gloves when you would spray Roundup?
20 A          Yes, uh-huh.
21 Q          Would you wear gloves every time
22 you sprayed Roundup?
23 A          Honestly, I think I did.  I
24 either wore the little gloves you buy at
25 Walgreens for medical care, or I'd wear

Peter Engilis, Jr.

1  MR. MOSS: Absolutely.
2  Q       (By Mr. Moss) Mr. Engilis, when
3  you were spraying Roundup, do you remember
4  ever feeling it on your skin?
5  A       Not that I can recall, no.
6  Q       So fair to say you were careful
7  every time you sprayed Roundup not to get it
8  on your skin?
9          MR. HABERMAN: Objection.
10 Q       You can answer.
11 A       I don't -- you know, I don't
12 recall wanting it on my skin, let alone
13 getting it on my skin. Is it possible there
14 was some overspray occasionally? I guess.
15 Q       But sitting here today, you don't
16 remember ever feeling Roundup on your skin?
17 A       No.
18         MR. HABERMAN: Objection.
19 Q       That was a no?
20 A       I'm sorry?
21 Q       I think you're --
22         MR. MOSS: Did you get that,
23 Ms. Smith?
24 Q       (By Mr. Moss) Mr. Engilis, have
25 you ever spoke with anyone at Monsanto about

```
 1            C E R T I F I C A T E
 2
 3           I hereby certify that the above
 4  and foregoing deposition was taken down
 5  by me in stenotype, and the questions and
 6  answers thereto were reduced to computer
 7  print under my supervision, and that the
 8  foregoing represents a true and correct
 9  transcript of the deposition given by
10  said witness upon said hearing.
11
12           I further certify that I am
13  neither of counsel nor of kin to the
14  parties to the action, nor am I in
15  anywise interested in the result of said
16  cause.
17                    Karen Smith
18       _____
             Karen Smith, Commissioner
19
20
21
22
23
24
25
```