# EXHIBIT H






IN THE CIRCUIT COURT OF
THE STATE OF OREGON FOR JACKSON COUNTY

LARRY JOHNSON and GAYLE JOHNSON,

    Plaintiffs,

vs.

MONSANTO COMPANY, a corporation; EAGLE POINT HARDWARE, LLC, a corporation,

    Defendants.

_____

**TRANSCRIPT OF
JURY TRIAL - DAY NINE**

HELD ON
FRIDAY, JUNE 3, 2022
9:03 A.M.

BEFORE
THE HONORABLE CHARLES KOCHLACS

JACKSON COUNTY CIRCUIT COURTHOUSE
100 SOUTH OAKDALE AVENUE
MEDFORD, OREGON 97501

|   |   |
|---|---|
| 1 | **APPEARANCES** |
| 2 |   |
| 3 | **For the Plaintiffs:** |
| 4 | Charles Miller, Esquire |
| 5 | James Orr, Esquire |
| 6 | **HEYGOOD ORR & PEARSON** |
| 7 | 6363 North State Highway 161, Suite 450 |
| 8 | Irving, TX 75038 |
| 9 | (214) 237-9001 |
| 10 | (214) 237-9902 Fax |
| 11 |   |
| 12 | David Linthorst, Esquire |
| 13 | **ANDERSEN MORSE & LINTHORST** |
| 14 | 1730 East McAndrews, Suite A |
| 15 | Medford, OR 97504 |
| 16 | (877) 503-1595 |
| 17 |   |
| 18 | Andrew Kirkendall, Esquire |
| 19 | Kimberly Loutey, Esquire |
| 20 | **KIRKENDALL DWYER** |
| 21 | 4343 Sigma Road, Suite 200 |
| 22 | Dallas, TX 75244 |
| 23 | (877) 503-1595 |
| 24 |   |
| 25 |   |

|    |                                      |
|----|--------------------------------------|
| 1  | **APPEARANCES CONTINUED**            |
| 2  |                                      |
| 3  | **For the Defendants:**              |
| 4  | Frederic Norris, Esquire             |
| 5  | **HUSCH BLACKWELL, LLP**             |
| 6  | 1999 Harrison Street, Suite 700      |
| 7  | Oakland, CA 94612                    |
| 8  | (510) 768-0650                       |
| 9  | (510) 768-0651 Fax                   |
| 10 | jennifer.lee@huschblackwell.com      |
| 11 | rick.norris@huschblackwell.com       |
| 12 |                                      |
| 13 | Dominic Campanella, Esquire          |
| 14 | **BROPHY SCHMOR, LLP**               |
| 15 | 201 West Main Street, 5th Floor      |
| 16 | Medford, OR 97501                    |
| 17 | (541) 772-7123                       |
| 18 | (541) 772-7249 Fax                   |
| 19 | dcampanella@brophylegal.com          |
| 20 | rbennett@brophylegal.com             |
| 21 |                                      |
| 22 |                                      |
| 23 |                                      |
| 24 |                                      |
| 25 |                                      |

**APPEARANCES CONTINUED**

Lee M. Popkin, Esquire
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
(212) 969-3000


Jed White, Esquire
**BRYAN CAVE**
120 Broadway, Suite 300
Santa Monica, CA 90401
(310) 576-2100

```
 1              THE COURT:  Where in California?
 2              MS. ASSI:  L.A.
 3              THE COURT:  Where in L.A.?
 4              MS. ASSI:  The West L.A. area, Century
 5    City.  I just moved to Venice.
 6              THE COURT:  I grew up down there.
 7              MS. ASSI:  Oh.
 8              THE COURT:  All right.  Well, please be
 9    seated.
10              I have notes all over the place, so this
11    may not flow as well as it could.  It's not really
12    flowing at all right now, is it?
13              So I'm granting the defense motion to
14    exclude really all of what Dr. Benbrook planned to
15    testify on.  Under 702, I'm -- I don't think it will
16    be helpful.  I don't think he has the knowledge,
17    experience, training, to testify as to the -- at
18    least the four things he was to address.
19              My general comments are that Dr. Benbrook
20    seems to have immersed himself in Monsanto
21    litigation.  I reviewed his -- the October 2021
22    report was for this case?
23              MR. MILLER:  No, your Honor.
24              THE COURT:  No, it was not?  Okay.  I have
25    reviewed his reports.  He just seems to be ready to
```

1  offer an opinion on any salient issue in the case.
2  I don't think he's got the experience to come in and
3  talk about the regulatory schemes.  I don't think
4  he's an expert in pesticide regulation.  I just
5  don't think he's qualified as to paragraph --
6  proposed testimony paragraph 1 on page 2 of
7  Plaintiffs' response to motion to exclude.
8           Other issues.  One thing I noticed in one
9  of the -- my notes say Exhibit-11, page 14, on the
10 motion to exclude. There's some, I think, deposition
11 testimony.
12          And the question is:  "So you study
13 literature published by other scientists and
14 evaluate it to come up with either your opinions or
15 other opinions?"
16          His answer is:  "Yes." "Where does the
17 information come from?" "Predominantly from the
18 internet."
19          So I'm just not finding what he's
20 proposing to testify to be helpful to the jury.  And
21 I don't find that he is qualified.
22          The -- I know he did an article on the
23 IARC versus EPA findings.  However, we have someone
24 from IARC that participated in the meeting that
25 resulted in the monograph. And he also testified as

1  to why IARC's position was strong, the quality of
2  the participants, the lack of industry funding.
3  There's been discussion of the EPA's position.
4  There's been discussion of how Monsanto may have
5  influenced or tried to influence the EPA's position
6  and how that might have changed the EPA's position.
7           We also heard the EPA is a regulatory
8  body, so -- and IARC is not.  So I think that
9  article is really also an example of him studying
10 studies and then offering his opinion.
11          **MR. MILLER:**  Can I ask a question, your
12 Honor?
13          **THE COURT:**  Hold on a sec.  Let me get
14 through what I wanted to say.  I don't find that he
15 is an expert in pesticide labeling, regulation,
16 standards of care.  It almost feels like he is a
17 trial consultant, who now purports to be an expert
18 on all the issues that we are addressing.  I think
19 that's the feel I get from this.  So I don't find
20 that he's qualified to testify on any of it.
21          I feel that his proposed testimony on EPA
22 versus IARC would be cumulative as well.
23          Okay, Mr. Miller.  What would you like to
24 tell me?
25          **MR. MILLER:**  Did you have a chance to read

<u>REPORTER CERTIFICATION</u>

1   

2  I, PHOEBE S. MOORHEAD, Registered Professional Reporter, do hereby certify:

That the foregoing proceedings were taken before me at the time and place set forth herein and were taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

That the foregoing pages contain a true and correct transcription of my said shorthand notes so taken.

I FURTHER CERTIFY that I am neither counsel for nor related to any party to said action nor in anywise interested in the outcome thereof.

Certified and dated this 4th day of June, 2022.

*Phoebe Moorhead*

PHOEBE S. MOORHEAD, RPR, CRR
Certified Shorthand Reporter
for the State of Utah