**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>*Engilis v. Monsanto Company*,<br>3:19-cv-07859-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF AMBROSE K. CHARLES, PH.D**<br><br>Hearing date: January 12, 2023<br>Time: 10:00 am |

## DECLARATION OF JED P. WHITE

I, Jed P. White, declare and state as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude Testimony of Ambrose K. Charles, Ph.D., Under Rule 702.

2. Annexed hereto as Exhibit A is a true and correct copy of the Plaintiffs' Amended Rule 26 Specific Causation Expert Disclosures, dated July 27, 2022, for *Engilis v. Monsanto Company*, Northern District of California Case No. 3:19-cv-07859-VC.

3. Annexed hereto as Exhibit B is a true and correct copy of the deposition of Ambrose K. Charles, Ph.D. in the above-captioned matter, dated August 17, 2022.

4. Annexed hereto as Exhibit C is a true and correct copy of Ambrose K. Charles's expert report disclosed in the above-captioned matter, dated June 23, 2022.

5. Annexed hereto as Exhibit D is a true and correct copy of the deposition of Ambrose K. Charles in *Ferro, et al. v. Monsanto Company*, St. Louis County, Missouri Circuit Court Case No. 20SL-CC03678, dated June 28, 2022.

6. Annexed hereto as Exhibit E is a true and correct copy of EPA, *Memorandum: Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) publications for Response to Comments on the Proposed Interim Decision*, dated January 6, 2020.

7. Annexed hereto as Exhibit F is a true and correct copy of Pretrial Order No. 85 in *In re Roundup Prods., Liab. Lit.*, 3:16-md-02741-VC, U.S. District Court, Northern District California, dated February 24, 2019.

8. Annexed hereto as Exhibit G is a true and correct copy of excerpts of the deposition of Christopher Portier in *In re Roundup Prods., Liab. Lit.*, 3:16-md-02741-VC, U.S. District Court, Northern District California, dated February 21, 2019.

9. Annexed hereto as Exhibit H is a true and correct copy of excerpts of the deposition of William Sawyer in *Cervantes v. Monsanto Company*, U.S. District Court, Northern District California, Case No. 3:19-cv-03015, dated February 16, 2021.

10. Annexed hereto as Exhibit I is a true and correct copy of George, J., et al., *Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach*, 73 Journal of Proteomics 951 (2010).

11. Annexed hereto as Exhibit J is a true and correct copy of excerpts from EPA, Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential*, dated December 12, 2017.

12. Annexed hereto as Exhibit K is a true and correct copy of excerpts from IARC, *Glyphosate in Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos, Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans* (2015).

13. Annexed hereto as Exhibit L is a true and correct copy of excerpts from BAuA, Proposal for Harmonized Classification and Labeling: N (phosphonomethyl)glycine; Glyphosate (ISO), CLH Report for Glyphosate (2016).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th Day of November, in Santa Monica, California.

_____
Jed P. White

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

>  */s/ Jed P. White*
>  Jed P. White