# EXHIBIT A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY | MDL No. 2741 LITIGATION<br>Case No. 3:16-md-02741-VC |

This document relates to:
*Engilis v. Monsanto Co.*
*Case No. 3:19-cv-07859*

## PLAINTIFFS' AMENDED RULE 26 SPECIFIC CAUSATION EXPERT DISCLOSURES

Pursuant to the Court's scheduling order and Fed. R. Civ. P. 26(a)(2), Plaintiffs, Peter and Cathy Engilis, provide the following designation of case specific expert witnesses and persons who may provide expert testimony pursuant to Rules 702 of the Federal Rules of Evidence.

Plaintiffs' disclosure of case specific expert witnesses is subject to the following reservation of rights:

1. The right to supplement or amend this witness list based upon any rulings of the Court or any other decisions that may affect the scope of evidence in this trial.

2. The right to amend or supplement expert opinions based on additional discovery.

3. The right to amend or supplement the references considered and/or relied upon by Plaintiffs' designated experts to address newly available information or literature.

4. The right to offer supplemental expert opinions based on updated or new information relative to the litigation.

5. The right to call and elicit testimony at trial from any and all of Defendant's retained or non-retained expert witnesses.

**Plaintiffs' Retained Case-Specific Expert Designations:**
**Ambrose K. Charles, Ph.D.**

Plaintiffs may call Dr. Ambrose Charles of Toxfactor Consulting, 3509 Cheyenne Street**,** Round Rock, TX 78665. Dr. Charles may discuss general causation issues concerning toxicology, occupational and environmental risk assessments of Roundup usage, evaluations of Roundup exposure, and the mechanism of absorption of glyphosate-based formulations through the skin and other exposure pathways. Dr. Charles may also testify on issues of specific causation (i.e., proximate and but-for causation) regarding whether exposure to glyphosate and/or glyphosate-based formulated products was a cause or substantial factor contributing to causing the Plaintiff's development of non-Hodgkin's lymphoma and other cancers. Dr. Charles may also testify as to Plaintiff's damages. Dr. Charles' hourly fee for deposition is $500.00. Dr. Charles' report is being served herewith.

**Joel J. Gagnier, N.D., MSc, Ph.D.**

Plaintiffs may call Dr. Joel Gagnier, 427 Ruscom River Road East, St. Joachim, Ontario, Canada, N0R1SO. Dr. Gagnier may offer general causation issues regarding epidemiology, clinical research, and biostatistics. Dr. Gagnier may also discuss human clinical epidemiologic research evidence regarding the relationship between exposure to glyphosate-based herbicides and the risk of non-Hodgkin lymphoma and a review of the relevant literature. Dr. Gagnier's hourly fee for deposition is $400.00. Dr. Gagnier's report is being served herewith.

**Andrew Schneider, M.D.**

Plaintiffs may call Dr. Andrew Schneider of South Florida Oncology & Hematology Consultants**,** 7301 North University Drive, Suite 105**,** Tamarac, FL 33321. Dr. Schneider may testify on issues of general and specific causation including whether exposure to glyphosate and/or glyphosate-based formulated products can cause cancer, specifically non-Hodgkin lymphoma, and cancer development. Dr. Schneider may also testify on issues of specific causation (i.e., proximate and but-for causation) regarding whether exposure to glyphosate and/or glyphosate-based formulated products was a cause or substantial factor contributing to causing the Plaintiff's development of non-Hodgkin's lymphoma and other cancers. Dr. Schneider may also testify as to Plaintiff's damages. Dr. Schneider's fee for deposition is as follows: $1,500 2-hour minimum, then $625.00 per each additional hour.  Dr. Schneider's report is being served herewith.

**Plaintiffs' Non-Retained Expert Designations:**

Plaintiffs may call any or all of the physicians or other health care providers who provided medical evaluations and treatment to Mr. Engilis, who may be called to testify as to the cause, nature, and extent of Plaintiffs' injuries and damages. These individuals and entities include, but are not limited to, the following:

**Dr. Santosh Nair**
Mid Florida Cancer Centers
2776 Enterprise Road
Orange City, FL 32763

**Dr. Walter Hayne**
Advent Health
661 E. Altamonte Drive, Suite 231
Altamonte Springs, FL 32701

**Dr. Luis Barreras**
Broward Oncology Associates

6405 N. Federal Highway #300B
Fort Lauderdale, FL 33308

**Dr. George Georgakakis**
4801 N. Federal Highway # 302
Fort Lauderdale, FL 33308

**Dr. Victor Melgen**
FL Cancer Specialists
765 Image Way
Orange City, FL 32763

**Dr. Frank Mari**
2836 Enterprise Road, # 1
DeBary, FL 32713

**Dr. James Shoukas**
934 Williston Park Point
#1028 Lake Mary, FL 32746

**Dr. Heather R. Violante**
Serenity Lane Psychological Services
2419 E. Commercial Blvd. # 203
Fort Lauderdale, FL 33308

**Dr. Jamie Long**
2601 E. Oakland Blvd. # 502
Fort Lauderdale, FL 33306

**Plaintiff's General Causation Experts**

Plaintiffs further incorporate by reference the general causation and other expert reports that have been served in connection with this Wave, and any prior Wave in the Roundup litigation. These experts include, but are not limited to: Charles M. Benbrook, Ph.D.; William R. Sawyer, Ph.D.; Alfred I. Neugut, M.D., Ph.D., M.P.H.; Luoping Zhang, Ph.D.; Christopher Portier, Ph.D.; and Dennis Weisenburger, M.D.

Dated:  July 27, 2022                          Respectfully submitted,

*Jeffrey L. Haberman*

Jeffrey L. Haberman
SCHLESINGER LAW OFFICES, P.A.
1212 SE Third Avenue
Ft. Lauderdale, FL
33316 954-467-8800
jhaberman@schlesingerlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATION OF SERVICE

I hereby certify that on July 27, 2022, I served a copy of the foregoing on Counsel for Defendant Anthony Martinez, amartinez@shb.com; Joe G. Hollingsworth, jhollingsworth@hollingsworthllp.com; Devin A. Moss, dmoss@shb.com; Eric G. Lasker, elasker@hollingsworthllp.com by electronic mail.

*Jeffrey L. Haberman*

Jeffrey L. Haberman