# EXHIBIT G

Confidential - Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2

 3    IN RE: ROUNDUP            )
      PRODUCTS LIABILITY        )   MDL No. 2741
 4    LITIGATION                )
      _____   )   Case No.
 5    THIS DOCUMENT RELATES     )   16-md-02741-VC
      TO ALL CASES              )
 6

 7           THURSDAY, FEBRUARY 21, 2019
 8    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
 9                      - - -
10           Videotaped deposition of
11    Christopher J. Portier, Ph.D., held at the
12    Crowne Plaza Melbourne, 1-5 Spencer Street,
13    Melbourne, Australia, commencing at
14    8:10 a.m., on the above date, before Carrie
15    A. Campbell, Registered Diplomate Reporter,
16    Certified Realtime Reporter, Illinois,
17    California & Texas Certified Shorthand
18    Reporter, Missouri & Kansas Certified Court
19    Reporter.
20                      - - -
21
              GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23

24

25
```

                Confidential - Pursuant to Protective Order

```
  1                A P P E A R A N C E S :
  2
         BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
  3      BY:  R. BRENT WISNER, ESQUIRE
                  rbwisner@baumhedlund.com
  4      12100 Wilshire Boulevard, Suite 950
         Los Angeles, California 90025
  5      (310) 207-3233
  6      and
  7      BY:  MICHAEL L. BAUM, ESQUIRE
                  (VIA TELECONFERENCE)
  8               mbaum@baumhedlund.com
         12100 Wilshire Boulevard, Suite 950
  9      Los Angeles, California 90025
         (310) 207-3233
 10
 11      WEITZ & LUXENBERG, P.C.
         BY:  ROBIN L. GREENWALD, ESQUIRE
 12               rgreenwald@weitzlux.com
         700 Broadway
 13      New York, New York 10003
         (212) 558-5547
 14
 15      ANDRUS WAGSTAFF, PC
         BY:  AIMEE H. WAGSTAFF, ESQUIRE
 16               aimee.wagstaff@andruswagstaff.com
              DAVID J. WOOL, ESQUIRE
 17               david.wool@andruswagstaff.com
                  (VIA TELECONFERENCE)
 18      7171 West Alaska Drive
         Lakewood, Colorado  80226
 19      (303) 376-6360
 20
         LUNDY, LUNDY, SOILEAU & SOUTH, LLP
 21      BY:  BERNARD THEUNISSEN, ESQUIRE
                  btheunissen@lundylawllp.com
 22               (VIA TELECONFERENCE)
         501 Broad Street
 23      Lake Charles, Louisiana 70601
         (337) 439-0707
 24      Counsel for Plaintiffs
 25
```

Confidential - Pursuant to Protective Order

```
 1      COVINGTON & BURLING LLP
        BY:   PAUL W. SCHMIDT, ESQUIRE
 2            pschmidt@cov.com
              MICHAEL X. IMBROSCIO, ESQUIRE
 3            mimbroscio@cov.com
        850 Tenth Street, NW
 4      Washington, D.C. 20001-4956
        (202) 662-5694
 5

 6      WILKINSON WALSH + ESKOVITZ
        BY:   CALI COPE-KASTEN, ESQUIRE
 7            ccope-kasten@wilkinsonwalsh.com
        2001 M Street, NW, 10th Floor
 8      Washington, DC 20036
        (202) 847-4000
 9

