# EXHIBIT H

```
 1                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2

 3   IN RE:  ROUNDUP PRODUCTS        |MDL No. 2741
                                     |
 4   LIABILITY LITIGATION             |
                                     |
 5   --------------------------------|
     This document relates to:       |
 6                                   |
     Gerard Cervantes v. Monsanto Co.|
 7   Case No. 3:19-cv-03015          |
                                     |
 8   --------------------------------|
 9
10                         - - -
11             Tuesday, February 16, 2021
12                         - - -
13
14           This is the Remote Videotaped Deposition of
15      WILLIAM SAWYER, Ph.D., commencing at 1:33 p.m., on
16      the above date, before Susan D. Wasilewski,
17      Registered Professional Reporter, Certified Realtime
18      Reporter, Certified Manager of Reporting Services,
19      Certified Realtime Captioner, and Florida
20      Professional Reporter.
21                         - - -
22               GOLKOW LITIGATION SERVICES
23           877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
25
```

```
 1    APPEARANCES VIA REMOTE COUNSEL/ZOOM TECHNOLOGY:
 2       MOLL LAW GROUP
         BY:   REBECCA FREDONA, ESQUIRE
 3             rfredona@molllawgroup.com
               FATIMA ABUZERR, ESQUIRE
 4             fabuzerr@molllgroup.com
         22 West Washington Street, 15th Floor
 5       Chicago, Illinois 60602
         Phone: (312) 462-1700
 6       Representing the Plaintiff
 7
 8
 9       NELSON MULLINS RILEY & SCARBOROUGH LLP
         BY:   ERIC A. PAINE, ESQUIRE
10             eric.paine@nelsonmullins.com
         1320 Main Street, 17th Floor
11       Columbia, South Carolina 29201
         Phone:  (803) 799-2000
12       Representing Defendant Monsanto Company
13
14
15    ALSO PRESENT VIA REMOTE COUNSEL/ZOOM TECHNOLOGY:
16       MELISSA JAMES, Videographer
17
18
19
20
21
22
23
24
25
```

1  would sometimes rinse but only if possible or
2  practical; otherwise, he would merely wipe off the
3  concentrate solution and continue on to the next
4  task, and I referenced his deposition for that
5  information.
6      Q.   And was that dermal contact while mixing
7  Roundup concentrate confined to his hands, as you
8  understand it?
9      A.   That's what the deposition on page 142 to
10 143 indicates.
11     Q.   Do you agree that Mr. Cervantes was
12 reasonably careful and meticulous in his mixing and
13 application of Roundup?
14     A.   Define meticulous.
15     Q.   Well, that's a term you -- I think you used
16 in your report, so I'm just asking you.  Is that
17 your impression, that he was reasonably careful and
18 meticulous in his mixing and application of Roundup?
19     A.   He told me that but I have no means of going
20 back in history and observing, but that's what he
21 told me.
22     Q.   Now, Dr. Sawyer, you have not done any
23 calculation of an absorbed dose of Roundup or
24 glyphosate for Mr. Cervantes, did you?
25     A.   No.

```
 1        Q.   In this case you -- and in your report here
 2   you talk about Mr. Cervantes having what you've
 3   described as a minimum exposure dose of 126 exposure
 4   days, right?
 5        A.   Yes.
 6        Q.   Okay.  And just for reference, I'm looking
 7   at page 22 or your report.  You've got a table
 8   there, Table 2, which provides calculations for
 9   minimum and maximum exposure days that run from 126
10   minimum to a maximum of 248 eight-hour exposure
11   days.  Do I understand that correctly?
12        A.   Yes.
13        Q.   All right.  And that represents the
14   cumulative time in days that Mr. Cervantes was
15   mixing or using Roundup, in your opinion, right?
16        A.   No, it's not my opinion.  It's the
17   mathematical additivity of the amount of time he
18   testified and stated in the interview that he used
19   the product.
