# EXHIBIT J

# Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential

# EPA's Office of Pesticide Programs
# December 12, 2017



DP Barcode: D444689
TXR#: 0057688

## Table of Contents

List of Acronyms ........................................................................................................................ 7

List of Tables ............................................................................................................................ 10

1.0    Introduction ................................................................................................................... 12

1.1    Background .................................................................................................................... 12

1.2    Evaluation of Carcinogenic Potential............................................................................. 12

1.3    Overview of "Framework for Incorporating Human Epidemiologic & Incident Data in Health Risk Assessment" .......................................................................................... 14

1.4    Summary of the Exposure Profile in the United States ................................................. 15

1.5    Organization of this Document ...................................................................................... 19

2.0    Systematic Review & Data Collection .......................................................................... 19

2.1    Data Collection: Methods & Sources ............................................................................ 20

2.1.1  Open Literature Search .................................................................................................. 20

2.1.2  Studies Submitted to the Agency ................................................................................... 21

2.2    Evaluation of Relevant Studies ...................................................................................... 22

3.0    Data Evaluation of Epidemiology .................................................................................. 23

3.1    Introduction .................................................................................................................... 23

3.2    Considerations for Study Quality Evaluation and Scope of Assessment ...................... 23

3.2.1  Study Designs ................................................................................................................ 24

3.2.1.1     Analytical Studies ................................................................................................. 26

3.2.1.2    Descriptive Studies .................................................................................................. 27

3.2.2   Exposure Measures ....................................................................................................... 28

3.2.3   Outcome Measures ........................................................................................................ 28

3.2.4   Confounding .................................................................................................................. 28

3.2.5   Statistical Analyses ....................................................................................................... 29

3.2.6   Risk of Bias ................................................................................................................... 29

3.3   Review of Quality Results ................................................................................................ 30

3.3.1   "High" Quality Group ................................................................................................... 31

3.3.2   "Moderate" Quality Group ............................................................................................ 32

3.3.3   "Low" Quality Group .................................................................................................... 32

3.4   Assessment of Epidemiological Studies for Relevance to Analysis ............................. 44

3.5   Summary of Relevant Epidemiological Studies ............................................................ 45

3.5.1   Solid Tumor Cancer Studies ......................................................................................... 45

3.5.2   Non-Solid Tumor Cancer Studies ................................................................................. 53

3.6   Discussion .......................................................................................................................... 63

4.0   Data Evaluation of Animal Carcinogenicity Studies ..................................................... 69

4.1   Introduction ...................................................................................................................... 69

4.2   Consideration of Study Quality for Animal Carcinogenicity Studies ......................... 69

4.3   Assessment of Animal Carcinogenicity Studies ............................................................. 71

| | | |
|---|---|---|
| 4.4 | Summary of Animal Carcinogenicity Studies | 74 |
| 4.5 | Rat Carcinogenicity Studies with Glyphosate | 74 |
| 4.5.1 | Lankas, 1981 (MRID 00093879) | 74 |
| 4.5.2 | Stout and Ruecker, 1990 (MRID 41643801) | 75 |
| 4.5.3 | Atkinson *et al.*, 1993a (MRID 49631701) | 79 |
| 4.5.4 | Brammer, 2001 (MRID 49704601) | 80 |
| 4.5.5 | Pavkov and Wyand 1987 (MRIDs 40214007, 41209905, 41209907) | 80 |
| 4.5.6 | Suresh, 1996 (MRID 49987401) | 81 |
| 4.5.7 | Enemoto, 1997 (MRID 50017103-50017105) | 81 |
| 4.5.8 | Wood *et al.*, 2009a (MRID 49957404) | 81 |
| 4.5.9 | Summary of Rat Data | 82 |
| 4.6 | Mouse Carcinogenicity Studies with Glyphosate | 85 |
| 4.6.1 | Reyna and Gordon, 1973 (MRID 00061113) | 85 |
| 4.6.2 | Knezevich and Hogan, 1983 (MRID 00130406) | 85 |
| 4.6.3 | Atkinson, 1993b (MRID 49631702) | 87 |
| 4.6.4 | Wood *et al.*, 2009b (MRID 49957402) | 88 |
| 4.6.5 | Sugimoto, 1997 (MRID 50017108 - 50017109) | 89 |
| 4.6.6 | Pavkov and Turnier, 1987 (MRIDs 40214006, 41209907) | 90 |
| 4.6.7 | Summary of Mouse Data | 90 |

4.7     Absorption, Distribution, Metabolism, Excretion (ADME) .......................................... 93

4.8     Discussion .................................................................................................................... 94

