# EXHIBIT L

# CLH report

## Proposal for Harmonised Classification and Labelling

Based on Regulation (EC) No 1272/2008 (CLP Regulation),
Annex VI, Part 2

## Substance Name: N-(phosphonomethyl)glycine; Glyphosate (ISO)

**EC Number:** 213-997-4

**CAS Number:** 1071-83-6

**Index Number:** 607-315-00-8

**Contact details for dossier submitter:**

> BAuA
> Federal Institute for Occupational Safety and Health
> Federal Office for Chemicals
> Friedrich-Henkel-Weg 1-25
> 44149 Dortmund, Germany

**Version:** 2.0 (Post Accordance Check)

**Date:** May 2016

# CONTENTS

# Part A.

1   PROPOSAL FOR HARMONISED CLASSIFICATION AND LABELLING .................................................. 4
    1.1   SUBSTANCE ........................................................................................................................................ 4
    1.2   HARMONISED CLASSIFICATION AND LABELLING PROPOSAL ............................................................ 5
    1.3   PROPOSED HARMONISED CLASSIFICATION AND LABELLING BASED ON CLP REGULATION ................ 6
2   BACKGROUND TO THE CLH PROPOSAL ..................................................................................... 8
    2.1   HISTORY OF THE PREVIOUS CLASSIFICATION AND LABELLING ......................................................... 8
    2.2   SHORT SUMMARY OF THE SCIENTIFIC JUSTIFICATION FOR THE CLH PROPOSAL ................................ 8
    2.3   CURRENT HARMONISED CLASSIFICATION AND LABELLING ............................................................... 8
3   JUSTIFICATION THAT ACTION IS NEEDED AT COMMUNITY LEVEL ........................................ 8

# Part B.

SCIENTIFIC EVALUATION OF THE DATA ............................................................................................ 10
1   IDENTITY OF THE SUBSTANCE ..................................................................................................... 10
    1.1   NAME AND OTHER IDENTIFIERS OF THE SUBSTANCE ......................................................................... 10
    1.2   COMPOSITION OF THE SUBSTANCE ..................................................................................................... 11
        1.2.1   Composition of test material ................................................................................................. 12
    1.3   PHYSICO-CHEMICAL PROPERTIES ...................................................................................................... 12
2   MANUFACTURE AND USES ............................................................................................................ 13
3   SUBSTANCECLASSIFICATION FOR PHYSICO-CHEMICAL PROPERTIES ................................ 13
4   HUMAN HEALTH HAZARD ASSESSMENT ................................................................................... 13
    4.1   TOXICOKINETICS (ABSORPTION, METABOLISM, DISTRIBUTION AND ELIMINATION) .......................... 14
        4.1.1   Non-human data .................................................................................................................... 14
        4.1.2   Human data ........................................................................................................................... 18
    4.2   ACUTE TOXICITY .............................................................................................................................. 18
        4.2.1   Non-human information ........................................................................................................ 18
        4.2.2   Human data ........................................................................................................................... 25
    4.3   SPECIFIC TARGET ORGAN TOXICITY – SINGLE EXPOSURE (STOT SE) .............................................. 26
        4.3.1   Non-human information ........................................................................................................ 26
        4.3.2   Human data ........................................................................................................................... 26
    4.4   IRRITATION ....................................................................................................................................... 26
        4.4.1   Skin irritation ....................................................................................................................... 26
        4.4.2   Eye irritation ........................................................................................................................ 27
        4.4.3   Respiratory tract irritation ................................................................................................... 30
    4.5   CORROSIVITY ................................................................................................................................... 30
    4.6   SENSITISATION ................................................................................................................................. 30
        4.6.1   Skin sensitisation .................................................................................................................. 30
        4.6.2   Respiratory sensitisation ...................................................................................................... 32
    4.7   SPECIFIC TARGET ORGAN TOXICITY (CLP REGULATION) – REPEATED EXPOSURE (STOT RE) ......... 32
        4.7.1   Non-human information ........................................................................................................ 32
        4.7.2   Human information ............................................................................................................... 41
        4.7.3   Other relevant information ................................................................................................... 41
        4.7.4   Summary and discussion ....................................................................................................... 41
        4.7.5   Summary and discussion of repeated dose toxicity findings relevant for classification as STOT RE according to CLP Regulation ........................................................................................... 41
        4.7.6   Comparison with criteria of repeated dose toxicity findings relevant for classification as STOT RE ....... 41
        4.7.7   Conclusions on classification and labelling of repeated dose toxicity findings relevant for classification as STOT RE ................................................................................................................. 42
    4.8   GERM CELL MUTAGENICITY (MUTAGENICITY) ................................................................................ 43
        4.8.1   Non-human information ........................................................................................................ 43

