UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION _____ This document relates to: *George Afanador, et al. v. Monsanto Co.,* 3:20-cv-01229 _____ | MDL No. 2741 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, Counsel for Plaintiff files this Motion to Withdraw as Counsel. Counsel for Plaintiff states the following in support of this motion:

1. Mr. George M. Afanador passed away on July 8, 2019.

2. Mrs. Gloria Afanador notified counsel in January 2020 of her husband's passing.

3. We have repeatedly attempted to contact Mrs. Afanador via USPS, UPS, email and telephone since July 2022.

4. All phone numbers previously provided by our client have been disconnected.

5. Letters mailed on July 13, 2022 and August 22, 2022 were returned as undeliverable, no forwarding address. Upon conducting a Lexis search they were sent to a new potential address and returned again as wrong address.

6. Emails sent with read receipts to the last known email address on July 20, 2022, August 4, 2022, and September 2, 2022 have not been opened or replied to.

7. In November 2022, the Thornton Law Firm retained a private investigator who confirmed George Afanador was deceased but attempts to make contact with Gloria Afanador were unsuccessful.

8. All attempts to contact additional parties have been unsuccessful.

9. We have contacted Monsanto's Counsel and informed them of our inability to locate next of kin and our intent to withdraw. They have no opposition.

Respectfully submitted,

DATED:  November 30, 2022

THE BIFFERATO FIRM, PA

*/s/ Ian Connor Bifferato*
Ian Connor Bifferato (#3273)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
(302) 225-7600
cbifferato@tbf.legal

and

THORNTON LAW FIRM, LLP

*/s/ David Bricker*
David Bricker, Esq.
**THORNTON LAW FIRM, LLP**
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676
dbricker@tenlaw.com

David C. Strouss, BBO#546253
Evan R. Hoffman, BBO# 678975
Jasmine M. Howard, BBO#698130
**THORNTON LAW FIRM, LLP**
One Lincoln Street
Boston, MA  02111
(617) 720-1333

Attorneys for Plaintiffs.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of November, 2022, the foregoing Motion was served by electronic and first-class mail upon the following counsel for Defendant Monsanto:

DATED:   November 30, 2022

        */s/ David Bricker*
        David Bricker, Esq.
        **THORNTON LAW FIRM, LLP**
        9595 Wilshire Blvd., Suite 900
        Beverly Hills, CA 90212
        (310) 282-8676
        dbricker@tenlaw.com

        David C. Strouss, BBO# 546253
        Evan R. Hoffman, BBO# 678975
        Jasmine M. Howard, BBO# 698130
        **THORNTON LAW FIRM, LLP**
        One Lincoln Street
        Boston, MA  02111
        (617) 720-1333  FAX (617) 720-1333
        dstrouss@tenlaw.com
        ehoffman@tenlaw.com
        jhoward@tenlaw.com

        The BIFFERATO LAW FIRM

        Ian Connor Bifferato (#3273)
        1007 N. Orange Street, 4th Floor
        Wilmington, DE 19801
        (302) 225-7600
        cbifferato@tbf.legal

        *Attorneys for Plaintiffs*