UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION _____ This document relates to: *George Afanador, et al. v. Monsanto Co.,* Case No. 1:20-cv-00111-VC 3:20-cv-01229 _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2741 |

## **ORDER**

1. Counsels' motion is GRANTED.

2. The law firms, Thornton Law Firm and the Bifferato Law Firm are hereby permitted to withdraw as counsel for Gloria Afanador and the Estate of George Afanador. The Thornton Law Firm and the Bifferato Law Firm have no further obligation to represent the interests of Gloria Afanador or the Estate of George Afanador.

Dated: _____                              _____