# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 <br> ) <br> ) Case No. MDL No. 3:16-md-02741-VC <br> ) <br> ) Hon. Vince Chhabria |
| This document relates to: <br><br> *Leslie Hutchison v. Monsanto Co.*, <br> Case No. 3:20-cv-03444-VC | ) <br> ) **UNOPPOSED MOTION TO MOVE** <br> ) **CASE TO WAVE VI-A** <br> ) |

Plaintiff Leslie Hutchison – without opposition from Defendant Monsanto Company – respectfully requests the Court move this case from Wave V-A to Wave VI-A:

1. Dr. Hutchison's case is part of Wave V-A.

2. The deposition of the Plaintiff has been completed, and Plaintiff has responded to Defendant's Requests for Inspection of Tangible Goods, Requests to Permit Entry Upon Land, Exposure Interrogatories, and Exposure Requests for Production.

3. Plaintiff's counsel is currently engaged in fact and expert discovery.

4. Counsel for Plaintiff met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later wave and Monsanto does not oppose this request.

Therefore, Plaintiff Leslie Hutchison, without opposition from Defendant Monsanto Company, respectfully requests that the Court move this case from Wave V-A to Wave VI-A.

//

//

//

//

DATED: ___December 1___, 2022

Respectfully submitted,

_____
Carl J. Lumley
Bar number 32869(MO)
Curtis, Heinz, Garrett, & O'Keefe P.C.
130 S Bemiston, Suite 200
St. Louis, MO 63105-1913
Tel: (314) 725-8788
CLumley@chgolaw.com
*Counsel for Leslie Hutchison*

OF COUNSEL:

James Nealon
Joseph Gallo
Withers Bergman LLP
430 Park Avenue
New York, New York 10022
Tel: (212) 848-9800
James.Nealon@withersworldwide.com
Joseph.Gallo@withersworldwide.com

## CERTIFICATE OF SERVICE

I hereby certify that on ___December 1___, 2022, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

_____
Carl J. Lumley
Bar number 32869(MO)
Curtis, Heinz, Garrett, & O'Keefe P.C.
CLumley@chgolaw.com

*Counsel for Leslie Hutchison*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. MDL No. 3:16-md-02741-VC ) ) Hon. Vince Chhabria ) |
| This document relates to:<br><br>*Leslie Hutchison v. Monsanto Co.*,<br>Case No. 3:20-cv-03444-VC | ) **[PROPOSED] ORDER GRANTING** ) **MOTION TO MOVE CASE TO WAVE** ) **VI-A** ) ) |

Plaintiff's motion to move the case from Wave V-A to Wave VI-A is granted.

**IT IS SO ORDERED.**

Dated: _____    _____