UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Scott Koller, et al., v. Monsanto Company, et al.*, Case No. 3:22-cv-04260-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
|---|---|

Before the Court is Defendants Bayer CropScience LP and Monsanto Company's Unopposed Administrative Motion to File Under Seal the Confidential Statements of Formula ("CSFs") included as exhibits to Defendants' Reply in Support of Motion to Dismiss Plaintiffs' Complaint. Having considered the papers, and for compelling reasons shown, IT IS HEREBY ORDERED that the requests pursuant to Defendants' table below are GRANTED as follows:

| Document | Portion Sealed |
|---|---|
| Exhibit A to Defendants' Reply in Support of Motion to Dismiss Plaintiffs' Complaint | Entire document |
| Exhibit B to Defendants' Reply in Support of Motion to Dismiss Plaintiffs' Complaint | Entire document |

IT IS SO ORDERED.

DATED this _____ day of December, 2022.

_____
Hon. Vince Chhabria
UNITED STATES DISTRICT JUDGE