UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Koller et al v. Monsanto Company et al,*<br>*3:22-cv-04260-VC* | **ORDER FOR SEVERANCE FROM THE MDL AND RANDOM REASSIGNMENT OF CASE** |

The Court has determined that the *Koller* case, 22-cv-04260-VC, is not related to the Roundup Products MDL, and therefore the case should be severed from the MDL and randomly reassigned to another judge of this court pursuant to General Order 44.

**IT IS SO ORDERED.**

Dated: December 5, 2022

VINCE CHHABRIA
United States District Judge