UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION:
THIS DOCUMENT RELATES TO:
  3:2021cv08999  Draten v. Monsanto Co.

MDL NO. 2741

Case No. 16-md-02741-VC

JUDGE VINCE CHHABRIA

## ORDER

Considering the foregoing Motion to Withdraw Counsel of Record:

**IT IS ORDERED** that the Motion is GRANTED, and that Richard L. Root be withdrawn and that John C. Enochs remain as lead counsel of record for those represented by the Morris Bart, LLC firm in the civil actions identified above.

Signed this __5th__ day of __December__, 2022.

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE