Patrick J. Stueve, Mo. Bar #37682
Todd E. Hilton, Mo. Bar #51388
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
stueve@stuevesiegel.com
hilton@stuevesiegel.com

Don M. Downing, Mo. Bar #30405
Gretchen Garrison, Mo. Bar #33963
Cort A. VanOstran, Mo. Bar #67276
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101
ddowning@grgpc.com
ggarrison@grgpc.com
cvanostran@grgpc.com

*Attorneys for Missouri Plaintiffs and Objectors
Ryan Tomlinson and Carol Richardson*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Gilmore v. Monsanto*, Case No. 21-cv-08159 | **OBJECTION OF CAROL RICHARDSON TO CLASS ACTION SETTLEMENT; DECLARATION OF CAROL RICHARDSON**<br><br>Date: January 12, 2023<br>Time: 2:30 p.m.<br>Place: Via Zoom Webinar<br>Judge: Hon. Vince G. Chhabria |

# OBJECTION OF CAROL RICHARDSON TO CLASS ACTION SETTLEMENT; DECLARATION OF CAROL RICHARDSON IN SUPPORT THEREOF

I, Carol Richardson, declare as follows:

1. I have personal knowledge of all matters stated here and could competently testify to them if called as a witness.

2. I file this Objection to the proposed settlement and release of claims against Monsanto for the sale of Roundup products, and in response to the requirements of the Notice addressed "If You Purchased Certain Roundup, HDX, or Ace Weed & Grass Killer Products, you May Be Entitled To a Cash Payment From A Proposed Class Action Settlement," in the case called *Gilmore v. Monsanto*, N.D. Cal., Case No. 21-cv-08159.

3. I am a citizen and resident of Missouri. I purchased one or more of the relevant Roundup products at issue in this case that failed to disclose the risk of cancer and I believe this violates Missouri law.

4. I am objecting on behalf of myself and all other Missouri purchasers to the proposed settlement in this case because I believe this settlement is unreasonable, inadequate, and unfair to the proposed class members, including myself. I am also objecting to the requested compensation to Plaintiffs' counsel in this case as grossly excessive in comparison to their inadequate representation and very minimal work.

5. My objections to the settlement include all reasons that this settlement is unreasonable, unfair and inadequate as explained in my Opposition to the Motion for Preliminary Approval, ECF 106, filed by my counsel on March 3, 2022, and all reasons which will be included in my opposition to Plaintiff's motion for final approval of the settlement to be filed according to the Court's schedule on December 5, 2022.

6.	I have never submitted an objection to a class settlement either for myself or for anyone else.

7.	My counsel noted above intends to appear on my behalf at the hearing on Plaintiff's motion for final approval.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 5, 2022, at Kansas City, Missouri.

_____
Carol Richardson