## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** ) ) ) ) | **MDL NO. 2741** |
| ) ) | **Case No. 3:16-md-02741-VC** |
| **This Document Relates to:** ) *Myron Feldman v. Monsanto* ) ) **Case No. 3:20-cv-05934-VC** ) ) | **Judge Vince Chhabria** |

## **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI**

1.  Plaintiff's counsel has consulted with Defendant's counsel who does not oppose the motion to move this case to Wave VI

2.  This case is presently situated in Wave V.

3.  The parties to this action have diligently pursued discovery, with the Plaintiff having served his fact sheet, producing his medical records and scheduling the deposition of Plaintiff.

4.  Shortly before the taking of Plaintiff's deposition, Plaintiff's counsel was informed by a family member that the Plaintiff had died.

5.  Plaintiff's counsel is in the process of consulting with the heirs of Plaintiff regarding the substitution of a personal representative of Plaintiff's estate as the Plaintiff in this action. Nonetheless, given the death of Plaintiff, Plaintiff's counsel does not believe that the necessary fact and expert discovery can be completed under the impending deadlines posed by Wave V.

6.  Under the circumstances, the parties believe that transferring this case to Wave VI would be in the best interests of justice, and respectfully request enter an order to that effect.

DATED:  December 6, 2022

>*Attorney for Plaintiff*
>/s/ *Charles W. Miller*
>Charles W. Miller
>HEYGOOD, ORR & PEARSON
>6363 North State Highway 161,
>Suite 450
>Irving, TX  75038
>Telephone: (214) 237-9001
>Facsimile: (241) 237-9002
>charles@hop-law.com
>
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December ___, 2022, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

>*/s/ Charles W. Miller*
> Charles W. Miller