UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) This Document Relates to: ) *Myron Feldman v. Monsanto* ) ) Case No. 3:20-cv-05934-VC ) ) | MDL NO. 2741  Case No. 3:16-md-02741-VC  Judge Vince Chhabria |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE TO WAVE VI**

Having reviewed the unopposed motion seeking transfer of this case to Wave VI, the Court **GRANTS** the requested relief and transfers this case to Wave VI.

IT IS SO ORDERED.

Date: December 6, 2022

_____
VINCE G. CHHABRIA
Presiding Judge
United States District Court