**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:   jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Ted Motsinger v. Monsanto Co.,*<br>Case No. 3:22-cv-06393-VC | |

### **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
2. Bayer AG is a publicly held corporation.

DATED:  December 6, 2022            Respectfully submitted,

              SHOOK, HARDY & BACON L.L.P.

              BY: */s/ Jennise W. Stubbs*
                 Jennise W. Stubbs
                 600 Travis Street, Suite 3400
                 Houston, TX 77002-2926
                 Telephone:   (713) 227-8008
                 Facsimile:   (713) 227-9508
                 Email:   jstubbs@shb.com

              *Attorneys for Defendant*
              *MONSANTO COMPANY*

## **CERTIFICATE OF SERVICE**

I certify that on the 6th day of December, 2022, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs