UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Carlos Plaza-Gonzalez v. Monsanto Co.*, Case No. 3:22-cv-02303<br><br>*Estate of Ramon Berrios-Sampler v. Monsanto Co.*, Case No. 3:22-cv-02310<br><br>*Juan Rivera-Pagan v. Monsanto Co.*, Case No. 3:22-cv-02287<br><br>*Luz Rodriguez-Sanchez v. Monsanto Co.*, Case No. 3:22-cv-02301<br><br>*Martin Velez Rios v. Monsanto Co.*, Case No. 3:20-cv-08552<br><br>*Leslie Hutchison v. Monsanto Co.*, Case No. 3:20-cv-03444<br><br>*Myron Feldman v. Monsanto Co.*, Case No. 3:20-cv-05934 | **ORDER GRANTING MOTIONS TO MOVE WAVES**<br><br>Re: Dkt. Nos. 15876, 15877, 15878, 15879, 15880, 15890, 15912 |

The above-listed unopposed motions to move cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: December 6, 2022

VINCE CHHABRIA
United States District Judge