UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS )<br>)<br>_____ )<br>)<br>This document relates to: )<br>)<br>*Dieter Fleischhauer and Susan Lynn* )<br>*Fleischhauer v. Monsanto Co.,* )<br>Case No. 3:21-cv-05971-VC )<br>_____ ) | MDL No. 2741<br>3:16-md-02741<br><br><br><br><br>UNOPPOSED MOTION TO<br>MOVE CASE TO WAVE VII |

**UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

Plaintiff Dieter Fleischhauer – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave V to Wave VII:

1. Dieter Fleischhauer's case is part of Wave V.

2. Plaintiff's deposition has been taken; however his wife has been unable to sit for her deposition due to illness.

3. Counsel for Plaintiff will be withdrawing and there will be new counsel for Plaintiff appearing who will need additional time to become familiar with the file and matters pertaining to this Plaintiff.

3. Counsel for Plaintiff met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Dieter Fleischhauer, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave V to Wave VII.

DATED: November 22, 2022

POWER ROGERS, LLP.

By: ___/s/ Carolyn Daley_____
         Carolyn Daley

Carolyn S. Daley
POWER ROGERS, LLP.
70 W. Madison Street, Suite 5500
Chicago, IL  60602
(312) 236-9381 (p)
(312) 236-0920 (f)
cdaley@powerrogers.com
kplatt@powerrogers.com