Kevin M. Fitzgerald, Esq.
**FITZGERALD LAW GROUP, LLC**
120 Exchange Street, Suite 200
Portland, ME 04101
Phone: (207) 874-7407
Facsimile: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Attorneys for Plaintiff Raymond Anderson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| | Hon. Vince Chhabria |
| This document relates to: | |
| *Raymond Anderson v. Monsanto Co.*, Case No. 3:19-cv-08034-VC | |

**UNOPPOSED MOTION TO MOVE CASE TO WAVE VI**

1. The above-captioned action is currently within Wave 5D.

2. The parties have diligently pursued discovery in this matter and continue to engage in fact and expert discovery.

3. Plaintiff Anderson has served his responses to the Plaintiff Fact Sheet and produced voluminous medical and other records to Defendant.

4. Plaintiff Anderson has further served responses to Defendant's First Set of Interrogatories, First Requests for Production, First Request for Inspection of Tangible Goods, and First Requests to permit Entry on Land or Other Property.

5. Plaintiff Anderson's deposition has also been taken and completed.

1

6. Additionally, the parties have commenced deposing Plaintiff Anderson's relevant treating physicians. The parties envision additional treating physician depositions being scheduled in the near future.

7. With fact and expert discovery still ongoing, the parties met and conferred regarding moving this case to a later discovery wave. Defendant's counsel agrees to this course of action and, therefore, does not oppose this motion.

8. Under the circumstances, the parties believe transferring this case to Wave 6D would best serve the interests of justice.

9. Therefore, Plaintiff Anderson, without opposition from Defendant, respectfully requests that this Honorable Court move this case from Wave 5D to Wave 6D.

DATED:  December 7, 2022             Respectfully submitted,


                                     /s/ Kevin M. Fitzgerald
                                     Kevin M. Fitzgerald
                                     FITZGERALD LAW GROUP, LLC
                                     120 Exchange Street, Suite 200
                                     Portland, ME 04101
                                     Phone: (207) 874-7407
                                     Facsimile: (207) 850-2120
                                     Email: kfitzgerald@fitz-lawgroup.com

                                     *Attorneys for Plaintiff Raymond Anderson*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 7, 2022, the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE VI was filed via the Court's CM/ECF electronic case filing system which will send notice of such filing to all counsel of record who are registered users.

DATED:  December 7, 2022             /s/ *Kevin M. Fitzgerald*