UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

)
)
)  MDL No. 2741
)
)  Case No. 3:16-md-02741-VC
)
)  Hon. Vince Chhabria
)

This document relates to:

)
)
)

*Raymond Anderson v. Monsanto Co.*,
Case No. 3:19-cv-08034-VC

)
)
)

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO
WAVE VI**

Having reviewed the Unopposed Motion to Move Case to Wave VI, the Court hereby

GRANTS the requested relief and transfers this case to Wave 6D.

IT IS SO ORDERED.


DATED:  December ___, 2022

_____

HON. VINCE G. CHHABRIA

UNITED STATES DISTRICT COURT