Kevin M. Fitzgerald, Esq.
**FITZGERALD LAW GROUP, LLC**
120 Exchange Street, Suite 200
Portland, ME 04101
Phone: (207) 874-7407
Facsimile: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Attorneys for Plaintiffs Christine and Alton Mank*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|  | Case No. 3:16-md-02741-VC |
|  | Hon. Vince Chhabria |
| This document relates to: |  |
| *Christine Mank and Alton Mank v. Monsanto Co.*, Case No. 3:19-cv-08035-VC |  |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

1. The above-captioned action is currently within Wave 5C.

2. The parties have diligently pursued discovery in this matter and continue to engage in fact and expert discovery.

3. Plaintiff Christine Mank has served her responses to the Plaintiff Fact Sheet and produced voluminous medical and other records to Defendant.

4. Plaintiff Christine Mank has further served responses to Defendant's First Set of Interrogatories, First Requests for Production, First Request for Inspection of Tangible Goods, and First Requests to permit Entry on Land or Other Property.

5. Both Plaintiffs Christine Mank and Alton Mank have had their depositions taken and completed.

1

6. Additionally, the parties have commenced deposing Plaintiff Christine Mank's relevant treating physicians. The parties envision additional treating physician depositions being scheduled in the near future.

7. With fact and expert discovery still ongoing, the parties met and conferred regarding moving this case to a later discovery wave. Defendant's counsel agrees to this course of action and, therefore, does not oppose this motion.

8. Under the circumstances, the parties believe transferring this case to Wave 6C would best serve the interests of justice.

9. Therefore, Plaintiffs Christine Mank and Alton Mank, without opposition from Defendant, respectfully request that this Honorable Court move this case from Wave 5C to Wave 6C.

DATED:  December 7, 2022                    Respectfully submitted,

 /s/ Kevin M. Fitzgerald
Kevin M. Fitzgerald
FITZGERALD LAW GROUP, LLC
120 Exchange Street, Suite 200
Portland, ME 04101
Phone: (207) 874-7407
Facsimile: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Attorneys for Plaintiffs Christine and Alton Mank*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 7, 2022, the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE VI was filed via the Court's CM/ECF electronic case filing system which will send notice of such filing to all counsel of record who are registered users.

DATED:  December 7, 2022                    /s/ *Kevin M. Fitzgerald*

3