UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Christine Mank and Alton Mank v. Monsanto Co.*, Case No. 3:19-cv-08035-VC | ) ) ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) ) Hon. Vince Chhabria ) ) ) ) |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Having reviewed the Unopposed Motion to Move Case to Wave VI, the Court hereby GRANTS the requested relief and transfers this case to Wave 6C.

IT IS SO ORDERED.

DATED: December __, 2022

_____
HON. VINCE G. CHHABRIA

UNITED STATES DISTRICT COURT