UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER ON MOTION TO WITHDRAW AS COUNSEL** |
| *George Afanador, et al. v. Monsanto Co.*, Case No. 3:20-cv-1229 | Re: Dkt. No. 15889 |

The motion to withdraw as counsel is granted, subject to the requirement that counsel transmit this order to the plaintiff. In light of counsel's representations that the plaintiff has not been responding to their communications, the plaintiff is ordered to show cause why the case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute. A response to the order to show cause is due 28 days from this order. If no response is filed, the case will be dismissed without prejudice. Counsel must file a declaration within 7 days of this order describing the efforts they have made to transmit this order to the plaintiff.

**IT IS SO ORDERED.**

Dated: December 8, 2022

VINCE CHHABRIA
United States District Judge