UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Eugene L. Aiken, Jr. v. Monsanto Co. and John Does 1-100,* Case No.: 3:20-cv-00065-VC | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiff Eugene L. Aiken, Jr. – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave V to Wave VI:

1. Eugene L. Aiken, Jr.'s case is part of Wave V.

2. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff's deposition on June 22, 2022, and the deposition of Plaintiff's spouse on June 26, 2022. However, Plaintiff's treating oncologist and primary physician depositions have yet to be completed.

4. Plaintiff served his first round of written discovery responses and document productions as of November 12, 2022. Plaintiff intends to propound written discovery.

5. Counsel for the Plaintiff, Eugene L. Aiken, Jr., met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Eugene L. Aiken, Jr., without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave V to Wave VI.

Date:  December 8, 2022                              Respectfully Submitted,

By: *Kristy M Arevalo*
Kristy M. Arevalo
**McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2022, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo