UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI** |
| *Eugene L. Aiken, Jr.*<br>*v. Monsanto Co. and John Does 1-100,*<br>Case No.: 3:20-cv-00065-VC | |

Plaintiff's motion to move the case from Wave V to Wave VI is granted.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT