UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *David Culp and Tina Culp v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:20-cv-03439-VC | UNOPPOSED MOTION TO MOVE CASE TO WAVE VI |

Plaintiff Christina "Tina" E. Culp, individually and on behalf of Plaintiff David A. Culp, deceased – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave V to Wave VI:

1. Tina Culp's case is part of Wave V.

2. On October 11, 2021, David A. Culp passed away.

3. David A. Culp died intestate and did not have any descendants.

4. The Court granted Plaintiff Tina Culp's Motion to Substitute Party to pursue her individual claims against Defendant as well as David A. Culp's actions against Defendant pursuant to Rule 25 of the Federal Rules of Civil Procedure.

5. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.

6. The parties completed Plaintiff's deposition on June 16, 17, 2022. David Culp's treating oncologist deposition was completed on November 11,2022, and his primary physician deposition has yet to be scheduled.

7. Plaintiff served her first round of written discovery and document productions as of November 17, 2022. Plaintiff intends to propound written discovery.

8. Counsel for the Plaintiff, Tina Culp, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Tina E. Culp, individually and on behalf of David A. Culp, deceased, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave V to Wave VI.

Date: December 8, 2022

Respectfully Submitted,

By: *Kristy M Arevalo*

Kristy M. Arevalo
**McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2022, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo