UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| *Deborah Glaze, individually, and as successor in interest for the estate of Glyn Glaze, deceased v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:20-cv-00064-VC | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiff Deborah "Debbie" Glaze, individually and as successor in interest for the estate of Glyn Glaze, deceased – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave V to Wave VI:

1. Debbie Glaze's case is part of Wave V.

2. On July 19, 2020, Glyn Glaze passed away.

3. Glyn Glaze died intestate survived by his wife, Debbie Glaze.

4. Plaintiff Debbie Glaze is the sole surviving spouse of Glyn Glaze and is the successor in interest for the estate of Glyn Glaze, deceased.

5. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.

6. The parties completed Plaintiff's deposition on May 17, 2022. However, Glyn Glaze's treating oncologist deposition is scheduled for January 10, 2023, and his primary physician deposition has yet to be scheduled.

7. Plaintiff served her first round of written discovery and document productions as of October 6, 2022. Plaintiff intends to propound written discovery.

8. Counsel for the Plaintiff, Debbie Glaze, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Debbie Glaze, individually and as successor in interest of the estate of Glyn Glaze, deceased, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave V to Wave VI.

Date:  December 8, 2022

Respectfully Submitted,

By: *Kristy M Arevalo*

Kristy M. Arevalo
**McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2022, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo