UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> *This document relates to:* <br><br> BETHANY ANNE BUTLER AND JONATHAN SIMS, Plaintiffs, <br> v. MONSANTO COMPANY, INC., Defendant, <br><br> Case No. 3:19-cv-07529-VC | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter comes before the Court by agreement of the parties. Plaintiffs Bethany Anne Butler and Jonathan Sims appear by and through their attorney of record, Justin C. Walker of Markovits, Stock & DeMarco, LLC. Defendant Monsanto Company appears by and through its counsel of record, Anthony R. Martinez and Timothy E. Congrove of Shook, Hardy & Bacon L.L.P.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs.

By  /s/ *Terence R. Coates*
  Terence R. Coates (0085579)
  Justin C. Walker (0080001)
  MARKOVITS, STOCK & DEMARCO, LLC
  119 E. Court Street, Suite 530
  Cincinnati, OH  45202
  Telephone:  513-651-3700
  Facsimile:   513-665-0219
  E-Mail:  tcoates@msdlegal.com

  *ATTORNEY FOR PLAINTIFFS*

By  /s/ *Anthony R. Martinez*
  Anthony R. Martinez
  Timothy E. Congrove
  SHOOK, HARDY & BACON L.L.P.
  2555 Grand Blvd.
  Kansas City, MO  64108
  Telephone:  816-474-6550
  Facsimile:   816-421-5547
  E-Mail:   tcongrove@shb.com
        amartinez@shb.com
  *ATTORNEYS FOR DEFENDANT*

CERTIFICATE OF SERVICE

The undersigned certifies that service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system on the 9th day of December 2022.

Signature:  /s/ *Terence R. Coates*