UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *This document relates to:* | |
| ANN MARIE HOWARD, INDIVIDUALLY, AND AS EXECUTOR OF THE ESTATE OF PATRICIA A. SHANKLIN, Plaintiff, v. MONSANTO COMPANY, INC., Defendant, | |
| Case No. 3:19-cv-04644-VC | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

This matter comes before the Court by agreement of the parties. Plaintiff Anne Marie Howard, individually, and as Executor of the Estate of Patricia A. Shanklin appears by and through her attorney of record, Justin C. Walker of Markovits, Stock & DeMarco, LLC. Defendant Monsanto Company appears by and through its counsel of record, Anthony R. Martinez and Timothy E. Congrove of Shook, Hardy & Bacon L.L.P.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs.

| | |
|---|---|
| By   /s/ *Terence R. Coates*            <br> Terence R. Coates (0085579) <br> Justin C. Walker (0080001) <br> MARKOVITS, STOCK & DEMARCO, LLC <br> 119 E. Court Street, Suite 530 <br> Cincinnati, OH  45202 <br> Telephone:  513-651-3700 <br> Facsimile:    513-665-0219 <br> E-Mail:  tcoates@msdlegal.com <br><br> *ATTORNEY FOR PLAINTIFFS* | By   /s/ *Anthony R. Martinez*       <br> Anthony R. Martinez <br> Timothy E. Congrove <br> SHOOK, HARDY & BACON L.L.P. <br> 2555 Grand Blvd. <br> Kansas City, MO  64108 <br> Telephone:  816-474-6550 <br> Facsimile:   816-421-5547 <br> E-Mail:    tcongrove@shb.com <br>              amartinez@shb.com <br> *ATTORNEYS FOR DEFENDANT* |

## CERTIFICATE OF SERVICE

The undersigned certifies that service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system on the 9th day of December 2022.

Signature:   /s/ *Terence R. Coates*