UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> *This document relates to:* <br><br> LINDA L. DEKTAS and MICHAEL C. DEKTAS, Plaintiffs, v. MONSANTO COMPANY, INC., Defendant, <br><br> Case No. 3:20-cv-01069-VC | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter comes before the Court by agreement of the parties. Plaintiffs Linda L. Dektas and Michael C. Dektas appear by and through their attorney of record, Justin C. Walker of Markovits, Stock & DeMarco, LLC. Defendant Monsanto Company appears by and through its counsel of record, Anthony R. Martinez and Timothy E. Congrove of Shook, Hardy & Bacon L.L.P.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs.

By   /s/ *Terence R. Coates*
   Terence R. Coates (0085579)
   Justin C. Walker (0080001)
   MARKOVITS, STOCK & DEMARCO, LLC
   119 E. Court Street, Suite 530
   Cincinnati, OH  45202
   Telephone:  513-651-3700
   Facsimile:    513-665-0219
   E-Mail:  tcoates@msdlegal.com

   *ATTORNEY FOR PLAINTIFFS*

By   /s/ *Anthony R. Martinez*
   Anthony R. Martinez
   Timothy E. Congrove
   SHOOK, HARDY & BACON L.L.P.
   2555 Grand Blvd.
   Kansas City, MO  64108
   Telephone:  816-474-6550
   Facsimile:   816-421-5547
   E-Mail:    tcongrove@shb.com
                  amartinez@shb.com

   *ATTORNEYS FOR DEFENDANT*

CERTIFICATE OF SERVICE

The undersigned certifies that service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system on the 9th day of December 2022.

Signature:  /s/ *Terence R. Coates*