UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |
| *Michael Henry Johnson v. Monsanto Co. & John Does 1-100 inclusive,* Case No.: 3:20-cv-01234-VC | |

Plaintiff Michael Henry Johnson – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave V to Wave VI:

1. Michael Henry Johnson case is part of Wave V.

2. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff's deposition and Plaintiff's spouse's deposition on May 10, 2022. However, Plaintiff's treating oncologist and primary physician depositions have yet to be completed.

4. Plaintiff served his first round of written discovery responses and document productions as of October 6, 2022. Plaintiff intends to propound written discovery.

5. Counsel for the Plaintiff, Michael Henry Johnson, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Michael Henry Johnson, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave V to Wave VI.

Date:  December 9, 2022                                Respectfully Submitted,

By:  *Kristy M Arevalo*
Kristy M. Arevalo
**McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2022, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo