# EXHIBIT A
# (Certificate of Appointment)

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE PROBATE COURT |
| COUNTY OF: SUMTER | ) | |
| | ) | CERTIFICATE OF APPOINTMENT |
| IN THE MATTER OF: | ) | |
| SAMUEL LEROY CARRAWAY JR | ) | CASE NUMBER: 2020ES4300193 |
| (Decedent) | ) | |

This is to certify that

SAMUEL EDWARD CARRAWAY

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the 24th day of April, 2020, is in full force and effect.

**RESTRICTIONS:**

Executed this 24th day of April, 2020.

_Deputy Yvonne B. Choice_
DALE ATKINSON, Probate Court Judge

**Do not accept a copy of this certificate without the raised seal of the Probate Court.**

FORM #141ES (1/2014)
62-1-305, 62-3-103