**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:       jstubbs@shb.com

*Attorneys for Defendant*
*Bayer Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: *Leland Adams v. Monsanto Company et al.,* Case No. 3:22-cv-07590-VC | Case No. 3:16-md-02741-VC |

### **BAYER CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bayer Corporation makes the following disclosures:

1.   Bayer Corporation is an indirect, wholly-owned subsidiary of Bayer AG.

2.   Bayer AG is a publicly held corporation.

DATED:  December 12, 2022         Respectfully submitted,

                                  SHOOK, HARDY & BACON L.L.P.

                                  BY: */s/ Jennise W. Stubbs*
                                      Jennise W. Stubbs
                                      600 Travis Street, Suite 3400
                                      Houston, TX 77002-2926
                                      Telephone:  (713) 227-8008
                                      Facsimile:  (713) 227-9508
                                      Email:      jstubbs@shb.com

                                  *Attorneys for Defendant*
                                  *BAYER CORPORATION*

## CERTIFICATE OF SERVICE

I certify that on the 12th day of December, 2022, I electronically transmitted the foregoing **BAYER CORPORATION'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs