UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Varanelli v. Monsanto Co.*,<br>Case No. 22-cv-7018-VC | **ORDER TERMINATING MOTION**<br>Re: Dkt. No. 6 |

Pursuant to Pretrial Order No. 1 of *In re Roundup Products Liability Litigation*, 16-md-2741-VC, all documents filed for MDL member cases must be filed on both the master docket and the docket of the member case. The motion filed at the above docket number is being terminated because it was filed in only the member case. If the document is refiled in accordance with Pretrial Order No. 1, the Court will consider the filing.

**IT IS SO ORDERED.**

Dated: December 12, 2022

VINCE CHHABRIA
United States District Judge