UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTIONS TO MOVE WAVES** |
| *Hayes v. Monsanto Co.*, Case No. 21-cv-5398-VC | Re: Dkt. Nos. 15917, 15918, 15919, 15920, 15922, 15923, 15924, 15925, 15929, 15930 |
| *Flischhauer v. Monsanto Co.*, Case No. 21-cv-5971-VC | |
| *Anderson v. Monsanto Co.*, Case No. 19-cv-8034-VC | |
| *Mank v. Monsanto Co.*, Case No. 19-cv-8035-VC | |
| *Aiken v. Monsanto Co.*, Case No. 20-cv-0065-VC | |
| *Albrecht v. Monsanto Co.*, Case No. 20-cv-1636-VC | |
| *Culp v. Monsanto Co.*, Case No. 20-cv-3439-VC | |
| *Glaze v. Monsanto Co.*, Case No. 20-cv-0064-VC | |
| *Gorman v. Monsanto Co.*, Case No. 20-cv-1670-VC | |
| *Johnson v. Monsanto Co.*, Case No. 20-cv-1234-VC | |

The above-listed unopposed motions to move cases to later waves are granted.

**IT IS SO ORDERED.**

Dated:  December 13, 2022

_____

VINCE CHHABRIA
United States District Judge