**SCHLESINGER LAW OFFICES, P.A.**
Jeffrey L. Haberman
Sarah J. Schultz
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 467-8800
Facsimile: (954) 320-9509
jhaberman@schlesingerlaw.com
sarah@schlesingerlaw.com

*Attorneys for Plaintiff, Peter Engilis*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No: 2741 |
| | Case No.: 3:19-cv-07859-VC |
| Peter Engilis, Jr., *et al.*, | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF EXPERTS LUOPING ZHANG AND ALFRED NEUGUT, M.D.** |
| Plaintiff, | |
| vs. | **Hearing date: January 12, 2023** |
| Monsanto Company., | **Time: 10:00 a.m.** |
| Defendant. | |
| Individual Case No.: 3:19-cv-07859-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs hereby withdraw Luoping Zhang and Alfred Neugut, M.D. as expert witnesses in this case. Accordingly, Defendant's Motion to Exclude the Testimony of Luoping Zhang and Dr. Alfred Neugut is now moot. (Doc. 24).

DATED: December 14, 2022             Respectfully submitted,

/s/ *Jeffrey L. Haberman*
JEFFREY L. HABERMAN (*pro hac vice*)
**SCHLESINGER LAW OFFICES, P.A.**

*Attorneys for Plaintiff, Peter Engilis*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2022, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: /s/ *Jeffrey L. Haberman*
Jeffrey L. Haberman