**SCHLESINGER LAW OFFICES, P.A.**
Jeffrey L. Haberman, Esq.
Sarah Schultz
JHaberman@schlesingerlaw.com
Sarah@schlesingerlaw.com
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954.320.9507
Facsimile: 954.320.9509

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: | **DECLARATION OF JEFFREY L. HABERMAN IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF ANDREW SCHNEIDER, M.D.** |
| Peter Engilis, Jr., *et al.*, | |
| Plaintiff, | |
| vs. | |
| Monsanto Company., | |
| Defendant. | |
| Individual Case No.: 3:19-cv-07859-VC | |

I, Jeffrey Haberman, declare as follows:

1. I am an attorney duly licensed to practice law in the state of Florida. I am an attorney at the law firm of Schlesinger Law Offices, P.A. I submit this declaration in support of Plaintiffs' Response In Opposition To Defendant's Motion To Exclude The Testimony of Andrew Schneider, M.D. I have personal knowledge of the matters stated below, and if called upon to do so, I could and would competently testify as stated therein.

2. Attached hereto as Exhibit A is a true and correct copy of Dr. Andrew Schneider's Curriculum Vitae.

3. Attached here to as Exhibit B is a true and correct copy of the Deposition Transcript of Dr. Andrew Schneider in case *Ferro et al. v. Monsanto Company*, St. Louis County, Missouri Circuit Court Case No. 20SL-CC03678, dated June 13, 2022.

4. Attached hereto Exhibit C is a true and correct copy of Dr. Schneider's Amended Reliance List in *Engilis et al. v. Monsanto Company*.

5. Attached hereto as Exhibit D is a true and correct copy of Dr. Schneider's Expert Report in *Engilis et al. v. Monsanto Company*.

6. Attached hereto as Exhibit E is a true and correct copy of the Deposition Transcript of Ran Reshef, M.D., MSC, *Ferro et al. v. Monsanto Company*, St. Louis County, Missouri Circuit Court Case No. 20SL-CC03678 dated August 18, 2022.

7. Attached hereto as Exhibit F is a true and correct copy of the Trial Testimony of Ran Reshef, M.D., MSC in *Ferro et al. Monsanto Company*, November 8, 2022.

8. Attached hereto as Exhibit G is a true and correct copy of the Deposition Transcript of Dr. Andrew Schneider in *Engilis et al. v. Monsanto Company*, dated August 9, 2022.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 14, 2022 in Fort Lauderdale, Florida.

_____
Jeffrey L. Haberman

DECLARATION OF JEFFREY L. HABERMAN IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF ANDREW SCHNEIDER, M.D.