# EXHIBIT A

Ferro v. Monsanto
Schneider Ex. 007

CURRICULUM VITAE

NAME:                  Andrew Schneider, MD

DATE OF BIRTH:         February 7, 1958

PLACE OF BIRTH:        Brooklyn, NY

PRACTICE NAME:         Andrew M. Schneider MD PA
                       South Florida Oncology & Hematology Consultants

PRACTICE ADDRESS:      7301 N. University Drive, Suite 105. Tamarac FL 33321

TELEPHONE NUMBER: 954 748-2500

FAX:                   954-749-6311

HOME ADDRESS:          8231 Lost Creek Lane. Delray Beach FL 33446

CELL PHONE:            954-494-6677

COLLEGE:               Brandeis University, Waltham, MA.        BA Biochemistry 1980

MEDICAL SCHOOL:        SUNY Buffalo School Medicine. Buffalo, NY 1984

INTERNAL MEDICINE : Montefiore Medical Center, Albert Einstein College Medicine, Bronx, NY 1984-
                       1987

FELLOWSHIP:            Memorial Sloan Kettering Cancer Center, NY, NY 1987-1989

BOARD CERTIFICATIONS: INTERNAL MEDICINE 1987
                       Medical Oncology 1989
                       Hospice and Palliative Care 2012 (expires 2022-will recertify 11/2022)

HOSPITAL AFFILIATIONS: Florida Medical Center, Lauderhill, Fl
                       Woodmont Hospital, Tamarac FL (University Hospital)
                       Northwest Regional Medical Center, Margate, FL
                       Coral Springs Medical Center, Coral Springs, FL

OTHER ACTIVITIES:      Physician Liaison, Florida Medical Center, 1996-2015
                       Vitas Healthcare Inpatient Hospice Physician 1999-2020
                       Vital 2 You Homecare Physician 2013
                       Medical Reviewer New Century Heath 2013-present

MEMBERSHIPS:     American College Physicians, Member
                 ASCO

AWARDS:          Phi Beta Kappa 1980
                 Alpha Omega Alpha 1984
                 Top Doctors: South Florida US News 2012

PUBLICATIONS:    Lochlear, E Schneider, A Schwartz, B Hollicher,T: Covalent Electrophillic Catalysis
                 Of the Breakdown of Hyponitrite to Nitrous Oxide by Aldehydes, Ketones and
                 Carbon Dioxide . Journal of the American Chemical Society 109(10):3076-3087
                 May, 1987

                 Seiter, K Kemeny,N Martin, D Schneider, A. Uridine Allows dose Escalation of 5FU
                 When Given With N Phosphonacetyl-L-Aspartate, Methotrexate and Leukovorin.
                 Cancer 71(5) 1875-1881. 1993

                 Schneider, A Kemeny, N  et al: Intrahepatic Mitomycin -C as a Salvage Treatment
                 For Patients with Hepatic Metastasis from Colorectal Cancer. Cancer 64(11)
                 2203-2206, 1989.

                 Kemeny, N Schneider, A. Regional Treatment of Hepatic Metastasis and
                 Hepatocellular Carcinoma. Current Problems Cancer  13(4) 197-283, 1989

                 Kemeny, N Schneider, A. Phase I Trial of N-Phosphonacetyl-L-Aspartate
                 Methotrexate and 5FU With Leukovorin  Rescue in Patients with Advanced
                 Cancer. Cancer Research 49(16) 4636-4639, 1989

                 Bosl, G Schneider, A Pfister, D. "Systemic Therapy of salivary Gland Neoplasms"
                 In Management of Salivary Gland Lesions. Edited by Mark Gronick. Page 230-240
                 Williams and Wilkins 1992.