# EXHIBIT B

Andrew M. Schneider, M.D.

Page 1

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY

STATE OF MISSOURI


```
-------------------------------|
                               |
PAUL FERRO, et al.,            |
                               |
     Plaintiffs,               |
                               |
vs.                            | Case No. 20SL-CC03678
                               |
MONSANTO COMPANY,              |
                               |
     Defendant.                |
-------------------------------|
```

- - -

Monday, June 13, 2022

- - -


        This is the Videotaped Deposition of ANDREW

M. SCHNEIDER, M.D., Volume 1, commencing at

11:13 a.m. EDT, on the above date, at 3030 Holiday

Drive, Ft. Lauderdale, Florida, before Susan D.

Wasilewski, Registered Professional Reporter,

Certified Realtime Reporter, Certified Manager of

Reporting Services, Certified Realtime Captioner,

and Florida Professional Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Andrew M. Schneider, M.D.

## Page 2

```
 1              APPEARANCES
 2
 3    Counsel for Plaintiffs:
 4    SCHLESINGER LAW OFFICES, P A
      BY:  JEFFREY L  HABERMAN, ESQUIRE
 5         jhaberman@schlesingerlaw com
      1212 SE Third Avenue
 6    Fort Lauderdale, Florida 33316
      Phone:  (954) 467-8800
 7
 8
 9    THE SIMON LAW FIRM P C
      BY:  PAUL J  TAHAN, ESQUIRE (via Zoom)
10         ptahan@simonlawpc com
      800 Market Street, Suite 1700
11    St  Louis, Missouri 63101
      Phone:  (314) 241-2929
12
13
14    Counsel for Defendant:
15    GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
      BY:  EMMA C  ROSS, M D , J D
16         eross@goldmanismail com
      200 South Wacker Drive, 22nd Floor
17    Chicago, Illinois 60606
      Phone:  (312) 681-6000
18
19
20    Also Present:
21    DUKE STEPHENSON, Videographer
22
23
24
25
```

## Page 3

```
 1            - - -
 2          I N D E X
 3            - - -
 4    Testimony of:  ANDREW M  SCHNEIDER, M D       PAGE
 5    DIRECT EXAMINATION BY MS  ROSS            7
 6
 7
 8          E X H I B I T S
 9         (Attached to transcript)
10    ANDREW M  SCHNEIDER, M D  DEPOSITION EXHIBITS    PAGE
11    Exhibit 1   Handwritten Invoices          8
12    Exhibit 2   Reliance List of Andrew Schneider,    8
                  MD  Ferro et al , v  Monsanto Company
13
      Exhibit 3   Reliance List of Andrew Schneider,    8
14                MD  Ferro et al , v  Monsanto Company
                  Amended
15
      Exhibit 4   Plaintiffs' Designation and       23
16                Disclosure of Retained and
                  Nonretained Expert Witnesses
17
      Exhibit 5   SEAK, Inc                28
18                Contact Information
19    Exhibit 6   Article - A Review and Update with   43
                  Perspective of Evidence that the
20                Herbicide Glyphosate (Roundup)) is a
                  Cause of Non-Hodgkin Lymphoma
21                Weisenberger
22    Exhibit 7   Curriculum Vitae           72
                  Andrew Schneider, MD
23
      Exhibit 8   Article - Chronic lymphocytic      80
24                leukaemia/small lymphocytic
                  lymphomas
25
```

## Page 4

```
 1          E X H I B I T S
 2         (Attached to transcript)
 3    ANDREW M  SCHNEIDER, M D  DEPOSITION EXHIBITS    PAGE
 4    Exhibit 9   Article - Cancer Stat Facts:      113
                  Non-Hodgkin Lymphoma
 5
      Exhibit 10  Article - Carcinogenicity of      146
 6                tetrachlorvinphos, parathion,
                  malathion, diazinon, and glyphosate
 7                IARC
 8    Exhibit 11  Notes about Roundup          177
 9    Exhibit 12  E-mail - Subject:  CLL 2016      178
10    Exhibit 13  E-mail - Subject:  Reserve 209-2013  178
                  1 gallon jugs used backpack sprayer
11                Feb-Nov
12    Exhibit 14  Medical Record            181
                  Confidential-Ferro-WPleuJr-NHCI-
13                000083 through 85
14    Exhibit 15  Medical Record            183
                  Confidential-Ferro-WPleuJr-NHCI-
15                000081 and 82
16    Exhibit 16  Medical Record            185
                  Confidential-Ferro-WPleuJr-NHCI-
17                000016 through 18
18    Exhibit 17  Medical Record            210
                  Confidential-Ferro-WPleuJr-NHCI-
19                000063 through 65
20    Exhibit 18  Article - Occupation and exposure   247
                  lymphoma: A population based case
21                control study in glyphosate
                  Mester, et al
22
      Exhibit 19  Medical Record            279
23                Confidential-Ferro-SMoore-DOffice-
                  000002 through 4
24
25
```

## Page 5

```
 1          E X H I B I T S
 2         (Attached to transcript)
 3    ANDREW M  SCHNEIDER, M D  DEPOSITION EXHIBITS    PAGE
 4    Exhibit 20  Article - Autoimmunity and       291
                  lymphomagenesis
 5                Goldin, et al
 6    Exhibit 21  Article - Autoimmune Disease in    298
                  Individuals and Close Family Members
 7                and Susceptibility to Non-Hodgkin's
                  Lymphoma
 8                Mellemkjaer, et al
 9    Exhibit 22  Article - Etiologic Heterogeneity   301
                  Among Non-Hodgkin Lymphoma Subtypes:
10                The InterLymph Non-Hodgkin Lymphoma
                  Subtypes Project
11
      Exhibit 23  Article - Occupational exposure to  321
12                glyphosate and risk of lymphoma:
                  Results of an Italian multicenter
13                case-control study
                  Meloni
14
      Exhibit 24  Article - Pesticide use and risk of  330
15                non-Hodgkin lymphoid malignancies in
                  agricultural cohorts from France,
16                Norway and the USA: A pooled
                  analysis from the AGRICOH consortium
17                Leon, et al
18    Exhibit 25  Article - Glyphosate use and      342
                  associations with non-Hodgkin
19                lymphoma major histological
                  sub-types: Findings from the North
20                American Pooled Project
                  Pahwa
21
      Exhibit 26  Article - Exposure to Multiple     352
22                Pesticides and Risk of Non-Hodgkin
                  Lymphoma in Men from Six Canadian
23                Provinces
                  Hohenadel
24
      Exhibit 27  Summary Table - Pahwa 2019: Results  389
25                Reported for DLBCL & SLL
```

2 (Pages 2 to 5)

Andrew M. Schneider, M.D.

Page 6

1           ---
2           THE VIDEOGRAPHER:  Good morning.  We're now
3    on the record.  My name is Duke Stephenson, I'm
4    the videographer, and our court reporter today is
5    Susan Wasilewski.
6           Today's date is Monday, June 13, 2022, and
7    our time now is 11:13 a.m. Eastern Standard Time.
8           This deposition is being taken at the
9    Marriott Harbor Beach Resort in Fort Lauderdale,
10   Florida.
11          This begins Media Unit Number 1 of the video
12   recorded deposition of Dr. Andrew M. Schneider,
13   taken in the matter of Roundup, Paul Ferro,
14   et al., vs. Monsanto Company, et al.
15          Will counsel please introduce themselves,
16   after which will the court reporter swear in the
17   witness.
18          MS. ROSS:  Emma Ross for the defendant.
19          MR. HABERMAN:  Jeff Haberman from
20   Schlesinger Law Offices on behalf of plaintiffs.
21          MR. TAHAN:  Paul Tahan from the Simon Law
22   Firm on behalf of plaintiffs.
23          THE COURT REPORTER:  Would you raise your
24   right hand?
25          Do you solemnly swear or affirm the

Page 7

1    testimony you're about to give will be the truth,
2    the whole truth, and nothing but the truth?
3           THE WITNESS:  I do.
4           THE COURT REPORTER:  Thank you.
5           ANDREW M. SCHNEIDER, M.D., called as a
6    witness by the Defendant, having been first duly
7    sworn, testified as follows:
8                 DIRECT EXAMINATION
9    BY MS. ROSS:
10   Q.  Good morning, Dr. Schneider.
11   A.  Good morning.
12          MS. ROSS:  Before we begin, at the outset of
13   this deposition, about 10 minutes ago, I was
14   handed a new reliance list for Dr. Schneider
15   that, for the first time, lists a number of
16   internal Monsanto documents, additional
17   literature, and a category entitled Other
18   Documents.
19          We will continue this deposition and leave
20   it open for the purposes of exploring those
21   documents at a later date.
22          THE WITNESS:  Okay.
23   Q.  How are you this morning?
24   A.  I'm good.  Thank you.
25   Q.  Dr. Schneider, I'm handing you Exhibits 1,

Page 8

1    2, and 3 to your deposition.
2           (Schneider Exhibit 1 was marked for
3    identification.)
4           (Schneider Exhibit 2 was marked for
5    identification.)
6           (Schneider Exhibit 3 was marked for
7    identification.)
8    BY MS. ROSS:
9    Q.  Exhibit 1 to your deposition is several
10   pages of invoices that we received this morning.
11          Do you see that?
12   A.  I do.
13   Q.  Exhibit 2 is the original materials list
14   that we were provided in this case.
15          Can you confirm that that's correct?
16   A.  It is.
17   Q.  Exhibit 3 is an amended materials list that
18   we were provided about 10 minutes ago.
19          Does that look right to you?
20   A.  It does.
21   Q.  You can hold onto those for the moment -- or
22   hand them back to me, and we can go through them in
23   a minute.  Thanks.
24          Would you give us your full name, please?
25   A.  Sure.  Andrew Schneider.

Page 9

1    Q.  Dr. Schneider, my name is Emma Ross, and I
2    represent Monsanto in this case.  Okay?
3    A.  Okay.
4    Q.  At some point today I'm sure that I will ask
5    a question that is unclear, uses a term
6    inappropriately, or mispronounces something.  So if
7    you'd ask me to stop and repeat or rephrase my
8    question, I would be happy to do that.  Okay?
9    A.  Okay.
10   Q.  If you answer my question, I'll assume that
11   you understood it.  Is that fair?
12   A.  Sure.
13   Q.  Is there any reason you cannot give complete
14   and accurate testimony today?
15   A.  No.
16   Q.  Do you understand that this is my
17   opportunity to ask you questions about you, your
18   opinions, and the bases for those opinions?
19   A.  I do.
20   Q.  You've served as an expert in litigation
21   before, correct?
22   A.  Correct.
23   Q.  You've been doing expert work for over 10
24   years; is that right?
25   A.  It is.

Andrew M. Schneider, M.D.

1      Q.   What is your best estimation of the number
2    of times you have served as an expert in litigation?
3      A.   So to be clear, an expert means just
4    reviewing a case with paper, an e-mail?  I -- you've
5    got to define what you mean by "review" so I can
6    answer that question better.
7      Q.   Sure.  In 2019 your best guess was that you
8    reviewed 20 to 25 cases per year in which you issued
9    an invoice.
10         Does that --
11     A.   So you --
12     Q.   -- ring a bell?
13     A.   So you threw in "issue an invoice," because
14   I also review cases that I don't issue an invoice if
15   I don't take the case.  I may get an e-mail from a
16   law firm saying "What do you think" or a phone call,
17   "What do you think."
18         So in terms of an invoice, I would say that
19   number is correct.  It could be even higher than
20   that.
21     Q.   Let me break that down a little because it
22   was a long answer.  Okay?  Fair?
23     A.   Sure.
24     Q.   You review some cases in which you never
25   issue an invoice, right?

1      A.   Well, how do you define "review"?  Sometimes
2    I get an e-mail from a law firm saying, you know, "I
3    have this case, what do you think," and I'll say "I
4    don't think so," and that will be it.
5      Q.   You review some number of cases every year
6    where you do issue an invoice, true?
7      A.   True.
8      Q.   In 2019 your estimate was that was about 20
9    to 25 cases per year, right?
10     A.   So I don't have an independent recollection
11   of what I -- of 2019, but if I said it, I assume
12   it's true.
13     Q.   And today what is your best estimate of the
14   number of cases that you review per year in which
15   you issue an invoice?
16     A.   As a guess for the record, I -- you know,
17   because I could be way off because I don't have that
18   memorized or keep those numbers anywhere, so I'm
19   guessing for the record.
20         With that being said, I'd say maybe 25 to
21   30, yes.
22     Q.   You review about 25 to 30 cases a year in
23   which you issue an invoice, but you don't keep
24   specific records of how many cases; is that fair?
25     A.   There's no reason to.  Once I do a case, I'm

1    done with it, and I don't have records about it,
2    so...
3      Q.   Has that number gone up, gone down, or
4    remained relatively stable for the last 10 years?
5      A.   Well, again, you have a pandemic in there,
6    so, you know, it probably went down during the
7    pandemic, but I think overall, it's stable to
8    increased.
9      Q.   How many of those 25 to 30 cases you review
10   a year in which you issue an invoice are for
11   plaintiffs?
12     A.   Probably around 90 percent.
13     Q.   That would mean that you review somewhere
14   around two to three cases per year in which you
15   issue an invoice for defendants; is that right?
16     A.   It's a guess, yes.
17     Q.   What is your best estimate of how many times
18   you have testified ever, either in deposition or at
19   trial?
20     A.   Well, it's a big difference.  Can we do them
21   separately?
22     Q.   Absolutely.  So let me ask the question
23   again so the record's clear.  Okay?  New question.
24         What is your best estimate of how many times
25   you have testified ever in court?

1      A.   I'm going to guess at 30.  I think that -- I
2    think that's close.
3      Q.   What is your best estimate of the number of
4    times you have testified ever in a deposition?
5      A.   That's hard.  And I -- I've been asked that
6    question many times, and I've guessed many times.
7    So I don't know if I'm always consistent because I'm
8    always guessing.
9          Over 20 years, I'm sure I can do, let's say,
10   an average of seven, maybe eight.  So I'd say, if I
11   had to guess, maybe 200, but could be off.
12     Q.   Let's take the last year.  How many times
13   have you been deposed in the last year?
14     A.   Again, I'm doing this from memory and -- so
15   I could be way off because I don't have it
16   memorized.
17         In the last year, I'd say five.  That could
18   be off.  I don't -- I'm guessing.
19     Q.   And was that more or less than average?
20     A.   Probably average.
21     Q.   About what percentage of your income comes
22   from serving as an expert witness?
23     A.   About eight percent, e-i-g-h-t.
24     Q.   In 2019 you estimated your average annual
25   income from medicolegal work was maybe $150,000 per

Andrew M. Schneider, M.D.

Page 14

1  year.  Is that still accurate?
2      A.  That would be my guess, yes.
3      Q.  Has that number gone up, gone down, or
4  remained the same --
5      A.  Again, during the pandemic --
6      Q.  -- in the last year?
7      A.  -- it probably went down, but other than the
8  pandemic, probably the same or stable.
9      Q.  It is true that you have been an expert
10  witness in litigation over 200 times, correct?
11     A.  So, again, you mean by touching paper or --
12  define what you mean so I know what you're saying.
13     Q.  When you were asked what -- your best
14  estimate of the number of times you've testified
15  ever in a deposition, you stated maybe 200, but you
16  could be way off.  Do you recall that?
17     A.  Just now, yes.
18     Q.  Just now, yes.  It is true that you have
19  been an expert in litigation, either testifying in a
20  deposition or touching paper, over 200 times,
21  correct?
22     A.  In my 20 years?
23     Q.  Yes.
24     A.  Yes.
25     Q.  It is true that nearly every single time you

Page 15

1  testify, it is as an expert for the plaintiffs,
2  right?
3          MR. HABERMAN:  Objection.
4      A.  Well, I can actually answer that question
5  for you, because I do know.  So out of the 30 times,
6  I think two or three were as either a treating
7  physician, and then either one or two were for the
8  defense.  There's a firm called Reminger in Akron,
9  Ohio.  I did a rectal cancer case for them.  That
10  was a trial case.  That's how I'd answer that
11  question.
12     Q.  When was the last time you testified in a
13  deposition as an expert for the defense?
14     A.  For the defense?
15     Q.  Yes.
16     A.  I can't recall off the top of my head.
17     Q.  The cases where you serve as an expert in
18  litigation are predominantly medical malpractice
19  cases, correct?
20     A.  True.
21     Q.  How many of the 200 cases where you've
22  served as a disclosed expert involved a pesticide?
23     A.  I don't think any.
24     Q.  You have testified as to whether there was a
25  delay in the diagnosis of lymphoma.  Do you recall

Page 16

1  that?
2      A.  I'm sure I have.
3      Q.  Before this case, have you ever testified as
4  to the cause of someone's non-Hodgkin's lymphoma?
5      A.  No.
6      Q.  When were you retained in this case?
7      A.  Again, I'm guessing, but probably eight
8  weeks ago, and I could be off by a few weeks here
9  and there.
10     Q.  Today is --
11     A.  I think -- I think the invoice will tell us
12  because that's when I --
13     Q.  That would be helpful --
14     A.  That would be --
15     Q.  -- to look at your invoices?
16     A.  Yeah, yeah, look at the --
17     Q.  Sure.
18     A.  The first one will give me an idea.
19     Q.  And, again, Exhibit 1 are the invoices that
20  you've issued in this case, right?
21     A.  Correct.  So it looks like I issued an
22  invoice on April 12th, so probably shortly before
23  April 12th was the first time I was contacted.
24     Q.  You were contacted for the first time about
25  this case shortly before April 12th of 2022,

Page 17

1  correct?
2      A.  Correct.
3      Q.  Who contacted you?
4      A.  I don't remember if it was Jeff or one of
5  his assistants, in all honesty.
6      Q.  It was someone at the Schlesinger law firm
7  who contacted you, correct?
8      A.  Yes.
9      Q.  Had you ever worked with the Schlesinger law
10  firm before?
11     A.  As a -- I testified for them in court as a
12  treating physician, and I also testified in
13  deposition as a treating physician, and that's a
14  tobacco case.
15     Q.  Did you issue any expert opinion in that
16  case as to what caused the plaintiff's lung cancer
17  or other cancer?
18     A.  So my understanding was, I was hired in that
19  case as a treating physician.  I may have given an
20  opinion, but I don't know if it fits the expert
21  opinion because I was not an expert witness.  I was
22  a treating physician.
23     Q.  What was the name of that case?
24     A.  I don't remember.
25     Q.  How many years ago was that?

Andrew M. Schneider, M.D.

1    A.  I'm guessing again, I'll say, several years
2  ago.  There -- I remember -- I think I did -- I'm
3  guessing.  I think I did two depositions and one
4  trial, I'm guessing.
5    Q.  Are there any other occasions on which
6  you've worked with the Schlesinger firm before?
7    A.  Only as a treating physician where it was my
8  patient who they had gotten as a client, and they
9  wanted me to either give a deposition or a trial
10  testimony that -- me, the treating physician.
11    Q.  And how many other times have you worked
12  with the Schlesinger firm as a treating physician?
13    A.  I think I told you.  I think I said -- my
14  guess is around three.  That could be off.
15    Q.  Okay.  Do you have a retention letter in
16  this case?
17    A.  No.
18    Q.  Have you heard of the Simon Law Firm?
19    A.  If you jog my memory a little bit, I can --
20  maybe.  I don't know who they are off the top of my
21  head.
22    Q.  The Simon Law Firm is another law firm
23  representing the plaintiffs in this case.  They are
24  based out of Seattle -- or, I'm sorry, they are not
25  based out of Seattle.  New question.

1     The Simon Law Firm is another law firm
2  representing the plaintiffs in this case.  They're
3  based out of St. Louis.
4     Have you heard of them before?
5    A.  I don't think so.
6    Q.  I take it that, to the best of your
7  recollection, you've never worked with the Simon Law
8  Firm before; is that right?
9    A.  To the best of my recollection, yes.
10    Q.  You agreed to be an expert when the lawyers
11  contacted you around April of 2022, correct?
12    A.  After I reviewed the cases and the
13  literature.
14    Q.  And we have several invoices that we'll walk
15  through, and this might be a good time to do it.
16  I'm handing you back Exhibit 1.  Okay?
17    A.  Sure.
18    Q.  The first page of Exhibit 1 is an invoice.
19  And what is the date on that invoice?
20    A.  April 12, 2022.
21    Q.  In that invoice, you list several plaintiffs
22  for whom you reviewed depositions and medical
23  records.  Is that correct?
24    A.  Correct.
25    Q.  You reviewed medical records and a

1  deposition for a Mr. William Pleu.  Do you see that?
2    A.  I do.
3    Q.  How many hours did you spend reviewing
4  medical records for Mr. Pleu?
5    A.  It looks about an hour.
6    Q.  And how much time did you spend reviewing
7  Mr. Pleu's deposition?
8    A.  Two hours.
9    Q.  You also reviewed medical records in a
10  deposition for Stacey Moore, correct?
11    A.  Correct.
12    Q.  And how much time did you spend reviewing
13  Mr. Moore's medical records?
14    A.  It looks like half an hour for records and
15  two hours for deposition.
16    Q.  The total amount you billed for this invoice
17  was what?
18    A.  13 hours.
19    Q.  And the total dollar amount was $3,900; is
20  that correct?
21    A.  Correct.
22    Q.  I'm doing this math, so I could be off.  But
23  it appears to me that your hourly rate for medical
24  record review is $300 an hour; is that right?
25    A.  It's correct.

1    Q.  Can you turn to the next page in that
2  exhibit?  Are you there?
3    A.  I'm -- yes.
4    Q.  Okay.  What's the date on Page 2 of your
5  exhibit?
6    A.  May 31st.
7    Q.  And on May 31st you issued an exhibit for
8  additional record review of three hours, correct?
9    A.  Yes.
10    Q.  You also spent 20 hours reviewing
11  literature, right?
12    A.  Yes.
13    Q.  The total amount for that invoice is $6,900;
14  is that right?
15    A.  True.
16    Q.  That was also billed at your rate of $300
17  per hour, correct?
18    A.  Correct.
19    Q.  On May 31st you also issued one additional
20  invoice.  Can you walk us through that?
21    A.  That's for the time for today.  It's a full
22  day of deposition.
23    Q.  And the full day of deposition is billed for
24  a total of $6,000, correct?
25    A.  Correct.

Andrew M. Schneider, M.D.

Page 22

1      Q.   What was your assignment in this case?
2      A.   I was asked to review the records and offer
3  an opinion whether Roundup was an etiological factor
4  in causing either diffuse large B-cell lymphoma or
5  CLL.
6      Q.   The opinions you were asked to offer in this
7  case that we're here to talk about today are
8  specific to two plaintiffs, correct?
9      A.   Correct.
10      Q.   Those plaintiffs are William Pleu and Stacey
11  Moore, right?
12      A.   Correct.
13      Q.   Were you asked to express any opinions that
14  you were unable to provide?
15      A.   I wasn't told what opinions to express as an
16  expert.  No.  I can only express my opinions.
17      Q.   Were you asked to comment on anything that
18  you felt was outside of your expertise or you were
19  not able to comment on?
20      A.   Again, I don't think I was asked to comment
21  on anything.  I think I was asked to review the
22  records and give an opinion about whether Roundup
23  caused the CLL or the diffuse large B-cell lymphoma,
24  and, again, to answer any questions that you were
25  going to ask me today.

Page 23

1          (Schneider Exhibit 4 was marked for
2  identification.)
3  BY MS. ROSS:
4      Q.   Exhibit 4 to your deposition is the
5  Plaintiffs' Disclosure of Retained and Nonretained
6  Expert Witnesses in this case.
7          Do you see that?
8      A.   I do.
9      Q.   Have you seen this document before?
10      A.   No.
11      Q.   If you'll go to the very last -- or Page 5
12  with me, do you see that the date on plaintiff's
13  disclosure is April 18th of 2022?
14      A.   The last page, please?
15      Q.   Page 5.
16      A.   I see that, yes.
17      Q.   Your opinions are described on the previous
18  page, Page 4.  Would you go with me there, please?
19  Are you there?
20      A.   Yes.  I'm reading it.  Okay.
21      Q.   You were disclosed in this case to testify
22  on issues of specific causation, right?
23      A.   Yes.
24      Q.   Specific causation is what you told me about
25  just a moment ago, correct?  Did Roundup cause

Page 24

1  Mr. Pleu's condition, or did Roundup cause
2  Mr. Moore's DLBCL, true?
3      A.   True.
4      Q.   You intend to talk about that at trial,
5  right?
6      A.   I can't talk.  I have to answer questions.
7  So any question I'm asked, I'll answer.  I can't
8  just talk.
9      Q.   You were also disclosed to testify about the
10  causes of non-Hodgkin's lymphoma, right?
11      A.   True.
12      Q.   What other causes of non-Hodgkin's lymphoma
13  are you offering opinions on in this case?
14      A.   Sure.  Immunosuppression, EBV, HIV, other
15  diseases that cause immunosuppression like SLE or
16  rheumatoid arthritis.  Certain drugs cause
17  immunosuppression and may increase the risk of
18  lymphoma.
19      Q.   Are there any other causes of non-Hodgkin's
20  lymphoma that you are offering opinions on in this
21  case?
22      A.   Those are the ones that come to mind.
23      Q.   You are also offering an opinion on whether
24  exposure to glyphosate and/or glyphosate-based
25  formulated products can cause cancer, right?

Page 25

1      A.   Specifically lymphoma, correct.
2      Q.   Thank you for that clarification.  So you
3  are opining on whether exposure to glyphosate and/or
4  glyphosate-based formulations can cause lymphoma,
5  true?
6      A.   NHL, correct.  I'm not giving any opinions
7  on other diseases.  I wasn't asked to.
8      Q.   You are not offering any expert opinion in
9  this case on whether exposure to glyphosate or
10  glyphosate-based formulations causes any cancer
11  other than non-Hodgkin's lymphoma, correct?
12      A.   I was not prepared to give that opinion
13  today, correct.
14      Q.   And you're not going to come to trial and
15  offer that opinion, correct?
16      A.   Correct.
17      Q.   You were disclosed on the cellular changes
18  with the development of non-Hodgkin's lymphoma,
19  correct?
20      A.   Yes.
21      Q.   What cellular changes do you intend to tell
22  the jury about?
23      A.   Well, there's evidence that glyphosate can
24  cause genotoxic changes and oxidative stress,
25  meaning chromosomal changes and the development of

Andrew M. Schneider, M.D.

Page 26

1    oxygen free radicals causing damage or lymphoma.
2        Q.   Exhibit 3 to your expert deposition was your
3    original materials list, right?
4        A.   Yes.
5        Q.   I'm sorry, no.  I'm wrong.
6        A.   Okay.
7        Q.   Exhibit 2 -- new question.
8            Exhibit 2 to your expert deposition is your
9    original materials list, correct?
10       A.   If you say so, I'm sure it's true.
11       Q.   You'll see that it's somewhat shorter than
12   the materials list in Exhibit 3.
13       A.   Okay.
14       Q.   Do you see that?
15       A.   I do.  I do.
16       Q.   Can you identify for me the articles on
17   Exhibit 2 to your deposition, your original
18   materials list, that discuss the genotoxicity of
19   glyphosate?
20       A.   Sure.  I wouldn't be able to do that from
21   memory because I reviewed, as you can see, many,
22   many articles, and I have a general opinion based
23   upon what I read.  If you want me to look through
24   some of the things I have here, I probably could
25   find something if you want me to take that time.

Page 27

1        Q.   I'd like to start just by understanding when
2    you reviewed what.  Okay?
3        A.   What's your specific question?
4        Q.   There are 30 articles listed on your
5    original materials list.  I counted them up, but
6    you're welcome to do the same.  All right?
7        A.   Okay.
8        Q.   Of the 30 articles that you originally
9    reviewed on Roundup and for this case, how many of
10   those articles discussed genotoxicity?
11       A.   I wouldn't be able to tell you from memory
12   without looking at each individual article.
13       Q.   When did you first review any literature
14   related to the genotoxicity of Roundup?
15       A.   Probably after I was told that there would
16   be a deposition coming.
17       Q.   And when was that?
18       A.   I don't remember.
19       Q.   That would have been sometime presumably in
20   May of 2022, correct?
21       A.   I can't tell you whether it was April or
22   May.
23       Q.   Are there any other cellular changes you
24   intend to tell the jury about?
25       A.   Those are the two that I have to talk about.

Page 28

1        Q.   Are there any other opinions that we have
2    not discussed that you intend to offer at trial?
3        A.   I mean, I'm not sure.  We just started, but
4    I'm sure there's a lot of opinions I'll be giving
5    you.  So I'm not sure what I've said so far, so I
6    don't want to answer that question.  I can't answer
7    that question with that understanding.
8        Q.   If you'll take a look at Page 4 of your
9    disclosure again.
10           THE VIDEOGRAPHER:  I'm sorry to interrupt.
11           (Discussion off the record.)
12   BY MS. ROSS:
13       Q.   Are you ready for my question,
14   Dr. Schneider?
15       A.   I am.  I am.
16       Q.   Are there any other opinions that were not
17   disclosed to us in Exhibit 4 that, sitting here
18   today, you intend to offer at trial in this case?
19       A.   No.  But these -- this is very general.  I'm
20   going to be, I'm sure, going into great specifics
21   about each part.
22       Q.   You can hold onto that.
23       A.   Okay.
24        (Schneider Exhibit 5 was marked for
25   identification.)

Page 29

1    BY MS. ROSS:
2        Q.   Exhibit 5 to your deposition is from the
3    SEAK expert website, and it states Andrew Schneider,
4    MD, expert witness, SEAK, Incorporated.
5            Do you see that?
6        A.   I do.
7        Q.   What is SEAK?
8        A.   SEAK is a directory of medical experts.
9    It's published online and in book form that lawyers
10   can obtain and call me if they choose to.
11       Q.   Why do you list a profile with SEAK?
12       A.   To advertise my expertise.
13       Q.   SEAK trains experts through seminars.  Have
14   you taken any of their seminars?
15       A.   Just one when I first started in the year
16   2000, probably.
17       Q.   SEAK also has written training materials for
18   experts.  Have you reviewed any of those?
19       A.   No.
20       Q.   Tell me about the seminar you took with SEAK
21   back in 2000 or so.
22       A.   Again, I was, at that time, entertaining
23   becoming an expert witness.  I don't think I had
24   done any work yet.  And I went to Cape Cod and went
25   to a seminar where they, I guess, discussed expert

8 (Pages 26 to 29)

Andrew M. Schneider, M.D.

Page 30

1    witness work.  22 years ago, I don't have a very
2    good memory of what they discussed.  But I went to
3    Cape Cod, and I learned about being -- being an
4    expert witness, and I had a nice time.
5        Q.   What did you learn about being an expert
6    witness?
7        A.   Honestly, I can't tell you what I learned 22
8    years ago.
9        Q.   Do you have any materials related to that
10   seminar you took around the year 2000?
11       A.   No.
12       Q.   You pay SEAK to have your name listed,
13   correct?
14       A.   Yes.
15       Q.   The standard listing is $595 annually?
16       A.   I though it was $550, but if you tell me
17   it's 595, I'm sure it is.
18       Q.   Do you pay for any of SEAK's premium
19   listings?
20       A.   No.
21       Q.   You pay just for the basic, standard listing
22   with SEAK, correct?
23       A.   Sure, correct.
24       Q.   Are you relying on any other expert in this
25   case if any of the opinions you're offering?

Page 31

1        A.   No.
2        Q.   Have you ever communicated in any way with
3    Dr. Benbrook?
4        A.   I don't know who he is.
5        Q.   How about Dr. Ambrose Charles?
6        A.   I'll make it easy.  I have communicated with
7    nobody about this case and don't know any of these
8    people.
9        Q.   Let me walk through since they're in --
10       A.   Sure.
11       Q.   -- plaintiffs' disclosure.  All right?
12       A.   Sure.  Sure.
13       Q.   And, sure, we can cut this short.
14       A.   Sure.
15       Q.   So you don't know who Dr. Ambrose Charles
16   is, correct?
17       A.   Correct.
18       Q.   You are not relying on Dr. Charles for any
19   of the opinions that you are offering in this case,
20   true?
21       A.   True.
22       Q.   You have never communicated, I take it, with
23   Dr. Sawyer, right?
24       A.   I don't know any of these people.
25       Q.   Dr. Gagnier?

Page 32

1        A.   Correct.
2        Q.   Have you ever heard of Dr. Neugut?
3        A.   No.
4        Q.   Have you ever heard of Dr. Zeiss?
5        A.   No.
6        Q.   Have you ever heard of Dr. Zhang?
7        A.   What -- unless he's the author of the
8    article, which -- I read his article if that's him.
9        Q.   She.
10       A.   She.  Okay.
11       Q.   But, yes.
12       A.   Shows I don't know who they are.
13       Q.   So -- and we can, without going into any
14   further detail, just confirm that you are not
15   relying on any of those experts for any of your
16   opinions in this --
17       A.   Well --
18       Q.   -- case, right?
19       A.   -- I'm relying on the Zhang article to give
20   some opinions, so if that's Dr. Zhang, then, yes.
21       Q.   Sure.  And so let me ask a clearer question.
22   Okay?
23       A.   Sure.
24       Q.   You are not relying on any communications,
25   expert reports, or depositions of any other expert

Page 33

1    for the plaintiffs in this case for the opinions you
2    are offering, correct?
3        A.   Correct.
4        Q.   Have you spoken with anyone other than
5    counsel about William Pleu or Stacey Moore?
6        A.   No.
7        Q.   You have not spoken with any of their family
8    members, correct?
9        A.   I've spoken to no one.
10       Q.   Okay.  Have you discussed this litigation
11   with anyone else?
12       A.   I've spoken to no one, so the answer could
13   be no.
14       Q.   You've not discussed this litigation with
15   any of your colleagues, for example?
16       A.   Correct.
17       Q.   Earlier we discussed that you charge $300
18   per hour for record review, right?
19       A.   True.
20       Q.   You charge the same $300 per hour for
21   literature review, correct?
22       A.   True.
23       Q.   Do you charge $300 per hour to talk to the
24   lawyers for the plaintiffs?
25       A.   So I'm pretty -- not very picky or finessey,

9 (Pages 30 to 33)

Andrew M. Schneider, M.D.

Page 34

1  so I don't -- usually I talk for a short time, so I
2  don't usually charge them.
3       Q.   You don't usually charge when you talk with
4  the lawyers for the plaintiffs?
5       A.   I usually don't charge for discussions with
6  the attorneys, correct.
7       Q.   Are those typically phone conversations or
8  videoconference conversations?
9       A.   Phone conversations.
10      Q.   As we discussed, you first reviewed anything
11 related to the Roundup litigation around April of
12 2022, right?
13      A.   Correct.
14      Q.   You've spent, according to your invoice, 20
15 hours to date reviewing literature, right?
16      A.   Yes.
17          MR. HABERMAN:  As a -- of that date, 20
18      hours as of that date.
19          THE WITNESS:  Correct.
20      Q.   How many hours have you spent since May
21 31st, 2022 reviewing medical literature?
22      A.   All right.  So I'll be honest with you and
23 tell you that I don't sit with a stopwatch and look
24 at every hour.  I can tell you I did at least 20
25 hours, but I review every day continually.  And then

Page 35

1  there was a change in the date of the deposition, so
2  I had to keep reviewing and memorizing, and so I
3  can't tell you.
4       Q.   So do you intend to bill for the additional
5  literature review that you've done between May 31st
6  and June 13th?
7       A.   I was not going to bill anything for it.
8       Q.   You're not going to bill anything for any
9  additional literature review you've done in the last
10 two weeks?
11      A.   I was not -- I was not going to bill
12 anything further, correct.
13      Q.   Do you -- what is your best estimate of the
14 additional time that you've spent reviewing
15 literature beyond the 20 hours in Exhibit 1?
16      A.   So like I said, I really can't tell you
17 since I don't sit with a stopwatch.  You know, I
18 thought 20 hours was the appropriate time to go
19 through this copious literature.
20          There were delays, as you know, in this
21 deposition, and there were other literature.  I
22 think it's a learning curve, so I get faster and
23 faster as I know more information.
24          So I wasn't planning on billing another few
25 hours.  I'm not going to -- I don't like to nickel

Page 36

1  and dime people, so I'm happy that -- I think I got
2  paid fairly.  I'm not going to worry whether I'm two
3  or three hours short.
4       Q.   20 hours plus or minus two or three hours is
5  a fair estimate of the total amount of time that
6  you've spent reviewing literature on Roundup, true?
7       A.   It's a guess.
8       Q.   When did you first review any medical record
9  for any plaintiff in this case?  And it's -- if it's
10 helpful, you can look at your invoices.
11      A.   Well, we discussed it.  I mean, the date of
12 the invoice is April 12th, so probably one or two
13 weeks or -- before that.  Sometime in April would be
14 my guess.
15      Q.   Now, we went through the numbers of your
16 original review of medical -- I'm -- medical records
17 in April of 2022, right?
18      A.   Correct.
19      Q.   And since then, you've spent an additional
20 three hours reviewing medical records, correct?
21      A.   I mean, I don't have it memorized, but I
22 think we discussed it already.
23      Q.   It's in your invoices.  You're happy -- I'm
24 happy for you to take a look at it if you like.
25      A.   I -- sure.  I think we did that already, but

Page 37

1  sure.  What was your question?
2       Q.   My question is:  How many hours to date have
3  you spent reviewing the medical records of
4  Mr. Moore?
5       A.   Well, again, the initial was just a cursory
6  review, because I had six cases and didn't know
7  which cases I would need to, you know, have
8  memorized for trial or deposition.  So initially it
9  says what it says.  You want me to say what it says?
10      Q.   Since you have the only copy in front of
11 you, I'm happy to just summarize what I think it
12 says, and you can tell me if I'm wrong.  Okay?
13      A.   Sure.
14      Q.   Initially you spent an hour reviewing
15 Mr. Pleu's medical records, right?
16      A.   Correct.
17      Q.   And half an hour reviewing Stacey Moore's
18 medical records, correct?
19      A.   Correct.
20      Q.   In your subsequent invoice, you spent
21 another three hours reviewing medical records, and
22 that is not broken down by each plaintiff, correct?
23      A.   Right.
24      Q.   Was that about an hour and a half for
25 Mr. Moore and hour and a half for Mr. Pleu?

Andrew M. Schneider, M.D.

Page 38

1    A.  I don't know.
2    Q.  But total for the two of them, presumably,
3  since they were now the trial plaintiffs, you spent
4  an additional three hours reviewing medical records,
5  right?
6    A.  Right.  I reviewed the medical records, and
7  I probably spent a lot more time on the depositions.
8    Q.  I think you said that you've spent little
9  time actually talking to the lawyers; is that right?
10   A.  I didn't say that.  You didn't ask --
11   Q.  Okay.
12   A.  -- that question.
13   Q.  So let me, then, just ask a new question.
14  Okay?
15   A.  Sure.
16   Q.  How much time have you spent to date talking
17  to the plaintiff lawyers?
18   A.  Again, I'd be totally guessing since I
19  already told you I'm not billing for that time, and
20  I don't have a stopwatch every time I have a
21  conversation.  So you want me to just give my best
22  guess?
23   Q.  Yes.
24   A.  Sure.  I've only talked to Mr. Haberman, and
25  we probably had, I'm guessing, two to four

Page 39

1  conversations.  And I'm a pretty fast New Yorker, so
2  I don't have a lot of patience to sit on the phone
3  for hours.  So I'm sure our total time on the phone
4  is around an hour over four times.  That's a guess.
5    Q.  Got it.  Best estimate, an hour, but that
6  was split over four different conversations or so,
7  is your best guess sitting here --
8    A.  That's --
9    Q.  -- correct?
10   A.  For the record, this is a guess.  So if I --
11  if I'm wrong, I'm wrong.  I don't know the answer to
12  that question.
13   Q.  And as you said, you're not billing for the
14  time that you spent talking to the lawyers, right?
15   A.  Correct.
16   Q.  The fee we received for your deposition in
17  advance of today was 1,500 an hour for a two-hour
18  minimum and then 625 for each additional hour.  Is
19  that still your rate?
20   A.  So it is, but when you take a whole day of
21  my time, then I charge a $6,000 flat fee.
22   Q.  And today we started the deposition at 11:00
23  a m.  You had patients in the morning, correct?
24   A.  I'm prepared to spend eight hours with you
25  today if need be.

Page 40

1    Q.  What do you charge for trial?
2    A.  The same, $6,000 plus prep time, so it
3  usually runs around $9,000.
4    Q.  That's $6,000 per day for trial, correct?
5    A.  I've never had a -- well, once I had a trial
6  that they kept me overnight.  But in my 30 trials,
7  only once did they keep my overnight.
8    Q.  And it -- if you had to testify for more
9  than one day, it would be $6,000 per day, correct?
10   A.  Correct.
11   Q.  Do you charge for travel time?
12   A.  No.
13   Q.  Do you charge for -- you said you charge for
14  prep time and -- new question.
15       You charge for prep time for trial, correct?
16   A.  Yes.
17   Q.  At what rate?
18   A.  $300 an hour.
19   Q.  If I add up your invoices, not counting
20  today's deposition -- well, actually, since you have
21  the copy in front of you, I'm going to ask you to do
22  it instead.  Is that --
23   A.  Sure.
24   Q.  -- all right?
25   A.  Sure.

Page 41

1    Q.  How much time have you spent total
2  consulting on the Roundup litigation?
3    A.  It looks like 23 and 13, so that would be 36
4  hours.
5    Q.  And you've invoiced thus far for all of the
6  time that you've spent consulting, correct?
7    A.  Yes.
8    Q.  Did you take any notes of the medical
9  records that you reviewed?
10   A.  I did.  I did, yes.  I have them on my
11  phone.
12   Q.  Okay.
13   A.  I can send them to you.
14   Q.  Please do.
15   A.  Sure.
16       MR. HABERMAN:  Why don't you send them to
17  me.
18       MS. ROSS:  Yeah.
19       THE WITNESS:  Sure.
20       MR. HABERMAN:  And I'll send them over.
21   Q.  Since you have Jeff's e-mail, that's the
22  best way to do that.
23   A.  Okay.  Give me one second.  Basically, I
24  took notes of the depositions.
25   Q.  Okay.  So you took notes from the

11  (Pages 38 to 41)

Andrew M. Schneider, M.D.

Page 42

1    depositions that you reviewed in this case, right?
2      A.  Yes.
3      Q.  And have you ever spoken with Mr. Pleu?
4      A.  No.
5      Q.  Have you ever met Mr. Pleu?
6      A.  No.  No.
7      Q.  You were not Mr. Pleu's doctor, correct?
8      A.  I don't know Mr. Pleu.
9        I sent -- I sent you notes on the two
10   plaintiffs in this case from my notes of my -- my
11   review of the deposition.  And then I do have on my
12   computer, which I can get whenever you want me to,
13   some notes that I took from the literature.
14      Q.  Yes, we'll want those as well.
15      A.  You want it now or want to do it at a break?
16      Q.  Let's do it at a break.
17      A.  Okay.
18      Q.  Do you have any other notes that you've
19   prepared in the Roundup litigation apart from the
20   notes on the individual plaintiffs that you just
21   sent to your counsel and the notes on the Roundup
22   literature that you will send to us?
23      A.  No.
24      Q.  When you were reviewing literature, did you
25   review it in hard copy or electronically?

Page 43

1      A.  Both.
2      Q.  And did you take notes on articles as you
3   reviewed them?
4      A.  So I did take some notes, which you'll see
5   when I send it to you, and then I've also
6   highlighted certain things, which you can see.
7      Q.  I can see that, yes.
8      So we will mark as Exhibit 6 the stack of
9   literature in hard copy --
10      A.  Want me to put that on?
11      Q.  -- that -- yes -- that you brought with you
12   today.
13      A.  And this is not all the literature I
14   reviewed, just whatever I was able to print.
15      (Schneider Exhibit 6 was marked for
16   identification.)
17   BY MS. ROSS:
18      Q.  Sure.  So why don't we make sure the record
19   is clear on that.
20      Dr. Schneider, what is Exhibit 6?
21      A.  It is the records that I printed out that I
22   have some notes or highlights on, on the issue of
23   Roundup causation.
24      Q.  Before we were talking about that, we were
25   talking about Mr. Pleu and Mr. Moore, correct?

Page 44

1      A.  Yes.
2      Q.  Have you ever met Mr. Moore?
3      A.  I haven't met anybody.
4      Q.  So the answer to my question is, no, you've
5   never met Mr. Moore, correct?
6      A.  Correct.
7      Q.  I take it you've not interviewed, performed
8   a physical examination, or spoken to Mr. Moore in
9   any capacity.  Am I correct?
10      A.  You're correct.
11      Q.  You are not Mr. Moore's treating doctor,
12   right?
13      A.  Correct.
14      Q.  You have two materials considered lists
15   sitting in front of you.  Let's go to the earlier
16   one first.  Okay?
17      A.  I didn't understand what -- the reliance
18   list we're talking about?
19      Q.  The reliance list.
20      A.  Yes.
21      Q.  Yes.
22      A.  You want -- Exhibit 2, then, that would be?
23      Q.  Yes.  Let's go to Exhibit 2.  Have you seen
24   Exhibit 2 before?
25      A.  No.

Page 45

1      Q.  You --
2      A.  I mean -- I mean, let me say that
3   differently.  I've seen the reliance list, but not
4   Exhibit 2.  Does that make sense?
5      Q.  It didn't, so tell me what you mean.
6      A.  I mean, I -- I helped prepare the reliance
7   list, and I -- before today I knew what was on the
8   reliance list, but I've never seen it in this form,
9   this piece of paper.  I've seen it only
10   electronically.
11      Q.  I see.  So the lawyers -- did you type up
12   the reliance list or did the lawyers?
13      A.  The lawyers.
14      Q.  Okay.  You did have an opportunity to review
15   what was on your reliance list prior to today; is
16   that right?
17      A.  That's correct.
18      Q.  Okay.  You reviewed the deposition of Stacey
19   Moore, right?
20      A.  Correct.
21      Q.  You reviewed Mr. Moore's Plaintiff Fact
22   Sheet, correct?
23      A.  Correct.
24      Q.  You reviewed Mr. Moore's medical records,
25   right?

12  (Pages 42 to 45)

Andrew M. Schneider, M.D.

Page 46

1     A.  Yes.
2     Q.  Do you recall what the most recent medical
3   record for Mr. Moore was that you reviewed?
4     A.  I don't.
5     Q.  You also reviewed the deposition of William
6   Pleu, correct?
7     A.  Correct.
8     Q.  You reviewed Mr. Pleu's Plaintiff Fact
9   Sheet, right?
10    A.  Yes.
11    Q.  You reviewed Mr. Pleu's medical records,
12  correct?
13    A.  Yes.
14    Q.  Do you recall what the most recent medical
15  record for Mr. Pleu was that you reviewed?
16    A.  I don't.
17    Q.  There is medical literature listed on
18  Exhibit 2, right?
19    A.  Yes.
20    Q.  There's additional medical literature listed
21  on your amended materials list, Exhibit 3, right?
22    A.  Correct.
23    Q.  Did you take anything off your reliance list
24  between Exhibits 2 and 3, or did you just add?
25    A.  I didn't prepare the reliance list, so I

Page 47

1   can't tell you.
2     Q.  Okay.  All the medical literature you
3   reviewed in forming your opinions is listed in
4   Exhibit 3, correct?
5     A.  Yes.
6     Q.  If something is not on your reliance list,
7   we can assume that you did not review it in forming
8   your opinions, true?
9         MR. HABERMAN:  Objection.
10    A.  Yeah.  I'm -- I don't know, unless it's
11  something in my fund of knowledge that you've asked
12  me a question, and I just happen to know something
13  from somewhere else, but, yes.
14    Q.  What other materials are you relying on for
15  your opinions in this case?
16    A.  Just what's on the reliance list.
17    Q.  One thing you reviewed in forming your
18  opinions was a chapter in Goldman-Cecil Medicine on
19  non-Hodgkin's lymphoma, correct?
20    A.  Yes.
21    Q.  Did you find that chapter supported the
22  opinions you are offering today?
23    A.  So honestly speaking, I did not get access
24  to that chapter, so I did not -- I did not review
25  it.

Page 48

1     Q.  You did not review the chapter with the
2   first author of Bierman, B-i-e-r-m-a-n, in
3   Goldman-Cecil Medicine --
4     A.  That's --
5     Q.  -- correct?
6     A.  That's correct.
7     Q.  Is there anything else on your reliance list
8   that you did not review?
9     A.  I'll have to go through it.
10    Q.  Let's do that at a break, then.
11    A.  Okay.
12    Q.  And we'll come back to that question.  Okay?
13    A.  Sure.
14    Q.  You reviewed the WHO criteria, which are
15  Swerdlow 2017, for the classification of tumors of
16  the hematopoietic and lymphoid tissues, right?
17    A.  Yes.
18    Q.  What is that?
19    A.  Basically, the WHO is an organization which
20  classifies the different types of lymphoma, and
21  there are as you know, many, many different types.
22    Q.  We've heard Swerdlow 2017 referred to as the
23  Bible of non-Hodgkin's lymphoma diagnosis.  Do you
24  agree with that classification?
25    A.  So I'm not a pathologist.  In my practice, I

Page 49

1   get a pathologic diagnosis.  So I couldn't comment
2   on who is the expert or the Bible from the WHO.
3         As a trained medical oncologist, I'm aware
4   of all the different types of lymphoma.  So when I
5   get a pathology report, I know what it means and
6   don't actually go to the WHO.
7     Q.  You rely on a pathologist for the actual
8   diagnosis of non-Hodgkin's lymphoma --
9     A.  Correct.
10    Q.  -- correct?
11    A.  Correct.
12    Q.  I want to go back to when you first reviewed
13  anything related for Roundup and cancer.  Okay?
14    A.  Sure.
15    Q.  Before you were retained in April of 2022,
16  had you reviewed the published literature on Roundup
17  and non-Hodgkin's lymphoma?
18    A.  No.
19    Q.  What did you initially review?
20    A.  I can't tell you the sequence of what I
21  reviewed first, unfortunately.
22    Q.  It is fair for us to take a look at your
23  materials list in this case to get a sense of what
24  you reviewed in forming your opinions, right?
25    A.  Yes.

13  (Pages 46 to 49)

Andrew M. Schneider, M.D.

Page 50

1    Q.  It's true that prior to April of 2022, you
2  had no opinion on whether or not Roundup caused
3  non-Hodgkin's lymphoma, right?
4    A.  Correct.
5    Q.  Your references on your materials list
6  initially included 30 references to medical
7  literature.  Did you -- withdrawn.  New question.
8        How did you identify the articles on your
9  reliance list?
10   A.  So some I found myself, and some plaintiffs'
11  counsel suggested or gave to me.
12   Q.  Is there any way that you can identify which
13  articles you found yourself and which plaintiffs'
14  counsel identified for you?
15   A.  No.
16   Q.  Did you, for the articles that you
17  identified yourself, perform a search of the
18  published medical literature?
19   A.  Yes.
20   Q.  How did you conduct that search?
21   A.  Through a Google search.
22   Q.  Google Scholar?
23   A.  No, just regular Google.
24   Q.  So you did a regular Google search for
25  Roundup and non-Hodgkin's lymphoma?

Page 51

1    A.  Correct.
2    Q.  Are you familiar with PubMed?
3    A.  I am.
4    Q.  Have you ever used PubMed?
5    A.  So I don't use PubMed specifically, but
6  often I'm led there by my Google search.
7    Q.  Did you, in searching for literature on
8  Roundup and non-Hodgkin's lymphoma, conduct a PubMed
9  search?
10   A.  No.
11   Q.  Did you, in searching for literature on
12  Roundup and non-Hodgkin's lymphoma, conduct a
13  specific Google Scholar search as opposed to a
14  general Google search?
15   A.  No.
16   Q.  Did you include all the relevant articles
17  that you found in your Google search on your
18  reliance list?
19   A.  Yes.
20   Q.  You included relevant articles in your
21  review whether or not they supported your opinions,
22  correct?
23   A.  Correct.
24   Q.  Did you attempt to be balanced in what you
25  reviewed and included in your references?

Page 52

1    A.  I reviewed everything I could find that I
2  thought was applicable, and good or bad, I think
3  it's on the reliance list.
4    Q.  Three of the articles on your reliance list
5  are about PCBs.  Do you see that?
6    A.  I'm sure, but, yes, go ahead.
7    Q.  Freeman 2012 is one of them, right?
8    A.  Yes.
9    Q.  The IARC monograph of 2016 is another about
10  PCBs, right?
11   A.  Yes.
12   Q.  Lauby-Secretan is another article about
13  PCBs.  Do you see that?
14   A.  I do.
15   Q.  Did PCBs cause or contribute to Mr. Pleu's
16  condition?
17   A.  No.
18   Q.  Did PCBs cause or contribute to Mr. Moore's
19  cancer?
20   A.  No.
21   Q.  Is there any plaintiff in this case alleging
22  they were exposed to PCBs in any way?
23   A.  No.
24   Q.  Are you offering an opinion on PCBs and
25  cancer?

Page 53

1    A.  No.
2    Q.  Another one of the papers on your MCL is
3  Linet 2014.  Do you see that?
4    A.  If you're going to -- is it alphabetized?
5  Let me see.
6    Q.  It is.
7    A.  Okay.  Linet, is that what -- I see it.
8  Yes, yes, yes.  I'm ready.
9    Q.  That is a paper about risk factors for
10  follicular lymphoma, true?
11   A.  True.
12   Q.  Mr. Moore has DLBCL, right?
13   A.  Correct.
14   Q.  Mr. Pleu does not have follicular lymphoma,
15  right?
16   A.  True.
17   Q.  No plaintiff we're here to talk about today
18  has follicular lymphoma, right?
19   A.  True.
20   Q.  You told us earlier that you intend to give
21  the opinion at trial, if asked, that you believe
22  glyphosate-based herbicides cause non-Hodgkin's
23  lymphoma?
24   A.  Yes.
25   Q.  And you formed that opinion sometime after

Andrew M. Schneider, M.D.

Page 54

1  April 2022, after reviewing the literature cited on
2  your materials list, right?
3       A.  True.
4       Q.  You did not, at the time of your initial
5  materials list, review in vitro or in vivo studies
6  about the genotoxicity of glyphosate or Roundup,
7  right?
8       MR. HABERMAN:  Objection.
9       A.  Like I said, I don't have an independent
10  recollection of when I did.  I believe, actually,
11  some of these articles talk about that.
12       Q.  And the stack of articles sitting in front
13  of you, perhaps we'll, at a break, ask you to take a
14  look at them and see if those articles are on this
15  initial materials list.  Okay?
16       A.  Sure.
17       Q.  Are you offering any opinions about the cell
18  studies of glyphosate?
19       A.  So since I don't really know what you mean
20  by cell studies, I'd have to ask you to define what
21  that means.  Then I'll be able to answer that
22  question better.
23       Q.  Sure.  Let me see if this helps.  Okay?
24       A.  Sure.
25       Q.  Earlier you mentioned that you were going to

Page 55

1  talk about glyphosate and genotoxicity.  Do you
2  recall that?
3       A.  I do.
4       Q.  At some point you reviewed some in vitro or
5  in vivo studies of glyphosate, correct?
6       A.  I can't tell you whether I did that or
7  whether I reviewed other people's review of it.
8       Q.  Okay.  What opinions do you intend to offer
9  about the genotoxicity of glyphosate or Roundup?
10       A.  Well, I think I said that I'm aware that it
11  can cause chromosomal changes, chromatin changes,
12  and that there's been in vitro studies showing that.
13       Q.  Are there any other opinions about
14  glyphosate's genotoxicity you intend to offer?
15       A.  Since I'm not a trained toxicologist or
16  pathologist, that's about the extent of my
17  understanding.
18       Q.  Did you review any of the mouse or rat
19  cancer studies about glyphosate --
20       A.  I did.
21       Q.  -- directly, or did you just review other
22  people's summaries of them?
23       A.  I actually reviewed the mouse studies
24  directly.
25       Q.  And how many mouse studies did you review

Page 56

1  directly?
2       A.  How many articles?
3       Q.  How many mouse -- you said you reviewed the
4  mouse studies directly.
5       A.  Yes.  But some of the articles had more than
6  one, I think, mouse studies.  So can I just say how
7  many articles I reviewed?
8       Q.  Sure.
9       A.  Sure.  I think somewhere between two and
10  four.
11       Q.  And which were those?
12       A.  I can tell you if you'd let me go to my
13  phone.
14       Q.  Sure.  And just for the record, can you tell
15  us what you're looking at on your phone?
16       A.  Sure.  I'm going to look at the animal
17  studies that were sent to me by plaintiffs'
18  attorney.
19       Q.  Okay.
20       A.  I didn't find them myself.  They were sent
21  to me by the attorney.
22       THE WITNESS:  Would it be fair if you just
23  tell her, or do you want me to look it up?
24       Q.  You're testifying today, Doctor --
25       A.  No --

Page 57

1       Q.  -- if you don't mind looking it up.
2       A.  No problem.  If you don't mind waiting, no
3  problem.
4       Q.  No, no problem.
5       A.  Okay.  There's an article called A
6  comprehensive analysis of the animal carcinogenicity
7  data from glyphosate from chronic exposure rodent
8  carcinogenicity studies.  The author is Portier,
9  P-o-r-t-i-e-r.  Do you want the name of the article,
10  or is that okay?
11       Q.  No.  I know the article.
12       A.  Okay.  So I --
13       Q.  Can you confirm that that article is not on
14  Exhibit 2, your initial reliance list in this case?
15       A.  I can confirm that.
16       Q.  Go ahead and list the next one, and just the
17  first author last name --
18       A.  Sure.
19       Q.  -- in here is fine.
20       A.  Sure, sure.  I think that was the only
21  article, I think, but I'll just look one more time.
22       I think that was the only article that
23  looked at lymphoma.  I have some EPA archive
24  documents showing the association of glycophate
25  [sic] -- I'm saying it wrong, I apologize -- with

Andrew M. Schneider, M.D.

1  renal adenomas, tumors.
2      Q.  What opinions are you offering about the
3  mouse or rat studies that you reviewed?
4      A.  Sure.  In the CD1 mice studies, there was a
5  statistical significant development of NHL in both
6  male and female CD1 mice exposed to gly -- I'll get
7  it right eventually -- glyphosate.
8      Q.  Anything else?
9      A.  I think in that same article there was a
10  nonstatistical association -- can I just tell -- go
11  back one second -- give me one second?
12      Q.  No.
13      A.  Okay.
14      Q.  I need you to just --
15      A.  Okay.  No problem.
16      Q.  -- testify as to what your opinions are and
17  not --
18      A.  No problem.  No problem.
19      Q.  -- do that.
20      A.  There was a nonsignificant risk of NHL in --
21  it was the albino rat, the -- I think it was the
22  Swedish albino rat.
23      Q.  If you'll set your phone aside for a moment,
24  Dr. Schneider, I'm just --
25      A.  That's what I was looking at.

1      Q.  Oh, you're -- so what you're looking at are
2  your notes --
3      A.  No.  I'm looking at --
4      Q.  -- is that correct?
5      A.  You asked me to tell you what I got from the
6  plaintiffs' attorney, and I was reading you the
7  articles.  That's why I'm looking at my phone.
8      Q.  I see.  No, sorry.  I was just trying to
9  understand -- is there something on your phone that
10  you need in order to answer my question about what
11  opinions you are offering based on the mouse
12  studies?
13      A.  No.  I think I already answered it.
14      Q.  Okay.  So just so the record's clear, you
15  said you're offering an opinion on the CD1 mouse
16  studies that there was statistically significant
17  trend for lymphoma in males and females, right?
18      A.  Yes.
19      Q.  You're also offering an opinion about
20  Swedish albino rats, and that opinion is what?
21      A.  That there was a trend, but it wasn't
22  statistically significant.
23      Q.  For?
24      A.  The development of NHL.
25      Q.  In your view, there was a trend that was not

1  statistically significant for the development of
2  lymphoma in rats?
3      A.  It wasn't my view.  It was what the authors
4  said.
5      Q.  And the author that you're speaking of is
6  Portier?
7      A.  Correct.
8      Q.  Are you relying on anything other than
9  Dr. Portier's analysis for the opinions you're
10  offering about the mouse and rat studies?
11      A.  Other than what may be -- others have
12  commented on in these articles here.
13      Q.  Are you an expert on the conduct of
14  long-term carcinogenicity studies in mice and rats?
15          MR. HABERMAN:  Objection.
16      A.  Absolutely not.
17      Q.  Do you have any independent opinions about
18  what the mouse and rat studies show, other than what
19  authors have commented on in the materials that
20  you've reviewed?
21      A.  I rely on the statistics and the authors'
22  opinions to give you my opinions based upon what
23  I've learned.
24      Q.  Okay.  And what you've learned is what you
25  just said to me, right?

1      A.  Correct.
2      Q.  There are no other opinions about mouse and
3  rats that you intend to offer at trial, right?
4      A.  Correct.
5          MR. HABERMAN:  Objection.
6      Q.  You reviewed internal Monsanto documents at
7  the request of counsel, right?
8      A.  Yes.
9      Q.  Did you ask to see those documents?
10      A.  No.
11      Q.  They were provided to you by counsel?
12      A.  I didn't know they existed, so they were
13  provided to me by counsel.
14      Q.  Are you intending to offer any expert
15  opinions in this case about Monsanto's conduct?
16      A.  No.
17      Q.  Are you intending to offer any --
18          MR. HABERMAN:  Objection.
19      Q.  -- expert opinions in this case about
20  Roundup labeling?
21      A.  Don't know, even, what you mean by Roundup
22  labeling, so, no.
23      Q.  Are you intending to offer any expert
24  opinions in this case about Roundup marketing?
25      A.  No.

Andrew M. Schneider, M.D.

Page 62

1    Q.  You reviewed a study by Meloni and
2 colleagues published in 2021, correct?
3    A.  Is this -- let me look at it because I don't
4 remember.  Okay.  Yes.
5    Q.  Was that study well-conducted, in your
6 assessment?
7    A.  I'd have to review the study again, because
8 I reviewed 30 articles, to answer that question.  I
9 can't do it.
10    Q.  We'll look at it in more detail; is that
11 fair?
12    A.  Sure.
13    Q.  Can you confirm that you also reviewed a
14 cohort study by Leon and colleagues published in
15 2019?
16    A.  I absolutely did.
17    Q.  You reviewed a study by Pahwa and colleagues
18 published in 2019, correct?
19    A.  Correct.
20    Q.  You also reviewed studies by McDuffie in
21 2001 and De Roos in 2003, correct?
22    A.  Correct.
23    Q.  Those are earlier publications from the
24 North American case-control studies, right?
25    A.  Yes.

Page 63

1    Q.  Pahwa is the more recent publication,
2 correct?
3    A.  Correct.
4    Q.  The data in McDuffie and De Roos are
5 contained in Pahwa 2019, right?
6    A.  Correct.
7    Q.  Today those studies are subsets of Pahwa,
8 right?
9       MR. HABERMAN:  Objection.
10    A.  So Pahwa is a pooled analysis, so yes.
11    Q.  You reviewed IARC's 2015 assessment of
12 Roundup and glyphosate, right?
13    A.  I did.
14    Q.  IARC conducted meta-analysis in 2015, right?
15    A.  Yes.
16    Q.  What is a meta-analysis?
17    A.  Look at the available individual studies
18 that were done and whittle them together, if you
19 will, and come up with an opinion about whether
20 these individual studies, taken together, contribute
21 to the belief that Roundup causes NHL.
22    Q.  A meta-analysis combines data from
23 individual studies, right?
24    A.  That's what I had said.
25    Q.  It uses the relative risks and odds ratios

Page 64

1 from those different studies to give a summary of
2 what they show overall, correct?
3    A.  Yes.
4       MR. HABERMAN:  Objection.
5    Q.  Did you find that IARC'S methodology was a
6 reliable one?
7    A.  I had no problem with their methodology.
8    Q.  Is it a good thing to combine data from
9 different studies and see whether, if you look at
10 all the studies together, use of glyphosate is
11 associated with non-Hodgkin's lymphoma?
12    A.  I think you have to in studies where there
13 are low numbers.  So yes, I think that's a --
14 meta-analysis is a scientifically approved way to
15 look at this -- the causation issue of Roundup and
16 lymphoma.
17    Q.  More data on Roundup and non-Hodgkin's
18 lymphoma have come out since 2015, correct?
19    A.  Correct.
20    Q.  IARC's 2015 meta-analysis did not include
21 Leon 2019, right?
22    A.  Correct.
23    Q.  IARC's 2015 meta-analysis didn't include
24 Pahwa 2019, right?
25    A.  Yes.

Page 65

1    Q.  IARC's meta-analysis did not include Meloni
2 2021, correct?
3    A.  Right.
4    Q.  Are you familiar with a paper by
5 Andreotti and colleagues --
6    A.  I am.
7    Q.  -- published in 2018?
8    A.  I am.
9    Q.  IARC's 2015 meta-analysis did not include
10 Andreotti 2018, correct?
11    A.  Correct.
12    Q.  That's not necessarily a criticism of IARC.
13 That's just what was available at the time, right?
14    A.  Well, as you're -- as you're -- you're
15 saying that, right.  There's no way you can have
16 something looked at in '15 that didn't come out
17 until '18, so --
18    Q.  You reviewed a 2021 updated meta-analysis by
19 Boffetta and colleagues, right?
20    A.  I'm sorry, say the name.  Boffetta?
21    Q.  Boffetta.
22    A.  Yes.
23    Q.  You also reviewed a 2019 meta-analysis by
24 Zhang and colleagues, correct?
25    A.  Correct.

17  (Pages 62 to 65)

Andrew M. Schneider, M.D.

Page 66

1    Q.  Do you recall what studies Zhang included in
2  their --
3    A.  I do not.
4    Q.  -- analysis?
5    A.  I mean, I can -- okay to go in my article,
6  yes?
7    Q.  Sure.  And I'll ask you a question.  Okay?
8    A.  Sure.
9    Q.  Can you confirm that Zhang 2019 did not
10  include Pahwa?
11    A.  I think I can if you just give me a second.
12    Q.  Sure.  And I'll reask the question so we
13  have a clean record.
14    A.  No problem.  Okay.  So --
15    Q.  Let me reask the question.
16    A.  Sure.
17    Q.  And Table 4 might help you with it as well.
18    A.  Table 4 in the Zhang article?
19    Q.  In the Zhang article, yes.
20    A.  Oh, I was looking at Table 7, but okay.
21    Q.  New question.
22    A.  Go ahead.
23    Q.  Can you confirm that Zhang 2019 did not
24  include Pahwa 2019?
25    A.  Correct.

Page 67

1    Q.  Zhang 2019 did not include Leon 2019, right?
2    A.  So Zhang included Schinasi and Leon, but
3  maybe that's a different article than Leon by
4  himself.
5    Q.  That is a different article.  If you look at
6  the date on that article, it's 2015.
7    A.  Okay.
8    Q.  So I'll reask my question.
9    A.  Sure.
10    Q.  Zhang 2019 did not include a cohort analysis
11  published by Leon and colleagues published in 2019,
12  correct?
13    A.  Correct.
14    Q.  Zhang did not include the Meloni publication
15  from 2021?
16    A.  Correct.
17    Q.  Andreotti 2018 is not on your materials
18  list, correct?
19    A.  I don't know.  I mean, it should be.  I
20  reviewed Andreotti 2018.
21    Q.  You did review Andreotti 2018?
22    A.  Yes.
23    Q.  And so if that article is not on your
24  reliance list, that was simply an oversight; is that
25  correct?

Page 68

1    A.  I didn't create the reliance list, but I'm
2  very familiar with Andreotti 2018.
3    Q.  Do you know any reason why the lawyers might
4  have left Andreotti 2018 off of your reliance list
5  in this case?
6    A.  No.
7    Q.  You did, you're telling me today, review the
8  Andreotti publication from the Agricultural Health
9  Study, right?
10    A.  Yes.  I can't say specifically whether I
11  reviewed it independently or through others, but I
12  think I reviewed it.
13    Q.  And did you review the abstract only or the
14  full paper?
15    A.  To be honest and fair, I can't tell you.  I
16  think I reviewed everything, but I can't tell you
17  specifically that I did.  I'm familiar with
18  Andreotti 2018, both what it says and the flaws of
19  it and all that kind of stuff.
20    Q.  So since that was not on either materials
21  list, we're going to leave that issue open for a
22  future date and discussion.  Okay?
23    A.  Okay.  Sure.
24    Q.  You do know what the Agricultural Health
25  Study is, right?

Page 69

1    A.  I do.
2    Q.  It's a prospective cohort study of over
3  5,400 pesticide applicators, correct?
4    A.  I know what it is, yes.
5    Q.  AHS looked at whether pesticide use was
6  associated with non-Hodgkin's lymphoma, correct?
7    A.  Correct.
8    Q.  AHS looked specifically at whether
9  glyphosate was associated with non-Hodgkin's
10  lymphoma, right?
11    A.  Yes.
12    Q.  Would you want to consider the Agricultural
13  Health Study in forming your opinions in this case?
14    A.  Yes.
15    Q.  And your testimony today is that you did
16  consider the Agricultural Health Study in forming
17  your opinions, right?
18    A.  Correct.
19    Q.  You don't know why there isn't a single
20  publication from the Agricultural Health Study
21  listed on your reliance list, true?
22    A.  So I didn't prepare the reliance list.  I
23  looked at, as I told you before, everything I can
24  find favorable or not favorable, and as I'm sure you
25  know, the -- when you see my little stack here, the

18 (Pages 66 to 69)

Andrew M. Schneider, M.D.

Page 70

1    AHS is all over the place talked about and
2    criticized.
3        Q.  And sitting here, you don't know why, since
4    you considered the AHS, it did not make it onto your
5    reliance list, true?
6        A.  So just so we're not saying the same thing
7    over and over again, I already told you since I
8    didn't prepare the reliance list, I can't answer why
9    it's not on there, but I can tell you that I'm
10   familiar with Andreotti 2018 and the previous one
11   from 2005, the AHS, and I'm prepared to discuss it
12   today with you.
13       Q.  Since those weren't on your reliance list,
14   we're going to do that at a future date.  All right,
15   Dr. Schneider?
16       A.  I'm here for you, so that's a legal issue
17   between the two lawyers.
18       Q.  You're telling me that you never saw your
19   reliance list before today?
20       A.  That's not what I said, no.
21       Q.  Okay.  So then I think I need some
22   clarification here.
23       Did you, in fact, review your reliance list
24   to make sure that the articles that you reviewed in
25   preparing your opinions were on there?

Page 71

1        A.  So I'm not a lawyer, and I don't know the
2    legality of what has to be there and what doesn't.
3    My job is to give a causation opinion, and that's
4    what I'm prepared to do today.  I'm going to tell
5    you what I reviewed, and the lawyers can argue
6    whether it should have been there or not should have
7    been there.
8        I didn't make it, I didn't prepare it, and I
9    can't tell you why it's there or not there, but I
10   can tell you my opinions about it, about the AHS, if
11   you ask me, and I will give you my opinions when you
12   ask them.
13       Q.  Dr. Schneider, my question at this point was
14   trying to figure out whether this was simply an
15   oversight or whether you just didn't actually ever
16   look at the reliance list and say, "Hey, there are
17   other things that I reviewed that aren't on here."
18   Okay?
19       A.  I think I answered that question, but --
20       Q.  I'm not sure that you did.
21       A.  Okay.
22       Q.  So I'm going to ask the question again.  All
23   right?
24       A.  No.  I'll just answer it again.
25       Q.  Did you ever look at the actual lists

Page 72

1    prepared in Exhibit 2 and Exhibit 3 to see if they
2    included the materials that you reviewed in forming
3    your opinions?
4        A.  So we have to break that down.  I never saw
5    Exhibit 3 till today, so we have to take those
6    questions separately.
7        Q.  You've never seen Exhibit 3 until today; is
8    that right?
9        A.  That's correct.
10       Q.  I'll ask a new question.
11       (Schneider Exhibit 7 was marked for
12   identification.)
13   BY MS. ROSS:
14       Q.  Exhibit 7 to your deposition is the CV that
15   we were provided.
16       A.  Thanks.
17       Q.  Is this a current and accurate CV?
18       A.  Yes.  Yes.
19       Q.  You are an oncologist at South Florida
20   Oncology & Hematology Consultants, correct?
21       A.  Correct.
22       Q.  You see patients with cancer every day?
23       A.  I do.
24       Q.  Now, telling a patient they have cancer is
25   an important medical diagnosis, true?

Page 73

1        A.  I don't understand that question, sorry.
2        Q.  Telling a patient that they have cancer is
3    an important medical diagnosis for that patient,
4    correct?
5        A.  I don't understand, the way you're phrasing
6    that question, what that means.
7        Q.  Okay.  Tell me what you're having trouble
8    with.
9        THE WITNESS:  Can you read back what she
10   said?  It doesn't seem to me to be proper
11   English, so...
12       (The question was read by the reporter.)
13       A.  What do you mean by "an important medical
14   diagnosis of a patient"?  I don't know what that
15   means.
16       Q.  When you see patients with cancer and you
17   tell them that they have cancer, that is typically a
18   significant event for the patient who's sitting in
19   front of you, right?
20       A.  That's correct.  But usually, to be fair,
21   I'm not the one that tells them.  They've already
22   been diagnosed when they come to me.
23       Q.  You're affiliated with HCA Florida
24   Healthcare, right?
25       A.  So I'm on staff at some of their hospitals.

19  (Pages 70 to 73)

Andrew M. Schneider, M.D.

Page 74

1    Q.  What is that?
2    A.  HCA is a -- an entity that owns certain
3  hospitals.
4    Q.  And do you work at any non-HCA-affiliated
5  hospitals?
6    A.  Yes.
7    Q.  Which?
8    A.  Well, let me first preface that by saying
9  since the pandemic, I don't really go to the
10  hospitals anymore.  I'm trying not to get COVID.  So
11  I'm -- but prior to March 2020, I made rounds in the
12  hospitals.  And I'm on staff at four hospitals.  Two
13  are HCA hospital, that being University Hospital,
14  now called Woodmont, and Northwest Regional.  Those
15  are the two HCA hospitals.  And I'm on staff at
16  Florida Medical Center, which is not an HCA
17  hospital, and Coral Springs Medical Center, which is
18  a Broward County hospital.
19    Q.  Do you see any patients in the hospital
20  currently?
21    A.  No.
22    Q.  You just see patients in your clinic; is
23  that right?
24    A.  Yes.
25    Q.  If patients need in-hospital treatment, for

Page 75

1  example, chemotherapy, you might see that patient in
2  clinic, but you would not take care of them in the
3  hospital --
4    A.  So we don't --
5    Q.  -- is that right?
6    A.  -- we don't give chemotherapy in the
7  hospital.  That's a rare event.  And if a patient is
8  hospitalized, then my partner will see the patient.
9    Q.  You haven't gone to work in a hospital since
10  March of 2020, right?
11    A.  Correct.
12    Q.  Are there -- withdrawn.
13      What types of cancer do you personally treat
14  patients for?
15    A.  All types.
16    Q.  There are oncologists who specialize in
17  lymphoma specifically, correct?
18    A.  Correct.
19    Q.  You are not one of them?
20    A.  True.
21    Q.  Does any of your time today go to research
22  of any kind?
23      MR. HABERMAN:  Objection.
24    A.  No.
25    Q.  Do you have any administrative

Page 76

1  responsibilities at any of the hospitals where you
2  have admitting privileges?
3    A.  No.
4    Q.  You're in private practice, correct?
5    A.  Correct.
6    Q.  And you said that you have a partner who'll
7  see patients if they need to go into the hospital;
8  is that right?
9    A.  Correct.
10    Q.  How many partners are in your practice?
11    A.  Legally, I have four partners.
12    Q.  Okay.  Practically, how many partners do you
13  have?
14    A.  One.
15    Q.  You said you see all types of cancer, true?
16    A.  True.
17    Q.  Do you see any particular type of patient
18  population?  Do you see pediatrics, for example --
19    A.  No.
20    Q.  -- in addition?
21    A.  No, we don't see pediatrics.  We're adult
22  doctors.
23    Q.  So you treat any patient with any cancer who
24  is over the age of 18, fair?
25    A.  Yes, yes.

Page 77

1    Q.  You treat patients with DLBCL, correct?
2    A.  Yes.
3    Q.  Best estimate of the number of DLBCL
4  patients you've treated?
5    A.  In my lifetime?
6    Q.  Sure.
7    A.  Including my training and my fellowship?
8    Q.  Do you have a best estimate, or would you
9  just be wildly guessing?
10    A.  I'll be wildly guessing, but I -- you know,
11  it's your question.
12    Q.  Okay.  So let me ask a better question.
13      Since you've been out of fellowship
14  training, in the last -- what would that be, 32
15  years or so?
16    A.  33 years.
17    Q.  Okay.  In the last 33 years or so,
18  approximately how many patients with DLBCL have you
19  treated?
20    A.  I'm going to be wildly guessing at the
21  number of 100.
22    Q.  Do you consider yourself to be an expert in
23  DLBCL?
24    A.  I do.
25    Q.  What percentage of your practice is DLBCL?

Andrew M. Schneider, M.D.

Page 78

1  A.  I'm totally guessing here because I can't
2  even do the math, but I'm going to guess three
3  percent maybe.
4  Q.  How about for NHL generally, what percentage
5  of your practice is non-Hodgkin's lymphoma?
6  A.  I'm going to say 10 percent.
7  Q.  Do you treat patients with chronic
8  lymphocytic leukemia, or CLL?
9  A.  All the time.
10  Q.  And to go back a step, I said DLBCL a moment
11  ago.  That is diffuse large B-cell lymphoma,
12  correct?
13  A.  Correct.
14  Q.  How many patients have you treated with CLL
15  in your 33 years of practice, approximately?
16  A.  I'll be wildly guessing again, but it's more
17  common.  I'd say 400.
18  Q.  Do you consider yourself to be an expert in
19  CLL?
20  A.  Yes.
21  Q.  CLL is a relatively common form of
22  non-Hodgkin's lymphoma, true?
23  A.  Yes.
24  Q.  What is needed to diagnose a patient with
25  CLL?

Page 79

1  A.  So we can diagnose a patient with CLL by
2  flow cytometry.  We can -- if they have circulating
3  lymphocytes that are abnormal, we'll pick that up on
4  flow, so we can make that diagnosis by flow.
5  Q.  There must be a monoclonal B-cell count
6  greater than or equal to five in order to diagnose a
7  patient with CLL, correct?
8  A.  So I don't have memorized, but, yes, there
9  has to be what -- to distinguish a benign monoclonal
10  lymphocytosis versus a CLL, there is a number,
11  correct.
12  Q.  I'm going to break that down a little bit.
13  All right?
14  A.  Sure.
15  Q.  There is a condition that's different from
16  CLL called monoclonal B-cell lymphocytosis, correct?
17  A.  Yes.
18  Q.  Monoclonal B-cell lymphocytosis is a benign
19  condition, correct?
20  A.  It has a tendency to become CLL, but it is
21  not CLL yet, correct.
22  Q.  There is a number of cells that you must
23  have in a monoclonal B-cell count in order to
24  diagnose CLL, correct?
25  A.  Correct.

Page 80

1  (Schneider Exhibit 8 was marked for
2  identification.)
3  BY MS. ROSS:
4  Q.  Exhibit 8 to your deposition is the chapter
5  on CLL from Swerdlow 2017.  Do you see that?
6  A.  I do.
7  Q.  This is the WHO classification of tumors of
8  the hematopoietic and lymphoid tissues, right?
9  A.  Yes.
10  Q.  Do you see on the first page it provides a
11  definition of CLL?
12  A.  Yes.
13  Q.  For CLL there must be a monoclonal B-cell
14  count of greater than or equal to 5 times 10 to the
15  9th per liter, correct?
16  A.  Yes.
17  Q.  Those B-cells must also have the
18  characteristic morphology and phenotype of CLL in
19  the peripheral blood, correct?
20  A.  Correct.
21  Q.  What is the average latency for CLL
22  following an environmental exposure?
23  A.  I think it could be as long as 20 to 30
24  years and perhaps as short as probably 10 years or
25  less.

Page 81

1  Q.  Do you have an opinion on what the average
2  is between 10 years or less and 20 to 30 years?
3  A.  Again, I think more commonly for CLL, it's a
4  longer latency.  So if I had to pick an average, I
5  would say the average is probably around 15, 20
6  years.
7  Q.  We were talking about environmental
8  exposures generally.  For Roundup in particular, is
9  the average latency for CLL approximately 15 to 20
10  years following exposure?
11  A.  Yes.
12  Q.  For NHL generally, is that the same?
13  A.  Yes.
14  Q.  So the average latency for NHL following
15  Roundup is somewhere between 15 and 20, but it's
16  difficult to be more specific than that, correct?
17  A.  Correct.
18  Q.  We were talking just a minute ago about
19  monoclonal lymphocytosis, right?
20  A.  Yes.
21  Q.  What is that?
22  A.  So when -- as we discussed, when you don't
23  have the high enough number to meet the diagnosis of
24  CLL, you have a precursor, if you will, called a
25  monoclonal lymphocytosis of unknown significance.

21  (Pages 78 to 81)

Andrew M. Schneider, M.D.

Page 82

1    Q.  Do you consider yourself to be an expert in
2  monoclonal B-cell lymphocytosis?
3    A.  Yes.
4    Q.  You mentioned that monoclonal
5  B-cell lymphocytosis, or MBL, has unknown
6  significance.  What does that mean?
7    A.  Well, it means it's not a -- something that
8  needs to be treated now, and it means that the
9  future, it can become CLL but it may not.
10    Q.  What experience do you have with MBL?
11    A.  I have patients who don't meet the criteria
12  for CLL who I follow, so I have experience.
13    Q.  How many patients have you treated with MBL
14  approximately over the years?
15    A.  I'm going to be wildly guessing again, for
16  the record, but these things aren't committed to
17  memory, of course.  Maybe 100.
18    Q.  MBL is much more common than CLL, correct?
19    A.  Well, it may be, but not in my patient
20  population because the patients that I see pretty
21  much have CLL and rarely have a benign
22  lymphocytosis.
23    Q.  If you'll take a look at Exhibit 8.
24    A.  That's this one?
25    Q.  That is -- yes.  That's the WHO --

Page 83

1    A.  Yeah.  Got it.
2    Q.  -- chapter on CLL.  There's the discussion
3  at the end about monoclonal B-cell lymphocytosis.
4  Do you see that?
5    A.  I mean, I'll take your word for it, but,
6  yes, I see it.  Yes, I see it.
7    Q.  Okay.  MBL is defined by monoclonal B-cell
8  count of less than 5 times 10 to the 9th per liter
9  in the peripheral blood, correct?
10    A.  Yes.
11    Q.  MBL is when a patient has, one, a monoclonal
12  B-cell count of less than five plus, two, no fevers,
13  chills, rigors, night sweats, or weight loss, no
14  thrombocytopenia or anemia, and no evidence of
15  splenomegaly, correct?
16    A.  Yes.
17    Q.  Turn to the next page.  Oh, I see you're
18  already there.
19    A.  I'm reading it, yeah.
20    Q.  Great.  The reported frequency of CLL-type
21  MBL in the general population depends on the
22  sensitivity of the method used for detection and
23  ranges from 3.5 percent to 12 percent among healthy
24  individuals, correct?
25    A.  That's what it says, correct?

Page 84

1    Q.  Just taking the whole population generally,
2  anywhere from 3.5 percent to 12 percent of healthy
3  individuals will have MBL, right?
4    A.  That's what it says, correct.
5    Q.  And you have no reason to dispute that,
6  true?
7    A.  Correct.
8    Q.  The incidence of MBL increases with age,
9  right?
10    A.  Yes.
11    Q.  For example, while folks younger than 40
12  very rarely have MBL, 50 to 57 percent of
13  90-year-olds will have MBL, right?
14    A.  Yes.
15    Q.  20 percent or so of people over 60 will have
16  MBL, correct?
17    A.  I mean, it's hard to believe it says that,
18  but I'm -- it's hard to believe.
19    Q.  MBL is not cancer, right?
20    A.  Correct.
21    Q.  One to two percent of patients with MBL will
22  progress to CLL every year, true?
23    A.  I don't know that number, but if it says
24  that, that's okay.
25    Q.  Okay.  So the WHO, in their listing of the

Page 85

1  criteria, state that high count MBL progresses to
2  frank leukemia requiring therapy at an annual rate
3  of one to two percent.
4     Do you see that?
5    A.  Yes, I do.
6    Q.  You have no reason to disagree with that
7  number, correct?
8    A.  Correct.
9    Q.  MBL itself does not require treatment,
10  right?
11    A.  Correct.
12    Q.  You've published six articles in your career
13  based on your CV.  Does that sound right to you?
14    A.  Yes.  Yes.
15    Q.  The last article you published was roughly
16  30 years ago, fair?
17    A.  Fair.
18    Q.  You've published on colorectal cancer,
19  hepatocellular carcinoma, and salivary gland
20  neoplasms, right?
21    A.  Yes.
22    Q.  You have not ever published on NHL, true?
23    A.  Can I look again?
24    Q.  Of course.
25    A.  So when I trained at Sloan Kettering, I

22  (Pages 82 to 85)

Andrew M. Schneider, M.D.

Page 86

1    actually specialized in lymphoma.  I worked with
2    Dave Strauss.  We had to pick two diseases to work
3    with, so I was the -- specializing in lymphoma and
4    colon cancer.  Let's see if I ever published on
5    lymphoma with Dr. Strauss.
6        I guess I didn't.  If it says I didn't, I
7    didn't, but I did specialize in lymphoma with
8    Dr. Strauss.
9        Q.  You should have -- and just so that you do
10   have it, you should have your CV in front of you --
11       A.  I had it, but I --
12       Q.  -- somewhere.
13       A.  -- don't know where it went.
14       Q.  Okay.  There we are.
15       A.  There it is.  Okay.
16       Q.  So take a look, and then I'll ask you the
17   question again.  All right?
18       A.  Sure.
19       Q.  You have not ever published on non-Hodgkin's
20   lymphoma, true?
21       A.  Correct.
22       Q.  You trained at Memorial Sloan Kettering,
23   correct?
24       A.  I did.
25       Q.  Memorial Sloan Kettering is a good

Page 87

1    institution, correct?
2        A.  Yes.
3        Q.  Have you endeavored to stay on top of the
4    oncology literature since you finished training in
5    1989?
6        A.  Of course.
7        Q.  Have you endeavored to follow cutting edge
8    research into cancer etiology since you finished
9    your training in 1989?
10       A.  So I read everything that I can to stay
11   current with the oncologic field.
12       Q.  Do you read articles in the journal Science?
13       A.  Not usually.
14       Q.  Are you familiar with that journal?
15       A.  Heard of it.
16       Q.  What is its reputation?
17       A.  I don't know.
18       Q.  Are you familiar with Dr. Burt Vogelstein at
19   Johns Hopkins?
20       A.  I've heard the name.
21       Q.  Who is he?
22       A.  The Vogelstein that I -- that I know of is
23   a -- I think a GU oncologist.  Maybe I -- is that
24   the right one?
25       Q.  He's a researcher in colorectal cancer,

Page 88

1    among other things, correct?
2        A.  So the Vogelstein I'm thinking about and --
3    was more GU, not colon, but I could be wrong.
4        Q.  Okay.  So sitting here today, you don't have
5    any particular opinions about Burt Vogelstein at
6    Hopkins, right?
7        A.  Correct.
8        Q.  Have you heard of Dr. Cristian Tomasetti?
9        A.  No.
10       Q.  You have no opinions about Cristian
11   Tomasetti or his research, correct?
12       A.  I'm not familiar with it.
13       Q.  Have you ever researched Roundup in any
14   context?
15       A.  Only --
16           MR. HABERMAN:  Objection.
17       A.  -- for this deposition today.
18       Q.  I'll ask the question outside of this
19   litigation.  All right?
20       A.  Sure.
21       Q.  Outside of this litigation, have you ever
22   researched Roundup in any context?
23       A.  No.
24       Q.  Have you ever published about Roundup in any
25   context?

Page 89

1        A.  No.
2        Q.  Have you ever given a presentation
3    mentioning Roundup in any context?
4        A.  No.
5        Q.  In clinical practice have you ever concluded
6    that a patient's cancer was caused by exposure to
7    Roundup?
8        A.  I don't remember that.
9        Q.  To the best of your recollection, you have
10   never told a patient that Roundup caused their
11   cancer, right?
12       A.  Correct.
13       Q.  Have you ever heard any other healthcare
14   provider determine that exposure to Roundup caused a
15   patient's cancer?
16       A.  That would be hearsay.  I can't tell you
17   specifically what I've heard from other oncologists.
18       Q.  Sitting here today, do you recall any time
19   where you heard another healthcare provider
20   determine that exposure to Roundup caused someone's
21   cancer?
22       A.  I don't recall that.
23       Q.  You've never told any colleague of yours
24   that Roundup causes cancer, true?
25       A.  True.

23  (Pages 86 to 89)

Andrew M. Schneider, M.D.

1    Q.  You're not -- withdrawn.
2        MR. HABERMAN:  Let's take a five-minute
3    break, if we can.
4    Q.  Is that all right with you, Dr. Schneider?
5    A.  Sure.
6        MS. ROSS:  All right.  Let's go off the
7    record.
8        THE VIDEOGRAPHER:  Off the record at
9    12:34 p.m.
10       (Recess from 12:34 p.m. until 12:44 p.m.)
11       THE VIDEOGRAPHER:  Back on the record at
12   12:44 p.m.
13   BY MS. ROSS:
14   Q.  Dr. Schneider, MBL and CLL are distinct
15   clinical entities, correct?
16   A.  Correct.
17   Q.  MBL and CLL have difference diagnostic
18   criteria, right?
19   A.  Yes.
20   Q.  Do you tell patients with MBL that they have
21   cancer?
22   A.  No.
23   Q.  Are you an expert in epidemiology?
24   A.  No.
25   Q.  Are you an expert in pathology?

1    A.  No.
2    Q.  Are you an expert in toxicology?
3    A.  No.
4    Q.  Are you an expert in chemistry?
5    A.  No.
6    Q.  Are you an expert in the regulation of
7    pesticides?
8    A.  No.
9    Q.  Are you an expert in weed science?
10   A.  No.
11   Q.  Do you know what that is?
12   A.  I can guess, but --
13   Q.  Do you know that there are scientists who
14   have spent their careers evaluating herbicides?
15   A.  I'm sure.
16   Q.  There are scientists who evaluate strategies
17   for controlling weeds and improving agricultural
18   output, for example?
19   A.  I'm sure.
20   Q.  You are not one of those scientists,
21   correct?
22   A.  Correct.
23   Q.  You would defer to a weed scientist on the
24   actual use of a pesticide like glyphosate, true?
25   A.  True.

1    Q.  You are not an expert in chemical exposures,
2    right?
3    A.  Right.
4        MR. HABERMAN:  Objection.
5    Q.  Outside of litigation, have you ever
6    evaluated the number of days someone was exposed to
7    a chemical?
8    A.  No.
9    Q.  Did you rely on a number of days of exposure
10   here?
11   A.  I looked at that, yes.
12   Q.  Did you count up a specific number of days
13   that Mr. Pleu or Mr. Moore were exposed to Roundup?
14   A.  I didn't count it up yet, but if you asked
15   me, I would count it up from my notes.
16   Q.  And you have that information in your notes;
17   is that right?
18   A.  Yes.
19   Q.  Those weren't provided to us in advance of
20   today's deposition, so we may need to come back to
21   that.  Okay?
22   A.  That's a legal issue.
23   Q.  All right.  Outside of litigation, have you
24   ever determined whether, on the basis of a number of
25   days of exposure, a particular chemical caused a

1    person's cancer?
2    A.  No.
3    Q.  Comparing the number of days of exposure to
4    a chemical in published literature is not a strategy
5    doctors employ in clinical practice, true?
6        MR. HABERMAN:  Objection.
7    A.  True.
8    Q.  That is not how doctors determine the cause
9    of a patient's cancer, right?
10       MR. HABERMAN:  Objection.
11   A.  Well, to be fair, as a -- I have different
12   hats.  So as a treating oncologist, if you have
13   cancer, it doesn't really matter how you got it.
14   I've got to get you better.
15       In my legal work, it's a different issue.
16   Q.  Have you ever, before this case, in your
17   legal work compared the number of days of exposure
18   to a chemical to the published literature on that
19   chemical?
20   A.  Just cigarette smoking, pack years, if
21   that's an analogous idea.
22   Q.  Have you -- withdrawn.
23       Can you name an herbicide with a better
24   safety profile than Roundup?
25   A.  Right.  So since I'm not an expert in weeds

Andrew M. Schneider, M.D.

Page 94

1  and herbicides, no.
2      Q.  What alternatives to glyphosate are
3  available?
4      A.  Right.  So I'm not here today to talk about
5  weeds or alternatives.  I'm here to talk about
6  causation for lymphoma.
7      Q.  You have no opinions on what alternatives to
8  glyphosate are available, correct?
9      A.  Since we already discussed that I'm not an
10  expert on herbicides, weeds and -- so I have no
11  opinion, correct.
12      Q.  You have no opinions on how the toxicity of
13  glyphosate compares to available alternatives, I
14  take it, right?
15      A.  Correct.  My job today was to talk about
16  whether -- that word -- glyphosate is an etiological
17  cause of NHL.
18      Q.  Are you an expert in pesticides?
19      A.  No.
20      Q.  Are you an expert in glyphosate-based
21  herbicides?
22      A.  No.
23          MR. HABERMAN:  Objection.
24      Q.  What is glyphosate?  Is it an herbicide or a
25  pesticide?

Page 95

1      A.  It is an herbicide.
2      Q.  What's the difference between those two
3  things?
4      A.  I don't know.
5      Q.  Is glyphosate a selective or nonselective
6  herbicide?
7      A.  Right, I don't know.
8      Q.  Do you know what that means?
9      A.  No.
10      Q.  You don't know whether Roundup kills all
11  weeds or just the bad ones, right?
12      A.  Well --
13          MR. HABERMAN:  Objection.
14      A.  -- so we can save time, we already discussed
15  I'm not an expert on weeds and pesticides and
16  herbicides.  I'm only an expert on whether
17  glyphosate causes NHL.
18      Q.  Have you ever used Roundup yourself?
19      A.  No.  I don't do any yard work at all.
20      Q.  Yard work is not one of your passions, I
21  take it?
22      A.  I don't do any housework.  Sorry.
23      Q.  I want to make sure that you and I have the
24  same basic understanding of cancer genetics, so I'm
25  going to go over basic concepts.

Page 96

1      A.  Sure.
2      Q.  Cells contain our DNA, right?
3      A.  Yeah.
4      Q.  That DNA contains thousands of genes,
5  correct?
6      A.  Yes.
7      Q.  The DNA that houses our genes is called the
8  exome?
9      A.  Okay.
10      Q.  Do you know approximately what percentage of
11  our DNA is made up of the exome as opposed to what's
12  sometimes called junk DNA?
13      A.  So since I'm not an expert in genetics, I
14  don't know.
15      Q.  You are not an expert in genetics; is that
16  right?
17      A.  That's correct.
18      Q.  Cells in our body divide and replicate,
19  right?
20      A.  True.
21      Q.  The process of cell division is called
22  mitosis, right?
23      A.  Yes.
24      Q.  When cells copy their DNA, they copy
25  billions of base pairs, correct?

Page 97

1      A.  Yes.
2      Q.  Do you know how many base pairs there are in
3  the human genome?
4      A.  No.
5      Q.  The different tissues in our body are made
6  up of different cells, right?
7      A.  Yes.
8      Q.  For example, the blood cells in our body
9  come from hematopoietic stem cells, correct?
10      A.  True.
11      Q.  Those cells are in the bone marrow, right?
12      A.  Yes.
13      Q.  Lymphocytes are a type of blood cell, right?
14      A.  Right, uh-huh.
15      Q.  Lymphocytes originate from stem cells in the
16  bone marrow, correct?
17      A.  Yes.
18      Q.  Lymphocytes mature in different tissues
19  depending on the specific type of cell, correct?
20      A.  Yes.
21      Q.  Cell division happens billions of times in
22  our lifetime, right?
23      A.  I assume.
24      Q.  Depending on the issue, some cells divide a
25  lot and others not as much, correct?

25 (Pages 94 to 97)

Andrew M. Schneider, M.D.

Page 98

1    A.  Yes.
2    Q.  For instance, you take care of patients with
3  colon cancer, right?
4    A.  I do.
5    Q.  Do you know how often cells in the colon
6  divide?
7    A.  No.
8    Q.  How about cells in the femur, in the long
9  bone in your thigh, do you know how often those
10  divide?
11    A.  No.
12    Q.  Just like other tissues, hematopoietic stem
13  cells divide throughout our lives, correct?
14    A.  Yes.
15    Q.  While the body is almost perfect in the
16  copying process, some errors are made, correct?
17    A.  True.
18    Q.  Sometimes DNA does not get copied correctly,
19  right?
20    A.  Yes.
21    Q.  When DNA does not get copied correctly, that
22  results in a cell that has a mutation, correct?
23    A.  Yes.
24    Q.  A mutation is a mistake in DNA, so to speak,
25  fair?

Page 99

1    A.  An abnormality.
2    Q.  I'm sorry, I --
3    A.  I said an abnormality.
4    Q.  Okay.  A mutation is an abnormality in the
5  DNA, right?
6    A.  Yes.
7    Q.  The abnormality can be a point mutation,
8  correct?
9    A.  I'm going to say yes, but, again, I'm not an
10  expert in genetics.  So these questions are probably
11  better asked to someone who does genetics.  I'm a
12  clinical oncologist, but, yes.
13    Q.  And when we get outside of the realm of your
14  expertise in oncology, just tell me.
15    A.  I mean, these are things I know from my med
16  school days, but --
17    Q.  Right.
18    A.  -- not things that I look at every day as a
19  clinical oncologist.
20    Q.  So an abnormality in DNA can be a
21  translocation.  You're familiar with those from
22  taking care of lymphoma patients, right?
23    A.  Of course.
24    Q.  A translocation is where an arm of a
25  chromosome gets transposed next to something else,

Page 100

1  right?
2    A.  Yes.
3    Q.  Mutations can occur in any type of cell in
4  our body, including lymphocytes, right?
5    A.  Correct.
6    Q.  And everything we just talked about happens
7  all day every day in cells throughout our body,
8  right?
9    A.  Yes.
10    Q.  Every time a cell divides, it accumulates
11  mutations, correct?
12    A.  I'm not sure.  I don't know.
13    Q.  You're not familiar with research on how
14  many abnormalities accumulate in DNA every time a
15  cell divides, right?
16    A.  Correct.
17    Q.  Cells do not have to be exposed to anything
18  external to the cell to have a mutation happen,
19  right?
20    A.  True.
21    Q.  Are there -- well, withdrawn.  New question.
22      There are experiments in cell lines
23  unexposed to anything else that have shown that
24  cells in a Petri dish accumulate mutations.  Are you
25  familiar with that research?

Page 101

1    A.  No.
2    Q.  There are also genome sequencing studies
3  that show that cells in healthy tissues accumulate
4  mutations over the course of someone's life.  Are
5  you familiar with that research?
6    A.  No.
7    Q.  You have no opinion on that, correct?
8    A.  Correct.
9      MR. HABERMAN:  Objection.
10    Q.  The body is incredible and can often repair
11  mistakes or abnormalities in DNA, right?
12    A.  Hopefully.
13    Q.  If a mutation is not repaired, a cell can
14  die on its own.  That's called apoptosis, correct?
15    A.  Again, I'm going say yes to these things,
16  but these are things that I don't look at the
17  last -- since I was in med school, so...
18    Q.  The answer to my question is, yes, a cell
19  can die through apoptosis?
20      MR. HABERMAN:  Objection.
21    A.  To the best of my knowledge, but in all
22  honesty, I'm not an expert on apoptosis, so I could
23  be wrong.
24    Q.  Do you know, sitting here today, whether the
25  mutations that make it through a body's repair

26  (Pages 98 to 101)

Andrew M. Schneider, M.D.

Page 102

1  mechanism often end up in places that are not
2  involved in cancer at all?
3      A.  I don't know.
4      Q.  Are you familiar with the term "driver
5  mutation"?
6      A.  I've heard of it, yes.
7      Q.  Are you familiar with the term "passenger
8  mutation"?
9      A.  No.
10     Q.  Do you agree that certain mutations, when
11 they occur and are not repaired, can cause a cell to
12 divide and never stop or not die when it's supposed
13 to?
14     A.  Meaning cause cancer, yes.
15     Q.  Right.  Mutations like that confer growth
16 advantage on cells, right?
17     A.  I believe so.
18     Q.  Driver mutations can happen in any cell,
19 including lymphocytes, correct?
20     A.  In all honesty, this is really outside of my
21 field of expertise.
22     Q.  Do you -- well, withdrawn.
23         Are you aware of some of the driver
24 mutations involved in non-Hodgkin's lymphoma?
25     A.  Yes.

Page 103

1      Q.  Different types of non-Hodgkin's lymphoma
2  have different driver mutations, correct?
3      A.  There are different chromosomal changes
4  associated with different types of lymphoma.
5      Q.  Different types of NHL are different
6  diseases, right?
7      A.  Correct.
8          MR. HABERMAN:  Objection.
9      Q.  Different types of NHL have different
10 mutational signatures, correct?
11         MR. HABERMAN:  Objection.
12     A.  Some may have some; some may have none.  You
13 don't have to have a mutation to have lymphoma.
14     Q.  MYC is an example of a driver mutation found
15 in some cases of DLBCL, right?
16     A.  Correct.
17     Q.  And that's M-Y-C, right?
18     A.  Correct.
19     Q.  ECL2 is an example of a driver mutation
20 found in some cases of DLBCL, right?
21     A.  Correct.
22     Q.  ECL6 is an example of a driver mutation in
23 some cases of DLBCL, right?
24     A.  True.
25     Q.  Can you name any other driver mutations in

Page 104

1  DLBCL?
2      A.  I think those are the three, because then
3  you have your double hit and triple hit diffuse
4  large cell lymphomas, so --
5      Q.  Can you name any driver mutations in CLL?
6      A.  So there are chromosomal changes.  I think
7  there is Chromosome 13, and I think there could be
8  Chromosome 11.  There are chromosomal abnormalities
9  that can be seen in CLL.
10     Q.  Are those the same in CLL-like MBL?
11     A.  I don't know.
12     Q.  Do you have an opinion on how many driver
13 mutations are needed for a patient to develop DLBCL?
14     A.  So since I'm not an expert on genetics or
15 chromosomal -- I don't know.
16     Q.  I take it you do not have an opinion on how
17 many mutations are needed for a patient to develop
18 CLL, correct?
19     A.  I believe patients can develop CLL and
20 diffuse large B-cell lymphoma with no mutations.
21     Q.  What would be the mechanism by which a
22 patient would develop CLL or DLBCL with no
23 mutations?
24     A.  I don't -- it may not be known.  I mean, I
25 think that certainly patients can develop large cell

Page 105

1  lymphomas and be chromosomally normal.
2      Q.  In your understanding, if a patient is
3  chromosomally normal, does that mean they don't have
4  any mutations in their lymphocytes or just that you
5  didn't identify them?
6      A.  This is really out of my field of expertise.
7      Q.  You would defer to someone else on the
8  number of mutations that you might observe in DLBCL,
9  correct?
10     A.  Correct.
11     Q.  The same would be true for CLL, right?
12     A.  Correct.
13     Q.  If mutated lymphocytes are not identified
14 and destroyed by the immune system, they can grow
15 into a clinical cancer, right?
16     A.  I believe.
17     Q.  You talked earlier about immunosuppression
18 as being one risk factor for non-Hodgkin's lymphoma,
19 right?
20     A.  Yes.
21     Q.  Depending on -- withdrawn.
22         The immune system has a role in finding and
23 killing cancer cells, correct?
24     A.  Yes.
25     Q.  If the immune system isn't functioning

27  (Pages 102 to 105)

Andrew M. Schneider, M.D.

Page 106

1 properly, abnormally growing cells have a better
2 chance of getting through, right?
3    A.  Yes.
4    Q.  The immune system might not function
5 properly because the patient has an immune
6 deficiency syndrome, correct?
7    A.  True.
8    Q.  The immune system might not function
9 properly because of something we, as physicians, did
10 to a patient, like giving them drugs that
11 chronically suppressed their immune system, right?
12    A.  True.
13    Q.  As we age, our immune systems don't work as
14 well as they used to, correct?
15    A.  I hate to believe that, but I guess it's
16 true.
17    Q.  Have you heard that referred to as immune
18 senescence?
19    A.  It makes sense, but I'm not sure I really
20 know that term.
21    Q.  Advances in tumor sequencing over the past
22 15 years have given rise to a new field of cancer
23 genomics.  I take it that is not your area of
24 expertise, correct?
25    A.  Correct.

Page 107

1    Q.  As on oncologist, are you familiar with
2 cancer genomics?
3    A.  Yes.
4    Q.  You agree that whole genome sequencing has
5 given rise to a new era in cancer etiology?
6    A.  I think so.
7    Q.  DNA sequencing of cancer genomes has been
8 likened to explorers mapping a new world.  Do you
9 think that's a good analogy?
10    A.  I don't know.
11    Q.  Are you familiar with molecular
12 epidemiology?
13    A.  Be more specific.
14    Q.  So molecular epidemiology refers to a field
15 that incorporates genetic information to trace the
16 development of diseases.  Are you familiar with that
17 field?
18    A.  I'm not an expert on it, no.
19    Q.  Genome sequencing makes it possible to
20 identify how many mutations occur in a tissue as a
21 result of normal cell division.  Are you aware of
22 that?
23    A.  No.
24    Q.  Mutation load refers to how many mutations
25 there are in a cancer.  Did you know that?

Page 108

1    A.  No.
2    Q.  Okay.  So in terms of mutation load or
3 mutation burden, you would not be the correct expert
4 to ask about that.  Is that fair?
5    A.  Fair.
6    Q.  Do you have -- I think we can cut some of
7 this short, so give me a second.  All right?
8    A.  Sure.  Sure.
9    Q.  Dr. Schneider, let's take DLBCL.  Research
10 has shown that on average, a DLBCL will have about
11 150 to 200 mutations in the exome.  I take it you're
12 not familiar with that research.  Is that fair?
13    A.  Fair.
14    Q.  You have no basis to agree or disagree with
15 that number, right?
16    A.  Correct.
17    Q.  Research has shown that on average, CLL will
18 have somewhere between five and 20 mutations in the
19 exome.  You're not familiar with that research,
20 correct?
21    A.  Correct.
22    Q.  You have no basis to agree or disagree with
23 that, right?
24    A.  Right.
25    Q.  Are you aware that genome sequencing makes

Page 109

1 it possible to determine how many mutations are
2 added to a background rate by environmental or
3 hereditary factors?
4    A.  I have no idea what you're talking about.
5    Q.  Research has shown that smoking
6 increases the mutation load in lung cancer by about
7 threefold.  Are you familiar with that research?
8    A.  So I'm familiar with that smoking is an
9 etiologic risk factor for lung cancer, but I'm not
10 familiar with data about mutational changes.
11    Q.  Research has shown that inherited errors in
12 DNA replication such as Lynch syndrome increase
13 mutational load in colorectal cancer by about
14 tenfold.  Are you familiar with that research?
15    A.  So I'm --
16        MR. HABERMAN:  Objection; foundation.
17    A.  I'm familiar with Lynch syndrome.  I'm
18 familiar with how it increases your risk for colon
19 cancer.  I'm not familiar with specific numbers of
20 mutational changes.
21    Q.  What is Lynch syndrome?
22    A.  Lynch syndrome is an inherited
23 predisposition to colon cancer.  They're usually
24 microsatellite instable.  They may have a polyp
25 syndrome.  And they're at high risk for colon

28 (Pages 106 to 109)

Andrew M. Schneider, M.D.

Page 110

1    cancer, usually seen in younger people with colon
2    cancer. They're --
3        Q. Is --
4        A. -- microsatellite instable. There's a --
5    there are these DNA repair proteins, and they're
6    deficient in one of five DNA proteins? They -- the
7    proteins are MLH1, MSH2, MSH6, PMS2, and EPCAM,
8    E-P-C-A-M. How's that?
9        Q. That was a long answer, so I'm going to
10   break it down a little bit. Okay?
11       A. Okay.
12       Q. Lynch syndrome is an inherited
13   predisposition to cancer, correct?
14       A. Yes.
15       Q. Lynch syndrome predisposes patients to colon
16   cancer and also to other types of cancer, correct?
17       A. That's correct.
18       Q. Patients with Lynch syndrome have
19   microsatellite instability, right?
20       A. That's true.
21       Q. In order to test for Lynch syndrome, you
22   need genetic testing, right?
23       A. Yes.
24       Q. Sitting here today, can you identify any
25   studies or data of any kind showing that Roundup

Page 111

1    increases the mutational load in patients with
2    non-Hodgkin's lymphoma?
3        A. I don't know that.
4        Q. Genome sequencing also makes it possible to
5    identify patterns of mutations or signatures caused
6    by different processes that act on DNA. Are you
7    familiar with that research?
8        A. No.
9        Q. Are you familiar with the Sanger Institute
10   at -- in the UK?
11       A. I think I've heard the name, but I don't
12   know anything else about it.
13       Q. You've not read any of the Sanger Institute
14   papers on mutation signatures, I take it?
15       A. Correct.
16       Q. You do not have an opinion on whether
17   different cancers have different predominant
18   signatures, right?
19       A. Be more specific in that question.
20       Q. Sure. The predominant signatures in CLL
21   have been shown to be related to aging. Are you
22   familiar with that research?
23       A. I guess maybe I'm not understanding. What
24   do you mean by signatures?
25       Q. When mutations happen in a tissue, they can

Page 112

1    happen with different patterns, right?
2        A. Again, to be fair, I'm not an expert on
3    genetics and mutations. I'm a clinical oncologist.
4    So I'm hearing your questions, but I think I already
5    told you I'm not an expert on these topics.
6        Q. So you don't know if smoking, for example,
7    causes C to A point mutations in DNA?
8        A. CD what?
9        Q. C to A.
10       A. I don't even know what that means.
11       Q. Okay. I take it, then, you don't know
12   whether aging has been associated with C to T point
13   mutations, right?
14       A. That's correct.
15       Q. The four letters involved in DNA are C, A,
16   G, and T, right?
17       A. Sounds familiar.
18       Q. One of the forms of mutations that you can
19   get is a point mutation, meaning that one letter in
20   the DNA turns to a different letter in the DNA,
21   right?
22       A. Sure.
23       Q. There are different patterns of mutations
24   that can be observed, for example, in lung
25   adenocarcinoma or in colorectal cancer, but you've

Page 113

1    not looked at those patterns of changes that happen
2    in DNA with cancer, right?
3        A. Since I'm a clinical oncologist, the answer
4    would be no.
5        Q. Are you aware of any literature showing that
6    Roundup has a mutation signature in patients with
7    non-Hodgkin's lymphoma?
8        A. I'm not aware of that literature.
9            (Schneider Exhibit 9 was marked for
10   identification.)
11   BY MS. ROSS:
12       Q. I'm going to hand you Exhibit 9 to your
13   deposition. Exhibit 9 comes from SEER, S-E-E-R. Do
14   you see that?
15       A. I do.
16       Q. Are you familiar with the SEER program?
17       A. I am.
18       Q. What is it?
19       A. They look at incidence and survivability of
20   different cancers.
21       Q. Specifically, so SEER is the Surveillance
22   Epidemiology and End Results program from the
23   National Cancer Institute, right?
24       A. That's what SEER stands for, correct?
25       Q. SEER is part of the NIH, right?

29 (Pages 110 to 113)

Andrew M. Schneider, M.D.

Page 114

1    A.  I don't know.
2    Q.  Do you see that it says NIH in the upper
3  left corner?
4    A.  Where?
5    Q.  Right next to National Cancer Institute
6  there's --
7    A.  Oh, yeah.
8    Q.  -- a little NIH.
9    A.  Yes, of course.
10    Q.  SEER collects statistics on various cancers
11  in the United States, correct?
12    A.  Yes.
13    Q.  Do you rely on SEER statistics in your
14  clinical practice?
15    A.  So the way I use SEER data is that I use the
16  AJCC cancer staging manuals, and in those staging
17  manuals they usually present survival data which
18  often, but not always, is relevant to SEER data.
19    Q.  SEER collects information not just on how
20  often cancers occur, but also how survivable those
21  cancers are, right?
22    A.  Correct.
23    Q.  Exhibit 9 is the SEER Cancer Facts for
24  non-Hodgkin's lymphoma as of 2022, correct?
25    A.  Yes.

Page 115

1    Q.  In 2022 it's estimated that 80,470 people
2  will be diagnosed with NHL, right?
3    A.  That's what it says.
4    Q.  If you'll turn with me to Page 2, do you see
5  there's a section titled Lifetime Risk of Developing
6  Cancer?
7    A.  Yes.
8    Q.  Approximately 2.1 percent of men and women
9  will be diagnosed with non-Hodgkin's lymphoma at
10  some point during their lifetime based on 2017 to
11  2019 data, right?
12    A.  Yes.
13    Q.  That's about two people out of every 100,
14  two percent, right?
15    A.  Yes.
16    Q.  About one out of every 50 people will be
17  diagnosed with non-Hodgkin's lymphoma, true?
18    A.  True.
19    MR. HABERMAN:  Objection.
20    Q.  Do you see there's a section that starts at
21  the bottom of Page 3 titled How Common is This
22  Cancer?
23    A.  Yes.
24    Q.  Compared to other cancers, non-Hodgkin's
25  lymphoma is fairly common, correct?

Page 116

1    MR. HABERMAN:  Objection; the document
2  speaks for itself.
3    A.  That's what it says.
4    Q.  Do you have any reason to disagree with
5  that?
6    A.  Well, it depends.  I mean, non-Hodgkin's, as
7  we discussed, is a broad category of diseases,
8  right?  So we talked about CLL, so, I mean, if you
9  include probably CLL, it's probably very common.
10    Q.  I'm going to break that down just a little
11  bit.  All right?
12    A.  Sure.
13    Q.  Non-Hodgkin's lymphoma is a broad category
14  of different diseases, correct?
15    A.  Yes.
16    Q.  CLL is one of those diseases, right?
17    A.  Yes.
18    Q.  DLBCL is another of those diseases, correct?
19    A.  Yes.
20    Q.  If you include all types of NHL together, it
21  is relatively common, right?
22    A.  Yes.
23    Q.  But to be fair, in looking at a specific
24  cancer, it would be a good idea to look at the data
25  for that individual cancer; is that right?

Page 117

1    A.  True.
2    Q.  Do you see a section that says -- that
3  begins:  Changes over time?
4    A.  What page?
5    Q.  Page 6.
6    A.  Where?
7    Q.  Page 6 of 9.
8    A.  Sorry, I'm on Page 6.  Okay.
9    Q.  Okay.  Age-adjusted rates for new
10  non-Hodgkin's lymphoma cases have been falling,
11  according to SEER, on average one percent each year
12  over 2010 to 2019, correct?
13    A.  That's what it says.
14    Q.  You have no reason to disagree with those
15  statistics, right?
16    A.  True.
17    Q.  There's a figure on the following page that
18  gives new cases and then also deaths and five-year
19  relative survival.  Do you see that?
20    A.  Yes.
21    Q.  This figure in the SEER data for
22  non-Hodgkin's lymphoma gives the rate of new cases
23  in light green, correct?
24    A.  Yes.
25    Q.  There's a rate per 100,000 persons that's

Andrew M. Schneider, M.D.

Page 118

1  given, right?
2     A.  Yes.
3     Q.  The year starts at 1975 and goes up through
4  2019.  Do you see that?
5     A.  I do.
6     Q.  Rates of NHL increased from about 1975 to
7  the early 1990s, right?
8     A.  Yes.
9     Q.  New NHL cases remained flat from about 1995
10  to 2010, correct?
11     A.  Relatively.
12     Q.  New NHL cases began to decline around 2010,
13  right?
14     A.  Looks almost flat, but it's a little
15  down-sloping, so, yes.
16     Q.  And you have no reason to disagree with the
17  figures from the National Cancer Institute on this,
18  right?
19     A.  Only in the interpretation of whether it's
20  really different.
21     Q.  So when NCI says age-adjusted rates for NHL
22  have been falling, on average, one percent each year
23  from 2010 to 2019, I take it you're not quibbling
24  with those numbers.  You're just stating it may be
25  close to flat --

Page 119

1     A.  Well, I guess --
2     Q.  -- as opposed to a decline?
3     A.  -- I could quibble whether one percent is
4  meaningful or not.
5     Q.  Okay.  Are you aware that glyphosate use in
6  the United States increased dramatically at the same
7  time NHL rates were plateauing?
8        MR. HABERMAN:  Objection.
9     A.  So glycophate [sic] use did increase in the
10  years -- I think 2000, yes.
11     Q.  Glyphosate use increased starting in the mid
12  1990s, right?
13     A.  Yes.
14     Q.  Glyphosate use has continued to increase
15  since the mid 1990s, correct?
16     A.  Yes.
17     Q.  What is your explanation for why, at the
18  same time glyphosate use in the US increased
19  dramatically, NHL rates were plateauing and have
20  continued to fall?
21     A.  There may be a latency period.  It may take
22  time to develop the lymphoma.
23     Q.  Any other explanation you have as to why, at
24  the same time glyphosate use in the US increased
25  dramatically, NHL rates were falling?

Page 120

1     A.  Well, as we talked before, as you said, you
2  know, if the latency is 20 to 30 years, and if we're
3  saying that it starts increasing in 1995, it's going
4  to take till about 2025 to see that increase in
5  lymphoma.  So we may see that spike as time goes on.
6     Q.  And you haven't seen anything to date that
7  shows an increase in NHL concomitant with the
8  increase in glyphosate use, correct?
9     A.  So this curves stops at 2019.  I don't have
10  the last three years of data.
11     Q.  And I'm correct that you have not seen those
12  data, sitting here, right?
13     A.  Correct.  Maybe the data doesn't exist.  I
14  don't know.
15     Q.  Right.  Since this is the SEER database from
16  2022, is there anywhere else that you would look to
17  see data since 2019 for NHL rates?
18     A.  No.  But, again, I think I've answered your
19  question.  This may be a fact of evidence not long
20  enough to see the increase in lymphoma.
21     Q.  Is it your opinion, then, that the average
22  latency is 20 to 30 years?
23     A.  I --
24        MR. HABERMAN:  Objection.
25     A.  -- think we talked about this before, and I

Page 121

1  gave you the number of --
2     Q.  15 to 20 is what you said.
3     A.  -- 15 to 20, right.  But I think -- I think
4  the answer is -- and we can't be so dogmatic in the
5  actual number.  The qualitative answer is that
6  there's a latency, and we just may not have seen the
7  increase yet.
8     Q.  Okay.  So your explanation for why there's
9  not an increase in NHL cases at the same time
10  there's an increase in glyphosate use is that the
11  latency may not be long enough, right?
12     A.  Yes.
13     Q.  You've referenced IARC for your opinions in
14  this case, right?
15     A.  Yes.
16     Q.  Besides glyphosate, what other IARC have you
17  reviewed?
18     A.  None.
19     Q.  Does IARC have any relevance to your
20  clinical practice?
21     A.  No.
22        MR. HABERMAN:  Objection.
23     Q.  Do you make a point of following the various
24  substances IARC has evaluated for carcinogenic
25  potential?

Andrew M. Schneider, M.D.

Page 122

1      A.  No.  As a clinician, as opposed to my legal
2  work, I'm here to treat the patient, get them
3  better.  It doesn't matter how they got to where
4  they are.  Only when I'm doing medicolegal work and
5  asked a specific question do I do research on that
6  topic.
7      Q.  Have you, before your opinions in this case,
8  offered an opinion in litigation based on an IARC
9  assessment?
10      A.  No.
11      Q.  For example, IARC has assessed working the
12  night shift as a probable human carcinogen.  Are you
13  aware of that?
14      A.  No.
15      Q.  Do you agree that working the night shift is
16  a probable human carcinogen?
17      A.  I have no independent opinion.
18      Q.  Have you ever diagnosed someone's cancer as
19  being caused by working the night shift?
20      A.  So I don't diagnose cancer.  They come to me
21  with a pathology report saying they have cancer, and
22  I treat them.
23      Q.  Let me ask a better question then.  Okay?
24      A.  Sure.
25      Q.  In your clinical practice, have you ever

Page 123

1  come to a conclusion that someone's cancer was
2  caused by working the night shift?
3      A.  No.
4      Q.  Have you ever evaluated whether, in this
5  case, working the night shift contributed to any
6  plaintiff's non-Hodgkin's lymphoma?
7      A.  Right.  From the literature that I've seen,
8  there's no strong association between working the
9  night shift and getting lymphoma.  In addition, I
10  believe Mr. Pleu -- I have to look at my notes, but
11  one of the plaintiffs got -- allegation is that he
12  got -- used Roundup in his personal life, nothing to
13  do with his job.  I'd have to review that but, no, I
14  don't think working the night shift is an
15  etiological factor for either plaintiff in
16  getting lymphoma.
17      Q.  What -- what -- we're going to -- withdrawn.
18      So at a break, Dr. Schneider, I'm going to
19  ask you to identify what materials on your reliance
20  list you reviewed that relate to whether or not
21  working the night shift is a risk factor --
22      A.  So --
23      Q.  -- for lymphoma.
24      A.  -- without going through each one, I won't
25  be able to tell you that.  I don't have it

Page 124

1  memorized.
2      Q.  Is there any paper that you can point me to
3  that's actually listed on your reliance list that
4  discusses working the night shift as a risk factor
5  for lymphoma?
6      A.  I don't recall seeing that, so maybe you can
7  show me where you've seen that.  That's not
8  something I'm aware of.
9      Q.  I'm sorry.  I thought you said that you
10  reviewed the literature to see whether working the
11  night shift was associated with lymphoma.
12      A.  So I think you misinterpreted.  What I said
13  is I reviewed the -- sorry.  I reviewed the
14  literature and didn't see that as a risk factor, so
15  it was absent.  So if you want to show me something
16  where it is a risk factor, I can look at that.  But
17  I don't remember reading -- we looked at working the
18  night shift as a risk factor for NHL, and we decided
19  it is or it isn't a risk factor.
20      Q.  So I think we're clear, but I want to just
21  make sure that we have the same understanding.  Is
22  that all right?
23      A.  Sure.
24      Q.  Okay.  In your review of the literature, you
25  did not see articles finding an association between

Page 125

1  working the night shift and the development of
2  non-Hodgkin's lymphoma, right?
3      A.  I don't recall that.  So, you know, again, I
4  reviewed a lot of literature, and I could have
5  missed it.  So if you want to show that to me, I can
6  look at it, see if I've seen it before, and comment.
7  But I don't have independent recollection of seeing
8  that before.
9      Q.  I think we both have a tendency to speak a
10  little bit quickly, so probably it would make
11  Susan's life easier if we try to slow down a bit.
12  Is that fair?
13      A.  Sure.
14      Q.  IARC's assessment of Roundup did not
15  identify a threshold dose for Roundup for the
16  substance to be carcinogenic, correct?
17      A.  True.
18      Q.  That's just a function of how IARC works,
19  right?
20      A.  I don't know how IARC works.
21      Q.  You don't know whether IARC performs a
22  hazard assessment or a risk assessment?
23      A.  I'm not an epidemiologist or a statistician,
24  so I can't tell you the statistical methods they use
25  without looking at the article again and reading the

32  (Pages 122 to 125)

Andrew M. Schneider, M.D.

Page 126

1   methods.
2        Q.  Do you know what the difference is between a
3   hazard assessment and a risk assessment?
4        A.  I know both, I think, look at the increased
5   risk -- take one as the -- as the baseline, and then
6   if there's an increased number above one, is the
7   risk -- is the agent an etiological factoring in
8   getting the disease.  I don't know the specific
9   difference between a relative risk and a -- and a
10  hazards ratio.
11       Q.  I think I might be able to help clarify
12  something.  Okay?
13       A.  Sure.
14       Q.  So I'll ask you a specific question.
15       A.  Sure.
16       Q.  A risk assessment, as conducted by a
17  regulatory or scientific agency, looks at whether an
18  exposure poses a risk to human health at levels to
19  which people are actually exposed, correct?
20       A.  Yes.
21       Q.  A hazard assessment looks at a different
22  question, which is, is it theoretically possible
23  that a substance could cause cancer, correct?
24       A.  So I don't have enough information.
25       Q.  IARC's evaluations are whether a compound

Page 127

1   has the potential to be carcinogenic at some dose,
2   correct?
3        MR. HABERMAN:  Objection.
4        A.  Yes.
5        Q.  IARC does not examine real world human
6   exposures, right?
7        MR. HABERMAN:  Objection.
8        A.  Without looking at the articles, I don't
9   know the specifics of what IARC does.  And I've only
10  read that one IARC monograph talking about
11  glyphosate.  So if you want to show me it, I can
12  answer your questions, but I don't have independent
13  knowledge of this topic.
14       Q.  Sitting here today, the specifics of IARC's
15  process for reaching an evaluation are outside of
16  your expertise, fair?
17       MR. HABERMAN:  Objection.
18       A.  Correct.  I'm -- I'm not a statistician or
19  an epidemiologist, so I can't comment on whether
20  their methodology was flawed or not.
21       Q.  You're offering opinions in this case about
22  what causes non-Hodgkin's lymphoma, right?
23       A.  Yes.
24       Q.  How do you define a cause of lymphoma?
25       A.  Etiologic agent.

Page 128

1        Q.  What does etiologic agent mean?
2        A.  That means the agent is a known risk factor
3   or there's data to support that this agent or --
4   agent can cause lymphoma.
5        Q.  You gave me some examples earlier of
6   immunosuppression, certain autoimmune diseases as
7   examples of etiologic agents in lymphoma, correct?
8        A.  Correct.
9        Q.  Are cause and risk factor the same to you?
10       MR. HABERMAN:  Objection.
11       A.  I mean, I'm sure there may be some nuance to
12  it, but a risk factor is something that predisposes
13  you to getting the cancer, and cause may be
14  multifactorial, so there may be more than one cause,
15  so...
16       Q.  And I just wanted to be clear on how you're
17  using the term, since everybody uses these a little
18  bit differently.  Okay?
19       A.  Sure.  Sure.
20       Q.  A risk factor, in your view, is something
21  that predisposes you to getting a cancer, correct?
22       A.  Yes.
23       Q.  A cause may be a little bit different in
24  that there may be more than one cause for an
25  individual cancer, right?

Page 129

1        A.  Yes.
2        Q.  Do you agree that for most cases of
3   non-Hodgkin's lymphoma the cause is unknown?
4        MR. HABERMAN:  Objection.
5        A.  I don't know.
6        Q.  In your clinical practice, because you're a
7   treating oncologist, you do not typically evaluate
8   the cause of an individual person's lymphoma, right?
9        A.  Correct.
10       Q.  I take it you have no opinions, sitting here
11  today, whether, in your clinical practice, the cause
12  of most patients' lymphoma is unknown; is that
13  right?
14       A.  It's probably unknown to me, but doesn't
15  mean it's unknown.
16       Q.  Do you have an opinion one way or the other
17  as to whether the cause of lymphoma is unknown for
18  most of the patients you see in your clinical
19  practice?
20       A.  Well, again, it depends on the individual
21  patient.  So if the individual patient has a history
22  of rheumatoid arthritis, is on one of those
23  medications that suppressed the immune system, or if
24  they've been on steroids for a long, long time, or
25  they're a post-transplant, lymphoproliferative

33 (Pages 126 to 129)

Andrew M. Schneider, M.D.

Page 130

1  disorder, they've been on chronic immunosuppression,
2  or they've been exposed to Roundup, those patients,
3  I have a good idea what the etiologic agent is.
4  Others, I don't.
5      Q.  What percentage of your patient population
6  fall into the category where you can identify a
7  known cause for their lymphoma?
8      A.  You want me to wildly speculate again?
9      Q.  Give me your best estimate, sitting here
10  today.
11      A.  Which would be wildly speculating for the
12  record.
13      Q.  Sure.
14      A.  Sure.  I'd say 15 percent I might know the
15  etiology.
16      Q.  That's different than, for example, lung
17  cancer or mesothelioma, correct?
18      A.  Depends.  I mean, we know that some patients
19  who are nonsmokers get lung cancer.  Mesothelioma is
20  a different issue.  But, you know, lung cancer, as
21  you, I'm sure, well know, I mean, smoking is a
22  strong etiologic risk factor, but not everybody who
23  gets lung cancer is a smoker.
24      Q.  Not everybody who gets lung cancer is a
25  smoker, but a large portion of lung cancers are due

Page 131

1  to smoking; is that fair?
2      A.  Yes.
3      Q.  Unknown, in terms of cause of cancer, means
4  that there's not environmental or hereditary factor
5  that we can point to as causing that cancer, true?
6      A.  No.  It just means we don't know.
7      Q.  How is that different from what I said?
8      A.  There may be an environmental or hereditary
9  factor that we just haven't identified yet, or
10  studies are ongoing.  Doesn't mean that -- it means
11  we don't know yet, but we don't know that it's not.
12      Q.  Okay.  Unknown means there's not an
13  environmental or hereditary factor that we can point
14  to today as causing that cancer, correct?
15      MR. HABERMAN:  Objection.
16      A.  It means that the evidence is still out, and
17  we don't know the ultimate answer till all the
18  evidence that's in.
19      Q.  Are there any risk factors for lymphoma that
20  you're aware of that you haven't told us about so
21  far today?
22      A.  There might be, but I've -- from memory,
23  I've done my best to tell you what I remember.
24      Q.  And you mentioned that autoimmune disease is
25  a risk factor for lymphoma, correct?

Page 132

1      A.  Yes.
2      Q.  Autoimmune diseases includes rheumatoid
3  arthritis, right?
4      A.  Yes.
5      Q.  Systemic lupus is an autoimmune disease,
6  right?
7      A.  Yes.
8      Q.  Hashimoto's thyroiditis is an autoimmune
9  disease, right?
10      A.  Yes.
11      Q.  Hashimoto's is the most common cause of
12  hypothyroidism in the United States, correct?
13      A.  So I'm not a board certified
14  endocrinologist, but if you tell me that's true,
15  I'll believe you.
16      Q.  Do you have an example of something that is
17  a risk factor for lymphoma, but you don't consider
18  it to be a cause?
19      A.  Nothing comes to mind.  I'm not sure what
20  you mean.
21      Q.  The reason glyphosate is a risk factor for
22  Mr. Moore, in your opinion, is because he fits into
23  a group in epidemiologic studies that found an
24  association between Roundup and non-Hodgkin's
25  lymphoma, true?

Page 133

1      A.  True.
2      Q.  The same is true for Mr. Pleu, right?
3      A.  True.
4      Q.  The reason that glyphosate is a risk factor
5  is because he fits into a group in an epidemiologic
6  study that found an association between Roundup and
7  NHL, correct?
8      A.  The answer is that there's a huge body of
9  literature that states that exposure to Roundup
10  causes NHL.
11      Q.  Certainly it is true for glyphosate that
12  there are some data showing no increased risk,
13  right?
14      A.  Correct.
15      Q.  In your view, a risk factor is something
16  that has been associated with an increased risk
17  based on some epidemiologic data even if there are
18  other epidemiologic data going the other way,
19  correct?
20      A.  The question was too long.  I'm sorry.
21  You're going to have to do it slower and break it
22  up.
23      Q.  Sure.  In your view, a risk factor is
24  something that has been associated with non-Hodgkin's
25  lymphoma?

Andrew M. Schneider, M.D.

Page 134

1    A.  Yes.
2    Q.  Even if there is other epidemiologic data
3  showing no increased risk, correct?
4    A.  I think the way I'd answer that question is,
5  it's my job, as someone who's been trained to read
6  articles like this for 33 years, to go through the
7  studies, talk about what studies are positive, what
8  are negative, and then talk about the flaws of each
9  study, look at the meta-analysis, and then reach an
10  opinion.
11    Q.  As someone who has been trained to read
12  articles like this for 33 years, how do you
13  determine whether or not a risk factor is causal?
14    A.  By looking at the individual articles, by
15  looking at the meta-analysis, looking at the
16  relative risks, looking at whether they're
17  statistically significant, and then coming up with
18  an opinion.
19    THE VIDEOGRAPHER:  Can I change tapes very
20  quickly?
21    MS. ROSS:  Going off the record.
22    THE VIDEOGRAPHER:  Okay.  Off the record at
23  1:25 p.m.
24    (Recess from 1:25 p.m. until 1:27 p.m.)
25    THE VIDEOGRAPHER:  This begins Media Unit

Page 135

1  Number 2.  We're back on the record at 1:27 p.m.
2  BY MS. ROSS:
3    Q.  Dr. Schneider, I think I understood your
4  last answer as to how you determine whether an
5  association in the literature is causal or not, and
6  I just want to make sure that I'm clear on this.
7  Okay?
8    A.  Sure.
9    Q.  We can agree not all associations are
10  causal, right?
11    MR. HABERMAN:  Objection.
12    A.  So I don't know what you mean by that.
13  Like, if they're -- if someone doesn't show an
14  increased relative risk that is significant, we can
15  decide whether that's due to an error or low numbers
16  of patients or no good power to find that.  If there
17  is an association, we can look at the article or the
18  data and decide whether it's a fair association or
19  not.
20    Q.  What do you mean by "a fair association or
21  not"?
22    A.  Maybe they did some statistical mistakes or
23  they only had two patients, you know.  We can look
24  at the data together and try to reach an opinion
25  about whether the data is meaningful or not, and is

Page 136

1  this -- you know, is it published in peer-reviewed
2  literature?  Has it been looked at by someone else
3  besides me?  Those kind of things.
4    Q.  Sometimes there may be an association
5  reported in the literature that's just based on too
6  few patients to be able to say anything, correct?
7    A.  Well, they'll make that opinion, but it's up
8  to the reader to decide whether it's a valid
9  association or not.  I mean --
10    Q.  Sometimes there are association reported in
11  the literature that may not be meaningful, I think
12  you said, for some reason, right?
13    A.  I think the answer is that you have to look
14  at the individual study, look at the meta-analysis,
15  and critique it.
16    Q.  Are you familiar with the Bradford Hill
17  criteria?
18    A.  So I've heard that term.  I can't tell you
19  off the top of my head what it is, but if you
20  refresh my memory, I do know I've heard of it.
21    Q.  You can't list the Bradford Hill criteria,
22  sitting here today, correct?
23    A.  I'm not a -- I'm a clinical oncologist, so I
24  don't memorize the Bradford Hill criteria.
25    Q.  You did not perform a Bradford Hill analysis

Page 137

1  in this case?
2    A.  Can you tell me what a Bradford Hill is?
3  Then I can tell you if I did it.
4    Q.  No.
5    A.  Okay.
6    Q.  I'm asking you here -- so we'll start by --
7  you just told me you can't list the Bradford Hill
8  criteria, right?
9    A.  Correct.
10    Q.  If the Bradford Hill criteria include a
11  variety of factors one might look at, you don't know
12  what those factors are, sitting here today, right?
13    A.  Correct.  I don't know --
14    Q.  So --
15    A.  I don't know what the Bradford Hill criteria
16  are.  It doesn't mean I didn't use the Bradford Hill
17  criteria in assessing my opinions because I don't
18  know what the Bradford Hill criteria are.
19    Q.  You did not perform a Bradford Hill analysis
20  in this case using those criteria because you don't
21  know what they are, correct?
22    A.  I can't answer that question because I might
23  have done it, but -- and just not know that they're
24  the Bradford Hill criteria.  So if you want to tell
25  me or show me or give me a chance to see if I did

Andrew M. Schneider, M.D.

1    it, I'll be happy to look at that, but I can't
2    answer the question because I don't know what the
3    Bradford Hill criteria are.
4        Q.   There's a document on your reliance list
5    entitled Hill, A.B., 1965, The Environment and
6    Disease Association or Causation.  Did you review
7    that document?
8        A.   I don't think I did.
9        Q.   You're aware that an association means two
10   things tend to occur together, right?
11       A.   Yes.
12       Q.   A statistical association can be confounded
13   by other factors, right?
14       A.   Correct.
15       Q.   A confounder is some other variable that may
16   or may not also cause a particular problem, right?
17       A.   True.
18       Q.   You must consider and analyze whether any
19   statistical association is confounded before
20   considering a causal relationship, right?
21           MR. HABERMAN:  Objection.
22       A.   Yes.
23       Q.   For example, it is true that ice cream
24   consumption and drowning are correlated.  Did you
25   know that?

1        A.   I didn't know that.  Why?
2        Q.   Hot weather might confound the relationship
3    between ice cream and drowning, right?
4        A.   Well, just to be fair, I have no idea what
5    you're talking about.  I don't know anything about
6    ice cream and drowning, so --
7        Q.   Do you have any example of confounding that
8    you like to use when you're explaining it to peers
9    or to a jury?
10       A.   So as I've already discussed, this is my
11   first Roundup case.  I've never explained it to a
12   jury.  I'll give you -- an example that I can come
13   up with here is, you know, a patient was exposed to
14   Roundup, but maybe he was exposed to other
15   pesticides or herbicides.  And, you know, how do we
16   distinguish whether his lymphoma is from the
17   glyphosate or another pesticide or maybe both?  So
18   that maybe is an example.
19       Q.   Thank you.  So I'm going to break that down
20   a little bit.  All right?
21       A.   Sure.
22       Q.   A confounder is something that muddies the
23   relationship between what you're interested in
24   studying and the outcome, right?
25       A.   Yes.

1            MR. HABERMAN:  Objection.
2        Q.   In the case of Roundup, exposure to other
3    pesticides might muddy or cloud the relationship
4    between Roundup exposure and the outcome of
5    interest, such as non-Hodgkin's lymphoma, true?
6        A.   True.
7        Q.   The way to address that would be to control
8    for confounding by other pesticides in analyses of
9    Roundup and non-Hodgkin's lymphoma, right?
10       A.   So you see in the articles that
11   statisticians are able to do that.  Again, it's not
12   something that I'm an expert on.  But you'll see the
13   relative risks for glyphosate, and then you will see
14   it just alone, and they'll take out other things and
15   see whether they're still significant.
16       Q.   You're not an expert in conducting those
17   controlled analyses, correct?
18       A.   Nor am I expert in the statistical method
19   for doing it.
20       Q.   You are not an expert in biostatistics,
21   true?
22       A.   No.
23       Q.   You rely on published data to look at
24   whether a relationship of interest between Roundup
25   and non-Hodgkin's lymphoma was actually controlled

1    for other pesticides, right?
2        A.   Correct.
3        Q.   You do have expertise in reviewing the
4    published literature, correct?
5        A.   Yes.
6        Q.   You are aware that risk estimates that are
7    adjusted for other pesticides are more reliable,
8    true?
9        A.   I think so.
10       Q.   Do you recall ever hearing -- well,
11   withdrawn.
12           Have you ever heard anyone refer to
13   different pillars of scientific evidence?
14       A.   What do you mean by "pillars"?  I mean, I
15   might have.  I just don't know what you mean by
16   "pillars."  Can you explain it?
17       Q.   So it's not my term.
18       A.   Okay.
19       Q.   I'll start there.  Okay?
20       A.   It's not your term.  What does that mean?
21   Oh, it's not your term.
22       Q.   It's not my term?
23       A.   Can you define the term for me so I
24   understand --
25       Q.   Sure.

Andrew M. Schneider, M.D.

| Page 142 | Page 144 |
|---|---|

**Page 142**

1    A. -- what you're talking about?
2    Q. New question, so we're not talking over each
3 other.
4       Some folks in this litigation have referred
5 to epidemiology, animal studies, and cell studies as
6 different pillars of evidence. I take it you do not
7 think about things in terms of those pillars of
8 evidence. Is that right?
9    A. No. I mean, I've been asked to look at
10 those things, so I do what I did in this particular
11 litigation.
12    Q. Do you consider Roundup to be a known cause
13 of non-Hodgkin's lymphoma?
14    A. Yes.
15    Q. What, to your mind, is the best data
16 establishing that Roundup is a known cause of NHL?
17    A. That's going to be a long --
18       MR. HABERMAN: Objection.
19    A. -- a long answer. I mean, that's going to
20 be going through the articles and looking at the
21 relative risks and critiquing the studies.
22    Q. Okay. So to your mind, the body of
23 epidemiologic literature you reviewed establishes
24 that Roundup is a known cause of non-Hodgkin's
25 lymphoma; is that right?

**Page 143**

1    A. Yes.
2    Q. What other chemicals are known to cause NHL,
3 to your knowledge?
4    A. Right. So since my only task in this case
5 was to look at glyphosate, I didn't look. I know we
6 talked about the other pesticide that you mentioned
7 starting with a P in the IARC manual. But I didn't
8 go there for this deposition because that wasn't my
9 task.
10    Q. You -- am I correct that you cannot name a
11 single other chemical that is known to cause
12 lymphoma?
13    A. I could if you give me time to look.
14    Q. Okay. And, Dr. Schneider, what are you
15 looking at on your phone, for the record?
16    A. I was going to go back to those articles
17 that he sent me, and I think it's there.
18    Q. The articles that counsel sent you?
19    A. The stuff that's on, I think, either 2 or 3
20 or both, yes.
21    Q. Okay. So you are looking for articles that
22 counsel sent you for your reliance list --
23    A. Yes.
24    Q. -- on what other chemical exposures are --
25    A. Well, again --

**Page 144**

1    Q. -- associated with NHL?
2    A. -- I remember seeing them, but I didn't pay
3 attention to them because that wasn't my task today,
4 nor with any of these -- both plaintiffs only were
5 exposed to Roundup glyphosate and nothing else.
6    Q. You are not an expert on chemical causes of
7 non-Hodgkin's lymphoma, right?
8       MR. HABERMAN: Objection.
9    A. I can tell you what -- I can look it up and
10 tell you what other chemicals are -- you know, I've
11 done it. But I wasn't prepared today to discuss
12 whether a certain chemical is an etiologic risk
13 factor for lymphoma because there's no allegation in
14 this case that anything other than glyphosate was
15 what they were exposed to.
16    Q. As an oncologist, have you encountered other
17 chemicals as risk factors for non-Hodgkin's
18 lymphoma, or no?
19    A. I think there are. I just would have to
20 look it up. If you want to -- me to do that, I'm
21 happy to do it. Just give me a few minutes.
22    Q. So let's come back to this.
23    A. Okay. Sure.
24    Q. I take it if I asked you what pesticides
25 other than glyphosate are associated with an

**Page 145**

1 increased risk of non-Hodgkin's lymphoma, you would
2 need to look that information up, right?
3    A. Right.
4    Q. Sitting here today, you don't have an
5 independent recollection of what pesticides other
6 than glyphosate increase the risk of NHL, right?
7    A. Since both patients only had exposure to
8 glyphosate, correct.
9    Q. And you are not saying that Roundup is the
10 only pesticide that causes NHL, right?
11    A. Correct.
12    Q. For other pesticides that cause NHL, I take
13 it you don't know what the mechanism is by which
14 they cause cancer, right?
15    A. So I specifically asked what my function was
16 today, and I was told that I would not be commenting
17 on any other herbicide, pesticide, other than
18 glyphosate.
19    Q. You were not asked, nor did you prepare, to
20 evaluate the literature on whether other pesticide
21 exposures increase the risk of NHL, right?
22    A. Correct, because both the plaintiffs in this
23 case were not exposed to anything other than
24 glyphosate, so there was no need to.
25    Q. Now, you mentioned the best way to identify

37 (Pages 142 to 145)

Andrew M. Schneider, M.D.

Page 146

1  other pesticides that increase the risk of NHL would
2  be to look at the literature that you reviewed,
3  right?
4      A.  Just as I did for glycosate -- glyphosate.
5          (Schneider Exhibit 10 was marked for
6  identification.)
7  BY MS. ROSS:
8      Q.  Exhibit 10 to your deposition is an article
9  that you reviewed entitled Carcinogenicity of
10  tetrachlorvinphos, parathion, malathion, diazinon,
11  and glyphosate.
12      A.  Right.  So --
13      Q.  Do you see that?
14      A.  I do, and if you would have given me time, I
15  would have found it and have been able to read all
16  those names.
17      Q.  I'm helping in this regard.
18      A.  Appreciate it.  Thank you.
19      Q.  New question.
20      A.  Yes.
21      Q.  Do you see on the first page of this, there
22  are several different pesticides listed?
23      A.  I do.
24      Q.  One of those pesticides is malathion, right?
25      A.  Yes.

Page 147

1      Q.  IARC, in their assessment, states:  The
2  insecticides malathion and diazinon were classified
3  as probably carcinogenic to humans.
4      Do you see that?
5      MR. HABERMAN:  Where are you reading?
6      A.  Where are you reading?
7      Q.  Right column on the first page, very first
8  sentence.
9      A.  Right column?
10      Q.  Yes.
11      A.  All the way to the right?  Okay.  I see,
12  yes.
13      Q.  Do you agree with IARC's assessment of
14  malathion?
15      A.  So since we already discussed I wasn't asked
16  to have any opinion about anything other than
17  whether -- wish it was easy to say -- glyphosate
18  was -- is an etiologic risk factor for NHL, I didn't
19  look at this issue because I wasn't asked to look at
20  this issue.
21      Q.  This is one of the articles that you relied
22  on, right?
23      A.  I've seen this article and said, okay, I
24  don't really need to know much about this because it
25  doesn't answer the question about glyphosate.

Page 148

1  Glyphosate here, it does, but I didn't look at the
2  other ones besides glyphosate.
3      Q.  You took this two-page article, and you
4  looked specifically at the information about
5  glyphosate and not at the information for any of the
6  other pesticides listed there, correct?
7      MR. HABERMAN:
8  Objection; mischaracterizes --
9      A.  That's correct.
10      MR. HABERMAN:  -- testimony.
11      A.  I mean, to a degree, that's correct.  I
12  mean, the other stuff wasn't relevant to my task
13  today.
14      Q.  You do not have an opinion on whether
15  malathion is probably carcinogenic to humans, right?
16      A.  Not an expert opinion.
17      Q.  Do you have any opinion?
18      A.  I mean, I've heard it is, but I haven't
19  reviewed the literature to have an expert opinion.
20      Q.  Malathion has been associated with
21  non-Hodgkin's lymphoma, correct?
22      A.  I believe so.
23      Q.  In mice, malathion increased hepatocellular
24  adenoma or carcinoma, correct?
25      A.  Again, I don't know this information.  I

Page 149

1  can -- we could read it together and...
2      Q.  Sure.  Let's do it this way.  New question.
3      IARC states that in mice, malathion
4  increased hepatocellular adenoma or carcinoma
5  combined, correct?
6      A.  If that's what it says.  I don't know where
7  you're reading.
8      Q.  Right column.
9      A.  Okay.
10      Q.  About halfway down.
11      A.  I see it.  In mice, malathion increased
12  hepatocellular adenoma or carcinoma combined.
13  That's what it says, yes.
14      Q.  That's true, right?
15      A.  I don't know.
16      Q.  What does the next sentence say?
17      A.  In rats, it increased thyroid carcinoma in
18  males, hepatocellular adenoma or carcinoma combined
19  in females, and mammary gland adenocarcinoma after
20  subcutaneous injection in females.
21      Q.  You have no opinion on whether that is
22  correct or incorrect, sitting here today, right?
23      A.  Right.
24      Q.  A little further down, this states:
25  Malathion induced DNA and chromosomal damage in

38 (Pages 146 to 149)

Andrew M. Schneider, M.D.

| Page 150 | Page 152 |
|---|---|

**Page 150**

1    humans corroborated by studies in animals and
2    in vitro.
3        Do you see that?
4    A.  I do.
5    Q.  You have no opinion as to whether or not
6    that's correct, right?
7    A.  I haven't researched malathion, so, no.
8    Q.  There's a section on Page 2 of this article
9    that discusses diazinon.  It's the left column.  Do
10   you see the sentence beginning:  In rodents,
11   diazinon increased?
12   A.  I've got to look for it.  How far down the
13   page?
14   Q.  Correct.
15   A.  How far down the page?
16   Q.  I'm sorry.  I thought you said halfway down
17   the page.
18   A.  Oh, halfway.  I see it, yes.
19   Q.  Can you read that sentence, please?
20   A.  Sure.  In rodents, diazinon increased
21   hepatocellular carcinoma in mice and leukemia or
22   lymphoma combined in rats, but only in males
23   receiving a low dose in each study.
24   Q.  The next sentence states:  Diazinon induced
25   DNA or chromosomal damage in rodents and in human

**Page 151**

1    and mammalian cells in vitro, right?
2    A.  That's what it says, yes.
3    Q.  You did not evaluate diazinon as that was
4    not part of your task here, correct?
5    A.  Correct.
6    Q.  You do not have an opinion on whether
7    diazinon causes non-Hodgkin's lymphoma, right?
8    A.  I have not researched that, correct.
9    Q.  You did not investigate that question, true?
10   A.  True.
11   Q.  IARC did classify diazinon as probably
12   carcinogenic to humans in the same monograph you
13   reviewed on glyphosate, right?
14   A.  I don't remember that.
15   Q.  Okay.  Did you review the entirety of the
16   IARC monograph on glyphosate?
17   A.  So it was very long, and my recollection was
18   I went to the studies, the meta-analysis they did,
19   and the clinical studies and looked at that.
20   Q.  About how long did you spend reading the
21   IARC monograph, do you think?
22   A.  I'm guessing -- as I -- as I told you, I
23   don't stopwatch these things -- 30 minutes.
24   Q.  Does 2,4-D cause non-Hodgkin's lymphoma?
25   A.  So, again, to be fair, that wasn't a task I

**Page 152**

1    was asked to look at, so I don't really know.
2    Q.  You did not investigate whether 2,4-D causes
3    NHL, right?
4    A.  Since neither of the patients here were
5    exposed to 2,4-D, I did not look at it, correct.
6    Q.  And you're not offering an opinion on that,
7    right?
8    A.  I wasn't asked to, correct.
9    Q.  Your answer would be the same for dicamba,
10   right?
11   A.  Right.
12   Q.  You're not offering as opinion on
13   whether dicamba causes non-Hodgkin's lymphoma?
14   A.  Correct.
15   Q.  You did not look at the literature on
16   dicamba and NHL, true?
17   A.  True.
18   Q.  You did not look at the literature on
19   MCPA --
20   A.  True.
21   Q.  -- and lymphoma?
22   A.  True.
23   Q.  You're not offering an opinion on whether
24   that causes lymphoma, correct?
25   A.  Correct.

**Page 153**

1    Q.  I take it you did not look at the literature
2    on paraquat and non-Hodgkin's lymphoma; is that
3    right?
4    A.  Well, to be fair, as I said before, I only
5    looked at glyphosate because that's what I was asked
6    to do.
7    Q.  Is paraquat toxic?
8    A.  I don't know independently without reviewing
9    the data on paraquat.
10   Q.  And you haven't reviewed any of the data on
11   paraquat to date, correct?
12   A.  No.  There was no reason to.
13   Q.  Do you agree that general toxicity is not
14   the same as causing non-Hodgkin's lymphoma?
15   A.  I don't know what you mean by general
16   toxicity.
17   Q.  So that might be a better question for a
18   toxicologist; is that fair?
19   A.  I can't answer the question the way you
20   asked it, so maybe.
21   Q.  You're aware that -- withdrawn.  New
22   question.
23       For chemicals that are marketed in the
24   United States, one has to consider how much eye
25   damage they'll cause or skin damage they'll cause if

Andrew M. Schneider, M.D.

Page 154

1    they touch the skin. But that's outside of your
2    expertise, right?
3        A.  Correct.
4            MR. HABERMAN:  Objection.
5        Q.  You don't have an opinion on whether general
6    toxicity such as irritation to eyes or skin is a
7    marker of whether something causes you to develop
8    non-Hodgkin's lymphoma, right?
9        A.  I know in the -- I've seen data that
10   suggests that skin exposure causes NHL.
11       Q.  Skin exposure to any chemical causes NHL?
12       A.  I'm only talking about glyphosate.
13       Q.  Okay.  And when you say you've seen data
14   that suggests that skin exposure causes NHL, what do
15   you mean?
16       A.  I'd have to go back and try to find it if
17   you want me to.
18       Q.  Are you talking about the epidemiologic
19   studies of glyphosate in non-Hodgkin's lymphoma, or
20   are you talking about something else when you say
21   that skin exposure to glyphosate causes NHL?
22       A.  My recollection was, I've been sent some --
23   either some internal memos or some literature to
24   suggest that.  But, again, I'd have to find it for
25   you.

Page 155

1        Q.  And in order to find it, you'd go back to an
2    e-mail from counsel that you have on your phone; is
3    that right?
4        A.  Right.
5            MR. HABERMAN:  Objection.
6            MS. ROSS:  So, Counsel, I'm going to need
7        whatever the list is of documents that
8        Dr. Schneider is reviewing on his phone in this
9        deposition.
10           THE WITNESS:  I think it's on reliance
11       number 3, isn't it?
12           MR. HABERMAN:  Yeah.  I don't have -- well,
13       we can deal with that after.  You have what he's
14       reviewed and relied on.
15           MS. ROSS:  Okay.
16       Q.  So, Dr. Schneider, then go to Exhibit 3 and
17   identify for me what the articles are that you say
18   show --
19       A.  Right.  So I have to spend some time doing
20   that.
21       Q.  Okay.  So we'll do that at a break, then.
22       A.  Okay.
23       Q.  You've mentioned that your task in this case
24   was to evaluate glyphosate and non-Hodgkin's
25   lymphoma risk, right?

Page 156

1        A.  Yes.
2        Q.  You agree that when studying the effects of
3    pesticides, it's important to try and isolate the
4    effects of one pesticide --
5        A.  Yes.
6        Q.  -- over another, correct?
7            MR. HABERMAN:  Objection.
8        Q.  Adjusting for other pesticides is a good
9    thing to do, right?
10       A.  Yes.
11           MR. HABERMAN:  Objection.
12       Q.  Do you know -- well, I take it since you did
13   not look at individual pesticides, you don't have an
14   independent opinion on which pesticides should be
15   adjusted for.  Is that fair?
16       A.  That's fair.
17       Q.  You would rely on the authors of various
18   epidemiologic studies to decide what pesticides to
19   adjust for in their analyses, correct?
20       A.  I would hope they'd adjust for every
21   pesticide they could.  So if you ask me a specific
22   question about glyphosate, then you look for the
23   relative risk excluding everything else.
24       Q.  Do you follow evidence-based medicine?
25       A.  Yes.

Page 157

1        Q.  Do you agree that there is a hierarchy of
2    reliability when it comes to scientific evidence?
3        A.  Can you be more specific in that question?
4        Q.  Sure.  Sometimes there's a visual depiction
5    of a pyramid of evidence in evidence-based medicine.
6    Are you familiar with that?
7        A.  I think I have some ideas of what you're
8    talking about, but I'd like to -- you to define it
9    for me so I can answer the question better.
10       Q.  Do you have a working definition of
11   evidence-based medicine?
12       A.  I do.
13       Q.  What is it?
14       A.  So as a clinical oncologist, I base my
15   treatment decisions based upon evidence-based
16   medicine.  So for me, that's peer-reviewed
17   literature, high quality journals, NCCN guidelines.
18       Q.  As a practicing oncologist, you look at the
19   peer-reviewed literature to determine what it means
20   to practice evidence-based medicine, right?
21       A.  I think I answered that question.  For me,
22   evidence-based medicine is what I told you.
23       Q.  And I think what you said is peer-reviewed
24   literature, high quality journals, and NCCN
25   guidelines; is that correct?

Andrew M. Schneider, M.D.

Page 158

1    A.  Yes.
2    Q.  Not everything that's published in the
3  peer-reviewed literature is considered equal in
4  terms of the level of evidence it provides, right?
5    A.  That's subject to interpretation.  That's
6  subject to the reader's opinion.
7    Q.  We heard from another expert for the
8  plaintiff in this case who's an epidemiologist who
9  teaches doctors and graduate studies to practice
10  evidence-based medicine.  Would you defer to him on
11  the hierarchy?
12    MR. HABERMAN:  Objection.
13    A.  I don't think so.  I mean, I've given you
14  what I -- what I think evidence-based medicine
15  means, and that's my opinion.  So for me,
16  evidence-based medicine would be that, you know, you
17  want -- there are certain studies, right?  So there
18  are -- there are prospective studies.  There are
19  randomized studies.  There are retrospective
20  studies.  There's inherit flaws in all these things,
21  you know.  But if something is published in the
22  literature, is it peer-reviewed, I have my opinions.
23    Q.  All right.  That was a long answer.  So I'm
24  going to break it up a little bit.  Okay?
25    A.  Sure.

Page 159

1    Q.  There are randomized, controlled trials
2  which, if they can be done, are considered the best
3  form of evidence available, correct?
4    A.  Yes.
5    Q.  Prospective studies are next in terms of
6  levels of evidence if they are well-conducted,
7  correct?
8    A.  Yes.
9    Q.  Below that are case-control studies,
10  correct?
11    A.  So, again, I'm not an expert.  But there are
12  cohort and case-control studies.  And my
13  understanding was the cohort studies, which may be
14  the prospective studies, I guess, are higher level.
15    Q.  Right.  So cohort studies are typically
16  higher level evidence than case-control studies,
17  correct?
18    A.  Yes.  But it's more difficult to do a cohort
19  study.
20    Q.  Case series are below all of the controlled
21  studies that we've been talking about in terms of
22  the level of evidence they provide.  They are
23  typically anecdotes of what happened to particular
24  patients, correct?
25    A.  Correct.

Page 160

1    Q.  And in vitro studies are the least reliable
2  category of scientific evidence when trying to
3  assess human response, correct?
4    A.  I agree with that.
5    Q.  In vitro means a study in a Petri dish,
6  right?
7    A.  Yes.
8    Q.  In vitro means not in an actual living
9  organism, right?
10    A.  Yes.
11    Q.  In vivo is the other category of studies,
12  right?
13    A.  Yes.
14    Q.  Would you ever conclude that a drug works to
15  treat a disease in humans based solely on the result
16  of in vitro studies?
17    A.  No.
18    Q.  Would you ever conclude a drug works to
19  treat a disease in humans based solely on the
20  results of animal studies?
21    A.  No.
22    MR. HABERMAN:  Objection.
23    Q.  Would you -- withdrawn.
24    You agree that there are limitations in
25  terms of human health risks to what you can learn

Page 161

1  from animal studies, right?
2    A.  Yes.
3    Q.  Animals are different biological systems,
4  correct?
5    A.  Yes.
6    Q.  Animals have different dosing typically,
7  right?
8    A.  Yes.
9    Q.  There are also limitations in terms of human
10  health risks to what you can learn from in vitro
11  studies, right?
12    A.  Yes.
13    Q.  You cannot conclude from in vitro studies
14  whether a particular substance can cause cancer in
15  humans, right?
16    MR. HABERMAN:  Objection.
17    A.  Well, I'm not sure that's true.  I mean,
18  again, it depends who you're asking.  I think IARC
19  looked at data and said that, you know, based upon
20  animal studies, they gave it a -- glyphosate a 2A
21  with limited data about humans.  So it -- I think it
22  depends who you're asking.
23    Q.  If I'm asking you, Dr. Schneider, would you
24  conclude from in vitro studies that a particular
25  substance causes cancer in humans?

41 (Pages 158 to 161)

Andrew M. Schneider, M.D.

Page 162

1    A.  So I'm not the expert on the topic, so I
2  would -- I would defer to the experts.
3    Q.  And, Dr. Schneider, would you conclude from
4  animal studies whether a particular substance can
5  cause cancer in humans?
6    A.  Dr. Schneider, the community clinical
7  oncologist, is not the one you're going to ask to
8  answer those questions.
9    Q.  You are not the correct person to ask as to
10  whether in vitro studies or animal studies show that
11  an exposure causes cancer in humans, correct?
12    A.  Again, I think the IARC in 2015 clearly
13  stated that glyphosate is a -- is a 2A and mostly
14  based upon animal data.  So they, in their wisdom,
15  said it was carcinogenic.
16    Q.  And are you relying on IARC for that
17  opinion, or did you perform an independent
18  assessment of genotoxicity in animal studies?
19    A.  I think you know the answer to that
20  question, but I have to rely on the data.  I am a
21  clinical oncologist.  I don't do this kind of stuff.
22    Q.  Do you agree that animal and in vitro
23  studies are hypothesis-generating?
24    MR. HABERMAN:  Objection.
25    A.  I don't know what you mean by that.

Page 163

1    Q.  Do you know that there is a difference
2  between hypothesis-generating studies and
3  hypothesis-proving studies?
4    A.  I don't know.
5    Q.  Are you familiar with the concept of
6  statistical significance?
7    A.  Yes.
8    Q.  Can you please define that?
9    A.  Sure.  I've been taught that a p-value of
10  less than 0.5 is statistically significant.
11    Q.  Statistical significance is a traditional
12  measure by which researchers define whether
13  differences in an outcome are possibly due to
14  chance, correct?
15    A.  Yes.
16    MR. HABERMAN:  Objection.
17    Q.  A p-value of less than .05, in your
18  training, is statistically significant, correct?
19    A.  Right.
20    Q.  You're familiar with a confidence interval,
21  right?
22    A.  Yes.
23    Q.  What is a confidence interval?
24    A.  So in these studies, for example, they
25  looked at relative risks, and instead of giving a

Page 164

1  p-value, they looked at the 95 percent confidence
2  interval.  And if the number 1 falls in that
3  confidence interval, then it's not significant.
4    Q.  A confidence interval that includes 1.0 is
5  not statistically significant, correct?
6    A.  Correct.
7    MR. HABERMAN:  Objection.
8    Q.  What is an odds ratio?
9    A.  Again, I'm not a statistician, but my
10  understanding it's the chance of something
11  happening.  I guess you have an odds ratio greater
12  than 1, there's a chance of it happening.  And then
13  if it's -- look at the confidence interval, and if 1
14  is not included, then it's a statistically
15  significant chance of happening.
16    Q.  What is a relative risk?
17    A.  Again, I'm not -- I'm not a statistician, so
18  I can't tell you the real difference between
19  relative risk and overall, but a relative risk is,
20  again, looking to see the ratio of controls and an
21  event happening, and if the relative risk is greater
22  than 1, it's more likely to happen or the
23  etiological agent we're looking at is more likely to
24  have been the cause.  But, again, then we look at
25  the confidence interval to see if 1 is included, and

Page 165

1  if it is, although it may be increased, it may not
2  be statistically meaningful.
3    Q.  A -- okay.  That was a slightly long answer.
4  So I'm going to break that down a little bit.
5    A.  That's fine.
6    Q.  A relative risk or odds ratio gives an
7  estimate and then a confidence interval around it as
8  to whether something is associated with an outcome
9  or not, fair?
10    A.  Yes.
11    Q.  We look at the relative risk and also the
12  confidence interval around it to see whether the
13  reported relative reaction or odds ratio is
14  statistically meaningful, right?
15    A.  Yes.
16    Q.  You do not have an understanding, I take
17  it -- well, let me just ask the question.  Okay?
18    A.  Sure.
19    Q.  New question.  Are relative risks and odds
20  ratios different?
21    A.  I think they are, but I don't know the
22  nuances of slight differences.
23    Q.  Any epidemiologic study is subject to forms
24  of bias, correct?
25    A.  Yes.

Andrew M. Schneider, M.D.

Page 166

1    Q.  In any retrospective study in which exposure
2  assessment is based on a patient's memory, there's a
3  potential bias that a patient misremembers
4  something, right?
5    A.  Of course.
6    Q.  That is called recall bias, correct?
7    A.  Yes.
8    Q.  People sometimes have trouble remembering
9  exposures that occurred 20 or 30 years ago, correct?
10    A.  Yes.
11    Q.  Sometimes people with cancer remember their
12  exposures different than healthy people?
13    A.  Yes.
14    Q.  Recall bias works by creating an association
15  between exposure and an outcome even if the exposure
16  didn't actually cause that outcome, right?
17    A.  Yes.
18    Q.  We talked already about what confounding is,
19  correct?
20    A.  Yes.
21    Q.  Confounding is when some other
22  variable clouds the relationship we're interested
23  in, right?
24    A.  Well, it's -- another variable could be a
25  factor that doesn't allow us to adequately assess

Page 167

1  whether the agent we're looking at is the -- is a
2  cause.
3    Q.  If not adequately controlled for,
4  confounding can create a false association between
5  an exposure and an outcome, correct?
6    A.  Yes.
7    Q.  Do you have a definition of exposure
8  misclassification?
9    A.  I mean, it's defined in here, so it's not my
10  own, but I can find it for you.  Give me a second.
11    Q.  And if you could, Dr. Schneider, just let us
12  know what paper you're looking at.
13    A.  Sure.  I'll -- just give me a little time
14  to -- here we go.  I'm -- I can read you from the
15  Zhang article.
16    Q.  From Zhang 2019?
17    A.  Yes.
18    Q.  Okay.
19    A.  So he has -- he has a Section 5.2.2, 522.
20    Q.  Okay.
21    A.  And he's talking about exposure
22  misclassification.
23    Q.  And you would rely on Zhang 12409 for a
24  definition of exposure miscalculation?
25    A.  Well, I -- or others, I mean, there -- I

Page 168

1  have others.  But this is not -- again, I'm a
2  clinical oncologist.  It's not something that I know
3  off of the top of my head.  I had to learn about,
4  so --
5    Q.  So exposure misclassification is when you
6  misclassify people in an epidemiologic study based
7  on whether or not they had an exposure, correct?
8    A.  When you incorrectly misclassify or classify
9  whether the agent caused the lymphoma.
10    Q.  That -- an exposure misclassification would
11  create bias in either direction, in other words,
12  either towards or away from an association, correct?
13    A.  Yes.
14    Q.  The Roundup epidemiologic studies are
15  potentially subject to the biases we just discussed,
16  correct?
17    A.  Correct.
18    Q.  Have you independently assessed to what
19  extent particular Roundup studies are potentially
20  impacted by these biases?
21    MR. HABERMAN:  Objection.
22    A.  I've looked at the opinion of others.  I'm
23  not qualified to do that kind of assessment, but
24  I'm -- I've looked at the opinions of others who
25  say, for example, that in -- if you're asking

Page 169

1  someone, like you suggested, about their exposure to
2  Roundup 30 years ago, they may not remember.  And,
3  therefore, the relative risk may be lower than
4  really should be.  Maybe that's one reason why some
5  of the studies, like AHS, don't show a significant
6  relative risk.
7    Q.  That was a long answer again, so I'm going
8  to break it up.
9    A.  Sure.
10    Q.  Okay?  You have looked at the published
11  literature, including the comments from various
12  authors on whether particular Roundup studies were
13  subject to recall bias or exposure misclassification
14  or confounding, correct?
15    A.  Yes.
16    Q.  You are not independently qualified to do
17  that kind of assessment, true?
18    A.  True.
19    Q.  You considered the impact, for example, of
20  recall bias in the studies that you're relying on,
21  right?
22    A.  Yes.
23    Q.  Which studies did you review that suffer
24  from recall bias?  Do you have a sense, sitting here
25  today?

43  (Pages 166 to 169)

Andrew M. Schneider, M.D.

Page 170

1    A.  Yeah.  Well, I think the big one is AHS
2  2018, the Andreotti study, which -- where, again,
3  you're going back 30 years and asking a people on
4  questionnaires.  And, again, I think 37 percent of
5  the people didn't even respond.  But there's clearly
6  a misclassification or recall bias when you have to
7  remember something from 20 or 30 years ago.
8    Q.  Did McDuffie 2001 suffer from recall bias?
9    A.  Give me a second to find it.  I mean, there
10 could be some recall bias in that the -- you had to
11 tell, you know, how many days of exposure you had.
12 But, again, you would think that these things would
13 all work in that they would remember less, not more.
14    And McDuffie was a positive study for
15 greater than two days per year with a relative risk
16 of 2.12 and a 95 percent confidence interval of 1.2
17 to 3.73.  So although there may be some recall bias
18 in McDuffie, I don't think that would have lowered.
19 I think it would only have helped to increase the
20 relative risk.
21    Q.  You're looking at the actual relative risks
22 and odds ratios in the studies to tell you whether a
23 study suffered from recall bias; is that right?
24    A.  No, that's not what I said.
25    Q.  Okay.  So can I take a look at what you're

Page 171

1  looking at --
2    A.  Yes.  Just --
3    Q.  -- just quickly?
4    A.  -- just the table from -- to refresh my
5  memory.
6    THE WITNESS:  I need a tissue.  Do we have a
7  tissue?  Need a tissue.
8    MR. HABERMAN:  Napkins here.
9    THE WITNESS:  Give me a napkin.  That's
10 fine.  Thanks a lot.  Appreciate it.
11    Q.  To answer the study of what different --
12 well, withdrawn.
13    Thank you.  Dr. Schneider, I just wanted to
14 be clear what article you were looking at to answer
15 my --
16    A.  I mean --
17    Q.  -- question.  And let me finish my --
18    A.  Okay.
19    Q.  -- my question, and then we can go --
20    A.  Sure.
21    Q.  Okay.  New question.
22    You were just looking at an article by
23 Dennis Weisenburger published in 2021 on glyphosate
24 and NHL, correct?
25    A.  Yes.

Page 172

1    Q.  Do you know if Dr. Weisenburger is an expert
2  for plaintiffs in litigation claiming Roundup causes
3  cancer?
4    A.  I believe I've seen him name, so I believe
5  he either is or has been.
6    Q.  You would agree that all epidemiologic
7  studies, including the case-control studies you
8  reviewed, are potentially subject to recall bias,
9  right?
10    A.  It can --
11    MR. HABERMAN:  Objection.
12    A.  I mean, it can be, yes.
13    Q.  You are not saying that the Agricultural
14 Health Study is the only study that is potentially
15 subject to misclassification bias, are you?
16    A.  No, I don't -- I didn't say that.  We
17 already discussed that -- I talked about McDuffie
18 and said, however, the recall -- recall bias, in my
19 opinion, would increase the relative risk, not
20 decrease.
21    Q.  Recall bias in McDuffie would make the
22 relative risk further away from 1.0?
23    A.  More significant, correct.
24    Q.  The same is true for the other case-control
25 studies that you reviewed that, recall bias would

Page 173

1  make the odds ratios reported higher than 1.0,
2  correct?
3    A.  Yes.
4    Q.  You did consider confounding for each of the
5  studies that you're relying of Roundup and NHL,
6  correct?
7    A.  Correct.
8    Q.  You're aware that some studies addressed
9  confounding by controlling for other pesticides,
10 right?
11    A.  Correct.
12    Q.  Not all studies controlled for other
13 pesticides, true?
14    A.  True.
15    Q.  We would need to look at an individual study
16 to determine whether that study controlled for other
17 pesticides, right?
18    A.  Right.
19    Q.  Not all analyses within studies controlled
20 for other pesticides, correct?
21    A.  True.
22    Q.  Again, we would need to look at the specific
23 odds ratio or relative risk to determine whether
24 that odds ratio or relative risk controlled for
25 other pesticides, right?

Andrew M. Schneider, M.D.

Page 174

1   A.  Correct.
2   Q.  Do you agree with the general proposition
3   that different types of cancer have different
4   causes?
5   A.  Yes.
6   Q.  Even if it is established that a particular
7   exposure can cause one type of cancer, we cannot
8   conclude, just from that, that the exposure causes
9   some other type of cancer, right?
10      MR. HABERMAN:  Objection.
11   A.  If I'm understanding your question
12   correctly, just because cigarette smoking causes
13   lung cancer, we can't say that it causes ovarian
14   cancer.  Is that what you're saying?
15   Q.  That's a good question -- that's a good
16   clarification, so let me ask a clearer question.
17   A.  Okay.
18   Q.  Okay?  Smoking causes some cancers, correct?
19   A.  Yes.
20   Q.  Smoking does not cause every cancer,
21   correct?
22   A.  Correct.
23   Q.  Asbestos exposure is known to cause some
24   cancers, correct?
25   A.  Yes.

Page 175

1   Q.  Asbestos exposure does not cause every
2   cancer, true?
3   A.  Correct.
4   Q.  Even if it's established that an exposure
5   causes one type of cancer, you cannot conclude from
6   that information that that exposure causes every
7   type of cancer, correct?
8   A.  Of course.
9   Q.  That is true for Roundup also, right?
10   A.  So ask the -- ask the specific question.
11   Q.  That is true for Roundup --
12   A.  So ask --
13   Q.  -- also?
14   A.  Could you just ask that question so I'm --
15   so I make sure I --
16   Q.  Sure.
17   A.  -- answer it correctly?
18   Q.  Oh, the -- repeat the whole question?
19   A.  No, no.  I just want your question about
20   Roundup.  I don't want to have to guess that I'm --
21   that you -- that I'm answering the question
22   correctly.  I want to hear your question so I can
23   answer it.  Does Roundup blah, blah, blah?  What's
24   your question?
25   Q.  New question.

Page 176

1   A.  Sure.
2   Q.  Even if it is established that Roundup
3   causes one type of cancer, you cannot conclude from
4   that information that Roundup causes every type of
5   cancer, correct?
6   A.  Correct.
7   Q.  Even if there are data that exposure to
8   Roundup is associated with a particular cancer, you
9   would need to see corroborating data before
10   concluding Roundup causes another kind of cancer,
11   right?
12   A.  Yes.
13   Q.  Did you -- okay.  Withdrawn, because I think
14   you answered this earlier, so I just want to be sure
15   that I'm clear.  Okay?
16   A.  Sure.
17   Q.  You examined the scientific literature to
18   form an opinion as to whether NHL is associated with
19   Roundup?
20   A.  Yes.
21   Q.  You did not examine the scientific
22   literature as to any other cancer and Roundup
23   exposure, correct?
24   A.  I specifically asked the plaintiffs'
25   attorney whether I need to do that, and I was told

Page 177

1   my only task is to talk about NHL and Roundup.
2   Q.  You're offering the opinion on whether
3   Roundup causes NHL and not offering an opinion on
4   whether Roundup causes any other cancer, correct?
5   A.  Correct.
6   Q.  We are at a little after 2:00 p.m., and I'm
7   going to switch topics.  Do you want to take a short
8   break now --
9   A.  Well --
10   Q.  -- or keep going?
11   A.  -- it's up to you.  We -- are you going to
12   give me a 20 or 30-minute break at 2:15?  If you
13   want to go to 2:15, we can.  If you want to do it
14   now, do what's better for you.
15   Q.  Let's take a 30-minute break.
16   A.  Okay.
17   Q.  Okay.
18   Q.  So we'll meet back at 2:38.
19      MS. ROSS:  Off the record.
20      THE VIDEOGRAPHER:  Off the record at
21   2:08 p.m.
22      (Recess from 2:08 p.m. until 2:50 p.m.)
23      THE VIDEOGRAPHER:  Back on the record at
24   2:50 p.m.
25      (Schneider Exhibit 11 was marked for

45 (Pages 174 to 177)

Andrew M. Schneider, M.D.

Page 178

1  identification.)
2      (Schneider Exhibit 12 was marked for
3  identification.)
4      (Schneider Exhibit 13 was marked for
5  identification.)
6  BY MS. ROSS:
7      Q.  Dr. Schneider, I'm handing you three
8  exhibits to your deposition that I'd like to
9  identify for the record.  All right?
10     A.  Yes.
11     Q.  Exhibit 11 is your notes about the Roundup
12  literature generally; is that correct?
13     A.  Yes.
14     Q.  Exhibit 12 is an e-mail from you to
15  Mr. Haberman entitled CLL 2016.  Do you see that?
16     A.  Yeah, but that's not exactly what it really
17  is.
18     Q.  Right.  So the plaintiff in this case who
19  had CLL is Mr. William Pleu, correct?
20     A.  Yes.
21     Q.  And these are your notes about William Pleu,
22  right?
23     A.  Correct.  Correct.
24     Q.  The next --
25     A.  Is it okay if I -- if I write his name there

Page 179

1  on it?
2      Q.  Sure.  That's fine.
3      A.  Okay.
4      Q.  Okay.  Exhibit 13 contains your notes about
5  Mr. Stacey Moore, correct?
6      A.  I'm going to write his name also there, if I
7  could.
8      Q.  Sure.  And I'm correct that the notes that
9  you sent to Mr. Haberman in Exhibit 13 are about
10  Stacey Moore, correct?
11     A.  Correct.
12     Q.  Have you reviewed any other plaintiffs in
13  this litigation besides the plaintiffs in this case?
14     A.  Well, you saw what I reviewed.  I reviewed
15  -- I don't -- I'm not a lawyer, so I don't know who
16  the plaintiffs are.  This is what I reviewed
17  initially, those names.
18     Q.  You initially reviewed six different
19  plaintiffs for the Schlesinger law firm, right?
20     A.  If that's what it says.  It looks like five,
21  right?  The last one is review literature, I think.
22     Q.  Oh, you're right.  Okay.
23     A.  So I think it's --
24     Q.  So let me --
25     A.  -- five.

Page 180

1      Q.  -- reask the question.
2          You reviewed five plaintiffs initially for
3  this case for the Schlesinger law firm, correct?
4      A.  Correct.
5      Q.  Have you reviewed any other plaintiffs in
6  the Roundup litigation besides these five?
7      A.  I started -- I was asked to report on
8  another plaintiff, and I started reviewing those
9  records and writing a report.
10     Q.  You started reading the records and writing
11  a report for the other plaintiff who we're not here
12  to talk about today?
13     A.  Correct.
14     Q.  Okay.  Any other cases that you reviewed?
15     A.  No.
16     Q.  I want to see if we can agree on some basics
17  about Mr. Pleu.  Okay?
18     A.  Can I get a copy?  Do you -- do you have a
19  copy?
20     Q.  Yes.  These are all yours.
21     A.  Okay.
22     Q.  Everything in this pile.
23     A.  Okay.
24     Q.  Mr. Pleu presented in June of 2016 with
25  lymphocytosis, correct?

Page 181

1      A.  Correct.
2      Q.  William Pleu was 63 years old at the time he
3  presented, correct?
4      A.  Yes.
5      Q.  His date of birth is December 1st, 1952?
6      A.  Okay.
7      Q.  He was --
8      A.  Yes.
9      Q.  He was referred to Dr. Reddy in June 2016
10  for hemologic abnormalities on blood work, right?
11     A.  Again, I don't memorize names, so I can't
12  tell you who he was referred to.
13         (Schneider Exhibit 14 was marked for
14  identification.)
15  BY MS. ROSS:
16     Q.  I will hand you Exhibit 14 to your
17  deposition, which is a June 29th, 2016 progress note
18  indicating the first time Dr. Reddy saw Mr. Pleu.
19  Do you see that?
20     A.  Yeah, I'm seeing that.  Thank you.
21     Q.  Do you see where it states -- there's a
22  history of present illness in this note, correct?
23     A.  Yes.
24     Q.  And it states:  The patient is a 63-year-old
25  male with the above history here for recent

Andrew M. Schneider, M.D.

Page 182

1    abnormalities on recent blood work.
2        Do you see that?
3    A.  Yes.
4    Q.  Mr. Pleu was referred for abnormalities on
5    his blood work, right?
6    A.  Yes.
7    Q.  When he presented in June of 2016, William
8    Pleu had no fevers, chills, night sweats, or weight
9    loss, correct?
10    A.  Correct.
11    Q.  When he presented in June of 2016, Mr. Pleu
12    had no lymphadenopathy and no organomegaly on
13    examination, right?
14    A.  Yes.
15    Q.  William Pleu's total white blood cell at
16    presentation was 11.1, correct?
17    A.  On this day, correct.
18    Q.  William Pleu's lymphocyte count on June
19    29th, 2016 was 4.5, correct?
20    A.  Yes.
21    Q.  Flow cytometry was performed on this same
22    date.  Have you reviewed William Pleu's flow
23    cytometry?
24    A.  I have.
25    Q.  I take it you don't have it memorized?

Page 183

1    A.  No.
2    Q.  New question.
3    A.  I'm going to need to see everything.  I
4    don't have everything memorized.
5    Q.  Neither do I.
6        MR. HABERMAN:  I don't know if that's true.
7        (Schneider Exhibit 15 was marked for
8    identification.)
9    BY MS. ROSS:
10    Q.  Exhibit 15 is Mr. Pleu's flow cytometry
11    collected on June 29th, 2016.  Do you see that?
12    A.  I do.
13    Q.  Flow cytometry for Mr. Pleu showed a
14    monoclonal lambda B-cell population representing 14
15    percent of total cells, correct?
16    A.  Correct.
17    Q.  Again, his total white count was 11.1 in
18    June of '16, right?
19    A.  Yes.
20    Q.  Do you know if total cells in his flow
21    cytometry is total leukocytes or total lymphocytes?
22    A.  I don't think it's leukocytes.  It says
23    total cells, so it has to be all cells.
24    Q.  Right.  That would be all white blood cells,
25    right?

Page 184

1    A.  Right.
2    Q.  So a white blood cell count of 11.1 times 14
3    percent is about 1.5, correct?
4    A.  Which is in disagreement with the 44 percent
5    seen on the peripheral smear.
6    Q.  Show me where there's 44 percent seen on the
7    peripheral smear.
8    A.  Okay.  Can I circle it?
9    Q.  No.  Just for now show me what you're
10    talking about and we'll go from there.
11    A.  We already discussed that the white count
12    was 11.1 with 40.7 percent lymphocytes.
13    Q.  40.7 is the total lymphocyte count, not the
14    monoclonal B-cell population, correct?
15    A.  That's correct.  That's the total
16    lymphocyte, right.
17    Q.  So if we go back to what we were talking
18    about on the flow cytometry, the monoclonal B-cell
19    population was 14 percent of the total cells,
20    correct?
21    A.  That's what it says, correct.
22    Q.  Could you -- you have your phone in front of
23    you.  Do you mind pulling up your calculator
24    quickly, unless you can do this math in your head?
25    A.  I probably can.  Go ahead.

Page 185

1    Q.  Okay.  What's 11.1 times 14 percent?
2    A.  1.55.
3    Q.  All right.  Mr. Pleu's monoclonal B-cell
4    population at the time of his diagnosis was 1.55,
5    correct?
6    A.  His monoclonal, correct.
7    Q.  1.55 is less than 5, correct?
8    A.  Correct.  But that's only one day, one draw.
9    There are other records, I'm sure.
10    Q.  Did you review William Pleu's lymphocyte
11    counts over time?
12    A.  I think I relied on the opinions of his
13    treating oncologist who said he had CLL stage zero.
14    But, again, I --
15    Q.  In the medical records that you reviewed,
16    did you review Mr. Pleu's lymphocyte counts over
17    time?
18    A.  I mean, I looked at everything, so if it's
19    there, I did.  But, again, I don't have it
20    memorized, but you'll -- you can show me.  I mean,
21    we're going to have to look at all the CBCs.
22        (Schneider Exhibit 16 was marked for
23    identification.)
24    BY MS. ROSS:
25    Q.  Exhibit 16 to your deposition is Mr. Pleu's

47 (Pages 182 to 185)

Andrew M. Schneider, M.D.

Page 186

1  February 7th, 2022 follow-up with his oncologist.
2  Do you see that?
3      A.  I do.
4      Q.  And there's a CBC with differential
5  performed, correct?
6      A.  Yes.
7      Q.  On February 7th of 2022 Mr. Pleu's white
8  blood cell count was 9.7, right?
9      A.  Yes.
10     Q.  His lymphocyte count was 3.26, correct?
11     A.  Correct.
12     Q.  As we just discussed, Mr. Pleu's lymphocyte
13  count at the time of diagnosis was 4 something,
14  under 5, correct?
15     A.  4.5, just -- close to 5.
16     Q.  William Pleu's absolute lymphocyte count has
17  been monitored over time, right?
18     A.  His entire case has been monitored over
19  time.
20     Q.  At no point has Mr. Pleu's lymphocyte count
21  shown a monoclonal B-cell population of greater than
22  5, true?
23     A.  I'd have to go through each individual CBC
24  and look at it.  Could you also show me the WHO
25  criteria again that you pointed -- it was one of the

Page 187

1  exhibits.  Can I see that again, please?
2      Q.  That should be in front of you.
3         MR. HABERMAN:  Should be in that stack.
4         THE WITNESS:  I don't think so.  Here it is.
5  Okay.
6      A.  Okay.  I'm ready.  We're going to have to go
7  through each CBC.
8      Q.  Okay.  So I'm going to ask a general
9  question first and then note that we're going
10  through every CBC at your request.  Okay?
11     A.  Sure.
12     Q.  Sitting here today, can you point me toward
13  any test result or other data of any kind showing
14  that at any point in time William Pleu has had a
15  monoclonal B-cell population of greater than or
16  equal to 5?
17     A.  I'd have to go through each one to look.  I
18  don't have them memorized.  But what I can tell you
19  is the flow read by the pathologist calls it CLL,
20  not anything else, chronic lymphocytic leukemia.
21  And the treating oncologist calls it CLL.  So we
22  have two independent physicians that call it CLL.
23  And I'd have to go through each CBC to look and see
24  what the abnormal leucocyte count is.
25     Q.  We'll do that.

Page 188

1      A.  Sure.
2      Q.  Are you aware of any other flow cytometry
3  that was performed besides the initial flow
4  cytometry --
5      A.  So I --
6      Q.  -- on June 29th?
7      A.  As we discussed, since it's not a memory
8  test, I'd have to look at it again.
9      Q.  I will represent to you that I did not see
10  any other instances of flow cytometry performed in
11  the medical records since Mr. Pleu's initial
12  diagnosis in June of 2016.  And right now I just
13  want to make sure that there's nothing that you
14  recall in the medical records that's different from
15  that.  Okay?
16     A.  I don't, but you wouldn't need a repeat flow
17  because we have the monoclonal lymphocytes here.
18  And it's just really now, per the WHO, to decide
19  whether it's MBL or CLL.  Again, the treating
20  physicians and the, you know, pathologist who read
21  the flow are calling it CLL.  But, again, we can go
22  through and find the CBCs.
23     Q.  And I didn't bring every CBC that Mr. Pleu
24  has had.
25     A.  Okay.

Page 189

1      Q.  I will -- so we can't mark all of those as
2  exhibits to this deposition.
3      A.  Okay.
4      Q.  I'll start by asking you, as the expert in
5  this case sitting here, are you aware of any
6  occasion on which Mr. Pleu has had a monoclonal
7  B-cell population of greater than 5 in his medical
8  records?
9      A.  The answer is that's not something I would
10  memorize.  We have to go through the records, and
11  you show me.
12     Q.  Okay.  So I'm going to march through the
13  records that I have --
14     A.  Sure.
15     Q.  -- if that's all right with you.
16     A.  Sure.
17     Q.  And you can tell me if these sound
18  consistent with what you saw.
19     A.  You're going --
20     Q.  Okay?
21     A.  -- to show them to me, right?
22     Q.  I am.  We began with Mr. Pleu's visit on
23  June 29th, 2016; is that right?
24     A.  Correct.
25     Q.  On August 24th, 2016, can you confirm

Andrew M. Schneider, M.D.

Page 190

1  that -- Mr. Pleu's white cell count was what?
2  A. 10.6 with 45.5 percent lymphocytes.
3  Q. Thank you.
4  A. Can we just do the math then?
5  Q. I'm sorry?
6  A. Can I do the math for that for a second?
7  Q. 10.6 --
8  A. Times --
9  Q. -- times .14?  Sure.
10  A. No, .55.
11  Q. No. That's the total lymphocyte count. You
12  need the total monoclonal B-cell population.
13  A. Does it say it there?
14  Q. That would come from flow cytometry,
15  correct?
16  A. Right. But clinical oncologists don't do
17  that. So we don't do flow every time we have a
18  patient. This patient has a circulating population
19  of abnormal lymphocytes.
20  Q. Right.
21  A. And we're trying to decide whether it's --
22  meets the WHO criteria of CLL or not --
23  Q. And you're saying --
24  A. -- but -- you're interrupting me.
25  Q. Sorry. Go ahead.

Page 191

1  A. So I'm saying as a clinical oncologist,
2  we're not going to repeat the flow every time. The
3  treating oncologist called it CLL stage zero. Maybe
4  he has information that I don't have about how many
5  percent abnormal lymphocytes he had, but the record
6  carries a diagnosis of CLL stage zero.
7  I'm not here to dispute the treating
8  oncologist is wrong. And regardless, a stage zero
9  CLL requires no treatment. In fact, Mr. -- Peu?
10  Pleu? Peu?
11  MR. HABERMAN: Pleu.
12  A. -- Pleu has never had treatment. So I
13  understand where you're coming from, but we're going
14  to have to find every CBC. And if you want to show
15  me what the percent abnormal lymphocytes is, that's
16  fine, but I -- we both know an oncologist wouldn't
17  do that. That's not -- that's a waste of money.
18  It's a waste of resources.
19  The treating oncologist believed it was CLL
20  stage zero. The pathologist who read the report
21  didn't call it MBL. He called it CLL. You know, I
22  don't know if they ever checked and maybe the number
23  was wrong. Maybe it wasn't 14 percent. I don't
24  know.
25  Q. Dr. Schneider, do you remember --

Page 192

1  A. You're --
2  Q. -- what my question is?
3  A. I do, but you're interrupting me.
4  Q. What was my question?
5  A. You asked if any more flow cytometry was
6  done.
7  Q. That is correct.
8  A. Okay.
9  Q. So yes or no, was any more flow cytometry
10  done, to your knowledge?
11  A. Again, it's not a memory test. You'd have
12  to show me the entire record. Then we'd look
13  through it together.
14  And you've not -- sitting here today, you
15  don't have any recollection of any flow cytometry
16  that was done that was different from the initial,
17  correct?
18  A. I haven't memorized the records.
19  Q. Okay.
20  A. So...
21  Q. So I've -- we're going to be clear on
22  something here. In a CBC with a differential, you
23  can get a white blood cell count, correct?
24  A. Yes.
25  Q. That includes both lymphocytes and other

Page 193

1  types of white blood cells, right?
2  A. Yes.
3  Q. So flow cytometry would tell you what
4  percentage of the total cell count is an abnormal
5  B-cell population, correct?
6  A. So it does, but I believe there's error in
7  flow cytometry measurements. I don't think you can
8  necessarily use that to give an accurate count of
9  lymphocytes. What it's really used for is to see if
10  there is any monoclonality, which there is.
11  Q. In addition to looking at monoclonality with
12  flow cytometry, you can get a -- what's called a CBC
13  with differential that gives you the total
14  lymphocyte count at any given point in time,
15  correct?
16  A. Correct.
17  Q. We looked at Mr. Pleu's initial lymphocyte
18  count. That was 4.5, correct?
19  A. Yes.
20  Q. His most recent lymphocyte count in February
21  of 2022 was 3.26, right?
22  A. Yes.
23  Q. His total lymphocyte count on August 24th,
24  2016 was what?
25  A. Total lymphocyte count?

49 (Pages 190 to 193)

Andrew M. Schneider, M.D.

Page 194

1   Q.   Correct.
2   A.   It's 45.5 percent or 10.6 -- do they tell
3   us?
4   Q.   They do.
5   A.   Sorry.  Take a look.  4.8.
6   Q.   Mr. Pleu's total lymphocyte count on October
7   12th of 2016 was what?
8   A.   4.9.
9   Q.   And on April 19th of 2017, Mr. Pleu's
10  lymphocyte count was what?
11  A.   4.7.
12  Q.   On October 11th of 2017 -- and you'll get
13  the date from the bottom of that page.  And I'll ask
14  my question when you are ready.
15  A.   Okay.  I'm ready.
16  Q.   On October 11th of 2017, what was Mr. Pleu's
17  lymphocyte count?
18  A.   4.6.
19  Q.   On April 9th of 2018, what was Mr. Pleu's
20  total lymphocyte count?
21  A.   4.49.
22  Q.   On October 3rd of 2018, what was Mr. Pleu's
23  total lymphocyte count?
24  A.   I'm sorry, what -- this is October 18th?
25  Okay.

Page 195

1   Q.   October 3rd of 2018.
2   A.   Thanks.  4.91.
3   Q.   On April 22nd of 2019, what was Mr. Pleu's
4   total lymphocyte count?
5   A.   4.29.
6   Q.   Now, in 2019, Mr. Pleu was diagnosed with
7   another cancer, correct?
8   A.   Uh-huh.
9   Q.   On July 13th of 2020, what was Mr. Pleu's
10  total lymphocyte count?
11  A.   3.31.
12  Q.   On January 11th of 2021, what was Mr. Pleu's
13  total lymphocyte count?
14  A.   2.83.
15  Q.   On June 28th of 2021, what was Mr. Pleu's
16  total lymphocyte count?
17  A.   2.87.
18  Q.   And we've already discussed his next
19  six-month follow-up, which was February of 2022,
20  correct?
21  A.   I don't remember.
22  Q.   In February of 2022, what was Mr. Pleu's
23  total lymphocyte count?
24  A.   3.26.
25  Q.   Can you point me toward any test result or

Page 196

1   other data of any kind showing that at any point in
2   time William Pleu has had a monoclonal B-cell
3   population of greater than or equal to 5?
4   A.   So my answer to that would be the following:
5   So we saw at one point he was up to 4.91, and we
6   don't know how many monoclonal lymphocytes there
7   were.  The treating oncologist believed he had CLL
8   stage zero.  And as you understand, you know, if
9   it's 5.1 or 4.9, that's not a whole lot of
10  difference.  It's a semantic argument.
11       So in my opinion, I would have to agree with
12  the treating physician that he had CLL stage zero.
13  And again, there's error in every measurement.  So
14  4.9 and 5, there's an error in that measurement.  So
15  I would defer to the opinion of both the pathologist
16  and the treating physician, and I believe he had CLL
17  stage zero.
18  Q.   There's a -- there was a lot in that answer,
19  so I'm going to --
20  A.   Sure.
21  Q.   -- unpack it a little bit.  Okay?
22  A.   Sure.
23  Q.   In Mr. Pleu's records, his treating
24  oncologist refers to CLL stage zero, correct?
25  A.   Correct.

Page 197

1   Q.   You cannot point me toward any test result
2   or data of any kind showing that at any point in
3   time William Pleu has had a monoclonal B-cell
4   population of greater than or equal to 5, true?
5   A.   Because no one didn't look.
6   Q.   Folks did look over time at his CBCs, and
7   we've walked through them today.  And sitting here
8   today, you cannot point me toward any finding of a
9   lymphocyte count greater than or equal to 5,
10  correct?
11  A.   Well, we had a 4.91, and I would argue with
12  you that a 4.91 could be a 5.
13  Q.   Can you point me toward any test result that
14  actually shows a lymphocyte count of greater than 5?
15  A.   You have a 4.91, and it's my opinion that
16  there's statistical error in each measurement.  So I
17  believe a 4.91 could be a 5.
18  Q.   A 4.91 could also be a 4.7, right?
19  A.   Yes.
20  Q.   You have no evidence from any objective
21  tests, sitting here today, that William Pleu has
22  ever had an absolute lymphocyte count, much less
23  than a monoclonal B-cell population, of greater than
24  or equal to 5, true?
25  A.   So the answer is that we don't know what the

Andrew M. Schneider, M.D.

Page 198

1    monoclonal count was, since no one looked again.
2    And indeed, I can't fault the treating oncologist
3    for doing that, because there is no point for
4    repeating flows each time you do a CBC to give you
5    that magic 5.0 number.
6         The fact is, a treating provider thought he
7    had CLL stage zero.  He wrote that all over the
8    record.  And that does not require treatment.  So
9    the treating oncologist correctly did not order flow
10   each time.  He monitored his CBC, and when there's a
11   change in his CBC, that would be a reason to
12   institute therapy.  But at this point, there's no
13   reason to treat CLL stage zero.
14        Q.   And, again, I'm going to unpack that a
15   little bit.  Okay?
16        A.   Sure.
17        Q.   Silpa Reddy is Mr. Pleu's treating
18   oncologist, correct?
19        A.   I don't know names, but okay.
20        Q.   She has monitored his CBCs over time,
21   correct?
22        A.   Correct.
23        Q.   There has been no indication to repeat flow
24   cytometry?
25        A.   Correct.

Page 199

1         Q.   She has, instead, monitored Mr. Pleu with
2    CBCs giving total lymphocyte counts, correct?
3         A.   Correct.
4         Q.   The highest total lymphocyte count of which
5    you are aware in Mr. Pleu's records is a 4.91,
6    correct?
7         A.   That's what you showed me, correct.
8         Q.   You do not, sitting here today, have a
9    lymphocyte count that you're relying on that's
10   greater than 5, demonstrating CLL by WHO criteria.
11   You are relying on what Philippa Ready wrote in
12   Mr. Pleu's medical records.  Is that right?
13        A.   Not entirely correct.  In addition, I argue
14   to you that 4.91 could be a 5; that, you know, the 5
15   is not a black-and-white number where, if it is
16   4.99, you don't have CLL, and when it's 5.0001, you
17   do.  So I think that he demonstrated a
18   lymphocyte count of 5, and we don't know that those
19   lymphocytes weren't all monoclonal because no one
20   was going to look.
21        Q.   Can you pull up Exhibit 8 to your
22   deposition, please?
23        A.   I'm sorry?
24        Q.   8.
25        A.   Help me out.  What does it look like so I

Page 200

1    know?
2         Q.   It's the chapter from the WHO on classifying
3    CLL.
4         A.   Okay.
5              THE WITNESS:  Someone help me.  Thanks.
6         A.   Yes.
7         Q.   Would you read the first three sentences
8    under Definition, please, for the record?
9         A.   CLL/small lymphocytic lymphoma is a neoplasm
10   composed of monomorphic small mature B-cells that
11   express CD5 and CD23.  There must be a monoclonal
12   B-cell count greater than 5 times 10 to the 9th with
13   a characteristic morphology and phenotype.
14        Q.   What does the next sentence say?
15        A.   Individuals with a clonal CLL-like cell
16   count of less than 5 times 10 to the 9th and without
17   lymphadenopathy, organomegaly, or other
18   extramedullary disease, are considered to have
19   monoclonal B-cell lymphocytosis.
20        Q.   Can you point me toward any test, physical
21   exam finding, or other result in Mr. Pleu's medical
22   record demonstrating that he has any other evidence
23   of CLL, such as splenomegaly or lymphadenopathy?
24        A.   So I already told you that he had stage zero
25   CLL.  Do you want me to define what that means for

Page 201

1    you?
2         Q.   I would like for you to answer my question,
3    please.
4         A.   I've answered it by telling you he has stage
5    zero CLL.  That answered the question.
6         Q.   Do you recall what my question was?
7         A.   I do.
8         Q.   Can you point me toward any test --
9         A.   He does --
10        Q.   -- physical exam finding, or medical record
11   demonstrating that he has evidence of CLL, such as
12   lymphadenopathy or splenomegaly?
13        A.   You don't need --
14             MR. HABERMAN:  Asked and answered.
15        A.   Yeah.  You don't need lymphadenopathy or
16   splenomegaly to have CLL.
17        Q.   Okay.  What objective physical exam finding
18   or test can you point me to --
19        A.   You don't need --
20        Q.   -- showing he has CLL.
21        A.   You don't need any physician exam.  All you
22   need is flow cytometry showing a monoclonal
23   population of lymphocytes, and again, I would argue
24   to you that a 4.91 certainly could be a 5 if you did
25   it the next day, and I -- we don't know the actual

Andrew M. Schneider, M.D.

Page 202

1  number of how many of those lymphocytes were
2  monoclonal.
3      I would argue to you that the treating
4  physician called him CLL stage zero, and I don't
5  have a problem with that.
6      Q. You are an expert in this case, right?
7      A. Yes.
8      Q. Dr. Reddy is not, correct?
9      A. Correct.
10     Q. You hold yourself out as an expert in CLL
11 and MBL, true?
12     A. Correct.
13     Q. You are aware of the diagnostic criteria,
14 right?
15     A. I think they're -- I'm aware of the
16 diagnostic criteria, but, again, I've said it three
17 or four times now that numbers have error, right.
18     Q. You've never spoken with Dr. Reddy, correct?
19     A. Correct.
20     Q. Do you know anything about Dr. Reddy's
21 credentials or specialization?
22     A. No.
23     Q. You are, nevertheless, relying on a written
24 statement in the medical records that you know fails
25 to meet diagnostic criteria you cite from WHO,

Page 203

1  correct?
2      A. So -- may I finish?
3      Q. Please.
4      A. Thank you. This is the WHO. I didn't have
5  the time -- maybe on a break I'll look and see if
6  there are other diagnostic criteria apart from the
7  WHO. That's number one.
8      Number two, I believe, to a reasonable
9  degree of medical certainty, that a 4.91 is no
10 different than a 5. I think there are errors in
11 every measurement. And no oncologist is going to
12 bother to do flow each time to prove that magical 5
13 number.
14     So I respect and agree with the treating
15 physician that this is CLL stage zero, and the
16 treating oncologist made the correct call to do
17 nothing. Observations are what's indicated. So
18 that's my opinion.
19     Q. You would defer to what the treating
20 oncologist wrote in the medical records as to
21 William Pleu's medical condition; is that right?
22     A. I don't understand that question. I'm
23 sorry.
24     Q. Sure. Did you form an independent opinion
25 as to whether Mr. Pleu has CLL, or did you rely on

Page 204

1  what Dr. Reddy wrote in the medical records?
2      A. So I don't diagnose CLL. I'm not a
3  pathologist, but what I saw in the medical record
4  was a flow cytometry report saying CLL, not saying
5  monoclonal B-cell lymphocytosis.
6      And I understand that that number doesn't
7  meet the 5 category, but in my experience,
8  pathologists will write, you know, less than
9  whatever number they want to choose and say they
10 consider monoclonal lymphocytosis in a -- or in the
11 proper clinical setting, CLL. That wasn't done in
12 this case.
13     Number two, the treating oncologist called
14 it CLL.
15     Number three, we do have a lymphocyte count
16 of 4.91, which I -- in my opinion, is -- could be a
17 5. And I think if you repeat it on different times,
18 you'd get -- you'd get a 5.1. You'd get a 4.8. You
19 know, 5 isn't a magic number. It's just a number to
20 use as a starting point. So I don't have a problem
21 with calling it CLL stage zero.
22     Q. Would you call it CLL stage zero?
23     A. I would investigate further. It wouldn't
24 make a difference as a -- as a clinician because I'm
25 not going to do anything differently. I'm going to

Page 205

1  follow the stage regardless. They have CLL stage
2  zero, or they have monoclonal lymphocytosis of
3  unknown significance. The outcome is going to be
4  the same. They're going to be followed.
5      You know, if the patient really wanted me --
6  pressed me and say, "Doctor, do I have CLL," then I
7  probably would repeat the numbers. I'd talk to the
8  pathologist.
9      There is error in looking at percentages on
10 flow. It's -- the purpose of flow really is to look
11 at the markers on the lymphocyte, CD5 positive. So
12 I don't have a problem calling it CLL stage zero,
13 nor did two other treating physicians in this case.
14     Q. If a patient came to you with the laboratory
15 results that we've walked through, with lymphocyte
16 counts consistently under 5, close to, but under 5,
17 based on the available information, would you
18 diagnose that patient with CLL, or would you
19 diagnose them with a monoclonal B-cell
20 lymphocytosis?
21     A. Well, if they ask me that question -- again,
22 it doesn't really make a difference clinically, but
23 if they ask me that question, then I would do
24 further tests. I might do a bone marrow.
25     Q. Based on the available information, would

52 (Pages 202 to 205)

Andrew M. Schneider, M.D.

Page 206

1  you tell that patient they have cancer?
2       A.  I would say I'm not sure at this point.  I
3  would -- if you need to know -- I would explain it
4  just the way I explained to you, that, really, at
5  this point, whether we call it CLL or a monoclonal
6  lymphocytosis, nothing needs to be done at this
7  point.  If you need to know for your mental
8  well-being if this is a cancer, I would do a bone
9  marrow.
10       Q.  Based on --
11       A.  You're interrupting me.
12       Q.  Oh, I just thought you were done.
13       A.  I would -- I'd -- I would --
14       Q.  You said you would do a bone marrow.
15       A.  And I was going to finish.
16       Q.  Okay.  Go ahead.
17       A.  So the gold standard of diagnosing CLL is
18  the bone marrow, right?  This is the WHO
19  classification for CLL based upon peripheral blood.
20  But I would look at the bone marrow if we really
21  needed to know, and see what that looked like,
22  because that's really going to tell me whether they
23  have CLL or not.
24       Q.  Do you know if CLL is always seen in the
25  bone marrow?

Page 207

1       A.  Well, by definition, as opposed to SLL, CLL
2  is in the bone marrow.
3       Q.  Do you know if CLL is typically diagnosed
4  based on a bone marrow biopsy or a peripheral blood?
5       A.  So we just discussed that.  So what we
6  normally do is we do flow.  We don't want to subject
7  patients to needless bone marrow procedures.  But if
8  I have a patient who's not happy with -- I can't
9  really distinguish whether they have a B-cell
10  lymphoproliferative disorder, a monoclonal of
11  unknown significance, or a CLL, and they need to
12  know today -- and, again, I don't believe that
13  flow -- the percent lymphocytes is a very accurate
14  test.  It's much better to distinguish markers on
15  the lymphocyte.  The gold standard would be a bone
16  marrow.
17       Q.  Did you see anything in Dr. Reddy's records
18  that you disagreed with?
19       A.  Nothing that comes to mind.  You'll have to
20  show me.
21       Q.  If you'll go with me to Exhibit 16 --
22       A.  Do I have that?
23       Q.  You do.
24       A.  What does it say?
25       Q.  This is the March 7th, 2022 note.

Page 208

1       A.  I have that?
2       Q.  Okay.
3       A.  Okay.  Yeah.  I do have it, yes.
4       Q.  Dr. Reddy noted her diagnosis, which is
5  stage zero CLL, correct?
6       A.  Correct.
7       Q.  Dr. Reddy documented a performance status of
8  zero, fully active, able to carry on all predisease
9  activities without restrictions, correct?
10       A.  Yes.
11       Q.  That's the ECOG diagnostic criteria that
12  you're familiar with for how one is doing; is that
13  fair?
14       A.  Yes.
15       Q.  An ECOG of zero is the best score that you
16  can get, correct?
17       A.  Yes.
18       Q.  Do you agree with Dr. Reddy's assessment of
19  performance status in Mr. Pleu?
20       A.  I would have no way of independently
21  evaluating that.  I never met the patient.
22       Q.  Dr. Reddy has prescribed Mr. Pleu's
23  prognosis as excellent.  Do you agree with that?
24       A.  Yes.
25       Q.  Mr. Pleu has never received chemotherapy for

Page 209

1  his condition, correct?
2       A.  Correct.
3       Q.  Mr. Pleu has never been hospitalized for his
4  monoclonal B-cell population or CLL, correct?
5       A.  Correct.
6       Q.  Mr. Pleu has received no treatment
7  whatsoever for his condition, right?
8       A.  Correct.
9       Q.  That is consistent with treatment guidance
10  for stage zero CLL, right?
11       A.  Correct.
12       Q.  That is consistent with treatment guidance
13  for monoclonal B-cell lymphocytosis, true?
14       A.  Correct.
15       Q.  Thankfully today Mr. Pleu is doing very well
16  from an MBL/CLL standpoint, correct?
17            MR. HABERMAN:  Objection.
18       A.  The only problem that I see is the recurrent
19  sinus infections.  So patients with CLL are
20  predisposed to infections with encapsulated
21  organisms, and they often have
22  hypogammaglobulinemia.  And if this patient had a
23  low IGG level with the history of recurrent sinus
24  infections, they would meet criteria for IVIG
25  immunoglobulin.

Andrew M. Schneider, M.D.

Page 210

1    Q.  Do you know if that was tested in Mr. Pleu's
2  case?
3    A.  She says she's going to check.
4    Q.  Right.  Do you know what that testing found?
5    A.  I never saw that, or I don't remember seeing
6  it.  I don't remember the number.
7        (Schneider Exhibit 17 was marked for
8  identification.)
9  BY MS. ROSS:
10    Q.  Exhibit 17 to your deposition is a visit
11  with Dr. Reddy on October 12 of 2016.  Do you see
12  that?
13    A.  I do.
14    Q.  Can you read Number 2 --
15    A.  Can I just make a comment?
16    Q.  -- of her diagnosis, please?
17    A.  Can I make a comment, if I can?  Just -- you
18  know, I think the chromosomal changes go along with
19  CLL and not of benign monoclonal lymphocytosis,
20  also, just to tell you that.  Okay.
21    Q.  Let me come back to that since you're on
22  that point.  Okay.  And then we'll -- first of all,
23  do you want to -- so --
24    A.  I would look at the IgG level, sure.
25    Q.  Okay.  I'm going to ask a new question so

Page 211

1  that the record is clear.  Okay?
2    A.  Yes.
3    Q.  Do you see, under Diagnosis/Problems, Number
4  2 is:  History of recurrent sinus infections.  IgG
5  subclasses unremarkable.
6        Do you see that?
7    A.  Just give me a second to review it.  Okay.
8  Thanks.  It's on Page 1?
9    Q.  Correct.
10    Q.  Is the IgG level actually reported here?
11    Q.  What Dr. Reddy says about the IgG level is
12  that it was unremarkable, correct?
13    A.  I'm just looking for the actual number.
14    Q.  Right.  And this is the information that I
15  have --
16    A.  Okay.
17    Q.  -- which is that Dr. Reddy said that the IgG
18  level was unremarkable --
19    A.  So --
20    Q.  -- true?
21    A.  -- may I respond to that?
22    Q.  First --
23    A.  What -- what was --
24    Q.  -- answer my question, and then I'll give
25  you an opportunity to --

Page 212

1    A.  So what's your question?
2    Q.  Okay.  So Dr. Reddy's description of
3  Mr. Pleu's IgG level is that it was unremarkable,
4  correct?  Yes or no?
5    A.  She writes:  IgG subclass is unremarkable.
6    Q.  Right.  Now, what is the explanation that
7  you wish to give?
8        MR. HABERMAN:  Objection.
9    A.  Yes.  So you don't need a low IgG level with
10  CLL to institute immunoglobulin.  As I told you
11  before, patients with CLL are predisposed to
12  infections with encapsulated organisms.  And if you
13  remember before, we discussed evidence-based
14  medicine.  And every state has what's called an LCD,
15  local determinant, that gives the rules for allowing
16  IVIG.  Now, some states require a low IgG level, and
17  some states don't.
18        Medicare has compendia.  Some compendia
19  don't require an IgG level.  So just because -- a
20  patient who has a low -- who has CLL and recurrent
21  infections may qualify for IVIG without IgG levels.
22        In addition, I don't know what the IgG level
23  is here because she didn't tell me.  But that
24  doesn't change the fact that this patient may
25  benefit from immunoglobulin.

Page 213

1    Q.  Do you know how long Mr. Pleu had recurrent
2  sinus infections prior to his diagnosis with CLL?
3    A.  Again, I don't have any of this stuff
4  memorized, so you can show me.
5    Q.  I'm asking you, do you have any opinion on
6  whether he'd had chronic sinusitis for years --
7    A.  I believe he --
8    Q.  -- prior to his diagnosis.
9    A.  -- did, but I don't remember the exact
10  dates, if you want to show me.
11    Q.  Mr. Pleu, again -- withdrawn.
12        Thankfully today Mr. Pleu is doing well from
13  an MBL/CLL standpoint, correct?
14        MR. HABERMAN:  Objection.
15    A.  Yes.
16    Q.  His last white blood cell count was normal,
17  correct?
18    A.  Correct -- I'm sorry, incorrect.  11.1, it's
19  high.
20    Q.  His last white count was from the February
21  7th, 2022 note.
22    A.  Oh, I have a -- this is printed?  Let me see
23  what the date is.  Oh, I'm sorry.
24    Q.  You're looking for Exhibit 16.
25    A.  Help me.

54  (Pages 210 to 213)

Andrew M. Schneider, M.D.

Page 214

1    Q.  It might be the very top page you have in
2  front of you.
3    A.  This one?
4    Q.  I'm not sure because I --
5    A.  This says Exhibit 14.
6    Q.  Okay.  So you want Exhibit 16.
7    A.  Where is that one?  I have 14 and 17, 8.  Do
8  I have 16?
9    Q.  You have all of them.
10    A.  I've got it.  16.  Thank you.
11    Q.  Mr. Pleu's last white blood cell count was
12  normal, correct?
13    A.  Okay.  On February 7th, correct.
14    Q.  Dr. Reddy stated on February 7th of 2022
15  that the patient had no clinical evidence of disease
16  on exam or laboratory finding, true?
17    A.  He had stage zero CLL.
18    Q.  If you'll go with me to Dr. Reddy's note.
19    A.  Yes.
20    Q.  Do you see where Dr. Reddy states:
21  Assessment.  This patient -- this is a patient with
22  stage zero CLL.
23       Did I read that correctly?
24    A.  You did.
25    Q.  Dr. Reddy stated the patient had no clinical

Page 215

1  evidence of disease on exam or laboratory finding,
2  correct?
3    A.  Give me a second.  That's what he wrote.
4  You want me to look at it, though?  Yes.
5    Q.  Now, you mentioned that Mr. Pleu's FISH
6  results were consistent with CLL, right?
7    A.  I think what I said was that I think when
8  you have chromosomal changes, that's more indicative
9  of CLL than a benign monoclonal lymphocytosis.
10    Q.  Do you know, sitting here, one way or the
11  other whether it is typical for CLL-type MBL to have
12  the same chromosomal markers that CLL does?
13    A.  My understanding, to the best that I -- to
14  my knowledge, is they would not have that, but
15  that's what -- that's my understanding.
16    Q.  FISH was positive for a deletion of
17  chromosome 13 at q14, right?
18    A.  Yes.
19    Q.  In general, that portends a positive
20  prognosis in CLL, right?
21    A.  Yes.  And now you're acknowledging CLL, so,
22  yes.
23    Q.  You don't know whether a 13q deletion is
24  also observed in monoclonal B lymphocytosis CLL-like
25  type, correct?

Page 216

1    A.  My --
2       MR. HABERMAN:  Objection.
3    A.  My understanding is it's not.  If you have
4  evidence to the contrary, you can show me.
5    Q.  No other mutations were identified in
6  Mr. Pleu's FISH testing other than a 13q14 deletion,
7  correct?
8    A.  So that's a lot.  I mean, usually most
9  people don't have any deletions.
10    Q.  I'm sorry.  So my question was:  There were
11  other tests performed in his FISH analysis, right?
12    A.  Yes.  He had FISH analysis showing the
13  abnormality in the chromosomes, which, in my
14  opinion, is more indicative of CLL.
15    Q.  Did you need to review any other results of
16  sequencing to arrive at your opinion that Roundup
17  caused Mr. Pleu's condition?
18       MR. HABERMAN:  Objection.
19    A.  Yeah.  I'm sorry.  Say that question again.
20    Q.  Sure.  So you looked at the FISH results
21  here, right?
22    A.  Yes.
23    Q.  You saw a 13q deletion which, in your
24  opinion, is more indicative of CLL than MBL; is that
25  right?

Page 217

1    A.  Yes.
2    Q.  You did not see any other abnormalities on
3  FISH, right?
4    A.  I'm trying to think if he's the one that had
5  the ZAP, but let me see a second.
6       Not that I recall, but give me the option on
7  a break to look again.
8    Q.  Sure.
9    A.  Thanks.
10    Q.  I think ZAP was checked, and it was
11  negative.
12    A.  Which I think is a good prognosis, but --
13  okay.  I thought he had a ZAP that was checked,
14  right?
15    Q.  Correct.
16    A.  And it -- and it was negative.
17    Q.  Right.
18    A.  So that's --
19    Q.  And that would -- so if it helps you,
20  Exhibit 17 tells you that.
21    A.  Do I have that?
22    Q.  You do.
23    A.  Too many exhibits.  13, 11, maybe in here,
24  14.  17, yes.  Here we go.
25    Q.  ZAP is Z-A-P?

Andrew M. Schneider, M.D.

Page 218

1    A.  Correct.
2    Q.  And ZAP was negative in --
3    A.  Right.
4    Q.  -- Mr. Pleu's case, correct?
5    A.  Yes.
6    Q.  That is a positive prognostic finding,
7  correct?
8    A.  In CLL, correct.
9    Q.  Do you know whether it's also a positive
10 prognostic finding in monoclonal B-cell
11 lymphocytosis?
12   A.  I don't think they prognosticated, because,
13 you know, it's not -- it's not CLL yet.  By
14 definition, a monoclonal lymphocytosis of unknown
15 significance is a -- has a good prognosis.
16   Q.  Do you -- withdrawn.
17      Did you see any genome or exome sequencing
18 performed for Mr. Pleu?
19   A.  No.
20   Q.  You did not need to review the results of
21 any genome sequencing for Mr. Pleu to arrive at your
22 opinion that Roundup caused his condition?
23   A.  Correct.
24   Q.  Those results would not inform your opinion
25 in any way, right?

Page 219

1    A.  We've already discussed that I'm not an
2  expert in genome sequencing.
3    Q.  Did you see that Mr. Pleu's oncologist
4  referred him to a genetics counselor because he had
5  multiple different forms of cancer over the course
6  of his lifetime?
7    A.  Again, I'll take -- I don't remember, but
8  I'll take your word for it.
9    Q.  We can go back to Exhibit 16, which is the
10 February 2022 note.  Are you there?
11   A.  I'm there.
12   Q.  Mr. Pleu's oncologist referred him to a
13 genetics counselor because he had multiple forms of
14 cancer over the course of his lifetime, correct?
15   A.  Yes.
16   Q.  Do you have any criticism of Dr. Reddy's
17 assessment that referral to genetics was appropriate
18 for this patient?
19   A.  I mean, there's never harm in getting an
20 opinion.  It's not like she ordered any invasive
21 procedure, so I don't think I would have done it,
22 but I don't think there is a harm in it.
23   Q.  Do you agree that genetic counseling is
24 indicated for someone who has multiple different
25 cancers over their lifetime beginning with a cancer

Page 220

1  at age 30?
2    A.  So colon cancer, as we discussed, at age 30,
3  you have to think about the Lynch syndrome.  So
4  absolutely he needs genetic testing to rule out
5  Lynch syndrome because he had colon cancer at age
6  30.
7    Q.  Did Mr. Pleu ever get genetic testing to
8  rule out Lynch syndrome that you're aware of?
9    A.  I don't know, because that wasn't really
10 applicable to my task here of looking at Roundup and
11 CLL.
12   Q.  You didn't review his records to see if he
13 had ever undergone genetic testing for Lynch
14 syndrome?
15   A.  So I reviewed all his records, but if I saw
16 it, it's not something I would have remembered,
17 because it has no applicability -- help me get that
18 right -- it's not applicable to my task of looking
19 at Roundup and NHL.
20   Q.  If you saw a patient with multiple different
21 cancers beginning at age 30, including colon cancer,
22 would you recommend genetic counseling?
23   A.  I would have ordered Lynch syndrome testing
24 myself.  I wouldn't need to send him out.
25   Q.  Did Mr. Pleu actually go for that genetics

Page 221

1  counseling?
2    A.  I don't know.
3    Q.  You've not seen any records related to that,
4  correct?
5    A.  I don't know.
6    Q.  Did you ask --
7    A.  Wait, it's my office.  I'm sorry.  I need
8  one second.
9        MS. ROSS:  We'll go off the record.
10       THE VIDEOGRAPHER:  Yeah.  Off the record at
11 3:37 p.m.
12       (Recess from 3:37 p.m. until 3:37 p.m.)
13       THE VIDEOGRAPHER:  Back on the record at
14 3:37 p.m.
15 BY MS. ROSS:
16   Q.  Dr. Schneider, are you good to continue?
17   A.  Yeah, of course.
18   Q.  You reviewed all of Mr. Pleu's medical
19 records that were available, right?
20   A.  Yes.
21   Q.  You reviewed Mr. Pleu's medical records from
22 his primary care provider, right?
23   A.  I reviewed everything that was given to me
24 that we discussed.
25   Q.  Mr. Pleu has high blood pressure, right?

56 (Pages 218 to 221)

Andrew M. Schneider, M.D.

Page 222

1    A.  Again, I don't have these things memorized,
2  but I will take your word for it if you say he does.
3    Q.  Okay.  High blood pressure is a common
4  disease of aging, right?
5    A.  Yeah.
6    Q.  Roundup did not cause Mr. Pleu's high blood
7  pressure, correct?
8    A.  Correct.
9    Q.  Mr. Pleu has high cholesterol or
10  hyperlipidemia.  Is that a common disease as folks
11  get older?
12    A.  Yes.
13    Q.  Roundup didn't cause his high cholesterol,
14  right?
15    A.  Correct.
16    Q.  Mr. Pleu has anxiety that predates his
17  MBL/CLL.  Did you see that?
18    A.  I remember vaguely, but okay.
19    Q.  Mr. Pleu's anxiety got much worse after his
20  prostate cancer diagnosis, correct?
21    A.  I can't blame him.  Yes.
22    Q.  Do you recall from his testimony that he
23  started having panic attacks and worse depression
24  after his prostate cancer treatment in 2020?
25    A.  Yes.

Page 223

1    Q.  Mr. Pleu has severe obstructive sleep apnea,
2  correct?
3    A.  Yes.
4    Q.  He was diagnosed with severe obstructive
5  sleep apnea in mid 2017, right?
6    A.  I don't remember the date.
7    Q.  Mr. Pleu failed CPAP and was prescribed
8  BiPAP.  What is that?
9    A.  So those are devices that help patients
10  breathe.  They're forced air.  They can wear them at
11  home.  If it's sleep apnea, they put on a BiPAP in
12  the evening.
13    Q.  I know you're a hematologist/oncologist --
14    A.  Right.
15    Q.  -- and not a generalist.  But do you have a
16  sense as a medical doctor that fatigue is one of the
17  common daytime symptoms of obstructive sleep apnea?
18    A.  I imagine it could be.
19    Q.  Do you have any sense, sitting here today,
20  of what the other daytime symptoms of obstructive
21  sleep apnea are?
22    A.  I'm not a pulmonologist.  I don't -- I don't
23  see sleep apnea.  I'm sorry.
24    Q.  And I take it you don't know one way or the
25  other whether obstructive sleep apnea is associated

Page 224

1  with any particular negative health outcomes, right?
2    A.  I think it is.  I think they have problems
3  with cognition, restlessness.  I mean, they're
4  not -- they're not sleeping well.  I think they may
5  have other heart risks.
6    Q.  What other risks of obstructive sleep apnea
7  are you aware of?
8    A.  So I'm talking now not as an expert because
9  this is not really what I do or see.  But those are
10  the ones I know about.  I think it may be a
11  higher -- and I'm not saying this as an expert.  I'm
12  just talking as a -- as a doctor.  I'm not a -- I'm
13  not an expert in sleep apnea.  But I think they
14  might have a higher risk of heart problems,
15  arrhythmias, cognition.
16    Q.  We've sort of discussed tangentially, but
17  I'd like to discuss more specifically some of
18  Mr. Pleu's other cancer diagnoses.
19    A.  Okay.
20    Q.  Okay?
21    A.  Sure.
22    Q.  Mr. Pleu was diagnosed with colon cancer in
23  1983, correct?
24    A.  Yes.
25    Q.  Mr. Pleu was 30 when he was diagnosed with

Page 225

1  colon cancer?
2    A.  Yes.
3    Q.  He underwent surgery to remove part of his
4  colon, right?
5    A.  Yes.
6    Q.  He was hospitalized for about a month, he
7  said in his deposition, for that surgery?
8    A.  Yes.
9    Q.  Mr. Pleu required a second surgery to
10  address complications from his colectomy?
11    A.  Yes.
12    Q.  He was hospitalized for about a week for
13  that?
14    A.  Yes.
15    Q.  You are not opining that Roundup caused
16  Mr. Pleu's colon cancer, true?
17    A.  True.
18    Q.  Mr. Pleu has a history of prostate cancer,
19  right?
20    A.  Yes.
21    Q.  You are not opining that Roundup caused
22  Mr. Pleu's prostate cancer, true?
23    A.  True.
24    Q.  Mr. Pleu was diagnosed with prostate cancer
25  in 2019, right?

57 (Pages 222 to 225)

Andrew M. Schneider, M.D.

---

Page 226

1     A.  Yes.
2     Q.  He was treated with radical prostatectomy in
3  2020, right?
4     A.  Yes.
5     Q.  He had a complicated course for his prostate
6  cancer; is that fair?
7     A.  Yes.
8     Q.  After his surgery, he was readmitted to the
9  hospital for infection?
10    A.  Yes.
11    Q.  Eventually he required a second surgery to
12 address a nonhealing surgical wound from his
13 prostate cancer surgery, right?
14    A.  Yes.
15    Q.  He has struggled with incontinence since
16 treatment for prostate cancer, right?
17    A.  Yes.
18    Q.  He has struggled with erectile dysfunction
19 since treatment for his prostate cancer, correct?
20    A.  Yes.
21    Q.  Medical treatments for his erectile
22 dysfunction have worked, correct?
23    A.  Correct.
24    Q.  They have caused painful side effects,
25 right?

---

Page 227

1     A.  Yes.
2     Q.  Mr. Pleu had a tongue mass biopsied on May
3  11th of 2012.  Did you see that --
4     A.  I did.  It was --
5     Q.  -- in his medical records?
6     A.  -- it was benign.  It wasn't cancer.
7     Q.  Mr. Pleu also had a left breast mass
8  removed --
9     A.  It --
10    Q.  -- on January 31st of 2013, correct?
11    A.  But not -- yeah.  It was benign.
12    Q.  That was also benign, right?
13    A.  Yeah.
14    Q.  Are you familiar with Li-Fraumeni syndrome?
15    A.  A little bit.
16    Q.  What is that?
17    A.  Yeah.  I'd have to look it up.  I do know
18 it.  I can't tell -- I mean, I'd have to look it up.
19    Q.  Mr. Pleu has never been tested
20 for Li-Fraumeni syndrome, correct?
21    A.  Can you tell me what it is?  Then I'll tell
22 you whether he should be tested for it.
23    Q.  So right now my question is:  Did you see
24 anything in Mr. Pleu's medical records indicating he
25 underwent testing for Li-Fraumeni syndrome?

---

Page 228

1     A.  You can show me.  I don't recall.
2     Q.  You don't recall any tests of testing for
3  Li-Fraumeni, right?
4     A.  So like I said, there's tons of records I
5  reviewed, and it's not a memory test.  So I don't
6  recall that.  If you want to show me, please do.
7     Q.  I will represent to you that in my review of
8  the medical records, I did not see any testing for
9  Li-Fraumeni syndrome.
10    A.  Can we get -- cut to the chase and tell me
11 what it is, so I can at least know whether he should
12 have been tested for it?
13    Q.  Sure.  Li-Fraumeni is an inheritable defect
14 in mismatch repair mechanisms that predisposes
15 patients to multiple cancers.  Are you aware of
16 that?
17    A.  We already discussed the MSI and the Lynch
18 syndrome.  So how is this different from the Lynch
19 syndrome?  I'd have to look it up.
20    Q.  There are different mismatch repair
21 inherited defects that are --
22    A.  Well --
23    Q.  -- different syndromes, right?
24    A.  -- I'd have to look it up.  No, because when
25 we're talking about mismatch repair, I think we're

---

Page 229

1  talking about microsatellite instability, and there
2  are only those five proteins I discussed before.
3     Q.  Do you know if there -- so we can look it up
4  at a break and come --
5     A.  Yes.
6     Q.  -- back to it --
7     A.  Great.
8     Q.  -- so that --
9     A.  Okay.
10    Q.  -- that will refresh where your memory.
11 Okay?
12    A.  Sure.
13    Q.  All right.  We did establish that neither
14 you nor I have seen testing in Mr. Pleu's medical
15 records for Lynch syndrome, correct?
16    A.  I have not, correct.  But, again, I wouldn't
17 be really looking for it that hard because it
18 doesn't have any bearing on my causation opinions
19 today.
20    Q.  Mr. Pleu has a sister who's been diagnosed
21 with multiple cancers, including bone, liver, lungs,
22 and ovaries, right?
23    A.  Well, she probably doesn't have primary bone
24 or liver cancer.  She probably has metastatic
25 disease.  So it's bone liver, what else?

58 (Pages 226 to 229)

Andrew M. Schneider, M.D.

Page 230

1  Q.  Lung and ovaries.
2  A.  So she may have metastatic lung cancer, for
3  example.
4  Q.  She may also have metastatic ovarian cancer,
5  right?
6  A.  I don't -- I haven't seen those records, so
7  I don't know.
8  Q.  Is it unusual in your work as an oncologist
9  to see a patient diagnosed with multiple different
10  cancers like that?
11  A.  Talking about his sister or him now?
12  Q.  My question was about his sister.  So let me
13  clarify that in my question, and then we can go from
14  there.
15     You didn't review any of William Pleu's
16  sister's medical records, right?
17  A.  I don't think they were given to me.
18  Q.  So you don't know, sitting here, what
19  primary tumors she had versus secondary, correct?
20  A.  Correct.
21  Q.  Is it unusual in your work as an oncologist
22  to see a patient diagnosed with lung and ovarian
23  cancer?
24  A.  How do you define "unusual"?
25  Q.  I'm asking you, as a practicing oncologist,

Page 231

1  if you have -- let me ask it differently.  Okay?
2  New question.
3  A.  Sure.
4  Q.  Have you, in your work as a clinical
5  oncologist, seen patients with both ovarian and lung
6  cancer?
7  A.  Yes.
8  Q.  How often?
9  A.  I mean, not that often, but, you know, you
10  have a cigarette smoker who has lung cancer and then
11  they get ovarian cancer, which happens, I mean, it's
12  not something that I go, "Oh, my God, it's so
13  strange."  It happens.
14  Q.  Do you agree that it is possible that
15  Mr. Pleu has a hereditary defect of some kind that
16  predisposes him to cancer?
17  A.  Well, let's take -- the answer would be, it
18  depends on the cancer.  So colon cancer, yes.
19  Prostate cancer, could be if he's BRCA positive.  I
20  don't have any evidence he's BRCA positive or -- but
21  lymphoma, no.
22  Q.  Do you know whether Li-Fraumeni -- well,
23  we'll look it up --
24  A.  Let's look --
25  Q.  -- at a break.

Page 232

1  A.  Can we take a break and look it up so we
2  don't have to play this game?
3  Q.  Sure.  Let's take a quick break.
4  A.  Let's see what it is and we'll -- we don't
5  have to guess anymore.
6  Q.  All right.
7     THE VIDEOGRAPHER:  All right.  Off the
8  record at 3:46 p.m.
9     (Recess from 3:46 p.m. until 3:49 p.m.)
10     THE VIDEOGRAPHER:  All right.  This begins
11  Media Unit Number 3, and we're back on the record
12  at 3:49 p.m.
13  BY MS. ROSS:
14  Q.  We took a short break to look at Li-Fraumeni
15  syndrome online; is that right, Dr. Schneider?
16  A.  Yes.
17  Q.  Li-Fraumeni syndrome is a rare disorder that
18  increases the risk of developing several types of
19  cancer, correct?
20  A.  Yes.
21  Q.  The cancers most often associated with
22  Li-Fraumeni syndrome include breast cancer,
23  osteosarcoma, and soft tissue cancers, correct?
24  A.  Yes.
25  Q.  Other cancers commonly seen in this syndrome

Page 233

1  include brain tumors and cancers of blood-forming
2  tissues such as leukemias, right?
3  A.  Correct.
4  Q.  Did you see any genetic testing for
5  Li-Fraumeni syndrome in Mr. Pleu's medical records?
6  A.  I didn't see it, but I don't think, based
7  upon this, that I would have -- think he needs it.
8  I mean, he doesn't have any of the five common
9  cancers that you see.  He doesn't have
10  adrenocortical carcinoma, breast cancer, CNS cancer,
11  osteosarcoma, soft tissue sarcoma.
12     I think more telling is his colon cancer at
13  page 30, which is not part of the Li-Fraumeni
14  syndrome, and that speaks to MSI testing to rule out
15  Lynch syndrome.
16  Q.  You cannot rule out Lynch syndrome in
17  Mr. Pleu's case, true?
18  A.  Not --
19     MR. HABERMAN:  Objection.
20  A.  -- not without seeing the MSI test.
21  Q.  And you have not seen an MSI test in this
22  case, correct?
23  A.  Correct.  But it wouldn't have any bearing
24  on my opinions about glyphosate and lymphoma.
25  Q.  Even if -- let me make sure I understand

Andrew M. Schneider, M.D.

## Page 234

1  that. All right, Dr. Schneider?
2      A. Sure. Sure.
3      Q. So even if Mr. Pleu had Lynch syndrome, that
4  would have no bearing on your opinion on whether
5  glyphosate causes his non-Hodgkin's lymphoma; is
6  that right?
7      A. Correct.
8      Q. Mr. Pleu could have any heritable cancer
9  disorder, and that would not change your opinion
10 that Roundup caused his cancer, right?
11     A. No, not if he had one of the -- you just --
12 you brought up Li-Fraumeni, not me. But, you know,
13 if he was a guy who had adrenal cancer and then he
14 had a breast cancer and now a sarcoma, and all of a
15 sudden he has lymphoma, that would be a different
16 situation than this guy who hasn't had any of the
17 five types of cancer, nor does his family.
18     Q. His sister has breast cancer, correct?
19     A. So does one in eight women.
20     Q. Breast cancer is one of the cancers
21 associated with Li-Fraumeni, right?
22     MR. HABERMAN: Objection.
23     A. Correct, but he doesn't have a breast
24 cancer.
25     Q. In your view, Mr. Pleu has a leukemia,

## Page 235

1  correct?
2      A. He has CLL/SLL, correct.
3      Q. That is one of the cancers associated with
4  Li-Fraumeni syndrome, right?
5      A. No. It's not one of the five major ones.
6  It's a sideline cancer. But the main ones are the
7  five cancer types that account for the majority. So
8  it's not one of the majority cancers, no.
9      Q. You've seen 63-year-old men with MBL/CLL who
10 never used Roundup, true?
11     A. Of course.
12     Q. Can you point me to anything in Mr. Pleu's
13 presenting symptoms workup treatment --
14     MR. HABERMAN: I'm going to object to the
15 question.
16     MS. ROSS: Or -- okay. Are you going to let
17 me finish the question?
18     MR. HABERMAN: No. I'm sorry. I didn't
19 object early enough to the: You've seen
20 63-year-old men with CLL/SLL who've never used
21 Roundup. I object to that question.
22     MS. ROSS: And I think it was CLL/MBL.
23     THE COURT REPORTER: Okay.
24        (Discussion off the record.)
25     Q. New question.

## Page 236

1      MR. HABERMAN: He was never diagnosed with
2  MBL, so I object to that.
3      Q. So new question. All right, Dr. Schneider?
4      A. Sure. Sure.
5      Q. Can you point me toward anything in
6  Mr. Pleu's presenting symptoms workup, treatment, or
7  response that tells you that Roundup caused William
8  Pleu's monoclonal B-cell population?
9      A. Yes. So Mr. Pleu has circulating abnormal
10 lymphocytes in his blood. We'll leave it at that.
11 We can argue more whether it's CLL or MBL. He has
12 heavy exposure to Roundup.
13     It's my opinion, to a reasonable degree of
14 medical certainty, that Roundup is an etiological
15 factor that causes NHL. Just like a smoker who has
16 lung cancer, and you want to argue he didn't get it
17 from smoking, but this is the only etiological agent
18 that I see in the record which would account for him
19 getting CLL. So it's my opinion, to a reasonable
20 degree of medical certainty, that his CLL was caused
21 by Roundup.
22     Q. I think we're speaking at sort of parallels
23 a little bit, so let me --
24     A. Okay.
25     Q. -- try my question again. Okay?

## Page 237

1      A. Sure.
2      Q. Mr. Pleu testified about his use of Roundup,
3  right?
4      A. Yes.
5      Q. And separate from that, you reviewed
6  Mr. Pleu's medical records including his diagnostic
7  workup and his follow-up since with Dr. Reddy,
8  correct?
9      A. Correct.
10     Q. What in Mr. Pleu's presenting symptoms tells
11 you Roundup caused his cancer?
12     A. So I thought I answered that, but I'll try
13 again. Maybe I didn't.
14     Q. No. I'm not asking about Mr. Pleu's use of
15 Roundup that he reported in his deposition right
16 now. I'm asking about Mr. Pleu's presenting -- his
17 presentation to his oncologist. Do you understand
18 that?
19     A. I think so.
20     Q. Okay.
21     A. The way I'd answer that --
22     MR. HABERMAN: Objection.
23     A. -- question is, he presented with CLL. So,
24 okay, we can argue whether he has it, but I think he
25 did. His treating oncologist thinks he did, and the

Andrew M. Schneider, M.D.

Page 238

1  pathologist thinks he did. So he presented with
2  CLL. Now you're asking me: Well, what's the
3  etiologic reason for having the CLL?
4      Q. I'm not. I'm asking a different question.
5      A. What's your next question -- after does he
6  have CLL, what's your next question?
7      Q. So my question is: If you were taking
8  Mr. Pleu's symptoms and his presentation to his
9  oncologist --
10     A. Okay.
11     Q. -- which was with an abnormal white blood
12  cell count --
13     A. Okay.
14     Q. -- that got him referred, right?
15     A. Uh-huh.
16     Q. What in that presentation tells you Roundup
17  caused his cancer as opposed to him having
18  run-of-the-mill CLL?
19     A. Because he was exposed to Roundup, and
20  Roundup is a known, in my opinion -- and we'll get
21  there eventually when you ask the questions --
22  etiologic risk factor for NHL.
23         So you have a guy who's 63, who has a
24  diagnosis of CLL, and has a significant Roundup
25  exposure. Based upon my review of the literature,

Page 239

1  it's my medical opinion, based upon those facts and
2  findings, that the Roundup is the etiologic reason
3  he developed CLL.
4      Q. I think I understand you now, so let's see
5  if we can get this clear. Okay?
6      A. Sure.
7      Q. Apart from Mr. Pleu's reported exposure to
8  Roundup, there is nothing in his presentation,
9  workup, or recommended therapeutic course that tells
10  you Roundup contributed to his cancer, true?
11     A. That's an unfair question because that can't
12  be. There's no test I can do to see if Roundup
13  causes CLL. I'm here as your expert witness to give
14  an opinion. It's my opinion. That's all it is, is
15  my expert opinion, whether Roundup caused the CLL.
16  You may have experts who disagree with me. That's
17  okay.
18         But there's nothing I can point to saying I
19  did a blood test, and it shows Roundup caused CLL.
20  That test doesn't exist. You know that.
21     Q. Apart from Mr. Pleu's reported Roundup
22  exposure, there is no test, imaging study, pathology
23  report, physical exam finding that tells Roundup
24  caused his condition, correct?
25         MR. HABERMAN: Objection.

Page 240

1      A. If there was, we wouldn't be here. There
2  wouldn't be a legal battle about this, right? You
3  guys say it doesn't cause it. This guy says it
4  does. You have experts on both sides. The jury
5  will decide. But there's no test that could be
6  done. Therefore, experts like me will give their
7  best opinions based upon the clinical situation and
8  the review of literature.
9      Q. Right. So the answer to my question is,
10  there is no test, imaging study, pathology report,
11  or physical exam finding that tells you Roundup
12  caused Mr. Pleu's CLL?
13     A. There isn't, but that shouldn't be a reason
14  not to allow me to support my belief that it did,
15  based upon the available literature and his clinical
16  scenario.
17     Q. Have you ever seen a patient whose only risk
18  factor for an abnormal monoclonal B population was
19  being male?
20         MR. HABERMAN: Objection.
21     A. That's a -- I don't really understand that
22  question. Try it again.
23     Q. Sure. So there's a higher risk of CLL in
24  men, correct?
25     A. Yes.

Page 241

1      Q. There's also a higher risk of CLL in
2  patients as they age, right?
3      A. Yes.
4      Q. Have you ever seen a patient whose only risk
5  factor for CLL was being male?
6      A. Well, I think as we discussed earlier, I
7  don't usually -- maybe I should, but spend time
8  asking the risk factor for CLL because it doesn't
9  matter to my clinical practice.
10     Q. In your clinical practice, you don't ask
11  patients what risk factors they have for CLL?
12     A. I don't.
13     Q. And the same would be true for DLBCL?
14     A. I don't. I do for lung cancer, for
15  mesothelioma. And I think going forward, after
16  working in this Roundup case, I will, but I have
17  not, no.
18     Q. Today, sitting here today, you've not asked
19  your patients about their exposure history when they
20  come to you with non-Hodgkin's lymphoma, correct?
21     A. Yes, because it's not going to change
22  anything I've got to do.
23     Q. Have you ever seen a patient whose only risk
24  factor for abnormal monoclonal B-cell population was
25  being older?

61  (Pages 238 to 241)

Andrew M. Schneider, M.D.

Page 242

1    A.  Again, I've seen all different types of
2  patients.  I don't routinely go into a detailed
3  account of occupational exposure.  Maybe I should.
4  My job is to stage the CLL and recommend treatment,
5  if any.
6    Q.  Have you ever seen a patient with CLL who
7  had a personal history of cancer going back to age
8  30?
9    A.  Probably.  I'm sure I have in my 33 years.
10  I can't give you a specific.  But I think the most
11  troubling part of that is the colon cancer at age 30
12  cries Lynch syndrome.
13    Q.  Have you ever seen a patient with CLL or MBL
14  diagnosed with two other types of cancer?
15    A.  Of course.
16    Q.  Is it unusual in your practice to see a
17  patient like that?
18    A.  We already discussed what unusual means.
19    Q.  How many patients like that have you seen?
20    A.  I mean, it happens.  I mean, CLL is a common
21  disease, as we discussed.  Prostate cancer is a
22  common disease, I mean, so -- the most troubling to
23  me about this gentleman is the age 30 colon cancer.
24  The other thing is people get CLL, and people get
25  CLL who use Roundup, and people get prostate cancer.

Page 243

1    Q.  We've discussed at some length CLL versus
2  MBL, and I understand that your opinion in this case
3  is based on the diagnosis given by his treating
4  oncologist you -- and the pathology results at the
5  time that Mr. Pleu has CLL, right?
6    A.  Plus the lymphocyte count of 4.91, which I
7  argue is really not different than 5, and we don't
8  actually know what percent of those cells were
9  monoclonal lymphocytes.
10    Q.  Can you point me toward any data anywhere in
11  the world, published or unpublished, establishing an
12  association between Roundup and monoclonal B-cell
13  lymphocytosis?
14    A.  I can't sitting here right now.  I didn't
15  look at that topic.
16    Q.  Mr. Pleu was overweight or obese in the
17  years leading up to his diagnosis, correct?
18    A.  Yes.
19    Q.  Do you consider obesity to be a risk factor
20  for Mr. Pleu?
21        MR. HABERMAN:  Objection.
22    A.  Not a strong risk factor, no.
23    Q.  Do you consider it to be a weak risk factor
24  for Mr. Pleu?
25    A.  I consider Roundup to be the risk factor.

Page 244

1    Q.  Did you consider whether obesity was a risk
2  factor for Mr. Pleu?
3    A.  I considered that so many people in our
4  population are obese, I don't think that I can say
5  that obesity is a real risk factor.
6    Q.  Did you review the literature one way or the
7  other whether obesity is associated with NHL?
8    A.  I did.
9    Q.  Did you see in the literature that you
10  reviewed that obesity is, in fact, associated with
11  NHL?
12    A.  I believe it is.
13    Q.  You considered obesity has a potential risk
14  factor for Mr. Pleu, correct?
15    A.  I considered it.
16    Q.  Mr. Pleu falls into the categories in
17  various epidemiologic studies of folks who had an
18  increased risk of NHL because they were overweight
19  or obese, right?
20    A.  I think the more important risk factor is
21  glyphosate.
22    Q.  My question was:  Mr. Pleu falls into
23  categories in various epidemiologic studies of folks
24  who had an increased risk of NHL because they were
25  overweight or obese, correct?

Page 245

1    A.  Yes.
2    Q.  Mr. Pleu told his oncologist that two of his
3  friends from a small town in Massachusetts were
4  diagnosed with CLL, and they all worked at a local
5  paper mill.  Did you see that?
6    A.  I do remember that vaguely.
7    Q.  Did you find it significant that Mr. Pleu
8  and two of his friends all worked at the same paper
9  mill and were all diagnosed with CLL?
10    A.  I didn't have enough information to go on.
11  I mean, I don't really understand anything about his
12  two friends, where they worked, what they were
13  exposed to.  So I really can't comment on it.
14    Q.  Did you do anything to investigate whether
15  working at a paper mill was associated with
16  non-Hodgkin's lymphoma?
17    A.  I'd have to know what chemicals they were
18  exposed to in the paper mill.
19    Q.  Let me back up just a little bit and see if
20  I understand your methodology in this case.  Okay?
21    A.  Sure.
22    Q.  Your methodology was to look at the
23  literature on whether Roundup is associated with
24  non-Hodgkin's lymphoma so that you could rule
25  Roundup in as a potential cause of non-Hodgkin's

Andrew M. Schneider, M.D.

Page 246

1    lymphoma for individual plaintiffs, right?
2        A.  Right.
3        Q.  Then you looked at the plaintiff and their
4    deposition testimony and Plaintiff Fact Sheet and
5    whether they reported exposure to Roundup, correct?
6        A.  Yes.
7        Q.  Did you also go through a process of ruling
8    out other contributing factors to each patient's
9    non-Hodgkin's lymphoma?
10       A.  Yes.  I don't believe he said he had
11   occupational exposure to any other problems, so...
12       Q.  Did you look to see if there was literature
13   on whether working in a paper mill was associated
14   with an increased risk of non-Hodgkin's lymphoma?
15       A.  So just so we're clear, did he work in a
16   paper mill?
17       Q.  He did.
18       A.  Okay.  I've looked at all the data given to
19   me, and none of the data mentions anything about
20   working in a paper mill.
21       Q.  You did not review any literature on whether
22   working in a paper mill is associated with
23   non-Hodgkin's lymphoma, true?
24       A.  I reviewed the etiologic risk factors for
25   NHL, and I don't remember seeing working in a paper

Page 247

1    mill.
2            (Schneider Exhibit 18 was marked for
3    identification.)
4    BY MS. ROSS:
5        Q.  Exhibit 18 to your deposition is an article
6    by Mester and colleagues.  Do you see that?
7        A.  Yes.
8        Q.  This is a 2006 publication, right?
9        A.  Yes.
10       Q.  On the first page there's a statement
11   that -- in the third paragraph down:  Several
12   studies point to a potential etiologic role of
13   occupational factors to malignant lymphoma.
14           Do you see that?
15       A.  I do.
16       Q.  Then it states:  Hodgkin lymphomas have been
17   found in excess among farmers or carpenters, welding
18   workers, woodworkers, workers in the paper industry.
19           And it goes on.  Do you see that?
20       A.  The problem with this is it lists everything
21   under the sun, from real estate agents, maids,
22   farmers, shoemaking, leather goods.  So, I mean,
23   everything causes lymphoma in this article.
24       Q.  Were you aware of an association between
25   lymphoma and working in the paper industry?

Page 248

1        A.  Again, I mean, this article says it, but it
2    says other things.  I don't see the relative risk
3    numbers.  I'd have to review that.  I'm not aware
4    that working in a paper mill is a high etiologic
5    risk factor for NHL.
6        Q.  Will you turn with me to Table 1, please?
7    Are you there?
8        A.  Yes.
9        Q.  Table 1 gives odds ratios and 95 percent
10   confidence limits for various sectors in relation to
11   lymphomas.
12           Do you see that?
13       A.  I do.
14       Q.  One of them is pulp, paper, paper products,
15   publishing, and printing.
16           Do you see that?
17       A.  I do.
18       Q.  If you go all the way to the right in this
19   table, it gives you adjusted odds ratios and 95
20   percent confidence intervals for the sample overall.
21           Do you see that?
22       A.  I do.
23       Q.  The odds ratio was 1.7 with a 95 percent
24   confidence interval of 1.0 to 2.8; is that correct?
25       A.  So that would not be statistically

Page 249

1    significant.
2        Q.  If a 95 percent confidence interval touches
3    1.0 on the lower bound, you do not consider that
4    statistically significant, right?
5        A.  I'm not a --
6            MR. HABERMAN:  Objection.
7        A.  -- I'm not a statistician, but my
8    understanding is if 1 is included, then it's not
9    statistic -- may be almost, but it's not
10   statistically significant.  So this speaks against
11   it being statistically significant.  Just give me
12   one more second, if you could, so I can look at it a
13   second.
14           The other -- the other thing to say about
15   this article is there are only 24 cases.  The
16   numbers are so small.  It's hard to make meaningful
17   opinions about 24 people.
18       Q.  24 cases is not a sufficient number of cases
19   in a case-control study to lead you to meaningful
20   conclusions, correct?
21       A.  I mean, the problems I have with this study
22   are the following:  One, 24 patients is a low
23   number; two, it's not statistically significant;
24   and, three -- just give me one second -- so we have
25   food products, beverages, tobacco, paper products,

Andrew M. Schneider, M.D.

Page 250

1    publishing, printing, metals, chemicals, real
2    estate, renting, business activities, architects,
3    maids, farmers, farmers, construction workers,
4    shoemaking, leather.  I mean, the list goes on and
5    on.  One more second.
6         In fact, the only statistically significant
7    etiologic agent was food products, beverages, and
8    tobacco, and I don't know what that means when you
9    include food with tobacco.  I don't know -- I don't
10   understand what this means.
11       Q.  So this might help in just -- for later
12   discussions, so I'm going to try to get some clarity
13   on something now.  Okay?
14       A.  Sure.
15       Q.  If an odds ratio or a relative risk is 1.7,
16   the 95 percent confidence interval goes down to 1.0
17   and up to 2 point something, we cannot say that is
18   evidence for an increased risk, right?
19       A.  Correct.
20       Q.  The reason for that is that the result is
21   not statistically significant because the lower
22   confidence bound includes 1.0, right?
23       A.  Yeah, especially when you only have 24
24   patients.  To make a meaningful judgment that this
25   is a statistically significant finding in 24

Page 251

1    patients when 1 is included in the confidence
2    interval, I don't think is fair.
3         Q.  You wouldn't interpret an odds ratio like
4    this as showing a 70 percent increased risk
5    associated with some activity, correct?
6         A.  So I think the more important question is --
7    and, again, I'm not a statistician.  But the more
8    important question is, is working in the paper mill,
9    is that -- is that statistically significant for
10   increasing your risk of NHL?  This article says no.
11       Q.  And regardless, you did not investigate the
12   literature on whether working in a paper mill is
13   associated with NHL, correct?
14       A.  I mean, no.  For fairness, I looked at
15   everything, and I didn't see it.  And this is the
16   reason why, because it's not statistically
17   significant.
18       Q.  You reviewed William Pleu's sworn deposition
19   testimony.  We talked about that, right?
20       A.  Yes.
21       Q.  You relied on his deposition, correct?
22       A.  Yes.
23       Q.  You also reviewed Mr. Pleu's sworn Plaintiff
24   Fact Sheet, right?
25       A.  Yes.

Page 252

1         Q.  You relied on that, correct?
2         A.  Correct.
3         Q.  Your sources of information for Mr. Pleu's
4    Roundup exposure were his deposition and his
5    Plaintiff Fact Sheet, right?
6         A.  Correct.
7         Q.  At the time William Pleu was deposed, he was
8    a plaintiff in a lawsuit claiming Roundup caused his
9    lymphoma, right?
10        A.  Yes.
11        Q.  At the time of his PFS, Mr. Pleu --
12        A.  I'm sorry, his what?  P --
13        Q.  I'm sorry.  I'll repeat the question.
14        A.  Thanks.
15        Q.  At the time Mr. Pleu completed his Plaintiff
16   Fact Sheet --
17        A.  Thank you.
18        Q.  -- he was a plaintiff in this lawsuit,
19   correct?
20        A.  Yes.
21        Q.  You didn't interview William Pleu, right?
22        A.  You already know that, yes.
23        Q.  There's nothing in an interview that would
24   tell you the cause of a patient's non-Hodgkin's
25   lymphoma, true?

Page 253

1         MR. HABERMAN:  Objection.
2         A.  Well, I thought it was my job as your expert
3    witness to give my opinion, based upon all the
4    facts, what did it.
5         Q.  And you did not find it necessary to
6    interview William Pleu to determine the cause of his
7    non-Hodgkin's lymphoma, right?
8         A.  I don't think I was given that option.  I
9    think I was given the information.  And in my 33
10   years as an expert -- 20, whatever, 25 years as an
11   expert, or 20 years, I've never interviewed a
12   plaintiff.
13        Q.  Okay.  I'm going to break that down a little
14   bit.  Okay?
15        A.  Sure.
16        Q.  In your 20 to 25 years as an expert witness,
17   you've never interviewed a plaintiff, correct?
18        A.  Correct.
19        Q.  You get the information that you need on a
20   plaintiff's medical history and exposure from their
21   medical records and their deposition testimony,
22   correct?
23        A.  Correct.
24        Q.  There's nothing additional that you would
25   get from an interview with a plaintiff that would

64 (Pages 250 to 253)

Andrew M. Schneider, M.D.

Page 254

1  tell you about the cause of their non-Hodgkin's
2  lymphoma, right?
3      A.  I can't think of something I could have
4  asked him that would have helped me.
5      Q.  There's nothing in a physical exam that
6  would tell you the cause of someone's lymphoma,
7  correct?
8      A.  Correct.
9      Q.  Besides what Mr. Pleu said in his sworn
10 deposition and sworn PFS, was there any
11 documentation of any kind that you looked at to
12 determine how much Roundup Mr. Pleu used?
13     A.  I don't think there can be.  All -- again,
14 this is his recall of what he thinks.
15     Q.  You did not see any receipts from Mr. Pleu's
16 purchases of Roundup, right?
17     A.  So I'm not a private investigator or a
18 lawyer.  I wouldn't be looking at receipts.
19     Q.  Would it be good to look at receipts to
20 verify someone -- someone's Roundup use if you
21 could?
22     A.  I mean, in my humble opinion, that's your
23 job to show the jury that.  I'm not going to sit
24 there and look at receipts.  I'm not -- I'm a
25 doctor.

Page 255

1      Q.  You do not have any firsthand knowledge of
2  how Mr. Pleu sprayed Roundup, right?
3      A.  Just what he said.
4      Q.  You did not see any photos or videos taken
5  of the -- at the time of Mr. Pleu spraying Roundup,
6  right?
7      A.  No.  No photos, no.
8      Q.  You did not see any contemporaneous
9  documentation of any kind for Mr. Pleu's claimed use
10 of Roundup, right?
11     A.  No.  Can we take a five-minute break so I
12 can see what's going on here?
13     Q.  We can.
14     A.  Thank you.
15        THE VIDEOGRAPHER:  All right.  Off the
16 record at 4:12 p.m.
17        (Recess from 4:12 p.m. until 4:22 p.m.)
18        THE VIDEOGRAPHER:  Back on the record at
19 4:22 p.m.
20 BY MS. ROSS:
21     Q.  Dr. Schneider, you did not see
22 any contemporaneous documentation of any kind where
23 Mr. Pleu's claimed use of Roundup was documented,
24 right?
25     A.  Yeah, I don't understand what I would be

Page 256

1  looking for.
2      Q.  Did you see any records of any kind from
3  before Mr. Pleu filed his lawsuit that bear on the
4  question of whether he used Roundup?
5      A.  I mean, he clearly says it in his deposition
6  under oath.
7      Q.  And that deposition was taken while he was a
8  plaintiff in this lawsuit, correct?
9      A.  Yes, but so what?
10     Q.  What your numbers come from is Mr. Pleu's
11 trying to remember in 2022 what weed control
12 products he used going back to 1994, correct?
13     A.  Correct.
14     Q.  Even with the best of intentions and
15 assuming complete good faith, you would acknowledge
16 that the exercise of trying to remember how much of
17 a lawn care product you used in any given month 20
18 or 30 years ago carries with it some uncertainty,
19 true?
20     A.  True.
21        MR. HABERMAN:  Objection.
22     Q.  Would it change your opinion if Mr. Pleu
23 actually never used Roundup?
24     A.  If he never used Roundup, I couldn't blame
25 the Roundup as causing his CLL.

Page 257

1      Q.  If there was actual evidence that Mr. Pleu
2  never used Roundup, you agree it could not cause his
3  cancer, right?
4      A.  I wouldn't be able to testify under oath
5  that Roundup was an etiological agent for his NHL if
6  in fact he never was exposed to any Roundup.
7      Q.  If someone did not use Roundup, Roundup did
8  not cause their non-Hodgkin's lymphoma, right?
9      A.  Right.
10        MR. HABERMAN:  Objection.
11     Q.  If Mr. Pleu was not exposed to Roundup in
12 any significant way, Roundup did not cause his
13 condition, correct?
14     A.  So you have to define significant.
15     Q.  What is your standard for what constitutes
16 enough Roundup exposure to increase risk?
17     A.  Well, I've looked at all the data and
18 everybody has their own definition.  Some studies
19 I've seen greater than two exposures in a year, some
20 -- some more, maybe 10 exposures in a year, and then
21 the number of years.
22     Q.  Let me break that down.  Okay?
23     A.  Sure.
24     Q.  In forming your expert opinion that Roundup
25 exposure is sufficient to cause non-Hodgkin's

Andrew M. Schneider, M.D.

Page 258

1  lymphoma, you looked at the different studies in the
2  literature and how much Roundup exposure they
3  reported, correct?
4     A.  I did, and not all studies did report that.
5     Q.  And let me break that down.  Okay?
6     A.  Okay.
7     Q.  Not all studies looked at different
8  categories of exposure, true?
9     A.  True.
10    Q.  Some studies just looked at is anyone ever
11  exposed to Roundup at an increased risk of cancer,
12  right?
13    A.  Yes.
14    Q.  IARC's meta-analysis is one of those, where
15  they looked at ever use of glyphosate-based
16  herbicides and NHL risk, true?
17    A.  True.
18    Q.  There are some studies that looked at
19  whether increasing frequency, intensity, or duration
20  of use were associated with non-Hodgkin's lymphoma,
21  right?
22    A.  Yes.
23    Q.  You looked at those studies, correct?
24    A.  Yes.  Uh-huh.
25    Q.  All of the epidemiologic studies you looked

Page 259

1  at assessed whether people who actually sprayed
2  Roundup were at an increased risk, whether that was
3  ever exposure or some intensity measure, right?
4     A.  True.
5     Q.  In order to be at increased risk of NHL from
6  Roundup, do you need to get Roundup on your skin?
7     A.  I think it's clear that getting Roundup on
8  your skin --
9        MR. HABERMAN:  Objection.
10       THE WITNESS:  Sure.
11    A.  -- getting Roundup on your skin can increase
12  your risk of NHL, but I don't think that you have to
13  have it necessarily on your skin.
14    Q.  How else would you get it into your body?
15    A.  Once again, aerosol.
16    Q.  So the two routes of exposure you're aware
17  of are inhaling and skin exposure, right?
18    A.  Yes.
19    Q.  How much systemic exposure do you need to
20  Roundup in order to increase your risk of NHL?
21    A.  Depends on the study.
22    Q.  And when you say depends on the study,
23  you're talking about studies that looked at lifetime
24  days of exposure, number of days per year, or number
25  of years exposure, right?

Page 260

1     A.  Correct.
2     Q.  Did you look at any studies that actually
3  measured systemic exposure to Roundup in parts per
4  billion, for example?
5     A.  So since I'm not a trained toxicologist, I
6  wouldn't know how to interpret that.  I don't
7  remember seeing that, and if I did, I wouldn't know
8  what it meant.
9     Q.  I want to talk about Mr. Pleu's use of
10  Roundup with you.  Okay?
11    A.  Sure.
12    Q.  You have in front of you some notes that you
13  took about your review of Mr. Pleu's deposition;
14  isn't that right?
15    A.  Yes.
16    Q.  Can you remind me what exhibit number that
17  is?
18    A.  I'll find it.  Yes, 12.
19    Q.  Mr. Pleu -- new question.
20       Mr. Pleu started using Roundup in 1994,
21  correct?
22    A.  Yes.
23    Q.  He stopped using Roundup in 2020; is that
24  right?
25    A.  Correct.

Page 261

1     Q.  How many total lifetime days of exposure to
2  Roundup did Mr. Pleu have?
3     A.  So I have when he lived at 2275 Lansdowne,
4  he used it two to three times every two weeks for 30
5  minutes to an hour, except for maybe the months of
6  February through December.  I also have a couple of
7  times per year, so -- does anybody got a pen or --
8     Q.  Before you do that, Dr. Schneider, I'm just
9  going to clarify something for the record.
10    A.  Sure.
11    Q.  You formed your opinion about Roundup
12  causing Mr. Pleu's condition before your deposition
13  today, right?
14    A.  Yes.
15    Q.  Before your deposition today you did not
16  calculate a total number of days of Roundup exposure
17  for Mr. Pleu, true?
18    A.  So it's --
19       MR. HABERMAN:  Objection.
20    A.  It's going to be greater than two, so -- I
21  mean, some didn't have any, some had greater than
22  two, so he's clearly going to meet definitions of --
23  by some authors.  He's probably going to meet
24  definitions of anybody.  Some are greater than 10
25  days, some are greater than two days.  Obviously,

Andrew M. Schneider, M.D.

Page 262

1    it's hundreds of days over 20 years, so I didn't
2    bother getting the exact number.
3         Q.   I'm correct that you did not calculate a
4    total number of exposure days for Mr. Pleu prior to
5    today, right?
6         A.   I was going to do it here if you asked me.
7         Q.   And you are able to do that by take the
8    number of times every two weeks that Mr. Pleu said
9    he sprayed Roundup and multiplying that by 26,
10   correct?
11        A.   So I have in my notes he did it a couple
12   times a year, so just taking that, we have 26
13   years times twice a year, that's 52, but again, he
14   did it more often when he was at Landowne, two to
15   three times every two weeks.  So, you know, he's
16   going to have a large exposure.
17        Q.   Does anyone who uses Roundup for more than
18   two days per year, in your expert opinion, have an
19   increased risk of non-Hodgkin's lymphoma?
20        A.   I'm sorry.  Say that question again.
21        Q.   Does anyone who uses Roundup for more than
22   two days per year have an increased risk of
23   non-Hodgkin's lymphoma, in your expert opinion?
24        A.   Yes.  You look at the data.  Some data
25   doesn't even mention any risk or no risk.  Some

Page 263

1    breaks it down by number of days per year and some
2    breaks it down by lifetime exposure.
3         Q.   Does anyone who uses Roundup for more than
4    10 lifetime days have an increased risk of
5    non-Hodgkin's lymphoma, in your expert opinion?
6         A.   Yes.
7         Q.   Did you calculate a number of hours that
8    Mr. Pleu was exposed to Roundup?
9         A.   I did not because it wouldn't change my
10   opinion that his Roundup exposure caused his
11   lymphoma.
12        Q.   The particular number of hours that Mr. Pleu
13   was exposed to Roundup wouldn't change your opinion
14   that Roundup exposure caused his lymphoma; is that
15   right?
16        MR. HABERMAN:  Objection.
17        A.   Sure.  So as I said, there are some studies
18   where it's an any -- it's an all-or-none phenomena,
19   you know, you've been exposed to Roundup.  Some
20   studies, like McDuffie, greater than two days per
21   year, Eriksson, greater than 10 days per year.
22        So depending upon what study you're looking
23   at, he meets those criteria.
24        Q.   You were just looking at a summary table
25   from Dr. Weisenberger's publication on the McDuffie

Page 264

1    and Eriksson studies, right?
2         A.   So I -- so I do that to refresh my memory,
3    because --
4         Q.   No, and that's fine, I just want the record
5    to be clear.
6         A.   Yes.
7         Q.   So this is not -- you're not required to
8    have all of these data memorized, right?
9         A.   There's no way I can memorize that data.
10        Q.   And we will look individually at the
11   McDuffie and Eriksson studies.  Okay?
12        A.   Sure.  Sure.
13        Q.   The McDuffie study reported greater than 10
14   days, right?
15        A.   No, greater --
16        Q.   I'm sorry.
17        A.   You got it wrong.
18        Q.   The McDuffie study reported greater than two
19   days, right?
20        A.   Yes.
21        Q.   The Eriksson study reported greater than 10
22   days, correct?
23        A.   Do you want to borrow my table?  Yes.
24   Excuse me.
25        Q.   You do not have any facts or data to suggest

Page 265

1    that Mr. Pleu was exposed to Roundup in any way
2    that's different from what he testified to in his
3    deposition, correct?
4         A.   Correct.
5         Q.   Mr. Pleu started using Roundup in 1994,
6    right?
7         A.   Yes.
8         Q.   He used it at his house, correct?
9         A.   Yes.
10        Q.   You would classify Mr. Pleu as a residential
11   user, right?
12        A.   Yes.
13        Q.   When he applied Roundup, Mr. Pleu would hold
14   the bottle or the sprayer one to three inches away
15   from the weeds, correct?
16        A.   Yes.
17        Q.   He never sprayed indiscriminately because
18   that would kill something he didn't intend to kill,
19   right?
20        A.   Yes.
21        Q.   He did not spray when it was windy, true?
22        A.   True.
23        Q.   Mr. Pleu wore work boots, shorts, a T-shirt,
24   glasses, and work gloves when he applied Roundup,
25   right?

67  (Pages 262 to 265)

Andrew M. Schneider, M.D.

Page 266

1    A.  I have gloves, no mask, and glasses, leather
2  boots.
3    Q.  Do you want me to reask my question?
4    A.  I just want to -- it was compound.  You have
5  to take them one at a time.
6    Q.  Mr. Pleu wore work boots when he applied
7  Roundup, right?
8    A.  Crrect.
9    Q.  Mr. Pleu wore glasses, correct?
10   A.  Yes.
11   Q.  He also wore work gloves, correct?
12   A.  Correct.
13   Q.  Mr. Pleu got Roundup on his hand a few times
14  when taking off a glove to get to the bottom of a
15  bottle of Roundup, right?
16   A.  Yes.
17   Q.  That was on his right hand and no other body
18  part, correct?
19        MR. HABERMAN:  Objection.
20   A.  I didn't memorize which hand it was.  I'm
21  sorry.
22   Q.  On those few occasions that Mr. Pleu got
23  Roundup on his hand, he would then spray his hand
24  down with a hose, correct?
25   A.  Yes.

Page 267

1    Q.  After spraying and doing whatever other yard
2  work he was going to do that day, he would strip in
3  the garage and shower immediately, correct?
4    A.  Correct.
5    Q.  Does everyone who uses Roundup have
6  measurable glyphosate in their blood or their urine?
7    A.  So I'm not a toxicologist, I wouldn't be
8  able to answer that question.
9    Q.  You don't know the answer to that question,
10  fair?
11   A.  As a clinical medical oncologist, I don't
12  know the answer to that question.  I can give you an
13  answer but it doesn't mean it's right, nor is it
14  evidence-based.
15   Q.  As an expert opining that Roundup caused
16  particular patients' non-Hodgkin's lymphoma, you do
17  not have an opinion on whether everyone who uses
18  Roundup has measurable glyphosate in their blood or
19  their urine, true?
20   A.  True.
21   Q.  As an expert opining that Roundup caused
22  particular plaintiffs' non-Hodgkin's lymphoma, you
23  have not investigated the question of whether
24  everyone who uses Roundup has measurable glyphosate
25  in their blood or their urine, right?

Page 268

1    A.  I'm not trained to do that.
2    Q.  You've never read any studies on the levels
3  of glyphosate in the body of Roundup users?
4    A.  I have not.
5    Q.  Did Mr. Pleu, in the medical records you
6  saw, ever have measurements taken that showed the
7  presence of glyphosate in his blood or urine?
8    A.  I don't think he ever had measurements
9  taken.
10   Q.  Can you point me toward any test at any time
11  that would confirm that William Pleu had measurable
12  glyphosate in his body?
13   A.  That wouldn't be possible because when he
14  was using it, he didn't know it causes lymphoma.  If
15  he did, he wouldn't be doing it.  So when he was
16  using Roundup, he didn't go, "Oh, let me go to the
17  doctor and get tested today because 20 years from
18  now I will be suing somebody."  So...
19   Q.  I think we can probably cut some of this
20  questioning off, so I'm going to try.  Okay?
21   A.  Well, some of the questions are, with all
22  due respect, ridiculous.
23   Q.  Next question:  You have done nothing to
24  investigate how much glyphosate Mr. Pleu actually
25  absorbed, true?

Page 269

1         MR. HABERMAN:  Objection.
2    A.  Yeah, I think you asked that question and I
3  said there is no documentation of that because it
4  wasn't done.  He didn't go get tested.
5    Q.  You are not relying on any measurement of
6  glyphosate in William Pleu's body, true?
7    A.  Correct.
8    Q.  You're not measuring -- you're not relying
9  on any estimation or calculation from a toxicologist
10  or anyone else for the amount of glyphosate in
11  Mr. Pleu's body, correct?
12   A.  So to be fair, you already asked me three
13  hours ago if I was going to rely on anybody else's
14  expert testimony and I said no.
15   Q.  So let me ask the question without the
16  toxicologist in it.  Okay?
17   A.  Okay.
18   Q.  You are not relying on any estimation or
19  calculation of glyphosate in Mr. Pleu's body for any
20  of your opinions in this case, true?
21   A.  Correct.
22   Q.  Were there any other ingredients in the
23  Roundup Mr. Pleu used besides glyphosate that you
24  considered significant to your analysis?
25   A.  So there are other things that glyphosate --

68 (Pages 266 to 269)

Andrew M. Schneider, M.D.

Page 270

1    sorry, in Roundup, I believe, like surfactant, but
2    I'm not a toxicologist. My role here was to look at
3    the data on the etiologic agent of Roundup being
4    glyphosate and to see what the data shows about the
5    etiology risk of NHL.
6        Q. Okay. So right now I'm trying to determine
7    how far into detail we need to go on other
8    ingredients. Okay?
9        A. Sure.
10       Q. New question: Were there any other
11   ingredients in the Roundup Mr. Pleu used besides
12   glyphosate that you considered significant to your
13   analysis?
14       A. No.
15       Q. You are not offering an opinion that any
16   ingredient in Roundup other than glyphosate caused
17   or contributed to Mr. Pleu's non-Hodgkin's lymphoma,
18   true?
19       A. True.
20       Q. That's true for Mr. Moore as well?
21       A. True.
22       Q. That you are not offering an opinion that
23   any ingredient in Roundup other than glyphosate
24   caused or contributed to his NHL, right?
25       A. True.

Page 271

1            MR. HABERMAN: Objection.
2        Q. Let's talk about Mr. Moore. Okay.
3        A. Sure.
4        Q. Mr. Moore was diagnosed with testicular
5    DLBCL in January of 2020, right?
6        A. Yes.
7        Q. Mr. Moore was 50 years old at the time of
8    his diagnosis, right?
9        A. Yes.
10       Q. His date of birth is August 15th, 1969.
11   Okay?
12       A. Sure.
13       Q. Are you looking for your notes on Mr. Moore?
14       A. I am.
15       Q. I think that they are Exhibit 13, if that
16   helps you. You should have it in front of you.
17       A. I've got them. Okay. Okay.
18       Q. You good?
19       A. I'm good.
20       Q. There are different types of DLBCL, true?
21       A. Yes.
22       Q. Germinal center is one type of DLBCL, right?
23       A. Yes.
24       Q. Nongerminal center is another type of DLBCL,
25   right?

Page 272

1        A. Yes.
2        Q. What was Mr. Moore's?
3        A. I don't remember, because to me, unless they
4    are a double-hit or triple-hit, they are all treated
5    the same way.
6        Q. Okay. I will represent to you, based on his
7    medical records, that Mr. Moore's DLBCL was
8    nongerminal center type.
9        A. Okay.
10       Q. Do you have any reason to dispute that?
11       A. No, and it means nothing to me.
12       Q. And the reason it means nothing to you is
13   that, if I'm understanding correctly, what matters
14   from a treating oncologist's perspective is a DLBCL
15   double or triple hit, right?
16       A. Correct.
17       Q. Mr. Moore's DLBCL was not double-hit,
18   correct?
19       A. Correct.
20       Q. It was not triple-hit, correct?
21       A. Yes.
22       Q. Mr. Moore's cancer was tested for a mec
23   rearrangement and was negative, right?
24       A. Yes.
25       Q. Was that a good thing?

Page 273

1        A. Yes.
2        Q. Did you see anything anywhere in Mr. Moore's
3    medical records that identified the driver mutations
4    responsible for his DLBCL?
5        A. No.
6        Q. You did not need to review the results of
7    any other genetic testing for Mr. Moore to arrive at
8    your opinion that Roundup caused his cancer, right?
9        A. Correct.
10       Q. Genome or exome sequencing would not inform
11   your opinion in any way, true?
12       A. True.
13       Q. Mr. Moore had a bone marrow biopsy on
14   January 31st of 2020, right?
15       A. Yes.
16       Q. Thankfully, that was negative for cancer,
17   correct?
18       A. Correct.
19       Q. Mr. Moore had DLBCL in his right testicle,
20   right?
21       A. Yes.
22       Q. Pet CT before he started treatment showed no
23   other areas of cancer, correct?
24       A. Correct.
25       Q. In other words, Mr. Moore's DLBCL was caught

Andrew M. Schneider, M.D.

Page 274

1  earlier, right?
2      A.  Well, I would say at stage 1(E), but I don't
3  -- I don't know what caught early means.
4      Q.  Okay.  I'll ask a new question.  Okay?
5      A.  Sure.
6      Q.  Mr. Moore's DLBCL was stage 1, right?
7      A.  1(E).
8      Q.  Okay.  And 1(E) means extranodal, correct?
9      A.  Correct.
10     Q.  Mr. Moore's DLBCL was 1(E), correct?
11     A.  We just said that, yes.
12     Q.  Okay.  Is that a good thing in terms of
13  staging of DLBCL?
14     A.  Yes.  It's better to be stage 1 than stage
15  4, so...
16     Q.  Mr. Moore was treated with R-CHOP for his
17  DLBCL, right?
18     A.  Yes.
19     Q.  Mr. Moore completed six rounds of R-CHOP
20  between February and July of 2020, right?
21     A.  Yes.
22     Q.  Mr. Moore had imaging completed after he
23  finished treatment, right?
24     A.  Yes.
25     Q.  Mr. Moore's post-treatment imaging after he

Page 275

1  completed R-CHOP showed no cancer, right?
2      A.  Yes.
3      Q.  That is a good thing, correct?
4      A.  Yes.
5      Q.  Have you seen any cancer records for
6  Mr. Moore since July of 2020?
7      A.  The last records I saw showed he was without
8  disease.  I don't memorize the date.
9      Q.  As you understand it, Mr. Moore has not
10  received any further treatment for his DLBCL since
11  finishing chemotherapy, correct?
12     A.  You omitted the radiation he had, and the
13  intrathecal medicine.
14     Q.  Those were recommended.  Did you see
15  anything in the records actually indicating that he
16  got radiation?
17     A.  So what I did see was I think he got one
18  dose of high-dose methotrexate and then he had some
19  bad side effects, so I believe he got some
20  intrathecal methotrexate.
21     Q.  I saw that recommended.  Did you see any
22  actual medical records of intrathecal --
23     A.  My recollection is that he got it.  If I'm
24  wrong, I'm wrong.  I mean, that's what I remember
25  reading.

Page 276

1      Q.  Okay.  Let's break that down into pieces so
2  that we're clear on what we have.  Is that fair?
3      A.  Sure.
4      Q.  All right.  Mr. Moore received one dose of
5  methotrexate for CNS prophylaxis in June of 2020,
6  right?
7      A.  Yes.
8      Q.  He developed an acute kidney injury that
9  fully resolved after discontinuation of
10  methotrexate, right?
11     A.  Yes.
12     Q.  It does not appear from his medical records
13  that he -- at least those that have been produced to
14  us -- that he underwent radiation, though that was,
15  at one point, recommended.  Is that consistent with
16  what you saw in his records?
17     A.  Right.  So I never saw radiation records but
18  I saw he was going -- I assumed he got it.  Maybe I
19  assumed wrong.  So I think if we're going to do
20  it -- you're right, I don't know if I saw the actual
21  radiation records.
22     Q.  I believe Mr. Moore testified about the
23  treatment that he received for his DLBCL and you
24  reviewed his deposition, correct?
25     A.  Yes.

Page 277

1      Q.  Did you see anything in his deposition
2  saying that he had radiation?
3      A.  I don't remember.
4      Q.  Did you see anything in his deposition
5  saying that he had methotrexate beyond that one
6  dose?
7      A.  I think he did, I just can't -- you
8  understand I can't point to where it is but my
9  recollection was, from reading the records, that he
10  did.
11     Q.  And the best way to verify that would be to
12  go to Mr. Moore's medical records?
13     A.  Yeah, pull out the records.  I don't know if
14  it really matters in terms of my opinions today.
15     Q.  Thankfully, today Mr. Moore is doing very
16  well from a lymphoma standpoint, right?
17     A.  Yes.
18     Q.  He has been in remission since completing
19  treatment in July of 2020, correct?
20     A.  Yes.
21     Q.  That's nearly two years now, right?
22     A.  Yes.
23     Q.  It is true that if DLBCL remains in
24  remission two years after completing treatment,
25  long-term prognosis is good, right?

Andrew M. Schneider, M.D.

Page 278

1  MR. HABERMAN: Objection.
2  A. Right. Well, we've got to break that --
3  I'll be like you, we have to break it down a little
4  bit. Why are you picking two years and what do you
5  mean by good?
6  Q. NCCN guidance and SEER have data on
7  prognosis and likelihood of relapse for DLBCL after
8  two years post-therapy. Are you familiar with that?
9  A. Well, yeah, but usually it's after five
10  years. I mean, there are survival charts, we can
11  pull them, but usually it's -- you know, we don't
12  look at two-year survivals, we more usually look at
13  five-year survival.
14  Q. When you are looking at long-term outcomes
15  for DLBCL, you'd look at five years post-treatment
16  as opposed to two years; am I right on that?
17  A. We don't look at two years. In oncology, we
18  don't look at two years, we look at five years.
19  Q. What is the likelihood today that
20  Mr. Moore's cancer will recur?
21  A. More likely than not it will not recur.
22  Q. Mr. Moore's treating oncologist has
23  described his ECOG status as zero, right?
24  A. Yes.
25  Q. That is a good thing, right?

Page 279

1  A. Yes.
2  Q. As we discussed earlier, ECOG of zero means
3  fully active, able to carry on all predisease
4  performance without restriction, correct?
5  A. Correct.
6  Q. Do you agree with Mr. Moore's treating
7  oncologist as to his performance status?
8  A. Like you asked me before, there is no way I
9  can independently verify a performance status
10  without seeing him.
11  Q. You don't have an opinion that there is
12  anything Mr. Moore cannot do today because of his
13  DLBCL, true?
14  A. True.
15  Q. You reviewed Mr. Moore's medical records in
16  addition to his cancer records, right?
17  A. Yes.
18  Q. Mr. Moore has a history of anxiety, true?
19  A. I believe so. I don't remember.
20  Q. Mr. Moore's anxiety predates his DLBCL,
21  right?
22  A. Okay.
23  (Schneider Exhibit 19 was marked for
24  identification.)
25  BY MS. ROSS:

Page 280

1  Q. Exhibit 19 to your deposition is a primary
2  care note from August of 2017 for Stacey Moore. Do
3  you see that?
4  A. I do.
5  Q. At the time of this evaluation in August
6  2017 -- well, let me back up. New question. Okay,
7  Dr. Schneider?
8  A. Sure.
9  Q. August of 2017 was before Mr. Moore was
10  diagnosed with DLBCL, right?
11  A. Okay.
12  Q. At the -- in August of 2017 Mr. Moore's BMI
13  on his vitals was 25.9. Do you see that?
14  A. No, but I'm sure you'll show me where -- I
15  see it. I've got it, 25.9, yeah.
16  Q. A BMI of 25.9 is an overweight BMI, right?
17  A. I don't actually really know. His weight is
18  175. Does it say how tall he is? I don't know how
19  tall he is. How tall is he, do we know?
20  Q. It says 69 inches.
21  A. So 5' 9", 175? That's a little bit -- I
22  don't know. It's not horrendous, I don't think, but
23  it's -- it could be a little bit.
24  Q. Do you see under -- just above the vital
25  signs there is a comment that -- other

Page 281

1  comment/concerns, "anxiety attacks that are
2  happening nightly." Do you see that?
3  A. Where is that?
4  Q. Just above the vital signs.
5  A. I see the vital signs. Show me where. I
6  don't see it.
7  Q. Two rows up.
8  A. Okay. Yes, yes, yes, yes.
9  Q. In August of 2017 Mr. Moore was having
10  anxiety attacks that were happening nightly
11  according to his medical records, correct?
12  A. Okay.
13  Q. And if you look at the assessments on the
14  following page, do you see that Mr. Moore was
15  diagnosed with generalized anxiety disorder?
16  A. Yes.
17  Q. You have no reason to dispute that
18  diagnosis, right?
19  A. Correct.
20  Q. Mr. Moore has hypothyroidism, right?
21  A. Hypo, right?
22  Q. Hypo.
23  A. Yes.
24  Q. Correct.
25  A. Yes.

Andrew M. Schneider, M.D.

Page 282

1    Q.  Mr. Moore was diagnosed with hypothyroidism
2  in 2017, right?
3    A.  Okay.
4    Q.  He was treated with Synthroid, correct?
5    A.  Yes.
6    Q.  Synthroid is a form of hormone replacement
7  for thyroid, correct?
8    A.  Correct.
9    Q.  Mr. Moore has an autoimmune thyroid
10  condition, right?
11    A.  I don't know if it's autoimmune.  He has
12  hypothyroidism.
13    Q.  Hypothyroidism is most commonly caused by
14  Hashimoto's disease, right?
15    A.  I don't know that.
16    Q.  You don't know one way or another whether --
17  what the most common cause of hypothyroidism is in
18  the United States?
19    A.  Correct.
20    Q.  That's not your area of expertise, fair?
21    A.  I'm not an endocrinologist.
22    Q.  Did you look into the literature of
23  whether autoimmune thyroid disorders are associated
24  with non-Hodgkin's lymphoma?
25    A.  So autoimmune diseases that cause

Page 283

1  immunosuppression are.  One, I don't know he had an
2  autoimmune disease; and two, I don't think
3  autoimmune thyroiditis would cause
4  immunosuppression.
5    Q.  Does Mr. Moore have any other health issues
6  of which you are aware?
7    A.  I mean, do you want to show me?  Is there
8  something I should look at besides this piece of
9  paper here?  He's only on Synthroid, so I don't know
10  what else.
11    Q.  I didn't see anything in your notes --
12    A.  Okay.
13    Q.  -- indicating any other health conditions,
14  correct?
15    A.  He's only Synthroid, so -- here, past
16  medical history, I don't see anything else on this
17  page.
18    Q.  Right.  And so I just am --
19    A.  Okay.
20    Q.  -- checking with you that there is nothing
21  else that you're aware of --
22    A.  Not -- no, not that I'm aware of.
23    Q.  Okay.  We were talking over each other a
24  little here, so let me just clarify.
25       New question:  Mr. Moore has no other

Page 284

1  medical conditions of which you are aware, correct?
2    A.  Correct.
3    Q.  Mr. Moore smokes every day, right?
4    A.  Yes.
5    Q.  You saw it documented in Mr. Moore's medical
6  records that he smokes a pack a day, right?
7    A.  Yes.
8    Q.  A pack-a-day smoker since age 20, right?
9    A.  Yes.
10    Q.  He's now 53, correct?
11    A.  Correct.
12    Q.  That's a 33-pack-year history?
13    A.  Yes.
14    Q.  Did you consider Mr. Moore's 33-pack-year
15  history to be significant?
16    A.  Significant towards what?
17    Q.  In general?
18    A.  How do you -- are we talking about his risk
19  of lung cancer?  What do -- what are you actually
20  asking me?  Significant is a very general term.
21  What do you mean by significant?
22    Q.  I'm going to break that down.  Okay?
23    A.  Sure.
24    Q.  Mr. Moore was at an increased risk of lung
25  cancer because of his smoking, right?

Page 285

1    A.  Yes.
2    Q.  And he has not been diagnosed with lung
3  cancer, thankfully, correct?
4    A.  Correct.
5    Q.  Cigarette smoke contains benzene, right?
6    A.  Yes.
7    Q.  Benzene is a solvent, correct?
8    A.  Yes.
9    Q.  Benzene has been associated with
10  non-Hodgkin's lymphoma, true?
11    A.  Usually follicular lymphoma.
12    Q.  Have you looked at the literature on whether
13  benzene generally is associated with non-Hodgkin's
14  lymphoma?
15    A.  I don't think it's statistically
16  significantly associated with it.
17    Q.  Now, when you say follicular lymphoma, you
18  are aware that there is an association between
19  cigarette smoking and follicular lymphoma, right?
20    A.  I've seen literature to that effect, yes.
21    Q.  For DLBCL specifically, you are not aware of
22  literature finding an association between DLBCL and
23  smoking; is that correct?
24    A.  Correct.
25    Q.  Did Mr. Moore's smoking history contribute

Andrew M. Schneider, M.D.

Page 286

1   to his DLBCL?
2       A.  I don't believe it did.
3       Q.  Why not?
4       A.  As we just discussed, that it's follicular
5   lymphoma.
6       Q.  Smoking causes cancer, correct, generally?
7       A.  Off the record.  So?  Yes.
8       Q.  Exposures that cause one cancer, as we've
9   discussed, do not necessarily cause another cancer,
10  right?
11      A.  Correct.
12      Q.  We need to look at data for an exposure in a
13  particular type of cancer to form an opinion, right?
14      A.  Right.
15      Q.  For DLBCL, we need to look at data for DLBCL
16  to form an opinion on whether an exposure caused
17  that cancer, true?
18      A.  To the best of our ability, yes.
19      Q.  For follicular lymphoma, the same would be
20  true, right?
21      A.  The answer is to the best of our ability.
22  We always can't do that, as we'll talk about, but we
23  try.
24      Q.  You've seen 50-year-old men with DLBCL who
25  did not ever use Roundup, true?

Page 287

1       A.  Of course.
2       Q.  Can you point me toward anything other than
3   Stacey Moore's Plaintiff Fact Sheet and his
4   deposition testimony that shows that Roundup caused
5   Mr. Moore's cancer?
6       A.  That's the same question you asked for
7   Mr. Pleu and I will answer it the same way, that
8   this is a gentleman who has a significant both
9   occupational and residential exposure to Roundup,
10  who developed diffuse large cell lymphoma.
11  Therefore, it's my opinion, to a reasonable degree
12  of medical certainty, based upon the literature
13  which I'm sure we'll discuss at some point, that
14  that was the reason why he developed diffuse large
15  B-cell lymphoma.
16      Q.  You're aware that there is a difference
17  between what Mr. Moore testified to and what his
18  presenting symptoms were, for example, right?
19          MR. HABERMAN:  Objection.
20      A.  Yeah, I don't understand that question.  It
21  doesn't make sense.
22      Q.  What in Mr. Moore's presenting symptoms
23  tells you that Roundup caused his cancer?
24      A.  And with all due respect, these are the same
25  questions I objected to about Mr. Pleu.  You can't

Page 288

1   tell by physical exam, there's no test I can do to
2   determine why he got the lymphoma.  All I can tell
3   is he has a testicular mass and he has a lymphoma,
4   diffuse large B-cell lymphoma.  That's a given fact,
5   no dispute.  He's a 1(E) diffuse large B-cell
6   lymphoma.
7           The job here today is I'm giving expert
8   testimony about whether I believe his significant
9   Roundup exposure was the reason he developed the
10  lymphoma, and I will say yes, to a reasonable degree
11  of medical certainty.
12      Q.  Did you understand my question,
13  Dr. Schneider?
14      A.  With all due respect, probably not.
15      Q.  Let me try again.  Okay?
16      A.  Sure.
17      Q.  What in Mr. Moore's presenting symptoms, his
18  workup for DLBCL, his treatment or response to
19  therapy, tells you Roundup caused his cancer?
20      A.  So that's an unfair question because you --
21  we both know that there is nothing I can point to on
22  pathology that's going to say that this is from
23  Roundup.  So the answer is, as I told you when you
24  asked that question before, the reason we're going
25  to spend seven hours today, is we have to have

Page 289

1   someone to make the connection from Roundup to large
2   cell lymphoma, and that can only be done by
3   reviewing literature, data, and knowing the clinical
4   situation.
5           There is no test that we can do on Mr. --
6   help me -- Mr. Moore to prove that the Roundup
7   caused the lymphoma.  We both know that can't be
8   done.
9       Q.  So the answer to my question is there is no
10  test result, imaging study, pathology report, or
11  physical exam finding that tells you Roundup caused
12  Mr. Moore's cancer, true?
13      A.  The answer is true, but that's why you have
14  me here today, to give expert testimony over seven
15  hours to tell you that I believe, I'll tell the jury
16  to a reasonable degree of medical certainty, is that
17  the Roundup caused the diffuse large B-cell
18  lymphoma.
19      Q.  Have you ever seen a patient whose only risk
20  factor for DLBCL was being male?
21      A.  Again, we've gone these --
22          MR. HABERMAN:  Objection.
23      A.  Yeah, we've -- these questions before.
24      Q.  Have we gone through these questions with
25  regard to DLBCL in Stacey Moore?

73 (Pages 286 to 289)

Andrew M. Schneider, M.D.

<table>
<tr><td>

Page 290

1    A.  No, but it's going to be the same thing,
2  so...
3    Q.  So let me reask my question so that it's
4  clear.
5    A.  Sure.  You can ask your question.
6    Q.  Okay.
7    A.  I'm just going to comment on it, though.
8    Q.  Have you ever seen a patient in clinical
9  practice as a treating oncologist whose only risk
10  factor for DLBCL was being male?
11    A.  So I don't really consider being a male a
12  risk factor.  I mean, it very well might be but half
13  the population is male, so -- so what?  I mean, I
14  see diffuse large B-cell lymphoma, as we discussed
15  my numbers before, and I've already discussed that I
16  don't usually take a strong occupational history
17  because my job is "Here's your lymphoma, let's get
18  rid of it."
19       Why it happened doesn't really matter to me
20  at the given point in time when I'm trying to cure
21  this patient of his lymphoma.
22    Q.  As an expert in this case, when you
23  concluded that Roundup was a substantial factor
24  contributing to someone's non-Hodgkin's lymphoma, I
25  think you told me earlier you did consider other

</td><td>

Page 292

1  article, the first author is Goldin, G-o-l-d-i-n,
2  2009.  Do you see that?
3    A.  Yes.
4    Q.  You did not cite this article on your
5  reliance list, right?
6    A.  No, I don't think I was aware of this
7  article.
8    Q.  Did you perform any literature searches to
9  determine whether autoimmune thyroiditis was
10  associated with an increased risk of NHL?
11    A.  I did literature searches to look for any
12  possible association and I don't think I saw
13  autoimmune thyroiditis pop up on my search.
14    Q.  Do you perform any literature searches to
15  determine how big a risk autoimmune thyroiditis
16  might have for NHL?
17    A.  Okay.  First of all, if you -- there's just
18  one -- NHL is a broad category.  We're talking only
19  about diffuse large cell lymphoma.  That's number
20  one.
21       Number two, in my search I didn't find that.
22    Q.  If you will go with me to -- well, let's
23  start with the first page of this.  Do you see the
24  corresponding author is listed as Lynn Goldin,
25  right?

</td></tr>
<tr><td>

Page 291

1  risk factors, right?
2    A.  Yes.
3    Q.  What other risk factors did you consider in
4  determining that Roundup was a substantial
5  contributing factor for someone's non-Hodgkin's
6  lymphoma?
7    A.  We talked about history of EB -- EBV
8  infection, history of post lymphoproliferative
9  disorder, post-transplant.  We talked about chronic
10  immunosuppression with steroids, history of RA on
11  medications, history of lupus.
12    Q.  We mentioned autoimmune conditions and you
13  just mentioned two specifically, right?
14    A.  Correct.
15    Q.  Autoimmune thyroiditis increases the risk of
16  non-Hodgkin's lymphoma, right?
17    A.  So I think you'd need to see some
18  immunosuppression, I think, just if you have -- if
19  you can show me the data.  I'm unaware of
20  Hashimoto's increasing your risk of diffuse large
21  B-cell lymphoma.
22       (Schneider Exhibit 20 was marked for
23  identification.)
24  BY MS. ROSS:
25    Q.  I'm handing you Exhibit 20.  This is an

</td><td>

Page 293

1    A.  Yes.
2    Q.  And correspondence is directed to the
3  Genetic Epidemiology Branch of the National Cancer
4  Institute, right?
5    A.  Yes.
6    Q.  The National Cancer Institute has good
7  researchers, right?
8    A.  I don't know.
9    Q.  Do you know whether the researchers at the
10  National Cancer Institute know what they're doing
11  when it comes to cancer risks?
12    A.  So people -- I always laugh when people ask
13  me these questions because you want me to say yes
14  but I -- I'm sure the answer is yes but I don't know
15  who these people are, I don't know their names,
16  their background.  So it's not really fair.
17    Q.  If you will go with me to Table 2 and tell
18  me when you are there.
19    A.  I'm there.
20    Q.  Table 2 gives associations between various
21  autoimmune diseases and lymphomas, right?
22    A.  Yes.
23    Q.  One of the associations reported is for
24  Hashimoto's thyroiditis.  Do you see that?
25    A.  I do.

</td></tr>
</table>

Andrew M. Schneider, M.D.

Page 294

1    Q.  For NHL, the risk of NHL in folks with
2  Hashimoto's thyroiditis was 3.0, right?
3    A.  That's what it says, correct.
4    Q.  And that's statistically significant, right?
5    A.  Correct.
6    Q.  In Goldin 2009, folks who had a history of
7  Hashimoto's thyroiditis were at a threefold
8  increased risk of non-Hodgkin's lymphoma, true?
9    A.  Right, but this is not applicable to our
10  patient for the following reasons.  May I tell you?
11    Q.  You're saying that Mr. Moore did not have
12  non-Hodgkin's lymphoma?
13    A.  I'm saying he had diffuse large B-cell
14  lymphoma, and we discussed -- we went back to
15  cigarettes, that cigarettes increase your risk of
16  follicular lymphoma but not diffuse large cell
17  lymphoma.  This doesn't go into that detail, so we
18  don't know.  Maybe these are patients who had
19  Waldenstrom's or a mantle cell or a marginal zone.
20  I don't know what type of lymphoma.  I'd have known
21  if I read this article.  Do you want to give me time
22  to read the article?
23    Q.  So I want to just make sure that I'm
24  understanding --
25    A.  Let me -- the other thing to say is I don't

Page 295

1  even know that he had Hashimoto's thyroiditis.  I
2  just know he has hypothyroid.  You're the one who
3  says you think he had it but you haven't shown me a
4  record that says that.
5    Q.  Do you know whether someone with DLBCL in
6  this study would have been included in the NHL
7  category?
8    A.  To be fair, I haven't read the study.  Do
9  you want me to read it?
10    Q.  I'd like you to answer my question, if you
11  can.
12    A.  I can't -- unless you have the study.  I
13  haven't read it yet, so you have to give me time to
14  read it.
15    Q.  And I want to make sure I understand your
16  position on different subtypes of non-Hodgkin's
17  lymphoma, just so we're very clear on this going
18  forward.  Okay?
19    A.  Sure.
20    Q.  So different subtypes of non-Hodgkin's
21  lymphoma are distinct diseases, right?
22    A.  Yes.
23      MR. HABERMAN:  Objection.
24    Q.  Different subtypes of non-Hodgkin's lymphoma
25  have different etiologies, meaning different causes,

Page 296

1  right?
2      MR. HABERMAN:  Objection.
3    A.  Some do, some don't.
4    Q.  Different subtypes of non-Hodgkin's
5  lymphoma, when you say some do and some don't have
6  different causes, DLBCL and CLL have different
7  causes, correct?
8    A.  Yes.
9    Q.  DLBCL and follicular lymphoma have different
10  causes, right?
11    A.  Yes.
12    Q.  In order to understand the causes of a
13  particular type of non-Hodgkin's lymphoma, you would
14  prefer to look at data specific to that subtype if
15  those data are available, true?
16    A.  Correct.  So we do the best we can do.  If
17  the data is available, then we look at it.  If we
18  don't have that data, then we'll talk about the data
19  that we have and we can criticize it back and forth.
20    Q.  And one criticism of data that looks at NHL
21  overall as opposed to subtype data is that it's not
22  really answering the question of whether an exposure
23  is associated with that particular subtype of
24  non-Hodgkin's lymphoma?
25    A.  And that's why --

Page 297

1      MR. HABERMAN:  Objection.
2    A.  And that's why they made the meta-analysis,
3  so they can get that data.
4    Q.  I'm not sure that that answered my question,
5  so I'll try again.
6      One criticism of studies that look at NHL
7  overall is that they do not answer the question of
8  whether a particular exposure is associated with a
9  particular type of non-Hodgkin's lymphoma, right?
10    A.  That can be a criticism, and we'd have to
11  look at the individual study and see if that's
12  merited to that study.
13    Q.  Did IARC look at any subtype of
14  non-Hodgkin's lymphoma in their analysis?
15    A.  I don't remember they did.
16      Are you not going to ask me questions on
17  this article?  Do you want me to read it or --
18    Q.  You can set it aside.
19    A.  You don't want me to read it?
20    Q.  We'll come back to it if we have time.
21    A.  Sure.
22    Q.  You can hold onto it.
23    A.  I don't want it.
24    Q.  The exhibits are yours.
25    A.  I'm not going to read it.

75 (Pages 294 to 297)

Andrew M. Schneider, M.D.

Page 298

1    (Schneider Exhibit 21 was marked for
2    identification.)
3    BY MS. ROSS:
4        Q.  Exhibit 21 to your deposition is an article
5    by Mellemkjaer and others published in 2008.  Do you
6    see that?
7        A.  Yes.
8        Q.  I take it you searched for articles on
9    autoimmune disease and non-Hodgkin's lymphoma in
10   Google, right?
11       A.  Right.
12       Q.  The title of this article is "Autoimmune
13   disease in individuals and close family members and
14   susceptibility to non-Hodgkin's lymphoma."  Do you
15   see that?
16       A.  I do.
17       Q.  Mellemkjaer and colleagues report a variety
18   of results for a personal history of autoimmune
19   diseases.  Do you see that?
20       A.  Yes.
21       Q.  They also -- they report information for
22   systemic autoimmune diseases and then also
23   nonsystemic autoimmune conditions, including
24   Hashimoto's thyroiditis, right?
25       A.  Just for the record, we don't know he has

Page 299

1    Hashimoto's thyroiditis, just that we're clear on
2    that.  It's hypothyroid, but you haven't shown me
3    any data that he has Hashimoto's.
4        Q.  Correct.  And right now I'm asking you about
5    data on Hashimoto's thyroiditis.  I think the record
6    is clear that you did not determine whether or not
7    Mr. Moore has Hashimoto's thyroiditis.
8        A.  Since it's not a memory test and I don't
9    remember seeing that, would you show me it if it's
10   true?
11       Q.  I'm not saying that --
12       A.  Okay.  It is true.
13       Q.  -- one way or another --
14       A.  Fair enough.
15       Q.  -- whether Mr. Moore has Hashimoto's
16   thyroiditis.  Right now I'm asking you about --
17       A.  You don't want to tell me.  That's fair.
18   Okay.  Sure.
19       Q.  -- data and non-Hodgkin's and Hashimoto's.
20   Do you see that?
21       A.  I do.
22       Q.  Okay.
23       A.  So what's your question.  I'm sorry?
24       Q.  Are you looking at Table 3?
25       A.  You didn't say that before, did you?

Page 300

1        Q.  No.  I thought I saw you looking at it.
2        A.  I was just looking at the article.
3        Q.  Okay.  If you will turn with me to Table 3
4    on page 661, are you there?
5        A.  Yes.
6        Q.  Do you see that Table 3 gives the risk of
7    non-Hodgkin's lymphoma in relation to a personal
8    history of autoimmune disease stratified by time
9    interval between the development of an autoimmune
10   condition and NHL diagnosis?
11       A.  I see you have six patients with Hashimoto's
12   thyroiditis, which isn't very many, yes.
13       Q.  And in an autoimmune condition one to four
14   years prior to non-Hodgkin's lymphoma, the odds of
15   developing NHL for those with Hashimoto thyroiditis
16   were 4.9 and statistically significant, correct?
17       A.  Yes, but you have six patients.  I don't
18   think that's a fair assessment, in all honesty.
19       Q.  Did this article come up in your searches
20   when you did Google searches for NHL and autoimmune
21   disease?
22       A.  Just to be fair, for me it's not a memory
23   test.  This is not on my reliance thing, correct?
24       Q.  It is not on your reliance list.
25       A.  So I don't know this article, nor did it

Page 301

1    come up, so again, my one comment to you is I don't
2    know what you can say about six cases.  I don't
3    think that data is meaningful.
4        Q.  If we wanted to look at DLBCL specifically,
5    are there any articles that you recall reviewing
6    that did have data for Hashimoto's thyroiditis and
7    DLBCL?
8        A.  I already told you I didn't find that
9    association when I did my search, so I wouldn't be
10   able to tell you.
11       (Schneider Exhibit 22 was marked for
12   identification.)
13   BY MS. ROSS:
14       Q.  Exhibit 22 is an article, the first author
15   is Morton.
16       A.  Just give me -- give me one second, please.
17   Give me one second.  Since you gave me the article,
18   could I just look at it for a second?
19       Q.  You can.
20       MS. ROSS:  Let's go off the record.
21       THE VIDEOGRAPHER:  Off the record at
22   5:03 p.m.
23       (Recess from 5:03 p.m. until 5:03 p.m.)
24       THE VIDEOGRAPHER:  Back on the record at
25   5:03 p.m.

76 (Pages 298 to 301)

Andrew M. Schneider, M.D.

Page 302

1  BY MS. ROSS:
2      Q.  Dr. Schneider, Exhibit 22 to your deposition
3  is an article by Morton and colleagues entitled
4  "Etiological heterogeneity among non-Hodgkin
5  lymphoma subtypes."  Do you see that?
6      A.  I'm sorry.  Where am I looking now?
7      Q.  Exhibit 22.
8      A.  Okay.
9      Q.  This article is on your reliance list,
10  correct?
11      A.  Yes.
12      Q.  And Exhibit 22 includes information on a
13  variety of B-cell activating autoimmune diseases,
14  right?
15      A.  Yes.
16      Q.  If you go to Supplementary Table 2 -- and
17  tell me when you are there.
18      A.  What page is it on?
19      Q.  They are not numbered at that point since
20  you're in the supplement --
21      A.  Oh.
22      Q.  -- but it's Supplementary Table 2.
23      A.  Okay.  I'm there.
24      Q.  History of any B-cell activating autoimmune
25  disease was associated with a 2. --

Page 303

1      A.  Show me where you're looking.
2      Q.  Sure.  Sorry.  Let's back up so the record
3  is clear.  Okay?  Supplementary -- new question.
4          Supplementary Table 2 gives the risk of NHL
5  overall and specific NHL subtypes associated with a
6  variety of factors.
7          Do you see that?
8      A.  Yes.
9      Q.  One of those factors is history of B-cell
10  activating autoimmune disease, right?
11      A.  Yes.
12      Q.  There is a category of any B-cell activating
13  autoimmune disease, and then directly under that is
14  Hashimoto thyroiditis, right?
15      A.  Yes.
16      Q.  For Hashimoto thyroiditis, the odds ratio
17  for DLBCL and Hashimoto's was 3 --
18      A.  Sorry.  Okay.
19      Q.  -- with a 95 percent confidence interval of
20  .99 to 9.1, right?
21      A.  So it's not significant, correct.
22      Q.  That is a nonsignificant finding and you
23  would say it does not show an increased risk, true?
24          MR. HABERMAN:  Objection.
25      A.  Well, the other problem is you only have

Page 304

1  seven patient -- I'm sorry.  You have 13 cases and
2  you're reporting a nonsignificant statistical
3  correlation, so, obviously, this data is not
4  helpful.
5      Q.  The overall data for a history of any B-cell
6  activating autoimmune disease is an odds ratio of
7  2.45 for DLBCL that is statistically significant,
8  right?
9      A.  Right, but that doesn't help us.
10      Q.  Mr. Moore -- well, withdrawn.
11          Why does the data on any autoimmune disease
12  not help you answer the question here?
13          MR. HABERMAN:  Objection.
14      A.  Sure.  For the reason that for any there
15  were 172 cases; for Hashimoto's there are only seven
16  -- sorry, there were 289 cases for any; only 13 for
17  Hashimoto's.  The majority of these patients had 100
18  -- or had RA, and I've discussed how RA is an
19  etiologic risk factor for diffuse large B-cell
20  lymphoma, so the any data is skewed by the -- out of
21  the 289 patients, 120 had RA, so we can say that --
22  we can say that RA is a risk factor for diffuse
23  large B-cell lymphoma but not Hashimoto's
24  thyroiditis.
25      Q.  Would you turn with me to the next page of

Page 305

1  this table?
2      A.  That's -- yeah.
3      Q.  About two-thirds of the way down there is a
4  section on anthropometric factors.  Do you see that?
5      A.  I wish I knew what that meant, but okay,
6  yes.
7      Q.  We talked earlier about Mr. Moore's BMI,
8  right?
9      A.  Yes.
10      Q.  A usual adult BMI of greater than or equal
11  to 25 --
12      A.  Yes.
13      Q.  -- is associated with an increased risk of
14  DLBCL, right?
15      A.  Give me a second to look at it, so I --
16  thanks.
17          So it says young adults.  How do you -- I
18  don't know how they're defining that.
19      Q.  I'm not looking at young adult.
20      A.  Okay.
21      Q.  I'm looking at usual adult BMI --
22      A.  Okay.  Thanks.
23      Q.  -- greater than 25 is associated with --
24      A.  Okay.
25      Q.  -- a risk that's 1.32 --

77 (Pages 302 to 305)

Andrew M. Schneider, M.D.

Page 306

1   A.  Yes.
2   Q.  -- and statistically significant, correct?
3   A.  Correct, but I do need to look at that
4   little notation to see what that means.  Where can I
5   find that -- what that means?  See that next to BMI
6   there is a little symbol?  See the symbol next to
7   BMI?
8   Q.  What are you asking me?
9   A.  I want -- I've got to find out what that --
10  the symbol means.
11  Q.  I think the best place to do that is the end
12  of this table.
13  A.  Yes.  Thank you.
14  Q.  And the symbol you're talking about is
15  accompanied by a comment -- and I think we can
16  probably agree on this, Dr. Schneider, but let me
17  just ask it for the record.  Okay?
18  A.  Sure.
19  Q.  The odds ratios in this category represent
20  risk per increasing category of an ordinal variable
21  for age of first transfusion, number of
22  transfusions, usual adult body mass index.
23      Did I read that correctly?
24  A.  Where are you reading?  I'm sorry.
25  Q.  The symbol for the -- that you were

Page 307

1   referencing at the bottom of Supplementary Table 2.
2   A.  Thank you.  My eyes aren't that good.  I'm
3   sorry.  It's -- I got it.  Let me read it.  Thanks.
4       Okay.  What's your question?
5   Q.  A biostatistician might be better suited to
6   answer the specifics of the footnote for
7   Supplementary Table 2; is that fair?
8   A.  Yeah, I mean, that's fair.  It's fair.  I
9   mean --
10  Q.  My question was in Morton 2014, which you
11  relied on in forming your opinions, an BMI of
12  greater than 25 was associated with DLBCL
13  specifically, correct?
14  A.  But again, as we discussed, back to the CLL
15  issue, he was 25.6.  Now, is that really greater
16  than 25?  I don't know.
17  Q.  Mr. Moore falls into the group in Morton
18  2014 with an adult BMI of greater than or equal to
19  25, correct?
20  A.  I didn't calculate his BMI, so I would have
21  to calculate it to see if that's really true.
22  Q.  In his medical records Mr. Moore's BMI was
23  described as being greater than or equal to 25,
24  correct?
25  A.  Just as in the medical records Mr. Pleu was

Page 308

1   described as having stage zero CLL, correct.
2   Q.  You would rely on Mr. Moore's documentation
3   in his medical records as to what his BMI is, true?
4   A.  It depends.  I mean, I could or I could
5   calculate it myself, whichever you wanted me to do.
6   Q.  And in this case, in forming your expert
7   opinions about what risk factors Mr. Moore had for
8   NHL, which of those did you do?  Did you rely on his
9   medical records or calculate it yourself?
10  A.  I would rely on the medical records but I
11  would also state that, you know, there is just --
12  there's error in measurements, as we discussed
13  before, and I don't think 25.9 -- was it 25 point --
14  what was the actual number, 25 point -- do you
15  remember the number?
16  Q.  I do.
17  A.  Could you tell me?
18  Q.  25.9.
19  A.  Was it .9?
20  Q.  It was.
21  A.  All right.  So could that be 24.9?  I don't
22  know, so -- I think it's just on the borderline.
23  Q.  25.9 could also be 26.9, correct?
24  A.  Or 24.9, right.
25  Q.  You reviewed Stacey Moore's Plaintiff Fact

Page 309

1   Sheet, right?
2   A.  Yes.
3   Q.  You reviewed his deposition testimony,
4   right?
5   A.  Yes.
6   Q.  At the time Mr. Moore was deposed, he was a
7   plaintiff in a lawsuit claiming Roundup caused his
8   DLBCL, right?
9   A.  True.
10  Q.  Same is true for his Plaintiff Fact Sheet,
11  right?
12  A.  Yes.
13  Q.  Your sources of information for Mr. Moore's
14  Roundup exposure were, one, his deposition; and two,
15  his Plaintiff Fact Sheet, correct?
16  A.  Yes.
17  Q.  Besides what Mr. Moore said in his sworn
18  deposition and sworn Plaintiff Fact Sheet, was there
19  any other document of any kind that you looked at to
20  determine how much Roundup Mr. Moore used?
21  A.  No.
22  Q.  Again, you did not see any receipts from
23  Mr. Moore's purchases of Roundup, true?
24  A.  True.
25  Q.  You do not have firsthand knowledge of how

Andrew M. Schneider, M.D.

Page 310

1  Mr. Moore sprayed Roundup, right?
2      A.  True.
3      Q.  You did not see any photos or videos showing
4  how Mr. Moore sprayed Roundup, right?
5      A.  Correct.
6      Q.  You did not see any records of any kind from
7  before Mr. Moore filed his lawsuit that bear on the
8  question of whether he used Roundup or how much
9  Roundup he used, right?
10     A.  I didn't because there would be no reason
11  that those records would exist.
12     Q.  Again, what your numbers come from is
13  Mr. Moore trying to remember in 2022 what weed
14  control products he used going back at least three
15  decades, right?
16         MR. HABERMAN:  Objection.
17     A.  Correct.
18     Q.  If there was actual evidence that Mr. Moore
19  did not use Roundup, you would agree it could not
20  cause his lymphoma, right?
21     A.  If you're telling me he never used Roundup,
22  he lied under oath, he perjured himself, then yes, I
23  would agree.
24     Q.  If Mr. Moore was not exposed to Roundup in
25  any significant way, Roundup did not cause his

Page 311

1  DLBCL, correct?
2      A.  Well, same --
3         MR. HABERMAN:  Objection.
4      A.  Same issue as before, that word
5  "significant."  What do you mean by that?
6      Q.  In order to increase the risk of DLBCL, one
7  must actually get Roundup into their body in some
8  way, right?
9      A.  Right, but that's -- it doesn't mean
10  significant.  That's a different term.
11     Q.  The details of how someone gets Roundup or
12  glyphosate into their body, that's a better question
13  for some expert other than you as a clinical
14  oncologist, correct?
15         MR. HABERMAN:  Objection.
16     A.  I'm not sure I understand your question.
17  What is your question?
18     Q.  The details of how someone gets Roundup or
19  glyphosate into their body is a better question for
20  someone other than you as a treating oncologist,
21  fair?
22     A.  I didn't look at that in formulating my
23  opinions about the etiologic risk factor of Roundup
24  and lymphoma.
25     Q.  When did Mr. Moore start using Roundup?

Page 312

1      A.  In '84, he was spraying at his mom's house.
2      Q.  Did you see in Mr. Moore's deposition that
3  at times he said that he began spraying Roundup at
4  his mom's house and at times he said he began
5  spraying Roundup for the first time when he worked
6  for Coleman Landscaping?
7      A.  I don't remember.
8      Q.  You didn't do anything to try and reconcile
9  those two statements, right?
10     A.  These are my notes.  I mean, I read the
11  depo.  I don't remember him changing his opinion
12  or --
13     Q.  Now, you state that Mr. Moore, in your
14  notes, sprayed Roundup at his mom's house from 1984
15  to 2014; is that right?
16     A.  Yes.
17     Q.  Mr. Moore also used Roundup in various
18  landscaping jobs, right?
19     A.  Correct.
20     Q.  Mr. Moore used Roundup, according to his
21  deposition, at Coleman Landscaping from 1992 to
22  1995, right?
23     A.  Right.
24     Q.  Mr. Moore went through a gallon of Roundup
25  concentrate a day personally at Coleman Landscaping,

Page 313

1  correct?
2      A.  Right.
3      Q.  That was Roundup concentrate, right?
4      A.  Yes.
5      Q.  How many gallons of Roundup does one gallon
6  of concentrate make?
7         MR. HABERMAN:  Objection.
8      A.  I'm sorry.  Say it again.
9      Q.  How many gallons of Roundup does one gallon
10  of concentrate make?
11     A.  I don't think I know the answer to that
12  question.
13     Q.  What type of apparatus did Mr. Moore use to
14  spray Roundup?
15     A.  I'd have to go back and look at his
16  deposition.  I didn't write that down.
17     Q.  Does it -- withdrawn.
18        Do you remember Mr. Moore testifying that he
19  used a backpack sprayer for Roundup?
20     A.  Yeah.  So the honest truth is I don't really
21  know what these things mean nor is it important to
22  my expert testimony, and in the articles I reviewed,
23  no one talked about the different types of sprayers
24  so I didn't pay much attention to that.
25     Q.  Mr. Moore testified that his backpack

79 (Pages 310 to 313)

Andrew M. Schneider, M.D.

Page 314

1    sprayer held about two gallons of Roundup.  You have
2    no reason to dispute that if that's in his
3    testimony; is that fair?
4        A.   Correct.
5        Q.   Do you have any idea how many times
6    Mr. Moore would have had to refill his backpack
7    sprayer every day to go through a gallon of Roundup
8    concentrate?
9        A.   No.
10           MR. HABERMAN:  Objection.
11       Q.   Mr. Moore also said he used Roundup at
12   various other employers, right?
13       A.   Yes.
14       Q.   None of his employers had any sort of safety
15   postings displayed, correct?
16       A.   I don't know.
17       Q.   Did you see that in his deposition
18   testimony?
19       A.   I don't remember.
20       Q.   If you will, turn with me to Page 131 of
21   Stacey Moore's deposition.
22       A.   Page 131?
23       Q.   Yes, beginning at about line 4.  Are you
24   there?
25       A.   Yep.

Page 315

1        Q.   I'll ask my question again.  Okay?
2        A.   Uh-huh.
3        Q.   None of Mr. Moore's employers had any sort
4    of safety postings displayed, correct?
5        A.   Correct.
6        Q.   None gave warnings or instructions about
7    Roundup use, right?
8        A.   Right.
9        Q.   Mr. Moore wore no PP -- withdrawn.  I'll ask
10   that question differently.  New question.
11       A.   Sure.
12       Q.   Mr. Moore wore no personal protective
13   equipment when spraying Roundup, right?
14       A.   True.
15       Q.   Mr. Moore wore no gloves, correct?
16       A.   Correct.
17       Q.   Mr. Moore wore tennis shoes, a tank top, and
18   a pair of shorts when applying Roundup, right?
19       A.   Correct.
20       Q.   That was true when he applied Roundup at
21   home, correct?
22       A.   Yes.
23       Q.   It was also true when he applied Roundup
24   with all of his employers, right?
25       A.   Yes.

Page 316

1        Q.   Mr. Moore testified he got Roundup on his
2    skin all day long when he worked as a landscaper,
3    correct?
4        A.   Yes.
5        Q.   The Roundup felt wet and sticky, according
6    to Mr. Moore, right?
7        A.   Yes.
8        Q.   If Mr. Moore got Roundup on him, why not
9    wash it off with water?
10       A.   You're asking me?
11       Q.   I am.
12       A.   How could I answer for Mr. Moore?
13       Q.   Is that a question that you considered in
14   reviewing his deposition testimony on how Mr. Moore
15   used Roundup?
16       A.   My job, as I said multiple times today, as
17   the causation expert is to say does any use -- and
18   then we can talk about the categories of use -- of
19   Roundup cause lymphoma, and the answer is yes.
20       Q.   If you will turn with me to Page 139 of
21   Mr. Moore's deposition, at about Line 18, can you
22   tell me when you are there?
23       A.   Okay.  I'm there.
24       Q.   Mr. Moore testified that he was careful to
25   keep Roundup close and not hit flowers or things

Page 317

1    other than the weeds he intended to kill, right?
2        A.   Right.
3        Q.   Can you explain the physics to me of how it
4    is that someone would get their skin covered in
5    Roundup while spraying weeds that are down on the
6    ground and not hit the flower beds next to them?
7        A.   Yeah, so that --
8            MR. HABERMAN:  Objection; improper
9    hypothetical.
10       A.   Yeah, that wouldn't be my field of
11   expertise, the physics of Roundup spraying.
12       Q.   Did you do anything to investigate
13   Mr. Moore's claimed usage of Roundup at Coleman's
14   Landscaping?
15       A.   I took his deposition at face value.
16       Q.   Did you do anything to investigate Mr.
17   Moore's claimed usage of Roundup at Hawthorne
18   Apartments?
19       A.   I took his deposition at face value.
20       Q.   Did you do anything to investigate Mr.
21   Moore's claimed usage of Roundup at The Reserve?
22       A.   I took his deposition at face value.
23       Q.   Mr. Moore did not ever have any measurements
24   taken that showed the presence of glyphosate in his
25   blood, urine, or any body tissue, right?

80  (Pages 314 to 317)

Andrew M. Schneider, M.D.

Page 318

1    A.  I don't think anybody did in those days.
2    Q.  Do you know whether such tests exist?
3    A.  Today?
4    Q.  At any point.
5    A.  I don't know.
6    Q.  Mr. Moore continued to use Roundup through
7    2020 when he saw lawyer advertisements, right?
8    A.  Yes.
9    Q.  Can you point me toward any test at any time
10   that would confirm that Stacey Moore had measurable
11   glyphosate in his body?
12   A.  None was done, so I can't.
13   Q.  You have not done anything to investigates
14   how much glyphosate Mr. Moore actually absorbed,
15   true?
16   A.  Those questions are better asked to a
17   toxicologist.  I wouldn't know what to do with the
18   information.
19   Q.  You don't know whether it's possible that
20   Stacey Moore never had measurable glyphosate in his
21   body, right?
22   A.  Nor would I know if it matters.
23   Q.  You cannot point me toward any actual
24   medical data that would answer the question of
25   whether Stacey Moore had measurable glyphosate in

Page 319

1    his body, right?
2    A.  So with all due respect, you're asking
3    toxicology questions and I'm a clinical oncologist.
4    Q.  You might speculate that -- okay.  So let me
5    see if we can cut some of this off.  Okay?  New
6    question.  All right?
7    A.  Sure.
8    Q.  You could speculate as to whether Stacey
9    Moore had systemic exposure to glyphosate but
10   because you are not a toxicologist, that is outside
11   of your field of expertise; is that fair?
12       MR. HABERMAN:  Objection.
13   A.  I can tell you he was exposed to Roundup
14   based upon his deposition.  I can't tell you the
15   concentrations he absorbed.
16   Q.  And when you say you can't tell me the
17   concentrations he absorbed, you are not relying on
18   any measurement of glyphosate in Mr. Moore's body,
19   correct?
20   A.  I don't need to to give my opinion because
21   none of the articles that I looked at talked about
22   that.
23   Q.  Are you relying on any measurement of
24   glyphosate in Stacey Moore's body?
25   A.  No.

Page 320

1        MR. HABERMAN:  Objection.
2    Q.  Are you relying on any estimation or
3    calculation of glyphosate in Stacey Moore's body for
4    any of your opinions?
5    A.  No.
6    Q.  Let's talk about some of the particular
7    studies that you relied on to conclude Roundup is a
8    cause of non-Hodgkin's lymphoma.  Okay?
9        THE WITNESS:  What's that?
10       MR. HABERMAN:  That's okay.  I object to
11   that question.  I have to take a five-minute
12   break.
13       MS. ROSS:  Let's go off the record.
14       THE VIDEOGRAPHER:  Okay.  Off the record at
15   5:21 p.m.
16       (Recess from 5:21 p.m. until 5:29 p.m.)
17       THE VIDEOGRAPHER:  Back on the record at
18   5:29 p.m.
19   BY MS. ROSS:
20   Q.  Dr. Schneider, I want to start with the most
21   recent article on Roundup and non-Hodgkin's lymphoma
22   you've reviewed.
23   A.  Okay.
24   Q.  That is the Meloni 2021, correct?
25   A.  Okay.

Page 321

1        (Schneider Exhibit 23 was marked for
2    identification.)
3    BY MS. ROSS:
4    Q.  Meloni 2021 is Exhibit 23 to your
5    deposition, right?
6    A.  Yes.
7        MS. ROSS:  I almost gave you my copy, Jeff.
8    Q.  Meloni 2021 is a case-control study of
9    occupational exposure to glyphosate and risk of
10   lymphoma, right?
11   A.  Yes.
12   Q.  The study was conducted in Italy, correct?
13   A.  Yes.
14   Q.  This study was not in the United States,
15   right?
16   A.  Yes.
17   Q.  If you will go with me to Table 3 of Meloni,
18   are you there?
19   A.  Yes.
20   Q.  The odds ratio for non-Hodgkin's lymphoma
21   and being ever exposed to glyphosate was 1.4, right?
22   A.  Just give me a second.  We're at Table 3?
23   Q.  We're at Table 3, yes.
24   A.  Okay.  Yes, got it, 1.4.
25   Q.  And that was for NHL overall, right?

Andrew M. Schneider, M.D.

Page 322

1    A. Correct.
2    Q. Meloni also looked at subtypes of
3  non-Hodgkin's lymphoma, right?
4    A. Yes.
5    Q. The odds ratio of CLL in those ever exposed
6  to glyphosate was .6. Do you see that?
7    A. Diffuse large B-cell lymphoma, ever
8  exposed --
9    Q. My question was CLL, but we can go in that
10  order.
11    A. Oh, I'm sorry.
12    Q. No, you're fine.
13    A. Okay. CLL.
14    Q. New question.
15    A. Okay.
16    Q. We can start with DLBCL. All right?
17    A. Okay. Yes.
18    Q. The odds ratio for being ever exposed to
19  glyphosate and having DLBCL was .8 in Meloni, right?
20    A. Yes. Yes.
21    Q. The 95 percent confidence interval is .1 to
22  6.62, right?
23    A. Yes.
24    Q. That -- this odds ratio does not mean that
25  glyphosate decreased the risk of DLBCL by 80 -- or

Page 323

1  I'm sorry. New question. Let me just ask it this
2  way.
3        Does an odds ratio of .8 mean that
4  glyphosate exposure decreased the risk of DLBCL by
5  20 percent?
6        MR. HABERMAN: Objection.
7    A. I don't honestly know. I'm not a
8  statistician but it's not a significant number, so
9  it's -- it's not a -- it's not a number greater than
10  one and, indeed, it's not significant.
11    Q. If a confidence interval includes 1.0, we
12  cannot say there is a difference between the exposed
13  and unexposed groups, right?
14    A. Correct.
15    Q. Confidence intervals are important because
16  while two numbers can be different, statistics are
17  used to say if they are truly different, right?
18        MR. HABERMAN: Objection.
19    Q. Dr. Schneider?
20    A. Yeah, I'm -- I'm sorry.
21    Q. Do you remember my question?
22    A. You know what would be fair, though, since
23  -- you know, I've reviewed a lot of articles. I'd
24  like to spend, like, three minutes reviewing the
25  article again so I can answer questions more

Page 324

1  effectively.
2    Q. Sure. Let's go off the record and you can
3  take all the time you need.
4    A. Okay. There's so many articles --
5        MR. HABERMAN: No, it's got to be done on
6  the record. We're not going off the record.
7        MS. ROSS: No, it doesn't.
8        MR. HABERMAN: Yes, it does.
9        MS. ROSS: This is something that is on your
10  expert's reliance list.
11        MR. HABERMAN: Okay. And he's asked -- this
12  is done all the time. This is, like, routine.
13  If you want to show him an article, he's entitled
14  to look at it. It doesn't mean we have to go off
15  the record for him to look at it.
16        MS. ROSS: He can take as much time as he
17  wants to review the article if we go off the
18  record.
19        MR. HABERMAN: We're not going off the
20  record.
21        MS. ROSS: So I will note that Dr. Schneider
22  right now is reviewing one of the articles on his
23  reliance list, which is fine. If we need to do
24  this for every article that he has reviewed that
25  is on his reliance list, we may need to come back

Page 325

1  to some of these articles when we come back for
2  other issues.
3  BY MS. ROSS:
4    A. I'm ready here.
5    Q. You're ready to answer my questions about
6  Meloni 2021?
7    A. I am.
8    Q. I'm going to repeat my last question so the
9  record is clear. All right, Dr. Schneider?
10    A. Yes.
11    Q. Confidence intervals are important because
12  while two numbers can appear different, statistics
13  are used to say if they are truly different, right?
14    A. Correct.
15    Q. Meloni 2021 does not show an increased risk
16  of CLL in glyphosate users, right?
17    A. Correct.
18    Q. Meloni 2021 does not show an increased risk
19  of DLBCL in glyphosate users, right?
20    A. Yes.
21    Q. There are no data in Meloni 2021 for
22  monoclonal B-cell lymphocytosis, right?
23    A. Correct.
24    Q. For your opinions are you relying on data
25  for non-Hodgkin's lymphoma overall, or for subtypes?

82  (Pages 322 to 325)

Andrew M. Schneider, M.D.

Page 326

1    A.  For my opinion about the Meloni article or
2  in general?
3    Q.  For your opinions on whether Roundup causes
4  cancer and whether Roundup caused Mr. Moore or
5  Mr. Pleu to develop cancer, are you relying on data
6  for NHL overall or are you relying on data for
7  subtypes?
8       MR. HABERMAN:  Objection; compound.
9    A.  Sure.  So both.  I'm going to -- the best
10  data is when we break it down, so I'm going to look
11  at the diffuse large B-cell lymphoma and the
12  CLL data when I can, and then when I can't, we'll go
13  to all NHL.
14    Q.  For what you think is a risk factor for
15  NHL -- well, withdrawn.
16       So just so I understand when we go forward,
17  there are a number of articles that we're going to
18  talk about that looked at glyphosate-based
19  formulations and subtypes of non-Hodgkin's lymphoma
20  and then also non-Hodgkin's lymphoma overall, right?
21    A.  Yes.
22    Q.  You looked at both the data for
23  non-Hodgkin's lymphoma overall and for subtypes,
24  correct?
25    A.  Correct.

Page 327

1    Q.  Are you relying more on the data for
2  non-Hodgkin's lymphoma overall, more on the data for
3  subtypes, or are you relying on both of those pieces
4  of information?
5    A.  I rely on all the data and try to put it
6  together.
7    Q.  Okay.  So for a study like Meloni 2021, that
8  looked at both NHL overall and subtypes, you looked
9  at both the numbers for NHL overall and for the
10  subtypes that particular plaintiffs had, correct?
11    A.  Yes.
12    Q.  Mr. Moore would fall into the group in
13  Meloni 2021 with DLBCL with a risk of .8 that was
14  not statistically significant, right?
15    A.  Correct.
16    Q.  Mr. Pleu, in your view, would fall into the
17  group in Meloni 2021 with CLL with a risk of .6 that
18  was not statistically significant, right?
19    A.  Correct.
20    Q.  If you will turn with me to Page 2 of Meloni
21  2021, there is a paragraph near the bottom of the
22  right column and one of the last sentences begins:
23  Based on the above described information --
24    A.  I'm sorry.  Where are you reading from?
25    Q.  Right column.

Page 328

1    A.  Right column, yes.
2    Q.  Just below or just above the A and B.  Do
3  you see --
4    A.  I've got it.  Yes.
5    Q.  Okay.  This article states:  Based on the
6  above-described information, and with the support of
7  a crop exposure matrix, occupational physicians and
8  industrial hygienists with expertise in the
9  retrospective assessment of agricultural exposures
10  assessed exposure to glyphosate using
11  semiquantitative indicators.
12       Do you see that?
13    A.  I do.
14    Q.  Meloni used a crop exposure matrix to
15  determine glyphosate exposure.  Do you know what
16  that is?
17    A.  I do not.
18    Q.  Meloni did not ask people directly "Did you
19  use glyphosate?"  They calculated glyphosate
20  exposure in a different way.  Do you know whether
21  it's more accurate to ask people if they used a
22  pesticide or to try and guess which pesticide they
23  used based on what crops they farmed?
24       MR. HABERMAN:  Objection.
25    A.  That would better be asked to an

Page 329

1  epidemiologist.  I can give you an opinion but it's
2  not evidence-based or based upon anything that I do
3  for a living every day.
4    Q.  You'd defer that question to an
5  epidemiologist; is that fair?
6    A.  Yes.
7    Q.  Meloni did not adjust for other pesticides,
8  right?
9    A.  Correct.
10    Q.  Another recent study you reviewed on
11  Roundup --
12    A.  Wait.  Can we just -- may I criticize this
13  study, or I don't get a chance to do that?
14    Q.  If your counsel wants to ask you questions,
15  you are absolutely welcome to, but right now you're
16  here to answer my questions, so I'm going to ask my
17  next one.  All right?
18    A.  But I just want to make a comment then.
19  It's fine but -- so I don't get a chance to say why
20  I think the results aren't legitimate?
21    Q.  You can do that on direct examination with
22  your counsel --
23    A.  Okay.
24    Q.  -- but I need to get through my questions
25  today and we have limited time.

Andrew M. Schneider, M.D.

Page 330

1    A.  Okay.  Is this mine to keep?
2        MR. HABERMAN:  It's the court reporter's.
3    Q.  For the purposes of the deposition --
4    A.  I can write on it, though, right?
5    Q.  I would not write on it, no.
6    A.  Okay.
7        (Schneider Exhibit 24 was marked for
8    identification.)
9    BY MS. ROSS:
10   Q.  Exhibit 24 is a study by Leon and colleagues
11   published in 2019.  Do you see that?
12   A.  This study I know very well, so I won't have
13   to read it again.
14   Q.  You've reviewed the study and it is on your --
15   A.  I reviewed them all but some I reviewed 20
16   times and some one time, the ones I don't
17   remember that well I'll review again.  This one I
18   know very well.
19   Q.  Why did you review this study 20 times?
20   A.  I thought it was important and I wanted to
21   make sure I knew it well to talk about it.
22   Q.  Leon 2019 is a pooled consortium of
23   agricultural cohort studies, correct?
24   A.  Correct.
25   Q.  If you will turn with me to Page 3, do you

Page 331

1    see there is a section on the different cohorts that
2    were included?
3    A.  I do.
4    Q.  One of the cohorts that was included in this
5    study is the Agricultural Health Study, right?
6    A.  Correct.
7    Q.  And it's sometimes abbreviated AHS, right?
8    A.  Correct.
9    Q.  AHS enrolled over 50,000 participants,
10   correct?
11   A.  Correct.
12   Q.  AHS included farmers and commercial
13   pesticide applicators, right?
14   A.  Yes.
15   Q.  Cohort members were enrolled in 1993 to
16   1997, right?
17   A.  Yes.
18   Q.  They have been followed since that time,
19   correct?
20   A.  Yes.
21   Q.  It's now 2022 as we're sitting here in your
22   deposition today, correct?
23   A.  Yes.
24   Q.  AHS has 25-plus years of follow-up, correct?
25   A.  Yes.

Page 332

1    Q.  Are you aware of any other prospective
2    cohort study that directly looked at glyphosate
3    exposure and cancer?
4    A.  So the only one that I know of that was
5    prospective was the Andreotti study, which is the
6    2018 AHS study.
7    Q.  There was also an earlier publication of
8    Agricultural Health Study data in --
9    A.  2005, yes.
10   Q.  -- 2005, correct?
11   A.  Correct.
12   Q.  If you will turn with me to Page 8 of Leon
13   2019, and tell me when you are there.
14   A.  I'm there.
15   Q.  Table 2 of Leon gives data for ever use of
16   different pesticide chemical groups and
17   non-Hodgkin's lymphoma overall and subtypes, right?
18   A.  Yes.
19   Q.  For glyphosate, the meta relative risk in
20   Leon for NHL with glyphosate exposure is .95 with a
21   95 percent confidence interval of .77 to 1.18,
22   right?
23   A.  Right.
24   Q.  If he had NHL, Mr. Pleu would fall into the
25   ever users in Table 2 of Leon with a risk of .95,

Page 333

1    correct?
2    A.  Right, but there are breakdowns of the
3    studies and actually one of the studies shows a
4    significant finding of diffuse large B-cell lymphoma
5    with glyphosate, that being the -- I believe the
6    Norwegian study.
7    Q.  We were talking about Mr. Pleu who has CLL.
8    A.  I'm sorry.
9    Q.  That's all right.
10   A.  We're going to do both at the same time,
11   aren't we?  I apologize.
12   Q.  That's fine.
13   A.  Go ahead.
14   Q.  Okay.  I'll reask my question.
15   A.  Yeah.
16   Q.  If he had NHL, Mr. Pleu would fall into the
17   ever users in Table 2 of Leon 2019 with a risk of
18   .95, correct?
19   A.  Correct.  Correct.
20   Q.  Mr. Pleu, if he had CLL, would also fall
21   into the category of ever users with a risk of .92
22   for CLL and a 95 percent confidence interval of .69
23   to 1.24, correct?
24   A.  Correct.
25   Q.  Does that mean that Leon 2019 shows an eight

Andrew M. Schneider, M.D.

Page 334

1  percent decrease in the risk of CLL for folks
2  exposed to Roundup?
3      A.  Again, I'm not a statistician but that seems
4  to be what it's saying.
5      Q.  The meta relative risk for CLL with
6  glyphosate exposure in Leon we just covered, right?
7  That's .92 with a nonsignificant confidence
8  interval, true?
9      A.  Correct.  Correct.
10     Q.  Mr. Moore had DLBCL, right?
11     A.  Correct.
12     Q.  We'll start with the overall NHL results and
13  then move to the subgroup.  Okay?
14     A.  Okay.
15     Q.  Mr. Moore would fall into the group in Leon
16  2019 for NHL overall with a hazard ratio of .95
17  that's nonsignificant, right?
18     A.  Just give me a second to read across.
19         Sorry.  So what did you say the number was?
20     Q.  So for NHL overall -- are you there with me?
21     A.  Okay.  Yes.
22     Q.  Okay.  So for NHL overall --
23     A.  Yeah.
24     Q.  -- Mr. Moore would fall into the category of
25  glyphosate-exposed folks with a hazard ratio of .95

Page 335

1  that's nonsignificant, right?
2      A.  Correct.
3      Q.  For DLBCL, Mr. Moore falls into the group in
4  Leon 2019 with a hazard ratio of 1.36 and a 95
5  percent confidence interval of 1.0 to 1.85, correct?
6      A.  Correct.
7      Q.  If the 95 percent confidence
8  interval includes -- well, let's break that up.
9         In Leon 2019 -- new question:  In Leon 2019,
10  the 95 percent confidence interval for DLBCL
11  includes 1.00, correct?
12     A.  Correct.
13     Q.  If a 95 percent confidence interval includes
14  1.0, we cannot say that that study showed a
15  statistically significant increased risk, correct?
16     A.  Just as you said before but it's borderline but
17  it's not there, correct.
18     Q.  You mentioned that there were different
19  agricultural cohorts that looked at DLBCL in Leon
20  2019, right?
21     A.  Correct.
22     Q.  Now, one of those was AGRICAN?
23     A.  Yes.
24     Q.  Right?
25     A.  Uh-huh.

Page 336

1      Q.  And that showed a hazard ratio of 1.67 with
2  a 95 percent confidence interval of 1.05 to 2.65,
3  correct?
4      A.  Just to orient me, where are we looking?
5      Q.  Sure.  Page 7.
6      A.  Okay.  Under diffuse large B-cell lymphoma?
7      Q.  Yes.
8      A.  Okay.
9      Q.  Do you want me to repeat the question?
10     A.  Just let me read it and then you can ask it.
11     Q.  Sure.
12     A.  You can go ahead.
13     Q.  In AGRICAN --
14     A.  Yes.
15     Q.  -- the hazard ratio for DLBCL was 1.67 with
16  a 95 percent confidence interval of 1.05 to 2.65,
17  correct?
18     A.  Correct.
19     Q.  In CNAP the hazard ratio for DLBCL was 1.2,
20  with a 95 percent confidence interval of .72 to
21  1.98, correct?
22     A.  Correct.  Uh-huh.
23     Q.  In -- I'm sorry.  Actually, I think we're
24  going to revise those because I don't think I was
25  right, so let me ask those questions again.  Okay?

Page 337

1      A.  You were -- you were reading from here,
2  right?
3      Q.  I was but I -- new question:  So there is a
4  sentence on Page 7 of Leon 2019 that states:  The
5  cohort specific hazard ratios for ever use of
6  glyphosate in DLBCL were --
7      A.  Right.
8      Q.  -- and then gives three hazard ratios.  Do
9  you see that?
10     A.  I do.
11     Q.  For AGRICAN, the first of the cohort
12  studies, the hazard ratio was 1.06 with a 95 percent
13  confidence interval of .51 to 2.19, right?
14     A.  Yes.
15     Q.  For CNAP --
16     A.  That's the one, right.  Correct.
17     Q.  -- the hazard ratio was 1.67 with a
18  confidence interval of 1.05 to 2.65, correct?
19     A.  So that one is statistically significant.
20     Q.  For AHS the hazard ratio was 1.20 with a 95
21  percent confidence interval of .72 to 1.98, correct?
22     A.  Correct.
23     Q.  That hazard ratio for DLBCL in AHS that we
24  just read, that was the data included in Leon 2019,
25  right?

85  (Pages 334 to 337)

Andrew M. Schneider, M.D.

Page 338

1    A.  Yes.
2    Q.  If you will go to Page 3 of Leon with me and
3    tell me when you're there.
4    A.  Page 3?
5    Q.  Yes.
6    A.  Okay.
7    Q.  When we're talking about these three
8    different cohorts, data on those different cohorts
9    is given on Page 3 in their specifics.  Do you see
10   that?
11   A.  I do.
12   Q.  AGRICAN used crop-exposure matrices to
13   determine who was exposed to what pesticide,
14   correct?
15   A.  Yes.
16   Q.  CNAP used crop-exposure matrices to
17   determine who was exposed to what pesticide, right?
18   A.  Yes.
19   Q.  AHS asked people "Did you use glyphosate?"
20   correct?
21   A.  Correct.
22   Q.  On Page 3 you will see that the linkage for
23   AHS for the Leon study included data until December
24   2001 in Iowa and December 2010 in North Carolina.
25   Do you see that?

Page 339

1    A.  Show me where.
2    Q.  Top left -- I'm sorry, top right column.
3    A.  Page 3, top right?
4    Q.  Yes.
5    A.  Yes.
6    Q.  Do you see where it says:  This study
7    includes linkages until 31 December 2011 in Iowa and
8    31 December 2010 in North Carolina?
9    A.  Which paragraph?
10   Q.  The very first one at the top.
11   A.  I'm not sure where you're reading.
12   Q.  The last sentence of the top paragraph
13   begins "this study."
14   A.  What's -- how does it begin?
15   Q.  "This study includes linkages."
16   A.  Got it.  Yes.
17   Q.  Leon 2019 included data from AHS through
18   December 2011 in Iowa and December of 2010 in North
19   Carolina, correct?
20   A.  Yes.
21   Q.  Do you recall sitting here whether Andreotti
22   included more data from the Agricultural Health
23   Study than is present in Leon 2019?
24   A.  I thought it was the same number.  I thought
25   it was 50,000 patients.

Page 340

1    Q.  In terms of follow-up and diagnoses of
2    cancer, do you know if Andreotti included the same
3    data as Leon 2019 or more data?
4    A.  No.  It was an additional 11 years from the
5    2005 study, so -- what year did this guy go up to?
6    I don't know.
7    Q.  We can come back to that and look at the
8    Andreotti paper.
9    A.  Okay.
10   Q.  Okay.
11   A.  So just so I -- so I understand the format
12   here, so I don't get a chance to -- I'm just going
13   to read the numbers and not have any say and no
14   questions about what I think or what it means,
15   nothing?
16   Q.  That's correct.  If your counsel wants you
17   to answer question, you can do whatever you want
18   when --
19   A.  I'm just going to acknowledge everything --
20   MR. HABERMAN:  You can respond to the
21   question the way you want to respond to the
22   question.  If you feel there is information that
23   would be relevant to your response, you can add
24   that in your response.
25   A.  I mean, you don't want my critique of

Page 341

1    anything, right?
2    Q.  Right now I would --
3    A.  You just want me to acknowledge what the
4    paper says.
5    Q.  -- really appreciate it if you would answer
6    my questions?
7    A.  Okay.
8    Q.  Is that all right, Dr. Schneider?
9    A.  I'm just --
10   MR. HABERMAN:  You are allowed to answer the
11   question the way you feel would appropriately
12   respond to her question.
13   A.  All right.  I'm ready for your next
14   question.  So -- well, in conclusion, we have
15   evidence that you presented that the --
16   Q.  There is no question pending but let me ask
17   you one and then you can -- well --
18   A.  Okay.
19   Q.  If there is something that is not addressed
20   in my questions today that you wish to speak about,
21   you understand that your counsel has an opportunity
22   to ask you questions, right?
23   A.  Can we go off the record?  Or I'll stay on
24   the record.
25   Q.  No, just on the record.

86  (Pages 338 to 341)

Andrew M. Schneider, M.D.

Page 342

1    A.  On the record, my usual experience is I --
2  when someone says, you know, this counter doesn't
3  agree with your interpretation, I get a chance to
4  explain, well, why it does or does not, but you
5  don't seem to want to -- you don't -- you're not
6  interested in my opinions, you don't want to hear
7  why I disagree or agree with the article and
8  criticize the articles, right?
9    Q.  Right now I would like for you to answer my
10 questions because we have limited time here today
11 and if you have additional points you want to make,
12 we can do that.
13   A.  I mean, with all due respect, we're just
14 regurgitating what the article says.  I'm just
15 saying -- I'm just saying "Yes, this is what it
16 says."  You don't -- you really don't need me to do
17 that.  That's -- it says what it says.
18      (Schneider Exhibit 25 was marked for
19 identification.)
20 BY MS. ROSS:
21   Q.  Exhibit 25 to your deposition is another
22 article that you reviewed and relied on by Pahwa and
23 colleagues.  Do you see that?
24   A.  This is the 2020 -- '19?
25   Q.  This is Pahwa 2019, correct.

Page 343

1    A.  Yes.  I know this article well, yes.
2    Q.  Did you consider Pahwa 2019 to be a
3  well-conducted study?
4    A.  It was a pooled analysis and I thought it
5  had some merits, yes.
6    Q.  Pahwa 2019 includes more data than any of
7  the earlier published case-control studies in the
8  United States or Canada, correct?
9    A.  Yes.
10   Q.  If you will turn with me to Page 2, there's
11 a paragraph that starts "In the 1980s and 1990s."
12 It's the first full paragraph on that page.  Do you
13 see where that is?
14   A.  Okay.  I do.  Uh-huh.
15   Q.  In that paragraph Pahwa and colleagues
16 explain the studies that they included and there are
17 references to Numbers 9 and 10.  Do you see that?
18   A.  I do.
19   Q.  Number 9 is McDuffie 2001, correct?
20   A.  Correct.
21   Q.  Number 10 is De Roos 2003, right?
22   A.  Yes.
23   Q.  Pahwa 2019 includes all of the Canadian
24 glyphosate cases in McDuffie 2001, right?
25   A.  Yes.

Page 344

1    Q.  Pahwa 2019 also includes all of the
2  glyphosate cases in De Roos 2003, correct?
3    A.  Yes.
4    Q.  Pahwa 2019 also includes additional data not
5  captured in either of those studies, right?
6    A.  Yes.
7    Q.  Right now McDuffie 2001 and De Roos 2003 are
8  subsets of Pahwa, true?
9    A.  True.
10   Q.  You looked at McDuffie 2001 and De Roos
11 2003, but you also looked at Pahwa 2019, right?
12   A.  Correct.
13   Q.  Pahwa looked at NHL overall and at various
14 subtypes of non-Hodgkin's lymphoma, right?
15   A.  Yes.
16   Q.  Pahwa included SLL but specifically excluded
17 CLL.  Did you see that?
18   A.  Show me where it says that.  I'm sure it
19 should say it but I just don't remember.
20   Q.  If you will turn to Page 8 with me.
21   A.  Yes.
22   Q.  All right.  Go to the paragraph that begins
23 "NHL is a constellation of heterogeneous cancers" on
24 the right column.  Are you there?
25   A.  Uh-huh.

Page 345

1    Q.  Do you agree that NHL is a constellation of
2  heterogeneous cancers with different biological
3  properties --
4    A.  Yes.
5    Q.  -- and they have distinct etiologies?
6    A.  Yes.
7      MR. HABERMAN:  Objection.
8    Q.  In the most recent classification scheme,
9  SLL and CLL are classified together, right?
10   A.  Correct.
11   Q.  The analysis by Pahwa only includes SLL,
12 correct?
13   A.  I'm sure you -- it says that down below?
14   Q.  It does.
15   A.  Where does it say that?
16   Q.  Do you see the sentence that begins "For
17 example, in the most recent classification scheme,"
18 in the same paragraph you were just reading from?
19   A.  Yes.  Yes.  Yeah.
20   Q.  Okay.  So I'll repeat my question just so
21 our record is clear.
22   A.  I see it.  I got it.  Yeah.
23   Q.  Pahwa 2019 included SLL but specifically
24 excluded CLL, right?
25   A.  Right.  It only included SLL, correct.

87  (Pages 342 to 345)

Andrew M. Schneider, M.D.

Page 346

1    Q.  So for Mr. Pleu, for example, we should look
2  at the data for NHL overall, correct?
3    A.  No, I would disagree.  So SLL and CLL are
4  the same diseases.  They behave the same way.  They
5  are the same, so we now know that based upon the WHO
6  criteria.  So we should look at CLL or SLL.
7    Q.  For the data that as they apply to Mr. Pleu
8  and Mr. Moore --
9    A.  Yes.
10   Q.  -- and your opinion that Roundup caused each
11 of their cancers, you looked at the data for both
12 NHL overall and for specific subtypes in Pahwa 2019,
13 right?
14   A.  So as I've told you, what I like to do is,
15 when I have data about these distinct type of NHL,
16 I'll go to that, and the SLL data, although it
17 doesn't include CLL, is the pertinent data to use
18 here.
19   Q.  If --
20   A.  Wait.  I'm not done.
21   Q.  Oh, go ahead.
22   A.  So we have to use the SLL data, and my
23 opinion is if they included CLL, it would only
24 bolster and make the numbers even better.
25   Q.  If a patient had CLL and did not have SLL --

Page 347

1    A.  They're the same disease.
2    Q.  Let me -- can I finish my question?
3    A.  Sure.
4    Q.  Okay.  So you did not see anything in
5  Mr. Pleu's medical records diagnosing him with
6  lymphadenopathy or involvement of any lymph node,
7  right?
8    A.  Correct, but it's my opinion that CLL and
9  SLL are the same disease.
10   Q.  And in a study like Pahwa 2019, that looks
11 at all cases of non-Hodgkin's lymphoma and then
12 looks at specific subtypes, Mr. Pleu would fall in a
13 particular category in terms of the analysis that
14 these authors did, correct?
15   A.  I don't know because I don't know where they
16 included CLL but -- I mean, did they put CLL into
17 NHL?  Were there any CLL patients?  I don't know.
18   Q.  You don't know sitting here today where a
19 CLL patient would have actually fallen in Pahwa
20 2019, right?
21   A.  Without, again, going through the details of
22 the article, unless you want to tell me, I don't
23 know it off the top of my head.  It may say it in
24 the article, I just don't have that memorized, but
25 I'm absolutely positive that we need to look at the

Page 348

1  SLL data for Mr. Pleu.
2    Q.  Would you also look at the NHL overall data
3  in a study like Pahwa 2019?
4    A.  I would say that the SLL data trumps the NHL
5  data because, as we discussed, the NHL data is all
6  types of lymphomas.  I think we have great evidence
7  here for the association of CLL/SLL and glyphosate.
8    Q.  There are no data in Pahwa 2019 for
9  monoclonal B-cell lymphocytosis, correct?
10   A.  Correct, although I don't even know where
11 those patients would fit because we don't even know
12 where the CLL patients would fit or even if they
13 were included, and again, we can go back and look at
14 the patient population, or you can just tell me, if
15 you know, because I don't know off the top of my
16 head.
17   Q.  I will represent to you that nothing in the
18 methods section of this paper makes it clear where
19 CLL patients would be included, other than that they
20 are not included in the SLL analysis.
21   A.  Right.  So, therefore, it's my opinion as a
22 trained board certified medical oncologist that to
23 interpret data we have to look at the SLL data and
24 not the overall NHL data.
25   Q.  And that is your opinion despite knowing

Page 349

1  that for Pahwa 2019, patients with CLL were
2  specifically excluded from the SLL analyses?
3        MR. HABERMAN:  Objection.
4    A.  It doesn't matter because we know -- we now
5  know they're the same disease.  CLL and SLL are the
6  same disease, so if they would have included the CLL
7  patients, the numbers would have been higher and
8  even better.  So to me, this article is excellent
9  validation that glyphosate is an etiologic cause of
10 CLL/SLL, the same disease.
11   Q.  If you will turn with me to Page 3 of Pahwa
12 2019, the authors of Pahwa discuss here how they
13 evaluated whether the use of other pesticides might
14 have confounded the association between specific
15 pesticides, such as glyphosate and NHL, correct?
16   A.  Correct.
17   Q.  Pahwa and her coauthors chose to adjust for
18 2,4-D, dicamba, and malathion in their analyses.  Do
19 you see that?
20   A.  Yes.
21   Q.  You do not have any criticism of the Pahwa
22 authors' choice to adjust for 2,4-D, dicamba, and
23 malathion, correct?
24   A.  That's not my field of expertise.  I
25 wouldn't be able to --

Andrew M. Schneider, M.D.

Page 350

1    Q.  Is it a good thing that they adjusted?
2         MR. HABERMAN:  Objection.
3    A.  I would think so but that's probably better
4  asked to an epidemiologist.
5    Q.  You told us earlier you're not an expert on
6  2,4-D, dicamba, or malathion, right?
7    A.  Correct.
8    Q.  You have not evaluated the scientific
9  literature to determine whether 2,4-D, dicamba, or
10  malathion, increased the risk of non-Hodgkin's
11  lymphoma, right?
12    A.  Correct.
13    Q.  Nevertheless, you can confirm from your
14  review of the IARC Monograph that 2,4-D, dicamba,
15  and malathion are associated with NHL in at least
16  some studies, right?
17    A.  Correct.
18    Q.  Let's take malathion as one example of that.
19  I think you told me earlier that because Mr. Pleu
20  and Mr. Moore did not use malathion, you would want
21  to look at data specific to glyphosate in folks who
22  did not also use malathion, right?
23         MR. HABERMAN:  Objection.
24    A.  So, I'm sorry, as it gets later and later,
25  I'm going to have to ask you to repeat things again,

Page 351

1  so I -- I didn't catch it.  I'm sorry.
2    Q.  Sure.  I think you told me earlier that
3  because Mr. Pleu and Mr. Moore did not use
4  malathion, you would want to look at data specific
5  to glyphosate in folks who did not also use
6  malathion, right?
7    A.  I'm not sure I understand what you're
8  saying, I'm sorry.
9    Q.  If you have data for people who use just
10  glyphosate --
11    A.  Uh-huh.
12    Q.  -- glyphosate and malathion --
13    A.  Uh-huh.
14    Q.  -- and just malathion --
15    A.  Uh-huh.
16    Q.  -- which of those data apply to Mr. Pleu and
17  Mr. Moore?
18    A.  Just the glyphosate data.
19    Q.  One of the articles cited in Pahwa 2019 is
20  an article by Hohenadel published in 2011.
21    A.  Yes.
22    Q.  Did you review that study?
23    A.  Yes.  Wait.  Make sure I get it right.
24  What's the name?
25    Q.  Hohenadel 2011.

Page 352

1    A.  Is this on my reliance list?  I don't
2  remember, no.
3    Q.  It's not, which is why I'm asking.
4    A.  I don't -- I don't remember.
5    Q.  Okay.
6    A.  I don't think I did.
7    Q.  Okay.  If Hohenadel looked at people who
8  just used glyphosate, people who used glyphosate and
9  malathion, and people who used malathion, is that a
10  study that you would want to consider in arriving at
11  your opinion as to whether glyphosate is associated
12  with non-Hodgkin's lymphoma?
13    A.  I mean, I want to look at all studies, so if
14  you want to show me the study, I'd be happy to look
15  at it.  Are we done with this study?  This study
16  supports my opinions.  Are we going to go through
17  it?
18    Q.  I'll ask you the questions that I'm going to
19  ask you about it.  In the meantime, I'm handing you
20  Exhibit --
21    A.  This study shows significant for CLL and
22  diffuse large B-cell lymphoma.  This is a very
23  supportive study for Plaintiff's opinion.
24       (Schneider Exhibit 26 was marked for
25  identification.)

Page 353

1  BY MS. ROSS:
2    Q.  Exhibit 26 --
3    A.  So we're done with this article?
4    Q.  No, but I get to ask my questions in the
5  order I'd like to ask them.
6    A.  So we're going back and forth?
7    Q.  Correct.  Right now I'm asking you a
8  question about Hohenadel 2011.
9    A.  So since it's not on my reliance list and
10  it's the first time I'm seeing it, I'll have to read
11  it.
12       THE VIDEOGRAPHER:  I need to change tapes.
13       MS. ROSS:  We're going off the record.
14       THE WITNESS:  So I'll start reading it.
15       MS. ROSS:  Go for it.
16       THE VIDEOGRAPHER:  Okay.  Off the record at
17  6:04 p.m.
18       (Recess from 6:04 p.m. until 6:12 p.m.)
19       THE VIDEOGRAPHER:  This begins Media Unit
20  Number 4, and we're back on the record at
21  6:12 p.m.
22  BY MS. ROSS:
23    Q.  Dr. Schneider, Exhibit 26 to your deposition
24  is Hohenadel 2011.  Do you see that?
25    A.  Just for the record, an article that's not

Andrew M. Schneider, M.D.

Page 354

1  on my reliance list and I've never seen before
2  today.
3      Q.  And you had an opportunity at a break to
4  review this article, correct?
5      A.  About two or three minutes to analyze an
6  important article, but, yeah, not a whole lot of
7  time, yes.
8      Q.  The -- this was not an article that you
9  identified in your Google search or that counsel for
10 the plaintiffs provided to you on Roundup and
11 non-Hodgkin's lymphoma, right?
12     A.  Correct.
13     Q.  The bottom of Page 2321 of this article
14 identifies the data source for this study --
15     A.  Uh-huh.
16     Q.  -- and states:  The data used in these
17 analyses were part of the Cross-Canada Study of
18 Pesticides and Health.
19         Do you see that?
20     A.  I do.
21     Q.  That's the same study that McDuffie 2001
22 comes from, correct?
23     A.  Okay.
24     Q.  If you'll go with me to Table 4 on Page
25 2326, the title of that table is:  Individual and

Page 355

1  joint effects of commonly used pesticide
2  combinations on NHL.
3         Do you see that?
4      A.  Yes.
5      Q.  For malathion only, the odds ratio was about
6  2 and was statistically significant, correct?
7      A.  Uh-huh.
8      Q.  For malathion and glyphosate, the odds ratio
9  was about 2 and was statistically significant,
10 right?
11     A.  I'm sorry.  I'm -- which box are you on?
12     Q.  Fourth box down.
13     A.  Yes.
14     Q.  Malathion and glyphosate, the odds ratio was
15 2.1 and statistically significant, right?
16     A.  Yes.
17     Q.  For glyphosate only, what was the odds ratio
18 in Hohenadel 2011?
19     A.  Just for the record, I'm reading this, but
20 you're not going to give me an opportunity to
21 discuss the limitations of the study.  It was .92,
22 just reading.
23     Q.  And the 95 percent confidence interval is
24 .54 to 1.55, right?
25     A.  That's what it says, correct.

Page 356

1      Q.  I want to make sure I understand how this
2  works.  For people who use malathion only, the odds
3  ratio is 2 and statistically significant.  Those
4  people are at an increased risk of non-Hodgkin's
5  lymphoma, right?
6      A.  That's per this one article that I had about
7  three minutes to read and never saw before, correct.
8      Q.  Then they used malathion and glyphosate and
9  have a similar increased risk, right?
10         MR. HABERMAN:  Objection.
11     A.  Correct.
12     Q.  For people who only used glyphosate-based
13 herbicides in the Cross-Canada Study of Pesticides
14 and Health and didn't also use malathion, the odds
15 ratio was .92, and the 95 percent confidence
16 interval was .54 to 1.55, right?
17     A.  That's because a major limitation of the
18 analysis is that their proxy measures for pesticide
19 exposure were based on self-reported, lifetime use.
20 It is not clear whether use of combinations of
21 pesticides were from actual tank mixtures,
22 combinations used during the same growing season, or
23 use in different years over a lifetime.
24         These are quite different exposures
25 scenarios, and you might get difference biological

Page 357

1  effects from different exposure patterns.  Moreover,
2  we have no information on pesticide exposure or
3  absorbed dose because analyses were based on
4  self-reported pesticide use.  This may relate to
5  exposure measurement errors, and the presence of
6  other cofounding factors can result in risk
7  estimates biased in unpredictable ways.
8      Q.  I'm going to break that down a little bit.
9  Okay?
10     A.  Sure.
11     Q.  The Cross-Canada Study of Pesticides and
12 Health had a major limitation in their analysis,
13 which is that pesticide exposure came from
14 self-reported use, correct?
15     A.  Correct.
16     Q.  It's not clear in the Cross-Canada Study of
17 Pesticides and Health whether use was from actual
18 tank mixtures, combinations used during the same
19 growing season, or use in years over a lifetime,
20 correct?
21     A.  Yes.
22     Q.  Those are quite different exposure
23 scenarios, and you might get different biological
24 effects from different exposure patterns, true?
25     A.  True.

90  (Pages 354 to 357)

Andrew M. Schneider, M.D.

Page 358

1    Q. For Mr. Pleu, you read his deposition,
2  right?
3    A. Yes.
4    Q. You saw that he said the only pesticide he
5  ever used was Roundup, right?
6    A. Correct.
7    Q. William Pleu did not use malathion, correct?
8    A. Correct. But that doesn't change the
9  limitations of the study.
10    Q. Mr. Moore also said he only used Roundup,
11  correct?
12    A. Correct.
13    Q. Stacey Moore did not report use of
14  malathion, correct?
15    A. Correct. But that has no bearing on the
16  weaknesses of the study.
17    Q. Malathion use in the North American Pooled
18  Project, as we saw in Pahwa 2019, was associated
19  with non-Hodgkin's lymphoma and glyphosate exposure,
20  right?
21    A. Sorry, say that again.
22    Q. Malathion used in the North American Pooled
23  Project, as we saw in Pahwa 2019, was associated
24  with both non-Hodgkin's lymphoma, the outcome, and
25  glyphosate, which is the exposure of interest,

Page 359

1  right?
2    A. You have to show me. I don't remember.
3    Q. Sure. Page 3.
4    A. Yes.
5    Q. Pesticides that were most strongly
6  correlated --
7    A. Where -- where are you reading from?
8    Q. The -- I think you're there.
9    A. Show me where.
10    Q. So first paragraph in the right column.
11    A. Okay. Go ahead.
12    Q. Okay. Pesticides that were most strongly
13  correlated with glyphosate use included the
14  herbicides 2,4-D and dicamba, correct?
15    A. Yes.
16    Q. The insecticide malathion was correlated
17  with glyphosate use in the North American Pooled
18  Project, correct?
19    A. I'm not sure it says that, but I think
20  you're right. I mean, why don't you read what it
21  says?
22    Q. I was trying to shorten, but, sure, I'll
23  read the whole thing.
24      Pesticides that were most strongly
25  correlated with glyphosate use, defined in this

Page 360

1  study as Spearman coefficients greater than or equal
2  to .35 and Cohen's Kappa value of greater than or
3  equal to .30 -- stop there for a moment.
4      Are you an expert on Spearman coefficients
5  and Cohen's Kappa values?
6    A. Of course I am. No, I'm not. I'm joking.
7  Of course I am. No, I'm not.
8    Q. Pesticides that were most strongly
9  correlated with glyphosate use in the North American
10  Pooled Project were the herbicides 2,4-D and
11  dicamba --
12    A. Let me stop you. With all due respect, I
13  want you to read it or I'll read it. You're --
14    Q. Sure.
15    A. -- editing and saying things --
16    Q. Go ahead and read the --
17    A. Let me read --
18    Q. -- sentences --
19    A. -- from pesticides down --
20    Q. -- (garbled audio) --
21    A. -- so we understand what it says.
22    Q. Absolutely.
23    A. Pesticides that were most strongly
24  correlated with glyphosate use, defined in this
25  study as Spearman coefficients and Cohen's Kappa --

Page 361

1  I'm not going to say the numbers -- and that were
2  statistically significant or strongly
3  associated with NHL in the previous study were
4  evaluated as cofounders [sic]. The herbicides
5  2,4-dichlorophenoxyacetic acid and dicamba, as well
6  as the insecticide malathion met both criteria and
7  were therefore included in the more fully adjusted
8  secondary logistic regression models.
9    Q. Okay.
10    A. Okay.
11    Q. I'll ask my question again. All right?
12    A. Sure.
13    Q. In the North American Pooled Project, three
14  pesticides were associated with both glyphosate use
15  and non-Hodgkin's lymphoma, based on what you just
16  read out loud, correct?
17    A. Okay.
18    Q. Malathion, 2,4-D, and dicamba were
19  associated with glyphosate use, true?
20    A. Were associated? I don't know what that
21  means.
22    Q. Correct. But I'm just -- so we can use the
23  words here.
24      Most strongly correlated with glyphosate
25  use, do you see that?

Andrew M. Schneider, M.D.

Page 362

1    A.  Are you saying they were used together?
2    Q.  Correct.
3    A.  Okay.
4    Q.  Those same three pesticides were also
5    significantly or strongly associated with NHL in
6    previous studies, correct?
7    A.  Okay.
8    Q.  What that means in layman's terms is that
9    malathion is a potential confounder in the
10   relationship between non-Hodgkin's lymphoma and
11   glyphosate, right?
12   A.  No.  But it's accounted --
13       MR. HABERMAN:  Objection.
14   A.  -- it's accounted for on Table 4 and 5, but
15   you're not -- you don't want to go to the meat of
16   the matter, where, in Table 5, when they take out
17   the confounding pesticides that you mentioned,
18   there's still a significant association of SLL with
19   ordinal 10 lifetime days at a 1.08 and the
20   confidence interval of 1.01 to 1.16.
21       So by doing just what you said, by
22   accounting for the confounding other pesticides,
23   this article supports that CLL/SLL is associated
24   with malathion use to a statistical significant
25   number.

Page 363

1        Similarly, in Table 4, for diffuse large
2    B-cell lymphoma, we see that for exposures greater
3    than two days, when accounting for the other
4    pesticides, the relative risk is 2.14 with a
5    confidence interval of 1.07 to 4.28.
6        Thus, I can say based upon the Pahwa
7    articles, that to a reasonable degree of medical
8    probability, the CLL of Mr. Pleu and the diffuse
9    large B-cell lymphoma of Mr. M --
10       MR. HABERMAN:  Moore.
11       THE WITNESS:  What's the name?
12       MR. HABERMAN:  Moore.
13       THE WITNESS:  Moore?  Moore.  Thank you.
14   A.  -- were caused by glyphosate.  This article
15   supports just my feeling, my belief.
16   Q.  Dr. Schneider, did -- I will ask you about
17   Tables 3, 4, and 5 of the Pahwa 2019 article.  Okay?
18   A.  Okay.  I didn't think you wanted to, but
19   okay.
20   Q.  At this moment, I am asking you a different
21   question, and we will get to the various tables
22   reported in Pahwa 2019.  Okay?
23   A.  Okay.
24   Q.  My question right now is:  Is malathion --
25       MR. HABERMAN:  I object to the predicate.

Page 364

1    Q.  -- a potential --
2        MR. HABERMAN:  He answered the question.
3        MS. ROSS:  I'm sorry.  Are you done with
4    your objection?
5        MR. HABERMAN:  My -- he answered your
6    question, just now asked and answered.
7    Q.  Malathion is a potential confounder that was
8    controlled for in the analyses in Pahwa 2019,
9    correct?
10   A.  Correct.
11   Q.  What that means is that malathion could
12   cloud the relationship between non-Hodgkin's
13   lymphoma and glyphosate, but here there are adjusted
14   analyses that we can look at for non-Hodgkin's
15   lymphoma and various subtypes of non-Hodgkin's
16   lymphoma, correct?
17   A.  That's what I said.
18   Q.  Do you agree that if you can adjust for
19   malathion, you should?
20   A.  Yes.
21       MR. HABERMAN:  Objection.
22   Q.  If you'll go with me to Table 2 to begin
23   with, are you there?
24   A.  Give me a second.  I'm there now.
25   Q.  Now, Pahwa 2019 reports various analyses

Page 365

1    that they did, including in Tables 2, 3, 4, 5, and
2    Supplementary Table 1, correct?
3    A.  Correct.
4    Q.  In Table 2 of Pahwa 2019, the authors give
5    their results for ever use of glyphosate.  Do you
6    see that?
7    A.  I do.
8    Q.  For NHL overall, there were 113 exposed
9    cases, correct?
10   A.  Yes.
11   Q.  The odds ratios in Pahwa that are adjusted
12   for other pesticides are the odds ratios with a
13   superscript B, right?
14   A.  Right.
15   Q.  For NHL overall, for ever use of glyphosate,
16   the odds ratio in Pahwa was 1.13 and not
17   statistically significant, right?
18   A.  Correct.
19   Q.  For DLBCL, the odds ratio was 1.23 and not
20   statistically significant, right?
21   A.  I mean, are you asking me just to read what
22   you already -- to save time, it says what it says.
23   I'm not going to say -- it's reading comprehension.
24   It just says what it says.
25   Q.  I'm entitled to ask you these questions,

Andrew M. Schneider, M.D.

Page 366

1 so --
2    A.  It's your time.
3    Q.  -- that's what I'll do today.
4    A.  That's fine.
5    Q.  All right.  Do you want me to repeat my
6 question?
7    A.  I do.
8    Q.  Okay.  For DLBCL, in Pahwa 2019, the odds
9 ratio was 1.23 and nonsignificant, correct?
10   A.  That's what the article says.  It doesn't
11 say nonsignificant.  Are you asking my opinion, if
12 that -- if it's nonsignificant?
13   Q.  Do you want me to read the whole confidence
14 interval?
15   A.  No.  I just want you to know -- since you
16 don't really want to hear my opinion, do you want me
17 to say what the -- say what the table says, or do
18 you want me to interpret the table?
19   Q.  Okay.  Right now I'm asking you for the
20 numbers in the table.
21   A.  Okay.  So ask your question.  I'll --
22   Q.  Sure.
23   A.  Ask me the questions.
24   Q.  For DLBCL --
25   A.  Uh-huh.

Page 367

1    Q.  -- in Pahwa 2019 --
2    A.  Uh-huh.
3    Q.  -- with ever use of glyphosate --
4    A.  Uh-huh.
5    Q.  -- the adjusted odds ratio was 1.23 with a
6 95 percent confidence interval .81 to 1.88, correct?
7    A.  That's what it says.  You read it correctly.
8    Q.  And for SLL, what was the adjusted odds
9 ratio for ever use of glyphosate?
10   A.  Adjusted with -- for other pesticides?
11   Q.  Correct.
12   A.  1.79.
13   Q.  With a nonsignificant 95 percent confidence
14 interval, correct?
15   A.  Are you asking my interpretation, or are you
16 asking me to say what it says?
17   Q.  Based on what you've told me earlier today,
18 I would assume that a 95 percent confidence interval
19 of .87 to 3.69 is nonsignificant, in your view.  Is
20 that correct?
21        MR. HABERMAN:  Objection.
22   A.  That's correct.  But before, you didn't want
23 to hear my opinions.  You just wanted me to read.
24 So that's why I wanted to know whether you want my
25 opinion or you want me to read.  Yes, it's not

Page 368

1 significant.
2    Q.  In your view --
3    A.  Thank you.
4    Q.  -- Mr. Moore falls into the group in Table 2
5 of Pahwa with DLBCL that has an odds ratio of 1.23
6 that is nonsignificant?
7        MR. HABERMAN:  Objection.
8    A.  Right.  But we should look at Table 4 where
9 it hones it down and shows it is significant.
10   Q.  And in your view, Mr. Pleu falls into the
11 SLL category in Table 2 of Pahwa 2019, right?
12   A.  Right.  But then we should look at the Table
13 4 and 5.  That's where the --
14   Q.  Did you rely any differently on Table 3?
15        MR. HABERMAN:  Objection.
16   A.  I looked at -- I looked at all the tables.
17   Q.  Okay.  So let's break this up a little bit.
18 Pahwa 2019 looks at data for ever use of glyphosate
19 and whether that's associated with NHL.  That's in
20 Table 2, right?
21   A.  Correct.
22   Q.  Pahwa 2019 also looked at different
23 frequencies, durations, and lifetime days of
24 glyphosate use, right?
25   A.  Sorry, which table?

Page 369

1    Q.  I'm saying the article overall looked at
2 different frequencies, durations, and lifetime days
3 of glyphosate use, correct?
4    A.  Correct.
5    Q.  Just as they -- and I understand from your
6 previous answers that you relied on the data for
7 frequency, duration, and lifetime days; is that
8 right?
9    A.  Well, I think they're important and that we
10 should discuss.
11   Q.  When you look at Pahwa 2019, you looked at
12 the data overall and then all of the different ways
13 that the authors analyzed their data, correct?
14   A.  Correct.
15   Q.  Just as they did for the overall analysis
16 for their duration, frequency, and lifetime days
17 analyses, Pahwa reported odds ratios that adjusted
18 and those that were not adjusted, right?
19   A.  Yes.
20   Q.  You relied on the odds ratios in Pahwa 2019
21 that were adjusted for other pesticides, correct?
22   A.  I relied on the whole article.
23   Q.  Pahwa 2019 -- I'm not sure -- well,
24 withdrawn.
25        When you say you relied on the whole

Andrew M. Schneider, M.D.

Page 370

1    article, did you have a preference, as an expert
2    giving an opinion on Roundup and non-Hodgkin's
3    lymphoma, as to whether adjusted analyses for other
4    pesticides or unadjusted analyses are more reliable?
5        A.   I think if you have adjusted, you have to
6    look at those numbers.  I think it would be wrong to
7    look at the nonadjusted numbers.  So I think
8    whenever we have adjusted numbers, I'm obligated to
9    use those numbers.
10       Q.   And in Pahwa 2019 we have adjusted numbers,
11   correct?
12       A.   Correct.
13       Q.   In Pahwa 2019 you relied on the adjusted
14   odds ratios for other pesticides --
15           MR. HABERMAN:  Objection.
16       Q.   -- correct?
17       A.   Correct.
18       Q.   With Tables 3, 4, and 5, the Pahwa authors
19   report three different measures of frequency,
20   duration, and lifetime days, right?
21       A.   Yes.
22       Q.   What is the best measure of high exposure to
23   Roundup, in your expert opinion, the number of years
24   someone used Roundup, the number of days per year
25   they used Roundup, or the total number of lifetime

Page 371

1    days?
2            MR. HABERMAN:  Objection.
3        A.   So I would look at anything I can look at.
4    Since I'm not a statistician, that's a question
5    better asked of a statistician.  My job is to look
6    at different categories from these tables and then
7    apply them to the plaintiffs in this case.
8        Q.   Table 3 in Pahwa 2019 gives years of use of
9    glyphosate, correct?
10       A.   Correct.
11       Q.   Table 4 gives frequency of use of
12   glyphosate, right?
13       A.   Yes.
14       Q.   Table 5 gives lifetime days, which is the
15   number of years times the day per year, correct?
16       A.   Correct.
17       Q.   In Table 2 we saw that Pahwa included 113
18   glyphosate exposed cases in their ever/never
19   analysis, correct?
20       A.   Correct.
21       Q.   Okay.  In Table 3 do you see that for NHL
22   overall, there is an N, and then it gives exposure
23   greater than zero and less than 3.5 and then
24   exposure greater than 3.5 days?
25       A.   Yes.

Page 372

1        Q.   Okay.  For NHL overall, Pahwa included 102
2    glyphosate exposed cases in their duration of use
3    analysis, correct?
4        A.   Show me where it says that.
5        Q.   59 plus 43.
6        A.   I'm sorry, Table 3?
7        Q.   Table 3.
8        A.   59 plus 43 is, right, 102, right.
9        Q.   Right.  Pahwa included 102 glyphosate
10   exposed cases in their duration of use analysis for
11   NHL overall, right?
12       A.   Yes.
13       Q.   For DLBCL, how many patients did Pahwa
14   include in their duration of use analysis?
15       A.   Is that 41?
16       Q.   Right, 24 plus 16, correct?
17       A.   Uh-huh.
18       Q.   For SLL, in their duration of use analysis,
19   Pahwa included 14 patients, correct?
20       A.   Correct.
21       Q.   In Table 4, for -- this is the frequency of
22   use table in Pahwa 2019, right?
23       A.   Uh-huh.
24       Q.   For NHL overall, Pahwa included 61 patients
25   in their frequency of use analysis.  Do you see

Page 373

1    that?
2        A.   I do.
3        Q.   For DLBCL, for frequency of use, Pahwa
4    included 26 patients, correct?
5        A.   Yes.
6        Q.   For SLL, for frequency of glyphosate use,
7    Pahwa included seven patients, correct?
8        A.   Yes.
9        Q.   In Table 5 this is lifetime days of
10   glyphosate use, correct?
11       A.   Yes.
12       Q.   In Table 5 Pahwa included 57 cases for NHL
13   overall, correct?
14       A.   Yes.
15       Q.   For lifetime days, Pahwa included 23 cases
16   of DLBCL, right?
17       A.   Yes.
18       Q.   For lifetime days, Pahwa included seven
19   cases of SLL, correct?
20       A.   Yes.
21       Q.   There are various P-values for trends
22   reported in Tables 3, 4, and 5 of Pahwa 2019.  Do
23   you see those numbers?
24       A.   I do.
25       Q.   P for trend is a statistical measure of

Andrew M. Schneider, M.D.

Page 374

1  whether increasing exposure is associated with
2  increasing risk, right?
3      A.  Say that again.
4      Q.  P for trend is a --
5      A.  P for trend?
6      Q.  P for trend, yes.
7      A.  Is it -- where does it say that?
8      Q.  When it says P-trend.
9      A.  I'm sorry, it's late.  Where does it
10  say P-trend?  Oh, I see it.  Got it.  P-trend C.
11  Okay.  What's your question?
12      Q.  P for trend is a statistical measure of
13  whether increasing risk exposure is associated with
14  increasing risk, right?
15      A.  Yes.
16      Q.  Are the P for trend values in Table 3
17  statistically significant adjusted for other
18  pesticides?
19      A.  Table 3 now?  No.
20      Q.  Are the P for trend values in Table 4
21  statistically significant and adjusted for other
22  pesticides?
23      A.  So where am I looking for -- am I looking
24  only at other -- where does it say P for trend under
25  diffuse large B-cell lymphoma?  I see it there.

Page 375

1      So what Table 4 says to me is that for five
2  days per year of exposure, the relative risk is
3  1. -- sorry, let me find that again.
4      Sorry.  Under diffuse large B-cell lymphoma
5  for greater than two days of exposure, taken out
6  confounding pesticides, the relative risk is 2.14
7  with and odds ratio of 1.07 to 4.28.  That's
8  statistically significant.
9      Q.  That's the value for DLBCL in Table 4 of
10  Pahwa 2019 for greater than two days per year,
11  correct?
12      A.  Correct.
13      Q.  For the ordinal analysis, which is five days
14  per year or more, the odds ratio was 1.14 with a 95
15  percent confidence interval of .96 to 1.35, correct?
16      A.  Right.  But I don't understand that, because
17  they say there are 368.  They're adding people that
18  were unexposed.  I don't understand why they're
19  doing that.
20      Q.  The analysis by Pahwa didn't just look at
21  exposure based on number of days per year, right?
22      A.  My not understanding is they add up the 342,
23  the 12, and the 14 to get 368.  But you have only 26
24  patients who were exposed and 342 that were not, and
25  then they want to say that it's not significant.

Page 376

1      I think the more important data is the one I
2  suggested to you of greater than two days, which
3  showed a statistical significant effect of the
4  association of glyphosate with diffuse large B-cell
5  lymphoma.
6      Q.  In Table 2 you're relying on the greater
7  than two days per year analysis --
8      A.  Table 4.
9      Q.  Thank you.  New question.
10      Table 4 in Pahwa 2019, you're relying on the
11  greater than two days per year analysis and not the
12  five days per year analysis, right?
13      A.  So I don't understand what that means,
14  because they have an N of 368, but 342 weren't
15  exposed.  So I don't understand that.
16      Q.  Would you defer to a biostatistician
17  or epidemiologist --
18      MR. HABERMAN:  Objection.
19      Q.  -- on how to interpret this --
20      A.  No.  I'm going to give my opinion, to a
21  reasonable medical degree of certainty, that Table 4
22  in this study suggests that greater than two days
23  exposure of glyphosate increases someone's relative
24  risk to 2.14 of getting diffuse large B-cell
25  lymphoma and is statistically significant.

Page 377

1      So I would suggest that this data from Table
2  4 is evidence that glyphosate is associated with
3  diffuse large B-cell lymphoma for people who have
4  more than two days exposure, which Mr. Moore did.
5      Q.  What's the difference between an ordinal
6  analysis at five days per year and a greater than
7  two days per year analysis?  Can you explain that?
8      A.  I wish I could.
9      Q.  What's a P for trend in this study for DLBCL
10  with increasing frequency of glyphosate handling?
11  Do you see that number?
12      A.  C?
13      Q.  P for trend was .2 in the adjusted analysis,
14  correct?
15      A.  That's what it says, but let's see what C
16  says.  So what's your question?  I'm sorry.
17      Q.  The P for trend in the adjusted analysis was
18  .2, which is not statistically significant, in Table
19  4 of Pahwa 2019, correct?
20      A.  Right, but I don't know what that represents
21  because just above it, for greater than two days, it
22  is significant.  So maybe that includes the zero,
23  which is 342 patients, and zero to two, which is 12
24  patients.  So if you're going to use the zero,
25  you're going to confound the interpretation.

Andrew M. Schneider, M.D.

Page 378

1  Q. Do you have any biological explanation for
2  why more than two days per year of glyphosate use
3  would be associated with an increased risk, but five
4  days per year of glyphosate use would not?
5  A. So it says ordinal five days per year. I'd
6  have to research what they mean by ordinal, you
7  know, why they put that in. I'd have to go back and
8  see if the article says it. And we'd have to
9  research what P for trend means. I mean, I would
10  help -- I would need help with a -- from a
11  statistician to fully understand this.
12  But as a clinical medical oncologist, it's
13  clear to me that greater than two days is meaningful
14  and statistically significant.
15  Q. And that's for DLBCL, correct?
16  A. Correct.
17  Q. For SLL, the result for greater than two
18  days per year of glyphosate use was 2.31 with a 95
19  percent confidence interval of .61 to 8.75, correct?
20  A. I think that's only because there are three
21  patients. So, you know, you have a very wide
22  confidence interval, so I think it's hard to
23  interpret.
24  You do see a 2.31, which is, you know, more
25  than twice the effect, 100 times increased. But I

Page 379

1  think it's -- you know, you have three patients.
2  It's difficult.
3  Q. And the ordinal analysis showed an odds
4  ratio of 1.18 that was nonsignificant, but I take it
5  you don't understand the details of that ordinal
6  analysis, sitting here today, correct?
7  A. After six-and-a-half hours of sitting here,
8  I don't, without trying to -- maybe the article will
9  tell me if I read it again. I don't know.
10  Q. You would defer to a biostatistician on the
11  interpretation of those relates?
12  MR. HABERMAN: Objection. The doctor gave
13  his answers.
14  A. Yeah. I would -- I would like to first
15  reread the article and spend some time trying to
16  understand what it meant.
17  Q. Table 4 is the table that we've just been
18  talking about that gives frequency of glyphosate
19  handling in items of days per year, right?
20  A. Correct.
21  Q. Table 3 gives information on the risk of
22  glyphosate use with increasing duration of
23  glyphosate use, correct?
24  A. Correct.
25  Q. Table 3 breaks the numbers into more than

Page 380

1  zero, but less than or equal to three-and-a-half
2  years, and greater than three-and-a-half years,
3  right?
4  A. Right.
5  Q. For DLBCL, what was the adjusted odds ratio
6  for greater than three-and-a-half years of
7  glyphosate use?
8  A. Now it's back to Table 3?
9  Q. Correct.
10  A. And you're asking me greater than five years
11  for diffuse large B-cell lymphoma, and the relative
12  risk was .93 with a confidence interval of .5 to
13  1.74.
14  Q. Mr. Moore used glyphosate for more than
15  three-and-a-half years, right?
16  A. Yes.
17  Q. He would fall into the group in Table 3 that
18  has an odds ratio of .93 with a 95 percent
19  confidence interval of .5 to 1.74, correct?
20  A. Correct. But on Table 5 you have the
21  ordinal 10 lifetime days, where it is significant.
22  Q. You're not relying on the ordinal data
23  because you don't know how to interpret those data,
24  correct?
25  A. I never said that.

Page 381

1  MR. HABERMAN: Objection.
2  A. I never said that. I'm saying that I'd have
3  to look and see what it means. But clearly the
4  table is telling me that there is a significant
5  association of ordinal 10 lifetime days glyphosate
6  use and diffuse large cell lymphoma.
7  Sitting here without rereading this article,
8  after six-and-a-half hours, I don't really know what
9  ordinal means. But clearly looking at Table 4 and
10  Table 5, there is etiologic evidence that glyphosate
11  causes both CLL and diffuse large B-cell lymphoma.
12  Q. You would agree that if you're going to rely
13  on the ordinal data in Pahwa 2019, you would need to
14  rely equally on the ordinal data for Tables 3, 4,
15  and 5, correct?
16  MR. HABERMAN: Objection.
17  A. Yeah. I think that I would have to reread
18  the article, understand better what the ordinal
19  number means. I'm not a statistician. I'm a
20  clinical oncologist. And then I would try to
21  decipher it.
22  Q. Are you going to tell the jury that the
23  ordinal values in Table 4 or 5 are meaningful for
24  glyphosate, but not in Table 3?
25  A. No.

Andrew M. Schneider, M.D.

1       MR. HABERMAN:  Objection.
2       A.  I'm going to -- since we're coming back
3   again, I'm going to take the opportunity to reread
4   the article and figure out what it means more fully,
5   so I understand it, and then explain it to you and
6   the jury.
7       Q.  We were talking about the findings for DLBCL
8   greater than three-and-a-half years.  Do you recall
9   that?
10      A.  Yes.
11      Q.  There are also data in Table 3 for SLL and
12  greater than three-and-a-half years of glyphosate
13  use, right?
14      A.  Yes.
15      Q.  Those data show an odds ratio of 1.94 and a
16  95 percent confidence interval of .79 to 4.8,
17  correct?
18      A.  Correct.
19      Q.  The ordinal data in Table 3 for SLL show an
20  odds ratio of 1.3, then 95 percent confidence
21  interval of .91 to 1.91?
22      A.  Right.  So I wonder why they chose five
23  years in Table 3 and 10 years in Table 5.
24      Q.  Table 5 is lifetime days of glyphosate use,
25  not years of glyphosate use, correct?

1       A.  I'm sorry, give me one second.
2       So Table 3 has ordinal 10 lifetime days.
3       Q.  Right.
4       A.  Right.
5       Q.  Table 3 that we were just talking about is
6   the number of years someone used glyphosate, right?
7       A.  Well, it says ordinal five years.
8       Q.  Right.  Table 5 is the number of lifetime
9   days someone used glyphosate, correct?
10      A.  That's what it says, correct.
11      Q.  Between now and your next deposition in this
12  case, will you do your best to identify why it is
13  that these ordinal values would show lower risks
14  with higher years of exposure, days of exposure, or
15  lifetime days, as compared to the other values
16  reported?
17      A.  I'm not sure that's true, right?  The --
18  Table 5 says ordinal 10 lifetime days is
19  significant.  Table 3 used ordinal five years.
20      Q.  When you say that Table 5 shows ordinal
21  lifetime days is significant, look at the data for
22  DLBCL, if you will.
23      A.  I'm talking about SLL.
24      Q.  Right.  So for SLL in Table 5, the odds
25  ratio was, in the ordinal analysis, 1.08 with a 95

1   percent confidence interval of 1.01 to 1.16,
2   correct?
3       A.  Correct.
4       Q.  The P-value given is .03, right?
5       A.  Right.
6       Q.  Do you see any other P-value in this table
7   that is statistically significant?
8       A.  Only looking at the adjusted, not glyphosate
9   by itself, correct?
10      Q.  Correct.  The adjusted values.
11      A.  No.
12      Q.  For DLBCL, the ordinal analysis in Table 5
13  of Pahwa reports an odds ratio of 1.03 and 95
14  percent confidence interval of .98 to 1.07, right?
15      A.  Right.
16      Q.  You are not saying that we should rely on
17  the ordinal analysis for SLL, but not the ordinal
18  analysis for DLBCL, are you?
19      A.  No.  I'm saying that we should look at all
20  data.
21      Q.  You are not saying --
22      MR. HABERMAN:  (Garbled audio.)
23      A.  You're interrupting -- you're interrupting
24  me again.
25      Q.  Okay.  Go ahead.

1       A.  We should look at all data, look at all
2   tables --
3       Q.  Right.
4       A.  -- put it all together, explain it to the
5   jury, and let them decide what it means.
6       Q.  It would be inappropriate to cherry-pick one
7   value from Pahwa 2019 as opposed to looking at all
8   the data in totality, correct?
9       MR. HABERMAN:  Objection.
10      A.  What you've got to do is you have to look at
11  all the data and then criticize the data.  Maybe
12  some data is too small a number of patients, or
13  maybe there are other reasons why the data has
14  inaccuracies.  So we look at all the tables, look at
15  all the data, and then decide what data is reliable
16  and what data has error.
17      Q.  What you have to do is look at all of the
18  data and criticize the data in the various studies
19  on Roundup and non-Hodgkin's lymphoma, is that what
20  you said?
21      A.  Are we talking about the -- this article or
22  all articles now?
23      Q.  That was your answer, Dr. Schneider, so I'm
24  trying to --
25      A.  That was my answer --

Andrew M. Schneider, M.D.

Page 386

1    Q. -- understand.
2    A. -- about this article.
3    Q. Okay. So for Pahwa 2019, what you have to
4  do is look at all the data and criticize the data;
5  maybe some data is too small a number of patients,
6  correct?
7         MR. HABERMAN: Objection.
8    A. I think you have to analyze the data and
9  then decide, based upon my best clinical -- clinical
10  expertise, what the data means.
11   Q. You would not pick and choose the ordinal
12  analyses in one of Tables 3, 4, and 5, but not look
13  at the ordinal analyses in the other tables, right?
14   A. If I did, I'd have to explain why I did
15  that.
16   Q. You would not pick and choose the numbers
17  between NHL overall and DLBCL and SLL; you would
18  want to look at all of those numbers, correct?
19   A. I didn't say that. I thought I said that if
20  I had data on a specific entity, I'd rather look at
21  that data when I can. You know, I don't think it's
22  fair to look at NHL overall when I have data on
23  diffuse large cell and CLL/SLL. I think it's a good
24  study when I have that, and so I take advantage of
25  that and do the best I can to explain it.

Page 387

1    Q. Would your approach be the same if the
2  plaintiff in this case had follicular lymphoma?
3    A. Of course.
4    Q. For Pahwa 2019 there was no increased risk
5  of Roundup exposure -- withdrawn. New question.
6         For Pahwa 2019 there was no increased risk
7  of follicular lymphoma with Roundup exposure,
8  correct?
9    A. I mean, I'll take your word for it. I
10  didn't look at that because it wasn't the case.
11   Q. The odds ratio for follicular lymphoma and
12  any glyphosate exposure ever use was .69 --
13   A. What table are you at?
14   Q. Table 2.
15   A. Well, Table 2, nothing was significant.
16   Q. Okay.
17   A. No lymphoma was significant.
18   Q. And for follicular lymphoma for greater than
19  3.5 years, the odds ratio was .61, right?
20   A. Table 3 now?
21   Q. Yes.
22   A. What did you say?
23   Q. For greater than 3.5 years, the odds ratio
24  for follicular lymphoma was .61, right?
25   A. Yes.

Page 388

1    Q. And for greater than two days per year for
2  follicular, the odds ratio was 1.3, right?
3    A. Is that Table 4?
4    Q. That's in Table 4.
5    A. Sure. What did you say?
6    Q. For greater than two days per year, the odds
7  ratio for follicular lymphoma was 1.3, correct?
8    A. 1.33?
9    Q. Yes.
10   A. You said 1.3.
11   Q. Sure.
12   A. 1.33.
13   Q. Okay. Does the difference between 1.3 to
14  1.33 matter for your analysis?
15   A. I thought you'd want me to answer the
16  question honestly. It doesn't say 1.3. It says
17  1.33.
18   Q. Okay. For follicular lymphoma for greater
19  than two days per year, the odds ratio was 1.33 with
20  a 95 percent confidence interval of .55 to 3.25,
21  correct?
22   A. Correct.
23   Q. In Table 5, for lifetime days of use for
24  follicular lymphoma, the odds ratio was .75 and
25  nonsignificant. Do you see that?

Page 389

1    A. I do.
2    Q. Did Pahwa 2019 show an increased risk of
3  follicular lymphoma following Roundup use?
4    A. No.
5    Q. For Boffetta 2021, that's another analysis
6  that you looked at and relied upon, right?
7    A. Correct. So you have to give me the article
8  to look at again, and then we have 10 minutes.
9         MR. HABERMAN: Yeah. I think the doctor is
10  getting tired. I know I am.
11        THE WITNESS: If we're going to start
12  another article --
13        MR. HABERMAN: If we're going to start
14  another article --
15        THE WITNESS: -- I think we should stop now.
16        MR. HABERMAN: Yeah.
17   Q. How about instead of doing that, then we
18  finish up some questions on Pahwa 2019. Okay?
19   A. Sure.
20        (Schneider Exhibit 27 was marked for
21  identification.)
22  BY MS. ROSS:
23   Q. Exhibit 27 to your deposition is entitled
24  Pahwa 2019, and the top said Results Reported for
25  DLBCL and CLL, but as we've been over, Pahwa 2019

Andrew M. Schneider, M.D.

Page 390

```
 1   actually reports results for DLBCL and SLL, correct?
 2       A.  Correct.
 3       Q.  For the ever/never exposure -- you still
 4   have Pahwa 2019 in front of you, correct?
 5       A.  Yes.  This is a summary table that you made?
 6       Q.  It is.
 7       A.  Okay.
 8       Q.  And I want you to just make sure my numbers
 9   are correct and I'm not trying to mislead you here.
10   Okay?
11       A.  I mean, it -- I'm sure it is what the tables
12   say, right?
13       Q.  Right.  So I want to talk to you about where
14   Mr. Moore and Mr. Pleu fall in these various
15   analyses.
16       Do you see that Exhibit 27 is a chart that
17   lists various results reported in Pahwa 2019 for
18   ever exposure to glyphosate and for duration,
19   frequency, and cumulative exposure, right?
20       A.  Just to make my life easier, what tables are
21   you getting this from so I can -- I can look -- I
22   can check your numbers?
23       Q.  Table 2 is ever/never exposure.
24       A.  And where is that in your analysis?
25       Q.  Where it says Ever/Never Exposure at the
```

Page 391

```
 1   top.
 2       A.  Right.  So you're copying the tables that
 3   you just went over, right?
 4       Q.  Yes.  And I'm going to ask you some
 5   questions about this, but I want to make sure that
 6   we can agree these are the numbers and then not mess
 7   with presenting the numbers to you.
 8       A.  Okay.
 9       Q.  Okay.  So for ever/never exposure, the
10   numbers in Exhibit 27 are correct for DLBCL and SLL,
11   correct?
12       A.  The first box is correct.
13       Q.  Is the second box also correct?
14       A.  I haven't looked at it yet.
15       Q.  Okay.
16       A.  Do you want to help me, just tell me what
17   tables to look at?
18       Q.  For greater than three-and-a-half years or
19   greater than five years, that's going to be Table 3.
20       A.  Where do you see greater than five years?
21       Q.  Ordinal five years.
22       A.  Well, that's not what you wrote.  It's
23   ordinal five years, not greater than five years.
24       Q.  Do you know whether ordinal five years means
25   greater than five years?
```

Page 392

```
 1       A.  I don't know.
 2       Q.  Okay.  Do you want to cross out "greater
 3   than" five years and write "ordinal" five years?
 4       A.  Well, I want it to say what the table says
 5   if you want me to verify it's true.
 6       Q.  So why don't we cross out "greater than" and
 7   write "ordinal"?  You can write on this exhibit.
 8       A.  You're writing -- you're crossing off
 9   "greater than"?
10       Q.  And writing "ordinal" five years, yes.  And
11   while we're doing that, why don't you cross out
12   "greater than" five days per year and write
13   "ordinal."
14       A.  Should I write -- what should I write?
15       Q.  Ordinal.
16       A.  Ordinal what?
17       Q.  Five days per year.
18       A.  Okay.
19       Q.  And, again, if we're talking about the
20   ordinal, in your understanding, that should be
21   ordinal 10 lifetime days, not greater than 10
22   lifetime days, based on Table 5 of Pahwa, right?
23       MR. HABERMAN:  How many boxes are we
24   changing to ordinal, which boxes?
25       THE WITNESS:  Second box, the fourth box,
```

Page 393

```
 1   and the sixth box.
 2       Q.  Sounds right to me.
 3       A.  So now we're --
 4       Q.  You made that change?
 5       A.  Yes.
 6       Q.  And did you make that change for both DLBCL
 7   and SLL?
 8       A.  I didn't have a chance because I have to now
 9   verify the numbers.
10       Q.  Okay.
11       A.  And --
12       Q.  Go ahead.
13       A.  -- we have seven minutes.
14       Okay.  So what table should I look at for
15   the second box?
16       Q.  For greater than 3.5 years --
17       A.  No, no.  We did that one already.
18       Q.  -- ordinal --
19       A.  Ordinal five years.
20       Q.  Okay.  So that's Table 3.
21       A.  This is for diffuse large B-cell, and that's
22   correct.
23       Q.  And while you're on Table 3, take a look at
24   SLL so that we don't have to come back to it later.
25       A.  Well, then I've got to change --
```

99 (Pages 390 to 393)

Andrew M. Schneider, M.D.

1   Q.  Sure.
2   A.  I've got to change everything.
3   Q.  Go ahead.
4   A.  So tell me what I'm changing again.
5   Q.  You're crossing out "greater than" five
6   years and putting "ordinal."
7   A.  What else?
8   Q.  You're crossing out "greater than" five days
9   per year and putting "ordinal."  You're crossing out
10  "greater than" --
11  A.  You're going too fast.  What else?
12  Q.  You're crossing out "greater than" 10
13  lifetime days and writing "ordinal."
14  A.  Okay.  So now it's back to greater than two
15  days per year.  Is that Table 4?
16  Q.  That is, as is ordinal five days per year.
17  A.  You've got to give me a chance to find it.
18  Q.  Go ahead.
19  A.  Ordinal five days per year is back to Table
20  3?
21  Q.  No.  It's the same table, Table 4.
22  A.  I see.  Greater than 3.5 lifetime, that's
23  point...
24  Q.  That's Table 5 for greater than 3.5 lifetime
25  days or ordinal 10 lifetime days.  Table 5 was just

1   on the next page, Page 7.
2   A.  Okay.  Where does it say greater -- greater
3   than -- I'm sorry -- greater than 3.5 lifetime days,
4   where does it say that?
5   Q.  In Table 5.
6   A.  Yes.
7   Q.  Do you see the categories are greater than
8   zero to less than or equal to 3.5 and then greater
9   than 3.5?
10  A.  But you included lifetime.  Let's see.
11  Q.  Right.  The title of Table 5 says lifetime
12  days of glyphosate use.
13  A.  Okay, because you didn't have that in the
14  other one.  Okay.
15      All right.  So I verified the second box.
16  Now I have to go to the third box, and we have four
17  minutes.
18      Do you want to walk me through it real fast
19  to save time?
20  Q.  Sure.  So greater than 3.5 years and ordinal
21  five years comes from Table 3.
22  A.  Give me a second.
23  Q.  And let's actually do it this way,
24  Dr. Schneider.  Am I to understand that you're going
25  to walk away from this deposition at exactly 7:00

1   p.m. --
2   A.  Yes.
3   Q.  -- and not a minute later?
4   A.  Correct.
5   Q.  Okay.  Then I'm going to ask you my
6   remaining questions about this exhibit, and we can
7   come back to it.
8   A.  Do you want --
9   Q.  Mr. Pleu falls --
10  A.  Do you want me to verify the numbers?  You
11  don't want me to verify the numbers?
12  Q.  I don't --
13  A.  Okay.
14  Q.  -- because this is taking more time than --
15  A.  Okay.
16  Q.  -- we have today.
17  A.  We've been here for -- we've been here for
18  seven hours.
19  Q.  Okay.  Mr. Pleu falls into the results for
20  DLBCL.
21  A.  Mr. Pleu had -- no, that's not true.
22  Q.  I'm sorry.  You're right.
23  A.  Getting late.
24  Q.  It's been a long day.
25  A.  Yeah, so we should stop.

1   Q.  Okay.
2   A.  Errors.
3   Q.  Mr. Moore falls into the various categories
4   in Exhibit 27 for DLBCL, correct?
5   A.  I don't know.  You have to ask me a specific
6   question.
7   Q.  Mr. Moore used glyphosate for more than
8   three-and-a-half years, right?
9   A.  Correct.
10  Q.  Mr. Moore also used glyphosate for more than
11  five years, right?
12  A.  Yes.
13  Q.  Mr. Moore used glyphosate for more than two
14  days per year, right?
15  A.  Yes.
16  Q.  Mr. Moore also used glyphosate for more than
17  five days per year, right?
18  A.  Yeah.
19  Q.  Mr. Moore used glyphosate for more than
20  three-and-a-half lifetime days, right?
21  A.  Yes.
22  Q.  Mr. Moore also used glyphosate for more than
23  10 lifetime days, right?
24  A.  Yes.
25  Q.  Mr. Pleu used glyphosate for more than

100  (Pages 394 to 397)

Andrew M. Schneider, M.D.

Page 398

1  three-and-a-half years, right?
2      A.  Yes.
3      Q.  Mr. Pleu used glyphosate for more than five
4  years, right?
5      A.  Yes.
6      Q.  Mr. Pleu used glyphosate for more than two
7  days per year, right?
8      A.  Yes.
9      Q.  Mr. Pleu used glyphosate for more than 3.5
10  lifetime days, right?
11      A.  Yes.
12      Q.  Mr. Pleu used glyphosate for more than 10
13  lifetime days, right?
14      A.  Yes.
15      Q.  Now, since we have a minute --
16      A.  We have --
17      Q.  -- why don't you go to --
18      A.  -- two minutes.
19      Q.  -- Tables 3, 4, and 5 and verify that the
20  numbers for SLL is not CLL in the Pahwa study, but I
21  understand you are of the view that they are the
22  same, and make sure those numbers are correct.
23      A.  Do you want to save time and orient me?
24      Q.  Yes.  Greater than 3.5 years and five years
25  in the ordinal analysis are Table 3.

Page 399

1      A.  Okay.  Okay.  Next.
2      Q.  Two days per year and five days per year are
3  Table 4.
4      A.  Okay.
5      Q.  3.5 lifetime days and 10 lifetime days,
6  those are Table 5.
7      A.  Okay.
8      Q.  You can confirm that Mr. Moore falls into a
9  number of different analyses performed in Tables 2,
10  3, 4, and 5 of Pahwa 2019, correct?
11      A.  Correct.
12      Q.  Mr. Pleu falls into a number of analyses
13  performed in Tables 2, 3, 4, and 5 of Pahwa 2019,
14  right?
15      A.  Yes.
16      Q.  You had an opportunity to verify that the
17  numbers in Exhibit 27 are correct, right?
18      A.  Correct.
19      MS. ROSS:  Why don't we stop here for the
20  day, Dr. Schneider.
21      And counsel for both sides have an agreement
22  that we will come back and finish Dr. Schneider's
23  deposition on another day, correct?
24      MR. HABERMAN:  That's right.  Okay.
25      MS. ROSS:  We'll leave the deposition open.

Page 400

1      THE WITNESS:  You'll let me know how many
2  hours you'll be ordering so I --
3      MS. ROSS:  Absolutely.
4      THE WITNESS:  Okay.
5      THE VIDEOGRAPHER:  All right.  Off the
6  record at 6:59 p.m.
7      (Whereupon, the deposition recessed at
8  6:59 p.m. EDT.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 401

1      C E R T I F I C A T E
2      I, Susan D. Wasilewski, Registered
3  Professional Reporter, Certified Realtime Reporter,
4  Certified Manager of Reporting Services, Certified
5  Realtime Captioner, and Florida Professional
6  Reporter, hereby certify that the witness named
7  herein appeared before me on Monday, June 13, 2022,
8  and was duly sworn.
9      I FURTHER CERTIFY that I was authorized to
10  and did stenographically report the examination of
11  the witness named herein; that a review of the
12  transcript was requested; and that the foregoing
13  transcript is a true record of my stenographic
14  notes.
15      I FURTHER CERTIFY that I am not related to
16  or an employee of any of the parties, nor am I
17  related to or an employee of any of the parties'
18  attorneys or counsel connected with this action, nor
19  am I financially interested in the outcome of this
20  action.
21      WITNESS my hand this 20th of June, 2022.
22
23      _____
24      Susan D. Wasilewski, RPR, CRR, CMRS, CRC, FPR
25

101  (Pages 398 to 401)

Andrew M. Schneider, M.D.

Page 402

1    INSTRUCTIONS TO WITNESS
2
3
4         Please read your deposition over carefully
5    and make any necessary corrections.  You should
6    state the reason in the appropriate space on the
7    errata sheet for any corrections that are made.
8
9         After doing so, please sign the errata sheet
10   and date it.  It will be attached to your
11   deposition.
12
13        It is imperative that you return the
14   original errata sheet to the deposing attorney
15   within thirty (30) days of receipt of the deposition
16   transcript by you.  If you fail to do so, the
17   deposition transcript may be deemed to be accurate
18   and may be used in court.
19
20
21
22
23
24
25

Page 404

1    ACKNOWLEDGMENT OF DEPONENT
2
3         I, _____, do hereby
4    acknowledge that I have read the foregoing pages, 1
5    through 403, and that the same is a correct
6    transcription of the answers given by me to the
7    questions therein propounded, except for the
8    corrections or changes in form or substance, if any,
9    noted in the attached Errata Sheet
10
11
12   _____   _____
13   ANDREW M  SCHNEIDER, M D              DATE
14
15
16
17
18   Subscribed and sworn to before me this
19   _____ day of _____, 20___
20   My Commission expires: _____
21
22   _____
     Notary Public
23
24
25

Page 403

1         ------
2         E R R A T A
3         ------
4    PAGE  LINE  CHANGE
5    ____  ____  _____
6       REASON: _____
7    ____  ____  _____
8       REASON: _____
9    ____  ____  _____
10      REASON: _____
11   ____  ____  _____
12      REASON: _____
13   ____  ____  _____
14      REASON: _____
15   ____  ____  _____
16      REASON: _____
17   ____  ____  _____
18      REASON: _____
19   ____  ____  _____
20      REASON: _____
21   ____  ____  _____
22      REASON: _____
23   ____  ____  _____
24      REASON: _____
25

102  (Pages 402 to 404)

**A**

**A.B**
138:5
**a.m**
1:17 6:7 39:23
**abbreviated**
331:7
**ability**
286:18,21
**able**
22:19 26:20 27:11
43:14 54:21
123:25 126:11
136:6 140:11
146:15 208:8
257:4 262:7 267:8
279:3 301:10
349:25
**abnormal**
79:3 187:24 190:19
191:5,15 193:4
236:9 238:11
240:18 241:24
**abnormalities**
100:14 101:11
104:8 181:10
182:1,4 217:2
**abnormality**
99:1,3,4,7,20
216:13
**abnormally**
106:1
**above-described**
328:6
**absent**
124:15
**absolute**
186:16 197:22
**absolutely**
12:22 60:16 62:16
220:4 329:15
347:25 360:22
400:3
**absorbed**
268:25 318:14
319:15,17 357:3

**abstract**
68:13
**access**
47:23
**accompanied**
306:15
**account**
235:7 236:18 242:3
**accounted**
362:12,14
**accounting**
362:22 363:3
**accumulate**
100:14,24 101:3
**accumulates**
100:10
**accurate**
9:14 14:1 72:17
193:8 207:13
328:21 402:17
**acid**
361:5
**acknowledge**
256:15 340:19
341:3 404:4
**acknowledging**
215:21
**ACKNOWLED...**
404:1
**act**
111:6
**action**
401:18,20
**activating**
302:13,24 303:10
303:12 304:6
**active**
208:8 279:3
**activities**
208:9 250:2
**activity**
251:5
**actual**
49:7 71:25 91:24
121:5 160:8
170:21 201:25
211:13 257:1

275:22 276:20
308:14 310:18
318:23 356:21
357:17
**acute**
276:8
**add**
40:19 46:24 340:23
375:22
**added**
109:2
**adding**
375:17
**addition**
76:20 123:9 193:11
199:13 212:22
279:16
**additional**
7:16 21:8,19 35:4,9
35:14 36:19 38:4
39:18 46:20
253:24 340:4
342:11 344:4
**address**
140:7 225:10
226:12
**addressed**
173:8 341:19
**adenocarcinoma**
112:25 149:19
**adenoma**
148:24 149:4,12,18
**adenomas**
58:1
**adequately**
166:25 167:3
**adjust**
156:19,20 329:7
349:17,22 364:18
**adjusted**
141:7 156:15
248:19 350:1
361:7 364:13
365:11 367:5,8,10
369:17,18,21
370:3,5,8,10,13
374:17,21 377:13

377:17 380:5
384:8,10
**Adjusting**
156:8
**administrative**
75:25
**admitting**
76:2
**adrenal**
234:13
**adrenocortical**
233:10
**adult**
76:21 305:10,19,21
306:22 307:18
**adults**
305:17
**advance**
39:17 92:19
**Advances**
106:21
**advantage**
102:16 386:24
**advertise**
29:12
**advertisements**
318:7
**aerosol**
259:15
**affiliated**
73:23
**affirm**
6:25
**age**
76:24 84:8 106:13
220:1,2,5,21
241:2 242:7,11,23
284:8 306:21
**age-adjusted**
117:9 118:21
**agency**
126:17
**agent**
126:7 127:25 128:1
128:2,3,4 130:3
164:23 167:1
168:9 236:17

250:7 257:5 270:3
**agents**
128:7 247:21
**aging**
111:21 112:12
222:4
**ago**
7:13 8:18 16:8
17:25 18:2 23:25
30:1,8 78:11
81:18 85:16 166:9
169:2 170:7
256:18 269:13
**agree**
48:24 102:10 107:4
108:14,22 122:15
129:2 135:9
147:13 153:13
156:2 157:1 160:4
160:24 162:22
172:6 174:2
180:16 196:11
203:14 208:18,23
219:23 231:14
257:2 279:6
306:16 310:19,23
342:3,7 345:1
364:18 381:12
391:6
**agreed**
19:10
**agreement**
399:21
**AGRICAN**
335:22 336:13
337:11 338:12
**AGRICOH**
5:16
**agricultural**
5:15 68:8,24 69:12
69:16,20 91:17
172:13 328:9
330:23 331:5
332:8 335:19
339:22
**ahead**
52:6 57:16 66:22

184:25 190:25
206:16 333:13
336:12 346:21
359:11 360:16
384:25 393:12
394:3,18
**AHS**
69:5,8 70:1,4,11
71:10 169:5 170:1
331:7,9,12,24
332:6 337:20,23
338:19,23 339:17
**air**
223:10
**AJCC**
114:16
**Akron**
15:8
**al**
1:5 3:12,14 4:21
5:5,8,17 6:14,14
**albino**
58:21,22 59:20
**all-or-none**
263:18
**allegation**
123:11 144:13
**alleging**
52:21
**allow**
166:25 240:14
**allowed**
341:10
**allowing**
212:15
**alphabetized**
53:4
**alternatives**
94:2,5,7,13
**Ambrose**
31:5,15
**amended**
3:14 8:17 46:21
**American**
5:20 62:24 358:17
358:22 359:17
360:9 361:13

**amount**
20:16,19 21:13
36:5 269:10
**analogous**
93:21
**analogy**
107:9
**analyses**
140:8,17 156:19
173:19 349:2,18
354:17 357:3
364:8,14,25
369:17 370:3,4
386:12,13 390:15
399:9,12
**analysis**
5:16 57:6 60:9
63:10 66:4 67:10
136:25 137:19
216:11,12 269:24
270:13 297:14
343:4 345:11
347:13 348:20
356:18 357:12
369:15 371:19
372:3,10,14,18,25
375:13,20 376:7
376:11,12 377:6,7
377:13,17 379:3,6
383:25 384:12,17
384:18 388:14
389:5 390:24
398:25
**analyze**
138:18 354:5 386:8
**analyzed**
369:13
**and/or**
24:24 25:3
**Andreotti**
65:5,10 67:17,20
67:21 68:2,4,8,18
70:10 170:2 332:5
339:21 340:2,8
**Andrew**
1:15 3:4,10,12,13
3:22 4:3 5:3 6:12

7:5 8:25 29:3
404:13
**anecdotes**
159:23
**anemia**
83:14
**animal**
56:16 57:6 142:5
160:20 161:1,20
162:4,10,14,18,22
**animals**
150:1 161:3,6
**annual**
13:24 85:2
**annually**
30:15
**answer**
9:10 10:6,22 15:4
15:10 22:24 24:6
24:7 28:6,6 33:12
39:11 44:4 54:21
59:10 62:8 70:8
71:24 101:18
110:9 113:3 121:4
121:5 127:12
131:17 133:8
134:4 135:4
136:13 137:22
138:2 142:19
147:25 152:9
153:19 157:9
158:23 162:8,19
165:3 169:7
171:11,14 175:17
175:23 189:9
196:4,18 197:25
201:2 211:24
231:17 237:21
240:9 267:8,9,12
267:13 286:21
287:7 288:23
289:9,13 293:14
295:10 297:7
304:12 307:6
313:11 316:12,19
318:24 323:25
325:5 329:16

340:17 341:5,10
342:9 385:23,25
388:15
**answered**
59:13 71:19 120:18
157:21 176:14
201:4,5,14 237:12
297:4 364:2,5,6
**answering**
175:21 296:22
**answers**
369:6 379:13 404:6
**anthropometric**
305:4
**anxiety**
222:16,19 279:18
279:20 281:1,10
281:15
**anybody**
44:3 261:7,24
269:13 318:1
**anymore**
74:10 232:5
**apart**
42:19 203:6 239:7
239:21
**Apartments**
317:18
**apnea**
223:1,5,11,17,21
223:23,25 224:6
224:13
**apologize**
57:25 333:11
**apoptosis**
101:14,19,22
**apparatus**
313:13
**appear**
276:12 325:12
**APPEARANCES**
2:1
**appeared**
401:7
**appears**
20:23
**applicability**

220:17
**applicable**
52:2 220:10,18
294:9
**applicators**
69:3 331:13
**applied**
265:13,24 266:6
315:20,23
**apply**
346:7 351:16 371:7
**applying**
315:18
**appreciate**
146:18 171:10
341:5
**approach**
387:1
**appropriate**
35:18 219:17 402:6
**appropriately**
341:11
**approved**
64:14
**approximately**
77:18 78:15 81:9
82:14 96:10 115:8
**April**
16:22,23,25 19:11
19:20 23:13 27:21
34:11 36:12,13,17
49:15 50:1 54:1
194:9,19 195:3
**architects**
250:2
**archive**
57:23
**area**
106:23 282:20
**areas**
273:23
**argue**
71:5 197:11 199:13
201:23 202:3
236:11,16 237:24
243:7
**argument**

196:10
**arm**
99:24
**arrhythmias**
224:15
**arrive**
216:16 218:21
273:7
**arriving**
352:10
**arthritis**
24:16 129:22 132:3
**article**
3:19,23 4:4,5,20
5:4,6,9,11,14,18
5:21 27:12 32:8,8
32:19 52:12 57:5
57:9,11,13,21,22
58:9 66:5,18,19
67:3,5,6,23 85:15
125:25 135:17
146:8 147:23
148:3 150:8
167:15 171:14,22
247:5,23 248:1
249:15 251:10
292:1,4,7 294:21
294:22 297:17
298:4,12 300:2,19
300:25 301:14,17
302:3,9 320:21
323:25 324:13,17
324:24 326:1
328:5 342:7,14,22
343:1 347:22,24
349:8 351:20
353:3,25 354:4,6
354:8,13 356:6
362:23 363:14,17
366:10 369:1,22
370:1 378:8 379:8
379:15 381:7,18
382:4 385:21
386:2 389:7,12,14
**articles**
26:16,22 27:4,8,10
43:2 50:8,13,16

51:16,20 52:4
54:11,12,14 56:2
56:5,7 59:7 60:12
62:8 70:24 85:12
87:12 124:25
127:8 134:6,12,14
140:10 142:20
143:16,18,21
147:21 155:17
298:8 301:5
313:22 319:21
323:23 324:4,22
325:1 326:17
342:18 351:19
363:7 385:22
**Asbestos**
174:23 175:1
**aside**
58:23 297:18
**asked**
13:5 14:13 22:2,6
22:13,17,20,21
24:7 25:7 47:11
53:21 59:5 92:14
99:11 122:5 142:9
144:24 145:15,19
147:15,19 152:1,8
153:5,20 176:24
180:7 192:5
201:14 241:18
254:4 262:6 269:2
269:12 279:8
287:6 288:24
318:16 324:11
328:25 338:19
350:4 364:6 371:5
**asking**
137:6 161:18,22,23
168:25 170:3
189:4 213:5
230:25 237:14,16
238:2,4 241:8
284:20 299:4,16
306:8 316:10
319:2 352:3 353:7
363:20 365:21
366:11,19 367:15

367:16 380:10
**assess**
160:3 166:25
**assessed**
122:11 168:18
259:1 328:10
**assessing**
137:17
**assessment**
62:6 63:11 122:9
125:14,22,22
126:3,3,16,21
147:1,13 162:18
166:2 168:23
169:17 208:18
214:21 219:17
300:18 328:9
**assessments**
281:13
**assignment**
22:1
**assistants**
17:5
**associated**
64:11 69:6,9 103:4
112:12 124:11
133:16,24 144:1
144:25 148:20
165:8 176:8,18
223:25 232:21
234:21 235:3
244:7,10 245:15
245:23 246:13,22
251:5,13 258:20
282:23 285:9,13
285:16 292:10
296:23 297:8
302:25 303:5
305:13,23 307:12
350:15 352:11
358:18,23 361:3
361:14,19,20
362:5,23 368:19
374:1,13 377:2
378:3
**association**
57:24 58:10 123:8

124:25 132:24
133:6 135:5,17,18
135:20 136:4,9,10
138:6,9,12,19
166:14 167:4
168:12 243:12
247:24 285:18,22
292:12 301:9
348:7 349:14
362:18 376:4
381:5
**associations**
5:18 135:9 293:20
293:23
**assume**
9:10 11:11 47:7
97:23 367:18
**assumed**
276:18,19
**assuming**
256:15
**attached**
3:9 4:2 5:2 402:10
404:9
**attacks**
222:23 281:1,10
**attempt**
51:24
**attention**
144:3 313:24
**attorney**
56:18,21 59:6
176:25 402:14
**attorneys**
34:6 401:18
**audio**
360:20 384:22
**August**
189:25 193:23
271:10 280:2,5,9
280:12 281:9
**author**
32:7 48:2 57:8,17
60:5 292:1,24
301:14
**authorized**
401:9

**authors**
60:3,19 156:17
169:12 261:23
347:14 349:12
365:4 369:13
370:18
**authors'**
60:21 349:22
**autoimmune**
5:6 128:6 131:24
132:2,5,8 282:9
282:11,23,25
283:2,3 291:12,15
292:9,13,15
293:21 298:9,12
298:18,22,23
300:8,9,13,20
302:13,24 303:10
303:13 304:6,11
**Autoimmunity**
5:4
**available**
63:17 65:13 94:3,8
94:13 159:3
205:17,25 221:19
240:15 296:15,17
**Avenue**
2:5
**average**
13:10,19,20,24
80:21 81:1,4,5,9
81:14 108:10,17
117:11 118:22
120:21
**aware**
49:3 55:10 102:23
107:21 108:25
113:5,8 119:5
122:13 124:8
131:20 138:9
141:6 153:21
173:8 188:2 189:5
199:5 202:13,15
220:8 224:7
228:15 247:24
248:3 259:16
283:6,21,22 284:1

285:18,21 287:16
292:6 332:1

**B**

**B**
3:8 4:1 5:1 215:24
  240:18 328:2
  365:13
**B-cell**
22:4,23 78:11 79:5
  79:16,18,23 80:13
  82:2,5 83:3,7,12
  104:20 183:14
  184:14,18 185:3
  186:21 187:15
  189:7 190:12
  193:5 196:2 197:3
  197:23 200:12,19
  204:5 205:19
  207:9 209:4,13
  218:10 236:8
  241:24 243:12
  287:15 288:4,5
  289:17 290:14
  291:21 294:13
  302:13,24 303:9
  303:12 304:5,19
  304:23 322:7
  325:22 326:11
  333:4 336:6 348:9
  352:22 363:2,9
  374:25 375:4
  376:4,24 377:3
  380:11 381:11
  393:21
**B-cells**
80:17 200:10
**B-i-e-r-m-a-n**
48:2
**back**
8:22 19:16 29:21
  48:12 49:12 58:11
  73:9 78:10 90:11
  92:20 135:1
  143:16 144:22
  154:16 155:1
  170:3 177:18,23

184:17 210:21
219:9 221:13
229:6 232:11
242:7 245:19
255:18 256:12
280:6 294:14
296:19 297:20
301:24 303:2
307:14 310:14
313:15 320:17
324:25 325:1
340:7 348:13
353:6,20 378:7
380:8 382:2
393:24 394:14,19
396:7 399:22
**background**
109:2 293:16
**backpack**
4:10 313:19,25
  314:6
**bad**
52:2 95:11 275:19
**balanced**
51:24
**base**
96:25 97:2 157:14
**based**
4:20 18:24,25 19:3
  26:22 59:11 60:22
  85:13 115:10
  122:8 133:17
  136:5 157:15
  160:15,19 161:19
  162:14 166:2
  168:6 205:17,25
  206:10,19 207:4
  233:6 238:25
  239:1 240:7,15
  243:3 253:3 272:6
  287:12 319:14
  327:23 328:5,23
  329:2 346:5
  356:19 357:3
  361:15 363:6
  367:17 375:21
  386:9 392:22

**baseline**
126:5
**bases**
9:18
**basic**
30:21 95:24,25
**Basically**
41:23 48:19
**basics**
180:16
**basis**
92:24 108:14,22
**battle**
240:2
**BAUM**
2:15
**Beach**
6:9
**bear**
256:3 310:7
**bearing**
229:18 233:23
  234:4 358:15
**becoming**
29:23
**beds**
317:6
**began**
118:12 189:22
  312:3,4
**beginning**
150:10 219:25
  220:21 314:23
**begins**
6:11 117:3 134:25
  232:10 327:22
  339:13 344:22
  345:16 353:19
**behalf**
6:20,22
**behave**
346:4
**belief**
63:21 240:14
  363:15
**believe**
53:21 54:10 84:17

84:18 102:17
104:19 105:16
106:15 123:10
132:15 148:22
172:4,4 193:6
196:16 197:17
203:8 207:12
213:7 244:12
246:10 270:1
275:19 276:22
279:19 286:2
288:8 289:15
333:5
**believed**
191:19 196:7
**bell**
10:12
**Benbrook**
31:3
**benefit**
212:25
**benign**
79:9,18 82:21
  210:19 215:9
  227:6,11,12
**benzene**
285:5,7,9,13
**best**
10:1,7 11:13 12:17
  12:24 13:3 14:13
  19:6,9 35:13
  38:21 39:5,7
  41:22 77:3,8 89:9
  101:21 130:9
  131:23 142:15
  145:25 159:2
  208:15 215:13
  240:7 256:14
  277:11 286:18,21
  296:16 306:11
  326:9 370:22
  383:12 386:9,25
**better**
10:6 54:22 77:12
  93:14,23 99:11
  106:1 122:3,23
  153:17 157:9

177:14 207:14
274:14 307:5
311:12,19 318:16
328:25 346:24
349:8 350:3 371:5
381:18
**beverages**
249:25 250:7
**beyond**
35:15 277:5
**bias**
165:24 166:3,6,14
  168:11 169:13,20
  169:24 170:6,8,10
  170:17,23 172:8
  172:15,18,21,25
**biased**
357:7
**biases**
168:15,20
**Bible**
48:23 49:2
**Bierman**
48:2
**big**
12:20 170:1 292:15
**bill**
35:4,7,8,11
**billed**
20:16 21:16,23
**billing**
35:24 38:19 39:13
**billion**
260:4
**billions**
96:25 97:21
**biological**
161:3 345:2 356:25
  357:23 378:1
**biopsied**
227:2
**biopsy**
207:4 273:13
**biostatistician**
307:5 376:16
  379:10
**biostatistics**

140:20
**BiPAP**
223:8,11
**birth**
181:5 271:10
**bit**
18:19 79:12 110:10
116:11 125:10,11
128:18,23 139:20
158:24 165:4
196:21 198:15
227:15 236:23
245:19 253:14
278:4 280:21,23
357:8 368:17
**black-and-white**
199:15
**blah**
175:23,23,23
**blame**
222:21 256:24
**blood**
80:19 83:9 97:8,13
181:10 182:1,5,15
183:24 184:2
186:8 192:23
193:1 206:19
207:4 213:16
214:11 221:25
222:3,6 236:10
238:11 239:19
267:6,18,25 268:7
317:25
**blood-forming**
233:1
**BMI**
280:12,16,16 305:7
305:10,21 306:5,7
307:11,18,20,22
308:3
**board**
132:13 348:22
**body**
96:18 97:5,8 98:15
100:4,7 101:10
133:8 142:22
259:14 266:17

268:3,12 269:6,11
269:19 306:22
311:7,12,19
317:25 318:11,21
319:1,18,24 320:3
**body's**
101:25
**Boffetta**
65:19,20,21 389:5
**bolster**
346:24
**bone**
97:11,16 98:9
205:24 206:8,14
206:18,20,25
207:2,4,7,15
229:21,23,25
273:13
**book**
29:9
**boots**
265:23 266:2,6
**borderline**
308:22 335:16
**borrow**
264:23
**bother**
203:12 262:2
**bottle**
265:14 266:15
**bottom**
115:21 194:13
266:14 307:1
327:21 354:13
**bound**
249:3 250:22
**box**
355:11,12 391:12
391:13 392:25,25
393:1,15 395:15
395:16
**boxes**
392:23,24
**Bradford**
136:16,21,24,25
137:2,7,10,15,16
137:18,19,24

138:3
**brain**
233:1
**Branch**
293:3
**BRCA**
231:19,20
**break**
10:21 42:15,16
48:10 54:13 72:4
79:12 90:3 110:10
116:10 123:18
133:21 139:19
155:21 158:24
165:4 169:8 177:8
177:12,15 203:5
217:7 229:4
231:25 232:1,3,14
253:13 255:11
257:22 258:5
276:1 278:2,3
284:22 320:12
326:10 335:8
354:3 357:8
368:17
**breakdowns**
333:2
**breaks**
263:1,2 379:25
**breast**
227:7 232:22
233:10 234:14,18
234:20,23
**breathe**
223:10
**BRENNAN**
2:15
**bring**
188:23
**broad**
116:7,13 292:18
**broken**
37:22
**brought**
43:11 234:12
**Broward**
74:18

**burden**
108:3
**Burt**
87:18 88:5
**business**
250:2

---

**C**

**C**
2:15 112:7,9,12,15
374:10 377:12,15
401:1,1
**calculate**
261:16 262:3 263:7
307:20,21 308:5,9
**calculated**
328:19
**calculation**
269:9,19 320:3
**calculator**
184:23
**call**
10:16 29:10 187:22
191:21 203:16
204:22 206:5
**called**
7:5 15:8 57:5 74:14
79:16 81:24 96:7
96:12,21 101:14
166:6 191:3,21
193:12 202:4
204:13 212:14
**calling**
188:21 204:21
205:12
**calls**
187:19,21
**Canada**
343:8
**Canadian**
5:22 343:23
**cancer**
4:4 15:9 17:16,17
24:25 25:10 49:13
52:19,25 55:19
72:22,24 73:2,16
73:17 75:13 76:15

76:23 84:19 85:18
86:4 87:8,25 89:6
89:11,15,21,24
90:21 93:1,9,13
95:24 98:3 102:2
102:14 105:15,23
106:22 107:2,5,7
107:25 109:6,9,13
109:19,23 110:1,2
110:13,16,16
112:25 113:2,23
114:5,16,23 115:6
115:22 116:24,25
118:17 122:18,20
122:21 123:1
126:23 128:13,21
128:25 130:17,19
130:20,23,24
131:3,5,14 145:14
161:14,25 162:5
162:11 166:11
172:3 174:3,7,9
174:13,14,20
175:2,5,7 176:3,5
176:8,10,22 177:4
195:7 206:1,8
219:5,14,25 220:2
220:5,21 222:20
222:24 224:18,22
225:1,16,18,22,24
226:6,13,16,19
227:6 229:24
230:2,4,23 231:6
231:10,11,16,18
231:18,19 232:19
232:22 233:10,10
233:12 234:8,10
234:13,14,17,18
234:20,24 235:6,7
236:16 237:11
238:17 239:10
241:14 242:7,11
242:14,21,23,25
257:3 258:11
272:22 273:8,16
273:23 275:1,5
278:20 279:16

284:19,25 285:3
286:6,8,9,13,17
287:5,23 288:19
289:12 293:3,6,10
293:11 326:4,5
332:3 340:2
**cancers**
111:17 113:20
114:10,20,21
115:24 130:25
174:18,24 219:25
220:21 228:15
229:21 230:10
232:21,23,25
233:1,9 234:20
235:3,8 344:23
345:2 346:11
**capacity**
44:9
**Cape**
29:24 30:3
**Captioner**
1:21 401:5
**captured**
344:5
**carcinogen**
122:12,16
**carcinogenic**
121:24 125:16
127:1 147:3
148:15 151:12
162:15
**carcinogenicity**
4:5 57:6,8 60:14
146:9
**carcinoma**
85:19 148:24 149:4
149:12,17,18
150:21 233:10
**care**
75:2 98:2 99:22
221:22 256:17
280:2
**career**
85:12
**careers**
91:14

**careful**
316:24
**carefully**
402:4
**Carolina**
338:24 339:8,19
**carpenters**
247:17
**carries**
191:6 256:18
**carry**
208:8 279:3
**case**
1:7 4:20 8:14 9:2
10:4,15 11:3,25
15:9,10 16:3,6,20
16:25 17:14,16,19
17:23 18:16,23
19:2 22:1,7 23:6
23:21 24:13,21
25:9 27:9 28:18
30:25 31:7,19
32:18 33:1 36:9
42:1,10 47:15
49:23 52:21 57:14
61:15,19,24 68:5
69:13 93:16
121:14 122:7
123:5 127:21
137:1,20 139:11
140:2 143:4
144:14 145:23
155:23 158:8
159:20 178:18
179:13 180:3
186:18 189:5
202:6 204:12
205:13 210:2
218:4 233:17,22
241:16 243:2
245:20 269:20
290:22 308:6
371:7 383:12
387:2,10
**case-control**
5:13 62:24 159:9
159:12,16 172:7

172:24 249:19
321:8 343:7
**cases**
10:8,14,24 11:5,9
11:14,22,24 12:9
12:14 15:17,19,21
19:12 37:6,7
103:15,20,23
117:10,18,22
118:9,12 121:9
129:2 180:14
249:15,18,18
301:2 304:1,15,16
343:24 344:2
347:11 365:9
371:18 372:2,10
373:12,15,19
**catch**
351:1
**categories**
244:16,23 258:8
316:18 371:6
395:7 397:3
**category**
7:17 116:7,13
130:6 160:2,11
204:7 292:18
295:7 303:12
306:19,20 333:21
334:24 347:13
368:11
**caught**
273:25 274:3
**causal**
134:13 135:5,10
138:20
**causation**
23:22,24 43:23
64:15 71:3 94:6
138:6 229:18
316:17
**cause**
3:20 16:4 23:25
24:1,15,16,25
25:4,24 52:15,18
53:22 55:11 93:8
94:17 102:11,14

126:23 127:24
128:4,9,13,14,23
128:24 129:3,8,11
129:17 130:7
131:3 132:11,18
138:16 142:12,16
142:24 143:2,11
145:12,14 151:24
153:25,25 161:14
162:5 164:24
166:16 167:2
174:7,20,23 175:1
222:6,13 240:3
245:25 252:24
253:6 254:1,6
257:2,8,12,25
282:17,25 283:3
286:8,9 310:20,25
316:19 320:8
349:9
**caused**
17:16 22:23 50:2
89:6,10,14,20
92:25 111:5
122:19 123:2
168:9 216:17
218:22 225:15,21
226:24 234:10
236:7,20 237:11
238:17 239:15,19
239:24 240:12
252:8 263:10,14
267:15,21 270:16
270:24 273:8
282:13 286:16
287:4,23 288:19
289:7,11,17 309:7
326:4 346:10
363:14
**causes**
24:10,12,19 25:10
63:21 89:24 95:17
112:7 127:22
133:10 144:6
145:10 151:7
152:2,13,24 154:7
154:10,11,14,21

161:25 162:11
172:2 174:4,8,12
174:13,18 175:5,6
176:3,4,10 177:3
177:4 234:5
236:15 239:13
247:23 268:14
286:6 295:25
296:6,7,10,12
326:3 381:11
**causing**
22:4 26:1 131:5,14
153:14 256:25
261:12
**CBC**
186:4,23 187:7,10
187:23 188:23
191:14 192:22
193:12 198:4,10
198:11
**CBCs**
185:21 188:22
197:6 198:20
199:2
**CD**
112:8
**CD1**
58:4,6 59:15
**CD23**
200:11
**CD5**
200:11 205:11
**cell**
54:17,20 96:21
97:13,19,21 98:22
100:3,10,15,18,22
101:13,18 102:11
102:18 104:4,25
107:21 142:5
182:15 184:2
186:8 190:1
192:23 193:4
200:15 213:16
214:11 238:12
287:10 289:2
292:19 294:16,19
381:6 386:23

cells
79:22 96:2,18,24
97:6,8,9,11,15,24
98:5,8,13 100:7
100:17,24 101:3
102:16 105:23
106:1 151:1
183:15,20,23,23
183:24 184:19
193:1 243:8
cellular
25:17,21 27:23
center
74:16,17 271:22,24
272:8
certain
24:16 43:6 74:2
102:10 128:6
144:12 158:17
certainly
104:25 133:11
201:24
certainty
203:9 236:14,20
287:12 288:11
289:16 376:21
certified
1:20,20,21 132:13
348:22 401:3,4,4
certify
401:6,9,15
chance
106:2 137:25
163:14 164:10,12
164:15 329:13,19
340:12 342:3
393:8 394:17
change
35:1 134:19 198:11
212:24 234:9
241:21 256:22
263:9,13 353:12
358:8 393:4,6,25
394:2 403:4
changes
25:17,21,24,25
27:23 55:11,11

103:3 104:6
109:10,20 113:1
117:3 210:18
215:8 404:8
changing
312:11 392:24
394:4
chapter
47:18,21,24 48:1
80:4 83:2 200:2
characteristic
80:18 200:13
charge
33:17,20,23 34:2,3
34:5 39:21 40:1
40:11,13,13,15
Charles
31:5,15,18
chart
390:16
charts
278:10
chase
228:10
check
210:3 390:22
checked
191:22 217:10,13
checking
283:20
chemical
92:1,7,25 93:4,18
93:19 143:11,24
144:6,12 154:11
332:16
chemicals
143:2 144:10,17
153:23 245:17
250:1
chemistry
91:4
chemotherapy
75:1,6 208:25
275:11
cherry-pick
385:6
Chicago

2:17
chills
83:13 182:8
choice
349:22
cholesterol
222:9,13
choose
29:10 204:9 386:11
386:16
chose
349:17 382:22
chromatin
55:11
chromosomal
25:25 55:11 103:3
104:6,8,15 149:25
150:25 210:18
215:8,12
chromosomally
105:1,3
chromosome
99:25 104:7,8
215:17
chromosomes
216:13
chronic
3:23 57:7 78:7
130:1 187:20
213:6 291:9
chronically
106:11
cigarette
93:20 174:12
231:10 285:5,19
cigarettes
294:15,15
circle
184:8
CIRCUIT
1:1
circulating
79:2 190:18 236:9
cite
202:25 292:4
cited
54:1 351:19

claimed
255:9,23 317:13,17
317:21
claiming
172:2 252:8 309:7
clarification
25:2 70:22 174:16
clarify
126:11 230:13
261:9 283:24
clarity
250:12
classification
48:15,24 80:7
206:19 345:8,17
classified
147:2 345:9
classifies
48:20
classify
151:11 168:8
265:10
classifying
200:2
clean
66:13
clear
10:3 12:23 43:19
59:14 124:20
128:16 135:6
171:14 176:15
192:21 211:1
239:5 246:15
259:7 264:5 276:2
290:4 295:17
299:1,6 303:3
325:9 345:21
348:18 356:20
357:16 378:13
clearer
32:21 174:16
clearly
162:12 170:5 256:5
261:22 381:3,9
client
18:8
clinic

74:22 75:2
clinical
89:5 90:15 93:5
99:12,19 105:15
112:3 113:3
114:14 121:20
122:25 129:6,11
129:18 136:23
151:19 157:14
162:6,21 168:2
190:16 191:1
204:11 214:15,25
231:4 240:7,15
241:9,10 267:11
289:3 290:8
311:13 319:3
378:12 381:20
386:9,9
clinically
205:22
clinician
122:1 204:24
CLL
4:9 22:5,23 78:8,14
78:19,21,25 79:1
79:7,10,16,20,21
79:24 80:5,11,13
80:18,21 81:3,9
81:24 82:9,12,18
82:21 83:2 84:22
90:14,17 104:5,9
104:18,19,22
105:11 108:17
111:20 116:8,9,16
178:15,19 185:13
187:19,21,22
188:19,21 190:22
191:3,6,9,19,21
196:7,12,16,24
198:7,13 199:10
199:16 200:3,23
200:25 201:5,11
201:16,20 202:4
202:10 203:15,25
204:2,4,11,14,21
204:22 205:1,6,12
205:18 206:5,17

206:19,23,24
207:1,3,11 208:5
209:4,10,19
210:19 212:10,11
212:20 213:2
214:17,22 215:6,9
215:12,20,21
216:14,24 218:8
218:13 220:11
236:11,19,20
237:23 238:2,3,6
238:18,24 239:3
239:13,15,19
240:12,23 241:1,5
241:8,11 242:4,6
242:13,20,24,25
243:1,5 245:4,9
256:25 296:6
307:14 308:1
322:5,9,13 325:16
326:12 327:17
333:7,20,22 334:1
334:5 344:17
345:9,24 346:3,6
346:17,23,25
347:8,16,16,17,19
348:12,19 349:1,5
349:6 352:21
363:8 381:11
389:25 398:20
**CLL-like**
104:10 200:15
215:24
**CLL-type**
83:20 215:11
**CLL/MBL**
235:22
**CLL/SLL**
235:2,20 348:7
349:10 362:23
386:23
**CLL/small**
200:9
**clonal**
200:15
**close**
5:6 13:2 118:25

186:15 205:16
298:13 316:25
**cloud**
140:3 364:12
**clouds**
166:22
**CMRS**
401:24
**CNAP**
336:19 337:15
338:16
**CNS**
233:10 276:5
**coauthors**
349:17
**Cod**
29:24 30:3
**coefficients**
360:1,4,25
**cofounders**
361:4
**cofounding**
357:6
**cognition**
224:3,15
**Cohen's**
360:2,5,25
**cohort**
62:14 67:10 69:2
159:12,13,15,18
330:23 331:15
332:2 337:5,11
**cohorts**
5:15 331:1,4
335:19 338:8,8
**colectomy**
225:10
**Coleman**
312:6,21,25
**Coleman's**
317:13
**colleague**
89:23
**colleagues**
33:15 62:2,14,17
65:5,19,24 67:11
247:6 298:17

302:3 330:10
342:23 343:15
**collected**
183:11
**collects**
114:10,19
**colon**
86:4 88:3 98:3,5
109:18,23,25
110:1,15 220:2,5
220:21 224:22
225:1,4,16 231:18
233:12 242:11,23
**colorectal**
85:18 87:25 109:13
112:25
**column**
147:7,9 149:8
150:9 327:22,25
328:1 339:2
344:24 359:10
**combinations**
355:2 356:20,22
357:18
**combine**
64:8
**combined**
149:5,12,18 150:22
**combines**
63:22
**come**
24:22 25:14 48:12
63:19 64:18 65:16
73:22 92:20 97:9
122:20 123:1
139:12 144:22
190:14 210:21
229:4 241:20
256:10 297:20
300:19 301:1
310:12 324:25
325:1 340:7
393:24 396:7
399:22
**comes**
13:21 113:13
132:19 157:2

207:19 293:11
354:22 395:21
**coming**
27:16 134:17
191:13 382:2
**commencing**
1:16
**comment**
22:17,19,20 49:1
125:6 127:19
210:15,17 245:13
280:25 290:7
301:1 306:15
329:18
**comment/concerns**
281:1
**commented**
60:12,19
**commenting**
145:16
**comments**
169:11
**commercial**
331:12
**Commission**
404:20
**committed**
82:16
**common**
78:17,21 82:18
115:21,25 116:9
116:21 132:11
222:3,10 223:17
233:8 242:20,22
282:17
**commonly**
81:3 232:25 282:13
355:1
**communicated**
31:2,6,22
**communications**
32:24
**community**
162:6
**Company**
1:8 3:12,14 6:14
**compared**

93:17 115:24
383:15
**compares**
94:13
**Comparing**
93:3
**compendia**
212:18,18
**complete**
9:13 256:15
**completed**
252:15 274:19,22
275:1
**completing**
277:18,24
**complicated**
226:5
**complications**
225:10
**composed**
200:10
**compound**
126:25 266:4 326:8
**comprehension**
365:23
**comprehensive**
57:6
**computer**
42:12
**concentrate**
312:25 313:3,6,10
314:8
**concentrations**
319:15,17
**concept**
163:5
**concepts**
95:25
**conclude**
160:14,18 161:13
161:24 162:3
174:8 175:5 176:3
320:7
**concluded**
89:5 290:23
**concluding**
176:10

Andrew M. Schneider, M.D.

Page 413

conclusion
123:1 341:14
conclusions
249:20
concomitant
120:7
condition
24:1 52:16 79:15
79:19 203:21
209:1,7 216:17
218:22 239:24
257:13 261:12
282:10 300:10,13
conditions
283:13 284:1
291:12 298:23
conduct
50:20 51:8,12
60:13 61:15
conducted
63:14 126:16
321:12
conducting
140:16
confer
102:15
confidence
163:20,23 164:1,3
164:4,13,25 165:7
165:12 170:16
248:10,20,24
249:2 250:16,22
251:1 303:19
322:21 323:11,15
325:11 332:21
333:22 334:7
335:5,7,10,13
336:2,16,20
337:13,18,21
355:23 356:15
362:20 363:5
366:13 367:6,13
367:18 375:15
378:19,22 380:12
380:19 382:16,20
384:1,14 388:20
Confidential-Fer...

4:23
Confidential-Fer...
4:12,14,16,18
confirm
8:15 32:14 57:13
57:15 62:13 66:9
66:23 189:25
268:11 318:10
350:13 399:8
confound
139:2 377:25
confounded
138:12,19 349:14
confounder
138:15 139:22
362:9 364:7
confounding
139:7 140:8 166:18
166:21 167:4
169:14 173:4,9
362:17,22 375:6
connected
401:18
connection
289:1
consider
69:12,16 77:22
78:18 82:1 132:17
138:18 142:12
153:24 173:4
204:10 243:19,23
243:25 244:1
249:3 284:14
290:11,25 291:3
343:2 352:10
considered
44:14 70:4 158:3
159:2 169:19
200:18 244:3,13
244:15 269:24
270:12 316:13
considering
138:20
consistent
13:7 189:18 209:9
209:12 215:6
276:15

consistently
205:16
consortium
5:16 330:22
constellation
344:23 345:1
constitutes
257:15
construction
250:3
Consultants
72:20
consulting
41:2,6
consumption
138:24
Contact
3:18
contacted
16:23,24 17:3,7
19:11
contain
96:2
contained
63:5
contains
96:4 179:4 285:5
contemporaneous
255:8,22
context
88:14,22,25 89:3
continually
34:25
continue
7:19 221:16
continued
119:14,20 318:6
contrary
216:4
contribute
52:15,18 63:20
285:25
contributed
123:5 239:10
270:17,24
contributing
246:8 290:24 291:5

control
4:21 140:7 256:11
310:14
controlled
140:17,25 159:1,20
167:3 173:12,16
173:19,24 364:8
controlling
91:17 173:9
controls
164:20
conversation
38:21
conversations
34:7,8,9 39:1,6
copied
98:18,21
copious
35:19
copy
37:10 40:21 42:25
43:9 96:24,24
180:18,19 321:7
copying
98:16 391:2
Coral
74:17
corner
114:3
correct
8:15 9:21,22 10:19
14:10,21 15:19
16:21 17:1,2,7
19:11,23,24 20:10
20:11,20,21,25
21:8,17,18,24,25
22:8,9,12 23:25
25:1,6,11,13,15
25:16,19 26:9
27:20 30:13,22,23
31:16,17 32:1
33:2,3,8,16,21
34:6,13,19 35:12
36:18,20 37:16,18
37:19,22 39:9,15
39:23 40:4,9,10
40:15 41:6 42:7

43:25 44:5,6,9,10
44:13 45:17,20,22
45:23 46:6,7,12
46:22 47:4,19
48:5,6 49:9,10,11
50:4 51:1,22,23
53:13 55:5 59:4
60:7 61:1,4 62:2
62:18,19,21,22
63:2,3,6 64:2,18
64:19,22 65:2,10
65:11,24,25 66:25
67:12,13,16,18,25
69:3,6,7,18 72:9
72:20,21 73:4,20
75:11,17,18 76:4
76:5,9 77:1 78:12
78:13 79:7,11,16
79:19,21,24,25
80:15,19,20 81:16
81:17 82:18 83:9
83:15,24,25 84:4
84:7,16,20 85:7,8
85:11 86:21,23
87:1 88:1,7,11
89:12 90:15,16
91:21,22 94:8,11
94:15 96:5,17,25
97:9,16,19,25
98:13,16,22 99:8
100:5,11,16 101:7
101:8,14 102:19
103:2,7,10,16,18
103:21 104:18
105:9,10,12,23
106:6,14,24,25
108:3,16,20,21
110:13,16,17
111:15 112:14
113:24 114:11,22
114:24 115:25
116:14,18 117:12
117:23 118:10
119:15 120:8,11
120:13 125:16
126:19,23 127:2
127:18 128:7,8,21

129:9 130:17
131:14,25 132:12
133:7,14,19 134:3
136:6,22 137:9,13
137:21 138:14
140:17 141:2,4
143:10 145:8,11
145:22 148:6,9,11
148:21,24 149:5
149:22 150:6,14
151:4,5,8 152:5,8
152:14,24,25
153:11 154:3
156:6,19 157:25
159:3,7,10,17,24
159:25 160:3
161:4 162:9,11
163:14,18 164:5,6
165:24 166:6,9,19
167:5 168:7,12,16
168:17 169:14
171:24 172:23
173:2,6,7,11,20
174:1,18,21,22,24
175:3,7 176:5,6
176:23 177:4,5
178:12,19,23,23
179:5,8,10,11
180:3,4,13,25
181:1,3,22 182:9
182:10,16,17,19
183:15,16 184:3
184:14,15,20,21
185:5,6,7,8 186:5
186:10,11,14
189:24 190:15
192:7,17,23 193:5
193:15,16,18
194:1 195:7,20
196:24,25 197:10
198:18,21,22,25
199:2,3,6,7,13
202:8,9,12,18,19
203:1,16 208:5,6
208:9,16 209:1,2
209:4,5,8,11,14
209:16 211:9,12

212:4 213:13,17
213:18 214:12,13
215:2,25 216:7
217:15 218:1,4,7
218:8,23 219:14
221:4 222:7,8,15
222:20 223:2
224:23 226:19,22
226:23 227:10,20
229:15,16 230:19
230:20 232:19,23
233:3,22,23 234:7
234:18,23 235:1,2
237:8,9 239:24
240:24 241:20
243:17 244:14,25
246:5 248:24
249:20 250:19
251:5,13,21 252:1
252:2,6,19 253:17
253:18,22,23
254:7,8 256:8,12
256:13 257:13
258:3,23 260:1,21
260:25 262:3,10
264:22 265:3,4,8
265:15 266:9,11
266:12,18,24
267:3,4 269:7,11
269:21 272:16,18
272:19,20 273:9
273:17,18,23,24
274:8,9,10 275:3
275:11 276:24
277:19 279:4,5
281:11,19,24
282:4,7,8,19
283:14 284:1,2,10
284:11 285:3,4,7
285:23,24 286:6
286:11 291:14
294:3,5 296:7,16
299:4 300:16,23
302:10 303:21
306:2,3 307:13,19
307:24 308:1,23
309:15 310:5,17

311:1,14 312:19
313:1 314:4,15
315:4,5,15,16,19
315:21 316:3
319:19 320:24
321:12 322:1
323:14 325:14,17
325:23 326:24,25
327:10,15,19
329:9 330:23,24
331:6,8,10,11,19
331:22,24 332:10
332:11 333:1,18
333:19,19,23,24
334:9,9,11 335:2
335:5,6,11,12,15
335:17,21 336:3
336:17,18,21,22
337:16,18,21,22
338:14,20,21
339:19 340:16
342:25 343:8,19
343:20 344:2,12
345:10,12,25
346:2 347:8,14
348:9,10 349:15
349:16,23 350:7
350:12,17 353:7
354:4,12,22 355:6
355:25 356:7,11
357:14,15,20
358:6,7,8,11,12
358:14,15 359:14
359:18 361:16,22
362:2,6 364:9,10
364:16 365:2,3,9
365:18 366:9
367:6,11,14,20,22
368:21 369:3,4,13
369:14,21 370:11
370:12,16,17
371:9,10,15,16,19
371:20 372:3,16
372:19,20 373:4,7
373:10,13,19
375:11,12,15
377:14,19 378:15

378:16,19 379:6
379:20,23,24
380:9,19,20,24
381:15 382:17,18
382:25 383:9,10
384:2,3,9,10
385:8 386:6,18
387:8 388:7,21,22
389:7 390:1,2,4,9
391:10,11,12,13
393:22 396:4
397:4,9 398:22
399:10,17,18,23
404:5
**corrections**
402:5,7 404:8
**correctly**
98:18,21 174:12
175:17,22 198:9
214:23 272:13
306:23 367:7
**correlated**
138:24 359:6,13,16
359:25 360:9,24
361:24
**correlation**
304:3
**correspondence**
293:2
**corresponding**
292:24
**corroborated**
150:1
**corroborating**
176:9
**counsel**
2:3,14 6:15 33:5
42:21 50:11,14
61:7,11,13 143:18
143:22 155:2,6
329:14,22 340:16
341:21 354:9
399:21 401:18
**counseling**
219:23 220:22
221:1
**counselor**

219:4,13
**count**
79:5,23 80:14 83:8
83:12 85:1 92:12
92:14,15 182:18
183:17 184:2,11
184:13 186:8,10
186:13,16,20
187:24 190:1,11
192:23 193:4,8,14
193:18,20,23,25
194:6,10,17,20,23
195:4,10,13,16,23
197:9,14,22 198:1
199:4,9,18 200:12
200:16 204:15
213:16,20 214:11
238:12 243:6
**counted**
27:5
**counter**
342:2
**counting**
40:19
**counts**
185:11,16 199:2
205:16
**County**
1:1 74:18
**couple**
261:6 262:11
**course**
82:17 85:24 87:6
99:23 101:4 114:9
166:5 175:8 219:5
219:14 221:17
226:5 235:11
239:9 242:15
287:1 360:6,7
387:3
**court**
1:1 6:4,16,23 7:4
12:25 17:11
235:23 330:2
402:18
**covered**
317:4 334:6

COVID
74:10
CPAP
223:7
CRC
401:24
cream
138:23 139:3,6
create
68:1 167:4 168:11
creating
166:14
credentials
202:21
cries
242:12
Cristian
88:8,10
criteria
48:14 82:11 85:1
90:18 136:17,21
136:24 137:8,10
137:15,17,18,20
137:24 138:3
186:25 190:22
199:10 202:13,16
202:25 203:6
208:11 209:24
263:23 346:6
361:6
criticism
65:12 219:16
296:20 297:6,10
349:21
criticize
296:19 329:12
342:8 385:11,18
386:4
criticized
70:2
critique
136:15 340:25
critiquing
142:21
crop
328:7,14
crop-exposure

338:12,16
crops
328:23
cross
392:2,6,11
Cross-Canada
354:17 356:13
357:11,16
crossing
392:8 394:5,8,9,12
CRR
401:24
Crrect
266:8
CT
273:22
cumulative
390:19
cure
290:20
current
72:17 87:11
currently
74:20
Curriculum
3:22
cursory
37:5
curve
35:22
curves
120:9
cut
31:13 108:6 228:10
268:19 319:5
cutting
87:7
CV
72:14,17 85:13
86:10
cytometry
79:2 182:21,23
183:10,13,21
184:18 188:2,4,10
190:14 192:5,9,15
193:3,7,12 198:24
201:22 204:4

D

D
1:18 3:2 401:2,24
damage
26:1 149:25 150:25
153:25,25
data
57:7 63:4,22 64:8
64:17 109:10
110:25 114:15,17
114:18 115:11
116:24 117:21
120:10,12,13,17
128:3 133:12,17
133:18 134:2
135:18,24,25
140:23 142:15
153:9,10 154:9,13
161:19,21 162:14
162:20 176:7,9
187:13 196:1
197:2 243:10
246:18,19 257:17
262:24,24 264:8,9
264:25 270:3,4
278:6 286:12,15
289:3 291:19
296:14,15,17,18
296:18,20,21
297:3 299:3,5,19
301:3,6 304:3,5
304:11,20 318:24
325:21,24 326:5,6
326:10,11,12,22
327:1,2,5 332:8
332:15 337:24
338:8,23 339:17
339:22 340:3,3
343:6 344:4 346:2
346:7,11,15,16,17
346:22 348:1,2,4
348:5,5,8,23,23
348:24 350:21
351:4,9,16,18
354:14,16 368:18
369:6,12,13 376:1

377:1 380:22,23
381:13,14 382:11
382:15,19 383:21
384:20 385:1,8,11
385:11,12,13,15
385:15,16,18,18
386:4,4,5,8,10,20
386:21,22
database
120:15
date
1:17 6:6 7:21 19:19
21:4 23:12 34:15
34:17,18 35:1
36:11 37:2 38:16
67:6 68:22 70:14
120:6 153:11
181:5 182:22
194:13 213:23
223:6 271:10
275:8 402:10
404:13
dates
213:10
Dave
86:2
day
21:22,23 34:25
39:20 40:4,9,9
72:22 99:18 100:7
100:7 182:17
185:8 201:25
267:2 284:3,6
312:25 314:7
316:2 329:3
396:24 399:20,23
404:19
days
92:6,9,12,25 93:3
93:17 99:16
170:11,15 259:24
259:24 261:1,16
261:25,25 262:1,4
262:18,22 263:1,4
263:20,21 264:14
264:19,22 318:1
362:19 363:3

368:23 369:2,7,16
370:20,24 371:1
371:14,15,24
373:9,15,18 375:2
375:5,10,13,21
376:2,7,11,12,22
377:4,6,7,21
378:2,4,5,13,18
379:19 380:21
381:5 382:24
383:2,9,14,15,18
383:21 388:1,6,19
388:23 392:12,17
392:21,22 394:8
394:13,15,16,19
394:25,25 395:3
395:12 397:14,17
397:20,23 398:7
398:10,13 399:2,2
399:5,5 402:15
daytime
223:17,20
De
62:21 63:4 343:21
344:2,7,10
deal
155:13
deaths
117:18
decades
310:15
December
181:5 261:6 338:23
338:24 339:7,8,18
339:18
decide
135:15,18 136:8
156:18 188:18
190:21 240:5
385:5,15 386:9
decided
124:18
decipher
381:21
decisions
157:15
decline

118:12 119:2
**decrease**
172:20 334:1
**decreased**
322:25 323:4
**deemed**
402:17
**defect**
228:13 231:15
**defects**
228:21
**defendant**
1:9 2:14 6:18 7:6
**defendants**
12:15
**defense**
15:8,13,14
**defer**
91:23 105:7 158:10
   162:2 196:15
   203:19 329:4
   376:16 379:10
**deficiency**
106:6
**deficient**
110:6
**define**
10:5 11:1 14:12
   54:20 127:24
   141:23 157:8
   163:8,12 200:25
   230:24 257:14
**defined**
83:7 167:9 359:25
   360:24
**defining**
305:18
**definition**
80:11 157:10 167:7
   167:24 200:8
   207:1 218:14
   257:18
**definitions**
261:22,24
**degree**
148:11 203:9
   236:13,20 287:11

288:10 289:16
   363:7 376:21
**delay**
15:25
**delays**
35:20
**deletion**
215:16,23 216:6,23
**deletions**
216:9
**demonstrated**
199:17
**demonstrating**
199:10 200:22
   201:11
**Dennis**
171:23
**depending**
97:19,24 105:21
   263:22
**depends**
83:21 116:6 129:20
   130:18 161:18,22
   231:18 259:21,22
   308:4
**depiction**
157:4
**depo**
312:11
**DEPONENT**
404:1
**deposed**
13:13 252:7 309:6
**deposing**
402:14
**deposition**
1:15 3:10 4:3 5:3
   6:8,12 7:13,19 8:1
   8:9 12:18 13:4
   14:15,20 15:13
   17:13 18:9 20:1,7
   20:10,15 21:22,23
   23:4 26:2,8,17
   27:16 29:2 35:1
   35:21 37:8 39:16
   39:22 40:20 42:11
   45:18 46:5 72:14

80:4 88:17 92:20
   113:13 143:8
   146:8 155:9 178:8
   181:17 185:25
   189:2 199:22
   210:10 225:7
   237:15 246:4
   247:5 251:18,21
   252:4 253:21
   254:10 256:5,7
   260:13 261:12,15
   265:3 276:24
   277:1,4 280:1
   287:4 298:4 302:2
   309:3,14,18 312:2
   312:21 313:16
   314:17,21 316:14
   316:21 317:15,19
   317:22 319:14
   321:5 330:3
   331:22 342:21
   353:23 358:1
   383:11 389:23
   395:25 399:23,25
   400:7 402:4,11,15
   402:17
**depositions**
18:3 19:22 32:25
   38:7 41:24 42:1
**depression**
222:23
**deps@golkow.com**
1:25
**described**
23:17 278:23
   307:23 308:1
   327:23
**description**
212:2
**Designation**
3:15
**despite**
348:25
**destroyed**
105:14
**detail**
32:14 62:10 270:7

294:17
**detailed**
242:2
**details**
311:11,18 347:21
   379:5
**detection**
83:22
**determinant**
212:15
**determine**
89:14,20 93:8
   109:1 134:13
   135:4 157:19
   173:16,23 253:6
   254:12 270:6
   288:2 292:9,15
   299:6 309:20
   328:15 338:13,17
   350:9
**determined**
92:24
**determining**
291:4
**develop**
104:13,17,19,22,25
   119:22 154:7
   326:5
**developed**
239:3 276:8 287:10
   287:14 288:9
**developing**
115:5 232:18
   300:15
**development**
25:18,25 58:5
   59:24 60:1 107:16
   125:1 300:9
**devices**
223:9
**diagnose**
78:24 79:1,6,24
   122:20 204:2
   205:18,19
**diagnosed**
73:22 115:2,9,17
   122:18 195:6

207:3 223:4
   224:22,25 225:24
   229:20 230:9,22
   236:1 242:14
   245:4,9 271:4
   280:10 281:15
   282:1 285:2
**diagnoses**
224:18 340:1
**diagnosing**
206:17 347:5
**diagnosis**
15:25 48:23 49:1,8
   72:25 73:3,14
   79:4 81:23 185:4
   186:13 188:12
   191:6 208:4
   210:16 213:2,8
   222:20 238:24
   243:3,17 271:8
   281:18 300:10
**Diagnosis/Proble...**
211:3
**diagnostic**
90:17 202:13,16,25
   203:6 208:11
   237:6
**diazinon**
4:6 146:10 147:2
   150:9,11,20,24
   151:3,7,11
**dicamba**
152:9,13,16 349:18
   349:22 350:6,9,14
   359:14 360:11
   361:5,18
**die**
101:14,19 102:12
**difference**
12:20 90:17 95:2
   126:2,9 163:1
   164:18 196:10
   204:24 205:22
   287:16 323:12
   356:25 377:5
   388:13
**differences**

163:13 165:22
**different**
39:6 48:20,21 49:4
64:1,9 67:3,5
79:15 93:11,15
97:5,6,18 103:1,2
103:3,4,5,5,9,9
111:6,17,17 112:1
112:20,23 113:20
116:14 118:20
126:21 128:23
130:16,20 131:7
141:13 142:6
146:22 161:3,6
165:20 166:12
171:11 174:3,3
179:18 188:14
192:16 203:10
204:17 219:5,24
220:20 228:18,20
228:23 230:9
234:15 238:4
242:1 243:7 258:1
258:7 265:2
271:20 295:16,20
295:24,25,25
296:4,6,6,9
311:10 313:23
323:16,17 325:12
325:13 328:20
331:1 332:16
335:18 338:8,8
345:2 356:23,24
357:1,22,23,24
363:20 368:22
369:2,12 370:19
371:6 399:9
**differential**
186:4 192:22
193:13
**differently**
45:3 128:18 204:25
231:1 315:10
368:14
**difficult**
81:16 159:18 379:2
**diffuse**

22:4,23 78:11
104:3,20 287:10
287:14 288:4,5
289:17 290:14
291:20 292:19
294:13,16 304:19
304:22 322:7
326:11 333:4
336:6 352:22
363:1,8 374:25
375:4 376:4,24
377:3 380:11
381:6,11 386:23
393:21
**dime**
36:1
**direct**
3:5 7:8 329:21
**directed**
293:2
**direction**
168:11
**directly**
55:21,24 56:1,4
303:13 328:18
332:2
**directory**
29:8
**disagree**
85:6 108:14,22
116:4 117:14
118:16 239:16
342:7 346:3
**disagreed**
207:18
**disagreement**
184:4
**disclosed**
15:22 23:21 24:9
25:17 28:17
**disclosure**
3:16 23:5,13 28:9
31:11
**discontinuation**
276:9
**discuss**
26:18 70:11 144:11

224:17 287:13
349:12 355:21
369:10
**discussed**
27:10 28:2 29:25
30:2 33:10,14,17
34:10 36:11,22
81:22 94:9 95:14
116:7 139:10
147:15 168:15
172:17 184:11
186:12 188:7
195:18 207:5
212:13 219:1
220:2 221:24
224:16 228:17
229:2 241:6
242:18,21 243:1
279:2 286:4,9
290:14,15 294:14
304:18 307:14
308:12 348:5
**discusses**
124:4 150:9
**discussion**
28:11 68:22 83:2
235:24
**discussions**
34:5 250:12
**disease**
5:6 126:8 131:24
132:5,9 138:6
160:15,19 200:18
214:15 215:1
222:4,10 229:25
242:21,22 275:8
282:14 283:2
298:9,13 300:8,21
302:25 303:10,13
304:6,11 347:1,9
349:5,6,10
**diseases**
24:15 25:7 86:2
103:6 107:16
116:7,14,16,18
128:6 132:2
282:25 293:21

295:21 298:19,22
302:13 346:4
**dish**
100:24 160:5
**disorder**
130:1 207:10
232:17 234:9
281:15 291:9
**disorders**
282:23
**displayed**
314:15 315:4
**dispute**
84:5 191:7 272:10
281:17 288:5
314:2
**distinct**
90:14 295:21 345:5
346:15
**distinguish**
79:9 139:16 207:9
207:14
**divide**
96:18 97:24 98:6
98:10,13 102:12
**divides**
100:10,15
**division**
96:21 97:21 107:21
**DLBCL**
5:25 24:2 53:12
77:1,3,18,23,25
78:10 103:15,20
103:23 104:1,13
104:22 105:8
108:9,10 116:18
241:13 271:5,20
271:22,24 272:7
272:14,17 273:4
273:19,25 274:6
274:10,13,17
275:10 276:23
277:23 278:7,15
279:13,20 280:10
285:21,22 286:1
286:15,15,24
288:18 289:20,25

290:10 295:5
296:6,9 301:4,7
303:17 304:7
305:14 307:12
309:8 311:1,6
322:16,19,25
323:4 325:19
327:13 334:10
335:3,10,19
336:15,19 337:6
337:23 365:19
366:8,24 368:5
372:13 373:3,16
375:9 377:9
378:15 380:5
382:7 383:22
384:12,18 386:17
389:25 390:1
391:10 393:6
396:20 397:4
**DNA**
96:2,4,7,11,12,24
98:18,21,24 99:5
99:20 100:14
101:11 107:7
109:12 110:5,6
111:6 112:7,15,20
112:20 113:2
149:25 150:25
**doctor**
42:7 44:11 56:24
205:6 223:16
224:12 254:25
268:17 379:12
389:9
**doctors**
76:22 93:5,8 158:9
**document**
23:9 116:1 138:4,7
309:19
**documentation**
254:11 255:9,22
269:3 308:2
**documented**
208:7 255:23 284:5
**documents**
7:16,18,21 57:24

Andrew M. Schneider, M.D.

61:6,9 155:7
**dogmatic**
121:4
**doing**
9:23 13:14 20:22
122:4 140:19
155:19 198:3
208:12 209:15
213:12 267:1
268:15 277:15
293:10 362:21
375:19 389:17
392:11 402:9
**dollar**
20:19
**dose**
125:15 127:1
150:23 275:18
276:4 277:6 357:3
**dosing**
161:6
**double**
104:3 272:15
**double-hit**
272:4,17
**down-sloping**
118:15
**Dr**
6:12 7:10,14,25 9:1
28:14 31:3,5,15
31:18,23,25 32:2
32:4,6,20 43:20
58:24 60:9 70:15
71:13 86:5,8
87:18 88:8 90:4
90:14 108:9
123:18 135:3
143:14 155:8,16
161:23 162:3,6
167:11 171:13
172:1 178:7 181:9
181:18 191:25
202:8,18,20 204:1
207:17 208:4,7,18
208:22 210:11
211:11,17 212:2
214:14,18,20,25

219:16 221:16
232:15 234:1
236:3 237:7
255:21 261:8
263:25 280:7
288:13 302:2
306:16 320:20
323:19 324:21
325:9 341:8
353:23 363:16
385:23 395:24
399:20,22
**dramatically**
119:6,19,25
**draw**
185:8
**Drive**
1:18 2:16
**driver**
102:4,18,23 103:2
103:14,19,22,25
104:5,12 273:3
**drowning**
138:24 139:3,6
**drug**
160:14,18
**drugs**
24:16 106:10
**due**
130:25 135:15
163:13 268:22
287:24 288:14
319:2 342:13
360:12
**Duke**
2:21 6:3
**duly**
7:6 401:8
**duration**
258:19 369:7,16
370:20 372:2,10
372:14,18 379:22
390:18
**durations**
368:23 369:2
**dysfunction**
226:18,22

**E**

**E**
3:2,8 4:1 5:1 401:1
401:1 403:2
**e-i-g-h-t**
13:23
**e-mail**
4:9,10 10:4,15 11:2
41:21 155:2
178:14
**E-P-C-A-M**
110:8
**earlier**
33:17 44:15 53:20
54:25 62:23
105:17 128:5
176:14 241:6
274:1 279:2
290:25 305:7
332:7 343:7 350:5
350:19 351:2
367:17
**early**
118:7 235:19 274:3
**easier**
125:11 390:20
**Eastern**
6:7
**easy**
31:6 147:17
**EB**
291:7
**EBV**
24:14 291:7
**ECL2**
103:19
**ECL6**
103:22
**ECOG**
208:11,15 278:23
279:2
**edge**
87:7
**editing**
360:15
**EDT**

1:17 400:8
**effect**
285:20 376:3
378:25
**effectively**
324:1
**effects**
156:2,4 226:24
275:19 355:1
357:1,24
**eight**
13:10,23 16:7
39:24 234:19
333:25
**either**
12:18 14:19 15:6,7
18:9 22:4 68:20
123:15 143:19
154:23 168:11,12
172:5 344:5
**electronically**
42:25 45:10
**else's**
269:13
**Emma**
2:15 6:18 9:1
**employ**
93:5
**employee**
401:16,17
**employers**
314:12,14 315:3,24
**encapsulated**
209:20 212:12
**encountered**
144:16
**endeavored**
87:3,7
**endocrinologist**
132:14 282:21
**English**
73:11
**enrolled**
331:9,15
**entertaining**
29:22
**entire**

186:18 192:12
**entirely**
199:13
**entirety**
151:15
**entities**
90:15
**entitled**
7:17 138:5 146:9
178:15 302:3
324:13 365:25
389:23
**entity**
74:4 386:20
**Environment**
138:5
**environmental**
80:22 81:7 109:2
131:4,8,13
**EPA**
57:23
**EPCAM**
110:7
**epidemiologic**
132:23 133:5,17,18
134:2 142:23
154:18 156:18
165:23 168:6,14
172:6 244:17,23
258:25
**epidemiologist**
125:23 127:19
158:8 329:1,5
350:4 376:17
**epidemiology**
90:23 107:12,14
113:22 142:5
293:3
**equal**
79:6 80:14 158:3
187:16 196:3
197:4,9,24 305:10
307:18,23 360:1,3
380:1 395:8
**equally**
381:14
**equipment**

315:13
**era**
107:5
**erectile**
226:18,21
**Eriksson**
263:21 264:1,11,21
**eross@goldmani...**
2:16
**errata**
402:7,9,14 404:9
**error**
135:15 193:6
196:13,14 197:16
202:17 205:9
308:12 385:16
**errors**
98:16 109:11
203:10 357:5
397:2
**especially**
250:23
**ESQUIRE**
2:4,9
**establish**
229:13
**established**
174:6 175:4 176:2
**establishes**
142:23
**establishing**
142:16 243:11
**estate**
247:21 250:2
**estimate**
11:8,13 12:17,24
13:3 14:14 35:13
36:5 39:5 77:3,8
130:9 165:7
**estimated**
13:24 115:1
**estimates**
141:6 357:7
**estimation**
10:1 269:9,18
320:2
**et**

1:5 3:12,14 4:21
5:5,8,17 6:14,14
**etiologic**
5:9 109:9 127:25
128:1,7 130:3,22
144:12 147:18
238:3,22 239:2
246:24 247:12
248:4 250:7 270:3
304:19 311:23
349:9 381:10
**etiological**
22:3 94:16 123:15
126:7 164:23
236:14,17 257:5
302:4
**etiologies**
295:25 345:5
**etiology**
87:8 107:5 130:15
270:5
**evaluate**
91:16 129:7 145:20
151:3 155:24
**evaluated**
92:6 121:24 123:4
349:13 350:8
361:4
**evaluating**
91:14 208:21
**evaluation**
127:15 280:5
**evaluations**
126:25
**evening**
223:12
**event**
73:18 75:7 164:21
**eventually**
58:7 226:11 238:21
**ever/never**
371:18 390:3,23,25
391:9
**everybody**
128:17 130:22,24
257:18
**evidence**

3:19 25:23 83:14
120:19 131:16,18
141:13 142:6,8
157:2,5 158:4
159:3,6,16,22
160:2 197:20
200:22 201:11
214:15 215:1
216:4 231:20
250:18 257:1
310:18 341:15
348:6 377:2
381:10
**evidence-based**
156:24 157:5,11,15
157:20,22 158:10
158:14,16 212:13
267:14 329:2
**exact**
213:9 262:2
**exactly**
178:16 395:25
**exam**
200:21 201:10,17
201:21 214:16
215:1 239:23
240:11 254:5
288:1 289:11
**examination**
3:5 7:8 44:8 182:13
329:21 401:10
**examine**
127:5 176:21
**examined**
176:17
**example**
33:15 75:1 76:18
84:11 91:18 97:8
103:14,19,22
112:6,24 122:11
130:16 132:16
138:23 139:7,12
139:18 163:24
168:25 169:19
230:3 260:4
287:18 345:17
346:1 350:18

**examples**
128:5,7
**excellent**
208:23 349:8
**excess**
247:17
**excluded**
344:16 345:24
349:2
**excluding**
156:23
**Excuse**
264:24
**exercise**
256:16
**exhibit**
3:11,12,13,15,17
3:19,22,23 4:4,5,8
4:9,10,12,14,16
4:18,20,22 5:4,6,9
5:11,14,18,21,24
8:2,4,6,9,13,17
16:19 19:16,18
21:2,5,7 23:1,4
26:2,7,8,12,17
28:17,24 29:2
35:15 43:8,15,20
44:22,23,24 45:4
46:18,21 47:4
57:14 72:1,1,5,7
72:11,14 80:1,4
82:23 113:9,12,13
114:23 146:5,8
155:16 177:25
178:2,4,11,14
179:4,9 181:13,16
183:7,10 185:22
185:25 199:21
207:21 210:7,10
213:24 214:5,6
217:20 219:9
247:2,5 260:16
271:15 279:23
280:1 291:22,25
298:1,4 301:11,14
302:2,7,12 321:1
321:4 330:7,10

342:18,21 352:20
352:24 353:2,23
389:20,23 390:16
391:10 392:7
396:6 397:4
399:17
**exhibits**
3:10 4:3 5:3 7:25
46:24 178:8 187:1
189:2 217:23
297:24
**exist**
120:13 239:20
310:11 318:2
**existed**
61:12
**exome**
96:8,11 108:11,19
218:17 273:10
**experience**
82:10,12 204:7
342:1
**experiments**
100:22
**expert**
3:16 9:20,23 10:2,3
13:22 14:9,19
15:1,13,17,22
17:15,20,21 19:10
22:16 23:16 25:8
26:2,8 29:3,4,23
29:25 30:4,5,24
32:25,25 49:2
60:13 61:14,19,23
77:22 78:18 82:1
90:23,25 91:2,4,6
91:9 92:1 93:25
94:10,18,20 95:15
95:16 96:13,15
99:10 101:22
104:14 107:18
108:3 112:2,5
140:12,16,18,20
144:6 148:16,19
158:7 159:11
162:1 172:1 189:4
202:6,10 219:2

224:8,11,13
239:13,15 253:2
253:10,11,16
257:24 262:18,23
263:5 267:15,21
269:14 288:7
289:14 290:22
308:6 311:13
313:22 316:17
350:5 360:4 370:1
370:23
**expert's**
324:10
**expertise**
22:18 29:12 99:14
102:21 105:6
106:24 127:16
141:3 154:2
282:20 317:11
319:11 328:8
349:24 386:10
**experts**
29:8,13,18 32:15
162:2 239:16
240:4,6
**expires**
404:20
**explain**
141:16 206:3 317:3
342:4 343:16
377:7 382:5 385:4
386:14,25
**explained**
139:11 206:4
**explaining**
139:8
**explanation**
119:17,23 121:8
212:6 378:1
**explorers**
107:8
**exploring**
7:20
**exposed**
52:22 58:6 92:6,13
100:17 126:19
130:2 139:13,14

144:5,15 145:23
152:5 238:19
245:13,18 257:6
257:11 258:11
263:8,13,19 265:1
310:24 319:13
321:21 322:5,8,18
323:12 334:2
338:13,17 365:8
371:18 372:2,10
375:24 376:15
**exposure**
5:11,21 24:24 25:3
25:9 57:7 80:22
81:10 89:6,14,20
92:9,25 93:3,17
126:18 133:9
140:2,4 145:7
154:10,11,14,21
162:11 166:1,15
166:15 167:5,7,21
167:24 168:5,7,10
169:1,13 170:11
174:7,8,23 175:1
175:4,6 176:7,23
236:12 238:25
239:7,22 241:19
242:3 246:5,11
252:4 253:20
257:16,25 258:2,8
259:3,16,17,19,24
259:25 260:3
261:1,16 262:4,16
263:2,10,14
286:12,16 287:9
288:9 296:22
297:8 309:14
319:9 321:9 323:4
328:7,10,14,15,20
332:3,20 334:6
356:19 357:1,2,5
357:13,22,24
358:19,25 370:22
371:22,24 374:1
374:13 375:2,5,21
376:23 377:4
383:14,14 387:5,7

387:12 390:3,18
390:19,23,25
391:9
**exposures**
81:8 92:1 127:6
143:24 145:21
166:9,12 257:19
257:20 286:8
328:9 356:24
363:2
**express**
22:13,15,16 200:11
**extent**
55:16 168:19
**external**
100:18
**extramedullary**
200:18
**extranodal**
274:8
**eye**
153:24
**eyes**
154:6 307:2

---
**F**
---
**F**
401:1
**face**
317:15,19,22
**fact**
45:21 46:8 70:23
120:19 191:9
198:6 212:24
244:10 246:4
250:6 251:24
252:5,16 257:6
287:3 288:4
308:25 309:10,15
309:18
**factor**
22:3 105:18 109:9
123:15,21 124:4
124:14,16,18,19
128:2,9,12,20
130:22 131:4,9,13
131:25 132:17,21

133:4,15,23
134:13 144:13
147:18 166:25
236:15 238:22
240:18 241:5,8,24
243:19,22,23,25
244:2,5,14,20
248:5 289:20
290:10,12,23
291:5 304:19,22
311:23 326:14
**factoring**
126:7
**factors**
53:9 109:3 131:19
137:11,12 138:13
144:17 241:11
246:8,24 247:13
291:1,3 303:6,9
305:4 308:7 357:6
**facts**
4:4 114:23 239:1
253:4 264:25
**fail**
402:16
**failed**
223:7
**fails**
202:24
**fair**
9:11 10:22 11:24
36:5 49:22 56:22
62:11 68:15 73:20
76:24 85:16,17
93:11 98:25 108:4
108:5,12,13 112:2
116:23 125:12
127:16 131:1
135:18,20 139:4
151:25 153:4,18
156:15,16 165:9
208:13 226:6
251:2 267:10
269:12 276:2
282:20 293:16
295:8 299:14,17
300:18,22 307:7,8

307:8 311:21
314:3 319:11
323:22 329:5
386:22
**fairly**
36:2 115:25
**fairness**
251:14
**faith**
256:15
**fall**
119:20 130:6
327:12,16 332:24
333:16,20 334:15
334:24 347:12
380:17 390:14
**fallen**
347:19
**falling**
117:10 118:22
119:25
**falls**
164:2 244:16,22
307:17 335:3
368:4,10 396:9,19
397:3 399:8,12
**false**
167:4
**familiar**
51:2 65:4 68:2,17
70:10 87:14,18
88:12 99:21
100:13,25 101:5
102:4,7 107:1,11
107:16 108:12,19
109:7,8,10,14,17
109:18,19 111:7,9
111:22 112:17
113:16 136:16
157:6 163:5,20
208:12 227:14
278:8
**family**
5:6 33:7 234:17
298:13
**far**
28:5 41:5 131:21

150:12,15 270:7
**farmed**
328:23
**farmers**
247:17,22 250:3,3
331:12
**fast**
39:1 394:11 395:18
**faster**
35:22,23
**fatigue**
223:16
**fault**
198:2
**favorable**
69:24,24
**fax**
1:24
**Feb-Nov**
4:11
**February**
186:1,7 193:20
195:19,22 213:20
214:13,14 219:10
261:6 274:20
**fee**
39:16,21
**feel**
340:22 341:11
**feeling**
363:15
**fellowship**
77:7,13
**felt**
22:18 316:5
**female**
58:6
**females**
59:17 149:19,20
**femur**
98:8
**Ferro**
1:5 3:12,14 6:13
**fevers**
83:12 182:8
**field**
87:11 102:21 105:6

106:22 107:14,17
317:10 319:11
349:24
**figure**
71:14 117:17,21
382:4
**figures**
118:17
**filed**
256:3 310:7
**financially**
401:19
**find**
26:25 47:21 52:1
56:20 64:5 69:24
135:16 154:16,24
155:1 167:10
170:9 188:22
191:14 245:7
253:5 260:18
292:21 301:8
306:5,9 375:3
394:17
**finding**
105:22 124:25
197:8 200:21
201:10,17 214:16
215:1 218:6,10
239:23 240:11
250:25 285:22
289:11 303:22
333:4
**findings**
5:19 239:2 382:7
**fine**
57:19 165:5 171:10
179:2 191:16
264:4 322:12
324:23 329:19
333:12 366:4
**finessey**
33:25
**finish**
171:17 203:2
206:15 235:17
347:2 389:18
399:22

**finished**
87:4,8 274:23
**finishing**
275:11
**firm**
2:9 6:22 10:16 11:2
15:8 17:6,10 18:6
18:12,18,22,22
19:1,1,8 179:19
180:3
**first**
7:6,15 16:18,23,24
19:18 27:13 29:15
34:10 36:8 44:16
48:2 49:12,21
57:17 74:8 80:10
139:11 146:21
147:7,7 181:18
187:9 200:7
210:22 211:22
247:10 292:1,17
292:23 301:14
306:21 312:5
337:11 339:10
343:12 353:10
359:10 379:14
391:12
**firsthand**
255:1 309:25
**FISH**
215:5,16 216:6,11
216:12,20 217:3
**fit**
348:11,12
**fits**
17:20 132:22 133:5
**five**
13:17 79:6 83:12
108:18 110:6
179:20,25 180:2,6
229:2 233:8
234:17 235:5,7
278:9,15,18 375:1
375:13 376:12
377:6 378:3,5
380:10 382:22
383:7,19 391:19

391:20,21,23,23
391:24,25 392:3,3
392:10,12,17
393:19 394:5,8,16
394:19 395:21
397:11,17 398:3
398:24 399:2
**five-minute**
90:2 255:11 320:11
**five-year**
117:18 278:13
**flat**
39:21 118:9,14,25
**flawed**
127:20
**flaws**
68:18 134:8 158:20
**Floor**
2:16
**Florida**
1:18,22 2:6 6:10
72:19 73:23 74:16
401:5
**flow**
79:2,4,4 182:21,22
183:10,13,20
184:18 187:19
188:2,3,10,16,21
190:14,17 191:2
192:5,9,15 193:3
193:7,12 198:9,23
201:22 203:12
204:4 205:10,10
207:6,13
**flower**
317:6
**flowers**
316:25
**flows**
198:4
**folks**
84:11 142:4 197:6
222:10 244:17,23
294:1,6 334:1,25
350:21 351:5
**follicular**
53:10,14,18 285:11

285:17,19 286:4
286:19 294:16
296:9 387:2,7,11
387:18,24 388:2,7
388:18,24 389:3
**follow**
82:12 87:7 156:24
205:1
**follow-up**
186:1 195:19 237:7
331:24 340:1
**followed**
205:4 331:18
**following**
80:22 81:10,14
117:17 121:23
196:4 249:22
281:14 294:10
389:3
**follows**
7:7
**food**
249:25 250:7,9
**footnote**
307:6
**forced**
223:10
**foregoing**
401:12 404:4
**form**
29:9 45:8 78:21
159:3 176:18
203:24 282:6
286:13,16 404:8
**format**
340:11
**formed**
53:25 261:11
**forming**
47:3,7,17 49:24
69:13,16 72:2
257:24 307:11
308:6
**forms**
112:18 165:23
219:5,13
**formulated**

24:25
**formulating**
311:22
**formulations**
25:4,10 326:19
**Fort**
2:6 6:9
**forth**
296:19 353:6
**forward**
241:15 295:18
326:16
**found**
50:10,13 51:17
103:14,20 132:23
133:6 146:15
210:4 247:17
**foundation**
109:16
**four**
38:25 39:4,6 56:10
74:12 76:11
112:15 202:17
300:13 395:16
**fourth**
355:12 392:25
**FPR**
401:24
**France**
5:15
**frank**
85:2
**free**
26:1
**Freeman**
52:7
**frequencies**
368:23 369:2
**frequency**
83:20 258:19 369:7
369:16 370:19
371:11 372:21,25
373:3,6 377:10
379:18 390:19
**friends**
245:3,8,12
**front**

37:10 40:21 44:15
54:12 73:19 86:10
184:22 187:2
214:2 260:12
271:16 390:4
**Ft**
1:18
**full**
8:24 21:21,23
68:14 343:12
**fully**
208:8 276:9 279:3
361:7 378:11
382:4
**function**
106:4,8 125:18
145:15
**functioning**
105:25
**fund**
47:11
**further**
32:14 35:12 149:24
172:22 204:23
205:24 275:10
401:9,15
**future**
68:22 70:14 82:9

_____

**G**

**G**
112:16
**G-o-l-d-i-n**
292:1
**Gagnier**
31:25
**gallon**
4:10 312:24 313:5
313:9 314:7
**gallons**
313:5,9 314:1
**game**
232:2
**garage**
267:3
**garbled**
360:20 384:22

**general**
26:22 28:19 51:14
83:21 153:13,15
154:5 174:2 187:8
215:19 284:17,20
326:2
**generalist**
223:15
**generalized**
281:15
**generally**
78:4 81:8,12 84:1
178:12 285:13
286:6
**genes**
96:4,7
**genetic**
107:15 110:22
219:23 220:4,7,13
220:22 233:4
273:7 293:3
**genetics**
95:24 96:13,15
99:10,11 104:14
112:3 219:4,13,17
220:25
**genome**
97:3 101:2 107:4
107:19 108:25
111:4 218:17,21
219:2 273:10
**genomes**
107:7
**genomics**
106:23 107:2
**genotoxic**
25:24
**genotoxicity**
26:18 27:10,14
54:6 55:1,9,14
162:18
**gentleman**
242:23 287:8
**Germany**
4:21
**Germinal**
271:22

**getting**
106:2 123:9,16
126:8 128:13,21
219:19 236:19
259:7,11 262:2
376:24 389:10
390:21 396:23
**give**
7:1 8:24 9:13 16:18
18:9 22:22 25:12
32:19 38:21 41:23
53:20 58:11 60:22
64:1 66:11 71:3
71:11 75:6 108:7
130:9 137:25
139:12 143:13
144:21 167:10,13
170:9 171:9
177:12 193:8
198:4 211:7,24
212:7 215:3 217:6
239:13 240:6
242:10 249:11,24
253:3 267:12
289:14 294:21
295:13 301:16,16
301:17 305:15
319:20 321:22
329:1 334:18
355:20 364:24
365:4 376:20
383:1 389:7
394:17 395:22
**given**
17:19 89:2 106:22
107:5 118:1
146:14 158:13
193:14 221:23
230:17 243:3
246:18 253:8,9
256:17 288:4
290:20 338:9
384:4 404:6
**gives**
117:18,22 165:6
193:13 212:15
248:9,19 293:20

300:6 303:4
332:15 337:8
371:8,11,14,22
379:18,21
**giving**
25:6 28:4 106:10
163:25 199:2
288:7 370:2
**gland**
85:19 149:19
**glasses**
265:24 266:1,9
**glove**
266:14
**gloves**
265:24 266:1,11
315:15
**gly**
58:6
**glycophate**
57:24 119:9
**glycosate**
146:4
**glyphosate**
3:20 4:6 5:12,18
24:24 25:3,9,23
26:19 54:6,18
55:1,5,9,19 57:7
58:7 63:12 64:10
69:9 91:24 94:2,8
94:13,16,24 95:5
95:17 119:5,11,14
119:18,24 120:8
121:10,16 127:11
132:21 133:4,11
139:17 140:13
143:5 144:5,14,25
145:6,8,18,24
146:4,11 147:17
147:25 148:1,2,5
151:13,16 153:5
154:12,19,21
155:24 156:22
161:20 162:13
171:23 233:24
234:5 244:21
267:6,18,24 268:3

268:7,12,24 269:6
269:10,19,23,25
270:4,12,16,23
311:12,19 317:24
318:11,14,20,25
319:9,18,24 320:3
321:9,21 322:6,19
322:25 323:4
325:16,19 328:10
328:15,19,19
332:2,19,20 333:5
334:6 337:6
338:19 343:24
344:2 348:7 349:9
349:15 350:21
351:5,10,12,18
352:8,8,11 355:8
355:14,17 356:8
358:19,25 359:13
359:17,25 360:9
360:24 361:14,19
361:24 362:11
363:14 364:13
365:5,15 367:3,9
368:18,24 369:3
371:9,12,18 372:2
372:9 373:6,10
376:4,23 377:2,10
378:2,4,18 379:18
379:22,23 380:7
380:14 381:5,10
381:24 382:12,24
382:25 383:6,9
384:8 387:12
390:18 395:12
397:7,10,13,16,19
397:22,25 398:3,6
398:9,12
**glyphosate's**
55:14
**glyphosate-based**
24:24 25:4,10
53:22 94:20
258:15 326:18
356:12
**glyphosate-expos...**
334:25

**go**
8:22 23:11,18
35:18 44:15,23
48:9 49:6,12 52:6
56:12 57:16 58:10
66:5,22 74:9
75:21 76:7 78:10
90:6 95:25 134:6
143:8,16 154:16
155:1,16 167:14
171:19 177:13
184:10,17,25
186:23 187:6,17
187:23 188:21
189:10 190:25
206:16 207:21
210:18 214:18
217:24 219:9
220:25 221:9
230:13 231:12
242:2 245:10
246:7 248:18
268:16,16 269:4
270:7 277:12
292:22 293:17
294:17 301:20
302:16 313:15
314:7 320:13
321:17 322:9
324:2,14,17
326:12,16 333:13
336:12 338:2
340:5 341:23
344:22 346:16,21
348:13 352:16
353:15 354:24
359:11 360:16
362:15 364:22
378:7 384:25
393:12 394:3,18
395:16 398:17
**God**
231:12
**goes**
118:3 120:5 247:19
250:4,16
**going**

13:1 22:25 25:14
28:20,20 32:13
35:7,8,11,25 36:2
40:21 53:4 54:25
56:16 68:21 70:14
71:4,22 77:20
78:2,6 79:12
82:15 95:25 99:9
101:15 110:9
113:12 116:10
120:3 123:17,18
123:24 133:18,21
134:21 139:19
142:17,19,20
143:16 155:6
158:24 162:7
165:4 169:7 170:3
177:7,10,11 179:6
183:3 185:21
187:6,8,9 189:12
189:19 191:2,13
192:21 196:19
198:14 199:20
203:11 204:25,25
205:3,4 206:15,22
210:3,25 235:14
235:16 241:15,21
242:7 250:12
253:13 254:23
255:12 256:12
261:9,20,22,23
262:6,16 267:2
268:20 269:13
276:18,19 284:22
288:22,24 290:1,7
295:17 297:16,25
310:14 324:6,19
325:8 326:9,10,17
329:16 333:10
336:24 340:12,19
347:21 350:25
352:16,18 353:6
353:13 355:20
357:8 361:1
365:23 376:20
377:24,25 381:12
381:22 382:2,3

389:11,13 391:4
391:19 394:11
395:24 396:5
**gold**
206:17 207:15
**Goldin**
5:5 292:1,24 294:6
**GOLDMAN**
2:15
**Goldman-Cecil**
47:18 48:3
**GOLKOW**
1:24
**good**
6:2 7:10,11,24
19:15 30:2 52:2
64:8 86:25 107:9
116:24 130:3
135:16 156:8
174:15,15 217:12
218:15 221:16
254:19 256:15
271:18,19 272:25
274:12 275:3
277:25 278:5,25
293:6 307:2 350:1
386:23
**goods**
247:22
**Google**
50:21,22,23,24
51:6,13,14,17
298:10 300:20
354:9
**gotten**
18:8
**graduate**
158:9
**great**
28:20 83:20 229:7
348:6
**greater**
79:6 80:14 164:11
164:21 170:15
186:21 187:15
189:7 196:3 197:4
197:9,14,23

199:10 200:12
257:19 261:20,21
261:24,25 263:20
263:21 264:13,15
264:18,21 305:10
305:23 307:12,15
307:18,23 323:9
360:1,2 363:2
371:23,24 375:5
375:10 376:2,6,11
376:22 377:6,21
378:13,17 380:2,6
380:10 382:8,12
387:18,23 388:1,6
388:18 391:18,19
391:20,23,25
392:2,6,9,12,21
393:16 394:5,8,10
394:12,14,22,24
395:2,2,3,7,8,20
398:24
**green**
117:23
**ground**
317:6
**group**
132:23 133:5
307:17 327:12,17
334:15 335:3
368:4 380:17
**groups**
323:13 332:16
**grow**
105:14
**growing**
106:1 356:22
357:19
**growth**
102:15
**GU**
87:23 88:3
**guess**
10:7 11:16 12:16
13:1,11 14:2
18:14 29:25 36:7
36:14 38:22 39:4
39:7,10 78:2 86:6

91:12 106:15
111:23 119:1
159:14 164:11
175:20 232:5
328:22
**guessed**
13:6
**guessing**
11:19 13:8,18 16:7
18:1,3,4 38:18,25
77:9,10,20 78:1
78:16 82:15
151:22
**guidance**
209:9,12 278:6
**guidelines**
157:17,25
**guy**
234:13,16 238:23
240:3 340:5
**guys**
240:3

----

**H**

**H**
3:8 4:1 5:1
**Haberman**
2:4 6:19,19 15:3
34:17 38:24 41:16
41:20 47:9 54:8
60:15 61:5,18
63:9 64:4 75:23
88:16 90:2 92:4
93:6,10 94:23
95:13 101:9,20
103:8,11 109:16
115:19 116:1
119:8 120:24
121:22 127:3,7,17
128:10 129:4
131:15 135:11
138:21 140:1
142:18 144:8
147:5 148:7,10
154:4 155:5,12
156:7,11 158:12
160:22 161:16

162:24 163:16
164:7 168:21
171:8 172:11
174:10 178:15
179:9 183:6 187:3
191:11 201:14
209:17 212:8
213:14 216:2,18
233:19 234:22
235:14,18 236:1
237:22 239:25
240:20 243:21
249:6 253:1
256:21 257:10
259:9 261:19
263:16 266:19
269:1 271:1 278:1
287:19 289:22
295:23 296:2
297:1 303:24
304:13 310:16
311:3,15 313:7
314:10 317:8
319:12 320:1,10
323:6,18 324:5,8
324:11,19 326:8
328:24 330:2
340:20 341:10
345:7 349:3 350:2
350:23 356:10
362:13 363:10,12
363:25 364:2,5,21
367:21 368:7,15
370:15 371:2
376:18 379:12
381:1,16 382:1
384:22 385:9
386:7 389:9,13,16
392:23 399:24
**half**
20:14 37:17,24,25
290:12
**halfway**
149:10 150:16,18
**hand**
6:24 8:22 113:12
181:16 266:13,17

266:20,23,23
401:21
**hate**
106:15
**hats**
93:12
**Hawthorne**
317:17
**hazard**
125:22 126:3,21
334:16,25 335:4
336:1,15,19 337:5
337:8,12,17,20,23
**hazards**
126:10
**HCA**
73:23 74:2,13,15
74:16
**head**
15:16 18:21 136:19
168:3 184:24
347:23 348:16
**health**
68:8,24 69:13,16
69:20 126:18
160:25 161:10
172:14 224:1
283:5,13 331:5
332:8 339:22
354:18 356:14
357:12,17
**healthcare**
73:24 89:13,19
**healthy**
83:23 84:2 101:3
166:12
**hear**
175:22 342:6
366:16 367:23
**heard**
18:18 19:4 32:2,4,6
48:22 87:15,20
88:8 89:13,17,19
102:6 106:17
111:11 136:18,20
141:12 148:18
158:7
**hearing**

304:23
**hate**
106:15
**hats**
93:12
**Hawthorne**
317:17
**hazard**
125:22 126:3,21
... 

112:4 141:10
**hearsay**
89:16
**heart**
224:5,14
**heavy**
236:12
**held**
314:1
**help**
66:17 126:11
199:25 200:5
213:25 220:17
223:9 250:11
289:6 304:9,12
378:10,10 391:16
**helped**
45:6 170:19 254:4
**helpful**
16:13 36:10 304:4
**helping**
146:17
**helps**
54:23 217:19
271:16
**hematologist/onc...**
223:13
**Hematology**
72:20
**hematopoietic**
48:16 80:8 97:9
98:12
**hemologic**
181:10
**hepatocellular**
85:19 148:23 149:4
149:12,18 150:21
**herbicide**
3:20 93:23 94:24
95:1,6 145:17
**herbicides**
53:22 91:14 94:1
94:10,21 95:16
139:15 258:16
356:13 359:14
360:10 361:4
**hereditary**

**handed**
7:14
**handing**
7:25 19:16 178:7
291:25 352:19
**handling**
377:10 379:19
**Handwritten**
3:11
**happen**
47:12 100:18
102:18 111:25
112:1 113:1
164:22
**happened**
159:23 290:19
**happening**
164:11,12,15,21
281:2,10
**happens**
97:21 100:6 231:11
231:13 242:20
**happy**
9:8 36:1,23,24
37:11 138:1
144:21 207:8
352:14
**Harbor**
6:9
**hard**
13:5 42:25 43:9
84:17,18 229:17
249:16 378:22
**harm**
219:19,22
**Hashimoto**
300:15 303:14,16
**Hashimoto's**
132:8,11 282:14
291:20 293:24
294:2,7 295:1
298:24 299:1,3,5
299:7,15,19
300:11 301:6
303:17 304:15,17

Andrew M. Schneider, M.D.

109:3 131:4,8,13
231:15
**heritable**
234:8
**heterogeneity**
5:9 302:4
**heterogeneous**
344:23 345:2
**Hey**
71:16
**hierarchy**
157:1 158:11
**high**
81:23 85:1 109:25
157:17,24 213:19
221:25 222:3,6,9
222:13 248:4
370:22
**high-dose**
275:18
**higher**
10:19 159:14,16
173:1 224:11,14
240:23 241:1
349:7 383:14
**highest**
199:4
**highlighted**
43:6
**highlights**
43:22
**Hill**
136:16,21,24,25
137:2,7,10,15,16
137:18,19,24
138:3,5
**hired**
17:18
**histological**
5:19
**history**
129:21 181:22,25
209:23 211:4
225:18 241:19
242:7 253:20
279:18 283:16
284:12,15 285:25

290:16 291:7,8,10
291:11 294:6
298:18 300:8
302:24 303:9
304:5
**hit**
104:3,3 272:15
316:25 317:6
**HIV**
24:14
**Hodgkin**
247:16
**Hohenadel**
5:23 351:20,25
352:7 353:8,24
355:18
**hold**
8:21 28:22 202:10
265:13 297:22
**Holiday**
1:17
**home**
223:11 315:21
**hones**
368:9
**honest**
34:22 68:15 313:20
**honestly**
30:7 47:23 323:7
388:16
**honesty**
17:5 101:22 102:20
300:18
**hope**
156:20
**Hopefully**
101:12
**Hopkins**
87:19 88:6
**hormone**
282:6
**horrendous**
280:22
**hose**
266:24
**hospital**
74:13,13,17,18,19

75:3,7,9 76:7
226:9
**hospitalized**
75:8 209:3 225:6
225:12
**hospitals**
73:25 74:3,5,10,12
74:12,15 76:1
**Hot**
139:2
**hour**
20:5,14,24 21:17
33:18,20,23 34:24
37:14,17,24,25
39:4,5,17,18
40:18 261:5
**hourly**
20:23
**hours**
20:3,8,15,18 21:8
21:10 34:15,18,20
34:25 35:15,18,25
36:3,4,4,20 37:2
37:21 38:4 39:3
39:24 41:4 263:7
263:12 269:13
288:25 289:15
379:7 381:8
396:18 400:2
**house**
265:8 312:1,4,14
**houses**
96:7
**housework**
95:22
**How's**
110:8
**huge**
133:8
**human**
97:3 122:12,16
126:18 127:5
150:25 160:3,25
161:9
**humans**
147:3 148:15 150:1
151:12 160:15,19

161:15,21,25
162:5,11
**humble**
254:22
**hundreds**
262:1
**hygienists**
328:8
**hyperlipidemia**
222:10
**Hypo**
281:21,22
**hypogammaglob...**
209:22
**hypothesis-gener...**
162:23 163:2
**hypothesis-provi...**
163:3
**hypothetical**
317:9
**hypothyroid**
295:2 299:2
**hypothyroidism**
132:12 281:20
282:1,12,13,17

_____
**I**
_____
**IARC**
4:7 52:9 63:14
65:12 121:13,16
121:19,24 122:8
122:11 125:18,20
125:21 127:5,9,10
143:7 147:1 149:3
151:11,16,21
161:18 162:12,16
297:13 350:14
**IARC's**
63:11 64:5,20,23
65:1,9 125:14
126:25 127:14
147:13 258:14
**ice**
138:23 139:3,6
**idea**
16:18 93:21 109:4
116:24 130:3

139:4 314:5
**ideas**
157:7
**identification**
8:3,5,7 23:2 28:25
43:16 72:12 80:2
113:10 146:6
178:1,3,5 181:14
183:8 185:23
210:8 247:3
279:24 291:23
298:2 301:12
321:2 330:8
342:19 352:25
389:21
**identified**
50:14,17 105:13
131:9 216:5 273:3
354:9
**identifies**
354:14
**identify**
26:16 50:8,12
105:5 107:20
110:24 111:5
123:19 125:15
130:6 145:25
155:17 178:9
383:12
**IgG**
209:23 210:24
211:4,10,11,17
212:3,5,9,16,19
212:21,22
**Illinois**
2:17
**illness**
181:22
**imagine**
223:18
**imaging**
239:22 240:10
274:22,25 289:10
**immediately**
267:3
**immune**
105:14,22,25 106:4

106:5,8,11,13,17
129:23
**immunoglobulin**
209:25 212:10,25
**immunosuppress...**
24:14,15,17 105:17
128:6 130:1 283:1
283:4 291:10,18
**impact**
169:19
**impacted**
168:20
**imperative**
402:13
**important**
72:25 73:3,13
156:3 244:20
251:6,8 313:21
323:15 325:11
330:20 354:6
369:9 376:1
**improper**
317:8
**improving**
91:17
**in-hospital**
74:25
**inaccuracies**
385:14
**inappropriate**
385:6
**inappropriately**
9:6
**inches**
265:14 280:20
**incidence**
84:8 113:19
**include**
51:16 64:20,23
65:1,9 66:10,24
67:1,10,14 116:9
116:20 137:10
232:22 233:1
250:9 346:17
372:14
**included**
50:6 51:20,25 66:1

67:2 72:2 164:14
164:25 249:8
251:1 295:6 331:2
331:4,12 337:24
338:23 339:17,22
340:2 343:16
344:16 345:23,25
346:23 347:16
348:13,19,20
349:6 359:13
361:7 371:17
372:1,9,19,24
373:4,7,12,15,18
395:10
**includes**
132:2 164:4 192:25
250:22 302:12
323:11 335:8,11
335:13 339:7,15
343:6,23 344:1,4
345:11 377:22
**including**
77:7 100:4 102:19
169:11 172:7
220:21 229:21
237:6 298:23
365:1
**income**
13:21,25
**incontinence**
226:15
**Incorporated**
29:4
**incorporates**
107:15
**incorrect**
149:22 213:18
**incorrectly**
168:8
**increase**
24:17 109:12 119:9
119:14 120:4,7,8
120:20 121:7,9,10
145:6,21 146:1
170:19 172:19
257:16 259:11,20
294:15 311:6

**increased**
12:8 118:6 119:6
119:11,18,24
126:4,6 133:12,16
134:3 135:14
145:1 148:23
149:4,11,17
150:11,20 165:1
244:18,24 246:14
250:18 251:4
258:11 259:2,5
262:19,22 263:4
284:24 292:10
294:8 303:23
305:13 325:15,18
335:15 350:10
356:4,9 378:3,25
387:4,6 389:2
**increases**
84:8 109:6,18
111:1 232:18
291:15 376:23
**increasing**
120:3 251:10
258:19 291:20
306:20 374:1,2,13
374:14 377:10
379:22
**incredible**
101:10
**independent**
11:10 54:9 60:17
122:17 125:7
127:12 145:5
156:14 162:17
187:22 203:24
**independently**
68:11 153:8 168:18
169:16 208:20
279:9
**index**
306:22
**indicated**
203:17 219:24
**indicating**
181:18 227:24
275:15 283:13

**indication**
198:23
**indicative**
215:8 216:14,24
**indicators**
328:11
**indiscriminately**
265:17
**individual**
27:12 42:20 63:17
63:20,23 116:25
128:25 129:8,20
129:21 134:14
136:14 156:13
173:15 186:23
246:1 297:11
354:25
**individually**
264:10
**individuals**
5:6 83:24 84:3
200:15 298:13
**induced**
149:25 150:24
**industrial**
328:8
**industry**
247:18,25
**infection**
226:9 291:8
**infections**
209:19,20,24 211:4
212:12,21 213:2
**inform**
218:24 273:10
**information**
3:18 35:23 92:16
107:15 114:19
126:24 145:2
148:4,5,25 175:6
176:4 191:4
205:17,25 211:14
245:10 252:3
253:9,19 298:21
302:12 309:13
318:18 327:4,23
328:6 340:22

357:2 379:21
**ingredient**
270:16,23
**ingredients**
269:22 270:8,11
**inhaling**
259:17
**inherit**
158:20
**inheritable**
228:13
**inherited**
109:11,22 110:12
228:21
**initial**
37:5 54:4,15 57:14
188:3,11 192:16
193:17
**initially**
37:8,14 49:19 50:6
179:17,18 180:2
**injection**
149:20
**injury**
276:8
**insecticide**
359:16 361:6
**insecticides**
147:2
**instability**
110:19 229:1
**instable**
109:24 110:4
**instance**
98:2
**instances**
188:10
**institute**
111:9,13 113:23
114:5 118:17
198:12 212:10
293:4,6,10
**institution**
87:1
**instructions**
315:6 402:1
**intend**

24:4 25:21 27:24
28:2,18 35:4
53:20 55:8,14
61:3 265:18
**intended**
317:1
**intending**
61:14,17,23
**intensity**
258:19 259:3
**intentions**
256:14
**interest**
140:5,24 358:25
**interested**
139:23 166:22
342:6 401:19
**InterLymph**
5:10
**internal**
7:16 61:6 154:23
**interpret**
251:3 260:6 348:23
366:18 376:19
378:23 380:23
**interpretation**
118:19 158:5 342:3
367:15 377:25
379:11
**interrupt**
28:10
**interrupting**
190:24 192:3
206:11 384:23,23
**interval**
163:20,23 164:2,3
164:4,13,25 165:7
165:12 170:16
248:24 249:2
250:16 251:2
300:9 303:19
322:21 323:11
332:21 333:22
334:8 335:5,8,10
335:13 336:2,16
336:20 337:13,18
337:21 355:23

356:16 362:20
363:5 366:14
367:6,14,18
375:15 378:19,22
380:12,19 382:16
382:21 384:1,14
388:20
**intervals**
248:20 323:15
325:11
**interview**
252:21,23 253:6,25
**interviewed**
44:7 253:11,17
**intrathecal**
275:13,20,22
**introduce**
6:15
**invasive**
219:20
**investigate**
151:9 152:2 204:23
245:14 251:11
268:24 317:12,16
317:20
**investigated**
267:23
**investigates**
318:13
**investigator**
254:17
**invoice**
10:9,13,14,18,25
11:6,15,23 12:10
12:15 16:11,22
19:18,19,21 20:16
21:13,20 34:14
36:12 37:20
**invoiced**
41:5
**invoices**
3:11 8:10 16:15,19
19:14 36:10,23
40:19
**involved**
15:22 102:2,24
112:15

**involvement**
347:6
**Iowa**
338:24 339:7,18
**irritation**
154:6
**ISMAIL**
2:15
**isolate**
156:3
**issue**
10:13,14,25 11:6
11:15,23 12:10,15
17:15 43:22 64:15
68:21 70:16 92:22
93:15 97:24
130:20 147:19,20
307:15 311:4
**issued**
10:8 16:20,21 21:7
21:19
**issues**
23:22 283:5 325:2
**Italian**
5:12
**Italy**
321:12
**items**
379:19
**IVIG**
209:24 212:16,21

---
**J**

**J**
2:9
**J.D**
2:15
**January**
195:12 227:10
271:5 273:14
**Jeff**
6:19 17:4 321:7
**Jeff's**
41:21
**JEFFREY**
2:4
jhaberman@schl...

2:5
**job**
71:3 94:15 123:13
134:5 242:4 253:2
254:23 288:7
290:17 316:16
371:5
**jobs**
312:18
**jog**
18:19
**Johns**
87:19
**joint**
355:1
**joking**
360:6
**journal**
87:12,14
**journals**
157:17,24
**judgment**
250:24
**jugs**
4:10
**July**
195:9 274:20 275:6
277:19
**June**
1:12 6:6 35:6
180:24 181:9,17
182:7,11,18
183:11,18 188:6
188:12 189:23
195:15 276:5
401:7,21
**junk**
96:12
**jury**
25:22 27:24 139:9
139:12 240:4
254:23 289:15
381:22 382:6
385:5

---
**K**

**Kappa**

360:2,5,25
**keep**
11:18,23 35:2 40:7
177:10 316:25
330:1
**kept**
40:6
**Kettering**
85:25 86:22,25
**kidney**
276:8
**kill**
265:18,18 317:1
**killing**
105:23
**kills**
95:10
**kind**
68:19 75:22 110:25
136:3 162:21
168:23 169:17
176:10 187:13
196:1 197:2
231:15 254:11
255:9,22 256:2
309:19 310:6
**knew**
45:7 305:5 330:21
**know**
11:2,16 12:6 13:7
14:12 15:5 17:20
18:20 31:4,7,15
31:24 32:12 35:17
35:20,23 37:6,7
38:1 39:11 42:8
47:10,12 48:21
49:5 54:19 57:11
61:12,21 67:19
68:3,24 69:4,19
69:25 70:3 71:1
73:14 77:10 84:23
86:13 87:17,22
91:11,13 95:4,7,8
95:10 96:10,14
97:2 98:5,9 99:15
100:12 101:24
102:3 104:11,15

106:20 107:10,25
111:3,12 112:6,10
112:11 114:1
120:2,14 125:3,20
125:21 126:2,4,8
127:9 129:5
130:14,18,20,21
131:6,11,11,17
135:12,23 136:1
136:20 137:11,13
137:15,18,21,23
138:2,25 139:1,5
139:13,15 141:15
143:5 144:10
145:13 147:24
148:25 149:6,15
152:1 153:8,15
154:9 156:12
158:16,21 161:19
162:19,25 163:1,4
165:21 167:12
168:2 170:11
172:1 179:15
183:6,20 188:20
191:16,21,22,24
196:6,8 197:25
198:19 199:14,18
200:1 201:25
202:20,24 204:8
204:19 205:5
206:3,7,21,24
207:3,12 210:1,4
210:18 212:22
213:1 215:10,23
218:9,13 220:9
221:2,5 223:13,24
224:10 227:17
228:11 229:3
230:7,18 231:9,22
234:12 239:20
243:8 245:17
250:8,9 252:22
260:6,7 262:15
263:19 267:9,12
268:14 274:3
276:20 277:13
278:11 280:17,18

280:19,22 282:11
282:15,16 283:1,9
288:21 289:7
293:8,9,10,14,15
294:18,20 295:1,2
295:5 298:25
300:25 301:2
305:18 307:16
308:11,22 313:11
313:21 314:16
318:2,5,17,19,22
323:7,22,23
328:15,20 330:12
330:18 332:4
340:2,6 342:2
343:1 346:5
347:15,15,17,18
347:23 348:10,11
348:15,15 349:4,5
361:20 366:15
367:24 377:20
378:7,21,24 379:1
379:9 380:23
381:8 386:21
389:10 391:24
392:1 397:5 400:1
**knowing**
289:3 348:25
**knowledge**
47:11 101:21
127:13 143:3
192:10 215:14
255:1 309:25
**known**
104:24 128:2 130:7
142:12,16,24
143:2,11 174:23
238:20 294:20

_____

**L**

**L**
2:4
**labeling**
61:20,22
**laboratory**
205:14 214:16
215:1

**lambda**
183:14
**Landowne**
262:14
**landscaper**
316:2
**landscaping**
312:6,18,21,25
317:14
**Lansdowne**
261:3
**large**
22:4,23 78:11
104:4,20,25
130:25 262:16
287:10,14 288:4,5
289:1,17 290:14
291:20 292:19
294:13,16 304:19
304:23 322:7
326:11 333:4
336:6 352:22
363:1,9 374:25
375:4 376:4,24
377:3 380:11
381:6,11 386:23
393:21
**late**
374:9 396:23
**latency**
80:21 81:4,9,14
119:21 120:2,22
121:6,11
**Lauby-Secretan**
52:12
**Lauderdale**
1:18 2:6 6:9
**laugh**
293:12
**law**
2:4,9 6:20,21 10:16
11:2 17:6,9 18:18
18:22,22 19:1,1,7
179:19 180:3
**lawn**
256:17
**lawsuit**

252:8,18 256:3,8
309:7 310:7
**lawyer**
71:1 179:15 254:18
318:7
**lawyers**
19:10 29:9 33:24
34:4 38:9,17
39:14 45:11,12,13
68:3 70:17 71:5
**layman's**
362:8
**LCD**
212:14
**lead**
249:19
**leading**
243:17
**learn**
30:5 160:25 161:10
168:3
**learned**
30:3,7 60:23,24
**learning**
35:22
**leather**
247:22 250:4 266:1
**leave**
7:19 68:21 236:10
399:25
**led**
51:6
**left**
68:4 114:3 150:9
227:7 339:2
**legal**
70:16 92:22 93:15
93:17 122:1 240:2
**legality**
71:2
**Legally**
76:11
**legitimate**
329:20
**length**
243:1
**Leon**

5:17 62:14 64:21
67:1,2,3,11
330:10,22 332:12
332:15,20,25
333:17,25 334:6
334:15 335:4,9,9
335:19 337:4,24
338:2,23 339:17
339:23 340:3
**let's**
13:9,12 42:16
44:15,23 48:10
86:4 90:2,6 108:9
144:22 149:2
177:15 231:17,24
232:3,4 239:4
271:2 276:1
290:17 292:22
301:20 303:2
320:6,13 324:2
335:8 350:18
368:17 377:15
395:10,23
**letter**
18:15 112:19,20
**letters**
112:15
**leucocyte**
187:24
**leukaemia/small**
3:24
**leukemia**
78:8 85:2 150:21
187:20 234:25
**leukemias**
233:2
**leukocytes**
183:21,22
**level**
158:4 159:14,16,22
209:23 210:24
211:10,11,18
212:3,9,16,19,22
**levels**
126:18 159:6
212:21 268:2
**Li-Fraumeni**

227:14,20,25
228:3,9,13 231:22
232:14,17,22
233:5,13 234:12
234:21 235:4
**lied**
310:22
**life**
101:4 123:12
125:11 390:20
**lifetime**
77:5 97:22 115:5
115:10 219:6,14
219:25 259:23
261:1 263:2,4
356:19,23 357:19
362:19 368:23
369:2,7,16 370:20
370:25 371:14
373:9,15,18
380:21 381:5
382:24 383:2,8,15
383:18,21 388:23
392:21,22 394:13
394:22,24,25
395:3,10,11
397:20,23 398:10
398:13 399:5,5
**light**
117:23
**likelihood**
278:7,19
**likened**
107:8
**limitation**
356:17 357:12
**limitations**
160:24 161:9
355:21 358:9
**limited**
161:21 329:25
342:10
**limits**
248:10
**line**
314:23 316:21
403:4

**lines**
100:22
**Linet**
53:3,7
**linkage**
338:22
**linkages**
339:7,15
**list**
3:12,13 7:14 8:13
8:17 19:21 26:3,9
26:12,18 27:5
29:11 44:18,19
45:3,7,8,12,15
46:21,23,25 47:6
47:16 48:7 49:23
50:5,9 51:18 52:3
52:4 54:2,5,15
57:14,16 67:18,24
68:1,4,21 69:21
69:22 70:5,8,13
70:19,23 71:16
123:20 124:3
136:21 137:7
138:4 143:22
155:7 250:4 292:5
300:24 302:9
324:10,23,25
352:1 353:9 354:1
**listed**
27:4 30:12 46:17
46:20 47:3 69:21
124:3 146:22
148:6 292:24
**listing**
30:15,21 84:25
**listings**
30:19
**lists**
7:15 44:14 71:25
247:20 390:17
**liter**
80:15 83:8
**literature**
7:17 19:13 21:11
27:13 33:21 34:15
34:21 35:5,9,15

35:19,21 36:6
42:13,22,24 43:9
43:13 46:17,20
47:2 49:16 50:7
50:18 51:7,11
54:1 87:4 93:4,18
113:5,8 123:7
124:10,14,24
125:4 133:9,25
135:5 136:2,5,11
141:4 142:23
145:20 146:2
148:19 152:15,18
153:1 154:23
157:17,19,24
158:3,22 169:11
176:17,22 178:12
179:21 238:25
240:8,15 244:6,9
245:23 246:12,21
251:12 258:2
282:22 285:12,20
285:22 287:12
289:3 292:8,11,14
350:9
**litigation**
1:24 9:20 10:2
14:10,19 15:18
33:10,14 34:11
41:2 42:19 88:19
88:21 92:5,23
122:8 142:4,11
172:2 179:13
180:6
**little**
10:21 18:19 38:8
69:25 79:12
110:10 114:8
116:10 118:14
125:10 128:17,23
139:20 149:24
158:24 165:4
167:13 177:6
196:21 198:15
227:15 236:23
245:19 253:13
278:3 280:21,23

283:24 306:4,6
357:8 368:17
**lived**
261:3
**liver**
229:21,24,25
**lives**
98:13
**living**
160:8 329:3
**LLP**
2:15
**load**
107:24 108:2 109:6
109:13 111:1
**local**
212:15 245:4
**logistic**
361:8
**long**
10:22 80:23 98:8
110:9 120:19
121:11 129:24,24
133:20 142:17,19
151:17,20 158:23
165:3 169:7 213:1
316:2 396:24
**long-term**
60:14 277:25
278:14
**longer**
81:4
**look**
8:19 16:15,16
26:23 28:8 34:23
36:10,24 49:22
54:14 56:16,23
57:21 62:3,10
63:17 64:9,15
67:5 71:16,25
82:23 85:23 86:16
99:18 101:16
113:19 116:24
120:16 123:10
124:16 125:6
126:4 134:9
135:17,23 136:13

136:14 137:11
138:1 140:23
142:9 143:5,5,13
144:9,20 145:2
146:2 147:19,19
148:1 150:12
152:1,5,15,18
153:1 156:13,22
157:18 164:13,24
165:11 170:25
173:15,22 185:21
186:24 187:17,23
188:8 192:12
194:5 197:5,6
199:20,25 203:5
205:10 206:20
210:24 215:4
217:7 227:17,18
228:19,24 229:3
231:23,24 232:1
232:14 243:15
245:22 246:12
249:12 254:19,24
260:2 262:24
264:10 270:2
278:12,12,15,17
278:18,18 281:13
282:22 283:8
286:12,15 292:11
296:14,17 297:6
297:11,13 301:4
301:18 305:15
306:3 311:22
313:15 324:14,15
326:10 340:7
346:1,6 347:25
348:2,13,23
350:21 351:4
352:13,14 364:14
368:8,12 369:11
370:6,7 371:3,3,5
375:20 381:3
383:21 384:19
385:1,1,10,14,14
385:17 386:4,12
386:18,20,22
387:10 389:8

390:21 391:17
393:14,23
**looked**
57:23 65:16 69:5,8
69:23 92:11 113:1
124:17 136:2
148:4 151:19
153:5 161:19
163:25 164:1
168:22,24 169:10
185:18 193:17
198:1 206:21
216:20 246:3,18
251:14 254:11
257:17 258:1,7,10
258:15,18,23,25
259:23 285:12
309:19 319:21
322:2 326:18,22
327:8,8 332:2
335:19 344:10,11
344:13 346:11
352:7 368:16,16
368:22 369:1,11
389:6 391:14
**looking**
27:12 56:15 57:1
58:25 59:1,3,7
66:20 116:23
125:25 127:8
134:14,15,15,16
142:20 143:15,21
164:20,23 167:1
167:12 170:21
171:1,14,22
193:11 205:9
211:13 213:24
220:10,18 229:17
254:18 256:1
263:22,24 271:13
278:14 299:24
300:1,2 302:6
303:1 305:19,21
336:4 374:23,23
381:9 384:8 385:7
**looks**
16:21 20:5,14 41:3

118:14 126:17,21
179:20 296:20
347:10,12 368:18
**loss**
83:13 182:9
**lot**
28:4 38:7 39:2
97:25 125:4
171:10 196:9,18
216:8 323:23
354:6
**loud**
361:16
**Louis**
1:1 2:11 19:3
**low**
64:13 135:15
150:23 209:23
212:9,16,20
249:22
**lower**
169:3 249:3 250:21
383:13
**lowered**
170:18
**lung**
17:16 109:6,9
112:24 130:16,19
130:20,23,24,25
174:13 230:1,2,22
231:5,10 236:16
241:14 284:19,24
285:2
**lungs**
229:21
**lupus**
132:5 291:11
**lymph**
347:6
**lymphadenopathy**
182:12 200:17,23
201:12,15 347:6
**lymphocyte**
182:18 184:13,16
185:10,16 186:10
186:12,16,20
190:11 193:14,17

193:20,23,25
194:6,10,17,20,23
195:4,10,13,16,23
197:9,14,22 199:2
199:4,9,18 204:15
205:11,15 207:15
243:6
**lymphocytes**
79:3 97:13,15,18
100:4 102:19
105:4,13 183:21
184:12 188:17
190:2,19 191:5,15
192:25 193:9
196:6 199:19
201:23 202:1
207:13 236:10
243:9
**lymphocytic**
3:23,24 78:8
187:20 200:9
**lymphocytosis**
79:10,16,18 81:19
81:25 82:2,5,22
83:3 180:25
200:19 204:5,10
205:2,20 206:6
209:13 210:19
215:9,24 218:11
218:14 243:13
325:22 348:9
**lymphoid**
5:15 48:16 80:8
**lymphoma**
3:20 4:4,20 5:7,9
5:10,12,19,22
15:25 16:4 22:4
22:23 24:10,12,18
24:20 25:1,4,11
25:18 26:1 47:19
48:20,23 49:4,8
49:17 50:3,25
51:8,12 53:10,14
53:18,23 57:23
59:17 60:2 64:11
64:16,18 69:6,10
75:17 78:5,11,22

86:1,3,5,7,20 94:6
99:22 102:24
103:1,4,13 104:20
105:18 111:2
113:7 114:24
115:9,17,25
116:13 117:10,22
119:22 120:5,20
123:6,9,16,23
124:5,11 125:2
127:22,24 128:4,7
129:3,8,12,17
130:7 131:19,25
132:17,25 133:25
139:16 140:5,9,25
142:13,25 143:12
144:7,13,18 145:1
148:21 150:22
151:7,24 152:13
152:21,24 153:2
153:14 154:8,19
155:25 168:9
200:9 231:21
233:24 234:5,15
241:20 245:16,24
246:1,9,14,23
247:13,23,25
252:9,25 253:7
254:2,6 257:8
258:1,20 262:19
262:23 263:5,11
263:14 267:16,22
268:14 270:17
277:16 282:24
285:10,11,14,17
285:19 286:5,19
287:10,15 288:2,3
288:4,6,10 289:2
289:7,18 290:14
290:17,21,24
291:6,16,21
292:19 294:8,12
294:14,16,17,20
295:17,21,24
296:5,9,13,24
297:9,14 298:9,14
300:7,14 302:5

304:20,23 310:20
311:24 316:19
320:8,21 321:10
321:20 322:3,7
325:25 326:11,19
326:20,23 327:2
332:17 333:4
336:6 344:14
347:11 350:11
352:12,22 354:11
356:5 358:19,24
361:15 362:10
363:2,9 364:13,15
364:16 370:3
374:25 375:4
376:5,25 377:3
380:11 381:6,11
385:19 387:2,7,11
387:17,18,24
388:7,18,24 389:3
**lymphomagenesis**
5:4
**lymphomas**
3:24 104:4 105:1
247:16 248:11
293:21 348:6
**lymphoproliferat...**
129:25 207:10
291:8
**Lynch**
109:12,17,21,22
110:12,15,18,21
220:3,5,8,13,23
228:17,18 229:15
233:15,16 234:3
242:12
**Lynn**
292:24

_____
**M**

**M**
1:16 3:4,10 4:3 5:3
6:12 7:5 363:9
404:13
**M-Y-C**
103:17
**M.D**

1:16 2:15 3:4,10
4:3 5:3 7:5
404:13
**magic**
198:5 204:19
**magical**
203:12
**maids**
247:21 250:3
**main**
235:6
**major**
5:19 235:5 356:17
357:12
**majority**
235:7,8 304:17
**malathion**
4:6 146:10,24
147:2,14 148:15
148:20,23 149:3
149:11,25 150:7
349:18,23 350:6
350:10,15,18,20
350:22 351:4,6,12
351:14 352:9,9
355:5,8,14 356:2
356:8,14 358:7,14
358:17,22 359:16
361:6,18 362:9,24
363:24 364:7,11
364:19
**male**
58:6 181:25 240:19
241:5 289:20
290:10,11,13
**males**
59:17 149:18
150:22
**malignancies**
5:15
**malignant**
4:20 247:13
**malpractice**
15:18
**mammalian**
151:1
**mammary**

149:19
**Manager**
1:20 401:4
**mantle**
294:19
**manual**
143:7
**manuals**
114:16,17
**mapping**
107:8
**march**
74:11 75:10 189:12
207:25
**marginal**
294:19
**mark**
43:8 189:1
**marked**
8:2,4,6 23:1 28:24
43:15 72:11 80:1
113:9 146:5
177:25 178:2,4
181:13 183:7
185:22 210:7
247:2 279:23
291:22 298:1
301:11 321:1
330:7 342:18
352:24 389:20
**marker**
154:7
**markers**
205:11 207:14
215:12
**Market**
2:10
**marketed**
153:23
**marketing**
61:24
**Marriott**
6:9
**marrow**
97:11,16 205:24
206:9,14,18,20,25
207:2,4,7,16

273:13
**mask**
266:1
**mass**
227:2,7 288:3
306:22
**Massachusetts**
245:3
**materials**
8:13,17 26:3,9,12
26:18 27:5 29:17
30:9 44:14 46:21
47:14 49:23 50:5
54:2,5,15 60:19
67:17 68:20 72:2
123:19
**math**
20:22 78:2 184:24
190:4,6
**matrices**
338:12,16
**matrix**
328:7,14
**matter**
6:13 93:13 122:3
241:9 290:19
349:4 362:16
388:14
**matters**
272:13 277:14
318:22
**mature**
97:18 200:10
**MBL**
82:5,10,13,18 83:7
83:11,21 84:3,8
84:12,13,16,19,21
85:1,9 90:14,17
90:20 104:10
188:19 191:21
202:11 215:11
216:24 236:2,11
242:13 243:2
**MBL/CLL**
209:16 213:13
222:17 235:9
**McDuffie**

62:20 63:4 170:8
170:14,18 172:17
172:21 263:20,25
264:11,13,18
343:19,24 344:7
344:10 354:21
**MCL**
53:2
**MCPA**
152:19
**MD**
3:12,14,22 29:4
**mean**
10:5 12:13 14:11
14:12 28:3 36:11
36:21 45:2,2,5,6
54:19 61:21 66:5
67:19 73:13 82:6
83:5 84:17 99:15
104:24 105:3
111:24 116:6,8
128:1,11 129:15
130:18,21 131:10
132:20 135:12,20
136:9 137:16
141:14,14,15,20
142:9,19 148:11
148:12,18 153:15
154:15 158:13
161:17 162:25
167:9,25 170:9
171:16 172:12
185:18,20 216:8
219:19 224:3
227:18 231:9,11
233:8 242:20,20
242:22 245:11
247:22 248:1
249:21 250:4
251:14 254:22
256:5 261:21
267:13 275:24
278:5,10 283:7
284:21 290:12,13
307:8,9 308:4
311:5,9 312:10
313:21 322:24

323:3 324:14
333:25 340:25
342:13 347:16
352:13 359:20
365:21 378:6,9
387:9 390:11
**meaning**
25:25 102:14
112:19 295:25
**meaningful**
119:4 135:25
136:11 165:2,14
249:16,19 250:24
301:3 378:13
381:23
**means**
10:3 49:5 54:21
73:6,15 82:7,8
95:8 112:10 128:2
131:3,6,10,12,16
138:9 157:19
158:15 160:5,8
200:25 242:18
250:8,10 272:11
272:12 274:3,8
279:2 306:4,5,10
340:14 361:21
362:8 364:11
376:13 378:9
381:3,9,19 382:4
385:5 386:10
391:24
**meant**
260:8 305:5 379:16
**measurable**
267:6,18,24 268:11
318:10,20,25
**measure**
163:12 259:3
370:22 373:25
374:12
**measured**
260:3
**measurement**
196:13,14 197:16
203:11 269:5
319:18,23 357:5

**measurements**
193:7 268:6,8
  308:12 317:23
**measures**
356:18 370:19
**measuring**
269:8
**meat**
362:15
**mec**
272:22
**mechanism**
102:1 104:21
  145:13
**mechanisms**
228:14
**med**
99:15 101:17
**Media**
6:11 134:25 232:11
  353:19
**medical**
4:12,14,16,18,22
  15:18 19:22,25
  20:4,9,13,23 29:8
  34:21 36:8,16,16
  36:20 37:3,15,18
  37:21 38:4,6 41:8
  45:24 46:2,11,14
  46:17,20 47:2
  49:3 50:6,18
  72:25 73:3,13
  74:16,17 185:15
  188:11,14 189:7
  199:12 200:21
  201:10 202:24
  203:9,20,21 204:1
  204:3 221:18,21
  223:16 226:21
  227:5,24 228:8
  229:14 230:16
  233:5 236:14,20
  237:6 239:1
  253:20,21 267:11
  268:5 272:7 273:3
  275:22 276:12
  277:12 279:15

281:11 283:16
284:1,5 287:12
288:11 289:16
307:22,25 308:3,9
308:10 318:24
347:5 348:22
363:7 376:21
378:12
**Medicare**
212:18
**medications**
129:23 291:11
**medicine**
47:18 48:3 156:24
  157:5,11,16,20,22
  158:10,14,16
  212:14 275:13
**medicolegal**
13:25 122:4
**meet**
81:23 82:11 177:18
  202:25 204:7
  209:24 261:22,23
**meets**
190:22 263:23
**Mellemkjaer**
5:8 298:5,17
**Meloni**
5:13 62:1 65:1
  67:14 320:24
  321:4,8,17 322:2
  322:19 325:6,15
  325:18,21 326:1
  327:7,13,17,20
  328:14,18 329:7
**members**
5:6 33:8 298:13
  331:15
**Memorial**
86:22,25
**memorize**
136:24 181:11
  189:10 264:9
  266:20 275:8
**memorized**
11:18 13:16 36:21
  37:8 79:8 124:1

182:25 183:4
185:20 187:18
192:18 213:4
222:1 264:8
347:24
**memorizing**
35:2
**memory**
13:14 18:19 26:21
  27:11 30:2 82:17
  131:22 136:20
  166:2 171:5 188:7
  192:11 228:5
  229:10 264:2
  299:8 300:22
**memos**
154:23
**men**
5:22 115:8 235:9
  235:20 240:24
  286:24
**mental**
206:7
**mention**
262:25
**mentioned**
54:25 82:4 131:24
  143:6 145:25
  155:23 215:5
  291:12,13 335:18
  362:17
**mentioning**
89:3
**mentions**
246:19
**merited**
297:12
**merits**
343:5
**mesothelioma**
130:17,19 241:15
**mess**
391:6
**Mester**
4:21 247:6
**met**
42:5 44:2,3,5

208:21 361:6
**meta**
332:19 334:5
**meta-analysis**
63:14,16,22 64:14
  64:20,23 65:1,9
  65:18,23 134:9,15
  136:14 151:18
  258:14 297:2
**metals**
250:1
**metastatic**
229:24 230:2,4
**method**
83:22 140:18
**methodology**
64:5,7 127:20
  245:20,22
**methods**
125:24 126:1
  348:18
**methotrexate**
275:18,20 276:5,10
  277:5
**mice**
58:4,6 60:14
  148:23 149:3,11
  150:21
**microsatellite**
109:24 110:4,19
  229:1
**mid**
119:11,15 223:5
**mill**
245:5,9,15,18
  246:13,16,20,22
  247:1 248:4 251:8
  251:12
**mind**
24:22 57:1,2
  132:19 142:15,22
  184:23 207:19
**mine**
330:1
**minimum**
39:18
**minus**

36:4
**minute**
8:23 81:18 396:3
  398:15
**minutes**
7:13 8:18 144:21
  151:23 261:5
  323:24 354:5
  356:7 389:8
  393:13 395:17
  398:18
**miscalculation**
167:24
**mischaracterizes**
148:8
**misclassification**
167:8,22 168:5,10
  169:13 170:6
  172:15
**misclassify**
168:6,8
**misinterpreted**
124:12
**mislead**
390:9
**mismatch**
228:14,20,25
**mispronounces**
9:6
**misremembers**
166:3
**missed**
125:5
**Missouri**
1:2 2:11
**mistake**
98:24
**mistakes**
101:11 135:22
**mitosis**
96:22
**mixtures**
356:21 357:18
**MLH1**
110:7
**models**
361:8

molecular
107:11,14
mom's
312:1,4,14
moment
8:21 23:25 58:23
78:10 360:3
363:20
Monday
1:12 6:6 401:7
money
191:17
monitored
186:17,18 198:10
198:20 199:1
monoclonal
79:5,9,16,18,23
80:13 81:19,25
82:2,4 83:3,7,11
183:14 184:14,18
185:3,6 186:21
187:15 188:17
189:6 190:12
196:2,6 197:3,23
198:1 199:19
200:11,19 201:22
202:2 204:5,10
205:2,19 206:5
207:10 209:4,13
210:19 215:9,24
218:10,14 236:8
240:18 241:24
243:9,12 325:22
348:9
monoclonality
193:10,11
monograph
52:9 127:10 151:12
151:16,21 350:14
monomorphic
200:10
Monsanto
1:8 3:12,14 6:14
7:16 9:2 61:6
Monsanto's
61:15
month

225:6 256:17
months
261:5
Moore
20:10 22:11 33:5
37:4,25 43:25
44:2,5,8 45:19
46:3 53:12 92:13
132:22 179:5,10
270:20 271:2,4,7
271:13 273:7,13
273:19 274:16,19
274:22 275:6,9
276:4,22 277:15
279:12,18 280:2,9
281:9,14,20 282:1
282:9 283:5,25
284:3,24 287:17
289:6,25 294:11
299:7,15 304:10
307:17 308:7
309:6,17,20 310:1
310:4,7,13,18,24
311:25 312:13,17
312:20,24 313:13
313:18,25 314:6
314:11 315:9,12
315:15,17 316:1,6
316:8,12,14,24
317:23 318:6,10
318:14,20,25
319:9 326:4
327:12 334:10,15
334:24 335:3
346:8 350:20
351:3,17 358:10
358:13 363:10,12
363:13,13 368:4
377:4 380:14
390:14 397:3,7,10
397:13,16,19,22
399:8
Moore's
20:13 24:2 37:17
44:11 45:21,24
52:18 272:2,7,17
272:22 273:2,25

274:6,10,25
277:12 278:20,22
279:6,15,20
280:12 284:5,14
285:25 287:3,5,22
288:17 289:12
305:7 307:22
308:2,25 309:13
309:23 312:2
314:21 315:3
316:21 317:13,17
317:21 319:18,24
320:3
morning
6:2 7:10,11,23 8:10
39:23
morphology
80:18 200:13
Morton
301:15 302:3
307:10,17
mouse
55:18,23,25 56:3,4
56:6 58:3 59:11
59:15 60:10,18
61:2
move
334:13
MSH2
110:7
MSH6
110:7
MSI
228:17 233:14,20
233:21
muddies
139:22
muddy
140:3
multicenter
5:12
multifactorial
128:14
multiple
5:21 219:5,13,24
220:20 228:15
229:21 230:9

316:16
multiplying
262:9
mutated
105:13
mutation
98:22,24 99:4,7
100:18 101:13
102:5,8 103:13,14
103:19,22 107:24
108:2,3 109:6
111:14 112:19
113:6
mutational
103:10 109:10,13
109:20 111:1
mutations
100:3,11,24 101:4
101:25 102:10,15
102:18,24 103:2
103:25 104:5,13
104:17,20,23
105:4,8 107:20,24
108:11,18 109:1
111:5,25 112:3,7
112:13,18,23
216:5 273:3
MYC
103:14

_____

**N**

N
3:2 371:22 376:14
name
6:3 8:24 9:1 17:23
30:12 57:9,17
65:20 87:20 93:23
103:25 104:5
111:11 143:10
172:4 178:25
179:6 351:24
363:11
named
401:6,11
names
146:16 179:17
181:11 198:19

293:15
napkin
171:9
Napkins
171:8
National
113:23 114:5
118:17 293:3,6,10
NCCN
157:17,24 278:6
NCI
118:21
near
327:21
nearly
14:25 277:21
necessarily
65:12 193:8 259:13
286:9
necessary
253:5 402:5
need
37:7 39:25 58:14
59:10 70:21 74:25
76:7 92:20 110:22
145:2,24 147:24
155:6 171:6,7
173:15,22 176:9
176:25 183:3
188:16 190:12
201:13,15,19,21
201:22 206:3,7
207:11 212:9
216:15 218:20
220:24 221:7
253:19 259:6,19
270:7 273:6
286:12,15 291:17
306:3 319:20
324:3,23,25
329:24 342:16
347:25 353:12
378:10 381:13
needed
78:24 104:13,17
206:21
needless

207:7
**needs**
82:8 206:6 220:4
233:7
**negative**
134:8 217:11,16
218:2 224:1
272:23 273:16
**neither**
152:4 183:5 229:13
**neoplasm**
200:9
**neoplasms**
85:20
**Neugut**
32:2
**never**
10:24 19:7 31:22
40:5 44:5 45:8
70:18 72:4,7
89:10,23 102:12
139:11 191:12
202:18 208:21,25
209:3 210:5
219:19 227:19
235:10,20 236:1
253:11,17 256:23
256:24 257:2,6
265:17 268:2
276:17 310:21
318:20 354:1
356:7 380:25
381:2
**nevertheless**
202:23 350:13
**new**
7:14 12:23 18:25
26:7 38:13 39:1
40:14 50:7 66:21
72:10 100:21
106:22 107:5,8
117:9,18,22 118:9
118:12 142:2
146:19 149:2
153:21 165:19
171:21 175:25
183:2 210:25

231:2 235:25
236:3 260:19
270:10 274:4
280:6 283:25
303:3 315:10
319:5 322:14
323:1 335:9 337:3
376:9 387:5
**NHL**
25:6 58:5,20 59:24
63:21 78:4 81:12
81:14 85:22 94:17
95:17 103:5,9
115:2 116:20
118:6,9,12,21
119:7,19,25 120:7
120:17 121:9
124:18 133:7,10
142:16 143:2
144:1 145:6,10,12
145:21 146:1
147:18 152:3,16
154:10,11,14,21
171:24 173:5
176:18 177:1,3
220:19 236:15
238:22 244:7,11
244:18,24 246:25
248:5 251:10,13
257:5 258:16
259:5,12,20 270:5
270:24 292:10,16
292:18 294:1,1
295:6 296:20
297:6 300:10,15
300:20 303:4,5
308:8 321:25
326:6,13,15 327:8
327:9 332:20,24
333:16 334:12,16
334:20,22 344:13
344:23 345:1
346:2,12,15
347:17 348:2,4,5
348:24 349:15
350:15 355:2
361:3 362:5 365:8

365:15 368:19
371:21 372:1,11
372:24 373:12
386:17,22
**nice**
30:4
**nickel**
35:25
**night**
83:13 122:12,15,19
123:2,5,9,14,21
124:4,11,18 125:1
182:8
**nightly**
281:2,10
**NIH**
113:25 114:2,8
**node**
347:6
**non-HCA-affiliat...**
74:4
**Non-Hodgkin**
3:20 4:4 5:9,10,15
5:18,22 302:4
**Non-Hodgkin's**
5:7 16:4 24:10,12
24:19 25:11,18
47:19 48:23 49:8
49:17 50:3,25
51:8,12 53:22
64:11,17 69:6,9
78:5,22 86:19
102:24 103:1
105:18 111:2
113:7 114:24
115:9,17,24 116:6
116:13 117:10,22
123:6 125:2
127:22 129:3
132:24 133:25
140:5,9,25 142:13
142:24 144:7,17
145:1 148:21
151:7,24 152:13
153:2,14 154:8,19
155:24 234:5
241:20 245:16,24

245:25 246:9,14
246:23 252:24
253:7 254:1 257:8
257:25 258:20
262:19,23 263:5
267:16,22 270:17
282:24 285:10,13
290:24 291:5,16
294:8,12 295:16
295:20,24 296:4
296:13,24 297:9
297:14 298:9,14
299:19 300:7,14
320:8,21 321:20
322:3 325:25
326:19,20,23
327:2 332:17
344:14 347:11
350:10 352:12
354:11 356:4
358:19,24 361:15
362:10 364:12,14
364:15 370:2
385:19
**nonadjusted**
370:7
**nongerminal**
271:24 272:8
**nonhealing**
226:12
**Nonretained**
3:16 23:5
**nonselective**
95:5
**nonsignificant**
58:20 303:22 304:2
334:7,17 335:1
366:9,11,12
367:13,19 368:6
379:4 388:25
**nonsmokers**
130:19
**nonstatistical**
58:10
**nonsystemic**
298:23
**normal**

105:1,3 107:21
213:16 214:12
**normally**
207:6
**North**
5:19 62:24 338:24
339:8,18 358:17
358:22 359:17
360:9 361:13
**Northwest**
74:14
**Norway**
5:16
**Norwegian**
333:6
**Notary**
404:22
**notation**
306:4
**note**
181:17,22 187:9
207:25 213:21
214:18 219:10
280:2 324:21
**noted**
208:4 404:9
**notes**
4:8 41:8,24,25 42:9
42:10,13,18,20,21
43:2,4,22 59:2
92:15,16 123:10
178:11,21 179:4,8
260:12 262:11
271:13 283:11
312:10,14 401:14
**nuance**
128:11
**nuances**
165:22
**number**
6:11 7:15 10:1,19
11:5,14 12:3 13:3
14:3,14 77:3,21
79:10,22 81:23
84:23 85:7 92:6,9
92:12,24 93:3,17
105:8 108:15

121:1,5 126:6
135:1 155:11
164:2 191:22
198:5 199:15
202:1 203:7,8,13
204:6,9,13,15,19
204:19 210:6,14
211:3,13 232:11
249:18,23 257:21
259:24,24 260:16
261:16 262:2,4,8
263:1,7,12 292:19
292:21 306:21
308:14,15 323:8,9
326:17 334:19
339:24 343:19,21
353:20 362:25
370:23,24,25
371:15 375:21
377:11 381:19
383:6,8 385:12
386:5 399:9,12
**numbered**
302:19
**numbers**
11:18 36:15 64:13
109:19 118:24
135:15 202:17
205:7 248:3
249:16 256:10
290:15 310:12
323:16 325:12
327:9 340:13
343:17 346:24
349:7 361:1
366:20 370:6,7,8
370:9,10 373:23
379:25 386:16,18
390:8,22 391:6,7
391:10 393:9
396:10,11 398:20
398:22 399:17

---

**O**

**oath**
256:6 257:4 310:22
**obese**

243:16 244:4,19,25
**obesity**
243:19 244:1,5,7
244:10,13
**object**
235:14,19,21 236:2
320:10 363:25
**objected**
287:25
**objection**
15:3 47:9 54:8
60:15 61:5,18
63:9 64:4 75:23
88:16 92:4 93:6
93:10 94:23 95:13
101:9,20 103:8,11
109:16 115:19
116:1 119:8
120:24 121:22
127:3,7,17 128:10
129:4 131:15
135:11 138:21
140:1 142:18
144:8 148:8 154:4
155:5 156:7,11
158:12 160:22
161:16 162:24
163:16 164:7
168:21 172:11
174:10 209:17
212:8 213:14
216:2,18 233:19
234:22 237:22
239:25 240:20
243:21 249:6
253:1 256:21
257:10 259:9
261:19 263:16
266:19 269:1
271:1 278:1
287:19 289:22
295:23 296:2
297:1 303:24
304:13 310:16
311:3,15 313:7
314:10 317:8
319:12 320:1

323:6,18 326:8
328:24 345:7
349:3 350:2,23
356:10 362:13
364:4,21 367:21
368:7,15 370:15
371:2 376:18
379:12 381:1,16
382:1 385:9 386:7
**objective**
197:20 201:17
**obligated**
370:8
**Observations**
203:17
**observe**
105:8
**observed**
112:24 215:24
**obstructive**
223:1,4,17,20,25
224:6
**obtain**
29:10
**obviously**
261:25 304:3
**occasion**
189:6
**occasions**
18:5 266:22
**Occupation**
4:20
**occupational**
5:11 242:3 246:11
247:13 287:9
290:16 321:9
328:7
**occur**
100:3 102:11
107:20 114:20
138:10
**occurred**
166:9
**October**
194:6,12,16,22,24
195:1 210:11
**odds**

63:25 164:8,11
165:6,13,19
170:22 173:1,23
173:24 248:9,19
248:23 250:15
251:3 300:14
303:16 304:6
306:19 321:20
322:5,18,24 323:3
355:5,8,14,17
356:2,14 365:11
365:12,16,19
366:8 367:5,8
368:5 369:17,20
370:14 375:7,14
379:3 380:5,18
382:15,20 383:24
384:13 387:11,19
387:23 388:2,6,19
388:24
**offer**
22:2,6 25:15 28:2
28:18 55:8,14
61:3,14,17,23
**offered**
122:8
**offering**
24:13,20,23 25:8
30:25 31:19 33:2
47:22 52:24 54:17
58:2 59:11,15,19
60:10 127:21
152:6,12,23 177:2
177:3 270:15,22
**office**
221:7
**Offices**
2:4 6:20
**Oh**
59:1 66:20 83:17
114:7 141:21
150:18 175:18
179:22 206:12
213:22,23 231:12
268:16 302:21
322:11 346:21
374:10

**Ohio**
15:9
**okay**
7:22 9:2,3,8,9
10:22 12:23 18:15
19:16 21:4 23:20
26:6,13 27:2,7
28:23 32:10,22
33:10 37:12 38:11
38:14 41:12,23,25
42:17 44:16 45:14
45:18 47:2 48:11
48:12 49:13 53:7
54:15,23 55:8
56:19 57:5,10,12
58:13,15 59:14
60:24 62:4 66:5,7
66:14,20 67:7
68:22,23 70:21
71:18,21 73:7
76:12 77:12,17
83:7 84:24,25
86:14,15 88:4
92:21 96:9 99:4
108:2 110:10,11
112:11 117:8,9
119:5 121:8
122:23 124:24
126:12 128:18
131:12 134:22
135:7 137:5
141:18,19 142:22
143:14,21 144:23
147:11,23 149:9
151:15 154:13
155:15,21,22
158:24 165:3,17
167:18,20 169:10
170:25 171:18,21
174:17,18 176:13
176:15 177:16,17
178:25 179:3,4,22
180:14,17,21,23
181:6 184:8 185:1
187:5,6,8,10
188:15,25 189:3
189:12,20 192:8

192:19 194:15,25
196:21 198:15,19
200:4 201:17
206:16 208:2,3
210:20,22,25
211:1,7,16 212:2
214:6,13 217:13
222:3,18 224:19
224:20 229:9,11
231:1 235:16,23
236:24,25 237:20
237:24 238:10,13
239:5,17 245:20
246:18 250:13
253:13,14 257:22
258:5,6 260:10
264:11 268:20
269:16,17 270:6,8
271:2,11,17,17
272:6,9 274:4,4,8
274:12 276:1
279:22 280:6,11
281:8,12 282:3
283:12,19,23
284:22 288:15
290:6 292:17
295:18 299:12,18
299:22 300:3
302:8,23 303:3,18
305:5,20,22,24
306:17 307:4
315:1 316:23
319:4,5 320:8,10
320:14,23,25
321:24 322:13,15
322:17 324:4,11
327:7 328:5
329:23 330:1,6
333:14 334:13,14
334:21,22 336:6,8
336:25 338:6
340:9,10 341:7,18
343:14 345:20
347:4 352:5,7
353:16 354:23
357:9 359:11,12
361:9,10,17 362:3

362:7 363:17,18
363:19,22,23
366:8,19,21
368:17 371:21
372:1 374:11
384:25 386:3
387:16 388:13,18
389:18 390:7,10
391:8,9,15 392:2
392:18 393:10,14
393:20 394:14
395:2,13,14 396:5
396:13,15,19
397:1 399:1,1,4,7
399:24 400:4
**old**
181:2 271:7
**older**
222:11 241:25
**omitted**
275:12
**once**
11:25 40:5,7
259:15
**oncologic**
87:11
**oncologist**
49:3 72:19 87:23
93:12 99:12,19
107:1 112:3 113:3
129:7 136:23
144:16 157:14,18
162:7,21 168:2
185:13 186:1
187:21 191:1,3,8
191:16,19 196:7
196:24 198:2,9,18
203:11,16,20
204:13 219:3,12
230:8,21,25 231:5
237:17,25 238:9
243:4 245:2
267:11 278:22
279:7 290:9
311:14,20 319:3
348:22 378:12
381:20

**oncologist's**
272:14
**oncologists**
75:16 89:17 190:16
**oncology**
72:20 87:4 99:14
278:17
**ones**
24:22 95:11 148:2
224:10 235:5,6
330:16
**ongoing**
131:10
**online**
29:9 232:15
**open**
7:20 68:21 399:25
**opining**
25:3 225:15,21
267:15,21
**opinion**
17:15,20,21 22:3
22:22 24:23 25:8
25:12,15 26:22
50:2 52:24 53:21
53:25 59:15,19,20
63:19 71:3 81:1
94:11 101:7
104:12,16 111:16
120:21 122:8,17
129:16 132:22
134:10,18 135:24
136:7 147:16
148:14,16,17,19
149:21 150:5
151:6 152:6,12,23
154:5 156:14
158:6,15 162:17
168:22 172:19
176:18 177:2,3
196:11,15 197:15
203:18,24 204:16
213:5 216:14,16
216:24 218:22,24
219:20 234:4,9
236:13,19 238:20
239:1,14,14,15

243:2 253:3
254:22 256:22
257:24 261:11
262:18,23 263:5
263:10,13 267:17
270:15,22 273:8
273:11 279:11
286:13,16 287:11
312:11 319:20
326:1 329:1
346:10,23 347:8
348:21,25 352:11
352:23 366:11,16
367:25 370:2,23
376:20
**opinions**
9:18,18 22:6,13,15
22:16 23:17 24:13
24:20 25:6 28:1,4
28:16 30:25 31:19
32:16,20 33:1
47:3,8,15,18,22
49:24 51:21 54:17
55:8,13 58:2,16
59:11 60:9,17,22
60:22 61:2,15,19
61:24 69:13,17
70:25 71:10,11
72:3 88:5,10 94:7
94:12 121:13
122:7 127:21
129:10 137:17
158:22 168:24
185:12 229:18
233:24 240:7
249:17 269:20
277:14 307:11
308:7 311:23
320:4 325:24
326:3 342:6
352:16 367:23
**opportunity**
9:17 45:14 211:25
341:21 354:3
355:20 382:3
399:16
**opposed**

51:13 96:11 119:2
122:1 207:1
238:17 278:16
296:21 385:7
**option**
217:6 253:8
**order**
59:10 79:6,23
110:21 155:1
198:9 259:5,20
296:12 311:6
322:10 353:5
**ordered**
219:20 220:23
**ordering**
400:2
**ordinal**
306:20 362:19
375:13 377:5
378:5,6 379:3,5
380:21,22 381:5,9
381:13,14,18,23
382:19 383:2,7,13
383:18,19,20,25
384:12,17,17
386:11,13 391:21
391:23,24 392:3,7
392:10,13,15,16
392:20,21,24
393:18,19 394:6,9
394:13,16,19,25
395:20 398:25
**organism**
160:9
**organisms**
209:21 212:12
**organization**
48:19
**organomegaly**
182:12 200:17
**orient**
336:4 398:23
**original**
8:13 26:3,9,17 27:5
36:16 402:14
**originally**
27:8

originate
97:15
osteosarcoma
232:23 233:11
outcome
139:24 140:4
163:13 165:8
166:15,16 167:5
205:3 358:24
401:19
outcomes
224:1 278:14
output
91:18
outset
7:12
outside
22:18 88:18,21
92:5,23 99:13
102:20 127:15
154:1 319:10
ovarian
174:13 230:4,22
231:5,11
ovaries
229:22 230:1
overall
12:7 64:2 164:19
248:20 296:21
297:7 303:5 304:5
321:25 325:25
326:6,20,23 327:2
327:8,9 332:17
334:12,16,20,22
344:13 346:2,12
348:2,24 365:8,15
369:1,12,15
371:22 372:1,11
372:24 373:13
386:17,22
overnight
40:6,7
oversight
67:24 71:15
overweight
243:16 244:18,25
280:16

owns
74:2
oxidative
25:24
oxygen
26:1

**P**

P
143:7 252:12
373:25 374:4,5,6
374:12,16,20,24
377:9,13,17 378:9
P-o-r-t-i-e-r
57:9
P-trend
374:8,10,10
p-value
163:9,17 164:1
384:4,6
P-values
373:21
P.A
2:4
P.C
2:9
p.m
90:9,10,10,12
134:23,24,24
135:1 177:6,21,22
177:22,24 221:11
221:12,12,14
232:8,9,9,12
255:16,17,17,19
301:22,23,23,25
320:15,16,16,18
353:17,18,18,21
396:1 400:6,8
pack
93:20 284:6
pack-a-day
284:8
page
3:4,10 4:3 5:3
19:18 21:1,4
23:11,14,15,18,18
28:8 80:10 83:17

115:4,21 117:4,5
117:7,8,17 146:21
147:7 150:8,13,15
150:17 194:13
211:8 214:1
233:13 247:10
281:14 283:17
292:23 300:4
302:18 304:25
314:20,22 316:20
327:20 330:25
332:12 336:5
337:4 338:2,4,9
338:22 339:3
343:10,12 344:20
349:11 354:13,24
359:3 395:1,1
403:4
pages
8:10 404:4
Pahwa
5:20,24 62:17 63:1
63:5,7,10 64:24
66:10,24 342:22
342:25 343:2,6,15
343:23 344:1,4,8
344:11,13,16
345:11,23 346:12
347:10,19 348:3,8
349:1,11,12,17,21
351:19 358:18,23
363:6,17,22 364:8
364:25 365:4,11
365:16 366:8
367:1 368:5,11,18
368:22 369:11,17
369:20,23 370:10
370:13,18 371:8
371:17 372:1,9,13
372:19,22,24
373:3,7,12,15,18
373:22 375:10,20
376:10 377:19
381:13 384:13
385:7 386:3 387:4
387:6 389:2,18,24
389:25 390:4,17

392:22 398:20
399:10,13
paid
36:2
painful
226:24
pair
315:18
pairs
96:25 97:2
pandemic
12:5,7 14:5,8 74:9
panic
222:23
paper
10:4 14:11,20 45:9
53:9 65:4 68:14
124:2 167:12
245:5,8,15,18
246:13,16,20,22
246:25 247:18,25
248:4,14,14
249:25 251:8,12
283:9 340:8 341:4
348:18
papers
53:2 111:14
paragraph
247:11 327:21
339:9,12 343:11
343:12,15 344:22
345:18 359:10
parallels
236:22
paraquat
153:2,7,9,11
parathion
4:6 146:10
part
28:21 113:25 151:4
225:3 233:13
242:11 266:18
354:17
participants
331:9
particular
76:17 81:8 88:5

92:25 138:16
142:10 159:23
161:14,24 162:4
168:19 169:12
174:6 176:8 224:1
263:12 267:16,22
286:13 296:13,23
297:8,9 320:6
327:10 347:13
parties
401:16
parties'
401:17
partner
75:8 76:6
partners
76:10,11,12
parts
260:3
passenger
102:7
passions
95:20
pathologic
49:1
pathologist
48:25 49:7 55:16
187:19 188:20
191:20 196:15
204:3 205:8 238:1
pathologists
204:8
pathology
49:5 90:25 122:21
239:22 240:10
243:4 288:22
289:10
patience
39:2
patient
18:8 72:24 73:2,3
73:14,18 75:1,7,8
76:17,23 78:24
79:1,7 82:19
83:11 89:10
104:13,17,22
105:2 106:5,10

| | | | | |
|---|---|---|---|---|
| 122:2 129:21,21 | patterns | 185:1 190:2 191:5 | 123:12 242:7 | 1:24 |
| 130:5 139:13 | 111:5 112:1,23 | 191:15,23 194:2 | 298:18 300:7 | **phenomena** |
| 166:3 181:24 | 113:1 357:1,24 | 207:13 243:8 | 315:12 | 263:18 |
| 190:18,18 205:5 | **Paul** | 248:9,20,23 249:2 | **personally** | **phenotype** |
| 205:14,18 206:1 | 1:5 2:9 6:13,21 | 250:16 251:4 | 75:13 312:25 | 80:18 200:13 |
| 207:8 208:21 | **pay** | 303:19 322:21 | **persons** | **Philippa** |
| 209:22 212:20,24 | 30:12,18,21 144:2 | 323:5 332:21 | 117:25 | 199:11 |
| 214:15,21,21,25 | 313:24 | 333:22 334:1 | **perspective** | **phone** |
| 219:18 220:20 | **PCBs** | 335:5,7,10,13 | 3:19 272:14 | 2:6,11,17 10:16 |
| 230:9,22 240:17 | 52:5,10,13,15,18 | 336:2,16,20 | **pertinent** | 34:7,9 39:2,3 |
| 241:4,23 242:6,13 | 52:22,24 | 337:12,21 355:23 | 346:17 | 41:11 56:13,15 |
| 242:17 289:19 | **pediatrics** | 356:15 367:6,13 | **pesticide** | 58:23 59:7,9 |
| 290:8,21 294:10 | 76:18,21 | 367:18 375:15 | 5:14 15:22 69:3,5 | 143:15 155:2,8 |
| 304:1 346:25 | **peer-reviewed** | 378:19 380:18 | 91:24 94:25 | 184:22 |
| 347:19 348:14 | 136:1 157:16,19,23 | 382:16,20 384:1 | 139:17 143:6 | **photos** |
| **patient's** | 158:3,22 | 384:14 388:20 | 145:10,17,20 | 255:4,7 310:3 |
| 89:6,15 93:9 166:2 | **peers** | **percentage** | 156:4,21 328:22 | **phrasing** |
| 246:8 252:24 | 139:8 | 13:21 77:25 78:4 | 328:22 331:13 | 73:5 |
| **patients** | **pen** | 96:10 130:5 193:4 | 332:16 338:13,17 | **physical** |
| 39:23 72:22 73:16 | 261:7 | **percentages** | 355:1 356:18 | 44:8 200:20 201:10 |
| 74:19,22,25 75:14 | **pending** | 205:9 | 357:2,4,13 358:4 | 201:17 239:23 |
| 76:7 77:1,4,18 | 341:16 | **perfect** | **pesticides** | 240:11 254:5 |
| 78:7,14 82:11,13 | **people** | 98:15 | 5:22 91:7 94:18 | 288:1 289:11 |
| 82:20 84:21 90:20 | 31:8,24 36:1 84:15 | **perform** | 95:15 139:15 | **physician** |
| 98:2 99:22 104:19 | 110:1 115:1,13,16 | 50:17 136:25 | 140:3,8 141:1,7 | 15:7 17:12,13,19 |
| 104:25 110:15,18 | 126:19 166:8,11 | 137:19 162:17 | 144:24 145:5,12 | 17:22 18:7,10,12 |
| 111:1 113:6 | 166:12 168:6 | 292:8,14 | 146:1,22,24 148:6 | 196:12,16 201:21 |
| 129:18 130:2,18 | 170:3,5 216:9 | **performance** | 156:3,8,13,14,18 | 202:4 203:15 |
| 135:16,23 136:6 | 242:24,24,25 | 208:7,19 279:4,7,9 | 173:9,13,17,20,25 | **physicians** |
| 145:7 152:4 | 244:3 249:17 | **performed** | 329:7 349:13,15 | 106:9 187:22 |
| 159:24 207:7 | 259:1 293:12,12 | 44:7 182:21 186:5 | 354:18 356:13,21 | 188:20 205:13 |
| 209:19 212:11 | 293:15 328:18,21 | 188:3,10 216:11 | 357:11,17 359:5 | 328:7 |
| 223:9 228:15 | 338:19 351:9 | 218:18 399:9,13 | 359:12,24 360:8 | **physics** |
| 231:5 241:2,11,19 | 352:7,8,9 356:2,4 | **performs** | 360:19,23 361:14 | 317:3,11 |
| 242:2,19 249:22 | 356:12 375:17 | 125:21 | 362:4,17,22 363:4 | **pick** |
| 250:24 251:1 | 377:3 | **period** | 365:12 367:10 | 79:3 81:4 86:2 |
| 294:18 300:11,17 | **people's** | 119:21 | 369:21 370:4,14 | 386:11,16 |
| 304:17,21 339:25 | 55:7,22 | **peripheral** | 374:18,22 375:6 | **picking** |
| 347:17 348:11,12 | **percent** | 80:19 83:9 184:5,7 | **Pet** | 278:4 |
| 348:19 349:1,7 | 12:12 13:23 78:3,6 | 206:19 207:4 | 273:22 | **picky** |
| 372:13,19,24 | 83:23,23 84:2,2 | **perjured** | **Petri** | 33:25 |
| 373:4,7 375:24 | 84:12,15,21 85:3 | 310:22 | 100:24 160:5 | **piece** |
| 377:23,24 378:21 | 115:8,14 117:11 | **person** | **Peu** | 45:9 283:8 |
| 379:1 385:12 | 118:22 119:3 | 162:9 | 191:9,10 | **pieces** |
| 386:5 | 130:14 164:1 | **person's** | **PFS** | 276:1 327:3 |
| **patients'** | 170:4,16 183:15 | 93:1 129:8 | 252:11 254:10 | **pile** |
| 129:12 267:16 | 184:3,4,6,12,19 | **personal** | **ph** | 180:22 |

pillars
141:13,14,16 142:6
  142:7
place
70:1 306:11
places
102:1
plaintiff
36:9 37:22 38:17
  45:21 46:8 52:21
  53:17 123:15
  158:8 178:18
  180:8,11 246:3,4
  251:23 252:5,8,15
  252:18 253:12,17
  253:25 256:8
  287:3 308:25
  309:7,10,15,18
  387:2
plaintiff's
17:16 23:12 123:6
  253:20 352:23
plaintiffs
1:6 2:3 6:20,22
  12:11 15:1 18:23
  19:2,21 22:8,10
  33:1,24 34:4 38:3
  42:10,20 123:11
  144:4 145:22
  172:2 179:12,13
  179:16,19 180:2,5
  246:1 327:10
  354:10 371:7
plaintiffs'
3:15 23:5 31:11
  50:10,13 56:17
  59:6 176:24
  267:22
planning
35:24
plateauing
119:7,19
play
232:2
please
6:15 8:24 23:14,18
  41:14 150:19

163:8 187:1
199:22 200:8
201:3 203:3
210:16 228:6
248:6 301:16
402:4,9
Pleu
20:1,4 22:10 33:5
  37:25 42:3,5,8
  43:25 46:6,15
  53:14 92:13
  123:10 133:2
  178:19,21 180:17
  180:24 181:2,18
  182:4,8,11 183:13
  187:14 188:23
  189:6 191:10,11
  191:12 195:6
  196:2 197:3,21
  199:1 203:25
  208:19,25 209:3,6
  209:15 213:1,11
  213:12 218:18,21
  220:7,25 221:25
  222:9,16 223:1,7
  224:22,25 225:9
  225:18,24 227:2,7
  227:19 229:20
  231:15 234:3,8,25
  236:9 237:2 243:5
  243:16,20,24
  244:2,14,16,22
  245:2,7 252:7,11
  252:15,21 253:6
  254:9,12 255:2,5
  256:3,22 257:1,11
  260:19,20 261:2
  261:17 262:4,8
  263:8,12 265:1,5
  265:10,13,23
  266:6,9,13,22
  268:5,11,24
  269:23 270:11
  287:7,25 307:25
  326:5 327:16
  332:24 333:7,16
  333:20 346:1,7

347:12 348:1
350:19 351:3,16
358:1,7 363:8
368:10 390:14
396:9,19,21
397:25 398:3,6,9
398:12 399:12
Pleu's
20:7 24:1 37:15
  42:7 46:8,11
  52:15 182:15,18
  182:22 183:10
  185:3,10,16,25
  186:7,12,16,20
  188:11 189:22
  190:1 193:17
  194:6,9,16,19,22
  195:3,9,12,15,22
  196:23 198:17
  199:5,12 200:21
  203:21 208:22
  210:1 212:3
  214:11 215:5
  216:6,17 218:4
  219:3,12 221:18
  221:21 222:6,19
  224:18 225:16,22
  227:24 229:14
  230:15 233:5,17
  235:12 236:6,8
  237:6,10,14,16
  238:8 239:7,21
  240:12 251:18,23
  252:3 254:15
  255:9,23 256:10
  260:9,13 261:12
  269:6,11,19
  270:17 347:5
plus
36:4 40:2 83:12
  243:6 372:5,8,16
PMS2
110:7
point
9:4 55:4 71:13 99:7
  112:7,12,19
  115:10 121:23

124:2 131:5,13
186:20 187:12,14
193:14 195:25
196:1,5 197:1,2,8
197:13 198:3,12
200:20 201:8,18
204:20 206:2,5,7
210:22 235:12
236:5 239:18
243:10 247:12
250:17 268:10
276:15 277:8
287:2,13 288:21
290:20 302:19
308:13,14 318:4,9
318:23 394:23
pointed
186:25
points
342:11
polyp
109:24
pooled
5:16,20 63:10
  330:22 343:4
  358:17,22 359:17
  360:10 361:13
pop
292:13
population
4:20 76:18 82:20
  83:21 84:1 130:5
  183:14 184:14,19
  185:4 186:21
  187:15 189:7
  190:12,18 193:5
  196:3 197:4,23
  201:23 209:4
  236:8 240:18
  241:24 244:4
  290:13 348:14
portends
215:19
Portier
57:8 60:6
Portier's
60:9

portion
130:25
poses
126:18
position
295:16
positive
134:7 170:14
  205:11 215:16,19
  218:6,9 231:19,20
  347:25
possible
107:19 109:1 111:4
  126:22 231:14
  268:13 292:12
  318:19
possibly
163:13
post
291:8
post-therapy
278:8
post-transplant
129:25 291:9
post-treatment
274:25 278:15
postings
314:15 315:4
potential
121:25 127:1 166:3
  244:13 245:25
  247:12 362:9
  364:1,7
potentially
168:15,19 172:8,14
power
135:16
PP
315:9
Practically
76:12
practice
48:25 76:4,10
  77:25 78:5,15
  89:5 93:5 114:14
  121:20 122:25
  129:6,11,19

157:20 158:9
241:9,10 242:16
290:9
**practicing**
157:18 230:25
**precursor**
81:24
**predates**
222:16 279:20
**predicate**
363:25
**predisease**
208:8 279:3
**predisposed**
209:20 212:11
**predisposes**
110:15 128:12,21
228:14 231:16
**predisposition**
109:23 110:13
**predominant**
111:17,20
**predominantly**
15:18
**preface**
74:8
**prefer**
296:14
**preference**
370:1
**premium**
30:18
**prep**
40:2,14,15
**prepare**
45:6 46:25 69:22
70:8 71:8 145:19
**prepared**
25:12 39:24 42:19
70:11 71:4 72:1
144:11
**preparing**
70:25
**prescribed**
208:22 223:7
**presence**
268:7 317:24 357:5

**present**
2:20 114:17 181:22
339:23
**presentation**
89:2 182:16 237:17
238:8,16 239:8
**presented**
180:24 181:3 182:7
182:11 237:23
238:1 341:15
**presenting**
235:13 236:6
237:10,16 287:18
287:22 288:17
391:7
**pressed**
205:6
**pressure**
221:25 222:3,7
**presumably**
27:19 38:2
**pretty**
33:25 39:1 82:20
**previous**
23:17 70:10 361:3
362:6 369:6
**primary**
221:22 229:23
230:19 280:1
**print**
43:14
**printed**
43:21 213:22
**printing**
248:15 250:1
**prior**
45:15 50:1 74:11
213:2,8 262:4
300:14
**private**
76:4 254:17
**privileges**
76:2
**probability**
363:8
**probable**
122:12,16

**probably**
12:6,12 13:20 14:7
14:8 16:7,22
26:24 27:15 29:16
36:12 38:7,25
80:24 81:5 99:10
116:9,9 125:10
129:14 147:3
148:15 151:11
184:25 205:7
229:23,24 242:9
261:23 268:19
288:14 306:16
350:3
**problem**
57:2,3,4 58:15,18
58:18 64:7 66:14
138:16 202:5
204:20 205:12
209:18 247:20
303:25
**problems**
224:2,14 246:11
249:21
**procedure**
219:21
**procedures**
207:7
**process**
96:21 98:16 127:15
246:7
**processes**
111:6
**produced**
276:13
**product**
256:17
**products**
24:25 248:14
249:25,25 250:7
256:12 310:14
**Professional**
1:19,22 401:3,5
**profile**
29:11 93:24
**prognosis**
208:23 215:20

217:12 218:15
277:25 278:7
**prognostic**
218:6,10
**prognosticated**
218:12
**program**
113:16,22
**progress**
84:22 181:17
**progresses**
85:1
**Project**
5:10,20 358:18,23
359:18 360:10
361:13
**proper**
73:10 204:11
**properly**
106:1,5,9
**properties**
345:3
**prophylaxis**
276:5
**proposition**
174:2
**propounded**
404:7
**prospective**
69:2 158:18 159:5
159:14 332:1,5
**prostate**
222:20,24 225:18
225:22,24 226:5
226:13,16,19
231:19 242:21,25
**prostatectomy**
226:2
**protective**
315:12
**proteins**
110:5,6,7 229:2
**prove**
203:12 289:6
**provide**
22:14 159:22
**provided**

8:14,18 61:11,13
72:15 92:19
354:10
**provider**
89:14,19 198:6
221:22
**provides**
80:10 158:4
**Provinces**
5:23
**proxy**
356:18
**ptahan@simonla...**
2:10
**Public**
404:22
**publication**
63:1 67:14 68:8
69:20 247:8
263:25 332:7
**publications**
62:23
**published**
29:9 49:16 50:18
62:2,14,18 65:7
67:11,11 85:12,15
85:18,22 86:4,19
88:24 93:4,18
136:1 140:23
141:4 158:2,21
169:10 171:23
243:11 298:5
330:11 343:7
351:20
**publishing**
248:15 250:1
**PubMed**
51:2,4,5,8
**pull**
199:21 277:13
278:11
**pulling**
184:23
**pulmonologist**
223:22
**pulp**
248:14

**purchases**
254:16 309:23
**purpose**
205:10
**purposes**
7:20 330:3
**put**
43:10 223:11 327:5
347:16 378:7
385:4
**putting**
394:6,9
**pyramid**
157:5

---
**Q**
---
**q14**
215:17
**qualified**
168:23 169:16
**qualify**
212:21
**qualitative**
121:5
**quality**
157:17,24
**question**
9:5,8,10 10:6 12:22
12:23 13:6 15:4
15:11 18:25 24:7
26:7 27:3 28:6,7
28:13 32:21 37:1
37:2 38:12,13
39:12 40:14 44:4
47:12 48:12 50:7
54:22 59:10 62:8
66:7,12,15,21
67:8 71:13,19,22
72:10 73:1,6,12
77:11,12 86:17
88:18 100:21
101:18 111:19
120:19 122:5,23
126:14,22 133:20
134:4 137:22
138:2 142:2
146:19 147:25

149:2 151:9
153:17,19,22
156:22 157:3,9,21
162:20 165:17,19
171:17,19,21
174:11,15,16
175:10,14,18,19
175:21,22,24,25
180:1 183:2 187:9
192:2,4 194:14
201:2,5,6 203:22
205:21,23 210:25
211:24 212:1
216:10,19 227:23
230:12,13 231:2
235:15,17,21,25
236:3,25 237:23
238:4,5,6,7
239:11 240:9,22
244:22 251:6,8
252:13 256:4
260:19 262:20
266:3 267:8,9,12
267:23 268:23
269:2,15 270:10
274:4 280:6
283:25 287:6,20
288:12,20,24
289:9 290:3,5
295:10 296:22
297:4,7 299:23
303:3 304:12
307:4,10 310:8
311:12,16,17,19
313:12 315:1,10
315:10 316:13
318:24 319:6
320:11 322:9,14
323:1,21 325:8
329:4 333:14
335:9 336:9 337:3
340:17,21,22
341:11,12,14,16
345:20 347:2
353:8 361:11
363:21,24 364:2,6
366:6,21 371:4

374:11 376:9
377:16 387:5
388:16 397:6
**questioning**
268:20
**questionnaires**
170:4
**questions**
9:17 22:24 24:6
72:6 99:10 112:4
127:12 162:8
238:21 268:21
287:25 289:23,24
293:13 297:16
318:16 319:3
323:25 325:5
329:14,16,24
336:25 340:14
341:6,20,22
342:10 352:18
353:4 365:25
366:23 389:18
391:5 396:6 404:7
**quibble**
119:3
**quibbling**
118:23
**quick**
232:3
**quickly**
125:10 134:20
171:3 184:24
**quite**
356:24 357:22

---
**R**
---
**R**
401:1 403:2,2
**R-CHOP**
274:16,19 275:1
**RA**
291:10 304:18,18
304:21,22
**radiation**
275:12,16 276:14
276:17,21 277:2
**radical**

226:2
**radicals**
26:1
**raise**
6:23
**randomized**
158:19 159:1
**ranges**
83:23
**rare**
75:7 232:17
**rarely**
82:21 84:12
**rat**
55:18 58:3,21,22
60:10,18
**rate**
20:23 21:16 39:19
40:17 85:2 109:2
117:22,25
**rates**
117:9 118:6,21
119:7,19,25
120:17
**ratio**
126:10 164:8,11,20
165:6,13 173:23
173:24 248:23
250:15 251:3
303:16 304:6
321:20 322:5,18
322:24 323:3
334:16,25 335:4
336:1,15,19
337:12,17,20,23
355:5,8,14,17
356:3,15 365:16
365:19 366:9
367:5,9 368:5
375:7,14 379:4
380:5,18 382:15
382:20 383:25
384:13 387:11,19
387:23 388:2,7,19
388:24
**ratios**
63:25 165:20

170:22 173:1
248:9,19 306:19
337:5,8 365:11,12
369:17,20 370:14
**rats**
59:20 60:2,14 61:3
149:17 150:22
**reach**
134:9 135:24
**reaching**
127:15
**reaction**
165:13
**read**
26:23 32:8 73:9,12
87:10,12 111:13
127:10 134:5,11
146:15 149:1
150:19 167:14
187:19 188:20
191:20 200:7
210:14 214:23
268:2 294:21,22
295:8,9,13,14
297:17,19,25
306:23 307:3
312:10 330:13
334:18 336:10
337:24 340:13
353:10 356:7
358:1 359:20,23
360:13,13,16,17
361:16 365:21
366:13 367:7,23
367:25 379:9
402:4 404:4
**reader**
136:8
**reader's**
158:6
**reading**
23:20 59:6 83:19
124:17 125:25
147:5,6 149:7
151:20 180:10
275:25 277:9
306:24 327:24

337:1 339:11
345:18 353:14
355:19,22 359:7
365:23
**readmitted**
226:8
**ready**
28:13 53:8 187:6
194:14,15 199:11
325:4,5 341:13
**real**
127:5 164:18 244:5
247:21 250:1
395:18
**really**
35:16 54:19 74:9
93:13 102:20
105:6 106:19
118:20 147:24
152:1 169:4
178:16 188:18
193:9 205:5,10,22
206:4,20,22 207:9
220:9 224:9
229:17 240:21
243:7 245:11,13
277:14 280:17
290:11,19 293:16
296:22 307:15,21
313:20 341:5
342:16 366:16
381:8
**realm**
99:13
**Realtime**
1:20,21 401:3,5
**rearrangement**
272:23
**reask**
66:12,15 67:8
180:1 266:3 290:3
333:14
**reason**
9:13 11:25 68:3
84:5 85:6 116:4
117:14 118:16
132:21 133:4

136:12 153:12
169:4 198:11,13
238:3 239:2
240:13 250:20
251:16 272:10,12
281:17 287:14
288:9,24 304:14
310:10 314:2
402:6 403:6,8,10
403:12,14,16,18
403:20,22,24
**reasonable**
203:8 236:13,19
287:11 288:10
289:16 363:7
376:21
**reasons**
294:10 385:13
**recall**
14:16 15:16,25
46:2,14 55:2 66:1
89:18,22 124:6
125:3 141:10
166:6,14 169:13
169:20,24 170:6,8
170:10,17,23
172:8,18,18,21,25
188:14 201:6
217:6 222:22
228:1,2,6 254:14
301:5 339:21
382:8
**receipt**
402:15
**receipts**
254:15,18,19,24
309:22
**received**
8:10 39:16 208:25
209:6 275:10
276:4,23
**receiving**
150:23
**Recess**
90:10 134:24
177:22 221:12
232:9 255:17

301:23 320:16
353:18
**recessed**
400:7
**recollection**
11:10 19:7,9 54:10
89:9 125:7 145:5
151:17 154:22
192:15 275:23
277:9
**recommend**
220:22 242:4
**recommended**
239:9 275:14,21
276:15
**reconcile**
312:8
**record**
4:12,14,16,18,22
6:3 11:16,19
20:24 21:8 28:11
33:18 36:8 39:10
43:18 46:3,15
56:14 66:13 82:16
90:7,8,11 130:12
134:21,22 135:1
143:15 177:19,20
177:23 178:9
191:5 192:12
198:8 200:8,22
201:10 204:3
211:1 221:9,10,13
232:8,11 235:24
236:18 255:16,18
261:9 264:4 286:7
295:4 298:25
299:5 301:20,21
301:24 303:2
306:17 320:13,14
320:17 324:2,6,6
324:15,18,20
325:9 341:23,24
341:25 342:1
345:21 353:13,16
353:20,25 355:19
400:6 401:13
**record's**

12:23 59:14
**recorded**
6:12
**records**
11:24 12:1 19:23
19:25 20:4,9,13
20:14 22:2,22
36:16,20 37:3,15
37:18,21 38:4,6
41:9 43:21 45:24
46:11 180:9,10
185:9,15 188:11
188:14 189:8,10
189:13 192:18
196:23 199:5,12
202:24 203:20
204:1 207:17
220:12,15 221:3
221:19,21 227:5
227:24 228:4,8
229:15 230:6,16
233:5 237:6
253:21 256:2
268:5 272:7 273:3
275:5,7,15,22
276:12,16,17,21
277:9,12,13
279:15,16 281:11
284:6 307:22,25
308:3,9,10 310:6
310:11 347:5
**rectal**
15:9
**recur**
278:20,21
**recurrent**
209:18,23 211:4
212:20 213:1
**Reddy**
181:9,18 198:17
202:8,18 204:1
208:4,7,22 210:11
211:11,17 214:14
214:20,25 237:7
**Reddy's**
202:20 207:17
208:18 212:2

214:18 219:16
**refer**
141:12
**referenced**
121:13
**references**
50:5,6 51:25
343:17
**referencing**
307:1
**referral**
219:17
**referred**
48:22 106:17 142:4
181:9,12 182:4
219:4,12 238:14
**refers**
107:14,24 196:24
**refill**
314:6
**refresh**
136:20 171:4
229:10 264:2
**regard**
146:17 289:25
**regardless**
191:8 205:1 251:11
**Regional**
74:14
**Registered**
1:19 401:2
**regression**
361:8
**regular**
50:23,24
**regulation**
91:6
**regulatory**
126:17
**regurgitating**
342:14
**relapse**
278:7
**relate**
123:20 357:4
**related**
27:14 30:9 34:11

49:13 111:21
221:3 401:15,17
**relates**
379:11
**relation**
248:10 300:7
**relationship**
138:20 139:2,23
140:3,24 166:22
362:10 364:12
**relative**
63:25 117:19 126:9
134:16 135:14
140:13 142:21
156:23 163:25
164:16,19,19,21
165:6,11,13,19
169:3,6 170:15,20
170:21 172:19,22
173:23,24 248:2
250:15 332:19
334:5 363:4 375:2
375:6 376:23
380:11
**relatively**
12:4 78:21 116:21
118:11
**relevance**
121:19
**relevant**
51:16,20 114:18
148:12 340:23
**reliability**
157:2
**reliable**
64:6 141:7 160:1
370:4 385:15
**reliance**
3:12,13 7:14 44:17
44:19 45:3,6,8,12
45:15 46:23,25
47:6,16 48:7 50:9
51:18 52:3,4
57:14 67:24 68:1
68:4 69:21,22
70:5,8,13,19,23
71:16 123:19

124:3 138:4
143:22 155:10
292:5 300:23,24
302:9 324:10,23
324:25 352:1
353:9 354:1
**relied**
147:21 155:14
185:12 251:21
252:1 307:11
320:7 342:22
369:6,20,22,25
370:13 389:6
**rely**
49:7 60:21 92:9
114:13 140:23
156:17 162:20
167:23 203:25
269:13 308:2,8,10
327:5 368:14
381:12,14 384:16
**relying**
30:24 31:18 32:15
32:19,24 47:14
60:8 162:16
169:20 173:5
199:9,11 202:23
269:5,8,18 319:17
319:23 320:2
325:24 326:5,6
327:1,3 376:6,10
380:22
**remained**
12:4 14:4 118:9
**remaining**
396:6
**remains**
277:23
**remember**
17:4,24 18:2 27:18
62:4 89:8 124:17
131:23 144:2
151:14 166:11
169:2 170:7,13
191:25 195:21
210:5,6 212:13
213:9 219:7

222:18 223:6
245:6 246:25
256:11,16 260:7
272:3 275:24
277:3 279:19
297:15 299:9
308:15 310:13
312:7,11 313:18
314:19 323:21
330:17 344:19
352:2,4 359:2
**remembered**
220:16
**remembering**
166:8
**remind**
260:16
**Reminger**
15:8
**remission**
277:18,24
**remove**
225:3
**removed**
227:8
**renal**
58:1
**renting**
250:2
**repair**
101:10,25 110:5
228:14,20,25
**repaired**
101:13 102:11
**repeat**
9:7 175:18 188:16
191:2 198:23
204:17 205:7
252:13 325:8
336:9 345:20
350:25 366:5
**repeating**
198:4
**rephrase**
9:7
**replacement**
282:6

**replicate**
96:18
**replication**
109:12
**report**
49:5 122:21 180:7
180:9,11 191:20
204:4 239:23
240:10 258:4
289:10 298:17,21
358:13 370:19
401:10
**reported**
5:25 83:20 136:5
136:10 165:13
173:1 211:10
237:15 239:7,21
246:5 258:3
264:13,18,21
293:23 363:22
369:17 373:22
383:16 389:24
390:17
**reporter**
1:19,20,22 6:4,16
6:23 7:4 73:12
235:23 401:3,3,6
**reporter's**
330:2
**reporting**
1:21 304:2 401:4
**reports**
32:25 364:25
384:13 390:1
**represent**
9:2 188:9 228:7
272:6 306:19
348:17
**representing**
18:23 19:2 183:14
**represents**
377:20
**reputation**
87:16
**request**
61:7 187:10
**requested**

401:12
**require**
85:9 198:8 212:16
212:19
**required**
225:9 226:11 264:7
**requires**
191:9
**requiring**
85:2
**reread**
379:15 381:17
382:3
**rereading**
381:7
**research**
75:21 87:8 88:11
100:13,25 101:5
108:9,12,17,19
109:5,7,11,14
111:7,22 112:5
378:6,9
**researched**
88:13,22 150:7
151:8
**researcher**
87:25
**researchers**
163:12 293:7,9
**Reserve**
4:10 317:21
**residential**
265:10 287:9
**resolved**
276:9
**Resort**
6:9
**resources**
191:18
**respect**
203:14 268:22
287:24 288:14
319:2 342:13
360:12
**respond**
170:5 211:21
340:20,21 341:12

Andrew M. Schneider, M.D.

| | | | | |
|---|---|---|---|---|
| response | 48:1,8 49:19 | 276:24 279:15 | 71:23 72:8 73:19 | 154:2,8 155:3,4 |
| 160:3 236:7 288:18 | 51:21 54:5 55:7 | 308:25 309:3 | 73:24 74:23 75:5 | 155:19,25 156:9 |
| 340:23,24 | 55:18,21,25 62:7 | 313:22 320:22 | 75:10 76:8 79:13 | 157:20 158:4,17 |
| responsibilities | 67:21 68:7,13 | 323:23 324:24 | 80:8 81:19 84:3,9 | 158:23 159:15 |
| 76:1 | 70:23 123:13 | 329:10 330:14,15 | 84:13,19 85:10,13 | 160:6,9,12 161:1 |
| responsible | 124:24 138:6 | 330:15 342:22 | 85:20 86:17 87:24 | 161:7,11,15 |
| 273:4 | 151:15 169:23 | reviewing | 88:6,19 89:11 | 163:19,21 165:14 |
| restlessness | 179:21 185:10,16 | 10:4 20:3,6,12 | 90:4,6,18 92:2,3 | 166:4,16,23 |
| 224:3 | 211:7 216:15 | 21:10 34:15,21 | 92:17,23 93:9,25 | 169:21 170:23 |
| restriction | 218:20 220:12 | 35:2,14 36:6,20 | 94:4,14 95:7,11 | 172:9 173:10,17 |
| 279:4 | 228:7 230:15 | 37:3,14,17,21 | 96:2,16,19,22 | 173:18,25 174:9 |
| restrictions | 238:25 240:8 | 38:4 42:24 54:1 | 97:6,11,13,14,22 | 175:9 176:11 |
| 208:9 | 244:6 246:21 | 141:3 153:8 155:8 | 98:3,19 99:5,17 | 178:9,18,22 |
| result | 248:3 260:13 | 180:8 289:3 301:5 | 99:22 100:1,4,8 | 179:19,21,22 |
| 107:21 160:15 | 273:6 324:17 | 316:14 323:24 | 100:15,19 101:11 | 181:10 182:5,13 |
| 187:13 195:25 | 330:17,19 350:14 | 324:22 | 102:15,16 103:6 | 183:18,24,25 |
| 197:1,13 200:21 | 351:22 354:4 | revise | 103:15,17,20,23 | 184:1,16 185:3 |
| 250:20 289:10 | 401:11 | 336:24 | 105:11,15,19 | 186:8,17 188:12 |
| 357:6 378:17 | reviewed | rheumatoid | 106:2,11 108:7,15 | 189:15,21,23 |
| results | 10:8 19:12,22,25 | 24:16 129:22 132:2 | 108:23,24 110:19 | 190:16,20 193:1 |
| 5:12,24 98:22 | 20:9 26:21 27:2,9 | rid | 110:22 111:18 | 193:21 197:18 |
| 113:22 160:20 | 29:18 34:10 38:6 | 290:18 | 112:1,13,16,21 | 199:12 202:6,14 |
| 205:15 215:6 | 41:9 42:1 43:3,14 | ridiculous | 113:2,23,25 114:5 | 202:17 203:21 |
| 216:15,20 218:20 | 45:18,21,24 46:3 | 268:22 | 114:21 115:2,11 | 206:18 209:7,10 |
| 218:24 243:4 | 46:5,8,11,15 47:3 | right | 115:14 116:8,11 | 210:4 211:14 |
| 273:6 298:18 | 47:17 48:14 49:12 | 6:24 8:19 9:24 | 116:16,21,25 | 212:6 215:6,17,20 |
| 329:20 334:12 | 49:16,21,24 51:25 | 10:25 11:9 12:15 | 117:15 118:1,7,13 | 216:11,21,25 |
| 365:5 389:24 | 52:1 55:4,7,23 | 15:2 16:20 19:8 | 118:18 119:12 | 217:3,14,17 218:3 |
| 390:1,17 396:19 | 56:3,7 58:3 60:20 | 20:24 21:11,14 | 120:12,15 121:3 | 218:25 220:18 |
| retained | 61:6 62:1,8,13,17 | 22:11 23:22 24:5 | 121:11,14 123:7 | 221:19,22,25 |
| 3:16 16:6 23:5 | 62:20 63:11 65:18 | 24:10,25 26:3 | 124:22 125:2,19 | 222:4,14 223:5,14 |
| 49:15 | 65:23 67:20 68:11 | 27:6 31:11,23 | 127:6,22 128:25 | 224:1 225:4,19,25 |
| retention | 68:12,16 70:24 | 32:18 33:18 34:12 | 129:8,13 132:3,6 | 226:3,13,16,25 |
| 18:15 | 71:5,17 72:2 | 34:15,22 36:17 | 132:9 133:2,13 | 227:12,23 228:3 |
| retrospective | 121:17 123:20 | 37:15,23 38:5,6,9 | 135:10 136:12 | 228:23 229:13,22 |
| 158:19 166:1 328:9 | 124:10,13,13 | 39:14 40:24 42:1 | 137:8,12 138:10 | 230:5,16 232:6,7 |
| return | 125:4 142:23 | 44:12 45:16,19,25 | 138:13,16,20 | 232:10,15 233:2 |
| 402:13 | 146:2,9 148:19 | 46:9,18,21 48:16 | 139:3,20,24 140:9 | 234:1,6,10,21 |
| review | 151:13 153:10 | 49:24 50:3 52:7 | 141:1 142:8,25 | 235:4 236:3 237:3 |
| 3:19 10:5,14,24 | 155:14 172:8,25 | 52:10 53:12,15,18 | 143:4 144:7 145:2 | 237:15 238:14 |
| 11:1,5,14,22 12:9 | 179:12,14,14,16 | 54:2,7 58:7 59:17 | 145:3,6,10,14,21 | 240:2,9 241:2 |
| 12:13 20:24 21:8 | 179:18 180:2,5,14 | 60:25 61:3,7 | 146:3,12,24 147:7 | 243:5,14 244:19 |
| 22:2,21 27:13 | 182:22 185:15 | 62:24 63:5,8,12 | 147:9,11,22 | 246:1,2 247:8 |
| 33:18,21 34:25 | 220:15 221:18,21 | 63:14,23 64:21,24 | 148:15 149:8,14 | 248:18 249:4 |
| 35:5,9 36:8,16 | 221:23 228:5 | 65:3,13,15,19 | 149:22,23 150:6 | 250:18,22 251:19 |
| 37:6 42:11,25 | 237:5 244:10 | 67:1 68:9,25 | 151:1,7,13 152:3 | 251:24 252:5,9,21 |
| 45:14 47:7,24 | 246:24 251:18,23 | 69:10,17 70:14 | 152:7,10,11 153:3 | 253:7 254:2,16 |

255:2,6,10,15,24
257:3,8,9 258:12
258:21 259:3,17
259:25 260:14,24
261:13 262:5
263:15 264:1,8,14
264:19 265:6,11
265:19,25 266:7
266:15,17 267:13
267:25 270:6,24
271:5,8,22,25
272:15,23 273:8
273:14,19,20
274:1,6,17,20,23
275:1 276:4,6,10
276:17,20 277:16
277:21,25 278:2
278:16,23,25
279:16,21 280:10
280:16 281:18,20
281:21 282:2,10
282:14 283:18
284:3,6,8,25
285:5,19 286:10
286:13,14,20
287:18 291:1,13
291:16 292:5,25
293:4,7,21 294:2
294:4,9 295:21
296:1,10 297:9
298:10,11,24
299:4,16 302:14
303:10,14,20
304:8,9 305:8,14
308:21,24 309:1,4
309:8,11 310:1,4
310:9,15,20 311:8
311:9 312:9,15,18
312:22,23 313:2,3
314:12 315:7,8,13
315:18,24 316:6
317:1,2,25 318:7
318:21 319:1,6
321:5,10,15,21,25
322:3,16,19,22
323:13,17 324:22
325:9,13,16,19,22

326:20 327:14,18
327:22,25 328:1
329:8,15,17 330:4
331:5,7,13,16
332:17,22,23
333:2,9 334:6,10
334:17 335:1,20
335:24 336:25
337:2,7,13,16,25
338:17 339:2,3
341:1,2,8,13,22
342:8,9 343:21,24
344:5,7,11,14,22
344:24 345:9,24
345:25 346:13
347:7,20 348:21
350:6,11,16,22
351:6,23 353:7
354:11 355:10,15
355:24 356:5,9,16
358:2,5,20 359:1
359:10,20 361:11
362:11 363:24
365:13,14,17,20
366:5,19 368:8,11
368:12,20,24
369:8,18 370:20
371:12 372:8,8,9
372:11,16,22
373:16 374:2,14
375:16,21 376:12
377:20 379:19
380:3,4,15 382:13
382:22 383:3,4,6
383:8,17,24 384:4
384:5,14,15 385:3
386:13 387:19,24
388:2 389:6
390:12,13,19
391:2,3 392:22
393:2 395:11,15
396:22 397:8,11
397:14,17,20,23
398:1,4,7,10,13
399:14,17,24
400:5
**rigors**

83:13
**ring**
10:12
**rise**
106:22 107:5
**risk**
5:12,14,22 24:17
53:9 58:20 105:18
109:9,18,25 115:5
123:21 124:4,14
124:16,18,19
125:22 126:3,5,7
126:9,16,18 128:2
128:9,12,20
130:22 131:19,25
132:17,21 133:4
133:12,15,16,23
134:3,13 135:14
141:6 144:12,17
145:1,6,21 146:1
147:18 155:25
156:23 164:16,19
164:19,21 165:6
165:11 169:3,6
170:15,20 172:19
172:22 173:23,24
224:14 232:18
238:22 240:17,23
241:1,4,8,11,23
243:19,22,23,25
244:1,5,13,18,20
244:24 246:14,24
248:2,5 250:15,18
251:4,10 257:16
258:11,16 259:2,5
259:12,20 262:19
262:22,25,25
263:4 270:5
284:18,24 289:19
290:9,12 291:1,3
291:15,20 292:10
292:15 294:1,8,15
300:6 303:4,23
304:19,22 305:13
305:25 306:20
308:7 311:6,23
321:9 322:25

323:4 325:15,18
326:14 327:13,17
332:19,25 333:17
333:21 334:1,5
335:15 350:10
356:4,9 357:6
363:4 374:2,14
375:2,6 376:24
378:3 379:21
380:12 387:4,6
389:2
**risks**
63:25 134:16
140:13 142:21
160:25 161:10
163:25 165:19
170:21 224:5,6
293:11 383:13
**rodent**
57:7
**rodents**
150:10,20,25
**role**
105:22 247:12
270:2
**Roos**
62:21 63:4 343:21
344:2,7,10
**Ross**
2:15 3:5 6:18,18
7:9,12 8:8 9:1
23:3 28:12 29:1
41:18 43:17 72:13
80:3 90:6,13
113:11 134:21
135:2 146:7 155:6
155:15 177:19
178:6 181:15
183:9 185:24
210:9 221:9,15
232:13 235:16,22
247:4 255:20
279:25 291:24
298:3 301:13,20
302:1 320:13,19
321:3,7 324:7,9
324:16,21 325:3

330:9 342:20
353:1,13,15,22
364:3 389:22
399:19,25 400:3
**roughly**
85:15
**rounds**
74:11 274:19
**Roundup**
3:20 4:8 6:13 22:3
22:22 23:25 24:1
27:9,14 34:11
36:6 41:2 42:19
42:21 43:23 49:13
49:16 50:2,25
51:8,12 54:6 55:9
61:20,21,24 63:12
63:21 64:15,17
81:8,15 88:13,22
88:24 89:3,7,10
89:14,20,24 92:13
93:24 95:10,18
110:25 113:6
123:12 125:14,15
130:2 132:24
133:6,9 139:11,14
140:2,4,9,24
142:12,16,24
144:5 145:9
168:14,19 169:2
169:12 172:2
173:5 175:9,11,20
175:23 176:2,4,8
176:10,19,22
177:1,3,4 178:11
180:6 216:16
218:22 220:10,19
222:6,13 225:15
225:21 234:10
235:10,21 236:7
236:12,14,21
237:2,11,15
238:16,19,20,24
239:2,8,10,12,15
239:18,19,21,23
240:11 241:16
242:25 243:12,25

245:23,25 246:5
252:4,8 254:12,16
254:20 255:2,5,10
255:23 256:4,23
256:24,25 257:2,5
257:6,7,7,11,12
257:16,24 258:2
258:11 259:2,6,6
259:7,11,20 260:3
260:10,20,23
261:2,11,16 262:9
262:17,21 263:3,8
263:10,13,14,19
265:1,5,13,24
266:7,13,15,23
267:5,15,18,21,24
268:3,16 269:23
270:1,3,11,16,23
273:8 286:25
287:4,9,23 288:9
288:19,23 289:1,6
289:11,17 290:23
291:4 309:7,14,20
309:23 310:1,4,8
310:9,19,21,24,25
311:7,11,18,23,25
312:3,5,14,17,20
312:24 313:3,5,9
313:14,19 314:1,7
314:11 315:7,13
315:18,20,23
316:1,5,8,15,19
316:25 317:5,11
317:13,17,21
318:6 319:13
320:7,21 326:3,4
329:11 334:2
346:10 354:10
358:5,10 370:2,23
370:24,25 385:19
387:5,7 389:3
**routes**
259:16
**routine**
324:12
**routinely**
242:2

**rows**
281:7
**RPR**
401:24
**rule**
220:4,8 233:14,16
    245:24
**rules**
212:15
**ruling**
246:7
**run-of-the-mill**
238:18
**runs**
40:3

**S**

**S**
3:8 4:1 5:1
**S-E-E-R**
113:13
**safety**
93:24 314:14 315:4
**salivary**
85:19
**sample**
248:20
**Sanger**
111:9,13
**sarcoma**
233:11 234:14
**save**
95:14 365:22
    395:19 398:23
**saw**
70:18 72:4 179:14
    181:18 189:18
    196:5 204:3 210:5
    216:23 220:15,20
    268:6 275:7,21
    276:16,17,18,20
    284:5 292:12
    300:1 318:7 356:7
    358:4,18,23
    371:17
**Sawyer**
31:23

**saying**
10:16 11:2 14:12
    57:25 65:15 70:6
    74:8 120:3 122:21
    145:9 172:13
    174:14 190:23
    191:1 204:4,4
    224:11 239:18
    277:2,5 294:11,13
    299:11 334:4
    342:15,15 351:8
    360:15 362:1
    369:1 381:2
    384:16,19,21
**says**
37:9,9,9,12 68:18
    83:25 84:4,17,23
    86:6 114:2 115:3
    116:3 117:2,13
    118:21 149:6,13
    151:2 179:20
    183:22 184:21
    210:3 211:11
    214:5 240:3 248:1
    248:2 251:10
    256:5 280:20
    294:3 295:3,4
    305:17 339:6
    341:4 342:2,14,16
    342:17,17 344:18
    345:13 355:25
    359:19,21 360:21
    365:22,22,24,24
    366:10,17 367:7
    367:16 372:4
    374:8 375:1
    377:15,16 378:5,8
    383:7,10,18
    388:16 390:25
    392:4 395:11
**scenario**
240:16
**scenarios**
356:25 357:23
**scheme**
345:8,17
**Schinasi**

67:2
**Schlesinger**
2:4 6:20 17:6,9
    18:6,12 179:19
    180:3
**Schneider**
1:16 3:4,10,12,13
    3:22 4:3 5:3 6:12
    7:5,10,14,25 8:2,4
    8:6,25 9:1 23:1
    28:14,24 29:3
    43:15,20 58:24
    70:15 71:13 72:11
    80:1 90:4,14
    108:9 113:9
    123:18 135:3
    143:14 146:5
    155:8,16 161:23
    162:3,6 167:11
    171:13 177:25
    178:2,4,7 181:13
    183:7 185:22
    191:25 210:7
    221:16 232:15
    234:1 236:3 247:2
    255:21 261:8
    279:23 280:7
    288:13 291:22
    298:1 301:11
    302:2 306:16
    320:20 321:1
    323:19 324:21
    325:9 330:7 341:8
    342:18 352:24
    353:23 363:16
    385:23 389:20
    395:24 399:20
    404:13
**Schneider's**
399:22
**Scholar**
50:22 51:13
**school**
99:16 101:17
**science**
87:12 91:9
**scientific**

126:17 141:13
    157:2 160:2
    176:17,21 350:8
**scientifically**
64:14
**scientist**
91:23
**scientists**
91:13,16,20
**score**
208:15
**SE**
2:5
**SEAK**
3:17 29:3,4,7,8,11
    29:13,17,20 30:12
    30:22
**SEAK's**
30:18
**search**
50:17,20,21,24
    51:6,9,13,14,17
    292:13,21 301:9
    354:9
**searched**
298:8
**searches**
292:8,11,14 300:19
**searching**
51:7,11
**searchs**
300:20
**season**
356:22 357:19
**Seattle**
18:24,25
**second**
41:23 58:11,11
    66:11 108:7
    167:10 170:9
    190:6 211:7 215:3
    217:5 221:8 225:9
    226:11 249:12,13
    249:24 250:5
    301:16,17,18
    305:15 321:22
    334:18 364:24

383:1 391:13
392:25 393:15
395:15,22
**secondary**
230:19 361:8
**section**
115:5,20 117:2
150:8 167:19
305:4 331:1
348:18
**sectors**
248:10
**see**
8:11 20:1 23:7,12
23:16 26:11,14,21
29:5 43:4,6,7
45:11 52:5,13
53:3,5,7 54:14,23
59:8 61:9 64:9
69:25 72:1,22
73:16 74:19,22
75:1,8 76:7,15,17
76:18,21 80:5,10
82:20 83:4,6,6,17
85:4 86:4 113:14
114:2 115:4,20
117:2,19 118:4
120:4,5,17,20
124:10,14,25
125:6 129:18
137:25 140:10,12
140:13,15 146:13
146:21 147:4,11
149:11 150:3,10
150:18 164:20,25
165:12 176:9
178:15 180:16
181:19,21 182:2
183:3,11 186:2
187:1,23 188:9
193:9 203:5
206:21 207:17
209:18 210:11
211:3,6 213:22
214:20 217:2,5
218:17 219:3
220:12 222:17

223:23 224:9
227:3,23 228:8
230:9,22 232:4
233:4,6,9 236:18
239:4,12 242:16
244:9 245:5,19
246:12 247:6,14
247:19 248:2,12
248:16,21 251:15
254:15 255:4,8,12
255:21 256:2
270:4 273:2
275:14,17,21
277:1,4 280:3,13
280:15,24 281:2,5
281:6,14 283:11
283:16 290:14
291:17 292:2,23
293:24 297:11
298:6,15,19
299:20 300:6,11
302:5 303:7 305:4
306:4,5,6 307:21
309:22 310:3,6
312:2 314:17
319:5 322:6 328:3
328:12 330:11
331:1 337:9 338:9
338:22,25 339:6
342:23 343:13,17
344:17 345:16,22
347:4 349:19
353:24 354:19
355:3 361:25
363:2 365:6
371:21 372:25
373:23 374:10,25
377:11,15 378:8
378:24 381:3
384:6 388:25
390:16 391:20
394:22 395:7,10
**seeing**
124:6 125:7 144:2
181:20 210:5
233:20 246:25
260:7 279:10

299:9 353:10
**seen**
23:9 44:23 45:3,8,9
72:7 104:9 110:1
120:6,11 121:6
123:7 124:7 125:6
147:23 154:9,13
172:4 184:5,6
206:24 221:3
229:14 230:6
231:5 232:25
233:21 235:9,19
240:17 241:4,23
242:1,6,13,19
257:19 275:5
285:20 286:24
289:19 290:8
354:1
**SEER**
113:13,16,21,24,25
114:10,13,15,18
114:19,23 117:11
117:21 120:15
278:6
**selective**
95:5
**self-reported**
356:19 357:4,14
**semantic**
196:10
**seminar**
29:20,25 30:10
**seminars**
29:13,14
**semiquantitative**
328:11
**send**
41:13,16,20 42:22
43:5 220:24
**senescence**
106:18
**sense**
45:4 49:23 106:19
169:24 223:16,19
287:21
**sensitivity**
83:22

**sent**
42:9,9,21 56:17,20
143:17,18,22
154:22 179:9
**sentence**
147:8 149:16
150:10,19,24
200:14 337:4
339:12 345:16
**sentences**
200:7 327:22
360:18
**separate**
237:5
**separately**
12:21 72:6
**sequence**
49:20
**sequencing**
101:2 106:21 107:4
107:7,19 108:25
111:4 216:16
218:17,21 219:2
273:10
**series**
159:20
**serve**
15:17
**served**
9:20 10:2 15:22
**Services**
1:21,24 401:4
**serving**
13:22
**set**
58:23 297:18
**setting**
204:11
**seven**
13:10 288:25
289:14 304:1,15
373:7,18 393:13
396:18
**severe**
223:1,4
**sheet**
45:22 46:9 246:4

251:24 252:5,16
287:3 309:1,10,15
309:18 402:7,9,14
404:9
**shift**
122:12,15,19 123:2
123:5,9,14,21
124:4,11,18 125:1
**shoemaking**
247:22 250:4
**shoes**
315:17
**short**
31:13 34:1 36:3
80:24 108:7 177:7
232:14
**shorten**
359:22
**shorter**
26:11
**shortly**
16:22,25
**shorts**
265:23 315:18
**show**
60:18 64:2 101:3
124:7,15 125:5
127:11 135:13
137:25 155:18
162:10 169:5
184:6,9 185:20
186:24 189:11,21
191:14 192:12
207:20 213:4,10
216:4 228:1,6
254:23 280:14
281:5 283:7
291:19 299:9
303:1,23 324:13
325:15,18 339:1
344:18 352:14
359:2,9 372:4
382:15,19 383:13
389:2
**showed**
183:13 199:7 268:6
273:22 275:1,7

Andrew M. Schneider, M.D.

317:24 335:14
336:1 376:3 379:3
**shower**
267:3
**showing**
55:12 57:24 110:25
113:5 133:12
134:3 187:13
196:1 197:2
201:20,22 216:12
251:4 310:3
**shown**
100:23 108:10,17
109:5,11 111:21
186:21 295:3
299:2
**shows**
32:12 120:7 197:14
239:19 270:4
287:4 333:3,25
352:21 368:9
383:20
**sic**
57:25 119:9 361:4
**side**
226:24 275:19
**sideline**
235:6
**sides**
240:4 399:21
**sign**
402:9
**signature**
113:6
**signatures**
103:10 111:5,14,18
111:20,24
**significance**
81:25 82:6 163:6
163:11 205:3
207:11 218:15
**significant**
58:5 59:16,22 60:1
73:18 134:17
135:14 140:15
163:10,18 164:3,5
164:15 169:5

172:23 238:24
245:7 249:1,4,10
249:11,23 250:6
250:21,25 251:9
251:17 257:12,14
269:24 270:12
284:15,16,20,21
287:8 288:8 294:4
300:16 303:21
304:7 306:2
310:25 311:5,10
323:8,10 327:14
327:18 333:4
335:15 337:19
352:21 355:6,9,15
356:3 361:2
362:18,24 365:17
365:20 368:1,9
374:17,21 375:8
375:25 376:3,25
377:18,22 378:14
380:21 381:4
383:19,21 384:7
387:15,17
**significantly**
285:16 362:5
**signs**
280:25 281:4,5
**Silpa**
198:17
**similar**
356:9
**Similarly**
363:1
**Simon**
2:9 6:21 18:18,22
19:1,7
**simply**
67:24 71:14
**single**
14:25 69:19 143:11
**sinus**
209:19,23 211:4
213:2
**sinusitis**
213:6
**sister**

229:20 230:11,12
234:18
**sister's**
230:16
**sit**
34:23 35:17 39:2
254:23
**sitting**
28:17 39:7 44:15
54:12 70:3 73:18
88:4 89:18 101:24
110:24 120:12
127:14 129:10
130:9 136:22
137:12 145:4
149:22 169:24
187:12 189:5
192:14 197:7,21
199:8 215:10
223:19 230:18
241:18 243:14
331:21 339:21
347:18 379:6,7
381:7
**situation**
234:16 240:7 289:4
**six**
5:22 37:6 85:12
179:18 274:19
300:11,17 301:2
**six-and-a-half**
379:7 381:8
**six-month**
195:19
**sixth**
393:1
**skewed**
304:20
**skin**
153:25 154:1,6,10
154:11,14,21
259:6,8,11,13,17
316:2 317:4
**SLE**
24:15
**sleep**
223:1,5,11,17,21

223:23,25 224:6
224:13
**sleeping**
224:4
**slight**
165:22
**slightly**
165:3
**SLL**
5:25 207:1 344:16
345:9,11,23,25
346:3,6,16,22,25
347:9 348:1,4,20
348:23 349:2,5
362:18 367:8
368:11 372:18
373:6,19 378:17
382:11,19 383:23
383:24 384:17
386:17 390:1
391:10 393:7,24
398:20
**Sloan**
85:25 86:22,25
**slow**
125:11
**slower**
133:21
**small**
200:10 245:3
249:16 385:12
386:5
**smear**
184:5,7
**smoke**
285:5
**smoker**
130:23,25 231:10
236:15 284:8
**smokes**
284:3,6
**smoking**
93:20 109:5,8
112:6 130:21
131:1 174:12,18
174:20 236:17
284:25 285:19,23

285:25 286:6
**soft**
232:23 233:11
**solely**
160:15,19
**solemnly**
6:25
**solvent**
285:7
**somebody**
268:18
**someone's**
16:4 89:20 101:4
122:18 123:1
254:6,20 290:24
291:5 376:23
**somewhat**
26:11
**sorry**
18:24 26:5 28:10
59:8 65:20 73:1
95:22 99:2 117:8
124:9,13 133:20
150:16 190:5,25
194:5,24 199:23
203:23 213:18,23
216:10,19 221:7
223:23 235:18
252:12,13 262:20
264:16 266:21
270:1 299:23
302:6 303:2,18
304:1,16 306:24
307:3 313:8
322:11 323:1,20
327:24 333:8
334:19 336:23
339:2 350:24
351:1,8 355:11
358:21 364:3
368:25 372:6
374:9 375:3,4
377:16 383:1
395:3 396:22
**sort**
224:16 236:22
314:14 315:3

**sound**
85:13 189:17
**Sounds**
112:17 393:2
**source**
354:14
**sources**
252:3 309:13
**South**
2:16 72:19
**space**
402:6
**speak**
98:24 125:9 341:20
**speaking**
47:23 60:5 236:22
**speaks**
116:2 233:14
249:10
**Spearman**
360:1,4,25
**specialization**
202:21
**specialize**
75:16 86:7
**specialized**
86:1
**specializing**
86:3
**specific**
11:24 22:8 23:22
23:24 27:3 51:13
81:16 92:12 97:19
107:13 109:19
111:19 116:23
122:5 126:8,14
156:21 157:3
173:22 175:10
242:10 296:14
303:5 337:5
346:12 347:12
349:14 350:21
351:4 386:20
397:5
**specifically**
25:1 51:5 68:10,17
69:8 75:17 89:17

113:21 145:15
148:4 176:24
224:17 285:21
291:13 301:4
307:13 344:16
345:23 349:2
**specifics**
28:20 127:9,14
307:6 338:9
**speculate**
130:8 319:4,8
**speculating**
130:11
**spend**
20:3,6,12 39:24
151:20 155:19
241:7 288:25
323:24 379:15
**spent**
21:10 34:14,20
35:14 36:6,19
37:3,14,20 38:3,7
38:8,16 39:14
41:1,6 91:14
**spike**
120:5
**splenomegaly**
83:15 200:23
201:12,16
**split**
39:6
**spoken**
33:4,7,9,12 42:3
44:8 202:18
**spray**
265:21 266:23
313:14
**sprayed**
255:2 259:1 262:9
265:17 310:1,4
312:14
**sprayer**
4:10 265:14 313:19
314:1,7
**sprayers**
313:23
**spraying**

255:5 267:1 312:1
312:3,5 315:13
317:5,11
**Springs**
74:17
**St**
1:1 2:11 19:3
**stable**
12:4,7 14:8
**Stacey**
20:10 22:10 33:5
37:17 45:18 179:5
179:10 280:2
287:3 289:25
308:25 314:21
319:8,24 320:3
358:13
**stack**
43:8 54:12 69:25
187:3
**staff**
73:25 74:12,15
**stage**
185:13 191:3,6,8
191:20 196:8,12
196:17,24 198:7
198:13 200:24
201:4 202:4
203:15 204:21,22
205:1,1,12 208:5
209:10 214:17,22
242:4 274:2,6,14
274:14 308:1
**staging**
114:16,16 274:13
**standard**
6:7 30:15,21
206:17 207:15
257:15
**standpoint**
209:16 213:13
277:16
**stands**
113:24
**start**
27:1 137:6 141:19

189:4 292:23
311:25 320:20
322:16 334:12
353:14 389:11,13
**started**
28:3 29:15 39:22
180:7,8,10 222:23
260:20 265:5
273:22
**starting**
119:11 143:7
204:20
**starts**
115:20 118:3 120:3
343:11
**Stat**
4:4
**state**
1:2 85:1 212:14
308:11 312:13
402:6
**stated**
14:15 162:13
214:14,25
**statement**
202:24 247:10
**statements**
312:9
**states**
29:3 114:11 119:6
132:12 133:9
147:1 149:3,24
150:24 153:24
181:21,24 212:16
212:17 214:20
247:16 282:18
321:14 328:5
337:4 343:8
354:16
**stating**
118:24
**statistic**
249:9
**statistical**
58:5 125:24 135:22
138:12,19 140:18
163:6,11 197:16

304:2 362:24
373:25 374:12
376:3
**statistically**
59:16,22 60:1
134:17 163:10,18
164:5,14 165:2,14
248:25 249:4,10
249:11,23 250:6
250:21,25 251:9
251:16 285:15
294:4 300:16
304:7 306:2
327:14,18 335:15
337:19 355:6,9,15
356:3 361:2
365:17,20 374:17
374:21 375:8
376:25 377:18
378:14 384:7
**statistician**
125:23 127:18
164:9,17 249:7
251:7 323:8 334:3
371:4,5 378:11
381:19
**statisticians**
140:11
**statistics**
60:21 114:10,13
117:15 323:16
325:12
**status**
208:7,19 278:23
279:7,9
**stay**
87:3,10 341:23
**stem**
97:9,15 98:12
**stenographic**
401:13
**stenographically**
401:10
**step**
78:10
**Stephenson**
2:21 6:3

steroids
129:24 291:10
sticky
316:5
stop
9:7 102:12 360:3
  360:12 389:15
  396:25 399:19
stopped
260:23
stops
120:9
stopwatch
34:23 35:17 38:20
  151:23
strange
231:13
strategies
91:16
strategy
93:4
stratified
300:8
Strauss
86:2,5,8
Street
2:10
stress
25:24
strip
267:2
strong
123:8 130:22
  243:22 290:16
strongly
359:5,12,24 360:8
  360:23 361:2,24
  362:5
struggled
226:15,18
studies
54:5,18,20 55:5,12
  55:19,23,25 56:4
  56:6,17 57:8 58:3
  58:4 59:12,16
  60:10,14,18 62:20
  62:24 63:7,17,20

63:23 64:1,9,10
64:12 66:1 101:2
110:25 131:10
132:23 134:7,7
142:5,5,21 150:1
151:18,19 154:19
156:18 158:9,17
158:18,19,20
159:5,9,12,13,14
159:15,16,21
160:1,11,16,20
161:1,11,13,20,24
162:4,10,10,18,23
163:2,3,24 168:14
168:19 169:5,12
169:20,23 170:22
172:7,7,25 173:5
173:8,12,19
244:17,23 247:12
257:18 258:1,4,7
258:10,18,23,25
259:23 260:2
263:17,20 264:1
264:11 268:2
297:6 320:7
330:23 333:3,3
337:12 343:7,16
344:5 350:16
352:13 362:6
385:18
study
4:21 5:13 62:1,5,7
62:14,17 68:9,25
69:2,13,16,20
133:6 134:9
136:14 150:23
159:19 160:5
165:23 166:1
168:6 170:2,14,23
171:11 172:14,14
173:15,16 239:22
240:10 249:19,21
259:21,22 263:22
264:13,18,21
289:10 295:6,8,12
297:11,12 321:8
321:12,14 327:7

329:10,13 330:10
330:12,14,19
331:5,5 332:2,5,6
332:8 333:6
335:14 338:23
339:6,13,15,23
340:5 343:3
347:10 348:3
351:22 352:10,14
352:15,15,21,23
354:14,17,21
355:21 356:13
357:11,16 358:9
358:16 360:1,25
361:3 376:22
377:9 386:24
398:20
studying
139:24 156:2
stuff
68:19 143:19
  148:12 162:21
  213:3
sub-types
5:19
subclass
212:5
subclasses
211:5
subcutaneous
149:20
subgroup
334:13
subject
4:9,10 158:5,6
  165:23 168:15
  169:13 172:8,15
  207:6
Subscribed
404:18
subsequent
37:20
subsets
63:7 344:8
substance
125:16 126:23
  161:14,25 162:4

404:8
substances
121:24
substantial
290:23 291:4
subtype
296:14,21,23
  297:13
subtypes
5:9,10 295:16,20
  295:24 296:4
  302:5 303:5 322:2
  325:25 326:7,19
  326:23 327:3,8,10
  332:17 344:14
  346:12 347:12
  364:15
sudden
234:15
suffer
169:23 170:8
suffered
170:23
sufficient
249:18 257:25
suggest
154:24 264:25
  377:1
suggested
50:11 169:1 376:2
suggests
154:10,14 376:22
suing
268:18
Suite
2:10
suited
307:5
summaries
55:22
summarize
37:11
summary
5:24 64:1 263:24
  390:5
sun
247:21

superscript
365:13
supplement
302:20
Supplementary
302:16,22 303:3,4
  307:1,7 365:2
support
128:3 240:14 328:6
supported
47:21 51:21
supportive
352:23
supports
352:16 362:23
  363:15
supposed
102:12
suppressed
106:11 129:23
sure
8:25 9:4,12 10:7,23
  13:9 16:2,17
  19:17 24:14 26:10
  26:20 28:3,4,5,20
  30:17,23 31:10,12
  31:12,13,14 32:21
  32:23 36:25 37:1
  37:13 38:15,24
  39:3 40:23,25
  41:15,19 43:18,18
  48:13 49:14 52:6
  54:16,23,24 56:8
  56:9,14,16 57:18
  57:20,20 58:4
  62:12 66:7,8,12
  66:16 67:9 68:23
  69:24 70:24 71:20
  77:6 79:14 86:18
  88:20 90:5 91:15
  91:19 95:23 96:1
  100:12 106:19
  108:8,8 111:20
  112:22 116:12
  122:24 124:21,23
  125:13 126:13,15
  128:11,19,19

130:13,14,21
132:19 133:23
135:6,8 139:21
141:25 144:23
149:2 150:20
157:4 158:25
161:17 163:9
165:18 167:13
169:9 171:20
175:15,16 176:1
176:14,16 179:2,8
185:9 187:11
188:1,13 189:14
189:16 190:9
196:20,22 198:16
203:24 206:2
210:24 214:4
216:20 217:8
224:21 228:13
229:12 231:3
232:3 233:25
234:2,2 236:4,4
237:1 239:6
240:23 242:9
245:21 250:14
253:15 257:23
259:10 260:11
261:10 263:17
264:12,12 270:9
271:3,12 274:5
276:3 280:8,14
284:23 287:13
288:16 290:5
293:14 294:23
295:15,19 297:4
297:21 299:18
303:2 304:14
306:18 311:16
315:11 319:7
324:2 326:9
330:21 336:5,11
339:11 344:18
345:13 347:3
351:2,7,23 356:1
357:10 359:3,19
359:22 360:14
361:12 366:22

369:23 383:17
388:5,11 389:19
390:8,11 391:5
394:1 395:20
398:22
**surfactant**
270:1
**surgery**
225:3,7,9 226:8,11
226:13
**surgical**
226:12
**Surveillance**
113:21
**survivability**
113:19
**survivable**
114:20
**survival**
114:17 117:19
278:10,13
**survivals**
278:12
**Susan**
1:18 6:5 401:2,24
**Susan's**
125:11
**susceptibility**
5:7 298:14
**swear**
6:16,25
**sweats**
83:13 182:8
**Swedish**
58:22 59:20
**Swerdlow**
48:15,22 80:5
**switch**
177:7
**sworn**
7:7 251:18,23
254:9,10 309:17
309:18 401:8
404:18
**symbol**
306:6,6,10,14,25
**symptoms**

223:17,20 235:13
236:6 237:10
238:8 287:18,22
288:17
**syndrome**
106:6 109:12,17,21
109:22,25 110:12
110:15,18,21
220:3,5,8,14,23
227:14,20,25
228:9,18,19
229:15 232:15,17
232:22,25 233:5
233:14,15,16
234:3 235:4
242:12
**syndromes**
228:23
**Synthroid**
282:4,6 283:9,15
**system**
105:14,22,25 106:4
106:8,11 129:23
**systemic**
132:5 259:19 260:3
298:22 319:9
**systems**
106:13 161:3

---

### T

**T**
3:8 4:1 5:1 112:12
112:16 401:1,1
403:2
**T-shirt**
265:23
**table**
5:24 66:17,18,20
171:4 248:6,9,19
263:24 264:23
293:17,20 299:24
300:3,6 302:16,22
303:4 305:1
306:12 307:1,7
321:17,22,23
332:15,25 333:17
354:24,25 362:14

362:16 363:1
364:22 365:2,4
366:17,18,20
368:4,8,11,12,14
368:20,25 371:8
371:11,14,17,21
372:6,7,21,22
373:9,12 374:16
374:19,20 375:1,9
376:6,8,10,21
377:1,18 379:17
379:17,21,25
380:8,17,20 381:4
381:9,10,23,24
382:11,19,23,23
382:24 383:2,5,8
383:18,19,20,24
384:6,12 387:13
387:14,15,20
388:3,4,23 390:5
390:23 391:19
392:4,22 393:14
393:20,23 394:15
394:19,21,21,24
394:25 395:5,11
395:21 398:25
399:3,6
**tables**
363:17,21 365:1
368:16 370:18
371:6 373:22
381:14 385:2,14
386:12,13 390:11
390:20 391:2,17
398:19 399:9,13
**Tahan**
2:9 6:21,21
**take**
10:15 13:12 19:6
26:25 28:8 31:22
36:24 39:20 41:8
43:2,4 44:7 46:23
49:22 54:13 72:5
75:2 82:23 83:5
86:16 90:2 94:14
95:21 98:2 104:16
106:23 108:9,11

111:14 112:11
118:23 119:21
120:4 126:5
129:10 140:14
142:6 144:24
145:12 153:1
156:12 165:16
170:25 177:7,15
182:25 194:5
219:7,8 222:2
223:24 231:17
232:1,3 255:11
262:7 266:5
290:16 298:8
320:11 324:3,16
350:18 362:16
379:4 382:3
386:24 387:9
393:23
**taken**
6:8,13 29:14 63:20
255:4 256:7 268:6
268:9 317:24
375:5
**talk**
22:7 24:4,6,8 27:25
33:23 34:1,3
53:17 54:11 55:1
94:4,5,15 134:7,8
177:1 180:12
205:7 260:9 271:2
286:22 296:18
316:18 320:6
326:18 330:21
390:13
**talked**
38:24 70:1 100:6
105:17 116:8
120:1,25 143:6
166:18 172:17
251:19 291:7,9
305:7 313:23
319:21
**talking**
38:9,16 39:14
43:24,25 44:18
81:7,18 109:4

Andrew M. Schneider, M.D.

127:10 139:5
142:1,2 154:12,18
154:20 157:8
159:21 167:21
184:10,17 224:8
224:12 228:25
229:1 230:11
259:23 283:23
284:18 292:18
306:14 333:7
338:7 379:18
382:7 383:5,23
385:21 392:19
**tall**
280:18,19,19
**tangentially**
224:16
**tank**
315:17 356:21
357:18
**tapes**
134:19 353:12
**task**
143:4,9 144:3
148:12 151:4,25
155:23 177:1
220:10,18
**taught**
163:9
**teaches**
158:9
**tell**
16:11 25:21 27:11
27:21,24 29:20
30:7,16 34:23,24
35:3,16 37:12
45:5 47:1 49:20
55:6 56:12,14,23
58:10 59:5 68:15
68:16 70:9 71:4,9
71:10 73:7,17
89:16 90:20 99:14
123:25 125:24
131:23 132:14
136:18 137:2,3,24
144:9,10 164:18
170:11,22 181:12

187:18 189:17
193:3 194:2 206:1
206:22 210:20
212:23 227:18,21
227:21 228:10
252:24 254:1,6
288:1,2 289:15,15
293:17 294:10
299:17 301:10
302:17 308:17
316:22 319:13,14
319:16 332:13
338:3 347:22
348:14 379:9
381:22 391:16
394:4
**telling**
68:7 70:18 72:24
73:2 201:4 233:12
310:21 381:4
**tells**
73:21 217:20 236:7
237:10 238:16
239:9,23 240:11
287:23 288:19
289:11
**tend**
138:10
**tendency**
79:20 125:9
**tenfold**
109:14
**tennis**
315:17
**term**
9:5 102:4,7 106:20
128:17 136:18
141:17,20,21,22
141:23 284:20
311:10
**terms**
10:18 108:2 131:3
142:7 158:4 159:5
159:21 160:25
161:9 274:12
277:14 340:1
347:13 362:8

**test**
110:21 187:13
188:8 192:11
195:25 197:1,13
200:20 201:8,18
207:14 228:5
233:20,21 239:12
239:19,20,22
240:5,10 268:10
288:1 289:5,10
299:8 300:23
318:9
**tested**
210:1 227:19,22
228:12 268:17
269:4 272:22
**testicle**
273:19
**testicular**
271:4 288:3
**testified**
7:7 12:18,25 13:4
14:14 15:12,24
16:3 17:11,12
237:2 265:2
276:22 287:17
313:25 316:1,24
**testify**
15:1 23:21 24:9
40:8 58:16 257:4
**testifying**
14:19 56:24 313:18
**testimony**
3:4 7:1 9:14 18:10
69:15 148:10
222:22 246:4
251:19 253:21
269:14 287:4
288:8 289:14
309:3 313:22
314:3,18 316:14
**testing**
110:22 210:4 216:6
220:4,7,13,23
227:25 228:2,8
229:14 233:4,14
273:7

**tests**
197:21 205:24
216:11 228:2
318:2
**tetrachlorvinphos**
4:6 146:10
**Thank**
7:4,24 25:2 139:19
146:18 171:13
181:20 190:3
203:4 214:10
252:17 255:14
306:13 307:2
363:13 368:3
376:9
**thankfully**
209:15 213:12
273:16 277:15
285:3
**thanks**
8:23 72:16 171:10
195:2 200:5 211:8
217:9 252:14
305:16,22 307:3
**theoretically**
126:22
**therapeutic**
239:9
**therapy**
85:2 198:12 288:19
**they'd**
156:20
**thigh**
98:9
**thing**
47:17 64:8 70:6
156:9 242:24
249:14 272:25
274:12 275:3
278:25 290:1
294:25 300:23
350:1 359:23
**things**
26:24 43:6 71:17
82:16 88:1 95:3
99:15,18 101:15
101:16 136:3

138:10 140:14
142:7,10 151:23
158:20 170:12
222:1 248:2
269:25 313:21
316:25 350:25
360:15
**think**
10:16,17 11:3,4
12:7 13:1,2 15:6
15:23 16:11,11
18:2,3,13,13 19:5
22:20,21 29:23
35:22 36:1,22,25
37:11 38:8 52:2
55:10 56:6,9
57:20,21,22 58:9
58:21 59:13 64:12
64:13 66:11 68:12
68:16 70:21 71:19
80:23 81:3 87:23
104:2,6,7,25
107:6,9 108:6
111:11 112:4
119:10 120:18,25
121:3,3 123:14
124:12,20 125:9
126:4,11 134:4
135:3 136:11,13
138:8 141:9 142:7
143:17,19 144:19
151:21 155:10
157:7,21,23
158:13,14 161:18
161:21 162:12,19
165:21 170:1,4,12
170:18,19 176:13
179:21,23 183:22
185:12 187:4
193:7 199:17
202:15 203:10
204:17 210:18
215:7,7 217:4,10
217:12 218:12
219:21,22 220:3
224:2,2,4,10,13
228:25 230:17

233:6,7,12 235:22
236:22 237:19,24
239:4 241:6,15
242:10 244:4,20
251:2,6 253:8,9
254:3,13 259:7,12
268:8,19 269:2
271:15 275:17
276:19 277:7
280:22 283:2
285:15 290:25
291:17,18 292:6
292:12 295:3
299:5 300:18
301:3 306:11,15
308:13,22 313:11
318:1 326:14
329:20 336:23,24
340:14 348:6
350:3,19 351:2
352:6 359:8,19
363:18 369:9
370:5,6,7 376:1
378:20,22 379:1
381:17 386:8,21
386:23 389:9,15
**thinking**
88:2
**thinks**
237:25 238:1
254:14
**third**
2:5 247:11 395:16
**thirty**
402:15
**thought**
35:18 52:2 124:9
150:16 198:6
206:12 217:13
237:12 253:2
300:1 330:20
339:24,24 343:4
386:19 388:15
**thousands**
96:4
**three**
12:14 15:6 18:14

21:8 36:3,4,20
37:21 38:4 52:4
78:2 104:2 120:10
178:7 200:7
202:16 204:15
249:24 261:4
262:15 265:14
269:12 310:14
323:24 337:8
338:7 354:5 356:7
361:13 362:4
370:19 378:20
379:1
**three-and-a-half**
380:1,2,6,15 382:8
382:12 391:18
397:8,20 398:1
**threefold**
109:7 294:7
**threshold**
125:15
**threw**
10:13
**thrombocytopenia**
83:14
**thyroid**
149:17 282:7,9,23
**thyroiditis**
132:8 283:3 291:15
292:9,13,15
293:24 294:2,7
295:1 298:24
299:1,5,7,16
300:12,15 301:6
303:14,16 304:24
**till**
72:5 120:4 131:17
**time**
6:7,7 7:15 14:25
15:12 16:23,24
19:15 20:6,12
21:21 26:25 29:22
30:4 34:1 35:14
35:18 36:5 38:7,9
38:16,19,20 39:3
39:14,21 40:2,11
40:14,15 41:1,6

54:4 57:21 65:13
75:21 78:9 89:18
95:14 100:10,14
117:3 119:7,18,22
119:24 120:5
121:9 129:24
143:13 146:14
155:19 167:13
181:2,18 185:4,11
185:17 186:13,17
186:19 187:14
190:17 191:2
193:14 196:2
197:3,6 198:4,10
198:20 203:5,12
241:7 243:5 252:7
252:11,15 255:5
266:5 268:10
271:7 280:5
290:20 294:21
295:13 297:20
300:8 309:6 312:5
318:9 324:3,12,16
329:25 330:16
331:18 333:10
342:10 353:10
354:7 365:22
366:2 379:15
395:19 396:14
398:23
**times**
10:2 12:17,24 13:4
13:6,6,12 14:10
14:14,20 15:5
18:11 39:4 80:14
83:8 97:21 184:2
185:1 190:8,9
200:12,16 202:17
204:17 261:4,7
262:8,12,13,15
266:13 312:3,4
314:5 316:16
330:16,19 371:15
378:25
**tired**
389:10
**tissue**

107:20 111:25
171:6,7,7 232:23
233:11 317:25
**tissues**
48:16 80:8 97:5,18
98:12 101:3 233:2
**title**
298:12 354:25
395:11
**titled**
115:5,21
**tobacco**
17:14 249:25 250:8
250:9
**today**
6:4 9:4,14 11:13
16:10 21:21 22:7
22:25 25:13 28:18
39:17,22,25 43:12
45:7,15 47:22
53:17 56:24 63:7
68:7 69:15 70:12
70:19 71:4 72:5,7
75:21 88:4,17
89:18 94:4,15
101:24 110:24
127:14 129:11
130:10 131:14,21
136:22 137:12
144:3,11 145:4,16
148:13 149:22
169:25 180:12
187:12 192:14
197:7,8,21 199:8
207:12 209:15
213:12 223:19
229:19 241:18,18
261:13,15 262:5
268:17 277:14,15
278:19 279:12
288:7,25 289:14
316:16 318:3
329:25 331:22
341:20 342:10
347:18 354:2
366:3 367:17
379:6 396:16

**today's**
6:6 40:20 92:20
**told**
18:13 22:15 23:24
27:15 38:19 53:20
69:23 70:7 89:10
89:23 112:5
131:20 137:7
145:16 151:22
157:22 176:25
200:24 212:10
245:2 288:23
290:25 301:8
346:14 350:5,19
351:2 367:17
**TOMASELLI**
2:15
**Tomasetti**
88:8,11
**tongue**
227:2
**tons**
228:4
**top**
15:16 18:20 87:3
136:19 168:3
214:1 315:17
339:2,2,3,10,12
347:23 348:15
389:24 391:1
**topic**
122:6 127:13 162:1
243:15
**topics**
112:5 177:7
**total**
20:16,19 21:13,24
36:5 38:2 39:3
41:1 182:15
183:15,17,20,21
183:21,23 184:13
184:15,19 190:11
190:12 193:4,13
193:23,25 194:6
194:20,23 195:4
195:10,13,16,23
199:2,4 261:1,16

262:4 370:25
**totality**
385:8
**totally**
38:18 78:1
**touch**
154:1
**touches**
249:2
**touching**
14:11,20
**town**
245:3
**toxic**
153:7
**toxicity**
94:12 153:13,16
    154:6
**toxicologist**
55:15 153:18 260:5
    267:7 269:9,16
    270:2 318:17
    319:10
**toxicology**
91:2 319:3
**trace**
107:15
**traditional**
163:11
**trained**
49:3 55:15 85:25
    86:22 134:5,11
    260:5 268:1
    348:22
**training**
29:17 77:7,14 87:4
    87:9 163:18
**trains**
29:13
**transcript**
3:9 4:2 5:2 401:12
    401:13 402:16,17
**transcription**
404:6
**transfusion**
306:21
**transfusions**

306:22
**translocation**
99:21,24
**transposed**
99:25
**travel**
40:11
**treat**
75:13 76:23 77:1
    78:7 122:2,22
    160:15,19 198:13
**treated**
77:4,19 78:14 82:8
    82:13 226:2 272:4
    274:16 282:4
**treating**
15:6 17:12,13,19
    17:22 18:7,10,12
    44:11 93:12 129:7
    185:13 187:21
    188:19 191:3,7,19
    196:7,12,16,23
    198:2,6,9,17
    202:3 203:14,16
    203:19 204:13
    205:13 237:25
    243:3 272:14
    278:22 279:6
    290:9 311:20
**treatment**
74:25 85:9 157:15
    191:9,12 198:8
    209:6,9,12 222:24
    226:16,19 235:13
    236:6 242:4
    273:22 274:23
    275:10 276:23
    277:19,24 288:18
**treatments**
226:21
**trend**
59:17,21,25 373:25
    374:4,5,6,12,16
    374:20,24 377:9
    377:13,17 378:9
**trends**
373:21

**trial**
12:19 15:10 18:4,9
    24:4 25:14 28:2
    28:18 37:8 38:3
    40:1,4,5,15 53:21
    61:3
**trials**
40:6 159:1
**triple**
104:3 272:15
**triple-hit**
272:4,20
**trouble**
73:7 166:8
**troubling**
242:11,22
**true**
11:6,7,12 14:9,18
    14:25 15:20 21:15
    24:2,3,11 25:5
    26:10 31:20,21
    33:19,22 36:6
    47:8 50:1 53:10
    53:11,16,19 54:3
    69:21 70:5 72:25
    75:20 76:15,16
    78:22 84:6,22
    85:22 86:20 89:24
    89:25 91:24,25
    93:5,7 96:20
    97:10 98:17
    100:20 103:24
    105:11 106:7,12
    106:16 110:20
    115:17,18 117:1
    117:16 125:17
    131:5 132:14,25
    133:1,2,3,11
    138:17,23 140:5,6
    140:21 141:8
    149:14 151:9,10
    152:16,17,20,22
    161:17 169:17,18
    172:24 173:13,14
    173:21 175:2,9,11
    183:6 186:22
    197:4,24 202:11

209:13 211:20
    214:16 225:16,17
    225:22,23 233:17
    235:10 239:10
    241:13 246:23
    252:25 256:19,20
    258:8,9,16,17
    259:4 261:17
    265:21,22 267:19
    267:20 268:25
    269:6,20 270:18
    270:19,20,21,25
    271:20 273:11,12
    277:23 279:13,14
    279:18 285:10
    286:17,20,25
    289:12,13 294:8
    296:15 299:10,12
    303:23 307:21
    308:3 309:9,10,23
    309:24 310:2
    315:14,20,23
    318:15 334:8
    344:8,9 357:24,25
    361:19 383:17
    392:5 396:21
    401:13
**truly**
323:17 325:13
**trumps**
348:4
**truth**
7:1,2,2 313:20
**try**
125:11 135:24
    154:16 156:3
    236:25 237:12
    240:22 250:12
    268:20 286:23
    288:15 297:5
    312:8 327:5
    328:22 381:20
**trying**
59:8 71:14 74:10
    160:2 190:21
    217:4 256:11,16
    270:6 290:20

310:13 359:22
    379:8,15 385:24
    390:9
**tumor**
106:21
**tumors**
48:15 58:1 80:7
    230:19 233:1
**turn**
21:1 83:17 115:4
    248:6 300:3
    304:25 314:20
    316:20 327:20
    330:25 332:12
    343:10 344:20
    349:11
**turns**
112:20
**twice**
262:13 378:25
**two**
12:14 15:6,7 18:3
    20:8,15 22:8
    27:25 35:10 36:2
    36:4,12 38:2,25
    42:9 44:14 56:9
    70:17 74:12,15
    83:12 84:21 85:3
    86:2 95:2 115:13
    115:14 135:23
    138:9 170:15
    187:22 203:8
    204:13 205:13
    242:14 245:2,8,12
    249:23 257:19
    259:16 261:4,4,20
    261:22,25 262:8
    262:14,15,18,22
    263:20 264:18
    277:21,24 278:4,8
    278:16,17,18
    281:7 283:2
    291:13 292:21
    309:14 312:9
    314:1 323:16
    325:12 354:5
    363:3 375:5,10

376:2,7,11,22
377:4,7,21,23
378:2,13,17 388:1
388:6,19 394:14
397:13 398:6,18
399:2
**two-hour**
39:17
**two-page**
148:3
**two-thirds**
305:3
**two-year**
278:12
**type**
45:11 76:17 97:13
97:19 100:3 174:7
174:9 175:5,7
176:3,4 215:25
271:22,24 272:8
286:13 294:20
296:13 297:9
313:13 346:15
**types**
48:20,21 49:4
75:13,15 76:15
103:1,4,5,9
110:16 116:20
174:3 193:1
232:18 234:17
235:7 242:1,14
271:20 313:23
348:6
**typical**
215:11
**typically**
34:7 73:17 129:7
159:15,23 161:6
207:3

**U**

**uh-huh**
97:14 195:8 238:15
258:24 315:2
335:25 336:22
343:14 344:25
351:11,13,15

354:15 355:7
366:25 367:2,4
372:17,23
**UK**
111:10
**ultimate**
131:17
**unable**
22:14
**unadjusted**
370:4
**unaware**
291:19
**uncertainty**
256:18
**unclear**
9:5
**undergone**
220:13
**understand**
9:16 44:17 59:9
73:1,5 141:24
191:13 196:8
203:22 204:6
233:25 237:17
239:4 240:21
243:2 245:11,20
250:10 255:25
275:9 277:8
287:20 288:12
295:15 296:12
311:16 326:16
340:11 341:21
351:7 356:1
360:21 369:5
375:16,18 376:13
376:15 378:11
379:5,16 381:18
382:5 386:1
395:24 398:21
**understanding**
17:18 27:1 28:7
55:17 95:24 105:2
111:23 124:21
159:13 164:10
165:16 174:11
215:13,15 216:3

249:8 272:13
294:24 375:22
392:20
**understood**
9:11 135:3
**underwent**
225:3 227:25
276:14
**unexposed**
100:23 323:13
375:18
**unfair**
239:11 288:20
**unfortunately**
49:21
**Unit**
6:11 134:25 232:11
353:19
**United**
114:11 119:6
132:12 153:24
282:18 321:14
343:8
**University**
74:13
**unknown**
81:25 82:5 129:3
129:12,14,15,17
131:3,12 205:3
207:11 218:14
**unpack**
196:21 198:14
**unpredictable**
357:7
**unpublished**
243:11
**unremarkable**
211:5,12,18 212:3
212:5
**unusual**
230:8,21,24 242:16
242:18
**Update**
3:19
**updated**
65:18
**upper**

114:2
**urine**
267:6,19,25 268:7
317:25
**USA**
5:16
**usage**
317:13,17,21
**use**
5:14,18 51:5 64:10
69:5 91:24 114:15
114:15 119:5,9,11
119:14,18,24
120:8 121:10
125:24 137:16
139:8 193:8
204:20 237:2,14
242:25 254:20
255:9,23 257:7
258:15,20 260:9
286:25 310:19
313:13 315:7
316:17,18 318:6
328:19 332:15
337:5 338:19
346:17,22 349:13
350:20,22 351:3,5
351:9 356:2,14,19
356:20,23 357:4
357:14,17,19
358:7,13,17
359:13,17,25
360:9,24 361:14
361:19,22,25
362:24 365:5,15
367:3,9 368:18,24
369:3 370:9 371:8
371:11 372:2,10
372:14,18,22,25
373:3,6,10 377:24
378:2,4,18 379:22
379:23 380:7
381:6 382:13,24
382:25 387:12
388:23 389:3
395:12
**user**

265:11
**users**
268:3 325:16,19
332:25 333:17,21
**uses**
9:5 63:25 128:17
262:17,21 263:3
267:5,17,24
**usual**
305:10,21 306:22
342:1
**usually**
34:1,2,3,5 40:3
73:20 87:13
109:23 110:1
114:17 216:8
241:7 278:9,11,12
285:11 290:16

**V**

**v**
3:12,14
**vaguely**
222:18 245:6
**valid**
136:8
**validation**
349:9
**value**
317:15,19,22 360:2
375:9 385:7
**values**
360:5 374:16,20
381:23 383:13,15
384:10
**variable**
138:15 166:22,24
306:20
**variety**
137:11 298:17
302:13 303:6
**various**
114:10 121:23
156:17 169:11
244:17,23 248:10
293:20 312:17
314:12 344:13

363:21 364:15,25
373:21 385:18
390:14,17 397:3
**verified**
395:15
**verify**
254:20 277:11
279:9 392:5 393:9
396:10,11 398:19
399:16
**versus**
79:10 230:19 243:1
**video**
6:11
**videoconference**
34:8
**videographer**
2:21 6:2,4 28:10
90:8,11 134:19,22
134:25 177:20,23
221:10,13 232:7
232:10 255:15,18
301:21,24 320:14
320:17 353:12,16
353:19 400:5
**videos**
255:4 310:3
**Videotaped**
1:15
**view**
59:25 60:3 128:20
133:15,23 234:25
327:16 367:19
368:2,10 398:21
**visit**
189:22 210:10
**visual**
157:4
**Vitae**
3:22
**vital**
280:24 281:4,5
**vitals**
280:13
**vitro**
54:5 55:4,12 150:2
151:1 160:1,5,8

160:16 161:10,13
161:24 162:10,22
**vivo**
54:5 55:5 160:11
**Vogelstein**
87:18,22 88:2,5
**Volume**
1:16
**vs**
1:7 6:14

―――――――――
W
―――――――――
**Wacker**
2:16
**Wait**
221:7 329:12
346:20 351:23
**waiting**
57:2
**Waldenstrom's**
294:19
**walk**
19:14 21:20 31:9
395:18,25
**walked**
197:7 205:15
**want**
26:23,25 28:6 37:9
38:21 42:12,14,15
42:15 43:10 44:22
49:12 56:23 57:9
69:12 95:23
124:15,20 125:5
127:11 130:8
135:6 137:24
144:20 154:17
158:17 175:19,20
175:22 176:14
177:7,13,13
180:16 188:13
191:14 200:25
204:9 207:6
210:23 213:10
214:6 215:4 228:6
236:16 260:9
264:4,23 266:3,4
283:7 293:13

294:21,23 295:9
295:15 297:17,19
297:23 299:17
306:9 320:20
324:13 329:18
336:9 340:17,21
340:25 341:3
342:5,6,11 347:22
350:20 351:4
352:10,13,14
356:1 360:13
362:15 366:5,13
366:15,16,16,18
367:22,24,25
375:25 386:18
388:15 390:8,13
391:5,16 392:2,4
392:5 395:18
396:8,10,11
398:23
**wanted**
18:9 128:16 171:13
205:5 301:4 308:5
330:20 363:18
367:23,24
**wants**
324:17 329:14
340:16
**warnings**
315:6
**wash**
316:9
**Wasilewski**
1:19 6:5 401:2,24
**wasn't**
22:15 25:7 35:24
59:21 60:3 143:8
144:3,11 147:15
147:19 148:12
151:25 152:8
191:23 204:11
220:9 227:6 269:4
387:10
**waste**
191:17,18
**water**
316:9

**way**
11:17 13:15 14:16
31:2 41:22 50:12
52:22 64:14 65:15
73:5 114:15
129:16 133:18
134:4 140:7
145:25 147:11
149:2 153:19
206:4 208:20
215:10 218:25
223:24 237:21
244:6 248:18
257:12 264:9
265:1 272:5
273:11 277:11
279:8 282:16
287:7 299:13
305:3 310:25
311:8 323:2
328:20 340:21
341:11 346:4
395:23
**ways**
357:7 369:12
**we'll**
19:14 42:14 48:12
54:13 62:10 79:3
137:6 155:21
177:18 184:10
187:25 210:22
221:9 231:23
232:4 236:10
238:20 286:22
287:13 296:18
297:20 326:12
334:12 399:25
**we're**
6:2 22:7 44:18
53:17 68:21 70:6
70:14 76:21 120:2
123:17 124:20
135:1 142:2
164:23 166:22
167:1 180:11
185:21 187:6,9
190:21 191:2,13

192:21 228:25,25
232:11 236:22
246:15 276:2,19
288:24 292:18
295:17 299:1
321:22,23 324:6
324:19 326:17
331:21 333:10
336:23 338:7
342:13 353:3,6,13
353:20 382:2
389:11,13 392:11
392:19 393:3
**we've**
48:22 159:21
195:18 197:7
205:15 219:1
224:16 243:1
278:2 286:8
289:21,23 379:17
389:25 396:17,17
**weak**
243:23
**weaknesses**
358:16
**wear**
223:10
**weather**
139:2
**website**
29:3
**weed**
91:9,23 256:11
310:13
**weeds**
91:17 93:25 94:5
94:10 95:11,15
265:15 317:1,5
**week**
225:12
**weeks**
16:8,8 35:10 36:13
261:4 262:8,15
**weight**
83:13 182:8 280:17
**Weisenberger**
3:21

Weisenberger's
263:25
Weisenburger
171:23 172:1
welcome
27:6 329:15
welding
247:17
well-being
206:8
well-conducted
62:5 159:6 343:3
went
12:6 14:7 29:24,24
30:2 36:15 86:13
151:18 294:14
312:24 391:3
weren't
70:13 92:19 199:19
376:14
wet
316:5
whatsoever
209:7
whichever
308:5
white
182:15 183:17,24
184:2,11 186:7
190:1 192:23
193:1 213:16,20
214:11 238:11
whittle
63:18
who've
235:20
wide
378:21
wildly
77:9,10,20 78:16
82:15 130:8,11
William
20:1 22:10 33:5
46:5 178:19,21
181:2 182:7,15,18
182:22 185:10
186:16 187:14

196:2 197:3,21
203:21 230:15
236:7 251:18
252:7,21 253:6
268:11 269:6
358:7
windy
265:21
wisdom
162:14
wish
147:17 212:7 305:5
341:20 377:8
withdrawn
50:7 75:12 90:1
93:22 100:21
102:22 105:21
123:17 141:11
153:21 160:23
171:12 176:13
213:11 218:16
304:10 313:17
315:9 326:15
369:24 387:5
witness
6:17 7:3,6,22 13:22
14:10 17:21 29:4
29:23 30:1,4,6
34:19 41:19 56:22
73:9 155:10 171:6
171:9 187:4 200:5
239:13 253:3,16
259:10 320:9
353:14 363:11,13
389:11,15 392:25
400:1,4 401:6,11
401:21 402:1
Witnesses
3:16 23:6
women
115:8 234:19
wonder
382:22
Woodmont
74:14
woodworkers
247:18

word
83:5 94:16 219:8
222:2 311:4 387:9
words
168:11 273:25
361:23
wore
265:23 266:6,9,11
315:9,12,15,17
work
9:23 13:25 29:24
30:1 74:4 75:9
86:2 93:15,17
95:19,20 106:13
122:2,4 170:13
181:10 182:1,5
230:8,21 231:4
246:15 265:23,24
266:6,11 267:2
worked
17:9 18:6,11 19:7
86:1 226:22 245:4
245:8,12 312:5
316:2
workers
247:18,18 250:3
working
122:11,15,19 123:2
123:5,8,14,21
124:4,10,17 125:1
157:10 241:16
245:15 246:13,20
246:22,25 247:25
248:4 251:8,12
works
125:18,20 160:14
160:18 166:14
356:2
workup
235:13 236:6 237:7
239:9 288:18
world
107:8 127:5 243:11
worry
36:2
worse
222:19,23

wouldn't
26:20 27:11 188:16
191:16 204:23
220:24 229:16
233:23 240:1,2
251:3 254:18
257:4 260:6,7
263:9,13 267:7
268:13,15 301:9
317:10 318:17
349:25
wound
226:12
write
178:25 179:6 204:8
313:16 330:4,5
392:3,7,7,12,14
392:14
writes
212:5
writing
180:9,10 392:8,10
394:13
written
29:17 202:23
wrong
26:5 37:12 39:11
39:11 57:25 88:3
101:23 191:8,23
264:17 275:24,24
276:19 370:6
wrote
198:7 199:11
203:20 204:1
215:3 391:22

---

X

X
3:2,8 4:1 5:1

---

Y

yard
95:19,20 267:1
yeah
16:16,16 41:18
47:10 83:1,19
96:3 114:7 155:12

170:1 178:16
181:20 201:15
208:3 216:19
221:10,17 222:5
227:11,13,17
250:23 255:25
269:2 277:13
278:9 280:15
287:20 289:23
305:2 307:8
313:20 317:7,10
323:20 333:15
334:23 345:19,22
354:6 379:14
381:17 389:9,16
396:25 397:18
year
10:8 11:5,9,14,22
12:10,14 13:12,13
13:17 14:1,6
29:15 30:10 84:22
117:11 118:3,22
170:15 257:19,20
259:24 261:7
262:12,13,18,22
263:1,21,21 340:5
370:24 371:15
375:2,10,14,21
376:7,11,12 377:6
377:7 378:2,4,5
378:18 379:19
388:1,6,19 392:12
392:17 394:9,15
394:16,19 397:14
397:17 398:7
399:2,2
years
9:24 12:4 13:9
14:22 17:25 18:1
30:1,8 77:15,16
77:17 78:15 80:24
80:24 81:2,2,6,10
82:14 85:16 93:20
106:22 119:10
120:2,10,22 134:6
134:12 166:9
169:2 170:3,7

181:2 213:6 242:9
243:17 253:10,10
253:11,16 256:18
257:21 259:25
262:1,13 268:17
271:7 277:21,24
278:4,8,10,15,16
278:17,18,18
300:14 331:24
340:4 356:23
357:19 370:23
371:8,15 380:2,2
380:6,10,15 382:8
382:12,23,23,25
383:6,7,14,19
387:19,23 391:18
391:19,20,21,23
391:23,24,25
392:3,3,10 393:16
393:19 394:6
395:20,21 397:8
397:11 398:1,4,24
398:24
**Yep**
314:25
**Yorker**
39:1
**young**
305:17,18,19
**younger**
84:11 110:1

**Z**

**Z-A-P**
217:25
**ZAP**
217:5,10,13,25
218:2
**Zeiss**
32:4
**zero**
185:13 191:3,6,8
191:20 196:8,12
196:17,24 198:7
198:13 200:24
201:5 202:4
203:15 204:21,22

205:2,12 208:5,8
208:15 209:10
214:17,22 278:23
279:2 308:1
371:23 377:22,23
377:24 380:1
395:8
**Zhang**
32:6,19,20 65:24
66:1,9,18,19,23
67:1,2,10,14
167:15,16,23
**zone**
294:19
**Zoom**
2:9

**0**

**0.5**
163:10
**000002**
4:23
**000016**
4:17
**000063**
4:19
**000081**
4:15
**000083**
4:13
**03**
384:4
**05**
163:17

**1**

**1**
1:16 3:11 4:10 6:11
7:25 8:2,9 16:19
19:16,18 35:15
164:2,12,13,22,25
211:8 248:6,9
249:8 251:1 274:6
274:14 322:21
365:2 375:3 404:4
**1(E)**
274:2,7,8,10 288:5

**1,500**
39:17
**1.0**
164:4 172:22 173:1
248:24 249:3
250:16,22 323:11
335:5,14
**1.00**
335:11
**1.01**
362:20 384:1
**1.03**
384:13
**1.05**
336:2,16 337:18
**1.06**
337:12
**1.07**
363:5 375:7 384:14
**1.08**
362:19 383:25
**1.13**
365:16
**1.14**
375:14
**1.16**
362:20 384:1
**1.18**
332:21 379:4
**1.2**
170:16 336:19
**1.20**
337:20
**1.23**
365:19 366:9 367:5
368:5
**1.24**
333:23
**1.3**
382:20 388:2,7,10
388:13,16
**1.32**
305:25
**1.33**
388:8,12,14,17,19
**1.35**
375:15

**1.36**
335:4
**1.4**
321:21,24
**1.5**
184:3
**1.55**
185:2,4,7 355:24
356:16
**1.67**
336:1,15 337:17
**1.7**
248:23 250:15
**1.74**
380:13,19
**1.79**
367:12
**1.85**
335:5
**1.88**
367:6
**1.91**
382:21
**1.94**
382:15
**1.98**
336:21 337:21
**1:25**
134:23,24
**1:27**
134:24 135:1
**10**
4:5 7:13 8:18 9:23
12:4 78:6 80:14
80:24 81:2 83:8
146:5,8 200:12,16
257:20 261:24
263:4,21 264:13
264:21 343:17,21
362:19 380:21
381:5 382:23
383:2,18 389:8
392:21,21 394:12
394:25 397:23
398:12 399:5
**10.6**
190:2,7 194:2

**100**
77:21 82:17 115:13
304:17 378:25
**100,000**
117:25
**102**
372:1,8,9
**11**
4:8 104:8 177:25
178:11 217:23
340:4
**11.1**
182:16 183:17
184:2,12 185:1
213:18
**11:00**
39:22
**11:13**
1:17 6:7
**113**
4:4 365:8 371:17
**11th**
194:12,16 195:12
227:3
**12**
4:9 19:20 83:23
84:2 178:2,14
210:11 260:18
375:23 377:23
**12:34**
90:9,10
**12:44**
90:10,12
**120**
304:21
**1212**
2:5
**12409**
167:23
**12th**
16:22,23,25 36:12
194:7
**13**
1:12 4:10 6:6 20:18
41:3 104:7 178:4
179:4,9 215:17
217:23 271:15

304:1,16 401:7
**131**
314:20,22
**139**
316:20
**13q**
215:23 216:23
**13q14**
216:6
**13th**
35:6 195:9
**14**
4:12 181:13,16
   183:14 184:2,19
   185:1 190:9
   191:23 214:5,7
   217:24 372:19
   375:23
**146**
4:5
**15**
4:14 65:16 81:5,9
   81:15 106:22
   121:2,3 130:14
   183:7,10
**150**
108:11
**150,000**
13:25
**15th**
271:10
**16**
4:16 183:18 185:22
   185:25 207:21
   213:24 214:6,8,10
   219:9 372:16
**17**
4:18 210:7,10
   214:7 217:20,24
**1700**
2:10
**172**
304:15
**175**
280:18,21
**177**
4:8

**178**
4:9,10
**18**
4:17,20 65:17
   76:24 247:2,5
   316:21
**181**
4:12
**183**
4:14
**185**
4:16
**18th**
23:13 194:24
**19**
4:22 279:23 280:1
   342:24
**1952**
181:5
**1965**
138:5
**1969**
271:10
**1975**
118:3,6
**1980s**
343:11
**1983**
224:23
**1984**
312:14
**1989**
87:5,9
**1990s**
118:7 119:12,15
   343:11
**1992**
312:21
**1993**
331:15
**1994**
256:12 260:20
   265:5
**1995**
118:9 120:3 312:22
**1997**
331:16

**19th**
194:9
**1st**
181:5

_____
**2**

**2**
3:12 8:1,4,13 21:4
   26:7,8,17 44:22
   44:23,24 45:4
   46:18,24 57:14
   72:1 115:4 135:1
   143:19 150:8
   210:14 211:4
   250:17 293:17,20
   302:16,22,25
   303:4 307:1,7
   327:20 332:15,25
   333:17 343:10
   355:6,9 356:3
   364:22 365:1,4
   368:4,11,20
   371:17 376:6
   377:13,18 387:14
   387:15 390:23
   399:9,13
**2,4-D**
151:24 152:2,5
   349:18,22 350:6,9
   350:14 359:14
   360:10
**2,4-dichlorophen...**
361:5
**2.1**
115:8 355:15
**2.12**
170:16
**2.14**
363:4 375:6 376:24
**2.19**
337:13
**2.31**
378:18,24
**2.4-D**
361:18
**2.45**
304:7

**2.65**
336:2,16 337:18
**2.8**
248:24
**2.83**
195:14
**2.87**
195:17
**2:00**
177:6
**2:08**
177:21,22
**2:15**
177:12,13
**2:38**
177:18
**2:50**
177:22,24
**20**
5:4 10:8 11:8 13:9
   14:22 21:10 34:14
   34:17,24 35:15,18
   36:4 80:23 81:2,5
   81:9,15 84:15
   108:18 120:2,22
   121:2,3 166:9
   170:7 177:12
   253:10,11,16
   256:17 262:1
   268:17 284:8
   291:22,25 323:5
   330:15,19 404:19
**200**
2:16 13:11 14:10
   14:15,20 15:21
   108:11
**2000**
29:16,21 30:10
   119:10
**2001**
62:21 170:8 338:24
   343:19,24 344:7
   344:10 354:21
**2003**
62:21 343:21 344:2
   344:7,11
**2005**

**70**:11 332:9,10
   340:5
**2006**
247:8
**2008**
298:5
**2009**
292:2 294:6
**2010**
117:12 118:10,12
   118:23 338:24
   339:8,18
**2011**
339:7,18 351:20,25
   353:8,24 355:18
**2012**
52:7 227:3
**2013**
227:10
**2014**
53:3 307:10,18
   312:15
**2015**
63:11,14 64:18,20
   64:23 65:9 67:6
   162:12
**2016**
4:9 52:9 178:15
   180:24 181:9,17
   182:7,11,19
   183:11 188:12
   189:23,25 193:24
   194:7 210:11
**2017**
48:15,22 80:5
   115:10 194:9,12
   194:16 223:5
   280:2,6,9,12
   281:9 282:2
**2018**
65:7,10 67:17,20
   67:21 68:2,4,18
   70:10 170:2
   194:19,22 195:1
   332:6
**2019**
5:24 10:7 11:8,11

Andrew M. Schneider, M.D.

13:24 62:15,18
63:5 64:21,24
65:23 66:9,23,24
67:1,1,10,11
115:11 117:12
118:4,23 120:9,17
167:16 195:3,6
225:25 330:11,22
332:13 333:17,25
334:16 335:4,9,9
335:20 337:4,24
339:17,23 340:3
342:25 343:2,6,23
344:1,4,11 345:23
346:12 347:10,20
348:3,8 349:1,12
351:19 358:18,23
363:17,22 364:8
364:25 365:4
366:8 367:1
368:11,18,22
369:11,20,23
370:10,13 371:8
372:22 373:22
375:10 376:10
377:19 381:13
385:7 386:3 387:4
387:6 389:2,18,24
389:25 390:4,17
399:10,13
**2020**
74:11 75:10 195:9
222:24 226:3
260:23 271:5
273:14 274:20
275:6 276:5
277:19 318:7
342:24
**2021**
62:2 65:2,18 67:15
171:23 195:12,15
320:24 321:4,8
325:6,15,18,21
327:7,13,17,21
389:5
**2022**
1:12 6:6 16:25

19:11,20 23:13
27:20 34:12,21
36:17 49:15 50:1
54:1 114:24 115:1
120:16 186:1,7
193:21 195:19,22
207:25 213:21
214:14 219:10
256:11 310:13
331:21 401:7,21
**2025**
120:4
**209-2013**
4:10
**20SL-CC03678**
1:7
**20th**
401:21
**21**
5:6 298:1,4
**210**
4:18
**22**
5:9 30:1,7 301:11
301:14 302:2,7,12
**2275**
261:3
**22nd**
2:16 195:3
**23**
3:15 5:11 41:3
321:1,4 373:15
**2321**
354:13
**2326**
354:25
**24**
5:14 249:15,17,18
249:22 250:23,25
330:7,10 372:16
**24.9**
308:21,24
**241-2929**
2:11
**247**
4:20
**24th**

189:25 193:23
**25**
5:18 10:8 11:9,20
11:22 12:9 253:10
253:16 305:11,23
307:12,16,19,23
308:13,14 342:18
342:21
**25-plus**
331:24
**25.6**
307:15
**25.9**
280:13,15,16
308:13,18,23
**26**
5:21 262:9,12
352:24 353:2,23
373:4 375:23
**26.9**
308:23
**27**
5:24 389:20,23
390:16 391:10
397:4 399:17
**279**
4:22
**28**
3:17
**289**
304:16,21
**28th**
195:15
**291**
5:4
**298**
5:6
**29th**
181:17 182:19
183:11 188:6
189:23
**2A**
161:20 162:13

-----

**3**
3:13 8:1,6,17 26:2

26:12 46:21,24
47:4 72:1,5,7
115:21 143:19
155:11,16 232:11
299:24 300:3,6
303:17 321:17,22
321:23 330:25
338:2,4,9,22
339:3 349:11
359:3 363:17
365:1 368:14
370:18 371:8,21
372:6,7 373:22
374:16,19 379:21
379:25 380:8,17
381:14,24 382:11
382:19,23 383:5
383:19 386:12
387:20 391:19
393:20,23 394:20
395:21 398:19,25
399:10,13
**3,900**
20:19
**3.0**
294:2
**3.25**
388:20
**3.26**
186:10 193:21
195:24
**3.31**
195:11
**3.5**
83:23 84:2 371:23
371:24 387:19,23
393:16 394:22,24
395:3,8,9,20
398:9,24 399:5
**3.69**
367:19
**3.73**
170:17
**3:37**
221:11,12,12,14
**3:46**
232:8,9

**3:49**
232:9,12
**30**
11:21,22 12:9 13:1
15:5 27:4,8 40:6
50:6 62:8 80:23
81:2 85:16 120:2
120:22 151:23
166:9 169:2 170:3
170:7 220:1,2,6
220:21 224:25
233:13 242:8,11
242:23 256:18
261:4 360:3
402:15
**30-minute**
177:12,15
**300**
20:24 21:16 33:17
33:20,23 40:18
**301**
5:9
**3030**
1:17
**31**
339:7,8
**312**
2:17
**314**
2:11
**31st**
21:6,7,19 34:21
35:5 227:10
273:14
**32**
77:14
**321**
5:11
**33**
77:16,17 78:15
134:6,12 242:9
253:9
**33-pack-year**
284:12,14
**330**
5:14
**33316**

Andrew M. Schneider, M.D.

2:6
**342**
5:18 375:22,24
376:14 377:23
**35**
360:2
**352**
5:21
**36**
41:3
**368**
375:17,23 376:14
**37**
170:4
**389**
5:24
**3rd**
194:22 195:1

**4**

**4**
3:15 4:23 23:1,4,18
28:8,17 66:17,18
186:13 274:15
314:23 353:20
354:24 362:14
363:1,17 365:1
368:8,13 370:18
371:11 372:21
373:22 374:20
375:1,9 376:8,10
376:21 377:2,19
379:17 381:9,14
381:23 386:12
388:3,4 394:15,21
398:19 399:3,10
399:13
**4.28**
363:5 375:7
**4.29**
195:5
**4.49**
194:21
**4.5**
182:19 186:15
193:18
**4.6**

194:18
**4.7**
194:11 197:18
**4.8**
194:5 204:18
382:16
**4.9**
194:8 196:9,14
300:16
**4.91**
195:2 196:5 197:11
197:12,15,17,18
199:5,14 201:24
203:9 204:16
243:6
**4.99**
199:16
**4:12**
255:16,17
**4:22**
255:17,19
**40**
84:11
**40.7**
184:12,13
**400**
78:17
**403**
404:5
**41**
372:15
**43**
3:19 372:5,8
**44**
184:4,6
**45.5**
190:2 194:2
**467-8800**
2:6

**5**

**5**
3:17 23:11,15
28:24 29:2 80:14
83:8 185:7 186:14
186:15,22 187:16
189:7 196:3,14

197:4,9,12,14,17
197:24 199:10,14
199:14,18 200:12
200:16 201:24
203:10,12 204:7
204:17,19 205:16
205:16 243:7
362:14,16 363:17
365:1 368:13
370:18 371:14
373:9,12,22
380:12,19,20
381:10,15,23
382:23,24 383:2,8
383:18,20,24
384:12 386:12
388:23 392:22
394:24,25 395:5
395:11 398:19
399:6,10,13
**5'**
280:21
**5,400**
69:3
**5.0**
198:5
**5.0001**
199:16
**5.1**
196:9 204:18
**5.2.2**
167:19
**5:03**
301:22,23,23,25
**5:21**
320:15,16
**5:29**
320:16,18
**50**
84:12 115:16 271:7
**50-year-old**
286:24
**50,000**
331:9 339:25
**51**
337:13
**52**

262:13
**522**
167:19
**53**
284:10
**54**
355:24 356:16
**55**
190:10 388:20
**550**
30:16
**57**
84:12 373:12
**59**
372:5,8
**595**
30:15,17

**6**

**6**
3:19 43:8,15,20
117:5,7,8 322:6
327:17
**6,000**
21:24 39:21 40:2,4
40:9
**6,900**
21:13
**6.62**
322:22
**6:04**
353:17,18
**6:12**
353:18,21
**6:59**
400:6,8
**60**
84:15
**60606**
2:17
**61**
372:24 378:19
387:19,24
**625**
39:18
**63**
181:2 238:23

**63-year-old**
181:24 235:9,20
**63101**
2:11
**65**
4:19
**661**
300:4
**681-6000**
2:17
**69**
280:20 333:22
387:12

**7**

**7**
3:5,22 66:20 72:11
72:14 336:5 337:4
395:1
**7:00**
395:25
**70**
251:4
**72**
3:22 336:20 337:21
**75**
388:24
**77**
332:21
**79**
382:16
**7th**
186:1,7 207:25
213:21 214:13,14

**8**

**8**
3:11,12,13,23 80:1
80:4 82:23 199:21
199:24 214:7
322:19 323:3
327:13 332:12
344:20
**8.75**
378:19
**80**
3:23 322:25

Andrew M. Schneider, M.D.

**80,470**
115:1
**800**
2:10
**81**
367:6
**82**
4:15
**84**
312:1
**85**
4:13
**87**
367:19
**877.370.3377**
1:24

---

**9**

**9**
4:4 113:9,12,13
114:23 117:7
280:21 308:19
343:17,19
**9,000**
40:3
**9.1**
303:20
**9.7**
186:8
**90**
12:12
**90-year-olds**
84:13
**91**
382:21
**917.591.5672**
1:24
**92**
333:21 334:7
355:21 356:15
**93**
380:12,18
**95**
164:1 170:16 248:9
248:19,23 249:2
250:16 303:19
322:21 332:20,21

332:25 333:18,22
334:16,25 335:4,7
335:10,13 336:2
336:16,20 337:12
337:20 355:23
356:15 367:6,13
367:18 375:14
378:18 380:18
382:16,20 383:25
384:13 388:20
**954**
2:6
**96**
375:15
**98**
384:14
**99**
303:20
**9th**
80:15 83:8 194:19
200:12,16