# EXHIBIT C

**Amended Reliance List of Andrew Schneider, MD – Engilis v. Monsanto Company**

**Peter Engilis**
- Medical records Dr. M. Frank, MD
- Medical records Dr. Walter Hayne, MD
- Medical records Florida Cancer Specialists
- Medical records Mid Florida Hematology
- Medical records Broward Oncology Associates
- Medical records Dr. James Shoukas MD
- Medical records Dr. George Georgiakakis MD
- Medical records Atlantic Urology
- Medical records Advent Health Fish Memorial
- Central Florida Regional Hospital
- Deposition of Cathy Engilis 12/13/2021
- Deposition of Peter Engilis 11/2/2021
- Plaintiff Fact Sheet
- General Expert Report of Christopher Portier, PhD
- General Expert Report of Dennis Weisenburger, MD
- Expert Report of Ron Schiff, MD (Schafer v. Monsanto)

**Medical Literature**

Bierman, P.J. and J.O. Armitage, 2020. Non-Hodgkin lymphomas. In Goldman, L. and A.I. Schafer, 2020. Goldman-Cecil Medicine, 26th edition. Elsevier Saunders, Philadelphia, pp 1229-40.

Boffetta P, Ciocan C, Zunarelli C, Pira E. Exposure to glyphosate and risk of non-Hodgkin lymphoma: an updated meta-analysis. Med Lav. 2021;112(3):194-199. Published 2021 Jun 15. doi:10.23749/mdl.v112i3.11123

Cerhan, J.R., A. Kricker, 0. Paltiel, et al., 2014. Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: The InterLymph NonHodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 48:15-25.

Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. J Environ Sci Health B. 2016;51(6):402-434. doi:10.1080/03601234.2016.1142748

De Roos, A.J., S.H. Zahm, K.P. Cantor et al., 2003. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med 60:e11(http://www.occenvmed.com/cgi/content/full/60/9/e11).

Diammantopoulos, P. et al. (2020) Clinical considerations about the coexistence of melanoma and chronic lymphocytic leukemia in the era of targeted therapies, triggered by rare clinical scenarios. A case series and review of the literature. *The Adv Med Oncl.*

Eriksson, M., Hardell, L., Carlberg, M., & Akerman, M. (2008). Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. International Journal of Cancer, 123(7), 1657-1663. DOI: 10.1002/ijc.23589.

Freeman, M.D. and S.S. Kohles, 2012. Plasma levels of polychlorinated biphenyls, nonHodgkin lymphoma, and causation. J Environ Public Health 2012, Volume 2012, Article ID 258981, 15 pages, doi:10.1155/2012/258981.

Guyton, Kathryn et al. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. The Lancet Oncology. May 2015.

Hill, A.B., 1965. The environment and disease: association or causation? Proc Royal Soc Med 58:295-300.

International Agency for Research on Cancer, 2015. IARC Monogr Eval Carcinog Risk Chem Hum Volume 112. Some organophosphate insecticides and herbicides, tetrachlorvinphos, parathion, malathion, diazinon and glyphosate. IARC Working Group, Lyon, France.

Lauby-Secretan, B., D. Loomis, Y. Grosse, et al., 2013. Carcinogenicity of polychlorinated biphenyls and polybrominated biphenyls. Lancet Oncology 14:287-8.

Lauby-Secretan, B., C. Scoccianti, D. Loomis, et al., 2016. Body fatness and cancer-viewpoint of the IARC Working Group. N Engl J Med 375:794-8.

Leon, M.E., L.H. Schinasi, P. Lebailly, et al., 2019. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol 0:1-17 (doi: 10.1093/ije/dyz0l 7).

Lamure S, Carles C, Aquereburu Q, et al. Association of Occupational Pesticide Exposure With Immunochemotherapy Response and Survival Among Patients With Diffuse Large B-Cell Lymphoma. JAMA Netw Open. 2019;2(4):e192093. doi:10.1001/jamanetworkopen.2019.2093

Linet, M.S., C.M. Vajdic, L.M. Morton, et al., 2014. Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: The InterLymph nonHodgkin lymphoma subtypes project. J Natl Cancer Inst Monogr 48:26-40.

