# EXHIBIT D

*Andrew M. Schneider, M.D.*
*Chintan C. Gandhi, M.D.*

South Florida Oncology and Hematology Consultants
7301 North University Drive, Suite 105
Tamarac, Florida 33321
(954)748-2500

June 22, 2022

Jeffrey L. Haberman, Esquire
Schlesinger Law Offices, PA
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316

**EXPERT REPORT OF ANDREW SCHNEIDER, MD**

*Engilis v. Monsanto Company* – Case No. 6:19-cv-02152

I have had the opportunity to review the medical records, Plaintiff Fact Sheet, deposition testimony of the Engilis's, medical literature, some Monsanto internal documents, and other relevant documentation in formulating my opinions in the above referenced matter. I have also reviewed and relied upon the general causation opinions regarding the association between Roundup and non-Hodgkin lymphoma to Plaintiffs' present or past general causation experts. In addition, I have reviewed, relied upon, and incorporate by reference the expert reports of Christopher Portier, PhD, Dennis Weisenburger, MD, and Ron Schiff, MD.

**Qualifications**
I attended college at Brandeis University in Waltham, MA, graduating in 1980 with a B.A. Biochemistry. I attended medical school at the SUNY Buffalo School of Medicine in Buffalo, NY and graduated in 1984. Following medical school, from 1984-1987, I completed my residency in Internal Medicine at the Montefiore Medical Center, Albert Einstein College of Medicine in Bronx, NY. I then completed a two-year fellowship at the Memorial Sloan Kettering Cancer Center in New York, NY.
I hold several board-certifications:
- Internal Medicine (1987)
- Medical Oncology (1989)
- Hospice and Palliative Care (2012)

Additional biographical information is provided in my curriculum vitae.

**Factual Summary**
Peter Engilis is a 70-year-old white male diagnosed with chronic lymphocytic leukemia (CLL) in November 2014. His social history reveals Mr. Engilis does not drink or smoke. His medical history is remarkable for hypertension, anxiety, bladder cancer, left arm melanoma, depression,

and a prior knee surgery. His family history is remarkable for heart failure (father), brain hemorrhage (mother), multiple sclerosis (daughter), and esophageal cancer (paternal uncle).

7/25/2014 – Mr. Egnilis had a CT abdomen/pelvis showing a 3.9cm mass present within the right posterior urinary bladder. It was recommended Mr. Engilis return for a cystoscopy to exclude malignancy.

7/28/2014 – Mr. Engilis saw Dr. Stephen Weiss reporting blood in his urine and seeing his PCP who did a CT abdomen/pelvis that showed a mass in his bladder wall that was highly suspicious for bladder cancer. Plan to do a cystoscopy.

8/25/2014 – Mr. Engilis presented for cystoscopy and bladder tumor resection/biopsy (TURBT).

10/17/2014 – Mr. Engilis had a punch biopsy of the left forearm with the finding of a malignant melanoma, Clarks level IV, at least 1.2mm in depth. Upon clinical evaluation, he was found to have a tender left lower posterior cervical lymph node and he was subsequently referred to medical oncology.

10/31/2014 – Mr. Engilis saw Dr. James Shoukas for further evaluation of malignant melanoma. He notes Mr. Engilis had no history of skin cancer and that there is no family history of melanoma. He describes a 1.5cm x 1.5 cm irregularly pigmented lesion on his left dorsal forearm, no lymphadenopathy of his left axilla however reports there is a 2 cm x 2 cm palpable lymph node on his left neck. Dr. Shoukas states he will need wide local excision of this lesion as well as sentinel lymph node sampling and a referral to medical oncology. He discussed the case with Dr. Walter Hayne who would see Mr. Engilis to discuss sentinel lymph node mapping as well as possible preoperative PET scan to rule out distant metastasis.

11/3/2014 – Mr. Engilis was seen by Dr. Walter Hayne with reports of a nevus on his arm for 5 years that became darker. He reported that Dr. Mari had ordered a biopsy that showed a 1.2 mm malignant melanoma. Plan: needs distant disease oncology workup. If no distant disease were present, Dr. Hayne recommended a wide excision with 2cm margins sentinel node biopsy and frozen section with plastics closure/possible skin graft. He also reported that Mr. Engilis and his wife were aware that if mets are seen on the PET scan he may need systemic treatment after the limited surgical excision. If there was no distant disease but extensive disease, he would send him to a head and neck surgeon for neck dissection. He was referred to medical oncology (Victor Melgen MD).

