# EXHIBIT F

```
          IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
              TWENTY-FIRST JUDICIAL CIRCUIT, DIVISION 18
                        Honorable Nellie Ribaudo

 PAUL FERRO, et al.,              )
                                  )
           Plaintiffs,            )
                                  )
 vs.                              ) Cause No. 20SL-CC03678
                                  )
 MONSANTO COMPANY,                )
                                  )
           Defendant.             )
 ==========================================================
                         November 8, 2022
                        Afternoon Session
 ==========================================================

 For the Plaintiffs:           For the Defendant:

 Mr. Jeffrey Haberman           Mr. Tarek Ismail
 Mr. Bryan Hofeld               Mr. Booker Shaw
 Ms. Sarah Schultz              Ms. Emma Ross
 Mr. Paul Tahan                 Ms. Shayna Cook
                                Ms. Stefani Wittenauer
```

                    Reported by:
              Charmaine Spradling, CCR
                Official Court Reporter
        Twenty-First Judicial Circuit, Division 18
                    (314) 615-3720

1                In essence, we take a bunch of people
2       and expose them to a medication, some of them, and
3       don't expose the other half, and then compare the
4       outcomes.  This is not something that would be
5       ethical to do with a chemical exposure.  We wouldn't
6       go ahead and expose people on purpose a chemical when
7       the research question is does the chemical cause
8       cancer.
9            Q.    With respect to the cohort studies and
10      case-control studies here, are those different types
11      of epidemiology studies?
12           A.    That's correct.
13           Q.    Are you an epidemiologist?
14           A.    I have had significant training in
15      epidemiology, both through my didactic training, and
16      my Masters degree; and, in fact, epidemiology is
17      something that any medical student or internal
18      medicine residents learns to some degree.
19                What is more important is that I am a
20      medical oncologist.  And oncology is a very
21      data-driven science.  We don't treat patients based
22      on our gut feeling or based on our personal
23      experience.  We also don't rely necessarily on our
24      hands.  We are not surgeons.  We rely on data.
25                So all of our treatment decisions in

1    oncology rely on studies and use tools that are
2    epidemiologic tools.  So the same tools used to
3    analyze the question of glyphosate and non-Hodgkin's
4    lymphoma, are things that I use on a daily basis;
5    cohort studies, cases-control studies, randomized
6    control studies, odds ratios, statistical
7    significance.  All of the terms that the jury has
8    already heard, are things that we do on a daily
9    basis.  And they are also relevant for my lab
10   research.
11              And, in fact, I just led and
12   published a perspective cohort study just last year.
13   So I might not, I might not call myself an
14   epidemiologist, because I prefer to call myself a
15   medical oncologist, but I think I am qualified to
16   describe to the jury what these studies mean.
17       Q.   Okay.  Great.  And we will get into the
18   epidemiology studies shortly.  But I wanted to ask,
19   we don't see the word "meta-analysis" on here, on the
20   hierarchy.  And the jury has heard that meta-analyses
21   of epidemiology studies are at the top of the pyramid
22   of evidence.  Do you agree with that?
23       A.   I would respectfully disagree with that
24   description of meta-analysis.
25       Q.   Why?