1  **SCHLESINGER LAW OFFICES, P.A.**
Jeffrey L. Haberman
2  Sarah J. Schultz
1212 Southeast Third Avenue
3  Fort Lauderdale, FL 33316
Telephone: (954) 467-8800
4  Facsimile: (954) 320-9509
jhaberman@schlesingerlaw.com
5  sarah@schlesingerlaw.com
6
*Attorneys for Plaintiff, Peter Engilis*
7

8                   **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No: 2741 |
| | Case No.  MDL No. 3:16-md-02741-VC |
| Peter Engilis, Jr., *et al*., | **PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF DR. CHARLES BENBROOK AND DR. WILLIAM SAWYER** |
| Plaintiff, | |
| vs. | |
| Monsanto Company., | **HEARING DATE: JANUARY 12, 2023 TIME: 10:00 A.M.** |
| Defendant. | |
| Individual Case No.: 3:19-cv-07859-VC | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE
THE TESTIMONY OF ANDREW SCHNEIDER, M.D.

1    Plaintiff respectfully files this response in opposition to Defendant's motion.  Plaintiff

2  understands that this motion simply incorporates by reference various motions that Defendant

3  previously raised, which were denied by the Court in Pretrial Order Nos. 201, 202, and 260.  Plaintiff

4  thus incorporates by reference any and all responses to Defendant's motion and the Court's Pretrial

5  Orders on same.  Plaintiff does not think Defendant is entitled to file new motions respecting these

6  witnesses simply because the case may be transferred to Plaintiff's home district for trial.  In any

7  event, Plaintiff reserves the right to respond to any new motions to exclude that Defendant may file.

8

9  DATED:  December 14, 2022                    Respectfully submitted,

10

11                                    /s/ Jeffrey L. Haberman
                                      JEFFREY L. HABERMAN (*pro hac vice*)
12                                    **SCHLESINGER LAW OFFICES, P.A.**

13                                    *Attorneys for Plaintiff, Peter Engilis*

14

15                          **CERTIFICATE OF SERVICE**

16    I hereby certify that on December 14, 2022, I served a copy of the foregoing on the Clerk of

17  Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

18

19                          By: */s/ Jeffrey L. Haberman*
                                Jeffrey L. Haberman

20

21

22

23

24

25

26

27

28

PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE
THE TESTIMONY OF ANDREW SCHNEIDER, M.D.