**SCHLESINGER LAW OFFICES, P.A.**
Jeffrey L. Haberman
Sarah J. Schultz
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 467-8800
Facsimile: (954) 320-9509
jhaberman@schlesingerlaw.com
sarah@schlesingerlaw.com

*Attorneys for Plaintiff, Peter Engilis*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No: 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| Peter Engilis, Jr., *et al.*, | **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF WAVE 4 PLAINTIFFS' GENERAL CAUSATION EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |
| Plaintiff, | |
| vs. | |
| Monsanto Company., | |
| Defendant. | |
| | **HEARING DATE: JANUARY 12, 2023 TIME: 10:00 A.M.** |
| Individual Case No.: 3:19-cv-07859-VC | |

Plaintiff respectfully files this response in opposition to Defendant's motion. Plaintiff understands that this motion simply incorporates by reference various motions that Defendant previously raised, which were denied by the Court in various Pretrial Orders respecting the witnesses and issues subject to this motion. Plaintiff thus incorporates by reference any and all responses to Defendant's motion and the Court's Pretrial Orders on same. Plaintiff does not think Defendant is entitled to file new motions respecting these witnesses or issues simply because the case may be transferred to Plaintiff's home district for trial. In any event, Plaintiff reserves the right to respond to any new motions to exclude that Defendant may file.

DATED: December 14, 2022

Respectfully submitted,

*/s/ Jeffrey L. Haberman*
JEFFREY L. HABERMAN (*pro hac vice*)
**SCHLESINGER LAW OFFICES, P.A.**

*Attorneys for Plaintiff, Peter Engilis*

### CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman