UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS ) MDL No. 2741
LIABILITY LITIGATION )
)
)
)
)
This document relates to: )
)
*Nancy Gardner, et al. v. Monsanto Co.*, )
Case No. 3:19-cv-07129-VC )
)

**ORDER APPROVING**
**NANCY GARDNER'S PETITION FOR APPROVAL**
**OF SURVIVAL AND WRONGFUL DEATH SETTLEMENT**

1

This matter is before the Court on the petition of Nancy Gardner, as personal representative of the Estate of Jerry Gardner, for the approval of a proposed wrongful death settlement. Having heard the evidence, the Court makes the following findings.

1. Petitioner is the widow and personal representative of the Estate of Jerry Gardner.
2. The Estate of Jerry Gardner is presently open in the probate court of Oconee County, South Carolina.
3. Petitioner commenced the present action against Monsanto Company on August 30, 2019 in the United States District Court for the District of South Carolina.
4. On October 22, 2019, this action was transferred to the Northern District of California via order of the Judicial Panel on Multidistrict Litigation.
5. Petitioner has presented to the court all information pertinent to the proposed settlement required by S.C. Code Ann. § 15-51-42(B).
6. Having reviewed this information, I find the proposed settlement to be fair and reasonable and in the best interest of the statutory beneficiaries and the estate of the decedent.
7. The court approves the disbursement of the settlement proceeds in the following manner.

   Gross Settlement Amount
   8% Common Benefit Hold-back
   Litigation Expense Reimbursement
   32% Attorney's Fee
   Net Settlement Proceeds to Beneficiaries

8. Petitioner further proposes that 90% of the gross settlement proceeds be allocated as consideration for the release of the wrongful death claims of the statutory beneficiaries while 10% of the gross settlement proceeds be allocated as consideration for the relief of the survival claims belonging to the Estate.

9. The court finds that Jerry Gardner's statutory beneficiaries are as follows: Nancy Gardner (wife).

10. Pursuant to S.C. Code Ann. § 15-51-40, S.C. Code Ann. § 62-2-102(2), and S.C. Code Ann. § 62-2-103, the net settlement wrongful death proceeds shall be distributed among the statutory beneficiaries as follows:

    Nancy Gardner    

11. The net settlement survival proceeds shall be distributed pursuant to the probate laws of the State of South Carolina.

## CONCLUSION

For the reasons stated herein, the Court approve the terms of the proposed settlement.

Dated: December 14, 2022

_____
Vince Chhabria
United States District Judge
Northern District of California

3