**SCHLESINGER LAW OFFICES, P.A.**
Jeffrey L. Haberman
Sarah J. Schultz
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 467-8800
Facsimile: (954) 320-9509
jhaberman@schlesingerlaw.com
sarah@schlesingerlaw.com

*Attorneys for Plaintiff, Peter Engilis*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No: 2741 |
| | Case No.: 3:19-cv-07859-VC |
| Peter Engilis, Jr., *et al*., | **DECLARATION OF JEFFREY L. HABERMAN IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF JOEL GAGNIER, PH.D.** |
| Plaintiff, | |
| vs. | |
| Monsanto Company., | |
| Defendant. | **Hearing date: January 12, 2023** |
| | **Time: 10:00 a.m.** |
| Individual Case No.: 3:19-cv-07859-VC | |

I, Jeffrey Haberman, declare as follows:

1.  I am an attorney duly licensed to practice law in the state of Florida. I am an attorney at the law firm of Schlesinger Law Offices, P.A. I submit this declaration in support of Plaintiffs' Response in Opposition to Defendant's Motion to Exclude the Testimony of Joel Gagnier, Ph.D. I have personal knowledge of the matters stated below, and if called upon to do so, I could and would competently testify as stated therein.

2.  Attached as Exhibit A is a true and correct copy of the *Daubert* Order in *Alesi v. Monsanto Co.*, No. 19SL-CC03617 (Mo. Cir. Ct. July 22, 2022).

1

3. Attached as Exhibit B is a true and correct copy of the *Daubert* Order in *Ferro v. Monsanto Co.*, No. 20SL-CC03678 (Mo Cir. Ct. Oct. 13, 2022).

4. Attached as Exhibit C is a true and correct copy of the Curriculum Vitae of Joel Gagnier, Ph.D.

5. Attached as Exhibit D is a true and correct copy of the Expert Report of Joel Gagnier, Ph.D.

6. Attached as Exhibit E is a true and correct copy of the deposition transcript of Dr. Joel Gagnier taken on June 1, 2022 in *Ferro v. Monsanto Co.*, No. 20SL-CC03678 (Mo Cir. Ct. 2022).

7. Attached as Exhibit F is a true and correct copy of the October 31, 2022 (Day 9) Session Trial Transcript in *Ferro v. Monsanto Co.*, No. 20SL-CC03678 (Mo Cir. Ct. 2022).

8. Attached as Exhibit G is a true and correct copy of the deposition transcript of Ran Reshef, M.D. taken on August 18, 2022 pertaining to this case as well as *Ferro v. Monsanto Co.*, No. 20SL-CC03678 (Mo Cir. Ct. 2022).

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 14, 2022 in Fort Lauderdale, Florida.

_____
Jeffrey L. Haberman