EXHIBIT C

Ferro v. Monsanto
Gagnier Ex. 027

# Joel Joseph Gagnier

Work: 24 Frank Lloyd Wright Drive, Ann Arbor, MI, USA, 48106-0391
Home: 427 East Ruscom River Road, St Joachim, ON, CAN, N0R1S0
jgagnier@umich.edu

## Education and Training

| | |
|---|---|
| 2009-<br>2010 | University of Michigan, Ann Arbor, MI, USA<br>Department of Epidemiology, School of Public Health<br>Post-Doctoral Fellow<br>Supervisor: Hal Morgenstern PhD |
| 2005-<br>2009 | University of Toronto, Toronto, ON<br>Institute of Medical Science, Faculty of Medicine<br>Degree: Doctorate of Philosophy, Clinical Epidemiology & Biostatistics<br>Supervisor: Claire Bombardier MD |
| 2001-<br>2005 | University of Toronto, Toronto, ON<br>Department of Health Policy, Management and Evaluation, Faculty of Medicine<br>Degree: Master's of Science, Clinical Epidemiology and Health-Care Research<br>Supervisor: Claire Bombardier MD |
| 2000 | Harvard University, Dept of Continuing Medical Education<br>Certificate: Clinical Training in Mind Body Medicine, 2000 |
| 1997-<br>2001 | Canadian College Of Naturopathic Medicine (CCNM), Toronto, ON<br>Doctor of Naturopathic Medicine (ND), 2001 |
| 1993-<br>1997 | University Of Windsor<br>Degree: Bachelor of Arts, 1997<br>Concentration: Religious Studies and Philosophy (Philosophy of Science, Mind<br>and 20th Century German Philosophy) |
| 1992-<br>1996 | University Of Windsor<br>Degree: Bachelor of Arts (Honors with Thesis), 1996<br>Concentration: Clinical Psychology<br>Supervisor: Neil Holland PhD |
| 1991-<br>1992 | University of Western Ontario<br>Degree Program: Biology |

## Certification and Licensure

| | |
|---|---|
| 11/2001-<br>2018 | Naturopathic Doctor, Ontario, Canada<br>College of Naturopaths Ontario |

License and registration #: 1003

7/1999          Biomedical Sciences (Part I), Naturopathic Physician Licensing Examination
                (NPLEX), Ontario, Canada

8/2001          Core Clinical Science Examination and Elective Examinations (Part II), NPLEX,
                Ontario, Canada

**Academic and Clinical Appointments**

Academic Appointments

2022            Associate Professor with Tenure, Department of Epidemiology and Biostatistics,
                University of Western Ontario, London, ON, CAN

2022            Associate Professor with Tenure, Department of Surgery, University of Western
                Ontario, London, ON, CAN

2018-           Affiliated Faculty Member, Education and Mentoring Group, Michigan Institute
04/2022         for Clinical & Health Research (MICHR), University of Michigan, Ann Arbor,
                Michigan, USA

2017-           Associate Professor with Tenure, Department of Orthopaedic Surgery,
04/2022         University of Michigan, Ann Arbor, Michigan, USA

2017-           Associate Professor, Department of Epidemiology, School of Public Health,
04/2022         University of Michigan, Ann Arbor, Michigan, USA

07/2015-        ORISE Research Fellow, Center for Devices and Radiologic Health, Food &
04/2017         Drug Administration

4/2013-         Director, Laboratory for Clinical Epidemiology in Orthopaedic
04/2022         Surgery (CEOS), University of Michigan, Ann Arbor, Michigan, USA.

3/2013-         Faculty Member/Expert, Institute for Healthcare Policy and Innovation,
04/2022         University of Michigan, Ann Arbor, Michigan, USA

10/2010-        Assistant Professor, Department of Epidemiology, School of Public Health,
2017            University of Michigan, Ann Arbor, Michigan, USA

9/2010-         Assistant Professor, Department of Orthopaedic Surgery, University of Michigan,
2017            Ann Arbor, Michigan, USA

7/2010-         Faculty member, Graduate Summer Session in Epidemiology, University of

2

|  | Michigan, Department of Epidemiology, School of Public Health, Ann Arbor, Ann Arbor, MI, USA |
|---|---|
| 1/2015-<br>9/2015 | Research Fellow, Center for Devices and Radiological Health, Food & Drug Administration, Silver Spring, MD |
| 8/2009-<br>12/2009 | Research Associate, Institute of Clinical and Evaluative Sciences, Clinical Epidemiology, Sunnybrook & Health Sciences Centre, Toronto, Ontario, CAN |
| 9/2002-<br>8/2004 | Assistant Professor, Canadian College of Naturopathic Medicine, Toronto, Aug Ontario, CAN |
| 4/2001-<br>9/2002 | Research Scholar, Canadian College of Naturopathic Medicine, Toronto, Ontario, CAN |
| 9/1994-<br>2/1997 | Research Assistant, University of Windsor, Department of Psychology, Windsor, Ontario, CAN |

## Clinical Appointments

| 1/2009<br>9/2010 | Absolute Chiropractic and Wellness Centre, Windsor, ON, CAN<br>Private Practice, Naturopathic Doctor |
|---|---|
| 12/2006-<br>1/2009 | Nguyen Chiropractic and Rehabilitation Centre, Windsor, ON, CAN<br>Private Practice, Naturopathic Doctor |
| 11/2004-<br>12/2006 | Ottawa Street Medical Centre, Windsor, ON, CAN<br>Private Practice, Naturopathic Doctor |
| 11/2001-<br>11/2004 | Provincial Medical Centre, Windsor, ON, CAN<br>Private Practice, Naturopathic Doctor |
| 9/1998-<br>5/2001 | Canadian College of Naturopathic Medicine<br>Robert Schad Naturopathic Clinic<br>Clinical Internship |

**Research Expertise**

Clinical epidemiology, musculoskeletal conditions, clinical research methods (experimental and observational), consensus-based methods, evidence-based medicine, systematic reviews and meta-analyses, measurement/psychometrics/clinimetrics, patient reported outcomes, patient safety, registry studies

**Grants**

3

Active

Sponsor: NIH, NHLBI
Title: RECOVER HER/Real World Data Initiative
PI: Joel Gagnier (U Mich)
Amount : $165,000.00

Sponsor: NIH, NIAMS, R34
Title: Planning Grant for a Clinical Trial Of Cannabidiol For Postoperative Opioid Reduction in
Primary Total Knee Arthroplasty
PI: Kevin Boehnke & Joel Gagnier
Amount: $312,000.00

Sponsor: CIHR, Knowledge Translation Research
Title: Development, validation, and implementation of a knowledge synthesis reporting guideline
for outcome measurement instruments in health research: PRISMA-COSMIN
PI: Martin Offringa & Nancy Butcher
Role: Co-I
Amount: $392,010.00

Sponsor: NIH, CTSA award, TL1TR002242
Title: Michigan Institute of Health Services and Clinical Research
PI: G. Mashour
Role: Co-I
Amount: $62,020,725.00

Sponsor: Ideas Lab, Biosciences Initiative
Title: Enhancing Mechanisms of Human Resilience for Student Success and Well-Being
PI: M. Tewari
Role: Co-I
Amount: $885,000.00

Submitted

Borges FK, Slobogen G, Feibel R; Hip-ATTACK 2 Investigators. HIP fracture Accelerated
surgical TreaTment And Care tracK 2 (HIP ATTACK-2) Trial.
Sponsor: NIH/NIAMS
Role: Site PI

Sponsor: CIHR
Title: WHERE: Waiting for Hip or Knee Replacement: A Prospective Cohort.
PI: Emil Schemitsch
Role: CO-I

Previous Grants

4

Sponsor: NIAMS, R21
Title: SVF cells for nonoperative treatment of small rotator cuff tears.
PI: M. Freehill
Role: Co-I
Amount: $624,000.00

Sponsor: NIAMS, NIH, K08
Title: Personal Surgical Planning to Avoid Hip Dislocation after Total Hip Arthroplasty:
Concept of Functional Safe Zone
PI: Aidin Eslam Pour
Role: Mentor
Amount: $827,495.00

Sponsor: M-Cubed, University of Michigan
Title: Multimodal nutritional formula for improving recovery from total joint arthroplasty: A
pilot randomized controlled trial
PI: Joel Gagnier
Amount: $44,974.40

Sponsor: University of Michigan Office of Research
Title: Multimodal nutritional formula for improving recovery from total joint arthroplasty: A
pilot randomized controlled trial
PI: Joel Gagnier
Amount: $15,000.00

Sponsor: Department of Orthopaedic Surgery, University of Michigan
Title: Predicting Surgical Need Following Physical Therapy Treatment in Patients with Rotator
Cuff Tears: A registry based cohort study
PI: Joel Gagnier
Amount: $24,960.00

Sponsor: Food and Drug Administration, Center for Devices and Radiologic Health
Title: Patient Engagement Interaction for Safety Evaluation in Patients with Temporomandibular
Joint Replacement (TMJ)
PI: Carolina Alvarez-Garriga
Role: Co-I
Amount: $79,000.00 (USD)

Sponsor: Patient Centered Outcomes Research Institute (March 2017 - April 2019)
Title: Development of reporting guidelines for psychometric research on patient reported
outcome measures
PI: Joel Gagnier
Amount: $348,190.00 (USD)

Sponsor: Anonymous Philanthropic Contribution
Title: The Michigan Shoulder Registry Initiative
PI: Joel Gagnier and Bruce Miller
Amount: $150,000.00 (USD)

Sponsor: Mark Cuban Foundation
Title: Evaluation of Recombinant Growth Hormone Therapy to Prevent Muscle Atrophy in
Patients with Anterior Cruciate Ligament Tears (June 2015 – May 2017)
PI: Chris Medias
Role: Co-investigator
Amount: $796,994.00 (USD)

Sponsor: CIHR, Operating Grant
Title: A Multi-Centre 2x2 Factorial Randomized Trial Comparing Sliding Hip Screws
versus Cancellous Screws AND Vitamin D versus Placebo on Patient Important Complications
and Quality of Life in the Treatment of Young Adult (Ages 18-60) Femoral Neck Fractures
(FAITH-2)
PI: Gerard Slobogean
Role: Site PI
Amount: 1st year $133,004.00 (CDN)

Sponsor: Food and Drug Administration, Center for Devices and Radiologic Health
Title: Psychometric properties of patient reported outcomes for urinary insufficiency: A
systematic review (July 2016 – April 2017)
PI: Manuel Bayona
Role: Co-PI
Amount: $52,500.00 (USD)

Sponsor: Food and Drug Administration, Center for Devices and Radiologic Health
Title: Psychometric properties of patient reported outcomes for total hip or total knee
replacement: A systematic review (July 2015 – April 2016)
PI: Manuel Bayona
Role: Co-I
Amount: $80,500.00 (USD)

Sponsor: Patient Centered Outcomes Research Institute (August 2015 – July 2017)
Title: Development of a core outcome set for clinical trials in shoulder disorders
PI: Joel Gagnier
Amount: $230,826.00 (USD)

Sponsor: Department of Orthopaedic Surgery, University of Michigan
Title: Minimally important difference for the PROMIS Physical Function CAT instrument in
patients with rotator cuff disease (May 2015 – July 2017)
PI: Joel Gagnier
Amount: $15,000.00 (USD)

Sponsor: The National Institutes of Health
Title: Bone Robustness as a Biomarker of Skeletal Aging and Fragility
PI: Karl Jepsen
Role: Co-investigator
Amount: $2,056,841.00 (USD)

Sponsor: Department of Orthopaedic Surgery, University of Michigan
Title: Minimally important differences for the WORC and ASES in shoulder patients (September 2014 – Present)
PI: Joel Gagnier
Amount: $25,000.00 (USD)

Sponsor: The PhRMA Foundation (July 2015 – December 2016)
Title: Establishing a minimal important difference for the PROMIS Physical Function CAT instrument in patients with rotator cuff disease
PI: Joel Gagnier
Amount: $100,000.00 (USD)

Sponsor: Department of Orthopaedic Surgery, University of Michigan
Title: A predictive model for skeletal fractures (May 2012 – present)
PI: Karl Jepsen
Role: Co-investigator
Amount: $15,000.00 (USD)

Sponsor: Mr. Kenneth Eisenberg
Title: Clinical Research in Rotator Cuff Disease (May 2012 – June 2015)
PI: Joel Gagnier & Bruce Miller
Amount: $150,000.00 (USD)

Sponsor: American Orthopaedic Society for Sports Medicine
Title: Changes in Biomarkers of Cartilage Degeneration and Inflammation Following Arthroscopic Decompression of Femoacetabular Impingement (June 2012 – June 2014)
PI: Asheesh Bedi
Role: Co-investigator
Amount: $50,000.00 (USD)

Sponsor: Blue Cross Blue Shield Michigan Foundation (December 2012 – June 2015)
Title: Development and implementation of a safety checklist for patient hand-offs
PI: Joel Gagnier
Amount: $80,500.00 (USD)

Sponsor: M-Cubed, University of Michigan
Title: Core outcome measures for rotator cuff disorders
PI: Joel Gagnier

Amount: $60,000.00 (USD)

Sponsor: Department of Orthopaedic Surgery, University of Michigan
Title: A Chart Review of Adverse Events in Orthopaedic Surgery Patients (May 2011 – Present)
PI: Joel Gagnier
Amount: $15,000.00 (USD)

Sponsor: Office of the Vice-President Research, University of Michigan (June 2012 – June 2013)
Title: Development of case-report guidelines: the C.A.R.E. initiative.
PI: Joel Gagnier
Amount: $2,500.00 (USD)

Sponsor: Department of Orthopaedic Surgery, University of Michigan
Title: Consensus based development of case reporting guidelines (June 2012 – June 2013)
PI: Joel Gagnier
Amount: $15,000.00 (USD)

Sponsor: Department of Orthopaedic Surgery, University of Michigan
Title: Scoping reviews in orthopaedic surgery: Randomized controlled trials (RCT) in Knee, hip
and shoulder conditions and methodological studies (May 2011 – May 2013)
PI: Joel Gagnier
Amount: $50,000.00 (USD)

Sponsor: National Institutes of Health
Title: Development of guidelines for investigating heterogeneity in systematic reviews (Sep 2010
– December 2012)
PI: Joel Gagnier
Amount: $424,875.00 (USD)
Role: Primary Investigator

Sponsor: Ontario Research Fund's Research Excellence program
Title: New Technologies for Ginseng Agriculture and Product Development (2008-2012).
PI: Ed Lui, University of Western Ontario.
Role: Co-investigator
Amount: $6,927,640.00 (CAD)

Sponsor: The Bone & Joint Injury Prevention & Rehabilitation Centre, University of Michigan
Title: A systematic review of interventions designed to prevent anterior cruciate ligament (ACL)
injuries in adolescents and adults (2009-2010)
PI: Hal Morgenstern
Role: Co-investigator
Amount: $35,000.00 (USD)

Sponsor: Agency for Health-Care Research and Quality (AHRQ)
Title: Complementary and Alternative Therapies for Back Pain II (2009-2010)

PI: David Moher
Role: Co-investigator
Amount: $249,905.10 (USD)

Sponsor: Agency for Health-Care Research and Quality (AHRQ)
Title: Complementary and Alternative Medicine in Back Pain Utilization Report: I (2008)
PI: Lina Santaguida
Role: Co- investigator
Amount: $195,690.00 (USD)

Sponsor: Clinical Research Division, Canadian Institutes of Health Research
Title: Focused Consultation: Development of reporting guidelines for randomized controlled trials of botanical medicines (2003-2004).
PI: Joel Gagnier and Claire Bombardier
Role: Co-Primary Investigator
Amount: $57,315.00 (CAD)

Sponsor: Institute of health services and policy research, Canadian Institutes of Health Research
Title: Focused Consultation: Development of reporting guidelines for randomized controlled trials of botanical medicines (2003)
PI: Joel Gagnier and Claire Bombardier
Role: Co-Primary Investigator
Amount: $5000.00

Sponsor: Ontario Chiropractic Association
Title: Randomized Placebo-controlled clinical trial of chiropractic treatment and White Willow bark: A natural product treatment of low back pain in adults (2002)
PI: Kim Humphreys
Role: Co-investigator
Amount: $90,298.00 (CAD)

Sponsor: ESSIAC Corporation Canada.
Title: Attitudes and experiences of Canadians taking Essiac for the treatment of cancer (2002).
PI: Edward J. Mills
Role: Co-investigator
Amount: $139,201.00 (CAD)

Sponsor: Ontario HIV treatment Network.
Title: Determining if ingestion of Silybum Marianum (Milk Thistle) influences the metabolization of indinavir in Healthy subjects: a randomized controlled Phase I study (2002)
PI: Edward Mills
Role: Co-investigator (CAD)
Amount: $100,000.00

**Honors and Awards**

9

| | |
|---|---|
| 5/2021 | Best Senior Resident Paper, Senior Resident Thesis Day, Department of Orthopaedic Surgery, University of Michigan, May 2021 |
| | Garcia S, Gagnier JJ, Schaffer N, Aleem I. Do Perioperative Corticosteroids Reduce Severity of Dysphagia Following Anterior Cervical Spinal Fusion? A Meta-analysis of Randomized Controlled Trials. |
| 9/2018 | AAHKS Clinical Research Award, 2018 |
| | Schubert M, Urquhart A, Gagnier JJ & Eslam-Pour A (co-senior authors). Prophylactic Tamsulosin Does Not Reduce the Risk of Urinary Retention Following Lower Extremity Arthroplasty: A Double-Blind Randomized Controlled Trial. |
| 5/2018 | Outcome Measures in Rheumatology (OMERACT 2018), Terrigal, Australia *Best Fellow Poster* |
| | Whittle S, Romiro S, Huang W, Beaton D, Shea B, Buchbinder R, Gagnier JJ for the OMERACT core set working group. A systematic review of the measurement properties of instruments used to measure pain in trials of shoulder disorders. Poster. |
| 7/2017 | PhRMA Foundation, Value Assessment Challenge Award Program *3rd Place* |
| | Gagnier JJ, Maratt JD. Integration of Patient Reported Outcome Measures to Aid in the Assessment of Value in Health Care. |
| 6/2017 | International Society of Arthroscopy, Knee Surgery and Orthopaedic Sports Medicine (ISAKOS) *Caspari Award*, 2nd Place |
| | Watson ST, Robbins CB, Bedi A, Carpenter JE, Gagnier JJ, Miller BS. Does concomitant biceps surgery affect the outcome of rotator cuff repair? Podium Presentation. |
| 5/2016 | OREF/CCJR Spring 2016, *Clinical Practice Award* |
| | Marratt J, Gagnier J, Urquhart A, Butler P, Roberts K, Hallstrom B. Direct anterior approach does not reduce dislocation risk. |
| 5/2016 | Best Senior Resident Paper, Senior Resident Thesis Day, Department of Orthopaedic Surgery, University of Michigan, May 2016 |

Thomas J, Schubert MF, Yashur J, Lee JJ, Gagnier JJ, Eslma-Pour A. Postoperative urinary retention after lower extremity arthroplasty and the role of selective alpha-1 adrenergic blocking agents: A propensity matched retrospective cohort study.

