# EXHIBIT E

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1        IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
2              STATE OF MISSOURI
3
4
5   PAUL FERRO, et al.,
6         Plaintiffs,
7                          Case No.
8   -vs-                   20SL-CC03678
9
10  MONSANTO COMPANY,
11        Defendant.
12  _____/
13
14  PAGE 1 TO 352
15
16       The Videoconference Deposition of:
17       JOEL J. GAGNIER, Ph.D., N.D., M.Sc., B.A.,
18       Taken at 1501 Worldgateway Place,
19       Champlain Room,
20       Romulus, Michigan,
21       Commencing at 9:00 a.m.,
22       Wednesday, June 1, 2022,
23       Before Jennifer L. Ward, CSR-3717.
24
25
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   APPEARANCES:
2
3   JEFFREY L. HABERMAN, ESQ.
4   Schlesinger Law Offices, P.A.
5   1212 Southeast Third Avenue
6   Port Lauderdale, Florida 33316
7   (954) 467-8800
8   jhaberman@schlesingerlaw.com
9         Appearing on behalf of Plaintiffs.
10
11  PAUL J. TAHAN, ESQ. and
12  ANTHONY G. SIMON, ESQ.
13  The Simon Law Firm, P.C.
14  800 Market Street
15  Suite 1700
16  St. Louis, Missouri 63101
17  (816) 447-3499
18         Appearing on behalf of Plaintiffs,
19         via Videoconference.
20
21
22
23  (Appearances continued on Page 3.)
24
25
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   APPEARANCES:  (Continued)
2
3   EMMA C. ROSS, ESQ. and
4   BRIAN T. KARALUNAS, ESQ.
5   Goldman Ismail Tomaselli Brennan & Baum LLP
6   200 South Wacker Drive, 22nd Floor
7   Chicago, Illinois 60606
8   (312) 681-6000
9   eross@goldmanismail.com
10  bkaralunas@goldmanismail.com
11         Appearing on behalf of Defendant.
12
13  ALSO PRESENT:
14       Marc Myers, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1              INDEX TO EXAMINATIONS
2
3   WITNESS                               PAGE
4   JOEL J. GAGNIER, Ph.D., N.D., M.Sc., B.A.
5
6   CROSS-EXAMINATION BY MS. ROSS          13
7
8
9
10             INDEX TO EXHIBITS
11
12  EXHIBIT                               PAGE
13
14  GAGNIER EXHIBIT 1
15  Invoice                                12
16
17  GAGNIER EXHIBIT 2
18  Expert Report of Dr. Gagnier           15
19
20  GAGNIER EXHIBIT 3
21  Expert Report of Dr. Gagnier in
22  Alessi Case                            16
23
24
25  (Index to Exhibits continued on Page 5.)
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1               INDEX TO EXHIBITS
 2
 3   EXHIBIT                          PAGE
 4
 5   GAGNIER EXHIBIT 4
 6   PowerPoint For Lecture Number 1
 7   Introduction to Systematic Reviews and
 8   Meta-Analyses                    50
 9
10   GAGNIER EXHIBIT 5
11   PowerPoint For Lecture Number 5
12   Interpreting Results, Critical Appraisal of
13   Systematic Reviews               61
14
15   GAGNIER EXHIBIT 6
16   Paper Authored by Dr. Gagnier,
17   Interventions Designed to Prevent
18   Anterior Cruciate Ligament Injuries in
19   Adolescents and Adults           76
20
21   GAGNIER EXHIBIT 7
22   Luoping Zhang 2019 Paper
23   Exposure to Glyphosate-Based Herbicides and
24   Risk for Non-Hodgkin Lymphoma:  A Meta-Analysis
25   and Supporting Evidence          105
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1               INDEX TO EXHIBITS
 2
 3   EXHIBIT                          PAGE
 4
 5   GAGNIER EXHIBIT 8
 6   Chart Titled:
 7   Zhang 2019:  Studies Included    107
 8
 9   GAGNIER EXHIBIT 9
10   Gabriella Andreotti 2018 Paper
11   Glyphosate Use and Cancer Incidence
12   in the Agriculture Health Study  143
13
14   GAGNIER EXHIBIT 10
15   Lennart Hardell 2002 Paper
16   Exposure to Pesticides as Risk Factor
17   for Non-Hodgkin's Lymphoma and Hairy
18   Cell Leukemia:  Pooled Analysis of Two
19   Swedish Case-Control Studies     187
20
21   GAGNIER EXHIBIT 11
22   Mikael Eriksson 2008 Paper
23   Pesticide Exposure as Risk Factor for
24   Non-Hodgkin Lymphoma Including
25   Histopathological Subgroup Analysis   190
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1               INDEX TO EXHIBITS
 2
 3   EXHIBIT                          PAGE
 4
 5   GAGNIER EXHIBIT 12
 6   Maria Leon 2019 Paper
 7   Pesticide Use and Risk of Non-Hodgkin
 8   Lymphoid Malignancies in Agricultural Cohorts
 9   From France, Norway and the USA:  A Pooled
10   Analysis From the AGRICOH Consortium   212
11
12   GAGNIER EXHIBIT 13
13   Manisha Pahwa 2019 Paper
14   Glyphosate Use and Association With
15   Non-Hodgkin Lymphoma Major Histological
16   Sub-Types:  Findings From the North
17   American Pooled Project          207
18
19   GAGNIER EXHIBIT 14
20   Karin Hohenadel 2011 Paper
21   Exposure to Multiple Pesticides and
22   Risk of Non-Hodgkin Lymphoma in
23   Men from Six Canadian Provinces    213
24
25   (Index to Exhibits continued on Page 8.)
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1               INDEX TO EXHIBITS
 2
 3   EXHIBIT                          PAGE
 4
 5   GAGNIER EXHIBIT 15
 6   Hohenadel 2011 Table 4
 7   (Glyphosate & Malathion)         214
 8
 9   GAGNIER EXHIBIT 16
10   Stella Koutros 2019 Paper
11   Non-Hodgkin Lymphoma Risk and
12   Organophosphate and Carbamate
13   Insecticide Use in the North
14   American Pooled Project          219
15
16   GAGNIER EXHIBIT 17
17   Helen McDuffie 2001 Paper
18   Non-Hodgkin's Lymphoma and Specific
19   Pesticide Exposure in Men:  Cross-Canada
20   Study of Pesticides and Health   251
21
22   GAGNIER EXHIBIT 18
23   Chart Titled:
24   Pahwa 2019:  Results Reported
25   For NHL Events                   259
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1                  INDEX TO EXHIBITS

2

3    EXHIBIT                              PAGE

4

5    GAGNIER EXHIBIT 19

6    Federico Meloni 2021 Paper

7    Occupational Exposure to Glyphosate

8    and Risk of Lymphoma:  Results of an

9    Italian Multicenter Case-Control Study   266

10

11   GAGNIER EXHIBIT 20

12   List Titled:

13   Roundup & NHL:  Number of NHL Events     285

14

15   GAGNIER EXHIBIT 21

16   Chart Titled:

17   Roundup & NHL:

18   Risk Reported By Size of Study

19   Based On Number of NHL Events            289

20

21   GAGNIER EXHIBIT 22

22   Summary of GRADE Criteria From

23   BMJ Website                              307

24

25   (Index to Exhibits continued on Page 10.)
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1                  INDEX TO EXHIBITS

2

3    EXHIBIT                              PAGE

4

5    GAGNIER EXHIBIT 23

6    Chart Titled:

7    Meta-Analyses:  Ever/Never

8    Glyphosate Exposure                      312

9

10   GAGNIER EXHIBIT 24

11   Leah Schinasi 2014 Paper

12   Non-Hodgkin Lymphoma and Occupational

13   Exposure to Agricultural Pesticide

14   Chemical Groups and Active

15   Ingredients:  A Systematic Review

16   and Meta-Analysis                        314

17

18   GAGNIER EXHIBIT 25

19   Chart Titled:

20   Meta-Analyses:  Ever/Never

21   Glyphosate Exposure                      320

22

23

24

25   (Index to Exhibits continued on Page 11.)
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1                  INDEX TO EXHIBITS

2

3    EXHIBIT                              PAGE

4

5    GAGNIER EXHIBIT 26

6    EndNote File of Citations                323

7

8    GAGNIER EXHIBIT 27

9    Curriculum Vitae of Dr. Joel Gagnier     323

10

11   GAGNIER EXHIBIT 28

12   Monsanto Company's Notice of

13   Videotaped Deposition of Joel J. Gagnier,

14   N.D., M.Sc., Ph.D.                       326

15

16

17

18

19

20

21

22

23

24

25
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1    Romulus, Michigan

2    Wednesday, June 1, 2022

3    About 9:11 a.m.

4         GAGNIER EXHIBIT 1

5         Invoice

6         WAS MARKED BY THE REPORTER

7         FOR IDENTIFICATION

8         THE VIDEOGRAPHER:  We are now on the record.

9    My name is Marc Myers.  I'm the videographer for

10   Golkow Litigation Services.  Today's date is June 1st,

11   2022.  The time is now 9:11 a.m.

12        This video deposition is being held in

13   Romulus, Michigan in the matter of Ferro, et al.,

14   versus Monsanto Company, pending in the Court of

15   St. Louis County, State of Missouri.  The deponent is

16   Dr. Joel Gagnier.

17        And at this time will counsel please

18   introduce themselves for the record, and the court

19   reporter, Jennifer Ward, please swear in the doctor.

20        MS. ROSS:  Emma Ross for the Defendants.

21        MR. HABERMAN:  Jeffrey Haberman from

22   Schlesinger Law Offices on behalf of Plaintiffs.

23        MR. TAHAN:  Paul Tahan, The Simon Law Firm, on

24   behalf of Plaintiffs.

25        MR. KARALUNAS:  Brian Karalunas on behalf of
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

| | |
|---|---|
| 1 | Defendant. |
| 2 | JOEL J. GAGNIER, Ph.D., N.D., M.Sc., B.A., |
| 3 | having first been duly sworn, was examined and |
| 4 | testified on his oath as follows: |
| 5 | CROSS-EXAMINATION BY MS. ROSS: |
| 6 | Q.   Good morning. |
| 7 | A.   Good morning. |
| 8 | Q.   Would you give us your full name, please? |
| 9 | A.   Joel Joseph Gagnier. |
| 10 | Q.   Doctor, my name is Emma Ross, and I represent Monsanto |
| 11 | in this case.  Do you understand that? |
| 12 | A.   Umm-hmm. |
| 13 | Q.   I'm going to hand you Exhibit 1 to your deposition, |
| 14 | which is an invoice we were provided with this |
| 15 | morning. |
| 16 | A.   Yes. |
| 17 | Q.   You can confirm that it is the time that you have |
| 18 | billed in this matter to date? |
| 19 | A.   That's correct. |
| 20 | Q.   You can set that aside.  We may come back to it later. |
| 21 | A.   Okay. |
| 22 | Q.   Thank you.  Dr. Gagnier, at some point today, I am |
| 23 | sure I will ask a question that is unclear, uses a |
| 24 | term inappropriately, or mispronounces something.  So |
| 25 | if you'd ask me to stop and repeat or rephrase the |

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

| | |
|---|---|
| 1 | question, I would be happy to do that, okay? |
| 2 | A.   Okay. |
| 3 | Q.   If you answer my question, I will assume you |
| 4 | understood it.  Is that fair? |
| 5 | A.   Umm-hmm. |
| 6 | Q.   Is there any reason you cannot give complete or |
| 7 | accurate testimony today? |
| 8 | A.   No. |
| 9 | Q.   One thing I will note now, this is your second |
| 10 | deposition; is that right? |
| 11 | A.   It is. |
| 12 | Q.   One thing that we often do in conversation that |
| 13 | doesn't always show up as well on the record is |
| 14 | respond with uh-huh or uh-uh, so -- |
| 15 | A.   I just realized that as I did it. |
| 16 | Q.   I may occasionally ask for a "Is this a yes," and that |
| 17 | is not a matter of me being disrespectful to you -- |
| 18 | A.   Okay. |
| 19 | Q.   -- it's making sure I have a clear record.  Is that |
| 20 | fair? |
| 21 | A.   Yes, it is. |
| 22 | Q.   Okay.  Do you understand that this is my opportunity |
| 23 | to ask you questions about you, your opinions, and the |
| 24 | bases for those opinions? |
| 25 | A.   I do, yes. |

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

| | |
|---|---|
| 1 | Q.   Are you still in agreement with your answers from your |
| 2 | prior Roundup deposition? |
| 3 | A.   Yes. |
| 4 | Q.   Your opinions have not changed, correct? |
| 5 | A.   That's correct. |
| 6 | Q.   The scope of your opinions has not changed, right? |
| 7 | A.   That's correct. |
| 8 | Q.   We do not need to go back over the answers you gave |
| 9 | previously, fair? |
| 10 | A.   That's correct. |
| 11 | Q.   You served an expert report in this case; is that |
| 12 | right? |
| 13 | A.   Yes. |
| 14 | GAGNIER EXHIBIT 2 |
| 15 | Expert Report of Dr. Gagnier |
| 16 | WAS MARKED BY THE REPORTER |
| 17 | FOR IDENTIFICATION |
| 18 | BY MS. ROSS: |
| 19 | Q.   Exhibit 2 to your deposition is the expert report we |
| 20 | received -- |
| 21 | A.   Umm-hmm.  Yeah. |
| 22 | Q.   -- in the Ferro case. |
| 23 | MR. HABERMAN:  Do you have a copy? |
| 24 | BY MS. ROSS: |
| 25 | Q.   Can you confirm that that's right? |

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

| | |
|---|---|
| 1 | A.   I -- I believe so. |
| 2 | Q.   It's dated May 24th, 2022, if you go to the very last |
| 3 | page at the very bottom? |
| 4 | A.   Oh, yes, of course.  Yeah, that's it. |
| 5 | Q.   Your report is 58 pages long, right? |
| 6 | A.   Yes. |
| 7 | Q.   And that report includes several pages of references, |
| 8 | correct? |
| 9 | A.   Yes. |
| 10 | Q.   Who prepared this report? |
| 11 | A.   I did. |
| 12 | Q.   Did anyone assist you in doing so? |
| 13 | A.   No. |
| 14 | Q.   I'm correct that all of the opinions you intend to |
| 15 | offer at trial are in your report, right? |
| 16 | A.   Yes. |
| 17 | Q.   Sitting here today, have you identified any errors |
| 18 | that need to be corrected in your May 24th, 2022 |
| 19 | report? |
| 20 | A.   No. |
| 21 | Q.   You served one expert report previously in another |
| 22 | Roundup case, correct? |
| 23 | A.   Yes. |
| 24 | GAGNIER EXHIBIT 3 |
| 25 | Expert Report of Dr. Gagnier in |

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1         Alessi Case
2         WAS MARKED BY THE REPORTER
3         FOR IDENTIFICATION
4   BY MS. ROSS:
5   Q.    Exhibit 3 to your deposition is the report that you
6         served in the Alessi case, if you can confirm that
7         that's correct?
8   A.    I believe so.  I mean, I have to check and make sure
9         it is the exact copy.  Do you have the -- the original
10        one?  But I'll take your word for it that it is.
11  Q.    I counted 13 meta-analyses in your first report.  Does
12        that sound right to you?
13  A.    It sounds about right.  I didn't count them, but it
14        sounds about right.
15  Q.    You added three new sensitivity analyses to your
16        report in this case that were not in your earlier
17        report, right?
18  A.    Yes, not in the body of the original report, yes.
19  Q.    Why did you do that?
20  A.    Because in preparing for the original deposition, in
21        reviewing my original report, I realized that I
22        hadn't -- I hadn't included three sensitivity analyses
23        that were necessary to make sure of the robustness of
24        the results.  They were included in my notes for that
25        deposition, but not in the report itself.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   Q.    I see.  So that was a long answer, and I'm going to
2         break it down just a little bit --
3   A.    Sounds good.
4   Q.    -- to make sure I understand.
5   A.    Umm-hmm.
6   Q.    In your review preparing for your first deposition,
7         you realized that there were several additional
8         sensitivity analyses that you should include?
9   A.    Yes.
10  Q.    Okay.  And those are now in the body of your report in
11        the Ferro case, which is Exhibit 2, correct?
12  A.    That's correct.
13  Q.    It appears you also corrected several spelling errors
14        between the two reports; is that correct?
15  A.    Yeah, some grammatical, yeah, issues.
16  Q.    Were there any other substantive changes between your
17        Alessi report and your report in this case?
18  A.    No.
19  Q.    Do you have any other reports on Roundup and NHL?
20  A.    No.
21  Q.    When were you retained in the Ferro case?
22  A.    I'm gonna have to ask Jeff that.  I don't know what
23        the exact date was.
24  Q.    You can give your best estimate if you're not sure of
25        an exact date.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   A.    Late February, early March.
2   Q.    By whom were you retained?
3   A.    Mr. Haberman.
4   Q.    Have you reviewed any depositions in the Ferro case --
5   A.    No.
6   Q.    -- or in the Roundup litigation?
7   A.    No.
8   Q.    Have you reviewed any other expert reports in the
9         Roundup litigation?
10  A.    No.
11  Q.    Your assignment in the Roundup litigation was to
12        assess whether there is an association between
13        exposure to glyphosate-based herbicides and
14        non-Hodgkin's lymphoma, right?
15  A.    For human subjects, yes.
16  Q.    Thank you for that clarification.  So I'll reask my
17        question and make sure that's clear.  Your assignment
18        in the Roundup litigation was to assess whether there
19        is an association between exposure to glyphosate-based
20        herbicides and non-Hodgkin's lymphoma for human
21        subjects, correct?
22  A.    That's correct.
23  Q.    And I will just say this now.  I know that you
24        probably know where I'm going with many of my
25        questions.  If it is possible for you to wait just a
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1         second longer until I finish the question, that might
2         make it easier on Jennifer, our court reporter today.
3   A.    Okay, okay.
4   Q.    Okay.  Thank you.
5              MS. ROSS:  Can we go off the record for just a
6         second?  I have a technical difficulty here I think.
7              THE VIDEOGRAPHER:  Going off the record at
8         9:19 a.m.
9              (Discussion off the record.)
10             THE VIDEOGRAPHER:  We're back on the record at
11        9:20 a.m.
12  BY MS. ROSS:
13  Q.    We can agree that not every association in
14        epidemiology is causal, right?
15  A.    Correct.
16  Q.    Are you familiar with the Bradford Hill criteria?
17  A.    I am.
18  Q.    The Bradford Hill criteria are one way of assessing
19        whether an exposure that is associated with an outcome
20        actually causes that outcome, right?
21  A.    I'm sorry, could you ask that again?
22  A.    Sure.  The Bradford Hill criteria are one way of
23        assessing whether an exposure that is associated with
24        an outcome in epidemiology actually causes that
25        outcome, true?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.   No, not actually causes.  Is more likely to be causal.
 2   Q.   I see.  I'll reask the question with that
 3        clarification.
 4   A.   Okay.
 5   Q.   The Bradford Hill criteria are one way of assessing
 6        whether an exposure that is associated with an outcome
 7        is more likely to be causal of that outcome, true?
 8   A.   That's correct.
 9   Q.   You were not asked to perform a Bradford Hill
10        analysis, right?
11   A.   No, I was not.
12   Q.   You did not perform a Bradford Hill analysis, correct?
13   A.   No, I did not.
14   Q.   There are different pillars of scientific evidence.
15        Have you heard that?
16   A.   Pillars.  Can you define pillars in this context?
17   Q.   Sure.  And just to -- new question.
18   A.   Okay.
19   Q.   Pillars of evidence is not an accepted framework for
20        assessing questions of causation that you are familiar
21        with, fair?
22   A.   I'm not sure what you mean by pillars, so I'm not
23        gonna be able to answer that.
24   Q.   Animal studies are a type of scientific evidence,
25        right?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.   Yes.
 2   Q.   Cell studies or in vitro studies are another type of
 3        scientific evidence, correct?
 4   A.   Yes.
 5   Q.   Epidemiology is also one type of scientific evidence,
 6        true?
 7   A.   Epidemiology is a field.  There are -- there are
 8        study types within epidemiology, so epidemiology can
 9        include cellular research, can include animal
10        research, and can include humans.  So it's a field, so
11        I guess I would say yes in that case.
12   Q.   When you think about epidemiology, you think about it
13        as a broader field; is that fair?
14   A.   Yes.
15   Q.   But epidemiology does provide one type of scientific
16        evidence, true?
17   A.   Yeah, many types.
18   Q.   Typically, does epidemiology refer to studies in
19        humans?
20   A.   For the most part, yes.
21   Q.   For determining the causes of human disease,
22        epidemiology is the most important type of evidence to
23        consider, correct?
24        MR. HABERMAN:  Objection.  You can answer.
25        THE WITNESS:  I would say -- I'm sorry.  I'm
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        just thinking for a second, because -- I would say
 2        it's part of the evidence.  The -- the research that's
 3        done within epidemiology includes observational
 4        studies, things like cohort studies and case-control
 5        studies that we're probably gonna talk about today.
 6             It includes systematic reviews and
 7        meta-analyses, which we will also probably talk about
 8        today, but it also includes clinical trials, which is
 9        not just under the sort of auspices of the field of
10        epidemiology.
11             So, for example, a medical doctor who does
12        not have training in epidemiology can do a clinical
13        trial, so they're not mutually exclusive.  So the --
14        the evidence for cause-and-effect relationships in
15        humans doesn't just come from epidemiology.  It's
16        broader than that.
17   BY MS. ROSS:
18   Q.   I -- I don't --
19   A.   I'm sorry if I didn't answer your question.
20   Q.   No, no, that's okay.  So let me -- let me back up and
21        break that down, 'cause again, that was a little bit
22        of a long answer, okay?
23   A.   Yeah.
24   Q.   So epidemiology is not the only source of information
25        on whether an outcome causes a disease in humans,
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        true?
 2   A.   Correct.
 3   Q.   Epidemiology is itself a broad field that can include
 4        observational studies, as well as randomized clinical
 5        trials, right?
 6   A.   Umm-hmm.  Yes.
 7   Q.   In this case, you focused on epidemiology in the form
 8        of observational studies of whether Roundup exposure
 9        was associated with NHL in humans, true?
10   A.   Yes.
11   Q.   There are no randomized controlled trials for you to
12        look at that bear on this particular question; is that
13        fair?
14   A.   That's correct, there is not.
15   Q.   You did not focus in this case on animal studies or
16        cell studies, correct?
17   A.   That's correct, I did not.
18   Q.   You did not weigh the evidence across animal studies,
19        cell studies and epidemiology to determine whether any
20        association between Roundup and NHL is more likely to
21        be causal, true?
22   A.   That's correct, not across all of those types of
23        studies.
24   Q.   In answering the question of whether Roundup is
25        associated with non-Hodgkin's lymphoma, you conducted
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1       a systematic review and meta-analysis, correct?
2   A.  Yes.
3   Q.  You assessed whether ever exposure to glyphosate-based
4       herbicides is associated with an increased risk of
5       non-Hodgkin's lymphoma, right?
6   A.  Yes.
7   Q.  The studies that you evaluated to determine whether
8       ever exposure to Roundup is associated with NHL
9       typically looked at folks who were spraying Roundup
10      either occupationally or non-occupationally, true?
11  A.  Yes.
12  Q.  You would agree that if someone is not exposed to
13      Roundup by spraying Roundup, they're not at increased
14      risk of NHL from Roundup, right?
15          MR. HABERMAN:  Objection.
16          THE WITNESS:  I looked at all of the available
17      studies to look at any association.  In some cases in
18      these studies, there were participants that were
19      included that were not applicators of the -- of
20      glyphosate -- of glyphosate-based herbicides them --
21      themselves, but were workers, so maybe were near when
22      it was being sprayed or --
23          I mean, I'm speculating, 'cause they
24      don't go into the great details of that in many of the
25      studies.  But it wasn't -- it's not the case that
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1       every single study is about people who are actually
2       applying it.
3   BY MS. ROSS:
4   Q.  Some studies looked at more than just people who were
5       directly applying Roundup, right?
6   A.  That is correct, yes.
7   Q.  In your view, you need to get Roundup on your skin or
8       be exposed to it somehow in order to be at increased
9       risk of NHL, right?
10  A.  It's -- that's out of my expertise.  From -- the
11      knowledge that I have associated with exposure to
12      Roundup or glyphosate-based herbicides is yes, either
13      direct contact to the skin or inhalation.
14  Q.  Okay.  So let me try and ask a better question, all
15      right?
16  A.  Yes.
17  Q.  In order to be at increased risk of NHL from Roundup,
18      one must have direct exposure to the skin or
19      inhalation, true?
20  A.  Correct.
21  Q.  You also assessed whether highest exposure to
22      glyphosate-based herbicides is associated with an
23      increased risk of non-Hodgkin's lymphoma, right?
24  A.  Yes, whatever was reported in the studies.
25  Q.  When you say whatever was reported in the studies,
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1       some studies did not actually break out exposure to
2       glyphosate-based herbicides into different
3       frequencies, durations or intensities of use, right?
4   A.  Yeah.  There were slight -- they used slightly
5       different outcome metrics from study to study.  Most
6       were relatively similar, but there were some
7       differences.
8   Q.  You assessed non-Hodgkin's lymphoma as a whole, true?
9   A.  Yes.  Again, however they were reported in the studies
10      is what I combined.
11  Q.  There are studies that you looked at that broke things
12      out by different subtypes of non-Hodgkin's lymphoma,
13      right?
14  A.  Yes.
15  Q.  You did not perform a systematic review or
16      meta-analysis of any subtype of NHL, true?
17  A.  That's correct.
18  Q.  Some studies measured high exposure by number of days
19      sprayed per year, correct?
20  A.  Yes.
21  Q.  Number of days per year is a frequency of exposure
22      measure, right?
23  A.  Yes.
24  Q.  Since you brought up how those studies were sort of
25      different or differently structured, I'd like to get a
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1       little bit of clarity on that now, okay?
2   A.  Yeah, sure.
3   Q.  And we may come back to it in more detail later; is
4       that fair?
5   A.  Yes.
6   Q.  Some studies measured high exposure as greater than
7       two days per year, correct?
8   A.  Yes.
9   Q.  Greater than two days per year could be three days per
10      year times one year or -- for a total of three days,
11      right?
12  A.  Yes.
13  Q.  Greater than two days per year could also be 15 days
14      per year times 20 years for a total of 300 days,
15      right?
16  A.  Yes.
17  Q.  There is no --
18  A.  Whether that's the case or not, I am uncertain.
19  Q.  And that was -- that was my next question, so -- new
20      question.
21  A.  Sorry.  I should wait for you.
22  Q.  All good.  You're doing great.  New question.  There
23      is no way to tell from greater than two days per year
24      whether the total number of days is three or 300,
25      true?
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

```
1   A.   I'm sorry.  Could you -- I'm sorry.  Can you ask that
2        question again?
3   Q.   Absolutely.
4             THE COURT REPORTER:  Was there an objection?
5        I'm sorry.
6             MR. HABERMAN:  Objection.
7   BY MS. ROSS:
8   Q.   There is no way to tell from a measure that is greater
9        than two days per year whether the total number of
10       exposure days is three or 300, true?
11  A.   Do you mean for an individual participant, or for the
12       average participant in the group?
13  Q.   An individual participant.
14  A.   None of these studies report individual patient-level
15       data.  All of them report aggregate-level data.  So
16       there are means and medians that are reported with
17       respect to exposure levels, which would also give us
18       a 95 percent confidence interval for exposures or a
19       range.  So yes, in some cases we do know what the
20       range is.
21  Q.   So I'll break it down then and talk about both
22       individual participants and the aggregate measures; is
23       that fair?
24  A.   That sounds good.
25  Q.   Okay.  So for an -- new question.  For an individual
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

```
1        participant in any of these studies, there's no way to
2        tell from greater than two days per year whether the
3        total number of days they were exposed to Roundup is
4        three or 300, correct?
5   A.   From the published studies and the available data in
6        these published studies, I can't tell that.
7   Q.   When you say all of these studies report
8        aggregate-level data and there are means and medians
9        that are reported with respect to exposure levels --
10  A.   Yes.
11  Q.   -- are you saying that you can tell me what the
12       average exposure level was in terms of frequency of
13       days per year in any given study?
14  A.   I would say that all of the -- now, I'm not certain if
15       every single one of these studies does it, but most of
16       the studies report a mean or a median exposure, as
17       well as some measure of variance, whether that be a
18       95 percent confidence interval or a range or a
19       interquartile range, or a variance or a standard
20       deviation.
21  Q.   So in order to tell in an individual study whether
22       most people or some people were exposed to Roundup for
23       three days total in their lifetime versus 300 days
24       total in their lifetime based on a frequency
25       measure --
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

```
1   A.   Yes.
2   Q.   -- you would need to have some measure of mean or
3        median or variance that you could then go back to and
4        say this was the average exposure in this study; is
5        that right?
6   A.   Could you repeat that?
7   Q.   Sure.  In order to tell whether -- new question.  In
8        order to tell whether, in an individual study, the
9        folks who reported using Roundup for more than
10       two days per year had a total number of days of
11       exposure that is three or 300, you would need some
12       measure of variance, mean or median, right?
13  A.   You still can't tell what any one individual's
14       exposure was.  You can only tell what the range of
15       exposures were in that study.
16  Q.   But without that information, without a mean or median
17       or variance, you have no information on what the
18       average exposure was in a given study in terms of
19       frequency, true?
20  A.   That's correct.
21  Q.   Without a mean or median or variance, you cannot say
22       whether the average person in a study who reported
23       greater than two days per year exposure was exposed
24       for 30 or 300 days, fair?
25  A.   Fair, yes.
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

```
1   Q.   To measure highest exposure by number of days, you
2        would also want to use the highest number of days per
3        year available, right?
4   A.   Highest exposure of number of days.  Yes, yeah.
5   Q.   Greater than five days per year is more exposure than
6        greater than two days per year, true?
7   A.   Yes.
8   Q.   If a study had both greater than two days per year and
9        greater than five days per year, you would want to use
10       the greater than five days per year, right?
11  A.   It depends on what your objective was.  If you're
12       interested in looking at those response relationships,
13       you would want to see what the difference is between
14       those that are greater than two and those that are
15       greater than five or those that are greater than
16       seven, for example.
17  Q.   Were you interested in dose-response relationships
18       when you calculated your highest exposure meta odds
19       ratios for the studies of Roundup and NHL?
20  A.   I was interested in whatever was reported that I was
21       able to combine together in these studies, and many of
22       the studies were interested in both ever/never
23       exposure or varying levels of cumulative exposure
24       across time, so I combined whatever was available.
25  Q.   And if a study had a measure that was greater than
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1    five days per year of Roundup use and greater than
2    two days per year of Roundup use, greater than five
3    days per year of Roundup use would be higher exposure
4    in that study, true?
5 A. Yes.  And it's also for a -- it's not for the entire
6    population, of course, within that study, if you
7    understand what I mean.
8 Q. Tell me what you mean.
9 A. So for the greater than -- so everybody who's greater
10   than five is included in the greater than two, but not
11   everybody who's in the greater than two is included in
12   the greater than five.  So it's a different subset of
13   patients you're looking at.  The sample changes.
14 Q. Right.  So you can -- sorry.  New question.  When you
15   split data in various ways in a study --
16 A. Umm-hmm.
17 Q. -- you will get subgroups in that study that have
18   different numbers of people in them, right?
19 A. Yes.
20 Q. One exercise that you go through in evaluating a study
21   is, are there actual differences between those
22   subgroups, true?
23 A. Yeah, normally you would try to, generally speaking,
24   in observational studies.  If you're -- if you're
25   looking at something like different exposure levels,
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1    like we're talking about here, then you would want to
2    see if the participants were different in ways other
3    than the exposure.
4 Q. Do you have any scientific basis to conclude that
5    greater than five days per year is a better measure of
6    exposure to Roundup than greater than two days per
7    year, or vice versa?
8        MR. HABERMAN:  Objection.
9        THE WITNESS:  Better?  I'm not sure what you
10   mean by better.
11 BY MS. ROSS:
12 Q. If you were looking at highest exposure, which would
13   you choose, greater than two days per year or greater
14   than five days per year?
15 A. Well, five is the greater exposure.
16       MR. HABERMAN:  Objection.
17 BY MS. ROSS:
18 Q. Some studies measured high exposure by total number of
19   years sprayed, right?
20 A. Some studies did, but usually not just number of
21   years.  Typically, it would be exposure days across
22   number of years.
23 Q. Total number of years is a duration of exposure
24   measure, true?
25 A. Yes.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1 Q. The total number of years sprayed doesn't tell us
2    whether someone sprayed Roundup one time per year or
3    50 times per year, right?
4 A. I agree.
5 Q. Some studies measured high exposure by cumulative
6    number of days in a lifetime, right?
7 A. Yes.
8 Q. Cumulative lifetime-days tells us how many times over
9    the course of someone's life they were exposed to
10   Roundup, right?
11 A. Yes.
12 Q. Cumulative lifetime --
13 A. Oh, oh, excuse me.  Actually, no, not over their
14   lifetime.  Only over the period of time that they were
15   using glyphosate-based herbicide.
16 Q. I'll clarify that in my question.
17 A. Okay.
18 Q. Cumulative lifetime-days tells us how many times
19   someone was exposed to Roundup over the period of time
20   that they were using Roundup, correct?
21 A. Yes.
22 Q. Cumulative lifetime-days of exposure combines
23   frequency and duration of use, right?
24 A. Yes.
25 Q. You did not specify ahead of time whether you would
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1    use number of days per year, number of years, or
2    lifetime-days in your meta-analysis, correct?
3 A. That's correct.
4 Q. What was your a priori definition of glyphosate-based
5    herbicides?
6 A. Whatever was reported in those studies.  I had no
7    a priori hypothesis about what I would consider to be
8    highest exposure, except that whatever was reported as
9    the highest exposure in those studies.
10 Q. I'll break that down, okay?
11 A. Sounds good.
12 Q. You did not have an a priori hypothesis about what you
13   would consider to be highest exposure in studies of
14   Roundup and non-Hodgkin's lymphoma, except whatever
15   those studies used as their own definition of high
16   exposure, true?
17 A. Yes.
18 Q. What is the most reliable measure of high exposure to
19   glyphosate-based herbicides?
20 A. What is the most reliable measure?
21 Q. Yes.  Is it days per year, number of years, or
22   lifetime-days?
23       MR. HABERMAN:  Objection, foundation.
24       THE WITNESS:  Hmm.  Could you ask me that
25   again, please?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   BY MS. ROSS:
 2   Q.   Sure.  What is the most reliable measure of high
 3        exposure to glyphosate-based herbicides?  Number of
 4        days per year, number of years, or lifetime-days?
 5   A.   That's a difficult question, 'cause you're asking me
 6        what is reliable, not what is valid.  So what is
 7        reliable is dependent upon the methods in the study.
 8        Valid means -- excuse me.
 9             Reliable means that you can -- if somebody
10        was -- somebody independent of the study group went
11        back and asked the same participants the same
12        questions, that you would get the same responses.  So
13        I don't know.
14             I haven't seen reliability data on -- on
15        high -- highest exposure levels and how accurate that
16        potentially is or is not.  I think you're meaning to
17        ask me about validity associated with it.  Is that
18        correct?
19   Q.   I am.  So let me ask a new question, okay?
20   A.   Okay.
21   Q.   What is the most valid measure of high exposures of
22        glyphosate-based herbicides --
23             MR. HABERMAN:  Objection.
24   BY MS. ROSS:
25   Q.   -- number of days per year, number of years, or
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        lifetime-days?
 2   A.   There is no known high -- most highly valid measure of
 3        exposure.  It is a -- it's -- across these studies,
 4        there's been explorations about what the effect is
 5        across time.
 6   Q.   You cannot point me toward any data, published or
 7        unpublished, that supports one measure versus another
 8        measure as the most valid measure of high exposure to
 9        glyphosate-based herbicides, true?
10             MR. HABERMAN:  Objection.
11             THE WITNESS:  Correct, I cannot.
12   BY MS. ROSS:
13   Q.   One thing you discussed in your report are some of the
14        excellent scientists you have had an opportunity to
15        train with, right?
16   A.   Yes.
17   Q.   On page one of your report, you discuss some of your
18        eminent graduate supervisors and mentors, right?
19   A.   That's correct.
20   Q.   Dr. Bombardier, am I saying that correctly?
21   A.   Yeah, yeah.  That's very nice in French.
22   Q.   Dr. Bombardier is an eminent expert in the field of
23        clinical epidemiology, true?
24   A.   Yes, and rheumatology.
25   Q.   Dr. Bombardier has expertise in interpreting studies,
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        right?
 2   A.   Yes.
 3   Q.   Dr. Bombardier trained you well, fair?
 4   A.   Yes.  She was my master's and Ph.D. supervisor,
 5        primary mentor.
 6   Q.   Drs. Morgenstern, Altman, Beyene, Clauw, Moher,
 7        Rochon, they are, too, eminent experts in their
 8        fields, true?
 9   A.   Yeah, I -- I would -- I consider them, yes.
10   Q.   They trained you well?
11   A.   I -- I -- I believe so.  I -- I -- I enjoyed my
12        graduate and supervision experience, and still to this
13        day, some of them act as mentors to me.
14   Q.   You are a clinical epidemiologist, correct?
15   A.   Yes.
16   Q.   As a clinical epidemiologist, you evaluate data all
17        the time, right?
18   A.   Yes.
19   Q.   When evaluating data as a clinical epidemiologist, you
20        assess one, is there an association, right?
21   A.   Yes.
22   Q.   Two, is that association causal or likely to be
23        causal, true?
24   A.   Yes.
25   Q.   Three, are there clinical implications of an
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        association found, correct?
 2   A.   Yes.
 3   Q.   You have been invited as a peer reviewer for many
 4        peer-reviewed journals, right?
 5   A.   Yes.
 6   Q.   You discuss many of those journals on pages three and
 7        four of your report, I believe?
 8   A.   Yeah.  I don't do as much reviewing as I used to, but
 9        I've done a lot.
10   Q.   You also submitted -- new question.  You have also
11        submitted many publications for peer review, right?
12   A.   For publication, yes.
13   Q.   You have over 150 peer-reviewed papers yourself; is
14        that right?
15   A.   Yes.
16   Q.   Why is peer review important in science?
17   Q.   Why is peer review important?
18   Q.   Yes.
19   A.   That is a very lengthy, lengthy conversation.
20   Q.   Okay.  Then I'll ask you a more targeted question.
21   A.   I can tell you briefly, though, if you like.
22   Q.   That would be great.  Can you tell me briefly why peer
23        review is important in science?
24   A.   Yes.  It -- it is important for -- peer review is
25        important for scientists to essentially be audited on
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1    the research that they've done, their methods, their
2    purpose, their methods, their results, and that the
3    interpretation of the results follows directly from
4    the data that peer reviewers are tasked with making
5    sure that the content of the article is appropriate
6    for the journal, but also for, as I just said, making
7    sure that the -- the methods are valid and reliable,
8    and that they have import to the scientific knowledge
9    in that field.
10            Peer review is not perfect.  It is
11   well-known.  There's a whole area of science on peer
12   review.  I've -- I myself have -- did work in the area
13   and presented at -- there's a -- there's an
14   international conference that happens every two -- it
15   might be three years called the Peer Review
16   Congress -- International Peer Review Congress on
17   biomedical publications that talks about this very
18   topic at the entire conference.
19            So it's important to -- to make sure that
20   the research is -- is done well and get feedback.  And
21   sometimes there's minor revisions, sometimes there's
22   major revisions, sometimes things are just accepted as
23   is, but that's extremely rare.
24   Q.  You warned me in advance, but that was a long answer,
25       right?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1    A.  I meant it to be short.
2    Q.  I'm going to just break it into a couple of pieces --
3    A.  Sure.
4    Q.  -- if that's okay.
5    A.  Yeah.
6    Q.  So peer review is an opportunity for additional
7        scientists in a field to review a paper submitted for
8        publication and provide feedback, right?
9    A.  Yes.
10   Q.  Peer reviewers are tasked with making sure the content
11       of the article is appropriate, right?
12   A.  Umm-hmm.
13   Q.  Peer reviewers are also tasked with making sure
14       that the methods described are valid and reliable,
15       true?
16   A.  Yes.
17   Q.  You have spoken about the importance of peer review at
18       conferences, right?
19   A.  Umm-hmm.
20   Q.  You have submitted multiple publications for peer
21       review, true?
22   A.  Yes.
23   Q.  Sometimes you get feedback from peer reviewers that's
24       relatively minor, right?
25   A.  Umm-hmm.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1    Q.  Sometimes feedback from peer reviewers is
2        substantially more major, correct?
3    A.  Yes, yeah.
4    Q.  In either case, submitting a scientific conclusion for
5        peer review provides an opportunity for folks to
6        comment on the strengths and weaknesses of the methods
7        and conclusions that you described, right?
8    A.  Yes.
9    Q.  You also teach, right?
10   A.  Yes.
11   Q.  Who do you teach?
12   A.  I teach graduate students.  Well, undergraduate
13       students as well, undergraduate students.  Mostly
14       master's and Ph.D. students.  And residents, surgical
15       residents.
16   Q.  Your students include doctors who are caring for
17       patients, right?
18   A.  That's correct.
19   Q.  You teach doctors and scientists who practice
20       evidence-based medicine, right?
21   A.  Yes.
22   Q.  Doctors take your courses to better understand how to
23       apply principles of evidence-based medicine in their
24       practice, right?
25   A.  Yes.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1    Q.  What is your goal in teaching doctors and graduate
2        students how to interpret scientific data?
3    A.  What is the goal?
4    Q.  Yes.
5    A.  Well, the goal is -- you stated it.  The goal is to
6        help them interpret scientific data and then to
7        improve clinical practices.  You know, part of what I
8        do is to, you know, help physicians or other types of
9        healthcare providers to better interpret the
10       literature to help inform decision-making with their
11       patients.
12            But also, you know, I -- most of what I
13       do is original scientific research.  So I'm trying to
14       train academics as well to produce new scientific
15       research.  So that's part of it as well.
16   Q.  Your goal in teaching doctors and graduate students
17       how to interpret scientific data is severalfold; is
18       that fair?
19   A.  Yeah.
20   Q.  One goal is to help them interpret scientific data in
21       a way that allows them to practice evidence-based
22       medicine, correct?
23   A.  Yes.
24   Q.  Another goal is to teach scientists and physicians how
25       to conduct evidence-based medicine, true?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.   Conduct research, original research, yes.
 2   Q.   Okay.  You've taught whole courses at the University
 3        of Michigan on how to conduct meta-analyses, right?
 4   A.   Yes.
 5   Q.   You are familiar with the idea that there are
 6        different levels of evidence in science, correct?
 7   A.   Yes.
 8   Q.   In your report, I think you discuss recommendations
 9        from some respected groups in evidence-based medicine,
10        for example?
11   A.   Yes.
12   Q.   Cochrane is a respected group when it comes to
13        practicing evidence-based medicine, true?
14   A.   Cochrane is not a evidence-based medicine
15        collaboration.  It is -- its -- its goal is synthesis,
16        evidence synthesis research and methods development
17        for systematic reviews and meta-analyses.
18   Q.   Does Cochrane provide guidance for the practice of
19        evidence-based medicine that you're aware of?
20   A.   Cochrane does not produce clinical practice
21        guidelines.
22   Q.   The Centre for Evidence-Based Medicine at Oxford has
23        recommendations on how to approach scientific
24        questions, true?
25   A.   Yeah.  They have guidance on -- on evidence --
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        evidence-based medicine principles, say how to say
 2        randomly -- or excuse me -- critically appraise
 3        randomized trials, for example, yes.
 4   Q.   You teach your students to use the guidance from the
 5        Centre for Evidence-Based Medicine on approaching
 6        levels of evidence, right?
 7   A.   Not entirely, no.
 8   Q.   Do you agree that the approach to scientific questions
 9        should generally follow the approach outlined by the
10        Centre for Evidence-Based Medicine?
11   A.   The Centre for Evidence-Based Medicine is just a
12        warehouse of information, and so there are --
13        there are many such -- most of the -- there are
14        many such organizations that produce information like
15        that.
16             The peer-reviewed literature contains a
17        whole series of articles dating back into the mid '90s
18        that espouse evidence -- the principles of
19        evidence-based medicine, first by Gordon Guyatt,
20        etcetera --
21   Q.   I'm going to stop you, if that's okay, because if
22        you're talking about the mid 1990s, I feel like this
23        might be a -- I feel like I may have not asked my
24        question particularly well.
25   A.   I was gonna finish with, there's a series of articles
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        that espouse evidence-based medicine principles
 2        published in the journals, not in Centre of
 3        Evidence-Based Medicine, that are what people rely on
 4        for evidence-based medicine.
 5   Q.   Let me ask a better question then.
 6   A.   Yes.
 7   Q.   New question.  What is your understanding of the
 8        levels of evidence that should be considered in
 9        answering a scientific question?
10   A.   For human subjects research?
11   Q.   For human subjects research, yes.
12   A.   The levels of evidence?  If you're referring to the
13        hierarchy of evidence, that's how I'll answer it.
14   Q.   Yes.  So let me ask that question.
15   A.   Sure.
16   Q.   What is your understanding of the hierarchy of
17        evidence with respect to evidence regarding human
18        subjects?
19   A.   Yes.  All things being equal in terms of methodologic
20        quality, the validity of the included studies, then
21        meta-analysis of randomized trials are the top-level
22        evidence, next is randomized trials, next is
23        observational studies, cohort studies first, then
24        case-control studies.  Next is cross-sectional
25        studies.  After that are case series and a variety of
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        other types of study designs.
 2   Q.   I wanted to make sure our understanding was correct,
 3        and I believe it is, so let me break that down a
 4        little bit, okay?
 5   A.   Sounds good.
 6   Q.   In terms of levels of evidence, systematic reviews of
 7        randomized controlled trials provide the highest level
 8        of evidence if they are available, true?
 9   A.   Yes.
10   Q.   Individual randomized controlled trials are below
11        those, true?
12   A.   Yes.
13   Q.   Cohort studies are below randomized controlled trials
14        and above case-control studies in terms of the level
15        of evidence they provide, right?
16   A.   Yes.
17   Q.   Case-control studies are below cohort studies in terms
18        of the level of evidence they provide, right?
19   A.   Yes.
20   Q.   Expert opinion is sort of the lowest level of
21        evidence; is that true?
22             MR. HABERMAN:  Objection.
23             THE WITNESS:  Yeah.  I mean, generally.
24        There's others.  That -- that's getting very gray at
25        that level.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  BY MS. ROSS:
 2  Q.  What else is very low on the levels of evidence for
 3      human subjects?
 4          MR. HABERMAN:  Objection.
 5          THE WITNESS:  Well -- oh, I'm sorry.  I
 6      lost my microphone.  I mean, if we're talking
 7      about -- if we're talking about cause and effect --
 8      cause-and-effect relationships, cause -- causal
 9      arguments for an exposure and an outcome in humans,
10      then, you know, anything below case series is -- is --
11      is not entirely reliable information.
12          So yeah, expert reports, narrative reviews,
13      case studies.  It doesn't mean they're not important
14      for something.  They are.  They're starting points
15      often for hypothesis generation that can then be borne
16      out in follow-up research.
17  BY MS. ROSS:
18  Q.  Case series are typically anecdotal, right?
19  A.  Anecdotal?  Can you clarify?
20  Q.  Sure.  So a case report or a case series tells you
21      about something that happened in an individual person
22      or a series of persons.  It does not tell you whether
23      whatever outcome was studied is actually more common
24      in people with a particular exposure as compared to
25      not, right?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  A.  That's correct.  Those -- those types of studies are
 2      more to draw out -- if you want to call them
 3      anecdotal, it could just be unique observations
 4      that -- that are tested in follow-up research.
 5  Q.  Right.  Case series and case studies are typically
 6      hypothesis generating, not hypothesis testing, true?
 7  A.  Yes.
 8          GAGNIER EXHIBIT 4
 9          PowerPoint For Lecture Number 1
10          Introduction to Systematic Reviews and
11          Meta-Analyses
12          WAS MARKED BY THE REPORTER
13          FOR IDENTIFICATION
14  BY MS. ROSS:
15  Q.  I'm handing you Exhibit 4, Dr. Gagnier.
16  A.  Yes.
17  Q.  This is a PowerPoint presentation.  Actually -- and
18      I'll stop there for a moment.  Dr. Gagnier, could you
19      briefly identify Exhibit 4, please?
20  A.  Let's see.  This is -- it looks like this is the -- a
21      copy of the PowerPoint for my -- Lecture Number 1 of
22      my summer session course in epidemiology on
23      Systematic -- Introduction to Systematic Reviews and
24      Meta-Analysis.  That's what it looks like.  I'd have
25      to look through it all to be certain, but --
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  Q.  I believe that's correct.  I just wanted to be sure we
 2      were on the same page, okay?
 3  A.  Yeah.
 4  Q.  So Exhibit 4 to your deposition is the PowerPoint that
 5      you give for Lecture Number 1 of your course in
 6      epidemiology on an Introduction to Systematic Reviews
 7      and Meta-Analysis, correct?
 8  A.  Yes.  The PowerPoint is some guidance for my lectures,
 9      yes.
10  Q.  The author listed on the first page is you, right?
11  A.  Yes.
12  Q.  Did you prepare these slides?
13  A.  I did.
14  Q.  And I think that you just said that you prepared these
15      slides for a summer session course on epidemiology,
16      right?
17  A.  Yes.
18  Q.  Who takes that class?
19  A.  Who takes it?
20  Q.  Yes.
21  A.  It's a mix of students.  Some of them are medical
22      students who are also doing their master's degree in
23      clinical research, some are master students in
24      epidemiology or Ph.D. students in epidemiology, and
25      some of them are professionals that already have
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      advanced degrees in epidemiology who want to have
 2      further education in systematic reviews in
 3      epidemiology.
 4  Q.  The students who takes this course are a mix of
 5      doctors, master's and Ph.D. level epidemiologists and
 6      students who are pursuing degrees in medicine or
 7      epidemiology; is that fair?
 8  A.  Yes, and working professionals as well.
 9  Q.  Have you taught this lecture more than once?
10  A.  Have I given this lecture more than once?
11  Q.  Yes.
12  A.  Yes.  I've given it since 2009, this specific course.
13  Q.  I think in order to identify this slide, you've gone
14      to sort of the -- the third slide that says,
15      Introduction to Systematic Reviews and Meta-Analyses.
16      Am I correct in that?
17  A.  Yes.
18  Q.  You use slide decks when you teach courses on
19      meta-analysis, right?
20  A.  Yes.
21  Q.  And Exhibit 4 is one of those slide decks that you use
22      in teaching doctors and graduate students about
23      meta-analysis, true?
24  A.  Yes.
25  Q.  When you are teaching, is it important to be accurate
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1         in the slides that you present to your students?
2    A.   Yes.  Sometimes there is -- sometimes there's errors,
3         and usually I try to correct them, but sometimes I
4         just miss them or forget.
5    Q.   If you'll turn with me to the slide titled Great Chain
6         of Evidence.
7    A.   Great Chain of Evidence?
8    Q.   Yes.
9    A.   Sure.  Yes.
10   Q.   Would you read the first main bullet point out loud,
11        please?
12   A.   "Many thousands of new scientific studies are
13        completed each day."
14   Q.   "Many thousands of new scientific studies are
15        completed each day," correct?
16   A.   Yeah.  It could say published, but yeah.
17   Q.   Of the thousands of new scientific studies completed
18        each day, many are published, true?
19   A.   Yes.
20   Q.   Of the thousands of new scientific studies completed
21        each day, many are not published, true?
22   A.   Yes.
23   Q.   If you'll go with me to page -- well, that doesn't
24        help you because there aren't page numbers, so --
25   A.   Yeah.  I should have page numbers.  I apologize.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1    Q.   If you'll turn with me to the slide titled Error slash
2         Bias.
3    A.   Yes.  Yes.
4    Q.   Here you state, "All reviews, narrative and
5         systematic, are retrospective, observational studies."
6         Did I read that correctly?
7    A.   Yes.
8    Q.   All systematic reviews and meta-analyses are
9         retrospective observational studies?
10   A.   Yes, by their very nature.  The data already exists,
11        and you're simply combining them.
12   Q.   All meta-analyses are subject to systematic error,
13        correct?
14   A.   They are subject to it, correct.
15   Q.   All meta-analyses are subject to random error,
16        correct?
17   A.   Yes.
18   Q.   The quality of a review depends on the extent to which
19        scientific review methods minimize error and bias,
20        true?
21   A.   That's right.
22   Q.   Several slides later, there's a slide entitled,
23        The Team.  Can you tell me when you're there?
24   A.   Yes.
25   Q.   And I think there are actually two sides with this
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1         title?
2    A.   Yeah.
3    Q.   If you'll go to the first.
4    A.   Yes, I'm good.
5    Q.   Here you state, "Systematic reviews can be done by one
6         person, but are then subject to bias," correct?
7    A.   Yes.
8    Q.   Why is it important to have at least two people on a
9         review?
10   A.   It's important for a few reasons.  You want to
11        make -- you want to make sure -- essentially, you
12        want to make sure you're not missing anything.  You,
13        you know, want to qualify your decision-making
14        with -- with an additional individual.  I mean, that's
15        the main thing.
16             It's that, you know, while -- we want to
17        be -- this is a scientific process.  We want to be
18        really careful about -- you know, we want to be really
19        careful about what you're doing.  If you have the
20        availability to add people to your team, then -- then
21        you should do that.
22   Q.   In the scientific process, we generally want to be
23        careful about the conclusions we draw from a
24        systematic review or meta-analysis, correct?
25   A.   Yeah, careful about -- well, careful about the
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1         methods, careful about the interpretations and the
2         conclusions, yes.
3    Q.   Systematic reviews can be done by one person, but are
4         then subject to bias, true?
5    A.   Yeah.
6    Q.   If you'll turn with me to the slide titled Protocol.
7    A.   Yes.
8    Q.   When conducting a review and meta-analysis, you should
9         start with writing a complete protocol, true?
10   A.   Yes.  More recently, it has been -- well, let me
11        clarify that.  The Cochrane and Campbell
12        Collaborations have for a long time required that
13        protocols be submitted -- because Cochrane in
14        particular, which I'm most familiar with -- I'm not
15        that familiar with Campbell Collaboration because I'm
16        a member of Cochrane -- but Cochrane has required for
17        a long time that you produce protocols because they
18        wanted to be very careful about your scientific
19        process, but that was only for Cochrane reviews.
20             All other systematic reviews in all other
21        areas of medicine, which by far are the most
22        voluminous, never required a protocol.
23             After -- in the last about maybe five to
24        eight years, there has been a move toward systematic
25        reviews that are being planned and being conducted and
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    eventually going to publication requiring the
2    registration of a protocol, and there is a database to
3    do that now.  Not all -- it's not a requirement for
4    systematic reviews, but it's recommended.
5  Q.  Long answer.  I'm gonna break it down a little bit,
6       okay?
7  A.  Sounds good.
8  Q.  You mentioned The Cochrane Collaboration, correct?
9  A.  Yes.
10 Q.  You are a member of The Cochrane Collaboration, right?
11 A.  Umm-hmm.
12 Q.  Cochrane has long required written protocols for
13     systematic reviews, right?
14 A.  Since their inception, I believe.
15 Q.  Others have more recently recommended written
16     protocols for systematic reviews, true?
17 A.  Yes, independent scientific groups have -- have
18     recommended it.
19 Q.  Why is it important to have a written protocol that
20     lays out what analyses you will do before you actually
21     do them?
22 A.  So you don't manipulate your analyses in the process
23     by view of the data.
24 Q.  Why is it important to submit your protocol for review
25     by whomever the relevant review group might be?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  It's not so much submitting it for review as it's --
2       as it's submitting it to show what you plan to do.
3  Q.  I see.  Why is it important to submit your planned
4       protocol ahead of time to show what you plan to do?
5  A.  So -- again, so that you don't change your methods by
6       virtue of the data that you're reviewing.
7  Q.  If you'll go with me to the slide titled Define
8       Inclusion slash Exclusion Criteria.
9  A.  Yes.  Oh, yeah.  Just before Protocol Development?
10     Oh, wait, is there another one?  Yes.
11 Q.  Did you find it?
12 A.  I did.
13 Q.  Okay.  Here you teach your students that you should
14     decide a priori what your inclusion and exclusion
15     criteria --
16 A.  Yes.
17 Q.  -- would be, correct?
18 A.  Yes.
19 Q.  A priori means ahead of time; is that fair?
20 A.  Yeah, prior to doing your search of the literature.
21 Q.  Prior to doing your search of the literature.  So
22     a priori in the context -- well, new question.
23 A.  Okay.
24 Q.  In the context of systematic reviews and
25     meta-analyses, defining a priori what you're going to

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    do means defining what you're going to do before you
2    even start your literature review, true?
3  A.  Yes, yeah, that's -- 'cause that's essentially the
4       start of the research process for systematic review.
5  Q.  When conducting a systematic review and meta-analysis,
6       we should decide in advance what studies to include
7       and what measures to include from those studies,
8       correct?
9           MR. HABERMAN:  Objection.
10          THE WITNESS:  Not what studies to include, no.
11     The characteristics of the studies to include.
12 BY MS. ROSS:
13 Q.  I'll ask a better question.  When conducting a
14     systematic review and meta-analysis, one should decide
15     in advance what characteristics of studies you will
16     include, correct?
17 A.  Yes.
18 Q.  When conducting a systematic review and meta-analysis,
19     one should also decide in advance what measures from
20     those studies or what characteristics of measures from
21     those studies one intends to include, correct?
22 A.  Sorry.  Could you ask that again?
23 Q.  Sure.  When conducting a systematic review and
24     meta-analysis, should you decide in advance what types
25     of measures from studies you intend to include in your

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    analysis?
2  A.  I'm sorry.  I'm not sure what you mean by measures.
3  Q.  If, for example, you're conducting a meta-analysis of
4       ever exposure to something and highest exposure to
5       something, should you in advance try and lay out in a
6       protocol what those terms are going to mean for the
7       purposes of your meta-analysis?
8  A.  Well, there are varying aspects of the characteristics
9       of studies you should consider before including them;
10     study design, the types of participants, so for
11     example those with non-Hodgkin's lymphoma; the types
12     of intervention or exposure of interest, for example,
13     glyphosate-based herbicides; whether there -- there is
14     a control group of interest; and then your outcomes of
15     particular interest, and those could be non-Hodgkin's
16     lymphoma ever, it could be -- or excuse me,
17     non-Hodgkin's lymphoma or not, or another type of
18     carcinoma.
19          That -- generally, that would be the
20     minimum, I would say.  Some -- some people do go
21     beyond that, but that's -- that is the minimum.
22          MR. HABERMAN:  Could we just take a --
23 BY MS. ROSS:
24 Q.  Beginning at --
25          MR. HABERMAN:  Before you get to the next

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1     exhibit, can we take a break?
2          MS. ROSS:  Sure, we can take a short break.
3          MR. HABERMAN:  I just need to use the
4     restroom.
5          THE VIDEOGRAPHER:  Going off the record at
6     10:06 a.m.
7          (There was a recess taken.)
8          THE VIDEOGRAPHER:  We're back on the record at
9     10:12 a.m.
10         GAGNIER EXHIBIT 5
11         PowerPoint For Lecture Number 5
12         Interpreting Results, Critical Appraisal of
13         Systematic Reviews
14         WAS MARKED BY THE REPORTER
15         FOR IDENTIFICATION
16    BY MS. ROSS:
17    Q.   Dr. Gagnier, I'm handing you Exhibit 5 to your
18         deposition.
19    A.   Yes.
20    Q.   You -- Exhibit 5 to your deposition is another
21         PowerPoint presentation, correct?
22    A.   It looks like it.
23    Q.   The --
24    A.   Lecture 5, yes.
25    Q.   The title to this PowerPoint presentation is
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1          Lecture 5, Interpreting Results, Critical Appraisal of
2          Systematic Reviews, right?
3     A.   Yes.
4     Q.   You are listed as the author of this presentation on
5          the first page, right?
6     A.   Yes.
7     Q.   Did you prepare these slides?
8     A.   Yes.
9     Q.   Exhibit 5 is slide deck you use in teaching doctors
10         and graduate students how to interpret meta-analyses,
11         true?
12    A.   Yes, if we have time for this lecture.  Sometimes we
13         don't quite get to it, but most of the time we do.
14    Q.   This is -- well, let me back up.  New question.
15    A.   Yes.
16    Q.   Is this another lecture taught in the same course that
17         you mentioned before?
18    A.   Yes.
19    Q.   Exhibit 5 is a lecture taught in your summer course on
20         epidemiology, right?
21    A.   Yes.
22    Q.   Doctors, medical students, master's level students,
23         professionals and Ph.D. and master's level
24         epidemiologists take this course, true?
25    A.   Yes.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1     Q.   You teach principles in this lecture that we should
2          use to interpret meta-analyses, right?
3     A.   Yes.  I give them an overview of the critical
4          appraisal of meta-analyses.
5     Q.   Will you go with me to the slide entitled Interpreting
6          Results?
7     A.   Yes.
8     Q.   When interpreting results from a meta-analysis, we
9          should consider limitations, correct?
10    A.   Yes.
11    Q.   Limitations that should be considered when
12         interpreting a meta-analysis include risk of bias and
13         publication bias, true?
14    A.   Yes.
15    Q.   When interpreting results from a meta-analysis, we
16         should consider the strength of the evidence, correct?
17    A.   Yes.
18    Q.   Strength of the evidence means effect size and
19         variance, right?
20    A.   Yes.
21    Q.   If you'll go with me to a slide titled Was the
22         Validity of the Included Studies Appraised?  I think
23         it's about halfway through the deck.
24    A.   Okay.
25    Q.   If it helps, the slide before, it looks like this.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1     A.   Yeah, that's that fourth slide.  Okay.
2     Q.   It is important to assess the quality of the studies
3          that are included in any meta-analysis or systematic
4          review, true?
5     A.   Yes.
6     Q.   When teaching this concept to your students, you use
7          the "term junk in equals junk out," right?
8     A.   Yes.
9     Q.   If you put junk into a meta-analysis, you will get
10         junk out of that meta-analysis, right?
11    A.   Well, do you want me to explain that, what it means?
12    Q.   Let's break it into two pieces, if that's fair.
13    A.   Okay.
14    Q.   So I'll -- I'll first ask the yes-or-no question, and
15         then ask you to explain what you mean by that.  Is
16         that fair?
17    A.   Yeah, go ahead.
18    Q.   Okay.  If you put junk into a meta-analysis, you will
19         get junk out of that meta-analysis, true?
20    A.   It depends on what we mean by junk.
21    Q.   What do you mean by junk?
22    A.   So junk in means poor quality studies typically is
23         what that means.  So the -- the -- what we call the
24         source studies or the original studies that you're
25         including in your meta-analysis, if they're poorly
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1    done, so if they're at a high risk of bias, then

2    they're -- methodologically they're poor.

3          They're -- generally that's -- you know, the

4    term junk, I don't really like it, but this is a --

5    this is old terminology that was used in an old

6    textbook on meta-analysis that -- that is frequently

7    used.

8          And so what it then means is that if you

9    then combine a whole group of studies that are

10   methodologically poor, then you have imprecise,

11   potentially invalid summary findings in your

12   meta-analysis.

13  Q.  I think I understand that.  I'm going to try and break

14    that down a little bit, okay?

15  A.  Okay.

16  Q.  So junk in the setting of understanding a

17    meta-analysis is really poor quality studies with a

18    high risk of bias, right?

19  A.  Yes.

20  Q.  If you put poor quality studies with a high risk of

21    bias into a meta-analysis, you'll get junk out of that

22    meta-analysis, true?

23  A.  Yes.

24  Q.  In terms of how you appraise the methodology, you look

25    at things like risk of bias, correct?

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1  A.  Yes.

2  Q.  You can conduct formal risk of bias assessments on

3    studies that you're going to include in a

4    meta-analysis, right?

5  A.  I wouldn't say you can.  You absolutely should.

6  Q.  "Methodologically weak trials have inflated treatment

7    effects."  That's what you state on the slide,

8    correct?

9  A.  Methodologically weak trials frequently have inflated

10   or -- yeah, inflated or inaccurate treatment effects

11   estimates.

12  Q.  Methodologically weak trials have inflated or

13    inaccurate treatment estimates, correct?

14  A.  Yes.

15  Q.  Therefore, a review using methodologically weak trials

16    has questionable validity, true?

17  A.  Yes.

18  Q.  Several slides later, there's a slide entitled What

19    Are the Overall Results of the Review?  Do you see

20    that?

21  A.  Yes.

22  Q.  When you teach your students how to interpret reviews

23    of research on a topic, you tell them vote counts are

24    not good, right?

25  A.  That's right.

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1  Q.  What is a vote count?

2  A.  A vote count means -- let's say, for example, that we

3    have 10 studies, and seven of the studies show a

4    positive effect -- and I'm just being very generic

5    here -- and -- and -- and three of the studies show a

6    negative effect.  Then you got more positive studies

7    than you have negative studies.  Therefore, there must

8    be an effect.  That's what a vote count is.

9  Q.  A vote count is comparing the number of positive

10   findings reported in the literature to the number of

11   negative?

12  A.  Generally, yes.

13  Q.  If you have three negative findings and five positive

14    findings, a vote count would mean simply comparing

15    those two numbers and saying you probably have an

16    effect because you have more --

17  A.  Which one is --

18  Q.  -- positive findings, right?

19  A.  That's right.  Which one is greater, yeah.

20  Q.  And by positive, you mean findings to the right of

21    1.0, correct?

22  A.  I mean, it depends on the outcome.  If we're talking

23    about, yeah, an odds ratio, say an odds ratio greater

24    than 1 suggesting an increased effect, yes.

25  Q.  So if you -- say you have 7 odds ratios to the right

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1    of 1, and 3 odds ratios to the left of 1, those would

2    be 7 that are positive, correct?

3  A.  Yes.

4  Q.  And 3 that are negative, right?

5  A.  Yes, but you have to look at the confidence intervals

6    as well.

7  Q.  Absolutely.  So a vote count -- well, withdrawn.  We

8    can't just look at a point estimate from a study in

9    isolation, true?

10  A.  That's correct.

11  Q.  We need to also consider the confidence interval

12    around that estimate, right?

13  A.  Yes.  Can I clarify something?

14  Q.  Absolutely.

15  A.  The -- the purpose of this slide is to not do just

16    what you said we shouldn't do, which is correct.  This

17    is, just don't just look at point estimates to the

18    right of 1 or to the left of 1, and that's what

19    the point of this -- this instruction is.  And then we

20    get into discussions about things like confidence

21    intervals, for example.

22  Q.  All right.  New question.  The reason that vote counts

23    are not good is because large and small studies are

24    treated equally, correct?

25  A.  That's right.  There's no weighting of the studies.

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1   Q.   In a meta-analysis, studies should be weighted
2        according to size, correct?
3   A.   Yes, but that is actually a simplistic explanation.
4        In the context of this lecture, I -- and -- and prior
5        to this, amongst other lectures, we discuss it's --
6        it's not actually size that we're talking about.  Size
7        is a -- a general term to mean precision associated
8        with the study or number of events.
9             So if you have a continuous outcome measure,
10       it would be the precision of that study, which
11       technically is the standard error that's used, whereas
12       if you have a dichotomous or a categorical outcome,
13       like we're dealing with, non-Hodgkin's lymphoma or
14       not, that's an event.  And so it's the number of
15       events that acts as the weighting measure.
16  Q.   In a study of non-Hodgkin's lymphoma, it's the number
17       of non-Hodgkin's lymphoma events that acts as the
18       weighting measure, correct?
19  A.   That's right.
20  Q.   In a study looking at glyphosate-based herbicides and
21       non-Hodgkin's lymphoma, it is specifically the number
22       of exposed events that is of most interest; in other
23       words, the number of people who developed NHL and were
24       exposed to glyphosate-based herbicides, true?
25  A.   Just the number of NHL patients, not whether they were

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1        exposed or not.
2   Q.   You state here that studies may be given more or less
3        weight depending on their quality.  Do you see that?
4   A.   Yes, I do see that, yeah.
5   Q.   In a meta-analysis generally, larger studies receive
6        more weight than smaller studies, true?
7   A.   Well, again, it's -- it's not the size.  Really,
8        it's not the size of the study that matters, because
9        if we're talking -- we can look at several of these
10       studies that have several thousand pages of them -- in
11       them, but only have several hundred non-Hodgkin's
12       lymphoma cases, so --
13  Q.   You're right.  So I asked a question bad question --
14  A.   That's okay.
15  Q.   -- and let me clarify, if that's all right.  In -- in
16       a meta-analysis like one of Roundup and NHL --
17  A.   Umm-hmm.
18  Q.   -- studies with more NHL events should be weighted
19       more heavily than studies with fewer NHL events, true?
20  A.   Yes.
21  Q.   You talked before about precision being another issue
22       that comes up in meta-analyses, and I -- and I think
23       we should talk about that in a little more detail --
24  A.   Sure.
25  Q.   -- is that all right?  So I have heard it said that if

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1        you conduct a meta-analysis with poor studies to begin
2        with, you may simply be more precisely estimating the
3        wrong estimate.  Is that true?
4   A.   So -- that's very difficult to say, because I don't
5        want to generalize across all of the literature.
6        Usually when you have -- from my experience, when you
7        have methodologically weak studies, they tend not to
8        have precise effect estimates.
9             They tend to have quite variable effect
10       estimates, so -- so they -- they're imprecise studies
11       because they have methodologic flaws.  Sometimes you
12       don't know what those flaws are.  So -- I mean, from
13       my experience, yeah, that's, I mean, I guess typically
14       the case, yeah.
15  Q.   When you combine individual studies in a
16       meta-analysis, you get a narrower variance than you
17       did in the individual studies, right?
18            In other words, an individual study might
19       not be very precise, but when you combine a number of
20       not very precise studies, overall in your
21       meta-analysis you're going to get a more precise
22       estimate, true?
23  A.   No.
24  Q.   Okay.  Why is it --
25  A.   Because there's weighting that happens.

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1   Q.   I see.  Okay.  So what I hear you to be saying then is
2        you can start with very imprecise measures, but if you
3        properly weight those studies in your meta-analysis,
4        you'll end with a reasonable estimate; is that fair?
5   A.   Studies that are originally imprecise are weighted
6        less, so they have less contribution to the overall
7        effect estimate.
8        When you talk about precision in this presentation, I
9        think you do so on page -- if you just turn one page
10       back in your slide presentation --
11  A.   Yeah.
12  Q.   -- do you see the slide titled How Precise Were The
13       Results?
14  A.   Which one are you on?  Let's see.
15  Q.   Just one back from where we just were.
16  A.   Oh, yeah.  I just went one back, but maybe I was in a
17       different spot.
18  Q.   Ah.  Okay.  So if you -- if you were on the slide
19       What Are the Overall Results of the Review --
20  A.   Yeah.  Oh, I skipped one.  There we go.
21  Q.   Ah.
22       What are the overall results of the review, standard
23       criteria.
24  Q.   And now you should be on a slide that's -- that's
25       titled How Precise Were The Results, which is a little

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  further back in the presentation.

2  A.  Oh, yeah.  Yep, gotcha.

3  Q.  A 95 percent confidence interval is a measure of

4  dispersion, correct?

5  A.  Yes.

6  Q.  Precision increases with a decreasing size in the

7  confidence interval, true?

8  A.  Yes.

9  Q.  If an odds ratio confidence interval crosses 1, then

10  no effect is evident, correct?

11  A.  Well, technically it's likely that no effect is

12  evident.  It's not absolute.

13  Q.  I see.  So what you wrote on the slide is, "If odds

14  ratio confidence interval crosses 1, then no effect is

15  evident," right?

16  A.  That's what it says on the slide.

17  Q.  And what you're saying is, you might say it a little

18  bit differently, correct?

19  A.  Yeah.  We would get into a more nuanced conversation

20  in the class because -- you know, broad strokes is --

21  when these students are taught initially that when an

22  odds ratio crosses 1 that there is no effect, that's

23  not true all the time, and that's been shown.

24  Q.  If an odds ratio confidence interval crosses 1, then

25  likely no effect is evident, correct?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Yes.

2  Q.  If you'll go with me to page 35, which again, doesn't

3  help you, I'm sorry.

4  A.  That's all right.

5  Q.  I have them numbered, and that doesn't help you.

6  A.  Are you just going forward?

7  Q.  Yes.

8  A.  Okay.

9  Q.  So there's a slide -- new question.  Are you on the

10  slide titled, Can The Results Be Applied To My Patient

11  Care?

12  A.  Yes.

13  Q.  Okay.  Here you teach your students about how to

14  interpret subgroup analyses in research, right?

15  A.  Yes.

16  Q.  We should be weary of conclusions drawn from subgroup

17  comparisons between studies, true?

18  A.  Yes.  What that is referring to is, is -- is -- is

19  performing subgroup analysis in the context of a

20  systematic review.

21  Q.  A subgroup is some smaller part of a larger group,

22  true?

23  A.  Yes.

24  Q.  Subgroup analyses are when we take a smaller group

25  from a study and analyze them separately, correct?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Yeah.

2  Q.  You teach your students that hypothesized differences

3  between subgroups are likely credible only if a number

4  of criteria are met, correct?

5  A.  Yes.  Those -- this is some general guidance.  And we

6  frequently, additionally go through some more recent

7  criteria called the ICEMAN criteria, which are an

8  expanded set of credibility criteria.

9  Q.  How do you -- what does credible mean to you?  Is that

10  believable, or is it something else?

11  A.  Credible means whether or not new evidence is going to

12  change the possible -- the effect estimate that you're

13  seeing.

14  Q.  I see.  So you lay out criteria that should be met to

15  make differences between subgroups credible, right?

16  A.  Yes.

17  Q.  A hypothesized difference between subgroups is likely

18  to be credible if, one, the differences are large,

19  correct?

20  A.  Yes.

21  Q.  Two, a priori hypothesis was tested for the subgroup

22  analysis, true?

23  A.  Yes.

24  Q.  Three, there is consistency across studies, right?

25  A.  Yeah.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  Four, there is biologic plausibility, right?

2  A.  Yes.

3  Q.  Then you write on your slide, "If not met, use overall

4  effect," correct?

5  A.  Yes.

6  Q.  If the criteria are not met that would make

7  hypothesized differences between subgroups credible,

8  we should use the overall effect, true?

9  A.  Yeah, you'd be wise to.

10  Q.  If you'll -- you can set this aside for now.

11  A.  Okay.

12      GAGNIER EXHIBIT 6

13      Paper Authored by Dr. Gagnier,

14      Interventions Designed to Prevent

15      Anterior Cruciate Ligament Injuries in

16      Adolescents and Adults

17      WAS MARKED BY THE REPORTER

18      FOR IDENTIFICATION

19  BY MS. ROSS:

20  Q.  Exhibit 6 to your deposition is a paper of yours

21  entitled Interventions Designed to Prevent Anterior

22  Cruciate Ligament Injuries in Adolescents and Adults.

23  Do you see that?

24  A.  I do.

25  Q.  You've published systematic reviews and meta-analyses,

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        right?
 2   A.   Yes.
 3   Q.   This is a systematic review and meta-analysis that you
 4        published with colleagues, right?
 5   A.   Yes.
 6   Q.   The purpose was to conduct a systematic review and
 7        meta-analysis of all known comparative studies for
 8        estimating and testing the effect of neuromuscular and
 9        educational interventions on the incidence of ACL
10        injuries in adolescents and adults, right?
11   A.   Yes.
12   Q.   In conducting and publishing your systematic review
13        and meta-analysis, you used formal criteria to assess
14        the risk of bias in all the studies you included?
15   A.   Yes.
16   Q.   You set out criteria for assessing the risk of bias
17        for the non-randomized studies in Appendix C?
18   A.   Yes.
19   Q.   Will you go there with me?
20   A.   Sure.
21   Q.   So Appendix C sets out the criteria --
22   A.   Yes.
23   Q.   -- you used to assess risk of bias for non-randomized
24        trials, correct?
25   A.   Yes.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.   Are the criteria in Appendix C to your 2013
 2        publication the same criteria you used to assess risk
 3        of bias in your expert report?
 4   A.   I don't think so.
 5   Q.   Okay.  We can come back to that.
 6   A.   Okay.
 7   Q.   I was curious more than anything else.
 8   A.   Okay.
 9   Q.   New question.  So the title of Appendix C is Risk of
10        Bias Criteria and Operational Definitions for
11        Non-Randomized Trials --
12   A.   Yes.
13   Q.   -- correct?  If you'll turn with me to Criteria 6.
14   A.   Okay.
15   Q.   Criteria 6 is, Did the authors perform analyses
16        adjusting for known confounders?  Do you see that?
17   A.   Yes.
18   Q.   One criteria you use in assessing studies is whether
19        the authors adjusted for known confounders, true?
20   A.   Yes.
21   Q.   What it means to adjust for known confounders is
22        it -- it should be clear that the authors described
23        important covariates and attested -- and attempted to
24        adjust for them in their statistical analyses, right?
25   A.   Yes.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.   Why should authors of studies describe important
 2        confounders?
 3   A.   Because in observational studies, you don't have
 4        control over all of the variables in the study as much
 5        as you would in say a randomized experiment; that is,
 6        of unknown confounders or known confounders, so you
 7        want to be able to find variables that are potentially
 8        true confounders or effect modifiers for the
 9        relationship between your intervention or exposure and
10        some outcome of interest.
11             So ideally, variables that are known to have
12        an impact upon that cause-and-effect relationship
13        should be adjusted for in -- typically with regression
14        analysis, sometimes with subgroup analysis, in cohort
15        studies and case-control studies.
16   Q.   A little bit of a long answer, so I'm gonna break it
17        down a little bit, okay?
18   A.   Yes.
19   Q.   Before I go there, what is -- what are the simplest
20        words you can use to describe what a confounder is?
21   A.   A confounder is a variable that is on the
22        cause-and-effect pathway between an exposure and an
23        outcome.
24   Q.   A confounder is something -- well, withdrawn.  So when
25        you say a confounder is a variable that's on the
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        pathway between an exposure and an outcome --
 2   A.   Actually, I said that incorrectly.
 3   Q.   Okay.  I was confused.  Can you say it again?
 4   A.   Yes.  A confounder is a -- an -- an effect modifier is
 5        available -- is a variable that's on the
 6        cause-and-effect pathway.  A confounder is an
 7        independent variable that causes an outcome.
 8   Q.   A confounder is some other variable that causes an
 9        outcome --
10   A.   Yes.
11   Q.   -- that is not the variable you're interested in
12        looking at, right?
13   A.   That's right.
14   Q.   Take ACL injuries.  What are the three or five most
15        important confounders?
16   A.   The important confounders for ACL injuries?
17   Q.   Yes.
18   A.   Do you mean for -- for the risk of a new ACL injury?
19   Q.   Yes.
20   A.   A prior ACL injury, another soft tissue injury in the
21        knee.
22   Q.   Are those the main ones that come to mind?
23   A.   Those would be the most important ones to make sure
24        that you look at, yeah.
25   Q.   Okay.  So examples of confounders when looking at an
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1       ACL injury would be a prior ACL injury --
 2   A.  Yeah.
 3   Q.  -- or a prior soft tissue injury of some other kind,
 4       correct?
 5   A.  Yeah.
 6       And it's important to adjust for a prior ACL injury or
 7       a prior soft tissue injury of some other kind for what
 8       reason?
 9   A.  For what reason?
10   Q.  Yeah.
11   A.  Well, I mean, we were just talking about it.  So that
12       you're -- you're not confusing the prior injury as a
13       risk factor for the -- for the injury.
14   Q.  The reason that you adjust for important confounders
15       is so that you don't confuse a relationship between
16       the outcome you're actually interested in and the
17       exposure you're actually interested in with a
18       relationship between some other exposure or some other
19       confounder in that outcome, fair?
20   A.  Yeah, absolutely.
21   Q.  Table 2 in this 2013 publication lays out the results
22       of your Risk of Bias Assessment for the non-randomized
23       studies?
24   A.  Table 2, yeah.
25   Q.  One of the criteria you evaluated, as we just
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1       discussed, was did the authors perform analyses
 2       adjusting for known confounders, right?
 3   A.  For the non-randomized study, yes.
 4   Q.  Assessing studies for whether they adjust for known
 5       confounders is the right thing to do, correct?
 6   A.  Yes.
 7   Q.  When you are publishing a systematic review, you
 8       assess studies and whether they adjusted for known
 9       confounders, right?
10   A.  Yes.
11   Q.  The text below Table 2 in your publication lays out
12       some methodologic shortcomings you identify in some of
13       the studies you review.  Do you see the study sentence
14       that begins, "Methodological shortcomings"?
15   A.  Yes.
16   Q.  One of the shortcomings you identify is "Lack of
17       control for potential confounders."  Do you see that?
18   A.  Yes.
19   Q.  If a study does not control for potential confounders,
20       that is a methodologic shortcoming, true?
21   A.  Yes.
22   Q.  Let's go back to your report in this case.
23   A.  Okay.
24   Q.  I believe it is Exhibit 2.
25   A.  Exhibit 2 is the original one.  Exhibit -- oh, yeah --
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1       2 -- 2 is the updated one.  I'm sorry.
 2   Q.  2 is the updated one.  And we can verify that, if you
 3       want.  Just -- it's got the --
 4   A.  Got it.
 5   Q.  -- date on the back.
 6   A.  Yeah.
 7   Q.  Okay.  New question.  Your report contains a detailed
 8       review of the strengths and weaknesses of
 9       epidemiological studies on glyphosate-based herbicides
10       and non-Hodgkin's lymphoma, correct?
11   A.  Yes.
12   Q.  You've reviewed the systematic reviews and
13       meta-analyses conducted by others, correct?
14   A.  Yeah.  I would say superficially.
15   Q.  Your report at page five has a section that starts
16       entitled, Critical Review of Systematic Reviews?
17   A.  Yes.
18   Q.  In your review of various meta-analyses, you
19       identified the strengths and weaknesses of each of
20       them, right?
21   A.  Some.  It was not a comprehensive systematic review of
22       reviews, as I do state.
23   Q.  Where possible, did you avoid the weaknesses of other
24       systematic reviews in conducting your own?
25   A.  I'm sorry?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.  Where possible, did you avoid some of the weaknesses
 2       of other systematic reviews and meta-analyses in
 3       conducting your own?
 4   A.  Yes.  I tried to be methodologically rigorous in my
 5       systematic review and meta-analysis, yes.
 6   Q.  We were just talking about some of the weaknesses that
 7       you identified in the studies.
 8   A.  Umm-hmm.
 9   Q.  New question.  Where possible, did you incorporate the
10       strengths of other systematic reviews and
11       meta-analyses in conducting your own?
12   A.  I'm not at all concerned about what the other
13       systematic reviews are doing.  I'm concerned about
14       doing a good systematic review and meta-analysis by
15       virtue of my methodologic training.
16   Q.  Your goal was to conduct a methodologically sound
17       systematic review --
18   A.  Yes.
19   Q.  -- and meta-analysis, true?
20   A.  Yeah.
21   Q.  You, in your report, discuss your critical review of
22       these other meta-analyses, right?
23   A.  (Nodding head).
24   Q.  And then you go on and talk about --
25           MR. HABERMAN:  Hold on.  I'm sorry.  I'm
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      sorry.
 2           MS. ROSS:  Okay.  What was your --
 3           MR. HABERMAN:  I objected.  It seemed like it
 4      was compound, but you continued.  It seemed like you
 5      asked a question, and then you -- I thought -- you
 6      didn't give him time to respond to it, and then you
 7      kept asking other questions, so --
 8           MS. ROSS:  Okay.  He was I think nodding his
 9      head in response, which I think was probably our
10      problem, so let me back up and we'll start again.
11 BY MS. ROSS:
12  Q.   Fair?
13  A.   Yeah.
14  Q.   Okay.  You also reviewed individual studies on Roundup
15      and NHL, true?
16  A.   Individual cohort and case-control studies, yes.
17  Q.   Yes.  In your review of the individual studies on
18      Roundup and NHL, you identified the strengths and
19      weaknesses of those, correct?
20  A.   I did a risk of bias assessment of them, yes.
21  Q.   I want to talk about a few examples of strengths and
22      weaknesses from the various published systematic
23      reviews that you discuss in your report, okay?
24  A.   Sure.
25  Q.   If you'll go with me to page seven, there's a
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      paragraph that starts, "The next published systematic
 2      review is by Chang and Delzell (2016)."
 3  A.   Yes.
 4  Q.   You reviewed the strengths and weaknesses of the
 5      systematic review published by Chang et al. in 2016,
 6      correct?
 7  A.   Yes.
 8  Q.   Chang (2016) was a peer-reviewed published systematic
 9      review and meta-analysis, right?
10  A.   Yes.
11  Q.   If you'll go with me to page nine of your report.
12  A.   Yes.
13  Q.   You identify the various strengths and drawbacks of
14      this study, correct?
15  A.   Yes.
16  Q.   The strengths of Chang "2016" include that "They used
17      the most fully adjusted estimates where available from
18      each study," right?
19  A.   Yes.
20  Q.   When conducting a meta-analysis of Roundup and NHL,
21      why is it important to use the most fully adjusted
22      estimates from each study where available?
23  A.   Why is it important to do so?
24  Q.   Yes.
25  A.   Well, if you have adjusted estimates, for some of the
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      reasons we were just talking about associated with
 2      confounding or with effect modifiers, you want to be
 3      certain that there's not some other variable that --
 4      explaining or could modify that relationship that
 5      you're seeking to explore, so where available, yeah.
 6  Q.   When conducting a meta-analysis of Roundup and NHL,
 7      it's important, if you have them, to use adjusted
 8      estimates?
 9  A.   Yes.
10  Q.   Doing so allows you to be certain there's not some
11      other variable explaining or that could modify the
12      relationship that you're seeking to explore, correct?
13  A.   Yeah.
14  Q.   Another systematic review you discuss in your report
15      is Donato (2020)?
16  A.   Yes.
17  Q.   If you'll go with me to page 11.
18  A.   Sure.
19  Q.   Donato (2020) was a peer-reviewed published systematic
20      review and meta-analysis, correct?
21  A.   It was.
22  Q.   If you'll --
23  A.   Excuse me.
24  Q.   -- go to page 12 in your report.
25  A.   Yes.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  Q.   Here you state that Donato (2020) had several
 2      important and fatal flaws?
 3  A.   Yes.
 4  Q.   You identified several fatal flaws of Donato (2020),
 5      correct?
 6  A.   Yeah.  I called them fatal flaws, but yes.
 7  Q.   "Secondly, this meta-analysis included the study by
 8      Cocco, which did not delineate B-cell lymphomas in
 9      their study, and thus mixed two cases of NHL with one
10      MM," which is multiple myeloma, correct?
11  A.   Yeah.  And one unspecified B-cell lymphoma, yeah.
12  Q.   Why is it a fatal flaw in the meta-analysis of Roundup
13      and NHL to include Cocco (2013)?
14  A.   Well, their intent was to explore the relationship
15      with non-Hodgkin's lymphoma.
16  Q.   Cocco did not delineate B-cell lymphomas in their
17      study, and thus mixed two cases of NHL with one of
18      multiple myeloma and one unspecified B-cell lymphoma,
19      correct?
20  A.   Yeah.  It's -- I mean, it's not a -- that's not a --
21      a combination of flaws is what makes the Donato
22      systematic review problematic, not that one particular
23      issue.
24  Q.   When comparing different studies of Roundup and NHL,
25      we want to make sure that we are comparing apples to
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1      apples to the extent it's possible to do so, correct?
2  A.  Ideally, yeah.
3  Q.  Besides Cocco (2013), all the other individual studies
4      of glyphosate-based herbicides and NHL evaluated NHL
5      overall, correct?
6  A.  Yes, with a footnote, in that the definitions of
7      non-Hodgkin's lymphoma are variable.  So, for example,
8      some used the World Health -- World Health
9      Organization criteria.  Others used Lymphoma Society
10     criteria.  Some -- sometimes they're unspecified.  So
11     the definition of non-Hodgkin's lymphoma is slightly
12     variable.  Mostly consistent, but it's slightly
13     variable.
14 Q.  So I want to follow-up on that a little bit, okay?
15 A.  Sure.
16 Q.  New question.  Is NHL just one disease?
17 A.  No.
18 Q.  When I say NHL, you know that I'm speaking of
19     non-Hodgkin's lymphoma, correct?
20 A.  Yes.
21 Q.  How many different subtypes of NHL are there?
22 A.  I don't know exactly.
23 Q.  Do you --
24 A.  Well, actually, let me rephrase that.  There are
25     varying definitions about what's included with
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1      non-Hodgkin's lymphoma.  You could talk -- you could
2      look at the pathology literature, it says one thing.
3      You could look at the oncology literature, it says
4      something else.
5  Q.  Are you familiar with the WHO classification system
6      for non-Hodgkin's lymphoma?
7  A.  Yes, vaguely.
8  Q.  Are you an expert on non-Hodgkin's lymphoma?
9  A.  No.
10 Q.  What are the most common types of non-Hodgkin's
11     lymphoma?
12 A.  The B-cell lymphomas are common.
13 Q.  Follicular lymphoma is one disease within the umbrella
14     of non-Hodgkin's lymphoma, true?
15 A.  Yes.
16 Q.  DLBCL is one disease --
17 A.  Yes.
18 Q.  -- within the umbrella category of non-Hodgkin's
19     lymphoma, true?
20 A.  Yes.
21 Q.  CLL, or chronic lymphocytic leukemia, is another
22     disease within the broad category of non-Hodgkin's
23     lymphoma, true?
24 A.  Yes.
25 Q.  Burkitt lymphoma is another lymphoma within the larger
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1      category of NHL, right?
2  A.  Yeah.
3  Q.  Can you name any other types of non-Hodgkin's
4      lymphoma?
5  A.  Sometimes hairy cell leukemia is listed as a type of
6      non-Hodgkin's lymphoma, but some argue against that.
7  Q.  Different types of non-Hodgkin's lymphoma have
8      different clinical courses, right?
9  A.  Yes.
10 Q.  Different types of non-Hodgkin's lymphoma have
11     different treatments, correct?
12 A.  Yes.  But I'm gonna just state here, I'm not an
13     oncologist and I'm not an expert on non-Hodgkin's
14     lymphoma, so I'm not gonna be able to say with any
15     degree of certainty some answers to questions about
16     the specifics of NHL --
17 Q.  Fair.
18 A.  -- or their subcategories.
19 Q.  So we started going down this line because we were
20     talking about Cocco (2013), right?
21 A.  Yes.
22 Q.  Besides Cocco (2013), all the other individual studies
23     of glyphosate-based herbicides evaluated non-Hodgkin's
24     lymphoma however defined, correct?
25 A.  Yes.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1  Q.  Some also evaluated subtypes, but every other study at
2      least evaluated NHL overall, correct?
3  A.  Yes.
4  Q.  Cocco did not actually evaluate whether
5      glyphosate-based herbicide use was associated with
6      NHL?
7  A.  True.
8  Q.  You are not an expert on the clinical course of
9      non-Hodgkin's lymphoma, right?
10 A.  That's right.
11 Q.  You are not an expert on the treatment of
12     non-Hodgkin's lymphoma, true?
13 A.  That's right.
14 Q.  Are you aware that some types of NHL can be managed
15     with observation alone, and may not actually need any
16     treatment at all?
17 A.  Yes, from my education in medicine, yes.
18 Q.  Are you aware that other types of NHL are rapidly
19     fatal if not treated?
20 A.  Yes.
21 Q.  Different types of non-Hodgkin's lymphoma arise from
22     different subtypes of lymphocytes, correct?
23 A.  Yes.
24 Q.  Some types of non-Hodgkin's lymphoma arise from
25     relatively mature B-cells, correct?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Yes.

2  Q.  Other types of non-Hodgkin's lymphoma are much more

3      closely related to stem cells in the bone marrow,

4      true?

5  A.  Yes.

6  Q.  Different types of non-Hodgkin's lymphoma have

7      different risk factors, right?

8  A.  I'm not aware of all of the risk factors associated

9      with all subtypes of non-Hodgkin's lymphoma.

10  Q.  When you say you're not aware of all of the risk

11      factors associated with all subtypes of non-Hodgkin's

12      lymphoma, did you investigate any risk factors of

13      non-Hodgkin's lymphoma other than Roundup?

14  A.  Can you -- as a part of my systematic review and

15      meta-analysis?  Is that the question?

16  Q.  I'm very -- well, let me just ask a different

17      question, okay?

18  A.  Sure.

19  Q.  New question.  Other than Roundup, what other

20      pesticides increase the risk of non-Hodgkin's

21      lymphoma?

22  A.  I'm not certain.

23  Q.  Other than pesticides, what are established risk

24      factors for NHL that you are aware of?

25          MR. HABERMAN:  Objection.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1          THE WITNESS:  I -- again, I'm not an expert on

2      the risk factors associated with non-Hodgkin's

3      lymphoma.  I've seen literature on it.  You know,

4      again, I'm trained in medicine.  We have -- we had a

5      section in oncology, so I'm -- I was aware of some

6      of it, but I am not an expert on it, and I haven't

7      seen the most recent literature on -- on proven risk

8      factors associated with non-Hodgkin's lymphoma.

9  BY MS. ROSS:

10  Q.  You did not look into all of the causes of

11      non-Hodgkin's lymphoma, true?

12  A.  That's correct.

13  Q.  You did not attempt to review the literature and

14      see what might increase one's risk of NHL or any

15      subtype of NHL, other than glyphosate-based

16      herbicides, true?

17  A.  I was interested in human subject studies that tested

18      the question of whether or not non-Hodgkin's lymphoma

19      was related to the exposure to glyphosate-based

20      herbicides.

21  Q.  You are not providing any expert opinion in this case

22      about whether or not any exposure other than Roundup

23      increases the risk of NHL, correct?

24  A.  I was interested in combining the evidence from the

25      human subject studies that looked at the question of

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      whether or not non-Hodgkin's lymphoma was associated

2      with exposure to glyphosate-based herbicides, and

3      within those studies, they sometimes adjust for risk

4      factors, what they consider to be the risk factors, or

5      what's also called clinical heterogeneity, within

6      those studies.

7          So by virtue of me combining those studies

8      together, I inherently am incorporating risk factors

9      into the effect estimates that you're seeing in the

10      meta-analysis.

11  Q.  I am simply trying to make sure that what -- what the

12      scope of your opinions is in this case, okay,

13      Dr. Gagnier?

14  A.  For sure.

15  Q.  So some of the studies on Roundup and non-Hodgkin's

16      lymphoma that you reviewed discuss and identify other

17      risk factors for non-Hodgkin's lymphoma, correct?

18  A.  Every study adjusts for something.

19  Q.  Several of those studies discuss other pesticides that

20      have been associated --

21  A.  Yes.

22  Q.  -- with non-Hodgkin's lymphoma, fair?

23  A.  Yes.

24  Q.  You did not attempt to review the literature and see

25      what, other than glyphosate-based herbicides, might

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      increase someone's risk of non-Hodgkin's lymphoma,

2      true?

3  A.  Yes, that's correct.

4  Q.  You are not providing an expert opinion in this

5      case about whether or not any exposure other than

6      Roundup increases the risk of non-Hodgkin's lymphoma,

7      correct?

8  A.  That's correct.

9  Q.  You have not looked at any medical record for any of

10      the Plaintiffs in this case, right?

11  A.  That's correct.

12  Q.  You haven't talked to any of their physicians, true?

13  A.  That's correct.

14  Q.  You have not read their depositions, right?

15  A.  That's correct.

16  Q.  Do you know their names?

17  A.  No.

18  Q.  Do you know what kind of non-Hodgkin's lymphoma they

19      have?

20  A.  Superficially, yes.

21  Q.  Do you -- when you say superficially, what do you mean

22      by that?

23  A.  Dr. Haberman and I -- Mr. Haberman and I had a

24      brief conversation about Hodgkin's -- the type of

25      Hodgkin's lymphoma that -- possibly that they had.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.   Okay.  So other than information provided to you by
 2        counsel on what subtype of non-Hodgkin's lymphoma the
 3        Plaintiffs have --
 4   A.   Yeah.
 5   Q.   -- you don't have any additional information on their
 6        diagnosis of non-Hodgkin's lymphoma, correct?
 7   A.   That's correct.
 8   Q.   Do you know what kind of treatment any patient in this
 9        case received?
10   A.   No.
11   Q.   You do not know if they used Roundup or how much
12        Roundup they used, correct?
13   A.   I don't know.
14   Q.   You are not offering any opinions as to the specific
15        cause of any Plaintiff's non-Hodgkin's lymphoma, true?
16   A.   That's correct.
17   Q.   That is true for every Roundup case in which you serve
18        as an expert, that you are not offering an opinion on
19        the specific cause of non-Hodgkin's lymphoma for any
20        individual person, true?
21   A.   That's correct.
22   Q.   For example, if there was a Plaintiff who worked in
23        the paper industry, you did not evaluate the
24        literature to see whether there was evidence that
25        working in the paper industry increased the risk of
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        NHL, right?
 2   A.   That's correct.
 3   Q.   Likewise, if there was a Plaintiff in this case, and
 4        he and two of his friends worked in the paper industry
 5        and were diagnosed with the same type of NHL, again,
 6        you did not evaluate any literature on that, right?
 7   A.   That's correct.
 8   Q.   Does obesity increase the risk of non-Hodgkin's
 9        lymphoma?
10             MR. HABERMAN:  Objection.
11             THE WITNESS:  I'm not an expert on the risk
12        factors associated with non-Hodgkin's lymphoma.  From
13        my cursory knowledge of the literature, I would say
14        yes.
15   BY MS. ROSS:
16   Q.   Does smoking increase the risk of non-Hodgkin's
17        lymphoma?
18   A.   Smoking increases the risk of almost every type of
19        cancer.
20   Q.   Does that include non-Hodgkin's lymphoma?
21   A.   Yes.
22   Q.   Does solvent exposure increase the risk of
23        non-Hodgkin's lymphoma?
24   A.   Possibly, yes.
25   Q.   What is the average --
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.   Again, I'm superficially aware of the literature.  I'm
 2        not an expert in these areas.
 3   Q.   What is the average latency for non-Hodgkin's lymphoma
 4        following an environmental exposure?
 5   A.   I'm not an expert on the latency associated with the
 6        occurrence of non-Hodgkin's lymphoma following an
 7        environmental exposure.  I'm sorry, you said
 8        environmental exposure, right?
 9   Q.   I did.
10   A.   Yeah, okay.
11   Q.   Are you an expert on the latency of non-Hodgkin's
12        lymphoma following any exposure?
13   A.   No.
14   Q.   I'll just restate that so that we're clear, okay?
15   A.   Yeah.
16   Q.   You are not an expert on the average latency for
17        non-Hodgkin's lymphoma following an exposure of any
18        kind, correct?
19   A.   That's right.
20   Q.   You are not an expert on the average latency for NHL
21        following Roundup exposure, true?
22   A.   That's correct.
23   Q.   Is the average latency for NHL following Roundup
24        exposure greater than or less than 20 years?
25   A.   I'm not an expert on what the average latency of
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        non-Hodgkin's lymphoma -- did you say following
 2        glyphosate exposure?
 3   Q.   I did.
 4   A.   No, I don't know.  I'm not an expert on that.
 5   Q.   You do not know what the average latency is for NHL
 6        following glyphosate exposure, true?
 7   A.   I believe the literature is -- the -- the verdict is
 8        still out on what the exact average latency is, but
 9        certainly if other cancers are an example, latency
10        periods vary in individuals.
11   Q.   Is the average latency for Roundup and NHL more than
12        or less than 10 years?
13   A.   I don't know.
14   Q.   Is the average latency for Roundup and NHL more than
15        or less than 20 years?
16   A.   I don't know.
17   Q.   Another systematic review you discuss in your report
18        is a systematic review and meta-analysis published by
19        Kabat et al. in 2021?
20   A.   Right.
21   Q.   You discuss I think some of the strengths and
22        weaknesses of that review on page 14 of your report?
23   A.   Yes.
24   Q.   A strength of Kabat (2021) was including the updated
25        data reported in Pahwa?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   A.   Yes.

2   Q.   And that's P-a-h-w-a, correct?

3   A.   Yes.

4   Q.   When a systematic review uses updated data, you

5        identify that as a strength, right?

6   A.   Yeah, 'cause it's most -- yeah, 'cause it -- yeah,

7        it's up -- it's up to date.

8   Q.   Now, none of the published systematic reviews on

9        Roundup and NHL include all of the data that is

10       available as of today, correct?

11  A.   That's right.  That's why I felt it would be necessary

12       to update it.

13  Q.   That's not necessarily a criticism of those

14       meta-analyses; it's just the reality of the data as

15       they existed at that time in some cases, true?

16  A.   That's correct.  The whole purpose of me reviewing the

17       meta-analysis in the first place was to determine if

18       the answer was already out there, yeah.

19  Q.   For example, the earliest meta-analysis was published

20       in 2014, correct?

21  A.   The earliest?

22  Q.   Yes.

23  A.   I think that sounds right, yeah.  Schinasi and Leon,

24       yes.

25  Q.   IARC conducted a meta-analysis in 2015, correct?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   A.   Yes.

2   Q.   Since 2015, additional studies have been published on

3        the question of whether Roundup is associated with

4        NHL, right?

5   A.   Yes.

6   Q.   Andreotti et al. published additional data from AHS in

7        2018, correct?

8   A.   Yes.

9   Q.   Pahwa published a pooled analysis of case-control data

10       in 2019, right?

11  A.   Yes.

12  Q.   Leon published a pooled analysis of cohort data in

13       2019?

14  A.   Yes.

15  Q.   Now, Andreotti (2018) contains additional data for --

16       for --

17  A.   There --

18  Q.   -- AHS?

19  A.   I'm sorry to interrupt.  There's another study that

20       was published after that.

21  Q.   Sure.  So I'll -- I'll finish the list --

22  A.   You're just gonna stick to those ones?  Okay.

23  Q.   -- and then go to the -- to the rest.  I was gonna get

24       a little into the weeds, but we'll come back after we

25       finish the list, okay?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   A.   Okay.

2   Q.   Meloni et al. published a case-control study in 2021,

3        right?

4   A.   Yes.

5   Q.   Andreotti (2018) includes additional data for AHS that

6        is not included in the Leon pooled analysis, true?

7   A.   Yes.

8   Q.   If you pull Andreotti out of the meta-analysis, you

9        are losing data, because Andreotti has more data from

10       AHS than Leon does, right?

11  A.   Yeah, about a year's worth.

12  Q.   Or two?

13  A.   Well, I believe it's a year for -- for -- for each of

14       the cohorts that are in -- in it.  Or is it two?

15       Yeah.

16  Q.   If you'll turn me with to report -- to your report at

17       page 32?

18  A.   Yes.

19  Q.   Do you see where you state, "The Leon paper include

20       data" -- "the AHS data up to December 31st, 2011 for

21       Iowa and December 31st, 2010 for North Carolina,

22       whereas the Andreotti paper included AHS data --

23  A.   Oh, yes, two years, yep.  You got it.

24  Q.   I'll ask my question again so the record's clear,

25       okay?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   A.   Sounds good.

2   Q.   If you pull Andreotti out of the meta-analysis, you

3        are losing data, because Andreotti has more data from

4        AHS than Leon, correct?

5   A.   It does.

6   Q.   IARC, we just said, conducted a meta-analysis in 2015,

7        right?

8   A.   Yes.

9   Q.   IARC's 2015 meta-analysis did not include Andreotti

10       (2018), correct?

11  A.   Yes.

12  Q.   IARC's 2015 meta-analysis did not include Pahwa

13       (2019), right?

14  A.   Yes.

15  Q.   IARC's meta-analysis did not include Leon (2019),

16       right?

17  A.   Yes.

18  Q.   IARC's meta-analysis did not include Meloni (2021),

19       correct?

20  A.   Yes.

21  Q.   Zhang (2019) is another systematic review that you

22       reviewed; is that right?

23  A.   Yes.

24  Q.   Zhang (2019) did not include Pahwa (2019), correct?

25  A.   I believe not.  They included some of the studies that

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      were included in Pahwa --
 2   Q.   Okay.
 3   A.   -- but they didn't include the Pahwa pooled analysis,
 4        that's right.
 5              GAGNIER EXHIBIT 7
 6              Luoping Zhang 2019 Paper
 7              Exposure to Glyphosate-Based Herbicides and
 8              Risk for Non-Hodgkin Lymphoma:  A Meta-Analysis
 9              and Supporting Evidence
10              WAS MARKED BY THE REPORTER
11              FOR IDENTIFICATION
12   BY MS. ROSS:
13   Q.   Exhibit 7 to your deposition is the Zhang (2019)
14        paper.
15              MS. ROSS:  Sorry, Jeff.  I wasn't sure if I
16        threw it far enough.
17              MR. HABERMAN:  I got it.
18   BY MS. ROSS:
19   Q.   New question.  Dr. Gagnier, do you see Exhibit 7?
20   A.   I do.
21   Q.   Exhibit 7 is the Zhang (2019) paper, correct?
22   A.   Yes.
23   Q.   If you'll turn with me to Table 4.
24   A.   Sure.
25   Q.   I think it's on page 196.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.   Yes.
 2   Q.   Table 4 identifies studies included in the main
 3        meta-analysis, correct?
 4   A.   Yes.
 5   Q.   Zhang (2019) included De Roos (03) and McDuffie (01),
 6        correct?
 7   A.   Yes.
 8   Q.   If one were to repeat this meta-analysis today with
 9        the most up-to-date data, one would substitute
10        Pahwa (2019) for De Roos (03) and McDuffie (01),
11        right?
12   A.   Yeah.
13   Q.   Zhang (2019) also reports that Andreotti (2018)
14        was the highest quality of all the cohort and
15        case-control studies they reviewed.  Do you recall
16        that?
17   A.   Yes.
18   Q.   Do you agree with Zhang and colleagues?
19   A.   Yeah, 'cause that's a respected cohort study.  It's --
20        it's large, the AHS study.  Yeah, I thought it was
21        well done.
22   Q.   You report the same, that Andreotti (2018) had the
23        lowest risk of bias of any study that you reviewed,
24        correct?
25   A.   Yeah.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1              GAGNIER EXHIBIT 8
 2              Chart Titled:
 3              Zhang 2019:  Studies Included
 4              WAS MARKED FOR IDENTIFICATION
 5              BY THE REPORTER
 6   BY MS. ROSS:
 7   Q.   Exhibit 8 to your deposition is a short chart titled
 8        Zhang 2019:  Studies Included.  Do you see that?
 9   A.   Yes.
10   Q.   This is a chart of what Zhang's meta-analysis included
11        and did not include, right?
12              MR. HABERMAN:  Objection.
13              THE WITNESS:  Yes.  Again, with the footnote
14        that, you know, Pahwa and Leon are -- include
15        studies that were prior to -- I should say they're
16        updated analyses of individual patient-level data that
17        were conducted historically much earlier, so -- but
18        yeah.  I would say yeah, yes.
19   BY MS. ROSS:
20   Q.   All right.
21        I would say you're correct.
22   Q.   So Zhang --
23              MR. HABERMAN:  I --
24   BY MS. ROSS:
25   Q.   -- (2019) --
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1              MR. HABERMAN:  Just to be clear for the
 2        record, this is your --
 3              MS. ROSS:  This is an exhibit to the
 4        deposition.
 5              MR. HABERMAN:  That you made, right?
 6              MS. ROSS:  Yes.  So this is a chart of studies
 7        included in Zhang (2019).
 8              MR. HABERMAN:  Okay.  Right.  Well, I mean,
 9        the Zhang (2019) study says that the Hardell study is
10        dated 2008, and you have it as dated 2002.
11              MS. ROSS:  And in fact, if you go to reference
12        18, Zhang has the year wrong.
13              MR. HABERMAN:  Okay.
14   BY MS. ROSS:
15   Q.   So, for example, if you'll turn with me, Dr. Gagnier,
16        to reference 18 in the Zhang paper, do you see that
17        that is the Hardell -- the study with the first author
18        of Hardell?
19   A.   Yeah.  It's a -- it's a --
20   Q.   The year is 2002, correct?
21        It's a typographical error for the publication.
22   Q.   Right.  Zhang (2019) included Hardell (2002),
23        Eriksson (2008), Orsi (2009), and then De Roos (2003)
24        and McDuffie (2001), which were earlier publications
25        that are later included in the Pahwa (2019) pooled
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1      analysis, correct?
2   A. Yes.
3   Q. Zhang (2019) did not include Cocco (2013),
4      Leon (2019), Pahwa (2019) or Meloni (2021), correct?
5   A. Yeah, that's right.
6   Q. Zhang (2019) didn't even include half the studies of
7      Roundup and NHL that were included in your
8      meta-analysis, true?
9          MR. HABERMAN:  Objection.
10         THE WITNESS:  Some -- yeah, they didn't
11     include some of the studies that I included 'cause
12     they weren't available yet.
13  BY MS. ROSS:
14  Q. Not the fault of the authors necessarily; it may have
15     just been based on what was available to them and when
16     it was available; is that fair?
17  A. Yeah.
18  Q. Sitting here today in 2022, there are many more
19     studies on Roundup and NHL than were included in
20     Zhang's meta-analysis, true?
21         MR. HABERMAN:  Objection.
22         THE WITNESS:  There are some, yeah.
23  BY MS. ROSS:
24  Q. Let's turn back to your discussion of Kabat (2021) in
25     your report.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   A. Sure.
2   Q. Overall -- if you go with me to page 13.
3   A. Okay.
4   Q. I'm sorry, I meant 14.
5   A. Okay.
6   Q. This is where we were before we went --
7   A. Okay.
8   Q. -- down our rabbit hole, fair?
9   A. Okay.
10  Q. Overall, you conclude the results of Kabat (2021) are
11     questionable and add little to the literature in the
12     area, correct?
13  A. Yes.
14  Q. You identify the weaknesses of this meta-analysis that
15     led you to that conclusion, right?
16  A. I'm sorry, can you say that again?
17  Q. Sure.  You identified the weaknesses in this
18     meta-analysis that led you to that conclusion,
19     correct?
20  A. Yes.  But again, the -- footnote that I said
21     earlier was that this is not -- this is not a critical
22     appraisal -- a detailed critical appraisal of these
23     systematic reviews and meta-analyses.
24         This was an overview -- this is a review of
25     reviews, not a systematic review of reviews, that I
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1      did to see which ones were up to date and which were
2      not.  An example is, is this study that we're talking
3      about right now.  I would have expected that
4      additional studies to have been included in it, and it
5      was not.  Same with the Boffetta study.
6          So, you know, a 2021 meta-analysis should
7      have included all the most recent data, which it does
8      not.  That was my intent, to find out if they were up
9      to date, and they were not.
10  Q. And you did include a fair amount of detail in your
11     expert report on your identification of the strengths
12     and weaknesses of these various studies, correct?
13  A. Some.
14  Q. "The most glaring drawback in this study were the
15     decisions for which estimate to include from
16     individual studies not being justified a priori with
17     related hypotheses."  Do you see that?
18  A. Yeah.
19  Q. It's a good thing to justify which estimates to
20     include from different studies in a meta-analyses
21     ahead of time, right?
22  A. It's -- it would be ideal, yes.
23  Q. Failing to justify which estimate to include from
24     individual studies a priori is a major drawback of the
25     meta-analysis.  You wrote that, true?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   A. It's a drawback of this meta-analysis.  It is not
2      generally a major drawback of all meta-analysis,
3      though.
4   Q. When conducting a meta-analyses, why is it important
5      to justify decisions for which estimate to include
6      from individual studies a priori?
7   A. So that estimates aren't cherry-picked.
8   Q. Meta-analyses are completely dependent on the data
9      that go into them, right?
10  A. Yes.
11  Q. If the round numbers are included from studies in a
12     meta-analysis, the meta-analysis likewise suffers,
13     true?
14  A. If it's only a -- yes, if it's only a single-effect
15     estimate.
16  Q. That --
17  A. This is why we do multiple-effect estimates in
18     meta-analysis.
19  Q. That's the junk in equals junk out concept that you
20     teach to your students, right?
21  A. No.
22  Q. What is different about that?
23  A. If you recall, I said junk in and junk out is mostly
24     associated with the methodological quality of the
25     study, not of the choice of the effect estimate.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  I see.  So when you're talking about junk in equals
2      junk out, you're talking about the selection of
3      studies overall, not the selection of a particular
4      estimate from a particular study; is that fair?
5  A.  Not the selection of the studies, but the quality of
6      those selected studies.
7  Q.  When you talk about junk in equals junk out, you're
8      talking about the quality of the studies going into a
9      meta-analysis, right?
10 A.  Yes.
11 Q.  You go on to say -- withdrawn.  If you'll go with me
12     to the previous page.
13 A.  Yeah, sure.
14 Q.  You state, "For ever exposure, they could not get an
15     ever exposure estimate from the AHS study, and instead
16     chose to use the unlagged relative risk from Q4 from
17     that study as an approximation for ever exposure.
18     This decision was questionable in my view, since it is
19     clearly an unjustifiable assumption."  Did I read that
20     correctly?
21 A.  Yeah.
22 Q.  When conducting a meta-analysis of Roundup and NHL,
23     why is it questionable in your view to use Q4 from AHS
24     for ever exposure?
25 A.  Oh, yeah.  I see.  Because that's not an ever

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      exposure.
2  Q.  If you're trying to measure ever exposure to Roundup
3      and NHL, Q4 from one -- from AHS is not actually a
4      measure of ever exposure, correct?
5  A.  No.  That's a -- that's the 4th quartile of cumulative
6      exposure.
7  Q.  Right.  So if you're trying to measure ever exposure
8      to glyphosate-based herbicides and NHL, Q4 from AHS,
9      which is a quartile of exposure, actually doesn't give
10     you ever exposure, correct?
11         MR. HABERMAN:  Objection.
12         THE WITNESS:  I think I already said it
13     didn't.  Yeah, it doesn't.  I mean, I'm sure Zhang
14     didn't give a justification for it, but I suspect they
15     chose it because it was the possible best estimate of
16     ever exposure in their view, but it's not -- it's not
17     explained.
18 BY MS. ROSS:
19 Q.  You reviewed the strengths and weaknesses of a
20     systematic review by Boffetta as well?
21 A.  Yeah.
22 Q.  That's at page 14?
23 A.  Yes.
24 Q.  And on page 15, you list some of the strengths of that
25     study.  Do you see that?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  I do.
2  Q.  A strength of Boffetta (2021) was that they used
3      updated data from Pahwa (2019), right?
4  A.  Yes.
5  Q.  Another strength of Boffetta was that they performed a
6      sensitivity analysis, correct?
7  A.  Yeah.
8  Q.  Another strength of Boffetta was that they performed
9      subgroup analyses, correct?
10 A.  Yes.
11 Q.  Another strength of Boffetta was that they examined
12     publication bias for the main analysis, true?
13 A.  Yes.
14 Q.  Another strength of Boffetta (2021) was that they used
15     the most fully adjusted data where available, right?
16 A.  Yes.
17 Q.  Page five of your report discusses the steps of how
18     you approached the question you were asked in this
19     case, right?
20 A.  Yes.
21 Q.  First, you summarized other systematic reviews and
22     meta-analyses, noting some of their strengths and
23     weaknesses, correct?
24 A.  Yes.
25 Q.  As you've stated already, that was not a systematic

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      review of systematic reviews; it was simply an
2      overview; is that fair?
3  A.  Yes.
4  Q.  Next you describe your methods for conducting your new
5      up-to-date systematic review and meta-analysis,
6      including very recent studies, correct?
7  A.  Yes.
8  Q.  Next you describe the results of your literature
9      review, including the individual studies you reviewed
10     in your meta-analysis, right?
11 A.  Yes.
12 Q.  Next you describe a critical appraisal of the original
13     articles on glyphosate-based herbicides and
14     non-Hodgkin's lymphoma, right?
15 A.  Yes.
16 Q.  You performed a formal risk of bias assessment in
17     which you evaluated the original articles on
18     glyphosate-based herbicides and NHL for bias, true?
19 A.  Yes.
20 Q.  There are various tools for conducting risk of bias of
21     assessment, right?
22 A.  Yes, there are.
23 Q.  You used MOOSE, which is M-O-O-S-E, correct?
24 A.  For the risk of bias assessment, no, no.  I used the
25     Ottawa-Newcastle criteria.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  Ah.  So I'll ask my question again.  You used the
2      Ottawa-Newcastle criteria for your risk of bias
3      assessment, correct?
4  A.  Yes.
5  Q.  Your -- withdrawn.  Your score included studies on
6      nine different metrics, right?
7  A.  Yes.
8  Q.  The higher a study scores, the lower the risk of bias,
9      true?
10 A.  Yeah, generally speaking.  You know, there's -- you've
11     obviously seen my slides from teaching the summer
12     session, is that -- and I believe that I say this in
13     the report at some point, that generally, yeah,
14     generally that is the case, yes, a higher score is a
15     better quality study or a less risk of bias study, but
16     all things aren't potentially equal.
17         If -- you know, there -- there's criteria
18     that are potentially more important than others, so
19     there could be a weighting.  But there's never been
20     anything in -- in our world of of -- of methodologic
21     development in clinical epidemiology and systematic
22     reviews to allow us to do that in a way that's
23     accurate, so we're left with scores, and that's kind
24     of how we have to deal with it.
25 Q.  That was a long answer.  I'm gonna break it up a

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      little bit, okay?
2  A.  Okay.
3  Q.  It is generally the case that a higher score is a
4      better quality study, correct?
5  A.  Yes.
6  Q.  9 out of 9 is the best possible score in a risk of
7      bias assessment, true?
8  A.  Yeah, that fulfilled those nine criteria, yes.
9  Q.  Zero out of 9 is the worst possible score on a risk of
10     bias assessment, true?
11 A.  Yeah.
12 Q.  You performed a number of meta-analyses in which you
13     included several very recent studies of Roundup and
14     NHL, right?
15 A.  Yes.
16 Q.  In your view, in answering the question of whether
17     glyphosate-based herbicides are associated with NHL,
18     is it better to look at studies individually or to
19     synthesize those studies into a meta-analysis?
20 A.  You should do both.
21 Q.  You should both look at individual studies and their
22     quality in assessing whether Roundup is associated
23     with NHL, and do a meta-analysis that looks at them
24     together; is that right?
25 A.  I'm sorry, I thought your question was associated with

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      the context of a systematic review.  Within a
2      systematic review, you should -- you should always
3      look at the individual studies, review their methods
4      and review their quality, as well as any other
5      potential drawbacks that are included in your risk of
6      bias criteria, in addition to performing a
7      meta-analysis as a part of that systematic review,
8      yes.
9  Q.  So I think my question was a little bit different.
10 A.  I think I might not have gotten it.
11 Q.  I'm gonna try to ask it again.  In answering the
12     ultimate question you were asked in this case, which
13     is are glyphosate-based herbicides associated with NHL
14     in humans --
15 A.  Yeah.
16 Q.  -- in your view, to answer that question, is it better
17     to look at studies individually or combine them into a
18     meta-analysis?
19 A.  I don't -- I'm not -- I don't understand your
20     question.
21 Q.  You think -- in your view, you should do both; is that
22     right?
23 A.  Well, because there is no better.
24 Q.  Okay.  How -- what of your -- of everything that you
25     did in your report

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Umm-hmm.
2  Q.  -- what is it that allows you to conclude that
3      Roundup is associated with non-Hodgkin's lymphoma?  Is
4      it the findings of individual studies, or is it the
5      various meta-analyses and sensitivity analyses that
6      you did?
7  A.  Well, a meta-analysis does both of those things.  A
8      systematic review and meta-analysis does both of those
9      things.  It looks at the individual studies because
10     they're weighted by their variance, by their -- how --
11     how specific the effect estimates are, and from that
12     you get a meta-analysis.  So you're taking the
13     individual studies and you're getting a summary effect
14     estimate across all of them.
15         The sensitivity analysis allow the -- the --
16     the -- the person doing the systematic review to be
17     able to determine whether or not the findings are
18     robust in the face of different decisions that are
19     made in the process of the meta-analysis, which is
20     what I -- you know, I attempted to do.  I say
21     attempted, but I did essentially all the sensitivity
22     analysis that could be done.
23 Q.  Okay.  I'm gonna break that up a little bit, okay?
24 A.  Yeah.
25 Q.  A systematic review and meta-analysis both looks at

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      individual studies, because they're weighted by their
 2      variance, and looks at an overall effect estimate,
 3      correct?
 4  A.  Yes.
 5  Q.  In a systematic review and meta-analysis, you're
 6      taking the individual studies and you're getting a
 7      summary effect estimate across all of them, right?
 8  A.  Yes.
 9  Q.  Sensitivity analyses allow the person doing the
10      systematic review to be able to determine whether or
11      not the findings are robust in the face of different
12      decisions made about what goes into the meta-analysis,
13      correct?
14  A.  Yeah.
15  Q.  You did a number of sensitivity analyses in your
16      meta-analysis, right?
17  A.  Yes.
18  Q.  In your view, did you do essentially all the
19      sensitivity analyses that could be done?
20  A.  I think so, yes.
21  Q.  I want to see if we can just get some clarity before
22      we draw into the details of your meta-analysis.
23  A.  Sure.
24  Q.  You -- the first -- so you did a meta-analysis of
25      ever use of glyphosate-based herbicides and NHL,
```

Joel J. Gagnier, Ph.D. N.Sc., B.A.

```
 1      correct?
 2  A.  Yes.
 3  Q.  You also did a meta-analysis and a series of
 4      sensitivity analyses of highest exposure to
 5      glyphosate-based herbicides and NHL, true?
 6  A.  Yes.
 7  Q.  The -- in your report, the first result you describe
 8      is the first meta-analysis you conducted, right?
 9  A.  It is.
10  Q.  You then performed a number of sensitivity analyses
11      after that, right?
12  A.  Yes.
13  Q.  You used the term "main analysis" in your report, and
14      I just want to make sure that I understand --
15  A.  Yeah.
16  Q.  -- what your main analysis is.  So does that make
17      sense to you?
18  A.  Yeah, it does.  I'm sorry that I'm -- I'm chuckling,
19      not because of your question, but just because there's
20      so many analyses that it's -- the -- saying main
21      analyses is -- is -- is not as specific as it should
22      be.
23  Q.  Right.  New question.
24  A.  I mean from me saying it, not from you saying it,
25      yeah.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  Q.  Is the first meta-analysis for -- you report in each
 2      category for ever use and highest use the main
 3      meta-analysis?
 4  A.  Not particularly, no.
 5  Q.  The --
 6  A.  I mean, the -- the -- in the process of doing the
 7      meta-analysis and the inclusion of studies, it's
 8      obvious that there was some -- there was some overlap,
 9      there were different effect estimates that were used,
10      so there is no one effect estimate that gives us the
11      answer.  It's looking at all of them together.
12  Q.  In your view, what is the main analysis that you
13      conducted for ever use of Roundup and NHL?
14  A.  There are several.
15  Q.  Okay.  Tell me what they are.
16  A.  Do you want to go into these in detail?
17  Q.  Right now, if you can just tell me -- so we're going
18      to need to go through each of your main analyses in
19      some more detail, and so I just want to, in the
20      interest of maybe not keeping you here until 10:00 at
21      night, make sure that we're going over what we need to
22      go over, and also not going over everything on the
23      planet.  Does that make sense to you?
24  A.  Yeah, yeah, yeah, absolutely.  And --
25  Q.  So maybe as a starting point, you can just tell me for
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      ever exposure to glyphosate-based herbicides and
 2      NHL --
 3  A.  Yeah.
 4  Q.  -- which is your main analysis that we should discuss.
 5      What figures is it captured in?
 6  A.  Before I answer that, could I -- I should have said as
 7      a -- as a footnote, that I do have family care that I
 8      have to get back to in Canada by 5:00 p.m.  I know it
 9      said until deposition was done, but I certainly can't
10      be here until 10:00 p.m. in the evening.
11  Q.  We will take that up as we -- as we can, so --
12  A.  Or we can secure an additional date if you wanted to
13      ask me additional questions if we don't finish today,
14      so that you know.
15  Q.  Good to know, and thank you for that heads-up.  We'll
16      discuss that at the next break and see --
17  A.  Sounds good.
18  Q.  -- what we can come up with.  In the meantime --
19  A.  So main analysis --
20  Q.  Yes.
21  A.  -- if we go to page 34 of my report.  You'll see
22      that it starts at the top, "Given the significant test
23      for statistical heterogeneity, and the fact that I
24      could not determine variables to explain this
25      heterogeneity" -- that's at the top of page 34 -- "I
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1    ran an inverse variance random effects model" --
 2    which you're supposed to do when you cannot explain
 3    heterogeneity.  So that would be the -- the first of
 4    the main analyses, which is reported in Figure 3.
 5  Q. Figure 3 is the first of your main analyses for ever
 6    exposure to Roundup and NHL?
 7  A. Yeah.  And I -- you know, I use a different term
 8    instead of "main."  I would say those are the -- those
 9    are the final analyses in a -- in a group.
10  Q. Okay.
11  A. So fixed effects and then random effects.  I didn't
12    always have to run a random effects model, because
13    sometimes the fixed effects model seemed to be
14    sufficient statistically speaking.  But in this case,
15    I needed to run a random effects model.
16       So Figure 3 is one, and then I did a
17    sensitivity analysis.  Well, I guess maybe you should
18    tell me what it -- what it is that you want to go
19    through.
20  Q. So right now I'm just trying to figure out the scope
21    of what all figures we need to go through, because --
22  A. Okay.
23  Q. -- there are a number in your report.
24  A. I understand.
25  Q. So for your ever/never assessment of glyphosate-based
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1    herbicides and NHL, if we went through Figure 3, would
 2    that be adequate to capture your main analysis?
 3  A. Figure 3.  Let's see here.  I got -- and -- Figure 3
 4    and Figure 4.  I'm not gonna indicate every single
 5    figure for you here.  Figure 4 because -- because of
 6    the lack of specificity associated with the hazards
 7    ratio from Leon, so I had to remove Leon for that
 8    analysis.
 9  Q. Got it.  And for highest exposure, if we went through
10    Figure 5, would that be sufficient to capture your
11    main analysis of highest exposure?
12  A. No, because of -- there was significant statistical
13    heterogeneity, so it's Figure 7.
14  Q. Now, on that point, I think there's a numbering
15    error --
16  A. Yeah.
17  Q. -- in your report, and we might just fix that now so
18    that we don't get confused later.
19  A. Yeah, I was going to say that.
20  Q. So on the bottom of page 35, you identify Figure 5,
21    and then the actual figure is on the following page,
22    right?
23  A. Yes.
24  Q. Then there's Figure 6 on page 36, right?
25  A. Yep.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  Q. On page 37, there are two figures.  Should those be
 2    listed as Figure 7 and then Figure 8?
 3  A. Yes.
 4  Q. So why don't you, on the exhibit, cross out Figure 5
 5    and write Figure 7 next to what should be Figure 7.
 6  A. Make sure that's in there.  Expert analysis, yes.
 7    Yeah, that's right.
 8  Q. And cross out Figure 6 on page 37 and write
 9    Figure 8 --
10  A. Yeah.
11  Q. -- just on that, right?
12  A. Yeah, that's right.
13  Q. So then on page 38, should we cross out Figure 7 and
14    write Figure 9?
15  A. Yep.
16  Q. And on page 39, should we cross out Figure 8 and the
17    write Figure 10?
18  A. Umm-hmm.
19  Q. Page 40 has Figures 11 and 12 and not 9 and 10, right?
20  A. Yep.
21  Q. Page 41 has Figures 13 and 14, correct?
22  A. Yes.
23  Q. For completeness, should we just go through the rest
24    of the pages, too?
25  A. Yeah.  I'm just -- yeah, I just --
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  Q. Okay.
 2  A. -- corrected them now.
 3  Q. So page 43 has Figure 15, right?
 4  A. I think the -- the -- oh, yeah.  Yes.
 5  Q. Page 44 has Figure 16?
 6  A. Yep.  45 has Figure 18.
 7  Q. Or 17, I think?
 8  A. 17.  Yep, 17 and 18, yeah, Figure.
 9  Q. Yeah.  And I think that's it.  Does that sound right
10    to you?
11  A. Yeah.  And then there's a gray table.  Or excuse me.
12    There is a -- there's two more on page 48.
13  Q. Ah.  You're right.  So page 48 has Figures 19 and 20,
14    correct?
15  A. Yes.  Okay.
16  Q. Okay.
17  A. There we go.
18  Q. Shall we go back to my question?
19  A. Yes.  So we already said that it's --
20  Q. Sorry.  So the record's clear, 'cause no one will have
21    any idea what the question was, let me repeat it,
22    okay?
23  A. Okay.
24  Q. For highest exposure, what figures contain the main
25    analyses that we should talk about?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Okay.  Figure 7 -- I mean, it's -- you know, it's a
2      table, but it's -- it's -- yeah, Figure -- Figure 7
3      and 8, they're saying -- they're both saying the
4      same thing, and you're gonna see that repeatedly.
5      One is the table and one is just the -- the -- the
6      forest plot.  The sensitivity analyses here.  So the
7      newly labeled Figure 9 and 10.  Yeah, the cumulative
8      analysis as well.
9  Q.  The cumulative analysis is not reported in any figure,
10     correct?
11  A.  The cumulative exposure data from Meloni instead of
12     the frequency of exposure data, yeah, is reported in
13     Figures 11 and 12.
14  Q.  Figures 11 and 12 use the cumulative exposure data
15     from Meloni, but not the cumulative exposure data from
16     Pahwa, correct?
17  A.  Well, the -- the highest level exposure data in Meloni
18     was reported in two different ways, which is why I
19     call it cumulative from Meloni, so it's -- yeah.
20  Q.  So I think in the interest of --
21  A.  But we can still use --
22  Q.  -- getting you out of here, you know, in a relatively
23     reasonable time frame, tell me what figures we can
24     limit our discussion to in order to actually capture
25     the substance of your opinions and your main analyses

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1     of ever exposure to Roundup and NHL and highest
2     exposure.
3  A.  Figures 13 and 14 as well, the new -- newly labeled
4     ones.  And that's going to be it.
5  Q.  So you're saying we need to go through Figures 3, 4,
6     7, 8, 9, 10, 13 and 14?
7  A.  I believe so, yes.
8  Q.  Okay.  Tell you what --
9  A.  But --
10  Q.  -- we'll talk about some of the figures and see where
11     we get to.  Is that fair?
12  A.  Yeah.
13  Q.  And we'll come back to --
14  A.  I mean, suffice it to say that -- I don't think the
15     conversation needs to be -- you know, we don't have to
16     talk a whole lot about them because there's a whole
17     lot of redundancy.  There's just minor differences.
18  Q.  Okay.  So let's come back to that in a little while,
19     okay?
20  A.  Okay.
21        MR. HABERMAN:  Let's also take a quick break.
22     We've been going for a little while.
23        THE WITNESS:  Oh, yeah.
24        MS. ROSS:  How are you doing, Dr. Gagnier?
25        THE WITNESS:  Yeah, I'm okay.  Thank you.  How

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1     is everybody else?
2        THE VIDEOGRAPHER:  Going off the record at
3     11:30 a.m.
4        (There was a recess taken.)
5        THE VIDEOGRAPHER:  We're back on the record at
6     11:43 a.m.
7  BY MS. ROSS:
8  Q.  Dr. Gagnier, you also explored whether there was
9     evidence for publication bias in the literature on
10     glyphosate-based herbicides and non-Hodgkin's
11     lymphoma, correct?
12  A.  Correct.
13  Q.  You then describe GRADE assessment, which is capital
14     G-R-A-D-E, correct?
15  A.  Yes.
16  Q.  GRADE is a tool for assessing the quality of studies
17     included in the meta-analysis, correct?
18  A.  Evaluating the body of the evidence included in the
19     meta-analysis, yes.
20  Q.  I'd like to discuss the Risk of Bias Assessment that
21     you conducted, okay?
22  A.  Okay.
23  Q.  If you'll go with me to page 36 of your report.
24  A.  Sure.  Okay.
25  Q.  Here you lay out the findings of your Risk of Bias

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1     Assessment, correct?
2  A.  Yes.
3  Q.  Table 1 of your report is on the following page --
4  A.  Yeah.
5  Q.  -- correct?
6  A.  Umm-hmm.
7  Q.  Table 1 of your report summarizes your Risk of Bias
8     Assessment for case-control studies, right?
9  A.  Yes.
10  Q.  Table 2 of your report summarizes your Risk of Bias
11     Assessment for cohorts studies, right?
12  A.  Yes.
13  Q.  Table 3 summarizes your Risk of Bias Assessment for
14     pooled analyses, correct?
15  A.  Yes.
16  Q.  You evaluated the studies of glyphosate-based
17     herbicides and non-Hodgkin's lymphoma according to
18     their risk of bias, right?
19  A.  Yes.
20  Q.  On page 46, if you'll turn back there with me.
21  A.  Umm-hmm.
22  Q.  You state, "Three studies were considered at low risk
23     of bias, greater than 70 percent of items fulfilled,
24     four studies of moderate risk of bias" --
25  A.  Yes.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  -- "between 40 and 69 percent of items fulfilled,"
2      correct?
3  A.  Yes.
4  Q.  "One study at high risk of bias, under 40 percent of
5      items fulfilled," right?
6  A.  Yeah.
7  Q.  You rated three studies as having low risk of bias,
8      true?
9  A.  Yes.
10 Q.  Those were the Eriksson (2008) study, correct?
11 A.  Yes.
12 Q.  The Andreotti (2018) study, right?
13 A.  Yes.
14 Q.  And Pahwa (2019), correct?
15 A.  Yes.
16 Q.  Eriksson (2008) scored 7 out of 9?
17 A.  Yeah.
18 Q.  That was low risk of bias in your assessment, correct?
19 A.  Yeah.
20 Q.  Table 1 of your report identifies the measures on
21     which you assessed Eriksson for risk of bias, right?
22 A.  Yeah.
23 Q.  Eriksson (2008) controlled for other pesticides,
24     correct?
25 A.  Yes.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  That Eriksson (2008) controlled for other pesticides
2      is one reason it had a lower risk of bias, true?
3  A.  Well, it fulfilled that criteria, yes.
4  Q.  We talked about this a little bit before in general
5      with regard to confounders.  Do you recall that?
6  A.  Yep.
7  Q.  Controlling for other pesticides tries to tease out
8      the risk for one product as opposed to whether
9      multiple products combined could be influencing the
10     result, true?
11 A.  Yeah.
12 Q.  Controlling for other pesticides when you can is a
13     good thing to do, right?
14 A.  Yes, if you have reason to suspect that it is a
15     confounder.
16 Q.  Controlling helps you tease out if the observed effect
17     is due to glyphosate or to something else, correct?
18 A.  Yes.
19 Q.  Other pesticides are one example of the confounders we
20     talked about before that can muddy a relationship
21     between the exposure you're interested in and an
22     outcome like cancer, true?
23 A.  Yeah.  It -- they could act as -- as effect modifier
24     as -- as well, meaning have cumulative effects
25     together with other products.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  You don't have any opinions one way or the other --
2  A.  No.
3  Q.  -- whether any other pesticide -- so --
4  A.  No.
5  Q.  -- let me -- let me finish my question, and then
6      I'll -- okay.  I'm correct that you do not have any
7      opinion one way or the other as to whether any
8      pesticide other than glyphosate is an effect modifier
9      or a confounder in the relationship between glyphosate
10     and non-Hodgkin's lymphoma, true?
11 A.  That's correct.
12 Q.  Andreotti (2018) scored 8 of 9 in your Risk of Bias
13     Assessment, right?
14 A.  Yes.
15 Q.  Andreotti (2018) had a low risk of bias in your
16     assessment, true?
17 A.  Yes.
18 Q.  And Table 2 of your report identifies the measures on
19     which you assessed Andreotti for risk of bias,
20     correct?
21 A.  Yes.
22 Q.  Andreotti (2018) has the lowest risk of bias of any
23     study in the published literature of Roundup and NHL,
24     correct?
25 A.  Yes, it does.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  Walk us through of Risk of Bias Assessment for
2      Andreotti (2018).  Let's start with the first
3      criteria, Representativeness of the Exposed Cohort.
4      What does that mean?
5  A.  What does it mean?
6  Q.  Yes.
7  A.  What does the --
8  Q.  So what does the -- first risk of bias item you
9      list is Representativeness of Exposed Cohort, true?
10 A.  Right.  Yeah, it means that is that a sample that's
11     reasonable to use to explore this cause-and-effect
12     association.
13 Q.  So representativeness means is the sample you're using
14     in an individual study reasonable to explore the
15     relationship that you're interested in, correct?
16 A.  Yes.
17 Q.  The second criteria you list is Selection of
18     Nonexposed Cohort, right?
19 A.  Yes.
20 Q.  Andreotti scored 1 on that as well?
21 A.  Yeah.
22 Q.  The next category you list is Ascertainment of
23     Exposure, correct?
24 A.  Yes.
25 Q.  What does Ascertainment of Exposure mean?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   A.   It means the method by which they determined if

2        someone was exposed to the pesticide in question or

3        the pesticide in question or not.

4   Q.   And Andreotti scored 1 point for Ascertainment of

5        Exposure in your assessment, correct?

6   A.   Yes.  It did a good job at looking at exposure.

7   Q.   Andreotti (2018) did a good job of looking at exposure

8        for the outcome of interest here, which was

9        non-Hodgkin's lymphoma, and the exposure of interest,

10       which is glyphosate-based herbicides; is that right?

11  A.   That -- that question is only related to the exposure,

12       so yes, just the exposure.

13  Q.   Okay.  The next category you list is Demonstration of

14       Outcome of Interest Was Not Present At Start of The

15       Study, right?

16  A.   Yes.

17  Q.   Andreotti did that as well, correct?

18  A.   Umm-hmm.

19  Q.   The next item you list is Comparability of Cohorts,

20       true?

21  A.   Yes.

22  Q.   Andreotti scored a point for that as well, correct?

23  A.   Yeah.

24  Q.   Then you talk about Assessment of Outcome, right?

25  A.   Umm-hmm.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   Q.   Andreotti scored one point for Assessment of Outcome,

2        correct?

3   A.   Yes.

4   Q.   Then there's, Was Follow-Up Long Enough For Outcomes

5        to Occur, correct?

6   A.   Yep.

7   Q.   Andreotti scored one point for that, true?

8   A.   Yes, I believe so.

9   Q.   You scored -- you -- you indicated that Andreotti

10       didn't get a point for adequacy of follow-up?

11  A.   Yes.

12  Q.   What do you mean by that?

13  A.   Well, there was a good proportion of the sample that

14       didn't have long follow -- didn't have a sufficiently

15       long follow-up.  It's a prospective study, so it's to

16       be expected that that is the case.  It doesn't mean

17       it's okay, but it's just the case that there wasn't

18       long follow-up for a proportion of the included

19       participants.

20  Q.   I see.  So your criticism of the Agricultural Health

21       Study is that for a proportion of included

22       participants, there wasn't long enough follow-up,

23       correct?

24  A.   Yeah, that's correct.

25  Q.   Do you have any other criticisms of the Agricultural

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1        Health Study?

2   A.   Not at this moment, no.

3   Q.   Sitting here today, as you've prepared your opinions

4        in this case, you don't have any criticisms of the

5        Agricultural Health Study other than that follow-up

6        was not long enough for a proportion of the

7        participants, correct?

8   A.   That's the main drawback, yes.

9   Q.   What are other drawbacks of the Agricultural Health

10       Study that you intend to tell the jury about?

11  A.   I'm not intending on telling the jury about any

12       additional drawbacks of that particular study, but as

13       far as my Risk of Bias Assessment goes, adequacy of

14       follow-up was the -- was the one drawback.

15  Q.   Okay.  So sitting here today, the drawback of AHS that

16       you would discuss with the jury is that the follow-up

17       was inadequate for a proportion of the participants,

18       right?

19  A.   I suppose, yes.

20  Q.   Pahwa (2019) scored 7 out of 9 on your Risk of Bias

21       Assessment, correct?

22  A.   Yes.

23  Q.   Table 3 identifies the measures on which you assessed

24       Pahwa, true?

25  A.   Yes.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   Q.   What are the strengths of Pahwa (2019), in your view?

2   A.   First of all, it was a pooled project, so -- I mean,

3        that in and of itself is a -- is a strength of the

4        study, 'cause it uses individual patient data, so --

5        which is different than a -- you know, different than

6        a aggregate patient data level meta-analysis.

7             So it looked at individual values from

8        individual subjects across all of these separate

9        studies.  So the selection of the studies was a strong

10       point for it.

11            It used appropriate pooling methods, so the

12       meta-analytic methods it used were good.  Well, I

13       mean, you can see some of the other sort of -- the --

14       the list of reasons why the -- why the Pahwa study was

15       considered to be good.  They were quite careful with

16       their analyses.  Yeah.  I'm not sure what detail you

17       want to go into, but I can.

18  Q.   If it helps guide the conversation, let's go to

19       page 30 of your report, okay?

20  A.   Sure.

21  Q.   At the top of this page, you report on some of the

22       strengths of Pahwa, and then you get into the Meloni

23       study --

24  A.   Yeah.

25  Q.   -- later down.  Do you see that?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  I do.

2  Q.  One strength of Pahwa was the way that they did their

3      pooled analysis, correct?

4  A.  Yeah.

5  Q.  Another strength of Pahwa was that they included

6      sensitivity assessments, true?

7  A.  Yes.

8  Q.  Another strength of Pahwa was that they included

9      dose- and exposure-response assessments, right?

10 A.  Yeah.

11 Q.  Pahwa also had a large sample size, and that was a

12     strength of the study, correct?

13 A.  Yeah.

14 Q.  One strength of Pahwa (2019) was that the study

15     adjusted for other pesticides, correct?

16 A.  Yes.

17 Q.  Studies with the lowest risk of bias in your

18     assessment are the ones we just talked through, right?

19     Eriksson (2008), Andreotti (2018), and Pahwa (2019),

20     right?

21 A.  Yes.

22 Q.  You then assessed four studies as having moderate risk

23     of bias, right?

24 A.  Umm-hmm.

25 Q.  Hardell (2002) had a moderate risk of bias, true?

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Yes.

2  Q.  If you'll turn back to the tables on page 47, that

3      might make it easier.

4  A.  Okay.

5  Q.  And I see that you're already there.  New question.

6      One strength of Hardell (2002) was that it controlled

7      for other pesticides, right?

8  A.  Yes.

9  Q.  Orsi (2009) scored 5 out of 9 on your Risk of Bias

10     Assessment, right?

11 A.  Yeah.

12 Q.  Orsi (2009) had a moderate risk of bias, true?

13 A.  Yes.

14 Q.  Orsi (2009) did not control for other pesticides,

15     right?

16 A.  That's right.

17 Q.  Leon (2019) scored 5 out of 9 on your assessment,

18     correct?

19 A.  Yeah.

20 Q.  Leon (2019) a was moderate risk of bias study,

21     correct?

22 A.  Yeah.

23 Q.  Meloni (2021) scored 2 out of 9 in your assessment,

24     correct?

25 A.  Yes.

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  Meloni (2021) is a high risk of bias assessment study,

2      correct?

3  A.  Yes.

4  Q.  Meloni (2021) did not control for other pesticides,

5      right?

6  A.  That's right.

7  Q.  That was one weakness of Meloni (2021), true?

8  A.  Yes.

9  Q.  Meloni (2021) had the highest risk of bias of any

10     study you assessed, right?

11 A.  It did.

12 Q.  I'd like to talk about some of these individual

13     studies now, okay?

14 A.  Okay.

15         GAGNIER EXHIBIT 9

16         Gabriella Andreotti 2018 Paper

17         Glyphosate Use and Cancer Incidence

18         in the Agriculture Health Study

19         WAS MARKED BY THE REPORTER

20         FOR IDENTIFICATION

21 BY MS. ROSS:

22 Q.  I'm marking as Exhibit 9 to your deposition

23     Andreotti (2018).  This is the study that you cited in

24     your expert report and evaluated?

25 A.  Yes, it is.

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  Andreotti (2018) was published in JNCI, the Journal of

2      the National Cancer Institute, correct?

3  A.  Yes.

4  Q.  Do you see the affiliations of the authors on

5      Andreotti (2018)?

6  A.  I do.

7  Q.  Could you take a moment just to look at some of those

8      yourself?  I don't think we need to read them out

9      loud.

10 A.  Yeah, sure.  Okay.  Yeah, I've looked at them before.

11 Q.  There are researchers who have spent their

12     professional lives studying whether pesticides

13     increase the risk of cancer, right?

14         MR. HABERMAN:  Objection.

15         THE WITNESS:  I'm not sure of all of their

16     individual professional backgrounds and the details of

17     them.

18 BY MS. ROSS:

19 Q.  You have not spent your professional life evaluating

20     whether pesticides are associated with cancer,

21     correct?

22 A.  That's correct.

23 Q.  Do you agree that the authors of the Agricultural

24     Health Study made reasonable decisions in what to

25     adjust for in their analyses?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.   Did they make reasonable decisions about the variables
 2        that they chose to adjust for in their analyses?
 3        That's the question?
 4   Q.   That's the question.
 5   A.   I don't think that the variables they chose were
 6        unreasonable but, again, you know, I'm not an expert
 7        in all the potential confounders or effect modifiers
 8        for this cause-and-effect relationship.
 9   Q.   Would you defer to the authors of the Agricultural
10        Health Study on what pesticides have been associated
11        with cancer?
12             MR. HABERMAN:  Objection.
13             THE WITNESS:  As to what?
14   BY MS. ROSS:
15   Q.   Would you defer to the authors of the Agricultural
16        Health Study as to what pesticides have been
17        associated with cancer?
18   A.   I can only comment on this study specifically and on
19        what's done within this study.  The authors of the
20        Agricultural Health Study may well be and may not be.
21        Some may not be.  I'm not entirely certain.  I didn't
22        do my homework on -- on all of the authors, so -- we
23        can talk about this study.
24   Q.   Okay.  So talking specifically about this study --
25   A.   Umm-hmm.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.   -- would you defer to the authors of Andreotti (2018)
 2        on what pesticides have been associated with NHL in
 3        their study?
 4   A.   I -- I would trust the data that's reported.
 5   Q.   Is that true in general, that those who have published
 6        epidemiologic studies on pesticides and non-Hodgkin's
 7        lymphoma know more about what pesticides cause cancer
 8        than you do?
 9             MR. HABERMAN:  Objection.
10             THE WITNESS:  I don't know.
11   BY MS. ROSS:
12   Q.   Andreotti (2018) contains the most up-to-date
13        published information data of the Agricultural Health
14        Study for Roundup and NHL, true?
15   A.   I believe so.  I checked again a couple days ago, and
16        I think so.
17   Q.   Sitting here today, you're not aware of any newer data
18        on Roundup and NHL out of the Agricultural Health
19        Study, right?
20   A.   I'm not.
21   Q.   I want to just kind of set the stage as to some of the
22        basics of this, and feel free to refer to the abstract
23        or the text of the paper as you need to, okay?
24   A.   Okay.
25   Q.   AHS was a study over 54,000 pesticide applicators,
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        right?
 2   A.   Yes.
 3   Q.   AHS included 44,932 people who used formulated
 4        glyphosate, true?
 5   A.   Yes.
 6   Q.   At the beginning of the study, all 54,000 applicators
 7        filled out a survey on what pesticides they used,
 8        right?
 9   A.   Yes.
10   Q.   At enrollment, AHS participants reported the number of
11        years and days per year they used Roundup, right?
12   A.   Yes.
13   Q.   That helps.
14   A.   Yeah.
15   Q.   New question.  AHS participants were also asked about
16        other pesticide use, true?
17   A.   Yes.
18   Q.   AHS participants were asked about lifetime use; that
19        is, whether they ever used glyphosate-based
20        herbicides, true?
21   A.   Yeah.
22   Q.   The 54,000 applicators were also asked specifics about
23        how they used glyphosate-based herbicides and other
24        pesticides, right?
25   A.   You mean at baseline?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.   At baseline, yes.
 2   A.   Yes.
 3   Q.   At baseline, applicators in the Agricultural Health
 4        Study were asked if they mixed or just applied
 5        pesticides, right?
 6   A.   Yes.
 7   Q.   Did they repair pesticide-related equipment, true?
 8   A.   Yes.
 9   Q.   Did they use protective equipment?
10   A.   Yep.
11   Q.   How they applied pesticides?
12   A.   Yeah.
13   Q.   As we discussed earlier, you scored AHS positively for
14        ascertainment of exposure, correct?
15   A.   Yeah.
16   Q.   You do not have any criticisms of how AHS asked those
17        54,000 farmers at baseline about their pesticide use,
18        right?
19   A.   That's correct.
20   Q.   Applicators were filling out this questionnaire when
21        they were applying for a renewal of their license,
22        right?
23   A.   Yes.
24   Q.   You would expect licensed pesticide applicators to
25        have a reasonable idea of what pesticides they used,
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      right?
 2              MR. HABERMAN:  Objection.
 3              THE WITNESS:  Yeah.  I mean, I -- I guess so.
 4              MR. HABERMAN:  Out -- out of scope.
 5   BY MS. ROSS:
 6   Q.  Can you name --
 7              MR. HABERMAN:  You're asking him -- you're
 8      asking him to speculate.
 9              MS. ROSS:  He's here as an expert, Counsel,
10      and if you would limit your objections to form, I
11      would greatly appreciate it.
12              MR. HABERMAN:  So you're asking questions that
13      are beyond --
14              MS. ROSS:  I'm asking --
15              MR. HABERMAN:  -- his --
16              MS. ROSS:  -- your expert about a study that
17      he relied on and commented on extensively in his
18      report, and he can answer my questions and ask for
19      clarification if he needs them.  I would appreciate it
20      if you did not add commentary to that.
21   BY MS. ROSS:
22   Q.  New question.  Can you name any other study of Roundup
23      and NHL that contained more detail on how applicators
24      applied Roundup, Dr. Gagnier?
25   A.  Of the studies that I reviewed, no.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.  Is there any study you did not review that you're
 2      aware of that included more information?
 3   A.  If I didn't review it, I'm not aware of it.
 4   Q.  The outcome of interest in Andreotti (2018) was
 5      cancer, correct?
 6   A.  Yes.
 7   Q.  Andreotti (2018) used cancer registries to assess
 8      whether someone had cancer, right?
 9   A.  Yes.
10   Q.  AHS did not rely on questionnaires to determine
11      whether or not someone had cancer; that information
12      was captured regardless of whether they filled out a
13      follow-up questionnaire, true?
14   A.  Yes.
15   Q.  When it comes to assessing cancer outcomes, AHS did
16      not lose patients to follow-up if they didn't fill out
17      the follow-up questionnaire, right?
18   A.  For cancer outcomes?
19   Q.  For cancer outcomes, correct?
20   A.  Yes.
21   Q.  It would be misleading to describe AHS as having lost
22      37 percent of participants to follow-up for the
23      outcome of interest, right?
24   Q.  Can you ask that again?
25   Q.  It would be misleading to describe AHS as having lost
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      30 percent -- withdrawn.  New question.
 2              It would be misleading to describe AHS
 3      as having lost 37 percent of participants to
 4      follow-up with respect to the outcome of interest,
 5      right?
 6   A.  With respect to the outcome of interest.  You mean
 7      specifically with respect to the diagnosis of
 8      non-Hodgkin's lymphoma?
 9   Q.  I mean with respect to any outcome of interest, which
10      was cancer in the study.  Not just non-Hodgkin's
11      lymphoma, but any other cancer was also tracked using
12      cancer registries, correct?
13   A.  Well, they were specifically looking at lymphoid
14      malignancies, so the --
15   Q.  The title of this paper is "Glyphosate Use and Cancer
16      Incidence in the Agricultural Health Study," right?
17   A.  Right.
18   Q.  And Table 2 of Andreotti (2018) walks through cancer
19      incidence in relation to intensity-weighted
20      lifetime-days of glyphosate use.  Do you see that?
21   A.  Yes.
22   Q.  It begins with all cancers, right?
23   A.  Yes, it does.
24   Q.  Then they go on to oral cavity cancer, correct?
25   A.  Yeah.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.  Follow by colon, rectum, pancreas, lung, melanoma,
 2      prostate, testicular and bladder cancer, true?
 3   A.  Yes, yes.
 4   Q.  Then the authors of Andreotti (2018) go on to discuss
 5      lymphohematopoietic cancers generally, and then
 6      specific --
 7   A.  Yeah, yeah.
 8   Q.  -- lymphomas in particular, correct?
 9   A.  Yes.  Yes, they do.  I'm sorry.  So the -- I mean, the
10      question of -- of whether or not -- I'm trying to be
11      careful about how I answer this, because the drop --
12      the lack of follow-up is associated with -- is
13      associated with collecting additional data, not just
14      cancer diagnosis in these patients.
15   Q.  The lack of follow-up has to do with additional
16      exposure data --
17   A.  That's right.
18   Q.  -- correct?
19   A.  Yeah.
20   Q.  AHS did use a follow-up phone interview approximately
21      five years after enrollment, correct?
22   A.  Yeah.
23   Q.  63 percent of participants completed the follow-up
24      questionnaire, true?
25   A.  Yes.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  For 37 percent of participants, a data-driven multiple
2      imputation procedure was used?
3  A.  Yeah, that's right.
4  Q.  You do not claim expertise in imputation methods, as
5      you are not a biostatistician, correct?
6  A.  That's correct.
7  Q.  AHS did have data as to whether or not someone had
8      been diagnosed with cancer for the entire cohort
9      because that was based on registries, and not their
10     follow-up questionnaire, correct?
11  A.  Yes.
12  Q.  It would be misleading as describing AHS as having
13     lost 37 percent of participants to follow-up with
14     respect to the cancer of interest, true?
15  A.  Well, with respect to -- yeah, with respect to cancer
16     designation, of course.  They're -- they're -- they're
17     done via registries.  But that's not the question that
18     they're asking in -- in this study.
19         They're asking about an association, so
20     it's, again, an association.  You also need the
21     exposure.  So therefore, they're missing 30 -- 37
22     percent of the exposure data.
23         And I -- and -- and without me being an
24     expert in imputation -- I mean, I knew we were gonna
25     talk about it at some point.  I mean, it really has no

Golkow Litigation Services     Page 153

1     bearing upon my -- my opinion associated with the
2     study, 'cause I'm not the only one who talks about the
3     problems of imputation of this.  Well-known
4     statisticians have.  So it's -- it's not me just
5     saying it.
6  Q.  Imputation is a method by which you take information
7     that you have about participants and try to predict
8     for participants where you have missing data what
9     their information would be.  Is that fair, in the
10     simplest of terms?
11  A.  Yeah, generally that's what's done, yeah.
12  Q.  In long-term prospective cohort studies, there will be
13     some people that are lost to follow-up, say if you're
14     reassessing exposures of interest in studies?
15  A.  It's common to have some lost to follow-up, yeah.
16  Q.  And it is also common in many large prospective cohort
17     studies, such as the Framingham study, to use a
18     multiple imputation method to predict answers for
19     folks for whom you are missing data, right?
20  A.  Yeah.  Except Framingham did it right.
21  Q.  Multiple imputation is outside of your expertise,
22     right?
23  A.  Yeah.
24  Q.  Tell me what your criticisms are of the multiple you
25     imputation method in the Agricultural Health Study?

Golkow Litigation Services     Page 154

1  A.  They didn't use the suspected outcome as part of their
2     simulation process for the imputation.  I'm not an
3     expert in this.  This is described by others in the
4     literature.  I could send you some exhibits later, if
5     you like.
6  Q.  Are you aware that the authors of the Agricultural
7     Health Study ran a number of sensitivity analyses to
8     see whether it made any difference to the answers --
9  A.  Yes.
10  Q.  -- that they got from their data?
11  A.  Yes, they did.  And they -- and they didn't think that
12     it did.  They didn't think the -- the imputation
13     method had any potential bias associated with the
14     outcomes.
15  Q.  Did you see any evidence, in reviewing their
16     sensitivity analyses, that the imputation method had
17     bias associated with the outcomes?
18  A.  We don't know, unless another imputation method was
19     tested against it.
20  Q.  So sitting here today, you don't have any evidence
21     that the imputation method that the AHS authors used
22     actually biased their outcomes?
23  A.  No.  But as far as I know, there's been nothing
24     published on that.
25  Q.  If you'll turn with me to Table 2 in Andreotti (2018).

Golkow Litigation Services     Page 155

1     We were here just a minute ago.
2  A.  Yeah.
3  Q.  And the results for non-Hodgkin's lymphoma are on
4     page 513, which is the second page of this table; is
5     that right?
6  A.  Yes.
7  Q.  The relative risks for non-Hodgkin's lymphoma overall
8     are given in Table 2.  Do you see that?
9  A.  Yes.
10  Q.  For Q1, the relative risk was .83, with a 95 percent
11     confidence interval of .59 to 1.18, right?
12  A.  For Q3, yes.
13  Q.  For Q1, which is starting at the beginning?
14  A.  Yes, okay.
15  Q.  For the Q2, the second quartile, the relative risk was
16     .83?
17  A.  Yes.
18  Q.  And the 95 percent confidence interval was .61 to
19     1.18, right?
20  A.  Yes.
21  Q.  For Q3 --
22  A.  Umm-hmm.
23  Q.  -- the relative risk was .88, right?
24  A.  Yes.
25  Q.  The 95 percent confidence interval, .65 to 1.19,

Golkow Litigation Services     Page 156

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      right?
 2  A.  Yes.
 3  Q.  For Q4 --
 4  A.  Umm-hmm.
 5  Q.  -- the relative risk was .87, right?
 6  A.  Yes.
 7  Q.  The 95 percent confidence interval, 64 to 1.2,
 8      correct?
 9  A.  Yeah.
10  Q.  Does that mean that using glyphosate-based herbicides
11      decreased NHL risk by 13 percent in Q4?
12  A.  No.  The confidence interval is almost perfectly
13      centered around -- not perfectly, but it's fairly
14      evenly distributed across the odds -- an odds ratio
15      of -- excuse me -- in this case, a relative risk of 1,
16      which means there's no effect.
17  Q.  If the confidence interval includes 1.0, we cannot say
18      that there is a difference between exposed and
19      non-exposed, correct?
20  A.  If it's relatively evenly distributed across 1 or
21      significantly crosses 1, then yes.
22  Q.  Confidence intervals are important because, while two
23      numbers can be different, statistics are used to say
24      whether the numbers are truly different, right?
25          MR. HABERMAN:  Objection.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1          THE WITNESS:  No.  A confidence interval is
 2      an -- a confidence interval is a theoretical estimate
 3      of, if you had repeated the estimate 100 times, that
 4      95 percent of the time, the true estimate would lie
 5      in that interval.  It's a -- it's -- believe me, it's
 6      an odd definition, but it's a statistician's
 7      definition.
 8  BY MS. ROSS:
 9  Q.  As we're looking at the number of cases included here,
10      we talked earlier about the importance of number of
11      events of NHL and study size.  Do you recall that?
12  A.  Yes.
13  Q.  The Agricultural Health Study included 550 cases of
14      NHL overall --
15  A.  Yeah.
16  Q.  -- right?
17  A.  Yes.
18  Q.  440 of those were exposed to glyphosate-based
19      herbicides, true?
20  A.  I believe so, yeah.
21  Q.  You could count them up in Table 2, but if it --
22  A.  No, I read it.
23  Q.  Okay.  I think page 511 gives the number, too.  Yeah.
24      So N equals 448 exposed cases.  Do you see that?
25  A.  Yeah, I do.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  Q.  There were 111 exposed cases in the 4th quartile, in
 2      Q4, correct?
 3  A.  Yes.
 4  Q.  Do you see that under the main results for
 5      non-Hodgkin's lymphoma, two down there's CLL, chronic
 6      lymphocytic leukemia, or small lymphocytic lymphoma?
 7      Do you see that?
 8  A.  Oh, in the same table, yeah.
 9  Q.  In the same table?
10  A.  Yes.
11  Q.  For Q1 of exposure, the risk for CLL was .75, with a
12      95 percent confidence interval of .4 to 1.41, right?
13  A.  Yes.
14  Q.  Q2 was .76, with a 95 percent confidence interval
15      of .41 to 1.41, true?
16  A.  Yes.
17  Q.  Q3 was .9 relative risk?
18  A.  Yeah.
19  Q.  A confidence interval of .5 to 1.62, correct?
20  A.  Umm-hmm.
21  Q.  Q4 was .87, with a 95 percent confidence interval of
22      .48 to 1.58, right?
23  A.  Yes.
24  Q.  Again, that does not mean that glyphosate-based
25      herbicides decrease the risk of CLL by 13 percent,
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      true?
 2  A.  That's correct, yeah.
 3  Q.  If the 95 percent confidence interval includes 1, we
 4      cannot say that there is a difference, true?
 5  A.  Yeah, it's somewhere in there, but --
 6  Q.  If you'll go down to the next entry, that's for
 7      diffuse large B-cell lymphoma.  Do you see that?
 8  A.  I do.
 9  Q.  I think earlier we referred to DLBCL?
10  A.  Yes.
11  Q.  That is the same thing, right?
12  A.  It is.
13  Q.  The relative risk for Q2 and Q4 are below 1.0, right?
14  A.  Yes.
15  Q.  The relative risks for Q1 and Q3 are above 1.0.  Do
16      you see that?
17  A.  Yeah.
18  Q.  In all quartiles, the confidence interval includes
19      1.0, right?
20  A.  It does.
21  Q.  If you analyze data in a study multiple ways, it's
22      possible to get different point estimates by chance,
23      true?
24  A.  If the study is small, yes.
25  Q.  You need to look for trends in the overall data,
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1    rather than just one number, in order to draw
2    conclusion about a study, correct?
3  A. Could you ask that again, or ask that differently?
4  Q. Sure. When you're considering whether there are
5    differences between different subgroups in a study --
6  A. Yeah.
7  Q. -- you need to look for trends in the overall data,
8    rather than just one number, correct?
9  A. No, not necessarily. No. Their -- their -- their
10    intent here -- 'cause this is -- this is a cumulative
11    measure of -- of weighted lifetime intensity. How do
12    they describe -- intensity-weighted lifetime-days of
13    glyphosate use and risk of these various cancers. So
14    they were -- they were trying to look for trends in
15    cumulative exposures.
16  Q. I think that was --
17  A. That was -- that was the intent of what they were
18    trying to do, but that is not what you're necessarily
19    supposed to do or need to do in a study --
20  Q. Ah.
21  A. -- and it doesn't run the risk of you having Type I
22    errors, which is a false positive. I'm sorry, I'm
23    kind of rambling on.
24  Q. Let me break this down --
25  A. Yeah.

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1  Q. -- a little bit, okay? So there's a column in Table 2
2    that's Ptrend. Do you see that?
3  A. I do.
4  Q. The standard statistical way to measure trends is a
5    Ptrend, right?
6  A. Yeah.
7  Q. Ptrend is what?
8  A. It looks at whether or not there's a significant
9    difference across these multiple categories.
10  Q. Ptrend tells you whether there is a significant
11    difference across groups with different -- here with
12    different levels of exposure, correct?
13  A. Yes.
14  Q. A Ptrend of less than .05 tells you that higher
15    exposure is associated with higher risk, true?
16  A. Yes.
17  Q. A Ptrend of greater than .05 means you cannot say
18    that higher exposure is associated with higher risk,
19    true?
20  A. Can you say that again?
21  Q. A Ptrend of greater than 0.05 means that you cannot
22    say that higher exposure is associated with higher
23    risk, true?
24  A. Yes.
25  Q. Table 3, if you'll go there with me, gives --

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1    withdrawn. New question. Table 3 in Andreotti (2018)
2    gives cancer incidence in relation to lagged
3    intensity-weighted lifetime-days of glyphosate use --
4  A. Yes.
5  Q. -- correct?
6  A. Yes.
7  Q. Table 3 breaks of Andreotti breaks glyphosate exposed
8    users into different subgroups based on overall
9    exposure and lag, correct?
10  A. Yes.
11  Q. Lag is the time between first use and cancer
12    diagnosis, right?
13  A. Yes.
14  Q. Would you define latency similarly?
15  A. Yeah, yeah.
16  Q. I just wanted to make sure that our -- we wouldn't
17    be confused if I slip up and use one or the other
18    term.
19  A. That's okay, yeah.
20  Q. Okay. So lag or latency refers to the time between an
21    initial exposure and the development of a disease,
22    right?
23  A. Yeah. Or the diagnosis, yeah.
24  Q. Or radiation? For example, if I was exposed to
25    radiation in Nagasaki and developed cancer 30 years

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1    later, that would be more than 20 years of latency,
2    correct?
3  A. Yeah.
4  Q. If a person used Roundup one day in his life and was
5    diagnosed with cancer 25 years later, that would be
6    greater than 20 years of latency true?
7  A. Yes.
8  Q. If a person used Roundup every day of his life for
9    25 years and was diagnosed with cancer in year 25,
10    that would also be greater than 20 years of latency,
11    true?
12        MR. HABERMAN: Objection.
13        THE WITNESS: Yeah. Yes, it would be.
14  BY MS. ROSS:
15  Q. How much exposure to Roundup someone has and how long
16    after their initial exposure they develop cancer,
17    those are two different concepts, correct?
18  Q. Can you say that again?
19  Q. How much exposure to Roundup someone has and how long
20    after their initial exposure they develop cancer,
21    those are two different concepts, correct?
22  A. Yes, they are. But they are related.
23  Q. Exposure and latency are not the same, correct?
24  A. Yes.
25  Q. It is possible that people with longer latency may

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1      have more exposure, true?
2          MR. HABERMAN:  Objection.
3          THE WITNESS:  Can you ask that again?
4  BY MS. ROSS:
5   Q.   I guess I'm getting at -- so when you say that latency
6        and exposure are different concepts but are related,
7        what do you mean?
8   A.   Well, I guess if we were talking about -- hmm.  I
9        don't want to get into discussing an area where I
10       don't have expertise in, so -- because in -- in -- in
11       literature unrelated to this area, there's evidence to
12       suggest that different periods of your life of
13       exposure have more impact than other periods do, so
14       latency has a differential effect depending on the
15       period of life that you're exposed.  That's what I
16       mean.
17  Q.   Okay.
18  A.   But this is not what we're talking about here.
19  Q.   So there are areas unrelated to what we're talking
20       about right now --
21  A.   Yeah.
22  Q.   -- where there's evidence to suggest that different
23       periods of your life, exposures have different impact
24       on various outcomes, right?
25  A.   Yes.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   Q.   That's not what we're talking about here, correct?
2   A.   Yes.
3   Q.   Here, latency after exposure and the level of exposure
4        are two distinct concepts, correct?
5   A.   Yeah.
6   Q.   In Table 3 in Andreotti, the authors look at five-year
7        lag and 20-year lag.  Do you see that?
8   A.   I do.
9   Q.   For NHL overall, there were 101 cases included in the
10       4th quartile of the five-year lag, correct?
11  A.   For Hodgkins lymphoma?  Did you say non-Hodgkin's
12       lymphoma?
13  Q.   For non-Hodgkin's lymphoma, yes, there were 101 cases
14       in Q4, true?
15  A.   Yes.
16  Q.   The Ptrend was .76, correct?
17  A.   Yes.
18  Q.   All of the 95 percent confidence intervals include
19       1.0, true?
20  A.   Umm-hmm.
21  Q.   There was no difference between any five-year lag
22       exposure subgroup and no exposure in Andreotti (2018),
23       right?
24  A.   You -- that's a different question that you're asking.
25       You're asking about subgroups compared to the
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1        baseline.  That's not what they're doing here.
2        They're looking at the trend across time.
3   Q.   So we're looking at the subgroups for the four
4        quartiles, not the subgroups compared to baseline?  Is
5        that what you're saying?
6   A.   Yes.
7   Q.   Okay.  So I'll ask a better question.  New question.
8        There was no difference between any five-year lag
9        exposure subgroup in Andreotti (2018), true?
10  A.   I don't know.  It's not reported.
11  Q.   The -- whether or not there's a difference between the
12       different subgroups is not reported?
13  A.   Yeah, because you'd have to test the difference
14       between Q1 and Q3, for example, to know if that's a
15       difference, and that's not tested here.  What they're
16       testing is if the -- is if the trend between from Q1
17       through to Q4 significantly changes.  That's what the
18       p-value refers to.
19  Q.   Okay.  So in Andreotti (2018), there is no difference
20       moving from Q1 through Q2 through Q3 through Q4 for
21       the five-year lag, correct?
22  A.   Yes, that's what it shows here.
23  Q.   The subgroup differences are small and
24       non-significant, true?
25  A.   The trend is non-significant.  We don't know anything
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1        about the subgroup differences.
2   Q.   Do you see the actual relative risks and 95 percent
3        confidence intervals reported in the five-year lag in
4        Andreotti?
5   A.   Yes.
6   Q.   Do you see that those generally are between .79 and
7        1.03?
8   A.   So the -- I mean, you can eyeball it by looking at the
9        confidence intervals.  If all of the confidence
10       intervals overlap with each other, there's probably
11       not a difference between those quartiles --
12  Q.   In --
13  A.   -- and it looks like they all overlap.
14  Q.   In looking at the quartiles of exposure in Andreotti
15       for five-year lag --
16  A.   Umm-hmm.
17  Q.   -- all of the 95 percent confidence intervals overlap,
18       correct?
19  A.   They overlap each other, yes.
20  Q.   The subgroup differences appear to be small, correct?
21  A.   Yes.
22  Q.   The subgroup differences are non-significant?
23  A.   I'm eyeballing it.  It looks like it, yeah.
24  Q.   Higher exposure to glyphosate-based herbicides was not
25       associated with a higher risk of NHL in Andreotti's
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      five-year lag, correct?
 2   A. Yeah.
 3   Q. In the 20-year lag -- that's reported in the next sort
 4      of set of columns.  Do you see that?
 5   A. Umm-hmm.
 6   Q. The Ptrend going from Q1 exposure to Q4 exposure was
 7      .62, correct?
 8   A. Yes.
 9   Q. All of the 95 percent confidence intervals include 1,
10      right?
11   A. Yeah.
12   Q. All of the 95 percent confidence intervals overlap for
13      20-year lag in Andreotti, correct?
14   A. Yes.
15   Q. Just like for five-year lag, there was no difference
16      between any 20-year lag subgroup when looking at Q1 to
17      Q2 to Q3 to Q4, correct?
18   A. Yeah, the trend was non-significant there.
19   Q. The subgroup differences were small, true?
20   A. It looks like it.
21   Q. The subgroup differences appear non-significant,
22      right?
23   A. Appear to be, yeah.
24   Q. Higher exposure to glyphosate-based herbicides was not
25      associated with higher risk of NHL in Andreotti's
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      20-year lag, right?
 2   A. For the trend, it looks like, yes.
 3   Q. There were 55 cases included in Q4 of the 20-year lag
 4      analysis in Andreotti.  Do you see that?
 5   A. Yes.
 6   Q. There were fewer cases in the 20-year lag subgroup
 7      than in Andreotti overall analysis, right?
 8   A. Yeah.
 9   Q. If you'll turn with me to page 515.  Are you there?
10   A. Yes.
11   Q. Here the AHS authors state, "In our study, we observed
12      no associations between glyphosate use and NHL overall
13      or any of its subtypes.  This lack of association was
14      consistent for both exposure metrics, unlagged and
15      lagged analyses, after further adjustment for
16      pesticides linked to NHL in previous AHS analyses, and
17      when we excluded multiple myeloma from the NHL
18      grouping."
19   A. Umm-hmm.
20   Q. That statement by the Agricultural Health Study
21      authors is true, right?
22   A. For their data, yes.
23   Q. As it relates to their data, that is a true statement,
24      correct?
25            MR. HABERMAN:  Objection.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1            THE WITNESS:  What -- that's -- yeah,
 2      that's their interpretation of their findings, which
 3      is fine.
 4   BY MS. ROSS:
 5   Q. AHS controlled for other factors that are associated
 6      with non-Hodgkin's lymphoma, right?
 7   A. It looks like they did adjustments, yes.
 8   Q. If you go to page 10, you can see what some of the
 9      adjustments are.  Or I'm sorry, page 510?
10   A. Yes.
11   Q. One of the factors that the AHS controlled for was
12      exposure to other pesticides, true?
13   A. Yes.
14   Q. Was it appropriate for the AHS authors to adjust
15      their data for pesticides linked to non-Hodgkin's
16      lymphoma?
17   A. So you're getting -- getting a little out of my area
18      here, because I don't know what the associations are
19      in the literature with other pesticides and
20      non-Hodgkin's lymphoma and whether or not it was
21      correct or not to use specific pesticides in their
22      adjustments.  Umm --
23   Q. When you were evaluating Andreotti (2018) --
24            MR. HABERMAN:  Wait.  You have to let him
25      finish.  Were you finished?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1            THE WITNESS:  Yeah, I think I was finished.
 2      Yeah, I think I was finished.
 3   BY MS. ROSS:
 4   Q. When you were evaluating Andreotti (2018) --
 5   A. Umm-hmm.
 6   Q. -- did you take at face value the adjustments they
 7      made for other pesticides because that's out of your
 8      area of expertise?
 9   A. For the most part, it was adjustment for any
10      pesticides, yes.
11   Q. In Andreotti, they didn't adjust for any pesticide,
12      right?  They adjusted for the five pesticides most
13      likely high correlated with glyphosate based on
14      lifetime-days and intensity-weighted lifetime-days.
15      Do you see that?
16   A. I do.
17   Q. The authors also -- if you go to the next page --
18   A. Umm-hmm.
19   Q. -- say that, "For lymphohematopoietic cancers, we
20      additionally adjusted for occupational exposure to
21      solvents, gasoline, x-ray, radiation and engine
22      exhaust, and pesticides linked to lymphohematopoietic
23      malignancies in previous AHS analyses."  Right?
24   A. Yes.
25   Q. The additional pesticides they adjusted for were
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

```
1       lindane, DDT, diazinon, terbufos and permethrin,
2       correct?
3   A.  Yes.
4   Q.  You do not know, sitting here today, whether lindane
5       is associated with non-Hodgkin's lymphoma, true?
6   A.  I don't know for certain, that's for sure.  Yes,
7       that's correct.
8   Q.  You don't know whether DDT is associated with
9       non-Hodgkin's lymphoma, right?
10  A.  That's correct.
11  Q.  You don't know whether diazinon is associated with
12      non-Hodgkin's lymphoma, right?
13  A.  That's correct.
14  Q.  You don't know whether terbufos is associated with
15      NHL?
16  A.  That's correct.
17  Q.  You don't know whether permethrin is associated with
18      NHL?
19  A.  That's correct.
20  Q.  You took at face value the decisions made by the AHS
21      authors as to what pesticides were appropriate to
22      adjust for in their analyses, right?
23  A.  I used what data was available.
24  Q.  Sitting here, do you have any criticisms of that
25      decision by the Andreotti authors?
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

```
1   A.  No, I -- no, I don't, and nor did I have time to get
2       into the detailed analysis of the additional
3       pesticides.
4   Q.  Let's turn back to your meta-analysis and your report,
5       if we can.
6   A.  Sure.
7   Q.  You begin describing your meta-analytic findings I
8       think on page 32.
9   A.  Yes.
10  Q.  And you state, "The first meta-analysis I ran was a
11      fixed effects variance model using the natural log of
12      the odds ratio and confidence intervals for all
13      included papers."  Correct?
14  A.  Yes.
15  Q.  I want to see if we can explain that in plain English,
16      okay?
17  A.  Yeah, sure.
18  Q.  The first thing you did was a meta-analysis of
19      ever/never exposure to glyphosate-based herbicides
20      using something called a fixed effects model, right?
21  A.  Yeah.
22  Q.  You included all the papers you identified that
23      looked at glyphosate-based herbicides, except some
24      earlier studies that were later included in Pahwa,
25      correct?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   A.  Yeah.
2   Q.  McDuffie (2001) was an early publication of the
3       Cross-Canada Study of Pesticides and Health, right?
4   A.  Yeah.
5   Q.  De Roos (2003) is 2003 a pooled analysis of U.S.
6       case-control studies, right?
7   A.  Yeah.
8   Q.  Pahwa (2019) includes De Roos (03) and McDuffie (01),
9       right?
10  A.  Yeah.
11  Q.  Pahwa (2019) also includes additional data that was
12      not included in either McDuffie or De Roos, correct?
13  A.  Yeah.
14  Q.  There was no reason to look at McDuffie (2001) or
15      De Roos (2003) separately today when we have
16      Pahwa (2019), right?
17  A.  Yes.
18  Q.  There were some even earlier studies that were pooled
19      into De Roos (2003), right?
20  A.  Yes.
21  Q.  Cantor (1992) is one of those studies --
22  A.  Yeah.
23  Q.  -- correct?
24  A.  Yeah.
25  Q.  Cantor reported no increased risk of non-Hodgkin's
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1       lymphoma with glyphosate use, correct?
2   A.  I'd have to look back at Cantor to be certain, but
3       I'll take your word for it, sure.
4   Q.  If someone used -- well, do you have Cantor in front
5       of you?
6   A.  I do.
7   Q.  Do you want to take a quick look at it?
8       That they found no association?
9   Q.  Yes.  I believe the relative risk was 1.1 and
10      non-significant.
11  A.  I know it's in here somewhere, yeah.  1.1, with a
12      confidence interval of .7 to 1.9, yes.
13  Q.  I'll repeat my question, okay?
14  A.  Okay.
15  Q.  Cantor (1992) reported no increased risk of
16      non-Hodgkin's lymphoma with glyphosate use, right?
17  A.  That's correct.
18  Q.  If someone used glyphosate in 1990, '92 or '93, there
19      are no data you can point me to showing an increased
20      risk of NHL with glyphosate use, right?
21  A.  I'm sorry, can you say that again?
22  Q.  If someone used glyphosate in 1990, 1992 or 1993, are
23      there any data that were available at that time that
24      you can point me to that show an increased risk of NHL
25      with glyphosate use?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.   Not that I know of.
 2   Q.   Are there any data that you were aware of between say
 3        1992 and 2001 that showed an increased risk of NHL
 4        with glyphosate use?
 5   A.   Not that I'm aware of, but I didn't do a cumulative
 6        meta-analysis, which is what you should -- you would
 7        do to answer that question specifically.
 8   Q.   Sitting here today, there's nothing you're aware of,
 9        but that was not the focus of your meta-analysis; is
10        that fair?
11   A.   That's correct.
12   Q.   The first meta-analysis ran for ever/never exposure is
13        presented in Figures 1 and 2 of your expert report,
14        right?
15   A.   Yes.
16   Q.   Figure 1 lists the results table for your first
17        ever/never meta-analysis, right?
18   A.   Yes.
19   Q.   And then Figure 2 gives a forest plot?
20   A.   Yes.
21   Q.   You describe the findings of that first meta-analysis
22        on page 32 in the text?
23   A.   Yeah.
24   Q.   Do you see where I am?
25   A.   I do.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.   The overall meta-analytic odds ratio was 1.146, with a
 2        95 percent confidence interval .991 to 1.326?
 3   A.   Yes.
 4   Q.   With a p of 0.066, correct?
 5   A.   Yep.
 6   Q.   And a significant test for statistical heterogeneity,
 7        right?
 8   A.   Yes.
 9   Q.   You report a meta odds ratio of 1.146 for your first
10        analysis --
11   A.   Yeah.
12   Q.   -- for ever use of Roundup and NHL, right?
13   A.   Yes.
14   Q.   The 95 percent confidence interval crosses 1.0, true?
15   A.   It does.
16   Q.   The p is greater than .05, right?
17   A.   Yes.
18   Q.   Your first analysis of ever use did not show a
19        statistically significant increased risk of NHL with
20        Roundup use, right?
21   A.   Yes, but it had significant statistical heterogeneity,
22        so it was the improper model to use.
23   Q.   And that's why Figures 1 and 2 are not your main
24        analysis for ever/never, correct?
25   A.   Right, 'cause they -- yeah, they -- there's too much
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        heterogeneity that's not explained, so it needs to be
 2        incorporated into the effect estimates, which why I
 3        used a random effects model.
 4   Q.   Your random effects meta-analysis for ever exposure is
 5        in Figure 3, correct?
 6   A.   Yes, it is.
 7   Q.   Overall, using the numbers you chose from the studies
 8        you included, the results for your ever/never
 9        meta-analysis suggest an increased risk of 15 percent
10        to 25 percent for NHL in those exposed to glyphosate,
11        true?
12   A.   Are you specifically referring to Figure 3?
13   Q.   I'm referring to -- so if you go to page 35 of your
14        report --
15   A.   Yes.
16   Q.   -- you say, "Overall, these results from our main
17        analyses suggest an increased risk of 15 to 25 percent
18        for NHL in those exposed to glyphosate at any point in
19        their life." Do you see that?
20   A.   Yes.  It should be 26 percent, but yeah.
21   Q.   I'll ask it that way then.
22   A.   No, you don't have to.  That's fine.
23   Q.   Using the numbers you chose from studies you included,
24        the results from your ever/never meta-analysis suggest
25        an increased risk of roughly 15 to 26 percent for NHL
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        in those exposed to glyphosate, right?
 2   A.   Yes.
 3   Q.   What are the clinical implications of a 15 percent
 4        increased risk?
 5   A.   What are the clinical implications?
 6   Q.   I'll ask a better question.
 7   A.   Okay.
 8   Q.   An increased risk of 15 percent means that the
 9        majority of events have nothing to do with Roundup,
10        correct?
11   A.   No.
12   Q.   Are you familiar with the concept of attributable
13        risk?
14   A.   Yes.
15   Q.   An increased risk of 15 to 25 percent means that the
16        vast majority of events have nothing to do with
17        Roundup, true?
18   A.   No.
19   Q.   How is my statement incorrect?
20   A.   Because these studies are looking at the risk of
21        exposure in those that have non-Hodgkin's lymphoma
22        mostly.  It's a different question.  Attributable
23        risk is associated with prospective studies primarily,
24        like Andreotti for example.
25   Q.   Andreotti is a prospective cohort study, and from
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    that, you could calculate attribute risk, right?

2  A.  Yeah.

3  Q.  But from the odds ratios, from retrospective

4      case-control studies, you can't calculate an

5      attributable risk, right?

6  A.  Yeah, because the odds ratio is related to the

7      proportion -- the -- the probability of exposure, and

8      those that have it are -- don't have the disease.

9  Q.  So if you have an increased risk of 15 to 25 percent

10     for any particular NHL event, is it more or less

11     likely that Roundup had anything to do with it?

12 A.  It doesn't tell you anything about more or less

13     likeliness.  It tells you the people who had

14     non-Hodgkin's lymphoma were 15 to 25 percent more

15     likely to have been exposed to glyphosate.

16 Q.  So the meta odds ratios that you calculated don't

17     actually tell you anything about the increased

18     risk from exposure to glyphosate-based herbicides,

19     correct?

20 A.  The case-control studies which these primarily are --

21     the Andreotti study is a prospective study -- look

22     at how likely it is that folks are exposed to

23     glyphosate in those that have NHL compared to those

24     that are exposed that don't have NHL.

25 Q.  But when you say in your report that the results of

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    your main analysis suggest an increased risk of

2    15 to 25 percent for NHL, that's not actually

3    accurate, because the meta odds ratios you calculated

4    aren't measures of risk in the population, correct?

5  A.  Well, it's a -- because it's a mix of studies, it's

6    not unreasonable to say that's an increased risk

7    because there's cohort studies and there's also

8    case-control studies.  Umm --

9  Q.  So if you were to say -- I'm sorry.  Were you

10     finished?

11 A.  No.  I -- the -- it would -- hmm.  I'm trying to

12     figure out how to explain this in a way that makes the

13     most sense and with clarity.  The -- it's interesting

14     when you're dealing with cohort studies and cohort

15     studies being mixed in a meta-analysis, because

16     they're essentially measuring different -- they're

17     essentially measuring different things.

18          They're -- they're still looking at the

19     risk -- how likely the association is between these

20     two things, some exposure and some outcome, but

21     they're just doing it differently.

22          So I could have -- I could have easily said

23     the risk of those with NHL have been exposed to

24     glyphosate was higher than it was in those -- than it

25     was in those who did not have non-Hodgkin's lymphoma.

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    I could have said -- I could have phrased it in that

2    manner, but it has more clarity if you just express it

3    like this.

4  Q.  So I'll -- maybe we can just kind of shut this down

5    then if I --

6  A.  Yeah, yeah.

7  Q.  -- can get some clarity from you.  You're not saying

8    that any of your analyses actually show that people

9    who use glyphosate-based herbicides are at increased

10     risk for NHL, correct?

11          MR. HABERMAN:  Objection.

12          THE WITNESS:  Could you ask that again?

13 BY MS. ROSS:

14 Q.  You're not saying that any of your analyses actually

15     show that people who use glyphosate-based herbicides

16     are at an increased risk of developing NHL, correct?

17          MR. HABERMAN:  Objection, misstates the

18     report.

19          THE WITNESS:  No, I am saying that.

20 BY MS. ROSS:

21 Q.  So if you're saying that your analyses show that

22     people who use glyphosate-based herbicides are at an

23     increased risk for NHL, and you characterize that as a

24     15 to 25 percent increased risk, that would mean that

25     for any particular NHL event, it is much more likely

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    than Roundup had nothing to do with that event than

2    did, correct?

3          MR. HABERMAN:  Objection.

4          THE WITNESS:  No, it doesn't.

5  BY MS. ROSS:

6  Q.  And that's because in your -- because you're mixing

7    odds ratios and relative risks and hazard ratios?  You

8    don't actually have a meta-measure that gives you that

9    information?  Is that what you're saying?

10 A.  I'm sorry, I'm just not understanding your questions.

11     And maybe we're thinking about the terminology a

12     little bit differently, and either -- maybe either we

13     can come back to it, or you could keep asking me

14     slightly differently so we can get somewhere.

15 Q.  Sure.  I'll come back to it.

16 A.  Okay.

17 Q.  Okay.  Let's talk about the specific studies that you

18     included, okay?

19 A.  Sure.

20 Q.  Let's go to Figure 3, which I think you identified as

21     one of your main analyses, all right?

22 A.  Yeah.

23 Q.  You included eight studies in your ever/never

24     meta-analysis, right?

25 A.  Yes.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   Q.   The eight studies you included were Hardell (2002),
2        Eriksson (2008) --
3   A.   Umm-hmm.
4   Q.   -- Orsi (2009) --
5   A.   Yeah.
6   Q.   -- Cocco (2013) --
7   A.   Yes.
8   Q.   -- Andreotti (2018) --
9   A.   Umm-hmm.
10  Q.   -- Leon (2019) --
11  A.   Umm-hmm.
12  Q.   -- Pahwa (2019)?
13  A.   Umm-hmm.
14  Q.   -- and Meloni (2021), correct?
15  A.   Yes.
16  Q.   The three studies that contribute the most weight to
17       your meta-analysis are Andreotti, Leon and Pahwa,
18       correct?
19  A.   Yes.
20  Q.   Together, those three studies make up about 84 percent
21       of the weight in your meta-analysis, right?
22  A.   You -- are you -- you're referring to Figure 3, right?
23  Q.   I am.
24  A.   Yeah, it's -- it's actually about 68 percent.
25  Q.   Ah.  So the weight afforded to those studies varies
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1        depending on which figure we're looking at, right?
2   A.   Yes.
3   Q.   And so in Figure 3, the three studies we just
4        described, Andreotti, Leon and Pahwa, contribute
5        63 percent -- or 68 percent you said?
6   A.   Well, it's 66 and change it looks like.  I didn't add
7        it up, but --
8   Q.   I added it up for a different figure.
9   A.   That's okay.  Yeah.  But that's how you do it, yeah.
10  Q.   Okay.  So if we wanted to know sort of the weighting
11       of your studies, what we would do is look at the
12       percent weight column that you have in your tables,
13       right?
14  A.   Yes.
15  Q.   One -- again, I think we talked about this a little
16       earlier.  One benefit of a meta-analysis conducted
17       today instead of in 2015 is the ability to include
18       data from the newest, largest, most adjusted studies,
19       correct?
20  A.   Yes.
21  Q.   Hardell (2002), you -- so ES, what does that stand
22       for?
23  A.   Effect size.
24  Q.   Ah.  The effect size you report for Hardell (2002) is
25       1.85, right?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   A.   Yep.
2   Q.   The 95 percent confidence interval includes 1.0,
3        right?
4   A.   Yep.
5   Q.   Hardell (2002) did not report a statistically
6        significant increased risk of NHL with glyphosate use,
7        correct?
8   A.   That's correct.  It had a very, very wide confidence
9        interval.
10            GAGNIER EXHIBIT 10
11            Lennart Hardell 2002 Paper
12            Exposure to Pesticides as Risk Factor
13            for Non-Hodgkin's Lymphoma and Hairy
14            Cell Leukemia:  Pooled Analysis of Two
15            Swedish Case-Control Studies
16            WAS MARKED BY THE REPORTER
17            FOR IDENTIFICATION
18  BY MS. ROSS:
19  Q.   Exhibit 10 is Hardell (2002).  This is the study that
20       you included -- one of the studies that you included
21       in your meta-analysis, right?
22  A.   Umm-hmm.
23  Q.   On the first page, do you see where it says,
24       "Increased risk for non-Hodgkin's lymphoma following
25       exposure to certain pesticides has been previously
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1        reported"?
2   A.   I do.
3   Q.   Do you agree that pesticides besides glyphosate have
4        been associated with increased risk of NHL?
5   A.   I don't know that data across all pesticides.  I think
6        we covered that earlier.
7   Q.   In the right column here, do you see in this paper you
8        relied on where they say, "In subsequent studies,
9        exposure to phenoxyacetic acids, particularly 2,4-D,
10       was an associated with an increased risk for NHL"?
11  A.   I see that, yes.
12  Q.   You didn't look at those data for 2,4-D, fair?
13  A.   That's correct, I didn't.  But some of the studies
14       that I included controlled for it.
15  Q.   Table 7 in Hardell (2002) --
16  A.   Table 7, yeah.
17  Q.   -- has a multivariate analysis of exposure to
18       herbicides, correct?
19  A.   Yes.  That's their most fully adjusted model.
20  Q.   Table 7 of Hardell reports of odds ratio for
21       glyphosate adjusted for other pesticides, right?
22  A.   Yes.
23  Q.   Table 7 also reports an odds ratio for glyphosate
24       unadjusted for pesticides, right?
25  A.   Yes.
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1   Q.   The adjusted multivariate odds ratio in Hardell (2002)
2        is 1.85?
3   A.   Yes.
4   Q.   In your meta-analysis, you used the odds ratio from
5        Hardell (2002) that was adjusted for other pesticides?
6   A.   Yes.
7   Q.   You used the pesticide adjusted odds ratio from
8        Hardell for every single meta-analysis you performed,
9        correct?
10  A.   Yeah.
11  Q.   Why was using the pesticide adjusted odds ratio for
12       your meta-analysis the right thing to do?
13  A.   I -- well, it's not just for pesticides.  It's
14       adjusted for all kinds of variables.
15  Q.   Why was using the multivariate adjusted odds ratio for
16       your meta-analysis the right thing to do?
17  A.   Because that's what you should do.
18  Q.   Hardell (2002) didn't conduct any subgroup analyses
19       based on frequency or duration of glyphosate use,
20       right?
21  A.   Yeah, that's right.
22  Q.   Hardell is the earliest study that you included in
23       your analysis, correct?
24  A.   It -- it is, yeah.
25  Q.   The next study in your meta-analysis is Eriksson

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1        (2008), correct?
2   A.   Yeah.
3   Q.   There the effect size you report is 2.02?
4   A.   Yes.
5   Q.   And the 95 percent confidence interval was 1.1 to
6        3.71, right?
7   A.   Yes.
8   Q.   The -- the estimate you included in ever/never from
9        Eriksson (2008) was 2.02 --
10  A.   Umm-hmm.
11  Q.   -- like we just talked about?  And you used that --
12       sorry.  Your answer was yes?
13  A.   Yes.
14  Q.   Okay.  You used the same odds ratio from Eriksson
15       (2008) for all the ever/never meta-analyses you
16       performed, correct?
17  A.   I believe so, yeah.
18  Q.   That number you included from Eriksson (2008) is
19       statistically significant with a 95 percent confidence
20       interval that does not include 1, right?
21  A.   That's correct.
22            GAGNIER EXHIBIT 11
23            Mikael Eriksson 2008 Paper
24            Pesticide Exposure as Risk Factor for
25            Non-Hodgkin Lymphoma Including

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1            Histopathological Subgroup Analysis
2            WAS MARKED BY THE REPORTER
3            FOR IDENTIFICATION
4   BY MS. ROSS:
5   Q.   Exhibit 11 to your deposition is Eriksson (2008).  If
6        you'll turn with me to Table 7 in Eriksson (2008).
7   A.   Yes.
8   Q.   Do you see that Table 7 on Eriksson reports an odds
9        ratio for glyphosate that is a multivariate, and an
10       odds ratio for glyphosate that is a univariate?
11  A.   Yes.
12  Q.   Table 7 in Eriksson looks very similar to Table 7 that
13       we were just looking at in Hardell, right?
14  A.   Umm-hmm.  It does, yes.
15  Q.   Did you notice that Lennart Hardell is an author on
16       this paper?
17  A.   On which paper?
18  Q.   Eriksson (2008)?
19  A.   Yeah, I knew that, yeah.
20  Q.   And in fact, Mikael Eriksson is an author on Hardell
21       (2002), right?
22  A.   Yes.
23  Q.   Hardell (2002) and Eriksson (2008) are two studies
24       from the same group in Sweden, correct?
25  A.   Same research group, yeah.

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1   Q.   The unadjusted odds ratio for glyphosate in Hardell --
2        I'm sorry.  Withdrawn.  The unadjusted odds ratio for
3        glyphosate in Eriksson (2008) was 2.02 with a
4        95 percent confidence interval of 1.1 to 3.71,
5        correct?
6   A.   Yes.
7   Q.   The adjusted odds ratio in Eriksson (2008) was 1.51,
8        with a 95 percent confidence interval of .77 to 2.94,
9        correct?
10  A.   Umm-hmm.
11  Q.   The 95 percent confidence interval includes 1, right?
12  A.   Yes.
13  Q.   Eriksson (2008) did not report a statistically
14       significant increased risk of NHL with glyphosate use
15       in their multivariate model, correct?
16  A.   Yes.
17  Q.   You used the odds ratio from Eriksson (2008) that was
18       not adjusted in your meta-analysis, true?
19  A.   Yes.
20  Q.   For every single meta-analysis you performed, you used
21       odds ratios from Eriksson (2008) that were not
22       adjusted for other pesticides, right?
23  A.   Yeah.
24  Q.   You did not perform any of your sensitivity analyses
25       using the adjusted odds ratio from Eriksson, true?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   A.   That's true.
2   Q.   The adjusted odds ratio in Eriksson is lower than the
3        unadjusted odds ratio, right?
4   A.   Slightly, yes.
5   Q.   Had you used the adjusted odds ratio from Eriksson
6        (2008), your meta OR would be lower, correct?
7   A.   Yeah, it would have changed it slightly, but the
8        Eriksson study is still weighted really low.
9   Q.   You cannot say how different your numbers would be
10       because you didn't run any meta-analyses using that
11       information?
12  A.   No, but I can probably show you in about two minutes.
13  Q.   Sitting here today, in preparing your opinions for
14       this case, you did not do that, correct?
15  A.   No.
16  Q.   I'm correct, yes?
17  A.   You are correct, yes.
18  Q.   Table 2, while we're looking at Eriksson, is on page
19       1659.  Will you go there with me?
20  A.   Sure.
21  Q.   Table 2 of Eriksson (2008) gives odds ratios for
22       greater than 10 days --
23  A.   Oh, yes.
24  Q.   -- of glyphosate use and less than or equal to 10 days
25       of glyphosate use.  Do you see that?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   A.   I do.
2   Q.   Eriksson (2008) conducted subgroup analyses based on
3        days of glyphosate-based herbicide use, true?
4   A.   Yeah.
5   Q.   Eriksson (2008) subgroup analyses split glyphosate
6        users into less than or equal than 10 days or greater
7        than 10 days, right?
8   A.   Yeah.
9   Q.   Nothing in Eriksson (2008) indicates that they're
10       talking about days per year, right?
11  A.   I don't -- I don't believe it's days per year.  I
12       believe that that is lifetime-days.
13  Q.   Right.  The days reported in Eriksson (2008) are
14       lifetime-days, not days per year, correct?
15  A.   Yeah.
16  Q.   In Eriksson (2008), if you're -- if you look at
17       Table 2 with me, you'll see 17 cases and nine
18       controls --
19  A.   Yeah.
20  Q.   -- had more than 10 total lifetime-days of glyphosate
21       exposure, correct?
22  A.   Yeah.
23  Q.   There is wide overlap in the confidence intervals
24       between those exposed to glyphosate for less than or
25       equal to 10 days --

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   A.   Yeah.
2   Q.   -- and greater than 10 days, correct?
3   A.   Yes.
4   Q.   There is no reported Ptrend in Eriksson comparing less
5        than and greater than 10 days of glyphosate use,
6        right?
7   A.   No.
8   Q.   You did not perform a trend test, did you?
9   A.   No.  In this case, it wouldn't be a trend test.  It
10       would just be a chi2 test.
11  Q.   You did not perform a chi2 test --
12  A.   No.
13  Q.   -- comparing less than and greater than 10 days in
14       Eriksson, right?
15  A.   No, I didn't.
16  Q.   You agree there's no statistical evidence that there's
17       a difference in risk in Eriksson based on those days
18       of exposure?
19  A.   No.  By eyeballing it, there probably isn't, given the
20       overlap in confidence intervals.
21  Q.   By eyeballing it, there's probably not a difference in
22       Eriksson between less than or equal to 10 days of
23       glyphosate use and greater than 10 days of glyphosate
24       use, correct?
25  A.   Yes.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   Q.   The odds ratios for less than and greater than
2        10 lifetime-days in Eriksson (2008) were not adjusted
3        for other pesticides, correct?
4   A.   That is only adjusted for age, sex and year of
5        diagnosis only.
6   Q.   I'm correct that the --
7   A.   You're correct.
8   Q.   -- odds ratios in Table 2 in Eriksson (2008) were not
9        adjusted for other pesticides, right?
10  A.   That's correct.
11  Q.   The next study you included in your meta-analysis was
12       Orsi (2009), right?
13  A.   Yes.
14  Q.   In Orsi (2009), the effect size was 1.01, with a
15       95 percent confidence interval of .5 to 2.2, right?
16  A.   Yes.
17  Q.   The 95 percent confidence interval includes 1, true?
18  A.   Yep.
19  Q.   Orsi (2009) did not report a statistically significant
20       increased risk of NHL with glyphosate use, right?
21  A.   Yes.
22  Q.   You used the same odds ratio from Orsi (2009) for
23       every single meta-analysis you performed, correct?
24  A.   For ever -- for ever/never exposure, yeah.
25  Q.   For Orsi (2009), I believe you used that same number

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1        for all of them.
2    A.  I think it might be for the other ones, 'cause there
3        was no other one.
4    Q.  Correct.
5    A.  Yeah, that's right.  Whereas for Eriksson, there was a
6        different.
7    Q.  Yes.  And we'll talk about that --
8    A.  Okay.
9    Q.  -- as well.  New question --
10   A.  Okay.
11   Q.  -- just so I have a clean record, okay?  You used the
12       same odds ratio from Orsi (2009) for every single
13       meta-analysis you performed, correct?
14   A.  Yes.
15   Q.  Orsi (2009) didn't conduct any subgroup analyses based
16       on frequency or duration of glyphosate use, true?
17   A.  I don't think so.  Yes.
18   Q.  The next study you included in your meta-analysis was
19       Cocco (2013), right?
20   A.  Umm-hmm.
21   Q.  The effect size in Cocco (2013) was 3.1, with a
22       95 percent confidence interval of .6 to 17.1, correct?
23   A.  Yes.
24   Q.  You used Cocco (2013) in every meta-analysis you
25       performed, that same number, correct?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1    A.  I believe so, yeah.  Let me check real quick.  Yes.
2    Q.  Cocco (2013) did not report a statistically
3        significant increased risk of B-cell NHL with
4        glyphosate-based herbicide use, correct?
5    A.  That's right.
6    Q.  Cocco (2013) only reported an odds ratio for
7        glyphosate-based herbicide in B-cell lymphoma, right?
8    A.  Yes.
9    Q.  Cocco (2013) did not conduct any subgroup analyses
10       based on frequency or duration of glyphosate use,
11       correct?
12   A.  I believe so, yes.
13   Q.  The next study you included in your meta-analysis is
14       Andreotti (2018), right?
15   A.  Yes.
16   Q.  Whenever you included Andreotti, you used the same
17       relative risk from Andreotti in all of your ever/never
18       meta-analyses, right?
19   A.  Yes.
20   Q.  Andreotti (2018) did not report a statistically
21       significant increased risk of NHL with glyphosate use,
22       correct?
23   A.  Yes.
24   Q.  The estimate you used from Andreotti (2018) of .87,
25       with a 95 percent confidence interval of .64 to 1.2,
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1        do you recall where that came from?
2    A.  From -- do I recall what table it came from in the
3        Andreotti study?
4    Q.  Yes.
5    A.  Not at all.
6    Q.  How about I ask a better question?
7    A.  I can find it.
8    Q.  Withdrawn.
9    A.  Okay.
10   Q.  So you used the unlagged relative risk from Q4 from
11       Andreotti (2018) --
12   A.  Oh, yes.
13   Q.  -- as an approximation for ever exposure, correct?
14   A.  Yeah, that's correct.  There's nothing better to use.
15   Q.  You do not pre-specify which relative risk from
16       Andreotti you would use for ever/never exposure, did
17       you?
18   A.  No, I didn't pre-specify it.
19   Q.  You do not pre-specify which relative risk from
20       Andreotti you would use for highest exposure, true?
21   A.  Well, no, I -- no, I just looked at high -- highest
22       exposure.
23   Q.  Can you show me anywhere in your report where you
24       pre-specified which relative risk from Andreotti you
25       were going to treat as the highest exposure for the
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1        purposes of your analysis?
2    A.  Well, you can't pre-specify until you see what the
3        highest exposure is.
4    Q.  Did you explain anywhere in your report why you chose
5        the particular relative risk from Andreotti that you
6        did?
7    A.  It's the highest exposure.
8    Q.  The -- in your view --
9    A.  Yes, so I did, yes.
10   Q.  Okay.  So in your view, the relative risk that you
11       included from Andreotti for highest exposure is the
12       highest exposure reported in Andreotti?
13   A.  It's the highest that they report.
14   Q.  I think we're talking over each other just a little,
15       but we'll do our best to not do that.
16   A.  Yes.
17   Q.  Is that cool?
18   A.  Yes --
19   Q.  Okay.
20   A.  -- it's the highest that they report.
21   Q.  So let's come back to that, okay?
22   A.  Okay.
23   Q.  And stay for now with your ever/never analysis --
24   A.  Sounds good.
25   Q.  -- since that's what we were talking about.  The -- if
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    you'll go back with me to your report and tell me when
2    you're there.
3 A.  I am.
4 Q.  Okay.  The next study you included in your ever/never
5    meta-analysis is Leon (2019), correct?
6 A.  Yes.
7 Q.  The effect size in Leon that you report is .92, with a
8    95 confidence interval of .69 to 1.18, right?
9 A.  Correct.
10 Q.  You use the same relative risk from Leon (2019) for
11    all the ever/never meta-analysis performed, right?
12 A.  Yes.
13 Q.  The 95 percent confidence interval from Leon (2019)
14    crosses 1.0, right?
15 A.  Yes.
16 Q.  Leon (2019) did not report a statistically significant
17    increased risk of NHL with glyphosate-based herbicide
18    use, true?
19 A.  Yes.
20 Q.  For your ever/never analysis with Leon, did you intend
21    to use NHL overall from Leon (2019)?
22 A.  Did I intend to use NHL overall?
23 Q.  Yes.
24 A.  Yes.
25 Q.  I'm going to mark -- I know you're looking at your

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    copy, but let me just mark it so that we have it.
2         GAGNIER EXHIBIT 12
3         Maria Leon 2019 Paper
4         Pesticide Use and Risk of Non-Hodgkin
5         Lymphoid Malignancies in Agricultural Cohorts
6         From France, Norway and the USA:  A Pooled
7         Analysis From the AGRICOH Consortium
8         WAS MARKED BY THE REPORTER
9         FOR IDENTIFICATION
10 BY MS. ROSS:
11 Q.  Exhibit 12 to your deposition is the Leon (2019)
12    paper.  Do you see that?
13 A.  Yeah.
14 Q.  And Table 2 is I think what you're looking at?  Is
15    that right?
16 A.  Yes.
17 Q.  Okay.  So Table 2 of Leon (2019) gives --
18 A.  Yeah.
19 Q.  -- ever use of 14 pesticide groups, and meta-risk
20    estimates, fully adjusted, of non-Hodgkin lymphoid
21    malignancies.  Do you see that?
22 A.  Yeah.
23 Q.  For glyphosate, the overall hazard ratio is .95,
24    right?
25 A.  Yes.

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1 Q.  And the 95 percent confidence interval is .77 to 1.18,
2    right?
3 A.  Yes.
4 Q.  The 95 percent confidence interval includes 1, true?
5 A.  Umm-hmm.
6 Q.  Leon (2019) did not demonstrate an increased risk of
7    NHL, right?
8 A.  Yes.  For some reason, in that figure, that -- the
9    value that I used is not the value that is intended to
10    be in there, yes.
11 Q.  That's why I was confused.
12 A.  Yeah.  It's supposed to be .95.
13 Q.  Okay.  So why don't we go through -- do you have --
14    and let's do it on the exhibit copy.  So take
15    Exhibit 2, which is your expert report in this case.
16    You've got that, correct?
17 A.  Yeah.
18 Q.  So let's go through the figures for your ever/never
19    analysis, starting with Figure 1 on page 33, and just
20    make sure that we have those right, if that's okay.
21    So --
22 A.  Yeah.
23 Q.  -- we should -- for Leon (2019) we should cross out
24    .92 and add .95, right?
25 A.  Yes.

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1 Q.  And then the lower bound of the confidence interval,
2    instead of .69 should be .77, correct?
3 A.  Yes.
4 Q.  That's true in Figures 3, 4 --
5 A.  To 1.18, yeah.
6 Q.  -- and -- that's true in Figures 3 and 4 as well,
7    correct?
8 A.  Yes.  Oh, well, Leon's not in Figure 4, but --
9 Q.  Ah.  Thank you.
10 A.  Just Figure 3 and 4.
11 Q.  So for Figure 3 we should cross out .92 and make it
12    .95, and then the lower bound is .77, correct?
13 A.  Yeah.  And the upper band -- bounds are correct.
14 Q.  Now, if we go back to Leon (2019), I think -- it may
15    have been that you were looking at the odds ratio
16    for -- or the hazard ratio for one of the subgroups of
17    non-Hodgkin's lymphoma; is that fair?
18 A.  Yeah.  It obviously looks like it came from CLL.
19 Q.  Yeah.  So in Leon (2019), you relied on data for NHL
20    overall, not subgroup data, correct?
21 A.  That's right.
22 Q.  For CLL, the hazard ratio is .92 and non-significant,
23    correct?
24 A.  Yes.
25 Q.  Leon (2019) does not demonstrate an increased risk of

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        CLL with glyphosate?
 2    A.  That's correct.
 3    Q.  Leon (2019) reports a hazard ratio of 1.36, with a
 4        95 percent confidence interval of 1.00 to 1.89 for
 5        DLBCL.  Do you see that?
 6    A.  Yes.
 7    Q.  And if you'll turn with me to page 10 of Leon (2019)?
 8    A.  Sure.
 9    Q.  Leon reports a hazard ratio for follicular lymphoma
10        of .79, a 95 percent confidence interval of .52 to
11        1.21, correct?
12    A.  Yes.
13    Q.  For multiple myeloma, the hazard ratio is .87, and
14        the 95 percent confidence interval includes 1,
15        correct?
16    A.  Yeah.
17    Q.  Leon does not demonstrate an increased risk of
18        follicular lymphoma with glyphosate use, right?
19    A.  Looks like it, yeah.
20    Q.  Leon does not report an increased risk of multiple
21        myeloma with glyphosate use, right?
22    A.  Yeah, it looks like it.
23    Q.  Leon (2019) didn't report any subgroup analyses based
24        on frequency or duration of glyphosate use, right?
25    A.  I believe not, correct.  Yeah, it's all ever/never
```

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        analyses.
 2    Q.  We're at 1:00 p.m. Dr. Gagnier.
 3    A.  Hmm.
 4    Q.  How are you doing?
 5    A.  You know what, I'm starting to get hungry.  I'm losing
 6        a little bit of energy.
 7             MS. ROSS:  How about we take a -- how about we
 8        go off the record.
 9             THE VIDEOGRAPHER:  Going off the record at
10        1:02 p.m.
11             (There was a luncheon recess taken.)
12             THE VIDEOGRAPHER:  We're back on the record at
13        1:41 p.m.
14    BY MS. ROSS:
15    Q.  Dr. Gagnier, before the lunch break, we were talking
16        about your ever/never random effects meta-analysis --
17    A.  Umm-hmm.
18    Q.  -- in Figure 3.  Do you recall that?
19    A.  I do.
20    Q.  The next study you included in your meta-analysis is
21        Pahwa (2019), correct?
22    A.  Yes.
23    Q.  Pahwa (2019) has a -- and I'm sorry.  I've forgotten
24        in the interim what ES stands for.
25    A.  Effect size.
```

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1    Q.  Effect size, thank you.
 2    A.  I should have labeled it as odds ratio, 'cause that's
 3        what it is, but effect size is a more general term,
 4        yeah.
 5    Q.  Which is fair, since you have Andreotti and -- and
 6        Leon --
 7    A.  That's correct.
 8    Q.  -- correct?
 9    A.  Yeah.
10    Q.  For Pahwa (2019), you included an odds ratio of 1.43,
11        with a 95 percent confidence level of 1.11 to 1.83,
12        correct?
13    A.  Correct.
14    Q.  You used the same odds ratio from Pahwa (2019) for all
15        the ever/never meta-analyses that you performed,
16        right?
17    A.  Yes.
18             GAGNIER EXHIBIT 13
19             Manisha Pahwa 2019 Paper
20             Glyphosate Use and Association With
21             Non-Hodgkin Lymphoma Major Histological
22             Sub-Types:  Findings From the North
23             American Pooled Project
24             WAS MARKED BY THE REPORTER
25             FOR IDENTIFICATION
```

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1    BY MS. ROSS:
 2    Q.  Exhibit 13 to your deposition is Pahwa (2019).  Do you
 3        see that?
 4    A.  Yes.
 5             MR. HABERMAN:  What number is this?
 6             MS. ROSS:  13.
 7    BY MS. ROSS:
 8    Q.  This is the Pahwa study that you included in your
 9        meta-analysis, correct?
10    A.  Yes.
11    Q.  The Pahwa (2019) article publishes findings from
12        the North American Pooled Project as they relate to
13        glyphosate and non-Hodgkin's lymphoma, correct?
14    A.  Yes.
15    Q.  And here the authors publish their analysis of whether
16        glyphosate-based herbicides were associated with NHL
17        or subtypes in the North American Pooled Project,
18        right?
19    A.  Yeah.
20    Q.  You are aware from your review of the literature that
21        many of these same authors have also published
22        additional papers on whether pesticides are associated
23        with NHL, true?
24    A.  Yeah.
25    Q.  Many of these -- withdrawn.  If you'll go to your
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1    report at page 30 with me.

2  A.  Page 30?

3  Q.  Yes.

4  A.  Yes.

5  Q.  And page 30, again, is where you discuss the strengths

6      in the Pahwa study, right?

7  A.  Yes.

8  Q.  One strength of Pahwa (2019) is that the study

9      adjusted for other pesticides, correct?

10  A.  Yep.

11  Q.  On Pahwa (2019), if you'll turn with me to page three?

12  A.  The third, 603?

13  Q.  My exhibit copy is numbered three at the bottom.  You

14      may be looking at your copy.

15  A.  Okay, there we go, 602.

16  Q.  Okay.  And the difference in numbering is probably

17      just because we printed them from different places.

18      Is that fair?

19  A.  Yeah.  Those are numbered consecutively for the PDF,

20      and this is for the publication, that page.

21  Q.  Do you see in the right column of Pahwa (2019) there's

22      a sentence that starts, "Pesticides that were most

23      strongly correlated with glyphosate use"?

24  A.  I'm sorry, where -- where?

25  Q.  First paragraph, right column.

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

1  A.  Oh, the sentence, that paragraph.

2  Q.  Yes?

3  A.  Okay, gotcha.

4  Q.  "Pesticides that were most strongly correlated with

5      glyphosate use."

6  A.  Yes.

7  Q.  Do you see that sentence?

8  A.  I do.

9  Q.  And the way that the Pahwa authors defined "strongly

10      correlated with glyphosate use" was a Spearman

11      coefficient of greater than or equal to .35 and

12      Cohen's Kappa value of greater than or equal to .3,

13      correct?

14  A.  Yeah.

15  Q.  "Those pesticides that were most strongly correlated

16      with glyphosate use and that were statistically

17      significantly or strongly associated with NHL in

18      previous studies were evaluated as confounders."  Do

19      you see that?

20  A.  Yes.

21  Q.  "The herbicides 2,4-D and dicamba, as well as the

22      insecticide malathion, met both criteria and were

23      therefore included in the more fully adjusted,

24      secondary logistic regression models."  Correct?

25  A.  Yes.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  It's consistent with your analysis and your report

2      that Pahwa and her co-authors chose to adjust for

3      2,4-D, dicamba and malathion in their fully adjusted

4      models, true?

5  A.  Yeah.

6  Q.  You do not have any criticism of the Pahwa authors'

7      choice to adjust for 2,4-D, dicamba and malathion, do

8      you?

9  A.  No, I don't.

10  Q.  Is it a good thing that they adjusted?

11  A.  Their -- their -- their correlation coefficient

12      cutoffs are questionable, but it is a good thing that

13      they adjusted.

14  Q.  Let me break that into two different pieces, okay?

15  A.  Yeah.

16  Q.  So first, it is a good thing that the Pahwa authors

17      adjusted for other pesticides in their analyses of

18      glyphosate-based herbicides and non-Hodgkin's

19      lymphoma, right?

20  A.  Yes.

21  Q.  Their correlation cutoffs are questionable.  What does

22      that mean?

23  A.  It means that they used a relatively -- relatively

24      small correlation coefficients as cutoffs for

25      meaning an important relationship.  Typically, the

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      cutoffs are a fair bit higher than that, that you

2      would use, .6 to .7.

3          They use relatively low cutoffs, but I think

4      they were trying to be somewhat -- I don't know if I

5      should say democratic or concerned.  It's one or the

6      other.  But they were -- they were trying not to miss

7      possible associations.

8  Q.  It was a reasonably conservative approach --

9  A.  Yeah.

10  Q.  -- to pick the pesticides that Pahwa and her

11      colleagues did in their analysis of glyphosate and

12      NHL, correct?

13  A.  Yeah.

14  Q.  As with the other pesticides we talked about earlier,

15      you're not an expert on dicamba, correct?

16  A.  That's correct.

17  Q.  You are not an expert on malathion, true?

18  A.  That's correct.

19  Q.  You have not evaluated the scientific literature to

20      determine whether 2,4-D, dicamba or malathion increase

21      the risk of NHL, correct?

22  A.  That's correct.

23  Q.  Nevertheless, you can confirm from your review of the

24      glyphosate literature that 2,4-D, dicamba and

25      malathion are associated with NHL, at least in some

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    studies, right?

2  A.  I can say that they used it in this adjusted analysis.

3  Q.  Let's take malathion as an example in one of the

4    papers that you actually did review in preparing your

5    systematic review and meta-analysis, okay?

6  A.  Sure.

7  Q.  So in your report in this case, one of the references

8    that you list is Hohenadel (2011) --

9  A.  Yes.

10  Q.  -- right?

11  A.  Yeah.

12  Q.  Hohenadel (2011) found that after cases of malathion

13    were removed, there was no association between

14    glyphosate and NHL, true?

15  A.  I believe so, yeah.

16  Q.  The risk in Hohenadel (2011) was related to malathion

17    use, right?

18  A.  I think so.  I don't have that paper in front of me,

19    but yes.

20        GAGNIER EXHIBIT 14

21        Karin Hohenadel 2011 Paper

22        Exposure to Multiple Pesticides and

23        Risk of Non-Hodgkin Lymphoma in

24        Men from Six Canadian Provinces

25        WAS MARKED BY THE REPORTER

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1        FOR IDENTIFICATION

2        THE WITNESS:  Thank you.

3  BY MS. ROSS:

4  Q.  Exhibit 14 to your deposition is Hohenadel (2011).  Do

5    you see that?

6  A.  Yes.

7  Q.  Hohenadel (2011) is a earlier publication of the

8    Cross-Canada Study of Pesticides and Health --

9  A.  Umm-hmm.

10  Q.  -- correct?

11  A.  Umm-hmm.  Yes.

12  Q.  And if you'll go with me to Table 4 on page 2326.

13  A.  Yes.

14  Q.  Are you there?

15  A.  Yes.

16  Q.  Okay.  Table 4 on page 2326 of Hohenadel gives odds

17    ratios and 95 percent confidence intervals for

18    malathion and a whole variety of other pesticides,

19    right?

20  A.  Yes.

21  Q.  One of the pesticides that Table 4 in Hohenadel gives

22    odds ratios for is glyphosate, right?

23  A.  Yes.

24        GAGNIER EXHIBIT 15

25        Hohenadel 2011 Table 4

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1        (Glyphosate & Malathion)

2        WAS MARKED BY THE REPORTER

3        FOR IDENTIFICATION

4  BY MS. ROSS:

5  Q.  I've pulled out just the glyphosate results into

6    what's been marked as Exhibit 15 to your deposition.

7    Can you confirm -- well, first of all, I've handed you

8    Exhibit 15 to your deposition.  Do you see that?

9  A.  Yes.

10  Q.  Can you confirm that the odds ratios and 95 percent

11    confidence intervals presented in Exhibit 15 are the

12    same as those in Hohenadel (2011) for glyphosate and

13    malathion?

14  A.  Yes, they're the same.

15  Q.  So I want to make sure I understand how this works in

16    a study like Hohenadel (2011).  For people who use

17    malathion only, the odds ratio is about 2 and

18    statistically significant, correct?

19  A.  Yes.

20  Q.  People who use malathion are at an increased risk of

21    non-Hodgkin's lymphoma in the study that you reviewed,

22    right?

23  A.  They appear to be.  For the study, though, I didn't do

24    a complete critical appraisal on this study, and it's

25    not included in my meta-analysis.

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  Then the authors of Hohenadel (2011) use malathion and

2    glyphosate, and report results for malathion and

3    glyphosate, right?

4  A.  Yes.

5  Q.  So when people in Hohenadel used malathion and

6    glyphosate, they had a similar increased risk, with an

7    odds ratio of about 2, correct?

8  A.  Yes.

9  Q.  So people using malathion already had about a twofold

10    increased risk, right?

11  A.  Yes, 1.95, yeah.

12  Q.  Then they go and use glyphosate, and again have a

13    twofold increased risk, right?

14  A.  Yeah.  It's about a 15 -- it appears to be about a

15    15 -- you can't really call it a percent, but close to

16    15 percent-ish increased risk when you add glyphosate

17    to malathion.

18  Q.  The confidence intervals for malathion use only and

19    malathion plus glyphosate use, do those overlap?

20  A.  Yes, significantly.

21  Q.  Can you say with a significant overlap in the

22    confidence intervals between malathion only and

23    malathion plus glyphosate that those two numbers are

24    actually statistically different?

25  A.  They're probably not.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1 Q. For glyphosate use only, the odds ratio was .92,
2     correct?
3 A. Yes.
4 Q. For people who only use glyphosate-based herbicides
5     and don't also use malathion, the odds ratio was .92
6     and non-significant, right?
7 A. Yes.
8 Q. Does that mean that glyphosate alone decreased the
9     risk of NHL by 8 percent?
10 A. Does it mean it decreased it?
11 Q. Yes.
12 A. No, it doesn't mean it decreased it or increased it.
13     That 95 percent confidence interval includes 1, and
14     you can't say that there is a difference from 1 with
15     that number, correct?
16 A. That's correct. And it's entirely enclosed -- well,
17     not entirely, but it has significant overlap with
18     malathion only and malathion and glyphosate, so it's
19     likely not significantly different from those either.
20 Q. Hohenadel (2011) found that after cases of malathion
21     were removed, there was no association between
22     glyphosate and NHL, true?
23 A. Did you say that's what they conclude?
24 Q. That's what their -- their data show?
25 A. Yes.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1 Q. If we want to understand the risk of NHL in Roundup
2     users specifically, we'd want to separate that out
3     from the risk of other pesticides like malathion,
4     right?
5     MR. HABERMAN: Objection.
6     THE WITNESS: Again, I'd have to -- I'd have
7     to critically appraise this article and others that
8     look at the same association to see if it's been
9     repeated to make sure that -- that -- that malathion,
10     amongst other possible pesticides, herbicides would
11     have that consistent relationship, and then if a
12     consistent relationship is found, then yeah, it would
13     make sense to adjust for it.
14 BY MS. ROSS:
15 Q. I'm gonna break that down a little bit, okay?
16 A. Yeah.
17 Q. Sitting here today, you have not critically appraised
18     whether malathion is associated with NHL, independent
19     of any other factor, correct?
20 A. That's correct, yeah.
21 Q. In order to make an assessment of whether --
22     withdrawn. In order to make an independent assessment
23     of whether it is appropriate to adjust for malathion
24     use, or necessary to adjust for malathion use, you'd
25     actually we need to look at the various studies on

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1     malathion, correct?
2 A. Yes.
3 Q. The North American Pooled Project that you reviewed
4     made the decision to adjust for malathion, correct?
5 A. Yes.
6     GAGNIER EXHIBIT 16
7     Stella Koutros 2019 Paper
8     Non-Hodgkin Lymphoma Risk and
9     Organophosphate and Carbamate
10     Insecticide Use in the North
11     American Pooled Project
12     WAS MARKED BY THE REPORTER
13     FOR IDENTIFICATION
14 BY MS. ROSS:
15 Q. Exhibit 16 to your deposition is a publication from
16     the North American Pooled Project, with a first author
17     of Koutros, which is K-o-u-t-r-o-s --
18 A. Umm-hmm.
19 Q. -- 2019. Do you see that?
20 A. Yes.
21 Q. In the abstract about halfway through, do you see a
22     sentence that begins, "Ever use of malathion"?
23 A. Yes.
24 Q. "Ever use of malathion was associated with an
25     increased risk of NHL overall compared with never

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1     users. Categories using tertiles of duration also
2     showed a significant exposure-response for increasing
3     years of use of malathion and risk of NHL."
4 A. Umm-hmm.
5 Q. "In addition, malathion use was statistically
6     significantly associated with follicular lymphoma and
7     DLBCL." Correct?
8 A. Yes.
9 Q. In the North American Pooled Project, ever use of
10     malathion was associated with an increased risk of
11     NHL, right?
12 A. You just showed me this paper. I mean, I really
13     haven't had a chance to look at it and see what the
14     details are, critically appraise it to see if it
15     actually was a true association, if they did the --
16     the project was done appropriately. That's what the
17     abstract says, and abstracts can be misleading.
18 Q. Why don't we turn to Table 2 --
19 A. Sure.
20 Q. -- of Koutros (2019). In Table 2, Koutros and
21     colleagues report their results for ever use of
22     malathion, right?
23     MR. HABERMAN: You can take your time to
24     review the article.
25     THE WITNESS: Well, the title is Associations

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      Between Ever Use of Organophosphate and Carbamate
 2      Insecticides and Lymphoma in the North American Pooled
 3      Project.
 4 BY MS. ROSS:
 5 Q.   And the first one of those listed is malathion,
 6      correct?
 7 A.   Yes.
 8 Q.   What was the odds ratio for ever use of malathion in
 9      the initial model?
10 A.   1.63.
11 Q.   And what was odds ratio for ever use of malathion in
12      the multiple adjusted model?
13 A.   1.43.
14 Q.   Both of those numbers were statistically significant,
15      correct?
16 A.   Yes.
17 Q.   If you'll turn with me to Table 3 of Koutros (2019).
18 A.   Umm-hmm.
19 Q.   What's the title of this table?
20 A.   Associations Between Duration of Organophosphate and
21      Carbamate Insecticide Use and Lymphoma in the NAPP.
22 Q.   Again, the NAPP is the North American Pooled Project
23      right?
24 A.   Yes.
25 Q.   Malathion is the first pesticide listed, correct?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1 A.   Umm-hmm.  Yes.
 2 Q.   In the North American Pooled Project, increasing
 3      duration of malathion use was associated with
 4      increasing risk of NHL, true?
 5 A.   Yes.
 6 Q.   The Ptrend is less than .01 and is statistically
 7      significant, right?
 8 A.   Yes.
 9 Q.   Malathion use in the North American Pooled Project was
10      associated with NHL, the outcome, correct?
11 A.   Yeah.
12 Q.   And with glyphosate use, the exposure, true?
13 A.   Yes.
14 Q.   Malathion is a potential confounder in the
15      relationship between glyphosate and NHL, right?
16 A.   I would say that's what -- this is what you just
17      showed me in this study, that -- it appears to be so
18      from that study, yes.
19 Q.   What that mean is that malathion could cloud the
20      relationship between glyphosate and non-Hodgkin's
21      lymphoma, right?
22 A.   I don't know.
23 Q.   You don't know one way or the other whether
24      confounding with malathion clouds the relationship
25      between glyphosate and non-Hodgkin's lymphoma?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1 A.   I don't know of the strength of the association, the
 2      consistency of the association between malathion and
 3      non-Hodgkin's lymphoma and/or an interaction between
 4      malathion and glyphosate.
 5 Q.   I'm gonna break that down into pieces, okay?
 6 A.   Sure.
 7 Q.   You don't know the strength of the association between
 8      malathion and NHL, correct?
 9 A.   Yes.
10 Q.   You don't the know consistency of the association
11      between malathion and NHL, correct?
12 A.   Yes.
13 Q.   You do not know the interaction between malathion and
14      glyphosate, true?
15 A.   That's right.
16 Q.   Do you have an opinion, sitting here, whether or not
17      you should adjust for malathion, if you can, in
18      studies looking at glyphosate and NHL?
19 A.   I don't -- I don't have an opinion in -- on adjusting
20      for any particular pesticide or herbicide, no.
21 Q.   Let's go back to the Pahwa (2019) publication of the
22      North American Pooled Project.
23 A.   Sure.
24 Q.   Pahwa (2019) evaluated whether ever use of
25      glyphosate-based herbicides was associated with an
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      increased risk of NHL, right?
 2 A.   Yes.
 3 Q.   Those results are reported in Table 2 of Pahwa,
 4      correct?
 5 A.   Yes, they are.
 6 Q.   The odds ratio for ever use of glyphosate, unadjusted
 7      for other pesticides, is 1.43, correct?
 8 A.   Yes.
 9 Q.   The 95 percent confidence interval is 1.11 to 1.83,
10      correct?
11 A.   Yes.
12 Q.   That's the odds ratio you used in your meta-analysis,
13      true?
14 A.   It is, yeah.
15 Q.   The odds ratio adjusted for other pesticides is 1.13,
16      correct?
17 A.   You mean the odds ratio giving additional adjustments
18      for pesticides?
19 Q.   There were no adjustments for pesticides in the odds
20      ratio of 1.43 and 1.11?
21 A.   Well, let me rephrase what I said then.  It's -- it's
22      an additionally adjusted model, meaning that there is
23      multiple variables that are adjusted in Model A,
24      and -- and Model B includes those variables plus
25      pesticides.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   Q.  Right.  So I'll -- I'll break that down so that

2       we're -- we're clear on that --

3   A.  Sure.

4   Q.  -- okay?  Pahwa (2019) reports a whole series of odds

5       ratios with a superscript A and then a whole series of

6       odds ratios with a superscript B --

7   A.  Yeah.

8   Q.  -- correct?

9   A.  They do, yeah.

10  Q.  All of the odd ratios in Pahwa that have a

11      superscript A, those are adjusted for age, sex, state

12      or province, lymphatic or hematopoietic cancer in a

13      first-degree relative, use of a proxy respondent, use

14      of any personal protective equipment, correct?

15  A.  Yes.

16  Q.  The odds ratios in -- that are presented in Pahwa with

17      a superscript B, those are the odds ratios in Pahwa

18      that are adjusted for all of those same variables,

19      plus the use of 2,4-D, dicamba and malathion, correct?

20  A.  Yes.

21  Q.  The odds ratio for NHL overall, adjusted for other

22      pesticides, in Pahwa (2019) is 1.13, correct?

23  A.  Yes.

24  Q.  The -- the 95 percent confidence interval is .84 to

25      1.51, right?

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   A.  Yes.

2   Q.  Pahwa (2019) did not report a statistically

3       significant increased risk of NHL with ever use of

4       glyphosate-based herbicides when adjusted for other

5       pesticides --

6   A.  Yes.

7   Q.  -- correct?

8   A.  That's correct, yeah.

9   Q.  You did not use the odds ratio from Pahwa that

10      adjusted for other pesticides in any of your

11      meta-analyses, true?

12  A.  For ever/never, yeah.

13  Q.  Had you -- well, did you use the odds ratios adjusted

14      for other pesticides from Pahwa (2019) for your

15      highest exposure analysis?

16  A.  I have to check.

17  Q.  How about we come back to that --

18  A.  Yeah.

19  Q.  -- and I'll limit the question for now --

20  A.  Okay.

21  Q.  -- to ever/never.

22  A.  Sure.

23  Q.  For all of your ever/never meta-analyses, you used the

24      odds ratio from Pahwa that was not adjusted for other

25      pesticides, correct?

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   A.  That's right.  It was adjusted for all the other

2       variables, correct.

3   Q.  Had you used the most adjusted odds ratio from

4       Pahwa (2019), your meta odds ratio would be lower,

5       true?

6   A.  It would be.  Oh, wait.  Let me check something.  It's

7       possible for that -- it's possible for that analysis

8       it would be slightly lower, yes.  I'd have to check

9       it to be certain, but it is -- it's certainly

10      possible.

11            The -- those two values aren't statistically

12      significantly different from each other within Pahwa,

13      and the confidence interval is somewhat wider that I

14      used for the -- we'll call it the less adjusted

15      analysis, so it might not make a difference.  I'd have

16      to check to be certain.

17  Q.  In terms of the numbers that you used in your report,

18      you used an effect size of 1.43 from Pahwa (2019) for

19      your ever/never meta-analysis, right?

20  A.  Yes.

21  Q.  The most adjusted odds ratio in Pahwa (2019) for

22      ever/never is 1.13, right?

23  A.  Yes.

24  Q.  Would your calculated meta odds ratio have gone up if

25      you had used 1.13 instead of 1.43?

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   A.  It would have changed.  I don't know by how much.  I'd

2       have to check it, and I can check it for you.

3   Q.  When you say it would have changed, it would have gone

4       down, correct?

5   A.  It may have went down.  It may have.  I'm speculating.

6       I wouldn't know until I put it -- I put it in there,

7       because the confidence intervals are wider.  You have

8       to understand, using a random effects model compares

9       the differences between -- the variances between the

10      studies, and that becomes incorporated into the effect

11      estimate, into the confidence interval for the effect

12      estimate.

13            So therefore, even if the differences

14      are -- it's .3 in this odds ratio from the one that I

15      use compared to the one that I -- also includes the

16      additional pesticides, it may not matter because the

17      confidence interval is wider.  That means there's more

18      between the study heterogeneity.

19            That means that that study is going to

20      contribute less to the overall pooled effect estimate,

21      and therefore, it's not gonna change as much as you

22      think.  We can check it, though, if you like.

23  Q.  So I am entitled I think to -- well, withdrawn.

24      There are a variety of analyses and sensitivity

25      analyses that you could have run in your report and in

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  preparing your opinions in this case, correct?

2  A.  Yes.

3  Q.  You did not run any sensitivity analyses using the

4     odds ratio of 1.13 from Pahwa (2019), correct?

5  A.  That's correct.

6  Q.  Sitting here today, having your deposition taken in

7     the Ferro case, you do not have an opinion on how

8     using the odds ratio of 1.13 from Pahwa might have

9     changed your analysis, right?

10 A.  Well, I just told you what my opinion was.

11 Q.  Your opinion is that you would have to do that

12     analysis in order to know how it would change,

13     correct?

14 A.  Yeah, because I'm -- I'm speculating on the basis

15     of the -- well, I'm inferring on the basis of the

16     width of the confidence interval differences, which

17     then incorporates more between study heterogeneity.

18     I -- I'd have to check to be certain.

19          Would it go down?  Probably.  I don't know

20     by how much.  Probably very little, given the wider

21     confidence interval.

22 Q.  And sitting here today, that's not an analysis you've

23     done, correct?

24 A.  It is not.

25 Q.  Let's go to -- you mentioned before that you weren't

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  certain whether you'd used adjusted odds ratios from

2     Pahwa (2019) in your highest exposure analysis, right?

3  A.  Yes.  I was gonna check that, yeah.

4  Q.  So why don't we look at that quickly, if you can, and

5     we'll come back to it in more detail, okay?

6  A.  Okay.

7  Q.  So, for example, let's go to your Figure 7.

8  A.  That's the newly labeled Figure 7?

9  Q.  The newly labeled Figure 7, exactly --

10 A.  Okay.

11 Q.  -- on page 37.

12 A.  Yeah.

13 Q.  The value you report there from Pahwa (2019) is 2.42,

14     correct?

15 A.  Yeah.

16 Q.  That's also true for Figure 5, right?

17 A.  Yes.

18 Q.  That's also true for the newly labeled Figure 9 on

19     page 38, right?

20 A.  Yes.

21 Q.  That's also true for the newly labeled Figures 11 and

22     13 on pages 40 and 41, correct?

23 A.  Yeah.  No, it's the same -- it's the same model that I

24     chose for those ones.

25 Q.  Right.  In all of those models --

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Yeah.

2  Q.  -- you used an odds ratio of 2.42 that was

3     statistically significant, correct?

4  A.  Yes.  Now, I'll note the -- the model that adds

5     pesticides is also statistically significant in

6     Table 4.

7  Q.  We'll go to the details of that in a moment and walk

8     through it in some more detail.  Let's start with --

9     so your -- withdrawn.  New question.

10          The numbers that you included for your

11     highest exposure analysis from Pahwa come from

12     Table 4, true?

13 A.  Yes.

14 Q.  The greater than two days per year has two odds ratios

15     reported, correct?

16 A.  Yes.

17 Q.  One is 2.42, with a 95 percent confidence interval of

18     1.48 to 3.96, true?

19 A.  Yes.

20 Q.  The other is 1.73, with a 95 percent confidence

21     interval of 1.02 to 2.94 correct?

22 A.  Yes.

23 Q.  You use the unadjusted for other pesticides odds ratio

24     from Pahwa (2019) in your highest exposure analyses,

25     right?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Yes.

2  Q.  For every single meta-analysis you performed, you used

3     odds ratios from a Pahwa (2019) that were not adjusted

4     for other pesticides, true?

5  A.  Yes.

6  Q.  You used less adjusted data when you had the option to

7     use adjusted data --

8          MR. HABERMAN:  Objection.

9  BY MS. ROSS:

10 Q.  -- correct?

11 A.  Those are the numbers that were used -- excuse me --

12     in the highest exposure category analysis, that is

13     correct.  Umm -- no, I guess that's it.

14 Q.  Why did your analysis prefer unadjusted data over more

15     adjusted data?

16 A.  You mean less adjusted data?

17 Q.  I'm sorry.

18 A.  Yeah.

19 Q.  I'll reask the question.  New question.  Why did your

20     analysis prefer less adjusted data over more adjusted

21     data?

22          MR. HABERMAN:  Objection.

23          THE WITNESS:  Well, firstly, there -- those

24     odds ratios aren't different from each other within

25     the analyses.  And to be honest, I can't recall the

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1    reason why I chose one over the other, but -- maybe I
 2    can recall, but I can't think of anything right now
 3    why.
 4  BY MS. ROSS:
 5  Q.   Sitting here today, you can't recall a reason why you
 6       chose the less adjusted odds ratios in Pahwa over the
 7       more adjusted odds ratios, fair?
 8  A.   No, only with -- only with the exception that, like I
 9       said, the confidence intervals were -- were fully
10       overlapped.  It's a large number of variables in their
11       adjusted model, larger than most of the -- well, any
12       of the other studies, in fact, and there can be
13       problems with multiple adjustments in a paper.  But it
14       has a relatively big sample size, so it's probably not
15       a big issue.
16  Q.   Is there a problem in Pahwa (2019) with multiple
17       adjustments and multiple comparisons?
18  A.   I don't think so.  I think the study was -- was large
19       enough.  When you start getting to -- excuse me.  When
20       you start looking at the number of events, you know,
21       while there are -- let's see here.  You know, while
22       there's a large sample, 50 -- excuse me -- 6700 and
23       change, 6800 and change patients, there's only 113 in
24       the ever used glyphosate group.  So it's not a big
25       number.
```

Golkow Litigation Services                    Page 233

---

Joel J. Gagnier, Ph.D. N.Sc., M.Sc., B.A.

```
 1         The rule of thumb when you do adjusted
 2    analyses is, is that you should have about -- about
 3    10 subjects per -- about 10 events per variable that's
 4    chosen in analysis.  That's a rule of thumb.
 5    There's -- there's not good empirical evidence to back
 6    that up.  And they use a large number of -- of
 7    variables here.  We can count them up.
 8  Q.   Let me break that down before you keep going so that
 9       we have --
10  A.   Sure.
11  Q.   -- a clear record on this, okay?  Pahwa is a
12       relatively large study for a case-control study,
13       correct?
14  A.   Yeah.
15  Q.   There are a 113 cases in the ever exposed to
16       glyphosate group of NHL patients in Pahwa (2019),
17       correct?
18  A.   Yes.
19  Q.   The rule of thumb is that when you do adjusted
20       analyses, you should have about 10 subjects or
21       10 events per variable that's chosen in the analysis,
22       correct?
23  A.   Yes.
24  Q.   Pahwa (2019) does a whole host of different
25       comparisons in Tables 2, 3, 4 and 5, correct?
```

Golkow Litigation Services                    Page 234

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  A.   Yes.
 2  Q.   You haven't counted up the number of comparisons in
 3       those tables, I take it?
 4  A.   No.  But what I'm referring to is the numbers of
 5       variables that are included in the regression models,
 6       which you can -- that are listed via the superscripts
 7       for those separate analysis.  So it's, you know, age,
 8       sex, state Province, etcetera.  And in the adjusted
 9       analysis that also includes pesticides, it has nine
10       variables, so it's bordering on getting to be too
11       many.
12            But that is not -- I don't recall that --
13       with full and complete honesty, I don't recall that
14       being a reason for me consciously not choosing the --
15       the -- the adjustment that included pesticides over
16       the other adjustment.
17            Is the other one more reliable?  Probably.
18       The earlier one that doesn't include pesticides is
19       probably more reliable 'cause it has more events and
20       less variables that are included in the model.  But
21       I'd have to do a simulation analysis to be able to
22       test that assumption.
23  Q.   Less take a step back and talk about some of the other
24       analyses that Pahwa did, okay?
25  A.   Sure.
```

Golkow Litigation Services                    Page 235

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  Q.   So Pahwa (2019) looked at NHL overall and various
 2       subtypes, correct?
 3  A.   Yes.
 4  Q.   In your analysis, you focused on NHL overall, correct?
 5  A.   Yes.
 6  Q.   You rely on the data for NHL overall in Pahwa (2019),
 7       not the data for any NHL subtype, true?
 8  A.   Correct.
 9  Q.   The analysis by Pahwa didn't just look at exposure
10       based on the number of days per year that someone used
11       glyphosate, correct?
12  A.   That's right.
13  Q.   The analysis in Pahwa didn't just look at a set of
14       data using a two-day per year cutoff, correct?
15  A.   That's right.
16  Q.   Pahwa (2019) also looked at greater than five days per
17       year, true?
18  A.   Yes, they did.
19  Q.   Pahwa (2019) reported three different exposure
20       metrics?  Years, frequency and lifetime-days, correct?
21  A.   Yes.
22  Q.   Pahwa and colleagues report the results of their
23       exposure metrics in Tables 3, 4 and 5, right?
24  A.   Yep.
25  Q.   And Table 3 of Pahwa is years of use or duration,
```

Golkow Litigation Services                    Page 236

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    correct?

2    A.   Yes.

3    Q.   Table 4 is frequency of glyphosate handling, or days

4         per year, right?

5    A.   Yes.

6    Q.   Table 5 is lifetime-days, which is years times days

7         per year, correct?

8    A.   Yes.

9    Q.   Each of those tables tells you how many participants

10        were used for each analysis, right?

11   A.   Yes.

12   Q.   As you note in your report, Pahwa (2019) noted all

13        cases and controls in their ever/never analysis with

14        smaller samples being included in the duration of use,

15        frequency and lifetime-days, right?

16   A.   Yes.

17   Q.   Table 2 of Pahwa (2019) includes 113 glyphosate

18        exposed cases in their ever/never analysis, right?

19   A.   Yes.

20   Q.   If you look at the variables they adjusted for in

21        their most adjusted model, that's nine variables,

22        right?

23   A.   I believe so, yep.

24   Q.   A rule of thumb is you shouldn't adjust for more than

25        one variable for every 10 people you have in a study,

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    right?

2    A.   Yeah.

3    Q.   Adjusting for nine variables with 113 people is below

4         that threshold, fair?

5    A.   Yeah, it is.

6    Q.   Table 3 of Pahwa (2019) includes I think 102

7         glyphosate-exposed cases in their duration of use

8         analysis, if you add 59 into 43.  Do you see that?

9    A.   Yes.

10   Q.   Table 4 of Pahwa (2019) includes 61 glyphosate-exposed

11        cases in their frequency of use analysis, right?

12   A.   Yes.  For sake of clarity, when we talk about this

13        rule of thumb, that's all it is, it's a rule of thumb,

14        and it's not a cutoff, it's not a threshold.  It's as

15        you get closer to that value, even if you're over it,

16        doesn't mean that you're -- you're potentially having

17        increased Type I errors; that is, finding false

18        associations or spurious associations.  It means

19        you're at risk of having spurious associations.

20             So that analysis is close to that level, it

21        is close to it, we should be cautious about it.  It

22        doesn't mean that it is, it doesn't mean that it

23        isn't, but we should still be cautious about it.

24   Q.   Table 5 in Pahwa includes 57 glyphosate-exposed cases

25        and their lifetime-days analysis, right?

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    A.   Yes.

2    Q.   There are various p-values for trend reported in

3         Tables 3, 4 and 5 of Pahwa (2019).  Do you see that?

4    A.   I do, yes.

5    Q.   Can you take a look at those tables and confirm that

6         for the odds ratios adjusted for other pesticides, not

7         a single Ptrend in Pahwa (2019) is below .05?

8    A.   You mean for non-Hodgkin's lymphoma overall, or do you

9         mean for any association?

10   Q.   I mean for any association.

11   A.   Small lymphocytic -- when it's treated ordinally, for

12        small lymphocytic lymphoma, the p-value is .03.  But,

13        you know, this p -- this -- this business of using a

14        p-value cutoff of .05 is -- is a flaw when we're talking about trying to be cautious

15        flaw when we're talking about trying to be cautious

16        about associations.

17             That p-value can -- can very realistically

18        be increased, and frequently is increased to .10, and

19        there's precedent for it.  Many, many, many excellent

20        statisticians have stated this.  So I'm not

21        particularly concerned about .05 cutoffs as I am more

22        concerned about avoiding risk where possible.

23   Q.   So let's then focus on the NHL overall analyses that

24        you relied on in this case, okay?

25   A.   Sure.

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    Q.   For NHL overall, for the odds ratios adjusted for

2         other pesticides, not a single Ptrend in Pahwa (2019)

3         is less than .1, correct?

4    A.   You're talking about Table 5, right?

5    Q.   No, for Table 3, 4, or 5.

6    A.   Oh, I'm sorry.

7    Q.   For any of those tables.

8    A.   Oh, yeah, there are several that are below -- that are

9         below .1.

10   Q.   In the adjusted for other pesticide analyses, can you

11        point me to which Ptrend are below .1?

12   A.   Yes.  For NHL overall in Table 5, if you see the --

13        the trend when you use ordinal, 10 lifetime-days, .08.

14   Q.   Ah.  So you're looking at the p-value of ordinal

15        analysis in Table 5 of .08?

16   A.   Yes.

17   Q.   Okay.  Any others that you see for NHL overall that

18        are less than .1?

19   A.   Well, I mean -- oh.  You want -- you want the

20        pesticide adjusted analysis?  That's what you're

21        asking me?

22   Q.   In the pesticide adjusted analyses, yes.

23   A.   No.

24   Q.   And none of the odds ratios adjusted for other

25        pesticides have a Ptrend that is less than .05,

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  correct?

2  A.  For NHL overall?

3  Q.  Yes.

4  A.  That's correct.

5  Q.  For example, in Table 4, where the authors report

6  frequency of life-safe handling the Ptrend in their

7  adjusted analysis is .2 and is non-significant,

8  correct?

9  A.  That's correct.

10  Q.  Just as they did for the overall analysis for their

11  duration, frequency and lifetime-days analyses, again,

12  Pahwa reported odds ratios adjusted for 2,4-D, dicamba

13  and malathion, and odds ratios that were not adjusted

14  for those pesticides?

15  A.  Yeah.  I didn't do an analysis on trends.  I could

16  very well have, I suppose, but I did an analysis on

17  the greater than two days, which is statistically

18  significant in that model.

19  Q.  For all of the highest exposure meta-analyses in your

20  tables, you used the unadjusted odds ratio from Pahwa

21  for the subgroup who used glyphosate more than two

22  days per year, correct?

23  A.  I used the model that didn't include the pesticide

24  adjustment.

25  Q.  Right.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Yes.

2  Q.  Let me repeat the question so that we're clear there.

3  For all of the highest exposure meta-analyses reported

4  in your tables, you used the odds ratio from Pahwa,

5  for the subgroup who used glyphosate more than two

6  days per year in the model that did not adjust for

7  other pesticides, correct?

8  A.  Yes.

9  Q.  The odds ratio from Pahwa (2019) that you used in your

10  highest exposure analysis was 2.42?

11  A.  Yes.

12  Q.  The 95 percent confidence interval is 1.48 to 3.96,

13  right?

14  A.  Yeah.

15  Q.  For all of the highest exposure meta-analyses reported

16  in your tables, that's the value that you used, right?

17  A.  Yes.

18  Q.  You did do three additional sensitivity analyses that

19  we'll talk about separately, okay?

20  A.  Sure.

21  Q.  Who uses more Roundup?  Sometime -- someone who used

22  Roundup three times per year for three years, or

23  someone who used Roundup one time per year for 20?

24        MR. HABERMAN:  Objection.

25        THE WITNESS:  I don't know.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  BY MS. ROSS:

2  Q.  In terms of the simple math, can you do that?

3        MR. HABERMAN:  Objection, improper

4  hypothetical.

5        THE WITNESS:  Can you ask me the question

6  again?

7  BY MS. ROSS:

8  Q.  Sure.  Who uses more Roundup?  Someone who used

9  glyphosate-based herbicides three times per year for

10  three years, or someone who used them one time per

11  year for 20 years?

12  A.  Is that one time the same time frame?

13  Q.  Let's say that they're --

14        MR. HABERMAN:  Is it the same amount?

15  BY MS. ROSS:

16  Q.  Let's say that a person is using the same amount of

17  Roundup every time they use Roundup for the purposes

18  of this hypothetical, okay?

19  A.  Okay.

20  Q.  So I'll repeat the question.  Assuming that someone's

21  using the same amount of Roundup every time they

22  spray, who uses more Roundup?  Someone who used

23  Roundup three times a year for three years, or someone

24  who used Roundup one time a year for 20 years?

25        MR. HABERMAN:  Objection, incomplete

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  hypothetical.

2        THE WITNESS:  Is the one time that you're

3  counting the same amount of time?  Meaning is one time

4  an hour in all cases, or is one time a day in all

5  cases, or is it different?

6  BY MS. ROSS:

7  Q.  In terms of the analysis done in Pahwa (2019), did

8  they get into whether someone used Roundup for an hour

9  versus a day when -- on the days that they used

10  Roundup?

11  A.  I didn't know you were asking me about Pahwa

12  specifically.  I'm sorry.  I'm gonna have to look at

13  it to be certain.

14  Q.  Sure.

15  A.  If the timing is equal, then it's a 20-year exposure

16  that has more.

17  Q.  If the timing is equal, then someone who uses

18  Roundup --

19        MR. HABERMAN:  Also, objection improper

20  hypothetical.

21        MS. ROSS:  My question wasn't finished.

22        MR. HABERMAN:  I'm objecting to the previous

23  question, if that wasn't clear.

24  BY MS. ROSS:

25  Q.  If the timing is equal, then someone who uses Roundup

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1     one time a year for 20 years used more Roundup than
2     someone who used it three times a year for three
3     years, correct?
4              MR. HABERMAN:  Objection, improper
5     hypothetical.
6              THE WITNESS:  I guess, but it -- I mean, it
7     depends on what we're talking about here because we're
8     not talking about glasses of water.  We're talking
9     about exposure to a carcinogen.
10 BY MS. ROSS:
11    Q.    You don't know one way or the other whether someone
12          who uses Roundup three times a year for three years is
13          exposed to more Roundup than someone who uses Roundup
14          one time a year for 20, correct?
15    A.    I'm -- I'm -- I'm sorry.  I just don't know how to
16          answer that question.  It's -- it's -- it's too
17          abstract.
18    Q.    A person who uses Roundup one time a year for 20 years
19          would fall into the less than or equal to two days per
20          year group in Pahwa (2019), right?
21    A.    Did you say they would fit into the less than two days
22          per year --
23    Q.    I did.
24    A.    -- group?  I believe so.  I think that's how they
25          counted it, yes.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1     Q.    A person who used Roundup three times a year for three
2           years would fall into the greater than two days per
3           year group in Pahwa (2019), right?
4     A.    I would need to check back to see if they had a
5           threshold number days or number of day years exposure
6           before they started counting it.
7     Q.    Does anything that you're aware of in the tables or
8           the text of Pahwa tell you whether they had a
9           threshold number of days or number of days per year of
10          exposure before they started counting them?
11    A.    Well, no, it wouldn't be listed in the table.  It
12          would be listed in the Methods section.
13    Q.    Do you have any information, sitting here today,
14          whether someone who used Roundup for -- well,
15          withdrawn.
16              Take a look at the Methods section, if you
17          will, and then I'll -- I'll ask you a question about
18          it, all right, Dr. Gagnier?
19    A.    Yeah.  I'm just going through it here.  Yeah, I don't
20          see anything that describes the details or -- or a
21          threshold, so I guess you have to take the tables at
22          face value.
23    Q.    Nothing in Pahwa (2019) describes a threshold or any
24          detail of their methods that would tell you, correct?
25    A.    They don't appear to, and they don't reference another
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1     paper that does, that's -- that's correct.
2     Q.    The person who used Roundup --
3     A.    Actually, not that's entirely true.  They do --
4           because Pahwa includes other studies, they reference
5           the original studies as well as some of the methods
6           papers that are associated with those studies, which
7           are references 9 and 14, 20 and 21, which we'd have to
8           look at in detail to make sure that there was no
9           thresholds in those studies.
10    Q.    Sitting here today, you don't know one way or another
11          whether there were thresholds in the original studies
12          that pooled in Pahwa (2019), correct?
13    A.    I recall it in one or two studies, but I don't know if
14          they're included in Pahwa, so I -- I can't say with
15          confidence that Pahwa did or did not do that, that's
16          correct.
17    Q.    Do you know whether all of the people in Pahwa (2019)
18          could have been like my hypothetical person, who used
19          Roundup three times a year for three years versus
20          using Roundup one time a year for 20?
21    A.    I don't know offhand.
22    Q.    You don't know anything about any individual person
23          included in Pahwa (2019) who used Roundup for more
24          than two days per year or less than or equal to two
25          days per year, correct?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1     A.    No.  I haven't seen the individual patient data,
2           though I'd really like to get my hands on it.
3     Q.    The adjusted odds ratio from Pahwa (2019) for greater
4           than two days per year of use was 1.173, correct?
5     A.    Yes.
6     Q.    Had you used the adjusted odds ratio from Pahwa
7           (2019), would your highest exposure meta odds ratio be
8           lower or higher?
9     A.    It would probably just slightly lower, yes.
10    Q.    You performed no analyses using the ordinal measure of
11          greater than five days per year from Pahwa (2019),
12          correct?
13    A.    No.  I tried to remain consistent with the greater
14          than two days per year.
15    Q.    You performed no analysis using the higher number of
16          years of use in Pahwa (2019), correct?
17    A.    No, I did not.
18    Q.    The odds ratio for more than three and a half years of
19          glyphosate-based herbicide use and NHL overall was .94
20          adjusted for other pesticides, correct?
21    A.    You're talking about lifetime-days?
22    Q.    No, I'm talking about duration of glyphosate use in
23          Table 3.
24    A.    Oh, yeah.
25    Q.    I'll reask my question.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   A.   Greater than 3.5, yes, you're correct.

2   Q.   Let me just make sure we're clear on the record, okay?

3   A.   Sure.

4   Q.   The odds ratio for greater than 3.5 years in Pahwa

5        (2019) with use of glyphosate and NHL overall was .94

6        and non-significant, correct?

7   A.   Yes.

8   Q.   Had you used years of use instead of greater than two

9        days per year, that could have affected your analysis,

10       right?

11  A.   Pardon me?  Can you ask that again?

12  Q.   If you had used higher duration of use as opposed to

13       greater frequency of use in your meta-analysis for

14       Pahwa, would your odds ratio have gone up, gone down,

15       or not changed?

16  A.   For what analysis?

17  Q.   For any of your highest exposure analysis.

18  A.   I don't know if it would -- I don't know if it

19       would change, but it doesn't -- I mean, I'd be

20       speculating to tell you if I knew if it would

21       change or not.  The -- the metric of greater than

22       two days of glyphosate use per year is a mean, so

23       that -- it's a per year metric.

24  Q.   Point me to -- what facts or data are you relying on

25       to say that the metric of greater than two days per

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1        year of glyphosate use is a mean?

2   A.   So if somebody was using glyphosate for 10 years, and

3        they use it for one day in year one and four days in

4        year two, the mean of -- add them together and divide

5        it by two, the mean of that would be 2.5.  That's how

6        they're coming up with these values.

7   Q.   Where in Pahwa (2019) does it tell you that the

8        mean --

9   A.   It doesn't.  They're relying on --

10  Q.   -- is greater than -- sorry.  Let me finish my

11       question --

12  A.   Yeah.

13  Q.   -- and then -- so -- where in Pahwa (2019) does it

14       tell you that the cutoff of greater than or less than

15       two days per year was a mean of exposure and frequency

16       of exposure?

17  A.   Well, it doesn't.  It's in the publications that they

18       include.

19  Q.   Nothing in Pahwa (2019) tells you that greater than

20       two days per year was a mean of exposure to

21       glyphosate, correct?

22  A.   I believe that that's -- I think that's correct, yes,

23       I think.

24  Q.   You're speculating that the greater than two days per

25       year frequency of exposure metric was based on a mean

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1        glyphosate exposure, right?

2   A.   Well, it says days per year handled.  Days per year

3        handled.

4   Q.   That number, greater than two days per year, could

5        have been calculated in some way that was entirely

6        unrelated to the mean measure in that study, correct?

7   A.   What you're referring to is a cumulative measure.

8   Q.   What I'm talking about is frequency of greater than

9        two days per year.  I thought I understood you to be

10       saying that you believe that greater than or less than

11       two days per year in Pahwa (2019) is the mean

12       frequency of glyphosate use.  Is that what you're

13       saying?

14  A.   Mean days of exposure, yes.

15  Q.   The prior study you're talking about that looked at

16       greater than or less than two days per year, that was

17       McDuffie (2001), correct?

18  A.   Yeah, it's one of them, yeah.

19            GAGNIER EXHIBIT 17

20            Helen McDuffie 2001 Paper

21            Non-Hodgkin's Lymphoma and Specific

22            Pesticide Exposure in Men:  Cross-Canada

23            Study of Pesticides and Health

24            WAS MARKED BY THE REPORTER

25            FOR IDENTIFICATION

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1   BY MS. ROSS:

2   Q.   Exhibit 17 to your deposition is McDuffie.  And if

3        you'll turn with me to Table 8, and tell me when

4        you're there.

5   A.   Okay.

6   Q.   Table 8 gives -- in McDuffie (2001), gives days per

7        year of exposure to glyphosate as greater than zero

8        and less than or equal to two and greater than two,

9        right?

10  A.   Yes.

11  Q.   Where in McDuffie (2001) does it state that those

12       numbers were chosen based on a mean of glyphosate

13       exposure?

14  A.   They say they count the number of days per year of

15       exposure to individual compounds.

16  Q.   And do they say that they then use the mean days per

17       year of exposure to --

18  A.   Well, I'll leave you to it.

19  Q.   You could look at the data and decide where you wanted

20       to cut it, correct?

21            MR. HABERMAN:  Objection.

22            THE WITNESS:  Yeah, by average.

23  BY MS. ROSS:

24  Q.   Is there anything --

25  A.   You couldn't do it any other way.  I'm sorry to talk

1    over you.

2  Q.  No, that's fine.  So in your view, based on McDuffie

3      and Pahwa, greater than two days per year was the

4      average frequency that people used glyphosate?

5  A.  I'm saying it's based upon whatever was done in the

6      earlier studies.  And by this -- and by my read, and I

7      would expect by your read as well of -- of the Methods

8      section in McDuffie, that they're counting number of

9      days per year.  They're not counting number of days

10     across 10 years.

11 Q.  The Methods section of Pahwa -- I'm sorry.  Withdrawn.

12     The Methods section of McDuffie states, "We created

13     dose-response levels based on days per year and

14     personally mixing or applying selected herbicides,

15     insecticides, fungicides and fumigants."  Correct?

16 A.  Yes.

17 Q.  Nothing in that sentence that I just read describes

18     why they used particular cutoffs for any particular

19     pesticide, fair?

20 A.  You're reading the -- in the paragraph that starts,

21     "In this report"?

22 Q.  No.  I'm reading in the Methods section when they

23     discuss the statistical analyses they do and the

24     dose-response relationships.

25 A.  Oh, I see.

1        MR. HABERMAN:  Where -- where are you?

2        THE WITNESS:  I'm looking for that.

3  BY MS. ROSS:

4  Q.  What are you looking at in the Methods section?

5  A.  Okay.  Under -- on page 1156 --

6  Q.  Right.

7  A.  -- of the published article in the right-hand column

8      under Questionnaires, the second full paragraph

9      starts, "In this report."  And the second sentence of

10     that paragraph says, "We classified exposure by the

11     number of herbicides, insecticides, fungicides and

12     fumigants reported by cases and controls as well as

13     the number of days per year of exposure to individual

14     compounds."

15 Q.  That sentence that you just read --

16 A.  Umm-hmm.

17 Q.  -- the number of days per year of exposure to

18     individual compounds --

19 A.  Yeah.

20 Q.  -- there's nothing in the words of that sentence that

21     tells you how they selected a cutoff for the number of

22     days per year that they were going to compare greater

23     and lesser, correct?

24 A.  I agree.  My comment wasn't associated with a cutoff.

25     It was just simply associated with how they counted

1      days per year.  And -- and your original question was

2      associated with Pahwa about how their cutoffs came to

3      be, and I said they originated from these articles,

4      and so that it to be where it came from.

5  Q.  Right.

6  A.  Yeah.

7  Q.  But you can't say why the authors picked a cutoff of

8      greater than two days per year, correct?

9  A.  No, certainly not.

10 Q.  In your report in this case, you performed three

11     additional sensitivity analyses --

12 A.  Yes.

13 Q.  -- that were not in your earlier report, right?

14 A.  Yes.

15 Q.  You say on page 42, "I then performed three additional

16     analyses using the cumulative data from Meloni, as

17     well as from Pahwa."  Do you see that?

18 A.  Yes.

19 Q.  In a fixed effects meta-analysis, when you used

20     cumulative data from Pahwa instead of frequency data

21     from Pahwa --

22 A.  Yeah.

23 Q.  -- you found a combined odds ratio of 1.116 and a

24     95 confidence interval that goes from .958 to 1.299,

25     correct?

1  A.  That's correct.

2  Q.  P was 0.159, right?

3  A.  Yes.

4  Q.  The odds ratio in Pahwa for higher lifetime-days

5      adjusted for other pesticides, what is that number?

6  A.  I'm sorry, say that again?

7  Q.  What is the odds ratio in Pahwa for greater

8      lifetime-days adjusted for other pesticides?

9  A.  You said greater than two?  Or sorry, greater than

10     3.5?

11 Q.  Yes.  So all --

12 A.  1.08.

13 Q.  Let me ask the question again so we're clear --

14 A.  Yeah.

15 Q.  -- okay?

16 A.  Yeah.

17 Q.  Table 5 gives lifetime-days -- Table 5 in Pahwa gives

18     lifetime-days of glyphosate use and associations with

19     NHL, correct?

20 A.  It does.

21 Q.  What is the odds ratio for the higher category of

22     lifetime-days in Pahwa for NHL overall adjusted for

23     other pesticides?

24 A.  1.08.

25 Q.  What is the 95 percent confidence interval?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.    .66 to 1.77.
 2   Q.    You did not use the odds ratio adjusted for other
 3         pesticides in your report, correct?
 4   A.    That's correct.
 5   Q.    Instead, you used the unadjusted odds ratio of 1.55,
 6         with a 95 percent confidence interval of .99 to 2.44,
 7         correct?
 8   A.    No, no, that's not true.  That was an adjusted
 9         estimate.  It wasn't additionally adjusted for
10         pesticides.
11   Q.    I'll correct my question.
12   A.    Yeah.
13   Q.    You used the odds ratio for Pahwa that was --
14         withdrawn.  Try again.
15   A.    Okay.
16   Q.    You used the odds ratio for cumulative exposure from
17         Pahwa that was not adjusted for other pesticides,
18         true?
19   A.    Yes.
20   Q.    When you used the odds ratio for cumulative exposure
21         from Pahwa, which is a point estimate of 1.55 instead
22         of a point estimate of 2.42, your odds ratio went down
23         to 1.116, correct?
24   A.    Yes.
25   Q.    When you used the odds ratio for accumulate exposure
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1         from Pahwa, your odds ratio was not statistically
 2         significant, right?
 3   A.    Yes.
 4   Q.    Even if you don't adjust for other pesticides,
 5         just using the total lifetime-days of glyphosate
 6         use in your meta-analysis instead of greater than
 7         two days per year results in a lower odds ratio,
 8         true?
 9   A.    It does.
10   Q.    Pahwa also reported information when proxy respondents
11         were excluded?  Did you see that?
12   A.    Yes.
13   Q.    Proxy means that they got information from someone
14         other than the person who actually applied the
15         pesticide, correct?
16   A.    Yes.
17   Q.    The results excluding proxies are reported in Table
18         S1 of Pahwa --
19   A.    Yeah.
20   Q.    -- correct?
21   A.    Yeah.
22   Q.    You did not perform any sensitivity analyses looking
23         at just the people who reported their own pesticide
24         use in Pahwa (2019), correct?
25   A.    That's correct.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1         GAGNIER EXHIBIT 18
 2         Chart Titled:
 3         Pahwa 2019:  Results Reported
 4         For NHL Events
 5         WAS MARKED BY THE REPORTER
 6         FOR IDENTIFICATION
 7   BY MS. ROSS:
 8   Q.    Exhibit 18 to your deposition is a chart titled,
 9         Pahwa 2019:  Results Reported For NHL Events.  Do you
10         see that?
11   A.    Yes.
12   Q.    This is a chart that lists the various results
13         reported in Pahwa (2019) for ever exposure to
14         glyphosate and for duration, frequency and cumulative
15         exposure.  Do you see that?
16   A.    Yes.
17   Q.    We just talked through the various reports --
18   A.    Yeah.
19   Q.    -- or results in Pahwa (2019), and we talked about
20         what those results looked like when they were
21         adjusted, but not for other pesticides, right?
22   A.    Yes.
23   Q.    We also talked about the results that were adjusted
24         for other pesticides, true?
25   A.    Yes.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.    Can you look at Exhibit 18 and Pahwa (2019) and
 2         confirm that Exhibit 18 is an accurate representation
 3         of the odds ratios reported in Pahwa?
 4   A.    Well, it would take me a while to go through them all,
 5         but I'll just -- suffice it to say, I -- you've been
 6         accurate thus far, so I'll -- I'll say you're accurate
 7         with this table.
 8   Q.    I'm happy to take, as an example, ever exposure.  So
 9         ever exposure in Pahwa's Table 2, correct?
10   A.    Yes.
11   Q.    The first two odds ratios not adjusted for other
12         pesticides and then adjusted for other pesticides are
13         1.43 and 1.13 respectively, correct?
14   A.    Yes.  And the confidence intervals are -- are correct,
15         yeah.
16   Q.    And if you go to Table S1, the result for NHL overall,
17         excluding proxies and adjusted for other pesticides --
18   A.    Yeah.
19   Q.    -- that's .95, correct?
20   A.    Yes.  And the confidence interval's right as well.
21         Okay.  I'm satisfied.
22   Q.    I'll ask my question again for the record, all right?
23   A.    Okay.
24   Q.    Can you confirm that Exhibit 18 is an accurate
25         representation of the odds ratios reported in Pahwa?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Yes.

2  Q.  There are at least three different odds ratios for

3      ever exposure in Pahwa, right?

4  A.  Yes.  Sorry.  Can you ask that again?

5  Q.  There are at least three different odds ratios for

6      ever exposure in Pahwa, right?

7  A.  Yes.

8  Q.  Is the 1.13 an increased risk, in your view?

9  A.  The -- for ever exposed adjusted for pesticides?

10 Q.  Yes.

11 A.  No.  That confidence interval is -- is --

12     significantly overlaps.  It's mostly to the right,

13     suggesting a possible effect, but there's likely no

14     effect.

15 Q.  The result adjusted for other pesticides in Pahwa

16     (2019) is 1.13 and is not an increased risk, given the

17     confidence interval, correct?

18 A.  It appears so.

19 Q.  The .95 with a 95 percent confidence interval of .69

20     to 1.32, is that an increased risk?

21 A.  No.  And that one's much more equally balanced across

22     the line of no effect.

23 Q.  If you actually asked the people who used

24     glyphosate-based herbicides and not their spouse or

25     brother or parent, the odds ratio in Pahwa is actually

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      below 1.0, correct?

2  A.  For the ever exposed, it's -- yeah, I mean, there's --

3      there's no evidence of a positive effect.

4  Q.  For the ever exposed, Pahwa (2019) shows no evidence

5      of a positive effect if you limit it to people who

6      directly used glyphosate-based herbicides, true?

7  A.  Who -- yeah, who reported on it, yeah.

8  Q.  If you would on Exhibit 18, Dr. Gagnier, can you

9      please circle the odds ratio that you used for your

10     ever/never analysis?

11 A.  The -- the odds ratio that I used for my -- that I

12     used for my ever/never analysis?

13 Q.  Yes.

14 A.  Well, it's 1.43.

15 Q.  Right.

16 A.  Yeah.

17 Q.  So if we circle on Exhibit 18 the 1.43 --

18 A.  Yeah.

19 Q.  -- that's correct, right?

20 A.  Yeah.

21 Q.  Did you do that on the exhibit?

22 A.  Yes.

23 Q.  Okay.

24 A.  Well, I circled many others as well.

25 Q.  Oh, okay.  I see that you did.  So let me ask if your

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      counsel is willing to switch copies with you.  Thanks.

2  A.  Sorry.  I got carried away looking at the other ones.

3      Okay.

4  Q.  Okay.

5  A.  We're going through an exercise, I suspect.

6  Q.  You circled on Exhibit 18 the odds ratio that you used

7      from Pahwa for ever/never, correct?

8  A.  Yeah.

9  Q.  There are -- let's move down to the duration,

10     frequency and lifetime exposure numbers, all right?

11 A.  Okay.

12 Q.  There are one, two, three, four, five, six, seven,

13     eight, nine, 10, 11 -- at least 18 different odds

14     ratios in Pahwa for duration, frequency or cumulative

15     lifetime exposure to Roundup, correct?

16 A.  Yes.

17 Q.  Can you please circle the odds ratio that you used in

18     your main analyses of highest exposure?

19 A.  (The witness marked the exhibit).

20 Q.  And the odds ratio you circled on Exhibit 18 is the

21     odds ratio 2.42 that is not adjusted for other

22     pesticides greater than two days per year of

23     glyphosate use, right?

24 A.  Yes.

25 Q.  For highest exposure to Roundup and NHL, can you

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      confirm that you used the highest of any odds ratio

2      reported in Pahwa for duration, frequency or

3      cumulative exposure?

4  A.  Pardon me?  Can you ask that again?

5  Q.  Sure.  For highest exposure to Roundup and NHL in your

6      meta-analysis --

7  A.  Yes.

8  Q.  -- can you confirm that you used the highest of any

9      odds ratio reported in Pahwa for duration, frequency

10     or cumulative exposure?

11 A.  It happened to be the highest odds ratio, but it

12     wasn't chosen 'cause it was the highest odds ratio.

13 Q.  In fact, for highest exposure to Roundup and NHL, you

14     used the only odds ratio out of 18 different odds

15     ratios that was over 2.0, correct?

16 A.  Not the only statistically significant odds ratio.

17 Q.  Nevertheless, the answer to my question is yes, for

18     highest exposure to Roundup and NHL, you used the only

19     odds ratio out of 18 different odds ratios that was

20     over 2.0, correct?

21 A.  It doesn't matter to me what the value of it is.

22 Q.  When you used the odds ratio for cumulative exposure

23     instead of the odds ratio for greater than two days

24     per year, your meta OR went down and was

25     non-significant, right?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Yes.

2  Q.  Had you used the odds ratios for cumulative exposure

3     adjusted for other pesticides, your odds ratio would

4     have gone down further, true?

5  A.  Could have.

6  Q.  Had you used the odds ratio for cumulative exposure

7     adjusted for other pesticides, your odds ratio would

8     not have been statistically significant, right?

9  A.  Quite possibly.

10 Q.  Had you used any odds ratio from Pahwa (2019) adjusted

11    for other pesticides, can you say that any of the

12    analyses you conducted would have been statistically

13    significant?

14 A.  I would have to do them to confirm one way or another

15    what they would be, so I can't say.

16 Q.  Sitting here today, you haven't done that analysis,

17    correct?

18 A.  You've seen all of the analyses that I've done.  So I

19    haven't done that analysis that you're asking, yes,

20    that's correct.

21 Q.  If you'll turn back with me to Figure 1 in your

22    report, please.  And I'm sorry, Figure 1 is not the

23    figure we should be looking at, because that's the

24    fixed effects meta-analysis, right?

25 A.  Okay.  Yes.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  So we should talk about Figure 3, which is the random

2     effects model, right?

3  A.  Yes.

4  Q.  And we were talking before about what studies you

5     included in Figure 1, correct?

6  A.  Yes.

7  Q.  The next study you included in Figure 3, your random

8     effects meta-analysis for ever/never use, is a study

9     by Meloni and colleagues in 2021, correct?

10 A.  Yes.

11 Q.  The odds ratio in Meloni was 1.4, correct?

12 A.  Yes.

13 Q.  And that was not statistically significant, true?

14 A.  That's right.

15 Q.  You used the same relative -- withdrawn.  You used the

16    same odds ratio from Meloni (2021) for all the

17    ever/never meta-analyses you performed, correct?

18 A.  I think so, yes.  Yep.

19 Q.  Meloni (2021) reports odds ratios for ever exposed to

20    glyphosate and ever exposed with medium-high

21    confidence, right?

22 A.  Yes, they do.

23          GAGNIER EXHIBIT 19

24          Federico Meloni 2021 Paper

25          Occupational Exposure to Glyphosate

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1     and Risk of Lymphoma:  Results of an

2     Italian Multicenter Case-Control Study

3     WAS MARKED BY THE REPORTER

4     FOR IDENTIFICATION

5  BY MS. ROSS:

6  Q.  Exhibit 19 to your deposition is Meloni (2021).  Is

7     that --

8  A.  Yes.

9  Q.  -- correct?  If you'll go with me to Table 3.

10 A.  Yes.

11 Q.  Table 3 gives results for lymphoma and B-cell

12    lymphoma, major subtypes, with ever exposure to

13    glyphosate, correct?

14 A.  Yes.

15 Q.  The results for non-Hodgkin's lymphoma overall were

16    1.4 for the ever exposed, with a 95 percent confidence

17    interval of .62 to 2.94, right?

18 A.  Yes.

19 Q.  That's the value you used in your meta-analysis,

20    correct?

21 A.  Yes.

22 Q.  For exposed with medium-high confidence, the odds

23    ratio was 1.2?

24 A.  Yes.

25 Q.  And the 95 percent confidence interval is .35 to 4.21;

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1     is that right?

2  A.  Yes, also non-significant.

3  Q.  Why did you choose the ever exposed and not the

4     exposed with medium-high confidence?

5  A.  Because it's a different exposure metric than is the

6     ever exposed with medium-high confidence than the

7     other studies used.

8     So when using data from Meloni (2021), it would be

9     better to used ever exposed as opposed to exposed with

10    medium-high confidence?

11 A.  Yes, because that's how it was done in all the other

12    studies.

13 Q.  In the text of your report, you described Meloni as

14    well done.  I think that's on page 31.

15 A.  I wouldn't say that.

16 Q.  Okay.  That was going to be my question.  So --

17 A.  On page 21 you said?

18 Q.  Page 31.

19 A.  Oh, 31.  Yep, okay.

20 Q.  Page 31 is a discussion of Meloni (2021), right?

21 A.  Yeah.

22 Q.  Your last sentence is, "Overall, this study was well

23    done," right?

24 A.  Yeah, that's a -- that's a -- that statement is

25    incorrect.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.   Okay.  Why is that statement incorrect?
 2   A.   It was not -- I should have edited that out of the
 3        report, because the Meloni is methodologically a weak
 4        study.
 5   Q.   In fact, you scored Meloni I think as 2 out of 9 on
 6        your Risk of Bias Assessment, which was --
 7   A.   Yeah.
 8   Q.   -- the lowest of any study, right?
 9   A.   Even though it's the most recent study, it's -- it's
10        still methodologically pretty weak, yes.
11   Q.   What are the major methodologic weaknesses of Meloni
12        (2021)?
13   A.   Well, we can, you know, go point by point, but
14        basically it -- it really didn't do most of the stuff
15        you're supposed to do in a -- you know, in a
16        case-control study.  The case definitions were
17        unclear, the representative wasn't great, the control
18        selection wasn't great.
19             It didn't do all the adjustments where
20        possible.  It had some, you know, nonresponse rate
21        that was greater than you like to see in a
22        case-control study.  So all those things together made
23        it flawed.
24   Q.   Overall, Meloni was a relatively weak study, but is
25        the most recent of the studies of Roundup and NHL?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.   Yeah.  It's a relatively small study, too, so it
 2        wasn't weighted really high in the meta-analysis.
 3   Q.   So, for example, for chronic lymphocytic leukemia,
 4        Meloni reports an odds ratio of .6 in Table 3,
 5        correct?
 6   A.   Yes.
 7   Q.   And a non-significant confidence interval, right?
 8   A.   That's correct, yeah.
 9   Q.   That's based on two ever exposed cases, correct?
10   A.   Yeah, a really small number of cases, yeah.
11   Q.   For DLBCL, Meloni reports an odds ratio of .8?
12   A.   Yeah.
13   Q.   That is non-significant, right?
14   A.   Yes.  And again, a small number of cases.
15   Q.   Right.  And for follicular lymphoma, Meloni reports an
16        odds ratio of 3.7, correct?
17   A.   Yes.
18   Q.   And the 95 percent confidence interval is 1.06 to
19        12.8, right?
20   A.   Yep.
21   Q.   That's based on four exposed cases, correct?
22   A.   Yeah.  It's still a small -- I mean, it's more than
23        the other groups, but it's still a small number of
24        cases, and you notice that confidence interval is very
25        wide.  It suggests an effect, but we don't know where
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        on that -- on that confidence interval that effect is
 2        'cause if the small number of cases.
 3   Q.   Did you look at other studies that did not find any
 4        association whatsoever between follicular lymphoma and
 5        exposure to Roundup?
 6   A.   I didn't pay any attention to that subgroup.
 7   Q.   You are not offering an opinion on whether the
 8        available data support an association between Roundup
 9        use and any subtype of NHL, correct?
10   A.   That's correct.
11   Q.   You did not disclose an opinion in your report on
12        whether the data overall support an association
13        between Roundup and follicular lymphoma, correct?
14   A.   That's correct.
15             MR. HABERMAN:  Objection.
16   BY MS. ROSS:
17   Q.   The same is true for CLL, correct?
18             MR. HABERMAN:  Objection.
19             THE WITNESS:  I'm not giving an opinion on any
20        specific subtype.
21   BY MS. ROSS:
22   Q.   You are not giving an opinion on any specific subtype
23        of non-Hodgkin's lymphoma, right?
24   A.   That's correct.
25   Q.   We've been talking about the ever/never meta-analysis
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        that you performed --
 2   A.   Yeah.
 3   Q.   Let's talk -- whoop.  Sorry.  We're talking over each
 4        other again.
 5             MS. ROSS:  I apologize, Jennifer.
 6   BY MS. ROSS:
 7   Q.   New question.  Let's talk some more about the
 8        meta-analyses you performed looking at highest
 9        exposure, okay?
10   A.   Okay.
11   Q.   You ran a meta-analysis and several sensitivity
12        analyses of NHL and highest exposure to Roundup,
13        correct?
14   A.   Yes.
15   Q.   You did not run an analysis of lowest exposure,
16        correct?
17   A.   Of lowest exposure?
18   Q.   Right.
19   A.   No, but I'm not sure exactly what you're asking.
20   Q.   Well, because you did not run an analysis of lowest
21        exposure, you didn't test to see whether there is
22        evidence of a difference in risk between highest and
23        lowest reported exposure, did you?
24   A.   Well, an ever exposure is a lower exposure than a
25        higher cumulative exposure.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   Q.   Did you perform any tests to see whether there was a
2        statistical difference between the higher cumulative
3        exposures you measured and the measures of ever
4        exposure?
5   A.   No.
6   Q.   On page 35 of your report, you begin your discussion
7        of highest reported level of exposure, right?
8   A.   Yes.
9   Q.   You say, "First, I performed an inverse variance fixed
10       effects model, including Leon (2019) and Andreotti,
11       and found a meta-analytic estimate OR equals 1.15."
12  A.   Yes.
13  Q.   And the p was .072, correct?
14  A.   Yes.
15  Q.   The first meta-analysis you performed for highest use
16       is reported in the figure at the top of page 36 --
17  A.   Yes.
18  Q.   -- which I think we decided is Figure 5?
19  A.   Yeah.
20  Q.   Okay.  And in the forest plot in Figure 6, correct?
21  A.   Yes.
22  Q.   In your first analysis, the meta RR you calculated for
23       highest use of Roundup and NHL was non-significant,
24       correct?
25  A.   That's correct.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   Q.   The 95 percent confidence interval crosses 1.0 right?
2   A.   Yes.
3   Q.   Your highest exposure analysis did not show a
4        statistically significant increased risk of NHL with
5        Roundup use, true?
6   A.   Yes, but that's the -- not the correct model.  The
7        correct model was the random effects model.
8   Q.   That was gonna be my question.  So I had down that we
9        needed to go through a variety of figures, but
10       Figure 5 is not one of the figures we should be
11       looking at; is that right?
12  A.   Figure 7 would be the one.  Yeah, it's like the newly
13       numbered Figure 7.
14  Q.   Okay.  So Figure 7 is a fair representation of the
15       main analysis that you did for highest exposure,
16       correct?
17  A.   Well, yeah.  It's -- it's -- yeah, it's the first one
18       that looks like it's -- it's the valid analysis,
19       including all of the studies.
20  Q.   Figure 7 is newly labeled in your report, so if
21       someone's going back through this later, it is on
22       page 37, the top figure, right?
23  A.   Yes.
24  Q.   In Figure 7, the meta odds ratio you calculated was
25       1.381, correct?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   A.   Yes.
2   Q.   95 percent confidence interval 1.004 to 1.898,
3        correct?
4   A.   Yes.  And -- and by the way, to qualify that, the --
5        the heterogeneity is still relatively high even after
6        using a random effects model.  So there's still a
7        variability across these studies to some degree, even
8        though they all pretty much uniformly say there's --
9        there's an increased effect.
10  Q.   When you're talking about heterogeneity, you're
11       talking about the chi2 value on page 37; is that
12       right?
13  A.   Yeah.  It says, heterogeneity, chi2 equals 16.9, and
14       p equals .018.
15  Q.   So you got a statistically significant p for
16       heterogeneity, even after running a random effects
17       model, right?
18  A.   Yeah, yeah.  It incorporated some of the
19       heterogeneity, but that's often the case when you do
20       meta-analysis.  Sometimes you just can't explain it
21       all, so there are some differences across the studies.
22  Q.   You included -- if we -- we look at this main analysis
23       on Figure 7 on page 37.  I'm gonna start a new
24       question, so let me just say, are you there?
25  A.   Yes.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
1   Q.   You included the same eight studies in your
2        meta-analysis for highest exposure as you did for
3        ever/never, correct?
4   A.   Yes.
5   Q.   Not all of these studies had a measure of difference
6        of exposure, true?
7   A.   That's correct.
8   Q.   For example, in your highest exposure meta-analysis,
9        you used the same numbers from Hardell, Orsi and Cocco
10       that you included in your ever/never meta-analysis,
11       right?
12  A.   Yes, because they were the highest ever exposures in
13       those studies.
14  Q.   When a study reported -- well, withdrawn.  When a
15       study did not report differences in exposure, you used
16       the entire study, true?
17  A.   I used the -- well, yeah, the estimate that is the
18       highest exposure.  If they only provide one estimate,
19       then that's the highest exposure.
20  Q.   And that --
21  A.   And it's always the ever/never exposure.
22  Q.   Right.  So again, when -- when there weren't different
23       estimates reported for different levels of exposure,
24       you used the entire study overall odds ratio in your
25       meta-analysis, correct?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  A.  I guess you could say that, yes.
 2  Q.  Stated differently, when there was no evidence in a
 3      study that there was a difference in risk based on
 4      exposure, you used the entire cohort, true?
 5  A.  Not exactly, no.  When there was -- when there wasn't a
 6      varying analysis on the basis of increasing exposure,
 7      I used whatever exposure metric a study reported.  In
 8      some cases, it was ever/never, and that's it.  So that
 9      became the highest level exposure data from -- for
10      these analysis we're looking at now.
11  Q.  I think we're -- we're on the same page --
12  A.  I do, too.
13  Q.  -- so let me break that down just a little, okay?
14      When there wasn't a varying analysis on the basis of
15      increasing exposure, you just used whatever exposure
16      metric a study reported, correct?
17  A.  Yes.
18  Q.  For Hardell (2002), there was no evidence in the study
19      that was reported that the risk varied by exposure,
20      and you used just the entire cohort ever/never odds
21      ratio, true?
22  A.  Yeah.
23  Q.  For Orsi (2009), there was no evidence in the study
24      that was reported that the risk varied by exposure,
25      and you used the entire cohort odds ratio, right?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  A.  Yes.
 2  Q.  For Cocco, the same is true, correct?
 3  A.  I believe so, yes.
 4  Q.  For Leon (2019), the same is true, right?
 5  A.  I think so, yeah.
 6  Q.  If you don't want to take my word for it, we can go
 7      back through those.
 8  A.  No, no, it's okay.  I'm just pulling up the studies
 9      as -- as we're talking.
10  Q.  Okay.
11  A.  So go ahead.
12  Q.  So let me then reask the question once you have it in
13      front of you.
14  A.  Oh, you don't have to.  That's fine.  We can continue.
15  Q.  All right.  You'll tell me if you need to correct one
16      of your answers; is that fair?
17  A.  Sounds good.
18  Q.  Okay.  If you -- to go back to sort of my question
19      where we started, I'd asked you about lowest exposure
20      and -- versus highest exposure.  Do you remember that?
21  A.  Yes.
22  Q.  If you had chosen to look at those with lowest
23      reported exposure instead of highest, for the studies
24      we just talked about, Hardell, Orsi, Cocco and Leon,
25      you would have used the exact same numbers in those
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      studies, right?
 2  A.  If they only report one, then that's also the lowest
 3      exposure that they report, yes.
 4  Q.  For Eriksson (2008), you used greater than 10
 5      lifetime-days from Table 2 for your highest exposure
 6      analysis, right?
 7  A.  Yes.
 8  Q.  We went over those earlier, and I don't think we need
 9      to go back over them; is that fair?
10  A.  That's correct.
11  Q.  We can agree the number you used from Eriksson for
12      greater than 10 lifetime-days was not adjusted for
13      other pesticides, right?
14  A.  Yes.
15  Q.  You did not do any analysis that was limited just to
16      data on the highest reported exposure to
17      glyphosate-based herbicides adjusted for other
18      pesticides, true?
19  A.  No, but that would have been an interesting subgroup
20      analysis to do.
21  Q.  There were two studies that report risk for NHL at
22      different levels of exposure to Roundup adjusted for
23      other pesticides, right?
24  A.  There were two studies, yes.
25  Q.  Andreotti (2018) and Pahwa (2019) are the two studies
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      that have data adjusted for other pesticides --
 2  A.  Yes.
 3  Q.  -- broken out by different exposure levels, true?
 4  A.  Yes.
 5  Q.  You did not perform an analysis limited to just high
 6      exposure levels adjusted for other pesticides, right?
 7  A.  No.
 8  Q.  Can you point me to any study included in your highest
 9      exposure meta-analysis where there was a demonstrated
10      difference in risk based on exposure when data was
11      used that adjusted for other pesticide use?
12  A.  That I used in the analysis?  I believe there is -- I
13      believe there is one, but I don't recall if I used it
14      or not right at this moment, adjusted for other
15      pesticides.
16  Q.  We went through earlier and agreed --
17  A.  Yes.
18  Q.  -- that you did not use any data adjusted for other
19      pesticides from Pahwa (2019), right?
20  A.  Yes, yes, umm-hmm.
21  Q.  Andreotti (2018) did not find an increased risk with
22      increasing exposure to glyphosate in any quartile,
23      correct?
24  A.  Yes.
25  Q.  Given that those are the two studies that adjusted for
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

```
 1     other pesticides and looked at differing levels of
 2     exposure, can we agree that there wasn't any study
 3     included in your highest exposure meta-analysis where
 4     there was a demonstrated difference in risk based on
 5     exposure when data was used and adjusted for other
 6     pesticides?
 7  A. Yes, I think so, yes.
 8  Q. For your highest reported level of exposure analyses,
 9     for Andreotti you used an effect of 1.12, right?
10  A. Yes.
11  Q. The subgroup that you used for your highest exposure
12     analyses from Andreotti (2018) was the highest
13     quartile from greater than 20 years lag, correct?
14  A. Yes.
15  Q. Andreotti (2018) also reports the relative risk for
16     highest level of Roundup exposure for NHL in Table 2,
17     correct?
18  A. Yes.
19  Q. Table 2 gives the relative risk for the highest
20     quartile of Roundup exposure using intensity-weighted
21     lifetime-days, right?
22  A. Yes.
23  Q. Andreotti (2018) also reports a relative risk for the
24     highest level of Roundup exposure in Supplemental
25     Table 1?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  A. Umm-hmm.
 2  Q. And just -- and that is just straight-up
 3     lifetime-days, correct?
 4  A. Yes.
 5  Q. For Meloni, you used two different measures in your
 6     highest level of exposure analyses, right?
 7  A. Yeah.
 8  Q. First you used frequency of exposure, which was
 9     reported at 1.1, correct?
10  A. Umm-hmm.
11  Q. If you -- do you still have Meloni (2021) in front of
12     you?
13  A. Yeah, I got it right here.  Yeah, there it is there.
14  Q. If you go to Table 4.  Tell me when you're there.
15  A. Yes.
16  Q. I think I've answered my own question, but I want to
17     confirm with you, okay?
18  A. Okay.
19  Q. So for Meloni for greater than -- withdrawn.  For
20     frequency of exposure, you used the medium-high
21     confidence category from Meloni (2021), right?
22  A. For highest exposure?
23  Q. Yes.
24  A. Yes.
25  Q. And there, there was not a separate odds ratio given
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1     for any exposure?  Or I'm sorry, for any level of
 2     confidence, correct?
 3  A. I'm sorry, can you ask me that again?
 4  Q. I'm trying to understand why you used the medium-high
 5     confidence category from Meloni (2021) here and not in
 6     your ever/never analysis.
 7  A. Oh, because that was the frequency of exposure.  Yes,
 8     that was the frequency -- why I used the 1.1 instead
 9     of the -- the 1.6?  Is that what you're asking me?
10  Q. So my question was, why did you use the --
11  A. The -- the numbers I used came from Table 4.
12  Q. Okay.  So the numbers you used for your high exposure
13     for Meloni (2021) came from Table 4; is that right?
14  A. Yes.
15  Q. And you used the medium and high frequency of exposure
16     category from Meloni, which is the odds ratio of 1.1?
17  A. Yes.
18  Q. Okay.  And that's based on six cases and seven
19     controls, correct?
20  A. Yeah.  It's a small number.
21  Q. Then you looked at cumulative exposure, and you used
22     the medium-high category there as well, right?
23  A. Yes.
24  Q. And that is an odds ratio of 1.5, with a
25     non-significant confidence interval, correct?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  A. Yes.
 2  Q. The cumulative exposure measure in Meloni is based on
 3     seven cases and six controls, right?
 4  A. Yeah.  Again, a small study, yes.  Very low weight.
 5     Only 6 percent weight in that meta-analysis.
 6  Q. And when you say very low weight, you mean you gave
 7     Meloni (2021) very low weight in the meta-analyses
 8     that you did because of the number of events reported
 9     in that study, right?
10  A. Well, I didn't.  The statistical principle of
11     inverse-variance gave it that, so --
12  Q. The --
13  A. -- yeah.
14  Q. Meloni got very low weight --
15  A. Yeah.
16  Q. -- in your --
17  A. It got assigned, yes.  I'm sorry.
18  Q. All good.  Okay.  New question.  Meloni got assigned
19     very low weight in your meta-analysis, given the small
20     size of the study, correct?
21  A. Yes.  I'm sorry.  Do you mind if we have a five-minute
22     break?
23  Q. Not at all.
24  A. I could using the restroom for a moment and --
25        MS. ROSS:  Let's go off the record.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1          THE WITNESS:  Okay.
 2          THE VIDEOGRAPHER:  Going off the record at
 3     3:11 p.m.
 4          (There was a recess taken.)
 5          THE VIDEOGRAPHER:  We're back on the record at
 6     3:22 p.m.
 7  BY MS. ROSS:
 8     Q.   Dr. Gagnier, earlier we talked about how a reason that
 9          low counts are not good is because large and small
10          studies are treated equally in a vote count, right?
11     A.   Yes.
12     Q.   In your meta-analysis, you weighted studies according
13          to size, right?
14     A.   Umm-hmm.
15     Q.   A meta-analysis should weight studies according to
16          size, correct?
17     A.   Yes.
18     Q.   I'd like to go back over the studies you included in
19          your analysis and make sure I have the number of NHL
20          events right, okay?
21     A.   Sure.
22          GAGNIER EXHIBIT 20
23          List Titled:
24          Roundup & NHL:  Number of NHL Events
25          WAS MARKED BY THE REPORTER
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1          FOR IDENTIFICATION
 2  BY MS. ROSS:
 3     Q.   Exhibit 20 to your deposition lists the studies of
 4          glyphosate-based herbicides and NHL that you included
 5          in your analysis by size.  Do you see that?
 6     A.   Yes.
 7     Q.   Cocco (2013) included four glyphosate-exposed cases,
 8          correct?
 9     A.   Yes.
10     Q.   Hardell (2002) included eight glyphosate-exposed
11          cases, true?
12     A.   Yes.
13     Q.   Orsi (2009) included 12 glyphosate-exposed cases,
14          right?
15     A.   Yes.
16     Q.   Meloni (2021) included 21 glyphosate-exposed cases,
17          true?
18     A.   Yes.
19     Q.   Eriksson (2008) had 29 glyphosate-exposed cases,
20          right?
21     A.   I believe so, yeah.  You --
22     Q.   I believe that's Table 2 of Eriksson (2008).  Do you
23          think it's that number?
24     A.   Yeah.
25     Q.   It's Exhibit 11, if you're looking in there.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1     A.   Oh, yeah.  I'm looking through my old --
 2     Q.   Ah.
 3     A.   But you can go ahead and -- oh, there it is there.
 4     Q.   So Eriksson (2008) had --
 5     A.   Ah, yes.  I'm sorry.
 6     Q.   Okay.
 7     A.   I was commenting on Eriksson, yeah.
 8     Q.   Okay.  So Eriksson (2008) had 29 glyphosate-exposed
 9          cases, correct?
10     A.   Yes.
11     Q.   Andreotti (2018) had 440 glyphosate-exposed cases,
12          right?
13     A.   Yeah.
14     Q.   Pahwa (2019) had 113 glyphosate-exposed cases, right?
15     A.   Yes.
16     Q.   Leon (2019) had 1,131 exposed cases, correct?
17     A.   Yes.
18     Q.   Exhibit 20 is an accurate representation of the number
19          of NHL events in various Roundup studies, right?
20     A.   Those are the number of NHL events in exposed, the
21          exposed group.
22     Q.   Right.
23     A.   Yeah.
24     Q.   So just to clarify, Exhibit 20 gives the number of NHL
25          events in folks exposed to glyphosate in the various
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1          studies, correct?
 2     A.   Yes.
 3     Q.   Andreotti, Leon and Pahwa together have well over a
 4          thousand NHL cases, correct?
 5     A.   Yes.
 6     Q.   The other five studies combined have less than a
 7          hundred, correct?
 8     A.   Yes.
 9     Q.   Pahwa alone has more cases of NHL than folks exposed
10          to glyphosate than all of the other case-control
11          studies combined, true?
12     A.   Yeah.
13     Q.   That is why Pahwa, Andreotti and Leon together account
14          for the largest part of your meta-analysis in terms of
15          weight, fair?
16     A.   Yeah, that's correct.  You remember that the weighting
17          is not just done by the number of cases that are
18          exposed, but it's also the number of cases that are
19          unexposed.  So the weighting -- the weighting numbers
20          will actually be slightly different than this, but
21          you're correct that these are the initials of folks
22          with non-Hodgkin's lymphoma that were exposed.
23     Q.   Got it.  So the weighting will take into account NHL
24          events in unexposed people as well as NHL events in
25          exposed people, correct?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.   Correct.
 2   Q.   That's true for both case-control studies and cohort
 3        studies, right?
 4   A.   Yes.
 5   Q.   In terms of the weighting that you did in your
 6        meta-analysis, it takes into account the total number
 7        of NHL events between exposed and unexposed cases?
 8   A.   Yeah.
 9             GAGNIER EXHIBIT 21
10             Chart Titled:
11             Roundup & NHL:
12             Risk Reported By Size of Study
13             Based On Number of NHL Events
14             WAS MARKED BY THE REPORTER
15             FOR IDENTIFICATION
16   BY MS. ROSS:
17   Q.   Exhibit 21 to your deposition is what I'm handing you
18        now.  This is a chart of the risk of NHL or odds of
19        NHL reported in various studies of Roundup and NHL,
20        right?
21   A.   Umm-hmm.  Yes.
22   Q.   Can you confirm that the odds ratios and relative
23        risks reported in Exhibit 21 are correct?
24   A.   My assumption is that you're using the most fully
25        adjusted models here in these studies that you're
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        reporting?
 2   Q.   Right.  So using the most fully adjusted models, if
 3        available.
 4   A.   Okay.
 5   Q.   Do you see that?
 6   A.   Yeah.  I'll just check one group and confirm that
 7        that's the case.
 8   Q.   Table 2 I think is what you want.
 9   A.   Yeah, this is for -- oh, you're looking at ever
10        exposure.  I gotcha.
11   Q.   Right.
12        Okay.  Yes, looks good.
13   Q.   Okay.  So I think we just want to be clear what we're
14        look at here, correct?
15   A.   Yeah.
16   Q.   Exhibit 21 goes through various studies of Roundup and
17        NHL and looks at the risk reported for ever exposure
18        by size of the study and adjusted for other pesticides
19        if available, correct?
20   A.   Yes.
21   Q.   Cocco (2013) had four cases of NHL in folks exposed to
22        glyphosate, right?
23   A.   Yes.
24   Q.   The reported risk for B-cell lymphoma was 3.1,
25        correct?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.   Yeah.
 2   Q.   That was not adjusted for other pesticides, right?
 3   A.   That's right.
 4   Q.   Hardell (2002) had eight NHL events in
 5        glyphosate-exposed people, correct?
 6   A.   Yes.
 7   Q.   The reported relative risk was 1.85 and
 8        non-significant, correct?
 9   A.   Yes.
10   Q.   That risk was adjusted for the use of non-glyphosate
11        pesticides, correct?
12   A.   Yes.
13   Q.   Orsi (2009) reported 12 events in NHL in
14        glyphosate-exposed people, right?
15   A.   Yeah.
16   Q.   The reported risk was 1.0 and non-significant,
17        correct?
18   A.   Yes.
19   Q.   That was not adjusted for other pesticides, true?
20   A.   Yes.
21   Q.   Meloni (2021) included 21 events in glyphosate-exposed
22        people, correct?
23   A.   Yep.
24   Q.   The relative risk was -- I'm sorry, withdrawn.  The
25        odds ratio in Meloni (2021) was 1.4 and not
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        statistically significant, right?
 2   A.   Yes.
 3   Q.   That was not adjusted for the use of non-glyphosate
 4        pesticides, correct?
 5   A.   Yes.
 6   Q.   Eriksson (2008) included 29 NHL events in
 7        glyphosate-exposed people, correct?
 8   A.   Yes.
 9   Q.   The odds ratio was 1.51 and non-significant, correct?
10   A.   Yes.
11   Q.   That was adjusted for other pesticides, right?
12   A.   Umm-hmm.
13   Q.   Pahwa (2019) included 113 cases of NHL in
14        glyphosate-exposed people, right?
15   A.   Yes.
16   Q.   The odds ratio was 1.13 and non-significant, correct?
17   A.   No.  That was statistically significant.
18   Q.   I'm sorry.  I actually think there is an error on that
19        part of the chart, and I'm glad you caught it.  Let's
20        go to Pahwa, which is Exhibit 13.
21   A.   Yeah.  Your lower confidence interval -- the
22        confidence -- yeah, the confidence interval you used
23        is not the correct one.
24   Q.   Is the wrong one, right?
25   A.   Yeah.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  So let's cross out the confidence interval in
2      Pahwa (2019).  And that should be 0.84?
3  A.  Yeah.
4  Q.  So 1.51, correct?
5  A.  That's correct.
6  Q.  So Pahwa (2019), adjusted for other pesticides,
7      reports an odds ratio of 1.13 that is non-significant,
8      correct?
9  A.  Yes.
10 Q.  Again, that model was adjusted for other pesticides,
11     the use of non-glyphosate pesticides, right?
12 A.  Yes.
13 Q.  Andreotti (2018) includes 440 NHL events in folks
14     exposed to glyphosate, right?
15 A.  Yeah.
16 Q.  The relative risk is .87 and non-significant, correct?
17 A.  Yes.
18 Q.  That, too, was adjusted for the use of non-glyphosate
19     pesticides, right?
20 A.  Yes.
21 Q.  Leon (2019) reports 1,131 cases, right?
22 A.  Yes.
23 Q.  The hazard ratio was .95 and non-significant, right?
24 A.  Yes.
25 Q.  That, too, was adjusted for other pesticides, correct?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Yes.
2  Q.  In your report, you also talk about publication bias,
3      right?
4  A.  Yes.
5  Q.  Publication bias is the phenomenon whereby positive --
6      withdrawn.  New question.  Publication bias is the
7      phenomenon whereby positive findings are more likely
8      than negative findings to be published, right?
9          MR. HABERMAN:  Objection.
10         THE WITNESS:  Generally, yes.
11 BY MS. ROSS:
12 Q.  Your report at page 18 gives a definition of
13     publication bias, if you'll turn there with me.
14 A.  Sure.  Okay.
15 Q.  Very bottom of the page, you state, "Publication bias
16     is the phenomenon whereby positive findings are more
17     likely than negative findings to be published,"
18     correct?
19 A.  Sorry, what page?
20 Q.  The bottom of page 18 and on to page 19?
21 A.  Oh, gees, yeah.  Sorry.  I'm looking at the wrong
22     section.
23 Q.  Do you want me to repeat the question?
24 A.  No.  The sentence is longer than that.  It says,
25     "Publication bias, the phenomenon whereby positive

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      findings are more likely than negative findings to be
2      published and other small study effects."
3  Q.  What do you mean by other small study effects?
4  A.  It means that sometimes -- it means that sometimes
5      smaller studies can have better methods because
6      they require less personnel to be able to carry out
7      the study implementation, and therefore, they have
8      stronger methodology in fact, and they find more
9      exaggerated effects than you might expect.
10         There -- well, there are larger effects than
11     you would find in other studies that can't have such
12     well-implemented science.  So in some cases, smaller
13     studies have stronger effects, and it's not truly a
14     bias.  You're not missing small studies with negative
15     effects.  You just have smaller studies that have
16     better methods.
17 Q.  In the studies of Roundup and NHL, the -- the larger
18     studies were prospective cohort studies and pooled
19     analyses of cohorts, right?
20 A.  Pooled analyses of case-control studies, yes.
21 Q.  And Leon (2019), which is a pooled analysis of
22     cohorts, right?
23 A.  Yes, umm-hmm.
24 Q.  So in the literature on Roundup and non-Hodgkin's
25     lymphoma, you did not see any evidence that smaller

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      studies had better methods, true?
2  A.  No, there didn't -- there didn't appear to be --
3      there didn't appear to be evidence of small studies
4      having better methods, that's correct.  But the Pahwa
5      and Leon studies are pooled analysis of separate
6      studies, which themselves are, of course, smaller than
7      the -- the entire Pahwa study or the entire Leon
8      study, so --
9          And I do state that in the interpretation of
10     the final thoughts associated with examining
11     publication bias here, that we have to be careful with
12     the interpretation, because there's multiple studies
13     included in the pooled analyses.
14 Q.  There are studies showing no effect that simply do not
15     published, right?
16 A.  It's possible there are -- is it possible?
17 Q.  Yes.
18 A.  Sure, it's possible.
19 Q.  If there is publication bias, meta-analyses can
20     overestimate a risk because there are no studies
21     showing negative associations, right?
22         MR. HABERMAN:  Objection.
23         THE WITNESS:  Can you ask that again?
24 BY MS. ROSS:
25 Q.  Sure.  If there is publication bias, a meta-analysis

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  could overestimate a risk because you're missing
2  studies showing negative associations, correct?
3  A.  Under the assumption of true publication bias,
4      small studies with negative or non-significant
5      effects are not being published.  That's really what
6      you're looking out for, is -- is non-significant
7      effects.
8          There is a phenomenon by which some
9      researchers historically -- there's some evidence of
10     it -- haven't submitted papers for publication when
11     they find non-significant effects, or if they have a
12     relatively small number of -- of participants in the
13     study, they submit it for publication, and it's
14     rejected for -- for -- for publication by virtue of it
15     being a relatively small study.  And that's a bias of
16     the peer-review process.
17 Q.  If you'll look at Exhibit 21 with me.
18 A.  Yeah.
19 Q.  It is true that there are no small studies of Roundup
20     and NHL with odds ratios below 1.0 that are published,
21     correct?
22 A.  That there are no -- that there are no small -- can
23     you ask that again?
24 Q.  Sure.  It is true that there are no small studies of
25     Roundup and NHL with odds ratios below 1.0 that are

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      published, right?
2  A.  Yes.
3  Q.  There are large cohort studies of Roundup and NHL with
4      relatively risks and hazard ratios below 1.0, true?
5  A.  Yes, that combine other studies.
6  Q.  Boffetta and others published in their view that there
7      is publication bias, right?
8          MR. HABERMAN:  Objection.
9          THE WITNESS:  Yes, they did.  That's a
10     systematic review that I looked at.
11 BY MS. ROSS:
12 Q.  You talked about that in your report, correct?
13 A.  Yes.
14 Q.  To be clear, there are researchers who have published
15     in the peer-reviewed literature saying there is
16     evidence of publication bias with glyphosate-based
17     herbicides, right?
18 A.  To be clear, I didn't look at all the commentaries
19     associated with publication bias.  I ran analyses to
20     look at publication bias for the studies that I
21     included, and it appears that there isn't publication
22     bias, but it's inconclusive because of the small
23     number of studies that are included.
24 Q.  I'm gonna break that down, okay?
25 A.  Sure.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  When you looked at publication bias, you looked
2      specifically at the studies that you included in your
3      meta-analysis, correct?
4  A.  That's right.
5  Q.  You did some of the same analyses as Boffetta and
6      colleagues for publication bias?
7  A.  Yes.
8  Q.  You agree that a standard funnel plot for Roundup and
9      NHL shows potential for publication bias, right?
10 A.  It's inconclusive.  There's a -- there's a slim
11     possibility, yes.
12 Q.  In -- let's go to page 42 of your report.
13 A.  Sure.
14 Q.  Actually, I think we want page 43.
15 A.  It's a little further, yeah.
16 Q.  Okay.  You state, "On visual, inspection and using the
17     Egger test for funnel plot asymmetry, it appears that
18     there may be a possibility of publication bias or
19     other small slash imprecise study effect," correct?
20 A.  That's correct.  And in the next sentence I say the
21     funnel plot is underpowered, so it's potentially
22     misleading.
23 Q.  And that's because you have less than 10 studies to
24     look at, correct?
25 A.  Yes.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  You then go on to talk about running a
2      contour-enhanced funnel plot, right?
3  A.  Yes.
4  Q.  You did additional analyses for publication bias,
5      true?
6  A.  Yes.
7  Q.  And you give your overall conclusion on page 44,
8      right?
9  A.  Yes, yeah.
10 Q.  The sentence begins, "Overall, this analysis."  Do you
11     see that?
12 A.  Yeah.
13 Q.  Overall, your analysis, including that additional
14     contour-enhanced funnel plot, was inconclusive for the
15     presence of true publication bias due to the small
16     number of studies included, correct?
17 A.  Yes.
18 Q.  After doing those additional analyses, you say the
19     evidence is inconclusive as to whether there is or is
20     not publication bias, true?
21 A.  That's correct.
22 Q.  You did not rule out the possibility of publication
23     bias for glyphosate-based herbicides, right?
24 A.  That's --
25         MR. HABERMAN:  Objection.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1            THE WITNESS: That's correct. But it's

2      underpowered, so you can't say either way.

3 BY MS. ROSS:

4 Q. You did look at some information put out by the

5      U.S. EPA with respect to glyphosate and NHL risk,

6      right?

7 A. Yes, briefly, yeah.

8 Q. Are you aware that the U.S. Environmental Protection

9      Agency has reviewed and analyzed the available data

10     pertaining to the potential carcinogenicity of

11     glyphosate?

12           MR. HABERMAN: Objection.

13           THE WITNESS: I am aware -- I am aware of it.

14     I am not in any way specifically informed about that

15     material.

16 BY MS. ROSS:

17 Q. Are you aware that the EPA considered the available

18     epidemiology studies on glyphosate and non-Hodgkin's

19     lymphoma?

20           MR. HABERMAN: Objection.

21           THE WITNESS: Am I aware of what?

22 BY MS. ROSS:

23 Q. That the EPA considered the available epidemiology

24     studies on glyphosate and non-Hodgkin's lymphoma?

25 A. Up to the time of the report, yes.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1 Q. Are you aware that EPA concluded that glyphosate is

2     not likely to be carcinogenic?

3           MR. HABERMAN: Objection.

4           THE WITNESS: No, I'm not aware of that.

5 BY MS. ROSS:

6 Q. You reviewed, in the course of your report, several

7     documents from EPA, correct?

8 A. I reviewed one document.

9 Q. Okay. The document that you reviewed in your report,

10     that was the EPA's 2020 analysis?

11 A. The memorandum.

12 Q. Right.

13 A. Yeah.

14 Q. And that -- in -- in 2020, the U.S. EPA looked at

15     Zhang's meta-analysis of glyphosate and NHL and

16     commented on it, correct?

17 A. Yes, they did, yeah.

18 Q. You reviewed that document, true?

19 A. Yeah.

20 Q. Is it fair to say that you did not review the EPA's

21     analysis and conclusions regarding the carcinogenicity

22     of glyphosate in considering your opinions?

23 A. Yes, that's correct.

24 Q. You would have the same answers for Health Canada,

25     correct?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1 A. Yes, that's correct.

2 Q. Are you aware that Health Canada reviewed and analyzed

3     the available data pertaining to the potential

4     carcinogenicity of glyphosate?

5 A. Yeah, superficially.

6 Q. Are you aware that Health Canada considered the

7     available epidemiology studies?

8 A. I'm not aware of the details of their analysis.

9 Q. You're superficially aware that Health Canada

10     considered the --

11 A. I'm aware that -- I'm sorry. I'm talking over you.

12     I'm aware that -- I'm aware that there was some

13     analysis done by Health Canada, yes.

14 Q. Are you aware that Health Canada concluded glyphosate

15     is unlikely to pose a human cancer risk?

16           MR. HABERMAN: Objection.

17           THE WITNESS: No, I'm not aware of that.

18 BY MS. ROSS:

19 Q. Is it fair to say that you did not review or consider

20     Health Canada's analysis and conclusions in forming

21     your opinions in this case?

22 A. No. I didn't want to be biased in my view of the

23     epidemiologic data.

24 Q. Your answers would be the same for the Australian

25     Pesticide and Veterinary Medicines Authority, correct?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1 A. That's correct.

2 Q. You did not review the Australian Pesticide and

3     Veterinary Medicines Authority's conclusions with

4     respect to glyphosate, true?

5 A. Yeah, that's correct. I mean, they -- they contain

6     animal evidence, preclinical evidence, basic science

7     evidence, none of which I have expertise in, so I

8     couldn't review those.

9 Q. Your answers would be the same for the European Food

10     Safety Authority, right?

11 A. Yes.

12 Q. You did not review E-F-S-A -- EFSA's analysis and

13     conclusions with respect to glyphosate, true?

14 A. That's correct.

15 Q. If EFSA concluded that glyphosate is unlikely to pose

16     a carcinogenic hazard to humans, would you disagree

17     with that assessment?

18 A. I have no opinion either way. I'd have to look at it

19     in great detail.

20 Q. And as of today, you have not done that, correct?

21 A. That's correct.

22 Q. You'd have the same answers for the European Chemicals

23     Agency, right?

24 A. Yes.

25 Q. You did not review ECHA's analysis and conclusions,

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

| | |
|---|---|
| 1 | true? |
| 2 | A. That's correct. |
| 3 | Q. If ECHA concluded that, based on the epidemiological |
| 4 | data, as well as the data from long-term studies in |
| 5 | rats and mice, taking a weight of evidence approach, |
| 6 | no hazard classification for the carcinogenicity for |
| 7 | glyphosate is warranted, that is not something you can |
| 8 | agree or disagree with sitting here today because you |
| 9 | have not considered it, correct? |
| 10 | A. That's correct. |
| 11 | Q. Your answers would be the same for New Zealand -- |
| 12 | A. Yes. |
| 13 | Q. -- EPA, right? |
| 14 | A. Yes. |
| 15 | Q. You would have the same answers for the German Federal |
| 16 | Institute for Occupational Safety and Health, correct? |
| 17 | A. Yes. |
| 18 | Q. You would have the same answers for the joint FAO |
| 19 | slash WHO meeting on pesticide residues, correct? |
| 20 | A. Yes. |
| 21 | Q. You would have the same answers for the Food Safety |
| 22 | Commission of Japan, right? |
| 23 | A. Yes. |
| 24 | Q. Page 49 of your report gives your assessment of the |
| 25 | GRADE of evidence supporting an association between |

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

| | |
|---|---|
| 1 | Roundup and NHL? |
| 2 | A. Yes. |
| 3 | Q. What does GRADE stand for? |
| 4 | A. Grading of recommendations and assessments and -- |
| 5 | umm -- |
| 6 | Q. Development -- |
| 7 | A. Development -- |
| 8 | Q. -- and evaluations? |
| 9 | A. Development and evaluations, thank you. |
| 10 | Q. GRADE -- |
| 11 | A. I'm starting to get tired. |
| 12 | Q. Understood. New question. GRADE is meant to be a |
| 13 | transparent framework for developing and presenting |
| 14 | summaries of evidence, correct? |
| 15 | A. Yes. It's a framework for assessing a body of |
| 16 | evidence. |
| 17 | Q. Is GRADE the most widely accepted tool for grading the |
| 18 | quality of evidence? |
| 19 | A. I would say so, yes. |
| 20 | Q. GRADE is subjective, correct? |
| 21 | A. Can you define subjective? |
| 22 | Q. Two people evaluating the same body of evidence might |
| 23 | reasonably come to different conclusions about its |
| 24 | certainty, true? |
| 25 | MR. HABERMAN: Objection. |

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

| | |
|---|---|
| 1 | THE WITNESS: GRADE has very detailed |
| 2 | instructions about the application of the criteria. |
| 3 | These are a set of credibility criteria. And I could |
| 4 | point you to the publications if you wish, but I don't |
| 5 | wish it on anybody to read through those. |
| 6 | The criteria for assessing certainty -- the |
| 7 | certainty assessments using GRADE are -- are, again, |
| 8 | very detailed and very specific. Could two |
| 9 | independent parties come to different conclusions? |
| 10 | Very unlikely. If they weren't well informed about how to |
| 11 | use GRADE, then it is likely. Yeah, so -- |
| 12 | GAGNIER EXHIBIT 22 |
| 13 | Summary of GRADE Criteria From |
| 14 | BMJ Website |
| 15 | WAS MARKED BY THE REPORTER |
| 16 | FOR IDENTIFICATION |
| 17 | BY MS. ROSS: |
| 18 | Q. Exhibit 22 to your deposition is a summary of the |
| 19 | GRADE criteria from BMJ. Do you see that? |
| 20 | A. Yes. |
| 21 | Q. This begins by stating, as you did, that GRADE stands |
| 22 | for grading of recommendations, assessment, |
| 23 | development and evaluations, right? |
| 24 | A. Yes. |
| 25 | Q. And -- GRADE is meant to be a transparent |

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

| | |
|---|---|
| 1 | framework for developing and presenting summaries of |
| 2 | evidence, right? |
| 3 | A. Yes. |
| 4 | Q. GRADE, as this states, is subjective, in that GRADE |
| 5 | cannot be implemented mechanically. "There is, by |
| 6 | necessity, a considerable amount of subjectivity in |
| 7 | each decision," correct? |
| 8 | A. That's what it says, yes. |
| 9 | Q. Two people evaluating the same body of evidence might |
| 10 | reasonably come to different conclusions about its |
| 11 | certainty, true? |
| 12 | A. It's possible, yes. |
| 13 | Q. Nevertheless, when you perform a GRADE assessment, you |
| 14 | do your best to be fair and balanced in your approach, |
| 15 | right? |
| 16 | A. Yes. |
| 17 | Q. Did you attempt to be balanced in your assessment of |
| 18 | the GRADE of evidence supporting an association |
| 19 | between Roundup and NHL? |
| 20 | A. To be balanced? |
| 21 | Q. Yes. |
| 22 | A. Yes, to be -- to be fair to the evidence, yes. |
| 23 | Q. GRADE has four levels of evidence, right? |
| 24 | A. Yes. |
| 25 | Q. Very low, low, moderate and high, correct? |

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  A.  Yes.
 2  Q.  GRADE for observational studies starts at low evidence
 3      and can go up or down --
 4  A.  Yes.
 5  Q.  -- true?  One category for assessing GRADE is Risk of
 6      Bias, right?
 7  A.  Yes.
 8  Q.  There are several tools available to rate risk of bias
 9      in individual observational studies, right?
10  A.  Yes.
11  Q.  You actually went through the exercise of assessing
12      risk of bias in the studies of Roundup and NHL,
13      correct?
14  A.  Yes.
15  Q.  More than half the studies you evaluated, five out of
16      eight, had moderate or high risk of bias, true?
17  A.  Yes.
18  Q.  You found that only three of eight studies had low
19      risk of bias, correct?
20  A.  Umm --
21  Q.  If you'll go with me to page 46 of your report.
22  A.  Under 40 percent would be -- oh, excuse me.  Yes,
23      you're correct.
24  Q.  So you found that three out of eight studies had low
25      risk of bias --
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1  A.  Yes.
 2  Q.  -- in your assessment, correct?
 3  A.  Yes.
 4  Q.  YOUR GRADE assessment was Risk of Bias, None.  Right?
 5  A.  Yes.  I didn't --
 6  Q.  Another --
 7  A.  -- I didn't flush out all of the details of why those
 8      Certainty Assessment are such.  I'm not sure you want
 9      to go into them.
10  Q.  Let's walk through a few more, if that's all right,
11      and we'll --
12  A.  Sure.
13  Q.  -- go from there.  Another category for assessing
14      GRADE is Inconsistency, correct?
15  A.  Yes.
16  Q.  When it comes to Roundup and NHL, several studies
17      report odds ratios or relative risks below 1.0, and
18      several studies report odds ratios or relative risks
19      above 1.0, correct?
20  A.  Yes.
21  Q.  Specifically, several large cohort studies or pooled
22      analyses report relative risks or hazard ratios with
23      post -- point estimates that are below 1, right?
24  A.  Yes.
25  Q.  One large pooled analysis of case-control data reports
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      an adjusted odds ratio or most adjusted odds ratio of
 2      1.13 that becomes .95 when proxies are excluded,
 3      right?
 4  A.  Yes.
 5  Q.  There are also a number of case-control studies with
 6      odds ratio point estimates above 1.0, correct?
 7  A.  Yeah.
 8  Q.  Your GRADE assessment was Inconsistency, None.  True?
 9  A.  True.  They all overlap.
10  Q.  Another category for assessing GRADE is Publication
11      Bias, right?
12  A.  Yes.
13  Q.  Your assessment in your report was that the evidence
14      is inconclusive as to whether there is publication
15      bias, right?
16  A.  That's correct.
17  Q.  Your GRADE assessment was None or Unlikely, correct?
18  A.  That's correct.
19  Q.  I want -- well, withdrawn.  New question.
20  A.  Okay.
21  Q.  Let's go back to your report, if you will,
22      Dr. Gagnier.
23  A.  Sure.
24  Q.  We've been talking primarily today about the primary
25      studies that you included in your meta-analysis,
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1      right?
 2  A.  Umm-hmm.
 3  Q.  We did talk a little bit about some of the published
 4      systematic reviews and the meta-analyses that you
 5      reviewed as well, right?
 6  A.  Yes.
 7  Q.  I want to look at some of the published ever/never
 8      analyses, and specifically, what estimates they
 9      included from Hardell, Eriksson and -- and Pahwa.
10  A.  In -- in the other meta-analyses?
11  Q.  In the other meta-analyses, yes.
12  A.  Sure.
13          GAGNIER EXHIBIT 23
14          Chart Titled:
15          Meta-Analyses:  Ever/Never
16          Glyphosate Exposure
17          WAS MARKED BY THE REPORTER
18          FOR IDENTIFICATION
19  BY MS. ROSS:
20  Q.  Exhibit 23 to your deposition is a chart entitled
21      Meta-Analyses Ever/Never Glyphosate Exposure.  Do you
22      see that?
23  A.  I do.
24  Q.  This begins with Schinasi (2014), right?
25  A.  Umm-hmm.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.   That's the first meta-analysis that you discuss in
 2        your export report, correct?
 3   A.   That's correct.
 4   Q.   It ends with Boffetta (2021), which is the last
 5        meta-analysis that you discuss in your expert report,
 6        right?
 7   A.   Yes.
 8   Q.   Is Exhibit 23 an accurate representation of the
 9        ever/never meta-analyses of glyphosate and NHL that
10        you reviewed?
11   A.   Yeah, it looks like it.
12   Q.   The first published is Schinasi (2014), correct?
13   A.   Yep.
14   Q.   And do you have a copy of Schinasi (2014) in front of
15        you?
16   A.   I do, yeah.
17   Q.   Great.  Schinasi (2014) included risk estimates for
18        odds ratios from Hardell, Eriksson and Pahwa -- or I'm
19        sorry.  Withdrawn.
20             Schinasi (2014) included odds ratios from
21        Hardell (2002) and Eriksson (2008), correct?
22   A.   Yes.
23   Q.   The odds ratio from Hardell 2002 that Schinasi
24        included is 3.0, with a 95 percent confidence interval
25        of 1.1 to 8.5, right?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.   Yes.
 2   Q.   For Eriksson, the odds ratio that Schinasi included
 3        was 2.0, with a confidence interval of 1.1 to 3.7,
 4        right?
 5   A.   Did you say -- I'm sorry, you said Eriksson?
 6   Q.   Yes.
 7   A.   I didn't check it, but Schinasi looks -- looks fine,
 8        yeah.
 9   Q.   If you'd like to, I can --
10   A.   No.
11   Q.   -- tell you where it is.
12   A.   No.  It's okay.
13   Q.   Page 405 in Schinasi will get you there.
14   A.   Schinasi.  It's such a long publication.
15   Q.   I hear you.  For completeness, just since you're
16        looking at it, Dr. Gagnier, I'm gonna mark Schinasi as
17        Exhibit 24 --
18   A.   Sure.
19   Q.   -- and hand it to you, okay?
20   A.   Okay.
21   Q.   All right.
22   A.   Thank you.
23             GAGNIER EXHIBIT 24
24             Leah Schinasi 2014 Paper
25             Non-Hodgkin Lymphoma and Occupational
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1             Exposure to Agricultural Pesticide
 2             Chemical Groups and Active
 3             Ingredients:  A Systematic Review
 4             and Meta-Analysis
 5             WAS MARKED BY THE REPORTER
 6             FOR IDENTIFICATION
 7   BY MS. ROSS:
 8   Q.   So Exhibit 24 is Schinasi 2014.  If you'll go to --
 9   A.   Eriksson?
10   Q.   -- page 4505.  Tell me when you're there.
11   A.   Yeah, I'm there.  And that's the risk ratio, 2.0, with
12        a confidence interval of 1.1 to 3.7, yes.
13   Q.   And as Schinasi was published in 2014, it did not
14        include Pahwa (2019), right?
15   A.   Correct.
16   Q.   IARC conducted a meta-analysis in 2014, right?
17   A.   Yes.
18   Q.   For IARC's meta-analysis, they used the multivariate
19        adjusted odds ratio from Hardell (02) of 1.85,
20        correct?
21   A.   Yes.
22   Q.   For Eriksson, they also used the multivariate adjusted
23        of 1.51, correct?
24   A.   Yes.
25   Q.   And Pahwa (2019) was not included in IARC's 2015
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        meta-analysis, right?
 2   A.   Yes.
 3   Q.   The meta odds ratio for ever/never glyphosate used
 4        that IARC calculated in 2015 was 1.3, with a
 5        confidence interval of 1.03 to 1.65, right?
 6   A.   Yes.
 7   Q.   Chang (2016) also used the odds ratio of 1.85, with a
 8        confidence interval of .55 to 6.2 from Hardell, true?
 9   A.   Yes.
10   Q.   Chang (2016) used the 1.51, with a confidence interval
11        of .77 to 2.94 from Eriksson, right?
12   A.   Yes.
13   Q.   And Pahwa (2019) was not included in that
14        meta-analysis, right?
15   A.   Umm-hmm.
16   Q.   The meta odds ratio for ever/never glyphosate use in
17        NHL in Chang (2016) was 1.3, right?
18   A.   Yes.
19   Q.   A 95 percent confidence interval of 1.0 to 1.6?
20   A.   Yes.
21   Q.   Zhang (2019) did not perform an ever/never
22        meta-analysis, right?
23   A.   That's correct.
24   Q.   EPA in 2020 conducted an ever/never meta-analysis,
25        right?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Umm-hmm.

2  Q.  The odds ratio they used from Hardell was 1.85 --

3  A.  Umm-hmm.

4  Q.  -- the confidence interval we described, right?

5  A.  Yes.

6  Q.  The odds ratio EPA used from Eriksson was 1.51 --

7  A.  Yes.

8  Q.  -- correct?

9  A.  Yes.

10  Q.  EPA did not include Pahwa (2019), right?

11  A.  That's right.

12  Q.  The meta odds ratio they calculated for ever exposure

13      to glyphosate was 1.14 and non-significant, right?

14  A.  Yes.

15  Q.  Donato (2020) also used the 1.85 odds ratio from

16      Hardell (2002), correct?

17  A.  Umm-hmm.

18  Q.  Donato (2020) used the 1.51 from Eriksson (2008),

19      right?

20  A.  Umm-hmm.

21  Q.  And when you say umm-hmm --

22  A.  Yes.

23  Q.  -- that's a yes?  Donato (2020) did not include

24      Pahwa (2019), correct?

25  A.  Correct.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  The meta odds ratio calculated in Donato (2020) was

2      1.03 and non-significant, right?

3  A.  That's correct.

4  Q.  Kabat (2021) used the odds ratio of 1.85 from Hardell,

5      correct?

6  A.  Correct.

7  Q.  Kabat also used the odds ratio of 1.51 from Eriksson,

8      right?

9  A.  Correct.

10  Q.  Kabat used the odds ratio of 1.13 from Pahwa (2019),

11      correct?

12  A.  Correct.

13  Q.  The meta OR calculated in Kabat (2021) for ever

14      exposure to glyphosate and NHL was 1.05 and

15      non-significant, right?

16  A.  That's correct.

17  Q.  Boffetta (2021) used the odds ratio of 1.85 from

18      Hardell (2002), correct?

19  A.  Yes.

20  Q.  Boffetta used the odds ratio of 1.51 from Eriksson

21      (2008), right?

22  A.  Yes.

23  Q.  Boffetta used the odds ratio of 1.13 from Pahwa

24      (2019), correct?

25  A.  That's correct.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  The meta odds ratio calculated there for ever/never

2      exposure to glyphosate and NHL was 1.05, correct?

3  A.  Yes.

4  Q.  Having walked through the figures in Exhibit 23, can

5      you confirm that the numbers in this table are

6      correct?

7  A.  I believe they are, yes.

8  Q.  Exhibit 24 to your deposition -- I'm sorry.  It's not

9      24, it's 25, which means I need to reask my last

10     question.  I apologize, Dr. Gagnier.

11  A.  That's okay.

12  Q.  Okay.  Can you confirm that the numbers that we walked

13     through in Exhibit 24 for various published

14     meta-analyses and ever/never exposure to glyphosate

15     are correct?

16  A.  Yes.  Well, I mean, you have it correct except for one

17     decimal place.

18  Q.  All right.

19  A.  But I wouldn't worry about it.

20  Q.  We can correct that now, if you'd like.

21  A.  No.  It doesn't have any bearing on anything.  It's

22     just a typo, I think.

23  Q.  Substantively, the numbers in Exhibit 24 are a correct

24     representation of ever/never glyphosate exposure,

25     right?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  That's correct.

2  Q.  Ah.  And I did actually have the numbers correct in

3      the first place, so -- late in the day for all of us.

4  A.  Okay.

5  Q.  I apologize, Dr. Gagnier.  So we're gonna try this one

6      last time, because the exhibit that we just walked

7      through is 23.

8  A.  Okay.  That's what I have it marked, too.

9  Q.  Great.  Substantively, the numbers in Exhibit 23 are

10     a correct representation of ever/never glyphosate

11     exposure in the various published meta-analyses,

12     correct?

13  A.  Correct.

14          GAGNIER EXHIBIT 25

15          Chart Titled:

16          Meta-Analyses:  Ever/Never

17          Glyphosate Exposure

18          WAS MARKED BY THE REPORTER

19          FOR IDENTIFICATION

20  BY MS. ROSS:

21  Q.  Exhibit 25 to your deposition is that same table with

22      one additional row added.  Do you see that?

23  A.  Yes.

24  Q.  The row at the bottom of Exhibit 25 adds your

25      meta-analysis to those in the published literature,

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1    correct?

2  A.  Yes.

3  Q.  Your meta-analysis used the adjusted odds ratio from

4       Hardell (2002), correct?

5  A.  Correct.

6  Q.  That's just like the IARC meta-analysis, the Chang

7       meta-analysis --

8  A.  Umm-hmm.

9  Q.  -- the Donato meta-analysis, correct?

10 A.  Yes.

11 Q.  Kabat, right?

12 A.  Yes.

13 Q.  And Boffetta --

14 A.  Umm-hmm.

15 Q.  -- right?  That's just like every single published

16      meta-analysis except the very first one, Schinasi

17      (2014), right?

18 A.  Correct.

19 Q.  Do you recall that Schinasi and colleagues were later

20      criticized by various groups, including IARC, for not

21      using adjusted data where it was available?

22 A.  No, I didn't read that about the Schinasi report.  I

23      don't think -- I don't recall reading that.

24 Q.  Your meta-analysis used the unadjusted odds ratio from

25      Eriksson (2008), right?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  No.  That is in -- that's an -- that's an adjusted

2       analysis, but not for -- or no, that's correct, that

3       is the unadjusted analysis.  It's the Pahwa is the

4       separate one.

5  Q.  Right.  So I'll reask the question, just so the

6       record's clear, okay?

7  A.  Yeah.

8  Q.  Your meta-analysis used the unadjusted odds ratio from

9       Eriksson (2008), right?

10 A.  That's right.

11 Q.  The only published meta-analysis to use the unadjusted

12      odds ratio from Eriksson was the very first one,

13      Schinasi (2014), right?

14 A.  Yes.

15 Q.  Every single published meta-analysis since has used

16      the adjusted odds ratio from Eriksson, correct?

17 A.  Correct.

18 Q.  That includes IARC, Chang, Donato, Kabat and Boffetta,

19      right?

20 A.  Yes.

21 Q.  Two meta-analyses published in the peer-reviewed

22      literature included Pahwa (2019), right?

23 A.  Yes.

24 Q.  Both used the odds ratio of 1.13 that was adjusted for

25      other pesticides, and not the less adjusted odds ratio

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1       you used of 1.43, correct?

2  A.  Yeah, that's correct.

3  Q.  Your ever/never meta-analysis uses numbers from

4       Pahwa (2019) that nobody who has published

5       meta-analyses of Roundup and NHL used, true?

6  A.  None of these that we're looking at.

7  Q.  Are you aware of any other published meta-analyses

8       that you did not include in your report in your

9       review?

10 A.  I'm not aware of any additional ones.

11         MS. ROSS:  Why don't we take a short break.

12      Go off the record.

13         THE VIDEOGRAPHER:  Going off the record at

14      4:01 p.m.

15         (There was a recess taken.)

16      GAGNIER EXHIBITS 26 AND 27

17      EndNote File of Citations

18      and

19      Curriculum Vitae of Dr. Joel Gagnier

20      WERE MARKED BY THE REPORTER

21      FOR IDENTIFICATION

22         THE VIDEOGRAPHER:  We're back on the record at

23      4:12 p.m.

24 BY MS. ROSS:

25 Q.  Dr. Gagnier, I've identified Exhibits 26 and 27 --

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1       rather I've marked Exhibit 26 and 27 for the record,

2       and I'd like to go through those quickly, okay?

3  A.  Sure.

4  Q.  What is Exhibit 26?

5  A.  That appears to be -- excuse me -- and EndNote file of

6       citations that I used to perform inclusion/exclusion

7       for the -- the systematic review and meta-analysis I

8       performed.

9  Q.  Exhibit 26 is your EndNote file for the citations you

10      used to perform inclusion and exclusion; is that

11      right?

12 A.  That's right.

13 Q.  Did you read all of the papers in Exhibit 26?

14 A.  No, I didn't read the -- the full text of every single

15      paper.

16 Q.  For some of these papers you read the full text,

17      correct?

18 A.  Yes.

19 Q.  For others, you were able to identify from the title

20      or the abstract that they were not relevant to the

21      systematic review and meta-analysis you were

22      conducting; is that fair?

23 A.  Never just from the title, but sometimes from the

24      abstract, yes.

25 Q.  Okay.  So sometimes you could identify from a paper's

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1    abstract whether you needed to include it in your
 2    systemati review and meta-analysis, right?
 3 A. Yes.
 4 Q. Other times, you would need to actually go through and
 5    read the entire paper to determine whether or not it
 6    should be included, correct?
 7 A. Yeah.  If I was uncertain after reading the abstract,
 8    I'd have to go to the full text.
 9 Q. What is Exhibit 27?
10 A. 27 is a copy of my CV.
11 Q. This is the latest CV that we have received in this
12    case --
13 A. Okay.
14 Q. -- and I would appreciate it if you could go through
15    and just tell me if this is the latest copy of your
16    CV, as best you can tell.
17 A. I'll just look at the publication list here.  Well,
18    it's the latest copy that you received, but let me
19    just check a couple other things, too, 'cause I have
20    updated it.  This doesn't reflect my most recent
21    academic appointments, and there's a few new
22    publications and a little bit of new funding, but
23    that's about it.
24 Q. Tell me what the latest academic appointments are.
25 A. I'm still an Associate Professor with tenure at the
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1    University of Western Ontario in both of those
 2    departments, and I'm now an Associate Professor with
 3    tenure, but an adjunct, at University of Michigan.
 4 Q. I see.  So until April of 2022, you were an Associate
 5    Professor with tenure at the University of Michigan,
 6    correct?
 7 A. Yeah.
 8 Q. Since April of 2022, you are now an Adjunct Associate
 9    Professor at the University of Michigan, correct?
10 A. That's correct.
11 Q. You are now teaching exclusively at the University of
12    Western Ontario; is that right?
13 A. Yeah, yeah, teaching and research, yeah.
14 Q. Okay.  Are there any other substantial updates that
15    should be made to your CV at this point?
16 A. I don't think so.  Nothing worth mentioning.
17          GAGNIER EXHIBIT 28
18          Monsanto Company's Notice of
19          Videotaped Deposition of Joel J. Gagnier,
20          N.D., M.Sc., Ph.D.
21          WAS MARKED BY THE REPORTER
22          FOR IDENTIFICATION
23 BY MS. ROSS:
24 Q. Exhibit 28 to your deposition is our Notice of
25    Deposition in this case.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1 A. Yes.
 2 Q. Have you ever seen this document before?
 3 A. Yes.
 4 Q. You did go through this document and determine whether
 5    or not you had documents that were responsive to the
 6    requests here; is that correct?
 7 A. I read through the document requests, if that's what
 8    you're asking me, yes.
 9 Q. Okay.  The first document request is documents
10    sufficient to show the total amount Dr. Gagnier has
11    billed in connection with his work as an expert in
12    litigation involving Roundup, including but not
13    limited to his work regarding Plaintiffs in the Ferro
14    litigation.  Do you see that?
15 A. I do.
16 Q. You provided us with one invoice today, and that's
17    marked as Exhibit 1, correct?
18 A. Yes.
19 Q. That invoice lists 22 hours for analyses and report
20    update from March 5th through April 22nd, correct?
21 A. Yes, that -- but that's not -- obviously, I
22    misinterpreted that document request number one,
23    because that's not all of the billing for expert
24    litigation involving Roundup, including but not
25    limited to what we're involved in right now.  So there
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1    are other invoices that I would need to give you
 2    associated with other litigation and other cases.
 3 Q. Tell me about those?
 4 A. Tell you about them?
 5 Q. Yes.
 6 A. What kind of detail would you like?
 7 Q. How many -- let's start with how many other invoices
 8    do you have for Roundup litigation?
 9 A. I don't know exactly.  Probably -- probably about --
10    over the last year -- over the last 16 months,
11    probably 12 to 15 other invoices.
12 Q. Okay.  You have 12 to 15 other invoices for Roundup
13    litigation --
14 A. Yeah.
15 Q. -- in addition to this one invoice produced to us here
16    in Exhibit 1, right?
17 A. That's correct.
18 Q. You did not bring those other invoices with you today,
19    right?
20 A. No, I didn't.  Sorry about that, but --
21 Q. I am going to make a request on the record for those
22    other invoices, okay?
23 A. Sure.
24 Q. Will you provide those invoices to your counsel, so
25    that your counsel can provide them to us?
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Yes.

2  Q.  Thank you.  Can you tell me, since we don't have those

3     invoices --

4  A.  Yeah.

5  Q.  -- sitting here today, how many hours in total have

6     you billed as an expert in the Roundup litigation?

7  A.  You mean how much have I spent on the -- how much time

8     have I spent on the litigation?

9  Q.  Yes.

10  A.  Gees.  On my -- on the research associated with this

11     and my time and -- how many hours.  Probably 150 to

12     180 hours.  I'm guessing.  It's -- it's in that -- I'm

13     probably getting -- a good confidence interval, I

14     think.

15  Q.  150 to 180 hours, would those all have been billed at

16     your billing rate of $400 per hour?

17  A.  No.

18  Q.  Would you say --

19  A.  Most are less than that.

20  Q.  Okay.  So tell me about that.

21  A.  You mean how was it split up?

22  Q.  Yes.

23  A.  Well, if I send you all the invoices you could see the

24     exact details, 'cause I'd be guessing a little bit

25     about the exact split-up it, so I wouldn't be

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1     accurate.

2  Q.  What is your best estimate, sitting here today, of how

3     you divide your time in terms of different billing

4     rates?

5  A.  I would say that the first like 80 to a hundred hours

6     were billed at I think 350 an hour --

7  Q.  And let me --

8  A.  -- and the rest at around 400.  But again, I'm just --

9     I'm kind of speculating what the exact number is.

10  Q.  So in order to determine what the specific numbers

11     are, we should look at all of those invoices, right?

12  A.  Yeah, absolutely.

13  Q.  Why do you have one rate that's 350 per hour and one

14     rate that's 400 per hour?

15  A.  It just changed over time on the advice of counsel and

16     other mentors of mine.

17  Q.  So at one point, you were billing 350 per hour for all

18     of the work that you were doing --

19  A.  Yeah.

20  Q.  -- right?  And then you increased your rate to $400

21     per hour --

22  A.  Yes.

23  Q.  -- at one point?  Okay.  A rough estimate that you can

24     give us sitting here today is that the first 80 to a

25     hundred hours were billed at 350 per hour, right?

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.  Yeah.

2  Q.  Then the next 80 to a hundred hours were billed at 400

3     per hour, correct?

4  A.  Yes.

5  Q.  Document request two in this Notice asks for each

6     invoice or bill that Dr. Gagnier has rendered in

7     connection with his work as an expert in litigation

8     involving Roundup, and that is sort of a more specific

9     request for invoices or bills than was in request

10     number one.  Do you see that?

11  A.  Yep.

12  Q.  Document request number three asks for all documents

13     that Dr. Gagnier reviewed, referred to, prepared,

14     and/or relied on in forming any opinion related to

15     this case.  Do you see that?

16  A.  Yes.

17  Q.  As we talked about earlier, in this case you have an

18     expert report that you served, correct?

19  A.  Umm-hmm.

20  Q.  And that is Exhibit 2 to your deposition, I believe?

21  A.  Yeah.

22  Q.  You also have an EndNote file that lists all of the

23     various studies that you pulled for your systematic

24     review and meta-analysis, correct?

25  A.  Yes.

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.  Are there any other documents that you reviewed or

2     relied on in forming your opinions in this case?

3  A.  No.  You have all the citations.

4  Q.  Right.  So all of the citations that you reviewed and

5     considered are either in your EndNote file or in your

6     expert report, correct?

7  A.  Yes.

8  Q.  Request four is for your current CV.  Do you see that?

9  A.  I do.

10  Q.  And it sounds like you have a slightly updated

11     version; is that right?

12  A.  Yeah.  You should have the updated version.

13  Q.  You will provide that to your counsel so that they can

14     provide it to us, correct?

15  A.  Correct.

16  Q.  Request number six, do you see that?

17  A.  Yes.

18  Q.  It lists, "All transcripts of any depositions or trial

19     testimony by Dr. Gagnier as an expert witness" that

20     you have in your possession --

21  A.  Yep.

22  Q.  -- right?

23  A.  Correct.

24  Q.  You have served as an expert witness before this case

25     in several cases involving vaccines in Vaccine Court,

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

| | |
|---|---|
| 1 | right? |
| 2 | A. Yes. |
| 3 | Q. Do you have any of those transcripts in your |
| 4 | possession? |
| 5 | A. I've only testified once. |
| 6 | Q. Okay. |
| 7 | A. And no, I don't have that transcript. |
| 8 | Q. Got it. So the one case that you testified in, is |
| 9 | that the Hodkinson case? |
| 10 | A. Yes. |
| 11 | Q. Okay. And the testimony you provided in that case was |
| 12 | Hodkinson versus Secretary of Health and Human |
| 13 | Services in August of 2021, correct? |
| 14 | A. Yes. |
| 15 | Q. And that was testimony before the Vaccine Court, |
| 16 | right? |
| 17 | A. I'm sorry, before the Vaccine Court? Yes. |
| 18 | Q. And you said you don't have a copy of that transcript, |
| 19 | correct? |
| 20 | A. Yeah, that's right. It was never offered to me, I |
| 21 | never asked for it. |
| 22 | Q. Did you, -- withdrawn. Prior to the Roundup |
| 23 | litigation -- |
| 24 | A. Umm-hmm. |
| 25 | Q. -- had you ever worked with any of the Plaintiff |

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

| | |
|---|---|
| 1 | lawyers that you are working with in Roundup in any |
| 2 | other litigation? |
| 3 | A. No. |
| 4 | Q. Do you know how they got your name? |
| 5 | A. I think so, yes. |
| 6 | Q. How? |
| 7 | A. I think through the Expert Institute. |
| 8 | Q. Through the Expert Institute? |
| 9 | A. Yes. |
| 10 | Q. Can you tell me a little more about that? |
| 11 | A. It's kind of like -- I guess it's like -- the purpose |
| 12 | is to connect scientific experts or experts in |
| 13 | multiple fields with lawyers or -- or -- or companies |
| 14 | or anybody that's interested in retaining an expert |
| 15 | for -- whether it be legal cases or other types of |
| 16 | work, maybe expert reports, technical reports. |
| 17 | So I believe that I was approached by the |
| 18 | Expert Institute or became aware of it -- I can't |
| 19 | remember exactly how it happened, but -- but I said, |
| 20 | sure, I'll -- you know, I'll throw my name in the |
| 21 | hat to see if there's any sort of extracurricular work |
| 22 | I can get involved in, which would be interesting and |
| 23 | supplement the work that I already do. |
| 24 | Q. Did you -- well, let me back up for a minute. The -- |
| 25 | new question. The Plaintiff law firm in -- in this |

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

| | |
|---|---|
| 1 | case is the Schlesinger? |
| 2 | MS. ROSS: Am I saying that right? |
| 3 | MR. HABERMAN: "Schlesinger." |
| 4 | MS. ROSS: "Schlesinger." |
| 5 | MR. HABERMAN: "Schlesinger." |
| 6 | MS. ROSS: "Schlesinger," okay. One more |
| 7 | time. |
| 8 | BY MS. ROSS: |
| 9 | Q. New question. The law firm you're working in this |
| 10 | case is the Schlesinger law firm, correct? |
| 11 | A. Yes. |
| 12 | Q. Had you had any contact with the Schlesinger law firm |
| 13 | prior to your retention in this case? |
| 14 | A. No. |
| 15 | Q. Have you spoken with any lawyers for the Plaintiffs, |
| 16 | other than Mr. Haberman? |
| 17 | A. No. |
| 18 | Q. What did you do to prepare for your deposition today? |
| 19 | A. I reread -- I reread my expert report, I reread some |
| 20 | of the papers that we -- that are discussed in the |
| 21 | report, some of the systematic reviews. That's about |
| 22 | it. To be honest, I didn't have really a whole lot of |
| 23 | time because of other work and family matters, but |
| 24 | that's basically what I did. |
| 25 | Q. Did you meet with your attorney before your deposition |

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

| | |
|---|---|
| 1 | today? |
| 2 | A. We had a brief discussion, yes. |
| 3 | Q. How long did you meet for? |
| 4 | A. Maybe 20 minutes or so. |
| 5 | Q. If you'll go back with me to the document requests |
| 6 | in -- |
| 7 | A. Yes. |
| 8 | Q. -- Exhibit 28. |
| 9 | A. Yes. |
| 10 | Q. Request number seven is for any signed reports, |
| 11 | declarations or affidavits by Dr. Gagnier as an expert |
| 12 | witness that you have in your possession. Do you see |
| 13 | that? |
| 14 | A. I do. |
| 15 | Q. You have your report in the Alessi case, right? |
| 16 | A. Yes. |
| 17 | Q. You have your report in the Ferro case, correct? |
| 18 | A. Yes. |
| 19 | Q. Do you have any other Roundup expert reports? |
| 20 | A. No. |
| 21 | Q. Do you have any other expert reports that you put |
| 22 | together, for example, in Vaccine Court cases in your |
| 23 | possession? |
| 24 | A. Yes, for a vaccine case, yes. |
| 25 | Q. Would you provide that to your counsel so that they |

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      can be provided to us?
2          MR. HABERMAN:  Well, we -- we object to that.
3      That's irrelevant.
4  BY MS. ROSS:
5  Q.   Would it be possible for you to provide it to your
6      counsel so that we can then have a determination as to
7      whether or not it's relevant?
8  A.   Yeah, I can provide it, and you can determine amongst
9      you whether or not it's relevant, sure.
10 Q.   The next request is for any communications between
11     Dr. Gagnier and any healthcare provider for
12     Stacey Moore or William Pleu.  Do you see that?
13 A.   Yeah.  And I haven't had any communications.
14 Q.   The next request is for all communications, including
15     any attachment to those communications, between
16     Dr. Gagnier and Dr. Maria E. Leon.  Do you see that?
17 A.   I do, and I -- I haven't had any communications.
18 Q.   My understanding is that you e-mailed Dr. Leon about
19     her published pooled cohort analysis, right?
20 A.   That's correct.
21 Q.   So you have an e-mail from yourself to Maria Leon
22     about her published pooled cohort analysis, right?
23 A.   That's correct, yeah.
24 Q.   You did not produce that to us before your deposition
25     today, right?

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  A.   Oh, no.  No, I didn't.  I didn't get any response.  In
2      fact, I don't even think it's the right e-mail
3      address.
4  Q.   If you could, would you please provide the e-mail that
5      you sent to Maria Leon to your counsel for production
6      in this case?
7  A.   Sure.
8  Q.   Thank you.  Have you had any communications with any
9      other author of any scientific study regarding
10     glyphosate, glyphosate-based herbicides, Roundup or
11     non-Hodgkin's lymphoma?
12 A.   No.
13 Q.   Have you had any communications between any third
14     party, other than counsel for Plaintiffs, that we
15     haven't talked about?  So setting aside the e-mails
16     to -- or the e-mail to Maria Leon --
17 A.   Umm-hmm.
18 Q.   -- have you had any other communications with any
19     third party other than counsel for the Plaintiffs
20     regarding the potential carcinogenicity of glyphosate
21     or other herbicides?
22 A.   I have not had any communications with anybody else,
23     that's correct.
24 Q.   Do you know who Dr. Andrew Schneider is?
25 A.   I don't think so.

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1  Q.   I take it you've --
2  A.   It's a common last name, but I don't -- I don't think
3      so.
4  Q.   I take it you've never communicated with Dr. Schneider
5      about this case?
6  A.   No.
7  Q.   Do you know who Ambrose Charles is?
8  A.   I don't think so.
9  Q.   Do you know who William Sawyer is?
10 A.   No.
11 Q.   How about Charles Benbrook?
12 A.   No.
13 Q.   How about Alfred Neugut?
14 A.   Alfred -- the name Alfred Neugut sounds familiar.
15     That must be because of a publication.
16 Q.   You haven't had any communication with any of the
17     folks we just mentioned regarding Roundup and NHL,
18     correct?
19 A.   That's correct.
20 Q.   Request number 12 is for slides, handouts or other
21     documents used in any course or lecture given by
22     Dr. Gagnier related to the design or interpretation of
23     epidemiologic studies, right?
24 A.   You're asking me for all those documents?
25 Q.   Yes.  That's what is listed in document request number

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

1      12, right?
2          MR. HABERMAN:  I move for a protective order
3      on that.
4  BY MS. ROSS:
5  Q.   So we then identified specific courses that you've
6      given on the design or interpretation of epidemiologic
7      studies, correct?
8  A.   Yeah, I'm -- Introduction to Biostatistics, Evidence
9      Based, Critical Appraisal, Measurement and Clinical
10     Epidemiology.  Yeah, I've taught parts of courses or
11     full courses on all of those.
12 Q.   Do you have those slides your possession?
13 A.   Yeah, I've got -- I have a PowerPoint associated with
14     those in varying years, in varying parts of my
15     education, yeah.
16 Q.   So let's take, for example, systematic reviews and
17     meta-analyses.
18 A.   Yes.
19 Q.   You, for your expert opinions in case, conducted a
20     systematic review and meta-analysis, right?
21 A.   Yes.
22 Q.   You have taught courses over the years on systematic
23     reviews and meta-analysis, correct?
24 A.   Yes.
25 Q.   You have slide decks related to those courses that

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

```
 1    you've taught on systematic reviews and meta-analyses,
 2    right?
 3  A.  Yes.
 4  Q.  The same is true of Introduction to Biostatistics,
 5    correct?
 6  A.  Yes.
 7  Q.  The same is true of Evidence-Based Medicine, right?
 8  A.  Yes.
 9  Q.  The same is true of Critical Appraisal of Biomedical
10    Literature, right?
11  A.  Some of these are not full courses.  Some are
12    lectures.  It could be guest lectures.  I mean, you're
13    asking for an incredible amount of material over an
14    incredible number of years.
15  Q.  Do you have --
16  A.  These aren't full courses -- aren't -- aren't all full
17    courses.
18  Q.  Can you tell me which -- so take, for example,
19    Critical Appraisal of Biomedical Literature.
20  A.  Yes.
21  Q.  Is that a full course?
22  A.  Critical Appraisal of the -- of Biomedical Literature
23    is not a title of any one specific course that I've
24    taught.  It was a -- that would have been a guest
25    lecture.
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

```
 1        There is other lectures that I've given to
 2    residents, a series of three or four lectures to
 3    orthopedic surgical residents on critical appraisal of
 4    randomized trials, observational studies course,
 5    case-control studies and crossover studies.  I'm
 6    sorry.
 7        So yeah, so there is -- they're -- they're
 8    not really full courses.  They're -- sometimes there's
 9    guest lectures, and that's just kind of how it works.
10    Systematic Reviews was a full course.  Clinical
11    Epidemiology is a full course.  Measurement was a full
12    course.  I mean, there's also a whole slew of
13    workshops that I've presented over the years.
14  Q.  So if we wanted to, for example, take Critical
15    Appraisal of Biomedical Literature, you said you've
16    given that lecture as a guest lecturer, right?
17  A.  A guest lecturer, yeah, or as the primary lecturer for
18    residents when I was in the Department of Orthopaedic
19    Surgery at the University of Michigan.
20  Q.  And that would be either one presentation, or in the
21    case of the orthopedic surgery residents, four
22    presentations over time, correct?
23  A.  Yes.
24  Q.  You have those slides?
25  A.  Yes.
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

```
 1  Q.  You could provide them to your counsel?
 2  A.  Yeah.
 3  Q.  Okay.  I would ask that you do so.
 4  A.  For that -- those specifically?
 5  Q.  Yes.
 6  A.  Okay.
 7  Q.  Critical Appraisal of Biomedical Literature.
 8  A.  Okay.
 9  Q.  Similarly, for Measurement and Clinical Research, I
10    think you said that that included randomized
11    controlled trials, but then also observational
12    studies, right?
13  A.  The Measurement and Clinical Research course is a
14    course on outcome measurement, so specifically on
15    psychometric principles.  That was a full graduate
16    course.  So if you -- yeah, I can provide you with the
17    slides on that, I mean, but really, that is a --
18    that's a course on like measurement theory and
19    psychometrics.
20  Q.  Okay.  So it sounds like perhaps the Measurement and
21    Clinical Research is not exactly what you were doing
22    in this case; is that fair?
23  A.  Yeah.  It wouldn't be -- yeah, I don't think you'd
24    find any value in it associated with what we're
25    talking about here.
```

Joel J. Gagnier, Ph.D N.D., M.Sc., B.A.

```
 1  Q.  Clinical Epidemiology --
 2  A.  Yeah.
 3  Q.  -- that's a course that you've taught, correct?
 4  A.  I -- I just did, yes.  I just taught a full graduate
 5    course at -- at Western University on it.
 6  Q.  You have slides related to your course on Clinical
 7    Epidemiology, correct?
 8  A.  Yes.
 9  Q.  Would you provide those to your counsel to be provided
10    to us?
11  A.  Sure.
12  Q.  Introduction to Biostatistics, that's a course that
13    you've taught, correct?
14  A.  Not a full graduate course, but again, some of these
15    guess lectures, or multiple lectures to residents.
16  Q.  So tell me a little bit about that so we can see if we
17    can narrow the scope here a little.
18  A.  Yeah.  The purpose of those lectures and the purpose
19    of all of the lectures to the residents were to
20    prepare them for parts of their board exams.  And
21    there's a section of their board exams that's on
22    biostatistics, so they need to understand very
23    introductory biostatistics.
24        So the difference between a mean and a
25    median, the -- what is an interquartile range compared
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.   to a 95 percent confidence interval.  How you choose a
 2        parametric test over a non-parametric test, so it's
 3        that type of stuff.
 4   Q.   And you said that you've given Introduction to
 5        Biostatistics as either a guest lecturer or a small
 6        series of lectures to the residents, correct?
 7   A.   That's correct.
 8   Q.   And you have slides for those presentations?
 9   A.   I do.
10   Q.   Can you provides those to your counsel?
11   A.   Sure.
12   Q.   The course on -- and I'm sorry.  I may have lost track
13        at this point.  Was Evidence-Based Medicine a full
14        course or a lecture?
15   A.   That's redundant with Critical Appraisal of Biomedical
16        Literature.
17   Q.   Okay.  So the slides that you provide for Critical
18        Appraisal of Biomedical Literature, that's the same as
19        the courses you've taught on Evidence-Based Medicine,
20        right?
21   A.   Yes.
22   Q.   Then you've also taught courses on systematic reviews
23        and meta-analyses, including both introductory and
24        advanced courses, right?
25   A.   That's right.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.   Do you have a master set of slides that you use for
 2        that course on systematic reviews and meta-analyses?
 3   A.   Yes.  I could give you the most -- I could give --
 4        well, I could give counsel the most recent -- recent
 5        graduate course that I taught on it -- taught on
 6        that subject, and the most recent summer session
 7        course, 'cause they're -- obviously the graduate
 8        course is more in-depth.  The full graduate course is
 9        more in-depth.
10   Q.   Would you provide those two sets to your counsel?  So
11        the full graduate course and the introductory
12        summit --
13   A.   Yeah.
14   Q.   -- summer session course on systematic reviews and
15        meta analyses?
16   A.   Yes.
17   Q.   Thank you.  The last document request is a list of all
18        organizations with which Dr. Gagnier has entered into
19        consulting agreements within the past 10 years, to
20        the extent that those agreements are not protected
21        from disclosure by the attorney work product doctrine
22        or any protected agreement entered into by the
23        parties.
24             So let me ask you, do you have any
25        consultant -- without asking about content first --
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.   Yeah.
 2   Q.   -- do you have any consultant -- consulting agreements
 3        in this case?
 4   A.   You mean beyond and outside of the one -- the Roundup,
 5        the same things we've already been talking about?
 6   Q.   Do you have a signed consulting agreement with the
 7        Plaintiffs in the Roundup litigation that covers the
 8        scope of what you will be doing, for example?
 9   A.   I'm -- I'm not sure what you're asking me.
10   Q.   Do you have any sort of official consulting agreement
11        with counsel for the Plaintiffs in the Roundup
12        litigation?
13   A.   Umm --
14   Q.   Did you sign a consulting letter or do you have an
15        engagement letter?
16   A.   Engagement letter, right?
17             MR. HABERMAN:  If you know if you have one, I
18        mean.
19             THE WITNESS:  Umm --
20             MR. HABERMAN:  If you --
21             THE WITNESS:  I can't -- I actually can't
22        recall.  I'm not sure.
23   BY MS. ROSS:
24   Q.   Would you look and see if you have --
25   A.   Yeah.
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   Q.   -- an engagement letter --
 2   A.   Yep.
 3   Q.   -- and if so, provide that to your counsel --
 4   A.   Sure.
 5   Q.   -- and we'll request that as well.
 6   A.   Okay.
 7   Q.   Dr. Gagnier, we've talked about a number of different
 8        topics today, correct?
 9   A.   Yes.
10   Q.   We've gone through your opinions in this case in some
11        detail, true?
12   A.   Yes.
13   Q.   Are there any opinions that you intend to offer at
14        trial that we have not discussed today?
15             MR. HABERMAN:  Objection.
16             THE WITNESS:  There are no opinions beyond
17        the material that I reviewed for my -- for this
18        deposition.
19   BY MS. ROSS:
20   Q.   When you say that, as we discussed at the outset of
21        the deposition, all of the opinions you intend to
22        offer are in your expert report in this case, right?
23   A.   Yes.  I would prefer to do some additional
24        supplemental analyses.
25   Q.   You know that, sitting here today, this is my
```

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1        opportunity to ask you questions before trial, right?
 2   A.   Yes.
 3   Q.   And as of today, what we've covered covers all of the
 4        analyses that you have done to date of Roundup or
 5        glyphosate-based herbicides and non-Hodgkin's
 6        lymphoma, true?
 7   A.   Yes.
 8   Q.   If you -- do you understand that the time to provide
 9        expert opinions for this trial was before your
10        deposition today?
11   A.   Yes.
12   Q.   And so sitting here today, there are no additional
13        analyses that you have performed and intend to offer
14        opinions on at trial, correct?
15   A.   Yes.
16   Q.   Did you understand my questions today, Dr. Gagnier?
17   A.   I think so, for the most part and --
18            MR. HABERMAN:  Objection.
19            THE WITNESS:  For the most part, and if I
20        didn't, I think it -- I asked for clarification where
21        necessary.
22            MS. ROSS:  I appreciate your time today in
23        answering my questions.  Thank you.
24            THE WITNESS:  Thank you.
25            MS. ROSS:  Pass the witness.
```

Golkow Litigation Services                       Page 349

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1            THE WITNESS:  I can keep this?
 2            MR. HABERMAN:  Nothing from me.
 3            THE WITNESS:  Can I make notes on it on what
 4        to provide?
 5            MS. ROSS:  Let's go off the record.
 6            THE VIDEOGRAPHER:  This concludes the
 7        deposition, and we're going off the record at
 8        4:40 p.m.
 9            (The deposition was concluded
10             at 4:40 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Golkow Litigation Services                       Page 350

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1                CERTIFICATE OF NOTARY
 2   STATE OF MICHIGAN   )
 3                       ) SS
 4   COUNTY OF OAKLAND   )
 5        I, Jennifer L. Ward, Certified Shorthand Reporter,
 6   a Notary Public in and for the above county and state,
 7   do hereby certify that the above deposition was taken
 8   before me at the time and place hereinbefore set forth;
 9   that the witness was by me first duly sworn to testify
10   to the truth, and nothing but the truth, that the
11   foregoing questions asked and answers made by the
12   witness were duly recorded by me stenographically and
13   reduced to computer transcription; that this is a true,
14   full and correct transcript of my stenographic notes so
15   taken; and that I am not related to, nor of counsel to
16   either party nor interested in the event of this cause.
17
18
19                    Jennifer L. Ward
20                    Jennifer L. Ward, CSR-3717
21                    Notary Public,
22                    Oakland County, Michigan
23
24   My Commission expires:  10-27-2023
25
```

Golkow Litigation Services                       Page 351

---

Joel J. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1                STATEMENT OF DEPONENT
 2
 3
 4
 5
 6            I have reviewed the above transcript
 7   and have listed corrections, if any, on the attached
 8   errata sheet,
 9
10   this_____day of_____, 20____.
11
12
13
14        _____
15        SIGNATURE OF THE WITNESS
16
17   SUBSCRIBED AND SWORN to before me this _____ day of
18   _____, 20_____.
19
20
21        _____
22            NOTARY PUBLIC
23
24   My Commission expires:  _____.
25
```

Golkow Litigation Services                       Page 352