# EXHIBIT F

```
          IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
              TWENTY-FIRST JUDICIAL CIRCUIT, DIVISION 18
                         Honorable Nellie Ribaudo

PAUL FERRO, et al.,             )
                                )
          Plaintiffs,           )
                                )
vs.                             ) Cause No. 20SL-CC03678
                                )
MONSANTO COMPANY,               )
                                )
          Defendant.            )
========================================================
                         October 31, 2022
                          All Sessions
========================================================

For the Plaintiffs:            For the Defendant:

Mr. Jeffrey Haberman           Mr. Tarek Ismail
Mr. Bryan Hofeld               Mr. Booker Shaw
Mr. Steven Hammer              Ms. Emma Ross
Mr. Paul Tahan                 Ms. Shayna Cook
```

```
                         Reported by:
                  Charmaine Spradling, CCR
                    Official Court Reporter
             Twenty-First Judicial Circuit, Division 18
                        (314) 615-3720
```

1   published in 2018; right?
2       A.   Yes.
3       Q.   Then we have, so we are skipping Leon, so
4   we have got Pahwa, which was published in 2019;
5   right?
6       A.   Yes.
7       Q.   And then there was the Meloni study
8   published in 2021; correct?
9       A.   Yes.
10      Q.   Now, if I have done this correctly, we
11  should have one, two, three, four, five, six, seven
12  studies, and we do.
13              These are the seven studies that you
14  included in your meta-analyses; right?
15      A.   Yes.
16      Q.   Okay.  So let's start with the Hardell
17  study.  You used the pesticide adjusted odds ratio
18  from Hardell for every single meta-analysis that you
19  performed; correct?
20      A.   Yes.
21      Q.   Okay.  And that's what you should do, is
22  use the multi-varied adjusted odds ratio; correct?
23      A.   When the power is appropriate, yes.
24      Q.   The power of the Hardell study, as we
25  already talked about, was eight patients, and you

1    used the just the adjusted odds ratio that was
2    adjusted for other pesticides; right?
3         A.   Yes.
4         Q.   Okay.  So we will start with your
5    ever-never meta-analysis, and then we'll go over to
6    your highest exposure; okay?
7         A.   Sure.
8         Q.   So for ever-never, on the question of did
9    you use the adjusted, the answer for Hardell is yes;
10   right?
11        A.   That's correct.
12        Q.   Okay.  The next study on your list is the
13   Eriksson 2008 study; right?
14        A.   Yes.
15        Q.   Eriksson 2008, did not report a
16   statistically significant increased risk of
17   non-Hodgkin's lymphoma with glyphosate use in their
18   multivariate model; correct?
19        A.   Correct.  Could I request a copy of my
20   report?
21        Q.   Of course.  And if you would like a copy of
22   Eriksson, I am happy to give that to you as well.
23        A.   The report will be --
24        Q.   Sure.
25        A.   I suppose while you are there, I will take

1  a copy of Eriksson.
2       Q.   I think -- do you have a copy of your
3  report, or did I not give that to you?
4       A.   I do not.
5       Q.   Okay.  Give me just a second to find it,
6  and we will be good.
7            MS. ROSS:  Would Your Honor like a
8  copy?
9            Counsel, you want one?
10           MR. HOFELD:  Thank you.
11           MS. ROSS:  Sure.
12           Would you like the Eriksson study,
13 Your Honor?
14           THE COURT:  No.
15           MS. ROSS:  Doctor, Gagnier.
16           THE WITNESS:  Thank you very much.
17           MS. ROSS:  Absolutely.
18      Q.   (By Ms. Ross)  So for the multivariate odds
19 ratio in Eriksson, you will want to go to Table 7,
20 which I believe is on page 5.
21      A.   Yes.
22      Q.   Okay.  And we just talked about the Hardell
23 study, where you used the multivariate adjusted odds
24 ratio, and there were eight cases.  And you see here
25 there is a multivariate adjusted odds ratio in

1   Eriksson, Table 7; right?
2        A.   Yes.
3        Q.   And if you go back with me, in fact, to
4   page, let's go with page 3, just quickly.  Table 2.
5   So --
6        A.   Yes.
7        Q.   -- so for Hardell, there were eight
8   glyphosate exposed cases.  And you see in Table 2, if
9   you combine the two categories there, for Eriksson
10  there were 29 glyphosate exposed cases.  Do you see
11  that?
12       A.   Yes.
13       Q.   Eriksson 2008, did not report a
14  statistically significant increased risk of
15  non-Hodgkin's lymphoma with glyphosate use in their
16  multivariate model; correct?
17       A.   Correct.
18       Q.   And that is not the value that you used in
19  your ever-never meta-analysis; correct?
20       A.   Because it was underpowered.
21       Q.   You used the odds ratio from Eriksson 2008,
22  that was not adjusted in your meta-analysis; is that
23  true?
24       A.   No, that is not true.
25       Q.   You used the odds ratio in Eriksson 2008,

1   that was not adjusted for other pesticide use, that
2   adjustment that's extremely desirable; right?
3       A.   It would be underpowered to have used the
4   multivariate model.  The univariate model was
5   adjusted for age, sex, year, and diagnosis of
6   enrollment.  That's an appropriate number of
7   variables.  If you were to add the additional
8   variables, then it would be underpowered to use the
9   multivariate odds ratio; therefore, that odds ratio
10  is not trustworthy and very likely invalid.
11      Q.   I am not sure that was my answer to my
12  question, Doctor Gagnier --
13      A.   Okay.
14      Q.   -- so I am going to ask it again:  You used
15  the odds ratio from Eriksson 2008, that was not
16  adjusted in your meta-analysis; correct?
17              MR. HABERMAN:  Your Honor, asked and
18  answered.
19              THE COURT:  Overruled.
20              THE WITNESS:  No, it's not correct.
21  I used an adjusted estimate.
22      Q.   (By Ms. Ross)  Okay. You used the odds
23  ratio from Eriksson 2008, that was not adjusted for
24  other pesticides; correct?
25      A.   Correct.  Because it was underpowered.

1       **Reporter's Certificate**

2

3              I, Charmaine S. Spradling, CCR, a

4       Certified Court Reporter for the 21st Judicial

5       Circuit, was present and reported all proceedings had

6       and entered in the case of PAUL FERRO, et al.,

7       Plaintiffs, v. MONSANTO COMPANY, Defendant, Cause No.

8       20SL-CC03678, and hereby certify that the foregoing

9       pages contain a true and accurate transcript of said

10      proceedings.

11

12

13                      /s/ Charmaine S. Spradling

14                      CHARMAINE S. SPRADLING, CCR #0397
                        Official Court Reporter
15                      Twenty-First Judicial Circuit,
                        Division 18

16

17

18

19

20

21

22

23

24

25