10      HOLLINGSWORTH LLP
        BY:   JOHN M. KALAS, ESQUIRE
11            jkalas@hollingsworthllp.com
        1350 I Street, N.W.
12      Washington, D.C. 20005
        (202) 898-5800
13      Counsel for Defendant Monsanto
14
15   ALSO PRESENT:
        BRIAN BEAM, Baum Hedlund
16      JIM SOTO
17
     V I D E O G R A P H E R S:
18      DAN LAWLOR & VINCENT ROSICA,
        Golkow Litigation Services
19
                        - - -
20
21
22
23
24
25
```

processes.

Q. And how is that relevant when you're looking at the issue of, for example, cancer?

A. Well, for a chemical to cause cancer, it has to be absorbed. It has to be distributed to the source of the cancer. Sometimes it needs to be changed into a new chemical that will cause the cancer, so that's metabolism. And to prevent the cancer, it has to be eliminated. It has to be gotten rid of somehow.

So it's very important to the idea that a chemical can cause cancer in humans. If it's not absorbed, it can't cause cancer in humans. If it's not distributed to the site where the cancer occurs, it's not causing that cancer.

If the cancer is caused by a specific metabolite, and in humans that metabolite is not formed, it can't cause the cancer, et cetera.

Q. It says here, "a standard model for studying cancer." What does that refer to?

1  initiated cells.  Living can cause mutations
2  to occur.  And so it's conceivable that
3  glyphosate, all of these tumor findings we
4  are seeing here, are glyphosate promoting out
5  already effects.  I don't think it's likely,
6  but it's conceivable that's the case.
7             The initiation/promotion study
8  is simply showing you that in one system, the
9  skin, glyphosate has this ability to promote
10 out cancer.  That's all it really means.
11     Q.    Well, let's -- hypothetically
12 speaking, let's say an individual has a
13 mutated cell caused by, like you said, life,
14 or like a viral infection or something.  Does
15 the George study -- I don't know.  You tell
16 me.  Does it have any influence on whether or
17 not it could promote a mutation to lead to
18 cancer?
19     A.    It certainly increases the
20 chances that that might be the case because
21 now you have evidence to suggest glyphosate
22 can do that -- this.  But I'd want to see a
23 lot more evidence before I'd go there and
24 start thinking about that.
25            There are initiation/promotion

Confidential - Pursuant to Protective Order

1  studies you can do in the liver.  There are
2  initiation/promotion studies you can do in
3  the brain.  I'd like to see a little more
4  work along those lines.
5            And then looking at the other
6  mechanistic evidence, I'd have to conclude
7  that even though it wasn't an initiator in
8  the skin, I'd want to look more closely at
9  why it didn't come out as an initiator in the
10 skin because theoretically it probably should
11 have.
12     Q.   Okay.  You mentioned that you'd
13 like to see more initiation and promotion
14 studies in other sort of organs.
15           Have any of those been done?
16     A.   Not that I'm aware of.  I would
17 have hopefully picked them up in my search of
18 the literature, and I haven't seen any.
19     Q.   Okay. All right.  So going
20 back to our causation stool here, we spent
21 some time on animal studies.  And we talked
22 about the initiation and promotion study, and
23 that kind of got us into this next section,
24 which is the mechanism studies.
25           What do you mean by mechanism?

Confidential - Pursuant to Protective Order

```
 1                    CERTIFICATE
 2
 3          I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 4  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 5  of the examination, Christopher J. Portier,
    Ph.D., was duly sworn by me to testify to the
 6  truth, the whole truth and nothing but the
    truth.
 7
            I DO FURTHER CERTIFY that the
 8  foregoing is a verbatim transcript of the
    testimony as taken stenographically by and
 9  before me at the time, place and on the date
    hereinbefore set forth, to the best of my
10  ability.
11          I DO FURTHER CERTIFY that I am
    neither a relative nor employee nor attorney
12  nor counsel of any of the parties to this
    action, and that I am neither a relative nor
13  employee of such attorney or counsel, and
    that I am not financially interested in the
14  action.
15
17          _____
            CARRIE A. CAMPBELL,
18          NCRA Registered Diplomate Reporter
            Certified Realtime Reporter
19          California Certified Shorthand
            Reporter #13921
20          Missouri Certified Court Reporter #859
            Illinois Certified Shorthand Reporter
21          #084-004229
            Texas Certified Shorthand Reporter #9328
22          Kansas Certified Court Reporter #1715
            Notary Public
23
            Dated:  February 22, 2019
24
25
```