20        Q.   Okay.  But, in other words, you've reached
21   an opinion that he has 126 to 248 exposure days,
22   eight-hour days of Roundup, including mixing and
23   application, and that's what you're going to tell
24   the jury in this case, right?
25        A.   Yes.
```

```
 1      Q.    Okay.  Exposure days are different than
 2   exposure dose, correct?
 3      A.    If you're referring to a dose in milligram
 4   per kilogram per body weight, yes; however, many
 5   toxicological agents are measured in units of
 6   exposure time, such as benzene is not measured in
 7   milligram per kilogram per day dose, but, rather,
 8   it's measured in benzene PPM exposure years, and
 9   that's because the studies were run that way.  At a
10   given air level of ventilation for a given amount of
11   time, 40 hours per week, and the number of years at
12   that level required to produce the toxicological end
13   effect, which is leukemia.
14            And the same holds true in this study
15   design.  In these six studies that offered exposure
16   metrics, those studies did not provide milligram per
17   kilogram body weight per day measurements, but,
18   rather, the Ericsson study used eight-hour Swedish
19   working days, and the other studies used exposure
20   days as a day when the product was used, not
21   necessarily for eight hours.
22            So I'm following the generally accepted
23   methodology for calculating dose using exposure
24   days.  That still represents a dose, just as benzene
25   exposure years is a dose.  A dose does not have to
```

```
 1    be only in milligram per kilogram per day, and it
 2    would be useless to make that measurement unless one
 3    were to apply it and compare it to the AOEL level
 4    for an applicator, because the studies, the human
 5    studies, provide no information on milligram per
 6    kilogram per day exposure dose.
 7        Q.   So, Doctor, again, my question is very
 8    simple.  You calculated exposure days rather than
 9    exposure dose for Mr. Cervantes, right?
10        A.   Yes, in keeping and being consistent with
11    the methodology used in the human studies, that's
12    exactly what I did.
13        Q.   So, Doctor, if you go to page 87 of your
14    report, do you see the section entitled "Systemic
15    Dose"?
16        A.   Yes.
17        Q.   Okay.  What you say there under Systemic
18    Dose is, quote:  When a person is exposed to a
19    chemical such as glyphosate, the dose physically
20    contacting the body is referred to as the exposure
21    dose.  This is different from the systemic dose
22    which enters the bloodstream and reaches various
23    organs within the body.  End quote.
24             Did I read that correctly?
25        A.   Yes, and that's what I said a few moments
```

```
 1   ago, if you look back at the transcript.  I talked
 2   about systemic dose in milligram per kilogram per
 3   day.
 4        Q.   So to be clear, Doctor, there can be
 5   exposure in the sense of use of Roundup which may or
 6   may not result in Roundup contacting the skin,
 7   right?
 8        A.   Yes, that is theoretically possible;
 9   however, there is a wealth of studies, including
10   considerable in-house Monsanto data, showing the
11   exposure dose for a typical applicator, and there
12   are also studies published that I've referenced that
13   show how much of this actually reaches the
14   bloodstream through dermal absorption.
15             So --
16        Q.   Sorry.  I didn't mean to cut you off.
17        A.   Okay.  So this has been well studied with
18   respect to glyphosate and Roundup, and we know that
19   applicators sustain a measurable dose, a systemic
20   dose, through the exposure dose application of the
21   product.  I mean, that's well established.  It's not
22   reasonable to try to trick a jury and tell them that
23   a person can go out there and spray with a backpack
24   sprayer and not experience a systemic dose.  It's
25   not possible.
```

1  Q. Now, you agree that exposure in that sense
2  is an opportunity for the product to contact the
3  person's skin, right?
4      MS. FREDONA: Objection; form.
5  A. Yes, and this fellow was using a backpack
6  sprayer with a standard dispersal aerosol sprayer
7  which produces a drift which contacts the lower
8  legs, primarily, and the rest of the body, as per
9  the studies have documented, and I have documented a
10 number of studies that quantitatively show what this
11 exposure dose is versus the systemic dose, that is
12 how much actually mixes with the skin.