5.0     Data Evaluation of Genetic Toxicity ........................................................................... 98

5.1     Introduction .................................................................................................................. 98

5.2     Scope of the Assessment Considerations for Study Quality Evaluation ..................... 99

5.3     Tests for Gene Mutations for Glyphosate Technical .................................................. 100

5.3.1   Bacterial Mutagenicity Assays ................................................................................... 100

5.3.2   *In vitro* Tests for Gene Mutations in Mammalian Cells .............................................. 106

5.4     *In vitro* Tests for Chromosomal Abnormalities .......................................................... 108

5.4.1   *In vitro* Mammalian Chromosomal Aberration Test ................................................... 108

5.4.2   *In vitro* Mammalian Micronucleus Test ..................................................................... 109

5.5     *In Vivo* Genetic Toxicology Tests ............................................................................... 114

5.5.1   *In Vivo* Assays for Chromosomal Abnormalities ...................................................... 114

5.5.1.1  Mammalian Bone Marrow Chromosomal Aberration Assays .......................... 114

5.5.1.2  Rodent Dominant Lethal Test ............................................................................ 114

5.5.1.3  *In Vivo* Mammalian Erythrocyte Micronucleus Assays ................................... 115

5.6     Additional Genotoxicity Assays Evaluating Primary DNA Damage ........................ 122

5.7     Summary and Discussion ........................................................................................... 129

6.0     Data Integration & Weight-of-Evidence Analysis Across Multiple Lines of Evidence
        132

**6.1 Background** .................................................................................................................. 132

**6.2 Dose-Response and Temporal Concordance** ................................................................ 132

**6.3 Strength, Consistency, and Specificity** ......................................................................... 133

**6.4 Biological Plausibility and Coherence** .......................................................................... 135

**6.5 Uncertainty** .................................................................................................................... 136

**6.6 Evaluation of Cancer Classification per the 2005 EPA Guidelines for Carcinogen Risk Assessment** ............................................................................................................... 138

**6.6.1 Introduction** .................................................................................................................. 138

**6.6.2 Discussion of Evidence to Support Cancer Classification Descriptors** ...................... 141

**6.7 Proposed Conclusions Regarding the Carcinogenic Potential of Glyphosate** ............ 143

**7.0 Collaborative Research Plan for Glyphosate and Glyphosate Formulations** ............ 145

**8.0 References** ..................................................................................................................... 147

## 1.0   Introduction

### 1.1   Background

Glyphosate is a non-selective, phosphonomethyl amino acid herbicide registered to control weeds in various agricultural and non-agricultural settings.  The herbicide acts by inhibiting the 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS) enzyme, which is not present in mammalian systems.  Glyphosate was initially registered in 1974.  Since then, several human health analyses have been completed for glyphosate.  In 1986, EPA issued the Glyphosate Registration Standard which updated the agency's toxicity database for this compound.  In 1993, EPA issued the registration eligibility decision (RED) that indicated that glyphosate was eligible for re-registration.

Currently, glyphosate is undergoing Registration Review[1], a program where all registered pesticides are reviewed at least every 15 years as mandated by the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA).  The initial docket opening for glyphosate occurred in 2009 with the publication of the human health scoping document and preliminary work plan[2].  As part of this process, the hazard and exposure of glyphosate are reevaluated to determine its potential risk to human and environmental health.  Risks are assessed using current practices and policies to ensure pesticide products can still be used safely.  Registration Review also allows the agency to incorporate new science.  For human health risk assessment, both non-cancer and cancer effects are evaluated for glyphosate and its metabolites, aminomethylphosphonic acid (AMPA) and *N*-acetyl-glyphosate; however, this document will focus on the cancer effects only.  EPA expects to complete its complete human health risk assessment in 2017 that will include an assessment of risk from anticipated exposures resulting from registered uses of glyphosate in residential and occupational settings.

### 1.2   Evaluation of Carcinogenic Potential

Since its registration, the carcinogenic potential of glyphosate has been evaluated by EPA several times.  In 1985, the initial peer review of glyphosate was conducted in accordance with the Proposed Guidelines for Carcinogen Risk Assessment.  The agency classified glyphosate as a Group C chemical (Possible Human Carcinogen), based on the presence of kidney tumors in male mice.  In 1986, the agency requested that the FIFRA Scientific Advisory Panel (SAP) evaluate the carcinogenic potential of glyphosate.  The panel determined that the data on renal tumors in male mice were equivocal (only an increase in adenomas was observed and the increase did not reach statistical significance).  As a result, the panel recommended a Group D chemical classification (Not Classifiable as to Human Carcinogenicity) for glyphosate and advised the agency to issue a data call-in notice for further studies in rats and/or mice to clarify the unresolved questions (FIFRA SAP Report, 1986)[3].