      4.8.1.1   *In vitro* data ............................................................................................................................ 45  
      4.8.1.2   *In vivo* data ............................................................................................................................. 49  
   4.8.2   *Human information* ................................................................................................................... 57  
   4.8.3   *Other relevant information* ........................................................................................................ 57  
   4.8.4   *Summary and discussion of mutagenicity* ................................................................................. 58  
   4.8.5   *Comparison with criteria* ........................................................................................................... 58  
   4.8.6   *Conclusions on classification and labelling* ............................................................................... 59  
  4.9   CARCINOGENICITY .............................................................................................................................. 59  
   4.9.1   *Non-human information* ............................................................................................................ 59  
   4.9.2   *Human information* ................................................................................................................... 80  
   4.9.3   *Other relevant information* ........................................................................................................ 93  
   4.9.4   *Summary and discussion of carcinogenicity* .............................................................................. 93  
   4.9.5   *Comparison with criteria* ........................................................................................................... 94  
   4.9.6   *Conclusions on classification and labelling* ............................................................................... 98  
  4.10   TOXICITY FOR REPRODUCTION ........................................................................................................... 98  
   4.10.1   *Effects on fertility* ..................................................................................................................... 98  
      4.10.1.1   Non-human information ........................................................................................................ 98  
      4.10.1.2   Human information ............................................................................................................. 100  
   4.10.2   *Developmental toxicity* ........................................................................................................... 101  
      4.10.2.1   Non-human information ...................................................................................................... 101  
      4.10.2.2   Human information ............................................................................................................. 109  
   4.10.3   *Other relevant information* ...................................................................................................... 110  
   4.10.4   *Summary and discussion of reproductive toxicity* ................................................................... 111  
   4.10.5   *Comparison with criteria* ......................................................................................................... 112  
      4.10.5.1   Effects on fertility ............................................................................................................... 112  
      4.10.5.2   Developmental toxicity ....................................................................................................... 112  
   4.10.6   *Conclusions on classification and labelling* ............................................................................. 114  

**5**   **ENVIRONMENTAL HAZARD ASSESSMENT** ............................................................................... 115  
  5.1   DEGRADATION .................................................................................................................................. 115  
   5.1.1   *Stability* ................................................................................................................................... 115  
   5.1.2   *Biodegradation* ....................................................................................................................... 116  
      5.1.2.1   Biodegradation estimation ....................................................................................................... 116  
      5.1.2.2   Screening tests ......................................................................................................................... 116  
      5.1.2.3   Simulation tests ........................................................................................................................ 116  
   5.1.3   *Summary and discussion of degradation* ................................................................................ 116  
  5.2   ENVIRONMENTAL DISTRIBUTION ....................................................................................................... 117  
  5.3   AQUATIC BIOACCUMULATION ........................................................................................................... 117  
   5.3.1   *Aquatic bioaccumulation* ........................................................................................................ 117  
      5.3.1.1   Bioaccumulation estimation .................................................................................................... 117  
      5.3.1.2   Measured bioaccumulation data .............................................................................................. 117  
  5.4   AQUATIC TOXICITY ........................................................................................................................... 118  
   5.4.1   *Fish* .......................................................................................................................................... 119  
      5.4.1.1   Short-term toxicity to fish ........................................................................................................ 119  
      5.4.1.2   Long-term toxicity to fish ........................................................................................................ 121  
   5.4.2   *Aquatic invertebrates* .............................................................................................................. 123  
      5.4.2.1   Short-term toxicity to aquatic invertebrates ............................................................................ 123  
      5.4.2.2   Long-term toxicity to aquatic invertebrates ............................................................................ 125  
   5.4.3   *Algae and aquatic plants* ........................................................................................................ 127  
   5.4.4   *Other aquatic organisms (including sediment)* ....................................................................... 133  
  5.5   COMPARISON WITH CRITERIA FOR ENVIRONMENTAL HAZARDS (SECTIONS 5.1 – 5.4) ......................... 134  
  5.6   CONCLUSIONS ON CLASSIFICATION AND LABELLING FOR ENVIRONMENTAL HAZARDS (SECTIONS 5.1 – 5.4) ..... 134  