Meloni, F., Satta, G., Padoan, M. et al. Occupational exposure to glyphosate and risk of lymphoma: results of an Italian multicenter case-control study. Environ Health 20, 49 (2021). https://doi.org/10.1186/s12940-021-00729-8

McDuffie, H.H., P. Pahwa, J.R. McLaughlin, et al., 2001. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 10:1155-63.

Morton, L.M., S.S. Wang, W. Cozen, et al., 2008. Etiologic heterogeneity among nonHodgkin lymphoma subtypes. Blood 112:5150-60.

Morton, L.M., J.N. Sampson, J.R. Cerhan, et al., 2014. Rationale and design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 48:1-14.

Morton, L.M., S.L. Slager, J.R. Cerhan, et al., 2014. Etiologic heterogeneity among nonHodgkin lymphoma subtypes: The InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 48:130-44.

Pahwa, M., L.E. Beane Freeman, J.J. Spinelli, et al., 2019. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health doi:10.5271/sjweh.3830.

Patel, A.V., W.R. Diver, L.R. Teras, et al., 2013. Body mass index, height and risk of lymphoid neoplasms in a large United States cohort. Leuk Lymphoma 54:1221-7.

Portier, C. A Comprehensive Analysis of the Animal Carcinogenity Data for Glyphosate from Chronic Exposure Rodent Carcinogenity Studies. Environmental Health (2020) 19:18.

Rana, I. et al. Weeding out inaccurate information on glyphosate-based herbicides and risk of non-Hodgkin lymphoma. Environ Res. 2020 December ; 191: 110140. doi:10.1016/j.envres.2020.110140.

Ruff, K., Mirabelli, D. Conflict of Interest, tailored science, and responsibility of scientific institutions and journals. New Solutions, Vol. 24(3) 259-266, 2014.

Spangole, J. et al. (2010) Risk of second primary malignancies following cutaneous melanoma diagnosis: a population-based study. J AM Acad Derm

Swerdlow, S.H., E. Campo, N.L. Harris, et al., 2017. WHO Classification of Tumours of Hematopoietic and Lymphoid Tissues. International Agency for Research on Cancer, Lyon, France.

Toxicological Profile for Glyphosate

United States Environmental Protection Agency Memorandum Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) publications for Response to Comments on the Proposed Interim Decision. January 6, 2020.

Weisenburger, Dennis D. A Review and Update with Perspective of Evidence that the Herbicide Glyphosate (Roundup) is a Cause of Non-Hodgkin Lymphoma, Clinical Lymphoma Myeloma and Leukemia, Volume 21, Issue 9, 2021, Pages 621-630, ISSN 2152-2650, https://doi.org/10.1016/j.clml.2021.04.009.

Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res Rev Mutat Res. 2019;781:186-206. doi:10.1016/j.mrrev.2019.02.001

**Internal Documents**
MONGLY00888353-00888388
MONGLY06653096-06653100
MONGLY01594842-01594848
DEFENDANT'S Exhibit 2735_0001-2735-0022
MONGLY00987755-00987758
MONGLY01023968-01023969
MONGLY01030787-01030793
MONGLY01723742
MONGLY00977264-00977270
MONGLY01183933-01183936
MONGLY03316369-03316371
MONGLY06722561-06722564
MONGLY01155974-01155979
MONGLY03293245-03293254
MONGLY00905589
MONGLY00977035-00977036
MONGLY02162507-02162508
MONGLY04175012-04175017
MONGLY03737014-03737016
MONGLY02335782-02335858

MONGLY01179185-01179186
MONGLY00922458-00922460
MONGLY01665908-01665909
MONGLY03379079-03379084
MONGLY02063084-02063086
MONGLY02379308-02379311
MONGLY02913526-02913531
MONGLY00407431-00407435
MONGLY01061857-01061859
MONGLY03738295-03738296

**Other Documents**
US EPA Memorandum, February 10, 1984
US EPA Memorandum, February 26, 1985
US EPA Memorandum, June 3, 1991
US EPA Memorandum, March 4, 1985
Proposal for post-IARC Meeting Scientific Projects, Draft, May 11, 2015
Open letter: Review of the Carcinogenity of Glyphosphate by EFSA and BfR
Spontaneous Neoplastic Lesions in the CrI:CD-1(ICR) Mouse in Control Groups from 18 Month to 2 year Studies