11/5/2014 – Mr. Engilis was seen for an initial visit with Dr. Victor Melgen who reported the following history: The patient is a 62-year-old white male with a history of hypertension, history of bladder lesion of low malignant potential status post TURP 8/2014, who is now being referred for evaluation of recent diagnoses of melanoma. The patient had been seen by his primary care physician Dr. Mari with a pigmented lesion in the left forearm that had apparently been there previously, but had noted increase and change in discoloration and the border which caught the patient's attention. The patient was subsequently referred to Dr. Shoukas and underwent punch biopsy of the left forearm 10/17/2014 with the finding of a malignant melanoma, Clarks level IV, at least 1.2 mm in depth. Upon clinical evaluation he was found to have a tender left lower posterior cervical lymph node and he was subsequently referred to Dr. Hayne. Because of the presence of a suspicious left neck node, the patient was referred to evaluate for distant metastasis and he is here

accompanied by his wife. His opinion is that Mr. Engilis should have a sentinel lymph node dissection. He has no palpable axillary lymph nodes but has at least a 1.2 x 1.4 cm left posterior lower cervical lymph node that is somewhat tender on palpation. Dr. Melgen notes it would be unusual to see distant metastases without the presence of axillary lymph node but he cannot exclude hematogenous dissemination, Differential diagnosis also included an infectious reactive lymph node from upper respiratory tract or secondary malignancies especially of the head and neck including thyroid. Dr. Melgen recommended a CT scan/PET scan prior to further surgical evaluation.

11/7/2014 – A whole body PET/CT scan showed non-hypermetabolic subcentimeter lymph nodes bilateral neck and axillae; mildly hypermetabolic subcentimeter lower right jugular lymph node, max SW 2.1. Sentinel lymph node biopsy showed CLL/small lymphocytic lymphoma. Mr. Engilis also had a CT scan of neck/chest which showed a conspicuous number of non-FDG-avid subcentimeter lymph nodes within the bilateral neck and bilateral axillae. In the left posterior cervical lymph nodes, there is a non-FDG-avid 0.7 cm node, approximately 1 cm deep to the skin surface. A right inferior jugular lymph node measuring 2.8 x 1.7 cm is present, located deep to the sternocleidomastoid muscle. A few smaller non-FDG-avid lymph nodes in this location are also seen. Considering the very mild degree of uptake within these lymph nodes, less likely to represent melanoma.

11/10/2014 – Mr. Engilis presented to Dr. Melgin of Florida Cancer Specialists for lab work. Abnormal lab results included: WBC 11.7, RDW 15.4, Lymph# 4.9, Mono# 0.7, and Lymph% 41.7. He was found to have a tender left lower posterior lymph node and he was referred to Dr. Hayne. Dr. Melgin is seeing Mr. Engilis to evaluate for distant metastasis. Plan: "I discussed results of staging evaluation and results showing numerous subcentimeter bilateral supraclavicular lymph nodes measuring up to 0.8 cm in short axis diameter. There are several subcentimeter bilateral submandibular and inferior bilateral jugular lymph nodes. There is an enhancing inferior right jugular lymph node mass measuring 2.8 x 1.7 cm. Discussed again prognosis associated with the disease and the possibility of secondary malignancy especially indolent NHL along with his primary malignancy vs reactive LNs. Discussed with Dr. Haynes and will benefit from cervical LN Bx first and decide on SLN bx and wide excision depending on results. Will defer discussing other options for treatment including palliative chemotherapy regimens, exploring clinical trials or comfort care. The patient seems to be in understanding and will follow with further recommendations and decisions."

11/14/2014 – Mr. Engilis saw Dr. Hayne for neck adenopathy and left arm melanoma. Dr. Hayne's documented Mr. Engilis' history of biopsy proven left arm intermediate thickness melanoma and a palpable left neck suspicious node, his visit with Dr. Victor Melgen of oncology for a workup including the PET scan. Dr. Hayne further reported: "In the meantime, the node in his neck got smaller without antibiotics. The PET showed uptake, mild in his bilateral neck, right greater than left. Today his left neck node is completely gone and no nodes are palpated on the right. Will proceed with an open neck biopsy to rule out lymphoma and if that is negative, proceed with wide excision of his left arm melanoma and sentinel biopsy."