3/2016      American Association of Orthopaedic Surgeons Annual Meeting, Orlando, Florida
*Best AAOS Shoulder Section Poster*.
Kirsch J, Nathani A, Bedi A, Gagnier J, Robbins C, Miller B. Is there an association between the "Critical Shoulder Angle" and clinical outcome after Rotator Cuff Repair?

6/2015      International Society of Arthroscopy, Knee Surgery and Orthopaedic Sports Medicine (ISAKOS)
*Caspari Award* (best upper extremity paper), 2nd place
Value: $1500.00

7/2009      Canadian Institute of Health Research
7/2011      Clinical Research Priority
*Post-Doctoral Fellowship*
Value: $180,000.00

12/2008      University of Toronto
*Open Fellowship*
Value: $3000.00

5/2005-      Canadian Institute of Health Research and the Natural Health Products
4/2008      Directorate
*Postgraduate Fellowship*
Value: $165,000.00

5/2001-      Canadian Institute of Health Research and the Office of Natural Health Products
4/2005      *Postgraduate Fellowship*
Value: $162,667.00

7/2001      Heel Inc. Bursary
*Research paper submitted, First place*
Value: $700.00

11/1999-      Canadian National Government
2000      *Millennium Scholarship*
Value: $400.00

9/1999      EHN Inc
*Potential in Research Scholarship*

11

|  | Value: $2500.00 |
|---|---|
| 9/1999 | CCNM Bursary<br>*Excellence in Research*<br>Value: $1500.00 |
| 9/1996-<br>1998 | Essex County Real-Estate Board<br>*Academic Bursary*<br>Value: $1000.00/annum |

## Memberships in Professional Societies & Working Groups

| 03/2020<br>*Present* | Orthopaedic Research Society, Clinical Studies Topic Committee<br>*Chair* |
|---|---|
| 02/2020<br>*Present* | Orthopaedic Research Society, 2021 Program Committee<br>*Member* |
| 03/2020<br>*Present* | Orthopaedic Research Society, Clinical Research Forum Task Force<br>*Chair* |
| 10/2019<br>*Present* | Orthopaedic Research Society, Research Council<br>*Clinical Research Representative* |
| 10/2019<br>*Present* | Orthopaedic Research Society, Learn ORS Committee<br>*Member* |
| 04/2018<br>Present | PROMIS Health Organization, Standards Committee<br>*Member* |
| 04/2018<br>Present | PROMIS Health Organization, Clinical Applications Committee<br>*Member* |
| 3/2018<br>Present | Orthopaedic Research Society, Clinical Research Committee / Clinical Research<br>Forum Task Force<br>*Chair* |
| 01/2018<br>Present | Applied Biostatistical Sciences Network, University of Michigan<br>*Member* |
| 11/2017<br>2/2019 | Orthopaedic Research Society, 2019 Program Committee<br>*Member* |
| 3/2016<br>Present | Orthopaedic Research Society, Clinical Research Education Sub-Committee<br>*Co-Chair* |

12

| 3/2016 | OMERACT, Shoulder Pain, Working Group |
| Present | *Co-Chair* |

| 12/2015- | PROMIS Health Organization |
| Present | *Member* |

| 10/2015 | Patient Reported Outcome, Methods Group, Cochrane Collaboration |
| Present | *Member* |

| 6/2015- | Orthopaedic Research Society, Clinical Research Committee |
| Present | *Member* |

| 4/2015- | American Society of Professionals in Patient Safety |
| Present | *Member* |

| 10/2011- | Complementary Medicine Field, Cochrane Collaboration |
| Present | *Board Member* |

| 11/2010- | American Academy of Orthopaedic Surgeons |
| Present | *Member* |

| 11/2010- | American Orthopaedic Society for Sports Medicine |
| Present | *Member* |

| 11/2010- | Orthopaedic Research Society |
| Present | *Member* |

| 10/2008- | Cochrane Methods Bias Group |
| Present | *Member* |

| 5/2003- | CONSORT (Consolidated Standards of Reporting Trials) Group |
| Present | *Member* |

| 6/2003- | ESCORT (Evidence surrounding CONSORT on reporting of trials) |
| 6/2006 | *Member* |

| 5/2002- | Cochrane Back Review Group |
| Present | *Member* |

| 5/2002- | World Association of Medical Editors (WAME) |
| Present | *Member* |

| 9/1998- | Canadian College of Naturopathic Medicine |
| 2001 | *CCNM Research Committee, Student Representative* |

|  9/1997- | Canadian College of Naturopathic Medicine |
| 2001 | *Student Research Committee, founder and student representative* |

| 9/1997- | Ontario Association of Naturopathic Doctors |
| Present | *Member* |

| 9/1997- | Canadian Association of Naturopathic Doctors |
| Present | *Member* |

| 9/1995- | University of Windsor, Psychology Department |
| 5/1996 | *Undergraduate Studies Committee, Representative* |

**Editorial Positions, Boards, and Peer-Review Service**

Editor in Chief: Sage Research Methods in Medicine (2018-present)

Associate Editor: BMC Trials (2018 to 2019)

Associate Editor: BMC Medical Research Methodology (2016 to 2019)

Associate Editor: BMC Musculoskeletal Disorders (2016 to 2019)

Academic Editor: Public Library of Science (PLOS) – One (2006 to 2019)

Methodology Editor: Global Advances in Health and Medicine (2012 to 2017)

Clinical Editor: British Medical Journal: Clinical Evidence, 2008.

Editorial Board Member: International Journal of Methods in Psychiatric Research (2019 - present), Current Nutraceuticals (2019 - present), Translational Sports Medicine (2017 to present), Sports Medicine - Open (2014 to present), Clinical Trials (2012 to present), Global Advances in Health and Medicine (2012 to present), World Journal Of Orthopaedics (2010 to present), Evidence-Based Complementary Medicine (2010 to present), International Journal of Applied Research in Natural Products (2006 to present), Alternative Therapies in Health and Medicine (2004 to 2008), Explore: The journal of science and healing (2004 to 2011).

Peer-Reviewer for Journals: Journal of Psychosomatic Medicine (2021-present), PLOS Computational Biology (2021-present), Journal of Patient Reported Outcomes (2021-present), BMJ Case Reports (2018-present), Value in Health (2017 to present); Quality of Life Research (2017 to present); Journal of Orthopaedic Trauma (2017 to present); Cancer Epidemiology (2017 to present); BMJ-Open (2017 to present); Journal of the American Medical Association – Oncology (2016 to present), Journal of the American Medical Association (2012 to present), BMC Complementary and Alternative Medicine (2016 to present), British Journal of Rheumatology (2016 to present), The Journal of Rheumatology (2014 to present), Journal of

14

Orthopaedic Research (2014 to present), American Journal of Sports Medicine (2014 to present), Clinical Trials (2013-present), Annals of Surgery (2012 to present), Cochrane Collaboration Musculoskeletal Group (2012 to present), British Medical Journal (2010 to present), Journal of Bone and Joint Surgery (2011 to present), BMC Medicine (2011 to present), QJM: An international Journal of Medicine (2008 to present), European Heart Journal (2005 to present), Trials (2009 to present), Current Medical Research and Opinion (2008 to present), Headache (2003 to present), BMC Medical Research Methodology (2004 to present), Anemia guidelines for family practice, 2nd edition (2007), Journal of Clinical Epidemiology (2004 to present), Cochrane Collaboration Back Review Group (2003 to present), Annals of Internal Medicine (2006 to present), Canadian Medical Association Journal (2005 to present), Clinical Nutrition (2002 to present), Cephalalgia (2001 to present), British Journal of Clinical Pharmacology (2006 to present)

Peer-Reviewer for Granting Agencies: Wellcome Trust (2018 to present), Arthritis Research UK (2018 to present), Tryg Foundation, Denmark (2016 to present), Orthopaedic Research and Education Foundation (OREF) Rockwood Clinical Research in Shoulder Care (2016 – present), National Institutes of Health – Early Career Reviewer Program (2013 to present), Agency for Health Research and Quality (2012 to present), Food and Health Bureau, The People's Republic of China (2009 to present); Canadian Institutes of Health Research, Randomized Controlled Trials Unit (2004 to present), The Hospital for Sick Children Foundation, National Grants Program (2004 to present); Natural Health Products Directorate, Health Canada (2003 to present).

Peer-Reviewer for Funded Research Reports: PCORI (2018 to present)

Peer-Review for Abstract Submissions: International Society for Quality of Life Research (2018 to present), Cochrane Collaboration Colloquium (2007 to present), Canadian Cochrane Collaboration Annual Meeting (2008 to present), Peer Review Congress on Biomedical Publications (2007 to present), Orthopaedic Research Society (2016 to present)

Other Editing/Peer-Reviewing: McMaster Online Rating of Evidence (2004 to 2017).

**Committee Involvement**

Strategies in Clinical Research, Chair-Elect, Orthopaedic Research Society
(2021-present)

Expert Advisory Working Group Member, ICHOM - COVID-19 Standard Set
*(2020 to presen*t)

Advisory committee, KL2 and TL1 training programs, Michigan Institute for Clinical and Health Research, University of Michigan
Member *(2020 to 2022)*

Musculoskeletal Health Services & Clinical Research Group, University of Michigan

*Co-founder and Member (2019 to 2022)*

Education and Training Workgroup, Institute for Healthcare Policy and Innovation, University of Michigan
*Member (2019 to 2022)*

Learn ORS, Clinical Research Representative, Orthopaedic Research Society
*Member (2019 to present)*

Translational/Clinical Science Task Force, Orthopaedic Research Society
*Member (2019 to present)*

2020 Conference Program Committee, Orthopaedic Research Society
*Member (2018 to 2020)*

Clinical Research Committee, Orthopaedic Research Society
*Forum Committee Chair (2019 to 2021)*
*Chair (2018 to 2019)*
*Member (Co-Chair of the Educational Subcommittee) (2015 to 2021)*

Affiliated Faculty Member, Education and Mentoring, Michigan Institute for Clinical and Health Research, University of Michigan *(2018 to 2022)*

Research Advisory Committee, Department of Orthopaedic Surgery, University of Michigan
*Member (2017 to 2022)*

Optimizing Patient Care Curriculum Committee, University of Michigan
*Member (2017 to 2021)*

Evidence-Based Medicine Working Group, University of Michigan
*Member (2017 to 2021)*

Behavior, Function, & Pain; Clinical Trial Support Unit
*Scientific Advisory Board Member (2017 to present)*

National University Of Health Sciences
*Curriculum Committee (2016 to present)*

Canadian College of Naturopathic medicine
*Curriculum Committee (2001-2004)*

Wu Shen Temple Kung Fu Association
*Board Member (2016 to present)*

**Teaching**

16

Didactic Courses

Clinical Epidemiology, Department of Epidemiology and Biostatistics, Schulich School of Medicine and Dentistry, Western University, London, ON, Canada (2022-present).

Cochrane Systematic Review Workshop, School of Public Health, Tufts University (2020 to present).

Systematic Reviews and Meta-Analyses, EPID626, Department of Epidemiology, School of Public Health, University of Michigan, Ann Arbor, MI (2021-present).

Introduction to Systematic Reviews and Meta-Analyses, EPID 757, Epidemiology Summer Session, Department of Epidemiology, School of Public Health, University of Michigan, Ann Arbor, MI (2010 to present)

Measurement in Clinical Research (2016 to present). Graduate Summer Session in Epidemiology, Department of Epidemiology, School of Public Health, University of Michigan, Ann Arbor, MI, USA.

Clinical Research & Biostatistics I and II (2013-2018), Research 101, Department of Orthopaedic Surgery, University of Michigan, Ann Arbor, MI, USA

Clinical Research Design (2011 to present), Orthopaedic Basic Science Lectures, Department of Orthopaedic Surgery, University of Michigan, Ann Arbor, MI, USA

Statistical Methods for Clinical Research (2011 to 2022), Orthopaedic Basic Science Lectures, Department of Orthopaedic Surgery, University of Michigan, Ann Arbor, MI, USA

Critical Appraisal of Biomedical Literature (2011 to 2022), Orthopaedic Basic Science Lectures, Department of Orthopaedic Surgery, University of Michigan, Ann Arbor, MI, USA

Introduction to Translational Research, PHARM640, Master's of Science in Clinical Research Program (2016 to 2022).

Heterogeneity in Systematic Reviews, National University of Naturopathic Medicine (2019 to 2021).

Cochrane Systematic Review Workshop, School of Public Health, Central Michigan University (2017 to 2019).

Critical Appraisal of the Literature. M4 Ortho Medical Student lecture. March 2016, 2017.

Patient Hand-Offs (2016-2021). Patient Safety, Quality and Leadership (PASQUAL) Leadership Scholars Program, Department of Learning Health Sciences, University of Michigan, Ann Arbor, MI, USA.

Systematic Reviews and Meta-analyses (2014), Clinical Epidemiology Program, School of Public Health, King Saud University, Riyadh, Kingdom of Saudi Arabia.

Introduction to systematic reviews and meta-analyses, Guest Lecture, (2010 to 2015), Epidemiology, Health Services and Policy, Epid 626, Department of Epidemiology, School of Public Health, University of Michigan

Advanced Systematic Reviews and Meta-Analyses (2013), Epid 759, Graduate Summer Session in Epidemiology, Department of Epidemiology, School of Public Health, University of Michigan, Ann Arbor, MI, USA

An Introduction to Traditional Chinese Medicine (2008 to 2017), Department of English, St. Clair College, Windsor, ON

Pharmacology & Toxicology of Naturally Sourced Medicines (2007 to 2013), Department of Pharmacology, University Of Western Ontario, London, ON, CAN

Principles of Research (2013 to 2015), Naturopathic Doctor Bridge Program, Canadian College of Naturopathic Medicine, Toronto, ON, CAN

Introduction to Clinical Epidemiology: Critical Appraisal and Biostatistics (2003-2005), Naturopathic Doctor Program, Canadian College of Naturopathic Medicine, Toronto, ON, CAN

Pharmacology (2002-2005), Naturopathic Doctor Program, Canadian College of Naturopathic Medicine, Toronto, ON, CAN

Physical and Clinical Diagnosis (2003-2005), Naturopathic Doctor Program, Canadian College of Naturopathic Medicine, Toronto, ON, CAN

History, Philosophy and Principles of Medicine (2002-2004), Naturopathic Doctor Program, Canadian College of Naturopathic Medicine, Toronto, ON, CAN

Issues in Counseling (2002-2003), Naturopathic Doctor Program, Canadian College of Naturopathic Medicine, Toronto, ON, CAN

Intramural Lectures

Choosing patient reported outcomes measures for improving patient monitoring and outcome assessment, Institute for Health Policy and Innovation, University of Michigan, May 13, 2021.

Clinical Epidemiology Research Program in Orthopaedics, Chronic Pain and Fatigue Research Center, University of Michigan, May 7th, 2019.

Patient Reported Outcome Measures in Orthopaedics, MedSport, Clinical Staff - In Service Rounds, June 8th, 2017.

"Clinical Research methods", Molecular and Integrative Physiology Masters Program, Physiology 601, February, 2015.

Gagnier JJ, DeRosier J, Bagian J. Development, Implementation and Evaluation of a Patient Handoff Tool in Orthopaedics. December 2014. Clinical Research Series in Musculoskeletal Medicine

Robbins C, Gagnier JJ. Surgical versus nonsurgical interventions for rotator cuff tears: A cohort study. September 2014. MedSport Grand Rounds.

Huang H, Gagnier JJ. Psychometric properties of patient reported outcome measures for rotator cuff disease. April 2014. Clinical Research Series in Musculoskeletal Medicine

Robbins C, Gagnier JJ. Surgical versus nonsurgical interventions for rotator cuff tears: A cohort study. March 2014. Clinical Research Series in Musculoskeletal Medicine

Oltean H. Gagnier JJ.  Surgical versus nonsurgical interventions for rotator cuff tears: A cohort study. December 2012. Clinical Research Series in Musculoskeletal Medicine

"A Chart Review of Adverse Events Following Orthopaedic Procedures", April 12, 2012, Grand Rounds, Department of Orthopaedic Surgery, University of Michigan, Ann Arbor, MI, USA

"A Chart Review of Adverse Events Following Orthopaedic Procedures", April 10, 2012, Lunch Seminar, Orthopaedic Research Laboratories, Department of Orthopaedic Surgery, University of Michigan, Ann Arbor, MI, USA

"Systematic Reviews and Meta-Analyses", SI 653 / HMP 670, April 5th 2012 Evidence Based Health Information, School of Information, University of Michigan, Ann Arbor, MI, USA

"Systematic Reviews and Meta-Analyses" (Winter 2010), Epidemiology, Health Services and Policy, Department of Epidemiology, School of Public Health, University of Michigan, Ann Arbor, MI, USA

"An Introduction to Systematic Reviews and Meta-Analyses" (2010), Emerging Scholars Interdisciplinary Network, Summer Fellowship Program in Applied Multi-Ethnic Research at the Inter-University Consortium for Political & Social Research, University of Michigan, Ann Arbor, MI, USA

"A Systematic Review and Meta-Analysis of Interventions for the Prevention of Anterior Cruciate Ligament Injuries", Research Rounds, Department of Orthopaedic Surgery, University of Michigan, Ann Arbor, MI, USA

Undergraduate Student Supervision

2021        John O'Occonor

2020        Sophie Vince

2016-       Jaemin Park, Alyssa Holmes, Katelyn Gebhart (UROP students)
2017

Medical Student / Graduate Student / Resident Supervision

2022        Daniel Sjoquist MD, Ryan Juncker, Stefano Muscatelli MD, Alexandra
            Offereman NP, Bilal Butt MD, Jenna Wilson MD, Erin Droy MD, Nathanial
            Schaffer MD, Stefan Garcia MD, Joshua Piche MD, Stephen Lidgard MD,
            Bridger Rodoni MD, Eric Olsen MD, Viktor Tollemar MD, Sameer Oak MD
            (fellow), Evangeline (Fumina) Kobayashi MD

2021        Daniel Sjoquist MD, Ryan Juncker, Stefano Muscatelli MD, Alexandra
            Offereman NP, Bilal Butt MD, Jenna Wilson MD, Erin Droy MD, Nathanial
            Schaffer MD, Stefan Garcia MD, Joshua Piche MD, Stephen Lidgard MD,
            Bridger Rodoni MD, Eric Olsen MD, Viktor Tollemar MD, Sameer Oak MD
            (fellow), Evangeline (Fumina) Kobayashi MD

2020        Anna Salomonsson (MPHc), Jace Bullard MD, Jordan Howard Green MD, Jack
            Weick MD, Michael McHugh MD, Stefano Muscatelli MD, Erin Droy MD, Tyler
            Spiering MD, Ryan Juncker MD, Temitope Elutilo-Ayoola MD

2019        Anna Salomonsson (MPHc), Nicole Honey (medical student), Grace Carey
            (medical student), Allan Metz (medical student), Lingjie Zhou MPH, Jianyu Lai
            MPH, Yuanxi Jia PhDc, Manuel Schubert MD, George Cibulas MD, Nicholas
            Wallace MD, Austin Ramme MD (fellow).