13 Q. Right. And my point is you didn't calculate
14 either an exposure dose or a systemic dose for
15 Mr. Cervantes, did you?
16 A. No. That would be an improper methodology
17 in trying to compare it to the human dose metric
18 studies which are based on exposure days.
19 Calculating the milligram per kilogram body weight
20 per day systemic dose would not be something I could
21 use to compare to the human epidemiological studies.
22 Q. So, Doctor, exposure dose requires you to
23 assess how much glyphosate actually contacted a
24 person's body, right?
25 A. Right.

1  Q. And systemic dose then requires you to take
2  an additional step and figure out from the exposure
3  dose how much penetrated the skin to get into the
4  bloodstream's -- into the bloodstream, right?
5  A. Yes, and I have documented that in my report
6  and will explain the process to the jury.
7  Q. And you would agree that Roundup or any of
8  its ingredients are not harmful to a person unless
9  they actually get into the person's body, correct?
10      MS. FREDONA: Objection; form.
11  A. Can you repeat that? I don't follow.
12  Q. Sure. Roundup is not harmful unless it
13  actually gets into a person's body, right?
14      MS. FREDONA: Same objection.
15  A. Correct. It's harmful if it gets on the
16  body, actually, because we know what the dermal
17  absorption rates are. So I have to correct that. I
18  disagree. It is harmful if it make its way onto the
19  body.
20  Q. Once it gets onto the body, it then has to
21  be absorbed, right?
22  A. Yes, but that's not a mystery. We know that
23  that does occur.
24  Q. Right. But if you get glyphosate on your
25  body and immediately wash it off, right, the amount

 1   penetrating the skin is negligible, if any, correct?
 2       A.   If washed quickly with soap and water, it
 3   greatly diminishes the dermal absorbed dose, yes.
 4       Q.   Now, Doctor, would you go to page 176 of
 5   your report?  There is a bullet point -- the second
 6   bullet point there is "Prolonged Acute Exposure and
 7   Absorption," right?
 8       A.   Yes.
 9       Q.   And there you say:  Mr. Cervantes testified
10   that he regularly contacted Roundup on his skin.
11            And then at the end you say:  The deposition
12   testimony and interview reveal a quantifiable
13   pattern of exposure indicative of episodic,
14   prolonged, acute dermal exposure and absorption over
15   a period of approximately 22 years.
16            Is that what you intend to tell the jury?
17       A.   Well, I read the portion you read on
18   prolonged acute exposure.  His deposition testimony
19   and interview reveal a quant -- 22 years.  Let me
20   check that.
21            Yeah, 22 years is correct.  Yeah.
22       Q.   But, once again, when it comes to absorption
23   and exposed dose, you never actually calculated
24   those for Mr. Cervantes specifically, did you?
25       A.   That's already been calculated and generally

```
 1                    C E R T I F I C A T E
 2            I, Susan D. Wasilewski, Registered
 3   Professional Reporter, Certified Realtime Reporter,
 4   Certified Manager of Reporting Services, Certified
 5   Realtime Captioner, and Florida Professional
 6   Reporter, hereby certify that the witness named
 7   herein appeared via Remote Counsel/Zoom technology
 8   on Tuesday, February 16, 2021, and was duly sworn.
 9            I FURTHER CERTIFY that I was authorized to
10   and did stenographically report the examination of
11   the witness named herein; that a review of the
12   transcript was not requested; and that the foregoing
13   transcript is a true record of my stenographic
14   notes.
15            I FURTHER CERTIFY that I am not related to
16   or an employee of any of the parties, nor am I
17   related to or an employee of any of the parties'
18   attorneys or counsel connected with this action, nor
19   am I financially interested in the outcome of this
20   action.
21            WITNESS my hand this 17th of February, 2021.
22
23   _____
24   Susan D. Wasilewski, RPR, CRR, CMRS, CRC, FPR
25
```