---

[1] Additional information on the Registration Review process can be found at: https://www.epa.gov/pesticide-reevaluation/registration-review-process
[2] Documents of the Registration Review can be found in the public docket at: EPA-HQ-OPP-2009-0361, accessible at www.regulations.gov.
[3] Review available at: http://www.epa.gov/pesticides/chem_search/cleared_reviews/csr_PC-103601_24-Feb-86_209.pdf

Page **12** of **216**

## 4.0  Data Evaluation of Animal Carcinogenicity Studies

### 4.1  Introduction

Cancer bioassays in animals have historically been the primary studies available to evaluate cancer hazard in humans since, until recently, epidemiological evidence was limited. The results of these bioassays, as well as results from screening assays for genotoxicity, are considered in a weight-of-evidence approach to determine the potential of a chemical to induce cancer in humans. Carcinogenicity studies in two rodent species are required for the registration of food use pesticides or when the use of a pesticide is likely to result in repeated human exposure over a considerable portion of the human lifespan (40 CFR Part 158.500). Rodent carcinogenicity studies identified from the data collection phase of the systematic review were evaluated for study quality and acceptable studies were evaluated in the context of the 2005 EPA Guidelines for Carcinogen Risk Assessment as described in Sections 4.2 and 4.3 below, respectively. This included studies using glyphosate salts, which dissociate quickly in aqueous environments to the glyphosate acid and the corresponding cation. The cations would not be expected to impact the toxicity results compared to studies where animals are treated with glyphosate acid alone.

### 4.2  Consideration of Study Quality for Animal Carcinogenicity Studies

The agency has published test guidelines on how to conduct carcinogenicity studies (OCSPP 870.4200) and combined chronic/carcinogenicity studies (OCSPP 870.4300) in rodents which have been harmonized with OECD guidelines (Test Nos. 451 and 453). Test substances are typically administered in animal carcinogenicity studies by the oral route for food use pesticides. The studies are generally conducted in mice and rats with exposure durations of 18-24 months for mice and 24 months for rats, which represent exposures of the majority of the expected lifespan in these animals. Guideline carcinogenicity studies are designed to test three or more doses in both sexes (with at least 50 animals/sex/dose) with adequate dose spacing to characterize tumor dose-response relationships. Key considerations when evaluating carcinogenicity studies for cancer hazard assessment include identification of target organs of carcinogenicity, increased incidence of tumors or proportion of malignant neoplasms, and reduction in the time to appearance of tumors relative to the concurrent control group (OECD TG 451).

There are a number of criteria the agency uses when evaluating the technical adequacy of animal carcinogenicity studies. A primary criterion is the determination of the adequacy of dosing. The 2005 EPA Guidelines for Carcinogen Risk Assessment recommends that the highest dose level selected should elicit signs of toxicity without substantially altering the normal life span due to effects other than tumors; or without inducing inappropriate toxicokinetics (e.g., overwhelming absorption or detoxification mechanisms); however, the high dose need not exceed 1,000 mg/kg/day (i.e., limit dose) (OCSPP 870.4200; OCSPP 870.4300). Additional criteria to judge the technical adequacy and acceptability of animal carcinogenicity studies are provided in the test guidelines as well as other published sources (NTP, 1984; OSTP, 1985; Chhabra *et al.*, 1990). As stated in the 2005 EPA Guidelines for Carcinogen Risk Assessment, studies that are judged to be wholly inadequate in protocol, conduct or results, should be discarded from

analysis. Studies the agency consider acceptable are further evaluated for potential tumor effects.

Following study quality evaluation, a total of 8 chronic/carcinogenicity studies in the rat and 6 carcinogenicity studies in the mouse were considered acceptable for use in the current evaluation for the active ingredient glyphosate and were subsequently evaluated in the context of the 2005 EPA Guidelines for Carcinogen Risk Assessment as described in Section 4.3. A number of studies were judged to be inadequate in protocol, conduct or reporting and were not considered in the analysis of glyphosate. These studies and the justification for not including them in the analysis are listed below:

1. A two-year chronic oral toxicity study in Albino rats by Reyna (1974)[13]. The study was considered inadequate to assess carcinogenicity due to insufficient reporting on the histopathology findings in the control and treatment groups. Approximately 70 animals were unaccounted for across the study.