**6**   **OTHER INFORMATION** ..................................................................................................................... 135  

**7**   **REFERENCES** ....................................................................................................................................... 135  

**8**   **ANNEXES** ............................................................................................................................................. 169

# Part A.

## 1 PROPOSAL FOR HARMONISED CLASSIFICATION AND LABELLING

### 1.1 Substance

Table 1: Substance identity

| | |
|---|---|
| Name(s) in the IUPAC nomenclature or other international chemical name(s) | *N*-(phosphonomethyl)*glycine* |
| Other names (usual name, trade name, abbreviation) | - |
| ISO common name (if available and appropriate) | Glyphosate |
| EC number (if available and appropriate) | 213-997-4 |
| EC name (if available and appropriate) | Glyphosate |
| CAS number (if available) | 1071-83-6 |
| Other identity code (if available) | - |
| Molecular formula | $C_3H_8NO_5P$ |
| Structural formula | HO–CH$_2$–N(H)–CH$_2$–P(=O)(OH)(OH), with C=O on carboxyl |
| SMILES notation (if available) | C(CN(C[P](O)(O)=O)[H])(O)=O |
| Molecular weight or molecular weight range | 169.1 g/mol |
| Information on optical activity and typical ratio of (stereo) isomers (if applicable and appropriate) | Not applicable |
| Description of the manufacturing process and identity of the source (for UVCB substances only) | Not applicable |
| Degree of purity (%) (if relevant for the entry in Annex VI) | ≥ 95.0% |

### 1.2 Harmonised classification and labelling proposal

Table 2:   The current Annex VI entry and the proposed harmonised classification

|  | **CLP Regulation** |
|---|---|
| **Current entry in Annex VI, CLP Regulation** | Eye Dam. 1, H318<br>Aquatic Chronic 2, H411 |
| **Current proposal for consideration by RAC** | STOT RE 2, H373 |
| **Resulting harmonised classification** (future entry in Annex VI, CLP Regulation) | Eye Dam. 1, H318<br>STOT RE 2, H373<br>Aquatic Chronic 2, H411 |

was only marginally above the historical control range. Reliability of this information could not be verified and, even if correct, this explanation would not be convincing. However, and more important, no increase in testicular tumours was observed in any other long-term study with glyphosate in rats even though much higher doses were administered.

**Studies in mice**

In total, five long-term studies are available that may be considered valid according to current standards and were performed in compliance with OECD TG 451. They are summarised in Table 30. As in rats, chronic toxicity was confined to high dose levels in all the studies but some differences became apparent in what was actually observed. For more information, the reader is referred to the attached RAR (Volume 1, 2.6.6.2, Volume 3, B.6.5.2).

The DS is aware of two further long-term studies in mice which have been very briefly reported in an older EU evaluation report (Germany, 1998, ASB2010-10302). These studies by Vereczkey and Csanyi (1982, TOX9650154) and by Bhide (1988, TOX9551831) did not comply with current standards. In both of them, the top dose level was 300 ppm and, thus, much too low for meaningful evaluation. No increase in any tumour type had been reported but these studies are not suitable for the purpose of classification and labelling. The same holds true for a published study on skin tumour promotion (George et al., 2010, ASB2012-11829). This experiment was performed with a commercial product that most likely contains irritating co-formulants. It cannot contribute to a decision on the classification of glyphosate. Furthermore, the up- and down-regulation of protein expression is not sufficient to prove a carcinogenic effect. Apart from that, there are no published studies on carcinogenicity in mice.

Thus, evaluation of a carcinogenic potential of glyphosate in mice is based on the five available, guideline-compliant studies. In line with the approach taken for the rat studies, the main effects as summarised in this table were statistically significant and either dose-related or observed at the top dose level only. This approach implies that these findings were not necessarily all noted at the LOAEL.