11/25/2014 – Mr. Engilis was admitted to AventHealth Fish Memorial for wide excision of his left arm melanoma. His labs at this time were notable for WBC 11.9, H&H 15.7 and 45.4, platelets

142, Sodium 141, potassium 4.2, BUN 15, creatinine 1.0. AST 10, ALT 13 and bilirubin 0.5. Dr. Haynes noted Mr. Engilis was aware that the PET scan initially showed low SUV, mild uptake in the right greater than left neck. There was no suspicious adenopathy in either neck to biopsy. Dr. Hayne noted that even if this is a low-grade lymphoma, Dr. Melgen is comfortable with taking care of the melanoma first and then working these areas up later as an outpatient. On physical exam he no longer had any neck adenopathy on either side.

11/26/2014 – Mr. Engilis underwent a procedure for local excision of the left-arm melanoma. Nuclear medicine lymphatic imaging showed the procedure was successful.

12/4/2014 – Mr. Engilis returned to Dr. Hayne for a post-op visit. The wound was clean and dry, the edges were well approximated. Wound had edema. Dr. Shoukas reported Mr. Engilis was aware the pathology showed a melanoma with negative margins, no metastatic melanoma in nodes but CLL in nodes. He is to follow up with Dr. Shoukas and Dr. Melgin.

12/8/2014 – Mr. Engilis presented to Dr. Santosh Nair for the first time for an evaluation of CLL and malignant melanoma. Dr. Nair's assessment was: (1) Stage I (T1aN0) superficial spreading melanoma of the left forearm status post wide local excision with negative lymph nodes and margins. The tumor dept was 0.78 mm with no evidence of ulceration, (2) Incidental finding of CLL on sentinel lymph node biopsy (Stage I). Plan: no further treatment required for malignant melanoma after wide local excision and sentinel lymph node sampling with negative margins. As far as the CLL will monitor closely (every 3 months). Patient declines bone marrow biopsy and aspirate at this time as it does not change management.

12/30/2014 – Dr. Shoukas wrote to Dr. Mari reporting the final pathology revealed an invasive malignant melanoma with all margins widely clear. Sentinel lymph node biopsy revealed no evidence of metastatic melanoma however it did reveal evidence of chronic lymphocytic leukemia. Dr. Shoukas reports Mr. Engilis is to follow up with Dr. Nair for his CLL clinically every 3 months with blood work.

2/18/2015 – Mr. Engilis presented to Dr. Weiss for TURBT follow-up. Pathology showed a papillary urothelial neoplasm of low-grade malignancy. He saw blood in his urine and saw his PCP who did a pre and post contrast CT of abdomen and pelvic on 7/25/14 that revealed a 3.9 x 2.6 cm posterior right bladder wall mass highly suspicious of bladder cancer. A cysto showed a 5 cm papillary bladder tumor. Pathology revealed PUNLMP. This type of tumor does not require as frequent surveillance and has a much better prognosis. 7/14 PSA was 1.1. Mr. Engilis also reported his recent diagnosis of L arm melanoma and that he was diagnosed with CLL stage one and is on active surveillance by Dr. Nair.

3/9/2015 – Mr. Engilis returned to Dr. Nair for follow up of melanoma as well as CLL. Dr. Nair reported he had been diagnosed with early-stage bladder cancer and had since undergone cystoscopy with fulgeration. WBC 8.4, hemoglobin 15.6, and platelet count 171K. Assessment at this time (1) Stage I (T1aN0) superficial spreading melanoma of the left forearm status post wide local excision with negative lymph nodes and negative margins. The tumor depth was 0.78 mm with no evidence of ulceration, (2) Incidental finding of CLL on sentinel lymph node biopsy (Stage 1), (3) History of early-stage superficial bladder cancer status post fulgeration. There is no

evidence of any melanoma and the CLL appears to be stable. Dr. Nair ordered iron studies, B12, folic acid as well as thyroid functions tests. Mr. Engilis reported extreme fatigue. He will follow-up with urology and with Dr. Nair in 6 months if the ordered tests are within normal limits.