2018        Lingjie Zhou MPH, Jianyu Lai MPH, Yuanxi Jia PhDc, Manuel Schubert MD,
            Micah Neimark MD (fellow), George Cibulas MD, Nicholas Wallace MD, Austin
            Ramma MD (fellow).

2017        Deborah Trimble MDc., Lingjie Zhou MPHc, Jianyu Lai MPHc., Madhuri
            Natarajan MPHc., Jared Thomas MD, Manuel Schubert MD, Moin Khan MD

2016        Lingjie Zhou MPHc, Ying Shen MPHc., Jianyu Lai MPHc., Wenqin Qiang
            MPHc., Benjamin Allen MD, Scott Wilson MD, Marc Zughaib MPH, Jacob
            Kirsch MD, Eric Lee MD, Jared Thomas MD, Brandon Hood MD

2015        Benjamin Allen MD, Scott Wilson MD, Marc Zughaib MPHc, Mark Morris MD,
            Brandon Hood MD, Jacob Yashar BSc(c.), Jacob Kirsch MD

| 2014 | Kurtis Vandenberg MD, Joe Godlew MSc |
|------|--------------------------------------|
| 2013-2014 | Jacob Williams MPH, Megan Mullins MPH, Chris Kweon MD |
| 2013 | James Cowan MD and Ryan Mlynarek MD |
| 2012 | Jeffery Wilde MD |
| 2010-2012 | John Grant MD |
| 2011 | Laurence Briski MDc, Mark Seeley MD, Ramesh Srinivasan MD |
| 2010-2011 | Mustafa Gomberawalla MD |

Graduate Student / Resident / Fellow Co-Supervision and Consultations

2022    Erin Droy MD, Ankur Khanna

2021    Erin Droy MD, Daniel Sjoquist MD, Alexander Akoto MD, Ryan Juncker, Stefano Muscatelli MD, Alexandra Offereman NP, Tyler Spiering MD, Michael McHugh MD, Stefan Garcia MD, Joshua Piche MD, Rajbar Hundal MD, Stephen Lidgard MD, Bridger Rodoni MD, Eric Olsen MD, Viktor Tollemar MD

2020    Daniel Sjoquist MD, Alexander Akoto MD, Ryan Juncker, Stefano Muscatelli MD, Alexandra Offereman NP, Tyler Spiering MD, Michael McHugh MD, Daniel Sjoquist MD, Max Davis MD, Christopher Bush MD (fellow), Jace Bullard MD, Marcus Graetens MD, Joseph Nelson MD, Bilal Butt MD, Jenna Wilson MD, Erin Droy MD, Nathanial Schaffer MD, Stefan Garcia MD, Joshua Piche MD, Rajbar Hundal MD, Stephen Lidgard MD, Bridger Rodoni MD, Eric Olsen MD, Viktor Tollemar MD

2019    Stefano Muscatelli MD, Tyler Spiering MD, Michael McHugh MD, Daniel Sjoquist MD, Max Davis MD, Christopher Bush MD (fellow), Jace Bullard MD, Marcus Graetens MD, Joseph Nelson MD, Bilal Butt MD

2018    Jace Bullard MD, Marcus Graetens MD, Joseph Nelson MD, Eric Lee MD, Jacob Kirsch MD, Benjamin Snider MD

2017    Jace Bullard MD, Mark Morris MD, Eric Lee MD, Jacob Kirsch MD, Benjamin Snider MD, Brandon Hood MD, Marcus Graetens MD, Michael Yee MD, Joseph Nelson MD,

2016    James Cowan MD, Eric Lee MD, Jacob Kirsch MD, Jared Thomas MD, Benjamin Snider MD, Brandon Hood MD, Marcus Graetens MD, Michael Yee MD

2015    Chris Kweon MD, Alex Weber MD, James Cowan MD, Mark Morris MD, Eric Lee MD, Ryan Mlynarek MD, Jacob Kirsch MD, Jared Thomas MD, Benjamin Snider MD, Nick Schroeder MD, Brandon Hood MD, Linnea Welton MD,

2014    Chris Kweon MD, Alex Weber MD, James Cowan MD, Linnea Welton MD, Mark Morris MD, Ryan Mlynarek MD, Jacob Kirsch MD, Jared Thomas MD, Benjamin Snider MD, Nick Schroeder MD

2013    Chris Kweon MD, Micheal Knesek MD, Jermanual Landfair MD, Mark Seeley MD, Alex Weber MD, Joseph Ward MD

2012    Michael Knesek MD, Joseph Maratt MD

2011    David Ruta MD, Joseph Maratt MD, Osamu Yanifuji MD, Mark Seeley MD, Benjamin Snider MD, Joshua Murphy MD, Ashley Bower MD, Chris Walsh MD, Ramesh Srinivasan MD

2010    Mark Seeley MD, Benjamin Snider, Joshua Murphy MD, Ashley Bower, Chris Walsh MD, Selina Silva MD

**Extramural Teaching**

9/2008-    Guest lecturer, St Clair College, Windsor, ON, CAN
2018

9/2007-    Guest lecturer, University of Western Ontario, Department of Physiology,
2016       Pharmacology and Toxicology, London, ON, CAN

9/2004-    Guest Lecturer, Canadian College of Naturopathic Medicine, Toronto, ON,
2014       CAN

**Invited Lectureships / Visiting Professorships**

1/2020    Cleveland Clinic, Musculoskeletal Research Center

3/2019    Central Michigan University, School of Health Sciences
          Cochrane Reviewer Workshop.

4/2018    Central Michigan University, School of Health Sciences
          Cochrane Reviewer Workshop.

3/2017    Central Michigan University, School of Health Sciences
          Cochrane Reviewer Workshop.

| 10/2016 | Meta-Research Innovation Center at Stanford, Stanford University |
| | Gagnier JJ. Investigating heterogeneity in systematic reviews. |
| 5/2016 | Health Policy, Management and Evaluation, University of Toronto |
| | Gagnier JJ. Investigating heterogeneity in systematic reviews. |
| 5/2016 | Department of Orthopaedic Surgery, McMaster University |
| | Gagnier JJ. Patient reported outcome measures in orthopaedics. |

**Seminars, Extramural Invited Presentations, Workshops and Consensus Meetings**

7/2021    AOSSM-AANA Annual Scientific Meeting, Nashville, USA

Schubert M, Gagnier JJ, Awan T, Snyder C, Demink J, Sciascia A, Freehill M. Adolescent Pitcher Fatigue: Ulnar Collateral Ligament Stress, Flexor-Pronator Mass Energy Depletion, and Correlation to Pitch Count. Podium Presentation.

05/2021    Resident Research Symposium, Orthopaedic Surgery, Michigan Medicine

Butt B, Gagnier JJ, Aleem I. Do patients accurately recall their pain levels following epidural steroid injection? A Cohort Study of Recall Bias in Patient-Reported Outcomes.

Garcia S, Gagnier JJ, Schaffer N, Aleem I. Do Perioperative Corticosteroids Reduce Severity of Dysphagia Following Anterior Cervical Spinal Fusion? A Meta-analysis of Randomized Controlled Trials.

McHugh M, Gagnier JJ, Hake M. Preoperative Comorbidities Associated With Early Mortality in Hip Fracture Patients: A Multicenter Study.

04/2021    OREF Midwest Resident Research Symposium, Virtual

McHugh M, Gagnier JJ, Hake M. Preoperative Comorbidities Associated With Early Mortality in Hip Fracture Patients: A Multicenter Study.

Tollemar V, Gagnier JJ, Urquhart A. Effect of Nutritionist Referral on Weight Loss in Obese Patients Seeking Total Joint Arthroplasty University of Michigan

Garcia S, Gagnier JJ, Aleem I. Do Perioperative Corticosteroids Reduce Severity of Dysphagia Following Anterior Cervical Spinal Fusion? A Meta-analysis of Randomized Controlled Trials.

23

04/2021      20th New England Science Symposium

Elutilo-Ayoola T, Wood TR, Gagnier JJ, Biermann JS, Siegel GW. Prognostic
Predictors Of Survival And Outcomes Of Pleomorphic Leiomyosarcoma.
ePosterBoards/Remote Virtual Platform.

2/2021       Orthopaedic Research Society Annual Meeting, Feb 12-16, Virtual

Elutilo-Ayoola T, Wood TR, Gagnier JJ, Biermann JS, Siegel GW. Prognostic
Predictors Of Survival And Outcomes Of Pleomorphic Leiomyosarcoma. Podium
Presentation.

Gagnier JJ. Clinical Research Forum. Session 1 and Session 2. Moderator and
Chair.

12/2020      Cervical Spine Research Society, Annual Meeting, Virtual Meeting.

Piche JD, Rodoni BM, Yang DZ, Gagnier JJ, Patel RD, Alleam IA. Patient Body
Mass Index Associated with Posterior Subcutaneous Fat Thickness in the Cervical
Spine? A Retrospective Radiographic Study. Podium Presentation.

11/2020      International Congress on Early Onset Scoliosis, Virtual Meeting

Li Y, Swallow J, Smith J, Murphy R, Gagnier JJ, Cahill P, Sponseller P.When is
pelvic fixation necessary in children with CP scoliosis treated with growing rods?
Pre-recorded oral presentation.

5/2020       Society for Clinical Trials, Virtual Meeting

Gagnier JJ, Jianyu Lai. Bias In Meta-Analyses of Clinical Research Due To Poor
Quality Patient-Reported Outcome Measures. Oral Session

5/2020       Pediatric Orthopaedic Society of North America, San Diego, CA, USA

Li Y. Swallow J, Gagnier JJ. Cahill P, Sponseller P, Garg S, Thomspon G, Ramo
R, Pediatric Spine Study Group. What's it Worth? Growth-Friendly Surgery
Results in More Growth but a Higher Complication Rate and Unplanned Returns
to the Operating Room Compared to Single Fusion in Juvenile Neuromuscular
Scoliosis. Podium Presentation

2/2020       Orthopaedic Research Society Annual Meeting, Austin, TX, USA

Gagnier, Lai J. A Systematic Review Of Propensity Score Methods Used In
Orthopaedic Research. Poster

Gagnier JJ, Lai J. Mobile Device Physical Ac1vity Data And Pa1ent Reported Outcomes In Total Joint Arthroplasty. Late Breaking Poster.

Gagnier JJ. Introduction: Clinical Research Forum. Moderator and Chair.

Gagnier JJ. Transla1onal and Clinical Science Forum – Randomized Control Trials. Co-moderator.

Committee meetings:

Gagnier JJ. Clinical Research Forum Working Group, Chair.

Research Advisory Committee, Member.

11/2019     13th International Congress on Early Onset Scoliosis in Atlanta, Georgia, November 21-22, 201

Li, Y, Ramo B, Gagnier JJ, Swallow J. Comparison of Single Posterior Spinal Fusion (PSF) vs Growth-Friendly (GF) Surgery in Older Neuromuscular EOS Patients

10/2019     International Society for Quality of Life Research, Annual Meeting, San Diego, CA

Gagnier JJ, Mokkink W, Terwee CB. Reporting recommendations for investigations of measurement properties of patient reported outcome measures. Oral Presentation.

9/2019     CONSORT Harms Update, Edmonton, AB, CAN, Sept 23-25.

CONSORT Harms Update, Consensus Group Participant.

6/2019     Michigan Orthopaedic Society Annual Scientific Conference, Traverse City, MI

Gagnier JJ. A systematic review of propensity score analyses in orthopaedic clinical research. Poster Presentation.

Gagnier JJ, Zhou L. Minimal important difference of the PROMIS Physical Function score following treatment of rotator cuff tears. Poster Presentation.

Gagnier JJ, Lai J. Bias in meta-analyses of orthopedic clinical trials due to poor quality patient reported outcome measures. Oral Presentation.

Gagnier JJ, Zhou L. Longitudinal analysis of the PROMIS score for rotator cuff tear patients after non-surgical treatment. Oral Presentation.

Gagnier JJ, Lai J, Eslam-Pour A. Review and critical appraisal of studies published in orthopaedic surgery using large administrative databases. Oral Presentation.

5/2019     40th Annual Meeting of the Society for Clinical Trials, New Orleans, LA

Gagnier JJ, Johnston BC. Bias associated with patient reported outcome measures in orthopaedic clinical trials. Podium Presentation.

Jia Y, Gagnier JJ. Duplicate Patterns and Duplicate Publication Bias among Chinese-sponsored Drug-related Randomized Controlled Trials. Oral Presentation

Jia Y, Gagnier JJ. Language bias among Chinese-sponsored drug-related randomize controlled trials. Poster presentation.

2/2019     American Academy of Orthopaedic Research

Schubert M, Urquhart A, Gagnier JJ, Eslam-Pour A. Prophylactic Tamsulosin Does Not Reduce the Risk of Urinary Retention Following Lower Extremity Arthroplasty: A Double-Blind Randomized Controlled Trial. Poster Presentation.

Eslam-Pour A, Gagnier JJ, Lai J. Review and critical appraisal of studies published in orthopaedic surgery using large administrative databases. Poster Presentation.

2/2019     Orthopaedic Research Society Annual Meeting, Austin, TX, USA

Presentations:

Gagnier JJ. Propensity Score Analyses in Clinical Research. Oral Presentation

Gagnier JJ. Clinical Research Forum. Panel Member, Panel Discussion.

Gagnier JJ, Lai J. Bias in Meta-Analysis in Orthopedics Due to Poor Quality Patient Reported Outcome Measures. Poster Presentation.

Gagnier JJ, Zhou L. Longitudinal analysis of the PROMIS score for rotator cuff tear patients after non-surgical treatment. Poster Presentation.

Gagnier JJ, Zhou L. Minimal important difference of the PROMIS Physical Function score following treatment of rotator cuff tears. Poster Presentation.

Gagnier JJ, Lai J, Eslam-Pour A. Review and critical appraisal of studies published in orthopaedic surgery using large administrative databases. Poster Presentation.

Activities:

Gagnier JJ. Leader, Poster Walking Tour, Clinical Research.

Gagnier JJ. Scorer, Sponsored Best Poster for Clinical Research, Clinical Research Committee.

Gagnier JJ. Clinical Research Meet the Mentor Luncheon. Organization.

Committees:

Gagnier JJ. Clinical Research Committee, Chair.

Gagnier JJ. Program Committee, ORS Annual Meeting 2020.

1/2019      Institute for Health Policy and Innovation, Summer Internship Presentations, Ann Arbor, MI

Zhou L, Gagnier JJ. Criterion Validity of the PROMIS Physical Function Upper Extremity Computerized Adaptive Test in Patients with Rotator Cuff Tears. Poster Presentation.

11/2018     American Academy of Hip and Knee Surgery, Dallas, USA

Schubert M, Urquhart A, Gagnier JJ, Eslam-Pour A. Prophylactic Tamsulosin Does Not Reduce the Risk of Urinary Retention Following Lower Extremity Arthroplasty: A Double-Blind Randomized Controlled Trial. Oral Presentation

Eslam-Pour A, Gagnier JJ. Review and critical appraisal of studies published in orthopaedic surgery using large administrative databases. Poster Presentation.

10/2018     Beaumont Hospital, Integrated Medicine Program

Gagnier JJ. Clinical Research Methods.

09/2018     Cochrane Colloquium, Edinburgh, Scotland

Gagnier JJ. Investigating Clinical Heterogeneity in Systematic Reviews, Workshop.

27

Gagnier JJ. Bias Methods Group: Bias associated with patient reported outcome measures in orthopaedic clinical trials. Podium Presentation.

Gagnier JJ. Bias associated with patient reported outcome measures in orthopaedic clinical trials. Podium Presentation.

Schandelmaier S, Gagnier JJ, Guyatt G. Development of a new instrument to assess the credibility of effect modification. Podium Presentation.

08/2018   ORS Great Lakes / Midwest Regional Symposium.

Lai J, Gagnier JJ. The effect of lipid levels on patient-reported outcomes in patients with rotator cuff tears. Poster presentation.

06/2018   Michigan Orthopaedic Society, 2018 Annual Scientific Meeting, Mackinac Island.

Li Y, Burke M, Gagnier JJ, Abbott M, Farely F.  Comparison of EOSQ-24 and SRS-22 Scores in Congenital Scoliosis.

Bullard J, Gagnier JJ, Maratt JD. Patient satisfaction as a predictor of outcomes in patients undergoing total hip arthroplasty.

05/2018   POSNA Meeting, Austin, TX

Li Y, Burke M, Gagnier JJ, Abbott M, Farely F.  Comparison of EOSQ-24 and SRS-22 Scores in Congenital Scoliosis. (Poster).