2. A two-year drinking water study in Wistar rats with a formulated product (13.6% ammonium salt) by Chruscielska *et al.*, (2000). In addition to deficiencies including inadequate reporting of water consumption and body weight data, this study was conducted with a glyphosate formulated product and not the active ingredient glyphosate, which is the focus of this review. Glyphosate formulations contain various components other than glyphosate and it has been hypothesized these components are more toxic than glyphosate alone. The agency is collaborating with NTP to systematically investigate the mechanism(s) of toxicity for glyphosate and glyphosate formulations. This project is discussed in more detail in Section 7.0 of this document.

3. An initiation-promotion study (George *et al.*, 2010) in male Swiss mice that tested a commercial formulation of glyphosate (41%) on the skin. Study deficiencies included small number (20) of animals, tested only males, and lack of histopathological examination.

4. A carcinogenicity study in Swiss albino mice (Kumar, 2001)[14]. This study was not included due to the presence of a viral infection within the colony, which confounded the interpretation of the study findings. Malignant lymphomas were reported in this study in all dose groups. However, lymphomas are one of the most common types of spontaneous neoplastic lesions in aging mice (Brayton *et al*., 2012). Murine leukemia viruses (MuLVs) are also a common cause of lymphoma in many different strains of mice (Ward, 2006). For example, Tadesse-Heath *et al*. (2000) reported 50% lymphoma (mostly B-cell origin) incidence in a colony of Swiss mice infected with MuLVs. Although the lymphoma incidences in Kumar (2001) were within or near normal background variation, it is not clear whether or not the viral infection may have contributed to the lymphoma incidence reported or the lower survival seen at the high dose in this study.

---

[13] MRID 00062507.
[14] MRID 49987403. In Greim *et al.* (2015), the same study is cited as Feinchemie Schwebda (2001).

   5. A two year feeding study in Sprague-Dawley rats (Excel, 1997) was not included. The agency does not have access to this study to perform an independent assessment of its conduct and; however, Greim *et al*. (2015) stated that the study "is considered unreliable for carcinogenicity evaluation" and there were "several deviations from the OECD Test Guideline 453".

**4.3     Assessment of Animal Carcinogenicity Studies**

The agency considers many factors when interpreting the results of carcinogenicity studies. The 2005 EPA Guidelines for Carcinogen Risk Assessment are intended as a guidance only and does not provide a checklist for determining whether tumor findings are related to treatment. These guidelines emphasize the importance of weighing multiple lines of evidence in reaching conclusions regarding human carcinogenic potential of chemicals. Evaluation of observed tumor findings takes into consideration both biological and statistical significance. There are several factors in the 2005 EPA Guidelines for Carcinogen Risk Assessment used in the weight-of-evidence evaluation of individual studies. For this evaluation, the interpretation of the evidence related to tumor findings is described below.

*Dose Selection*
Doses should be selected based on relevant toxicological information. Caution is taken in administering an excessively high dose that would confound the interpretation of the results to humans. As mentioned above, the 2005 EPA Guidelines for Carcinogen Risk Assessment recommends that the highest dose level selected should elicit signs of toxicity without substantially altering the normal life span due to effects other than tumors; or without inducing inappropriate toxicokinetics (e.g., overwhelming absorption or detoxification mechanisms); however, the high dose is not recommended to exceed 1,000 mg/kg/day (OCSPP 870.4200; OCSPP 870.4300). Doses should provide relevant dose-response data for evaluating human hazard for human health risk assessment. In the case of glyphosate, the low (oral) systemic toxicity and limited pharmacokinetic (PK) data for this chemical make it difficult to define a maximum tolerated dose (MTD) for the cancer bioassays. A large number of the carcinogenicity studies conducted with glyphosate approach or exceed the limit dose. The 2005 EPA Guidelines for Carcinogen Risk Assessment state that "weighing of the evidence includes addressing not only the likelihood of human carcinogenic effects of the agent but also the conditions under which such effects may be expressed". As such, the agency puts less weight on observations of increased incidence of tumors that only occur near or above the limit dose.

*Statistical analyses to evaluate dose response and tumor incidences*
The main aim of statistical evaluation is to determine whether exposure to the test agent is associated with an increase in tumor development, rather than due to chance alone. Tumors were selected for statistical analyses in the current evaluation if the study report identified tumors as statistically significant and/or have been identified by the reviewer as potentially biologically significant based on the presence of an increasing monotonic dose-response and/or relative increases from concurrent controls. For toxicological studies submitted to the agency for pesticide registration, including animal carcinogenicity studies, detailed reviews are performed, which summarize study findings and identify effects, such as tumors, for evaluation.