Table 30:    Long-term feeding studies with glyphosate in mice

| Reference; Study identifi-cation; purity; Owner | Study type, strain, duration, route | Dietary dose levels and corresponding mean daily intake | NOAEL | LOAEL | Targets / Main effects |
|---|---|---|---|---|---|
| Wood et al., 2009, ASB2012-11492; 95.7%; Nufarm | Carcinogenicity (OECD TG 451); 18 mo; CD-1 (ICR), feeding | 0, 500, 1500, 5000 ppm (71/98; 234/299; 810/1081 mg/kg bw/d in m/f) | 810 mg/kg bw/d | Not established | No effects observed |
| Kumar, 2001, ASB2012-11491; >95.14%; ADAMA | Carcinogenicity (OECD TG 451); 18 mo, Swiss albino | 0, 100, 1000, 10000 ppm (15; 151; 1460 mg/kg bw/d, sexes combined since values were similar) | 151 mg/kg bw/d | 1460 mg/kg bw/d | Higher incidence of malignant lymphoma at top dose level (outside historical control range for males); cystic glands in stomach in m↑ (equivocal toxicological relevance) |
| Sugimoto, 1997, ASB2012-11493; 97.56% or 94.61% (2 lots | Carcinogenicity (OECD TG 451); 18 mo; CD-1 (ICR) | 0, 1600, 8000, 40000 ppm (165/153; 838/787; 4348/4116 mg/kg bw/d in m/f) | 153 mg/kg bw/d | 787 mg/kg bw/d | Bw gain, food consumption and efficiency↓, loose stool, caecum distended and |

| Reference; Study identifi-cation; purity; Owner | Study type, strain, duration, route | Dietary dose levels and corresponding mean daily intake | NOAEL | LOAEL | Targets / Main effects |
|---|---|---|---|---|---|
| used); Arysta | | | | | organ wt↑, prolapse and ulceration of anus in m |
| Atkinson et al., 1993; TOX9552382; 98.6%; Cheminova | Carcinogenicity (OECD TG 451); 2 yr, CD-1 | 0, 100, 300, 1000 mg/kg bw/d (dietary levels regularly adjusted) | 1000 mg/kg bw/d | Not established | Equivocal evidence of enlarged/firm thymus and increase in mineral deposition in the brain, not regarded as adverse |
| Knezevich and Hogan, 1983; TOX9552381; 99.7%; Monsanto | Carcinogenicity with chronic toxicity elements (OECD TG 451/453); 2 yr, CD-1 | 0, 1000, 5000, 30000 ppm 157/190; 814/955; 4841/5874 mg/kg bw/d in m/f) | 157 mg/kg bw/d | 814 mg/kg bw/d | Bw (gain) ↓ in high dose males, histological findings in liver (centrolobular hypertrophy), kidney (histological changes) and bladder (epithelial hyperplasia) in males |

In these studies, there was evidence of increases in three types of tumours, all in males: malignant lymphoma, renal tumours, and haemangiosarcoma, however, there was no consistency between the studies. In the following, all these three types are addressed in detail. That means also that the statistical calculations were repeated. In the original study reports, mostly pairwise comparisons had been made. In the 2015 IARC evaluation, in contrast, trend tests were the preferred statistical tool. The DS re-calculated the statistical significance of the observed tumour incidences by taking both approaches.

Malignant lymphoma

The total numbers of affected animals in the various mouse studies are given in Table 31.

Table 31: Total incidence of malignant lymphoma in long-term studies with glyphosate in different mouse strains and appropriate historical control (HC) data from the performing laboratory if available

| Study, Strain | | Males | | | | Females | | | |
|---|---|---|---|---|---|---|---|---|---|
| Wood et al, 2009, ASB2012-11492 Crl:CD-1 (ICR) BR | Dose (ppm) | 0 | 500 | 1500 | 5000 | 0 | 500 | 1500 | 5000 |
| | Affected | 0/51 | 1/51 | 2/51 | 5/51 | 11/51 | 8/51 | 10/51 | 11/51 |
| Kumar, 2001, ASB2012-11491 HsdOLA:MF1 (Swiss albino) | Dose (ppm) | 0 | 100 | 1000 | 10000 | 0 | 100 | 1000 | 10000 |
| | Affected | 10/50 | 15/50 | 16/50 | 19/50* | 18/50 | 20/50 | 19/50 | 25/50* |
| | HC | Study range: 6–30% Study mean: 18.4% Basis: 250 male mice in 5 studies (1996-1999 covering the in-life phase of the actual study) | | | | Study range: 14–58% Study mean: 41.6% Basis: 250 female mice in 5 studies (1996-1999) | | | |