4/3/2018 – Mr. Engilis had an initial psychological diagnostic interview with Dr. Jamie Long for anxiety and panic attacks. He reported his anxiety began two years ago becoming worse in the previous month. His medical issues started in 2014 with bladder cancer. Mr. Engilis also discussed his diagnosis of leukemia, his surgeries and bladder cancer in 2014 which could come back and he explained "the leukemia is not curable and could get worse."

4/12/2018 – Mr. Engilis was seen by Dr. Long for continued anxiety.

7/22/2019 – Mr. Engilis presented to Dr. Luis Barreras for worsening dysphagia, night sweats and low-grade fevers. Dr. Barreras writes that he was diagnosed with CLL in 2015 never treated and was told to watch and wait but now the symptoms have progressed. "Mr. Engilis is very worried." Molecular status of the leukemia is unknown but note "obvious ds progression by hx." Recommended: flow, fish studies, CT scan, may need FCR chemo.

7/31/2019 – soft tissue neck CT showed enhancing and necrotic right level 2 and 3 lymphadenopathy. Findings concerning for metastatic lymph nodes. Soft tissue fullness with no evidence of a discrete lesion involving the posterior laryngeal wall at the level of the falls vocal cords.

8/12/2019 – Mr. Engilis returned to Dr. Barreras who noted the patient has extensive adenopathy in the neck area bilaterally as well as small lymph nodes in the axilla and groin areas. Dr. Barreras reports Mr. Engilis is complaining of occasional choking sensation likely due to multiple neck nodes. The drenching sweats are progressing and he has been having episodes of severe fatigue that can come on at any time. Physical exam: bilateral nodes in the neck anterior triangle easily palpable 2 cm, post triangle, easily palpable bilateral axillary nodes 2-3 cm in size. Suspects all of the nodes in the neck are likely related to CLL and is suspicious of the necrotic notes therefore he is being referred to ENT for possible lymph node sampling because he wants to make sure that this is not related to melanoma. If all the nodes turn out to be CLL, believes treating this patient with a possible FCR regimen would be appropriate vs Ibrutinib orally. Need to obtain FISH molecular studies.

9/9/2019 – Mr. Engilis saw Dr. George Georgakakis for concerns of swollen glands and difficulty swallowing. Dr. Georgakakis reviewed results from the CT on July 31, 2019 and discussed the right neck mass and reviewed the differential diagnosis for this including metastatic disease and CLL. Recommended ultrasound guided core needle biopsy.

**Summary of Roundup Use**[1]

Mr. Engilis started using Roundup weed and grass killer in 1990 for residential use. Mr. Engilis sprayed Roundup at three residences: (1) 408 Soft Shadow Lane, DeBary, FL from May 1990 to present) ("DeBary Residence"); (2) 13901 Del Webb Blvd., Summerfield, FL from 2008 to 2013 ("Summerfield Rental Home"); (3) NE 56th Street, Fort Lauderdale, FL ("Fort Lauderdale Condo"). Mr. Engilis stopped using Roundup in 2015.

---

[1] Information obtained from the deposition transcripts of Peter and Cathy Engilis.

He wore plastic gloves and occasionally wore protective goggles while spraying. He generally wore shorts and t-shirt while spraying. There were a few times he wore a mask while spraying as well. He immediately washed his hands after spraying.

Roundup Use at the DeBary Residence
Mr. Engilis would use Roundup a couple of times a month at his current address at the DeBary Residence. It would take approximately half an hour to spray the yard with Roundup. A bottle of Roundup would last about 2-3 months when he used the one-gallon sprayer. He also used the smaller hand sprayer if he was just doing a quick spot. The lot is approximately 20,000 square feet.

Roundup Use at the Summerfield Rental Home
At the Summerfield Rental Home, Mr. Engilis would use Roundup once a month consistently for the five years he owned it. It would take approximately 20 minutes to spray there. *(PE Depo p. 61)* At this property, he always used the big jug of Roundup. This property was about a third of an acre, maybe half an acre.

Roundup Use at the Fort Lauderdale Condo
At the Fort Lauderdale Condo, he would spray Roundup about once a month. He bought this property from his father in 1996 but he used the property before he bought it from him. After he purchased it, he continued to spray it about once a month. He would spend about 10-15 minutes spraying at that condo. Because he had less storage space at the condo, he typically used the smaller hand sprayer. The property the condo is on is maybe 100 by 200 feet wide across the back and where the trash cans were would get overgrown along there and along the fences.