05/2018   Outcome Measures in Rheumatology (OMERACT 2018), Terrigal, Australia

Buchbinder R, Gagnier JJ, Verhagen A (co-chairs). The Shoulder Core Set, Workshop. Podium presentation and breakout groups.

Gagnier JJ, Buchbinder R, Verhagen A (co-chairs). The Shoulder Core Set: Knowledge Translation. Podium presentation.

Gagnier JJ, Buchbinder R, Verhagen A (co-chairs). The Shoulder Core Set: Final Core Domains. Podium presentation.

Whittle S, Romiro S, Huang W, Beaton D, Shea B, Buchbinder R, Gagnier JJ for the OMERACT core set working group. A systematic review of the measurement properties of instruments used to measure pain in trials of shoulder disorders. Poster.

28

Romiro S, Whittle S, Huang W, Beaton D, Shea B, Gagnier JJ, Buchbinder R. Instruments measuring global assessment of treatment success in shoulder disorers: A systematic literature review informing the OMERACT shoulder core set working group. Poster.

03/2018     Orthopaedic Research Society, Annual Scientific Meeting, New Orleans, MA, USA

Gagnier JJ. Patient Reported Outcome Measures in Orthopaedic Clinical Research and Clinical Practice. Invited Spotlight Session Speaker.

Gagnier JJ. Cohort studies: When observational studies trump randomized trials. Orthopaedic Clinical Research Forum. Moderator.

Gagnier JJ. Selection bias and outcome measure bias Randomized Controlled Trials in Orthopedics. Orthopaedic Clinical Research Forum. Podium Presentation.

Gagnier JJ, Shen Y, Huang H. A systematic review of the psychometric properties of patient reported outcome measures for use in patients with anterior cruciate ligament injuries. (Poster).

Gagnier JJ, Lai J, Miller BS. The Effect of Lipid Disorders on The Occurrence of Rotator Cuff Diseases: A Systematic Review and Meta-analysis. (Poster).

Gagnier JJ, Lai J, Robbins CB, Miller BS. The effect of lipid levels on patient reported outcomes in patients with rotator cuff tears. (Poster).

Gagnier JJ, Lee E, Hood B, Maratt J. PROMIS Global Health 10 Scale in patients undergoing total joint arthroplasty: Norms and concurrent validity. (Poster).

Gagnier JJ, Zhou L, Natarajan M, Miller BS. Establishing Minimal Important Differences For The VR-12 And SANE Scores In Patients Following Treatments For Rotator Cuff Tears. (Poster).

Gagnier JJ, Robbins C, Bedi A, Carpenter JE, Miller BS. A 5-year follow-up of patients treated for full thickness rotator cuff tears: A registry study. (Poster).

Gagnier JJ. Bias associated with patient reported outcome measures in orthopaedic clinical trials. (Poster).

01/2018     IHPI Annual Member Forum, University of Michigan, Ann Arbor, MI, USA

Zhou L, Gagnier JJ. Establishing Minimal Important Differences For The VR-12 And SANE Scores In Patients Following Treatments For Rotator Cuff Tears. (Poster).

11/2017      11th International Congress on Early Onset Scoliosis, San Diego, California

Li Y, Abbott M, Burke M, Gagnier JJ, Farley, F. Comparison of EOSQ-24 and SRS-22 scores in Congenital Scoliosis. Oral Presentation.

11/2017      Food & Drug Administration, Epidemiology Grand Rounds, Silver Spring, MD, USA

Gagnier JJ. Patient reported outcome measures: Evidence, use and interpretation. Oral Presentation.

11/2017      M-Cubed Symposium, University of Michigan, Ann Arbor, MI, USA

Maratt J, Gagnier JJ, Anderson D, Brummette C, Hilliard P, Conell C, Murphy S, Offerman A. Motion at Michigan Medicine.

10/2017      MDEpiNet Annual Conference, Food & Drug Administration, Silver Spring, MD, USA

Gagnier JJ. Patient reported outcome measures for CRNs. Oral Presentation.

10/2017      PHO Conference: PROMIS in action, Philedelphia, PA

Gagnier JJ, Maratt J. PROMIS Global Health Scale in Patients Undergoing Total Joint Arthroplasty. Poster Presentation.

10/2017      ISOQOL 24th Annual Conference, Philedelphia, PA

Gagnier JJ. Bias arising from the use of patient reported outcome measures. Poster Presentation.

Gagnier JJ, Shen Y, Huang H. A systematic review of the psychometric properties of patient-reported outcome measures for use in patients with anterior cruciate ligament injuries. Poster Presentation.

09/2017      PhRMA Foundation Challenge Award Presentations, Morning Consult, Washington, DC.

Gagnier JJ, Maratt JD. Patient Reported Outcomes to Improve Value In Health-Care. Oral Presentaion.

09/2017        International Peer-Review Congress, Chicago, IL, USA

               Gagnier JJ. Bias arising from the use of patient reported outcome measures.
               Poster Presentation.

06/2017        FDA Science Forum 2017

               Gagnier JJ, Mullins M, Huang W, Bayona M. Patient Reported outcome
               questionnaires for total knee arthroplasty: A systematic review of psychometric
               properties and methodological quality. Poster.
               Gagnier JJ, Huang W, Mullins M, Bayona M. Patient Reported outcome
               questionnaires for total hip arthroplasty: A systematic review of psychometric
               properties and methodological quality. Poster.
               Gagnier JJ, Huang W, Shen Y, Bayona M. Patient Reported outcome
               questionnaires for urinary incontinence: A systematic review of psychometric
               properties and methodological quality. Poster
06/2017        11th Biennial ISAKOS Congress, Shanghai, China

               Kessler K, Robbins C, Bedi A, Carpenter A, Gagnier JJ, Miller BS. Does Obesity
               affect functional outcomes after rotator cuff repair? Podium Presentation.

               Watson ST, Robbins CB, Bedi A, Carpenter JE, Gagnier JJ, Miller BS. Does
               concomitant biceps surgery affect the outcome of rotator cuff repair? Podium
               Presentation.

               Miller BS, Gagnier JJ. Does age affect functional outcome aster rotator cuff
               repair. ePoster.

06/2017        Michigan Orthopaedic Society Annual Scientific Meeting, Mackinac Island, MI

               Greatens M, SwiatekP, Carey G, Gagnier JJ, Hallstrom B. Accuracy of electronic
               medical record documentation: Comparing patient encounter with subsequent
               progress note documentation. Podium Presentation

               Gagnier JJ, Miller B. Does smoking affect treatment allocation and outcome in
               patients with rotator cuff tears? Poster Presentation.

               Robbins CB, Bedi A, Carpenter JE, Miller B, Gagnier JJ. Is a home exercise
               program a viable alternative for older adults with symptomatic rotator cuff
               pathology? Poster Presentation.

03/2017        American Academy of Health Behavior, Tuscon, AZ, USA

Robbins C, Bedi A, Carpenter JA, Miller BS, Gagnier JJ. Is a home exercise program a viable alternative for older adults with symptomatic rotator cuff pathology. Poster Presentation.

Robbins C, Bedi A, Carpenter JA, Miller BS, Gagnier JJ. Does smoking affect treatment allocation and outcomes in patients with rotator cuff tears. Poster Presentation.

03/2017    American Association of Orthopaedic Surgeons Annual Meeting, San Diego, CA, USA

Watson S, Allen B, Robbins C, Gagnier JJ, Bedi A, Carpenter J, Miller B. Does rotator cuff tear pattern influence clinical outcome after surgical repair? Podium Presentation.

Morris M, Gagnier JJ, Marcusa D, Hake M, Perdue A, Goulet J. Effect of choice of hospital unit on the outcome of hip fractures: A retrospective cohort study. Podium Presentation.

Thomas J, Schubert M, Gagnier JJ, Eslam-Pour A. Urinary retention is decreased after joint arthroplasty with preoperative use of selective alpha-1 blocking agents. Poster presentation and walking tour podium presentation.

03/2017    Orthopaedic Research Society, Annual Scientific Meeting, San Diego, CA, USA

Hung M, Gagnier JJ. Measurement in Medicine. Orthopaedic Clinical Research Forum. Podium Presentation.

09/2016    Western Orthopaedic Association (WOA) Annual Meeting.  Indian Wells, CA.

Yi PH, Cusano A, Sing D, Gagnier JJ, Jawa A, Bedi A, Li X.  Insurance status affects postoperative morbidity and complication rate after shoulder arthroplasty.  Podium Presentation.

07/2016    American Association of Orthopaedic Sports Surgeons, Annual Meeting, Colorado Springs, CO, 2016

Gagnier JJ, Miller BS, Carpenter JE, Bedi A, Robbins C. Minimally Important Differences In The WORC and ASES In Patients Treated Surgically Or Non-surgically For Full Thickness Rotator Cuff Tears. Podium presentation.

Kirsch J, Nathani A, Robbins CB, Gagnier JJ, Bedi A, Miller BS. Is there an association between the "Critical Shoulder Angle" and clinical outcome after Rotator Cuff Repair? Podium Presentation.

06/2016      Michigan Orthopaedic Society Conference Annual Scientific Meeting

Watson S, Allen B, Robbins C, Carpenter J, Gagnier J, Bedi J, Miller B. Does rotator cuff tear pattern influence outcomes after surgical repair? Oral presentation.

Welton KL, Gagnier J, Urquhart AG. Orthopaedic Total joint arthroplasty clinics see larger proportion of obese patients. Oral presentation.

Morris M, Marcusa DP, Gagnier JJ, Purdue AM, Hake ME, Goulet JA. Effect of surgical versus nonsurgical hospital unit on the outcome of hip fracture: A retrospective cohort study. Oral Presentation.

Allen B, Robbins C, Carpenter J, Watson S, Miller B, Gagnier JJ. Do medical comorbidities affect outcomes in patients with rotator cuff tears. Poster.

05/2016      OREF/ORS Midwest Resident Research Symposium, Loyola University, Maywood, IL

Cowan J, Bedi A, Carpenter JE, Robbins CB, Gagnier JJ, Miller BS. Evaluation of American Academy of Orthopaedic Surgeons Appropriate Use Criteria for the Management of Full-Thickness Rotator Cuff Tears. Podium Presentation.

05/2016      OMERACT 13, International Consensus Conference on Outcome Measures in Rhuematology, Whistler, British Columbia, Canada, May 11-15, 2016

Gagnier JJ, Verhagen A, Buchbinder R. Core Outcome Measurement Set for Clinical Trials Of Shoulder Pain. Special Interest Group.

Gagnier JJ, Verhagen A, Buchbinder R. Core Outcome Measurement Set for Clinical Trials Of Shoulder Pain. Pre-OMERACT Consensus Meeting.

04/2016      Research Day, St. Joseph Mercy, Ann Arbor, MI, USA

Kirsch J, Nathani A, Robbins CB, Gagnier JJ, Bedi A, Miller BS. Is there an association between the "Critical Shoulder Angle" and clinical outcome after Rotator Cuff Repair? Oral Presentation

03/2016      Orthopaedic Research Society, Annual Meeting, Orlando, FL, 2016

Gagnier JJ. Session III Moderator: Challenges fundamental to Clinical Research. 2016 Clinical Research Forum: Clinical Trials from Early Stage to Large Datasets and Fundamental Challenges.

Gagnier JJ. Sample size calculations; Clinical Research Forum. Podium Presentation.

Robbins CB, Miller B, Bedi A, Carpenter J, Gagnier JJ. A comparison of rehabilitation strategies in the non-operative management of symptomatic rotator cuff tears. Poster

Kirsch J, Nathani A, Bedi A, Gagnier J, Robbins C, Miller B. Is there an association between the "Critical Shoulder Angle" and clinical outcome after Rotator Cuff Repair? Special Poster Presentation (best AAOS Shoulder section poster).

03/2016    American Association of Orthopaedic Surgeons Annual Meeting, Orlando, Florida

Taylor A, Gagnier JJ, Robbins C, Miller C. Do Statin Medications Affect Clinical Outcomes in Patients with Rotator Cuff Tears? Podium Presentation.
Li X, Cusano A, Gagnier J, Sing D, Eichinger J, Jawa A, Bedi A. Insurance status affects postoperative morbidity and complication rate after shoulder arthroplasty. Podium Presentation.
Marratt J, Gagnier J, Urquhart A, Butler P, Roberts K, Hallstrom B. Direct anterior approach does not reduce dislocation risk. Podium Presentation.
Kirsch J, Nathani A, Bedi A, Gagnier J, Robbins C, Miller B. Is there an association between the "Critical Shoulder Angle" and clinical outcome after Rotator Cuff Repair? Poster Presentation. (best AAOS Shoulder section poster).

11/2015    American Association of Hip and Knee Surgeons, Dallas, TX
Maratt J, Gagnier JJ, Butler P, Urquhart A, Roberts K, Hallstrom B. Direct anterior approach does not reduce dislocation risk. Oral Presentation.

11/2015    Food and Drug Administration, Center for Devices and Radiological Health, Office of the Center Director, Silver Spring, MD
Gagnier JJ. Patient reported outcome measures for rotator cuff disease, total knee and total hip arthroplasty: An evaluation of measurement properties. Oral Presentation

11/2015    Food and Drug Administration, Center for Devices and Radiological Health, Epidemiology Grand Rounds, Silver Spring, MD
Gagnier JJ. Patient reported outcome measures for rotator cuff disease, total knee and total hip arthroplasty: An evaluation of measurement properties. Oral Presentation

10/2015    Cochrane Collaboration 23rd Annual Colloquium, Vienna, Austria
Gagnier JJ. The state of patient reported outcome measures in orthopaedics. Patient Reported Outcomes Methods Group meeting. Oral Presentation
Gagnier JJ, Beyene J. A network meta-analysis of randomized controlled trials of interventions for the treatment of rotator cuff tears. Poster
Gagnier JJ, Mullins M, Huang W. Patient Reported outcome questionnaires for total knee arthroplasty: A systematic review of psychometric properties and methodological quality. Poster.

34

|  | Gagnier JJ, Huang W, Mullins M. Patient Reported outcome questionnaires for total hip arthroplasty: A systematic review of psychometric properties and methodological quality. Poster. |
|---|---|
| 09/2015 | 54th Annual Meeting, Carl E. Badgley Lectureship, Ann Arbor, Michigan |
|  | Miller B, Bedi A, Miller J, Robbins C, Gagnier JJ. Outcomes in rotator cuff disease. Oral Presentation. |
|  | Robbins C, Carpenter JE, Bedi A, Gagnier JJ, Miller BS. Factors related to improved quality of life in operative and non-operative RCT patients. Poster |
|  | Kirsch J, Nathani A, Robbins CB, Gagnier JJ, Bedi A, Miller BS. Is there an association between the "Critical Shoulder Angle" and clinical outcome after Rotator Cuff Repair? Poster |
|  | Sibilsky Enselman ER, Ross JR, Larson CM, Kelly BT, Mendias CL, Gagnier JJ, Bedi A. An assessment of serum biomarkers, strength, and dynamic stability after arthroscopic surgery for symptomatic femoroacetabular impingement. Poster |
| 07/2015 | American Orthopaedic Society of Sports Medicine, Annual Scientific Meeting, Orlando, FL |
|  | Gagnier JJ, Miller BS, Bedi A, Carpenter J, Robbins C. Factors related to improved quality of life for patients with operative and non-operative rotator cuff tears. Poster |
| 06/2015 | Michigan Orthopaedic Society Annual Scientific Meeting, Mackinac Island. |
|  | Gagnier, JJ, Derosier J, Bagian J. Development, Implementation and Evaluation of a Handoff Tool for Use in Orthopaedics. Oral Presentation |
| 06/2015 | International Society of Arthroscopy, Knee Surgery and Orthopaedic Sports Medicine, Lyon, France |
|  | Miller BS, Landfair G, Gagnier JJ, Robbons C, Carpenter J, Bedi A. Does smoking affect treatment allocation and outcomes in patients with rotator cuff tears? Oral Presentation |
|  | Gagnier JJ, Miller BS, Carpenter JE, Bedi A, Robbins C. Minimally Important Differences In The WORC and ASES In Patients Treated Surgically Or Non-surgically For Full Thickness Rotator Cuff Tears. Poster. |
|  | Gagnier JJ, Miller BS, Bedi A, Carpenter J, Robbins C. Factors related to improved quality of life for patients with operative and non-operative rotator cuff tears. Poster |
| 03/2015 | American Academy of Health Behavior Meeting, San Antonio, TX |
|  | Robbins C, Gagnier JJ, Torabi M. Clinical and psychological factors that influence resilience among older disabled Vietnam war veterans. Poster. |
| 03/2015 | American Association of Orthopaedic Surgeons Annual Meeting, Las Vegas, NV |
|  | Gagnier JJ. Patient reported outcome measures for rotator cuff disease, total knee and total hip arthroplasty: An evaluation of measurement properties. Invited oral presentation. |
|  | Welton KL, Gagnier JJ, Urquhart AG. Orthopaedic Surgery Arthroplasty Clinics See Larger Proportion of Obese Patients. Poster. |
|  | Knesek M, Gagnier JJ. Patterns of Strain and the Determination of the Safe Arc of Motion after Subscapularis Repair. Oral presentation. |

Landfair G, Gagnier JJ, Robbins C, Miller B. Does Smoking Affect Treatment Allocation and Outcomes in Patients with Rotator Cuff Tears? Oral presentation.

Gagnier JJ, Miller BS, Carpenter JE, Bedi A, Robbins C. Minimally Important Differences In The WORC and ASES In Patients Treated Surgically Or Non-surgically For Full Thickness Rotator Cuff Tears. Poster.

Cowan J, Mlynarek R, Gagnier JJ. Evaluation of lower limb arthroplasty observational studies using the AQUILA checklist. Poster.

Li Y, Gagnier JJ. Femoroacetabular Impingement in Asymptomatic Adolescents: At What Age Do CAM and Pincer Deformities First Appear? Oral presentation.

03/2015    Orthopaedic Research Society, Annual Meeting, Las Vegas, NV

Gagnier JJ. Patient reported outcome measures for rotator cuff disease, total knee and total hip arthroplasty: An evaluation of measurement properties. Invited oral presentation.