**Methodology**
The methodology used below to determine whether a causal relationship exists between exposure to an environmental agent and a disease, condition, or illness are generally accepted scientific methods in my field and have been subject to the peer-review process in numerous reputable medical and scientific journals. In reaching my case-specific causation opinions, I considered the relevant exposure and have reviewed and relied upon the general causation opinions of other experts in this litigation. Based on my review of the literature and the materials considered in this case, I also opine that Roundup can cause or substantially contribute to causing NHL, including CLL. I performed a differential diagnosis, considering and ultimately ruling out alternative or competing causes of CLL.

**General Basis of Opinions**
I have reviewed all of the reliance materials provided to me and/or independently identified by me regarding the reported association between Roundup exposure and the development of non-Hodgkin lymphoma (NHL). I will highlight those aspects which would be of interest to clinicians, and particularly medical oncologists, caring for patients with NHL.

Glyphosate

Glyphosate is a highly effective broad-spectrum herbicide that is typically applied in mixtures known as glyphosate-based herbicides (GBHs) and commonly sold under the trade names of *Roundup®* and *Ranger Pro®*. Use of GBHs has dramatically increased worldwide in recent decades. In the United States alone, usage increased nearly sixteen-fold between 1992 and 2009.

The carcinogenicity of glyphosate has been comprehensively evaluated by the International Agency for Research on Cancer (IARC).[2] In 2015, IARC, which is a division of the World Health Organization, noted that "Glyphosate has been detected in air during spraying, in water, and in food...Glyphosate has been detected in the blood and urine of agricultural workers, indicating absorption." At that time, IARC classified glyphosate as "probably carcinogenic to humans"--a Group 2A carcinogen, according to the IARC classification. The Group 2A classification of glyphosate as a human carcinogen reflects "limited evidence" for carcinogenicity in humans, based on a positive association with non-Hodgkin lymphoma, plus "sufficient evidence" of carcinogenicity in animals and identification of genotoxicity and oxidative stress as the carcinogenic mechanisms of glyphosate. "Limited evidence" and "sufficient evidence" are part of the terminology used by IARC to summarize and communicate the results of its weight-of-the- evidence analyses of known or suspected carcinogens.

Six studies were included in the IARC evaluation of the human carcinogenic potential of glyphosate that was presented to the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) Scientific Advisory Panel (SAP) in 2016. Below are the six studies cited:

(1) McDuffie, H.H., Pahwa, P., McLaughlin, J.R., Spinelli, J.J., Fincham, S., Dosman, J.A., Robson, D., Skinnider, L.F., and Choi, N.W. (2001). Non-Hodgkin's lymphoma and specific pesticide exposures in men: Cross-Canada study of pesticides and health. Cancer Epidemiol. Biomarkers Prev 10(11): 1155-1163.
(2) Hardell, L., Eriksson, M., and Nordstrom, M. (2002). Exposure to pesticides as risk factor for nonHodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma. 2002 May;43(5):1043-1049.
(3) De Roos, A.J., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Holmes, F.F., Burmeister, L.F., and Blair, A. (2003). Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occupational and environmental medicine 60(9): 1-9. doi: 10.1136/oem.60.9.e11.
(4) Eriksson, M., Hardell, L., Carlberg, M., and Akerman, M. (2008). Pesticide exposure as risk factor for nonHodgkin lymphoma including histopathological subgroup analysis. International journal of cancer 123(7):1657-1663. doi: 10.1002/ijc.23589.
(5) Orsi, L., Delabre, L., Monnereau, A., Delval, P., Berthou, C., Fenaux, P., Marit, G., Soubeyran, P., Huguet, F., Milpied, N., Leporrier, M., Hemon, D., Troussard, X., and Clavel, J. (2009). Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. Occupational and environmental medicine 66(5): 291-298.

---

[2] International Agency for Research on Cancer, 2015. *IARC Monogr Eval Carcinog Risk Chem Hum Volume 112. Some organophosphate insecticides and herbicides, tetrachlorvinphos, parathion, malathion, diazinon and glyphosate.* IARC Working Group, Lyon, France.