Gagnier JJ, Miller BS, Carpenter JE, Bedi A, Robbins C. Factors related to quality of life in operative and non-operative rotator cuff patients. Poster

Gagnier JJ, Miller BS, Carpenter JE, Bedi A, Robbins C. Minimally Important Differences In The WORC and ASES In Patients Treated Surgically Or Non-surgically For Full Thickness Rotator Cuff Tears. Oral presentation.

Mullins M, Huang W, Gagnier JJ. Patient Reported outcome questionnaires for total knee arthroplasty: A systematic review of psychometric properties and methodological quality. Poster.

Huang W, Mullins M, Gagnier JJ. Patient Reported outcome questionnaires for total hip arthroplasty: A systematic review of psychometric properties and methodological quality. Poster.

10/2014    2014 Epid Internship Poster Session, Department of Epidemiology, School of Public Health, University of Michigan, Ann Arbor, MI,

Mullins M, Huang H, **Gagnier JJ.** Patient Reported Outcome Questionnaires for Total Knee Arthroplasty: A Systematic Review of Psychometric Properties and Methodological Quality. Poster

10/2014    Innovation Cubed: Successes, Insights and New Directions, Ann Arbor, Michigan

**Gagnier JJ**, Morgenstern H, Williams J, Huang H, MacEachern M. Core outcomes for patients with rotator cuff disease. Poster

9/2014    53rd Annual Meeting, Carl E. Badgley Lectureship: Management of Upper Extremity Injuries and Conditions, Ann Arbor, Michigan

Mullins M, Huang H, **Gagnier JJ.** Patient Reported Outcome Questionnaires for Total Knee Arthroplasty: A Systematic Review of Psychometric Properties and Methodological Quality. Poster

Huang H, Mullins M, **Gagnier JJ**. Patient Reported Outcome Questionnaires for Total Hip Arthroplasty: A Systematic Review of Psychometric Properties and Methodological Quality. Poster

7/2014    American Orthopaedic Society of Sports Medicine, Seattle, WA

36

**Gagnier JJ**, Robbins, C, Carpenter J, Bedi A, Miller B. Rotator cuff disease: A prospective cohort study of patients treated surgically and non-surgically. Oral presentation.

Kweon C, Gagnier JJ, Robbins C, Bedi A, Carpenter J, Miller B. Surgical versus non-surgical management of Rotator Cuff Tears: Predictor of treatment allocation. Oral presentation.

6/2014   Michigan Orthopaedic Society, Annual Scientific Conference, Makinac Island, Michigan

Mlynarek, R, Cowan J, **Gagnier JJ**. Evaluation of lower limb arthroplasty observational studies using the AQUILA checklist. Oral presentation

4/2014   Canadian Cochrane Symposium, Ottawa, Ontario, Canada

**Gagnier JJ,** Moher D, Morgenstern H. Recommendations for investigating clinical heterogeneity in systematic reviews. Oral presentation

Chess L, **Gagnier JJ.** Methods of investigating clinical heterogeneity in Cochrane and non-Cochrane systematic reviews. Oral presentation.

3/2014   American Academy of Orthopaedic Surgeons, Annual Meeting, New Orleans, USA

**Gagnier JJ**, Oltean H, Carpenter J, Bedi A, Miller B. Rotator cuff disease: A prospective follow-up of patients treated surgically and non-surgically. Oral presentation.

**Gagnier JJ**, Oltean H, Carpenter J, Bedi A, Miller B. Rotator cuff disease: A prospective follow-up of patients treated surgically and non-surgically. Oral presentation, "Game Changers".

3/2014   Orthopaedic Research Society, Annual Meeting, New Orleans, USA

Robbins C, Carpenter, JC, Bedi A, Gagnier JJ. Demographic factors related to WORC scores in surgical vs. non-surgical patients. Poster presentation.

Kabeer R, Gagnier JJ. Assessing the Quality of Reporting of Observational Studies in Orthopaedic Literature Using the Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) Statement. Poster presentation.

ORS Clinical Research Forum, Gagnier JJ, Session II: Registries, Cohorts & RCTs: Advantages and Disadvantages. Moderator.

| 11/2013 | Department of Epidemiology Seminar Series, School of Public Health, University of Michigan, Ann Arbor, MI |

**Gagnier JJ**. Methods of investigating heterogeneity in systematic reviews.

| 10/2013 | 52nd Annual Meeting, Carl E. Badgley Lectureship: Management of Lower Extremity Injuries and Conditions. |

**Gagnier JJ**. Improving surgical safety in orthopaedics. Oral presentation.

**Gagnier JJ**, Grant JA, Miller BS, Rosenbaum A. A psychometric evaluation of rotator cuff outcome measures: A systematic review. Poster.

**Gagnier JJ**, Morgenstern H, Kellam P, Hallstrom B. Incidence and nature of adverse events in patients following orthopaedic surgery. Poster.

**Oltean H**, Gagnier J. Use of clustering in randomized controlled trials in orthopaedic surgery. Poster

| 9/2013 | 21st Annual Cochrane Colloquium, Quebec City, QE, CAN |

**Gagnier JJ,** Moher D, Morgenstern H. Recommendations for investigating clinical heterogeneity in systematic reviews. Oral Presentation

**Gagnier JJ**, Beyene J. Permutation based resampling for deriving p-values for pooled effect estimates in meta-analyses. Poster.

| 9/2013 | International Congress On Peer-Review and Biomedical publications, Chicago, IL, USA |

Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, **Riley D**, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Oral Presentation

Oltean H, **Gagnier J**. Use of clustering in randomized controlled trials in orthopaedic surgery. Poster.

**Gagnier JJ,** Moher D, Morgenstern H. Recommendations for investigating clinical heterogeneity in systematic reviews. Oral Presentation

| 7/2013 | American Orthopaedic Society of Sports Medicine, Seattle, WA |

**Gagnier JJ**, Oltean H, Carpenter J, Bedi A, Miller B. Rotator cuff disease: A prospective follow-up of patients treated surgically and non-surgically. Poster.

6/2013        Michigan Orthopaedic Society Annual Scientific Conference

              Gagnier JJ, Oltean H, Carpenter J, Bedi A, Miller B. Rotator cuff disease: A
              prospective follow-up of patients treated surgically and non-surgically. Oral
              presentation

3/2013        American Academy of Orthopaedic Surgeons, Annual Meeting, Chicago, IL

              **Maratt J**, Gagnier JJ, Gomberawalla MM, Reske SE, Hallstrom BR, Urquhart
              AG. Patient Perceptions of the cost of total hip and knee arthroplasty. Oral
              Presentation

              **Gomberawalla MM**, Miller BS, Coale RM, Bedi A, Gagnier JJ. Meta-analysis of
              joint preservation verses arthroplast for the treatment of displaced 3- and 4-part
              fractures of the proximal humerus. Oral Presentation.

              **Li Y**, Heyworth BE, Glotzbecker M, Seeley M, Suppan CA, Gagnier J,
              VanderHave KL, Caird MS, Farley FA, Hedequist D. Comparison of titanium
              elastic nail and plate fixation of pediatric subtrochanteric femur fractures. Oral
              session

1/2013        Clinical Research Seminar Series in Musculoskeletal Medicine, University of
              Michigan

              **Oltean, H**, Gagnier JJ, Miller B. Prospective follow-up of patients treated
              surgically or non-surgically for full-thickness rotator cuff tears.

1/2013        Orthopaedic Research Society, Annual Meeting, San Antonio, TX

              **Gagnier JJ, Beyene J.** Advanced Design, implementation and analysis of clinical
              trials in orthopaedic surgery: A how to for clinical trialists. Workshop

              **Gagnier JJ**, Grant JA, Miller BS, Rosenbaum A. A psychometric evaluation of
              rotator cuff outcome measures: A systematic review. Poster.

              **Gagnier JJ**, Morgenstern H, Kellam P, Hallstrom B. Incidence and nature of
              adverse events in patients following orthopaedic surgery. Poster.

              **Oltean H**, Gagnier J. Use of clustering in randomized controlled trials in
              orthopaedic surgery. Poster.

10/2012       Badgley Lectureship, University of Michigan, Ann Arbor, MI

Kellam P, **Gagnier JJ**. Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Poster.

Chess L, **Gagnier JJ**. Methodological quality of randomized controlled trials in the recent orthopaedic literature. Poster.

10/2012    The Equator Network Annual Meeting, Frieburg, Germany

Kellam P, **Gagnier JJ**. Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Poster.

Chess L, **Gagnier JJ**. Methodological quality of randomized controlled trials in the recent orthopaedic literature. Poster.

10/2012    Cochrane Colloquium Annual Meeting, Auckland, New Zealand

**Gagnier JJ,** Moher D, Morgenstern H. Recommendations for investigating clinical heterogeneity in systematic reviews. Oral Presentation

**Gagnier JJ**. Investigating clinical heterogeneity in systematic reviews. Workshop

Kellam P, **Gagnier JJ**. Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Poster.

Chess L, **Gagnier JJ**. Methodological quality of randomized controlled trials in the recent orthopaedic literature. Poster.

10/2012    Clinical Research Seminar Series in Musculoskeletal Medicine, University of Michigan

**Gagnier JJ,** Grant JA, Miller BS, Rosenbaum A. A psychometric evaluation of rotator cuff outcome measures: A systematic review. Oral Presentation.

6/2012    Michigan Orthopaedic Society, Annual Scientific Meeting, Makinac Island, MI

**Gomberawalla MM**, Miller BS, Coale RM, Bedi A, Gagnier JJ. Meta-analysis of joint preservation verses arthroplast for the treatment of displaced 3- and 4-part fractures of the proximal humerus. Oral Presentation.

Grant JA, Miller BS, Rosenbaum A, **Gagnier JJ**. A psychometric evaluation of rotator cuff outcome measures: A systematic review. Oral Presentation.

**Gagnier JJ**, Morgenstern H, Chess L. A systematic review of interventions designed to prevent anterior cruciate ligament injuries in adolescents and adults. Oral Presentation.

Briski LM, **Gagnier JJ**. Comparing the efficacy of different post-operative interventions following rotator cuff repair: A systematic review and meta-analysis. Oral Presentation.

**Gagnier JJ**, Morgenstern H, Kellam P, Hallstrom B. Incidence and nature of adverse events in patients following orthopaedic surgery. Oral Presentation.

Kellam P, **Gagnier JJ**. Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Poster.

Chess L, **Gagnier JJ**. Methodological quality of randomized controlled trials in the recent orthopaedic literature. Poster.

5/2012     Canadian Cochrane Symposium, Winnipeg, Canada

**Gagnier JJ,** Moher D, Morgenstern H. Recommendations for investigating clinical heterogeneity in systematic reviews. Oral Presentation

**Gagnier JJ**. Investigating clinical heterogeneity in systematic reviews. Workshop

3/2012     St. Clair College, Windsor, ON

**Gagnier JJ**. March 6th and March 7th, An Introduction to Traditional Chinese Medicine

2/2012     Orthopaedic Research Society, Annual Meeting, San Francisco, CA

**Gagnier JJ, Bhandari M, Beyene J**. Design, implementation and analysis of clinical trials in orthopaedic surgery: A how to for clinical trialists. Workshop

**Kellam P**, Gagnier JJ. Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Poster.

**Chess L**, Gagnier JJ. Methodological quality of randomized controlled trials in the recent orthopaedic literature. Poster.

11/2011    Clinical Research Seminar Series in Musculoskeletal Medicine, University of Michigan

**Gagnier JJ.** An introduction to systematic reviews and meta-analyses. Oral Presentation.

**Briski L**, Gagnier JJ. Comparing post-operative interventions following rotator cuff repair: A systematic review and meta-analysis. Oral presentation

41

11/2011     Student Biomedical Research Program Day, Faculty of Medicine, University of
Michigan

**Briski L**, Gagnier JJ. Comparing post-operative interventions following rotator
cuff repair: A systematic review and meta-analysis. Poster presentation

10/2011     Cochrane Colloquium, Madrid, Spain

**Gagnier JJ,** Moher D, Morgenstern H. Recommendations for investigating
clinical heterogeneity in systematic reviews. Oral Presentation

**Gagnier JJ**. Investigating clinical heterogeneity in systematic reviews. Workshop

10/2011     Clinical Research Seminar Series in Musculoskeletal Medicine

**Gagnier JJ**, Chess L. Quality of Clinical Trials in Orthopaedic Surgery. Oral
Presentation.

6/2011     International Epidemiology Congress
June 21-24, McGill University, Montreal, QC, CAN

**Gagnier, J.J.,** Beyene, J. An empirical study using permutation based resampling
techniques in meta-analyses. Poster

6/2011     Recommendations for investigating clinical heterogeneity in systematic reviews
June 3-4, University Of Michigan, Ann Arbor, MI, USA
Role: Organizer and Chair

5/2011     Larry S. Mathews Day, Adult Lower Extremity Joint Reconstruction Lectureship
May 13, University Of Michigan, Ann Arbor, MI, USA

**Gagnier, J.J.** Surgical safety checklists: Research and initiatives at the University
of Michigan. Oral Presentation.

5/2011     Combining forces to improve systematic reviews: Gender, Equity & Bias
May 2-3, 2011, University of Ottawa, Ottawa, ON, CAN

**Gagnier, JJ.** Dealing with heterogeneity in systematic reviews

2/2011     Canadian Cochrane Symposium, Vancouver, BC, CAN

**Gagnier, J.J.,** Beyene, J. An empirical study using permutation based resampling
technques in meta-analyses. Oral Presentation

42

Beyene J., **Gagnier, J.J.**. Dealing with heterogeneity. Workshop.

10/2010     Cochrane and Campbell Colloquium, Keystone, CO, USA

**Gagnier JJ,** Beyene J, Moher D, Boon H, Bombardier C. Methods of assessing clinical heterogeneity in systematic reviews: A methodologic review. Oral Presentation

10/2010     Badgley Day, University of Michigan, Ann Arbor, MI, USA

**Gagnier, J.J.,** Beyene, J. An empirical study using permutation based resampling technques in meta-analyses. Poster

10/2010     Orthopaedic Research Labs, Lunch Seminar, University of Michigan, Ann Arbor, MI, USA

**Gagnier JJ,** Morgenstern H, Chess L. Meta-analysis of neuromuscular interventions for prevention of anterior cruciate ligament injuries.

5/2010     Grand Rounds, Department of Orthopaedic Surgery

**Gagnier JJ,** Morgenstern H, Chess L. Meta-analysis of neuromuscular interventions for prevention of anterior cruciate ligament injuries.

5/2010     Canadian Cochrane Symposium, Ottawa, ON, CAN

Guyatt, G, Chan A, **Gagnier JJ**. Assessing Risk of Bias in Systematic Reviews, Workshop

**Gagnier JJ,** Beyene J, Moher D, Boon H, Bombardier C. Methods of assessing clinical heterogeneity in systematic reviews: A methodologic review. Oral Presentation

3/2010     Evidence Based Medicine Workshop: A Primer for Health-Care Professionals, BCIT, Vancouver, BC, CAN
**Gagnier, J.J.**

1/2010     Women's Hospital College, Toronto, ON, CAN
Research Rounds
**Gagnier, J.J.** Reporting and heterogeneity in controlled trials and systematic reviews

11/2009     Institute for Clinical and Evaluative Sciences,
Sunnybrook Health Sciences Centre, Toronto, ON, CAN
Clinical Epidemiology Rounds

43

**Gagnier, J.J.** Reporting and heterogeneity in controlled trials and systematic reviews.

5/2009        Faculty of Pharmacy, University of Toronto, ON, CAN.

**Gagnier, J.J.** Reporting and heterogeneity in controlled trials and systematic reviews.

3/2009        7th Annual Canadian Cochrane Symposium, Halifax, NS, CAN

Moher, D., Altman D, **Gagnier, J.J.,**  Hartling, L. Bias in systematic reviews and meta-analyses. Workshop.

2/2009        Natural Health Products Research Society, Vancouver, BC, CAN

**Gagnier J. J.**, Moher, D., Beyene, J., Boon, H., Bombardier, C. Reporting quality of randomized controlled trials of herbal interventions.

2/2009        Refine Health & Fitness Workshop Series, Windsor, ON, CAN

**Gagnier, J.J.**. Cardiovascular health: Nutrition, supplementation, exercise, sleep, relaxation

1/2009        Refine Health & Fitness Workshop Series, Windsor, ON, CAN

**Gagnier, J.J.** , Bates M. Effective Weight Loss: Nutrition, supplementation, exercise

10/2008       Joint annual conference of the Canadian Institute of Chinese Medicinal Research and the Ontario Ginseng Innovation and Research Centre, London, ON, CAN

**Gagnier,J.J.** Natural Health Product Regulations in Canada: What you should know!

10/2008       North American Spine Society: Pre-course on Evidence Informed Management of CLBP, Toronto, ON, CAN

**Gagnier, J.J.** Comparing the evidence supporting herbal vs. vitamin vs. homeopathic supplements

9/2008        Cochrane Colloquium, Freiburg, GE

Higgins, J., **Gagnier, J.J.** Assessing risk of bias in included studies: the recommended tool for Cochrane reviews. Workshop

|  | **Gagnier, J.J.,** Beyene, J. An empirical study using permutation based resampling technques in meta-analyses. Poster |
|---|---|
| 9/2008 | Standards for reporting in controlled trials of acupuncture (STRICTA) workshop, Freiburg, GE |
|  | A workshop to bring STRICTA guidelines into the CONSORT family of reporting standards. |
| 6/2008 | 44th Drug Information Association Annual Meeting, June 22nd – 26th , Boston MA, USA |
|  | **Gagnier, J.J.** Natural health product development: Concept development, evidence and finished goods |
| 4/2008 | 7th Annual Oxford International Conference on the Science of Botanicals and the American Society of Pharmacognosy 4th Interim Meeting, April 12th-16th Oxford, MI, USA |
|  | **Gagnier, J.J.,** Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement |
| 4/2008 | Workshop on Pragmatic Controlled Trials, March 31st – April 3rd Toronto, ON, CAN. |
| 3/2008 | Natural Health Products Research Society Annual Conference: "Science across borders: Global Natural Health Products." March 26th-29th, Toronto, Ontario |
|  | Panelist: Integrating Natural Health Products into Clinical Practice |
| 2/2008 | Evidence Based Medicine Workshop: A Primer for Health-Care Professionals, BCIT, Vancouver, BC, CAN |
|  | **Gagnier, JJ.**, Beyene J. |
| 1/2008 | Pharmacology & Toxicology of Naturally Sourced Medicines (443b/543b), Department of Pharmacology, University Of Western Ontario, London, ON a. Efficacy Assessment: Standards of Evidence b. Jamieson Laboratories Ltd and NHP Industry |
| 6/2007 | Public Health Science Rounds, Hospital for Sick Children, Toronto, ON, CAN |

**Gagnier, JJ**. "Methodological Quality and Reporting of controlled trials of herbal Interventions"

5/2007     First Collaborative Meeting on Phytomedicine, Ascona, Switzerland

**Gagnier, JJ**. "Methodological Quality and Reporting of controlled trials of herbal interventions"

3/2007     Interactive workshop on risk-based combination products, British Columbia Institute of Technology, Toronto, ON, CAN

10/2006     Cochrane Colloquium, Dublin, Ireland

**Gagnier, J.J.,** Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement

Manheimer, E., Berman, B., Beckner, W., Liu, J., **Gagnier, J.J.**, Moher, D. Workshop: Methodological Challenges of preparing systematic reviews for complementary and alternative medicine

10/2006     6th Annual Meeting of ISoP, Liège, Belgium

**Gagnier, J.J.**, Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement

6/2006     Cadbury Adams; Weight Loss Symposium, Toronto, ON, CAN

**Gagnier J.J.**. An evidence-based review of natural health products for weight loss

5/2006     Society for Clinical Trials, Orlando, Florida, USA

**Gagnier, J.J.,** Loke, Y., Sackett DL. Evidence surrounding the consolidated standards on the reporting of trials: ESCORT. Clinical Trials, 2006:3(3).