(6) (6) De Roos, A.J., Blair, A., Rusiecki, J.A., Hoppin, J.A., Svec, M., Dosemeci M., SandlerD.P., Alavanja, M.C. (2005). Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect 113(1): 49-54.

The first 4 studies showed a statistically significant increase in the development of NHL. The studies by McDuffie and DeRoos 2003 showed an increase in the development of NHL with increasing days or days/year using glyphosate. The studies of Hardell, De Roos 2003 and Eriksson adjusted for the use of other pesticides and the association of Glyphosate and NHL remained statistically significant. The study by Orsi had limited statistical power. The Agricultural Health Study (AHS) had 37% applicators failing to complete follow up survey, leading to misclassification bias.

Meta Analysis by Schinasi and Leon (Int J Environ Res Public Health 2014 Apr 23;11(4):4449-527), IARC monograph 2015 all showed a statistically significant association between the use of Glyphosate and NHL. Erikkson above showed that Glyphosate was statistically significantly associated with the development of CLL(RR= 3.35, confidence interval 1.42-7.89)

In 2019, Zhang *et al.* published an independent analysis of the risk of developing NHL in individuals exposed to glyphosate-based herbicides.[3] The analysis included a meta-analysis of the available human epidemiologic data as well as an evaluation of available animal and mechanistic studies. The meta-analysis demonstrated a statistically significant 41% to 45% increase (compared to relevant control subjects) in the risk of developing NHL for individuals with high cumulative exposures to glyphosate-based herbicides. The magnitude of this increase is closely comparable to that reported for the development of NHL in individuals with high serum levels of polychlorinated biphenyls (PCBs), which are considered persistent organochlorine pollutants and collectively have been classified as an IARC Group 1 (strongest evidence) human carcinogen. Similar to IARC, Zhang *et al.* concluded that the animal and mechanistic data provide supporting evidence for the carcinogenic potential of this group of herbicides.

Portier et al. A Comprehensive Analysis of the Animal Carcinogenecity Data for Glyphosate from Chronic Exposure Rodent Carcinogenecity Studies. Environmental Health 19, Article number :18 2020 also states that there was a statistically significant increase in malignant lymphomas in CD-1 mice.

Epidemiology of CLL/SLL
CLL/SLL is the most common leukemia in adults in Western countries, accounting for approximately 25 to 35 percent of all leukemias in the United States (US) . In less than 10 percent of patients, CLL/SLL presents primarily in the lymph nodes as a non-Hodgkin lymphoma (ie, SLL); this presentation accounts for less than 5 percent of all non-Hodgkin lymphomas.

---

[3] Zhang, L., I. Rana, R.M. Shaffer, *et al.*, 2019. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res/Rev Mutat Res 781:186-206.

CLL/SLL is more common in men, with a male to female ratio of approximately 1.2:1 to 1.7:1. The incidence rates among men and women in the US are approximately 6.75 and 3.65 cases per 100,000 population per year, respectively. In Europe, these incidence rates are 5.87 and 4.01 cases per 100,000 population per year, respectively. An estimated 20,160 new cases of CLL/SLL are diagnosed annually in the US: 12,630 in males and 7,530 in females.[4] Worldwide, there are approximately 191,000 cases and 61,000 deaths per year attributed to CLL/SLL.

CLL/SLL is considered to be mainly a disease of older adults, with a median age at diagnosis of approximately 70 years; however, it is not unusual to make this diagnosis in younger individuals (eg, from 30 to 39 years of age) . The incidence increases with increasing age.

**Opinions & Differential Etiology**
Mr. Engilis's overall health prior to 2014 was very good; he used to be able to ride a bike 50 and he played tennis. He was no longer able to ride his bike around the time he had his melanoma. He stopped playing tennis around the same time. He has never smoked tobacco products and generally does not drink alcohol.

Psychological Effects
It is a matter of common sense, as well as personal and professional experience, that the diagnosis and treatment of cancer, and the complications that can result, are among the most stressful experiences that a person can undergo during his or her lifetime. As discussed above, Mr. Engilis acknowledged during his deposition testimony (and it is documented in his medical records) that the development and ongoing experience of anxiety and severe stress resulting from uncertainty about the prognosis of his NHL – psychological symptoms which also affect his wife as profoundly, along with associated adverse effects on their marital relationship.