3/2006     Primary Care Series, OAND, Toronto, ON, CAN

**Gagnier, JJ** Gastroenterology Update

2/2006     Canadian Arthritis Network, Pain and Arthritis Research Workshop, Calgary, Alberta, CAN

1/2005     Clinical Epidemiology Rounds, University Health Network, Toronto, ON, CAN

**Gagnier, J.J.,** Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement.

11/2005    12th International Symposium on Complementary Health Care, Exeter, UK

Gagnier, J.J., **Boon, H.,** Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement.

9/2005     International Peer-Review Congress, Chicago, Illinois, USA

**Gagnier, J.J.,** Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement.

5/2005     Society for Clinical Trials, Portland, Oregon, USA

**Gagnier, J.J.,** Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement.  .

4/2005     Evidence-Based Complementary and Alternative Medicine Update Seminar Series, Toronto, ON, Canada

**Gagnier, J.J.** Current high impact medical research

**Gagnier, J.J.** Rheumatology Update

2/2005     Second Natural Health Product Research Conference, Vancouver, BC, CAN

**Gagnier, J.J.,** Boon, H, Rochon, P., Moher D., Barnes, J., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement.

11/2004    Freedom 55 Financial, Windsor Yacht Club, Windsor, ON, CAN

**Gagnier, J.J.** Staying healthy through the winter months and through life

11/2004    Hospital for Sick Children, Population Health Science Rounds, Toronto, ON,
CAN

**Gagnier, J.J.** Reporting quality of controlled trials of CAM interventions

10/2004   XII Annual Cochrane Colloquium, Ottawa, ON, CAN

**Gagnier, J.J.**, DeMelo, J., Bombardier, C. Poster: Reporting quality of controlled trials of botanical medicine

**Gagnier, J.J.**, Clarke, J., Furlan, A., Bombardier, C. Oral: Methodology quality of randomized controlled trials of spinal disorders

Manheimer, E., Berman, B., Beckner, W., Liu, J., **Gagnier, J.J.**, Moher, D. Workshop: Methodological Challenges of preparing systematic reviews for complementary and alternative medicine

5/2004   HPME Research Day, Faculty of Medicine, University of Toronto, ON, CAN

**Gagnier, J.J.** Poster: Reporting quality of controlled trials of botanical medicine

**Gagnier, J.J.** Poster: Methodology quality of randomized controlled trials of spinal disorders

**Gagnier, J.J.** Poster: Development of a methodological quality checklist for controlled trials of acupuncture

**Gagnier, J.J.** Poster: Systematic review of *Harpagophytum procumbens* for low back pain and osteoarthritis

5/2004   Child Care Services, St.Clair College, Windsor, ON, CAN
**Gagnier, J.J.** An overview of Naturopathic Medicine

2/2004   Natural Health Products Research Conference, Montreal, Quebec
**Gagnier, J.**, Bombardier, C, DeMelo, J (2004). Reporting quality of controlled intervention trials of botanical medicines. Oral Presentation.

11/2003   10th International Symposium on Complementary Health Care.  London, UK.

**Gagnier, J.**, Chrubasik, S., Manheimer, E. (2003). Harpagophytum for osteoarthritis and low back pain: A systematic review. FACT: An evidence-based approach, 8(4), p.498.

**Gagnier, J.**, Mills, E (2003). Development and reliability of a methodological quality scale for controlled trials of acupuncture. FACT: An evidence-based approach, 8(4), p.497

Mills, E.J., Prousky, J., **Gagnier, J.**, Raskin, G., Rachlis, B., Montori, V.M., Juurlink, D. Tolerability and adverse reactions following oral administration of

48

over-the-counter niacin 500 mg in healthy subjects: a randomized double-blind placebo controlled trial. FACT: An evidence-based approach, 8(4), p.522.

| | |
|---|---|
| 10/2003 | XI Annual Cochrane Colloquium, Barcelona, Spain<br>Manheimer, E., Berman, B., Beckner, W., Liu, J., **Gagnier, J.J.**, Moher, D. Workshop: Methodological Challenges of preparing systematic reviews for complementary and alternative medicine |
| 5/2003 | HPME Research Day, Faculty of Medicine, University of Toronto, ON, CAN<br>**Gagnier, J.J.**, VanTulder, M., Bombardier, C., Burman, B. Poster: Botanical Medicine for Low Back Pain |
| 12/2002 | 9th Annual Conference on Complementary Care, Exeter, UK<br>**Gagnier, J.J.**, VanTulder, M., Bombardier, C., Burman, B. Oral: Botanical Medicine For Low Back Pain: A systematic review. |
| 11/2003 | Scouts Canada, 460th Cub Pack, North York, ON, CAN<br>**Gagnier, J.J.** Prevention of the common cold. |
| 9/2002 | Integrated Clinical Skills (4th year), CCNM, Toronto, ON, CAN<br>**Gagnier, J.J.** Cochrane Collaboration and Cochrane Library/ Research and Naturopathic Medicine |
| 9/2002 | Institute for Work & Health, Toronto, ON, CAN<br>**Gagnier, J.J.** Cochrane Collaboration and Systematic Reviews/Quality of Trials Review |
| 5/2002 | AHMA conference, Toronto, ON, CAN<br>**Gagnier, J.J.** Poster: Melatonin and Feverfew for Migraine Headaches |
| 1/2002 | Evidence-Based Medicine Series, CCNM, Toronto, ON, CAN<br>**Gagnier, J.J.** EBM: Why? and How? |
| 11/2001 | Healthy Choices, Windsor, ON, CAN<br>**Gagnier, J.J.** Principles of Healthy Eating |
| 9/2001 | Integrated Clinical Skills (4th year), CCNM, Toronto, ON, CAN<br>Johnston, B., **Gagnier, J.J.** Psychosocial Interventions and Cancer |
| 3/2001 | Integrated Clinical Skills (4th year), CCNM, Toronto, ON, CAN<br>**Gagnier, J.J.**, Johnston, B. Psychosocial Interventions and Cancer |
| 11/2000 | Chapters, Bayview Village, Toronto, ON, CAN<br>**Gagnier, J.J.** A Functional/Biochemical Approach to healthy aging |

49

| 10/2000 | Public Lecture Series, CCNM, Toronto, ON, CAN<br>**Gagnier, J.J.** A review of current research on Vitamin D and Vitamin E |
|---|---|
| 10/2000 | Public Lecture Series, CCNM, Toronto, ON, CAN<br>**Gagnier, J.J.** A review of Medical Literature on Prolonging Organ Reserve in the Elderly |
| 10/2000 | Public Lecture Series, CCNM, Toronto, ON, CAN<br>**Gagnier, J.J.,** Singh, R. Sports Supplementation: A review of the literature |
| 5/2000 | Student Information Day, Ryerson Polytechnic University, Toronto, ON, CAN<br>**Gagnier, J.J.,** McCoy, J.D. An Overview of the Naturopathic Medicine as a Profession |
| 5/2000 | Seniors Day, CCNM, Toronto, ON, CAN<br>**Gagnier, J.J.** Drug-Nutrient Interactions and Depletions |
| 4/2000 | Second Mile Senior's Organization, Toronto, ON, CAN<br>**Gagnier, J.J.** An Introduction to Naturopathic Medicine |
| 3/2000 | Children's Day, CCNM, Toronto, ON, CAN<br>**Gagnier, J.J.,** Singh, R. Infant Nutrition |
| 2/2000 | St. Michael's Church and Community Center, Women's Group, Toronto, ON, CAN<br>**Singh, R.**, **Gagnier, J.J.** Infant Nutrition |
| 5/1996 | Undergraduate Thesis Conference, McMaster University, Hamilton, ON, CAN<br>**Gagnier, J.J.,** MacDonald, D., Holland, C. Oral: Transpersonal self-concept and the five-factor model of personality |

## Bibliography

Peer-Reviewed Publications
1. Butt BB, Kagan D, Gagnier J, Wasserman R, Nassr A, Patel R, Aleem I. Do Patients Accurately Recall Their Pain Levels Following Epidural Steroid Injection? A Cohort Study of Recall Bias in Patient-Reported Outcomes. Pain Physician. 2022 Jan;25(1):59-66. PMID: 35051145.

2. Gilley K, Baroudi L, Yu M, Gainsburg I, Reddy N, Bradley C, Cislo C, Rozwadowski ML, Clingan CA, DeMoss MS, Churay T, Birditt K, Colabianchi N, Chowdhury M, Forger D, Gagnier J, Zernicke RF, Cunningham JL, Cain SM, Tewari M, Choi SW. Risk Factors for COVID-19 in College Students Identified by Physical, Mental, and Social Health Reported During the Fall 2020 Semester: An Observational Study Using the Roadmap app and Fitbit

Wearable Sensors. JMIR Mental Health. 06/01/2022:34645 (forthcoming/in press). PMID: 34992051

3.  Juncker RB, Mirza FM, Gagnier JJ. Reduction in opioid use with perioperative non-pharmacologic analgesia in total knee arthroplasty and ACL reconstruction: a systematic review. SICOT J. 2021;7:63. doi: 10.1051/sicotj/2021063. Epub 2021 Dec 17. PMID: 34928208.

4.  Seligman WH, Fialho L, Sillett N, Nielsen C, Baloch FM, Collis P, Demedts IKM, Fleck MP, Floriani MA, Gabriel LEK, Gagnier JJ, Keetharuth A, Londral A, Ludwig IIL, Lumbreras C, Moscoso Daza A, Muhammad N, Nader Bastos GA, Owen CW, Powers JH, Russell AM, Smith MK, Wang TY, Wong EK, Woodhouse DC, Zimlichman E, Brinkman K. Which outcomes are most important to measure in patients with COVID-19 and how and when should these be measured? Development of an international standard set of outcomes measures for clinical use in patients with COVID-19: a report of the International Consortium for Health Outcomes Measurement (ICHOM) COVID-19 Working Group. BMJ Open. 2021 Nov 15;11(11):e051065. doi: 10.1136/bmjopen-2021-051065. PMID: 34782342.

5.  COVIDSurg Collaborative; GlobalSurg Collaborative. SARS-CoV-2 infection and venous thromboembolism after surgery: an international prospective cohort study. Anaesthesia. 2021 Aug 24. doi: 10.1111/anae.15563. Epub ahead of print. PMID: 34428758.

6.  COVIDSurg Collaborative; GlobalSurg Collaborative. Effects of pre-operative isolation on postoperative pulmonary complications after elective surgery: an international prospective cohort study. Anaesthesia. 2021 Nov;76(11):1454-1464. doi: 10.1111/anae.15560. Epub 2021 Aug 9. PMID: 34371522.

7.  Bennett TD, Moffitt RA, Hajagos JG, Amor B, Anand A, Bissell MM, Bradwell KR, Bremer C, Byrd JB, Denham A, DeWitt PE, Gabriel D, Garibaldi BT, Girvin AT, Guinney J, Hill EL, Hong SS, Jimenez H, Kavuluru R, Kostka K, Lehmann HP, Levitt E, Mallipattu SK, Manna A, McMurry JA, Morris M, Muschelli J, Neumann AJ, Palchuk MB, Pfaff ER, Qian Z, Qureshi N, Russell S, Spratt H, Walden A, Williams AE, Wooldridge JT, Yoo YJ, Zhang XT, Zhu RL, Austin CP, Saltz JH, Gersing KR, Haendel MA, Chute CG; National COVID Cohort Collaborative (N3C) Consortium. Clinical Characterization and Prediction of Clinical Severity of SARS-CoV-2 Infection Among US Adults Using Data From the US National COVID Cohort Collaborative. JAMA Netw Open. 2021 Jul 1;4(7):e2116901. doi: 10.1001/jamanetworkopen.2021.16901. PMID: 34255046; PMCID: PMC8278272.

8.  Boehnke KF, Gagnier JJ, Matallana L, Williams DA. Cannabidiol Product Dosing and Decision-Making in a National Survey of Individuals with Fibromyalgia. J Pain. 2021 Jun 30:S1526-5900(21)00252-2. doi: 10.1016/j.jpain.2021.06.007. Epub ahead of print. PMID: 34214700.

9.  Metz AK, Riederer M, Gagnier J, Crawford EA. Incidence of Subsequent Surgical Intervention at Short-term Follow-up in Previously Healing and Stable Juvenile Osteochondritis Dissecans of the Knee. J Pediatr Orthop. 2022 Jan 10. doi: 10.1097/BPO.0000000000002041. Epub ahead of print. PMID: 34999630.

10. Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2021;1(4).

11. Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2020;1(3).

12. Lopyan AH, Gagnier JJ, Gagnet P, Wallace N, Stepanovich M, Farley F, Li Y. Humeral Head Ossification Growth Prediction: Can This Method Be Reproduced? J Pediatr Orthop. 2021 Apr 23. doi: 10.1097/BPO.0000000000001782. Epub ahead of print. PMID: 33900220.

13. Skalak TJ, Gagnier J, Caird MS, Farley FA, Li Y. Higher pedicle screw density does not improve curve correction in Lenke 2 adolescent idiopathic scoliosis. J Orthop Surg Res. 2021 Apr 21;16(1):276. doi: 10.1186/s13018-021-02415-4. PMID: 33882975; PMCID: PMC8061215.

14. Gagnier JJ, Lai J, Mokkink LB, Terwee CB. COSMIN reporting guideline for studies on measurement properties of patient-reported outcome measures. Qual Life Res. 2021 Apr 5. doi: 10.1007/s11136-021-02822-4. Epub ahead of print. PMID: 33818733.

15. Rando HM, Bennett TD, Byrd JB, Bramante C, Callahan TJ, Chute CG, Davis HE, Deer R, Gagnier J, Koraishy FM, Liu F, McMurry JA, Moffitt RA, Pfaff ER, Reese JT, Relevo R, Robinson PN, Saltz JH, Solomonides A, Sule A, Topaloglu U, Haendel MA. Challenges in defining Long COVID: Striking differences across literature, Electronic Health Records, and patient-reported information. medRxiv [Preprint]. 2021 Mar 26:2021.03.20.21253896. doi: 10.1101/2021.03.20.21253896. PMID: 33791733; PMCID: PMC8010765.

16. COVIDSurg Collaborative, GlobalSurg Collaborative. SARS-CoV-2 vaccination modelling for safe surgery to save lives: data from an international prospective cohort study. Br J Surg. 2021 Mar 24:znab101. doi: 10.1093/bjs/znab101. Epub ahead of print. PMID: 33761533; PMCID: PMC7995808.

17. Slobogean GP, Sprague S, Bzovsky S, Scott T, Thabane L, Heels-Ansdell D, O'Toole RV, Howe A, Gaski GE, Hill LC, Brown KM, Viskontas D, Zomar M, Della Rocca GJ, O'Hara NN, Bhandari M; FAITH-2 Investigators. Fixation using Alternative Implants for the Treatment of Hip Fractures (FAITH-2): The Exploratory Health-Related Quality of Life and Patient-Reported Functional Outcomes of a Multi-Centre 2 × 2 Factorial Randomized Controlled Pilot Trial in Young Femoral Neck Fracture Patients. Injury. 2021 Feb 14:S0020-1383(21)00133-9. doi: 10.1016/j.injury.2021.02.030. Epub ahead of print. PMID: 33618847.

18. Garcia S, Schaffer NE, Wallace N, Butt BB, Gagnier J, Aleem IS. Perioperative Corticosteroids Reduce Dysphagia Severity Following Anterior Cervical Spinal Fusion: A Meta-Analysis of Randomized Controlled Trials. J Bone Joint Surg Am. 2021 May 5;103(9):821-828. doi: 10.2106/JBJS.20.01756. PMID: 33617164.

19. Li Y, Swallow J, Gagnier J, Cahill PJ, Sponseller PD, Garg S, Thompson GH, Ramo BA; Pediatric Spine Study Group. Growth-friendly surgery results in more growth but a higher complication rate and unplanned returns to the operating room compared to single fusion in neuromuscular early-onset scoliosis: a multicenter retrospective cohort study. Spine Deform. 2021 May;9(3):851-858. doi: 10.1007/s43390-020-00270-7. Epub 2021 Feb 8. PMID: 33555599.

20. Jia Y, Huang D, Wen J, Liang J, Qureshi R, Wang Y, Rosman L, Chen Q, Robinson KA, Gagnier JJ, Celentano DD, Ehrhardt S. Association between switching of primary outcomes and reported trial findings among randomized drug trials from China. J Clin Epidemiol. 2021 Apr;132:10-17. doi: 10.1016/j.jclinepi.2020.11.023. Epub 2020 Dec 9. PMID: 33309887.

21. Orr M, Kika A, Bhandari M, Gagnier J, Piuzzi N. A Call for a Standardized Approach to Reporting Patient Reported Outcome Measures: Clinical Relevance Ratio. JBJS. 2021

(accepted).