Whether the prognosis is good, poor, or somewhere in between, any new finding after a cancer has been diagnosed raises the serious concern in a patient, the patient's family, and the medical team alike of recurrence or progression of the malignancy. The potentially devastating significance of each new or persistent symptom, change in a pre-existing symptom, new physical finding, new laboratory or imaging abnormality – and every new medical encounter related to the cancer – are lifelong sources of fear and anxiety in virtually every person who has had cancer.

Exposure
I have reviewed Mr. Engilis's deposition testimony regarding the frequency, duration, and circumstances of his Roundup exposure and his use of personal protective equipment while spraying Roundup. (See section above titled 'Summary of Roundup Use'). Mr. Engilis's exposure to Roundup would have been inhalational and dermal: it was noted during Mrs. Engilis's deposition that Mr. Engilis would spray Roundup while barefoot. With a total of 24 years of regular residential use it is my opinion that Mr. Engilis's exposure to Roundup has been extensive.

---

[4] https://www.uptodate.com/contents/clinical-features-and-diagnosis-of-chronic-lymphocytic-leukemia-small-lymphocytic-lymphoma/abstract/1.

Risk Factors & Differential Etiology

Recognized risk factors for the development of NHL include aging, male gender, white ethnicity, geographic location, inherited or acquired immunodeficiency, certain autoimmune disorders, specific types of infection, previous treatment for Hodgkin lymphoma, certain drugs, occupational and environmental exposures, and a family history of malignancies of the blood or bone marrow. Implicated occupational and environmental exposures include herbicides, organic solvents, other organic chemicals, hair dyes, and smoking.[5,6] As a caveat, the only individuals for whom smoking has been shown to be a risk factor for the development of follicular NHL are women, not males.[7] Some recognized risk factors such as immunosuppressive drugs, infection with human T-lymphotrophic virus type I, or occupational and environmental exposures are true causative factors, while other risk factors such as advanced age and male gender are associated with an increased likelihood of developing NHL but are not directly causative.

It has often been said that most cases of NHL are idiopathic – that is, the cause is unknown.[8] However, every disease has one or more causes, even if not yet discovered by scientific research. This applies to the causes of disease in individuals as well as populations. Regarding causation, "idiopathic" means "not yet known" or "not known in this case," not "there is no cause."

Mr. Engilis is, of course, a white male, who was 62 years old at the time of diagnosis of his NHL. Other than Roundup exposure, no risk factors for the development of lymphoma, such as predisposing medical conditions (including immunodeficiency states, autoimmune disorders, immunosuppressive medications, and specific infections), a family history of malignancies of the blood or bone marrow, or other candidate carcinogenic exposures, are identified in Mr. Engilis's medical records or deposition testimony.

Per Mr. Engilis's Plaintiff Fact Sheet, he is negative for the following medical conditions: auto-immune diseases (including but not limited to Crohn's disease, Ulcerative Colitis, HIV), Celiac disease, Diabetes, Eczema, Epstein-Barr virus, Hepatitis B or C, Immunosuppressive Medications, Lupus, Obesity, Organ transplant/stem cells, Psoriasis, Rheumatoid Arthritis, Thyroiditis/Hashimoto's, Ulcers. Any of the above medical conditions or medications, therefore, are not suggested as related to or as causative factors to the onset of different types of cancers in Mr. Engilis's case.

Mr. Engilis's deposition testimony also indicates that his pertinent environmental exposures are limited to Roundup. No other pesticides or insecticides were reported by Mr. Engilis as used

---

[5] Bierman, P.J. and J.O. Armitage, 2020. Non-Hodgkin lymphomas. In Goldman, L. and A.I. Schafer, 2020. *Goldman-Cecil Medicine,* 26th edition. Elsevier Saunders, Philadelphia, pp 1229-40.

[6] Evens, A.M., J. N. Winter, L.I. Gordon, *et al.,* 2010. Non-Hodgkin lymphoma. In Pazdur, R., L.D. Wagman, K.A. Camphausen, and W.J. Hoskins, 2010. *Cancer Management: A Multidisciplinary Approach,* 13th edition. UBM Medica, London, pp 739-94.

[7] Linet, M.S., C.M. Vajdic, L.M. Morton, *et al.,* 2014. Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: The InterLymph non- Hodgkin lymphoma subtypes project. J Natl Cancer Inst Monogr 48:26-40.