22. Boehnke, K, Gagnier JJ, Matallana JK, Williams D. Substituting Cannabidiol for Opioids and Pain Medications Among Individuals with Fibromyalgia: a Large Online Survey. Journal of Pain, 2021 (accepted).

23. Bush CJ, Gagnier JJ, Carpenter JE, Bedi A, Miller BS. Predictors of clinical outcomes after non-operative management of symptomatic full-thickness rotator cuff tears. World Journal of Orthopaedics. 2021.

24. COVIDSurg Collaborative; GlobalSurg Collaborative (Gagnier JJ is a member of the Collaborative). Timing of surgery following SARS-CoV-2 infection: an international prospective cohort study. Anaesthesia. 2021 Mar 9. doi: 10.1111/anae.15458. Epub ahead of print. PMID: 33690889.

25. Schaffer N, Butt B, Gagnier JJ, Aleem I. Do Perioperative Corticosteroids Reduce Dysphagia Severity Following Anterior Cervical Spinal Fusion? A Meta-analysis of Randomized Controlled Trials. JBJS. 2021 (accepted).

26. Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2021;1(2).

27. Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2020;1(1).

28. Jia Y, Huang D, Wen J, Qureshi R, Wang Y, Rosman L, Chen Q, Robinson KA, Gagnier JJ, Ehrhardt S, Celentano DD Assessment of Duplicate Publication of Chinese-Sponsored Randomized Clinical Trials.. JAMA Netw Open. 2020 Dec 1;3(12):e2027104

29. Leggett H, Scantlebury A, Sharma H, Hewitt C, Harden M, McDaid C; PROLLIT study collaborators; PROLLIT study. Quality of life following a lower limb reconstructive procedure: a protocol for the development of a conceptual framework. BMJ Open. 2020 Dec 10;10(12):e040378.

30. Li, Y, Gagnier JJ. A Report of Two Conservative Approaches to Early Onset Scoliosis: Serial Casting and Bracing. Spine Deformity. 2020 (Accepted).

31. Boehnke, K, Gagnier JJ, Matallana JK, Williams D. Cannabidiol Use for Fibromyalgia and Chronic Pain: Prevalence of Use and Perceptions of Effectiveness in a National Survey. 2020 (under review).

32. Gagnier JJ, Bedi A, Carpenter JE, Robbins C, Miller BS. A five-year follow-up of patients treated for rotator cuff tears: A registry study. 2021. Open Journal of Sports Medicine (Accepted).

33. Gagnier JJ, Mokkink L, Terwee C. COSMIN reporting recommendations for investigations of measurement properties of patient reported outcomes measures. Quality of Life Research. 2021.

34. Schandelmaier S, Gagnier JJ, Guyatt G. Development of a new instrument to assess the credibility of effect modification: ICEMAN. CMAJ (Accepted). 2020.

35. Weick J, Bullard J, Green JH, Gagnier JJ. Measures of Hip Function and Symptoms: Harris Hip Score (HHS), Hip Disability and Osteoarthritis Outcome Score (HOOS), Oxford Hip Score (OHS), Lequesne Index of Severity for Osteoarthritis of the Hip (LISOH), and

American Academy of Orthopedic Surgeons (AAOS) Hip and Knee Questionnaire. Arthritis Care & Res. 2020 (accepted).

36.  McHugh M, Droy E, Muscatelli S, Gagnier JJ. Measures of adult knee function: International Knee Documentation Committee (IKDC) Subjective Knee Evaluation Form, Knee Injury and Osteoarthritis Outcome Score (KOOS), Knee Injury and Osteoarthritis Outcome Score Physical Function Short Form (KOOS-PS), Knee Outcome Survey Activities of Daily Living Scale (KOS-ADL), Lysholm Knee Scoring Scale, Oxford Knee Score (OKS), Western Ontario and McMaster Universities Osteoarthritis Index (WOMAC), Activity Rating Scale (ARS), and Tegner Activity Score (TAS), Patient Reported Outcome Measurement Information Systems- Physical Function (PROMIS-PF). Arthritis Care & Res. 2020 (accepted).

37. Buchbinder R, Whittle S, Ramiro S, Huang H, Jia Y, Gagnier J.Measures of adult shoulder function: Shoulder Pain and Disability Index (SPADI), American Shoulder and Elbow Surgeons (ASES) Society Standardized Shoulder Assessment Form, Constant (Murley) Score (CS), Simple Shoulder Test (SST), Oxford Shoulder Score (OSS), Shoulder, Disabilities of the Arm, Shoulder, and Hand Questionnaire (DASH) and Its Short Version (QuickDASH), University of California–Los Angeles (UCLA) Shoulder Rating Scale, Western Ontario Rotator Cuff (WORC) Index, Patient-Reported Outcomes Measurement Information System (PROMIS) Physical Function Upper Extremity Computerized Adaptive Test (CAT). Arthritis Care & Res. 2020 (accepted).

38. Jia Y, Huang D, Wen J, et al. Assessment of Language and Indexing Biases Among Chinese-Sponsored Randomized Clinical Trials. *JAMA Netw Open*. 2020;3(5):e205894. Published 2020 May 1. doi:10.1001/jamanetworkopen.2020.5894

39. Mendias C, Carpenter JE, Awan T, Jacobsen J, Gagnier J, Bedi A. The use of recombinant human growth hormone to protect against muscle weakness in patients undergoing anterior cruciate ligament reconstruction: A pilot, randomized, placebo controlled trial. AJSM. 2020;48(8):1916-28.

40. Roe Y, Buchbinder R, Grotle M, Whittle S, Ramiro S, Huang H, Gagnier JJ, Verhagen A, Ostensjo S. What do the OMERACT Shoulder Core Set candidate instruments measure? An analysis using the refined ICF linking rules. J Rheumatol. 2020. Feb15.

41. Schubert MF, Thomas JR, Yashar J, Lee JJ, Urquhart AG, Gagnier JJ, Pour AE. Post-operative urinary retention after lower extremity arthroplasty and the peri-operative role of selective alpha-1 adrenergic blocking agents in adult make patients: a propensity-matched retrospective cohort. Int Ortho. 2020;44(1):39-44.

42. Woolen S, Shankar P, Gagnier JJ, MacEachern M, Singer L, Davenport M.  Risk of nephrogenic systemic fibrosis in patients with stage 4 or 5 chronic kidney disease receiving a group II gadolinium-based contrast agent: A systematic review and meta-analysis. JAMA Int Med. 2019; Dec 9.

43. Ramme AJ, Robbins CB, Patel KA, Carpenter JE, Bedi A, Gagnier JJ, Miller BS. Surgical versus nonsurgical management of rotator cuff tears: A matched-pair analysis. J Bone Joint Surg Am. 2019;1010(19):1775-82.

44. Gagnier JJ, Johnston BC. Empirical evidence of bias arising from patient reported outcome measures. J Clin Epidemiol. 2019;116:36-8.

45. FAITH-2 Investigators, Slobogean GP, Sprague S, Bzovsky S, Heels-Ansdell D, Thabane L, Scott T, Bhandari M. Fixation using alternative implants for the treatment of hip fractures (FAITH-2): design and rationale for a pilot multi-centre 2 × 2 factorial randomized controlled trial in young femoral neck fracture patients. Pilot Feasibility Stud. 2019;5:70.

46. Li Y, Burke MC, Gagnier J, Caird MS, Farley FA. Comparison of EOSQ-24 and SRS-22 scores in congenital scoliosis: A preliminary study. J Pediatr Orthop. 2019;May 29 (epub)

47. Schubert M, Urquhart A, Gagnier JJ, Eslam-Pour A. Prophylactic Tamsulosin Does Not Reduce the Risk of Urinary Retention Following Lower Extremity Arthroplasty: A Double-Blinded Randomized Placebo Controlled Trial. Journal of Arthroplasty. 2019;34(7S);S17-S23.

48. Ekhtiari S, Khan M, Burrus T, Madden K, Gagnier JJ, Rogowski JP, Maerz T, Bedi A. Hip and groin injuries in professional basketball players: Impact on playing career and quality of life after retirement. Sport Health. 2019;11(3):218-22.

49. Gagnier JJ, Lai J. Bias associated with patient reported outcome measures in meta-analyses of interventions for rotator cuff disease. 2020 (in progress).

50. Gagnier JJ & Bedi A, Brummett C. Risk and risk factors of new persistent opioid use after rotator cuff tear repair surgery. 2019 (in progress).

51. Page MJ, O'Connor DA, Malek M, Haas R, Beaton D, Huang H, Ramiro S, Richards P, Voshaar MJH, Shea B, Verhagen AP, Whittle SL, van der Windt DA, Gagnier JJ, Buchbinder R, for the OMERACT Shoulder Core Set Working Group. Patients' experience of shoulder disorders: a systematic review of qualitative studies for the OMERACT Shoulder Core Domain Set. Rheumatology (Oxford) 2019. DOI: 10.1093/rheumatology/kez046.

52. Romiro S, Page M, Huang W, Whittle S, Gagnier JJ*, Buchbinder R* (*co-senior authors). A report from the Shoulder Core Set Workshop: OMERACT 2018. Rheumatology (Accepted).

53. Watson S, Allen B, Robbins CB, Gagnier JJ, Miller BS. Does rotator cuff tear pattern influence clinical outcome after surgical repair. Orthop J Sports Med. 2018;6(3).

54. Gagnier JJ, Robbins C, Bedi A, Carpenter JE, Miller BS. Minimally important difference for the ASES and WORC. ASES. 2018 (Accepted).

55. Gagnier JJ, Shen Y, Huang W. Patient Reported outcome questionnaires for anterior cruciate ligament injuries: A systematic review of psychometric properties and methodological quality.  JBJS Reviews. 2018;6(4):e5.

56. Gagnier JJ, Mullins M, Huang W, Marinac-Daboc D, Ghambaryan A, Eloff B, Mirza F, Bayona M. Patient Reported outcome questionnaires for total hip arthroplasty: A systematic review of psychometric properties and methodological quality.  2018. J Bone Joint Surg REv;6(1):e2.

57. Lai J, Robbins CB, Miller BS, Gagnier JJ. The effect of lipid levels on patient reported outcome in patients with rotator cuff tears. JSES Open Access. 2017;1(3).

58. Robbins CB, Gagnier JJ, Bedi A, Carpenter JE, Miller BS. Factors related to improved quality of life in operative and non-operative patients with full-thickness rotator cuff repairs. 2018 (Accepted).

59. Lai J, Gagnier JJ. Dyslipidemias and rotator cuff tears: A systematic review and meta-analysis. 2018. JBJS Reviews. (Accepted).

60. Zhou L, Natagaran M, Miller BS, Gagnier JJ. Minimally important difference for the SANE and VR-12. Orthopaedic Journal of Sports Medicine. 2018;66(7).

61. Naimark M, Robbins C, Gagnier JJ, Miller BS. Impact of smoking on patient outcome after arthroscopic rotator cuff repair. BMJ Open Sport & Exercise Medicine. 2018;4(1):e000416.

62. Gagnier JJ, Terwee CB, Mokkink W. Reporting recommendations for psychometric investigations of patient reported outcomes measures: A protocol. (Under review)

63. Lee E, Hood B, Maratt JD*, Gagnier JJ* (*co-senior authors).  The PROMIS global health instrument in total hip and knee arthroplasty patients: Norms and concurrent validity. (Under Review).

64. Morris M, Marcusa DP, Gagnier JJ, Perdue AM, Hake ME, Goulet JA. Effect of Surgical Versus Non-Surgical Hospital Unit on the Outcome of Hip Fracture: A Retrospective Cohort Study. (Under Review).

65. Zhou L, Miller BS, Gagnier JJ. Anchor and distribution based minimally important difference of the PROMIS physical function computerized adaptive test. 2017. (Under Review)

66. Taylor AL, Robbins CB, Carpenter JE, Bedi A, Gagnier JJ, Miller BS. Do Statin Medications Affect Clinical Outcomes in Patients Treated Surgically for Rotator Cuff Tears? (Accepted).

67. Gagnier JJ. Patient Reported Outcomes in Orthopaedics: Invited paper. Journal of Orthopaedic Research. 2017;35(10):218-235.

68. Watson S, Robbins C, Bedi A, Gagnier JJ, Miller BS. Comparison of outcomes 1 year after rotator cuff repair with and without concomitant biceps surgery. Arthroscopy. 2017;33(11);1928-1936.

69. Kessler K, Robbins C, Bedi A, Gagnier JJ, BS Miller. Does Increased BMI Influence Outcomes Following Rotator Cuff Repair? Arthroscopy. 2018;34(3):754-61.

70. Riley DD, Barber MS, Kinele GS, Aronson J, von Schoen-Angerer T, Tugwell O, Kiene H, Helfnad M, Altman DG, Sox H, Werthmann PG, Moher D, Rison RA, Koch CA, Sun GH, Shanseer L, Hanaway P, Sudak NK, Kaszkin-Bettag M, Gagnier JJ. CARE guidelines for case reports: explanation and elaboration document. J Clin Epidemiology. 2017;89:218-235.

71. Kirsch J, Nathani A, Robbins CB, Bedi A, Gagnier JJ, Miller BS. Is there an association between the "critical shoulder angle" and clinical outcome after rotator cuff repair. Orthop J Sports Med. 2017;5(4).

72. Gagnier JJ, Morgenstern H. Misconceptions of P-Values and Significance Testing. JBJS. 2017;99(18):1598-1603.

73. Zughaib M, Gagnier JJ. Modeling the Functional Comorbidity Index as a Predictor of Health-Related Quality of Life in Glenoid Labrum Patients. BMJ Sports Medicine and Exercise. 2017;2(1).

74. Gagnier JJ, Mullins M, Huang W, Marinac-Daboc D, Ghambaryan A, Eloff B, Mirza F, Bayona M. Patient Reported outcome questionnaires for total knee arthroplasty: A systematic review of psychometric properties and methodological quality. J Arthroplasty. 2017;32(5):1688-1697.

75. Li X, Veltre D, Yi P, Sing D, Gagnier JJ, Eichinger J, Jawa A, Bedi A. Insurance status affects postoperative morbidity and complication rate after shoulder arthroplasty.  J Shoulder Elbow Surg. 2017;26(8):1423-1431.

76. Buchbinder R, Page M, Huang H, Verhagen A, Beaton D, Kopkow C, Lenza M, Nitin B Jain NB, Richards B, Richards P, Voshaar M, van der Windt D, Gagnier JJ, for the Shoulder Core Outcome Set Special Interest Group. A preliminary core domain set for clinical trials of shoulder disorders: A report from the OMERACT 2016 Shoulder Core Outcome Set Special Interest Group. J of Rheumatology. 2017; Jan 15th (Epub).

77. Page M, Huang H, Verhagen A, Buchbinder R, Gagnier JJ. Domains for a core outcome set for clinical trials of shoulder pain: Results of an international Delphi process. RMD Open. 2016; 2(2).

78. Page MJ, Huang H, Verhagen AP, Gagnier JJ, Buchbinder R. Outcome reporting in randomized trials for shoulder disorders: Literature review to inform the development of a core outcome set. Arthritis Care & Research 2017 April 7. DOI: 10.1002/acr.23254.

79. Gagnier J, Allen B, Watson S, Robbins C, Bedi A, Carpenter JE, Miller Bs. Do medical comorbidities affect outcomes in patients with rotator cuff tears? Orthop J Sports Med. 2017; 5(8).

80. Jia Y, Huang H, Gagnier JJ. A Systematic Review of Measurement Properties of Patient-Reported Outcome Measures for Use in Patients with Foot or Ankle Diseases. Qual Life Res. 2017;26(8):1969-2010.

81. Zughaib M, Robbins C, Gagnier JJ. Outcomes in patients with glenoid labral lesions: A cohort study. BMJ Sports Medicine and Exercise. 2017;2(1).

82. Gagnier JJ, Derosier J, Maratt J, Hake M, Bagian J. Development, implementation and evaluation of a patient handoff tool to improve safety in orthopaedic surgery. International Journal for Quality in Health Care. 2016.

83. Gagnier JJ, Page M, Huang H, Verhagen A, Buchbinder R. Creation of a core outcome set for clinical trials of shoulder pain: A study protocol. Trials. 2017;18(1):336.

84. Gagnier JJ, Morgenstern, Kellam P. A retrospective cohort study of adverse events in patients undergoing orthopaedic surgery. Patient Safety in Surg. 2017;11:15.

85. Maratt J, Gagnier JJ, Butler P, Urquhart A, Hallstrom B. Direct Anterior Approach Does Not Reduce Dislocation Risk. Journal of Arthroplasty. 2016:31(9 Suppl):127-30.

86. Chess L, Gagnier JJ. Applicable or non-applicable: Investigations of clinical heterogeneity in systematic reviews. BMC Med Res Methodol. 2016;16:19.

87. Cowan JB, Bedi A, Carpenter JE, Robbins CB, Gagnier JJ, Miller BS. Evaluation of AAOS Appropriate Use Criteria for the Management of Full-Thickness Rotator Cuff Tears. 2015. JSES;25(7).

88. Gagnier JJ, Oltean, H, Robbins C, VanTulder MW, Berman B, Bombardier C. Herbal medicine for low back pain: A Cochrane review. Spine. 2015 [Epub ahead of print].

89. Ross JR, Bedi A, Clohisy JC, Gagnier JJ; ANCHOR Study Group, Larson CM. Surgeon willingness to participate in randomized controlled trials for femoraacetabular impingement. Arthroscopy. 2015. (Sept 19) [Epub ahead of print].

90. Knesek M, Brunfeld A, Jepsen K, Robbins C, Gagnier J, Bedi A.  Patterns of Strain and the Determination of the Safe Arc of Motion after Subscapularis Repair—A Biomechanical Study. J of Orthop Res. 2015 (Sept 3) [Epub ahead of print].

91. Welton KL, Gagnier JJ, Urquhart A. Proportion of obese patients presenting to orthopedic total joint arthroplasty clinics. Orthopedics. 2015;39(1):e127-33.

92. Li Y, Gagnier JJ. Prevalence of Femoroacetabular Impingement Morphology in Asymptomatic Adolescents. JPO. 2015 [Epub ahead of print].