[8] Bierman, P.J. and J.O. Armitage, 2020. Non-Hodgkin lymphomas. In Goldman, L. and A.I. Schafer, 2020. *Goldman-Cecil Medicine,* 26th edition. Elsevier Saunders, Philadelphia, pp 1229-40.

or exposed. He denied any exposures to chemicals working as a car/auto mechanic or using antifreeze or change oil, as a painter or woodworker, or as applying rodenticides, or fungicides. He was never exposed to asbestos, benzene, diesel fumes, metal lead, or radiation, except the diagnostic x-rays.

It is therefore my conclusion that, to a reasonable degree of scientific and medical certainty, exposure to Roundup can cause NHL in general, and caused or was a substantial factor in causing or contributing to Mr. Engilis's NHL.

Association Between CLL and Melanoma

The risk of Second malignancy in patients with CLL has been assessed in several studies. In a recent study on patients with CLL with a follow up of about 270,000 patient-years, the standardized incidence ratio (SIR) for SPM was 1.2 and was higher between 2 and 5 months after CLL diagnosis and for those patients that had been treated with chemotherapy.

The epidemiologic correlation of melanoma with CLL/SLL and other lymphoproliferative disorders is well known and seems to be bidirectional. The SIR for CLL in patients with cutaneous melanoma was found to be 1.29 in a large population study comprising 16,591 melanoma survivors. On the other hand, in a retrospective study comprising about 129,000 patients with lymphoproliferative disorders (among them 28,964 patients with CLL/SLL), the SIR for melanoma was 2.3, and when invasive melanoma was stratified by patient age and sex, the highest ratio was found in men aged <49 years with CLL ($p < 0.001$). Furthermore, the observed incidence of melanoma among 2028 consecutive patients with CLL/SLL seen from 1985 to 2005 was 8%; much higher than expected. In another study, among 10,993 cases of melanoma, 86 cases occurred in patients with a history of CLL or non-Hodgkin lymphoma (NHL). The majority of the patients were male. The age-adjusted incidence rate of melanoma per 100,000 person-years among patients with CLL or NHL was 107.0 compared with 25.9 among patients without a relevant history ($p < 0.0001$).

Except for the increased incidence of melanoma in patients with a history of CLL, several studies have shown that patients with melanoma and CLL carry a worse prognosis than patients with melanoma alone. The results of a large population study, including 212,245 patients with melanoma from 1990 to 2006, show that the overall survival (OS) and the melanoma cause-specific survival were lower than expected for patients (1246 patients) with a history of CLL. In the abovementioned study comprising 10,993 cases of melanoma, the overall mortality rate differed significantly among patients with melanoma and a history of CLL or NHL (31.4%), patients without such history (14.4%), and those with CLL or NHL diagnosed after melanoma (28.6%, $p < 0.001$). The hazard ratio (HR) for death for patients with melanoma and a history of CLL or NHL was 1.46 compared with patients without such a history. Another study on 69 patients with CLL and melanoma focused on the progression of melanoma and the progression-free survival (PFS) and OS of the patients. The authors found that the patients had a worse prognosis when CLL preceded the development of melanoma (median OS of 3.8 years *versus* 13.5 years).

Several studies support an association between lymphoproliferative neoplasms with melanoma and speculations for a shared etiology or common risk factors. The chronic immunosuppression

that is an inherent feature of CLL and has been correlated with the development of skin malignancies, such as melanoma can be traced to the use of Glyphosate.
In summary, the 24-year use of Glyphosate was the etiologic agent that caused the coexistence of the development of CLL and melanoma. Glyphosate caused the CLL/SLL, and the immunosuppression of CLL led to the melanoma.

Association Between CLL and Bladder Cancer- The decreased immunity and B-cell dysfunction in CLL probably, more likely than not, accounts for this emergence of second malignancies, such as transitional cell carcinoma of the bladder.

Status & Prognosis: Cancer Medicine Holland-Frei Cancer Medicine. 6th edition, states that the median survival Stage I CLL is 105 months from the date of diagnosis. What's more, CLL is an incurable disease and Mr. Engilis will, more likely than not, require further therapy.

All medical opinions are given to a reasonably degree of medical certainty. I reserve the right to amend this report as new information becomes available.

Sincerely,

Andrew Schneider, MD