93. Marratt JD, Gagnier JJ, Gombera MM, Reske SE, Hallstrom BR, Urquhart AG. Patients' perceptions of the costs of total hip and knee arthroplasty. Am J Orthop. 2015;44(5):E135-41.

94. Kweon C, Gagnier JJ, Robbins C, Bedi A, Carpenter J, Miller B. Surgical versus non-surgical management of rotator cuff tears: Demographics more predictive than patient-reported pain and disability. AJSM. 2015;43(10):2368-72.

95. Cowan J, Mlynarek R, Pijls B, Gagnier JJ. Evaluation of quality of lower limb arthroplasty observational studies using AQUILA checklist. Journal of Arthroplasty. 2015 2015 Mar 31. pii: S0883-5403(15)00218-1.

96. Oltean, H, Robbins C, VanTulder MW, Berman B, Bombardier C, Gagnier JJ. Herbal medicine for low back pain. Cochrane Database Syst Rev. 2014 Dec 23;12:CD004504.

97. Oltean H, Gagnier JJ. Use of clustering analysis in randomized controlled trials in orthopaedic surgery. BMC Med Res Methodol. 2015;15:17.

98. Huang S, Grant J, Miller B, Mirza FM, Gagnier JJ. A systematic review of psychometric properties of patient reported outcome instruments for use in patients with rotator cuff disease. AJSM. 2015; Jan 26: PMID: 25622986.

99. Grant JA, Bedi A, Kurz J, Bancroft R, Gagnier JJ, Miller B. Ability of Pre-Season Body Composition and Physical Fitness to Predict the Risk of Injury in Male Collegiate Hockey Players. 2014. Sports Health: A multidisciplinary Approach. 2014, June 23: doi: 10.1177/1941738114540445. [Epub ahead of print].

100.    Welton K, Gagnier JJ, Gomberwalla M, Graziano G, Patel R. Patient impressions of reimbursement for otheropedic spine surgeons.  Spine J. 2014 Feb 7. pii: S1529-9430(14)00138-7. doi: 10.1016/j.spinee.2014.01.060. [Epub ahead of print].

101.    Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Headache. 2013 Nov;53(10):1541-7. doi: 10.1111/head.12246.

102.    Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Deutsche Ärzteblatt. Sep;110(37):603-8. doi: 10.3238/arztebl.2013.0603. Epub 2013 Sep 13.

103.    Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Global Advances in Health and Medicine.

104.    Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Journal of Clinical Epidemiology. 2014 Jan;67(1):46-51. doi: 10.1016/j.jclinepi.2013.08.003. Epub 2013 Sep 12.

105.    Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Journal of Dietary Supplements. 2013 Dec;10(4):381-90. doi: 10.3109/19390211.2013.830679.

106.    Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Journal of Medical Case Reports. 2013 Sep 10;7(1):223. doi: 10.1186/1752-1947-7-223.

107.    Gagnier JJ, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. BMJ Case Reports. 2013 Oct 23;2013. doi:pii: bcr2013201554. 10.1136/bcr-2013-201554.

108.    Seeley M, Gagnier J, Caird M. Obesity and its effects on pediatric supracondylar humerus fractures. JBJS. 2014 Feb 5;96(3):e18. doi: 10.2106/JBJS.L.01643.

109.    Chess L, Gagnier JJ. Risk of bias of randomized controlled trials published in orthopaedic journals. 2013. BMC Med Res Method. 2013 Jun 9;13:76. doi: 10.1186/1471-2288-13-76.

110.    Gagnier JJ, Morgenstern H, Moher D. Consensus-based recommendations for investigating clinical heterogeneity in systematic reviews and meta-analyses. 2013. BMC Med Res Method. Aug 30;13:106. doi: 10.1186/1471-2288-13-106.

111.    Riley D, Gagnier JJ. "Nothing about me without me": New perspectives on case reports. Global Advances in Health and Medicine. 2012;1(5):12-13.

112.    Jepsen KJ, Evans R, Negus CH, Gagnier JJ, Centi A, Arbel Y, Hadid A, Yanovich R, Moran DS. Variation in tibial functionality and fracture susceptibility among healthy, young adults arises from the acquisition of biologically distinct sets of traits. J Bone Miner Res. 2013 Jun;28(6):1290-300. doi: 10.1002/jbmr.1879.

113.    Li Y, Heyworth BE, Glotzbecker M, Seeley M, Suppan CA, Gagnier J, VanderHave KL, Caird MS, Farley FA, Hedequist D. Comparison of titanium elastic nail and plate fixation of pediatric subtrochanteric femur fractures J Pediatr Orthop. 2013 Apr-May;33(3):232-8. doi: 10.1097/BPO.0b013e318288b496. PMID: 23482257

114.    Gagnier JJ, Kellam P. Reporting and methodological quality of systematic reviews in orthopaedic surgery. 2012. JBJS. 2013 Jun 5;95(11):e771-7. doi: 10.2106/JBJS.L.00597.

115.   Gomberawalla M, Miller BS, Coale RM, Bedi A, Gagnier JJ. A Meta-analysis of Joint Preservation Versus Arthroplasty for the Treatment of Displaced 3- and 4-part Fractures of the Proximal Humerus. 2013 Nov;44(11):1532-9. doi: 10.1016/j.injury.2013.03.030. Epub 2013 May 9.

116.   Gagnier JJ,  Beyene J, Moher D, Boon H, Bombardier C. Methods of assessing clinical heterogeneity in systematic reviews: A methodologic review. BMC Medical Res Methodology. 2012. PMID: 22846171.

117.   Gagnier JJ, Morgenstern H, Chess L. Meta-analysis of neuromuscular interventions for prevention of anterior cruciate ligament injuries. AJSM. 2012. PMID: 22972854.

118.   Gagnier JJ, Bombardier C, Boon H, Moher D, Beyene J. An empirical study using permutation-based resampling in meta-regression. Systematic Reviews. 2012, 1:18. PMID: 2258781.

119.   Furlan AD, Yazdi F, Tsertsvadze A, Gross A, Van Tulder MW, Santaguida PL, Gagnier JJ, Ammendolia C, Dryden T, Doucette S, Skidmore B, Daniel R, Tsouros S and Ostermann T. A Systematic Review and Meta-Analysis of Efficacy, Cost-Effectiveness, and Safety of selected complementary and alternative medicine for neck and low-back pain. Evidence Based Complem Altern Med. 2012: 953139. Epub 2011 Nov 24. PMID: 22203884.

120.   Cameron M, Gagnier J, Chrubasik S. Herbal therapy for treating rheumatoid arthritis. Cochrane Database Syst Rev. 2011;16(2): CD002948. PMID: 21328257.

121.   Gagnier JJ, Moher D, Boon H, Beyene J, Bombardier C. Randomized controlled trials of herbal intervention underreport important details of the intervention. J Clin Epidemiol. 2011; 64(7): 760-9.

122.   MacPherson H, Altman DG, Hammerschlag R, Youping L, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. J Evid Based Med. 2010;Aug;3(3):140-55.

123.   MacPherson H, Altman DG, Hammerschlag R, Li Y, Wu T, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. J Altern Complement Med. 2010; Oct;16(10):ST1-14

124.   MacPherson H, Altman DG, Hammerschlag R, Li Y, Wu T, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. Acupunct Med. 2010;28(2):83-93.

125.    MacPherson H, Altman DG, Hammerschlag R, Li Y, Wu T, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. PLoS Med. 2010;7(6):e1000261.

126.    MacPherson H, Altman DG, Hammerschlag R, Li Y, Wu T, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. Zhong Xi Yi Jie He Xue Bao. 2010 Sep;8(9):804-18. Chinese.

127.    Furlan A, Yazdi F, Tsertsvadze A, Gross A, Van Tulder, M, Santaguida L, Cherkin D, Gagnier J, Ammendolia C, Ansari M, Ostermann T, Dryden T, Doucette S, Skidmore B, Daniel R, Tsouros S, Weeks L, Galipeau J. Complementary and Alternative Therapies for Back Pain II. Evidence Report/Technology Assessment No. 194. (Prepared by the University of Ottawa Evidence-based Practice Center under Contract No. 290-2007-10059-I (EPCIII). AHRQ Publication No. 10(11)E007. Rockville, MD: Agency for Healthcare Research and Quality. October 2010.

128.    Gagnier, J.J.  Evidence based review of natural health products for non-specific low back pain .The Open Pain Journal. 2010;3: 52-9.

129.    Cameron M, Gagnier JJ, Little CV, Parsons T, Blumle A, Chrubasik S. Evidence of Effectiveness of Herbal Medicinal Products in the Treatment of Arthritis .Part 2: Rhuematoid Arthritis. Phytotherapy Research. 2009;23(12): 1647-62.

130.    Cameron M, Gagnier JJ, Little CV, Parsons T, Blumle A, Chrubasik S. Evidence of Effectiveness of Herbal Medicinal Products in the Treatment of Arthritis .Part 1: Osteoarthritis. Phytotherapy Research. 2009;23(11): 1497-515.

131.    Oxman, A, Lumbard, C, Treweek, S, Gagnier, JJ, Maclure, M. A pragmatic resolution. Journal of Clinical Epidemiology. 2009; 65(5): 495-8.

132.    Santaguida PL, Gross A, Busse J, Gagnier J, Walker K, Bhandari M, Raina P. Evidence Report on Complementary and Alternative Medicine in Back Pain Utilization Report. Evidence Report/Technology Assessment. 2009, No. 177.

133.    Zwarenstein, M, Treweek, S, Altman, DG, Gagnier, JJ, Tunis, S, Haynes, RB, Oxman, AD, Moher, D. Improving the reporting of pragmatic trials: an extension of the CONSORT Statement. The British Medical Journal. 2008, 337.

134.    Oxman, A, Lumbard, C, Treweek, S, Gagnier, JJ, Maclure, M. Why we will remain pragmatists: four problems with the impractical mechanistic framework and a better solution. Journal of Clinical Epidemiology. 2009; 65(5): 485-8.

135.  Gagnier, J.J.  Evidence-informed management of chronic low back pain with natural health products. The Spine Journal. 2008:8;70-9.

136.  Gagnier, J.J. Commentary: Methods to increase response rates to postal questionnaires. International Journal of Epidemiology. Sept 13th, 2007.

137.  Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: Explanation and elaboration. Journal of Clinical Epidemiology. 2006:59;1134-49.

138.  Gagnier, J.J., VanTulder, M.W., Berman, B., Bombardier, C. Herbal medicine for low back pain: A Cochrane Review. Spine. 2007;32(1):82-92.

139.  Gagnier, J.J., VanTulder, M.W., Berman, B., Bombardier, C. Herbal medicine for low back pain. Cochrane Library, 2006; Issue 1.

140.  Gagnier, J.J. , DeMelo, J., Boon, H., Rochon, P, Bombardier, C. Reporting quality of controlled intervention trials of herbal medicine. American Journal Of Medicine. 2006:119(9).

141.  Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the quality of reporting randomized controlled trials evaluating herbal medicine interventions: Implementing the CONSORT statement. HerbalGram. 2006;71:50-6.

142.  Gagnier J.J., Moher D. Commentary: Helping consumers of healthcare knowledge: improving the quality of reports of randomized controlled trials. Explore: The Journal of Science and Healing. 2006; 2:2.

143.  Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. Annals of Internal Medicine. 2006:144:364-7.

144.  Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. Explore: The Journal of Science and Healing. 2006;2:2.

145.  Mills, E., Wu, P., Gagnier, J.J., Montori, V. Quality of reporting since revised CONSORT statement. Contemp Clin Trials. 2005;26(4):480-7.

146.  VanTulder M, Furlan A, Gagnier J. Guest Editorial: Complementary and alternative therapies for low back pain. Best Pract Res Clin Rheumatol. 2005 Aug;19(4):639-54.

147.  Ioannidis JPA, Evans SJW, Gotzsche PC, O'Neill RT, Altman DG, Schulz K, Moher D, for the CONSORT Group (writing committee includes J. Gagnier). Better reporting of harms in randomized trials: An extension of the CONSORT statement. Annals of Internal Medicine. 2004;141:781-88.

148.  Mills EJ, Wu P, Gagnier JJ, Heels-Ansdell D, Montori VM. An analysis of general medical and specialist journals that endorse CONSORT found that reporting was not enforced consistently. Journal of Clinical Epidemiology. 2005 Jul;58(7):662-7. PMID: 15939216

149.  Mills EJ, Wu P, Gagnier JJ, Montori VM, Ebbert J. Acupuncture for cocaine dependence: A systematic review. Harms Journal 2005;2:4.

150.  Gagnier, J.J., Chrubasik, S., Manheimer, E. . Harpagophytum procumbens for osteoarthritis and low back pain: A systematic review. BMC Complementary and Alternative Medicine. 2004;4(1):13

151.  Campbell, M.K., Elbourne, D.R., Altman, D.G.  for the CONSORT Group (writing committee includes J. Gagnier). CONSORT statement: extension to cluster randomised trials. British Medical Journal. 2004; 328; 301-8.

152.  Gagnier, J.J. Letter to the Editor, A clarification of critical appraisal, evidence and education.  Medscape General Medicine. 2004;April.

153.  Mills, E., Prousky, J., Gagnier, G., Raskin, G., Rachlis, B., Juurlink, D. The safety of over the counter niacin: a randomized placebo-controlled trial. BMC Clinical Pharmacology 2003; 3(1):4.

154.  Gagnier, J.J. The therapeutic Potential of Melatonin in Migraines and other Headache Types. Alternative Medicine Review 2001:6(4);383-389.

155.  McDonald, D., Gagnier, J.J., Friedman, H. The Self-Expansiveness Level Form: Examination of its Validity and Relation to the NEO Personality Inventory Revised. Psychological Reports 2000:86;707-726

Book chapters

1. Gagnier JJ, Kobayashi E, Piuzzi N. Chapter: Outcomes for clinical research on orthobiologics. In; Orthobiologics, AAOS, 2022.

2. Johnston BC, Patrick DL, Devji T, Maxwell LJ, Bingham III CO, Beaton D, Boers M, Briel M, Busse JW, Carrasco-Labra A, Christensen R, da Costa BR, Ecceleston C, El Dib R, Lyddiatt A, Ostelo RW, Shea B, Singh J, Terwee CB, Williamson P, Gagnier J, Tugwell P, Guyatt GH. Chapter 18: Patient-reported outcomes. Draft version (2 November 2018) for

inclusion in: Higgins JPT, Thomas J, Chandler J, Cumpston MS, Li T, Page MJ, Welch V (editors). *Cochrane Handbook for Systematic Reviews of Interventions*. London: Cochrane.

3. Orthopaedic Basic Science. Principles of Clinical Studies and Clinical Information. Writing Team Lead. 2021. AAOS.

4. Natural Products in Clinical Trials. Atta-Ur-Rahman, Iqbal Choudhary, Hesham El-Seedi, Editors. Gagnier JJ. Herbal Medicine for Low Back Pain (2015).

5. Network meta-analysis: Evidence synthesis with mixed treatment comparison. Giuseppe Biondi-Zoccai Editor. Chapter: Appraising between-study heterogeneity (2014).

6. Evidence-based management of low back pain. S Dagenais & S Haldeman, Editors. Gagnier JJ. Chapter: Evidence-informed management of chronic low back pain with natural health products (2010).

7. Comprehensive Bioactive Natural Products. Volume 2: Efficacy, Safety & Clinical Evaluation 1. VJ Gupta, Editor. Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement (2010).

8. Guide to Pain Management in Low Resource Settings. N. Patel & A. Kopf, Editors. Gagnier, J.J. Herbal and other supplements (2010).

Published Abstracts (incomplete)

1. Gagnier J.J., Moher, D., Beyene, J., Boon, H., Bombardier C. Quality of reporting of randomized controlled trials of herbal interventions: Assessment with the CONSORT for herbal medicines. Pharmaceutical Biology. 2009;47(suppl) :21.
2. Gagnier J.J., Moher, D., Beyene, J., Boon, H., Bombardier C. An empirical investigation of permutation based resampling techniques in systematic reviews. German Journal for Evidence and Quality in Health Care. 2008;102(Supp. 4).
3. Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. Planta Medica 2008;74:318.
4. Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. Drug Safety 2006;29(10):958.
5. Gagnier, J.J., Loke, Y., Sackett DL. Evidence surrounding the consolidated standards on the reporting of trials: ESCORT. Clinical Trials, 2006:3(3).
6. Gagnier, J.J., Rochon, P.A., Boon, H., Barnes, J., Moher, D., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal

medicine interventions: An application of the CONSORT statement. FACT: An evidence-based approach 2006.

7. Gagnier, J., Boon, H., Rochon, P., Barnes, J., Moher, D., Bombardier B., for the CONSORT Group. Improving the quality of reporting for randomized clinical trials evaluating herbal interventions: An extension of the CONSORT statement. Clinical Trials, 2005:2(1);S43.

8. Gagnier, J., Bombardier, C, DeMelo, J (2004). Reporting quality of controlled intervention trials of botanical medicines. Canadian Journal of Clinical Pharmacology, 2004

9. Gagnier, J., Chrubasik, S., Manheimer, E. Harpagophytum for osteoarthritis and low back pain: A systematic review. Journal of Herbal Pharamacotherapy, 2004:4(1)

10. Gagnier, J., Mills, E. Development and reliability of a methodological quality scale for controlled trials of acupuncture. Journal of Herbal Pharamacotherapy, 2004:4(1)

11. Gagnier, J., Chrubasik, S., Manheimer, E. Harpagophytum for osteoarthritis and low back pain: A systematic review. FACT: An evidence-based approach 2003:8(4), 498.

12. Gagnier, J., Mills, E. Development and reliability of a methodological quality scale for controlled trials of acupuncture. FACT: An evidence-based approach 2003:8(4), 497

13. Mills, E.J., Prousky, J., Gagnier, J., Raskin, G., Rachlis, B., Montori, V.M., Juurlink, D. Tolerability and adverse reactions following oral administration of over-the-counter niacin 500 mg in healthy subjects: a randomized double-blind placebo controlled trial. FACT: An evidence-based approach 2003:8(4), 522.

14. Gagnier, J. Botanical Medicine for Low Back Pain: A systematic review. FACT: An evidence-based approach 2003:8(1).

15. Gagnier, J. Botanical Medicine for Low Back Pain: A systematic review. Journal of Herbal Pharamacotherapy 2003:3(1)